Case 22-10964

To The Honorable Justice Glenn,

Like many other Celsius customers, I hold a loan with significant Bitcoin collateral on the Celsius platform.  Celsius has paused its account transfers and withdrawals, but it has not paused its loan activity.

This action places Celsius customers in a terribly precarious situation. Celsius requires customers to add more funds to their loan accounts in order to prevent liquidation.  How can we possibly be expected to add more funds to Celsius until we are assured the platform is safe and that we can recover all the funds we currently have stored on the platform?

We cannot access our assets on the platform, yet we are still obligated to make our loan payments.  We are now in serious danger of losing our collateral if Celsius imposes a margin call on our loans.  For many of us this would cause a devastating loss of our life savings.

While the Celsius platform is currently on PAUSE, then the Celsius loans should also be PAUSED.  How can we make our loan payments without access to our accounts?

Would you kindly instruct Celsius to PAUSE its loan activity, including loan payments and loan liquidations?  Once Celsius returns to business as usual (allowing transfers and withdrawals), then customers will have access to their own funds and will be able to manage their own loans.

Thank you in advance for your time and attention to this very urgent matter.

Best Regards,

TK Kimmel