From: rich-empiric.0h@icloud.com <rich-empiric.0h@icloud.com>
Sent: Friday, July 15, 2022 10:41 AM
Subject: Regarding Case #22-10964, Celsius Network, LLC

Dear Honorable Glenn,

I have just found out that today, Friday, July 15 at 4 pm, is the hearing for this case. I'm on PST time, but in a desperate effort to be head, am reaching out to you.

Many depositors, regular people worldwide, were lied to. If we had a vote of all customers of Celsius and Alex Mashinsky and his board, it would be a unanimous vote for removal; they have ill-gotten gains and personal wealth by misrepresenting what this company was doing with our deposits.

I know my words may be nothing in the big picture of the courts, but Alex Mashinsky and his team enriched themselves of $40MM that we know if by tracking blockchain activity. This has ruined people beyond comprehension: please peruse r/CelsiusNetwork should you have a human interest in what is happening with people who are not as sophisticated as yourself even. The marketing lies, the deceit, and the lack of accountability will be paid in blood by many.

Is there a way to stop the company operations? We very much want Alex and his team to stop being paid a salary while many become homeless because of their misrepresentations. Alex and his team MUST be removed, operations MUST stop, and any remaining asset distributed among depositors quickly.

If Alex Mashinsky and his team are able to file for an extension and continue getting paid, then there will be no hope left for customers to see a return of money needed for living. If he or his team continues to be in charge and paid an annual salary of more than $1 each, then the courts are only protecting people with immense wealth over poor people, average workers, and human beings who were fed a multitude of lies.

Alex Mashinsky lied to us right before locking his customer's money: see Alex 39:15 mark [████████████████████]

This person preyed on fears of losing money during the next economic downturn and lied about how our money/assets were managed. His company should have created a screening and education process before joining because he was really running a fractional shared hedge fund, but telling people it was a Peer to Peer lending platform with in kind assets held in equivalence to the deposits.

If you have read the email, thank you for your time and consideration. Thank you for your service sir and may we all work to close down the whole operation, distribute the remaining assets and money back to innocent people, and hold Alex Mashinsky and his team accountable for their criminally personal enrichment at the expense of people who were told this was as safe as a savings account.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.