Judge Glenn,

Thank you for taking the time to read letters from users.

As of July 13, Celsius Network claims they are no longer liquidating retail loans or demanding margin calls, but accepting loan repayments and continuing to hold coins posted as collateral.

As a retail user with one current loan due on July 23 2022, I want to honor my obligation of paying back the principal and interest on my loans so that I may receive my collateral back. However, it makes no financial sense to send money to a bankrupt company when it is unknown what will happen to my collateral. I am requesting special consideration for my future loan that is due and is collateralized.

In the month between halting withdrawals (Sunday June 12) and declaring bankruptcy (Wednesday July 13), Celsius Network paid off hundreds of millions of their own loans to gain back their collateral into their possession.

I humbly request you offer retail users the same opportunity as Celsius Network: to allow users to pay off their principal and interest in order to gain back their collateral to a user's wallet outside of Celsius Network's control.

Thank you again for your time and consideration in this matter.

Very Respectfully Yours,
Brian Gershater
Celsius Loan Number 58221