MAURICE WUTSCHER LLP
Thomas R. Dominczyk, Esq.
5 Walter Foran Blvd. Suite 2007
Flemington, N 08822
Telephone: (908) 237-4550
Facsimile: (908) 237-4551

Counsel for AmTrust North America, Inc. on behalf of
Associated Industries Insurance Company Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| CELSIUS NETWORK LLC ) | Case No. 22-10964-mg |
| ) | |
| Debtor(s) ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that Thomas R. Dominczyk of Maurice Wutscher LLP, 5 Walter Foran Blvd. Suite 2007, Flemington, NJ 08822, has been retained as Attorney for AmTrust North America, Inc. on behalf of Associated Industries Insurance Company Inc., Creditor in the above-referenced Proceedings.

Copies of all further communications, pleadings, court notices, and other papers should be served on said Attorney as Attorney of Record.

Dated: Flemington, NJ
      July 20, 2022                         Respectfully submitted,

                                    MAURICE WUTSCHER LLP

By:   **/s/ Thomas R. Dominczyk**
       Thomas R. Dominczyk
       5 Walter E. Foran Blvd., Suite 2007
       Flemington, NJ  08822
       (908) 237-4550
       (908) 237-4551 (fax)


       /s/ Alan C. Hochheiser
       Alan C. Hochheiser, 0041222
       Maurice Wutscher LLP
       23611 Chagrin Blvd. Suite 207
       Beachwood, OH 44122
       (216) 220-1129
       (216) 472-8510
       ahochheiser@mauricewutscher.com

       Counsel for AmTrust North America, Inc.
       on behalf of Associated Industries Insurance
       Company, Inc.