

**Celsius** ✔
@CelsiusNetwork

You bought #crypto... now what?

Don't let your coins sit idle. When you move your coins to Celsius, you can take advantage of an entire suite of cryptocurrency tools like Buy, Swap, Earn, Borrow, and Pay. Download the app and find your home for crypto:
celsius.onelink.me/Ru6b/36d879ca



10:19 AM · 25 Feb 22 · Twitter Web App

**17** Retweets   **1** Quote Tweet   **84** Likes