← Thread



**Celsius** ✓
@CelsiusNetwork

In an attempt to help the @CelsiusNetwork community, we doubled the size of the daily Swap limit in the app and expanded the service to more users.

This service is provided with no fees or spreads charged by Celsius, so you can manage your coins quickly and free.

9:48 AM · 15 May 22 · Twitter for iPhone

**39** Retweets  **2** Quote Tweets  **352** Likes