To The Honorable Martin Glenn,

I am a Celsius amount holder, with .85 Bitcoin, 1 ETH, and a various amount of other crypto currencies. I am writing to ask you to not grant Celsius to move forward with their current plan with Mashinsky, or any current executive leadership. I was clearly and unequivocally misled to believe that my funds were not used in risky leverage trading, and that they were completely secure unrelated to market conditions. It is obvious that there has been reckless misuse, and Celsius is not taking responsibility for their actions and cannot be trusted. Another plan, like Simon Dixon's play C for example, would give us uncredited debtors the best case scenario to regrain trust. Please do not allow Mashinsky or anyone else from Celsius steal more money from us. This isn't just my money, but my mother in laws high yield savings account. This has had a significant impact on our lives. Thank you your honor.

Caleb Culver