July 20th 2022

To The Honorable Judge Martin Glenn

First I would like to thank you for taking the time to read all of these letters.

I share a similar story as other depositors and investors of Celsius. I started depositing various crypto assets with Celsius Earn a little over a year ago (March 2021).

I trusted Celsius with my funds and continued to do so despite market volatility and rumors about Celsius solvency on Twitter.

CEO Alex Mashinsky reassured everyone on various media platform that Celsius is financially strong and had enough collateral to weather the downturn in the market.

I left my all of my ETH (about 60 ETH) on Celsius in hopes for a modest return (not enough to beat current inflation) and now, like others, my ETH is locked and I have no way to access it.

Celsius is sending 1099 at the end of each calendar year and I paid taxes on funds I now cannot access as well.

I believe Celsius team and especially the CEO mislead investors and depositors.

Thank you again for taking the time reading my letter and your work involved in this case.

Sincerely,

_____
Lior Sela