07/20/2022


Case Name: Celsius Network LLC, et al.
Case No.: 22-10964
Southern District of New York

Honorable Martin Glenn;


Hello,

I'm an international customer of Celsius. I've seen people who had their fund in custody and who would like to get a preferential treatment.

I would like to highlight 2 points:

- We, the international users had no custody option, so we had no choice but Earn.
- It would seem that some people managed to move their assets from Earn to Custody with the help of Celsius Support After Freeze date (would need to be confirmed).

Just wanted to point out those elements so that everything is double checked.

Appreciate your time reading this short letter,

Thank You.