July 20th, 2022

The Honorable Martin Glenn
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, NY 10004-1408


Re: Celsius Network LLC, et al. ("Celsius"), Case Number 22-10964

Dear Chief Judge Glenn,
Thank you for taking time to go through this letter. I am very affected by Celsius Network freezing my account and filing bankruptcy due to lack of risk management and false promises.

Even though my assets were not in six figures, that was the majority of my life savings and retirement fund.
As per their marketing and promotion, they promise withdrawal of our assets anytime. But When I tried withdrawing my cryptocurrency on June 13th, they did not let me withdraw. As per their document, they stated that:

"Celsius will not transfer, sell, loan or otherwise rehypothecate Eligible Digital Assets held in a Custody Wallet unless specifically instructed by you, except as required by valid court order, competent regulatory agency, government agency or applicable law"

But it looks like they did not do what they said they would do and ran a ponzi like scheme.

So, I would humbly request that you cancel Celsius Network's request for 120 days exclusivity and make them accountable for their deeds and return our assets.

Thank you

Om Shrestha