Dear Judge,

Thank you for giving me the opportunity to express my feelings in these difficult times.

I'm Jens I live in Ghent, Belgium. About 6 months ago I deposited 20k in BTC and ETH to Celsius (my hard earned life savings). I followed the company for more than a year before I decided to let them hold my portfolio. I spend 100+ hours listening to Mr. Mashinsky and the communication of the company. Every Friday they uploaded video's on YouTube discussing the policy and the low risk you take as a costumer. Quotes that where said every week for over a year: "The worst thing that can happen is that everyone gets their coins back", "We have 2billion dollars on our balance sheet so there is zero risk in depositing your crypto on Celsius.", "Celsius is transparent and shares all of it's financial data.", "Celsius is safer than holding your money in the bank.", "Celsius will take full responsibility and will make sure depositors are always prioritized.", "Celsius is more regulatory compliant than all of it's competitors."

All of this is on video!

Everything now seems to be a blatant lie. Mr. Mashinsky and the company where deceiving a lot of people, including myself for years. This has an immense impact on my life. I hope this can have a positive outcome, since a lot of people where victim to the deception of Mr. Mashinsky and his company.


Thank you for the time you've spend on reading this letter.


Regards,

Jens Deweirt