McCARTER & ENGLISH, LLP
David J. Adler
Worldwide Plaza
825 Eighth Avenue
31st Floor
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 645-1025
dadler@mccarter.com

*Counsel for Anabelle Dias*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, et al.[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that McCarter & English, LLP hereby appears in the above-referenced chapter 11 cases on behalf of claimant Paola Leano Peralta and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices and pleadings given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

-1-

the undersigned attorneys at the following address, telephone and facsimile numbers and email addresses, and further requests to be added to the master service list established in this case:

> David J. Adler
> McCARTER & ENGLISH, LLP
> Worldwide Plaza
> 825 Eighth Avenue
> 31st Floor
> New York, New York 10019
> Telephone: (212) 609-6847
> Facsimile: (212) 645-1025
> Email: dadler@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver or release of Ms. Peralta's rights including, without limitation, (i) against the Debtors or any other person or entity, (ii) to a jury trial in any proceeding so triable herein or, in any case, any controversy or proceeding related hereto, (iii) to have any unliquidated portions of his claims determined by an applicable court other than the Bankruptcy Court, (iv) to have the reference withdrawn by the United States District Court for the Southern District of New York in any matter subject to mandatory or discretionary withdrawal, (v) to setoff or recoupment, (vi) to consent to the jurisdiction of the United States Bankruptcy Court, or (vii) any other rights, claims, actions, or defenses to which Ms. Peralta may be entitled under

agreements, in law, or in equity, all of which rights, claims, actions and defenses are expressly reserved.

Dated: July 21, 2022
     New York, New York      **McCARTER & ENGLISH, LLP**

                                        /s/ *David J. Adler*
                                        David J. Adler
                                        Worldwide Plaza
                                        825 Eighth Avenue
                                        31st Floor
                                        New York, New York 10019
                                        Telephone: (212) 609-6847
                                        Facsimile: (212) 645-1025
                                        dadler@mccarter.com

                                        *Counsel for Anabelle Dias*

ME1 41573609v.1