Dear court

I am writing this letter to the court to tell my situation and I hope they read it, i give permission to use it in court in case.

When I joined Celsius i followed every AMA and live to listen to what the CEO Alex says and update, and from what I alway heard the investment where safe, and not speculation was used in our money, plus he said multiple time they had enough cash, more then any one else to cover any issue. Some of this live were done days before they freeze assets, so Alex was lying and he knew was a lye but he kept saying that. My brother tried to suicide and I had mental disorder and I cannot sleep now, I havent slpet since the account was frozen.

I ask the court to process this man like they would do with a fraud, because they say we signed  document but they never said where going to trade in leverage and risk our money in that way, I put may money there because they lied saying they do not do risky investment and they always have collateral for loan, but we all know that they have a completely different bussines model from what they advertise and say in public, if this is not a fraud what else can be consider a fraud ??

many people suicided and lost life saving and they ruined family, all the team and Alex and whoever knew and did not speak has to be in jail for what they did, they should be an example for any other company will try to do the same, otherwise is going to be a joke, people doing fraud and justifying with "user signed document so he knew" this is not an excuse to lay and put on a big fraud.

Please jail this people they are still getting crazy salary from our money means they have zero shame for what they did, they are evil and if you do not stop them, they going to do it again and again to other people. They want to still run the company when they should be jailed as soon as possibile, and all their money taken to pay user. Please we ask for justice