Your Honor,

I would personally like to share with you my experience with Celsius. Much of my life's savings are currently held hostage on the Celsius platform. Alex Mashinsky week after week promised the community that our funds were safe and not being used in any risky lending. Every week during his AMA's he promised that Celsius had the funds to cover all user assets and that under no circumstances were our funds at risk.

As the community reads through the bankruptcy documents, uncovering how Celsius mismanaged their funds which resulted in the closure of withdrawals, it is not only disheartening but blood boiling to read how they want to continue to pay their employees and high level executives while holding the members assets hostage. This is infuriating and I don't comprehend how this is even legal.

It is clear that Celsius and Alex (in particular) defrauded the members of Celsius out of millions and for this I believe he and others who knowingly kept this Ponzi scheme alive should go to jail just like Bernie Madoff.

I beg you to please not allow this company and their executives to swindle their way out of paying their debts back to the Celsius members in FULL. They cannot be allowed to go on with life as normal while we lose our life savings. I have elderly parents whom I care for and the assets currently held in Celsius is to help them live out their last years in comfort. I pray I will see my funds returned in full.

The community has faith that our justice system will prevail and the outcome will be in the best interest of the members rather than shareholders and executives of Celsius.


Sincerely,
Danielle