Dear Honourable Judge and court of NY State,

My name is Petri Tuomela, a Finnish Citizen who has invested over 50 thousand USD for Celcisus Network's loan service. I have always been very conservative investor and invested to Celcius's service ONLY, because Alex Machinsky has continuously stated, every Friday, that they are secure.

They have made claims such as:
- Celsius is an alternative to conventional banks, they are safer than banks
- They have over 2 billion in their balance sheet
- They raised 750 million "to secure customer assets if something goes wrong"
- Continuously assured that the funds are safe

And so on. The whole company is a lie, we were lied to! We were deceived, I am embarrassed, sad and angry that my life savings were invested to a "bank" which was a lie. This will have significant ramifications to my retirement and it is beyond awful.

I hope, <u>from the bottom of my heart</u> that you, the Judge, will consider that the management of Celsius <u>cannot continue operating the business and needs to be replaced</u>. There are excellent alternative plans to turnaround the company like from Simon Dixon (BankToTheFuture) who would offer transparency, compliance to regulations and #depositorsfirst.

I am of course selfish and want my money back. But equally, I hope that if I lose the money, it is done via plan to restore the company, <u>with management that honestly tries to save the assets, which operates with transparency, and does not lie</u>. Curret management has shows disregard to regulations and has proven to be liars.

Sincerely,
Petri Tuomela
Finland