RE: Celsius 22-10964 -

Your Honor,

My name is Sean Russell.  Over the last year, I'd put most of my money into Celsius. I had done some research that led me to believe they were insured for any losses. As I watched companies (who had due diligence teams)  put hundreds of millions into Celsius, I began putting most all of my digital currencies onto their platform. I never realized they would do the things they've done. I've put a lot of time, sweat, and money into mining digital currencies over the last year, and I really hope it's not just all gone, now.

Weekly, I watched Celsius' "ask me anything" videos and would watch Alex himself say repeatedly they're not doing shady things with our money … but it seems they were. I feel betrayed by Celsius, and shame that I even went so far as to recommend Celsius to friends and family.

I cannot believe Celsius could just do this, and it's legal?! Now they want how much PER WEEK?!?

If there are powers that you possess to make restitution, please use them.

Thank You,

Sean Russell
571-283-1560