July 21, 2022

Mark Hide

12457 Westfield Lakes Circle,

Winter Garden,

FL, 34787

Dear Honorable Judge Martin Glenn,

First of all thank you for your service and taking the time to preside over this case. I have over $25,000 worth of cryptocurrency deposited in a 'Custody' account with Celcius.

I strongly feel that Celcius, in particular Alex Mashinsky has lied to the community about the safety of our assets. I feel like I have been lied to and mislead. I am embarrassed that I have so much money tied up in what now seems to be a scam and mismanagement of funds. It has affected me personally and now have so much anger with myself for getting my family in this position.

All I hope for is that I can retrieve my cryptocurrency and can keep it in storage myself and avoid any future scams.

Thank you.

*[signature]*

Mark Hide