Dear Honorable Judge Glenn:

I'm writing in regards to Celsius Network and their practices that have left my family and I in dark times. I joined Celsius Network earlier in the year and had deposited $15,000. Everything I had remaining for a purchase of a home for my two children and wife here in SouthWest Florida. I trusted Celsius so explicitly due to Alex Mashinsky constantly broadcasting what I thought were truths and axioms that the company and himself lived by. How clearly I was wrong. I took out a $1,000 and $5,000 loan and was unable to add necessary collateral to two margin calls that were enacted during their pause of transfers and withdrawals. The collateral was available and ready, only to watch nearly the entirety of my crypto evaporate away with no recourse to solve. I feel absolutely disgusted with what has since unfolded. Firstly the virtual radio silence from the company until notice of Bankruptcy, secondly the notion that depositors will be OK with the "board" paying themselves millions of dollars worth of our money for what? Lastly the lies that were perpetuated on a weekly basis via Alex's AMA's to lull the community into a sense of false security. I want my collateral back. Also any and all remaining crypto on the platform. I never agreed to be suspended. I appreciate your time, Your Honor and genuinely hope a decision can be put forth with the little guy like myself in mind on the other end.

Sincerely,
Andrew M. Jarrett