Respected Sir

I am one of the customers who has my funds stuck with Celsius. Celsius is a company registered in the USA. Now USA being the frontrunner in almost every aspect from big businesses to new technological innovations, everyone would expect that if Celsius got its registration license in the USA, they must be running a legitimate operation, as USA is known to be strict with legal compliances related to businesses. Moreover, CEO of Celsius, Alex Mashinsky, prior to the halt of withdrawals, used to come live every week and assure the customers that Celsius is fully transparent and customers' funds are safe. I am from India and I have $14,000 stuck with Celsius. This amount is a huge amount for an Indian. An average Indian makes $5000 a year. With my $14,000 stuck with Celsius, I have been very stressed and suicidal since the halt of withdrawals. I am the sole breadwinner of my family and its my responsibility to take care of my family members and provide food on their plates. $14,000 might not be a huge amount for an American but for me, an Indian, it is years of savings.

I have no choice but to wait and see how this goes. Celsius is still paying millions of dollars to their own employees. They could have taken steps to cut down company costs but they are still filling their own pockets out of customers' funds. I kindly request the appointed judge and the authorities to please take decisions in the favor of depositors. That's the only option we have left, trusting in the US legal system, because all of the trust in Celsius has been lost.