Dear Honorable Judge Martin Glenn,

My name is Adrian Roman and I would like to thank you for your service and the attention that you have now taken on the Celsius bankruptcy case. I am a Celsius customer with over 100k worth of deposits that are locked up in Celsius. This amount is about 90% of my life savings. Losing all of my savings will have irreparable consequences on the well-being of myself and my family. I feel ashamed to put all my trust into a company that has clearly participated in near fraudulent activity. I can't imagine how many more years I will need to make back the money I lost.

There are multiple reasons why I joined Celsius back in 2021. They advertised themselves as a safe alternative to traditional banks. There are multiple AMAs of Alex explicitly stating that 'Earned accounts' generated yield from the high-interest loan payments that Celsius earned from lending (not from risky investments).

My biggest hope is that Alex does not simply walk away free from this with millions of dollars of profit from selling his CEL token, while I walk away with over $90K of my savings lost.

Thank you again for your time and consideration in this matter

Very Respectfully Yours,

Adrian Roman