Your Honor,

My name is Elizabeth Weiss and I have my savings locked up in Celsius.

When I first heard the rumors of insolvency, I tried to get my crypto out of there but the system took 24 hrs to confirm and accept my wallet address. Then, they cancelled my transfers while in process of withdraw which took place about 1 hour before I received their email announcing they were freezing all transactions.

I am just a 50 year old, healthcare worker. I don't have much compared to others, but it is a lot to me and my family. All my crypto is sitting in the CUSTODY account program. Today, the value of my holdings is $19053.45 but of course, it was worth double when I purchased and I am sure it will triple in the near future. I just want my crypto back.

I have 0.443549 BTC, 5.694047 Eth, 21.743912 Avax

I Joined Celsius around January this year, I had heard good things about it and thought they were honest and transparent. I chose to park my crypto there because I believed I could withdraw at any time versus Lido where they lock up your crypto.

I am frustrated, cant sleep, my husband does not know this happened. Please do us justice. Celsius lied to us, watch the AMA videos and you will see why we all believed.

Please help us.

Sincerely,

Elizabeth Weiss