Tom Behrens
7/21/2022

I have approximately $7500-10k depending on BTC price locked up and cannot withdraw from my Celsius account. I am a teacher that took a $2500 usdc loan from Celsius last summer. I do not get paid in the summer and needed some funds to get through summer so I wanted to give Celsius a try as they advertise low interest loans by utilizing collateral. I transfered $7500 worth of bitcoin as collateral for this $2500 USDC loan.

As the price of BTC started to come down this June, I kept getting emails about margin calls in about myCelsius account and how I needed to add more BTC to not get liquidated,  so I deposited 2500 worth of USD to pay off the loan so I could get my collateral BTC back but the site would not allow me to transfer or make any payments, and as a result, most of my BTC collateral was liquidated and stolen by Celsius to this point. The site was frozen and I could not even withdraw my $2500 USD out that I had just deposited. I have 2 children ages 4 and 6 and these funds could have been used for their development and family obligations.

Thank you for taking the time to listen to my unfortunate financial experience with Celsius and how it has negatively impacted my family's situation,

Tom Behrens
Physical Education Teacher
behrenst768@strose.edu