Your Honor,

I sent Celsius a good part of my retirement and also my wife's last year. Alex Mashinsky has said over and over how this was a safe alternative to banking, and led me to believe interest was generated with fully collateralized loans. Loans collateralized with other crypto that would be called if they fell below margins. I can now see our money went into other investments that are more risky and ultimately seem to benefit the company and it's management. I believe it is time people like this we're taught a lesson and I believe the companies other investment (for example mining) can be used to return crypto to investors. Perhaps the consideration of these assets either being sold order devided among the investors as repayment of any shortage. Please understand I do not want these people managing these assets if this is done as they have not acted in our best interest and will likely steal in some way. It is also my feeling that many of them are asking for to much money from the court to run the company they have already recked. I feel we have been defrauded and the company has his this situation. There are still more questions as I'm sure the record will show they let many people out at a loss that became the loss of regular account holders right before they shut down withdrawals. It is my recommendation that a criminal investigation be launched and management changed as decisions are made as to how account holders can be made whole.