Dear Honorable Judge Martin Glenn,

I am writing today on behalf of myself and my family to hopefully inform and convince you to do what you can to make sure working class and retail investors like myself and my family gain back access to our assets, which are now indefinitely misplaced or lost thanks to Celsius.

Alex Mashinsky, along with many Celsius representatives, held full faith and trust from myself and many others, and maintained an image of trustworthiness and asset protection which now I believe to be untrue and misleading to say the least. I am what is considered "long crypto", meaning I believe in the core values of decentralization, frictionless P2P money for all, and hard caps on currency supply and anti-currency manipulation. I am willing to wait for my full investment to be returned, however I now believe that Alex Mashinsky, along with Celsius as a whole, was feeding off these core beliefs in the crypto community, luring them to put their assets on their platform with Earn potentials between 3-15% approximately.

I now see the error of my ways and the absolute stupidity and ignorance it took to not see through Celsius and the lies, mistreatment, misallocation of investor funds, and blatant misinformation used constantly throughout AMA's and marketing videos.

The fact that Celsius' lawyers are now pursuing a narrative that we depositors and believers in Celsius as a brand and asset manager do NOT have any rightful claim to our assets is outlandish, hurtful, and wrong. This was clearly stated in the Terms and Conditions in Celsius, but this language was buried deeply within the fine print and frankly is very similar to any other asset management platform in the space. I have held to the belief that Celsius would not engage in such risky behaviors as what has been revealed lately, and am shocked and appalled that my life is now back to square one as far as earning potential and safety for my family and young children. My life savings is gone thanks to these people.

Please, I repeat, Please do not protect or prioritize this company, which has proven to be nothing more than a low-grade hedge fund, over the needs and well-being of the common retail investors like myself and countless others. I implore and beg the Judge and officers of the court to consider deeply the vast amount of impact this has on working class Americans and citizens around the world.


Respectfully,

John F. Huber
Celsius Earn Account Depositer