07/21/22 (Thursday)

To

The Honorable Court,

    I am feeling devastated today, I got cheated by Celsius. Only fault I did was to believe in Alex words and put my money in Celsius. Alex lied to us every Friday saying company is in good standing and we don't need to be concerned about the money we invested. I come from India to make American dream a reality and in the process, I worked hard and there are weeks that I worked for 84 hrs. a week just to make some savings, buy a home and build a life here. But all I get is disappointment and got cheated I invested all my savings for last 3 years and was able to get one full Bitcoin. Alex kept saying our investments are safe with Celsius, though there was lot of FUD on Twitter I believed Alex. I am just a normal guy trying to make a living here and keep my family safe and happy. This is unacceptable to let people like this doing any business and how shamelessly Celsius is blaming others for their failure. Celsius failed big time in Risk management which led to lose all my lifetime savings. The thought of it gives me nervous breakdown and I am surprised how they requested for money to keep the company running after filing Bankruptcy the executive team is asking for more 700k per week and for what to spend more customers money and lie more to us.

    American Dollar says in God we trust and It's not just God I believe in Judicial system is what I believe in and I request the respected court today to take necessary action and help us in getting our coins back. This country has always treated everyone equally and gave Justice and I humbly request you today to help me to get my money back.

Yours Sincerely,

Sainath Koppula (Sai)