Hi,

I just wanted to provide a statement regarding the Celsius Network bankruptcy case. Celsius lawyers are falling back on their terms of service in stating that crypto on the platform is no longer the property of depositors. I would counter that with the MANY examples of video on YouTube published by Celsius Network. Each Friday Alex Machinsky would go online to YouTube and made many statements to the contrary. I would like to encourage the court to request and view these AMA's as they are blatantly the opposite of what they are saying now. I took time out each week to watch these AMA's as part of my "due diligence" of depositing funds at Celsius. Alex Machinsky's statements led me to believe that Celsius was making their money using over collateralized loans, and delta neutral (their words) strategies. At no time did they mention the level of risk that they were taking. Yes, I understand that the terms and conditions are evidence that should be reviewed, but I would just ask if whoever is reading this reads every terms and conditions statements, every time? And, I would even surrender that point if not for the mountain of evidence on the Celsius Network YouTube channel that is readily available. Please take a look! I'm actually shocked they still have all the videos up there.

Sincerely,
William Ennis
708-203-0785