Dear Honorable Judge Glenn,

I am a seven-figure depositor on Celsius Network. I do not take the latest events personally and I wish no ill will on Celsius as a firm or its staff. However, two legal issues must be addressed. I am confident the first one is being addressed (clearly) and I strongly suggest a Bitfinex 2016-like solution as I watched it work in real-time because of human nature (people love their children, some call this phenomenon "greed") and match (Bitcoin has a perpetually dwindling supply relative to all other assets that can be used or traded for any kind of money, so "number go up" and I would argue that is a mathematical certainty). The first one is to make Celsius depositors whole relative to their current deposits.

The second issue and almost as important is returning the funds Celsius used to close loans on the market crash to $17,600 immediately after they made created a major market downturn due to their malfeasance combined with the malevolent actions of their enemies which were market manipulation. Those funds must be replaced back to depositors, especially those like I am who had and have massive dry powder (additional bitcoin) to strengthen the debt to equity on said closed loans. We were both unable to move collateral *and* it was a fool's errand to add new collateral to what would become a platform that has admitted in this court massive malfeasant decision making. I would like Celsius to address and replace these assets as well in their bitcoin form, not dollar form. I hold no ill towards Mr. Mashinsky and his partners but he and they will be pierced for their personal assets if both are not addressed, something I wish not to see this result happen. Again, depositors' children come first. That needs to happen, your honor.

I remain, Semper Fidelis,

Mark Finelli, CPL, USMC, inactive, JD/MBA