# Stephen Richardson

1855 Ridgeland Ave
Berwyn IL 60402
United States
404.401.1579
smicdric@gmail.com

July 21, 2022

United States Bankruptcy Court
Southern District of New York
Case # 22-10964

To whom it may concern,

I have been a loyal Celsius customer since 2019 and feel completely lied to by Alex Mashinsky. I watched every single AMA (Ask Me Anything) each friday since sign-up and week in and week out Alex would talk about how Celsius is safer than banks because they supposedly don't rehypothecate and use fractional reserve lending like the banks do. "The banks are not your friends," he would constantly say. I am embarrassed, ashamed, and disgusted by the utter lack of transparency from a company that claims to be an "open book" and highly transparent compared to any and all banks. I currently have six figures worth of crypto locked in my Celsius account unable to be withdrawn, despite Alex's claims mere hours before withdrawals were closed that nobody has any issue withdrawing from Celsius and that everything you hear to the contrary is simply "fud." Please take into consideration my and many others' thoughts and concerns. The money I deposited is meant as my life savings and I know I'm one of many in this situation. Thank you for taking the time to read my letter.

Sincerely,

Stephen Richardson