**15 Larkfield Close,**
**Clayfarm**
**Sandyford**
**Dublin 18**

**Dear Sir/Madame**

**Can you please ask Celsius to return back my crypto = my farm here in Ireland. Can't believe that they lied to us on the weekly AMA about not trusting banks whilst all long they we're wolfs in sheep clothing false promises and misleading information.**

**I've lost my farm here in Ireland , family are left homeless . I'm mentally unstable . Family are distraught with my decisions of trusting Celsius and promising them a better future.**

**Thanks so much,**

**Kind regards,**
**Frustrated sheep farmer from Ireland**

**Sean Moran**
**God bless you !**