Dear Judges,

I am a Brazilian worker and I put all my money on this platform, as ALEX (CEO) said that we would be safe from the risks of banks and would offer a loan with an interest rate compatible with the market. It makes no sense to disappear with the money where it has a collateral, that is, I deposited 200,000 USD in bitcoin to withdraw the loan of 50,000 USD. The goal was not to have to sell my bitcoins during this market rally.

Therefore, the collateral was practically 4x, or in some cases 2x, the loan amount.

It is evident that the objective was fraud, as in recent months they have intensified the payment for referrals (similar to a ponzi scheme) and invited several people to be "ambassadors" in this project to publicize the platform.

ALEX's lies demonstrate the negligence with which the depositaries' money was treated, because if today I have blocked bitcoin, I could simply pay off the debt and return the difference, but as he decided to spend on activities not provided for in the term we signed, we are now paying therefore.

What surprises me the most is that he decides to make large payments to major creditors before filing for bankruptcy. Wouldn't he be benefiting himself?

Sorry for the basic English and my outburst in the face of such suffering we are going through to see that he continues to control the company he destroyed and still being paid for it.

With all due respect,

Felipe Lordelo