Honorable Martin Glenn;

Hello,

On May 27th, 2022, after viewing several recent videos of Alex Mashinsky promising that my crypto assets would be safe and that I would receive 6.50% APY on my BTC and 6.00% APY on my ETH, I transferred 0.868842 BTC & 11.670072 ETH onto the Celsius Network.  I was also promised $550 in 30 to 90 days as a promotion to entice me to transfer my assets to Celsius.

I found that after I transferred my crypto assets that the actual APY quoted was only on a small portion of my holdings. Still, the actual APY was about the same as I was receiving else ware, so I decided to stay with Celsius to receive the promotional rewards.

Just 16 days later, and after receiving no APY or rewards, I was informed that I could no longer withdrawal my assets.

I understand that there are 1000's of people in my position (or much worse), but I feel that, since it is now obviously apparent that I was intentionally mislead, and having received no rewards as promised, and considering the short time my assets were held on Celsius, I should be allowed to immediately withdrawal my crypto assets in full.

I would also like to say that I had the opportunity to invest in the Celsius Network but choose not too and I would not be pleased if I were forced to take equity in the company as has been proposed in some of the settlement plans being suggested by a few of the other stakeholders.

Finally, the payroll that Celsius is requesting for its executives is ridiculous! I know if this was my company and I had made these terrible misrepresentations and mistakes with someone else's money, the only thing I would receive is a jail sentence.

Thank you for your consideration of my request and concerns.