**Dear Honorable Martin Glenn, Chief Judge,**                    date : 07-21-2022

I am writing you a letter from the Netherlands on behalf of me and my family.

I first observed the Celsius company and watched a lot of Alex M's AMA and it sounded very familiar that I decided to open an account in April 2021. For a year it went great, every week interest was credited and the expectations were good.  They were very open and had a goal in mind to become the largest, safest and best crypto bank in the world.  I even planned to become an ambassador for Celsius in the Netherlands.  I was so familiar with them.

I (58 years old) saved hard for my pension gap that I have in order to bridge two years financially without any worries.  before I start receiving state pension and old age pension.  Now that has become very insecure and you are my (our) savior so as not to end up in a financial hole later.  I will soon need my money to be able to eat and live.

My wife Ellen (56 years old) has also opened a Celsius account on my advice and she has largely deposited her savings into it.  My 80-year-old mother Mien also opened an account through me because the interest on the bank in the Netherlands has become 0% and she can continue to pay her bills carefree.  After seeing another AMA of Alex M, the last one, was also where he said ;  open an account with us, it's safe, you can win $1000 bonus!!!  Finally, on June 11, 2022, my 23-year-old son opened an account and deposited his piece of bitcoin into it and a week later everything was locked.  He was shocked and angry with me and said because of you I am now in this misery.

Judge Glenn, I could cry and feel very guilty for advising my family to Celsius.  In retrospect it sounded too good to be true, we say in the Netherlands.

Judge Glenn, now reading about how irresponsible Celsius has been under Alex M's leadership for frequently lying about everything during AMA afterwards, my enthusiasm that I had has now turned to anger and disappointment.

Priority must now be to give us an opportunity to withdraw our hard-earned crypto and not first settle its employees generous salary.  Alex M is a millionaire and he doesn't need it.  Please help us and if you have read all the harrowing stories you will do your very best to help our customers.  No haircut but everything back.  Our hope is in your hands.

ps this text has gone through Google translate so if there is a textual error you know that now,

Many thanks and greetings from the Netherlands on behalf of,
Jacobus Uljee
Ellen Uljee- de Vogel
Mien Uljee - Benning
Romain Delano Uljee