

**Alex Mashinsky** ✓ @Ma… · 11.05.2022

All funds are safe. We continue to be open for business as usual

As part of our responsibility to serve our community, @CelsiusNetwork implemented and abides by robust risk management frameworks to ensure the safety and security of assets on our platform.

💬 103    🔁 161    ♡ 1 395    ↑

**Alex Mashinsky** ✓ @Ma… · 11.05.2022

Notwithstanding the extreme market volatility, Celsius has not experienced any significant losses and all funds are safe.

💬 30    🔁 60    ♡ 729    ↑