

**Alex Mashinsky** ✔
@Mashinsky

Replying to @mdudas @cory_eth and @CelsiusNetwork

Mike do you know even one person who has a problem withdrawing from Celsius?,

why spread FUD and misinformation.

If you are paid for this then let everyone know you are picking sides otherwise our job is to fight Tradfi together...

1:34 · 12.06.2022 · Twitter Web App

**205** Retweets **656** Quote Tweets **749** Likes

**iceberg** ❄ @icebergy_ · 13.06.2022
Replying to @Mashinsky @ChainLinkGod and 3 others