Honorable Martin Glen;

I am writing a request that Celsius clients who made a withdraw on the platform prior to Celsius notice of cessation be completed. Some users (creditors)on the platform with no information on what was about to happen to their funds made withdraw requests that are shown in the app as "in progress" and on transaction csv downloads as "withdraw completed" however users never received their funds and are still pending. I believe these funds should be considered custody accounts at the time the request is timestamped by the user (creditor). It was claimed that users would be allowed to transfer funds at any time and it would be a violation of Celsius llc. terms and conditions to prevent withdraws prior to notice of cessation and open up cases for fraud. I request that the decision is made by the judge and not the creditors committee.

Thank you for your consideration.

Gil