Re: Consideration to return Depositors' funds in 100% Crypto

22nd day of July, 2022

To the Honorable Judge Glenn,

I am the mother of Flori Ohm who filed claim. As she mentioned she is a single mother of 2 daughters, and she has supported me and my husband for whole her life. She is struggling hard for living.

My family are severely impacted both in financial and mental health by the bankruptcy and locked up cryptos. <u>I would sincerely request that you let all Celsius depositors withdraw their cryptocurrency100%, rather than converting our claims into dollar amounts on a fixed date.</u>

Thank you so much giving me a chance to write a letter and reading this. Your wise judgement on the Celsius's case to return crypto 100% back to depositors would help greatly for us to live.

Yours sincerely,

Yongsoon Kim

The mother of the depositor "Flori Ohm" and Celsius Account User