Dear Justice Glenn,

I am writing to you as an affected and self-represented individual of the Celsius bankruptcy proceedings.

I believe as investors and as a community we were lied to and information was misrepresented by the leadership of Celsius to secure and maximize company profits over depositors, which is the opposite of all the claims that CEO Mashinsky has made in multiple AMA's and broadcasts. Asset allocations and risks were never properly disclosed to depositors to allow them full transparency, which has ultimately cost depositors a lot of grief in the wake of freezing withdrawals.

I, myself, have a little over $20,000 in stable coins frozen in Celsius' earn program. Not having access to that amount of money is devastating because I worked hard to save that up and could be using that money to pay off debt or bills in a time when prices, and inflation, are running rampant.

I do not know what the right or best way to reconcile this situation and to make depositors whole, but I wanted to throw my thoughts and opinions into the ring.

Thank you for your time and consideration.

Brandon Lentz