Dear Honorable Martin Glenn,

My name is Robert Shaw and I am a customer of Celsius, which was referred to by the CEO Alex Mashinsky as a "Bank unlike traditional banks".

I, along with many others, have been horribly mislead into putting hard earned assets into a company which claimed would honorably and ethically store and use. We were promised that we could withdraw our assets at any time, when in fact a few hours later, that option or freedom was withheld.

I do not think it is fair and find it incredibly difficult to accept that Alex Mashinsky, the CEO of Celsius, is able to be allowed to get away with our assets he knowingly mismanaged and always promised us (every Friday online) was safe.

Thousands of everyday hard-working people and families stand to lose more than they can recover in their lifetime, while Alex Mashinsky, the CEO of Celsius will walk away a wealthier businessman. This is not justice. This is not right.

I have faith that the law will acknowledge Alex Mashinsky, the CEO of Celsius, gross misleading's and take the steps necessary to return the assets to the Celsius customers.


Kind Regards

Robert Shaw