Honorable Martin Glenn,

First and foremost on behalf of the Celsius depositor community I would like to thank you in advance as I know you are dealing with a complex case that also includes an emerging assets class. You are truly setting a precedence for the industry moving forward. There have been many great letters sent to you regarding the thoughts and sentiment toward Celsius from the depositor community; the similarity in tone and message have been great to see, and show the collectiveness and strength of the community.

I am writing you to clarify some information on the Custodial Accounts and procedure for U.S. customers. I like many depositors am considered a non-accredited investor. Therefore when I transferred a portion of my assets from the Earn account to my Custody account, I acknowledged I was no longer able to transfer those assets back to the Earn account, meaning my assets could no longer earn me yield. In doing so I understood by removing my assets from the market I was losing the opportunity to gain income on my assets but was mitigating my risk by doing so. As a non-accredited investor in the U.S. I had to take this step in order to move my assets to self custody. The reason I wanted to point this out is it shows intent. I forfeited my ability to earn yield, in order to gain access to assets in which Celsius states I am the title holder of. A letter sent to you by Al Walt also explains the transfer process and 24 hour waiting period. I like him found myself in a similar situation. Celsius acknowledges title is held by the customer who has the Custody account, they acknowledge the difference in account types in their ToS, and they acknowledged it on their balance sheet. I am requesting that you enforce them to acknowledge it by taking the logical step of allowing those with Custody accounts access their accounts.

I would also like to address the concerns I and the community have about the current managers and officials in Celsius. I find it irresponsible for the company to blame poor management, which include lost assets, risky investments, and reckless behavior, and other allegations, on the current market conditions. Holly Lisle summed it up best when she wrote, "Actions have consequences…first rule of life. And second rule is this- you are the only one responsible for your own actions." Celsius can move froward because of its community, and I clarify community as its depositors. However, when it comes to the board and management, well, if I had a horse with a losing streak, I wouldn't race it.

Celsius survives this restructuring only with the cooperation of its community, but that is based on trust. Trust in the management going forward and trust that you have the depositors best interest in mind. You can strengthen the community and hope by putting depositors first. It is logical that Custody clients have access to their accounts, it also shows that you have the peoples best interest in mind, which intern will strengthen the community giving Celsius and it's depositors the best possible outcome.

Thank you,
Vito Bruno

Celsius Depositor