Judge Glenn,

    Thank you for taking the time to read letters from depositors.
My wife and I are Celsius customers who have approximately $140,000 locked on Celsius. Here is a list of lies I was told.

1)    It is now clear that most loans were NOT significantly over collateralized.
2)    There never was transparent reserves nor proof of proper liquidity.
3)    Celsius is clearly not better or safer than a bank in any way.
4)    Celsius was most likely insolvent and used depositors and Cel token to stay afloat.

I believe the Celsius investors and Alex Mashinsky have misled the customers and they now have an obligation to make depositors whole. Many lives have been destroyed by Celsius.

  Celsius should not be currently paying themselves millions of dollars in payroll. I believe the mining operation could be used to pay back the customers over time. Trust is lost and I am also interested in Simon Dixon's plan to help depositors.

        Thank you,

                Sincerely,

                Darren Gough.