Dear Honorable Judge Martin Glenn,

My name is Andrew Dochterman, I would like to extend my thanks to you for the attention & time you are devoting to the Celsius bankruptcy case.

I have been a customer of Celsius since early 2021 and I'm a Celsius Earn Account Depositor with a substantial amount of money deposited into my Celsius account. Currently I have my entire life savings & retirement invested in Celsius in the stable coin USDC in the amount of $205,001.66 I cannot begin to tell you the level of devastation and horror I felt when Celsius froze withdrawals.

We (the depositors) were lied to, repeatedly. Before depositing any of my crypto into Celsius I did extensive amount of research on the company and was under the assumption, and it was portrayed that Celsius was a low-risk savings account and a peer-to-peer lender with a ton of liquidity & stability. They made it seem as though they were lending to low-risk institutions and were over collateralized on these loans and transactions. I watched Alex Mashinsky's Various AMA's and reviewed the company's website and watched reviews from other depositors on YouTube. All these factors played a role in me making the decision to deposit my cryptocurrency funds with Celsius. I truly believed that Celsius was the least risk adverse option on the market and that my funds would be safe with them.

Having my funds frozen has been devastating to me and my family both financially, mentally, and physically. I cannot sleep most nights and am over-whelmed with worry and dread for my family's future. I have two small children. A 3-year-old daughter and a 2-year-old son. I am the sole bread winner for my family, and I pride myself on making smart financial and parental decisions for them to provide a better life and a bright/positive future.

I was going to be using my funds to finish building my home and complete the construction of my property that has already been underway for over 1 year. I am currently left scrambling trying to figure out ways to get myself out of this mess that Celsius has put me in.

I truly hope and pray that you will put the depositors first when making any rulings and considering proposals for the future of all the depositors funds.

Thank you for taking the time to read this letter and I implore you to please make depositors like myself whole before prioritizing the management team or the Celsius company.

Respectfully,

Andrew Dochterman

Celsius Earn Account Depositor