Honorable Martin Glenn,

Thank you, sir, for your work to bring justice for those of us who are currently denied access to our funds held by Celsius.  I personally have 1.67+ BTC and 83.9+ ETH being held by Celsius.  I am a retired school teacher and funds of that magnitude are highly significant to me.

It is disturbing to me that so many of us find ourselves in this situation due to the repeated untrue and deceptive rhetoric offered by Celsius along with their reckless mishandling of our funds.

I urge you to rule favorably toward us who have been ill affected by the wrongs of Celsius.  My request is that my funds be fully returned to me in kind, Bitcoin and Ethereum.  I trust your wisdom and commitment to what is right, and I express sincere gratitude for your service to us.

Sincerely,
Robert Steele