Dear Judge Martin Glenn,

As English is not my first language (I am from the Netherlands), please forgive me my linguistic errors that will be present in this letter I am sending you.

Like many others, I had savings deposited into Celsius Network. I believe the total amount was about $5000 when Celsius froze all withdrawals. This may not be a lot of money to some but it is a lot of money to me and I worked hard to obtain it. I trusted Celsius Network with my savings as they advertised I could withdraw my money at all times. This wasn't actually the case.

As you are probably well aware by know, Celsius Network froze all withdrawals from June 12th leaving me unable to access my savings. Only after they froze all withdrawals did I become aware that were hiding an asset liability mismatch. Yet, allegedly, they still managed to pay their staff millions of dollars while customers are left hoping to see their deposited funds back.

I don't know what will happen next but I am hoping that you will do whatever you can to try to help customers, like myself, getting their funds back.

Thank you for taking the time reading this letter.

Wishing you all the best,


Ramon van Vught

The Netherlands