July 21st, 2022

To whom it may concern:

  My name is Coltyn Seifert and I have been involved with tech and crypto since 2014. I have participated in small mining operations, various NFT communities, and seen many projects come and go. When the ability to safely earn rewards by keeping portions of your crypto on platforms like Celsius arose, I was quite excited about the idea and began to research the options. There were various platforms and after arduous research, Celsius seemed to be an excellent platform to use. And it was, for awhile. But the past several months, the lies that poured from Alex Mashinsky are an utter insult to the community of regular people, such as myself, who do not own super yachts, or Lamborghinis, or mansion, but are meek folk looking to work hard and live a good life focusing on those things that bring us joy and meaning. I am far beyond the only one that was manipulated and lied to about the on goings at Celsius with our funds. Blatant and cowardly actions were taken while slimy words were given and now we find ourselves at the zenith of what could be a great and utter destruction of not just many peoples life savings, but an important area of the evolving world of crypto.

  If I were to never get my funds back I would recover, it would take time and some of the life goals I have would be set back further than I would like. But many people would be taking such a devasting blow that recovering would, at least seem, almost impossible. To build homes. To start families. To invest in businesses. To escape debt. To feed themselves. The list of possibilities better than allowing these crooks to get away with customer funds is infinite.

  I implore you to remove Alex Mashinsky from having any sort of power or say over Celsius and look to the community, the ones who are affected most from the actions of deceitful men, to decide together on how to move forward.

  Thank you for your time and I wish you strength and wisdom moving forward,

Thank you

*Coltyn Seifert*