Dear Judge Glenn,

I am a depositor with Celsius and I currently have 7.1599751 BTC (Bitcoin) + 54.666429 ETH (Ethereum) locked on the platform, some of which is being used as collateral on various loans.

I have already been liquidated on 4 of those loans as it was not possible to pay off the loan (which I had the money to do so) due to the locked status that Celsius imposed on it's customers. Consequently some of my Bitcoin & Ethereum have now been lost due to the companies decision to freeze accounts and a downturn in the market.

The rest of my collateral is still in my account and I have had the money to repay the outstanding loans to release my collateral but am unable to do so. This accounts for almost all of my life savings which I invested in over a year ago and placed in my Celsius account earlier this year before the company collapsed. This is my life savings from more than 10 years of hard work and I cannot tell you how distressed and lost I am about what to do.

Some of this collateral was also funds that my family asked me to invest for them and I cannot bring myself to tell them what's happened and am extremely depressed and have basically shut down mentally and cannot work or see friends due to this deep depression. I will never recover from this financial loss.

Alex Mashinsky and his team have repeatedly lied to their customers in their weekly AMA's and in other videos I have watched over the past 6-9 months telling them that their funds are safe and they are not at risk and comparing themselves to other companies that they said do not have the funds to pay back their customers and that Celsius was the safest place to become 'UNBANKED' and take out loans or earn interest on their funds. I feel betrayed and ashamed that I wasn't aware (as so many weren't) of the high risk activities Celsius was engaged in putting millions of customers funds at risk of liquidation and massive losses.

I hope that you will be able to find a way to force Celsius to rebuild their platform under new management and with support from outside offers (such as Simon Dixon's) to prevent total liquidation of the assets that remain so that in time we, the Celsius Depositors, may all be made whole again or at least some proportion of that.

I thank you for your time and consideration in this matter and have faith that you will find a way to help the retail customers whose lives hang in the balance and have all been affected.

Regards - Nolan Hemmings