July 21, 2022

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District Of New York
One Bowling Green
New York, NY 10004

Re: Case # 22-10964, Celsius Network LLC., et al.

Dear Honorable Martin Glenn:

In regards to docket #72 filed on 07/20/2020, I am writing to voice my support for the opinions expressed by Mr. Mendelson. I do not have any relationship with Mr. Mendelson and have never met them.

After reading the letter from docket #72 I was in complete agreement and wanted to express that. I am a "small" creditor with assets held in Celsius' Earn and Custody accounts. My understanding when I utilized the Custody accounts was very to similar to the points made in docket #72. I feel that it is fair to allow Custody accounts to be unlocked and assets allowed to be transferred now as these assets are said to be accounted for. Redemption of Custody assets should be in the asset type deposited (BTC, ETH, USDC, etc) and not in USD.

Sincerely,
*David Heron*
David Heron