Re: Consideration to return Depositors' funds in 100% Crypto

22nd day of July, 2022

To the Honorable Judge Glenn,

I am a single mother of 2 daughters who are going to college next year. I have supported my parents and my daughters by myself for whole life. I am struggling hard for living.

I saw Celsius advertisement and promotion through media and deposited my cryptos which I purchase at the top price from Coinbase Pro last December. My cryptos on the Celsius are maybe not big money for Mr. Mashinsky and his high salaried staffs ($30,000 monthly income after filing Chapter 11), but it is huge amount of money for my poor family. Like many other depositors, I and my family are severely impacted both in financial and mental health by the bankruptcy and locked up cryptos. I always check the app if my cryptos are still there. I can't focus my job or sleep.

I deposited my cryptos on the Celsius because they always claim that Celsius is SAFER than traditional banks or even other Crypto companies through the medias. I can still watch what Celsius CEO said when he promoted his company. I can't believe the crypto is their own once clients deposit there. I would like to know what SAFE means to us. Is it SAFE for Mr. Mashinsky to use for whatever his interest?

Now, the world is really on one platform. Cryptos are all on the blockchain which everyone can see where my crypto comes from and where goes to clearly. In such a world, how he cheats depositors with old fashion way and acts like nobody would never know what he is doing with clients' property.

<u>I would sincerely request that you let all Celsius depositors withdraw their cryptocurrency100%, rather than converting our claims into dollar amounts on a fixed date.</u>

Thank you so much giving me a chance to write a letter and reading this. Your wise judgement on the Celsius's case to return crypto 100% back to depositors would help greatly for us to live.

Yours sincerely,

*[signature]*

Flori Ohm

Celsius Depositor