Dear Honorable Judge Martin Glenn,

Please take a special care for users with small amounts in Celsius earn accounts. I'm from Brazil and I have 0.1 BTC on my earn account. I know it can be considered a low amount when compared to other users, but for me it is a significant amount. I'm worried that only big creditors are going to be heard at the case. For us, non-US users, it would be very important to be able to receive back our money in crypto, not USD.

I wish you best regards,

Bruno Fernandes.

brunofer@gmail.com

+55 51 981445858