UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

In re: Celsius Network LLC.

                                Debtor

------------------------------------------------x

                                Plaintiff

            v.

                                Defendant

------------------------------------------------x

Case No.: 22-10964-mg

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, William D, Schroeder, Jr._____, request admission, *pro hac vice*, before the Honorable Martin Glenn_____, to represent Emil Pilacik, Jr. & EMCO Technolo, a creditor_____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania_____ and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania_____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 21, 2022
_____, New York

Mailing Address:

William D. Schroeder, Jr., Attorney
920 Lenmar Drive
Blue Bell, PA 19422
E-mail address: schroeder@jrlaw.org
Telephone number: (215) 822-2728