July 21, 2022

Judge Glenn.

Regarding case #22-10964.

I realize that Judge Glenn will probably never read this letter, but I'm compelled to write and send it never-the-less. My name is James Mattingly and I live in the San Francisco Bay Area.

The purpose of this letter to in relation to the Celsius Network and their collapse. I am a "small fish" when compared to others, but I have invested over $50,000 dollars into Celsius and I fear that I will never get it back. I am embarrassed and ashamed of myself to have been taken in by Celsius and the claims that they made. Mr. Mashinsky openly stated over and over in AMA's and interviews, that Celsius was a "safe alternative" to the traditional banking system..... What a lie and I fell for it.... Now I am hearing that Celsius is requesting to be allowed to pay millions to employees? How about paying back the little people like me who were mislead in a most fraudulent manner? Where is our justice?

I take responsibility for my actions and at the end of the day, it is my fault for investing in Celsius. I can only hope and pray that I will at least receive some of my investment back.

Thank you, Your Honor, for your time.


Blessings,

James Mattingly

Cell. 925-216-5446