Dear Honorable Judge Martin Glenn:

I am writing to you to request that if at all possible, Celsius not be liquidated and dissolved. I am 59 and I put close to $300,000 into Celsius (nearly my life savings), most of which was in USDC.  At the time I believed that since USDC was a stable coin backed by actual dollars, my money was safe.

I feel deceived by Alex Mashinsky who on weekly AMAs repeatedly declared that our funds were safe and would be protected by Celsius.  I accept responsibility for not reading the Terms and Conditions more carefully, but I could not believe that what Alex was saying on a constant basis would be so clearly contradicted by the Terms and Conditions.  Alex repeatedly sold and presented Celsius as a low risk savings account.

There are some powerful crypto participants like Simon Dixon, who want to make the depositors whole.  This has been done before with Bitfinex.  I truly hope that these opportunities are given a chance.  Alex needs to be removed from this process as he is clearly not acting in the depositor's best interest.  Thank you for taking the time to read this.

Sincerely,

Roger Perez