Dr Con Tsonis
4/16-18 Cassia Street
Dee Why
NSW 2099
AUSTRALIA

Honorable Martin Glenn,
Chief Judge
Vito Genna,
Clerk of Court
Southern District of New York

Dear Chief Judge,

I am writing to you as a concerned Celsian [been with Celsius an number of years].
I am looking to represent my interests in this current Chapter 11 process.

I am 65 years old and have put all of my life savings into Celsius. Not all funds initially, but over time as I grew more confident of Celsius. This confidence grew through listening to the CEO, Alex Mashinski every week on the AMAs where he would explain what Celsius was doing and how safe it was compared to the traditional banks.

The Chapter 11 filing has of course now allowed for facts [truths] to come to the fore. It is only now that Celsius' activities are truly revealed and it has shocked me as this didn't fit what I was being told or heard about Celsius and how safe our funds were and the monetary back up Celsius has in case anything did go wrong!

It is clear now that Celsius was not transparent, clear, truthful with its customers.

This letter is to see what can happen now and to have a small voice and to see if this can make any difference as it will have a huge impact on my retirement plans and ability to live normally or not.

I do pray that we can get our funds back [long crypto is also ok, if it means getting all the crypto back].

Thank you for your efforts to work through this process and hopefully end up even stronger on the other side.

God bless.

Con Tsonis