22.7.22

Dear Judge Glenn

Thank you for taking the time to read my letter.

I have been a Celsius Network customer since 3rd March 2022. My husband and I each have a Celsius account, and I also have an account for my self managed super fund. In total we deposited circa $240,000 AUD of crypto assets to the Celsius Network, which is a significant portion of our life's savings and retirement fund.

I was devastated to read the Memo to the Community posted by Celsius Network on 13th June 2022 advising that all withdrawals were paused. After a gut-wrenching month with little communication from Celsius Network, my worst fears were realized when the company announced they had filed voluntary petitions for Chapter 11 protection. In addition, I was sickened to read there is a significant deficit on the company balance sheet and that Celsius Network is now requesting circa $3M per month to pay salaries and $90K per month for corporate credit card debts, thus further depleting the company funds that should be paid back to customers, like myself.

Prior to and after becoming a Celsius Network customer I have regularly followed AMAs and interviews in which Alex Mashinsky stated that our funds were safe, customers couldn't lose money, loans that Celsius issued were over-collateralised and the company had raised funds to protect the users. He claimed that Celsius Network was an open book and that profits were for the community. He did not disclose the risks the company was taking with our assets and clearly all the above claims he made have been proven to be false and misleading. Even in the weeks preceding the suspension of withdrawals on Celsius Network, Alex was saying in interviews that everything was fine, and our funds were safe.

I have a history of mental health issues (anxiety, stress, depression) and this event has caused me significant distress. Losing this amount of our savings will have irreparable consequences for our family. I feel betrayed, misled, lied to. I am ashamed that I was deceived by Alex Mashinsky and Celsius Network.

I am requesting that Celsius Network return to us our crypto assets.

I am requesting that Celsius Network is prevented from depleting the balance sheet by paying directors wages, bonuses and credit cards.

I am requesting that Alex Mashinsky and the senior leadership team are held accountable and suffer severe consequences for misleading the community and lying to us.

Thank you for your consideration of my requests.

Yours sincerely

Amanda Gan

Brisbane, Australia