Dear Mister Glenn,

I am writing to you in order to emphasise what others have already managed to do, in regard to the sheer pain caused by Celsius Network.

I too, was led to believe that Celsius was the "safest, most transparent home for crypto", and for that reason held almost the entirety of my assets with them - emphasis on past tense.

I say so, as what I am being led to believe is that the chances of seeing what is rightfully mine again are slim to none. Now, I am presently in a position whereby I can't make rent and I am well behind with my tax savings as I had entrusted them to look after my funds. I am in major need of money and feeling somewhat helpless, especially as a small holder; powerless.

I was a keen purchaser of and believer in Luna Classic – for a decentralised future - before its collapse and for the seasons stated above, also kept 100% of my Luna (equating to 85% of my cryptocurrency wealth) with Celsius. Following the de-pegging of UST and the collapse of Luna I was desperate and resentful, as well as having the overwhelming feeling of stupidity on my own part.

However, all was not lost as I still had money – worth roughly $1300 today – on Celsius, which may be pennies to some but would drag me from the hole I find myself in. I am particularly interested in my 770 MATIC, which again wouldn't be worth writing about for most, but to me represents a chance at a better future for myself and a chance to eventually begin to average into that asset once more with the hope of being in a better financial situation in years to come.

Not only is it a double hammer blow, but then there's the fact that Celsius is still to release my Luna 2.0 airdrop – which can be seen on Terra Finder by inputting my Celsius wallet address – to the tune of almost $2000 today. The fact that it's there to see, and had been promised to us all by Nuke, is gut-wrenching. Again, a total of around $3,300 including the airdrop may seem somewhat insignificant, but it's all I had.

As things stand, I have roughly 100 Euro in my bank account with a personal loan of 130 to repay monthly, and no means to even make the rest up. As mentioned before with my tax savings, I am in the first year of self-employment so things are very, very hard anyway. The jump, believe it or not, was due to the fact that I had managed to accumulate almost $15000 with Luna and therefore had a 'safety blanket' to see me through the opening stages of my new adventure, yet here I am.

Again, I was aware of the risks surrounding Luna. However, Celsius was another thing. They proclaimed to be safe, secure and almost impenetrable. I entrusted them with everything and, instead, I am left in a desperate situation.

Thank you for helping us all and for taking your time to take into consideration our stories on the fight for justice,

Kind Regards,

Ben Hughes