Adelaide, 22.07.2022

Dear Hon. Martin Glenn,

My name is Christian Bleech and I'm from South Australia. I am a Celsius customer. I feel really betrayed from Alex Mashinsky and his company Celsius. He published so many videos in the last two years about how good Celsius is, that all customers are protected because of a high insurance from Celsius. Mr Mashinsky also said that the funds of customers are always accessible.

I have over $76000 US Dollar worth of funds on Celsius and hope that the American Justice System can bring a fair solution to this case and that all people who have trusted this company for years get their money back.

Kind Regards,

Christian Bleech