Alan Comerford
45 Winkworth St,
Bungalow
4870 Queensland
Australia

Honourable Martin Glenn
United States Bankruptcy Court
Southern District of New York

Re: Case Number: 22-10964 Celsius LLC

Dear Judge,

    I am an Irish/Australian retail crypto depositor into the earn account. I am 42 years old and have a 4 year old child. For the last 2 years I have been steadily purchasing Bitcoin and Ethereum with a firm belief in the ecosystem and its possibilities.

    I am a refrigeration mechanic/electrician working in the large commercial industry. My job involves very heavy lifting, working in extreme weather conditions here in the far north Queensland tropics and very long hours given the lack of people in my sector up here.  The plan was to work a ridiculous amount of hours and live in a very cheap run down property to maximise savings. The end game was to buy a house for myself and my child. I have no family over here and nobody to fall back on so I had to come up with a plan. I have lost everything. How can I explain this to my son? I feel ashamed at myself.

    I feel that Celsius with Alex Machinsky at the helm blatantly lied to thousands of investors and assured us every Friday that our investments were safe. I urge you to watch all the videos to prove this that have popped up all over the internet.  Some are quite specific in terms of what he says Celsius does and does not do. Which was all lies.

    I am asking you to take into account the thousands of investors like me that poured blood sweat and tears into their investment. It might only be a deposit for a house but it's the only house they would have ever had. We are small fish but we would love to be treated equal.

    Finally, with regard to the proposals, I am happy to go "crypto long" providing a detailed plan and time scale has been put forward prior to this. I can do 2 years but not 10. More importantly I will only go long providing Alex Machinsky is stood down.  Another important point is that I think a large portion of the community feel it is very important to be paid back in the crypto they invested.

I very much appreciate you taking the time to read this,

Alan Comerford