July 22, 2022

Honorable Judge Martin Glenn
US Bankruptcy Court for the Southern District of New York

RE: Case Number 22-10964

Dear Judge Glenn,

I am corresponding to give you my input regarding the above noted case.

Recognizing that the principals and employees need to receive some compensation, it is my opinion that the directors caused this problem by their outright deceit or complicity. Depositors may lose their life savings. Some have already committed suicide. The requested amount is far too much in my opinion in view of the possibility that the depositors may lose everything. They all need to take far less until they return our crypto currency, or whatever compensation the depositors want. They caused this problem.

The platform was presented by Mr. Mashinsky as being safer than a bank week after week. Financial reserves were continually exaggerated, and questions were answered cloaked in technical jargon. The many weekly videos are proof of the ongoing deceit.

I am a small depositor – an 84 year old widow on social security. The deposit was my life savings to pay for home care when I'm no longer able to care for myself. I don't have years to wait for my saving to be returned. I made this decision after I watched the terrible care my husband received in a rehab hospital that also was a nursing home.

I had a gut feeling since I wasn't watching the news to withdraw my assets before withdrawals were prohibited. I went through the time consuming process, only to find that they weren't deposited back to my cold storage device. It was late in the day, but when I went to the Celsius site, the instructions had changed and I had to deposit those assets in a different fund before they could be withdrawn. I decided to do that a bit later, had other pressing issues the next days, and perhaps 2 to 3 days later, withdrawals were stopped. I have no access to their site, but it may have been a custodial fund.

My time on the platform was just over one month, and I took no loans. My assets were 1.46621 BTC, 7.748 ETH, and 50 LTC-a tiny amount compared to the vast amounts other may have lost. However, now I have to face the fear of the pandemic mistreatment of the ill elderly in a nursing home.

Please consider the depositors first before those who it seems want to drain the company of all assets by their exaggerated claims on company assets.

Respectfully submitted.

*Merilou Athens-Barnekow*
Merilou Athens-Barnekow
mabarnekow@yahoo.com