To The Honorable Martin Glenn,

The outcome of this bankruptcy will deeply impact the lives of thousands of people. Some of the possible outcomes will lead to financial ruin, broken relationships, and even death by suicide. The letters people write to you are of heartbreak, broken dreams, and desperation.

I had a plan. I am separating from the United States Military this week. I had saved over $100,000 which I deposited in Celsius Network in 2021, primarily as USDC. That money was set aside to support me through my post-military education. It took me decades of sacrifice to save that money. Like so many other people, the fund lock-up at Celsius has had a downward spiral impact on my life and I have had to borrow money from family just to make ends meet.

I don't pretend to know what is the best course of action; however, I do know that the most desirable outcome is the one that can make the most number of people whole or nearly whole on their investments. People's dreams (and even their lives) depend on this.

Very Respectfully

Nate C.