**Unaccredited US Investors in Earn Accounts**

  When Celsius changed their business model in April 2022, they declared **only** Accredited Investors could take part in 'Earn' accounts from then on in the US. Yet they 'grandfathered-in' Unaccredited Investors into the Earn Accounts, *instead* of moving them to Custody Accounts that they should have been in. If they added more funds, they would go to Custody Accounts.

  This allowed the company to continue manipulating and misusing these customers assets as they wished, *because* the Custody Accounts terms clearly stated Celsius could not use their funds without their explicit permission.

I would also like the judge to **not** give Alex Mashinsky an extra 120 days. This will cost Celsius nearly $13.8 M/ per month!

Thank you for your time,

V. Elizabeth Ryan