July 22,2022

Timothy Traywick

1152 Stallion St.

WV, 25438

Case No. 22-10964

Dear Honorable Judge Martin Glenn,

I would like to first Thank You for taking the time to preside over this case.  At this moment, as I am writing this letter, and the current market conditions I have $23,653.98, which $13,024.05 is held in USDC stable coin.  All my coins are held in the "Earn Account" b/c I was supposedly "Grandfathered In", since I live in the United States and I'm not an Accredited Investor.

I am a Single Father, Full-Time Dad, no breaks, and this is my life savings.  I know it's not much, but I was trying.  With All money cryptocurrency locked up in Celsius this is taking a toll on my health, family, mentality, sleep, and any other emotion you could imagine.

Before I deposited my crypto currencies into Celsius I watched Alex Mashinsky Fridays @ 1pm Eastern Time on his AMAs, multiple times.  I listen to his company model and how he supposedly handles our cryptocurrencies, and everything made sense.  Come to find out, through the bankruptcy filings, this business model he spoke of, was only in HIS head, and made-up stories weekly to his depositors and watchers.  I listen multiple times, as did so many other people, to Mashinsky state "holding USDC in Celsius is just as safe as a bank account, if not better.  Celsius looks out for their depositors and how banks are not your friends", yada yada…  There are videos all over the internet of the misinformation and lies, straight from Mashinsky's mouth.

I was not aware of the risks I took obviously, and I was led to believe there were No risks from Mashinsky himself by holding USDC in Celsius.  Also, by being Grandfathered into the "Earn Account", this personally seems like another stab "or" setup toward depositors. May be far from the truth, but that's how I feel about the situation, guess it will be determined if the court treats Earn Accounts and Custody Accounts differently.  If this is the case, Celsius should have Never Grandfathered any US Resident into the Earn Accounts and all our cryptocurrencies should have been moved from the Earn Account to the Custody Account as soon as these guidelines took effect.

I have learned two Valuable Leason – One "Trust Noone" – Two "Not Your Keys Not Your Crypto" – I hope and pray the depositors will be made whole, not only for myself, but for everyone involved.  Mashinsky and his Staff should not be getting a Salary\Paycheck or any other type of payment while thousands of others are Suffering from their actions.

I would like to request that the court research if any of the Celsius Executive Team Members or Any of the Employees of Celsius withdrew their cryptocurrencies before Celsius paused withdrawals, especially the weeks before the paused took place, which was June 12th, 2022.

Thank You for taking the time to read my letter.

*Timothy Traywick*