Hello honourable Judge,

I just want to voice my concerns about what I'm witnessing with the Celisus bankruptcy proceedings. I'm residing in the United Kingdom and have been using Celsius since 16th October 2020. I'm pretty devastated to have fallen for the numerous lies told on a weekly basis by Alex Mashinsky. I would tune into watch his AMA every single Friday afternoon to hear what Alex had to say, how he was generating yield and how our assets were protected and looked after with the utmost of trust, openness and honesty. Turns out this was just a bunch of lies told by Alex every single Friday to fool more investors into planting their crypto with Celsius to earn yield.

I personally have around 10/15 thousand US dollars worth of assets sitting on Celsius at the moment, which I have been blocked from withdrawing. This is a reasonable amount of money for me and I've lost most of, if not all my crypto and savings. I was told on a weekly basis that Celsius was, for example: "safer than banks", "why would you leave your money in a bank, when you can earn yield at Celsius", "we have more money, more reserves, more transparency, more openness than any other company. This is just a few of the things Alex would repeat on a weekly basis. I feel I have been deceived, lied to. scammed, had over and fooled by someone who presented them self as a sort of hero and the new alternative to a bank.

I can't believe for the last month I've watched Celsius from within the dark, moving multiple funds around, paying down loans, releasing their customers collateral and assets, but not to pay them back with all the openness and honesty which was portrayed by the CEO Alex Mashinsky. But, to file for bankruptcy, lock all our funds so we can not withdraw them, then have the cheek to tell us they're doing what is best for the community, to protect our assets. They took our assets, told us they did not take big risks with our money, everything was over collateralized and all users funds were safe, he said this on numerous occasions. I feel outraged that their going to continue to pay their staff millions of pounds a month while we, the customers who had our funds taken from us through deceit and pure lies sit with nothing. Where is all this openness and honesty now? Celsius has kept all its customers in the dark, told us nothing. They used the 750 million to build a bitcoin mining company, when they told us the money was raised and kept as capital to fill a hole if anything was to happen. Yet, its looking like Celsius was insolvent for months, while continuing to lie to its customers and try to suck in more people to invest their assets with the promise of big bonuses when you lock up a certain amount of assets for a period of time.

I also want to voice one more thing. I bought into Celsius token, through the marketing ploy of a community coin and through holding this coin you earn more yield. It's seeming pretty blatant that the Celsius token was being manipulated and controlled by the company to their own benefit. I believe Alex and the gang were doing insider training and keeping the price of the coin within a range that they liked it. A lot of things are starting to come out. I hope Alex and the company is looked into for misleading their customers on a weekly basis until the lies finally caught up with them. it turns out they didn't have the funds to pay their customers back. I believe this must be fraud! To lie so blatantly week in week out to the camera and sucker more investors in, is outrageous and disgusting.

I hope my concerns will be voiced and heard. Alex Mashinsky scammed me out of almost 0.4 BTC, along with some other coins too. I have lost the money i was saving towards a deposit on my own house. Alex has cost me a fortune while he enjoyed my funds to live the life of Larry, spouting lies and complete mistruths to obtain more money from investors to take outrageous risks with our money. None of this risk however was forthcoming about the actual risks to our money.

Kindest regards
Christopher Winter

My contact number is +4407825302841, I was unable to enter these details into the mandatory box. I've used a friends number within the US instead, but please contact me on my email or number provided here.