July 23rd, 2022

The Honorable Martin Glenn

United States Bankruptcy Court, Southern District of New York One Bowling Green

New York, NY 10004-1408

Re: Celsius Network LLC, et al. ("Celsius"), Case Number 22-10964

Dear Chief Judge Glenn,

My name is Thomas Bull,

I had 95% of my life savings in Celsius as I was made to believe that it was a safe and secure account where I could earn 1% interest on my bitcoin. I had 21.7 of them in their across 3 accounts. I deposit 13.2 bitcoins 36 minutes before I receieved the email saying no more withdrawals and it has come to my attention that withdrawals had been halted long before the email was sent out and so it was misleading of celsius to continue accepting deposits knowing full well they were insolvent and my money was about to disappear.

I have less than $30k now in my bank account, I have more than $330k AUD owning to the Australian Tax Office, and I have a $1.19m mortgage that is about to explode to a 16% interest rate because I will very soon be defaulting on my payment.

I'm begging you, please return atleast the 13.2 bitcoins that were deposited after withdrawals were already halted, the alternative outcome will have me default on my mortgage and lose my home, and it will also cause me to spend the rest of my life fighting interest repayments from the ATO as I battle to get myself not ahead, but just back above water where I can breathe again.

I have suicidal thoughts and the only reason I hadn't already taken my life was the burden that would leave my family, and I have lost 15% of my body weight in 6 weeks from the stress of suddenly losing everything that i've spent my entire life building. Worst of all, my mother split my home with me so if I default on the home she'll be homeless at 60 years of age with no other savings and her rock bottom to a place with no way out will be on my hands and I just don't see a way where I can recover.

Please consider the misleading website luring me in to deposit more money even tho it was never going to be returned, and please help me get it back.