21 July 2022
Dear Honorable Martin Glenn, Chief Judge:

As many other people who have reached out with their story, I also am a victim of this massive scheme invented by Celsius Network LLC and I imagine most of the delusional vision by the management.  I have most of my long term savings, including a downpayment for a house in California, which is a significant amount tied up in Celsius, because since day 1 I believed that everything is all backed up, deposits are safe, there is enough collateral and so on.  How can you face your spouse and tell her that all the savings and the downpayment for the house are gone?  Nobody that has transferred funds to Celsius believed that there is even a chance of it being a risky, otherwise nobody would have deposited more than a few hundred bucks, thus the company wouldn't even exist.   The reason people poured thousands, hundreds of thousands, and millions is because of the information provided, and the confidence everyone had.

I'm trying not to go into details because the pain of the loss is massive, and only people in the same boat as me know what that feeling is.  I live in United States of America, one of the greatest nations in this world, we are not in some 3rd world country swamped with corruption on all levels, and people robbing people on the streets as a profession.  Why wasn't Celsius overseen by the necessary institutions, I'm sure to get a licenses to operate the way Celsius has, there are government institutions that must oversee those balance sheets, the loans, the money, the lending.   How is it even possible that a company gambles away billions of dollars, because it's growing too fast and betting on a future where crypto currency value only grows in the short and long term, now this is extremely risky.  Where was the oversight?

I'm confident that Judicial system will find the best outcome and resolution in these events, and compensate everyone that has not just lost money, but lost the confidence of family members, friends, has been suffering emotionally and mentally, because we all tried to help and better ourselves and the lives of the people around us.


Thank you