Honorable Judge;

I have been a celsius depositor since 2020. My funds on the platform, which are a majority of my net worth, are stored in both Custody and Earn accounts. As such, I will discuss the nuances in these accounts separately

In regards to the Custody account: i am one of those weird people that reads user agreements. I initially had all my funds in earn but after reading the terms and realizing the risk associated with Earn accounts, I chose to keep about half of my holding in the Custody account. Although I didn't buy my Bitcoin through Celsius, I chose to hold them there in the Custody account as it was sold as being like a "bank" and per the terms of service I have title to my assets if stored there. That was the risk profile I was comfortable with - I only wanted to risk half my assets to earn a yield. Now that Celsius has filed for chapter 11, my Custody accounts are frozen alongside my Earn assets, even though documents provided to the court by celsius clearly identify Custody funds as my digital assets. <u>I am pleading that you please allow assets held in custody accounts to be withdrawn as soon as possible and not subject to length court proceedings.</u> For me personally, not having access to those funds has put me in a precarious spot financially.

For earn accounts, I understand that the terms of service make it clear that they belong to celsius unfortunately. I think that there's a ton of examples that Alex misrepresented how Celsius was able to generate yield but that risk was undertaken by the user if they chose to have funds in Earn. What I would ask of you is to please expedite these proceedings and hold Celsius accountable. We have already seen evidence of egregious spending ($60k/day on corporate credit cards) and now Celsius has requested employee compensation with an annualized salary of $300k/Yr. The examples and as the proceedings drag on, the depositors will foot the bill for continued legal costs. Ultimately for depositors in Earn accounts the payout is a simple calculation. Assets - liabilities - cost incurred throughout the proceedings. My hope is that you help minimize the last variable as much as possible

Thank you for your consideration

Erin Marie