Your honor,

My name is Leroy Hardman and I live in the Netherlands.

My address is: Jan Dellaertstraat 18, postal code: 4554BB, city: Westdorpe.

My email address what is connected to my account with Celsius Network is: leroy.celcius@protonmail.com

Celsius Network always claimed to be a safer and better alternative then a regular bank.

That is the reason why Ive put my money into Bitcoin and stalled it on their platform.

Celsius Network offert a muck better interest yield then my own bank.

That is the reason why Ive put my Bitcoin on Celsius Network to earn weekly passive income.

Celsius Network always said in YouTube videos that they did not take excessive risk with their clients funds.

Apparently what came to light is that they took high amount of risk with our funds. They used it for leverage trading.

Also they put it into defi platforms with all the risks involved.

So they were lying about their operations and absolutely not transparent, what they also claimed to be.

So I wish to get my Bitcoin back from Celsius Network.

The amount is 1.332349 Bitcoin.

Thank you for taking the time to read this and hope you can help us all out getting our funds back.

Kind regards Leroy,