To the Honorable Martin Glen:

I wanted to make you aware that Celsius is deleting evidence of statements that Alex Mashinsky and Celsius made to customers, and is actively muzzling the voices of customers in online community spaces, such as Reddit.

Here are 2 pieces of content that Celsius has deleted so far:

1. A Medium article, "Celsius Network is Nothing LikeBlockFi. Here's Why." The article was posted on March 12, 2019 and was online—and was therefore being used to lure in new customers and reassure current customers—until at least June 13, 2022. I have attached an internet archive of the article, along with evidence that it was originally posted on March 12, 2019, and that it was still online as of June 13, 2022.

2. The "Ask Me Anything" Video from June 11, 2021 on YouTube. The video is still up on Celsius' Twitter, however. I have included a printout of Celsius' tweet where this video can be watched, to preserve it in the court record, make sure it is not forgotten in this case as AMA videos are reviewed, and to hopefully ensure that Celsius does not delete it later.

In addition to deleting content, Celsius continues to delete posts from customers in community spaces including but not limited to: https://www.reddit.com/r/CelsiusNetwork.

I have attached a document outlining some posts that have been deleted by Celsius on Reddit recently. Posts in red marked **"[removed] by mod"** have been deleted by Celsius. Post deletions by Celsius moderators can be tracked in real-time here: https://www.reveddit.com/v/CelsiusNetwork/?localSort=num_comments

In particular, I want to flag that Celsius is banning posts that suggest alternative social media spaces, such as this one:



Your Honor, Celsius depositors feel alone, scared, and don't know where to turn or who to reach out to. We are organizing organically, setting up chats in various siloed spaces on Telegram, WhatsApp, and Reddit, including the official r/CelsiusNetwork Reddit that Celsius continues to moderate.

If Celsius customers are to organize for a good outcome together, we need to be able to find each other and communicate with each other, not just in newly-created customer-run spaces that we have to do research to find, but in Celsius-owned spaces, where the vast majority of customers still congregate. We deserve freedom of speech and freedom of association.

I hope that the court and/or the United States Trustee can stop this bad behavior by Celsius from continuing so that customers can evaluate the plans that Celsius puts forward in a fair and unbiased way.

I want to close out this letter by saying that I hope you will reduce the 120-day exclusivity period for Celsius. Although the sort of bad behavior I have outlined in this letter might suggest the need for a bankruptcy trustee or examiner to rein in Celsius' bad behavior, I do not think that is a good idea if it would result in Chapter 7 or even a predatory liquidation of our cryptocurrency for dollars under Chapter 11, such as the predatory offer that FTX recently made to Voyager customers.

There are alternative plans currently in development, such Simon Dixon's plan, and other even better restructuring offers may come in from other industry players. The more offers the better, but taking ANY offer from the current Celsius management team is a bad idea; they cannot be trusted.

I understand that these things take some time. Celsius needs to provide audited financials before other industry players can step up with concrete offers, for example. I urge you to order that without delay. They need to stay around until they turn over the private keys of our crypto to a party that can be trusted not to "run away" with our coins. And they will need to cooperate in any resolution. I suggest you keep them on a tight leash until they do these things, and then let the industry make offers that make depositors as whole as possible. Celsius management is not to be trusted and cannot get us out of this mess themselves, but I believe there is a future for the company with a new management team.

Thank you for your time and consideration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 25, 2022.

**/s/ Immanuel Herrmann**
Immanuel Herrmann

# Celsius Network is Nothing Like BlockFi. Here's Why.

"Imitation is the sincerest form of flattery." — Charles Caleb Colton



**Celsius Network**  Follow

Mar 12 · 8 min read



Celsius Network was founded by an innovative team with a simple idea: financial services should only ever act in the best interest of their community. It's a vision we've kept and will continue to

promote as our community grows and as competition increases. While other companies slowly enter this space hoping to disrupt the system and decentralize the big banks, it's absolutely vital that depositors understand where they are putting their funds, and what each company is promoting behind the scenes.

If a company isn't able to explain their business model or vision in clear and simple terms, it's a red flag that something *quite* isn't right. Our team is hard at work acting in your best interest; and like our team, our business model is also straightforward and transparent.

Through our platform, individuals and businesses are able to secure crypto-backed dollar loans starting at 4.95% per year, and crypto HODLers can create interest-earning accounts at rates up to 7.5% (7–10 times more than banks pay). We lend our community's assets to crypto exchanges and hedge funds looking to borrow coins. Up to 80% of all profits generated are given back to the community in the form of weekly interest which is distributed directly to our coin depositors. When we earn more, our community earns more, and THAT is doing what is in your best interest.

When BlockFi announced their new interest-earning accounts last week, many were quick to compare their services to the services offered by us at Celsius Network, but when you take a closer look, such comparisons don't hold up.

In the interest of the crypto community, I want to offer some advice I've learned from my own experience by sharing some *potential* red flags with the new BlockFi interest-earning accounts. It's easy to assume their promise of high interest rates is a move that acts in the

best interest of the community, but underneath this, it looks like it might just be a covert means to attract attention and increase profits for their shareholders and investors. Here's why…

## 1. They might not accept responsibility if they don't act in your best interest.

BlockFi is more than willing to collect your crypto, but depositors should know BlockFi not *exactly* willing to accept responsibility if anything happens to it (even at their own expense). From BlockFi's terms of use:

> *"BlockFi and our third party partners may experience cyber-attacks, extreme market conditions, or other operational or technical difficulties which could result in the immediate halt of deposits and withdrawals of cryptocurrency either temporarily or permanently. BlockFi is not and will not be responsible or liable for any loss or damage of any sort incurred by you as a result of such cyber-attacks, operational or technical difficulties or suspensions of deposits or withdrawals."*

In case there was confusion the clause above, they go on to state, "These Terms and the deposit relationship do not create a fiduciary relationship between us." In simpler terms, BlockFi is not bound to have a legal or ethical relationship with its depositors.

As the CEO of Celsius, I cannot imagine defining such an untrusting relationship between our community and our company. If you're interested, I encourage you to read our own terms and conditions to see how we are acting in your best interest.

## 2. Their "compound interest" is essentially a way to charge withdrawal fees.

Over the years, banks have used "compounding interest" as a tool to entice individuals to deposit with their institution over the competition. It also incentivizes individuals to deposit more money as banks are likely to project higher returns on larger amounts over long periods of time—typically forecasted for 5, 10, or even 40 years. In both cases, compounded interest presents much greater advantages for the banks (and their shareholders) than it does for the depositors.

BlockFi recently announced they will be offering depositors compounded interest paid out monthly at rates of 6% with an annual yield rate of 6.2%. While it may sound exciting on the surface, the reality is that 0.2% compounded over 12 months isn't much to write home about—especially when you read the fine print from BlockFi's Terms of Service which states, "If you withdraw any assets from your Crypto Interest Account prior to the last calendar day of the month, you will incur an early withdrawal penalty equal to the amount of interest accrued during that month on the assets withdrawn."

So if you want to withdraw your funds during any of the other 29 days of the month, BlockFi uses your compounded interest as payment just so you can access your own money. Celsius does not charge any fees, there are no early termination penalties, and you'll never find a hidden "gotcha" clause.

## 3. Their interest rates are subsidized by their VCs.

One of the most alarming aspects of BlockFi's new interest-earning accounts is how they are funding their 6% interest rates and their extra 0.2% of compounded interest. In December, BlockFi CEO Zac Prince stated that their interest rates "will fluctuate and be subsidized in effect by our venture investors." So, if BlockFi's VCs ever choose to stop funding the project, it's possible that those rates could crash and burn harder than 2017.

Celsius is transparent with how our rates are determined; the process was built from the ground up to maximize return for our depositors. Our rates are subject to change on a weekly basis as they are calculated by the weekly demand for each coin combined with our promise that up to 80% of our profits are returned to the depositors. The more people that deposit, the more profits there are to distribute to the community, and THAT is a sustainable and scalable promise.

## 4. They require a minimum for deposits and withdrawals.

If a financial institution requires customers to deposit a minimum amount, they see you as a dollar sign rather than as an individual worthy of financial independence. Why should the amount of money you have determine if you're able to earn interest on that money?

Celsius Network's mission is to bring the next 100 million people to the blockchain, and chances are 90% of them will have less than $500 to invest in crypto. We have no minimum requirement to create an account and make a deposit because our large depositors subsidize the small depositors. BlockFi requires a minimum of 1 BTC or 25

ETH to open an account with them, proving that crypto adoption and growing the community is not their core mission.



BlockFi also requires a minimum amount deposited before any withdrawals can be made. Their terms of service state, "If you are making a partial withdrawal, your Crypto Interest Account must retain a minimum deposit after your withdrawal has been processed that is greater than or equal to the Minimum Balance to continue earning interest."

So there's a minimum amount required to open an account and a minimum amount required to be left into your account just so you can access your own funds. You will not find any restrictions at Celsius; you can deposit and withdraw any amount at any time and you'll continue earning on the balance left in your account.

## 5. Your funds could get locked up, and you could be left waiting in the cold for quite some time.

On the surface, BlockFi boasts its commitment to transparency. A closer look at the fine print listed in their terms of service would suggest otherwise. For example, you could get locked out from your funds with withdrawal limits as they state, "Withdrawal limits based on frequency may apply from time-to-time and will be described in your Crypto Interest Account interface." They also note, "BlockFi reserves up to 7 days to process a client fund withdrawal." Based on how fast the cryptocurrency world moves, 7 days is an awfully long time to wait for approval to access your own money.

Unlike Celsius Network, which pays interest every Monday to our community, BlockFi doesn't exactly guarantee that same level of timeliness. "We will credit your Crypto Interest Account with the interest earned within five business days of the end of each calendar month." That difference of getting your money every week may actually be more than the compounding interest they offer you.

## In the end, go with what feels right.

I am a firm believer that competition is essential for innovation to flourish and I encourage companies to follow in our footsteps. Our goal is to level the financial playing field for all individuals by providing services and solutions that are fair and democratized rather than trying to increase profits for the 1%. At this stage, BlockFi is not doing enough for the cryptocurrency community to be compared to Celsius. If we want to take the power from the banks and give it back

to the people, we need to support a platform that was designed to do just that from the ground up with a team proven to execute and scale.

From creating VOIP so voice calls will be free (over 3.5 billion people use VOIP) to bringing free LTE + WiFi to the NYC subways, I am proud to have a 30-year history of disrupting the "status quo" by taking power away from big businesses—like phone companies and governments—and bringing it back to the community to make the world a better place. When was the last time you paid for a local or international call? Soon we'll be asking the same question about paying bank fees or earning less than 5% in interest on our money. Celsius Network created MOIP (Money Over Internet Protocol)—my way of disrupting the banks and bringing the power of money back to the people, and it's nice to finally see that other financial institutions are starting to get the message and have tried to build platforms that are focused on the community as well.



**P2P = Power To The People**

© 2018 Celsius Network Confidential

Help us grow the community by joining Celsius and spreading the word and your coins (try our CelPay service)! Together we can change the world and make it a better place. There is nothing better than feeling your existence on this planet matters and you can help make the world a better, more fair place.

## P.S. — Check out how every year there are fewer banks and less interest earned. Time for a revolution, no?



· · ·

## About Celsius Network

Celsius Network is a democratized interest income and lending platform accessible via a mobile app. Built on the belief that financial services should only do what is in the best interests of the community, Celsius is a modern platform where membership provides access to curated financial services that are not available through traditional financial institutions. Crypto holders can earn interest by transferring their coins to their Celsius Wallet and borrow USD against their crypto collateral at interest rates as low as 5% APR.

Download the Celsius Network app and start earning interest on your crypto today ➡️ celsiusnetwork.app.link

## Stay Connected!

Follow Celsius Network on Facebook, Twitter, Telegram, LinkedIn, Reddit, Instagram, and YouTube.

  

Explore more than 718 billion web pages saved over time

DONATE

https://medium.com/@CelsiusNetwork/celsius-network-is-nothing-like-    ×

Results: 50 100 500

**Calendar · Collections · Changes · Summary · Site Map · URLs**

Saved **4 times** between March 30, 2019 and June 13, 2022.



| 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | **2018** | 2019 | 2020 | 2021 | 202 |

| JAN | | | | | | | | FEB | | | | | | | | MAR | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | | | | 1 | 2 | 3 | 4 | 5 | | | 1 | 2 | 3 | 4 | 5 | | | |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | | |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | |

| 20 | 24 | 25 | 26 | 27 | 28 | 29 | | 27 | 28 | | | | | | | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| APR | | | | | | | | MAY | | | | | | | | JUN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | 1 | 2 | 3 | 4 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 29 | 30 | 31 | | | | | 26 | 27 | 28 | 29 | 30 | |

| JUL | | | | | | | | AUG | | | | | | | | SEP | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 | | | 1 | 2 | 3 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 28 | 29 | 30 | 31 | | | | 25 | 26 | 27 | 28 | 29 | 30 |

| OCT | | | | | | | | NOV | | | | | | | | DEC | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | | 1 | 2 | 3 | 4 | 5 | | | | 1 | 2 | 3 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 30 | 24 | 25 | 26 | 27 | 28 | 29 | 27 | 28 | 29 | 30 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

# Note

This calendar view maps the number of times **https://medium.com/@CelsiusNetwork/celsius-network-is-nothing-like-blockfi-heres-why-2f933412a51f** was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

Orange indicates that the URL was not found (4xx).

FAQ | Contact Us | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.





Explore

Settings

Tweet

**Celsius** @CelsiusNetwork

Celsius AMA June 11th 2021

Celsius @CelsiusNetwork
pscp.tv
Celsius AMA June 11th 2021

1:00 PM · Jun 11, 2021 · Periscope

**18** Retweets **2** Quote Tweets **124** Likes

**CryptoCrunchCzech** @CryptoCrunchCze · Jun 11, 2021
Replying to @CelsiusNetwork
please ask, when they will add #ADA on celsius. thank you
2

**Retraite 101** @retraite101 · Jun 11, 2021
Replying to @CelsiusNetwork
ETA for #ADA ???

**='Slite_Lee_Asqyu'** @SliteLeeAsqyu · Jun 11, 2021
Replying to @CelsiusNetwork
Hi Alex, Luke, and Mark!

**='Slite_Lee_Asqyu'** @SliteLeeAsqyu · Jun 11, 2021
Replying to @CelsiusNetwork
I will have to listen later. Keep up the great work! Thank you for all you do!

It was a pleasure meeting you in Miami. Talking with Mark and Zack were highlights of the event for me.

**Hip Hip** @hipjorgehip · Jun 11, 2021
Replying to @CelsiusNetwork
When XRP interest?
1

Search Twitter

## New to Twitter?

Sign up now to get your own perso

Sign up with G

Sign up with A

Sign up with phone o

By signing up, you agree to the Te
Privacy Policy, including Cookie U

## Relevant people

**Celsius** @CelsiusNetwork
Buy, swap, earn, bo
crypto – all in one a
#HomeForCrypto
celsius.network/cus

## What's happening

Television · Last night
**Last Week Tonight With Joh
Oliver airing on HBO**

Thomson Reuter... · 5 ho
**The inflation diaries: how 3
European countries are tac
soaring prices**

Entertainment Insi... · Ye
**All 51 of Jennifer Lopez's m
videos, ranked from worst t
best 🎶✨**

Entertainment · Trending
**Logan Paul**
YouTuber Logan Paul shares
Jordan Peele's new movie No
7,419 Tweets

Entertainment · Trending
**Natalia Dyer**
1,325 Tweets

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S

Twitter

# Explore

⚙ Settings

Search Twitter

**SAELEN PASCAL** @SAELEN_PASCAL · Jun 12, 2021 ···
Good question.
Answer pls, thank you

💬                    🔁                    ♡                    ⬆

**CelHero** @CelHero · Jun 11, 2021 ···
Replying to @CelsiusNetwork
Come join the Celsius Investor Group, where we have intelligent discussions about all that is good or bad about Celsius

┌─────────────────────────────────────────────────┐
│  ✈                   t.me                         │
│                      Telegram: Contact @CelsiusInvestorGroup │
└─────────────────────────────────────────────────┘

💬                    🔁                    ♡ 3                  ⬆

**The Polygonist** 💜💜💜 @jejeanlouis1124 · Jun 11, 2021 ···
Replying to @CelsiusNetwork and @Mashinsky
Thanks for everything you do ! My question is when will be able to swap other crypto into stable coins   In the Celsius app?

💬 1                  🔁                    ♡                    ⬆

**Celsius** ✓ @CelsiusNetwork · Jun 13, 2021 ···
Alex answsered this on the AMA

💬                    🔁                    ♡                    ⬆

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

S



 Explore

Settings

← **Tweet**



**Celsius** ✔
@CelsiusNetwork

Please, don't compare us to @TheRealBlockFi.
#PowerToThePeople

medium.com/@CelsiusNetwor…

7:46 AM · Mar 12, 2019 · Twitter Web Client

**27** Retweets   **6** Quote Tweets   **92** Likes

---

**YS** @y_stefanov · Mar 12, 2019
Replying to @CelsiusNetwork and @therealblockfi
Thank you for addressing this.

3

**Andrew Battaglini** @abattaglini_ · Mar 12, 2019
Replying to @CelsiusNetwork and @therealblockfi
👏👏👏

1

**Tony D** @Tony_D__ · Mar 12, 2019
Replying to @CelsiusNetwork and @therealblockfi
Excellent!!

1

⚡ **Thomas Connolly** ⚡ @TomJConnolly · Mar 12, 2019
Replying to @CelsiusNetwork and @therealblockfi
@Mashinsky Great article and a clear comparison to @CelsiusNetwork . Thank you. Clarity is critical for broader adoption that rests on the foundation of trust. People need to develop trust in the new emerging platforms, and you are building that foundation. @APemplices

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

G   Sign up with Google

  Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**



**Celsius** ✔
@CelsiusNetwork

Follow

Buy, swap, earn, borrow and send crypto – all in one app, with zero fees. #HomeForCrypto
celsius.network/customer-care

**BlockFi**
@therealblockfi

Follow

We are now @BlockFi

**What's happening**



Television · Last night
Watch What Happens: Live airing on Bravo




Condé Nast Trav… ✔ · 5 hours ago
10 airport hacks to help you survive the 2022 travel chaos



**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up






**Explore**

**Settings**

Search Twitter

Trending in United States
**Brittany Renner**

Entertainment · Trending
**Emmett Till**
3,450 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More
© 2022 Twitter, Inc.

**BTC Trader** @trader_mmj · Mar 12, 2019
Replying to @CelsiusNetwork and @therealblockfi
Checkmate? Waiting for your rebuttal @TheRealBlockFi

**jephambl** @jephambl · Mar 12, 2019
Replying to @CelsiusNetwork and @therealblockfi
Thanks for clarification, Block fi seemed too good to be true... I thought it was not so clear and I got it now
3

**Blake** @BWBJN1633 · Mar 12, 2019
Replying to @CelsiusNetwork and @therealblockfi
I had been asking this question without a clear answer. Thanks @Mashinsky for clearing this up... that compounding interest sounded too good to be ... free of fine print. BlockFi is certainly getting their brand out there though. Heard their sponsorship on @PeterMcCormack
2   5

**thefastestgun** @EllipticHerb · Mar 12, 2019
Replying to @CelsiusNetwork and @therealblockfi
Interested to hear your thoughts on @ihaveCred

**GuildCrypt** @GuildCrypt · Mar 12, 2019
Replying to @CelsiusNetwork and @therealblockfi
Most banks have their minimum deposits and withdrawal fees to protect themselves. Would be interested to learn more about how @CelsiusNetwork is hedging against your own risk. Is 20% enough to cover your overhead? Is volume if users your sole saving grace?

**Spencer H** @paulandpaulxrp · Mar 12, 2019
Replying to @CelsiusNetwork and @therealblockfi
Nobody has even come close to the @CelsiusNetwork model!
1   2

**Celsius** ✔ @CelsiusNetwork · Mar 12, 2019

**Don't miss what's happening**
People on Twitter are the first to know.
Log in   Sign up

Celsius on Twitter: "Filed for bankruptcy as to move to a petition to https://t.co/... Twitter

Explore

Settings

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.







**about reveddit**
⚙ | F.A.Q. | add-ons |

r/ celsiusnetwork go

[+] show filters

copy sharelink

7 minutes ago
—
<- prev 5 days, 21 hours ago next ->

99 of 368

**Tip** Check if your account has any removed comments.
view my removed comments

**Tip** Reveddit Real-Time can notify you when your content is removed.

1

Which degen put Covid relief money into Celsius? (i.redd.it)
submitted 48 minutes ago by Zoey1234100 to /r/CelsiusNetwork (46k)
**[removed] by reddit (spam)** ?
0 comments reddit other-discussions message mods

1

https://t.me/celsiusclawback a telegram chat to discuss plans and defense in case it happens (self.CelsiusNetwork)
submitted 1 hour, 21 minutes ago by Jealous-Ad-1073 to /r/CelsiusNetwork (46k)
**[removed] by reddit (spam)** ?
0 comments reddit other-discussions message mods

1

Celsius Cartel (i.redd.it)
submitted 2 hours, 21 minutes ago by pwinne to /r/CelsiusNetwork (46k)
**[removed] by reddit (spam)** ?
0 comments reddit other-discussions message mods

1

NYT The Daily: Death of a Crypto Company (nytimes.com)
submitted 3 hours, 38 minutes ago by devman0 to /r/CelsiusNetwork (46k)
**[removed] by reddit (spam)** ?
1 comments reddit other-discussions message mods

↑ 0 ↓

**Celsius are now actively stealing funds** (self.CelsiusNetwork)
submitted 6 hours, 57 minutes ago by SafeGuard4175 to /r/CelsiusNetwork (46k)
[removed] by mod ⑦

15 comments    reddit    other-discussions    message mods

↑ 1 ↓

**The Retail Industry Has a Transparency Problem: Krissy Mashinsky Is Using Blockchain to Fix It** (techtimes.com)
submitted 12 hours, 45 minutes ago by ImaginaryMarsupial38 to /r/CelsiusNetwork (46k)
[removed] by reddit (spam) ⑦

0 comments    reddit    other-discussions    message mods

↑ 0 ↓

**If you believed in this network you are an idiot** (self.CelsiusNetwork)
submitted 22 hours, 26 minutes ago by COINBASECOMEDIANS to /r/CelsiusNetwork (46k)
[removed] by mod ⑦

33 comments    reddit    other-discussions    message mods

↑ 1 ↓

**Free 1-20 TRX per day, all withdrawals when you reach 100 TRX. Log in for 30 seconds every day, you can earn 100TRX for free in 1 week 5TRX can participate in the investment, 1TRX can also be withdrawn Earn money at: https://www.tron.ink/page/register.html?id=41808813** (self.CelsiusNetwork)
submitted 22 hours, 59 minutes ago by ExtraUniversity9350 to /r/CelsiusNetwork (46k)
[removed] by reddit (spam) ⑦

0 comments    reddit    other-discussions    message mods

↑ 98 ↓

**Why hasn't Mashitsky been jailed yet?** (self.CelsiusNetwork)
submitted 1 day, 1 hour ago by biohack3d to /r/CelsiusNetwork (46k)
[removed] by mod ⑦

64 comments    reddit    other-discussions    message mods

↑ 22 ↓

**Is Alex a criminal?** (self.CelsiusNetwork)
submitted 1 day, 1 hour ago* (edited 9 minutes after) by n0000f to /r/CelsiusNetwork (46k)
[removed] by mod ⑦

17 comments    reddit    other-discussions    message mods

↑ 0 ↓

**Why did so many of you not only invest money you couldn't afford to lose, but then gave that money to a random person?** (self.CelsiusNetwork)
submitted 1 day, 1 hour ago by [deleted] to /r/CelsiusNetwork (46k)
[deleted] by user ⑦

7 comments    reddit    other-discussions    message mods



First Elon now Alex (self.CelsiusNetwork)
submitted 1 day, 5 hours ago by captainchickenwing to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ?

1 comments    reddit    other-discussions    message mods

Community challenge: Find video clip of Alex promising to personally make depositors whole if Celsius could not. (twitter.com)
submitted 1 day, 8 hours ago by im_THIS_guy to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ?

0 comments    reddit    other-discussions    message mods

120 Exclusivity!? (self.CelsiusNetwork)
submitted 1 day, 10 hours ago* (edited 14 minutes after) by 1unbankedbro to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ?

0 comments    reddit    other-discussions    message mods

Trapped Celsius Customers Share Financial Horrors (zerohedge.com)
submitted 1 day, 13 hours ago by ImaginaryMarsupial38 to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ?

0 comments    reddit    other-discussions    message mods

Alex Just Posted a Video to All Account Holders (tiktok.com)
submitted 1 day, 13 hours ago by Fun_Inflation_5129 to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ?

0 comments    reddit    other-discussions    message mods

They Thought 'Crypto Banks' Were Safe, and Then Came the Crash (wsj.com)
submitted 1 day, 15 hours ago by consultinglove to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ?

3 comments    reddit    other-discussions    message mods

I want to own your company Alex (self.CelsiusNetwork)
submitted 1 day, 17 hours ago by Pezman3000 to /r/CelsiusNetwork (46k)



[removed] by mod ?

79 comments    reddit    other-discussions (1+)    message mods

@celsius network this is how this company deciced to let their entire vegas team go in the middle of a shift. They simply locked us out and then emailed us to our personal emails letting us know we were terminated. This company and the Ceo shows how little the care about the community!! (i.redd.it)



submitted 2 days, 1 hour ago by [deleted] to /r/CelsiusNetwork (46k)

**[deleted] by user** ⑦

9 comments    reddit    other-discussions    message mods

↑ 1 ↓

**Celsius sues Twitter user for sharing facts** (i.redd.it)
submitted 2 days, 3 hours ago by akflo to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ⑦

0 comments    reddit    other-discussions    message mods

↑ 1 ↓

**I still believe in Alex** (self.CelsiusNetwork)
submitted 2 days, 4 hours ago by donfanzu to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ⑦

0 comments    reddit    other-discussions    message mods

↑ 1 ↓

**Krissy Mashinsky definitely trolling celsians...** (i.redd.it)
submitted 2 days, 14 hours ago by TriazoleWeddingRing to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ⑦

0 comments    reddit    other-discussions    message mods

↑ 1 ↓

**Do we need to file a claim on Stretto or not?** (self.CelsiusNetwork)
submitted 2 days, 15 hours ago by djmahaz to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ⑦

0 comments    reddit    other-discussions    message mods

↑ 1 ↓

**Celsius's Mashinsky may be in an even "dicier" situation than that of the Three Arrows founders, notes Martinez, "since it seems that he has already been questioned by the FBI, and Celsius is being investigated by state securities regulators from New Jersey, Texas, Alabama, and Washington."** (fortune.com)
submitted 2 days, 15 hours ago by wxkjbz to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ⑦

1 comments    reddit    other-discussions    message mods

↑ 1 ↓

**Logging in didnt work, have they shut us down or just server issues?** (i.redd.it)
submitted 2 days, 20 hours ago by Luzcense to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ⑦

0 comments    reddit    other-discussions    message mods

↑ 0 ↓

**What would make you trust cefi lending again?** (self.CelsiusNetwork)
submitted 2 days, 20 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[deleted] by user ❓

27 comments    reddit    other-discussions    message mods

---

**bankruptcy chapter 11 reversed by fraud case** (law.cornell.edu)
submitted 2 days, 20 hours ago by foot-fetish-MA to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ❓

0 comments    reddit    other-discussions    message mods

---

**Consumer financial report bureau for fraud and scams** (consumerfinance.gov)
submitted 2 days, 21 hours ago by foot-fetish-MA to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ❓

0 comments    reddit    other-discussions    message mods

---

**Hopefully they find some sort of fraud** (fortune.com)
submitted 2 days, 23 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[deleted] by user ❓

1 comments    reddit    other-discussions    message mods

---

**Celsius users are real life wojaks** (self.CelsiusNetwork)
submitted 2 days, 23 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[deleted] by user ❓

1 comments    reddit    other-discussions    message mods

---

**Submit a tip to the FBI white collar crime division to get Alex out sooner** (self.CelsiusNetworkTRUTH)
submitted 3 days ago by thenecrophagist to /r/CelsiusNetwork (46k)

[removed] by mod ❓

0 comments    reddit    other-discussions (4+)    message mods

---

**Celsius is not your friend.** (i.redd.it)
submitted 3 days ago by RayBrigs to /r/CelsiusNetwork (46k)

[removed] by mod ❓

21 comments    reddit    other-discussions    message mods

---

**Mods are STILL censoring this sub, banning people, and preventing us from working together and sharing information. https://www.reddit.com/r/CelsiusNetworkTRUTH/ is not run by Celsius employees getting paid with our hostage funds.** (i.redd.it)
submitted 3 days ago by SaneArt to /r/CelsiusNetwork (46k)

[removed] by mod ❓



0 comments     reddit     other-discussions     message mods

## Stop posting here? (self.CelsiusNetwork)
submitted 3 days ago by CharlesPrawnson to /r/CelsiusNetwork (46k)

[removed] by mod ⑦

1 comments     reddit     other-discussions     message mods

## What Krissy's employees think of her (self.CelsiusNetworkTRUTH)
submitted 3 days, 2 hours ago by CharlesPrawnson to /r/CelsiusNetwork (46k)

[removed] by mod ⑦

0 comments     reddit     other-discussions (1+)     message mods

## Help! Out of my depth (self.CelsiusNetwork)
submitted 3 days, 2 hours ago by Alternative-Name-746 to /r/CelsiusNetwork (46k)

[removed] by mod ⑦

2 comments     reddit     other-discussions     message mods

## How do I withdraw my coins from Celsius? I heard they are going bankrupt and figured I'd get a jump on things. (self.CelsiusNetwork)
submitted 3 days, 2 hours ago by captainchickenwing to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⑦

0 comments     reddit     other-discussions     message mods

## What punishment would Alex deserve? (self.CelsiusNetwork)
submitted 3 days, 3 hours ago by wonderman_ch to /r/CelsiusNetwork (46k)

[removed] by mod ⑦

1 comments     reddit     other-discussions     message mods

## Just found out Alex didn't invent VoIP (self.CelsiusNetwork)
submitted 3 days, 3 hours ago by ecstatic_truth2553 to /r/CelsiusNetwork (46k)

[removed] by mod ⑦

1 comments     reddit     other-discussions     message mods

## You're gonna bounce back (self.CelsiusNetwork)
submitted 3 days, 5 hours ago by Ralayax to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⑦

0 comments     reddit     other-discussions     message mods

## Adam Levitin weighs in on the Celsius situation (twitter.com)



↑ 1 ↓
submitted 3 days, 6 hours ago by rjm101 to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⓘ

1 comments      reddit      other-discussions      message mods

↑ 1 ↓
And then he goes to the court and try to declare that our coins belong to Celsius. What a piece of s**t! (i.redd.it)
submitted 3 days, 9 hours ago by rflcrypto to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⓘ

0 comments      reddit      other-discussions      message mods

↑ 20 ↓
Celsius was better than Bitconnect. (self.CelsiusNetwork)
submitted 3 days, 12 hours ago by Subject-Ad4459 to /r/CelsiusNetwork (46k)

[removed] by mod ⓘ

8 comments      reddit      other-discussions      message mods

↑ 1 ↓
Simon Dixon was interviewed today for an hour about the Celsius situation. The interview is titled "Celsius Status and Next Steps to take with Simon Dixon" (youtu.be)
submitted 3 days, 17 hours ago by Antarctica-1 to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⓘ

0 comments      reddit      other-discussions      message mods

↑ 1 ↓
Ropes & Gray Free Educational Webinar on Celsius Bankruptcy and Key Legal Issues (self.CelsiusNetwork)
submitted 3 days, 17 hours ago by RopesGrayCrypto to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⓘ

0 comments      reddit      other-discussions      message mods

↑ 273 ↓
Celsius Did Everything They Could to Trap People (self.CelsiusNetwork)
submitted 3 days, 18 hours ago* (edited 7 minutes after) by ChrisRockedByWill to /r/CelsiusNetwork (46k)

[removed] by mod ⓘ

154 comments      reddit      other-discussions      message mods

↑ 1 ↓
Is Robinhood now offering the same program as Celsius? (reddit.com)
submitted 3 days, 18 hours ago by policybreh to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⓘ

0 comments      reddit      other-discussions      message mods

↑ 0 ↓
You will take a haircut if you sell your claim. But if it saves a life then all worth it or help you out it is all worth it. Details below. (self.CelsiusNetwork)
submitted 3 days, 18 hours ago* (edited 15 hours, 16 minutes after) by DWheeless to /r/CelsiusNetwork (46k)



**[removed] by mod** ⓘ

19 comments    reddit    other-discussions    message mods

↑ 1 ↓

**Should I be worried?** (reddit.com)
submitted 3 days, 19 hours ago by [deleted] to /r/CelsiusNetwork (46k)
**[deleted] by user** ⓘ

1 comments    reddit    other-discussions    message mods

↑ 1 ↓

**What do people think about the possibility of clawbacks on retail investors who withdrew?**
(self.CelsiusNetwork)
submitted 3 days, 21 hours ago by randrand128 to /r/CelsiusNetwork (46k)
**[removed] by reddit (spam)** ⓘ

1 comments    reddit    other-discussions    message mods

↑ 1 ↓

**What do people think about the possibility of clawbacks on retail investors who withdrew?**
(self.CelsiusNetwork)
submitted 3 days, 21 hours ago by randrand127 to /r/CelsiusNetwork (46k)
**[removed] by reddit (spam)** ⓘ

0 comments    reddit    other-discussions    message mods

↑ 0 ↓

**I dont get it how did we get into this situation...** (self.CelsiusNetwork)
submitted 3 days, 23 hours ago by [deleted] to /r/CelsiusNetwork (46k)
**[deleted] by user** ⓘ

5 comments    reddit    other-discussions    message mods

↑ 1 ↓

**All hope is not lost. Companies are buying claims to your account. Recommended if in need of immediate relief.** (self.CelsiusNetwork)
submitted 4 days ago* (edited 49 minutes after) by [deleted] to /r/CelsiusNetwork (46k)
**[deleted] by user** ⓘ

12 comments    reddit    other-discussions    message mods

↑ 0 ↓

**What's happening with loans?** (self.CelsiusNetwork)
submitted 4 days, 3 hours ago by [deleted] to /r/CelsiusNetwork (46k)
**[deleted] by user** ⓘ

2 comments    reddit    other-discussions    message mods

↑ 1 ↓

**when she tries to sign you up to Celsius** (v.redd.it)
submitted 4 days, 5 hours ago by 1minutebitcoin to /r/CelsiusNetwork (46k)



**[removed] by reddit (spam)** (?)

0 comments    reddit    other-discussions (2+)    message mods

**Do letters and e-mails to the judge mean anything?** (self.CelsiusNetwork)
submitted 4 days, 12 hours ago by [deleted] to /r/CelsiusNetwork (46k)

**[deleted] by user** (?)

2 comments    reddit    other-discussions    message mods

**Alex the Unbanker !!** (self.CelsiusNetwork)
submitted 4 days, 14 hours ago* (edited 3 minutes after) by datawarrior123 to /r/CelsiusNetwork (46k)

**[removed] by mod** (?)

1 comments    reddit    other-discussions    message mods

**Spot-On Letter Addressing CEL Market Value in Bankruptcy** (self.CelsiusNetwork)
submitted 4 days, 15 hours ago* (edited 9 hours, 59 minutes after) by can_ford to /r/CelsiusNetwork (46k)

**[removed] by mod** (?)

31 comments    reddit    other-discussions    message mods

**Submit a tip to the FBI's White Collar crime division to get Alex out sooner** (self.CelsiusNetwork)
submitted 4 days, 16 hours ago* (edited 36 minutes after) by thenecrophagist to /r/CelsiusNetwork (46k)

**[removed] by mod** (?)

0 comments    reddit    other-discussions    message mods

**Mashinsky LIES** (twitter.com)
submitted 4 days, 17 hours ago by Corkey29 to /r/CelsiusNetwork (46k)

**[removed] by mod** (?)

5 comments    reddit    other-discussions    message mods

**This was sent 7 days BEFORE the freeze.** (i.redd.it)
submitted 4 days, 18 hours ago by TensionIndividual875 to /r/CelsiusNetwork (46k)

**[removed] by mod** (?)

56 comments    reddit    other-discussions    message mods

**Celsius - should I file a claim now?** (self.CelsiusNetwork)
submitted 4 days, 20 hours ago by emc2867 to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** (?)

2 comments    reddit    other-discussions    message mods

0

**Do I need to file a claim now?** (self.CelsiusNetwork)
submitted 4 days, 20 hours ago by emc2867 to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ⑦

6 comments 　 reddit 　 other-discussions 　 message mods

1

**Peter Schiff Exposed Mashinsky's Celsius Scam Seven Months Before It Imploded** (youtube.com)
submitted 4 days, 21 hours ago by [deleted] to /r/CelsiusNetwork (46k)

**[removed] by mod** ⑦

0 comments 　 reddit 　 other-discussions 　 message mods

0

**Too little, too late for Celsius customers** (self.CelsiusNetwork)
submitted 4 days, 21 hours ago by [deleted] to /r/CelsiusNetwork (46k)

**[deleted] by user** ⑦

2 comments 　 reddit 　 other-discussions 　 message mods

2

**Krissy Mashinsky's company Usastrong.io has a review page on trustpilot (see link). Let's get that down to 1 star guys!!** 🖼 (trustpilot.com)
submitted 4 days, 21 hours ago by Specialist_Copy_8359 to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ⑦

0 comments 　 reddit 　 other-discussions 　 message mods

1

**Voyager seals names of creditors** (self.CelsiusNetwork)
submitted 4 days, 21 hours ago by Jrodgers2k6 to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ⑦

0 comments 　 reddit 　 other-discussions 　 message mods

3

**Any User Would be 'Insane' to Trust Celsius With Their Assets Right Now: Former Employee** (coindesk.com)
submitted 4 days, 22 hours ago by [deleted] to /r/CelsiusNetwork (46k)

**[deleted] by user** ⑦

2 comments 　 reddit 　 other-discussions 　 message mods

1

**Celsius Credit Card : A new hope ?** (publish0x.com)
submitted 4 days, 22 hours ago by bordoisse to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ⑦

0 comments 　 reddit 　 other-discussions 　 message mods

**Another fantastic letter to the judge (mentions this sub)** (self.CelsiusNetwork)

CelsiusNetwork (46k)

submitted 5 days ago (edited 10 hours, 50 minutes after...

199

**[removed] by mod** ?

63 comments    reddit    other-discussions (3+)    message mods

↑ 1 ↓

**Payroll and Mining** (self.CelsiusNetwork)
submitted 5 days ago by [deleted] to /r/CelsiusNetwork (46k)

**[deleted] by user** ?

2 comments    reddit    other-discussions    message mods

↑ 0 ↓

**[Unpopular] Take responsibility and stop HOPING for Alex to go to jail** (self.CelsiusNetwork)
submitted 5 days ago by cryptoripto123 to /r/CelsiusNetwork (46k)

**[removed] by mod** ?

61 comments    reddit    other-discussions    message mods

↑ 0 ↓

**I wish we could get the help of crypto influencers or Angel Investors.** (self.CelsiusNetwork)
submitted 5 days, 1 hour ago by [deleted] to /r/CelsiusNetwork (46k)

**[deleted] by user** ?

7 comments    reddit    other-discussions    message mods

↑ 0 ↓

**I am going to become a crypto milli-ACK!"** (i.redd.it)
submitted 5 days, 1 hour ago by nirumani to /r/CelsiusNetwork (46k)

**[removed] by mod** ?

0 comments    reddit    other-discussions    message mods

↑ 1 ↓

**Buy Google 5 Star Reviews - Google genuine Safe & Guaranteed** (self.CelsiusNetwork)
submitted 5 days, 2 hours ago by Usmultiservices to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ?

0 comments    reddit    other-discussions    message mods

↑ 0 ↓

**alex's mom!** (self.CelsiusNetwork)
submitted 5 days, 2 hours ago by gangbanger1000 to /r/CelsiusNetwork (46k)

**[removed] by mod** ?

2 comments    reddit    other-discussions    message mods

↑ 1 ↓

**I AM GOING TO BECOME RICH AND GET LA-ACK!** (i.redd.it)
submitted 5 days, 2 hours ago by YourAccountSuspended to /r/CelsiusNetwork (46k)

**[removed] by reddit (spam)** ?

0 comments    reddit    other-discussions    message mods

↑ 32
↓

**Stretto publishing personal information** (self.CelsiusNetwork)
submitted 5 days, 3 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[deleted] by user ⊘

39 comments     reddit     other-discussions     message mods

---

↑ 1
↓

**why deleting my post about Liabilities/asset and crytp price** (self.CelsiusNetwork)
submitted 5 days, 4 hours ago by greatpek to /r/CelsiusNetwork (46k)

[removed] by mod ⊘

1 comments     reddit     other-discussions     message mods

---

↑ 1
↓

**Can hackers disable the withdrawal block?** (self.CelsiusNetwork)
submitted 5 days, 4 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[deleted] by user ⊘

1 comments     reddit     other-discussions     message mods

---

↑ 1
↓

**Celsius link to Stretto** (reddit.com)
submitted 5 days, 4 hours ago by heydogee to /r/CelsiusNetwork (46k)

[removed] by mod ⊘

1 comments     reddit     other-discussions     message mods

---

↑ 1
↓

**Celsius should sell depositors the mining company for 1.2B** (self.CelsiusNetwork)
submitted 5 days, 5 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⊘

0 comments     reddit     other-discussions     message mods

---

↑ 0
↓

**if cryoto goes up, Are we ruined and lost??** (self.CelsiusNetwork)
submitted 5 days, 5 hours ago by greatpek to /r/CelsiusNetwork (46k)

[removed] by mod ⊘

9 comments     reddit     other-discussions     message mods

---

↑ 1
↓

**At least Alex helped to create a new word** (self.CelsiusNetwork)
submitted 5 days, 6 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[deleted] by user ⊘

1 comments     reddit     other-discussions     message mods

---

↑ 1
↓

**Sounds similar...** (v.redd.it)
submitted 5 days, 7 hours ago by adamlm to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⊘



0 comments    reddit    other-discussions (15+)    message mods

**Anyone else noticed small amounts withdrawn from their account over the past few days?** (i.redd.it)
submitted 5 days, 7 hours ago by saitamoshi to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⑦

0 comments    reddit    other-discussions    message mods

**If I made a deposit after the banking deadline, should my coins even be on earn?** (reddit.com)
submitted 5 days, 8 hours ago by Former-Cod-2431 to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⑦

0 comments    reddit    other-discussions    message mods

**As per "Dirty Bubble Media." Did the +23k btc given to ftx was perhaps payment for a loan?** (i.redd.it)
submitted 5 days, 8 hours ago by Former-Cod-2431 to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⑦

0 comments    reddit    other-discussions    message mods

**Celsius lawyers claim users gave up legal rights to their crypto** (cointelegraph.com)
submitted 5 days, 8 hours ago by PmMeYourMug to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⑦

0 comments    reddit    other-discussions    message mods

**I can't take it anymore** (self.CelsiusNetwork)
submitted 5 days, 11 hours ago by Cheyemos to /r/CelsiusNetwork (46k)

[removed] by mod ⑦

33 comments    reddit    other-discussions    message mods

**Celsius should sell mining company to depositors for 1.2B** (self.CelsiusNetwork)
submitted 5 days, 11 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⑦

0 comments    reddit    other-discussions    message mods

**is it true 80 percent of holding are being unl?** (i.redd.it)
submitted 5 days, 17 hours ago by TriazoleWeddingRing to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⑦

0 comments    reddit    other-discussions    message mods

**Court Dates** (self.CelsiusNetwork)
submitted 5 days, 17 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[deleted] by user ⃝?

10 comments    reddit    other-discussions    message mods

↑
0
↓

**Borrowing from Celsius** (self.CelsiusNetwork)
submitted 5 days, 17 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[deleted] by user ⃝?

4 comments    reddit    other-discussions    message mods

↑
1
↓

**Looks like these Celsius-like scams are still working if they actively advertising in reddit** (i.redd.it)
submitted 5 days, 18 hours ago by subdep to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⃝?

1 comments    reddit    other-discussions    message mods

↑
4
↓

**Celsius offering depositors a "Discount" for taking our money out is a manipulative use of the word. We're not saving money. "Instant Loss" is the word their marketing team is looking for.** (self.CelsiusNetwork)
submitted 5 days, 18 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[deleted] by user ⃝?

3 comments    reddit    other-discussions    message mods

↑
1
↓

**Update: Celsius Network LLC have been authorized to continue to operate cash management system, etc** (cases.stretto.com)
submitted 5 days, 20 hours ago by snakesayan to /r/CelsiusNetwork (46k)

[removed] by reddit (spam) ⃝?

1 comments    reddit    other-discussions    message mods

↑
0
↓

**With Btc at 23k and ETH up 15 percent** (self.CelsiusNetwork)
submitted 5 days, 20 hours ago by AtreidesLetoIII to /r/CelsiusNetwork (46k)

[removed] by mod ⃝?

9 comments    reddit    other-discussions    message mods

↑
0
↓

**bitcoin maximalists are the wosrt** (self.CelsiusNetwork)
submitted 5 days, 20 hours ago by [deleted] to /r/CelsiusNetwork (46k)

[deleted] by user ⃝?

1 comments    reddit    other-discussions    message mods

**<- prev**    **next ->**

🐦 r/reveddit

7/25/22, 12:45 PM