Your Honor,

I am ashamed and embarrassed for having fallen for this scam and don't know if my name or email address will be accessible by the public; therefore, I am writing to you anonymously. Thank you for giving me the opportunity to tell you about my situation. I am a retired senior citizen of the USA. I saw no opportunity to earn interest on my life savings in a traditional bank and inflation is at record highs. I trusted Celsius to give me a reasonable rate of return on my life's savings of about 5%, which I hold in stable coin, BTC and ETH. I own no CEL. I was mislead by Mr. M, who said that Celsius loans were over collateralized and that my money was safe. Now, I am facing financial ruin. Please do whatever is possible to save depositors' money and please allow us to benefit from increases in crypto prices that will surely come at some point in the future. In the meantime, I pray for all of us who are suffering financially and emotionally because of Mr. M. The mental pressure is almost unbearable. The actions of Mr. M. have created unspeakable misery for many people and I am sure will result in suicides. I'm crying as I write this and feel sorry for us all. I would appreciate anything you can do to help make us whole.