Case 22-10964

Dear Honorable Justice Martin Glenn

First, I would like to thank you for your service, as you have now focused on the Celsius bankruptcy case. I am writing because I don't really have many others I can turn to in this case and have my voice heard.

I am reaching out to you as an effected and self-represented individual in this ongoing bankruptcy hearing. I am a retail investor with asset valuing approximately $32,200 on the Celsius platform. This sum might not mean much to some people, but it constitutes about half my life savings and has dire implications for myself and my family.

For context, I began investing on Celsius network in August, 2021.

I had been looking for a safe place for my life savings all throughout covid lockdowns and had discovered cryptocurrency in the process. After discovering cryptocurrency, however, I needed to find a way to help it grow.

I discovered Celsius thanks to my younger sister. She had recently discovered investing, in large part due to my own efforts and passionate advocacy that the rest of my family find a way to protect our assets throughout the pandemic. A crypto bank that offered generous dividends sounded like a lifesaver. And it was a way for us to bond. She found Celsius and recommended it to me.

Now, Celsius was attractive for many reasons.

It was based in the United States- implicit was the idea it was more regulated and more legitimate than many foreign alternatives.

It appeared to offer a great deal of transparency, both of its methods and its growth and assets on hand, mostly in the form of regular AMA, and robust media presence and PR campaigns on multiple platforms. These took place every Friday, and remained blithe right until the end.

In conjunction with the above, Celsius repeatedly misled, implying it was a lending platform, not an investment bank.

It offered attractive returns.

Alex Mashinsky would regularly release status updates on the network, during which he often explained that... No, Celsius did not engage in risky investing strategies.  No, Celsius would always ensure our assets were available.  And, right up to the end... No, Celsius is not insolvent.

I had been told Mr. Mashinsky was a reputable man with extensive experience in the industry.  It seems that I was misguided in that. The face presented by Alex Mashinsky, Nuke Goldstein, ect, has been fraudulent and a severe mismatch has clearly existed between assets and liabilities for some time.  Probably months.

Yet, right up until the end, the retail investor recived assurances. "Damn the Torpedoes", which was released five days before the freeze, is a fine example.

Link: https://blog.celsius.network/damn-the-torpedoes-full-speed-ahead-4123847832af

It is because of this discrepancy that I believe fraud was committed by the administration of Celsius network.

My only consolation is that I asked my sister did not have her assets on Celsius before the crash, and I did not have all my assets on the platform at the time.  My losses were still considerable, but at least my sister did not lose most of her life savings.

I am a reasonable man, I would like my assets back as they were, and I am willing to wait for them.  Years, if necessary.  I understand that the Mt.Gox lawsuit is still releasing BTC to its debtors.

I am fine with similarly waiting a decade, so long as I get my payment in BTC, not Fiat currency- in large part due to the rampant inflation we are currently experiencing.

I believed in the assets, and still do, though not in the institution of Celsius.

I have a considerable amount of Bitcoin (BTC) and Cardano tokens (ADA) on Celsius, and I don't mind missing out on the interest I am owed, provided I get my principle sums back.  At least of those two.

I... imagine you are getting far more letters of a desperate or angry nature, so I hope this is somewhat a breath of fresh air.  And if not, well... all the better, I suppose.

I wish you the best.

Charles M. Atanasio