23 July 2022

RE: Case: 22-10964

Honorable Martin Glenn,

The majority of my family's savings is in Celsius.  All indications from Celsius is that our crypto funds are safe.  Also, being an unfortunate victim of Anchor / UST (Terra), I emailed Celsius in June verifying that are crypto funds are safe.  The next day, Celsius responded stating in a positive and absolute fashion that "your coins and funds are safe.".  If it is of value to ensure no loss of my family's crypto funds, I will be happy to provide that email.

I've had such amazing customer service from them and being an empath, this experience is even more painful.

Thank you.