7-22-2022

In regards to:

**Case Name** Celsius Network LLC, et al.
**Case No.** 22-10964

In regards to the filing of Chapter 11 bankruptcy by Celsius Network LLC, I'd like to make clear that I am one of thousands of defrauded individual investors.
My mother died from Multiple Myeloma (blood cancer) in 2018 and I was a beneficiary of her Trust. I used most of that inherited money to buy bitcoin and a few altcoins in 2019. After seeing Celsius advertised on Youtube channels and after reading about Mashinsky, I decided to move my crypto into a Celsius Earn account so I could earn interest on my crypto. It was a modest amount of interest. About $25 per week in interest payments but I trusted this was the right move. I'm 56 years old. Alex Mashinsky has bankrupted my retirement.

Soon after Celsius locked up all investor's crypto and refused to allow access to it, I found some people on Youtube that knew the truth about Mashinsky. (what I had read on Wikipedia turns out to be false)

I've come to find out that Mashinsky has lied about everything in his life. He said he invented VOIP. This is not true. He sold VOIP switches. He invented nothing. He also said that he previously raised a billion dollars. He did not. He once had a company valued at 1 billion (based on the stock valuation). He never raised a billion dollars in his life.

In addition to the pathological lying, Mashinsky also was using customer funds to pump up the price of the CEL token. After pumping the price as high as he could Mashinksy, sold $45 million of his personal CEL holdings. He was literally stealing our crypto and using it to buy CEL token and then selling CEL token and using that profit for a myriad of things. He even issued more CEL token and convinced employees to take some of it in lieu of an actual USD paycheck. He used some of that profit to pay interest rates, some for his own personal stash, and some for the lavish salaries of the management staff.

It gets worse. Mashinsky instructed his Human Resources department manager, Nikki Goodstein, to NOT run a background check on a known financial criminal from Israel, Yaron Shalem, a personal friend of Mashinsky's. In November of 2021 Shalem was arrested for money laundering at his previous company, Singulariteam (a venture capital "investment" fund and place for investors to commit tax fraud).

So Mashinsky made it easy for a known financial criminal to get the CFO job at Celsius Network LLC. This means that **Mashinsky planned to allow Shalem to launder the cash on the Celsius balance sheet.** This is why Mashinsky was very vague when asked about Celsius cash reserves. That cash was actually generated by Celsius stealing investor's crypto and trading it in risky alt coins and investing in "stable coins" that were not backed by the USD.  (the "stable coins" that celsius invested in, were not backed by anything but a simple computer algorithm, and predictably, completely collapsed (to know this was predictable, all you have to do is lookup "Do Kwon stablecoin scams" and see that Do Kwon has a history of imploding stablecoins)

The plan for reorganization is another slap in the face. I see one of the first things the attorneys made happen was:  Funding  the bloated salaries of the Celsius Network management team. Paying people that are too stupid to understand the basics of crypto security, is the ultimate insult.
Celsius has an idea that it can make enough profit from mining in Texas, to pay back investors. Mining is capital intensive. The profit from selling mined bitcoin will go to mining expenses and salary expenses, with little left over to pay back hundreds of millions in lost investor crypto. All setup in the state of Texas, which has a third world electrical grid which shuts down during times of high heat, and shuts down during times of cold weather.   The incompetence of these decision makers at Celsius is astounding.

I could go on for several more pages about how we investors were lied to, misled, tricked and defrauded, and how Mashinsky and his friends looted the investor's crypto, took insanely risky bets with our crypto, and tried to launder money through an Israeli crime ring but I have exhausted my desire to live. My passing is 100% the fault of Alex Mashinsky.  Mashinsky  and his crime ring have stolen over $60,000 from me.

The following are my frozen holdings in Celsius Network:

Bitcoin:  quantity: 2.600
MANA:  quantity: 4194.60
Chainlink: quantity: 101.59
Sushi: quantity: 118.17

Mark
Escondido, CA