Honourable Judge Martin Glenn,

I am writing to you about the Celsius Bankruptcy case, case no. 22-10964.

My Name is Vatsal Sinha and I am a crypto investor in Celsius Platform, resident and citizen of India. Ever since Celsius has blocked the withdrawals and transfers of currency, I lost the access to my 3.15 Bitcoin which were invested on this platform across 2 accounts. This money is my lifetime saving and my families and my future were depending on it.  I chose Celsius as they often claimed to be very secure and an alternative to a bank, but I was wrong. There may be investors who lost much more than me, but for me these 3.15 Bitcoin mean half of a lifetime, something I could never afford or imagine to lose.

I rely on your wise and just judgement for enabling me and all the others in the same situation to receive their investments back. If I may add , myself and most other investors would prefer to be paid back in crypto (Bitcoin in my case) rather than being paid back in US Dollars.

With respect,

Vatsal Sinha

Noida, Uttar Pradesh

India