Dear Honorable Martin Glenn,

My name is Donald and I currently have 1 Bitcoin and 15 Etherium stuck in the Celcius network. I have been investing in Crypto since 2017 and I ended up stumbling on Celcius' network back on April 13th. I am currently not an accredited investor. Everything was fine of course until my life was turned upside down when Celsius announced on June 13th they were freezing our accounts. Since then I haven't slept much, knowing that five years of hard work are now down the drain. The most infuriating part is that their employees continue to be paid, and for what, I have no idea. As customers we cannot do anything with our Crypto other than log onto the app and watch our money in purgatory. Only my wife and a close friend know, I'm too ashamed to let anyone else know.

I don't know how any normal person would trust Celcius at this point. They made a series of terrible decisions and now we are all in purgatory for their blunders.  They enticed new customers such as myself with higher interest rates when they knew that things were going south.  They knew they were running a Ponzi scheme but just kept on rolling. I don't trust anyone at Celsius, at all, I just want my money back; I don't want to be part of the community, I just want to be made whole.

Also, I wonder if their employees were able to get out once things got rough, good for them that they have the inside scoop!  Better them than me, right? I'm just the sucker that they fooled. Please don't let this drag out, The Celsius CEO has no good plans, maybe he could mine Bitcoin, but how much would he keep for himself? I implore you to not have this drag out, let us just receive whatever we can and have us move on with our lives. Celsius has our assets and they  shouldn't be wasted on the salaries of the people who betrayed us in the first place. What they have done to entice people to put money in their savings accounts is downright criminal, please help to put a stop to this, or at least do not let any Celcius employee benefit in any way from this.

Thank you for your time,

Donald A.