July 22, 2022

Honorable Judge Glenn.

I am writing to ask for your help in the process to return my funds held hostage by Celsius due to miss management, deceit and lies about our funds being safe and readily available to withdraw at any time. I thought I had done enough research about the company before transferring assets to Celsius, checked everything on the internet, and videos on YouTube that I could find.

I had transferred my hard earned money to Celsius to earn interest and had taken a few loans also, I am now able to pay back the loans now but want all of my different crytos returned to me.

This bankruptcy and lock up of funds has now put me in a financially difficult position.

Please do you best to help us small regular folks get what is ours back, my current account position is valued at $26,094

Thank you

Frank Overbeek