July 23, 2022

The Honorable Martin Glenn
United States Bankruptcy Court, Southern District of New York One
Bowling Green
New York, NY 10004-1408
Celsius Network LLC, et al. ("Celsius"), Case Number 22-10964

Dear Judge Glenn,

My wife and I are teachers. The little that we have saved we had invested in Celsius. Here is our story.

In the end of February we had read in the news that in Texas it was not legal for residents to have funds deposited on Celsius Network. This worried us. At that time we took all of our saving (55k) out of Celsius Network and placed it on our ledger. We contacted Celsius and asked them to delete our Celsius account.

In March 2022, Celsius replied to us, they told us that having our funds with Celsius was absolutely legal and perfectly safe. We had followed Alex's AMAs. This email and Alex's AMAs convinced us to take a portion of that money, 18k, and place it back on Celsius in order to earn a little interest.

We feel that we weren't informed about the terms and conditions of Celsius until after the withdrawals were frozen. Alex's AMAs and interviews assured that we were doing the right thing. He many times said things that were in complete contradiction to Celsius' terms and conditions.

We ask that you put depositors first in this bankruptcy case. We feel that the only way to turn this situation into a positive would be to, first and foremost, change Celsius' leadership. We do not believe that this company has any future under the current ownership. We do not trust Celsius leadership. We are disappointed to hear that a lot of the money now is going to high corporate salaries. This is just adding more salt to the wound for us depositors.

Please do not liquidate our crypto and converting it to US dollars. 18k may not seem like a lot, but it is a lifetime of saving for us. This will inevitably greatly affect our future and the future of our children.


Thank you for listening,
J. Freires Abuin