To who may concern.

This is Ruben Husu I do have my hard working money for the past three years deposited in Celsius and I just find out I can't withdraw, I'm a 56 old man with out job due to the low jobs in construction and hard to find something else special at my age and I'm asking please for help to get my money out from Celsius . We been lied by Alex the all time on his Fridays AMA CEO of Celicus. Thank you Judge.

Ruben Husu                                                                                                Atlanta ,Georgia

7/23/2022