To The Honorable Judge Glenn,

Thank you for hearing the voices of our community. My crypto holdings in Celsius were most of my life savings. The loss of these funds puts my family into the worst financial situation before the possible recession starts. I'm a young professional who has also taken care of my parents and am now more than ever frightened to lose my job.

If I could get money from the Celsius platform I would feel very safe even in case of an emergency. I cannot express how stressed I am about my future, but I still really do hope that it will be possible to get our money back from the company which, now clear, acted in a fraudulent way and risked all of the assets of its customers.

Why Celsius is a fraudulent company?

1) They were marketing themselves as the safest place for crypto and even safer than the bank. At all Celsius AMAs time and time again, the CEO reiterated that funds from the customers can be accessed any time and users are in charge of their holdings at all times (conversely what they are saying now, in court). In most of the interviews, Celsius's CEO claimed that the company has more holdings than its users have deposited and even if all users would suddenly take out their money they would have funds to secure it. This was a clear lie.
2) The business model that they were marketing was not correct. They were claiming that most of their yields are made from overcollateralized loans, meaning, that at all times they have more money than they loan. As we know now, this is simply not true.
3) They were lying even when there was a clear problem with Celsius funds. A few days before their announcement of stopping withdrawals they were lying about their liquidity in the blogpost: "Celsius has the reserves (and more than enough ETH) to meet obligations, as dictated by our comprehensive liquidity risk management framework." Link: https://blog.celsius.network/damn-the-torpedoes-full-speed-ahead-4123847832af   Probably in the court they can answer about "more than enough reserves".
4) Now we hear more and more stories from the whistleblowers that the company was fraudulent and had poor risk management months or even years before this catastrophe happened. I would investigate how did it happen and who is responsible for all this.

Most of my friends who invested in crypto also stored all or some of their crypto in Celsius. This was like a safe harbor as their business model with overcollateralized loans was quite understandably viewed as successful and trustworthy. We only now see how Celsius deceived us into believing this story and how poor their risk management actually was.

I'm now in an extremely difficult financial situation where I have to support my family without having financial safety in case of any emergency. I really do hope that the court can make the company distribute in whole. If this is not possible, at least some of the money

(let's say 70%) must be returned to the customers as fast as possible. People's lives depend on this money.
Thank you so much for giving me a chance to write this letter.

Sincerely,
M.K.