ATTN: To Who It May Concern
To: The Honorable Martin Glenn

Your Honor,

I deposited money on the Celsius platform as a retail investor who wanted a chance to actually make the gains that the ultra wealthy and rich have done for years. But it turns out it was too good to be true.

In total I have about 60% of my partner and my savings on their Earn platform between several cryptocurrencies currently as of this writing totaling $10,649.91.

I'm desperately hoping to regain my money/cryptocurrency holdings as it's a scary place to be entering a recession/economic downturn while having so much of our future/nest eggs tied up in a now illiquid company/platform that flat out did not act in the best interest of their user/community as they have claimed to be doing.

I'm asking you to fully hold Celsius + all their subsidiaries responsible and demand repayment actions to be taken to myself and the thousands of other users/investor who have been taken advantage of by finance platforms once again.

I'm also asking that Celsius' actions and any potential term changes that may have taken place in the last 90 days leading up to their declaration of freezing withdrawals for all users of the platform. I believe they intentionally mislead the community and were aware of the impending liquidity crisis and instead chose to act in the interest of their executives instead of in the interest of the users loaning them capital/depositing crypto/earning interest on their platform.

Sincerely,

Austin J Thesing
Fort Collins, CO