Dear Honorable Judge Martin Glenn,
As ½ million of Celsius active users, I lost a highly significant part of my saving.
I would like to stress that Celsius was a poorly managed company, which was always lying and continue to lie as I'll try to demonstrate below. Unfortunately, we discovered that too late.

I'm sure you visited celsius.network website, but i would like to bring to your attention, that the website you see, isn't the one we used to see as customers.
Indeed, few days before filling a petition for voluntary bankruptcy (Chapter 11) they updated their website. Using the following link:
https://web.archive.org/web/20220627170742/https://celsius.network/

From the WayBack Machine: *"The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites"* you can see how the website looked like the 27th of June 2022, or 14 days after pausing withdrawal and two weeks before filling for bankruptcy (it was the website we used to see).
Let me highlight some of the discrepancy I found between the pre- and post-bankruptcy filling.

Pre-bankruptcy



Post-bankruptcy



Discrepancy: They remove the "free money" to be part of Celsius community.

Pre-bankruptcy

| 5,100 BTC | 83,332 ETH | $750M | $50M |
|---|---|---|---|
| Paid to community as of March 18th, 2022 | Paid to community as of June 8th, 2022 | in insurance | in funds recovered |

Post-bankruptcy



Discrepancy: They removed the " Insurance" which I believe gave us a false reassurance that our funds were safe.

Pre-bankruptcy



I would like to highlight the latest one, Celsius using the wording of "ZK Audit " (Zero Knowledge Audit) and proof of liquidity was particularly reassuring and gave me the illusion that if something was wrong other users would have spot the issue. However, it was I believe miss leading wording from Celsius, as it was impossible to verify the Liquidity nor their assets. To me, the only purpose of this was to mislead their customers.

Post-bankruptcy



Discrepancy: Only one slide was left.

Pre-bankruptcy





Here I believe the first one was the most misleading.
Post-bankruptcy
Nothing, they removed it all.

There are other discrepancies which I believe are less important than the ones I mentioned above.

Dear Judge, I believe that Celsius can't continue its business. I personally highly doubt the fact that the company was managed in good faith and question the balance sheet discrepancy. They mentioned "the market condition" as the only way to explain the discrepancy, which doesn't satisfy me.
My personal view is that the company should be investigated, and an historic of all their transactions and daily Profits and Losses should be established to understand the nature of their business and the balance sheet discrepancy.
I also believe the company should be liquidated and the depositors who managed to withdraw before the "pausing event" should be subject to clawback, especially if it was proven that the funds they withdrew were actually partially from the depositors who are facing a loss today.
Finally, I believe that retails depositors should be preferred as per the level of opacity on which Celsius operated and because of the false transparency reassurance which mislead most of us multiple times.

Best regards
Julian