23 JULY 2022

Dear Honorable Judge Martin Glenn

I have thousands of dollars of crypto on this platform Celsius at current rates. I trusted Celsius with my assets. Especially since I uploaded only specific addresses my crypto could only be withdrawn to (whitelisted addresses). I figured my crypto would be safe while I accrued weekly interest on my crypto. This whole time I've been with Celsius, till about a couple months ago my funds were in what I considered a custody account earning interest. Then they automatically moved my crypto to some account called earn which I do not know why because even before they implemented this earn account my funds were earning interest regardless. It seems to me this was a very fraudulent move because I was unaware of what the outcome could mean if something like what happened would happen under TOS. I had also sent a certified demand letter regarding the release of my crypto on Celsius prior to the bankruptcy. They just ignored it. I believe there are many more in Celsius just like me in this situation. Please take your time to read this letter and may the law prevail with justice. I hope all depositors are made whole.

Very Respectfully,

Israel Ochoa