Judge Glenn,

Thank you for taking your time to read this letter.

As you may already know I'm one of the 1.7 million Celsius Network users who had their accounts frozen for over a month.

Celsius advertised on their twitter page that I would never have to worry about my account being frozen yet as of June 13th Celsius froze my account and prevented me access to my money. I paid taxes on my crypto with Celsius yet they denied me access. This is unacceptable.

I would like you to enforce Celsius to lift the withdrawal freezes so I can have access to 100% of my money. They promised no account freezes and they need to stick with their promise.

If Celsius will not lift the withdrawal freeze I will join a class action lawsuit to get back all of my funds. I should not have to wait 10 years or withdraw with a 50% cut. I want access to 100% of my funds. Like I stated before I paid taxes on my crypto on celsius therefore it's mine.

Thank you for your time.

-Art