UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re | <u>Chapter 11</u> |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL <u>COMMITTEE OF UNSECURED CREDITORS</u>

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Celsius Network LLC, *et al.* and its affiliated debtors-in-possession:

1. Caroline G. Warren
   Email: carolinegwarren@gmail.com

2. Thomas DiFiore
   Email: tomdif@gmail.com

3. Scott Duffy for ICB Solutions
   Email: ICBSolutions@proton.me

4. Christopher Coco
   Email: Christopher.j.coco@gmail.com

5. Andrew Yoon
   Email: celsiusbankruptcycase@gmail.com

6. Mark Robinson
   Email: markrobinson55@gmail.com

7. Keith Noyes for Covario AG
   Email: brokerage@covar.io

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Dated: New York, New York
      July 27, 2022

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE
                                      Region 2

*By:*    */s/ Shara Claire Cornell*
        Shara Claire Cornell
        Mark Bruh
        Trial Attorneys
        Office of the United States Trustee
        U.S. Federal Office Building
        201 Varick Street, Room 1006
        New York, NY 10014
        Tel. (212) 510-0500