To Honorary Judge(s)

We are a common family trying to generate some extra income by taking risk as banks do not ay any interest,
We deposited several Crypto currencies into Celcius Networj because they were advertising healvily and saying
they are different. THey care for the small investors. They took our cyrpto coins and currencies and loaned out
to people without proper collatrals against it.

Now we lost everything, we needed to pay our daughters studen loan, parents medical bills with the earnings
from crypto but all is locked up in Celcius. We do nto need $ amount, we need our Cryptos back.