To Whom It May Concern:

I am writing this letter to bring to your attention and express my insatisfaction as a Celsius Network customer. It is appalling for me that a company with such a big magnitude could have such a fragile economic structure and risk management.

I have been a faithful client until now, however, i can't deny the fact that it feels frustrating when someones trusts a platform that sells a product or something that it can't deliver, we were promised safety and they gave us the opposite . It feels repulsive that some managers still expect to keep getting paid in full their salaries forgetting the #DepositorsFirst, seeing situations like this only shows what are their priorities and we will have to fight for ours. I expect your full cooperation and hope this issue can be resolved.

Sincerely,

Frederico Batista

Country: Portugal