Your Honor

I am a small investor from Spain, that put all his savings into crypto on Celsius, hoping they would grow slowly over the years and be safe. These savings were intended to help leverage the effort of sending three children to university and, if possible, our retirement. Now all these hopes and dreams are in danger.

Over the years I was able to put away 14000€, amounting 0,2BTC and 0,95 ETH. Now Mr. Mashinsky and his team wants to give us two options: get paid in USD with a discount or "stay long" into an uncertain future.

Since Celsius only accepted transfers in crypto and not in fiat, it is very unfair to repay in USD now, given the low value of crypto. Crypto was transferred and crypto should be returned.

Also, Celsius executives should be held liable for ruining thousands of investors, asking for millions of Dollars in wages doesn't seem right. This crime should not be left unpunished.

I don't want to waste your valuable time, many others like me have already made their statement, and pointed out the numerous lies of Alex Mashinsky and his recklessness in handling people's savings. He knew perfectly what he was doing, and he didn't care, even small children have a feeling for good and evil.

Hoping that this letter finds you well, I remain faithfully yours

Salvador Montoro Goethe
smgoethe@gmail.com
+34 633215780