To the Honorable Judge Glenn,

My name is Junho Jang and I am from South Korea.

I am 33 years old, I have a wife and a 180 day old baby.
I deposited about $70,000 in Celsius since November 2020.
I had saved the money while serving in the military for about five years.

I made a deposit in Celsius with 1 BTC and about $56,000 in BUSD and USDT.
I panicked that Celsius had used these deposited dollars(BUSD, USDT) for other purposes.

In Korea and Japan, there are financial laws that prohibit the use of customers' money at will.
In the case of Celsius, it seems that they sold my dollars(BUSD, USDT) at will and used them elsewhere.
Probably they used it to repay a loan from stETH or wBTC.
I don't understand this situation, and it's embarrassing.

I think that those who violate the law should be held accountable and depositors must be relieved their pain.

Thank you for taking the time to read.

Sincerely,
Junho Jang