Re: Consideration to make depositors whole in crypto unit for unit & remove Alex from leadership.

26th day of July, 2022

To the Honourable Judge Glenn,

I would like to thank you for taking the time to read my letter. I am a 40 year old father of 3 from Australia that had his life savings in a Celsius earn account and his entire superannuation stored in a SMSF Celsius account. On 29/03/22 both accounts came to a total of $561,901.79AUD (6.34BTC & 36.78 ETH)

I started buying crypto currency in 2017 and after a deep dive for 6 months into various coins and safe storage options I purchased a cold storage wallet (Trezor) which keeps your crypto stored safely off line safe from hackers or platforms losing your crypto.

In 2019 I came across Celsius which was continuously advertised as a 'safer alternative than banks' and encouraging everyone to 'unbank yourself' as 'banks are not your friends' offering yield earning interest accounts paid in kind in crypto. I felt I had sufficiently done my due diligence, researched the company and watched over 130+ hours of you tube videos so I decided to deposit some of my funds with the platform.

Alex would communicate for an hour each week at least how safe and secure the platform was and that my funds were 'always' accessible should I want to remove them. Hearing quotes like these below every week gave me a great deal of confidence that I was making a safe and informed decision:

"Celsius is safer than holding money in the bank"

"Celsius is transparent and shares all of its financial data"

"The worst thing that can happen is that everyone gets their coins back"

"We have $2 Billion dollars on the balance sheet so there is zero risk in depositing your crypto on Celsius"

"Celsius will take full responsibility and will make sure depositors are always prioritized"

"Celsius is more regulatory compliant than all of its competitors"

I started off with a small percentage of my personal account being transferred from my cold storage 'safe' Trezor wallet to the presumably safe option of Celsius which could increase my wealth by earning interest just like a bank does. Each week on Friday Alex Mashinsky and the Celsius team would do a weekly AMA (Ask Me Anything) answering any community questions and proclaiming they were the benchmark in yield earning and lending platforms in the crypto industry and that they never participated in 'risky lending practices'.

As my confidence in the platform grew, I began transferring more and more from my Trezor wallet into the Celsius platform until my entire personal funds were on there over a 2 year period as I had that much confidence in the platform.

Seeing the personal account grow as it did, with no issues at any stage with withdrawers etc I decided to transfer my relatively modest superannuation amount into a SMSF that allowed me to purchase crypto currency through a SMSF Celsius account. Over the next year my modest super amount and personal life savings grew to the total at the top of this letter, which as of June 12 is currently entirely frozen, leaving me with nothing.

With the benefit of hindsight it is now abundantly clear that Alex Mashinsky and his company blatantly lied to all Celsius users like myself, for a very long time, encouraging us every week to deposit more and more. This has had an immense impact on my life and my financial future looks extremely grim.

Alex proclaimed every week that the funds were safe and they were not engaging in risky lending practices. It is sickening to now read the bankruptcy documents and watch you tube videos of lawyers explaining how Celsius completely mismanaged our hard earned funds which resulted in the pausing of all withdraws. I feel humiliated, angry, anxious and have had many sleepless nights coming to the realisation the all my funds I have been saving for my childrens future for the past 20+ years has been gambled away by a liar and a fraud.

I would also like to add my father's situation into this letter, he is a 65 year old retired man, Douglas Orr, who I convinced to invest his stake in Crypto currency into Celsius as a "safe haven". Given my comfort level with Celsius, thanks to all the lies I was fed by Alex and the team listed above, he followed my advice and his crypto stake money was invested into Celsius. His current holdings are 14.926298 Ethereum, 1.032703 BTC, 6890.110949 USD and 54.959432 PolkaDot, which was worth on 29/03/22 $154, 256.70AUD.

 He seeks the same outcomes as I do in relation to unit for unit crypto returns as he was promised.

We need our crypto back, unit for unit, we do not want some pro-rata amount of dollars nor do we want some destined to be worthless CEL tokens. This is why I plead with you to side with the depositors on this case. From reading documents online it is my understanding that Celsius has blamed everyone but themselves for their downfall, Alex's personal fortune alone is enough to bail out his own company so I emplore you to take action to seize any property from Alex and his associates involved to refund depositors money urgently.

Crypto is very volatile so in order to buy back the crypto owed to us unit for unit in quantities to cover the debt, the court would need to lock in dollars from the CEO and his cronies to purchase any missing crypto at todays historically low prices before the value skyrockets again, without a changing of the guard then all of these offerings are worthless so we really just need our crypto back unit for unit, and Alex needs to be removed from Celsius altogether if this platform is to ever survive moving forward.

Simon Dixon is a depositor with Celsius who owns a company called 'Bank To The Future' who has a very detailed plan that could help in getting depositors made whole again. If the court would reach out to Mr Dixon to hear his plan then this could help us in recovering some of the lost funds.

I thank you and appreciate your time in reading this letter.


Regards,

Luke Orr