To the Honorable Judge Glenn,

Judge, first of all I hope you and your family are doing well, and want to thank you in advance for reading my letter I truly appreciate your time and consideration.

I am in the same boat as many other Celsius depositors. From that hard-working single mom Texas struggling with past-due bills, to that teacher in India with all of his hard-earned money deposited in Celsius. I believe I can speak for the most of us when I say I feel betrayed, ashamed, depressed, angry, and also with a constant feeling of emptiness on my stomach.

I think about my funds deposited on Celsius everyday. At this moment when I am writing this letter I have approximately $8,500 worth of crypto (5 ETH) on my account. To the majority this is probably spare change, but for me this was the time I said no to a good family vacation, no to some good pair of shoes, and no to eating in a fancy restaurant.

Judge, by this time it is more than evident with the vast amount of letters you have already received that there was a huge mismanagement of funds and false information from Mr. Machinsky. But deep down inside of me I find hard to believe that it was Mr. Machinsky intent to cause all of this. I still have faith that a good outcome will emerge from all of this, it is the only thing I can really hold on to at this moment and the love I have for my family.

I still also have faith the in the court system that we have in the beautiful country of ours and that a good outcome will emerge and that will make every depositor whole to the last single penny or crypto as this is the only option that should be considered. I respectfully want you to please consider that we need to set precedence for the future that the court will fight for us small depositors and that we should trust the court system.

Thanks again Judge Glenn for taking the time to read my letter,

God bless you!

Respectfully,

E.L.

Celsius depositor