Dear Honorable Judge Martin Glenn,

Your Honor please hear the pleas for help coming from so many who have been taken advantage of by this company who purported safety for their money and the ability to safely earn interest as well. I cannot even begin to fathom how this company can ethically or morally do this to so many people.

Please do not allow this company and their executives to continue to commit fraud. Please put the consumers first and allow those with frozen assets to move those assets in full.

I would sincerely request that you let all Celsius depositors withdraw their cryptocurrency 100%, rather than converting our claims into dollar amounts on a fixed date.

Thank you for the opportunity to write you and address the court.

Sincerely,
Jonathan Dennison