To Honorable Justice Martin Glenn,

I am a disabled citizen who is dependent on government assistance. I feel it will help to shed light to the desperation I feel if I give you an idea of the extent of my disability. I broke my neck when I was 21 and this left me a quadriplegic, paralyzed from the neck down, and wheelchair bound. I recently turned 40. Aside from government assistance, I try my hardest to do my part and get work whenever and wherever I can. I am able to achieve this with the aid of my elderly mother who is unable to work herself.

As you can imagine, finances have always been tight so Crypto currency was my one hope of some sense of financial security . Since 2015 I bought what I could with the $8.00 hourly pay I was given as an event staff in hopes that maybe someday I can secure basic necessities for me and my family. I'm no "big fish". The small fortune that Celcius has taken away from me was my life-savings that I have been building with sweat and sacrifice for 12 years  and because of my situation this also includes sacrifices my mother has made. It is indeed small compared to other investors, but it carried with it my big hope for financial security.

I do not seek luxuries, Your Honor. I only wanted to be able to afford basic necessities. Please help me be whole again as this situation Celsius created is wreaking havoc on my mental health. There have been many sleepless nights since Celsius halted withdrawals and this has made me really anxious about my future. I already suffered a tragic loss of my ability to ever walk again and did my best to be strong and fight to start over with my life. This financial blow by Celsius has caused me depressed and unable to work, my confidence is gone. I feel humiliated and defeated.

I ask you Honor that what ever is recovered be returned in kind i.e. bitcoin, etherium and various crypto currencies that I deposited and not in dollar value. I also request that Celsius top Management especially the CEO Alex Mashinsky denied the outrageous amount compensation they are requesting to continue operation. Finally I request that leadership and management be handed to someone more competent someone who knows what they are doing like Simon Dixon .

Thank you your Honor for your kind  consideration
Hoping for the best outcome

John D. Dalisay