Hello, Honorable Martin Glenn

I am one of the Celsius users that has been affected. Unfortunately I have all of my life savings held on the Celsius platform. My family trusted me to store their Bitcoin on my Celsius account as well. However, we did not expect to be blindsided. This was a lot of money that we were going to use as leverage for a better life - not having to live paycheck to paycheck, not having to worry about rent due, being able to pay off our debt and college tuition. It may not seem like a lot to the majority of people, but two years of our savings and investments have been robbed from us. For a low/middle class family, this whole situation is very daunting and extremely stressful. At this point, we can only blame ourselves... But we have hope that you have a plan to help Celsius recover and allow depositors to retrieve their funds back. I am praying for this every single minute of the day.

Kind Regards,
Dalena