07-22-2022

Dear Honorable Judge Martin Glenn

My name is Edouard. I live in Southern California and I'm a 55 year-old family man, with others depending on me for financial support. I've been saving/investing with Celsius for about 2 years now, I believe. Currently, I have about $52k+ in my Celsius account. Due to all the ultra-positive, reassuring messaging from Celsius, I truly believed my funds were safe. It is devastating and stressful to not be able to have access to my hard-earned funds. I just wanted to write you this letter to thank you for your attention to this court case, and in support of all the many, many more distressed customers involved with this case.

Thank you Sir.

Edouard C.

Gypsum.iron@gmail.com