**Christopher La Marca**

9737 N Fox Glen Dr Apt 2K
YNiles, IL 60714
(847) 624-8448
twoviper@gmail.com

July 24, 2022

**Judge Martin Glenn**
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Case: 22-10964

Dear Honorable Judge Martin Glenn,

Thank you for taking the time to read this letter for a Celsius customer and user.

As of June 13, 2022 Celsius Network has halted all withdrawals from its customers. For the past year that I have been a customer Celsius has been making public statements that our deposits are "low risk" and "safer in Celcius than a traditional bank" misleading and lying to its users for a long time. During the time leading to freezing funds Celsius has been putting out weekly AMAs suggesting that it's financial situation was in good standing and all the customer assets were there. Furthermore Alex Mashinsky in the months leading to bankruptcy further reassures customer concerns in a public interview stating that "Celsius takes full responsibility if anything goes bad". Only recently since declaring bankruptcy it is now transparent of its gross mis-use of customer funds and financial gap of missing funds.

In total I have deposited $3,000 into Celsius. I know that this may not sound like a large amount especially when hearing about the millions of dollars Celcius would like to continue to pay its employees. Losing this will have irreparable consequences on my well-being and will take me years to recover.

I am requesting that Celsius put its customers first and allow withdrawals. I am in need of withdrawing my funds immediately as I am in dire need of my funds during this time. In total I have 0.099091 BTC and 50.611091 USDC.

Thank you again for your time and consideration in this matter.

Respectfully Yours,

**Christopher Joseph La Marca**