Dear Honorable Judge Martin Glenn,

My name is Matthew Allen Heffington. I am a 30% Disabled Veteran. I stand to lose about $38,000 worth of Crypto from this case. It is a significant amount of money to me! I feel like many others who have already written letters to you that I was misled fraudulently! Alex repeatedly went on YouTube lying about our funds and how they were being used. Alex even went as far as to say the worst that could happen is that we would all get our coins back. We were also told we would always have access to our coins!

Regardless of the terms and conditions, we agreed that this company knew they were being deceptive. You can't go on a video saying the opposite of what your community is allowed to do. You're not allowed to say one thing and do another as a company. I would also like to know how they claim the Crypto is there, but they expect us all to pay taxes on the interest? Why are we expected to pay taxes on property they claim we don't own? At the bare minimum, Bitcoin is considered property/and a commodity. I own it if I'm sent forms to pay taxes on Crypto from Celsius. You can't claim property is yours and expect somebody else to pay taxes on it. To me, this seems like a form of tax fraud?

How can what's considered to be a legal company operate this way? I don't know of anybody ever asking someone else to pay their taxes for something they don't own. It seems a clear admission that the whole community is the sole owners of their Crypto regardless of the terms and conditions. They signed official government forms for taxes that they expect us to pay. I think that is more than enough evidence that the community should get their Crypto back. These funds are a huge part of my retirement for myself and my spouse. My spouse is entirely disabled.

The community and I plead that the right thing choice is made for our sakes. I also believe that correcting what this company did will show the courts are strong and will not smother the reputation of cryptocurrencies and innovation. I don't know how much longer I'll be able to work physically? I have several misalignments in my spine and many pinched nerves. You wouldn't know it by looking at me and how I work. I generally don't mention it, but it's a reality for me. I'm trying to secure the future this company seemed to promise.

Thank you for taking the time to read this and consider the community situation. I have faith the right thing will be done in the end.


Sincerely,
      Matthew Allen Heffington