To the Honorable Judge Martin Glenn,

Re: Case 22-10964
Date: 7/27/2022

Please do not succumb to Alex Mashinsky, his partners, and his lawyers LIES and endless misrepresentations about Celsius. They have constantly, in every AMAs, have LIED to us (customers) and continued to provide false information about the stability of Celsius and how our assets were safe. They are bunch of crooks that are looking for their own interest, even though, they have profited millions of dollars from this shady business.

Alex Mashinsky, his team, his officers, his company continues to LIE, MISINFORM, MISREPRESENT, to the court and its customers about the truth and does NOT care about people who trusted them with their lives savings. They continue to ask the court to allow them to pay their employees MILLIONS of dollars and their officers HUNDREDS of THOUSANDS of dollars while people like myself are left to rot.


10 days before Celsius paused withdraws:
On a major youtube channel: Invest Answers: 440,000 subscribers:

*Host: "The number one question from people is: Are our funds safe at Celsius? Can you address that for audience?"*

*Alex: "YES, not that just they are safe, we provided for anyone who wanted to withdraw partially or fully… there were no problems"*

Myself, just like thousands of other users were mislead by Alex and his team at Celsius to believe OUR (not their) funds are safe and that we should trust them and no one else. They are all MILLIONAIRES and it is such a shameful thing for them to come to court and file for chapter 11 to STEAL our funds for themselves and sail to sunset while leaving millions of other users without money, specially during these hard times that we are facing as a result of the pandemic and everything getting more expensive.

I need access to my funds FULLY, NOT partially to support my family and myself. Alex and his team all have MILLIONS of dollars and do not need any support from the court. Please do not let these crooks get away with this with their "fancy" lawyers. We, the people, at the bottom of the barrel hope and pray that the committee can stand for our rights and protect us because we don't have millions of dollars to hire "fancy" lawyers.

Thank you,