Dear Honourable Judge Martin Glenn,

My name is Iulian Cojocaru and I have been a customer of Celsius since the ICO and the very beginning, and like many other have lost everything with Celsius.
I've read almost all letters to your Honor and want to add my thoughts on a matter that hasn't been brought up yet, about the loans liquidated since closing withdrawals and transfers on Celsius since June 12th.
I had many loans and 6.2 bitcoin as collateral for the loans, I also added more collateral to resolve the margin call days before closing transfers on Celsius. My point is that those loans should not be liquidated and should be restored to pre-closing operations on the Celsius app. When I got those margin calls and loan liquidations I could not pay the loan or add collateral because the transfers were closed, this is an obstruction of agreements for these loans, how can I add collateral or pay back the loans when Celsius closed the transfers? and even IF I added collateral, it is not logical to add collateral and more money to a service that stopped its operations. So my point is that if Celsius stopped all operations on June 12th, loan liquidations should also be stopped and paused since that date, these liquidations have no legal right to be liquidated because Celsius did not give me the possibility to resolve them by closing operations. Imagine it being a physical bank and I would come there to resolve these issues but they would just close the doors in my face and wait for the loans to liquidate while looking me in the eyes through the windows. I think these loans that were liquidated since closing operations should be restored, and backed up. I am willing to add collateral or pay back the loans if Celsius comes back in a working manner and everything will be fine but liquidating loan collateral without giving the possibility to resolve these issues is just theft and obstruction of my possibility to resolve these matters.


I had been earning and holding this bitcoin for the last 6 years and it was my and my family's everything all the savings we had for our future, I didn't sell this bitcoin and took loans against it because I believed Celsius to hold on to them, but then they didn't give me a possibility to add collateral or pay these loans back to get my collateral back to me, I could've sold it at 69k but didn't and now Celsius just liquidated it illegally by not giving me a way to handle this.

Please help me where and how can I speak about this matter and that this matter is talked about in court and not just the funds held in Earn accounts but also the illegally liquidated loans which people just could not resolve. Everything should be backed up to June 12th, because all that happened in the Celsius after that day is illegal and a breach of user agreements.

Thank you
Iulian Cojocaru