To: United States Bankruptcy Court • Southern District of New York

Honorable Martin Glenn, Chief Judge • Vito Genna, Clerk of Court

**Case: 22-10964**

Dear Honorable Martin Glenn,

Please allow me to express my feelings here.
I did find a way to write this letter, but I don't know what else I can do other than watch the Celsius App. It will be very difficult for many people to communicate and find their way to you and to their tokens (money).

When (if) you find there is the possibility to our money back, please send the instructions to all account holders directly via the Celsius app! This might be eventually the cheapest and most efficient way to fairly divide what is left.

In Celsius, I have not only my hard-earned savings. I have recommended it to other family members and now I am liable to bear the entire loss because I passed on those scammers' promises.

The fact is that Celsius didn't promise the highest interest rates, but it did promise safer custody than a bank. They were keep saying that they have 100% Collateral at their disposal and that they do not gamble with it. The worst case scenario according to them was that they return all our crypto tokens.

I would be really happy if such scenario could actually happen.

I couldn't know it was all a scam and there was a risk of losing tokens.

I would consider it fair that I would receive no interest but all that I and my family have unknowingly invested in this scam. From our point of view, the people who defrauded us should no longer do business and should return all profits.

It wasn't about business; it was about gambling and a big scam.

Thank you for your time and consideration in this matter!

Very Respectfully Yours,

Josef David & family

Zasova 367, 75651
Czech Republic, Europe

Cellular phone number: +420739205642

July 26, 2022