Case number: 22-10964

Dear Honorable Judge Glenn and the court of New York,

First, I would like to thank you and the court for allowing depositors to share their stories. I personally know dozens of individuals who have been tremendously affected by what has unfolded at Celsius over the last 6 weeks, including my entire immediate family.

I discovered Celsius several years ago when I became familiar with their platform. Although the idea of a yield was attractive, I decided the risk associated with their Earn account was not in my best interest.

Fast forward to June of 2022, Celsius lured me on to their platform with 1% interest rates on loans with a 25% LTV ratio. It seemed like a complete no-brainer for me as their CEO Alex Machinsky continued to reassure the community that our funds were completely safe and that Celsius was in a very strong position.

Once I transferred my entire portfolio to Celsius (approximately 47 BTC), I began taking 1% interest loans on a portion of my BTC. Within days of being on their platform, my entire account was frozen (over a $1,000,000 in assets). I didn't even have the opportunity to withdraw the loan I took from Celsius even though I gave them 4x in collateral. Most of my deposited funds remain in my Custody account. In hindsight, I feel like I was lured in and trapped.

Having said this, my hope is that the Custody accounts remain distinguished from the Earn and Borrow accounts. Custody accounts were portrayed as a savings account that provided more protection than banks, which consequently drew in the most vulnerable users who could not afford to use those funds. Custody account users expected no yield - only a safe haven for their funds. Although the Custody accounts only make up 4% of the funds on Celsius, I truly believe that these funds should be returned to users before anything else. It clearly states in the ToS that the title of these funds still lies with the user.

I also believe that it is crucial for Judge Glenn to dismiss Alex Machinsky of his duties at Celsius. There is not a single person in the crypto community who has caused more damage than this man. I believe Alex Machinsky must be held accountable for all his lies and deception which has caused so much harm to innocent people.

As it stands, I have lost my entire life savings on Celsius and am now in the process of selling my home. It has been a very tough stretch, but I am optimistic that the courts will do everything in their power to make depositors whole.

Once again, thank you very much for your time and consideration.

Respectfully,
Brandon Liljenquist