Dear Honorable Judge Martin Glenn,

I am reaching out to you as an affected and self-represented individual in this ongoing bankruptcy proceeding.

Firstly, Thank you for taking the time to read our letters.

As of June 12th 2022, Celsius has wrongfully frozen our assets .

Days before Celsius and Alex Machinsky lied to us saying everything was alright and they had liquidity.

While filing for bankruptcy they were still letting people add collateral while stopping withdrawals.

Every Friday AMA since 2019, Celsius and Alex Machinsky lied to people pretending they were better, safer than banks because they supposedly don't rehypothecate and use fractional reserve lending like the banks do, and would put consumers first If something were to happen to the market or to them. They pretended the yield was coming from high-interest loan payments that Celsius earned from lending not from risky investments. They have failed and they have lied to us since the beginning as they were risking our assets in highly risky schemes they pretended not to use. It is clear now that they have been hiding an asset liability mismatch for months while lying to every Celsius retails clients, publishing lies and misleading statements, defrauding them of their hard earn money.

Having lost a considerable amount of my savings and hard earn money, which is impacting myself and my family, I am writing you with hopes you could help us in the injustice and the hard time we are facing due to the wrongful actions of Celsius and of their lies and fraudulent actions.

I humbly request you offer retail users the possibility to get back their assets even if take times (maybe through their mining operation or a buy off by FTX or NEXO as those companies offered, so that retail investors can get their asset back - and no cash equivalent), and to take on the highest paid Celsius CEO's and team's money (Alex Machinsky, Nuke Goldstein, etc..) for those who have lost it all and are in dire emergency situations and might need in those circumstances cash equivalent as soon as possible.

Thank you again for your time and consideration

Please help us.

Alexandre Morzy