Jeffrey R. Gleit
Allison H. Weiss
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Jeffrey.Gleit@afslaw.com
Allison.Weiss@afslaw.com

*Counsel for Dr. Ashraf Elshafei*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Dr. Ashraf Elshafei ("Dr. Elshafei"), by and through his counsel, ArentFox Schiff LLP, hereby appears in the above-captioned cases pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and e-mail addresses:

AFDOCS/26031475.2

> ARENTFOX SCHIFF LLP
> Attn: Jeffrey R. Gleit and Allison H. Weiss
> 1301 Avenue of the Americas, 42nd Floor
> New York, New York 10019
> Tel: (212) 484-3900
> Fax: (212) 484-3990
> Jeffrey.Gleit@afslaw.com
> Allison.Weiss@afslaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of Dr. Elshafei: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) or any other rights, claims, actions, setoffs, or recoupments to which Dr. Elshafei is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Dr. Elshafei expressly reserves.

Dated:  New York, New York
        July 28, 2022

ARENTFOX SCHIFF LLP

*Counsel for Dr. Ashraf Elshafei*

*/s/ Jeffrey R. Gleit*
Jeffrey R. Gleit
Allison H. Weiss
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 484-3900