**To the Honorable Judge Martin Glenn,**

Re: Case 22-10964

Date: 7/28/2022

My name is Terence Delaney and I am a Celsius customer with around $30, 000 USD of deposits locked up in the platform.

Thank you for taking the time to review this letter and thank you for your conscientious work on the Celsius bankruptcy case.

I am sure I cannot add anything new to the thousands of other letters you have no doubt received concerning the locked funds of Celsius customers. I too, have placed my cryptocurrency into the Celsius coffers in good faith and was encouraged and reassured by the frequent statements of CEO Alex Mashinsky that depositors had nothing to fear.

It is obvious now that his words were lies and he placed much of the funds in precarious lending situations that has led to this situation.

I have a large chunk of my retirement funds in this organization and will be severely affected by any loss. I must admit that I fear that the small people that have trusted and invested in Celsius and Mr. Mashinsky will be forgotten and the organization will conveniently side step any punishment or accountability for their actions.

I do not expect to be heard above the many others who have written to you. I just wanted to add my name to this story and raise my hand with the others.


Yours sincerely,



Terry Delaney