To the Honorable Judge Martin Glenn & the Office of the U.S. Trustee

    I greatly appreciate your time in the matter of Celsius' ("the debtor") Chapter 11 bankruptcy. I am an unsecured creditor and custody account holder with over $100,000 currently held by the debtor. On behalf of all unsecured creditors with funds locked I make the following request.

I ask that the court consider all loan repayments made by the debtor to all loan originators with unperfected security interests and within the designated time limit of the debtor's bankruptcy filing to be considered preferential treatment. I request that this same treatment be given whether the loans were repaid by liquidation of the security interests by the loan originator or the loans were repaid voluntarily by the debtor.

These lenders, including MakeDAO, Tether, and others in so much that their security interests were unperfected should be considered unsecured creditors. All security interests held by such originators should be returned to Celsius, and all payments made to these lenders considered preferential treatment. For the benefit of public interest and to act according to bankruptcy laws, these lenders should then be joined with the other hundreds of thousands of unsecured creditors.

Thank you for your time in this matter.

Sincerely,

Lucas Holcomb.