27 July 2022

**The Honourable Martin Glenn**
United States Bankruptcy Court
Southern District of New York

**RE: Case Number 22-10964 Celsius Network LLC**

Dear Chief Judge Glenn

Thank you for taking time to read this letter.

I am a victim of Celsius Network LLC and of the lies of its CEO Alex Mashinsky. I deposited some funds to Celsius sometime in May 2021 after listening to the sweet talks of Alex Mashinsky and his assurances that my funds will be safe and that at the same time will also yield interests much better than the banks. Just days before Celsius shut down, Alex Mashinsky did an interview with Invest Answers host James Mullarney when again Alex Mashinsky assured all users of Celsius that their funds are safe, that Celsius is financially healthy and that at any time users can withdraw their funds without any problem. Having lost money in Terra Luna collapse earlier and looking at my crypto holdings decreasing in value because of the bear market, I was convinced by Alex Mashinsky that depositing my remaining crypto to Celsius makes sense as this way they can generate interests and hopefully offset some of my losses. When I deposited my remaining crypto to Celsius, 2 days later, Alex Mashinsky paused all withdrawals.

I felt betrayed by Alex Mashinsky. To me he is a master conman who can create very believable lies. My world fell upside down when I learned further that all assurances that Alex Mashinsky gave in his talks are all fabricated lies with the intention to deceive and swindle millions of people of their hard eared money.

All I ask from Celsius Network LLC and Alex Mashinsky is to return my funds as I have deposited them in the form of BTC and ETH. I don't care about the yields and interests that I was promised. Please just return my capital. I believe in the US justice system that it will deliver fairly to the victims of Celsius and Alex Mashinsky. The funds I deposited to Celsius are hard earned money. I worked long hours for those money and saved for many years. They represent my life's savings and part of my retirement plan. Please Honourable Martin Glenn help me get my funds back.

Respectfully yours,

**Sandro Gatillo**