22-10964

To the Honorable Judge Martin Glenn,

My name is Emmanuel, Im from France , and celsius as block my money as millions of others person who trusted everything that Alex Mashinsky said during all the Video AMA he did.

I hope you will consider that: During the last week of July 2022 we all realised that celsius started to delete video and article (on medium mostly) but they tend to forget that we are a big community and we uploaded all video and article, proof where Mashinsky lied about everything to promote Celsius, to get more customer and this til the last week before the bankruptcy in the first week of June 2022.

The extraordinary high salaries for the employees and particularly the exec team I find nauseating and very suspicious... just speculating but i wonder are they trying to drain as much wealth before they lose control of the business or do they genuinely believe they are worth this much? Even though their history shows they are clearly incompetent therefore should be paying every cent they have to us..

how many so called employees they list are just fake accounts to drain money?.. its all extremely suspicious and very very immoral, demonstrating Alex Mashinsky mindset. he truly is a psychopathic narcissist who never cared about the depositors and wider community ever!.. just himself