7/29/22

Case No. 22-10964

Celsius Network

Dear Honorable Judge Glenn,

I am writing to respectfully request that you take into consideration the exorbitant and egregious proposed salaries by the Celsius Network management team in the Chapter 11 bankruptcy plan.

I have deposited a significant percentage of my net worth into Celsius Network.

As a business owner of 15 years, I have experienced the very common ups and downs associated with entrepreneurship. In 2012 my business suffered a downturn and, as a result, I needed to make many personal sacrifices. I reduced my income and distributions to the bare minimum needed to survive while employees, vendors and investors were paid on time and in total. Eventually I brought the business back to a healthy state and I resumed the level of income I had before.

In my opinion, the Celsius Network management team should make sacrifices and reduce income to not impose any further losses to depositors and creditors than they have done already.

I hope you will take my thoughts into consideration.

Thank you in advance.

Regards,

*Scott Bonora*

Scott Bonora