07/29/2022

Honorable Judge Glenn,

As a creditor of Celsius Network with an open loan (ID 81210) on the platform, I am writing to inform the court that I have the means and intent to repay this loan in full, in addition to remaining interest owed, pending further clarity from the court on the treatment and return of the associated loan collateral in form of Bitcoin currently held in custody on the Celsius platform.

Sincerely,
Kyle Stone

07/29/2022