**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gregory F. Pesce, hereby request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent the Official Committee of Unsecured Creditors in the above-referenced chapter 11 cases. I certify that I am a member in good standing of the bar of the State of Illinois. I have submitted the filing fee of $200 with the motion for *pro hac vice* admission.

Dated: July 29, 2022
      Chicago, Illinois

                                       */s/ Gregory F. Pesce*
                                       Gregory F. Pesce
                                       **WHITE & CASE LLP**
                                        111 South Wacker Drive, Suite 5100
                                        Chicago, Illinois 60606
                                        Telephone: (312) 881-5400
                                        Facsimile:  (312) 881-5450
                                        E-mail: gregory.pesce@whitecase.com

                                        *Proposed Counsel to the Official Committee*
                                        *of Unsecured Creditors*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.