**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Case No. 22-10964 (MG) |

## ORDER THAT DEBTORS FILE TERMS OF USE

The *Declaration of Alex Mashinsky* (ECF Doc. # 23) refers to multiple versions of the Debtors' Terms of Use that have been in effect since February 1, 2018. The Court directs that, on or before August 8, 2022, Debtors' counsel shall file a pleading on ECF attaching as exhibits each version of the Debtors' Terms of Use that have been in effect since February 1, 2018. Please indicate the time period that each version of the Terms of Use was in effect and whether the Debtors provided its customers and counter parties with a copy of each new version of the Terms of Use when changes were made.

**IT IS SO ORDERED.**

Dated:   August 1, 2022
         New York, New York

*Martin Glenn*
MARTIN GLENN
Chief United States Bankruptcy Judge