UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Celsius Network LLC.

                              Debtor                        Case No.: 22-10964-mg

                                                                           Chapter 11

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of William D. Schroeder, Jr., to be admitted, ***pro hac vice***, to represent Emil Pilacik, Jr. and EMCO Technology, Inc., (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby

      **ORDERED**, that William D. Schroeder, Jr., Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 8/1/2022

New York, New York                                                   /s/Martin Glenn

                                                                                   CHIEF UNITED STATES BANKRUPTCY JUDGE