I am a 22 years old psychology student from Romania, Europe who worked hard to save some money - with the idea: save now, so you will not have to work for the rest of your life. I studied, I worked 2 jobs and I managed to save 0.036285 BTC (822$ on date of filing). I took no loans and I planned to withdraw my money after 5 years, to buy a house. I feel betrayed, lied & scammed by Alex Mashinsky and the company. They assured us **every week** that everything is fine & they showed us false data.

Maria Dan
+40788297659
maria.dan221@gmail.com