Judge Glenn,

RE: GRANDFATHERED LOAN COLLATERAL SHOULD BE RETURNED TO CUSTODY A/C

Sadly my mother passed away recently and on 8 March 2022, with my father having passed away in 2018, I deposited $143,200 of inheritance in Bitcoin with Celsius. **This represented the majority of my parents' lives of hard work.**

With these funds I obtained a loan with Celsius, receiving $35,767 USD for the above collateral.

Crucially this was before "Earn" vs. "Custody" accounts existed.

I am now advised that if I were to repay my loan, the collateral would be returned to an Earn account, and as such likely will not be able to be withdrawn. *Whereas*, funds in Custody accounts likely will be able to be 100% withdrawn.

I and many other customers who completed their transactions before Earn/Custody even existed, **should not be forced into Earn accounts that they never agreed to**.

*I implore you to rule that pre-Earn/Custody loans can - on request or by default - have their collateral transferred back to **Custody**, and not Earn accounts.*

Thank you for your time and consideration.

Sincerely,
Chris Simpson