July 24, 2022
The Honorable Judge Martin Glenn
United States Bankruptcy Court Southern District Of New York
One Bowling Green New York, NY 10004


Honorable Judge Martin Glenn,
It is really hard to write this letter as I lost my life savings that I've worked for more than 20 years.
I am one of the people who actually did research and spend a lot of hours in learning about Celcius before putting life savings there.
I actively follow their reports, in fact, a few days before they paused the funds, they (Alex Mashinsky) still gave us assurance that our funds were totally safe.

I request the court:
1. Please order Celcius to organize the payment to their customers in steps but eventually pay everyone in FULL.
   They have been telling us that filing Chapter 11 will make the company strong again, so I hope they can achieve what they are selling, and I hope the court orders them to keep continue paying back to the customer until everyone is getting the fund back in FULL amount, no matter how long will be.
2. Please order Celcius to stop paying their upper managements' salaries as well as their benefits, so those who are committing fraud, are responsible to pay back their customers first before themself.
   Their salaries and benefits will be reorganized and only partially paid in steps. They only receive partial salaries/ benefits if only they successfully paying their customer back a minimum of 50% of each account's value.
3. Please charge those upper managements who committed fraud and destroyed the trust among crypto communities.
   Crypto is new for most people, but not for the experts who are the Celcius upper managements. In other words, they know about current bear market cycle condition, they are fully aware of the risk of other scammer companies, the know exactly what their actions and decisions' consequences.
   Bottomline, please do not buy their arguments to justify their crime.

I pray that the court will grant these requests. Thank you for your time and attention.

Respectfully,

Karina Sudyatmiko
Celcius members
Proof of Claim submitted separately on 07/24/2022. (by online submission)