To The Honorable Martin Glenn,


Thank you for taking the time to hear the voices of I and the thousands of others who entrusted the Celsius platform and specifically the CEO Alex Mashinsky to responsibly and transparently handle our financial assets. It is overwhelmingly clear that Celsius and specifically Alex Mashinsky intentionally misled and lied to all of its users and customers for personal financial gain. Had I (and I am sure many of the Celsius users) been aware of the reality behind the lies Alex continually told I would have held my cryptocurrency elsewhere. His lies were a direct influence in me choosing to utilize the Celsius platform.

We were explicitly led to believe that the Celsius platform had enough liquidity to provide its users to withdraw their assets in any downturn in the market or the company itself faced. This gave its users a false sense of security in the platform, many of whom have invested or deposited large sums of money and cryptocurrency into the platform. I personally have a large sum locked up in the platform which the reality of never seeing again is becoming more likely. I know thousands of others have invested large sums, some even their life savings because of the trust and security Alex conveyed on a weekly basis to the Celsius users.

I would like to provide a direct quote from Alex which exemplifies the manipulation and lies he spread to encourage users to use the platform. On one of his AMA sessions he held weekly in a youtube video titled "Expansion in Asia with Special Guest Lennix Lai (OKEx) - Celsius AMA (April 30th 2021)" Alex states, "... at any moment we have enough money and enough coins, collateral and so on to return all the assets to our users…" It is continual direct comments pertaining to Celsius' liquidity that Alex made to users like myself that led us to believe that in a moment such as this we would be able to recover our assets.

Whether a Celsius user invested $1,000 or $1,000,000 I would like to sincerely ask that any financial capital (cryptocurrency or fiat) currently held or raised in the future by Celsius be distributed to all users so everyone recovers their assets in full. I truly believe this is the only way for so many of us to retain faith in both our justice system and financial system.

Sincerely,

Maximilian Frederick