Jin Y Kim
1 Executive Dr Apt G02
Fort Lee, NJ 07024

July 25, 2022

Honorable Judge Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE:  Celsius Network LLC, et al. - Case Number: 22-10964 (MG)

To the Honorable Judge Glenn,

I'm reaching out to you as a Secured Creditor in Celsius who has been a VIP client of Celsius since September 2021.

Before joining Celsius, I did tremendous research and talked with Celsius customer service, who promised me that my funds were safe because **I controlled the keys to my wallet.** I trusted the company and I decided to pour all of my life savings with the company, lending them $632,329.03 USD.

Celsius is headquartered in New Jersey and I thought that it was a local, trustworthy company, as I am from New Jersey myself.  I did not know that Alex Mashinsky was a fraudulent, deceiving Russian Israeli crook, and I would like the court to start criminal proceedings against the CEO, if he does not give our 100% of our funds back.

This is Bernie Madoff all over again, and you cannot be a free man if you defraud $1.2 billion dollars of investor funds.  Someone needs to be liable for that, and it must be Celsius and Alex Mashinksy.

I think everyone with their funds locked up in Celsius would agree with me on this point, and I feel so sorry, depressed and empathetic for those who have their life savings wiped out by this selfish, greedy criminal, and I must beg you to advocate for the rights of victimized investors like myself.

I must also say that the whole time I was a customer, I was solicited by Tayler Hendrickson, **Celsius Corporate & VIP Account Manager**, who begged me to become an **accredited investor**, since I owned significant amount of bitcoins and other assets.  He warned me saying that if I do not become an accredited investor, I would not be able to collect any more interest because New Jersey gave Celsius a cease & desist order to stop them from fraudulently enticing more customers with the promise of high interest bearing account, which Mashinsky claimed was safer than a bank.

He also explained that **no one can touch my funds** because **I owned the keys to my wallet.**  He assured that **EARN = YOUR KEYS/YOUR CRYPTO, CUSTODY = NOT YOUR KEYS/NOT YOUR CRYPTO.**

Therefore, Celsius and Mashinsky have absolutely **NO RIGHT** to touch our funds.  Their **Terms of Service** - which state that in the event of a bankruptcy, Celsius gets the rights to your coins - is fraudulent and cannot be honored by this court.

I have absolutely no money left in my bank account now, and if I do not get my money back, I will be out in the streets with nothing to show for it.  I plead with you, please help the individual clients of Celsius first, ahead of corporate clients.  We will lose the roof over our head if we do not get our money back.

Yours sincerely,

Jin Y Kim