210 Joy Street
Talent, Oregon 97540
7/25/22

Chief Judge Martin Glenn
United States Bankruptcy court
Southern District of New York
Court Room #523
One Bowling Green
New York, NY 10004-1408



RE:  Case #22-10964 Celsius Network LLC

To the Honorable Martin Glen:

I am humbly writing to request that my funds be reimbursed to me as soon as possible after making numerous deposits into Celsius, having believed it to be a safe place.   As of this writing, July 25, 2022, the value of my funds is at $9,913 based on the current value of bitcoin of 0.404714 BTC, USD:  996.461678 USDC, and Ethereum at 0.042272 ETH).

I know others have written long letters about their troubles; I echo many of their sentiments.   Please rule in favor of returning all funds to investors like me.

Thank you.

*Ellen Smith*

Ellen A Smith
210 Joy Street,
Talent, Oregon 97540
ellen_a_smith@hotmail.com
541-261-7879