Dear Judge,

I am writing to you because of the gross negligence and false advertising that Celsius and CEO Alex Mashinsky are guilty of. As you know, Celsius froze all of the customers funds. At the time of the freeze, I had roughly 15,557.00 in crypto assets. I have attached the breakdown to the form and this letter. I believed in all the commercials, social media and advertising that showed Celsius was a high yield, low risk savings account. We were ensured that our funds are safer at Celsius than in a bank. I know they did many nefarious and high risk moves with our funds and none of this high risk was portrayed to the customers. This money is pretty much my life savings. I hope you can find it the best interest of all parties involved to pay back the smaller investors first. I would preferred to be paid back in the same sum of crypto assets that I had and not a dollar amount unless I receive an additional percentage in unrealized gains that would definitely occur. I hope as the bankuptcy hearing progresses that you will see that Celsius Management is guilty of a number of charges and before any restructuring occurs, the customers should be paid back. I respect your time and responsibilities.

Sincerely,

*[signature]* 7-18-22

Ralphael DiCicco RTT

Date: 7-18-2022

RECEIVED JUL 25 2022 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK