Dear Honorable Justice Glen,

I am reaching out to you as an affected and self-represented individual in this ongoing bankruptcy proceeding.

I would kindly ask you to request records of transactions of the officers and employees of Celsius prior to their notice on 12 June 2022 to freeze customer transactions and accounts. I would defer the length of period deemed to be of importance prior to 12 June to your experienced judgement, but would think any activity and withdrawal in the 2 weeks prior to 12 June 2022 should be disclosed.

If it were to become evident that Celsius officers and employees withdrew their holdings from Celsius shortly before the 12 June 2022 announcement to the public, and therefore safeguarded their holdings and financial result at the expense of customers, that would be very important and disturbing information. Furthermore then;

1. 1)  it would not be prudent nor logical to have such officers and employees as part of the process to restructure this business. They would have demonstrated that they do not act in good faith, nor for the benefit of customers. So it would be reckless to now ask or entrust them to be good stewards to restructure the business, and help the outcome for customers that are now creditors. In actual fact, they should be barred from any financial services activity for a considerable period of time, as retail customers should be protected from them and their future actions. I am not legally aware if there is any criminal case one could action and bring against these employees (if it transpired that they acted inequitably and did front-run their customers), but if there is, they should be held accountable and these charges filed against them.
2. 2)  it would also be an injustice to further erode the assets in the firm by paying salaries and/or compensation to those officers and employees that have acted in this manner. So these officers and employees should not be employed by Celsius or the new restructured organization as mentioned in above point. But furthermore, any salary or compensation paid to them since filing for Chapter 11, should be returned to Celsius and help bolster the Celsius asset amount for the benefit of the creditors and customers.
3. 3)  it would be just and fair to cancel all these unfair front-running transactions, with restitution. I would like to ask your Honor to request the return of the assets that they withdrew in that period. Those assets should be part of the total Celsius asset pool in the restructuring process, and these officers and employees should have a claim pari-passu with the other claims of the customers.

Celsius keep claiming their aim is to be equitable and fair to their community, it was a principle component of them filing Chapter 11 protection. So the transparency about their own actions

should be something they willingly provide. And if they did not act according to their own ethos, the appropriate action should be taken as proposed in point 1-3 above.

Sincerely, Kevin Nguyen