Case: 22-10964     Date: 07/27/2022     Depositor: Jose Beltran

Honorable Judge Glenn

Given the current circumstances involving Celsius Network and the uncertainty of the assets deposited into the wallet, we are seeking help regarding our XRP tokens on the Celsius platform.

After April 09, 2021, Celsius stopped giving interest to it users on the XRP tokens present in their wallets. This occurred approximately 14 months prior to when Celsius Network paused all transfers, stopping its users from withdrawing any and all assets. In addition, most exchanges paused the trading of XRP, preventing the buying and selling of the token.

That being the case, it is expected that Celsius should have its depositors' XRP and must then return it to them.

Your help is greatly appreciated.


Sincerely,

Jose Beltran