TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar

*Counsel to Ad Hoc Group of Custodial Account Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re:                                                        :    Chapter 11
                                                              :
CELSIUS NETWORK LLC, et al.,          :    Case No. 22-10964 (MG)
                                                              :
                                                              :    (Jointly Administered)
                        Debtors.                   :
                                                              :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that pursuant to Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), Togut, Segal & Segal LLP, as counsel to the ***Ad Hoc Group of Custodial Account Holders***, in the above-captioned chapter 11 cases, hereby requests that all notices given or required to be given and all documents served or required to be served in the above-captioned cases be given and served upon:

> TOGUT, SEGAL & SEGAL LLP
> One Penn Plaza, Suite 3335
> New York, New York 10119
> Telephone:    (212) 594-5000
> Facsimile:    (212) 967-4258
> Attention:    Kyle J. Ortiz, Esq.
>                      Bryan M. Kotliar, Esq.
>
> Email:         kortiz@teamtogut.com
>                      bkotliar@teamtogut.com


**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Local Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request for court conferences, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or other otherwise filed or made regarding this case, which affects or seeks to affect in any way any rights or interests of any party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall constitute a waiver of (a) the right to have final orders in non-core matters entered only after de novo review by a judge of the United States District Court, (b) the right to a trial by jury in any proceeding related to this proceeding, (c) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (e) an election of remedy, or (f) any other rights, claims, actions, defenses, setoffs, recoupments as appropriate, in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED:    New York, New York
         August 2, 2022

                                            AD HOC GROUP OF CUSTODIAL
ACCOUNT HOLDERS
By its Counsel,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Kyle J. Ortiz*
KYLE J. ORTIZ
BRYAN M. KOTLIAR
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
kortiz@teamtogut.com
bkotliar@teamtogut.com