UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| IN RE: Celsius Network LLC. | : | Chapter 11 | |
| | : | | |
| | : | | |
| Debtor | : | No.: | 22-10964-mg |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Bankruptcy Procedure, William D. Schroeder, Jr., appears in the captioned Chapter 11 case as counsel for **Emil Pilacik, Jr. and EMCO Technology, Inc**. Please send all notices issued in this case to the undersigned at the address below.

**PLEASE TAKE NOTICE** that the undersigned appears for **EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC.** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code. William D. Schroeder, Jr. demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number and email set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, email, telex or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtor or the property of the estate.

Dated:     8/2/22                    Signed: /s/William D. Schroeder, Jr.
                                     Attorney for Creditor
                                     William D. Schroeder, Jr.
                                     920 Lenmar Drive
                                     Blue Bell, PA 19422
                                     (215) 822-2728
                                     schroeder@jrlaw.org