Dov Kleiner
KLEINBERG, KAPLAN, WOLFF & COHN, P.C.
500 Fifth Avenue
New York, New York 10110
(212) 986-6000
*Counsel to Brendan White*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF RECLAMATION DEMAND**

PLEASE TAKE NOTICE that on August 2, 2022, Brendan White served a written Demand for Reclamation of Goods pursuant to 11 U.S.C. § 546(c) upon Debtors herein, by email communications to its counsel of record. Attached hereto as **Exhibit A** is a copy of the written demand.

New York, New York
Dated: August 2, 2022

_____
KLEINBERG, KAPLAN, WOLFF & COHN, P.C.
Dov Kleiner
500 Fifth Avenue
New York, New York 10110
(212) 986-6000
dkleiner@kkwc.com
*Counsel to Brendan White*

# EXHIBIT A
[Reclamation Demand Letter]