THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE: Celsius Network LLC,  Debtor(s).  
   121 River Street  
   PH05  
   Hoboken, NJ 07030  
   87-1192148

Case No. 22-10964 MG  
Chapter 11

### Notice of Appearance and Request for Notice

   Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Commerce and Insurance.

Notices should be addressed to:

TN Dept of Commerce and Insurance

c/oTN Attorney General's Office, Bankruptcy Division

PO Box 20207

Nashville, Tennessee 37202-0207

   The TN Dept of Commerce and Insurance hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

                            Respectfully submitted,

                            Herbert H. Slatery III

                            Attorney General and Reporter

                            /s/ Marvin E. Clements, Jr.

                            Marvin E. Clements, Jr.

                            Senior Assistant Attorney General

                            BPR No. 016031

                            OFFICE OF THE ATTORNEY GENERAL

                            BANKRUPTCY DIVISION

                            P O BOX 20207

                            Nashville,  TN  37202-0207

                            Phone: (615) 741-1935    Fax: 615-741-3334

                            Email: AGBankNewYork@ag.tn.gov

### CERTIFICATE OF SERVICE

   I certify that on   August 3, 2022                                                  a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

                            /s/ Marvin E. Clements, Jr.

                            Marvin E. Clements, Jr.

                            Senior Assistant Attorney General

| United States Trustee | Joshua Sussberg |
|---|---|
| Office of the United States Trustee | Attorney for the Debtor(s) |
| U.S. Federal Office Building 201 | Kirkland & Ellis LLP |
| Varick Street, Room 1006 New | 601 Lexington Avenue |
| York, NY 10014 | New York, NY 10022 |