8/3/22

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District Of New York
One Bowling Green New York, NY 10004

Re: Case # 22-10964, Celsius Network LLC., et al.

Dear Honorable Martin Glenn:

I will keep this letter short, since I know you are busy.  I, like others, have been lied to by Alex Mashinshy, pertaining to my coins can be withdrawn at anytime and Celsius always had the funds available.

I feel scammed, betrayed, ashamed I was not aware of the high risk activities Celsius was engaging in, using customers coins.  Even two days before blocking withdraws, Mr. Mashinshy went on YouTube and said "there is nothing to worry" about and they have the money to back every withdraw.

I do have to admit, the higher-than-normal interest payout for stablecoins is what attracted me to Celsius.  Currently, I have deposited $19,596.14 USDC statblecoins, over the past 12 months.  This money (USDC) was to be withdrawn yearly to pay my house property taxes, house insurance, and family living expenses.  My point is, I did not invest in something risky, since I knew I needed this money monthly/yearly.

I also have a small amount of BTC of 0.003011, but that is not used the same as above.

Anyway, my goal was to use USDC as a way to earn "safe" interest and "unbank" myself (Celsius terms).  USDC is safe, but it is/was not safe with Celsuis and they mislead me to think it was a safe investment.

Since stablecoins are backed 1:1 to USD (USDC as example), I request stabelcoins be returned to all depositors, at 100%, since its value does not increase.  I'm only asking for what I invested.

I know others, like myself, are relying on your decision to return what is ours. I thank you for your time and consideration in this matter.

Sincerely,

Chris Romska