**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: Celsius Network LLC et al
(Jointly administered)

Case No.: 22-10964(MG

Chapter 11

                              Debtor

-----------------------------------------------------------x

Adversary Proceeding No.: _____

                            Plaintiff

v.

                            Defendant

-----------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Jennifer Rood, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Vermont Dept. Financial Reg., a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Vermont and, if applicable, the bar of the U.S. District Court for the District of Vermont, NH and Maine.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 4, 2022
_____, New York

/s/Jennifer Rood
*Mailing Address:*
Vermont Dept. of Financial Regulation
89 Main Street, Third Floor
Montplier, VT 05620
*E-mail address*: jennifer.rood@vermont.gov
*Telephone number*: (802) 828-5672