**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re: Celsius Network LLC, et al
    (Jointly administered)

                             Debtor

Case No.: 22-10964

Chapter 11

-----------------------------------------------------------------x

                            Plaintiff

Adversary Proceeding No.: _____

            v.

                            Defendant

-----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of  Jennifer Rood Esq.  , to be admitted, ***pro hac vice***, to represent  Vermont Dept. of Financial Regulation, (the "Client") a  creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Vermont   and, if applicable, the bar of the U.S. District Court for the _____ District of  Vermont, NH and Maine ,  it is hereby

      **ORDERED**, that  Jennifer Rood  , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 4, 2022
      New York, New York

                                                  **/s/ Martin Glenn**
                                        UNITED STATES BANKRUPTCY JUDGE