Judge Glenn

I think it's a shame how Celsius Network dealt with the people who believed in them and bet on the Company. Today, for believing in everything they said, I see myself harmed and I feel cheated and defrauded, since everything they reported turned out to be false and my crypto money was never safe with Celsius, as Alex Mashinsky assured. When the rumors (that Celsius was going through a critical situation and that funds from creditors were being withheld) began to spread, the company came out through communications denying such a situation, and that is why I trusted and left my funds there. Today, August 1, I have no access to my Crypto funds (**20.156131 ETH**, that were worth **71.888,66 USD** at the time I deposited them on October 7, 2021). This situation seems unfair to me, because that is my money, my life savings. I trusted them. I´m from Argentina, a third world country where the US Dollar worth a lot of money to us (a Dollar is worth almost 300 Pesos). I decided to protect myself from the inflation of my country by having my savings in crypto and I trusted Celsius by depositing my money with them to obtain a small profit that would allow me to live at the exchange rate of the US dollar. Now I have nothing. I quit my job, to live off the rewards from Celsius, just like Alex Mashinsky encouraged us to do at the AMA's on YouTube, assuring that our money was safer than in a bank and saying that Celsius would take full responsibility if anything went wrong. He also said that they raised 750 million dollars to protect people if there was an issue, but that wasn't true, they used that money to expand their enterprise instead of keeping that cash in order to plug a hole if something went wrong. They have been misleading customers for a long time and have profit by defrauding retail investors and have been hiding an asset liability mismatch for months. Now, I can't access my money due to this mishandling by Celsius, I am full of debts and can't pay my rent. I'm desperate and I feel like I'm living a nightmare. I really hope all this ends soon and be able to have access to my money to continue living.

Very respectfully yours

Aldana Porco