Honorable Chief Judge Martin Glenn,

I write this letter like most because of the misfortune that has happened to most of us with Celsius. While I to have been financially crushed by all this I don't write so that I can tell you of my dire situation and ask for punishment but hope to write to the court so that you may see an opportunity to help and protect those that have been taken advantage of.

I believe that once we push away all the lawyers and all the processes around being a corporation and that protection, we will see the same pattern that has formed so many times in the past from so many that have used it to defraud the public. Whether it be savings and loans, Lehman Brothers, or any of the countless other stories where people of power used their position to financially enrich themselves while ruining others.

I also believe there is a way to save some to most of use over time and to set a standard that will send a small warning to a community that you will see much more in the news in the next decade.

This is no different than Enron. People in high positions became rich. They lied to the public and if not held liable for it they will continue to be millionaires with no recourse. They most likely saved themselves as they read the tea leaves coming for the company, they lied to the public so no one would take their money out while asking for more to continue, they locked up everyone's assets so they could pay off their debts and left enriched and are now trying to take no responsibility for the devastation. Please don't let them hide behind bankruptcy.

I ask that the following be considered to take steps to help with restitution.

- Don't let them bring back Rod Bolger previous CFO at 95k a month to "help with the process" They should have a court appointed CFO. That money could pay back several individuals easily.
- Look into the previous statements made by CEO Alex Mashinsky that most likely waved his rights as head of Celsius and were lies to enrich himself and others by defrauding the public
- Alex Mashinsky went out each week in AMA, calls where he answered questions, and indicated they were "safer than a bank", They never indicated the type of risk they were taking, and he also most likely looked to flee the country before bankruptcy. IF so, I believe that is an act of incrimination and should wave his rights for this protection.
- Allow the mining company to begin immediately to start up and stay active during the proceedings and the continued future. Appoint someone to oversee it with no place to gain anything from its success or failure. Us it to payback all clients of Celsius over time at a 90% rate. Let Celsius us the remaining 10% to run the operation. Every 1$ mined should be used to pay back clients. This is really the only way that any of us will recoup anything. They must be forced to work for us finally under the guidance of a fiduciary. I believe that over the next 3-4 years they will make enough to pay back us all without continuingly enriching themselves. They had their opportunity to do the right thing, they didn't so I ask that you force them too now.

- Don't allow vultures to come in and acquire our assets at a fire sell. They could be worth millions to each of us clients and that is only punishing us even more when individuals or other big corporations come in, like FTX, Binance etc., and feed off our devastation. If it must be a fire sell give each of us the opportunity to buy our own assets at the pennies on the dollar before others do. Let us buy our own "estate sale property" before others can.

I am not looking to cry over what has happened I am looking to move forward to a solution. Yes, I want that solution to benefit me, but I also want all the other small investors to regain something, continue to believe in the system and move forward. The ones that ran Celsius helped themselves first and I now believe it is time to let them be last while the rest of us rebuild from what has happened.

Thank you for your time.

Chris Stillwell