To The Honorable Martin Glenn,

Thank you for allowing and taking the time to read letters from depositors/users. I have read many of the letters sent to you and my heart goes out to all people that are at risk of losing their life savings and/or means of income. As a depositor and borrower on the Celsius platform, I can concur with the vast majority's description of appalling misrepresentation, lies and deceit perpetrated by the Celsius CEO and management team. For brevity I will not repeat this as ample examples and evidence already have been provided.

In the interest of fairness and safeguarding vulnerable small depositors I ask that you consider the following suggestions:

1. Immediately allow withdrawal of up to 2500 USD value in crypto or stable-coins for each depositor.
2. Allow all loans to be settled by paying back the principal in currency borrowed and release the collateral (in kind, crypto or stable-coin) to wallet outside of Celsius. If this is not feasible due to available assets, at least allow this for maturing loans.
3. Alternatively, allow loans in good standing to continue to maturity with guarantee of returning collateral when principal settled.
4. Appoint two legal representatives, representing all depositors, payable by Celsius. This would be fair as Celsius presently is paying it's legal representatives from depositors funds.
5. Immediately reduce staff count to minimum and reduce all salaries to minimum.

The reconstruction of Celsius should, after the above points being consider, focus on making depositors as whole as possible and by issuing equity for the remaining value. New investors to come in, new branding and management team with appropriate licenses and regulatory approvals to operate the new company following prudent risk management and with full disclosure of the risks involved. Equity in the new entity should be available for trading as soon as practicable to enable exit for stakeholders who do not want/can participate due to risks involved. Mr. Simon Dixon of BankToThe Future seems to be well suited to help in such restructuring as he has been involved in similar proceedings before with successful outcomes..

Thank you for your time and I sincerely hope you will ensure the small investors are protected and supported as far as possible.

Best regards

Johan Bronge