UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Heather A. Waller, request admission, *pro hac vice*, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, to represent the Debtors and Debtors in Possession, as special counsel, in the above-captioned chapter 11 cases.

I certify that I am a member in good standing of the bar of the State of Illinois and have been admitted to practice in the U.S. District Courts for the Northern District of Illinois and the Eastern District of Wisconsin, and the United States Court of Appeals for the Sixth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 5, 2022  
Chicago, Illinois

Respectfully submitted,

**LATHAM & WATKINS LLP**
By: /s/ *Heather A. Waller*
LATHAM & WATKINS LLP
Heather A. Waller
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: heather.waller@lw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.