**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 25, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Hearing on Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject, Assume, or Assume and Assign Executory Contracts and Unexpired Leases and (II) Granting Related Relief** (Docket No. 185)

- **Notice of Hearing on Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief** (Docket No. 186)

- **Notice of Hearing on Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief** (Docket No. 187)

- **Notice of Hearing on Debtors' Motion to Approve Procedures for De Minimis Asset Transactions** (Docket No. 189)

- **Notice of Hearing on Debtors' Motion Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business** (Docket No. 190)

- **Notice of Hearing on Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into an Advisory Agreement with Rod Bolger Pursuant to Sections 363(b) and 503(c)(3) of the Bankruptcy Code** (Docket No. 191)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on July 26, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Second Day Hearing** (Docket No. 192)

Dated: August 5, 2022

Sabrina G. Tu

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of August, 2022, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public · California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| AK OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1031 W 4TH AVE SUITE 200 | | ANCHORAGE | AK | 99501 | |
| AL OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | |
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | 125 BROAD ST | | NEW YORK | NY | 10004 | |
| ALAMEDA RESEARCH LTD | ATTN: LEGAL DEPARTMENT | TORTOLA PIER PARK BLDG 1 2ND FLOOR | WICKHAMS CAY I ROAD TOWN | TORTOLA | | VG1110 | BRITISH VIRGIN ISLANDS |
| ALTCOINTRADER (PTY) LTD | ATTN: LEGAL DEPARTMENT | 229 ONTDEKKERS RD HORIZON | | ROODEPOORT | | 1724 | SOUTH AFRICA |
| AMTRUST NA INC ASSOC IND INS CO INC | C/O MAURICE WUTSCHER LLP | ANNT: THOMAS R. DOMINCZYK | 5 WALTER FORAN BLVD. SUITE 2007 | FLEMINGTON | NJ | 08822 | |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH  LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | NEW YORK | NY | 10019 | |
| AR OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 323 CENTER ST SUITE 200 | | LITTLE ROCK | AR | 72201 | |
| AZ OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004 | |
| B2C2 LTD | | 86-90 PAUL ST | | LONDON | | EC2A 4NE | UNITED KINGDOM |
| CA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH  LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | NEW YORK | NY | 10019 | |
| CO OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1300 BROADWAY 10TH FLOOR | RALPH L. CARR JUDICIAL BUILDING | DENVER | CO | 80203 | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| COVARIO AG | ATTN: LEGAL DEPARTMENT | LANDYS GYR STRASSE 1 | | ZUG | | 6300 | SWITZERLAND |
| CRYPTO10 SP -SEGREGATED PORTFOLIO | ATTN: LEGAL DEPARTMENT | 1ST FLOOR ARTEMIS HOUSE | 67 FORT ST | GEORGE TOWN | | KY1-1102 | CAYMAN ISLANDS |
| CT OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 165 CAPITOL AVE | | HARTFORD | CT | 6106 | |
| DC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 400 6TH STREET NW | | WASHINGTON | DC | 20001 | |
| DEFERRED 1031 EXCHANGE  LLC | ATTN: LEGAL DEPARTMENT | LAKELAND AVE. | | DOVER | DE | 19901 | |
| DELAWARE DEPARTMENT OF JUSTICE | ATTN: LEGAL DEPARTMENT | 820 N FRENCH ST | CARVEL STATE OFFICE BUILDING | WILMINGTON | DE | 19801 | |
| FL OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | THE CAPITOL PL-01 | | TALLAHASSEE | FL | 32399 | |
| GA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 40 CAPITOL SQ SW | | ATLANTA | GA | 30334 | |
| HI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 425 QUEEN ST | | HONOLULU | HI | 96813 | |
| ICB SOLUTIONS | ATTN: LEGAL DEPARTMENT | W ROYAL FOREST BLVD | | COLUMBUS | OH | 43214 | |
| ID OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 700 W JEFFERSON ST STE 210 | PO BOX 83720 | BOISE | ID | 83720 | |



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| IL OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 100 W RANDOLPH ST | JAMES R. THOMPSON CENTER | CHICAGO | IL | 60601 | |
| IN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 302 W WASHINGTON ST 5TH FLOOR | INDIANA GOVERNMENT CENTER SOUTH | INDIANAPOLIS | IN | 46204 | |
| INTERNAL REVENUE SERVICE | ATTN: LEGAL DEPARTMENT | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| INVICTUS CAPITAL FINANCIAL TECH | ATTN: LEGAL DEPARTMENT | 67 FORT ST | | GRAND CAYMAN | | KY1-1102 | CAYMAN ISLANDS |
| IOWA OFFICE OF THE ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1305 E WALNUT ST | HOOVER STATE OFFICE BUILDING | DES MOINES | IA | 50319 | |
| JOHN DZARAN | C/O MCCARTER & ENGLISH  LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | NEW YORK | NY | 10019 | |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH  LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | NEW YORK | NY | 10019 | |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG | 601 LEXINGTON AVE | | NEW YORK | NY | 10022 | |
| KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH JR. | 300 N LASALLE ST | | CHICAGO | IL | 60654 | |
| KS OFFICE OF ATTORNEY GENERAL | ATTN: DEREK SCHMIDT | 120 SW 10TH AVE 2ND FLOOR | | TOPEKA | KS | 66612 | |
| KY OFFICE OF ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE SUITE 118 | | FRANKFORT | KY | 40601 | |
| LA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 300 CAPITAL DR | | BATON ROUGE | LA | 70802 | |
| MA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1 ASHBURTON PLACE 20TH FLOOR | | BOSTON | MA | 02108 | |
| MD OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202 | |
| ME OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 | |
| MI DEPARTMENT OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 525 W OTTAWA ST | | LANSING | MI | 48906 | |
| MN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 445 MINNESOTA ST SUITE 1400 | | ST. PAUL | MN | 55101 | |
| MO OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 207 W HIGH ST | SUPREME COURT BUILDING | JEFFERSON CITY | MO | 65101 | |
| MS OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 550 HIGH ST PO BOX 220 | WALTER SILLERS BUILDING | JACKSON | MS | 39201 | |
| MT  OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 215 N SANDERS PO BOX 201401 | JUSTICE BUILDING 3RD FLOOR | HELENA | MT | 59602 | |
| NC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 114 W EDENTON ST | | RALEIGH | NC | 27603 | |
| ND OFFICE OF ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE DEPT. 125 | | BISMARCK | ND | 58505 | |
| NE OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 2115 STATE CAPITOL | | LINCOLN | NE | 68509 | |
| NH OFFICE OF ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | CONCORD | NH | 3301 | |
| NJ OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 25 MARKET ST 8TH FL WEST WING BOX80 | RICHARD J. HUGHES JUSTICE COMPLEX | TRENTON | NJ | 8611 | |
| NM OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 408 GALISTEO ST | VILLAGRA BUILDING | SANTA FE | NM | 87501 | |
| NV OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 100 N CARSON ST | OLD SUPREME COURT BUILDING | CARSON CITY | NV | 89701 | |
| NY OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | THE CAPITOL 2ND FLOOR | | ALBANY | NY | 12224 | |
| OFFICE OF US TRUSTEE FOR THE SDNY | ATTN: LEGAL DEPARTMENT | 201 VARICK ST ROOM 1006 | | NEW YORK | NY | 10014 | |
| OHIO OFFICE OF THE ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 30 E BROAD ST 14TH FLOOR | STATE OFFICE TOWER | COLUMBUS | OH | 43215 | |
| OK OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105 | |
| OR OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1162 COURT ST NE | | SALEM | OR | 97301-4096 | |
| PA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | STRAWBERRY SQUARE 16TH FL | | HARRISBURG | PA | 17120 | |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | NEW YORK | NY | 10019 | |
| PHAROS USD FUND SP | ATTN: LEGAL DEPARTMENT | LANDMARK SQUARE 1ST FLOOR | 64 EARTH CLOSE | GRAND CAYMAN | | KY-1107 | CAYMAN ISLANDS |
| RI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 150 S MAIN ST | | PROVIDENCE | RI | 2903 | |
| SC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1000 ASSEMBLY ST ROOM 519 | REMBERT C. DENNIS BLDG | COLUMBIA | SC | 29201 | |
| SD OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1302 E HIGHWAY 14 SUITE 1 | | PIERRE | SD | 57501-8501 | |
| SDNY US ATTORNEYS OFFICE | ATTN: LEGAL DEPARTMENT | ONE ST. ANDREWS PLAZA | | NEW YORK | NY | 10007 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LEGAL DEPARTMENT | 100 F ST NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | NEW YORK | NY | 10281-1022 | |
| TEXAS STATE SECURITIES BOARD | ATTN: BINFORD MILLIGAN & RYAN | PO BOX 12548 MC 008 | BANKRUPTCY & COLLECTIONS DIVISION | AUSTIN | TX | 78711-2548 | |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: LIEBERMAN & SILVERMAN | 7 TIMES SQUARE | NEW YORK | NY | 10036-6569 | |
| TN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | |
| TX OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 300 W 15TH ST | | AUSTIN | TX | 78701 | |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | 350 N STATE ST SUITE 230 | UTAH STATE CAPITOL COMPLEX | SALT LAKE CITY | UT | 84114 | |
| VA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 202 N NINTH ST | | RICHMOND | VA | 23219 | |
| VT OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 109 STATE ST | | MONTPELIER | VT | 5609 | |
| WA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1125 WASHINGTON ST SE | | OLYMPIA | WA | 98501 | |
| WA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 40100 | | OLYMPIA | WA | 98504-00 | |
| WI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 17 W MAIN ST ROOM 114 EAST P | | MADISON | WI | 53702 | |
| WV OFFICE OF ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E BLDG 1 RM E-26 | | CHARLESTON | WV | 25305 | |
| WY OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 109 STATE CAPITOL | | CHEYENNE | WY | 82002 | |
| ZIGLU LIMITED | ATTN: LEGAL DEPARTMENT | 1 POULTRY | | LONDON | | EC2R8EJ | UNITED KINGDOM |

# **Exhibit B**

 STRETTO

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMERINTEREST@ALABAMAAG.GOV |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | DIETDERICHA@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM BELLERB@SULLCROM.COM |
| ALAMEDA RESEARCH LTD | | | SAM@ALAMEDA-RESEARCH.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@ALASKA.GOV |
| ALTCOINTRADER (PTY) LTD | | | RICHARD@ALTCOINTRADER.CO.ZA |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | | AGINFO@AZAG.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | | OAG@ARKANSASAG.GOV |
| B2C2 LTD | | | MIDDLEOFFICE@B2C2.COM |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | | XAVIER.BECERRA@DOJ.CA.GOV |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | | CORA.REQUEST@COAG.GOV |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |

# STRETTO

## Exhibit B

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONFIDENTIAL CREDITOR | | | ON FILE |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@CT.GOV |
| COVARIO AG | | | BROKERAGE@COVAR.IO MARK.BANNER@COVAR.IO |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | | C10_SPC@INVICTUSCAPITAL.COM DANIEL@INVICTUSCAPITAL.COM |
| DEFERRED 1031 EXCHANGE, LLC | | | CIADONISI@DEFERRED1031.COM |
| DELAWARE DEPARTMENT OF JUSTICE | | | ATTORNEY.GENERAL@STATE.DE.US ATTORNEY.GENERAL@DELAWARE.GOV |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENER | | | OAG@DC.GOV |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | | HAWAIIAG@HAWAII.GOV |
| ICB SOLUTIONS | | | ON FILE |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | | INFO@LISAMADIGAN.ORG |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | | C20_SPC@INVICTUSCAPITAL.COM DANIEL@INVICTUSCAPITAL.COM |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AG.IOWA.GOV |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: DEREK SCHMIDT | | DEREK.SCHMIDT@AG.KS.GOV |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG | | JSUSSBERG@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR., ROSS M. KWASTENIET & DAN LATONA | | PATRICK.NASH@KIRKLAND.COM ROSS.KWASTENIET@KIRKLAND.COM DAN.LATONA@KIRKLAND.COM |
| LOUISIANA DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | | | ADMININFO@AG.STATE.LA.US |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@MAINE.GOV |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | | OAG@OAG.STATE.MD.US |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER.HELP@AGO.MO.GOV |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | | CONTACTDOJ@MT.GOV |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | | HBALDERAS@NMAG.GOV |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | NDAG@ND.GOV |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | | QUESTIONS@OAG.OK.GOV |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PHAROS USD FUND SP & PHAROS FUND SP | | | ADMIN@LANTERNVENTURES.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | | AG@RIAG.RI.GOV |
| SECURITIES & EXCHANGE COMMISSION | | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |

STRETTO

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | | UAG@UTAH.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | | AGO.INFO@VERMONT.GOV |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | | MAIL@OAG.STATE.VA.US |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | CONSUMER@WVAGO.GOV |
| ZIGLU LIMITED | | | CFO@ZIGLU.IO |

# Exhibit C

**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | 125 BROAD ST | | NEW YORK | NY | 10004 | |
| ALAMEDA RESEARCH LTD | | TORTOLA PIER PARK, BUILDING 1 | SECOND FLOOR | WICKHAMS CAY I ROAD TOWN | TORTOLA | | VG1110 | BRITISH VIRGIN ISLANDS |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 | |
| ALTCOINTRADER (PTY) LTD | | 229 ONTDEKKERS RD, HORIZON | | | ROODEPOORT | | 1724 | SOUTH AFRICA |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ANNT: THOMAS R. DOMINCZYK | 5 WALTER FORAN BLVD | SUITE 2007 | FLEMINGTON | NJ | 08822 | |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FL | NEW YORK | NY | 10019 | |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 | |
| B2C2 LTD | | 86-90 PAUL ST | | | LONDON | | EC2A 4NE | UNITED KINGDOM |
| BANK HAPOALIM LTD. | ON FILE | PINKHAS ROSEN ST 28 | | | TEL AVIV-YAFO | | 69512 | ISRAEL |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FL | NEW YORK | NY | 10019 | |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 165 CAPITOL AVE | | | HARTFORD | CT | 6106 | |
| COVARIO AG | | LANDYS GYR STRASSE 1 | | | ZUG | | 6300 | SWITZERLAND |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | 1ST FLOOR | ARTEMIS HOUSE | GEORGE TOWN | | KY1-1102 | CAYMAN ISLANDS |
| DEFERRED 1031 EXCHANGE, LLC | | LAKELAND AVE. | | | DOVER | DE | 19901 | |
| DELAWARE DEPARTMENT OF JUSTICE | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | |
| DISTRICT OF COLUMBIA OFFICE OF ATTORNEY GENERAL | | 400 6TH STREET NW | | | WASHINGTON | DC | 20001 | |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL PL-01 | | | TALLAHASSEE | FL | 32399 | |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | 425 QUEEN ST | | | HONOLULU | HI | 96813 | |
| ICB SOLUTIONS | | W ROYAL FOREST BLVD | | | COLUMBUS | OH | 43214 | |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W JEFFERSON ST | SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | JAMES R. THOMPSON CENTER | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 | |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | | | GRAND CAYMAN | | KY1-1102 | CAYMAN ISLANDS |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | DES MOINES | IA | 50319 | |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FL | NEW YORK | NY | 10019 | |

**Exhibit C**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 | |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FL | NEW YORK | NY | 10019 | |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE | SUITE 118 | | FRANKFORT | KY | 40601 | |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG | 601 LEXINGTON AVE | | | NEW YORK | NY | 10022 | |
| KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR., ROSS M. KWASTENIET & DAN LATONA | 300 N LASALLE ST | | | CHICAGO | IL | 60654 | |
| LOUISIANA ATTORNEY GENERALS OFFICE | | 300 CAPITAL DR | | | BATON ROUGE | LA | 70802 | |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 | |
| MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | | 1 ASHBURTON PLACE | 20TH FLOOR | | BOSTON | MA | 02108 | |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | | 525 W OTTAWA ST | | | LANSING | MI | 48906 | |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 | |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST | PO BOX 220 | JACKSON | MS | 39201 | |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS | PO BOX 201401 | HELENA | MT | 59602 | |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | | CONCORD | NH | 3301 | |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING | BOX 080 | TRENTON | NJ | 8611 | |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | 408 GALISTEO ST | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 | |
| NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 | |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL | 201 VARICK ST | ROOM 1006 | | NEW YORK | NY | 10014 | |
| OHIO OFFICE OF THE ATTORNEY GENERAL | | STATE OFFICE TOWER | 30 E BROAD ST | 14TH FLOOR | COLUMBUS | OH | 43215 | |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 | |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FL | NEW YORK | NY | 10019 | |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 | |
| PHAROS USD FUND SP | | 3RD FLOOR, CITRUS GROVE | 106 GORING AVENUE | PO BOX 492 | GRAND CAYMAN | | KY1-1106 | CAYMAN ISLANDS |
| PHAROS USD FUND SP | | 3RD FLOOR, CITRUS GROVE | 106 GORING AVENUE | PO BOX 492 | GRAND CAYMAN | | KY1-1106 | CAYMAN ISLANDS |
| PHAROS USD FUND SP & PHAROS FUND SP | | LANDMARK SQUARE, 1ST FLOOR | 64 EARTH CLOSE | PO BOX 715 | GRAND CAYMAN | | KY-1107 | CAYMAN ISLANDS |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 2903 | |
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | | NEW YORK | NY | 10281-1022 | |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST | ROOM 519 | COLUMBIA | SC | 29201 | |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 1302 E HIGHWAY 14 | SUITE 1 | | PIERRE | SD | 57501-8501 | |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | | ONE ST. ANDREWS PLAZA | | | NEW YORK | NY | 10007 | |
| SYMBOLIC CAPITAL PARTNERS LTD | | 30 N. GOULD ST. | STE 2741 | | SHERIDAN | WY | 82801 | |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | 300 W 15TH ST | | | AUSTIN | TX | 78701 | |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, & ABIGAIL R. RYAN | PO BOX 12548 MC 008 | BANKRUPTCY & COLLECTIONS DIVISION | | AUSTIN | TX | 78711-2548 | |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 | |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 N STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 | |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | 109 STATE ST | | | MONTPELIER | VT | 5609 | |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N NINTH ST | | | RICHMOND | VA | 23219 | |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 | |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 | |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E | BUILDING 1 | ROOM E-26 | CHARLESTON | WV | 25305 | |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | | 17 W MAIN ST | ROOM 114 EAST P | | MADISON | WI | 53702 | |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 | |
| ZIGLU LIMITED | | 1 POULTRY | | | LONDON | | EC2R8EJ | UNITED KINGDOM |