DAVIS WRIGHT TREMAINE LLP
Alexandra Steinberg Barrage, *pro hac* app. pending
Hugh McCullough
1251 Sixth Avenue, 21st Floor
New York, New York 10020
212-489-8230

*Counsel for Ripple Labs Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Alexandra Steinberg Barrage of Davis Wright Tremaine LLP hereby enters her appearance (this "**Notice of Appearance**") in the above-captioned cases as counsel to Ripple Labs Inc. ("**Ripple**") pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010. Davis Wright Tremaine LLP hereby requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax-identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

DAVIS WRIGHT TREMAINE LLP
Alexandra Steinberg Barrage
1251 Sixth Avenue, 21st Floor
New York, New York 10020
212-489-8230
abarrage@dwt.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, fax, electronically, or otherwise, that is filed or given in connection with the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; (v) any objections to jurisdiction or venue; or (vi) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: August 5, 2022
New York, New York

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        By: */s/ Alexandra Steinberg Barrage*
           Alexandra Steinberg Barrage, *pro hac* app. pending

        1251 Sixth Avenue, 21st Floor
        New York, New York 10020
        212-489-8230
        abarrage@dwt.com

        *Counsel for Ripple Labs Inc.*