DAVIS WRIGHT TREMAINE LLP
Alexandra Steinberg Barrage, *pro hac* app. pending
1251 Sixth Avenue, 21st Floor
New York, New York 10020
212-489-8230

*Counsel for Ripple Labs Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Debtors.[1] | (Jointly Administered) |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF ALEXANDRA STEINBERG BARRAGE

I, Alexandra Steinberg Barrage, respectfully request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Ripple Labs Inc. ("**Ripple**"), in the above-referenced jointly administered cases and all related adversary proceedings.

I certify that I am a member in good standing of the bar of the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  August 5, 2022
        New York, New York

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax-identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Alexandra Steinberg Barrage*
Alexandra Steinberg Barrage, *pro hac* app. pending

1251 Sixth Avenue, 21st Floor
New York, New York 10020
212-489-8230
abarrage@dwt.com

*Counsel for Ripple Labs Inc.*

2

DAVIS WRIGHT TREMAINE LLP
Alexandra Steinberg Barrage, *pro hac* app. pending
1251 Sixth Avenue, 21st Floor
New York, New York 10020
212-489-8230

*Counsel for Ripple Labs Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | : | Case No. 22-10964 (MG) |
| Debtors.[2] | : | (Jointly Administered) |

**ORDER ADMITTING**
**ALEXANDRA STEINBERG BARRAGE TO PRACTICE, *PRO HAC VICE***

Upon the motion of Alexandra Steinberg Barrage, to be admitted, *pro hac vice*, to represent Ripple Labs Inc. ("Ripple"), in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it is hereby

**ORDERED**, that Alexandra Steinberg Barrage is admitted to practice *pro hac vice*, in the above-referenced jointly administered cases and all related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax-identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Dated: August 5, 2022
     New York, New York

_____
MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE