**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, *et al.*, | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

# ORDER ADMITTING
## ALEXANDRA STEINBERG BARRAGE TO PRACTICE, *PRO HAC VICE*

Upon the motion of Alexandra Steinberg Barrage, to be admitted, *pro hac vice*, to represent Ripple Labs Inc. ("Ripple"), in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it is hereby

**ORDERED**, that Alexandra Steinberg Barrage is admitted to practice *pro hac vice*, in the above-referenced jointly administered cases and all related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 5, 2022
New York, New York

/s/Martin Glenn
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax-identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.