To The Honorable Martin Glenn,

I am writing to express my dismay, following the actions of Celsius Network on June 12th, 2022.

I made the decision to move my entire cryptocurrency portfolio, which at the time of writing this is over 80% of my life savings, to the Celsius platform on June 11th - just 24 hours before it was revealed that withdrawals were paused and all accounts were frozen. The total monetary investment is in excess of $80,000. It is mostly invested in Bitcoin, some Ethereum and over $6000 in USDC stablecoin.

My funds are in a "custody account", which from what I understand should remain in my control, but unfortunately this is not the case. I never earned a single cent from Celsius, never used their earn program and it's a bitter pill to swallow that the freeze was announced as soon as I trustfully moved my assets there.

Over the 10 years I have lived in the United States, I have worked very hard for my money at the United States Postal Service as a mail carrier. I have saved my money diligently with the hope of one day buying a house, and my recent investments were part of a plan to help achieve that. I don't wish to be rich, just to build a comfortable future for my loved ones and I.

I was absolutely devastated to learn that my assets in Celsius are not accessible, and it has affected my quality of life greatly in a negative way. Daily stress and worry is almost unmanageable, and I have to try to ignore my concerns for the future while working as many hours a day as possible to try to recoup my loss. I'm trying my best to remain positive but it's hard, and I have been struggling with depression over this.

I know there are many people in similar and worse situations than mine because of Celsius' actions (or lack thereof). Thank you for giving us the opportunity to voice the reality of how this has affected us.

Kind regards,

James L