UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOHN J. SIKORA

UPON the motion of John J. Sikora, to be admitted, *pro hac vice*, to represent the Debtors and Debtors in Possession, as special counsel, in the above-captioned chapter 11 cases and upon the movant's certification that the movant is a member in good standing of the bar of the State of Illinois and has been admitted to practice in the U.S. District Court for the Northern District of Illinois, it is hereby

ORDERED, that John J. Sikora, is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases to represent the Debtors and Debtors in Possession, as special counsel, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 8, 2022
New York, New York

/s/Martin Glenn
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY
JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.