8/7/22

The Honorable Martin Glenn

United States Bankruptcy Court

Southern District Of New York

One Bowling Green New York, NY 10004


Re: Case # 22-10964, Celsius Network LLC., et al.

Subject: Request to opportunity to withdraw **USDC Stable Coins**


Dear Honorable Martin Glenn:

I'm writing this letter on behalf of several thousands of **Celsius USDC depositors** who deposited their entire hard-earned life savings. With rising inflation and lower bank interest rate, many of us are consumers were looking for an alternate-options. Celsius attracted us with their AMAs and extreme influence through various influencers, made us believe that it is a centralized financial bank to earn higher interests.

Many of us have converted our hard-earned savings into **USDC stable coins** to earn interest and fight inflation. We were merely using this as a savings account to earn interest (No loans, nothing else)

Celsius filing bankruptcy has a detrimental impact on many of our lives including taking care of day-to-day expenses, pay for medical expenses, kids' college education, family relationships, divorces, domestic expenses, and many more.

For a consumer, **USDC was deemed as stable coin** and pegged to the **US dollar** and many of us believed that there were **NO risks** involved with **USDC** and most of the risks are with other Crypto assets

While evaluating the case, I request the honorable judge to consider the factors that led to driving a consumer like me to trust Celsius and transfer all of our entire life savings into the **USDC** Celsius account.

I sincerely request you to **offer retail users the opportunity to withdraw our hard-earned savings deposited as USDC** stable coin immediately.

Thanks for your consideration

Sincerely

N.  (Anonymous)