Subject: Celsius Network Bankruptcy
Re: Case No. 22-10964

To the Honorable Judge Glenn:

I am writing to convey my utter disgust in Alex Mashinsky of Celsius Network. It is evidently clear that Alex promoted the Celsius product as being extremely safe place to invest your shares of crypto to earn interest. He specifically stated in an interview that investing with Celsius was a 'safe protocol'. I trusted Celsius Network as a legitimate bank to hold and pay interest on my shares of Bitcoin, Ethereum, Cardano, Chainlink, and Polygon. I understand that the value of the market and individual company shares can fluctuate. I would like Celsius Network to return my shares. I would like to add that I never took out a loan with Celsius against my shares, only trusted Alex and his team to pay interest to me on my shares.

I also understand the fact that I am considered a small investor but the funds I invested by trusting Celsius has left me in a position of hardship. I would appreciate your help and time in recovering my shares.

Thank you,

*Lisa Jenkins*
Lisa Jenkins