August, 1, 2022

Honorable Judge Martin Glenn US Bankruptcy Court for the Southern District of New York
Case #: 22-10964

RECEIVED AUG - 8 2022 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

Dear Honorable Judge Martin Glenn,

During my life, I have escaped domestic abuses perpetrated within a 28 marriage; Raised an orphan as an older adult without any support. I have survived a brain tumor, while coping with polycystic kidney disease, debilitating arthritis, and extreme fibromyalgia.

During the years of raising my son as a single mother, I scrimped and saved for a meager retirement. Regretfully I placed 70% of my funds in the "Earn Account" in Celsius Network. Most of my funds were in USDC because I was lead to believe week after week by the broadcasts of the Celsius Network, that USDC and their company was safer than a bank and that deposits would give a consistent high yield return, with little or no risk. It was never disclosed that that Celsius used our deposits to invest in high risk Defi protocols. They were gambling with our retirement accounts and we were never told about it.

Now, as a single senior citizen I face kidney dialysis. Additionally, I will be forced to sell my home, return to work and possibly rely on government relief to make up for this deception. Why should I or the government agencies go to lengths to cover for the dishonesty allowed by the Celsius Network?

I do not write this to elicit sympathy, but to add my voice to those individuals who have been financially devastated by the misrepresentation of Alex Mashinsky and the Celsius Network. Why should they have their lives and wages continue as on normal, when so many of us are defrauded?

Currently, I do not wish additional compensation for this deception; only that my deposited funds are returned in full and as quickly as possible. I do desire however, that those that have perpetrated this complex crypto scam receive consequences commiserate with the heartache they caused. Kindly keep us all in mind when making your ruling decisions.

Sincerely,

B. Petrenko