August 4, 2022

Honorable Chief Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York
Court Room #523
One Bowling Green
New York, New York 10004-1408
Regarding: Celsius Network LLC, bankruptcy Case #22-10964 (MG)

RECEIVED AUG - 8 2022 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

To The Honorable Chief Judge Martin Glenn,

I realize that my letter is among many. I appreciate the opportunity to have my voice heard. There are numerous sources from Celsius, written, video interviews, as well as Celsius speakers at various conventions (I read, watched and even personally attended) where it is reiterated time after time, the idea and belief, that celsius is safe, secure, adequately funded, community focused, etc. As written per Celsius, "Built on the belief that financial services should only do what is in the best interest of the customers and community," and on Nuke Goldstein's webpage, Innovations of the world.com, he writes "When we started Celsius Network we wrote on our banner, "Do good and do well", and also wrote, "our users feel they are part of the mission-bringing financial hope to all." The word hope, to me, is synonymous with faith and trust! It is true, I believed the false claims and entrusted my assets into a company that hugely promoted the idea of "community" and "trust".

I now believe that Celsius was blatantly lying, engaging in detrimental and perhaps, criminal transactions, all the while fully aware of the serious financial and emotional hardships caused by abruptly freezing it's customers accounts without warning or recourse. This action displays a total disregard for the welfare of the celsius customers, or community and I view this as an action of malfeasance on the part of Celsius Network. Please set a precedent, where customers have rights also, and companies need to be accountable and respectful stewards of customer's investments.

I am a newly retired senior citizen living on primarily fixed funds. I have only had assets on Celsius since 2022 with nothing to show for it, not one penny. I am *asking, please*, Honorable Judge Glenn, that Celsius return my assets in-kind as an act of good faith, just like me, who also in "good faith", trusted in them.
My assets (type and units) on Celsius:

| Asset | units |
|---|---|
| Matic. | 6,155.40 |
| BTC | 0.001304 |
| USDC | 1,576.53 |
| Solana | 6.06 |

Thank you for taking the time to read and consider my point of view.

Respectfully,

*Christine Marcy*

Christine Marcy
2755 curlew Rd., #Lot67
Palm Harbor, FL. 34684
ncompass@protonmail.com