Your Honor,

My name is Brandon Lawrence. I am writing the letter for the same reason as many, I am one of the little guys. I put my life savings and trust into Celsius and co. Even worse, I took out a margin loan on Robinhood for $50,000 for a Bitcoin at near it's high, then I sent it to Celsius to offset the monthly margin interest. I also sent a Bitcoin from when I was buying a little bit here and there around 2018 and up. It was my nest egg. Now when I go to work, I drink water and eat any scraps I can find for lunch. Everyday I am still paying for the bitcoin I do not have, with interest.

I am in deep depression and do not know if I can pull myself out of this. The language they use in the ToS makes it sound like it is us who is liable for their mistakes, but in reality they misrepresented their company and we should not be bound by their corruption. The fact that they are paying themselves such a high salary plus the lawyer's fees is draining everything we have and frankly mortifying. They need to give us all the Bitcoin they have, and then implement a plan that Bitfinex did to make their depositors whole. They can issue tokens to allow us to own stake in the new company, and as it rebuilds we can be made whole again. I plead with you to strike them down and have them do what the creditors feel are best. You are righteous and they are not.

Brandon Lawrence
8188508678