Re: Celsius Network LLC, Case Number: 22-10964 (MG)                                    8/9/2022
Southern District of New York


Honorable Martin Glenn

Your Honor, my name is Miguel Alvarado, I am an international user of the Celcius platform. I am a Mexican living in the city of Guadalajara. The funds that I deposited on the platform since January 2021, I have had them since 2017.

I didn't have that much compared to other depositors and their country's economy. At this point I have accepted that I will probably not recover any of the funds. I understand the sentiment that other clients have when they realize that they will not recover their life savings, retirement.

My intention is only to raise awareness of the misleading information that Celsius team, their employees and CEO provided to the users and public. At this point I realize that a lot of lies were told with the only purpose of having a benefit for the company.

I believe that a lot of users have expressed their thoughts and concerns already with a number of letters and hopefully this can provide insight into what really happened.

Alex Mashinsky after being public for a couple of years he has gone silent and not even apologized to his users. How is it possible that users are responsible for the lies and the misuse of the funds when we were not informed of the risks properly?


Thank you for your consideration,
Miguel Alvarado