Case 22-10964- MG MARCO ROMANO

*August 9, 2022*
*Honorable Judge Martin Glenn*
*United States Bankruptcy Court for the Southern District of New York*
*Case No: 22-10964*

**Dear Honorable Judge Martin Glenn**,

I am a 26 year old who invested in the Celsius Network LLC platform, et al. and I really believed my funds were safe.
First of all, I apologize if I contact you privately.
You are a person of great prestige and I do not want to disturb.
**You are a great professor and a great judge!**
I realize that I am just one among many, but I want to have the courage to tell what happened.

The platform has $ 7000 owned by me and I hope you understand.
About a year ago, I transferred around $ 7000 USD (most of my savings) in the form of:
0.082224 BTC Bitcoin (in the "Earn" account)
0.818848 ETH Ethereum (in the "Earn" account)

**This is money that I honestly earned by making a lot of sacrifices.**
The crisis has brought me to my knees!
I can't believe I was foolish enough to believe CEO Alex Mashinsky's words promising the Celsius Network LLC platform would replace the banks!
He set up a great disinformation campaign, everyone believed in the solidity of the project.

The bear market has revealed the cards, has revealed the reality.
It was all a gamble, they played with our money!

**Please help me, like me all of us who are suffering so much, help us get back our funds!**
**Don't abandon us too, do them justice!**
**Please do it for our children, for our loved ones.**

I apologize again for the inconvenience, a warm greeting,
MARCO ROMANO

CONTACTS:
*romarco1899@hotmail.it*
*marco.96ro@gmail.com*
PHONE:
*+393343395034*
RESIDENCE:
Via Medaglie d'Oro 21, Pomigliano d'Arco (80038), Naples, Italy