# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Re: Objection Deadline Extension

To All Parties in Interest of CELSIUS NETWORK LLC, et al.,[1] Case No. 22-10964 (MG):

Pursuant to a request of the Honorable Martin Glenn, the Debtors are filing this letter to inform all parties in interest in these chapter 11 cases of an extension of the deadline to object to the relief requested in each of the following pleadings (each, a "Pleading," and collectively the "Pleadings"):

- **Utilities Motion.** *Debtors' Motion Seeking Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 3];

- **NOL Motion**. *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Declarations of Worthlessness with Respect to Common Stock and Preferred Stock and (II) Granting Related Relief* [Docket No. 5];

- **Wages Motion.** *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 19];

- **Sales of Mined Bitcoin Motion.** *Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief* [Docket No. 187];

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

- **Bidding Procedures Motion.** *Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protection, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter into a Definitive Purchase Agreement, and (III) Granting Related Relief* [Docket No. 188]; and

- **De Minimis Asset Sale Procedures Motion.** *Debtors' Motion to Approve Procedures for De Minimis Asset Transactions* [Docket No. 189]

The deadline for any responses or objections by the Official Committee of Unsecured Creditors, the Office of the United States Trustee, CDP Investissements Inc., Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP to the Pleadings, which was previously scheduled for **August 9, 2022, at 4:00 p.m. (prevailing Eastern Time)**, is hereby extended until **August 11, 2022 at 4:00 p.m. (prevailing Eastern Time)** and must be filed and served upon proposed to counsel to the Debtors.

A hearing to consider final relief for the Pleadings is currently scheduled for **August 16, 2022, at 2:00 p.m. (prevailing Eastern Time)**, before the Honorable Martin Glenn in United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, Courtroom No. 523, New York, New York 10004. In accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Respectfully,

/s/ Ross M. Kwasteniet
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, IL 60654
Telephone:    (312) 862-2000
                     ross.kwasteniet@kirkland.com

*Proposed Counsel to the Debtors and Debtors in Possession*