UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

CELSIUS NETWORK LLC,

                                                                                            Case no. 22-10964 (MG)

      Chapter 11

                        Debtor.

-----------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Dawn R. Copley to be admitted, ***pro hac vice***, to represent Thomas Shannon, D.D.S., M.D.S. (the "Client"), a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED** that Dawn R. Copley, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  August 10, 2022
        New York, New York

                                                                 **/s/Martin Glenn**

                                                       CHIEF UNITED STATES BANKRUPTCY JUDGE