August 9, 2022

Honorable Martin Glenn

United States Bankruptcy Court for the Southern District of New York

Case No. 22-10964

Thank you for hearing our claims during this tumultuous time.

I concur with most of the allegations from other creditors. I also relied on information from the CEO With AMAs on YouTube and constant advertisement indicating the safety and security of the platform.

I am a 69-year-old Blind retired physician who has put cash I would ordinarily keep in a bank into this platform. They indicated the safety and conservativeness with which they proposed to do business including loans, etc.

I had been a customer of Blockfi and transferred all my holdings to Celsius which turned out to be a very bad decision. They had indicated in some of their calls that Blockfi was in trouble and that they paid higher interest rates on crypto. If I had left my savings on Blockfi I would be in a better position today. Not only that but I also paid income tax on the "Interest" that I "earned" on the platform.

Thank you again,

Dr. John Romano