Dear Honorable Judge Glenn, UCC and court of New York,

My name is Luc, I'm 29 y/o from France.
Several years ago, I launched my online business and coaching activity, I had been dreaming about it for several years and had to fight against my parents who were reluctant.
I worked hard, more than 10 hours a day during these years to prove to them that I could do it.
It paid off and I decided to invest my hard earned money to strengthen my financial independence. I'm thrifty and not a big spender

Last year, I deposited $81,000 in Celsius because all indications were that it was safe and I wanted to start generating income on those savings, rather than buying an apartment or letting that money "sleep" in the bank.
So I invested $63k in USDT (stablecoin) and $18k in CEL (because I believed in the future of this business).

I invested in Stablecoin, to offset the fluctuations of the crypto bull market, while earning my rewards in CEL, which I thought was the "safest". I was safely waiting for the next bear market. Also, I draw your attention to the fact, that I would find it fair that those who put stablecoin could get their cryptos back earlier than the other depositors, in the case of an in-kind recovery and not in USD, because there is a huge loss of profit to leave these cryptos indexed to USD for a long time while we are in a bear market. So if everyone gets their cryptos back in 2 years for example, those who have BTC, ETH etc..., will certainly see their value increase (and potentially by a lot) while stablecoin will not have moved. This is a huge loss for me and others like me. Even getting a haircut by getting only half of those stablecoins back right now would allow me to invest wisely today in the bear market.

The numerous AMAs (Ask Mashinsky Anything) on social networks (Youtube in particular), testify to the lies that were told by Alex Mashinsky, while he knew perfectly well that the company was sinking. Moreover, some of these AMAs have been deleted by their author, probably because they are the proof of the lies he told.

The community has taken it upon itself to keep each of these recordings as irrefutable evidence, where the CEO clearly said that money was safer at Celsius than at the bank, explaining that there was no risk, that users would get their funds back if anything were to happen, or that Celsius always had more resources than users deposited. **All of this was false.**

I need these savings, they are my future, a reflection of the many sacrifices I have made in my life so far.
I want them back or at least a good part of them back first, and the rest later.

Please, Honorable Judge Glenn and UCC, consider my message. I am unfortunately powerless today and rely on you and your understanding of this matter.
**We have all been duped by Celsius, even the most sophisticated investors.**

I thank you for your attention to my letter,

Yours sincerely,
Luc Berard