**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Michael C. Andolina to be admitted, ***pro hac vice***, to represent the Official Committee of Unsecured Creditors in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the State of Illinois, it is hereby:

ORDERED that Michael C. Andolina is admitted to practice, ***pro hac vice***, in the above-captioned cases to represent the Official Committee of Unsecured Creditors in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: August 11, 2022
New York, New York

                                                      **/s/Martin Glenn**
                                    THE HONORABLE MARTIN GLENN
                         CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.