To the Honorable Judge Martin Glenn,

My name is Aaron Smith. I am a New Hampshire State resident and Celsius customer with my life savings on their platform. I am writing to inform you that I believe fraud has been committed by the Celsius Management Team.

Upon the halt of customer's withdrawals and subsequent bankruptcy proceedings, it is now clear that Celsius's customers were repeatedly lied to in order to persuade us to deposit our money onto their platform.

Over a period of weeks and years, the Celsius team, lead by CEO Alex Mashinsky conducted weekly Youtube AMA's where they answered questions from their customers regarding the safety, security and validity of depositing our crypto onto their platform. The message from Alex during these AMA's was clear:

1). Celsius is safer than a bank.

2). Your yield is generated by loaning to fully vetted institutions. Each loan is fully collateralized.

3). A bank run can never happen at Celsius. It is not legally possible.

4). The worst that can happen is that you will get all of your crypto back.

I strongly recommend that you watch the Celsius AMA's found on Youtube to understand the level of deception people were subject to on a regular basis.

Please consider permanently removing the current management team from Celsius. They have used our funds in unauthorized and undisclosed ways. They have hidden severe deficits in their balance sheet while simultaneously assuring us that everything is in good health and good standing. Their front to the community of safety and security while simultaneously gambling away our life savings, retirements and pensions is a shocking and scandalous travesty. Trust is gone with them forever. Please consider the victims first and foremost when making your decision. Thank you for your time.

Sincerely,

Aaron Smith

Mancheser, NH

Smith.aaronl@gmail.com

603-860-7110