**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|  |  |
| --- | --- |
| In re: | : |
|  | : |
| CELSIUS NETWORK LLC, *et al.*, | : |
|  | : |
| Debtors. | : |

: Case No. 22-10964

: CHAPTER 11

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Layla D. Milligan, to be admitted, ***pro hac vice***, to represent the Texas State Securities Board, (the "Client") an Interested Party in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Western District of Texas, it is hereby

**ORDERED**, that Layla D. Milligan, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 11, 2022

New York, New York

_____/s/Martin Glenn_____ _____

CHIEF UNITED STATES BANKRUPTCY JUDGE