TROUTMAN PEPPER HAMILTON
SANDERS LLP
Deborah Kovsky-Apap, Esq.
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7331
Facsimile: (248) 731-1572
Email: deborah.kovsky@troutman.com

*Counsel for Ad Hoc Group of*
*Withhold Account Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.,* | Case No. 22-10964-MG |
| Debtors. | Jointly Administered |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** the attorney listed below hereby appears as
counsel for the Ad Hoc Group of Withhold Account Holders ("AHGWAH"), in the chapter 11
cases of the above-captioned debtors and debtors in possession (the "Debtors").   Under
chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules
2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the
"Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), AHGWAH requests that
copies of any and all notices, pleadings, motions, orders to show cause, applications,
presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and
plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to:

Deborah Kovsky-Apap
Troutman Pepper Hamilton Sanders LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7331
Facsimile: (248) 731-1572
Email: deborah.kovsky@troutman.com

#128848086 v1

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of unsecured creditors or any other party in interest in these cases, including (a) the Debtors, (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases or (e) property or proceeds thereof in the possession, custody, or control of unsecured creditors or others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by AHGWAH or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in this case.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of AHGWAH (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

#128848086 v1

Dated: August 11, 2022

Respectfully submitted,

TROUTMAN PEPPER HAMILTON
SANDERS LLP

/s/ *Deborah Kovsky-Apap*
Deborah Kovsky-Apap, Esq.
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7331
Facsimile: (248) 731-1572
Email: deborah.kovsky@troutman.com

*Counsel to Ad Hoc Group of Withhold
Account Holders*

#128848086 v1