TROUTMAN PEPPER HAMILTON
SANDERS LLP
Deborah Kovsky-Apap, Esq.
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7331
Facsimile: (248) 731-1572
Email: deborah.kovsky@troutman.com

*Counsel for Ad Hoc Group of
Withhold Account Holders*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964-MG |
| Debtors. | Jointly Administered |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2022, I caused the foregoing *Notice of Entry of Appearance and Demand for Notices and Papers* to be served upon the following parties by United States first class mail, postage prepaid.

Joshua Sussberg
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022
*Proposed Counsel for the Debtors*

Patrick J. Nash, Jr., P.C.
Ross M. Kwasteniet, P.C.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle Street
Chicago, Illinois 60654
*Proposed Counsel for the Debtors*

Aaron Colodny
White & Case LLP
555 South Flower Street
Suite 2700
Los Angeles, CA 90071
*Proposed Counsel for Official Committee of
Unsecured Creditors*

Shara Claire Cornell
Trial Attorney
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

-4-

#128848086 v1

| | |
|---|---|
| Michael Andolina<br>Gregory F Pesce<br>White & Case LLP<br>111 S Wacker Dr Suite 5100<br>Chicago, IL 60606-5055<br>*Proposed Counsel for Official Committee of Unsecured Creditors* | Samuel P Hershey<br>David Turetsky<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>*Proposed Counsel for Official Committee of Unsecured Creditors* |

| | |
|---|---|
| Dated: August 11, 2022 | Respectfully submitted,<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>/s/ *Deborah Kovsky-Apap*<br>Deborah Kovsky-Apap, Esq.<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>Telephone: (248) 359-7331<br>Facsimile: (248) 731-1572<br>Email: deborah.kovsky@troutman.com<br><br>*Counsel to Ad Hoc Group of Withhold Account Holders* |

#128848086 v1