RECEIVED
AUG 10 2022
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

8/6/22

Bradley Mackler
18 Tidewater Drive
Seaford, DE 19973

RE: Celsius Network LLC
No. 22-10964

Chief Judge Martin Glenn
US Bankruptcy Court
Southern District of NY

Dear Judge, I have 22.43053 Bitcoin and 171.934290 Ether frozen in Celsius in there earn account.
I think that Celsius should be sold or liquidated. They clearly mismanaged my funds with poor risk management and poor selection of investments. At the very least the management should be replaced.
My limited knowledge of companies using Chapter 11 to rebuild themselves include airlines and car companies.
There are many other crypto exchanges so they are not needed. Also, we all were fooled by their false claims about the safety of our funds. We were a fool once why would anyone give these liars more money. There trust as an exchange is gone.

Bradley Mackler
Celsius Network
22-10964

So I would have the company bought out or liquidated.

Sincerely

Bradley Mackler