Honorable Judge Martin Glenn,

The lives of 1.8 million people are facing a financial crisis that never should have existed.

The issues we are up against remind many of a "modern Enron" via misrepresented communications and mismanaged regulatory compliance of a financial company, Celsius.

It's almost, as if, an entrepreneur, Machinsky, took what wasn't legally possible in a regulated financial environment, copied, and then pasted it into a less regulated financial environment — completely aware of the loss and misfortunes he would create for others, but not for himself.

The results of this bankruptcy case will greatly impact the future of the cryptocurrency environment, will directly impact the lives of millions of people, including current creditors, and the future lives of millions of people who engage with cryptocurrency platforms.

However, the underlying theme of the issue are much more human than technological, revolving around lies, deceit, and Ponzi tactics that took place in a financial environment where all legal angles haven't been historically determined or known by onlooking investors.

What remains consistent between Celsius and Enron, is a central dark capacity of a human to engage in mismanagement of funds and fraudulence through manipulation of inaccuracies.

Specific to Celsius, I trust you will come upon non-transparent financial reporting, non-notified and non-agreed to Terms of Use, disorganized depositor/creditor/investor registry information, and non-compliant account credentials from non-accredited investors.

Through these unfair and unknown tactics of the business, 1.8 million professionals were wrongfully punished for a profitable business agreement that was known, internally, to be an immediate financial punishment to it's new customers and adopters.

My creditor stake in Celsius is valued at nearly $110,000. As a professional in digital ledger technology and innovation that drives economic advancement in major companies, I can assure you that the technology that Celsius represents is not what led to its destruction.

I trust you will analyze this case from a Business 101 and find modern examples of extreme manipulation of value that any character-oriented professional would find criminal in execution. There is not only one leader of these crimes, but a group of people, who have benefitted from lies against others, through characterless, pre-meditated, and known financial sabotage.

These types of inhumane acts require human corrective acts by a legal system. I hope you will support the Creditors Committee in their fair preservation of the value held in Celsius, permit their strategic leverage points for delaying the use of funds, as part of the justice for fair liquidation of this company, in an effort to make time and space for the fraud to be understood, and eventually to serve the lives of those who have been temporarily destroyed by it.

1.8 million people do hope that our destruction is temporary.

As current and future supporters of the digital economy, many of us hope to tell our grandchildren of this time of economic evolution. When everything seemed against us — rational law, justice, and the core of humanity ultimately prevailed. Your rulings and determinations can build value into our future. We hope you will rule to empower justice.

Joseph Hendrickson
614.546.9836