**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*[1] | ) Case No. 22-10964 (MG) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Julie F. Montgomery, request admission, *pro hac vice*, before the Honorable Martin Glenn to represent SAP America, Inc. and SAP National Security Services, Inc. (collectively "SAP"), creditors in the above-referenced matters.

*I certify that I am a member in good standing* of the bars of the State of New Jersey and the Commonwealth of Pennsylvania and have been admitted to practice in the United States District Courts for the District of New Jersey and the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

**BROWN & CONNERY, LLP**

Dated: August 12, 2022

/s/ Julie F. Montgomery
Julie F. Montgomery
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (fax)
jmontgomery@brownconnery.com

*Attorneys for SAP America, Inc. and SAP National Security Services, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.