Annemarie V. Reilly  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 906-1200  

John J. Sikora (admitted *pro hac vice*)  
Heather A. Waller (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
Telephone: (312) 876-7700  

*Proposed Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**FIRST SUPPLEMENTAL DECLARATION OF JOHN J. SIKORA
IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORITY TO
RETAIN AND EMPLOY LATHAM & WATKINS LLP AS SPECIAL COUNSEL
TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, John J. Sikora, declare as follows:

1. I am a partner in the law firm of Latham & Watkins LLP ("L&W"), an international law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in, and a member in good standing of the state bar of Illinois, and there are no disciplinary proceedings pending against me. I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

2. I submit this first supplemental declaration (the "First Supplemental Declaration") in further support of the *Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date* [D.I. 363] (the "Application")[2] and to supplement the disclosures set forth in the Sikora Declaration attached as Exhibit B to the Application (the "Initial Sikora Declaration").

3. All facts set forth in this First Supplemental Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents. To the extent any information disclosed herein requires amendment or modification as additional information becomes available to L&W, an additional supplemental declaration will be submitted to this Court reflecting such amended or modified information.

4. Since the Application was filed, L&W has continued to review its connections to parties in interest in the Chapter 11 Cases using the disclosure procedures described in paragraphs 11 and 12 of the Initial Sikora Declaration. Specifically, L&W searched its Client Database for connections to the parties listed on Appendix 1 hereto (collectively, the "Supplemental Parties in Interest"), which are parties that were not included in the initial Parties in Interest List appended to the Initial Sikora Declaration. This inquiry revealed that certain of the Supplemental Parties in Interest are current or former clients of L&W, or were clients of L&W attorneys while such attorneys were at a prior firm. Such Supplemental Parties in Interest, and their relationship to L&W, are listed on Appendix 2 to this First Supplemental Declaration. Through the information generated by this computer inquiry, and through follow-up inquiries with L&W attorneys as necessary, it was determined that the representation of the Supplemental Parties in Interest

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

2

disclosed on <u>Appendix 2</u> hereto concerned matters in which such clients were not adverse to the Debtors or the Debtors' estates with respect to the L&W Services.

5. Based on the information available to me, I believe that L&W: (a) has no connection to the Debtors, their creditors, or their related parties except as may be disclosed herein or in the Sikora Declaration, and (b) does not hold or represent any interest adverse to the interests of the Debtors or their estates with respect to the matters on which L&W is to be employed in these Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 12th day of August, 2022.

<i>/s/ John J. Sikora</i><br>
John J. Sikora

# **Appendix 1**

**Supplemental Parties in Interest List**

**Supplemental Parties in Interest List**

### 1.    Bankruptcy Professionals

Akin Gump Strauss Hauer & Feld LLP
C Street Advisory Group
Deloitte & Touche LLP
Ernst & Young
White & Case LLP

### 2.    Ordinary Course Professionals

A. Georgiou & Co. LLC
Advokatu Kontora Sorainen IR Partneriai
Buckley LLP
CMS Cameron McKenna Nabarro Olswang LLP
Finnegan Henderson Farabow Garrett & Dunner LLP
Holley Nethercote Pty. Ltd.
Jackson Lewis PC
McCarthy Tetrault LLP
Taylor Wessing LLP
Uría Menéndez Abogados SLP
Wilson Sonsini Goodrich & Rosati PC

### 3.    Top 50 Unsecured Creditors

Alameda Research Ltd.
AltCoinTrader Pty. Ltd.
B2C2 Ltd.
▮
CAEN Group LLC, The
▮
Covario AG
Crypto10 SP - Segregated Portfolio of Invictus Capital Financial Technologies SPC
▮
Deferred 1031 Exchange LLC
▮
▮
ICB Solutions
Invictus Capital Financial Technologies SPC
▮



Pharos Fund SP
Pharos USD Fund SP
▮
Strobilus LLC
▮

         
Ziglu Ltd

### 4. Retail Customers

Abeliuk, Eduardo
Abuvala, Ravi Ryan
Adams, Darryl Thomas
Al Khoori, Mohamed Yousif Ahmed H.
Alexander, Alena
Ali, Khaleef
Ali, Yanush
AltCoinTrader Pty Ltd.
Andari Co. Ltd.
Ankeney, John Charles
Ashizaki, Yuki
Baer, Matthew David
Baslaib, Mohamed Ali Mohamed Naser
Bauman, Simon
Bennett, Danyal
Berg, Henry Guyer
Berrada, Amin
BJ Investment Holdings LLC
BNK to the Future
Boroff, Dustin Charles
Boskovski, Nikola
Bressler, David Jason
Brian T. Slater Revocable Living Trust
Bright, Nicolas John
Broad Reach Consulting LLC
Bru Textiles NV
Burkgren, Eric Alan
CAEN Group LLC, The
Campos, John Jr.
Carolyn Vincent Superannuation Fund
Carter, Luke Armstrong
Champigny, Edward William
Chiu, James Lee
Chiu, Yee Lai

Choi, Linda Yi
Choi, Luke Kyung Goo
Christiansen, Robert Nathan
Chu, Cindy
Chulamorkodt, Natakom
Chung, Ting Kong Terence
Cipolloni, Mark J.
Cohen Pavon, Roni
Coinmerce BV
Conklin, Jennifer Walter
Covario AG
Crypto10 SP
Damp, Steven Charles
Davis, Otis
Deferred 1031 Exchange LLC
Delargy, Colin C.
DGL Investments LLC
Dhiraj, Mandeep
DiFiore ASA Irrevocable GST Trust
Dixon, James
Donofrio, John
Druk Project Fund
Duprex, Jeffrey Paul
Ecko, Marc
Eller, Phillip Brian
Ellington, Brian
Elshafei, Ashraf
Eng Chuan, Liew
Eriks, Dennis
Fertik, Michael Benjamin Selkowe

▮
Fletcher, Brett
Floatzen Doo
Garner, Phillip Wayne Jr.
▮
Gatt, Raymond
Gilmer, George Hudson
Goh, Jian Kai
Gray, Jill Marie
Guljaš, Janoš
H Trussell Investments Pty. Ltd.
Halikias, Thomas T.
Hamilton, Nathan
Harrell, Ashley Anne
Hartley, James
▮
Herring, Stephen Ashley
▮
Ho, Quoc Tri
▮
Holt, Jonathon James
HOME 007 LLC
▮
Hughes, Stephen
Humphreys, Steven C.
Hunt, Bryan J.
ICB Solutions
InfoObjects Inc.
Invictus Capital Financial Technologies SPC
▮
Jahizi, Oliver
Jensen, Joseph
Jonas, Leah Nicole
Joseph, Sebastian
Juiris, Peter Casimir
Kalynovskyi, Dmytro
Kap, Ethan Garet
Keiser, Marc Vito
Kelly, James Patrick
Kevin Batteh Trust, The
Kim, Sungyoun
King, Christopher Scott
Koala 1 LLC
▮

Koyama, Osamu
Ku, Yuehsu
Labenek, Andrew
Lamplough, Howard
Langslet, Robert
Lehrfeld, Joseph S.
Lewis Davies, Ryan Wynn
Lewis, Howard
Liao, Guoping
Lim, Jane
Liu, Nanxi Nanqian
Luo, Edward
▮
Mahoney, Justin Michael
Manea, Mircea
Manzke, Holger
Marchioni, John P.
▮
Mastropieri, Bengi
Matsumura, Fumihiko
▮
Mattina, Christopher W.
McCarty, John Edward
▮
McGarry, Brian Thomas
McIntyre, Deverick
McKeon, Brian Joseph
▮
McNeil, James W.
Meehan, Kristine M.
Mellein, John Gabriel
Mercola, Joseph Michael
Messall, Patrick
MHT Super Pty. Ltd.
Miller, Samuel Garfield, Jr.
Mohan, Arun
Moon, Wang Sik
Moser, Christopher M.
▮
MSL Family Trust, The
▮
Musumeci, Antonio
Narayanan, Swathi Lakshmi Tirupattur
Neiman, Gary

3

Neste, Bradley
Nguyen, Phuc
Pae, Mitchell Chon
Pagnanelli, Victor Carl
Palm, Travis John
Paris Castle IV LLC
Patel, Shilla Natvarbhai
Patil, Abhitabh Aneel
Pham, Khai Trinh
Phonamenon Management Group LLC
Pierce, James
Pierson, Justin T.
Plutus21 Blockchain Opportunities II SP
Plutus21 Blockchain Yield I SP
Pomeranz, Alex Aaron
Pundisto, Lalana
Pusnei, Alexandru
Reitz, Spencer Mcdowell
RHMP Properties Inc.
Ritter, David
Ritter, Linda J.
Ritter, Paul
Robert, Joseph Murdoch
Robinson, Andrew Douglas
Salera, Manuel
Schroeder, Jesse
Sese LLC
Shar, Stephen Phillip
Sidibe, Aissata
Slater, Glen Brian
Sleeping1 LLC
Smith, David Silva
Smith, Nelson Courtney
Sondhi, Tarun

Souders, Jack Trayes
Stapleton, Paul
Steinborn, Steven Harold
Stevens, Daron Robert
Stringer, Douglas Ross
Strobilus LLC
Sun, Siqi
Sutton, Sebastian
Swyftx Pty. Ltd.
Sypniewski, Christian
Tap Root LP
Thayer, Craig William
Thomas DiFiore Childrens GST Investment Irrevocable Trust
Tincher, Steven Jess
Tobias, Scott Jeffrey
Trebtow, Jens
Tremann, Christopher Ernest
Tuganov, Ignat
Tyler, Craig Edward
Ubuntu Love Pty. Ltd.
Valkenberg, Renaud
Vendrow, Vlad
Vivas, Rafael
Wagner, Thomas Nichols
Walcott, Robert
Walkey, Thomas
Wang, Yidi
Wierman, Duncan Craig
Williams, Charles W.
Williams, Robert, II
Williamson, Hiram
Wiseman, Timothy
Wolf, Cody Lee

4

| | |
|---|---|
| Woodward, Laurie | Young, John Martin |
| ▮ | Yu, Byung Deok |
| Wu, Xinhan | Zhang, Xi |
| Yao, Mark | Zhong, Jimmy |
| ▮ | Ziglu Ltd. |
| Yeung, Tak H. | Zipmex Asia Pte. Ltd. |
| ▮ | Zwick, Matthew James |

5

**Appendix 2**

**Client Match List**

**Client Match List**

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Ernst & Young | Bankruptcy Professionals | Current Client, Prior Client |
| Deloitte & Touche LLP | Bankruptcy Professionals | Current Client, Prior Client |
| White & Case LLP | Bankruptcy Professionals | Prior Client |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Ordinary Course Professionals | Prior Client |
| McCarthy Tetrault LLP | Ordinary Course Professionals | Prior Client |
| Uría Menéndez Abogados, S.L.P | Ordinary Course Professionals | Prior Client |
| Alameda Research Ltd | Top 50 Unsecured Creditors | Current Client |
| BNK To The Future | Retail Customers | Prior Client |

---

[1] The term "Current Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter.  The term "Prior Client" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm.