Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF FILING OF BUDGET AND COIN REPORT

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file (a) the *Monthly Cash Flow Forecast* detailing anticipated cash flow over the next thirteen (13) weeks (presented monthly) on a consolidated basis (the "Budget");[2] (b) the *Coin Report* detailing their consolidated liabilities, deployment, and assets, on a per-coin basis as of July 29, 2022 (the "Coin Report"); and (c) the *Mining Activity Summary* detailing their balance of Bitcoin with respect to their mining activity as of July 2022 (the "Mining

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] For the avoidance of doubt, the Budget will also be attached to the proposed second interim cash management order.

Report" and, together with the Budget and Coin Report, the "Budget and Coin Report," which is attached hereto as **Exhibit A**).

**PLEASE TAKE NOTICE** that the Debtors intend to file forecasts and reporting similar to the Budget and Coin Report on a monthly basis throughout the chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that copies of the Budget and Coin Report and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: August 14, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                    ross.kwasteniet@kirkland.com<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors in Possession* |

**<u>Exhibit A</u>**

**Budget and Coin Report**

(*See attached*)

**Celsius Network**

**Monthly Cash Flow Forecast, Consolidated Debtors**
*(USD, 000s)*

|  | **AUG 2022** | **SEP 2022** | **OCT 2022** | **TOTAL** |
|---|---:|---:|---:|---:|
| **RECEIPTS** | | | | |
| Total Receipts[1] | $ 20,524 | $ 14,556 | $ 19,280 | $ 54,361 |
| **OPERATING DISBURSEMENTS** | | | | |
| Payroll | (5,259) | (5,294) | (3,399) | (13,952) |
| Hosting[2] | (18,121) | (19,825) | (19,325) | (57,271) |
| Other Operating Expenses | (5,589) | (4,943) | (3,619) | (14,151) |
| **Total Operating Disbursements** | **(28,970)** | **(30,062)** | **(26,343)** | **(85,374)** |
| **Operating Cash Flow** | **(8,446)** | **(15,505)** | **(7,062)** | **(31,013)** |
| Capital Expenditures[3] | (20,798) | (31,081) | (20,833) | (72,712) |
| Restructuring Activities | (7,654) | (8,752) | (17,080) | (33,486) |
| **Net Cash Flow** | **(36,897)** | **(55,338)** | **(44,976)** | **(137,211)** |
| **LIQUIDITY SCHEDULE** | | | | |
| Beginning Cash Balance | 129,830 | 92,933 | 37,595 | 129,830 |
| Net Cash Flow | (36,897) | (55,338) | (44,976) | (137,211) |
| **Ending Cash Balance** | **92,933** | **37,595** | **(7,381)** | **(7,381)** |
| Restricted Cash | (1,542) | (1,542) | (1,542) | (1,542) |
| Minimum Cash Balance | (25,000) | (25,000) | (25,000) | (25,000) |
| **Liquidity** | **$ 66,391** | **$ 11,053** | **($ 33,923)** | **($ 33,923)** |

**Notes:**

[1] Includes proceeds from the sale of mined BTC after the final order is approved by the court.
[2] Includes deposits and other non-recurring hosting expenses related to mining activities.
[3] Includes S&U taxes, shipping and customs duties.

**Celsius Network**

## Coin Report, As of July 29, 2022

| | BTC | WBTC | ETH | stETH | USDC | CEL | Other Coin | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Coin Liabilities** | | | | | | | | |
| User Transfers | 100,669 | 110 | 997,629 | - | 813,879,674 | 277,088,090 | N/M | N/M |
| Custody Liabilities | 3,536 | 1 | 42,391 | - | 36,114,876 | 1,910,422 | N/M | N/M |
| Other | 757 | 0 | 5,271 | - | 94,846,914 | 393,481 | N/M | N/M |
| Total Quantity | 104,962 | 111 | 1,045,291 | - | 944,841,464 | 279,391,994 | N/M | N/M |
| **Coin Liabilities - $ Value (MMs)** | $ 2,503 | $ 3 | $ 1,786 | $ - | $ 945 | $ 323 | $ 1,113 | $ 6,673 |
| | | | | | | | | |
| **Deployments & Other Coin Assets** | | | | | | | | |
| Fireblocks [1] | 12,821 | 22,714 | 50,376 | 410,514 | 39,018,908 | 656,194,390 | N/M | N/M |
| Total Staking Assets | - | - | 330,566 | - | - | - | N/M | N/M |
| Loans | 160 | 184 | 2,550 | - | 229,750,692 | 1,628,665 | N/M | N/M |
| DeFi | 0 | 450 | 28,367 | 0 | 115,182 | 279,282 | N/M | N/M |
| Exchanges & Trusts | 1,252 | - | 5,534 | 3 | 2,364,591 | 197,144 | N/M | N/M |
| Other | 344 | - | - | - | 7,501,752 | 193,844 | N/M | N/M |
| Total Quantity | 14,578 | 23,348 | 417,392 | 410,517 | 278,751,125 | 658,493,325 | N/M | N/M |
| **Coin Assets - $ Value (MMs)** | $ 348 | $ 557 | $ 713 | $ 683 | $ 279 | $ 761 | $ 488 | $ 3,828 |
| | | | | | | | | |
| **Net Coin Position** | $ (2,155) | $ 554 | $ (1,073) | $ 683 | $ (666) | $ 438 | $ (625) | $ (2,845) |
| | | | | | | | | |
| Coin Prices | $23,842 | $23,835 | $1,709 | $1,664 | $1 | $1 | | |

**Note**: This report includes all coin assets and liabilities held by the Celsius group; it excludes non-coin assets such as cash, investments in various subsidiaries and other investments, as well as certain other reserves and adjustments that are reflected in the consolidated balance sheets of Celsius Network Inc.

[1] Coin holdings under the Custody Service are held in Fireblocks and included in this section.

**Celsius Network**
**Mining Activity Summary, July 2022**

|  | Coin Recap |
|---|---:|
| Beginning Balance | 45.15 |
| Mined BTC | 432.30 |
| Sold BTC [1] | (128.61) |
| **Ending Balance** | **348.84** |

Notes:
Approximately 58,000 rigs deployed
[1] Any sales of mined BTC occurred prior to the petition date of July 13th, 2022