JASON B. BINFORD
Texas Bar No. 24045499
LAYLA D. MILLIGAN
Texas State Bar No. 24026015
ABIGAIL R. RYAN
Texas Bar No. 24035956
ROMA N. DESAI
S.D.N.Y. Bar Number RD8227
Texas Bar No. 24095553
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
P: (512) 463-2173/F: (512) 936-1409
jason.binford@oag.texas.gov
layla.milligan@oag.texas.gov
abigail.ryan@oag.texas.gov
roma.desai@oag.texas.gov

ATTORNEYS FOR THE TEXAS STATE SECURITIES BOARD

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter: 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**SUPPLEMENTAL EXHIBIT TO THE OBJECTION OF THE
TEXAS STATE SECURITIES BOARD TO DEBTORS' MOTION SEEKING
ENTRY OF AN ORDER (I) PERMITTING THE SALE OF THE DEBTORS' MINED
BITCOIN IN THE ORDINARY COURSE AND (II) GRANTING RELATED RELIEF**

The Texas State Securities Board (the "SSB"), by and through the Office of the Texas Attorney General, hereby files this Supplemental Exhibit to the Objection (the "Objection") to the *Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief* [D.E. 187] (the "Motion"). The SSB respectfully

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

states as follows:[2]

# SUPPLEMENT

Attached hereto as Supplemental Exhibit A, are letters in support of the SSB's Limited Objection filed at docket number 371. The following State Agencies or Attorney Generals' Offices have given permission for the SSB to share their letters of support with this Court:

    Alaska Division of Banking and Securities

    Arkansas Department of Securities

    California Department of Financial Protection and Innovation

    Hawaii Department of Commerce and Consumer Affairs

    Georgia Secretary of State, Department of Law

    Idaho Department of Finance

    Illinois Attorney General's Office, Revenue Litigation Bureau

    Kansas Department of Insurance

    Kentucky Department of Financial Institutions

    Louisiana Office of Financial Institutions

    Maryland Office of the Attorney General, Securities Division

    Minnesota Commerce Department

    Mississippi Secretary of State, Securities Division

    Missouri Secretary of State, Securities Division

    Nevada Secretary of State, Securities Division

    New York Office of the Attorney General, Investor Protection Bureau

    Tennessee Department of Commerce and Insurance

    Vermont Department of Financial Regulation

    Washington D.C. Department of Insurance, Securities and Banking

    Washington Department of Financial Institutions, Securities Division

---

[2] Capitalized terms not otherwise defined or provided herein have the meanings ascribed to them in the Motion or D.E. 23 (the "First Day Declaration.").

Dated: August 15, 2022,　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KEN PAXTON
　　　　　　　　　　　　　　　　　　　Attorney General of Texas

　　　　　　　　　　　　　　　　　　　BRENT WEBSTER
　　　　　　　　　　　　　　　　　　　First Assistant Attorney General

　　　　　　　　　　　　　　　　　　　GRANT DORFMAN
　　　　　　　　　　　　　　　　　　　Deputy First Assistant Attorney General

　　　　　　　　　　　　　　　　　　　SHAWN E. COWLES
　　　　　　　　　　　　　　　　　　　Deputy Attorney General for Civil Litigation

　　　　　　　　　　　　　　　　　　　RACHEL R. OBALDO
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Chief, Bankruptcy & Collections Division

　　　　　　　　　　　　　　　　　　　*/s/ Layla D. Milligan*
　　　　　　　　　　　　　　　　　　　JASON B. BINFORD
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24045499
　　　　　　　　　　　　　　　　　　　LAYLA D. MILLIGAN
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24026015
　　　　　　　　　　　　　　　　　　　ABIGAIL R. RYAN
　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24035956
　　　　　　　　　　　　　　　　　　　ROMA N. DESAI
　　　　　　　　　　　　　　　　　　　S.D.N.Y. Bar No. RD8227
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24095553
　　　　　　　　　　　　　　　　　　　Office of the Attorney General of Texas
　　　　　　　　　　　　　　　　　　　Bankruptcy & Collections Division
　　　　　　　　　　　　　　　　　　　P. O. Box 12548
　　　　　　　　　　　　　　　　　　　Austin, Texas 78711-2548
　　　　　　　　　　　　　　　　　　　Telephone: (512) 463-2173
　　　　　　　　　　　　　　　　　　　Facsimile: (512) 936-1409
　　　　　　　　　　　　　　　　　　　jason.binford@oag.texas.gov
　　　　　　　　　　　　　　　　　　　layla.milligan@oag.texas.gov
　　　　　　　　　　　　　　　　　　　abigail.ryan@oag.texas.gov
　　　　　　　　　　　　　　　　　　　roma.desai@oag.texas.gov

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR THE TEXAS STATE SECURITIES BOARD

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on August 15, 2022.

*/s/ Layla D. Milligan*