# EXHIBIT A



THE STATE
*of* ALASKA
GOVERNOR MIKE DUNLEAVY

**Department of Commerce, Community, and Economic Development**

DIVISION OF BANKING AND SECURITIES
Anchorage Office

550 West Seventh Avenue, Suite 1850
Anchorage, Alaska 99501
Main: 907.269-8140
Toll free: 1.888.925.2521
Fax: 907.269-8146

August 11, 2022

Abigail Ryan
Layla Milligan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

*Sent via Email*: Abigail.Ryan@oag.texas.gov
Layla.Milligan@oag.texas.gov

RE: Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I)
Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting
Related Relief (Dkt.371) In re: Celsius Network, LLC, et al., Case No. 22-10964, United States
Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the
bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have
carefully reviewed the Objection and support the relief requested. You are expressly authorized
and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for
the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Robert H. Schmidt
Division Director



Arkansas Securities
Department



Department of
Commerce

August 11, 2022

SENT VIA ELECTRONIC MAIL

Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email:   Abigail.Ryan@oag.texas.gov
         Layla.Milligan@oag.texas.gov

RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief* (Dkt.371), *In re: Celsius Network LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the above captioned bankruptcy case on August 5, 2022 (the "Objection"). We have carefully reviewed the Objection and support the relief requested. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Sincerely Yours,

*J. Campbell McLaurin III*
Interim Commissioner
Arkansas Securities Department

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

# DFPI

## STATE OF CALIFORNIA
# Department of Financial Protection and Innovation
GOVERNOR **Gavin Newsom** · COMMISSIONER **Clothilde V. Hewlett**

August 12, 2022                                          SENT VIA ELECTRONIC MAIL

Abigail Ryan
Layla Milligan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Abigail.Ryan@oag.texas.gov
        Layla.Milligan@oag.texas.gov

RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief* (Dkt.371) *In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have carefully reviewed the Objection and support the relief requested.

In addition, please be advised that, on August 8, 2022, the California Department of Financial Protection and Innovation issued an order to debtors Celsius Network Inc., Celsius Network Limited, Celsius US Holding LLC, and Celsius Network LLC, as well as to individual non-debtor Alexander Mashinsky. The order finds that in the offer of Celsius' Earn Rewards accounts the respondents engaged in the unqualified sale of securities in California, in violation of California Corporations Code section 25110, and made material misrepresentation or omissions in connection with the sale of securities in California, in violation of California Corporations Code section 25401. The respondents are immediately ordered to desist and refrain from further such violations of law, and each has the right to request a hearing on the order. A copy of the order is enclosed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Abigail Ryan & Layla Milligan, Texas Office of the Attorney General
August 12, 2022
Page 2


You are expressly authorized and encouraged to share this letter with the Honorable
Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is
presiding over this case.

Thank you for your assistance and courtesies.

Sincerely,

Clothilde V. Hewlett
Commissioner
California Department of Financial Protection and Innovation

By

*Mary Ann Smith*
_____
Mary Ann Smith
Deputy Commissioner
Enforcement Division



Enclosure

State of California - Department of Financial Protection and Innovation

# STATE OF CALIFORNIA
## BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
## DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION

**TO:**    Celsius Network Inc.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Celsius Network Limited;
The Harley Building, 77 – 79 New Cavendish Street
London W1X 6XB, United Kingdom

Celsius US Holding LLC;
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Celsius Network LLC;
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Alexander Mashinsky
140 E 63rd Street PH 4
New York, New York 10065

## DESIST AND REFRAIN ORDER
### (For violations of section 25110 and 25401 of the Corporations Code)

The Commissioner of Financial Protection and Innovation (Commissioner) finds that:

1.    Celsius Network Inc. is a Delaware corporation formed on February 8, 2018, with its principal place of business in Hoboken, New Jersey. Celsius Network Inc. owns over 82 percent of Celsius Network Limited.

2.    Celsius Network Limited is an England and Wales private limited company formed on February 9, 2018, with its principal place of business in London, England. Celsius Network Limited wholly owns Celsius US Holding LLC.

3.    Celsius US Holding LLC is a Delaware limited liability company formed on October 5, 2020, with its principal place of business in Hoboken, New Jersey. Celsius US Holding LLC wholly owns Celsius Network LLC.

State of California - Department of Financial Protection and Innovation

4.      Celsius Network LLC is a Delaware limited liability company formed on June 14, 2021, with its principal place of business in Hoboken, New Jersey.

5.      Alexander Mashinsky is the Chief Executive Officer of each of the Celsius entities.

**Earn Rewards Accounts**

6.      Celsius Network Inc., Celsius Network Limited, Celsius US Holding LLC, and Celsius Network LLC (collectively "Celsius") act as a financial services company that generates revenue through digital asset trading, lending, and borrowing, as well as by engaging in proprietary trading. Since June 2018, Celsius has been, at least in part, funding its lending operations and proprietary trading through the sale of unqualified securities in the form of digital asset interest-earning accounts. Celsius refers to these unqualified securities as its "Earn Rewards" accounts.

7.      Celsius solicits investors to invest in the Earn Rewards accounts by depositing certain eligible digital assets into the investors' accounts at Celsius. Celsius then pools these digital assets together to find its various income generating activities, including lending operations and proprietary trading. In exchange for investing in the Earn Rewards product, investors are promised an attractive interest rate that is paid weekly in the same type of digital asset as originally invited, or, subject to certain conditions, in Celsius' native digital token CEL.

8.      On June 12, 2022, Celsius suspended the fulfillment of customer withdrawal requests, citing "extreme market conditions."

9.      On July 13, 2022, Celsius filed Chapter 11 bankruptcy petitions in the United States Bankruptcy Court for the Southern District of New York.

10.     Through July 17, 2022 Celsius has paid interest to more than 48,000 California residents through Earn Rewards accounts. As of July 17, 2022, Celsius customers had a collective Earn Rewards account value of over $650,000,000.

**Violations of Corporations Code Section 25110**

**Unqualified Offer and Sale of Securities**

11.     Corporations Code section 25110 prohibits the offer or sale of unqualified, non-exempt securities in issuer transactions in the State of California.

State of California - Department of Financial Protection and Innovation

12. The Earn Rewards accounts offered and sold by Celsius are securities in the form of investment contracts subject to qualification under the Corporate Securities Law of 1968 (Corp. Code, § 25000 et seq.) (CSL). These securities are being offered or sold in this state in issuer transactions. The Department has not issued a permit or other form of qualification authorizing any person to offer or sell these securities in this state. The offer or sale of these securities to the general public on or before April 14, 2022, was not excepted or exempted from qualification.

**Materially Misleading Statements and Omissions in Offer and Sale of Earn Rewards Accounts**

13. In offering the Earn Rewards accounts to California residents, touting the accounts as "safe," and advertising on its website "24/7 access" and "[i]t's your crypto, after all," Celsius failed to fully disclose material aspects of its business and Earn Rewards including, but not limited to:

a. the types of trading and investment activities that Celsius engages in,

b. the identities and creditworthiness of those who borrow digital assets,

c. the amount of digital assets used in each income-generating activity,

d. the risk that third-party custody services might lose access to digital assets,

e. the risk that lenders to which Celsius sent digital asset collateral would be unable to return Celsius' collateral in a timely manner,

f. the risk that in the event of a sudden request for withdrawals that Celsius' own attempts to unwind illiquid positions may prevent it from having adequate assets to meet customer withdrawal demands, and

g. Celsius financial statements or other information reflecting its financial state.

14. Celsius also represented that it provides 80 percent of its revenue to its customers yet Earn Rewards Investors are only entitled to interest at rates set by Celsius.

15. Further, in offering Earn Rewards, CEO Alexander Mashinsky failed to disclose material aspects of Celsius' business, and made materially misleading statements, or omitted to state material facts necessary to make statements made, in the light of the circumstances under which the statements were made, not misleading. Mashinsky represented on numerous occasions that even in a worst-case scenario, Earn Rewards Investors would be able to timely withdraw their investments and would not suffer losses on their investments, and continued to make representations that it was safe to

State of California - Department of Financial Protection and Innovation

1  deposit assets with Celsius even in the days leading up to the company's decision on June 12, 2022,

2  to suspend customer withdrawals.

3  ### Violations of Corporations Code Section 25401

4  ### Untrue Statements or Omissions of Material Fact

5       16.    Corporations Code section 25401 prohibits the offer or sale of a security in the State of

6  California by means of any written or oral communication that includes an untrue statement of a

7  material fact or omits to state a material fact necessary to make the statements made, in the light of

8  the circumstances under which the statements were made, not misleading.

9       17.    Celsius offered and sold the Earn Interest accounts in this state by means of untrue

10  statements of material fact or omissions of material facts necessary to make the statements made, in

11  the light of the circumstances under which the statements were made, not misleading.

12  ### Control Person and Substantial Assistance Liability

13       18.    Any person who with knowledge directly or indirectly controls and induces another

14  person to violate any provision of the CSL, or knowingly provides substantial assistance to another

15  person to violate the CSL, is deemed to be in violation of that provision to the same extent as the

16  other person. (Corp. Code, § 25403, subds. (a), (b).)

17       19.    Mashinsky, as CEO of each Celsius entities, is a person who with knowledge directly

18  or indirectly controlled and induced Celsius to violate Corporations Code sections 25110 and 25401.

19       20.    Mashinsky knowingly provided substantial assistance to Celsius in its violations of

20  Corporations Code sections 25110 and 25401 as a person who (a) promoted the sale of the Celsius

21  Earn Rewards accounts to the general public on or before April 14, 2022, and (b) made material

22  misrepresentations or omissions of material fact in the course of promoting the offer and sale of the

23  Celsius Earn Rewards accounts throughout the entire offering.

24

25       Based on the foregoing findings, the Commissioner is of the opinion that the Earn Rewards

26  accounts are securities, in the nature of investment contracts, as defined at Corporations Code section

27  25009. These securities were subject to qualification under the Corporate Securities Law of 1968 and

28

-4-

State of California - Department of Financial Protection and Innovation

1  are being or have been offered or sold without first being qualified in violation of Corporations Code

2  section 25110 on or before April 14, 2022.

3      The Commissioner is further of the opinion that the Earn Rewards accounts were offered or

4  sold in this state by means of untrue statements of material fact or omissions of material facts

5  necessary to make the statements made, in the light of the circumstances under which the statements

6  were made, not misleading, in violation of Corporations Code section 25401.

7      The Commissioner is further of the opinion that Mashinsky is a person who with knowledge

8  directly or indirectly controlled and induced Celsius, and/or is a person who knowingly provided

9  substantial assistance to Celsius to violate Corporations Code sections 25110 and 25401.

10      Under section 25532 of the Corporations Code, Celsius Network Inc., Celsius Network

11  Limited, Celsius US Holding LLC, Celsius Network LLC, and any of their subsidiaries, and

12  Alexander Mashinsky, are ordered to desist and refrain from the further offers and sale of securities

13  in California, including but not limited to the Earn Rewards accounts, unless such sale has been

14  qualified under Corporations Code section 25111, 25112, or 25113, or unless such security or

15  transaction is exempted or not subject to qualification.

16      Furthermore, Celsius Network Inc., Celsius Network Limited, Celsius US Holding LLC,

17  Celsius Network LLC, and any of their subsidiaries, and Alexander Mashinsky, are ordered to desist

18  and refrain from offering securities in this state by means of untrue statements of material fact or

19  omissions of material facts necessary to make the statements made, in the light of the circumstances

20  under which the statements were made, not misleading in violation of Corporations Code section

21  25401.

22      This Order is necessary, in the public interest, for the protection of investors and consistent

23  with the purposes, policies, and provisions of the Corporate Securities Law of 1968.

24  Dated: August 8, 2022      CLOTHILDE V. HEWLITT
      Sacramento, California      Commissioner of Financial Protection and Innovation

25

26   By _Mary Ann Smith_____

27  MARY ANN SMITH
    Deputy Commissioner

28      Enforcement Division

-5-
DESIST AND REFRAIN ORDER



**DAVID Y. IGE**
GOVERNOR

**JOSH GREEN**
LT. GOVERNOR

**STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
SECURITIES ENFORCEMENT BRANCH**
335 MERCHANT STREET, ROOM 205, HONOLULU, HAWAII 96813
P.O. Box 40 HONOLULU, HAWAII 96810
Phone Number: 586-2740
Fax Number: 586-3977
www.investing.hawaii.gov

**CATHERINE P. AWAKUNI COLÓN**
DIRECTOR

**JO ANN M. UCHIDA TAKEUCHI**
DEPUTY DIRECTOR

**TY Y. NOHARA**
COMMISSIONER OF SECURITIES

August 12, 2022

Abigail Ryan
Layla Milligan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Abigail.Ryan@oag.texas.gov
       Layla.Milligan@oag.texas.gov

| | VIA FIRST CLASS MAIL |
|---|---|
| | VIA CERTIFIED MAIL |
| | VIA FACSIMILE |
| X | VIA ELECTRONIC MAIL |

RE:    *Objection of the Texas State Securities Board to Notice of Hearing on Debtors'
Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined
Bitcoin in the Ordinary Course and (II) Granting Related Relief* (Dkt.371), *In re:
Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court,
Southern District of New York

Dear Ms. Ryan and Ms. Milligan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the
bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have
carefully reviewed the Objection and support the relief requested. You are expressly authorized and
encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the
Southern District of New York, who is presiding over this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining
LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390);
and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and
the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Abigail Ryan
Layla Milligan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
August 12, 2022
Page 2

Thank you for your assistance and courtesies.

Very truly yours,

Rayni M. Nakamura-Watanabe
Acting Supervising Attorney

RMNW



## GEORGIA DEPARTMENT OF LAW
40 Capitol Square SW
Atlanta, Georgia 30334-1300

CHRISTOPHER M. CARR
ATTORNEY GENERAL

www.law.ga.gov
(404) 656-3300

August 12, 2022

Writer's Direct Dial:
404-458-3684
Fax  404-657-3239

SENT VIA ELECTRONIC MAIL

Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email:  Layla.Milligan@oag.texas.gov
         Abigail.Ryan@oag.texas.gov

> RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief* (Dkt.371) *In re: Celsius Network, LLC, et al.,*[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have carefully reviewed the Objection and support the relief requested. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Layla Milligan & Abigail Ryan
RE: Celsius Network, LLC, et. al, Case No. 22-10964
August 12, 2022
Page 2 of 2


Very truly yours,


　　　　　*/s/ Bernadett Rosszer Figueroa*_____
　　　　　Bernadett Rosszer Figueroa
　　　　　Assistant Attorney General
　　　　　Office of Georgia Attorney General Christopher M. Carr
　　　　　Ga. Bar No. 141640
　　　　　*Attorney for the Georgia Secretary of State*

　　　　　Georgia Department of Law
　　　　　40 Capitol Square SW
　　　　　Atlanta, Georgia 30334
　　　　　Tel.: 404-458-3684
　　　　　Fax: 404-657-3239
　　　　　Email: brosszer@law.ga.gov



**BRAD LITTLE**
**Governor**

**PATRICIA R. PERKINS**
**Director**

August 11, 2022

**SENT VIA ELECTRONIC MAIL:** Abigail.Ryan@oag.texas.gov;
Layla.Milligan@oag.texas.gov

Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

      RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief (Dkt. 371), In re: Celsius Network, LLC, et al.,*[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have carefully reviewed the Objection and support the relief requested. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Anthony Polidori
Deputy Director

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**SECURITIES BUREAU**
**800 Park Blvd, Suite 200, Boise, ID 83712**
**Mail To:  P.O. Box 83720, Boise ID 83720-0031**
**Phone: (208) 332-8004  Fax: (208) 332-8099**
**http://www.finance.idaho.gov**

**PROTECTING THE INTEGRITY OF IDAHO FINANCIAL MARKETS SINCE 1905**



**OFFICE OF THE ATTORNEY GENERAL**
**STATE OF ILLINOIS**

**KWAME RAOUL**
**ATTORNEY GENERAL**

August 11, 2022

Abigail Ryan                                        SENT VIA ELECTRONIC MAIL
Layla Milligan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Abigail.Ryan@oag.texas.gov
        Layla.Milligan@oag.texas.gov

RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief* (Dkt.371) *In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have carefully reviewed the Objection and support the relief requested. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

John P. Reding
Assistant Attorney General
Revenue Litigation Bureau
Office of the Attorney General of Illinois
100 West Randolph Street, Fl. 13-225
Chicago, IL 60601
John.reding@ilag.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



# KANSAS INSURANCE DEPARTMENT

Dan Klucas, Securities Commissioner
Office of the Securities Commissioner,
a division of the Kansas Insurance Department

*Vicki Schmidt, Commissioner*

August 12, 2022                                        SENT VIA ELECTRONIC MAIL

Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email:   Layla.Milligan@oag.texas.gov
          Abigail.Ryan@oag.texas.gov

RE: Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I)
Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting
Related Relief (Dkt.371) *In re: Celsius Network, LLC, et al.*, Case No. 22-10964, United States
Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the
bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have
carefully reviewed the Objection and support the relief requested. You are expressly authorized
and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for
the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Daniel J. Klucas
Securities Commissioner



PUBLIC PROTECTION CABINET
**Kentucky Department of Financial Institutions**
500 Mero Street, 2SW19
Frankfort, KY 40601
Phone: (502) 573-3390
KFI@ky.gov

**Andy Beshear**
GOVERNOR

**Jacqueline Coleman**
LIEUTENANT GOVERNOR

**Ray A. Perry**
SECRETARY

**Charles Vice**
COMMISSIONER

August 5, 2022                                            SENT VIA ELECTRONIC MAIL

Abigail Ryan
Layla Milligan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Abigail.Ryan@oag.texas.gov
        Layla.Milligan@oag.texas.gov

RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief* (Dkt 187), *In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the bankruptcy case on August 5, 2022, in the above-captioned case (the "Objection"). We have carefully reviewed the Objection and support the relief requested. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



# PUBLIC PROTECTION CABINET

**Kentucky Department of Financial Institutions**
500 Mero Street, 2SW19
Frankfort, KY 40601
Phone: (502) 573-3390
KFI@ky.gov

**Andy Beshear**
GOVERNOR

**Jacqueline Coleman**
LIEUTENANT GOVERNOR

**Ray A. Perry**
SECRETARY

**Charles Vice**
COMMISSIONER

Thank you for your assistance and courtesies.

Very truly yours,

*Marni Rock Gibson*

Marni Rock Gibson
Securities Administrator and Director
Kentucky Department of Financial Institutions
500 Mero St.
Frankfort, KY 40601
Marni.Gibson@ky.gov




**STATE OF LOUISIANA**

**OFFICE OF FINANCIAL INSTITUTIONS**

**BATON ROUGE, LOUISIANA**

August 11, 2022

Abigail Ryan                                      SENT VIA ELECTRONIC MAIL
Layla Milligan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Abigail.Ryan@oag.texas.gov
        Layla.Milligan@oag.texas.gov

RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I)
Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related
Relief* (Dkt.371) *In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy
Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the
bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have
carefully reviewed the Objection and support the relief requested. You are expressly authorized
and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for
the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very Truly Yours,

P. Scott Jolly
Deputy Commissioner of Securities
Louisiana Office of Financial Institutions

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining
LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390);
and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and
the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



**BRIAN E. FROSH**
*Attorney General*

**MELANIE SENTER LUBIN**
*Securities Commissioner*

**ELIZABETH F. HARRIS**
*Chief Deputy Attorney General*

**CAROLYN QUATTROCKI**
*Deputy Attorney General*

# STATE OF MARYLAND
# OFFICE OF THE ATTORNEY GENERAL
### SECURITIES DIVISION

FACSIMILE NO.
(410) 576-6532

DIRECT DIAL NO.
(410) 576-6950

August 15, 2022

Via Email Only

Abigail Ryan
Layla Milligan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Abigail.Ryan@oag.texas.gov
        Layla.Milligan@oag.texas.gov

RE: *Objection of the Texas State Securities Board to Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas State Securities Board's Objection, filed on August 5, 2022, in the above captioned case (the "Objection"). We have carefully reviewed the Objection and support the relief requested. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Very Truly Yours,

Max F. Brauer
Assistant Attorney General

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

200 Saint Paul Place ❖ Baltimore, Maryland 21202-2020
Telephone (410) 576-6360 ❖ E-mail: securities@oag.state.md.us
Fax (410) 576-6532 ❖ Telephone for Deaf (410) 576-6372
www.oag.state.md.us

![Minnesota Commerce Department logo]

August 11, 2022                                        SENT VIA ELECTRONIC MAIL


Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email:  Layla.Milligan@oag.texas.gov
            Abigail.Ryan@oag.texas.gov

RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief* (Dkt.371) *In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have carefully reviewed the Objection and support the relief requested. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Matthew Vatter
Assistant Commissioner
Email address:  matthew.vatter@state.mn.us
Tel:  651-539-1458
Fax:  651-539-0105

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

85 7th Place East - Suite 280 - Saint Paul, MN 55101 | P: 651-539-1500 | F: 651-539-1547
mn.gov/commerce
An equal opportunity employer



# Michael Watson
### SECRETARY OF STATE

August 12, 2022

Layla Milligan                                              SENT VIA ELECTRONIC MAIL
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email:  Layla.Milligan@oag.texas.gov
        Abigail.Ryan@oag.texas.gov

RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I)
Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related
Relief* (Dkt.371) *In re: Celsius Network, LLC, et al.,*[1] Case No. 22-10964, United States
Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

    We are in receipt of the Texas Attorney General's Limited Objection, which was filed in
the bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have
carefully reviewed the Objection and support the relief requested. You are expressly authorized
and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for
the Southern District of New York, who is presiding over this case.

    Thank you for your assistance and courtesies.

Sincerely,

*Drew Compton*

Drew Compton
Legal Director
Securities Division

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining
LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390);
and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and
the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



### JOHN R. ASHCROFT
SECRETARY OF STATE
STATE OF MISSOURI

JAMES C. KIRKPATRICK
STATE INFORMATION CENTER
(573) 751-4936

SECURITIES
(573) 751-4136

August 12, 2022

**SENT VIA ELECTRONIC MAIL**
Abigail Ryan & Layla Milligan
Assistant Attorneys General
P.O. Box 12548
Austin, TX 78711-2548
Email: Abigail.Ryan@oag.texas.gov
        Layla.Milligan@oag.texas.gov

> RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief* (Dkt.371) *In re: Celsius Network, LLC, et al.*,[1] **Case No. 22-10964, United States Bankruptcy Court, Southern District of New York**

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the bankruptcy case on August 5, 2022, in the above captioned case (the "**Objection**"). We have carefully reviewed the Objection and support the relief requested. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Steven M. Kretzer
Enforcement Counsel, Missouri Securities Division

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



BARBARA K. CEGAVSKE
*Secretary of State*

SCOTT W. ANDERSON
*Chief Deputy Secretary of State*

ERIN M. HOUSTON
*Deputy Secretary of State for Securities*
*Securities Administrator*

**STATE OF NEVADA**

**OFFICE OF THE**
**SECRETARY OF STATE**

August 12, 2022

SENT VIA ELECTRONIC MAIL

Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email:  Layla.Milligan@oag.texas.gov
          Abigail.Ryan@oag.texas.gov

RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief* (Dkt.371) *In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have carefully reviewed the Objection and support the relief requested. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

*Erin M. Houston*

Erin M. Houston, Esq.
Securities Administrator/Deputy Secretary of State for Securities
Nevada Secretary of State Securities Division
(702) 486-6982
ehouston@sos.nv.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**LAS VEGAS OFFICE**
2250 Las Vegas Boulevard North, Suite 400
North Las Vegas, Nevada 89030
Telephone:  (702) 486-2440
Fax:  (702) 486-2452



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
INVESTOR PROTECTION BUREAU

August 12, 2022

BY EMAIL

Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email:  Layla.Milligan@oag.texas.gov
        Abigail.Ryan@oag.texas.gov

RE:    *Objection of the Texas State Securities Board to Debtors' Motion Seeking Entry of an
       Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and
       (II) Granting Related Relief* (Dkt. 371), *In re: Celsius Network LLC, et al.*,[1] Case No. 22-10964,
       United States Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

       The Investor Protection Bureau of the Office of the Attorney General of the State of New
York ("NYOAG") is in receipt of the Texas Attorney General's objection filed in the above-
captioned bankruptcy case on August 5, 2022 ("Objection"). NYOAG has carefully reviewed the
Objection and supports the relief requested. You are expressly authorized and encouraged to share
this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of
New York, who is presiding over this case.

       As you may be aware, the NYOAG is currently investigating Debtors' offering of lending
or earning products or services for virtual currencies to determine whether such conduct may have
violated provisions of New York law, including: (1) General Business Law article 23-A

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining
LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390);
and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and
the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

(commonly referred to as the Martin Act), which prohibits fraud in connection with the offer, purchase or sale of securities and commodities, and requires registration with the NYOAG of securities and commodities broker-dealers, salespersons and investment advisors, unless exempted; and (2) Executive Law section 63(12), which prohibits repeated or persistent fraudulent or illegal activity in the conduct of business. The NYOAG sent a letter to Celsius Network LLC on October 18, 2021, expressing NYOAG's concern that many virtual currency businesses expose New Yorkers and other customers to significant undisclosed risks, reiterating the obligation of industry participants to be properly registered, and requesting information about Debtors' activities.

Thank you for your assistance and courtesies.

Should you have any questions, please contact Assistant Attorney General Jesse Devine (jesse.devine@ag.ny.gov, 212-416-8741).

Sincerely,

*/s/ Shamiso Maswoswe*
Shamiso Maswoswe
Bureau Chief
Investor Protection Bureau



Department of
**Commerce &**
**Insurance**

August 11, 2022                                    SENT VIA ELECTRONIC MAIL

Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email:  Layla.Milligan@oag.texas.gov
        Abigail.Ryan@oag.texas.gov

RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I)*
*Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related*
*Relief* (Dkt.371) *In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States
Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the
bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have
carefully reviewed the Objection and support the relief requested. You are expressly authorized
and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for
the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Elizabeth Bowling (Aug 11, 2022 09:35 CDT)

Elizabeth Bowling
Assistant Commissioner, Tennessee Department of Commerce and Insurance
Securities Division

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining
LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390);
and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and
the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



---

**State of Vermont**
**Department of Financial Regulation**
89 Main Street
Montpelier, VT 05620-3101

For consumer assistance:
[Banking]        888-568-4547
[ Insurance]     800-964- 1784
[Securities]     877-550-3907
**www.dfr.vermont.gov**

August 5, 2022                                    SENT VIA ELECTRONIC MAIL

Abigail Ryan
Layla Milligan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Abigail.Ryan@oag.texas.gov
        Layla.Milligan@oag.texas.gov

RE: *Limited Objection of the State of Texas to Debtor's Motion Seeking Entry of an Order (I)
Permitting the sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting
Related Relief, DE#187, In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States
Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the
bankruptcy case on August 5, 2022, DE#371, in the above captioned case (the "Objection"). We
have carefully reviewed the Objection and support the relief requested. You are expressly
authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy
Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining
LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390);
and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and
the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



---

Very truly yours,


/s/Jennifer Rood

Jennifer Rood, Assistant General Counsel
Jennifer.rood@vermont.gov





Karima M. Woods, Commissioner

August 5, 2022                                          SENT VIA ELECTRONIC MAIL

Abigail Ryan
Layla Milligan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Abigail.Ryan@oag.texas.gov
          Layla.Milligan@oag.texas.gov

*RE: OBJECTION OF THE TEXAS STATE SECURITIES BOARD TO DEBTORS' MOTION
SEEKING ENTRY OF AN ORDER (I) PERMITTING THE SALE OF THE DEBTORS' MINED
BITCOIN IN THE ORDINARY COURSE AND (II) GRANTING RELATED RELIEF In re:
Celsius Network, LLC, et al,[1] (Dkt. 187), Case No.: 22-10964 (MG), United States Bankruptcy
Court, Southern District of New York*

Dear Ms. Ryan and Ms. Milligan,

We are in receipt of the Texas Attorney General's Objection, which was filed in the bankruptcy
case on August 5, 2022, in the above captioned case (the "Objection"). We have carefully reviewed
the Objection and support the relief requested. You are expressly authorized and encouraged to
share this letter with the Honorable Martin Glenn U.S. Bankruptcy Judge for the Southern District
of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

*Stephen Bouchard*

Stephen Bouchard
Associate Commissioner for Securities
Stephen.Bouchard@dc.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC
(1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and
Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the
Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



**State of Washington**

## DEPARTMENT OF FINANCIAL INSTITUTIONS
### SECURITIES DIVISION
*P.O. Box 9033  ●  Olympia, Washington 98507-9033*
*Telephone (360) 902-8760 ●  TDD (360) 664-8126  ●  FAX (360) 902-0524  ●  http://www.dfi.wa.gov*

August 05, 2022                                                 SENT VIA ELECTRONIC MAIL

Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email:  Layla.Milligan@oag.texas.gov
             Abigail.Ryan@oag.texas.gov

RE: *Limited Objection of the State of Texas to Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief* (Dkt.187), *In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Milligan and Ms. Ryan,

We are in receipt of the Texas Attorney General's Limited Objection, which was filed in the bankruptcy case on August 5, 2022, in the above captioned case (the "Objection"). We have carefully reviewed the Objection and support the relief requested. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

William M. Beatty
Securities Administrator

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.