**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                              :     Case No. 22-10964 (MG)
                                                    :
    CELSIUS NETWORK LLC, *et al.*[1]        :     Chapter 11
                                                    :
    Debtors.                                  :
                                                    :
---------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Anthony J. DeGirolamo, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Eric Wohlwend, a creditor in the above-referenced case.

    ***I certify that I am a member in good standing*** of the bar in the State of Ohio and the bar of the U.S. District Court for the Northern District of Ohio.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  August 15, 2022                          Respectfully submitted,

Canton, Ohio                                        /s/ Anthony J. DeGirolamo
                                                      Anthony J. DeGirolamo (0059265)
                                                        3930 Fulton Drive NW, Suite 100B
                                                       Canton, Ohio 44718
                                                       Telephone:  330-305-9700
                                                       Facsimile:  330-305-9713
                                                       Email:  tony@ajdlaw7-11.com

                                                       COUNSEL FOR ERIC WOHLWEND

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.