**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                                   :   Case No. 22-10964 (MG)
                                                         :
    CELSIUS NETWORK LLC, *et al.*[1]           :   Chapter 11
                                                         :
    Debtors.                                     :
                                                         :
---------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Anthony J. DeGirolamo, to be admitted, ***pro hac vice***, to represent Eric Wohlwend, (the "Client") a creditor in the above reference case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Northern District of Ohio, it is hereby

**ORDERED**, that Anthony J. DeGirolamo, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  August 15, 2022

    New York, New York                                 /s/Martin Glenn
                                                          CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.