To The Honorable Martin Glenn,

Sir, thank you for taking the time to read letters from users.

My Name is Manuel Basile I live in Switzerland and I have most of my money in digital Assets ( Stablecoins and BTC).

I have used Celsius services because it has been told me they were 100% transparent solvent and always available to withdraw.

I am facing a very stressful financial and emotional moment of my life, additionally I have advised Celsius services to my friends and family who consider myself a complete idiot and are facing losses as well.

I would have never compromised myself situation and others if Alex Mashinsky ( Celsius CEO) would t have said multiple times during his AMA to don t be worried cause Celsius is solvent liquid and transparent.

It has been one of the worst time of my life facing this situation I am stuck with my own money locked and can t afford to pay rent for longer than 6 months.

Additionally I have taken a loan ( LTV 25%) and I don t want to lose my collateral since it's mine and I can pay the principal back to get my money back.

As a retail user with one current loan due on September 30 2022, I want to honor my obligation of paying back the principal and interest on my loans so that I may receive my ~4x collateral back.

 However, it makes no financial sense to send money to a bankrupt company
when it is unknown what will happen to my collateral. Sir, I am requesting special consideration
for all future loans that are due and especially the ones that are ~4x collateralized.

In the month between halting withdrawals (Sunday June 12) and declaring bankruptcy (Wednesday July 13). Celsius Network paid off hundreds of millions of their own loans to gain back their collateral into their possession.

**Sir, I humbly request you afford retail users the same opportunity as Celsius Network: to allow users to pay off their principal and interest in order to gain back their collateral to a user's wallet outside of Celsius Network's control.**

Thank you again for your time and consideration in this matter.

Very Respectfully Yours,

Manuel Basile