August 15, 2022

Honourable Judge Glenn,

I hold a loan with Celsius.  At the time that I took out my loan, I posted $2000 worth of a cryptocurrency called Solana to receive a $500 loan. To many, this is a meager sum of money, but to me it was the bulk of what I had been able to save and invest at this point. I took out this small loan as I had been led to believe by Celsius that my hard earned collateral was safe with them.

Furthermore, on June 11th of this year, I was forced to add additional collateral in order to preserve my original collateral from being liquidated. I did this without hesitation as once again, I had been led to believe that my collateral was locked up and safe with Celsius. I would not have risked all of my savings otherwise. I did so when I could have just as easily closed the loan – because I was led to believe these savings, my collateral, were secure.

Since taking out the loan, I abided by my agreement with Celsius and have paid all the interest up to this point. I fully intend to continue to abide by the terms of our agreement. I want to continue to pay all the interest I owe them and return the money I borrowed. And I want Celsius to hold up their end of our deal and return to me my collateral that I entrusted to them as they entrusted their $500 to me.

I am not a wealthy person or a mega corporation. My 62 plus Solana are now worth almost $2700 at the current price as I write this. For some, this is a drop in the bucket, for me this is everything.

At the end of the day, I just want Celsius to abide by the deal we made and for both of us to be made whole. Celsius with their $500, and me with my Solana. As we agreed to do.

Thank you for your time.

Respectfully,

Alexander Barak