August 2nd, 2022

Honorable Chief Judge Martin Glenn

US Bankruptcy Court

Southern District of New York

RE: Celsius Network LLC, case #22-10964

Dear Judge Martin Glenn,

Thank you for taking the time to read the letters of those who trusted Celsius and invested a significant amount of our life savings, our children's tuition, along with part of our retirement funds into this company.  My heart sank when I found out that Celsius filed for bankruptcy and had halted all withdrawals.  I am not allowed to access my family's funds because of reckless decisions made by the leadership at Celsius who is still allowed to pay their employees 100% of their salaries and are even trying to be sure their executives get their bonuses. Their message to the stakeholders is their families matter more than we do and share no liability in this process which is not an amicable solution.  Why is that allowed? Because they have a lifestyle to maintain? We all have life commitments and family members to take care of so I am asking the court to proceed without prejudice and ensure that the liability is shared with the leadership team including those with decision making authority at Celsius.  I have 11,401.95 in Celsius and my wife has 332.46 and to some it may not seem like much but to us it was a large portion of our family savings allocated to certain financial buckets as stated above.  In addition, I needed to access the funds for an emergency and was unable to do so which caused a hardship for my family.  This is completely unfair.   I, and probably like many, am just a middle class, hard working US citizen who believed a company that misrepresented their financial standing and

misused the money of their investors. Celsius should be held accountable for their actions as the CEO knew what he was doing to his investors. He and his senior leadership team should be criminally liable because what they did was a crime. They lied to people to get them to give their company money which is highly unethical and to my knowledge illegal.

I am asking the Honorable Judge to please make sure we get the current market value of our money back because we have the most to lose and the loss, being on the lower end of middle , affect us tremendously.

Please Note The Following Holdings from my account and my wife's, Giulietta Maltese:

Rocco Maltese Celsius Account Holdings: Total 11,40195

Giulietta Maltese Celsius Account Holdings: Total: 332.46

 Combined for Rocco and Giulietta: 11,734.41

Our proofs of claim will to submitted in the designated proof of claim once Celsius updates their form for crypto.

Thank you for your time. We really appreciate your consideration to full restitution of our family's funds.

Rocco J. Maltese Jr. and Giulietta Maltese