Chief Martin Glenn
United States Bankruptcy Court
Court Room #523
One Bowling Green
New York, NY 10004-1408

RE: Case No. 22-10964 Celsius Network LLC

To the Honourable Martin Glenn

I am writing to you as self-represented Australian-based individual who has been affected in the ongoing bankruptcy proceeding for Celsius Network LLC.

I am humbling asking to request that funds be reimbursed to myself and all other unsecured creditors who put their faith into Celsius as an organisation that could challenge the traditional finance system.

Many others have written long letters outlining their troubles, the potential misconduct of Celsius employees and executives, and the lack of transparency proceeding the freezing of withdrawals. I echo many of these sentiments. I would ask that you please rule in favour of returning funds to all investors like myself.

Regards,

Sam Stuart
Sydney, Australia