**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 15, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via courier service on the service list attached hereto as **Exhibit A**, via overnight mail, first delivery where available, on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Filing of Budget and Coin Report** (Docket No. 447)

- **Debtors' Omnibus Reply to Objections to Certain of the Debtors' First and Second Day Motions** (Docket No. 448)

Furthermore, on August 15, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Hearing of Debtors' Ex Parte Motion Seeking Entry of an Order (I) Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Potential Sale of Certain Assets and (II) Granting Related Relief** (Docket No. 457)

- **Notice of Filing of Second Day Hearing Presentation** (Docket No. 462)

- **Notice of Filing of Revised Proposed Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Declarations of Worthlessness with Respect to Common Stock and Preferred Stock and (II) Granting Related Relief** (Docket No. 463)

- **Notice of Filing of Revised Proposed Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business** (Docket No. 464)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

- **Notice of Filing of Revised Proposed Final Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief** (Docket No. 465)

- **Notice of Filing of Revised Proposed Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 466)

- **Notice of Filing of Revised Proposed Final Order (I) Authorizing the Debtors to (A) Pay Their Obligations Under Prepetition Insurance Policies, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (D) Maintain Their Surety Bond Program and (II) Granting Related Relief** (Docket No. 467)

- **Notice of Filing of Revised Proposed Order (I) Authorizing and Approving Procedures to Reject, Assume, or Assume and Assign Executory Contracts and Unexpired Leases and (II) Granting Related Relief** (Docket No. 468)

- **Notice of Filing of Revised Proposed Final Order (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Critical Vendors, Foreign Vendors, 503(b)(9) Claimants, and Lien Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief** (Docket No. 469)

- **Notice of Filing of Revised Proposed Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief** (Docket No. 470)

Furthermore, on August 15, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Amended Agenda for Second Day Hearing to Be Held August 16, 2022, at 2:00 P.M. (Prevailing Eastern Time)** (Docket No. 471)

Dated: August 16, 2022

_____
Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of August, 2022, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **Exhibit A**

**Exhibit A**
Served via Courier Service

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AD HOC GROUP CUSTODIAL ACCT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ONE PENN PLAZA SUITE 3335 | ATTN: KYLE ORTIZ & BRYAN KOTLIAR | NEW YORK | NY | 10119 |
| ADHOC GROUP WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDER | 4000 TOWN CENTER SUITE 1800 | ATTN: DEBORAH KOVSKY-APAP | SOUTHFIELD | MI | 48075 |
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | 125 BROAD ST | ATTN: ANDREW G. DIETDERICH | NEW YORK | NY | 10004 |
| AMTRUST NA INC ASSOC IND INS CO INC | C/O MAURICE WUTSCHER LLP | 5 WALTER FORAN BLVD SUITE 2007 | ATTN: THOMAS R. DOMINCZYK | FLEMINGTON | NJ | 08822 |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 |
| AZ OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004 |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 |
| CO OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1300 BROADWAY 10TH FLOOR | RALPH L. CARR JUDICIAL BUILDING | DENVER | CO | 80203 |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | 333 SE 2ND AVE SUITE 4500 | ATTN: GREGG STEINMAN | MIAMI | FL | 33131-2184 |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ONE VANDERBILT AVE | ATTN: DARREN AZMAN | NEW YORK | NY | 10017-3852 |
| DC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 400 6TH STREET NW | | WASHINGTON | DC | 20001 |
| DELAWARE DEPARTMENT OF JUSTICE | ATTN: LEGAL DEPARTMENT | 820 N FRENCH ST | CARVEL STATE OFFICE BUILDING | WILMINGTON | DE | 19801 |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | 1301 AVENUE OF THE AMERICAS 42ND FL | ATTN: JEFFREY GLEIT & ALLISON WEISS | NEW YORK | NY | 10019 |
| EMIL PILACIK & EMCO TECHNOLOGY | ATTN: WILLIAM D. SCHROEDER JR. | 920 LENMAR DR | | BLUE BELL | PA | 19422 |
| GA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 40 CAPITOL SQ SW | | ATLANTA | GA | 30334 |
| IL OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 100 W RANDOLPH ST | JAMES R. THOMPSON CENTER | CHICAGO | IL | 60601 |
| IN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 302 W WASHINGTON ST 5TH FLOOR | INDIANA GOVERNMENT CENTER SOUTH | INDIANAPOLIS | IN | 46204 |
| IOWA OFFICE OF THE ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1305 E WALNUT ST | HOOVER STATE OFFICE BUILDING | DES MOINES | IA | 50319 |
| JOHN DZARAN | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 |
| JOHN MARCHIONI | C/O BLANK ROME LLP | 1271 AVENUE OF THE AMERICAS | ATTN: EVAN J. ZUCKER | NEW YORK | NY | 10020 |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 |
| KY OFFICE OF ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE SUITE 118 | | FRANKFORT | KY | 40601 |
| MA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1 ASHBURTON PLACE 20TH FLOOR | | BOSTON | MA | 02108 |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 |
| MD OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202 |
| ME OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 |
| MO OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 207 W HIGH ST | SUPREME COURT BUILDING | JEFFERSON CITY | MO | 65101 |
| MONIKA KOSA | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 |
| MS OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 550 HIGH ST PO BOX 220 | WALTER SILLERS BUILDING | JACKSON | MS | 39201 |
| NC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 114 W EDENTON ST | | RALEIGH | NC | 27603 |
| ND OFFICE OF ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE DEPT. 125 | | BISMARCK | ND | 58505 |
| NE OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 2115 STATE CAPITOL | | LINCOLN | NE | 68509 |
| NEW SPANISH RIDGE LLC ET AL. | C/O LEVIN EPSTEIN & ASSOCIATES PC | 60 E 42ND ST SUITE 4700 | ATTN: JOSHUA D. LEVIN-EPSTEIN | NEW YORK | NY | 10165 |
| NJ OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 25 MARKET ST 8TH FL WEST WING BOX80 | RICHARD J. HUGHES JUSTICE COMPLEX | TRENTON | NJ | 8611 |
| NV OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 100 N CARSON ST | OLD SUPREME COURT BUILDING | CARSON CITY | NV | 89701 |
| NY OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | THE CAPITOL 2ND FLOOR | | ALBANY | NY | 12224 |
| OFFICE OF US TRUSTEE FOR THE SDNY | ATTN: LEGAL DEPARTMENT | 201 VARICK ST ROOM 1006 | | NEW YORK | NY | 10014 |
| OHIO OFFICE OF THE ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 30 E BROAD ST 14TH FLOOR | STATE OFFICE TOWER | COLUMBUS | OH | 43215 |
| PA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | STRAWBERRY SQUARE 16TH FL | | HARRISBURG | PA | 17120 |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | 184 GRAND AVE | ATTN: HANNON & NORGAARD | ENGLEWOOD | NJ | 07631 |
| RH MONTGOMERY PROPERTIES INC. | C/O WALLER LANSDEN DORTCH & DAVIS | 100 CONGRESS AVE 18TH FLOOR | ATTN: MORRIS D. WEISS | AUSTIN | TX | 78704 |
| RH MONTGOMERY PROPERTIES INC. | C/O WALLER LANSDEN DORTCH & DAVIS | 511 UNION ST SUITE 2700 | ATTN: TYLER N. LAYNE | NASHVILLE | TN | 37219 |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | 1251 SIXTH AVE 21ST FLOOR | ATTN: HUGH MCCULLOUGH | NEW YORK | NY | 10020 |
| SAP AMERICA INC. | C/O BROWN & CONNERY LLP | 6 N BROAD ST SUITE 100 | ATTN: JULIE F. MONTGOMERY | WOODBURY | NJ | 08096 |
| SC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1000 ASSEMBLY ST ROOM 519 | REMBERT C. DENNIS BLDG | COLUMBIA | SC | 29201 |
| SD OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1302 E HIGHWAY 14 SUITE 1 | | PIERRE | SD | 57501-8501 |
| SDNY US ATTORNEYS OFFICE | ATTN: LEGAL DEPARTMENT | ONE ST. ANDREWS PLAZA | | NEW YORK | NY | 10007 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LEGAL DEPARTMENT | 100 F ST NE | | WASHINGTON | DC | 20549 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST SUITE 20-100 | | NEW YORK | NY | 10004-2616 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | NEW YORK | NY | 10281-1022 |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: LIEBERMAN & SILVERMAN | 7 TIMES SQUARE | NEW YORK | NY | 10036-6569 |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 111 S WACKER DR SUITE 5100 | ATTN: M. ANDOLINA & G. PESCE | CHICAGO | IL | 60606 |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: D. TURETSKY & S. HERSHEY | NEW YORK | NY | 10020 |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 555 S FLOWER ST SUITE 2700 | ATTN: AARON E. COLODNY | LOS ANGELES | CA | 90071 |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | 350 N STATE ST SUITE 230 | UTAH STATE CAPITOL COMPLEX | SALT LAKE CITY | UT | 84114 |
| VT DEPT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD | 89 MAIN ST 3RD FLOOR | | MONTPELIER | VT | 05620 |
| VT OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 109 STATE ST | | MONTPELIER | VT | 5609 |
| WA DEPARTMENT OF REVENUE L&I & ES | ATTN: DINA L. YUNKER | 800 FIFTH AVE SUITE 2000 | BANKRUPTCY & COLLECTIONS UNIT | SEATTLE | WA | 98104-3188 |
| WI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 17 W MAIN ST ROOM 114 EAST P | | MADISON | WI | 53702 |
| WV OFFICE OF ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E BLDG 1 RM E-26 | | CHARLESTON | WV | 25305 |
| WY OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 109 STATE CAPITOL | | CHEYENNE | WY | 82002 |

# **<u>Exhibit B</u>**

**Exhibit B**
Served via Overnight Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| AK OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1031 W 4TH AVE SUITE 200 | | ANCHORAGE | AK | 99501 | |
| AL OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | |
| AR OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 323 CENTER ST SUITE 200 | | LITTLE ROCK | AR | 72201 | |
| CA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | |
| CT OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 165 CAPITOL AVE | | HARTFORD | CT | 6106 | |
| FL OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | THE CAPITOL PL-01 | | TALLAHASSEE | FL | 32399 | |
| HI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 425 QUEEN ST | | HONOLULU | HI | 96813 | |
| ID OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 700 W JEFFERSON ST STE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| INTERNAL REVENUE SERVICE | ATTN: LEGAL DEPARTMENT | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| KS OFFICE OF ATTORNEY GENERAL | ATTN: DEREK SCHMIDT | 120 SW 10TH AVE 2ND FLOOR | | TOPEKA | KS | 66612 | |
| LA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 300 CAPITAL DR | | BATON ROUGE | LA | 70802 | |
| MI DEPARTMENT OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 525 W OTTAWA ST | | LANSING | MI | 48906 | |
| MN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 445 MINNESOTA ST SUITE 1400 | | ST. PAUL | MN | 55101 | |
| MT OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 215 N SANDERS PO BOX 201401 | JUSTICE BUILDING 3RD FLOOR | HELENA | MT | 59602 | |
| NH OFFICE OF ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | CONCORD | NH | 3301 | |
| NM OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 408 GALISTEO ST | VILLAGRA BUILDING | SANTA FE | NM | 87501 | |
| OK OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105 | |
| OR OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1162 COURT ST NE | | SALEM | OR | 97301-4096 | |
| PHAROS USD FUND SP | ATTN: LEGAL DEPARTMENT | LANDMARK SQUARE 1ST FLOOR | 64 EARTH CLOSE | GRAND CAYMAN | | KY-1107 | Cayman Islands |
| RI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 150 S MAIN ST | | PROVIDENCE | RI | 2903 | |
| TEXAS STATE SECURITIES BOARD | ATTN: BINFORD MILLIGAN RYAN & DESAI | PO BOX 12548 MC 008 | BANKRUPTCY & COLLECTIONS DIVISION | AUSTIN | TX | 78711-2548 | |
| TN DEPT OF COMMERCE & INSURANCE | C/O TN AG OFFICE BANKRUPTCY DIV | PO BOX 20207 | ATTN: MARVIN E. CLEMENTS JR. | NASHVILLE | TN | 37202-0207 | |
| TN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | |
| TX OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 300 W 15TH ST | | AUSTIN | TX | 78701 | |
| VA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 202 N NINTH ST | | RICHMOND | VA | 23219 | |
| WA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1125 WASHINGTON ST SE | | OLYMPIA | WA | 98501 | |
| WA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 40100 | | OLYMPIA | WA | 98504-00 | |

# **Exhibit C**



**Exhibit C**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | KORTIZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>DPERSON@TEAMTOGUT.COM<br>AODEN@TEAMTOGUT.COM<br>AGLAUBACH@TEAMTOGUT.COM<br>EBLANDER@TEAMTOGUT.COM<br>ARODRIGUEZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>GQUIST@TEAMTOGUT.COM<br>ASTOLP@TEAMTOGUT.COM |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM<br>KAY.KRESS@TROUTMAN.COM |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMERINTEREST@ALABAMAAG.GOV |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@ALASKA.GOV |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN: THOMAS R. DOMINCZYK | TDOMINCZYK@MAURICEWUTSCHER.COM<br>THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | | AGINFO@AZAG.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | | OAG@ARKANSASAG.GOV |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | | XAVIER.BECERRA@DOJ.CA.GOV |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | | CORA.REQUEST@COAG.GOV |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@CT.GOV |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | DAZMAN@MWE.COM<br>MCO@MWE.COM<br>CGREER@MWE.COM |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | GSTEINMAN@MWE.COM |
| DELAWARE DEPARTMENT OF JUSTICE | | | ATTORNEY.GENERAL@STATE.DE.US<br>ATTORNEY.GENERAL@DELAWARE.GOV |
| DISTRICT OF COLUMBIA OFFICE OF ATTORNEY GENERAL | | | OAG@DC.GOV |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS | JEFFREY.GLEIT@AFSLAW.COM<br>ALLISON.WEISS@AFSLAW.COM<br>LISA.INDELICATO@AFSLAW.COM<br>ALYSSA.FIORENTINO@AFSLAW.COM |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | | SCHROEDER@JRLAW.ORG<br>HEALEY@JRLAW.ORG |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | ATTN: BERNADETT ROSSZER FIGUEROA | | BROSSZER@LAW.GA.GOV |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | | HAWAIIAG@HAWAII.GOV |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | | INFO@LISAMADIGAN.ORG |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AG.IOWA.GOV |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN: EVAN J. ZUCKER | EVAN.ZUCKER@BLANKROME.COM<br>EDOCKETING@BLANKROME.COM |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: DEREK SCHMIDT | | DEREK.SCHMIDT@AG.KS.GOV |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG | | JSUSSBERG@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET | | PATRICK.NASH@KIRKLAND.COM<br>ROSS.KWASTENIET@KIRKLAND.COM |
| LOUISIANA DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE | | | ADMININFO@AG.STATE.LA.US |



## Exhibit C
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| MAINE OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@MAINE.GOV |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | | OAG@OAG.STATE.MD.US |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER.HELP@AGO.MO.GOV |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | | CONTACTDOJ@MT.GOV |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | | HBALDERAS@NMAG.GOV |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ. | JOSHUA@LEVINEPSTEIN.COM |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL | | USTPREGION02.NYECF@USDOJ.GOV<br>SHARA.CORNELL@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON, MARK ROBINSON, & KEITH NOYES FOR COVARIO AG | | ON FILE |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | | QUESTIONS@OAG.OK.GOV |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | | ELLEN.ROSENBLUM@DOG.STATE.OR.US<br>ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. | BHANNON@NORGAARDFIRM.COM<br>MNORGAARD@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM<br>KCIMMINO@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM |
| PHAROS USD FUND SP & PHAROS FUND SP | | | ADMIN@LANTERNVENTURES.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS | MORRIS.WEISS@WALLERLAW.COM<br>SHERRI.SAVALA@WALLERLAW.COM<br>ANNMARIE.JEZISEK@WALLERLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE | TYLER.LAYNE@WALLERLAW.COM<br>CHRIS.CRONK@WALLERLAW.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | | AG@RIAG.RI.GOV |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH | ABARRAGE@DWT.COM<br>HUGHMCCULLOUGH@DWT.COM<br>ELAINEHUCKABEE@DWT.COM<br>SEADOCKET@DWT.COM |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | C/O BROWN & CONNERY LLP | ATTN: JULIE F. MONTGOMERY, ESQ. | JMONTGOMERY@BROWNCONNERY.COM |
| SECURITIES & EXCHANGE COMMISSION | | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | AGBANKNEWYORK@AG.TN.GOV |

**Exhibit C**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | | JASON.BINFORD@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | SLIEBERMAN@PRYORCASHMAN.COM<br>MSILVERMAN@PRYORCASHMAN.COM |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | | UAG@UTAH.GOV |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD | | JENNIFER.ROOD@VERMONT.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | | AGO.INFO@VERMONT.GOV |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | | MAIL@OAG.STATE.VA.US |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS UNIT | DINA.YUNKER@ATG.WA.GOV<br>BCUYUNKER@ATG.WA.GOV |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | CONSUMER@WVAGO.GOV |

# **Exhibit D**



Exhibit D
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| AD HOC GROUP CUSTODIAL ACCT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ONE PENN PLAZA SUITE 3335 | ATTN: KYLE ORTIZ & BRYAN KOTLIAR | NEW YORK | NY | 10119 | |
| ADHOC GROUP WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDER | 4000 TOWN CENTER SUITE 1800 | ATTN: DEBORAH KOVSKY-APAP | SOUTHFIELD | MI | 48075 | |
| AK OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1031 W 4TH AVE SUITE 200 | | ANCHORAGE | AK | 99501 | |
| AL OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | |
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | 125 BROAD ST | ATTN: ANDREW G. DIETDERICH | NEW YORK | NY | 10004 | |
| AMTRUST NA INC ASSOC IND INS CO INC | C/O MAURICE WUTSCHER LLP | 5 WALTER FORAN BLVD SUITE 2007 | ATTN: THOMAS R. DOMINCZYK | FLEMINGTON | NJ | 08822 | |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| AR OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 323 CENTER ST SUITE 200 | | LITTLE ROCK | AR | 72201 | |
| AZ OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004 | |
| CA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| CO OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1300 BROADWAY 10TH FLOOR | RALPH L. CARR JUDICIAL BUILDING | DENVER | CO | 80203 | |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | 333 SE 2ND AVE SUITE 4500 | ATTN: GREGG STEINMAN | MIAMI | FL | 33131-2184 | |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ONE VANDERBILT AVE | ATTN: DARREN AZMAN | NEW YORK | NY | 10017-3852 | |
| CT OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 165 CAPITOL AVE | | HARTFORD | CT | 6106 | |
| DC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 400 6TH STREET NW | | WASHINGTON | DC | 20001 | |
| DELAWARE DEPARTMENT OF JUSTICE | ATTN: LEGAL DEPARTMENT | 820 N FRENCH ST | CARVEL STATE OFFICE BUILDING | WILMINGTON | DE | 19801 | |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | 1301 AVENUE OF THE AMERICAS 42ND FL | ATTN: JEFFREY GLEIT & ALLISON WEISS | NEW YORK | NY | 10019 | |
| EMIL PILACIK & EMCO TECHNOLOGY | ATTN: WILLIAM D. SCHROEDER JR. | 920 LENMAR DR | | BLUE BELL | PA | 19422 | |
| FL OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | THE CAPITOL PL-01 | | TALLAHASSEE | FL | 32399 | |
| GA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 40 CAPITOL SQ SW | | ATLANTA | GA | 30334 | |
| HI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 425 QUEEN ST | | HONOLULU | HI | 96813 | |
| ID OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 700 W JEFFERSON ST STE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| IL OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 100 W RANDOLPH ST | JAMES R. THOMPSON CENTER | CHICAGO | IL | 60601 | |
| IN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 302 W WASHINGTON ST 5TH FLOOR | INDIANA GOVERNMENT CENTER SOUTH | INDIANAPOLIS | IN | 46204 | |
| INTERNAL REVENUE SERVICE | ATTN: LEGAL DEPARTMENT | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| IOWA OFFICE OF THE ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1305 E WALNUT ST | HOOVER STATE OFFICE BUILDING | DES MOINES | IA | 50319 | |
| JOHN DZARAN | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| JOHN MARCHIONI | C/O BLANK ROME LLP | 1271 AVENUE OF THE AMERICAS | ATTN: EVAN J. ZUCKER | NEW YORK | NY | 10020 | |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| KS OFFICE OF ATTORNEY GENERAL | ATTN: DEREK SCHMIDT | 120 SW 10TH AVE 2ND FLOOR | | TOPEKA | KS | 66612 | |
| KY OFFICE OF ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE SUITE 118 | | FRANKFORT | KY | 40601 | |
| LA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 300 CAPITAL DR | | BATON ROUGE | LA | 70802 | |
| MA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1 ASHBURTON PLACE 20TH FLOOR | | BOSTON | MA | 02108 | |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| MD OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202 | |
| ME OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333 | |
| MI DEPARTMENT OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 525 W OTTAWA ST | | LANSING | MI | 48906 | |
| MN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 445 MINNESOTA ST SUITE 1400 | | ST. PAUL | MN | 55101 | |
| MO OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 207 W HIGH ST | SUPREME COURT BUILDING | JEFFERSON CITY | MO | 65101 | |
| MONIKA KOSA | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| MS OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 550 HIGH ST PO BOX 220 | WALTER SILLERS BUILDING | JACKSON | MS | 39201 | |
| MT OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 215 N SANDERS PO BOX 201401 | JUSTICE BUILDING 3RD FLOOR | HELENA | MT | 59602 | |
| NC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 114 W EDENTON ST | | RALEIGH | NC | 27603 | |
| ND OFFICE OF ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE DEPT. 125 | | BISMARCK | ND | 58505 | |
| NE OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 2115 STATE CAPITOL | | LINCOLN | NE | 68509 | |
| NEW SPANISH RIDGE LLC ET AL. | C/O LEVIN EPSTEIN & ASSOCIATES PC | 60 E 42ND ST SUITE 4700 | ATTN: JOSHUA D. LEVIN-EPSTEIN | NEW YORK | NY | 10165 | |
| NH OFFICE OF ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | CONCORD | NH | 3301 | |
| NJ OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 25 MARKET ST 8TH FL WEST WING BOX80 | RICHARD J. HUGHES JUSTICE COMPLEX | TRENTON | NJ | 8611 | |
| NM OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 408 GALISTEO ST | VILLAGRA BUILDING | SANTA FE | NM | 87501 | |
| NV OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 100 N CARSON ST | OLD SUPREME COURT BUILDING | CARSON CITY | NV | 89701 | |
| NY OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | THE CAPITOL 2ND FLOOR | | ALBANY | NY | 12224 | |
| OFFICE OF US TRUSTEE FOR THE SDNY | ATTN: LEGAL DEPARTMENT | 201 VARICK ST ROOM 1006 | | NEW YORK | NY | 10014 | |
| OHIO OFFICE OF THE ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 30 E BROAD ST 14TH FLOOR | STATE OFFICE TOWER | COLUMBUS | OH | 43215 | |
| OK OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105 | |
| OR OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1162 COURT ST NE | | SALEM | OR | 97301-4096 | |
| PA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | STRAWBERRY SQUARE 16TH FL | | HARRISBURG | PA | 17120 | |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | 184 GRAND AVE | ATTN: HANNON & NORGAARD | ENGLEWOOD | NJ | 07631 | |
| PHAROS USD FUND SP | ATTN: LEGAL DEPARTMENT | LANDMARK SQUARE 1ST FLOOR | 64 EARTH CLOSE | GRAND CAYMAN | | KY-1107 | CAYMAN ISLANDS |
| RH MONTGOMERY PROPERTIES INC. | C/O WALLER LANSDEN DORTCH & DAVIS | 100 CONGRESS AVE 18TH FLOOR | ATTN: MORRIS D. WEISS | AUSTIN | TX | 78704 | |
| RH MONTGOMERY PROPERTIES INC. | C/O WALLER LANSDEN DORTCH & DAVIS | 511 UNION ST SUITE 2700 | ATTN: TYLER N. LAYNE | NASHVILLE | TN | 37219 | |
| RI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 150 S MAIN ST | | PROVIDENCE | RI | 2903 | |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | 1251 SIXTH AVE 21ST FLOOR | ATTN: HUGH MCCULLOUGH | NEW YORK | NY | 10020 | |
| SAP AMERICA INC. | C/O BROWN & CONNERY LLP | 6 N BROAD ST SUITE 100 | ATTN: JULIE F. MONTGOMERY | WOODBURY | NJ | 08096 | |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 2

**Exhibit D**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| SC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1000 ASSEMBLY ST ROOM 519 | REMBERT C. DENNIS BLDG | COLUMBIA | SC | 29201 | |
| SD OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1302 E HIGHWAY 14 SUITE 1 | | PIERRE | SD | 57501-8501 | |
| SDNY US ATTORNEYS OFFICE | ATTN: LEGAL DEPARTMENT | ONE ST. ANDREWS PLAZA | | NEW YORK | NY | 10007 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LEGAL DEPARTMENT | 100 F ST NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | NEW YORK | NY | 10281-1022 | |
| TEXAS STATE SECURITIES BOARD | ATTN: BINFORD MILLIGAN RYAN & DESAI | PO BOX 12548 MC 008 | BANKRUPTCY & COLLECTIONS DIVISION | AUSTIN | TX | 78711-2548 | |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: LIEBERMAN & SILVERMAN | 7 TIMES SQUARE | NEW YORK | NY | 10036-6569 | |
| TN DEPT OF COMMERCE & INSURANCE | C/O TN AG OFFICE BANKRUPTCY DIV | PO BOX 20207 | ATTN: MARVIN E. CLEMENTS JR. | NASHVILLE | TN | 37202-0207 | |
| TN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | |
| TX OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 300 W 15TH ST | | AUSTIN | TX | 78701 | |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 111 S WACKER DR SUITE 5100 | ATTN: M. ANDOLINA & G. PESCE | CHICAGO | IL | 60606 | |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: D. TURETSKY & S. HERSHEY | NEW YORK | NY | 10020 | |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 555 S FLOWER ST SUITE 2700 | ATTN: AARON E. COLODNY | LOS ANGELES | CA | 90071 | |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | 350 N STATE ST SUITE 230 | UTAH STATE CAPITOL COMPLEX | SALT LAKE CITY | UT | 84114 | |
| VA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 202 N NINTH ST | | RICHMOND | VA | 23219 | |
| VT DEPT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD | 89 MAIN ST 3RD FLOOR | | MONTPELIER | VT | 05620 | |
| VT OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 109 STATE ST | | MONTPELIER | VT | 5609 | |
| WA DEPARTMENT OF REVENUE L&I & ES | ATTN: DINA L. YUNKER | 800 FIFTH AVE SUITE 2000 | BANKRUPTCY & COLLECTIONS UNIT | SEATTLE | WA | 98104-3188 | |
| WA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1125 WASHINGTON ST SE | | OLYMPIA | WA | 98501 | |
| WA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 40100 | | OLYMPIA | WA | 98504-00 | |
| WI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 17 W MAIN ST ROOM 114 EAST P | | MADISON | WI | 53702 | |
| WV OFFICE OF ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E BLDG 1 RM E-26 | | CHARLESTON | WV | 25305 | |
| WY OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 109 STATE CAPITOL | | CHEYENNE | WY | 82002 | |