1st of August 2022

Dear Honourable Judge Martin Glenn,

Please I kind ask you to look out for all the "man on the street" and the real victims in other words the vulnerable retail investors.

I took my money and families money and invested into crypto currency. I then was introduced to Celsius which acted as a type of safety deposit box /custodian like bank but for crypto investors.
I even took loans through Celsius, tying up my crypto. I took the risk that if the market / value of the crypto decreased I would need to top up. I accepted this risk.
According to Celsius there was no risk in putting our coins with them as they were over collateralised and no risk to us. We were also assured that our coins would always remain safe at Celsius.

I am greatly concerned to hear that Celsius is starting to remove videos previously posted by themselves which now conflict and totally contradict in what they say they would and wouldn't do and what is being revealed. This reminds me of an Author Anderson & Enron shredding area.

I was continuously reassured by Celsius that my coins were safe, and they had reserves and liquidity themselves. Alex's ama's and constant reassurance that everything was so good and fine made me put more and invest more with Celsius. It was horrific that for almost a month we heard zero from Alex or Celsius after the withdraws froze. It was torture.
Please do not let Alex overpay himself, the directors and employees what appears to very large salaries with our crypto coins' deposits, and or unnecessarily depletion of funds.

Please let us take out the crypto coins that's we put into Celsius in Crypto Currency and not dollars, unless they are paid out, they are paid out on a live price swop.

Also unfairly treated as I had two BTC loans liquidated by Celsius when they told me clearly that if I topped up or settled my loans, I would not be able to draw the coins out. So, in other words they were asking me to put more money / coins in that I would not be able to with draw out which is unfair.

Please do everything in your power to retrieve money from Alex personally and please help us.

This horrible event has truly damaged my life. I can hardly sleep, I'm struggled to pay my bills, and I can't live a normal life anymore. The anxiety, stress, depression and general sadness has been unreal. I have two young kids who I was trying building up money for.
I am having borrow money from friends and sell remaining assets to survive. I could go to into such more detail, but I am sure you get the idea.

I also don't know what do about claiming and or not claiming. I have seen some lawyer's letters floating around. I don't want to waste money on unnecessary legal costs and the same time I don't want to be left out of any rights or distribution.

I believe I was misrepresented, lied to and it appears fraud was committed by Celsius.

Please help us!!

Thank you
Larry Berkowitz
contactlarryb@gmail.com