Tarek Ben Moussa

1746 N. Orange Dr.

Unit 1204

Los Angeles, CA 90028

RE: Bitcoin assets held on a Celsius custody wallet

Los Angeles, Monday 1st August 2022

Dear Honorable Judge Glenn,

Thank you for taking the time to read the letters of the customers affected by the Celsius debacle.

The lack of transparency from Celsius and the blatant lies from its founder have led me to deposit my Bitcoin assets on a Celsius wallet, with the conviction I would be able to withdraw them whenever I wished to do so.

While their Terms Of Services specified the assets held on an "Earn account" were the property of the Celsius platform, the funds on a "Custody account" were supposed to remain the property of the depositors, hence the possibility to withdraw them at any given time. Neither the market fluctuations, not the poor risk Management, or whatever other unacceptable excuses their Counsel can come up with, can go contradict their clear Terms Of Services.

I exactly have 0.703176 BTC held on a Custody wallet so I deeply hope Justice is served and these assets returned to their owners. This situation has caused me a lot of stress, anxiety and embarrassment. Therefore, I humbly request your help in ensuring the Celsius platform follows its own Terms of Services.

I am attaching a screenshot of my portfolio as of August 1st 2022, for your reference. The difference between an "Earn account" and a "Custody account" is also emphasized is the way the portfolios are displayed on their mobile app. Misleading the depositors a bit more.



Very Respectfully Yours,

Tarek Ben Moussa