**To the Honorable Judge Martin Glen,**

Re: Case 22-10964

Date: 7/30/2022

My wife and I have 150k of our savings in Celsius. We are both retired middle class people who thought this was a safe investment based on everything Machinsky represented in his AMA 's. We are not accredited investors.

One week prior to Celsius halting transfers, Mashinsky said publicly that in his opinion, we were going into a crypto winter and that we should not release funds out of "Earn" but continue to hold tight and keep earning dividends. (HODL) He stated that Celsius had plenty of reserves and everything was safe. As we knew the market was headed lower, those words made us decide to keep our money in "Earn" and dollar cost average through the crypto winter.  Without Mashinsky's AMA's every Friday, we would have removed our crypto from 'Earn" and into "Custody" at the very least, and probably off the platform.

Clearly, he knew the fine print of the rule that states if Celsius goes bankrupt, any funds in "Earn" will not be returned. Therefore, he could wipe them off his balance sheets.

We are respectfully asking to consider that the CEO of the company, was representing to the public fraudulent advice. He knew that the company was insolvent at that time, and he encouraged us to remain in a course of destruction. A course that benefitted him. A course that cost us dearly and put us in a financial hardship along with thousands of other investors.

Additionally, we would respectfully like you to consider:
- The rule that states "Earn assets will not be returned in bankruptcy" should then be nullified on the condition of fraud.
- All assets in the "Earn" accounts should be treated the same as assets in the "Custody" accounts and any other creditor accounts.
- Please strongly and thoughtfully consider Simon Dixon, or an equal, to restructure, rebuild trust and transparency for investors, while also strategically rebranding the company.

We no longer have confidence in any of the Celsius team members, especially Machinsky. Every team member should be thoroughly investigated for fraud, including Mr. Mashinsky's wife.

Thank you for your consideration.

Matthew and Stacey Praizner