July 29th 2022 1

To the Honorable Judge Martin Glenn,

  I am writing to you in response to the Chapter 11 Bankruptcy proceedings of Celsius Network. I have been a customer with them since mid 2020. I deposited my Bitcoin and other alt-coins in an account to earn rewards. I decided to deposit with Celsius over other exchanges and lenders because of the CEO, Alex Mashinky's, vision for his company. He made a lot of compelling points. He made people to believe that Celsius was a safe and viable alternative to a bank with way better interest. The illusion of safety, is what really compelled me to deposit my crypto assets. I thought to myself after watching a few of his AMA's and videos on YouTube, "What a great guy that really wants to help people safely earn rewards on their crypto currency." "He is giving that power back to the people to empower themselves to make their own intelligent financial decisions."

  When I started to see the market turn and crypto exchanges, financial institutions and blockchains start to become insolvent or malfunction; I started to look into Celsius and the safety of the Bitcoin that I had on there. By that point, they had already paused withdrawals and I couldn't access my Bitcoin. This came as a shock and there was no warning to me of the potential of this happening. I started to look into it more and found out that Alex and other employees of Celsius, we're making very risky and possibly, illegal decisions with their customers funds. When the bankruptcy was finally filled, I felt compelled to write a letter to the judge. I am not a rich person and have about $2,000 worth of Bitcoin, as of todays values. I thought this Bitcoin was safe and accessible. I didn't realize how the customers funds were being used. I feel lied to and manipulated into believing that Alex had the best interests of his customers in mind by making safe and reasonable decisions with his customers funds. This proved to not be the case and was hidden from the public. I would have never deposited my Bitcoin if I thought that it was being used to essential, gamble with. I am very concerned that I will never see my funds again. I know that it isn't a lot of money in these market conditions, but this is a lot to me and to not be able to access my funds will put a large dent in my investment goals and hurt me financially. I employ you to think about the effect that Alex's lies, poor management and manipulation have harmed his customers, employees, token holders and share holders.

Thank you for your time,

Angela Wagner
angelawagner1111@gmail.com