Hello, im taking a moment to write how I feel about this Celsius incident. I am one of many that have been lied to and got convinced that it was safe parking funds at Celsius. I have had some really tough years in life but now I feel like I have been pushed to the edge. It took a long time for me to save the money I deposited, it means the world to me. Fortunately, I have a job so I will survive but the problem is im so depressed I feel like giving up. My dream is to be a daytrader and I just need all of my HARD earned money to be able to keep pursue this dream of mine and quit my very destructive job. Its just not going to work otherwise.

Are the world really this cruel? Can a person get away ruining so many lives? The amount of suffering this is going to cause if we don't get our money back is insane. EVERYTHING needs to get back, no bullshit compensation. Alex has to repair this, I don't care how long it takes. He is just a total psychopath who lacks empathy if he doesn't work his ass off until the day 100% is payed back.
I believe this is on the level of mass murder, I am disgusted!


/Martin