Dear Judge,

I am writing this letter, it might be a drop in the ocean but I am still alive and should attempt to get my funds back.

I am a depositor in Celsius Network, have around $30,000 (by current market price) locked at Celsius Network earn program.

Here is my story which I thought might be interesting for the court who are the Celsius depositors.

 It is going back to 2019 when I saw the Celsius and Mr.Mashinsky annonces. That time I had around $2,000 of my savings money which I transferred to Celsius Network.

The worst part of my story is here that I asked my father to give his pension saving money to me to put in Celsius. They could get enough value per week to spend their life in a poor country. My father was a factory hard worker and he got burned twice at work in his face and foot and now after the second surgery he is hardly walking.

Of course he does not know about what has happened to his life saving money yet and today I am still working harder to pay them.

I know you have so many cases from different people and different lifestyles, but I just wanted to say that Celsius has asked the court to spend millions of dollars per month to pay their management and employees salary. This is not really fair that they still get thousands of dollars since me and my family are under pressure for just a few dollars.


Kind regards