Honorable Judge Martin Glenn,

I hope all is well with you and yours.

I have read many of the letters submitted, and many are similar to my case.

I feel that Celsius lead us all down the garden path and now down the rabbit hole …

I made my deposits of BTC, ETH and CEL in good faith, thinking that I was depositing into my account (or my wallet) held in trust by Celsius.

I realized that Celsius may lend the coins out, but was assured that they have enough collateral in kind to cover any defaults. The way they described nothing short of a nuclear attack would jeopardize the assets. And I have not heard that anyone defaulted. So what happened to all the money?

I still don't understand exactly what happened. How could Celsius just take our monies? And if they loaned it to someone, don't those people still owe the money? Why can't they collect the loans and put the money back into our wallets?

Are they still paying the 100's of employees they have?

I saw something about them wanting to pay their vendors? That doesn't make sense. Any money coming in should go to restoring the customer wallets.

Something went very wrong with the way Celsius was managed and the management should be held responsible. Not criminally; but financially. Putting anyone in jail will not help anyone. They should be made to pay back any money they got for running Celsius and more … Their bank accounts should be confiscated and put back into Celsius to cover their mismanagement.

It's a wonder that in these times someone can still take what is not theirs and gamble it away with seemingly no consequences.

Anyway, I'm relying on you to do the best for us, the "unsecured" creditors …

All the Best…

Abraham Bruck