RE: Case 22-10964 (MG)

To The Honorable Judge Martin Glenn,

Thank you for taking your time to read this letter. I am a Celsius depositor that only use the Earn account to earn interest using the super safe USD coins. I didn't participate in any other Celsius program I deemed riskier than a simple savings program. I'm just one of the thousands of Celsius depositors who had their hopes to grow their nest egg in a safe place. But the reality is shattered hopes, broken hearts, and nightmares due to miss management, deceit and lies from Celsius and their leadership team.

My personal story is I became a proud US citizen about two years ago. I was full of hope to fulfil my American dream and one important aspect of that dream is financial freedom. Transferring my hard-earned money to Celsius and earn stable interest was one important step I thought to achieve that. I thought I had done enough research about the company and the program, and it should be a safe bet since I didn't participate in any other riskier programs. But Celsius bankruptcy filing is a huge blow and a rude awakening to my American dream. It has now put me in a financially difficult position. My confidence in US financial system is deeply weakened. I even started doubting why I have spent so many efforts to become a US citizen and is treated like that?

Please do you best to help us small regular folks get what is ours back, my current account position is valued at $86,995. We, the Depositors, look forward to a positive and just outcome of this entire fiasco.


Very Respectfully,


Qingsong Yang