Case 22-10964 Page 1 of 1
Celsius Network LLC, et al. ("Celsius")

July 26, 2022

Dear Chief Judge Glenn:

I am writing to request an amendment to the "Case Management Procedures"[1] for Case No. 22-10964 (MG), Celsius Network LLC, et al.

I am a self-represented, non-institutional creditor in above case. The current "Case Management Procedures" (as proposed) state: "all notices, motions, applications, briefs, memoranda, affidavits, declarations, objections, responses, and other documents filed in these chapter 11 cases are subject to, and will not be deemed properly served unless they are served in accordance with, these Case Management Procedures."[2]

Section II (Filing and Service Procedures) of the "Case Management Procedures" require any declarations, responses, or other objections in this case be filed by registered users of the Court's electronic case filing system (the "Electronic Filing System")[3]. Your honor, this court has denied access to the Court's Electronic Filing System to anyone other than attorneys and employees of institutional creditors and instead provide Self-Represented individuals the opportunity to electronically submit documents using the courts PDF Upload tool at http://coop.nysb.uscourts.gov/prosefiles.[4]

Although "Stretto" has been retained as the Noticing agent to creditors, they confirmed via telephone support 26 July 2022 they are **not** the intermediary for Noticing from creditors with regards to the subject "Case Management Procedures" nor are there plans proposed for them to do so in the future. This leaves Self-Represented individuals **no opportunity** to register any objections, responses, other documents, etc during these proceedings other than via the court's PDF Upload tool referenced above.

In fairness to all creditors large and small, and considering funds needed by some to hire counsel is still locked on the Celsius platform, I request the "Case Management Procedures" be amended to include items from Self-Represented individuals submitted through the PDF Upload tool (for those that cannot get access to the court's Electronic Filing System) be considered properly filed and noticed as well.

Best Regards,

C. Marsh
Self-Represented Celsius Creditor
Los Angeles, CA, USA

---

[1] Case Management Procedures: https://cases.stretto.com/public/x191/11749/custom-page/23ebad5d-7a6b-4e2a-b430-a038dc546b7b.pdf
[2] Case Management Procedures: Page 2, Paragraph 2: https://cases.stretto.com/public/x191/11749/custom-page/23ebad5d-7a6b-4e2a-b430-a038dc546b7b.pdf
[3] Case Management Procedures: Section II (Filing and Service Procedures), page 5, paragraph 10: https://cases.stretto.com/public/x191/11749/custom-page/23ebad5d-7a6b-4e2a-b430-a038dc546b7b.pdf
[4] Email from courtmail@nysb.uscourts.gov, dated 21 July 2022, Subject: USBC-SDNY E-Filing Limited Update