The Honorable Martin Glenn
United States Bankruptcy Court, Southern District of New York
New York, NY 10004-1408

Case # 22-10964 Celsius Network LLC et al (Celsius)

Chief Judge Glenn,

I, George Keith Rucker of 9802 Compass Point Way Tampa, Florida 33615 am a victim in the Celsius Bankruptcy. Like many others, I invested my hard earned money with Celsius. My account included the following shares:

- Bitcoin (BTC)  1.004657 shares
- USD Coin (USDC) 5,504.421861 shares
- Ethereum (ETH)  1.005219 shares

I am a very conservative investor and looked long and hard at the options that were available in the marketplace. After researching for two years and spending many hours of watching videos, reading many different business articles about Celsius and Alex Mashinsky, I finally made the decision to invest in Celsius.

It appeared to be a safe investment with a reasonable return. As you can see by investing in USDC, I was still taking the conservative route with some of the investment. As the market declined, I still felt my investment was safe from the reassurances of Mr. Mashinsky.

I am 63 years and approaching retirement. As with many people getting close to retirement, we look for the best return for our money. This investment may not appear to be much, but without my funds back I will have to delay my retirement.

All along we were led to believe our assets were protected and until they were frozen. I felt that I was investing my money into Bitcoin, USD Coin and Ethereum and were just held on the Celsius platform and were accessible at any time I wanted to exercise my right to either move or sell them.

I sincerely hope that the court releases the coins to the rightful owners.

Regards,

George Keith Rucker