Dear Hon.Martin Glenn,                                 Adelaide, 26th July 2022

My name is Claudia and I live in Adelaide/Australia and in 2020 I have stored 3000 AUD (Etherium) in Celsius as their CEO Alex Mashinsky claimed they will safer, better and more transparent than any bank.

It was all a lie and now as all other Celsius users I am unable to withdraw my money though Mr Mashinsky always made it clear it will be accessible at all times but than suddenly in June 2022 blocked all users from withdrawing and transferring.

This company 'Celsius' is as a big ponzi scheme with no regard to the honest people who invested.

I believe in the American Justice System and that Celsius will be held to account and that we as the customers get our money back.

Yours sincerely,

Claudia Carstensen