Dan Waltz

491 Westcrest Drive

Nashville, TN

July 21, 2022

The Honorable Judge Martin Glenn

United States Bankruptcy Court

Southern District of New York

Dear Judge Glenn:

I'm writing to express my concern regarding the Celsius bankruptcy case. In retrospect, it is clear that Mr. Mashinksy misrepresented Celsius with regard to their financial condition, and the risks associated with using their platform. I respectfully ask that you consider giving depositors as high a priority as the law permits. Especially those with custody accounts such as myself.

Thank you for your consideration.

Sincerely,

Dan Waltz