August 16, 2022

Re:  Celsius Lending LLC

The Honorable Martin Glenn:

I'm a Celsius Lending customer who took out a 4x overcollateralized loan in December, 2021.  While I accepted the risk that the value of my collateral might fall, I did not accept the risk that Celsius, through their own actions, might lose my collateral.  Now because of their mismanagement we must figure out how to allocate the losses that Celsius incurred.

I respectfully request that whatever assets Celsius have left be used first to close out the loans on a pro-rata basis.  After all, whatever assets Celsius still have (up to the total of the collateral that was deposited with them) are there specifically because they were deposited as collateral by its customers.  Without those deposits, the assets would not be there now.

Respectfully,

Brad Gamble
671 Terraine Ave.
Long Beach, CA  90814
(562) 882-4660