Dear Judge Glenn,

I appreciate your attention and that you put your efforts in this case. My letter is brief; just to say that I opened my account and deposited in Celsius only 3 weeks before the withdrawal freeze! I decided to put all my savings of years! in Celsius for the ten videos that mr. Mashisky personally carried out saying that: it was a safe company and that there were no risks. My question is: why did Mashisky let people open new accounts weeks before? and that we put our money in Celsius weeks before? Why didn't you suspend opening new accounts so as not to harm more families? We are sure that in a deficit of more than 2000 million, Mr. Mashinsky and his team already knew about it months before! And kept going!

In those 3 weeks I made $56 before my life savings were frozen. God gave him this challenge to defend ourselves, we are families, we are hard-working and honest people. We don't deserve to lose everything.

    I thank you for your time and your reflection in the face of so much pain caused.

Sincerely.

Rene V.

    (Celsius depositor outside the USA)