

Vincent Walters

3515 N Longfellow Cir

Hollywood, FL 33021

tavirvins@protonmail.com

*Claims Processing Center*
c/o Stretto
410 Exchange, Ste 100
Irvine, CA 92602

cc. Honorable Judge Martin Glenn

One Bowling Green

New York, NY 10004-1408

Celsius Network LLC, Case No. 22-10964

Dear Honorable Judge Glenn,

I'm writing regarding the case above to implore you to consider the individual investors who have been defrauded by Celsius. I have over $80,000 (current value) worth of assets on the Celsius platform which I have accumulated over 5 years. These same assets were worth over $150,000 at one point and I believe in the future of crypto assets and expect the value will be even higher. Like everyone I'm just trying to secure my families future as best I can and losing these assets would be devastating. I am not asking for anything more than the return of the assets I have on the platform. I can deal with the value of my investments declining, even to zero, but being defrauded is a different and difficult pill to swallow.

I hope special consideration will be made for using Celsius' Bitcoin mining operation to make investors whole.

I thank you for your time and consideration Your Honor and God Bless you.

Best regards,

Vincent Walters

305 903 6966

Vincent Walters

3515 N Longfellow Circle

Hollywood, FL 33021

tavirvins@protonmail.com

305 903 6966

Case:22-10964

Below are a list of my holdings on Celsius Network:

| | | | |
|---|---|---|---|
| CEL | Celsius Coin | Quantity | 1.1122 |
| ETH | Etherium | Quantity | 23.875792 |
| BTC | Bitcoin | Quantity | 0.948517 |
| USDC | US Dollar Coin | Quantity | 6,519.151971 |
| UNI | Uniswap | Quantity | 366.318065 |
| ETC | Etherium Classic | Quantity | 63.203625 |
| LINK | Link | Quantity | 249.686212 |
| KNC | Lyber Network Coin | Quantity | 626.343384 |
| MATIC | Polygon matic | Quantity | 831.826218 |
| SNX | Synthetic Network | Quantity | 179.528878 |
| BAT | Basic Attention Coin | Quantity | 1284.828981 |
| XLM | Stella Lumen | Quantity | 3265.813859 |
| DASH | Dash | Quantity | 6.189648 |
| AVAX | Avalanche | Quantity | 12.199382 |
| ZEC | Z Cash | Quantity | 3.300799 |
| COMP | Compound | Quantity | 2.146388 |
| EOS | EOS | Quantity | 82.048900 |
| AAVE | Aave | Quantity | 1.017778 |
| BNT | Bancor | Quantity | 57.764386 |

