**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Kenny Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the proposed information agent for the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases.

On August 9, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **<u>Exhibit A</u>**:

- The Official Committee of Unsecured Creditors' Statement Regarding these Chapter 11 Cases [Docket No. 390]

- The Official Committee of Unsecured Creditors' Joinder to Debtors' *Ex Parte* Motion Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents and (II) Granting Related Relief [Docket No. 399]

- The Official Committee of Unsecured Creditors' Limited Objection to the Debtors' Cash Management Motion [Docket No. 401]

- The Official Committee of Unsecured Creditors' Limited Omnibus Objection to Certain of Debtors' First and Second Day Motions [Docket No. 402]

*[Remainder of Page Intentionally Left Blank]*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Dated: August 15, 2022

                                                          */s/ Kenny Crespin*
                                                          Kenny Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 15, 2022, by Kenny Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 63299

**Exhibit A**

Exhibit A

Core/2002 Service List
Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE MONTGOMERY AL 36104 | CONSUMERINTEREST@ALABAMAAG.GOV | First Class Mail and Email |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE SUITE 200 ANCHORAGE AK 99501 | ATTORNEY.GENERAL@ALASKA.GOV | First Class Mail and Email |
| AMTRUST NORTH AMERICA INC ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE CO | C/O MAURICE WUTSCHER LLP ATTN: THOMAS R. DOMINCZYK 5 WALTER FORAN BLVD, SUITE 2007 FLEMINGTON NJ 08822 | TDOMINCZYK@MAURICEWUTSCHER.COM THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM | First Class Mail and Email |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE PHOENIX AZ 85004 | AGINFO@AZAG.GOV | First Class Mail and Email |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST SUITE 200 LITTLE ROCK AR 72201 | OAG@ARKANSASAG.GOV | First Class Mail and Email |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 SACRAMENTO CA 94244-2550 | XAVIER.BECERRA@DOJ.CA.GOV | First Class Mail and Email |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING 1300 BROADWAY, 10TH FLOOR DENVER CO 80203 | CORA.REQUEST@COAG.GOV | First Class Mail and Email |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVE HARTFORD CT 6106 | ATTORNEY.GENERAL@CT.GOV | First Class Mail and Email |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP ATTN: DARREN AZMAN ONE VANDERBILT AVE NEW YORK NY 10017-3852 | DAZMAN@MWE.COM MCO@MWE.COM CGREER@MWE.COM | First Class Mail and Email |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP ATTN: GREGG STEINMAN 333 SE 2ND AVE, SUITE 4500 MIAMI FL 33131-2184 | GSTEINMAN@MWE.COM | First Class Mail and Email |
| DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE OFFICE BUILDING 820 N FRENCH ST WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US ATTORNEY.GENERAL@DELAWARE.GOV | First Class Mail and Email |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW WASHINGTON DC 20001 | OAG@DC.GOV | First Class Mail and Email |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS 1301 AVENUE OF THE AMERICAS, 42ND FLOOR NEW YORK NY 10019 | JEFFREY.GLEIT@AFSLAW.COM ALLISON.WEISS@AFSLAW.COM LISA.INDELICATO@AFSLAW.COM ALYSSA.FIORENTINO@AFSLAW.COM | First Class Mail and Email |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. 920 LENMAR DR BLUE BELL PA 19422 | SCHROEDER@JRLAW.ORG HEALEY@JRLAW.ORG | First Class Mail and Email |

Exhibit A

Core/2002 Service List
Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL-01<br>TALLAHASSEE FL 32399 | ASHLEY.MOODY@MYFLORIDALEGAL.COM | First Class Mail and Email |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ SW<br>ATLANTA GA 30334 | | First Class Mail |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN ST<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | First Class Mail and Email |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | 700 W JEFFERSON ST, SUITE 210<br>PO BOX 83720<br>BOISE ID 83720 | STEPHANIE.GUYON@AG.IDAHO.GOV | First Class Mail and Email |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | INFO@LISAMADIGAN.ORG | First Class Mail and Email |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH<br>302 W WASHINGTON ST, 5TH FLOOR<br>INDIANAPOLIS IN 46204 | | First Class Mail |
| INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| IOWA OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING<br>1305 E WALNUT ST<br>DES MOINES IA 50319 | CONSUMER@AG.IOWA.GOV | First Class Mail and Email |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT<br>120 SW 10TH AVE<br>2ND FLOOR<br>TOPEKA KS 66612 | DEREK.SCHMIDT@AG.KS.GOV | First Class Mail and Email |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON<br>700 CAPITAL AVE<br>SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG<br>601 LEXINGTON AVE<br>NEW YORK NY 10022 | JSUSSBERG@KIRKLAND.COM | First Class Mail and Email |
| KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET<br>300 N LASALLE ST<br>CHICAGO IL 60654 | PATRICK.NASH@KIRKLAND.COM<br>ROSS.KWASTENIET@KIRKLAND.COM | First Class Mail and Email |
| LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ.<br>60 E 42ND ST, SUITE 4700<br>NEW YORK NY 10165 | JOSHUA@LEVINEPSTEIN.COM | First Class Mail and Email |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>300 CAPITAL DR<br>BATON ROUGE LA 70802 | ADMININFO@AG.STATE.LA.US | First Class Mail and Email |
| MAINE OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | ATTORNEY.GENERAL@MAINE.GOV | First Class Mail and Email |

Exhibit A

Core/2002 Service List
Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE<br>BALTIMORE MD 21202 | OAG@OAG.STATE.MD.US | First Class Mail and Email |
| MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | 1 ASHBURTON PLACE<br>20TH FLOOR<br>BOSTON MA 02108 | | First Class Mail |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER<br>WORLDWIDE PLAZA<br>825 EIGHTH AVE 31ST FLOOR<br>NEW YORK NY 10019 | DADLER@MCCARTER.COM | First Class Mail and Email |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | 525 W OTTAWA ST<br>LANSING MI 48906 | | First Class Mail |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST<br>SUITE 1400<br>ST. PAUL MN 55101 | ATTORNEY.GENERAL@AG.STATE.MN.US | First Class Mail and Email |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILDING<br>550 HIGH ST<br>PO BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 | CONSUMER.HELP@AGO.MO.GOV | First Class Mail and Email |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR<br>215 N SANDERS<br>PO BOX 201401<br>HELENA MT 59602 | CONTACTDOJ@MT.GOV | First Class Mail and Email |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL<br>LINCOLN NE 68509 | | First Class Mail |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | OLD SUPREME COURT BUILDING<br>100 N CARSON ST<br>CARSON CITY NV 89701 | | First Class Mail |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 3301 | ATTORNEYGENERAL@DOJ.NH.GOV | First Class Mail and Email |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL, WEST WING<br>BOX 080<br>TRENTON NJ 8611 | | First Class Mail |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO ST<br>VILLAGRA BUILDING<br>SANTA FE NM 87501 | HBALDERAS@NMAG.GOV | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL<br>2ND FLOOR<br>ALBANY NY 12224 | | First Class Mail |
| NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ.<br>184 GRAND AVE<br>ENGLEWOOD NJ 07631 | BHANNON@NORGAARDFIRM.COM<br>MNORGAARD@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM<br>SFERREIRA@NORGAARDFIRM.COM<br>KCIMMINO@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM | First Class Mail and Email |
| NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | 114 W EDENTON ST<br>RALEIGH NC 27603 | | First Class Mail |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL<br>600 E BOULEVARD AVE<br>DEPT. 125<br>BISMARCK ND 58505 | NDAG@ND.GOV | First Class Mail and Email |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL<br>201 VARICK ST<br>ROOM 1006 | USTPREGION02.NYECF@USDOJ.GOV<br>Shara.Cornell@usdoj.gov | First Class Mail and Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON, MARK ROBINSON, & KEITH NOYES FOR COVARIO AG | On File | Email |
| OHIO OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER<br>30 E BROAD ST, 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 | QUESTIONS@OAG.OK.GOV | First Class Mail and Email |
| OREGON OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE<br>SALEM OR 97301-4096 | ELLEN.ROSENBLUM@DOJ.STATE.OR.US<br>ATTORNEYGENERAL@DOJ.STATE.OR.US | First Class Mail and Email |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL<br>HARRISBURG PA 17120 | | First Class Mail |
| PHAROS USD FUND SP & PHAROS FUND SP | LANDMARK SQUARE, 1ST FLOOR<br>64 EARTH CLOSE<br>PO BOX 715<br>GRAND CAYMAN KY-1107 Cayman Islands | ADMIN@LANTERNVENTURES.COM | First Class Mail and Email |

Exhibit A

Core/2002 Service List
Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6569 | SLIEBERMAN@PRYORCASHMAN.COM<br>MSILVERMAN@PRYORCASHMAN.COM | First Class Mail and Email |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST<br>PROVIDENCE RI 2903 | AG@RIAG.RI.GOV | First Class Mail and Email |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH<br>1251 SIXTH AVE, 21ST FLOOR<br>NEW YORK NY 10020 | ABARRAGE@DWT.COM<br>HUGHMCCULLOUGH@DWT.COM<br>ELAINEHUCKABEE@DWT.COM<br>SEADOCKET@DWT.COM | First Class Mail and Email |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY-OGC-ADO@SEC.GOV | First Class Mail and Email |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE<br>100 PEARL ST<br>SUITE 20-100<br>NEW YORK NY 10004-2616 | NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE<br>200 VESEY ST SUITE 400<br>BROOKFIELD PLACE<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS BLDG<br>1000 ASSEMBLY ST, ROOM 519<br>COLUMBIA SC 29201 | | First Class Mail |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | | First Class Mail |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | ONE ST. ANDREWS PLAZA<br>NEW YORK NY 10007 | | First Class Mail |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER<br>125 BROAD ST<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM | First Class Mail and Email |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION<br>ATTN: MARVIN E. CLEMENTS, JR.<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | AGBANKNEWYORK@AG.TN.GOV | First Class Mail and Email |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207<br>NASHVILLE TN 37202-0207 | | First Class Mail |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | 300 W 15TH ST<br>AUSTIN TX 78701 | | First Class Mail |

## Exhibit A

Core/2002 Service List
Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI<br>PO BOX 12548 MC 008<br>BANKRUPTCY & COLLECTIONS DIVISION, OFFICE OF THE ATTORNEY GENERAL<br>AUSTIN TX 78711-2548 | JASON.BINFORD@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV | First Class Mail and Email |
| TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK<br>NY 10119 | KORTIZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>DPERSON@TEAMTOGUT.COM<br>AODEN@TEAMTOGUT.COM<br>AGLAUBACH@TEAMTOGUT.COM<br>EBLANDER@TEAMTOGUT.COM<br>ARODRIGUEZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>GQUIST@TEAMTOGUT.COM<br>ASTOLP@TEAMTOGUT.COM | First Class Mail and Email |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 N STATE ST, SUITE 230<br>SALT LAKE CITY UT 84114 | UAG@UTAH.GOV | First Class Mail and Email |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ.<br>89 MAIN ST<br>3RD FLOOR<br>MONTPELIER VT 05620 | JENNIFER.ROOD@VERMONT.GOV | First Class Mail and Email |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST<br>MONTPELIER VT 5609 | AGO.INFO@VERMONT.GOV | First Class Mail and Email |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | 202 N NINTH ST<br>RICHMOND VA 23219 | MAIL@OAG.STATE.VA.US | First Class Mail and Email |
| WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS<br>100 CONGRESS AVE, 18TH FLOOR<br>AUSTIN TX 78704 | MORRIS.WEISS@WALLERLAW.COM<br>SHERRI.SAVALA@WALLERLAW.COM<br>ANNMARIE.JEZISEK@WALLERLAW.COM | First Class Mail and Email |
| WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE<br>511 UNION ST, SUITE 2700<br>NASHVILLE TN 37219 | TYLER.LAYNE@WALLERLAW.COM<br>CHRIS.CRONK@WALLERLAW.COM | First Class Mail and Email |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE<br>OLYMPIA WA 98501 | | First Class Mail |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | PO BOX 40100<br>OLYMPIA WA 98504-00 | | First Class Mail |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL<br>1900 KANAWHA BLVD E<br>BUILDING 1, ROOM E-26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | First Class Mail and Email |

Exhibit A

Core/2002 Service List
Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| WHITE & CASE LLP | ATTN: AARON E. COLODNY<br>555 S FLOWER ST, SUITE 2700<br>LOS ANGELES CA 90071 | AARON.COLODNY@WHITECASE.COM | First Class Mail and Email |
| WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM | First Class Mail and Email |
| WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE<br>111 S WACKER DR, SUITE 5100<br>CHICAGO IL 60606 | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM | First Class Mail and Email |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | 17 W MAIN ST<br>ROOM 114 EAST P<br>MADISON WI 53702 | | First Class Mail |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | 109 STATE CAPITOL<br>CHEYENNE WY 82002 | | First Class Mail |