Case Name: Celsius Network LLC, et al.
Case Number: 22-10964 (MG)
Client: Benjamin Murken via Benjamin Murken LLC

As clarifications come to group depositors, there are some of us that are in the incorrect group due to acts, or lack of action, by Celsius. I had requested several times that Celsius move my corporate account into the Custody option, since due to a technical issue on their website where I was unable to move my holdings. Their support said that they did that, but never did. I should be in with the Custody group as proceeding continue.