

Benjamin Murken <ben.murken@gmail.com>

## This week at Celsius

From: Celsius Network <support@celsius.network>
To: Benjamin Murken <ben.murken@gmail.com>

On Tue, Apr 19, 2022 at 10:13 AM

Mr. Murken,

We will look more into this on our side and see if we can find a technical issue.

Best Regards,
Corporate Support Agent | Celsius

On Tue, Apr 19, 2022 at 7:32 AM Benjamin Murken <ben.murken@gmail.com> wrote:

> On the website, I am unable to change any of my holdings from the Earn program to the custody program. I am not an accredited investor, and want to keep everything in the custody program.
>
> I have tried to make the request on your website, on multiple different browsers on several different days, but no luck. Can you check if there is some technical reason that I am unable to make the change?
>
> **Benjamin Murken**
>
> On Mon, Apr 18, 2022 at 12:50 PM Celsius <hello@celsius.network> wrote:
>
> 
> 
>
> # This Week at Celsius
> ## April 15 - 22
>
> - **Important Celsius Update for U.S. Clients:** Read about our latest updates for our U.S. clients, including changes to the Earn product and launch of Custody solution - Learn more.