Gmail - XLM transfer

    Benjamin Murken <ben.murken@gmail.com>

## XLM transfer

From: Celsius Network <support@celsius.network>
To: Benjamin Murken <ben.murken@gmail.com>

On Thu, Apr 28, 2022 at 3:22 PM  Celsius Network (support@celsius.network) wrote:

Your request (#903382) has been updated. To add additional comments, reply to this email.

    **Cynthia Paulson** (Celsius Network)

Dear Benjamin,

Thank you for reaching out to Celsius. I am happy to be able to assist you. I should be able to get your account moved to Custody status by the end of the day.

Best Regards,
Corporate Agent | Celsius
Wish to know more?
Check out Celsius Help Center

    **Benjamin Murken LLC**

Can I also check on a previous ticket. I am unable on the website to change my account to Custody only, and not the Earn option. Can someone at Celsius do that for me. Thanks.

Benjamin Murken

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website

https://mail.google.com/mail/u/0/?ik=c39557cfb3&view=pt&search...sg-a%3Ar6176471946526208802&simpl=msg-a%3Ar6176471946526208802