Date: August 17, 2022

To: The Honorable Martin Glenn United States Bankruptcy Court, Southern District of New York One Bowling Green New York, NY 10004-1408

Re: Celsius Network LLC, et al. ("Celsius"), Case Number 22-10964

Dear Honorable Judge Glenn,

I am an investor that utilized the Celsius platform for a short 30-day window and simply was in the wrong place at the wrong time. I transferred 898.468569 LINK +$7,959.26 on May 10, 2022 and attempted to send the funds out of the Celsius platform 30 days later on June 10, 2022. I did activate the 24 hour pre-selected location to send the funds out of the platform. As you can see from my account's history, the funds were shown to transfer out of the Celsius platform, but simple would not transfer. This was done 48 hours before the transfer option was frozen by Celsius on June 12th, 2022. All I am I asking if for my 898.468569 LINK +$7,959.26 in to be returned or be eligible for transfer.

Thank you

David Pieronowski

*[signature]* 08/17/2022

Account history :

Receive Completed May 10, 2022 | 12:55 PM 898.468569 LINK +$7,959.26

Referred Award Received Jun 9, 2022 | 12:57 PM 0.001647 BTC +$50

Send Completed Jun 10, 2022 | 05:56 AM -898.468569 LINK -$7,914.04

Receive Completed Jun 10, 2022 | 05:56 AM 898.468569 LINK +$7,907.77

Send Completed Jun 10, 2022 | 06:19 AM -10 LINK -$88.44

Receive Completed Jun 10, 2022 | 06:19 AM 10 LINK +$88.44