**Exhibit A**

This Statement reflects the nature and amount of disclosable economic interests in the Debtors held by members of the Ad Hoc Group of Custodial Account Holders as disclosed to the Togut Firm in U.S. Dollars based on the market prices of various cryptocurrency assets (as of July 13, 2022).[1]

This Statement is intended solely to satisfy Bankruptcy Rule 2019, to the extent applicable, to the various holdings of the Ad Hoc Group of Custodial Account Holders, and nothing set forth herein is intended to be or shall be an admission that any of the Ad Hoc Group of Custodial Account Holders' interests in property held by the Debtors constitute Disclosable Economic Interests for purposes of Bankruptcy Rule 2019. The values set forth herein are not intended to be a limitation on the form of recovery of the Ad Hoc Group of Custodial Account Holders, including, without limitation, their right to recover any property in kind. Nothing herein is or is intended to be a waiver of any arguments that any property held by the Debtors is not property of the estate under section 541 of the Bankruptcy Code.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Statement.

| Name[2] | Custody Wallet[3] | Earn[4] |
|---|---|---|
| William Saunders | $290,985.47 | $26,637.46 |
| David Little | $1,850,000 | $1,200 |
| Jonandre Dimetros | $59,150 | $48.95 |
| Stephen Dreikosen | $258,901.94 | $443.14 |
| Yanxing Ralbovsky | $15,500 | $2,000 |
| Cheryl Bierbaum | $143,955.37 | $6,783.44 |
| Elvin R. Turner | $155,220.33 | $0.00 |
| Frank Crespo | $117,426.79 | $0.00 |
| Ashley Mansour | $87,150.26 | $82.94 |
| Craig Robinson | $56,397.89 | $63.83 |

---

[2]    The addresses and contact information for all members of the Ad Hoc Group of Custodial Account Holders is provided as c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119 and.

[3]    As described by the Debtors, "Custody Wallet" refers to that program of the Debtors constituting a virtual wallet where all Eligible Digital Assets (as defined in the Debtors' Terms of Use available at: https://celsius.network/terms-of-use) held therein are custodial assets maintained either by the Debtors or by a third-party institution or other entity selected by the Debtors.

[4]    The Debtors also maintained an earn program (the "Earn Program"), where users who transfer certain cryptocurrencies to the Debtors earn rewards in the form of payment-in-kind interest or CEL Tokens (as defined in the *Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 23] (the "First Day Declaration")) on their assets. *See* First Day Declaration ¶ 47.  This statement does not include any collateral held by the Debtors relating to the Celsius "borrow" program as described in paragraph 53 of the First Day Declaration, and certain of the members of the Ad Hoc Group of Custodial Account Holders may owe the Debtors pursuant to the borrow program.

| Name[2] | Custody Wallet[3] | Earn[4] |
|---|---|---|
| Karen McLain | $47,113.64 | $40.37 |
| Julius Gasso | $126,088.14 | $767.93 |
| Ghassan Haddad | $301,743 | $89.00 |
| Aaron Stearns | $38,162 | $0.50 |
| Ravi Abuvala | $1,558,813 | $1,162 |
| Anthony Calderone | $47,701.43 | $16,714.70 |
| Rishi Rav Yadav | $1,484,101.17 | $2,278,538.21 |
| Frank Malcom Bradley | $135,071.63 | $0.00 |
| Edward W Champigny | $4,000,000 | $1,000 |
| Ramzi Audeh | $54,102.30 | $100.80 |
| Thomas Dean Fikar | $438,017.56 | $621.23 |
| Ilene Benator | $209,987.35 | $7,816.37 |
| Gilbert Castillo | $501,277.78 | $19,540.89 |
| Robert Christiansen | $320,727.99 | $3,769,521.06 |
| Adrien Guillo | $100,600 | $100.00 |
| Jesus Armando Saenz | $420,000 | $76,639.99 |
| Lakshmi Sai Lalitha Gurazada | $54,789.44 | $45.55 |

| Name[2] | Custody Wallet[3] | Earn[4] |
|---|---|---|
| Santosh Praneeth Banda | $1,575.51 | $35.00 |
| Robert K. Butryn | $2,294,373.02 | $17,258.27 |
| Christine Lebor | $79,835.00 | $14.00 |
| Michael Cifani | $10,241.72 | $0.00 |
| Paul Frederick | $96,349.48 | $0.00 |
| Joey Tuan | $270,438.22 | $38,507.36 |
| Jan Anderson | $132,960.93 | $0.00 |
| Marino Reyes | $2,259.45 | $12.11 |
| Eduardo Reyes | $159,304.42 | $517.05 |
| Peter Juiris | $596,049.43 | $1,352,749.39 |
| Cherktyek Consulting, LLC | $1,264,998.99 | $0.00 |
| Melinda Urbano | $55,314.53 | $109.49 |
| Jedidiah A. Salyards | $26,274.18 | $26.57 |
| Emil James Kohan | $579,113.00 | $33,000.00 |
| Harry B. Richardson Jr. | $280,384.76 | $2,080.17 |
| Jason Smith | $113,953.68 | $992.47 |
| Calvin Wong | $320,099.26 | $921.32 |

| Name[2] | Custody Wallet[3] | Earn[4] |
|---|---|---|
| Jacob Lindsay | $29,950.00 | $23,959.94 |
| Andrew Gilmore | $61,181.00 | $2,557.00 |
| Scott Schmeizer | $44,871.00 | $3,107.00 |
| John Chiakulas | $224,726.92 | $17,231.47 |
| Sargam Petra Griffin | $36,555.76 | $25,601.99 |
| Michael Singer | $77,145.00 | $300.00 |
| Troy A. Giesselman | $540,970.84 | $998.48 |
| Harold Kevin Montford | $525,050.03 | $0.00 |
| Gerrad Brigham | $399,000.00 | $75,095.96 |
| Veton Vejseli | $145,492.69 | $19,980.01 |
| Laura Dronen Smith | $16,278.99 | $12.74 |
| Hsuan Yao Huang | $61,556.20 | $46.19 |
| John "Jack" Gibbs | $186,568.00 | $465,316.00 |
| Allison Chan | $18,384.22 | $0.00 |
| Roshandip Singh | $165,453.41 | $22.50 |