To Honorable Judge Glenn:

I am writing to convey my utter disgust at Alex Mashinsky of Celcius Network. I trusted Celcius as a legitimate bank to hold and invest my crypto. I don't have that much money, and I put it all in Celcius. The total money I have is USD 10,428.52 coins. I understand that the value of the market and company shares can fluctuate. I want Celcius Network to return my money; they can take the reward they had given me.

I understand that I am considered a small investment I gained from working as a regular employee and invested for my son to get to elementary school. The funds I put by trusting Celcius have left me in a position of hardship.

That is the money I gain from working hard as a regular employee. I would appreciate your help and time in recovering my money.


Thank you,


Ardianty Nababan Sheeler