The Honorable Martin Glenn Case # 22-10964

I am writing this letter so you can add my name to the list of Celsius Depositors who have their Crypto Funds Locked. I have about $ 34,800.00 invested in multiple coins to include 26,700 in USD Coin, 54.905 SOL, 2124, .81 Matic, .968 ETH, 1,966.36 ADA; .039554 BTC; I only moved the Crypto to Celsius to earn interest based on all of my research. I cannot add anything new that hasn't already been said.

I only hope that the count will not look at Earned Vs Custody accounts differently. When I first deposited my coins back in 2021 the only had interest bearing accounts. Somewhere in the spring of 2022 they change to Earn and Custody accounts. If you were earning interest on your coin's you were put into the earn accounts. I am reading letters that say Earn should be treated differently than Custody and I totally disagree. We were not given a CHOICE we were just moved to EARN. Every Celsius depositor Earn, Custody should have their coins returned of Like Kind assets and not USD. Alex Mashinsky and all of his management team should be prosecuted and they should civilly liable to pay back the salaries earned.  Please return in-kind the money I invested.


Sincerely, Jessica Woo