Shawn Campbell

60 Caliza Circle apt 6324

St Augustine, FL 32084

Dear Judge Glen

Celsius has kept my funds in a earn account after writing me a emailing me telling that my funds would be in a custody account as I am not accredited investor. Celsius has $45,000 of mine.

I humbly reguest you order Celsius to refund my money as im in a military and my wife had a stroke. We need the money urgently;

Sincerely

Shawn Campbell

Ss #5390

239-778-4891