Dear Honerable Glenn,

Thank you for taking the time to read my letter about Celsius case number 22-10964

My wife and I became members of Celsius in 2020 and along the way we have invested a lot of hard earned money into the Crypto space for Celsius to hold Securely and Safely. We were told by Alex himself thru AMAs that it was safe and accounted for. After hearing about the bankrucpty my heart sank, our hard earned funds were now gone, gone to a company/team that will probably get nothing more than a slap on the wrist.

We need this team to be held Accoutable for their lousy actions and high levels of risk with their customers money. My depression has had my family worried, the money was to be used next year for my wifes pregancy bills and for our kids college funds is now gone.

I am requesting that we get the complete amount of funds back into our accounts and not some dollar figure from the day of bankrucpty. Please start from the bottom of the totem pole as us small guys need this more than the massive funding companies. This was our SAVINGS/RETIREMENT funds that they had stolen from us.

I pray that you will do whats best for the average person trying to make it through life, not just in the US, but world wide! Celsius company will never be trusted again, therefore returning funds is the only wise idea.

Thank you
Adam G.

