The Honorable Martin Glenn

Your Honor,

My name is Victor Brankovich, I'm writing to you in regards to the Celsius bankruptcy case. I deposited money on the Celsius platform as a retail investor in 2021 with the understanding that the underlining investment was safe and low risk as stated on many public AMA (ask me anything) and in writing by Celsius and verbally by Mr. Mashinsky. Unfortunately, this was a lie and public breach of contract my Mr. Mashinsky and Celsius corporation.

I currently have around $12,000 in value of crypto on Celsius earn account. I'm desperately hoping to regain my investment in the form of cryptocurrency holdings as it's a scary place to be entering a recession and economic downturn. My ultimate goal was not to enrich myself, but to help elevate my family which includes my wife and one year old son live a better life. With that being said Mr. Mashinkey and Celsius flat out did not act in the best interest of their user and community as they have claimed to be doing.

I'm asking you to fully hold Celsius and all their subsidiaries responsible and demand repayment actions to be taken to myself and the 1.7 million other users and investor who have been taken advantage of by finance platforms once again. I believe they intentionally mislead the community buy taking our assets in the form of Ethereum and bitcoin etc and putting into high-risk security type leveraging which was not in there fine print. They were fully aware of these risky tactics and did not disclose this to the common retail investor which led them to impending liquidity crisis.

Respectfully,
Victor B Brankovich
East Palo Alto Ca