To the Honorable Martin Glenn:

My life savings are on Celsius (3 Bitcoin and 10 Ethereum).   It took me years after a ruinous divorce to make the money to purchase my Crypto and a whole year of researching the best place to put it.   Like all the others I believed Alex Mashinsky was an honest man.    I was deceived.

My only request is that we the individual investor that trusted Celsius with our hard earned life savings get our crypto back in its pre-freeze quantity and exact type.   I have little interest in the current dollar value of my BTC and ETH.   I put them on Celsius for the long haul so getting them back as deposited is my only goal.   It's fine if that takes 5-10 years.   I'll wait.

One other note…Simon Dixon has both a plan and track record for saving and rebuilding broken crypto entities like Celsius.   If anybody has a chance of making us whole it's him.   He gets my vote for taking over.    Thank you your honor.

Matthew Whitington
Regular working guy