Dear Honorable Judge Glenn and the Court of NY,

    Why on God's green earth are Mr. Mashinsky, Mr. Goldstein, and Mr. Leon able to take a salary at this point?

    I have a small fortune/seven figures in $ deposit on Celsius and before God and country, I ask you to make sure the people who cannot eat or feed their children or are sick and cannot pay their medical bills, get their money before mine. I am willing to wait a year and not see a penny if those people are paid first. If I can do that, why cannot self-proclaimed billionaires and centimillionaires not take a salary for a year? Frankly, is this salary request by "top brass" at Celsius a joke (adjective with a capital F deleted with respect to the court).

    I remain, Semper Fidelis,

    Mark Finelli, CPL, USMC, inactive, JD/MBA