To the Honorable Judge Martin Glen,

My name is Mr Keijer and I live outside the US, in The Netherlands. I have put a part of my saved money in crypto at Celcius, because it was presented to us as a real save haven - "Unbank yourself". Same for some family members and friends.

However, it seems we were mislead, and all that was promised is not true.

Can you please help us in getting our crypto back? Although for some people it seems not much, for us it is. It cannot happen that Celcius management will get their bonuses, paid from our saved money….

Yours sincerely

Mr Keijer
The Netherlands