**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Samuel P. Hershey, hereby certify that on the 19th day of August, 2022, I caused:

- *Official Committee of Unsecured Creditors' Notice of Deposition of the Debtors in Connection with the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief*;

- *Official Committee of Unsecured Creditors' First Set of Requests for the Production of Documents to Debtors in Connection with the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief*;

- *Official Committee of Unsecured Creditors' First Set of Rule 2004 Requests for the Production of Documents to Debtors*; and

- *Official Committee of Unsecured Creditors' First Set of Rule 2004 Requests for the Production of Documents to Alex Mashinsky*;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

to be served upon the following parties by email:

Judson Brown, Grace C. Brier, and Leah A. Hamlin
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
jdbrown@kirkland.com;
grace.brier@kirkland.com;
leah.hamlin@kirkland.com

Ross M. Kwasteniet and Patrick J. Nash
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
rkwasteniet@kirkland.com;
patrick.nash@kirkland.com

Dated: August 23, 2022　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　*/s/ Samuel P. Hershey*
　　　　　　　　　　　　　　　　　　　　**WHITE & CASE LLP**
　　　　　　　　　　　　　　　　　　　　David M. Turetsky
　　　　　　　　　　　　　　　　　　　　Samuel P. Hershey
　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 819-8200
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 354-8113
　　　　　　　　　　　　　　　　　　　　Email: david.turetsky@whitecase.com
　　　　　　　　　　　　　　　　　　　　　　　　sam.hershey@whitecase.com

　　　　　　　　　　　　　　　　　　　　– and –

　　　　　　　　　　　　　　　　　　　　**WHITE & CASE LLP**
　　　　　　　　　　　　　　　　　　　　Michael C. Andolina (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Gregory F. Pesce (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　111 South Wacker Drive, Suite 5100
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 881-540
　　　　　　　　　　　　　　　　　　　　Email: mandolina@whitecase.com
　　　　　　　　　　　　　　　　　　　　　　　　gregory.pesce@whitecase.com

　　　　　　　　　　　　　　　　　　　　– and –

　　　　　　　　　　　　　　　　　　　　**WHITE & CASE LLP**
　　　　　　　　　　　　　　　　　　　　Aaron E. Colodny (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　555 South Flower Street, Suite 2700
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90071
　　　　　　　　　　　　　　　　　　　　Telephone: (213) 620-7700
　　　　　　　　　　　　　　　　　　　　Facsimile: (213) 452-2329
　　　　　　　　　　　　　　　　　　　　Email: aaron.colodny@whitecase.com

　　　　　　　　　　　　　　　　　　　　*Counsel to the Official Committee of*
　　　　　　　　　　　　　　　　　　　　*Unsecured Creditors*