8/23/2022

Dennis Capps

1114 S. 2nd Ave.

Des Plaines, IL 60016

dcapz@hotmail.com

Claims Processing Center
c/o Stretto
410 Exchange, Ste 100
Irvine, CA 92602

cc. Honorable Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408

Celsius Network LLC, Case No. 22-10964

Dear Honorable Judge Glenn,

I am writing regarding the above-mentioned case to ask you to please take into consideration all the individual "retail" investors who have been totally misled by Celsius. While my assets are not as huge as others, I nonetheless have a huge interest in seeing justice prevail. I worked an extra job to provide money to invest in crypto assets. I understand that the crypto world is in volatility right now, but I seek only to have access to the assets that I worked extremely hard for so I can secure them for myself. Nothing more. I feel that Celsius was promoting their platform at a time when they knew where the company was financially and where their business practices would lead. As such, thousands of people like myself now run the risk of losing everything because of the secret practices of Celsius.

I am trusting in your honor and integrity as Judge to help make we, the unwitting public whole again.

I thank you for your time and consideration in this matter, Your Honor, and pray God's blessings upon you.


Best Regards,


Dennis M. Capps
847-507-8229