Dennis Capps
1114 S. 2nd Ave
Des Plaines, IL 60016
[dcapz@hotmail.com](mailto:dcapz@hotmail.com)
Case: 22-10964

This is a screenshot of my holdings on Celsius Network:

