Motion of Notice of Hearing

I am Daniel Anatoly Frishberg and I am filing this motion to inform all parties about the hearing that will take place on September 1st at 10AM EST to be governed by Zoom at: http://www.nysb.uscourts.gov/ecourt-appearances

This hearing will be about my motion (docket #342) filed on 08/03/2022 where I requested an exemption to the automatic bankruptcy stay.