UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
Celsius Network LLC, *et al.*,                      :    Case No. 22-10964
                                                    :
                            Debtors.                :    (Jointly Administered)
---------------------------------------------------------X

# ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Michael D. Morris to be admitted *pro hac vice* to represent the State of Wisconsin and its Department of Financial Institutions, ("the Client") a party in interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin, as well as the bars of the United States District Courts for the Eastern and Western Districts of Wisconsin, it is hereby

**ORDERED,** that Michael D. Morris is admitted to practice *pro hac vice* in the above referenced case, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 24, 2022
      New York, New York

                                         /s/Martin Glenn
                                      THE HONORABLE MARTIN GLENN
                                      Chief United States Bankruptcy Judge