# EXHIBIT A



BUY ONLINE

## WE CARE ABOUT YOUR PRIVACY

We limit the information collected about you to what is needed for conducting business and offering products and services that might be of interest to you. You may choose to provide individually identifiable information (such as name, address, telephone number, mobile phone number and e-mail address) to Celsius, Inc. in a number of ways through our online and mobile Websites – by ordering a product from us, sending us email, or registering to receive news.

## WE DO NOT:

Collect individually identifiable information from you unless you provide it to us. Sell the names and addresses of visitors to our site to unaffiliated suppliers, without providing information on that disclosure where the individually identifiable information is collected.

## WE DO:

Use security techniques designed to protect customers' information from unauthorized access. Collect, maintain and use customer information as necessary to provide the most helpful and targeted products and services to meet customers' needs (e.g. customer care or new products or services). Honor customers' requests to remove their names from our telephone, mail, e-mail and text message solicitation lists using reasonable efforts to delete the information from existing files. Just contact us. When undertaking projects with other companies, provide access to customer information with an understanding that our business partners will also treat the information with respect for privacy concerns. In addition to individually identifiable information, we may collect information automatically when a visitor enters a Celsius, Inc. site, such as domain name, browser, the type of computer operating system, information about the



BUY ONLINE

## COOKIES

A cookie is a small, encrypted data string our server writes to your hard drive. We use cookies to deliver Web content specific to your interests and to control access to your personal shopping cart after your initial entry. The cookie permits the server to recall information from your previous shopping trip, should you decide to think about your purchase or talk it over with your spouse. A cookie is not used to access or otherwise compromise the data on your hard drive. With most browsers, you can choose to change your browser settings to disable cookies. Please be aware that cookies may be required to complete certain functions on celsius.com.

## INFORMATION SECURITY

We have security measures in place to protect against the loss, misuse and alteration of information under our control. When you place an order, the information you submit is encrypted using the Secure Sockets Layer (SSL) protocol.

## VALUE ADDED

Because we appreciate the trust you have placed in us, we continually look for ways to enhance that business relationship. So from time to time, we may let you know about a product or service. Using the information you have provided to us, we strive to limit our offers to those we think you would appreciate receiving. We want every contact you have with us to be a positive experience. So if you would prefer not to receive these value-added services, offers and opportunities, just contact us.

## CHILDREN

Children should consult with their parents or guardian before furnishing any data to us. We believe that parents should supervise their children's online and mobile activities and may consider using one of a number of available parental control tools that provide



BUY ONLINE

from our records.

## LINKS

Celsius, Inc. is not responsible for content or privacy policies of other sites. You should keep this in mind when accessing sites through links on the Celsius, Inc. site.

## EMAIL

If you need to unsubscribe from our emails, you can do so by clicking on the unsubscribe link within your email, or by emailing celsiusinfo@celsius.com.

## UPDATES

As with all Celsius, Inc. sites, we will constantly strive to improve the services we may offer, and may update this privacy statement from time to time in connection with that effort. We reserve the right to expand our capabilities for information collection and use, and may change our policies along with this privacy statement at any time.





BUY ONLINE

▶

AMBASSADORS    FAQ    BLOG

ACCESSIBILITY STATEMENT

© 2022 CELSIUS. ALL RIGHTS RESERVED.

CORPORATE    |    PRIVACY

SITE BY MOVETIC

