**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>                      Debtor(s). | Case No. 22-10964-MG<br><br>Chapter 11<br><br>(Jointly Administered) |

## REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Jason Stone and KeyFi Inc. (collectively "Stone and KeyFi") hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Kyle W. Roche, Esq.
> Roche Freedman LLP, A Professional Corporation
> 99 Park Avenue, Suite 1910
> New York, NY 10016
> Telephone: (646) 350-0527
> kyle@rochefreedman.com

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Stone and KeyFi's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any

matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions,

defenses, setoffs or recoupments to which Stone and KeyFi are, or may be, entitled under

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments expressly are reserved.


Dated: August 25, 2022

**ROCHE FREEDMAN LLP**

*/s/ Kyle W. Roche*
Kyle W. Roche
99 Park Avenue, Suite 1910
New York, NY 10016
Tel.: (646) 350-0527
kyle@rochefreedman.com

*Counsel for Stone and KeyFi*