**From:** nycsa@aol.com,
**To:** patrick.nash@kirkland.com, ross.kwasteniet@kirkland.com,
**Cc:** david.turetsky@whitecase.com, sam.hershey@whitecase.com, kwofford@whitecase.com, shara.cornell@usdoj.gov,
**Subject:** Celsius Network LLC, 22-10964 (Odette Wohlman)
**Date:** Mon, Aug 22, 2022 6:32 pm

I am the attorney for Odette Wohlman, a former employee of Celsius Network, who resides in the U.K. and was wrongfully terminated in April of this year.

I understand that the motion seeking authorization to make certain severance payments (the "Motion"; ECF Doc. #19) has been adjourned to September 1, 2022. The Motion reflects that the Debtor seeks authorization to make severance payment in the aggregate amount of $409,000.   We ask that you advise us as soon as possible whether the severance payment owed to Ms Wohlman is included in this category of former employees and, if so, in what amount.   Thank you in advance for your prompt attention to this matter.
Susan Adler Esq
630 Third Avenue
New York, New York 10017
212-867-9595