# CERTIFICATE OF SERVICE

      I, Daniel A. Frishberg, hereby certify that on the 27nd day of August, 2022, I served the DEBTORS' OBJECTION TO CREDITOR DANIEL A. FRISHBERG'S MOTION FOR RELIEF FROM AUTOMATIC STAY to Kirkland and Ellis (the debtor's attorney's) and Celsius Networks LLC.