UNITED STATES BANKRUPTCY COURT
Southern District of New York Manhattan

| In re:<br>Celsius Network LLC,<br>    Debtor(s). | Case No.: 22-10964<br>Chapter: 11 |
|---|---|

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on August 25, 2022 as directed by Office of the United States Trustee- Region 2 , true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| Amended Objection to Sealing |
| Filed Limited Objection to Cash Management |
| Omnibus Objection to Debtor Retention Application |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. August 25, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Celsius Network LLC 22-10964**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 4622 | ABIGAIL R. RYAN, P.O. Box 12548, Austin, TX, 78711, abigail.ryan@oag.texas.gov | First Class |
| 4622 | AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS, ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR, ONE PENN PLAZA, SUITE 3335, NEW YORK, NY, 10119, BKOTLIAR@TEAMTOGUT.COM DPERSON@TEAMTOGUT.COM AODEN@TEAMTOGUT.COM AGLAUBACH@TEAMTOGUT.COM EBLANDER@TEAMTOGUT.COM ARODRIGUEZ@TEAMTOGUT.COM BKOTLIAR@TEAMTOGUT.COM GQUIST@TEAMTOGUT.COM ASTOLP@TEAMTOGUT.COM | First Class |
| 4622 | ALABAMA OFFICE OF THE ATTORNEY GENERAL, 501 WASHINGTON AVE, MONTGOMERY, AL, 36104, CONSUMERINTEREST@ALABAMAAG.GOV | First Class |
| 4622 | ALAMEDA RESEARCH LLC AND AFFILIATES, ATTN: ANDREW G. DIETDERICH, BRIAN, D. GLUECKSTEIN, & BENJAMIN S. BELLER, 125 BROAD ST, NEW YORK, NY, 10004, DIETDERICHA@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM BELLERB@SULLCROM.COM | First Class |
| 4622 | ALAMEDA RESEARCH LTD, TORTOLA PIER PARK, BUILDING 1 SECOND FLOOR, WICKHAMS CAY I ROAD TOWN, TORTOLA, VG1110, BRITISH VIRGIN ISLANDS, SAM@ALAMEDA-RESEARCH.COM | First Class |
| 4622 | ALASKA OFFICE OF THE ATTORNEY GENERAL, 1031 W 4TH AVE, SUITE 200, ANCHORAGE, AK, 99501, ATTORNEY.GENERAL@ALASKA.GOV | First Class |
| 4622 | ALTCOINTRADER (PTY) LTD, 229 ONTDEKKERS RD, HORIZON, ROODEPOORT, 1724, SOUTH AFRICA, RICHARD@ALTCOINTRADER.CO.ZA | First Class |
| 4622 | AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC., ATTN: THOMAS R. DOMINCZYK, 5 WALTER FORAN BLVD, SUITE 2007, FLEMINGTON, NJ, 08822, TDOMINCZYK@MAURICEWUTSCHER.COM THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM | First Class |
| 4622 | ANABELLE DIAS, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | First Class |
| 4622 | ARIZONA OFFICE OF THE ATTORNEY GENERAL, 2005 N CENTRAL AVE, PHOENIX, AZ, 85004, AGINFO@AZAG.GOV | First Class |
| 4622 | ARKANSAS OFFICE OF THE ATTORNEY GENERAL, 323 CENTER ST, SUITE 200, LITTLE ROCK, AR, 72201, OAG@ARKANSASAG.GOV | First Class |
| 4622 | B2C2 LTD, 86-90 PAUL ST, LONDON, EC2A 4NE, UNITED KINGDOM, MIDDLEOFFICE@B2C2.COM | First Class |
| 4622 | CALIFORNIA OFFICE OF THE ATTORNEY GENERAL, PO BOX 944255, SACRAMENTO, CA, 94244-2550, XAVIER.BECERRA@DOJ.CA.GOV | First Class |
| 4622 | CDP Investissements Inc., 555 South Flower Street, Fiftieth Floor, Los Angeles, CA, 90071, jmester@jonesday.com | First Class |
| 4622 | CELSIUS NETWORK LLC, ET AL., ATTN: JOSHUA A. SUSSBERG, 601 LEXINGTON AVE, NEW YORK, NY, 10022, JSUSSBERG@KIRKLAND.COM | First Class |
| 4622 | CELSIUS NETWORK LLC, ET AL., ATTN: PATRICK J. NASH, JR. & ROSS M., KWASTENIET, 300 N LASALLE ST, CHICAGO, IL, 60654, PATRICK.NASH@KIRKLAND.COM ROSS.KWASTENIET@KIRKLAND.COM | First Class |
| 4622 | Chief Judge Martin Glenn, One Bowling Green, Courtroom: 523, New York, NY, 10004-1408 | Overnight |
| 4622 | CHRISTOPHER J. LITTLE, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | First Class |
| 4622 | COLORADO OFFICE OF THE ATTORNEY GENERAL, RALPH L. CARR JUDICIAL BUILDING, 1300 BROADWAY, 10TH FLOOR, DENVER, CO, 80203, CORA.REQUEST@COAG.GOV | First Class |
| 4622 | CONNECTICUT OFFICE OF THE ATTORNEY GENERAL, 165 CAPITOL AVE, HARTFORD, CT, 06106, ATTORNEY.GENERAL@CT.GOV | First Class |
| 4622 | COVARIO AG, LANDYS GYR STRASSE 1, ZUG, 6300, SWITZERLAND, CELSIUSBANKRUPTCY@COVAR.IO MARK.BANNER@COVAR.IO | First Class |
| 4622 | CRED INC. LIQUIDATION TRUST, ATTN: DARREN AZMAN, ONE VANDERBILT AVE, NEW YORK, NY, 10017-3852, DAZMAN@MWE.COM MCO@MWE.COM CGREER@MWE.COM | First Class |
| 4622 | CRED INC. LIQUIDATION TRUST, ATTN: GREGG STEINMAN, 333 SE 2ND AVE, SUITE 4500, MIAMI, FL, 33131-2184, GSTEINMAN@MWE.COM | First Class |
| 4622 | CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC, 67 FORT ST, 1ST FLOOR, ARTEMIS HOUSE, GEORGE TOWN, KY1-1102, CAYMAN ISLANDS, C10_SPC@INVICTUSCAPITAL.COM DANIEL@INVICTUSCAPITAL.COM | First Class |
| 4622 | DEFERRED 1031 EXCHANGE, LLC, LAKELAND AVE., DOVER, DE, 19901, CIADONISI@DEFERRED1031.COM | First Class |
| 4622 | DELAWARE DEPARTMENT OF JUSTICE, CARVEL STATE OFFICE BUILDING, 820 N FRENCH ST, WILMINGTON, DE, 19801, ATTORNEY.GENERAL@STATE.DE.US ATTORNEY.GENERAL@DELAWARE.GOV | First Class |
| 4622 | DISTRICT OF COLUMBIA OFFICE OF ATTORNEY GENERAL, 400 6TH STREET NW, WASHINGTON, DC, 20001, OAG@DC.GOV | First Class |
| 4622 | DR. ASHRAF ELSHAFEI, ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS, 1301 AVENUE OF THE AMERICAS, 42ND | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | FLOOR, NEW YORK, NY, 10019, JEFFREY.GLEIT@AFSLAW.COM ALLISON.WEISS@AFSLAW.COM LISA.INDELICATO@AFSLAW.COM ALYSSA.FIORENTINO@AFSLAW.COM | |
| 4622 | EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC., 920 LENMAR DR, BLUE BELL, PA, 19422, SCHROEDER@JRLAW.ORG   HEALEY@JRLAW.ORG | First Class |
| 4622 | Evan J. Zucker, 1271 Avenue Of the Americas, New York, NY, 10020, evan.zucker@blankrome.com | First Class |
| 4622 | FLORIDA OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL PL-01, TALLAHASSEE, FL, 32399, ASHLEY.MOODY@MYFLORIDALEGAL.COM | First Class |
| 4622 | GEORGIA OFFICE OF THE ATTORNEY GENERAL, 40 CAPITOL SQ SW, ATLANTA, GA, 30334 | First Class |
| 4622 | HAWAII OFFICE OF THE ATTORNEY GENERAL, 425 QUEEN ST, HONOLULU, HI, 96813, HAWAIIAG@HAWAII.GOV | First Class |
| 4622 | ICB SOLUTIONS, W ROYAL FOREST BLVD, COLUMBUS, OH, 43214, ON FILE | First Class |
| 4622 | IDAHO OFFICE OF THE ATTORNEY GENERAL, 700 W JEFFERSON ST, SUITE 210, PO BOX 83720, BOISE, ID, 83720, STEPHANIE.GUYON@AG.IDAHO.GOV | First Class |
| 4622 | ILLINOIS OFFICE OF THE ATTORNEY GENERAL, JAMES R. THOMPSON CENTER, 100 W RANDOLPH ST, CHICAGO, IL, 60601, INFO@LISAMADIGAN.ORG | First Class |
| 4622 | INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL, INDIANA GOVERNMENT CENTER SOUTH, 302 W WASHINGTON ST, 5TH FLOOR, INDIANAPOLIS, IN, 46204, Heather.Crockett@atg.in.gov | First Class |
| 4622 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | First Class |
| 4622 | INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC, 67 FORT ST, GRAND CAYMAN, KY1-1102, CAYMAN ISLANDS, C20_SPC@INVICTUSCAPITAL.COM   DANIEL@INVICTUSCAPITAL.COM | First Class |
| 4622 | IOWA OFFICE OF THE ATTORNEY GENERAL, HOOVER STATE OFFICE BUILDING, 1305 E WALNUT ST, DES MOINES, IA, 50319, CONSUMER@AG.IOWA.GOV | First Class |
| 4622 | JOHN DZARAN, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | First Class |
| 4622 | Julie F. Montgomery, Es, 6 North Broad Street, Suite 100, Woodbury , NJ , O8096, jmontgomery@brownconnery.com | First Class |
| 4622 | KANSAS OFFICE OF THE ATTORNEY GENERAL, 120 SW 10TH AVE, 2ND FLOOR, TOPEKA, KS, 66612, DEREK.SCHMIDT@AG.KS.GOV | First Class |
| 4622 | KEITH SUCKNO, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | First Class |
| 4622 | KENTUCKY OFFICE OF THE ATTORNEY GENERAL, 700 CAPITAL AVE, SUITE 118, FRANKFORT, KY, 40601 | First Class |
| 4622 | LAYLA D. MILLIGAN, P. O. Box 12548 MC008, Austin, TX, 78711, layla.milligan@oag.texas.gov | First Class |
| 4622 | LOUISIANA OFFICE ATTORNEY GENERAL, 300 CAPITAL DR, BATON ROUGE, LA, 70802, ADMININFO@AG.STATE.LA.US | First Class |
| 4622 | MAINE OFFICE OF THE ATTORNEY GENERAL, 6 STATE HOUSE STATION, AUGUSTA, ME, 04333, ATTORNEY.GENERAL@MAINE.GOV | First Class |
| 4622 | MARTIN LANGLOIS, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | First Class |
| 4622 | MARYLAND OFFICE OF THE ATTORNEY GENERAL, 200 ST. PAUL PLACE, BALTIMORE, MD, 21202, OAG@OAG.STATE.MD.US | First Class |
| 4622 | MASSACHUSETTS ATTORNEY GENERAL'S OFFICE, 1 ASHBURTON PLACE, 20TH FLOOR, BOSTON, MA, 02108, ago@state.ma.us | First Class |
| 4622 | MICHIGAN DEPARTMENT OF ATTORNEY GENERAL, 525 W OTTAWA ST, LANSING, MI, 48906, miag@michigan.gov | First Class |
| 4622 | MINNESOTA OFFICE OF THE ATTORNEY GENERAL, 445 MINNESOTA ST, SUITE 1400, ST. PAUL, MN, 55101, ATTORNEY.GENERAL@AG.STATE.MN.US | First Class |
| 4622 | MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL, WALTER SILLERS BUILDING, 550 HIGH ST, PO BOX 220, JACKSON, MS, 39201 | First Class |
| 4622 | MISSOURI OFFICE OF THE ATTORNEY GENERAL, SUPREME COURT BUILDING, 207 W HIGH ST, JEFFERSON CITY, MO, 65101, CONSUMER.HELP@AGO.MO.GOV | First Class |
| 4622 | MONIKA KOSA, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | First Class |
| 4622 | MONTANA OFFICE OF THE ATTORNEY GENERAL, JUSTICE BUILDING, 3RD FLOOR, 215 N SANDERS, PO BOX 201401, HELENA, MT, 59602, CONTACTDOJ@MT.GOV | First Class |
| 4622 | NEBRASKA OFFICE OF THE ATTORNEY GENERAL, 2115 STATE CAPITOL, 2nd Fl, Rm 2115, LINCOLN, NE, 68509, ago.info.help@nebraska.gov | First Class |
| 4622 | NEVADA OFFICE OF THE ATTORNEY GENERAL, OLD SUPREME COURT BUILDING, 100 N CARSON ST, CARSON CITY, NV, 89701 | First Class |
| 4622 | NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL, 33 CAPITOL ST, CONCORD, NH, 03301, ATTORNEYGENERAL@DOJ.NH.GOV | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 4622 | NEW JERSEY OFFICE OF THE ATTORNEY GENERAL, RICHARD J. HUGHES JUSTICE COMPLEX, 25 MARKET ST 8TH FLOOR, WEST WING BOX 080, TRENTON, NJ, 08611, askconsumeraffairs@lps.state.nj.us | First Class |
| 4622 | NEW MEXICO OFFICE OF THE ATTORNEY GENERAL, 408 GALISTEO ST, VILLAGRA BUILDING, SANTA FE, NM, 87501, HBALDERAS@NMAG.GOV | First Class |
| 4622 | NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC, ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ., 60 E 42ND ST, SUITE 4700, NEW YORK, NY, 10165, JOSHUA@LEVINEPSTEIN.COM | First Class |
| 4622 | NEW YORK OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL, 2ND FLOOR, ALBANY, NY, 12224, Louis.Testa@ag.ny.gov | First Class |
| 4622 | NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL, 114 W EDENTON ST, RALEIGH, NC, 27603, jsutton2@ncdoj.gov | First Class |
| 4622 | NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL, 600 E BOULEVARD AVE, DEPT. 125, BISMARCK, ND, 58505, NDAG@ND.GOV | First Class |
| 4622 | OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK, 201 VARICK ST, ROOM 1006, NEW YORK, NY, 10014, USTPREGION02.NYECF@USDOJ.GOV   SHARA.CORNELL@USDOJ.GOV | First Class |
| 4622 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, gregory.pesce@whitecase.com;mandolina@whitecase.com; david.turetsky@whitecase.com; sam.hershey@whitecase.com; aaron.colodny@whitecase.com | None |
| 4622 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: AARON E. COLODNY, 555 S FLOWER ST, SUITE 2700, LOS ANGELES, CA, 90071, AARON.COLODNY@WHITECASE.COM; gregory.pesce@whitecase.com; mandolina@whitecase.com; david.turetsky@whitecase.com; sam.hershey@whitecase.com | First Class |
| 4622 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM | Overnight |
| 4622 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE, 111 S WACKER DR, SUITE 5100, CHICAGO, IL, 60606, MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM | First Class |
| 4622 | OHIO OFFICE OF THE ATTORNEY GENERAL, STATE OFFICE TOWER, 30 E BROAD ST, 14TH FLOOR, COLUMBUS, OH, 43215 | First Class |
| 4622 | OKLAHOMA OFFICE OF THE ATTORNEY GENERAL, 313 NE 21ST ST, OKLAHOMA CITY, OK, 73105, QUESTIONS@OAG.OK.GOV | First Class |
| 4622 | OREGON OFFICE OF THE ATTORNEY GENERAL, 1162 COURT ST NE, SALEM, OR, 97301-4096, ELLEN.ROSENBLUM@DOG.STATE.OR.US   ATTORNEYGENERAL@DOJ.STATE.OR.US | First Class |
| 4622 | PAOLA LEANO PERALTA, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | First Class |
| 4622 | Patrick J. Nash, Jr., P.C.   Ross M. Kwasteniet, P.C., 300 N LaSalle St, CHICAGO, IL, 60654 | First Class |
| 4622 | PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL, STRAWBERRY SQUARE 16TH FL, HARRISBURG, PA, 17120 | First Class |
| 4622 | PETER POLOMBO, ATTN: BRIAN G. HANNON, ESQ. & MARK, E. NORGAARD, ESQ., 184 GRAND AVE, ENGLEWOOD, NJ, 07631, BHANNON@NORGAARDFIRM.COM   MNORGAARD@NORGAARDFIRM.COM CROSE@NORGAARDFIRM.COM   SFERREIRA@NORGAARDFIRM.COM   SFERREIRA@NORGAARDFIRM.COM KCIMMINO@NORGAARDFIRM.COM CROSE@NORGAARDFIRM.COM | First Class |
| 4622 | PHAROS USD FUND SP & PHAROS FUND SP, LANDMARK SQUARE, 1ST FLOOR, 64 EARTH CLOSE, PO BOX 715, GRAND CAYMAN, KY-1107, CAYMAN ISLANDS, ADMIN@LANTERNVENTURES.COM | First Class |
| 4622 | RH MONTGOMERY PROPERTIES, INC., ATTN: MORRIS D. WEISS, 100 CONGRESS AVE, 18TH FLOOR, AUSTIN, TX, 78704, MORRIS.WEISS@WALLERLAW.COM   SHERRI.SAVALA@WALLERLAW.COM ANNMARIE.JEZISEK@WALLERLAW.COM | First Class |
| 4622 | RH MONTGOMERY PROPERTIES, INC., ATTN: TYLER N. LAYNE, 511 UNION ST, SUITE 2700, NASHVILLE, TN, 37219, TYLER.LAYNE@WALLERLAW.COM   CHRIS.CRONK@WALLERLAW.COM | First Class |
| 4622 | RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL, 150 S MAIN ST, PROVIDENCE, RI, 02903, AG@RIAG.RI.GOV | First Class |
| 4622 | RIPPLE LABS INC., ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH, 1251 SIXTH AVE, 21ST FLOOR, NEW YORK, NY, 10020, ABARRAGE@DWT.COM   HUGHMCCULLOUGH@DWT.COM   ELAINEHUCKABEE@DWT.COM SEADOCKET@DWT.COM | First Class |
| 4622 | SECURITIES & EXCHANGE COMMISSION, 100 F ST NE, WASHINGTON, DC, 20549, SECBANKRUPTCY-OGC-ADO@SEC.GOV | First Class |
| 4622 | SECURITIES & EXCHANGE COMMISSION, 100 PEARL ST, SUITE 20-100, NEW YORK, NY, 10004-2616, NYROBANKRUPTCY@SEC.GOV | First Class |
| 4622 | SECURITIES AND EXCHANGE COMMISSION, 200 VESEY ST SUITE 400, BROOKFIELD PLACE, NEW YORK, NY, 10281-1022, BANKRUPTCYNOTICESCHR@SEC.GOV   NYROBANKRUPTCY@SEC.GOV | First Class |
| 4622 | Shawn M. Christianson, Esq, 425 Market Street, Suite 2900, San Francisco, CA, 94105-3493, schristianson@buchalter.com | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 4622 | SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL, REMBERT C. DENNIS BLDG, 1000 ASSEMBLY ST, ROOM 519, COLUMBIA, SC, 29201 | First Class |
| 4622 | SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL, 1302 E HIGHWAY 14, SUITE 1, PIERRE, SD, 57501-8501 | First Class |
| 4622 | SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE, ONE ST. ANDREWS PLAZA, NEW YORK, NY, 10007 | First Class |
| 4622 | Susan Golden, Ross Kwasteniet, Josh Sussberg; Pat Nash; Tricia Schwallier Collins; Heidi Hockberger; Alison Wirtz:, 601 Lexington Ave, NEW YORK, NY, 10022, Susan.golden@kirkland.com; ross.kwasteniet@kirkland.com; joshua.sussberg@kirkland.com; patrick.nash@kirkland.com; tricia.schwallier@kirkland.com; heidi.hockberger@kirkland.com; alison.wirtz@kirkland.com; | First Class |
| 4622 | TENNESSEE DEPARTMENT OF COMMERCE & INSURANCE, ATTN: MARVIN E. CLEMENTS, JR., PO BOX 20207, BANKRUPTCY DIVISION, NASHVILLE, TN, 37202-0207, AGBANKNEWYORK@AG.TN.GOV | First Class |
| 4622 | TENNESSEE OFFICE OF THE ATTORNEY GENERAL, PO BOX 20207, NASHVILLE, TN, 37202-0207, reg.boards@tn.gov | First Class |
| 4622 | TEXAS OFFICE OF THE ATTORNEY GENERAL, 300 W 15TH ST, AUSTIN, TX, 78701, stephanie.eberhardt@oag.texas.gov; | First Class |
| 4622 | TEXAS STATE SECURITIES BOARD, PO BOX 12548 MC 008, BANKRUPTCY & COLLECTIONS DIVISION, OFFICE OF THE ATTORNEY GENERAL OF TEXAS, AUSTIN, TX, 78711-2548, JASON.BINFORD@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV | First Class |
| 4622 | THOMAS DIFIORE, ATTN: SETH H. LIEBERMAN & MATTHEW, W. SILVERMAN, 7 TIMES SQUARE, NEW YORK, NY, 10036-6569, SLIEBERMAN@PRYORCASHMAN.COM  MSILVERMAN@PRYORCASHMAN.COM | First Class |
| 4622 | TROUTMAN PEPPER HAMILTON SANDERS LLP, 4000 Town Center, Suite 1800, Southfield, MI, 48075, deborah.kovsky@troutman.com | First Class |
| 4622 | UTAH OFFICE OF THE ATTORNEY GENERAL, UTAH STATE CAPITOL COMPLEX, 350 N STATE ST, SUITE 230, SALT LAKE CITY, UT, 84114, UAG@UTAH.GOV | First Class |
| 4622 | VERMONT DEPARTMENT OF FINANCIAL REGULATION, 89 MAIN ST, 3RD FLOOR, MONTPELIER, VT, 05620, JENNIFER.ROOD@VERMONT.GOV | First Class |
| 4622 | VERMONT OFFICE OF THE ATTORNEY GENERAL, 109 STATE ST, MONTPELIER, VT, 05609, AGO.INFO@VERMONT.GOV | First Class |
| 4622 | VIRGINIA OFFICE OF THE ATTORNEY GENERAL, 202 N NINTH ST, RICHMOND, VA, 23219, MAIL@OAG.STATE.VA.US | First Class |
| 4622 | WASHINGTON OFFICE OF THE ATTORNEY GENERAL, 1125 WASHINGTON ST SE, OLYMPIA, WA, 98501, emailago@atg.wa.gov | First Class |
| 4622 | WASHINGTON OFFICE OF THE ATTORNEY GENERAL, PO BOX 40100, OLYMPIA, WA, 98504-00, Abby.G.Cunningham@wvago.gov | First Class |
| 4622 | WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL, 1900 KANAWHA BLVD E, BUILDING 1, ROOM E-26, CHARLESTON, WV, 25305, CONSUMER@WVAGO.GOV | First Class |
| 4622 | WISCONSIN OFFICE OF THE ATTORNEY GENERAL, 17 W MAIN ST, ROOM 114 EAST P, MADISON, WI, 53702 | First Class |
| 4622 | WYOMING OFFICE OF THE ATTORNEY GENERAL, 109 STATE CAPITOL, CHEYENNE, WY, 82002 | First Class |
| 4622 | ZIGLU LIMITED, 1 POULTRY, LONDON, EC2R8EJ, UNITED KINGDOM, CFO@ZIGLU.IO | First Class |