Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' APPLICATION FOR**
**ENTRY OF AN ORDER (I) AUTHORIZING THE**
**EMPLOYMENT AND RETENTION OF CENTERVIEW**
**PARTNERS LLC AS INVESTMENT BANKER FOR THE**
**DEBTORS EFFECTIVE AS OF JULY 13, 2022, (II) APPROVING**
**THE TERMS OF THE CENTERVIEW AGREEMENT, (III) WAIVING**
**CERTAIN REPORTING REQUIREMENTS PURSUANT TO LOCAL RULE**
**2016-2, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 13, 2022 (the "Petition Date"), the

above-captioned debtors and debtors in possession (collectively, the "Debtors"), each filed a

voluntary petition for relief under chapter 11 of title 11 of the United States Code,

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the

Southern District of New York (the "Court").

PLEASE TAKE NOTICE that on August 4, 2022, the Debtors filed the *Debtors'*

*Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview*

*Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022, (II) Approving*

*the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant*

*to Local Rule 2016-2, and (IV) Granting Related Relief* [Docket No. 362] (the "Centerview

Retention Application").

PLEASE TAKE FURTHER NOTICE that a hearing on the Centerview Retention

Application was previously scheduled to take place on September 1, 2022, at 10:00 a.m., prevailing

Eastern Time, and has been adjourned to **September 14, 2022, at 2:00 p.m., prevailing Eastern**

**Time** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Centerview

Retention Application must comply with the Federal Rules of Bankruptcy Procedure and the Local

Bankruptcy Rules for the Southern District of New York.  Any responses or objections by the

Official Committee of Unsecured Creditors and the Office of the United States Trustee to the

Centerview Retention Application must be filed and be served upon proposed counsel to the

Debtors **on or before** September 7, 2022, at 4:00 p.m., prevailing Eastern Time.

PLEASE TAKE FURTHER NOTICE that the Hearing will be conducted remotely using

Zoom for Government.  Parties wishing to appear at the Hearing, whether making a "live" or

"listen only" appearance before the Court, need to make an electronic appearance through the

Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00**

**p.m. (prevailing Eastern Time) on September 13, 2022**.  After the deadline for parties to make

electronic appearances passes, parties who have made their electronic appearance through the Court's website will receive an invitation from the Court with the Zoom link that will allow them to attend the Hearing.  Requests to receive a Zoom link will not be made by emailing the Court. Further information on the use of Zoom for Government can be found at the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the 2:00 p.m., September 14, 2022 (prevailing Eastern Time) Hearing must connect to the Hearing beginning at 1:00 p.m., September 14, 2022 (prevailing Eastern Time). When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing.  Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing.  When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance.  Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Centerview Retention Application may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of the Centerview Retention Application and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE that _your rights may be affected_.  You should read the Centerview Retention Application carefully and discuss them with your attorney, if you have one in connection with the chapter 11 cases.  (If you do not have an attorney, you may wish to consult with one.)**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Centerview Retention Application, or if you want the Court to consider your views on the Centerview Retention Application, then you or your attorney must attend the Hearing (as outlined above).  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Centerview Retention Application and may enter orders granting the relief requested in the Centerview Retention Application.

[*Remainder of Page Intentionally Left Blank.*]

New York, New York
Dated: August 30, 2022

/s/ *Joshua A. Sussberg*
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         jsussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         patrick.nash@kirkland.com
               ross.kwasteniet@kirkland.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*