TROUTMAN PEPPER HAMILTON
SANDERS LLP
Deborah Kovsky-Apap, Esq.
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7331
Facsimile: (248) 731-1572
Email: deborah.kovsky@troutman.com

*Counsel for Ad Hoc Group of*
*Withhold Account Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, *et al.,* | Case No. 22-10964-MG |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, I caused the foregoing documents to be served upon the parties listed on the attached service list in the manner indicated:

1. *Verified Statement Pursuant To Bankruptcy Rule 2019* [Docket No. 632]; and

2. *Ad Hoc Group of Withhold Account Holders' Statement in Support of The Debtors' Motion Pursuant to Section 107 of The Bankruptcy Code Seeking Entry of an Order Authorizing The Debtors to Redact Certain Personally Identifiable Information From The Creditor Matrix, Schedules And Statements, and Related Documents* [Docket No. 633].

#129357059 v1

| | |
|---|---|
| Dated: August 30, 2022 | Respectfully submitted,<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>/s/ *Deborah Kovsky-Apap*<br>Deborah Kovsky-Apap, Esq.<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>Telephone: (248) 359-7331<br>Facsimile: (248) 731-1572<br>Email: deborah.kovsky@troutman.com<br><br>*Counsel to Ad Hoc Group of Withhold Account Holders* |

#129357059 v1