| | |
|---|---|
| Annemarie V. Reilly<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200 | John J. Sikora (admitted *pro hac vice*)<br>Heather A. Waller (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700 |

*Proposed Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF JOHN J. SIKORA
IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORITY TO
RETAIN AND EMPLOY LATHAM & WATKINS LLP AS SPECIAL COUNSEL
TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, John J. Sikora, declare as follows:

1.   I am a partner in the law firm of Latham & Watkins LLP ("L&W"), an international law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in, and a member in good standing of the state bar of Illinois, and there are no disciplinary proceedings pending against me. I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

2. I submit this second supplemental declaration (the "Second Supplemental Declaration") in further support of the *Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date* [D.I. 363] (the "Application")[2] and to supplement the disclosures set forth in (a) the Sikora Declaration attached as Exhibit B to the Application (the "Initial Sikora Declaration") and (b) the *First Supplemental Declaration of John J. Sikora in Support of Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date* [D.I. 440] (together with the Initial Sikora Declaration, the "Prior Sikora Declarations").

3. All facts set forth in this Second Supplemental Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents. To the extent any information disclosed herein or in the Prior Sikora Declarations requires amendment or modification as additional information becomes available to L&W, an additional supplemental declaration will be submitted to this Court reflecting such amended or modified information.

4. L&W will not charge the Debtors for internal secretarial overtime.

5. As disclosed in the Application, L&W represents (a) Russell Crumpler and Christopher Farmer as joint liquidators for Three Arrows Capital, Ltd. and (b) Blockchain Access UK Ltd. Neither representation accounted for one percent (1%) or more of L&W's total client billings for the twelve-month period ending June 30, 2022.

6. Based on the information available to me, I believe that L&W: (a) has no connection to the Debtors, their creditors, or their related parties except as may be disclosed herein

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

or in the Prior Sikora Declarations, and (b) does not hold or represent any interest adverse to the interests of the Debtors or their estates with respect to the matters on which L&W is to be employed in these Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 31st day of August, 2022.

                                              */s/ John J. Sikora*
                                              John J. Sikora