# **CERTIFICATE OF SERVICE**

I, Daniel A. Frishberg, do hereby certify on the 29th day of August, 2022, that I served *Response To The Official Committee Of Unsecured Creditors' Objection To Creditor Daniel A. Frishberg's Motion For Relief From The Automatic Stay* upon The Official Unsecured Creditors Committee's lawyers.

The following party confirmed receipt[1]:

**WHITE & CASE LLP**
Aaron E. Colodny (admitted pro hac vice)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com



---

[1] See attached screenshot.