Dear Chief Judge Glenn,

I am a customer who unfortunately trusted Celsius. I have sold all my stocks, withdrew all my savings and refinance my house to invest in Celsius for the future of my family and my own. In many interviews and articles, Alex consistently ensured and convinced everyone that Celsius was a transparent and legitimate option for long term life investments. Constantly advertising themselves to be a superior options to banks, this misdirection has caused myself and many others to befall a serious financial crisis in the middle of this economic downturn.

Alex has always claimed to have around 2 billion dollars in their balance sheet, and always advertised that celsius were continuing to raise millions of dollars for funding to support its platform's users and guarantee a secure opportunity for small retail investors to store their bitcoin. When in reality, it clearly wasn't. Celsius deliberate misinformation is a sign of their fraudulent business practices. As their company continues to pay their executives millions ins salary instead of paying back retributions to the customers the swindled, I fear the Chapter 11 process is giving the leadership at Celsius some protection from actions they should be held accountable for.

Sincerely,
Leiah Fernandez

Thank you,