For the attention of the Honorable Martin Glenn

Case # 22-10964

Re: FANTESINI BARBARA - Request to be included in the list of Celsius Depositors


Your Honor,

I'm writing to you to complain about the following situation.

According to the relationship elapsed between CELSIUS NETWORK LLC and me (ID:#1205034BBE), I deposited USD 60.000,00 on the platform. Money that is currently outside of my availability.


As it is easy to imagine from this picture, this situation has affected me in the most negative way, having acted based on untrue and mendacious representations.


The "CELSIUS case" is an event with global reach, with hundreds of depositors located also in Europe. Having reverent respect for the judicial system, I hope that any effort put in place during this procedure could protect first and foremost ordinary persons.

You would agree with me, hopefully, that how CELSIUS acted might reasonably be questioned by an objective observer given the totality of the circumstances that now give rise to this request letter.

 Given the cumulative effect of the relevant facts and the personal interests that are at stake, also if I cannot add anything new that hasn't already been said, this is precisely the kind of situation where depositors have to be immediately restored.


Sincerely,

Fantesini Barbara