Dear Honorable Martin Glenn, Chief Judge and Vitto Genna, Clerk of Court,

Thank you for your time with this matter.

I am one of the many Celsius Network retail customers that have crypto locked-up with them. Currently, I have about $3,500 worth of BTC in my Celsius account. I will be okay and it won't break me. But, I encouraged my father-in-law and mother to submit crypto to Celsius. They have a total of about $7,500 worth of crypto locked in Celsius. That is what really bothers me… I led my relatives down this path and I will pay them back every cent. But, this is truly a dishonest thing done by Alex and the Celsius team. They have ruined many lives and I pray to God that nobody has committed suicide over this.

Thank you again for your time and I hope you are able to help out all of the retail investors.

Alfred C. Alspach, III
Phone: 856-381-1460