The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Dear Judge,

I am a customer of Celsius Lending LLC for 12 months as of this writing and a victim of what appears to be fraud in their misuse of the lending program. As others have no doubt pointed out, the loans were always marketed from the beginning as a peer-to-peer system with borrowers putting up 200% or more in LTV collateral, along with paying monthly interest payments, in order to generate yield to depositors using earn wallets. Unless new information comes to light in Celsius' upcoming Schedules of Assets and Liabilities, we have every reason to believe that the collateral of our loans were also used for speculative investing, against every piece of messaging and public statement of Celsius up until June 13, 2022.

I, along with many others, believed with good reason that Celsius Lending, LLC. was a fully licensed lending program, compliant with all banking regulations within the state of New Jersey and the United States. See below social media posts for examples backing such claims:

https://twitter.com/CelsiusNetwork/status/1387830093909831680
https://twitter.com/CelsiusNetwork/status/1253154107415654400
https://twitter.com/CelsiusNetwork/status/1249830925128458242

If less than 100% of our collateral is found in Celsius' assets it would represent the most egregious case of fraud within the entire business. Under no circumstances can a borrower expect his rock-solid collateral to be gambled away by a financial institution. It isn't merely a case of false messaging but a breaking of contract. <u>Those of us with the capability to repay our principle SHOULD receive our collateral</u>.

Between September and November, 2021 I put up 8.16 BTC as collateral for loans totaling $75,000. I made these informed financial decisions based on several factors, including social media messaging which I will highlight some examples of below:

https://twitter.com/CelsiusNetwork/status/1253517941561163777
https://twitter.com/CelsiusNetwork/status/1308137923896729600

You can see that Celsius has always marketed itself as a fully compliant and insured platform, which is why they were able to get long time crypto holders like myself - who are famously mistrustful of centralized platforms - to trust them with our precious assets.

-

Lastly, a quick note about my personal situation which may or may not become relevant as the bankruptcy case proceeds: I am an American citizen living abroad in the PR of China. From the start I provided Celsius Lending, LLC. the certified documentation to prove my state of residency here (my proof of address). For the first year it was accepted without issue and the loans department approved my loans.

When it came time to renew my proof of address in May of this year I provided the exact same documentation certified by a public notary, and I was met with a refusal to approve. The only explanation given was that their "internal policies have changed".

I am expressing my concern over this because I am afraid Celsius may have been de-certifying users' proof-of-addresses in the short time preceding the withdrawal halt in order to claim some of their borrowers ceased to be compliant and thus their collateral is no longer bound to the rules of the contract.

However large of a stretch this is, from what I have seen from the early arguments from Kirkland & Ellis about our collateral, nothing would surprise me. <u>I urge you to not allow this underhanded tactic to pass if they try to bring it up in your court</u>.

For my sake, I have a son who was born this year, and have been living under very low income due to Chinese lockdown policies. Our only way of weathering the storm was taking out loans from Celsius, and now that the principle is nearly gone my wife and I are under and immense burden to make a living and take care of our baby.

Thank you. Respectfully yours,

Robert Sieg
robertsieg@bowmanpoole.com
Celsius ID: 131845163c

Yangliujun, Block 9, Apt 404
City of Ningbo
315000
People's Republic of China

(+86) 18658218245 (cell)