**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In Re:

    Celsius Network LLC,

                Debtor.

---------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Voluntary Chapter 11
Case No.: 22-10964-mg

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Richard J. Pilson, Esq., 40 Cuttermill Road, Suite 308, Great Neck, New York 11021 represents Lisa T. Vickers (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and request copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002(a). All such notices should be addressed as follows:

    Berliner & Pilson, Esqs.
    Richard J. Pilson, Esq.
    40 Cuttermill Road, Suite 308
    Great Neck, New York 11021

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes notices of any application, complaint, demand, hearing, motion or petition, written or oral, whether transferred or conveyed by mail, delivery or e-mail, filed with regard to the above case and proceedings.

                Respectfully submitted

                By: Richard J. Pilson (RP 1165)
                Richard J. Pilson, Esq., Attorney for
                Lisa T. Vickers
                Telephone No.: (516) 304-5555
                Fax No.: (516) 304-5556
                E-Mail: rpilson@berlinerpilson.com