# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al*, | Case No. 22-10964 (MG) |
| Debtors. | |

## DECLARATION OF BRADLEY CONDIT IN SUPPORT OF HIS MOTION PURSUANT TO 11 U.S.C. § 362(d)(1) FOR RELIEF FROM AUTOMATIC STAY

Bradley Condit, duly sworn, does depose and state upon oath as follows:

1. My name is Bradley Condit. I submit this declaration in support of my Motion for Entry of an Order Pursuant to 11 U.S.C. § 362(d)(1) for Relief From the Automatic Stay, filed concurrently herewith.

2. I am the Plaintiff in a civil action currently pending in the Southern District of New York titled *Bradley Condit v. Celsius Network LLC and Yaron Shalem*, Civil Action No. 22-cv-5452 (CS) ("**Civil Action**") in which Celsius Network LLC ("**Debtor**") and its former CFO Yaron Shalem are defendants.

3. I started working for the Debtor on or about October 3, 2020, and became its full-time Controller on January 1, 2021.

4. Debtor terminated my employment in September 2021. The circumstances of my termination were discriminatory and form the basis for the claims set forth in the Complaint in the Civil Action. A copy of that Complaint is attached as Exhibit A to my motion before this Court.

5. While I was Controller, it was my job to monitor all payments to Debtor's insurers. Thus, I am familiar with the insurance Debtor carries.

6. Up until the time I was terminated, Debtor paid approximately $1,000,000 quarterly for D & O liability insurance through Lockton Companies.

7.	Upon information and belief, that insurance would cover the costs and any liability imposed as a result of the discrimination claims I have brought against the Debtor and Shalem.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2022

_____
Bradley Condit