25 August 2022

The Honorable Martin Glenn United States Bankruptcy Court, Southern District of New York
One Bowling Green New York, NY 10004-1408

Re: Celsius Lending LLC, et al. ("Celsius"), Case Number 22-10964

To The Honorable Martin Glenn,

Sir, thank you for taking the time to read letters from users.

As of July 13, Celsius Lending, LLC claims they are no longer liquidating retail loans or demanding margin calls, but accepting loan repayments and continuing to hold coins posted as collateral. As a retail user with three current loans due January 7 2023; January 12 2023; and January 19 2023, I want to honor my obligation of paying back the principal and interest on my loans so that I may receive my ~4x collateral back. I specifically borrowed no more than 25% of my collateral as a risk mitigation strategy. However, it makes no financial sense to send money to a bankrupt company when it is unknown what will happen to my collateral.

Sir, I am requesting special consideration for all future loans that are due and especially the ones that are significantly over collateralized. In the month between halting withdrawals (Sunday June 12) and declaring bankruptcy (Wednesday July 13). Celsius paid off hundreds of millions of their own loans to gain back their collateral into their possession.

**Sir, I humbly request you afford retail users the same opportunity as Celsius Network: to allow users to pay off their principal and interest in order to gain back their collateral to a user's wallet outside of Celsius Network's control.**

Thank you again for your time and consideration in this matter.
Very Respectfully Yours

Brian Green