August 23, 2022



Honorable Chief Judge Martin Glenn
United States Bankruptcy Court Southern District of New York
Court Room #523
One Bowling Green
New York, New York 10004 -1408

Regarding: Celsius Network LLC, bankruptcy Case #22-10964 (MG)

To the Honorable Chief Judge Martin Glenn,

I realize that my letter is one among many. I am taking this opportunity to speak out.

There are numerous sources from Celsius and AMAs, written and video interviews, and Celsius speakers at various conventions reiterating that Celsius is a safe and adequately funded community. As Celsius states, "We are built on the belief that financial services should only do what is in the best interest of customers and the community."

This action shows a complete disregard for the welfare of Celsius customers or the community, and I consider this to be misconduct on the part of the Celsius network.

Please set a precedent where customers also have rights and companies need to be accountable and respectful of customer investments.

I have had assets with Celsius since 2021.

My assets (type and units) at Celsius:

Celsius Account ID    116204118d    Marc Schweizer

Asset units as per August 23, 2022

1. ETH         10.998867
2. BTC          0.377318
3. SNX        568.55565
4. CEL          3.8509

I ask you, Honorable Judge Glenn, that Celsius return my borrowed assets, as stated above, in kind, just as I, who also relied on them in "good faith".

The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Thank you for taking the time

Respectfully

Marc P. Schweizer
Puentenstrasse 21
Stallikon, ZH 8143
Switzerland

Email: marc.p.schweizer@bluewin.ch

Cell phone : +41 76 320 23 22