Your honor,

I'm a Celsius customer with a total of 4.47 BTC, 53 ETH, and several other alt coins on the platform. I worked over 4 years to build up that amount and I trusted Alex with my lifesavings. As I'm sure you've heard from numerous customers, Alex had weekly AMAs and just days before freezing customer accounts, advised customers that everything was fine and there should be no problems withdrawing money. Telling customers, they were not making risky trades and that Celsius was safer than a bank account. This ended up not being the truth. As a licensed police officer who helps victims of fraud, I don't see how this is any different than what happened with Enron. Perhaps, I'm missing something? The questions that come to my mind are: 1. How was a company like this allowed to offer the services it provided? 2. Did they have a security license to offer the services they did? 3. Isn't there a fiduciary responsibility to be honest with customers and look after their best interests, especially if they were properly licensed and went through the proper regulatory body? Now, I'm hearing rumors of claw backs? I took out a loan for $8500 (Collateral loan) that I could have easily paid off with the crypto I deposited on their platform and now I'm hearing rumors they may be able to claw back money that was withdrawn? I'm not sure if this would apply to me, but that is appalling. I'll gladly pay back the collateralized loan they gave me, along with the interest they paid me over the last 12 months, but at the same time I feel that I should be made whole. I believe the money I originally deposited on their platform should be paid back to me. To think I may have to pay back the $8500 loan (took out for capital gains taxes) that my crypto on the platform could have easily paid for while at the same time losing the money, I deposited on the exchange is appalling. If customers aren't made whole and Alex (Celsius) is allowed to walk away from this unscathed, it would take away my faith in the system. I'm in complete disbelief that a millionaire who knew very well what he was doing can walk-away from this under the premise of "bad business dealings." Thank you for your time, your honor.

Respectfully submitted,

Dustin Hatzenbeller