Hello Your Honor,

At yesterday's hearing, I heard you mention that you had not received a single letter from a creditor asking that their name be withheld from public disclosure. I sent you such a letter. It is possible that it never reached you because I used the name John Doe.

I am concerned about my name being public because I want to spare myself the additional trauma of probable ridicule from family and friends for being involved in what turned out to be a scam. I'm sure it would cause me significantly more emotional pain.

Since such disclosure would also include the sum involved, would feel like an invasion of privacy. In essence, it would be publishing my bank statement.

Thank you for time.

Robert