Honourable Martin Glenn

Chief Judge, United States Bankruptcy Court, Southern District of New York

I, along with many people around the globe, are clients of Celsius Networks LLC et al., we are also not citizens of the United States of America.

I write to ask, your Honor, to consider the following in the Celsius case (22-109694)

- That the courts protect non-American Citizens who are clients of Celsius Networks LLC in a manner that is fair and consistent with American creditors, I am Canadian.
- Many of us, myself included, would prefer that we receive our Cryptocurrency back in whole, in my case XRP versus a cash payout. As long-time crypto and equity investor, I believe that crypto's future value, particularly XRP, will be greater than any cash settlement.
- Many clients, including myself, considered our deposit/transfer of coins to Celsius to be secured loans to Celsius, given that the transfer of coins can be traced and proven via the public blockchains, particularly XRP via the XRP ledger.
- I, along with others, considered the recent equity investment of 400 MM (+-) USD by Canadian Casse de Depot et Placement du Quebec and WestCap Investment Partners LLC as affirmation that Celsius was a solvent firm. That being said, the equity holders and large institutional holders of loans to Celsius Networks LLC et al. ought to be the ones that suffer the significant negative financial impacts before "retail" depositors/loan holders.
- As the crypto market continues its recovery, Celsius, with the court's permission, ought to be in a position to honour client withdrawal and transfer requests without inflicting further damage to Celsius or its clients.

I understand that your Honor is in uncharted waters regarding cryptocurrencies and decentralized/crypto lending operations such as Celsius. I hope you consider the voices of the many who have written the courts.

Please do not hesitate to contact me if I can be of any assistance.

Kindest Regards

--

Christopher Rocke

MBA(Finance), RIA