The Honorable Martin Glenn

United States Bankruptcy Court for the Southern District of New York

One Bowling Green

New York, NY- 10004-1408

Ref. Case Name – Celsius Network LLC, et al

Case No. 22-10964

Dear Honorable Judge Martin Glenn,

Thank you for hearing my concerns involving Celcius, its filing for bankruptcy and freezing of customers' assets.

I am a 65 year old retired man writing this letter in the hopes that justice will be served for myself and many others who have lost their investments. The majority of my life savings were deposited in Celsius with the understanding my funds were secure. The rest of my life has been drastically changed because of of the misinformation and outright deception by Celsius CEO Alex Mashinsky.

I have worked since I was 15 years old, and have saved my earnings, sacrificing and pinching pennies for the last 50 years. Now, upon retirement I have found that most of my savings are being withheld from me by Celsius- just two weeks after my new marriage! Just as our honeymoon began with high hopes for the future, news came that my funds had been frozen. Since that fateful day (June 12, 2022) I have felt devastated and betrayed. The outcome of this case will have enormous long-term consequences for me, my family and my overall state of mind.

It is my greatest hope that justice will be served and your decision will help save or limit the damage that has affected so many innocent and trusting investors.

Thank you again for your time and consideration.

Sincerely,

Michael Tarsi