Hi.

I would like to share a communication regarding my situation with the stakeholders/court.

I'm Ukrainian and converted part of my savings (percentage of salary) to cryptocurrencies. We had a high level of inflation in the country, and it was a good way to preserve money. I found Celsius was proposing an attractive annual rate without any visible disclaimers about the high risks. I checked the Internet – people around the world were sure Celsius is reliable and good for savings. I was shocked when my savings were frozen, now I'm in Ukraine during the war and have issues with my job (the economic situation is getting worse).

I hope that my case will be properly considered.

Many thanks for your assistance.

Regards,
Mykola Meshkalov