# The Honorable Martin Glenn

United States Bankruptcy Court, Southern District of New York
One Bowling Green  New York, NY 10004-1408

# Case No. 22-10964
# Celsius Lending LLC

**Transparency and the need for a Trustee:**

I wrote you earlier. I am writing again because it appears that Kirkland and Ellis LLP is doing personal work for key Celsius Insiders.  Seems to me they should be too busy with the interests of the Debtor to do personal tax prep for the key executives. It is not clear by this filing whose interests they represent. Are they now representing Celsius shareholders?  https://cases.stretto.com/public/x191/11749/PLEADINGS/1174909052280000000003.pdf

If I knew how to file a Motion to appoint an Examiner or a C11 Trustee or support the U.S. Trustee in asking for an Examiner I would but I do not know how.

Hopefully someone who reads this will.

Sincerely,

L. Anne Yeilding