Michael D. Morris, AAG
Wisconsin Department of Justice
Wisconsin State Bar #1112934
Post Office Box 7857
Madison, WI 53707-7857
Telephone: 608-266-3936
Fax: 608-294-2907
morrismd@doj.state.wi.us

Attorney for State of Wisconsin
Department of Financial Institutions

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Celsius Network LLC, *et al.*[1], | : | Case No. 22-10964 |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------X

**STATE OF WISCONSIN'S JOINDER TO THE MOTION OF THE UNITED STATES TRUSTEE FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER**

The State of Wisconsin, for its Department of Financial Institutions, hereby joins the United States Trustee in his request for the appointment of an examiner in his Motion of the United States Trustee for Entry of an Order Directing the Appointment

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

of an Examiner, (Dkt. 546), for the same reasons stated therein.[2] Accordingly, the State of Wisconsin requests that the Court enter an order appointing an examiner pursuant to section 1104 of the Bankruptcy Code.

Dated September 7, 2022

/s/ Michael D. Morris
MICHAEL D. MORRIS
Assistant Attorney General
State Bar #1112934

*Admitted Pro Hac Vice*

Attorney for State of Wisconsin
Department of Financial Institutions

## CERTIFICATE OF SERVICE

I certify that on the below date I caused to be served the foregoing via the ECF system on the parties who are registered to receive ECF notification in this case.

Dated: September 7, 2022

/s/Michael D. Morris
MICHAEL D. MORRIS
Assistant Attorney General

---

[2] The State of Wisconsin also joins the State of Vermont in its Joinder to the UST's motion. (Dkt. 730.)