## Exhibit A

This Statement reflects the nature and amount of disclosable economic interests in relation to the Debtors held by members of the Ad Hoc Group of Withhold Account Holders, as disclosed to the Troutman Firm, based on the market prices of various cryptocurrency assets as of July 13, 2022.[1]

This Statement is intended solely to satisfy Bankruptcy Rule 2019, to the extent such rule is applicable to the various holdings of the Ad Hoc Group of Withhold Account Holders, and nothing set forth herein is intended to be or shall be an admission that any of the Ad Hoc Group of Withhold Account Holders' interests in property held by the Debtors constitute disclosable economic interests for purposes of Bankruptcy Rule 2019. The values set forth herein are not intended to be a limitation on the form of recovery of the Ad Hoc Group of Withhold Account Holders, including, without limitation, their right to recover any property in kind. Nothing herein is or is intended to be a waiver of any arguments that any property held by the Debtors is not property of the estate under section 541 of the Bankruptcy Code.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Statement.

129188429v1

| Name[2] | Withhold Account Balance[3] | Earn Account Balance[4] |
|---|---|---|
| Larry Fulton | $96,890.79 | $76.38 |
| Benny Wong | $47,085.73 | $24.42 |
| Shane Coolen | $23,316.40 | $19.30 |
| Travis Schilling | $74,573.19 | $32.35 |
| Robert Riskin | $57,858.20 | $95.48 |
| Ryan Holz | $138,188.38 | $18.41 |
| Alvaro Drevon | $11,354.90 | $14,370.51 |
| Scott Reina | $20,638.79 | $16,709.03 |
| Kaveh Bastani | $86,841.39 | $83.53 |
| Manuel Martinez | $64,895.00 | $67.80 |
| Gavin Hoffman | $619,133.08 | $9.83 |

---

[2] The addresses and contact information for all members of the Ad Hoc Group of Withhold Account Holders is provided as c/o Troutman Pepper Hamilton Sanders LLP, 875 Third Avenue, New York, New York 10022.

[3] Upon information and belief, "Withhold Account" refers to a type of non-functional holding account or virtual wallet that the Debtors established in states where they were not licensed to offer custody services, maintained either by the Debtors or by a third-party institution or other entity selected by the Debtors. The initial Statement inadvertently omitted the amount for one of Larry Fulton's Withhold Accounts, and has now been corrected.

[4] The Debtors also maintained an earn program (the "Earn Program"), where users who transfer certain cryptocurrencies to the Debtors earn rewards in the form of payment-in-kind interest or CEL Tokens on their assets. This 2019 Statement does not include any collateral held by the Debtors relating to the Celsius "Borrow" program, and certain of the members of the Ad Hoc Group of Withhold Account Holders may owe the Debtors pursuant to the Borrow program. The initial Statement inadvertently omitted the amount for one of Larry Fulton's Earn Accounts, and has now been corrected.

129188429v1