# Dean & Cheryl Pick
# P.O. Box 6405
# Vacaville, CA. 95696
# 707-483-6259

Chief Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408
Courtroom 523

09/02/2022



Dear Honorable Martin Glenn –

I am submitting our complaint as other investors have done in the case of Bankruptcy for the Celsius Network and specifically Alex Mashinsky and S. Daniel Leon.

What I have not seen in any of the other formal submissions are the following points:

Alex Mashinsky not only explained the platform as being one that you "HOLD" your Crypto Currency in and receive payments on your holdings in the form of investment earnings of interest, but that your Crypto Currency remains yours and is not Accessible by anyone but you.

He portrayed, and the actual agreement states, that you may "Borrow" against your own withholdings, but not over 80% of their value. The loan is your responsibility to repay, not that of any other depositor. That is EXACTLY what each of us are. We are Depositors – plain and simple.

It was my understanding, and that of others, that we may withdraw from our own account the cryptocurrency that we deposited at any time. No matter the value of the coin or token – be it higher or lower than the original deposited value. This type of platform is like that of a regular financial or stock institution.

Therefore, it is unclear as to why the depositors may not withdraw their own original coins and place them into another platform. No one at Celsius has the right to utilize our cryptocurrency for any type of debt, including, but not limited to bills, salaries and wages, dividends to others and so forth.

I believe we are all asking for, and should be granted, the ability to obtain access to our cryptocurrency and place it with a more viable institution or platform.

I implore you to release to us, the account holders, our cryptocurrency, and any further debt shall be that of Celsius and its investors. We are NOT the investors!! Under those circumstances we cannot, nor should we be, held responsible for any debt that owners, shareholders, investors, and the like have incurred.

Respectfully submitted –

*[signature]*

Cheryl & Dean Pick