U.S. Bankruptcy Court
Chief Judge Martin Glenn
One Bowling Green
New York
NY 10004-1408

Virginia Harry
53 Hanstone Road
Stourport
Worcestershire
DY13 0HB
United Kingdom



Email vharry@btinternet.com                                          1st September, 2022

Dear Honorable Judge Martin Glenn

Re. Celsius Network LLC, et al., Case No. 22-10964

As a customer of Celsius, I have read with concern that only creditors with a Custody account may be *reimbursed, while Celsius* is saying that the assets of those of us with Earn accounts is somehow theirs, which I do not understand at all.

As a pensioner, my savings in Celsius were to provide for my old age so that I do not become a *liability for my friends, family, or the state.* Now it seems that I will have to chose between heating and eating this winter – a decision that I doubt Mr Mashinsky will make to make.

I understand that this is a matter of law and I'm sure you would order everyone's investment to be returned if it were in your remit – I hope it is. This really is a terrible situation for so many ordinary 'little people' like me.

Yours sincerely

Virginia Harry

