**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                      Case No.: _____

                                                                                                    Chapter ___

                              Debtor

---------------------------------------------------------------x

                                                                                                    Adversary Proceeding No.: _____

                              Plaintiff

                    v.

                              Defendant

---------------------------------------------------------------x

       Amended  **MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

    I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case    adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____
_____, New York

                                                 _____
                                                 *Mailing Address*:

                                               _____
                                               _____
                                               _____

                                               *E-mail address*: _____
                                               *Telephone number*: (____)_____