# MOTION FOR RELIEF FROM COURT FEES

I, Daniel A. Frishberg, do hereby formally request that the court grant me relief from court fees/court filing fees for the reasons stated below.

## Background

I am a 18 year old college freshman who filed a small claims court lawsuit against Celsius Networks LLC on July 11th 2022. I requested an exemption from the automatic stay to be able to pursue this matter in the county where I filed my lawsuit. That motion was denied, so I will now be pursuing it in your courtroom. Paying the court fees would place a large financial burden on me since I am a broke college student, and I am not sure how I will be paying for my rent next semester. I will be filing adversarial proceedings against Celsius due to the breach of contract, which occurred on July 5th 2022, after I instructed them to close my account. The closure of the account is allowed in the contract I had with them (TOS) in section 19. It is a completely different section from the one that allows them to restrict withdrawals, and there was nothing in the contract allowing them to prevent the closure of the account, hence my lawsuit/case against Celsius.

## Conclusion

I humbly request that Your Honor waves the court filing fees, because paying the court fees would cause me undue hardships. Justice and due process should not be strictly for those who can afford to pay court fees. I understand that this is an unusual request, but this is an unusual circumstance.