To:

The US Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004,

I am writing in to request for an extension of any deadlines set out by the court as I am living overseas, and there may be a delay in court notices reaching me. I am domiciled in Singapore.

For example, the court hearing was held on the 19th of August, and I only received the court notice by post a week later.

The court noticed I received mentioned that creditors with a foreign address may file a motion asking the court to extend deadlines in the given notice.

Appreciate your understanding on the matter.

Regards,

Rahul Wadhwa

+65 84346542