TROUTMAN PEPPER HAMILTON
SANDERS LLP
Deborah Kovsky-Apap, Esq.
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7331
Facsimile: (248) 731-1572
Email: deborah.kovsky@troutman.com

*Counsel for Ad Hoc Group of*
*Withhold Account Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, *et al.,* | Case No. 22-10964-MG |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I caused the foregoing documents to be served upon the parties listed on the attached service list in the manner indicated:

1. *First Supplemental Verified Statement Pursuant To Bankruptcy Rule 2019* (Docket No. 736); and

2. *Ad Hoc Group of Withhold Account Holders' Motion for Relief from The Automatic Stay* (Docket No. 737).

#129672971 v1

Dated: September 7, 2022

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

/s/ *Deborah Kovsky-Apap*
Deborah Kovsky-Apap, Esq.
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7331
Facsimile: (248) 731-1572
Email: deborah.kovsky@troutman.com

*Counsel to Ad Hoc Group of Withhold Account Holders*