**Core/2002 List**

as of September 7, 2022

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | ONE PENN PLAZA | SUITE 3335 | NEW YORK | NY | 10119 | | KORTIZ@TEAMTOGUT.COM BKOTLIAR@TEAMTOGUT.COM DPERSON@TEAMTOGUT.COM AODEN@TEAMTOGUT.COM AGLAUBACH@TEAMTOGUT.COM EBLANDER@TEAMTOGUT.COM ARODRIGUEZ@TEAMTOGUT.COM BKOTLIAR@TEAMTOGUT.COM GQUIST@TEAMTOGUT.COM ASTOLP@TEAMTOGUT.COM | First Class Mail; Email |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | 4000 TOWN CENTER | SUITE 1800 | SOUTHFIELD | MI | 48075 | | DEBORAH.KOVSKY@TROUTMAN.COM KAY.KRESS@TROUTMAN.COM | First Class Mail; Email |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | | CONSUMERINTEREST@ALABAMAAG.GOV | First Class Mail; Email |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | 125 BROAD ST | | NEW YORK | NY | 10004 | | DIETDERICHA@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM BELLERB@SULLCROM.COM | First Class Mail; Email |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 | | ATTORNEY.GENERAL@ALASKA.GOV | First Class Mail; Email |
| ALTCOINTRADER (PTY) LTD | | 229 ONTDEKKERS RD, HORIZON | | | ROODEPOORT | | 1724 | SOUTH AFRICA | RICHARD@ALTCOINTRADER.CO.ZA | First Class Mail; Email |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN: THOMAS R. DOMINCZYK | 5 WALTER FORAN BLVD | SUITE 2007 | FLEMINGTON | NJ | 08822 | | TDOMINCZYK@MAURICEWUTSCHER.COM THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM | First Class Mail; Email |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM | First Class Mail; Email |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | | AGINFO@AZAG.GOV | First Class Mail; Email |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 | | OAG@ARKANSASAG.GOV | First Class Mail; Email |
| B2C2 LTD | | 86-90 PAUL ST | | | LONDON | | EC2A 4NE | UNITED KINGDOM | MIDDLEOFFICE@B2C2.COM | First Class Mail; Email |
| Bradley Condit | c/o Parker Pohl LLP | Attn: David M Pohl | 99 Park Avenue | Suite 1510 | NEW YORK | NY | 10016 | | david.pohl@parkerpohl.com | First Class Mail; Email |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | | XAVIER.BECERRA@DOJ.CA.GOV | First Class Mail; Email |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG | 601 LEXINGTON AVE | | NEW YORK | NY | 10022 | | JSUSSBERG@KIRKLAND.COM | First Class Mail; Email |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET | 300 N LASALLE ST | | CHICAGO | IL | 60654 | | PATRICK.NASH@KIRKLAND.COM ROSS.KWASTENIET@KIRKLAND.COM | First Class Mail; Email |
| CHANG, RICKIE | | ON FILE | | | | | | | | First Class Mail; Email |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM | First Class Mail; Email |
| CLINT PETTY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | | SPG@13TRUSTEE.NET | First Class Mail; Email |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 | | CORA.REQUEST@COAG.GOV | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 5

**Core/2002 List**

as of September 7, 2022

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | | | | First Class Mail; Email |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 165 CAPITOL AVE | | | HARTFORD | CT | 6106 | | ATTORNEY.GENERAL@CT.GOV | First Class Mail; Email |
| COVARIO AG | | LANDYS GYR STRASSE 1 | | | ZUG | | 6300 | SWITZERLAND | CELSIUSBANKRUPTCY@COVAR.IO MARK.BANNER@COVAR.IO | First Class Mail; Email |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | ONE VANDERBILT AVE | | NEW YORK | NY | 10017-3852 | | DAZMAN@MWE.COM MCO@MWE.COM CGREER@MWE.COM | First Class Mail; Email |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | 333 SE 2ND AVE | SUITE 4500 | MIAMI | FL | 33131-2184 | | GSTEINMAN@MWE.COM | First Class Mail; Email |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | 1ST FLOOR | ARTEMIS HOUSE | GEORGE TOWN | | KY1-1102 | CAYMAN ISLANDS | C10_SPC@INVICTUSCAPITAL.COM DANIEL@INVICTUSCAPITAL.COM | First Class Mail; Email |
| DEFERRED 1031 EXCHANGE, LLC | | LAKELAND AVE. | | | DOVER | DE | 19901 | | CIADONISI@DEFERRED1031.COM | First Class Mail; Email |
| DELAWARE DEPARTMENT OF JUSTICE | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | | ATTORNEY.GENERAL@STATE.DE.US ATTORNEY.GENERAL@DELAWARE.GOV | First Class Mail; Email |
| DEPARTMENT OF TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | | | First Class Mail; |
| DISTRICT OF COLUMBIA OFFICE OF ATTORNEY GENERAL | | 400 6TH STREET NW | | | WASHINGTON | DC | 20001 | | OAG@DC.GOV | First Class Mail; Email |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS | 1301 AVENUE OF THE AMERICAS | 42ND FLOOR | NEW YORK | NY | 10019 | | JEFFREY.GLEIT@AFSLAW.COM ALLISON.WEISS@AFSLAW.COM LISA.INDELICATO@AFSLAW.COM ALYSSA.FIORENTINO@AFSLAW.COM | First Class Mail; Email |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | 920 LENMAR DR | | | BLUE BELL | PA | 19422 | | SCHROEDER@JRLAW.ORG HEALEY@JRLAW.ORG | First Class Mail; Email |
| FEINTISCH, ADAM MICHAEL | | ON FILE | | | | | | | | First Class Mail; Email |
| FITE, JACOB BENJAMIN | | ON FILE | | | | | | | | First Class Mail; Email |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL PL-01 | | | TALLAHASSEE | FL | 32399 | | ASHLEY.MOODY@MYFLORIDALEGAL.COM | First Class Mail; Email |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | | BROSSZER@LAW.GA.GOV | First Class Mail; Email |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | 425 QUEEN ST | | | HONOLULU | HI | 96813 | | HAWAIIAG@HAWAII.GOV | First Class Mail; Email |
| ICB SOLUTIONS | | W ROYAL FOREST BLVD | | | COLUMBUS | OH | 43214 | | DUFFYS2@GMAIL.COM | First Class Mail; Email |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W JEFFERSON ST | SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | | STEPHANIE.GUYON@AG.IDAHO.GOV | First Class Mail; Email |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | JAMES R. THOMPSON CENTER | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 | | INFO@LISAMADIGAN.ORG | First Class Mail; Email |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | | INDIANA GOVERNMENT CENTER SO | 302 W WASHINGTON ST | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | | First Class Mail |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | | | GRAND CAYMAN | | KY1-1102 | CAYMAN ISLANDS | C20_SPC@INVICTUSCAPITAL.COM DANIEL@INVICTUSCAPITAL.COM | First Class Mail; Email |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | DES MOINES | IA | 50319 | | CONSUMER@AG.IOWA.GOV | First Class Mail; Email |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM | First Class Mail; Email |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN: EVAN J. ZUCKER | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | EVAN.ZUCKER@BLANKROME.COM EDOCKETING@BLANKROME.COM | First Class Mail; Email |
| Jonathan Jerry Shroyer | c/o HOPKINS & CARLEY | Attn: Monique D. Jewett-Brewster | The Letitia Building | 70 S First Street | San Jose | CA | 95113-2406 | | mjb@hopkinscarley.com | First Class Mail; Email |
| Jonathan Jerry Shroyer | c/o HOPKINS & CARLEY | Attn: Monique D. Jewett-Brewster | P.O. Box 1469 | | San Jose | CA | 95109-1469 | | mjb@hopkinscarley.com | First Class Mail; Email |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 | | DEREK.SCHMIDT@AG.KS.GOV | First Class Mail; Email |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 2 of 5

**Core/2002 List**

as of September 7, 2022

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM | First Class Mail; Email |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE | SUITE 118 | | FRANKFORT | KY | 40601 | | | First Class Mail; Email |
| KIESER, GREGORY ALLEN | | ON FILE | | | | | | | | First Class Mail; Email |
| Lisa Vickers | c/o Berliner & Pilson, Esq. | Attn: Richard J. Pilson | 80 Cuttermill Road | Room 411 | Great Neck | NY | 11021 | | richardjpilson@aol.com | First Class Mail; Email |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | 300 CAPITAL DR | | | BATON ROUGE | LA | 70802 | | ADMININFO@AG.STATE.LA.US | First Class Mail; Email |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | | ATTORNEY.GENERAL@MAINE.GOV | First Class Mail; Email |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM | First Class Mail; Email |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 | | OAG@OAG.STATE.MD.US | First Class Mail; Email |
| MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | | 1 ASHBURTON PLACE | 20TH FLOOR | | BOSTON | MA | 02108 | | | First Class Mail |
| MCMULLEN, BRIAN | | ON FILE | | | | | | | | First Class Mail; Email |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | | 525 W OTTAWA ST | | | LANSING | MI | 48906 | | | First Class Mail |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 | | ATTORNEY.GENERAL@AG.STATE.MN.US | First Class Mail; Email |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST | PO BOX 220 | JACKSON | MS | 39201 | | | First Class Mail |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | | CONSUMER.HELP@AGO.MO.GOV | First Class Mail; Email |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM | First Class Mail; Email |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS | PO BOX 201401 | HELENA | MT | 59602 | | CONTACTDOJ@MT.GOV | First Class Mail; Email |
| MURPHY, JR, THOMAS PATRICK | | ON FILE | | | | | | | | First Class Mail; Email |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | | | First Class Mail |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | | | First Class Mail |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | | CONCORD | NH | 3301 | | ATTORNEYGENERAL@DOJ.NH.GOV | First Class Mail; Email |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | | RICHARD J. HUGHES JUSTICE COMP | 25 MARKET ST 8TH FLOOR | BOX 080 WEST WING | TRENTON | NJ | 8611 | | | First Class Mail; Email |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | 408 GALISTEO ST | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | | HBALDERAS@NMAG.GOV | First Class Mail; Email |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, E | 60 E 42ND ST | SUITE 4700 | NEW YORK | NY | 10165 | | JOSHUA@LEVINEPSTEIN.COM | First Class Mail; Email |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 | | | First Class Mail |
| NHAT VAN MEYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY | SUITE 1420 | NEW YORK | NY | 10018 | | ELOBELLO@MSEK.COM JWEISS@MSEK.COM | First Class Mail; Email |
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY | SUITE 1420 | NEW YORK | NY | 10018 | | ELOBELLO@MSEK.COM JWEISS@MSEK.COM | First Class Mail; Email |
| NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | | | First Class Mail |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 | | NDAG@ND.GOV | First Class Mail; Email |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL | 201 VARICK ST | ROOM 1006 | | NEW YORK | NY | 10014 | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV | First Class Mail; Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON, MARK ROBINSON, & KEITH NOYES FOR COVARIO AG | | | | | | | | ON FILE | Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST | SUITE 2700 | LOS ANGELES | CA | 90071 | | AARON.COLODNY@WHITECASE.COM | First Class Mail; Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM | First Class Mail; Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR | SUITE 5100 | CHICAGO | IL | 60606 | | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM | First Class Mail; Email |
| OHIO OFFICE OF THE ATTORNEY GENERAL | | STATE OFFICE TOWER | 30 E BROAD ST | 14TH FLOOR | COLUMBUS | OH | 43215 | | | First Class Mail |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | | QUESTIONS@OAG.OK.GOV | First Class Mail; Email |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ES | 425 MARKET ST | SUITE 2900 | SAN FRANCISCO | CA | 94105-3493 | | SCHRISTIANSON@BUCHALTER.COM | First Class Mail; Email |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 | | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US | First Class Mail; Email |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 3 of 5

**Core/2002 List**

as of September 7, 2022

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM | First Class Mail; Email |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE 16TH FLOOR | | | HARRISBURG | PA | 17120 | | | First Class Mail |
| PERRY, BRETT ALAN | | ON FILE | | | | | | | | First Class Mail; Email |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. | 184 GRAND AVE | | ENGLEWOOD | NJ | 07631 | | BHANNON@NORGAARDFIRM.COM MNORGAARD@NORGAARDFIRM.COM CROSE@NORGAARDFIRM.COM KCIMMINO@NORGAARDFIRM.COM CROSE@NORGAARDFIRM.COM | First Class Mail; Email |
| PETERSON, STEPHEN PAUL | | ON FILE | | | | | | | | First Class Mail; Email |
| PHAROS USD FUND SP & PHAROS FUND SP | | LANDMARK SQUARE, 1ST FLOOR | 64 EARTH CLOSE | PO BOX 715 | GRAND CAYMAN | | KY-1107 | CAYMAN ISLANDS | ADMIN@LANTERNVENTURES.COM | First Class Mail; Email |
| Resources Connection, LLC, dba Resources Global Professionals, aka RG | Attn: Paul R. Shankman | 650 Town Center Drive | Suite 1530 | | Costa Mesa | CA | 92626 | | PShankman@fortislaw.com | First Class Mail; Email |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS | 100 CONGRESS AVE | 18TH FLOOR | AUSTIN | TX | 78704 | | MORRIS.WEISS@WALLERLAW.COM SHERRI.SAVALA@WALLERLAW.COM ANNMARIE.JEZISEK@WALLERLAW.COM | First Class Mail; Email |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE | 511 UNION ST | SUITE 2700 | NASHVILLE | TN | 37219 | | TYLER.LAYNE@WALLERLAW.COM CHRIS.CRONK@WALLERLAW.COM | First Class Mail; Email |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 2903 | | AG@RIAG.RI.GOV | First Class Mail; Email |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH | 1251 SIXTH AVE | 21ST FLOOR | NEW YORK | NY | 10020 | | ABARRAGE@DWT.COM HUGHMCCULLOUGH@DWT.COM ELAINEHUCKABEE@DWT.COM SEADOCKET@DWT.COM | First Class Mail; Email |
| SAENZ, JESUS ARMANDO | | ON FILE | | | | | | | | First Class Mail; Email |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | C/O BROWN & CONNERY LLP | ATTN: JULIE F. MONTGOMERY, ESQ. | 6 N BROAD ST | SUITE 100 | WOODBURY | NJ | 08096 | | JMONTGOMERY@BROWNCONNERY.COM | First Class Mail; Email |
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | | WASHINGTON | DC | 20549 | | SECBANKRUPTCY-OGC-ADO@SEC.GOV | First Class Mail; Email |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 | | NYROBANKRUPTCY@SEC.GOV | First Class Mail; Email |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | | NEW YORK | NY | 10281-1022 | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV | First Class Mail; Email |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST | ROOM 519 | COLUMBIA | SC | 29201 | | | First Class Mail |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 1302 E HIGHWAY 14 | SUITE 1 | | PIERRE | SD | 57501-8501 | | | First Class Mail |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | | ONE ST. ANDREWS PLAZA | | | NEW YORK | NY | 10007 | | | First Class Mail |
| STEWART, RUSSELL GARTH | | ON FILE | | | | | | | | First Class Mail; Email |
| STROBILUS LLC | | ON FILE | | | | | | | | First Class Mail; Email |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | | AGBANKNEWYORK@AG.TN.GOV | First Class Mail; Email |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | | | First Class Mail |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | 300 W 15TH ST | | | AUSTIN | TX | 78701 | | | First Class Mail |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | PO BOX 12548 MC 008 | BANKRUPTCY & COLLECTIONS DIVISION | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | AUSTIN | TX | 78711-2548 | | JASON.BINFORD@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV | First Class Mail; Email |
| THE CAEN GROUP LLC | | ON FILE | | | | | | | | First Class Mail; Email |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 | | SLIEBERMAN@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM | First Class Mail; Email |
| TYCHALSKI, GEORGE | | ON FILE | | | | | | | | First Class Mail; Email |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 N STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 | | UAG@UTAH.GOV | First Class Mail; Email |
| VAN, LOC TRUYEN | | ON FILE | | | | | | | | First Class Mail; Email |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. | 89 MAIN ST | 3RD FLOOR | | MONTPELIER | VT | 05620 | | JENNIFER.ROOD@VERMONT.GOV | First Class Mail; Email |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | 109 STATE ST | | | MONTPELIER | VT | 5609 | | AGO.INFO@VERMONT.GOV | First Class Mail; Email |
| VILLINGER, CHRISTOPHER | | ON FILE | | | | | | | | First Class Mail; Email |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 4 of 5

**Core/2002 List**

as of September 7, 2022

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|-------|-------------------|
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES, LLP | ATTN: HOLLACE T. COHEN, ESQ. | 445 PARK AVE | 9TH FLOOR | NEW YORK | NY | 10022 | | HOLLACE.COHEN@FISHERBROYLES.COM | First Class Mail; Email |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N NINTH ST | | | RICHMOND | VA | 23219 | | MAIL@OAG.STATE.VA.US | First Class Mail; Email |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS UNIT | 800 FIFTH AVE | SUITE 2000 | SEATTLE | WA | 98104-3188 | | DINA.YUNKER@ATG.WA.GOV BCUYUNKER@ATG.WA.GOV | First Class Mail; Email |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 | | | First Class Mail |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 | | | First Class Mail |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E | BUILDING 1 | ROOM E-26 | CHARLESTON | WV | 25305 | | CONSUMER@WVAGO.GOV | First Class Mail; Email |
| WEXLER, KEVIN JAY | | ON FILE | | | | | | | | First Class Mail; Email |
| WILCOX, WAYLON J | | ON FILE | | | | | | | | First Class Mail; Email |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | | 17 W MAIN ST | ROOM 114 EAST P | | MADISON | WI | 53702 | | | First Class Mail |
| WOLSTENHOLME, MACGREGOR | | ON FILE | | | | | | | | First Class Mail; Email |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 | | | First Class Mail; Email |
| YOON, ANDREW | | ON FILE | | | | | | | | First Class Mail; Email |
| ZIGLU LIMITED | | 1 POULTRY | | | LONDON | | EC2R8EJ | UNITED KINGDOM | CFO@ZIGLU.IO | First Class Mail; Email |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 5 of 5