**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER DIRECTING CLERK'S OFFICE TO REFUND FILING FEE

Daniel Frishberg, a creditor of the Debtors, filed a motion to lift the automatic stay to permit him to pursue his prepetition state court action against the Debtors. ("Motion to Lift Stay," ECF Doc. # 342.) In connection with the lift stay motion, Frishberg paid the $188.00 filing fee. The Court denied the Motion to Lift Stay in a written opinion and order. (ECF Doc. # 695.) Frishberg has now filed a motion for relief from court fees, seeking a return of the $188, asserting that "I am a broke college student." (ECF Doc. # 743.) The issues raised by the Motion to Lift Stay were raised by numerous unrepresented creditors of Celsius in many letters to the Court that have been posted on ECF. It was important for the Court to address the issues raised by the Motion to Lift Stay and explain why the automatic stay prevents Frishberg and other similarly situated parties in interest from pursuing non-bankruptcy court remedies against the Debtors.

The Court directs the Clerk to refund the $188.00 to Frishberg. To be clear, however, this Order does not relieve Frishberg or any other parties in interest from paying future filing fees for any motions or adversary proceedings filed in connection with the Celsius case.

IT IS SO ORDERED.

Dated: September 8, 2022
New York, New York

                                                               /s/Martin Glenn
                                                      Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.