# Notice Recipients

District/Off: 0208−1          User: admin                Date Created: 9/8/2022
Case: 22−10964−mg             Form ID: pdf001            Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Daniel Frishberg      284 Monroe Drive      Mountain View, CA 94040

TOTAL: 1