**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Keith H. Wofford
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
        sam.hershey@whitecase.com
        kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
        gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF FILING OF
### AGREED PROPOSED ORDER GRANTING EXAMINER MOTION

  **PLEASE TAKE NOTICE** that on August 18, 2022, the United States Trustee (the "**U.S.**

**Trustee**") filed the *Motion of the United States Trustee for Entry of An Order Directing the*

*Appointment of an Examiner* [Docket No. 546] (the "**Examiner Motion**").

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are as follows:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline for the Examiner Motion was 4:00 p.m. (prevailing Eastern Time) on September 7, 2022, except with respect to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Committee**") appointed in these cases, which the Court agreed to extend through 5:00 p.m. (prevailing Eastern Time) on September 8, 2022.

**PLEASE TAKE FURTHER NOTICE** that, following extensive discussions between the Committee and the U.S. Trustee regarding the Examiner Motion, the Committee has agreed to consent to entry of an order granting the Examiner Motion. Thereafter, the Debtors also agreed to support entry of an order granting the Examiner Motion.

**PLEASE TAKE FURTHER NOTICE** that a revised proposed order, in form and substance acceptable to the U.S. Trustee, the Committee, and the Debtors is annexed hereto as **Exhibit A**. A redline reflecting the changes to the form of order attached to the Examiner Motion is attached hereto as **Exhibit B**. The U.S. Trustee, the Committee, and the Debtors have jointly consented to the filing of this notice.

**PLEASE TAKE FURTHER NOTICE** that copies of the Examiner Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.

**PLEASE TAKE FURTHER NOTICE** that the Committee has established an information portal for account holders and general unsecured creditors that may be accessed free of charge by visiting the website of Kroll at https://cases.ra.kroll.com/CelsiusCommittee.

**PLEASE TAKE FURTHER NOTICE** that you may also obtain copies of the Motion and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  September 8, 2022                    Respectfully submitted,
        New York, New York

*/s/ Gregory F. Pesce*

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Keith H. Wofford
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
        sam.hershey@whitecase.com
        kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
        gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Proposed Counsel to the Official Committee of
Unsecured Creditors*