**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re: Celsius Network LLC, et al

(Jointly administered)                                               Case No.: 22-10964

                                                                                 Chapter 11

                                          Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                                x

                                                                                 Adversary Proceeding No.:

                                          Plaintiff

                                v.

                                          Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of   John P. Reding  _____ , to be admitted, ***pro hac vice***, to represent <u>Illinois Secretary of State</u>  _____ , (the "Client") a <u>creditor</u>  _____ in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Illinois</u>_____ and, if applicable, the bar of the U.S. District Court for the <u>Northern</u>___ District of <u>Illinois</u> _____ , it is hereby

    **ORDERED**, that <u>John P. Reding</u> _____ , Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: **September 7, 2022**

    New York, New York                                          _____/s/Martin Glenn_____
                                                                             CHIEF UNITED STATES BANKRUPTCY JUDGE