**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**SUPPLEMENTAL EXHIBIT TO JOINDER**

      Now comes the Vermont Department of Financial Regulation (Vermont), through counsel, and submits the following Supplemental Exhibit to the Joinder, DE # 730, in the Motion of the United States Trustee pursuant to 11 U.S.C. § 1104(c) for the appointment of an Examiner, DE #546, in the above-captioned Chapter 11 cases. In support of this joinder, Vermont respectfully states as follows:

The following State Agencies have submitted letters of support and authorized the Department to submit them to the Court:

California Department of Financial Protection and Innovation
Hawaii Department of Commerce and Consumer Affairs
Illinois Attorney General's Office, Revenue Litigation Bureau
Oklahoma Department of Securities
Tennessee Department of Commerce and Insurance
Washington D.C. Department of Insurance, Securities and Banking
Washington Department of Financial Institutions, Securities Division

The letters are attached collectively as Exhibit A.

---

[1] Debtors include Celsius Network LLC, Celsius KeyFi LLC, Celsius Lending LLC, Celsius Mining LLC, Celsius Network Limited, Celsius Networks Lending LLC, and Celsius U.S. Holding LLC. The Debtor's principal place of business is 121 River Street, PH05, Hoboken, New Jersey 07030.

Dated: September 9, 2022

        Vermont Department of Financial Regulation

By: */s/ Jennifer Rood*
    Jennifer.rood@vermont.gov

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on September 9, 2022.

*/s/ Jennifer Rood*