# EXHIBIT A

**DFPI**

STATE OF CALIFORNIA
**Department of Financial Protection and Innovation**
GOVERNOR **Gavin Newsom** · COMMISSIONER **Clothilde V. Hewlett**

September 8, 2022                                                                 SENT VIA ELECTRONIC MAIL

Jennifer Rood, Assistant General Counsel
Vermont Department of Financial Regulation
89 Main Street, Third Floor
Montpelier, Vermont 05620

RE:   *Joinder with UST Motion for Examiner, DE# 730, In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Rood:

We are in receipt of the Joinder, which was filed in the bankruptcy case on September 7, 2022, DE#730, in the above captioned case (the "Joinder"). The Joinder was filed in support of the Motion of the United States Trustee for an Order Directing the appointment of an Examiner, DE #546. We have carefully reviewed the Joinder and support in full the relief requested therein. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Sincerely,

Clothilde V. Hewlett
Commissioner
Department of Financial Protection and Innovation

By

*Mary Ann Smith*
_____
Mary Ann Smith
Deputy Commissioner
Enforcement Division

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



| | | |
|---|---|---|
| **DAVID Y. IGE**<br>GOVERNOR<br><br>**JOSH GREEN**<br>LT. GOVERNOR | **STATE OF HAWAII**<br>**DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS**<br>**BUSINESS REGISTRATION DIVISION**<br>**SECURITIES ENFORCEMENT BRANCH**<br>335 MERCHANT STREET, ROOM 205, HONOLULU, HAWAII 96813<br>P.O. Box 40 HONOLULU, HAWAII 96810<br>Phone Number: 586-2740<br>Fax Number: 586-3977<br>www.investing.hawaii.gov | **CATHERINE P. AWAKUNI COLÓN**<br>DIRECTOR<br><br>**JO ANN M. UCHIDA TAKEUCHI**<br>DEPUTY DIRECTOR<br><br>**TY Y. NOHARA**<br>COMMISSIONER OF SECURITIES |

September 7, 2022

Jennifer Rood, Assistant General Counsel
Vermont Department of Financial Regulation
89 Main Street, Third Floor
Montpelier, Vermont 05620
Email: Jennifer.Rood@vermont.gov

[ ] VIA FIRST CLASS MAIL
[ ] VIA CERTIFIED MAIL
[ ] VIA FACSIMILE
[X] VIA ELECTRONIC MAIL

Re: *Joinder with UST Motion for Examiner, DE# 730, In re: Celsius Network, LLC, et al.*,[1]
Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Rood:

We are in receipt of the Joinder, which was filed in the bankruptcy case on September 7, 2022, DE#730, in the above captioned case (the "Joinder"). The Joinder was filed in support of the Motion of the United States Trustee for an Order Directing the appointment of an Examiner, DE #546. We have carefully reviewed the Joinder and support in full the relief requested therein. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Rayni M. Nakamura-Watanabe
Acting Supervising Attorney

RMNW

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

September 7, 2022

Jennifer Rood, Assistant General Counsel
Vermont Department of Financial Regulation
89 Main Street, Third Floor
Montpelier, Vermont 05620

RE:  *Joinder with UST Motion for Examiner, DE# 730, In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Rood:

We are in receipt of the Joinder, which was filed in the bankruptcy case on September 7, 2022, DE#730, in the above captioned case (the "Joinder"). The Joinder was filed in support of the Motion of the United States Trustee for an Order Directing the appointment of an Examiner, DE #546. We have carefully reviewed the Joinder and support in full the relief requested therein. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

John P. Reding
Assistant Attorney General
Revenue Litigation Bureau
Office of the Attorney General of Illinois
100 West Randolph Street, Fl. 13-225
Chicago, IL 60601
John.reding@ilag.gov

500 South Second Street, Springfield, Illinois 62701 • (217) 782-1090 • TTY: (877) 844-5461 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (312) 964-3013-3374 • Fax: (312) 814-3806
601 South University Ave., Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



**MELANIE HALL**
**ADMINISTRATOR**

**J. KEVIN STITT**
**GOVERNOR**

## STATE OF OKLAHOMA
## DEPARTMENT OF SECURITIES

September 8, 2022

VIA ELECTRONIC MAIL

Jennifer Rood, Assistant General Counsel
Vermont Department of Financial Regulation
89 Main Street, Third Floor
Montpelier, Vermont 05620
beth.sides@vermont.gov

RE:  *Joinder with UST Motion for Examiner, DE# 730, In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Rood:

We are in receipt of the Joinder, which was filed in the bankruptcy case on September 7, 2022, DE#730, in the above captioned case (the "Joinder"). The Joinder was filed in support of the Motion of the United States Trustee for an Order Directing the appointment of an Examiner, DE #546. We have carefully reviewed the Joinder and support in full the relief requested therein. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Melanie Hall, Administrator
Oklahoma Department of Securities

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

22-10964-mg    Doc 764-1    Filed 09/09/22    Entered 09/09/22 14:27:32    Exhibit A
Pg 6 of 8



**TN Department of Commerce & Insurance**

September 9, 2022                                      SENT VIA ELECTRONIC MAIL

Jennifer Rood, Assistant General Counsel
Vermont Department of Financial Regulation
89 Main Street, Third Floor
Montpelier, Vermont 05620

RE:  *Joinder with UST Motion for Examiner, DE# 730, In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Rood:

We are in receipt of the Joinder, which was filed in the bankruptcy case on September 7, 2022, DE#730, in the above captioned case (the "Joinder"). The Joinder was filed in support of the Motion of the United States Trustee for an Order Directing the appointment of an Examiner, DE #546. We have carefully reviewed the Joinder and support in full the relief requested therein. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

*Maliaka Bass (Sep 9, 2022 09:35 CDT)*

Maliaka Bass
Deputy General Counsel

MB/rst

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Financial Services Investigation Unit • 500 James Robertson Parkway • Nashville, TN 37243
Phone: 615-741-5900 • https://www.tn.gov/commerce/securities-division.html



GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR

Karima M. Woods, Commissioner

September 7, 2022

SENT VIA ELECTRONIC MAIL
Jennifer Rood, Assistant General Counsel
Vermont Department of Financial Regulation
89 Main Street, Third Floor
Montpelier, Vermont 05620

RE:  *Joinder with UST Motion for Examiner, DE# 730, In re: Celsius Network, LLC, et al.,*[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Rood:

We are in receipt of the Joinder, which was filed in the bankruptcy case on September 7, 2022, DE#730, in the above captioned case (the "Joinder"). The Joinder was filed in support of the Motion of the United States Trustee for an Order Directing the appointment of an Examiner, DE #546. We have carefully reviewed the Joinder and support in full the relief requested therein. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

*[signature]*

Stephen Bouchard
Associate Commissioner for Securities

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.



**State of Washington**

## DEPARTMENT OF FINANCIAL INSTITUTIONS
SECURITIES DIVISION
P.O. Box 9033 ● Olympia, Washington 98507-9033
Telephone (360) 902-8760 ● TDD (360) 664-8126 ● FAX (360) 902-0524 ● http://www.dfi.wa.gov

September 8, 2022                                              SENT VIA ELECTRONIC MAIL

Jennifer Rood, Assistant General Counsel
Vermont Department of Financial Regulation
89 Main Street, Third Floor
Montpelier, Vermont 05620
Jennifer.Rood@vermont.gov

RE:  *Joinder with UST Motion for Examiner, DE# 730, In re: Celsius Network, LLC, et al.*,[1] Case No. 22-10964, United States Bankruptcy Court, Southern District of New York

Dear Ms. Rood:

We are in receipt of the Joinder, which was filed in the bankruptcy case on September 7, 2022, DE#730, in the above captioned case (the "Joinder").  The Joinder was filed in support of the Motion of the United States Trustee for an Order Directing the appointment of an Examiner, DE #546. We have carefully reviewed the Joinder and support in full the relief requested therein. You are expressly authorized and encouraged to share this letter with the Honorable Martin Glenn, U.S. Bankruptcy Judge for the Southern District of New York, who is presiding over this case.

Thank you for your assistance and courtesies.

                                                              Very truly yours,

                                                              William M. Beatty
                                                              Securities Administrator

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.