**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 1, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on two (2) confidential creditors not included herein, pursuant to USPS forwarding instructions:

- **Notice of Second Day Hearing** (Docket No. 192)

Furthermore, on September 1, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A,** and six (6) confidential creditors not included herein, pursuant to USPS forwarding instructions:

- **Notice of Adjournment of Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of the Debtors' Assets, (B) Scheduling Certain Dates With Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter Into a Definitive Purchase Agreement, and (III) Granting Related Relief; and Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief** (Docket No. 445)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on September 1, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Hudson Insurance Group at PO Box 6818, Scranton, PA 18505-6818, pursuant to USPS forwarding instructions:

- **Agenda for Second Day Hearing** (Docket No. 446)

Furthermore, on September 1, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential creditor not included herein, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **Exhibit B**)

Furthermore, on September 6, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on 8167 LLC at a redacted address, and one (1) confidential creditor not included herein, pursuant to USPS forwarding instructions:

- **Notice of Hearing on Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter into a Definitive Purchase Agreement, and (III) Granting Related Relief** (Docket No. 188)

Furthermore, on September 6, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail one (1) confidential creditor not included herein, pursuant to USPS forwarding instructions:

- **Debtors' Ex Parte Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents and (II) Granting Related Relief** (Docket No. 344)

- **Notice of Hearing on Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date** (Docket No. 363)

- **Notice of Hearing re: Sealing Motion [DN 344], Kirkland & Ellis Retention [DN 360], Stretto Retention Application [DN 361], Centerview Retention [DN 362], and Latham & Watkins Retention [DN 363]** (Docket No. 364)

- **Notice of Withdrawal of Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into an Advisory Agreement With Rod Bolger Pursuant to Sections 363(b) and 503(c)(3) of the Bankruptcy Code** (Docket No. 379)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Debtors' Ex Parte Motion Seeking Entry of an Order (I) Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Potential Sale of Certain Assets and (II) Granting Related Relief** (Docket No. 380)

Furthermore, on September 6, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on The Million Roses at 2914 Leonis Blvd, Vernon, CA 90058-2916, pursuant to USPS forwarding instructions:

- **Final Order (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Critical Vendors, Foreign Vendors, 503(b)(9) Claimants, and Lien Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief** (Docket No. 520)

- **Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock and (II) Granting Related Relief** (Docket No. 525)

- **Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief** (Docket No. 528)

Furthermore, on September 6, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Gumi Cryptos Capital LLC at 44 Tehama St, San Francisco, CA 94105-3110, pursuant to USPS forwarding instructions:

- **Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock and (II) Granting Related Relief** (Docket No. 525)

- **Notice of Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock and (II) Granting Related Relief** (Docket No. 525, Pages 37-41)

Furthermore, on September 7, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit C</u>**, pursuant to USPS forwarding instructions:

- **Notice Regarding Meeting of Creditors to be held August 19, 2022, at 9:00 a.m. (Prevailing Eastern Time)** (Docket No. 297)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **Exhibit B**)

Dated: September 9, 2022

Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 9th day of September, 2022, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# **<u>Exhibit A</u>**

**STRETTO**

**Exhibit A**

Served via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| 8167 LLC | ON FILE | | | | |
| ABACUS | 320 CUMBERLAND AVE | | PORTLAND | ME | 04101-4928 |
| AESCRIPTS | 86 RIVER RD | | BRIARCLIFF | NY | 10510-2412 |
| BELLWOOD GLOBAL TRANSPORTATION | 5100 NW 33RD AVE | STE 250 | FT LAUDERDALE | FL | 33309-6382 |
| BITWAVE | PMB 61754 | 382 NE 191ST ST | MIAMI | FL | 33179-3899 |
| BRAVE SOFTWARE INTERNATIONAL, SEZC | 580 HOWARD ST | UNIT 402 | SAN FRANCISCO | CA | 94105-3025 |
| CODERPAD | 44 MONTGOMERY ST | STE 300 | SAN FRANCISCO | CA | 94104-4624 |
| CORE SCIENTIFIC | 210 BARTON SPRINGS RD | STE 300 | AUSTIN | TX | 78704-1251 |
| CRUNCHBASE INC. | 564 MARKET ST | STE 500 | SAN FRANCISCO | CA | 94104-5402 |
| DECENT LABS | PMB 95837 | 382 NE 191ST ST | MIAMI | FL | 33179-3899 |
| ELEMENTS MASSAGE | 1890 WYNKOOP ST | STE 100 | DENVER | CO | 80202-1110 |
| LVC USA INC. | 3101 PARK BLVD | | PALO ALTO | CA | 94306-2233 |
| NUSOURCES | 586 VALLEY RD | | WAYNE | NJ | 07470-3526 |
| PRINTABILITY | 26 SHAWNEE WAY | STE L | BOZEMAN | MT | 59715-7699 |
| REGUS MANAGEMENT GROUP, LLC | 15305 DALLAS PKWY | STE 1200 | ADDISON | TX | 75001-6423 |
| RETOOL INC | 1550 BRYANT ST | STE 800 | SAN FRANCISCO | CA | 94103-4859 |
| ROSEWOOD HOTEL | 9220 W SUNSET BLVD | STE 301 | W HOLLYWOOD | CA | 90069-3503 |
| RUBYTUESDAY | 216 E CHURCH AVE | | MARYVILLE | TN | 37804-5738 |
| SWEETGREEN | 3102 W 36TH ST | | LOS ANGELES | CA | 90018-3605 |
| TASKRABBIT | PO BOX 530225 | | ATLANTA | GA | 30353-0225 |
| THE MILLION ROSES | 2914 LEONIS BLVD | | VERNON | CA | 90058-2916 |
| THE PEREZIDENCY | 171 COLE RD | | HURLEYVILLE | NY | 12747-5036 |
| TUBEBUDDY | 566 SOMBRILLO | | ARROYO GRANDE | CA | 93420-1441 |
| UPWORK | 655 MONTGOMERY ST | STE 490 | SAN FRANCISCO | CA | 94111-2676 |
| UXCAM INC. | 6250 CYPRESS AVE | | EL CERRITO | CA | 94530-2117 |
| VELVET TACO - DOORDASH | 15110 DALLAS PKWY | STE 200 | DALLAS | TX | 75248-4622 |

# **Exhibit B**

| Information to identify the case: | |
|---|---|
| Debtor: <u>Celsius Network LLC, *et al.*[1]</u><br>　　　　Name | EIN <u>8 7 – 1 1 9 2 1 4 8</u> |
| United States Bankruptcy Court for the: <u>Southern District of New York</u><br>　　　　　　　　　　　　　　　　　　　　　(State) | Date case filed for chapter 11: <u>July 13, 2022</u><br>　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| Case Number: <u>　22-10964 (MG)　　　　</u> | |

## <u>Official Form 309F1</u> (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1.　　**Debtors' full name:  See chart below.**

　　　　**List of Jointly Administered Cases**

| No. | Debtor | Former Name | Address | Case No. | EIN # |
|---|---|---|---|---|---|
| 1 | **Celsius Network LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | 22-10964 (MG) | **87-1192148** |
| 2 | **Celsius KeyFi LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | 22-10967 (MG) | **85-3374414** |
| 3 | **Celsius Lending LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | 22-10970 (MG) | **85-3428417** |

---

[1]　　The location of the Debtors' service address for purposes of these chapter 11 cases is:  121 River Street, PH05, Hoboken, New Jersey 07030.

**For more information, see page 2 ▶**

Debtor    Celsius Network LLC

Name

Case number (*if known*)  22-10964 (MG)

| 4 | **Celsius Mining LLC** | **Celsius Core LLC** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10968 (MG)** | **85-3471387** |
| 5 | **Celsius Network Inc.** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10965 (MG)** | **82-4381219** |
| 6 | **Celsius Network Limited** | **N/A** | **1 Bartholomew Lane London, UK EC2N 2AX** | **22-10966 (MG)** | **98-1528554** |
| 7 | **Celsius Networks Lending LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10969 (MG)** | **84-3503390** |
| 8 | **Celsius US Holding LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10971 (MG)** | **85-3387956** |

| 2. | **All other names used in the last 8 years** | See chart above |
|---|---|---|
| 3. | **Address** | See chart above |

| 4. | **Debtor's attorney**<br>Name and address | Joshua A. Sussberg, P.C.<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200 |
|---|---|---|
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004<br><br>All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at https://cases.stretto.com/Celsius | Hours open<br>8:30 a.m. to 5:00  p.m. (prevailing Eastern Time)[2]<br><br>Contact phone:<br>(212) 668-2870 |

---

[2]    Please reference the Court's website for operating procedures in response to the COVID-19 pandemic:  http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19.

Debtor    Celsius Network LLC
_____
          Name

Case number (*if known*) 22-10964 (MG)

| 6. | **Meeting of creditors** | | |
|---|---|---|---|
| | The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **Date:** | **August 19, 2022** |
| | | **Location:** | **Telephonic - Dial-In Instructions to be Provided** |
| | | **Time:** | **9:00 a.m. ET** |

| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | **Not yet set. If a deadline is set court will send you another notice.** |
|---|---|---|---|

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

☒ your claim is designated as *disputed*, *contingent*, or *unliquidated*;
☒ you file a proof of claim in a different amount; or
☒ you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 8. | **Exception to discharge deadline** | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. | |
|---|---|---|---|
| | The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | **Deadline for filing the complaint:** | **Not yet set. If a deadline is set court will send you another notice.** |

| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
|---|---|---|

| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
|---|---|---|

# **Exhibit C**



# Exhibit C

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| AARON ADONIS BAZIN | ON FILE |
| AARON HAYWARD | ON FILE |
| AARON LESTER | ON FILE |
| ADAM ALMASSRI | ON FILE |
| ADAM COPE | ON FILE |
| ADAM LACY | ON FILE |
| ADRIAN THORNTON | ON FILE |
| ALEX FUKS | ON FILE |
| ALEX MATKIN | ON FILE |
| ALEXANDER KATERINOS | ON FILE |
| ALEXIS HONEYCUTT | ON FILE |
| ALLAN CHESSHIR | ON FILE |
| ALLEN DEAN | ON FILE |
| AMANDA RAID | ON FILE |
| AMBERLEIGH WANKEL | ON FILE |
| ANASTASIA ROSKAM | ON FILE |
| ANDREA PANCAKE | ON FILE |
| ANDREW CHAPIN | ON FILE |
| ANDREW JACKSON | ON FILE |
| ANDREW MEIER | ON FILE |
| ANDREW SATORSKI | ON FILE |
| ANDREW WINDSOR | ON FILE |
| ANDY HILL | ON FILE |
| ANGELA BOGGUS | ON FILE |
| ANNELIESE ANTONUCCI | ON FILE |
| ANOUAR IMOUHDINE | ON FILE |
| ANTONIO SIMPSON | ON FILE |
| ARMANDO POLANCO | ON FILE |
| ARMANDS KRUZE | ON FILE |
| ASHLEY DIFIORE | ON FILE |
| ASHLEY KHONDAKAR | ON FILE |
| ASHLIE MEREDITH | ON FILE |
| AUSTIN GROOVER | ON FILE |
| BAVAN SINGH | ON FILE |
| BEN BUSSELL | ON FILE |
| BENJAMIN DE SEINGALT | ON FILE |
| BRADLEY PARO | ON FILE |
| BRANDON NETTLES | ON FILE |
| BRANDON PETRY | ON FILE |




**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| BRENNAN MOSER | ON FILE |
| BRETT JACK | ON FILE |
| BRETT LONGERBEAM | ON FILE |
| BRETT SCOLES | ON FILE |
| BRIAN BOCOBO | ON FILE |
| BRIAN BRUBAKER | ON FILE |
| BRIAN FONG-MURDOCK | ON FILE |
| BRIAN JULIN | ON FILE |
| BRIAN RHODES | ON FILE |
| BRUCE GOULD | ON FILE |
| BRYCE GIVENS | ON FILE |
| CALEB DUPE | ON FILE |
| CANDACE CUTBIRTH | ON FILE |
| CHARLES BITTNER | ON FILE |
| CHARLES KOWALSKI | ON FILE |
| CHARLES PERRIGOY | ON FILE |
| CHARLES YARBROUGH | ON FILE |
| CHELSEA OMER | ON FILE |
| CHRIS MCCLAIN | ON FILE |
| CHRIS VOSBURG | ON FILE |
| CHRISTINE DANIELS | ON FILE |
| CHRISTOPHER DE SANTI | ON FILE |
| CHRISTOPHER DUANE | ON FILE |
| CHRISTOPHER JENKINS | ON FILE |
| CJ MILLER | ON FILE |
| CLAYTON DRISKELL | ON FILE |
| CLAYTON LEAVELL | ON FILE |
| CLAYTON SMITH | ON FILE |
| CLIFTON TURNER | ON FILE |
| CODY STANKUS | ON FILE |
| CONARY RAMOS | ON FILE |
| COOPER FITZPATRICK | ON FILE |
| COOPER KERNAN | ON FILE |
| CRYSTAL SANDOVAL | ON FILE |
| DAMON PERRY | ON FILE |
| DANIEL HARTHAUSEN | ON FILE |
| DANIEL HORD | ON FILE |
| DANIEL LIM | ON FILE |
| DANIEL MARCHAN | ON FILE |



## Exhibit C
Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| DANIEL OWEN | ON FILE |
| DARREN GLICK | ON FILE |
| DAVID BAKER | ON FILE |
| DAVID TAN | ON FILE |
| DAVID TORTORICE | ON FILE |
| DAVID ZENREICH | ON FILE |
| DEBBIE MONTEMURRO | ON FILE |
| DEREK XIAO | ON FILE |
| DERRICK O PENCHION | ON FILE |
| DEVAHN RAMDYAL | ON FILE |
| DEXTER DEAN BETTS | ON FILE |
| DOMINICK GALLO | ON FILE |
| DORON BERGER | ON FILE |
| DOUGLAS GIOVANNI GONZALO | ON FILE |
| DUSTIN STAFFORD | ON FILE |
| DWIGHT JOHNSON | ON FILE |
| DYLAN CARTER | ON FILE |
| DYLAN HEALY | ON FILE |
| EDDIE CHIRINO | ON FILE |
| EDWARD JOUNG | ON FILE |
| EEAN CLARK-OVENS | ON FILE |
| EKATERINA ESPE | ON FILE |
| ELIJAH POHL | ON FILE |
| ELISHA ARNAU | ON FILE |
| ELLIS MASSIAH | ON FILE |
| EMILY BAGDATLI | ON FILE |
| ENOC VELEZ MARTINEZ | ON FILE |
| ENRICO MIRRA | ON FILE |
| ERIC CORCORAN | ON FILE |
| ERIC FLYNN | ON FILE |
| ERIN RAINOSEK | ON FILE |
| ERNEST TROTTER | ON FILE |
| ESTEBAN PADILLA | ON FILE |
| FARREL ALEXANDER | ON FILE |
| FELIX MARKMAN | ON FILE |
| FERNANDO CAAMANO | ON FILE |
| FRANCISCO PULGAR-VIDAL | ON FILE |
| GARY PERKINS | ON FILE |
| GAVIN ANDERSON | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

 STRETTO

**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| GENO DURAN | ON FILE |
| GEORGE DAHER | ON FILE |
| GEORGE OLSON | ON FILE |
| GEORGIA SINGLETON-MAJOR | ON FILE |
| GLENDERL MALLARD | ON FILE |
| GRACE JOHNSON | ON FILE |
| GREG NIBBELINK | ON FILE |
| HAIYANG ZHANG | ON FILE |
| HAROON LODHI | ON FILE |
| HASAN F HASAN | ON FILE |
| HOLLY DEPIES | ON FILE |
| HOWARD SILBERMAN | ON FILE |
| ISHMAEL GREEN | ON FILE |
| IZUAKOLAM AKAMIRO | ON FILE |
| JACKSON CONNELL | ON FILE |
| JACOB STELTER | ON FILE |
| JACQUELYN JOHNSON -SHAH | ON FILE |
| JAESON TURNER JR | ON FILE |
| JAMES BARBER | ON FILE |
| JAMES BEARD | ON FILE |
| JAMES GRILL | ON FILE |
| JAN SOKOLOVITS | ON FILE |
| JARED ANDERSON | ON FILE |
| JARED FRANKLIN | ON FILE |
| JARVIS WILLIAMS | ON FILE |
| JASMINE JILES | ON FILE |
| JASON CRAWFORD | ON FILE |
| JASON LE | ON FILE |
| JASON PICKETT | ON FILE |
| JASON TOLLEY | ON FILE |
| JAWAN SIMPSON | ON FILE |
| JEFFREY CAMPBELL | ON FILE |
| JENIFFER PELLETIER | ON FILE |
| JENNIFER FRENCH | ON FILE |
| JENNIFER TROXELL | ON FILE |
| JEREMY ARTEAGO | ON FILE |
| JEREMY RITZERT | ON FILE |
| JEREMY STEED | ON FILE |
| JERRY HARDING | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| JESSE ADAMS | ON FILE |
| JESSE MCNAMARA | ON FILE |
| JESSE MYERS | ON FILE |
| JOE MERGEN | ON FILE |
| JOEL MARTIN | ON FILE |
| JOHN CATHEY | ON FILE |
| JOHN GIBSON | ON FILE |
| JOHN RAMSEY | ON FILE |
| JOHN STAMPER V | ON FILE |
| JOHN WARREN | ON FILE |
| JON BUTLER | ON FILE |
| JORDAN MALLOY | ON FILE |
| JOSE CANSECO | ON FILE |
| JOSEL ALLENDE | ON FILE |
| JOSEPH STARKMAN | ON FILE |
| JOSEPH YATES | ON FILE |
| JOSHUA BONTRAGER | ON FILE |
| JOSHUA CARDA | ON FILE |
| JOSHUA HOWE | ON FILE |
| JOSHUA MARTELLO | ON FILE |
| JOSHUA MELBY | ON FILE |
| JOSHUA WIMER | ON FILE |
| JUAN RODRIGUEZ | ON FILE |
| JULIA REYNOLDS | ON FILE |
| JURACI CARREIRO | ON FILE |
| JUSTIN DORR | ON FILE |
| JUSTIN HALLADAY | ON FILE |
| KEATH MURRAY | ON FILE |
| KENYA JOHNSON | ON FILE |
| KEVIN GRAHAM | ON FILE |
| KEVIN STRANG | ON FILE |
| KEVIN TAYLOR | ON FILE |
| KIMBERLY BAKER | ON FILE |
| KIMBERLY RICHIE | ON FILE |
| KISHORE MAHADEV | ON FILE |
| KRISTOPHER RAI | ON FILE |
| KRYSTIAN STREIT | ON FILE |
| KYLE BAILEY | ON FILE |
| KYLE BARNES | ON FILE |



 

**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| LAN SMITH | ON FILE |
| LARRY PACHECO | ON FILE |
| LELAND ELLIS | ON FILE |
| LEVI MACY | ON FILE |
| LILLIAN DEVIN | ON FILE |
| LOGAN JOHNSON | ON FILE |
| LOGAN PARRISH | ON FILE |
| LOUIE PETEK | ON FILE |
| LOUISE ARCHULETA | ON FILE |
| LUIS LOPES | ON FILE |
| LUKE HARDING | ON FILE |
| LUKE SERRANO | ON FILE |
| MARC DANIELS | ON FILE |
| MARCUS NEALY | ON FILE |
| MARK GLASS | ON FILE |
| MARK WHEATLEY | ON FILE |
| MASEN WISE | ON FILE |
| MASON PINO | ON FILE |
| MATT DUNN | ON FILE |
| MATTHEW PITTMAN | ON FILE |
| MATTHEW REYNOLDS | ON FILE |
| MATTHIJS MARUANAYA | ON FILE |
| MAX WILLARD | ON FILE |
| MELEIK HYMAN | ON FILE |
| MIA PEDRETTI | ON FILE |
| MICHAEL BELMORE | ON FILE |
| MICHAEL CIANFERRA | ON FILE |
| MICHAEL FINDLAY | ON FILE |
| MICHAEL MONEY | ON FILE |
| MICHAEL POWELL | ON FILE |
| MICHAEL PRATT | ON FILE |
| MICKEY HOLLAND | ON FILE |
| MIGUEL PINANGO | ON FILE |
| MIKE STACY | ON FILE |
| MILTON ROGERS | ON FILE |
| NEIL MARTEL | ON FILE |
| NICK BECHARD | ON FILE |
| NICK LAZO | ON FILE |
| NORE HABIB | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| OLIVER ZELAYA | ON FILE |
| PAUL MANN | ON FILE |
| PAUL PARKER | ON FILE |
| PETER ROKKOS | ON FILE |
| PETER WILLIAMS | ON FILE |
| RACHEL MURRAY | ON FILE |
| RAFAEL MARTINEZ ZAYAS | ON FILE |
| RALPH PRICE | ON FILE |
| REBECCA BELL | ON FILE |
| REU SCHERF | ON FILE |
| RICHARD HALLIDAY | ON FILE |
| RICHARD HOWELL | ON FILE |
| RITA MELBURN | ON FILE |
| ROBERT DEHERRERA | ON FILE |
| ROBERT DIPADQUALE | ON FILE |
| ROBERT FOWLER | ON FILE |
| ROBERT JACKTSA | ON FILE |
| ROBERT JOHNSON | ON FILE |
| ROBERT WHEELER | ON FILE |
| ROBIN WEIZER | ON FILE |
| ROSE BOUTOT | ON FILE |
| RYAN BELOTE | ON FILE |
| RYAN HINRICHER | ON FILE |
| RYAN REED | ON FILE |
| SALENA ANGEVINE | ON FILE |
| SALIM AL-SALIM | ON FILE |
| SALLY COLOSKY | ON FILE |
| SALVATORE MICALETTI | ON FILE |
| SAM BATES | ON FILE |
| SAM HARRELL | ON FILE |
| SAM KIM | ON FILE |
| SAM PIUS | ON FILE |
| SAM STRATFORD | ON FILE |
| SAMANTHA CREECH | ON FILE |
| SAMANTHA MERRITT | ON FILE |
| SAMANTHA SCHWARTZ | ON FILE |
| SAMANTHA TRUEMAN | ON FILE |
| SAMEER VARPE | ON FILE |
| SAMIN ALIKHANI | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| SAMSON HULME | ON FILE |
| SAMUEL BRYANS | ON FILE |
| SAMUEL CHO | ON FILE |
| SAMUEL GONZALEZ | ON FILE |
| SAMUEL JACOB MASSARSKY | ON FILE |
| SAMUEL LEHMAN | ON FILE |
| SAMUEL SCHMIDT | ON FILE |
| SAMUEL SPOERL | ON FILE |
| SAMUEL SWENSON | ON FILE |
| SAMUEL WHEELER | ON FILE |
| SANCHAY DEWAN | ON FILE |
| SANDOR SKLAR | ON FILE |
| SANTOSH PUROHIT | ON FILE |
| SARA SPRINGER | ON FILE |
| SARAH DONHAM | ON FILE |
| SARAH HOSTETLER | ON FILE |
| SARAH JOHNSON | ON FILE |
| SARAH LANGLEY | ON FILE |
| SARAH SCHRIVER | ON FILE |
| SARAH SIGMON | ON FILE |
| SATISH CHANDRA SIDDULA | ON FILE |
| SAUL ABRAHAN PAULINO | ON FILE |
| SAUL GARCIA | ON FILE |
| SAWYER WOOD | ON FILE |
| SAYEL ALI | ON FILE |
| SAYHAM CHOWDHURY | ON FILE |
| SCOTT BREEN | ON FILE |
| SCOTT COLE | ON FILE |
| SCOTT FORESTER | ON FILE |
| SCOTT GREGG | ON FILE |
| SCOTT HALLMEYER | ON FILE |
| SCOTT HERSHORIN | ON FILE |
| SCOTT KEESEE | ON FILE |
| SCOTT LE | ON FILE |
| SCOTT SYLVESTER | ON FILE |
| SCOTT SYMINGTON | ON FILE |
| SCOTT VAN EPPS | ON FILE |
| SEAN BENNETT | ON FILE |
| SEAN BRANCH | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| SEAN DAY | ON FILE |
| SEAN HART | ON FILE |
| SEAN HEALY | ON FILE |
| SEAN HEARN | ON FILE |
| SEAN HICKS | ON FILE |
| SEAN HIGGINS | ON FILE |
| SEAN KEETON | ON FILE |
| SEAN LOCHTEN | ON FILE |
| SEAN QUANDT | ON FILE |
| SEBASTIAN BUNTIN | ON FILE |
| SEBASTIAN ECHEANDIA | ON FILE |
| SEIJI LARSEN | ON FILE |
| SELTZER SELTZER | ON FILE |
| SEMA BEKIROGLU | ON FILE |
| SENAIDA SAN MIGUEL | ON FILE |
| SENG VUE | ON FILE |
| SEQUOIA ROY CERVANTES | ON FILE |
| SERGIO ZARATE | ON FILE |
| SETH MCGIE | ON FILE |
| SETH SCHULMAN | ON FILE |
| SETH SCOTT | ON FILE |
| SEUNG HONG | ON FILE |
| SEVADA ASHEGHIAN | ON FILE |
| SEVANA AVANESSIAN | ON FILE |
| SHAKA JOHNSON | ON FILE |
| SHALVA FARGEON | ON FILE |
| SHANE GRZANOWICZ | ON FILE |
| SHANE LEVERMANN | ON FILE |
| SHANE STARLING | ON FILE |
| SHANNON KIBLER | ON FILE |
| SHANNON LOCKE | ON FILE |
| SHANNON WORKMAN | ON FILE |
| SHANTHAN CHALLA | ON FILE |
| SHAQUAWN SAMUEL MOORE | ON FILE |
| SHAQUILLE BARNETT | ON FILE |
| SHARONE GEETER | ON FILE |
| SHARTARA NICKS | ON FILE |
| SHASHIKANTH KONDAM | ON FILE |
| SHASTA PINEGAR | ON FILE |



## Exhibit C

Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| SHAUN BONK | ON FILE |
| SHAUN BRUNER | ON FILE |
| SHAUN DAVIS | ON FILE |
| SHAUN SHERMAN | ON FILE |
| SHAUN SHUE | ON FILE |
| SHAUN YASALONIS | ON FILE |
| SHAWN BLANKENSHIP | ON FILE |
| SHAWN GRAS | ON FILE |
| SHAWN LEEGWATER | ON FILE |
| SHAWN PYFROM | ON FILE |
| SHAWN VANCAMP | ON FILE |
| SHAWN WHITE | ON FILE |
| SHAY POSEY | ON FILE |
| SHEA SLITER | ON FILE |
| SHEILA ROCKEY | ON FILE |
| SHELBY NELSON | ON FILE |
| SHELBY NIDAY | ON FILE |
| SHELDON COHEN | ON FILE |
| SHELLEY FAJANS | ON FILE |
| SHERI SPALDING | ON FILE |
| SHERMAN GREENE | ON FILE |
| SHIBGA CHOWDHURY | ON FILE |
| SHLOMO KOFMAN | ON FILE |
| SHON HARRIS | ON FILE |
| SIERRA HOWELL | ON FILE |
| SIMON ARENAS | ON FILE |
| SIMON DINGES | ON FILE |
| SIMON JIN KIM | ON FILE |
| SIYUAN BAO | ON FILE |
| SKYLAR YOUNG | ON FILE |
| SKYLOR BLAY | ON FILE |
| SOFIA LOYO | ON FILE |
| SOHAM SAKPAL | ON FILE |
| SOMANA DOMINIC DHARAM | ON FILE |
| SOMMER HINES | ON FILE |
| SOOHWAN CHUN | ON FILE |
| SOOYEOL SOHN | ON FILE |
| SOPHIA DENARDO | ON FILE |
| SPENCE MURRAY | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

 **STRETTO**

## Exhibit C

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| SPENCER COLLOPY | ON FILE |
| SPENCER DORSEY | ON FILE |
| SPENCER HOIUM | ON FILE |
| SPENCER RAISANEN | ON FILE |
| SPENCER SAUNDERS | ON FILE |
| SRINIVASA YALAVARTHI | ON FILE |
| SRIRAM SELVARAJ | ON FILE |
| STACIE HIRSHBERG | ON FILE |
| STAMATIOS MORELLAS | ON FILE |
| STANLEY BRONICKI | ON FILE |
| STEFANIE MILLER | ON FILE |
| STELIOS ANASTASIADES | ON FILE |
| STEPHAN JACKSON | ON FILE |
| STEPHANIE BEBKO | ON FILE |
| STEPHANIE LOCKE | ON FILE |
| STEPHANIE LOGAN | ON FILE |
| STEPHANIE SMITH | ON FILE |
| STEPHANY MAE MORALES | ON FILE |
| STEPHEN BOERNER | ON FILE |
| STEPHEN BROWN | ON FILE |
| STEPHEN CLEARY | ON FILE |
| STEPHEN HA | ON FILE |
| STEPHEN HANDY | ON FILE |
| STEPHEN NAYLOR | ON FILE |
| STEPHEN OBERMULLER | ON FILE |
| STEPHEN OLAH | ON FILE |
| STEPHEN VANDERVER | ON FILE |
| STERLING PETERSEN | ON FILE |
| STERLING SNOW | ON FILE |
| STEVE BREWER | ON FILE |
| STEVE NOAHR | ON FILE |
| STEVE PATTERSON | ON FILE |
| STEVEN AGATEP | ON FILE |
| STEVEN BAGNOWSKI | ON FILE |
| STEVEN BALKE | ON FILE |
| STEVEN BARFIELD | ON FILE |
| STEVEN BRACHMAN | ON FILE |
| STEVEN BRANTINGHAM | ON FILE |
| STEVEN CHRISTOPHER RUND | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

 

**STRETTO**

**Exhibit C**
Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| STEVEN DANE | ON FILE |
| STEVEN HAWKINS | ON FILE |
| STEVEN JONES | ON FILE |
| STEVEN MARCUM | ON FILE |
| STEVEN MARSHALL | ON FILE |
| STEVEN MICHAEL DANIELS | ON FILE |
| STEVEN MILLER | ON FILE |
| STEVEN NORMANDY | ON FILE |
| STEVEN PHILKILL | ON FILE |
| STEVEN SLY | ON FILE |
| STEVEN TRAPP | ON FILE |
| STEVEN URAY | ON FILE |
| STEVEN WARE | ON FILE |
| STEVEN WEAVER | ON FILE |
| STEVEN YOKLEY | ON FILE |
| STEVIE HULINGS | ON FILE |
| STONEY NELSON ROBERTS | ON FILE |
| STUART GRANTHAM | ON FILE |
| STUART NEWTON | ON FILE |
| SUJATA GAIKAR | ON FILE |
| SUJAY PURANDARE | ON FILE |
| SUJIN HWANG | ON FILE |
| SUMAN GANGA | ON FILE |
| SUNGCHIN KIM | ON FILE |
| SUNGWON SON | ON FILE |
| SUNNY KIM | ON FILE |
| SUSAN KANG | ON FILE |
| SUZIE YOON | ON FILE |
| SYDNEY ANDERSON | ON FILE |
| TAGART SOBOTKA | ON FILE |
| TALTON JETT | ON FILE |
| TAMARA BUNDY | ON FILE |
| TAMARA CRAFT | ON FILE |
| TAMMIKA EVANS | ON FILE |
| TANER NALBANT | ON FILE |
| TANIA BLAIR | ON FILE |
| TANNER BLAKE KEITH | ON FILE |
| TANNER JOHNSON | ON FILE |
| TANNER MULLEN | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

 

**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| TANNER SOTELO | ON FILE |
| TANYA GALLAGHER | ON FILE |
| TARA SMOOT NASMYTH | ON FILE |
| TAVEN ERPENBACH | ON FILE |
| TAWANNA SLOAN | ON FILE |
| TAYLON PEREZ | ON FILE |
| TAYLOR BRANDON | ON FILE |
| TAYLOR NICHOLSON | ON FILE |
| TAYLOR PARNALL | ON FILE |
| TAYLOR ROSSOW | ON FILE |
| TAYLOR WOODS | ON FILE |
| TEAGAN ROEHL | ON FILE |
| TED STEFFEN | ON FILE |
| TERESA EARP | ON FILE |
| TERRANCE LAWRENCE | ON FILE |
| TESSA POLSON | ON FILE |
| THE RENTING HOUSE LLC | ON FILE |
| THEODORE NIELSEN | ON FILE |
| THEOTIME SICARD | ON FILE |
| THERESA AUSTIN | ON FILE |
| THERESA CALDERON | ON FILE |
| THERESA KOTULSKY | ON FILE |
| THIRUMALAIVELU ALAGIANAN | ON FILE |
| THITHIEN NGUYEN | ON FILE |
| THOMAS AMPARAN | ON FILE |
| THOMAS BASTASCH | ON FILE |
| THOMAS CADOLINO | ON FILE |
| THOMAS DOLL | ON FILE |
| THOMAS ENGLISH | ON FILE |
| THOMAS HEIFNER | ON FILE |
| THOMAS HODGE | ON FILE |
| THOMAS HUBERT | ON FILE |
| THOMAS JARDINE | ON FILE |
| THOMAS JONES | ON FILE |
| THOMAS KLEIN | ON FILE |
| THOMAS KLEM | ON FILE |
| THOMAS LEUBNER | ON FILE |
| THOMAS LEW | ON FILE |
| THOMAS MCCANDLISH | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



## Exhibit C

Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| THOMAS MIESEN | ON FILE |
| THOMAS POWERS | ON FILE |
| THOMAS RHODEN | ON FILE |
| THOMAS ROOS | ON FILE |
| THOMAS SMITH | ON FILE |
| THOMAS STARNES | ON FILE |
| THOMAS VONGSENGKEO | ON FILE |
| TIFFANY BRITTAIN | ON FILE |
| TIFFANY DAVIS | ON FILE |
| TIFFANY MOUTON | ON FILE |
| TIFFANY WILLIAMS | ON FILE |
| TIM ISAAC | ON FILE |
| TIM LEKIC | ON FILE |
| TIM SHREVE | ON FILE |
| TIMOTHY ALDRICH | ON FILE |
| TIMOTHY BOAS | ON FILE |
| TIMOTHY BURKE | ON FILE |
| TIMOTHY DORNING | ON FILE |
| TIMOTHY JOHN HEILAND | ON FILE |
| TIMOTHY KANG | ON FILE |
| TIMOTHY MICHAEL PLONSKI | ON FILE |
| TIMOTHY NELSON | ON FILE |
| TIMOTHY ORLANDO | ON FILE |
| TIMOTHY PARKER | ON FILE |
| TIMOTHY SHELL | ON FILE |
| TIMOTHY SIMMONS | ON FILE |
| TIMOTHY TAYLOR | ON FILE |
| TIMOTHY WALKER | ON FILE |
| TIMOTHY WEILERT | ON FILE |
| TIMOTHY WILLIAM KOLBERG | ON FILE |
| TIMOTHY WILLIAMS II | ON FILE |
| TISHA KHUNTHANA | ON FILE |
| TISHA SULLIVAN | ON FILE |
| TJ GIENGER | ON FILE |
| TOBIAS GERKEN | ON FILE |
| TOBY FRENSDORF | ON FILE |
| TODD BOLT | ON FILE |
| TODD WATTS | ON FILE |
| TOM MANN | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

## Exhibit C

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| TOM SCHACHTE | ON FILE |
| TOM SHEAHAN | ON FILE |
| TOM SLONE | ON FILE |
| TONI HOOD | ON FILE |
| TONY WATSON | ON FILE |
| TORE NAUTA | ON FILE |
| TORREY TRAHANOVSKY | ON FILE |
| TORY JUSTIN BAIN | ON FILE |
| TOYIN ADEDOKUN | ON FILE |
| TRACE FAYARD | ON FILE |
| TRACE HENDERSON | ON FILE |
| TRACEY LYNN ZIEBARTH | ON FILE |
| TRAE SHAVER-HOLDBROOK | ON FILE |
| TRAMON GRANT | ON FILE |
| TRAVIS BRENNAN | ON FILE |
| TRAVIS LARSON | ON FILE |
| TRAVIS LONGO | ON FILE |
| TRAVIS RICHARDSON | ON FILE |
| TRAVIS ROSE | ON FILE |
| TRAVIS TOMKO | ON FILE |
| TRAVIS ZEIPELT | ON FILE |
| TRAVOUNTE JACKSON | ON FILE |
| TRENTON CARRELL | ON FILE |
| TREVOR BAUMGARTNER | ON FILE |
| TREVOR MONROE | ON FILE |
| TREY WILLIAMS | ON FILE |
| TRINA TETRICK | ON FILE |
| TRISTAN AARON BONILLA | ON FILE |
| TRISTAN LEIFI | ON FILE |
| TRISTAN MANLEY | ON FILE |
| TRISTAN SMITH | ON FILE |
| TRISTIN THURNEAU | ON FILE |
| TROY EDEN | ON FILE |
| TROY HALL | ON FILE |
| TROY JOHNSON | ON FILE |
| TROY LEE | ON FILE |
| TROY MOORE | ON FILE |
| TUAN QUACH | ON FILE |
| TUAN TU | ON FILE |



**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| TY GRAHAM | ON FILE |
| TYLER FORTNER | ON FILE |
| TYLER HENDERSON | ON FILE |
| TYLER HEUSINKVELD | ON FILE |
| TYLER JAY KIZIAH | ON FILE |
| TYLER KANE | ON FILE |
| TYLER LIBAN | ON FILE |
| TYLER MCGRATH | ON FILE |
| TYLER MOYER | ON FILE |
| TYLER MURDOCK | ON FILE |
| TYLER NEWMAN | ON FILE |
| TYLER ONDRICEK | ON FILE |
| TYLER ROBINSON | ON FILE |
| TYLER SEPP | ON FILE |
| TYLER SUAGLAR | ON FILE |
| TYLER TOBIN | ON FILE |
| TYLER TRESNER | ON FILE |
| TYLER WEBER | ON FILE |
| TYLER WEINERT | ON FILE |
| TYLER WILSON | ON FILE |
| TYLER YODER | ON FILE |
| TYRONE KIMBROUGH | ON FILE |
| TYRONE WEEKS | ON FILE |
| TYRUS TABB | ON FILE |
| TYSON POST | ON FILE |
| UGAM SHAH | ON FILE |
| ULYLUS HOPSON | ON FILE |
| UMAIR BARI | ON FILE |
| USMAN YAQOOB | ON FILE |
| VAGNER CASCAES | ON FILE |
| VAL VALADEZ | ON FILE |
| VALENTINE CORONA | ON FILE |
| VALENTINE ROQUE | ON FILE |
| VALERIE WOODS | ON FILE |
| VAN ANH TRUONG | ON FILE |
| VANESSA FORD | ON FILE |
| VAUGHN EASON | ON FILE |
| VAZRIG APRAHAMIAN | ON FILE |
| VETRIVENDAN DHANUSHKOD | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| VICENTE REAL GOMEZ | ON FILE |
| VICTOR CHAO | ON FILE |
| VICTOR KORNBERG II | ON FILE |
| VICTOR OLUDARE | ON FILE |
| VICTOR SOBERANIS | ON FILE |
| VICTOR ZEMAN | ON FILE |
| VICTORIA CHAN | ON FILE |
| VICTORIA DICKERSON | ON FILE |
| VICTORIA KIRK | ON FILE |
| VICTORIA MARTURANO | ON FILE |
| VIGNESH HIRUDAYAKANTH | ON FILE |
| VIJI REMA | ON FILE |
| VIKTOR ALASTI | ON FILE |
| VINAY KUMAR PAMARTHI | ON FILE |
| VINAY PRASAD | ON FILE |
| VINCENT CAGONOT | ON FILE |
| VINCENT NGUYEN | ON FILE |
| VINCENT OPPUS | ON FILE |
| VINCENT RUSSELL | ON FILE |
| VINCENT SHEEHAN | ON FILE |
| VINCENT VERARDI | ON FILE |
| VINH TRINH | ON FILE |
| VIRGINIA KLEINBERG | ON FILE |
| VIRGUS WOOD | ON FILE |
| VITALII POLIUK | ON FILE |
| WA CHANG | ON FILE |
| WADE FOSTER | ON FILE |
| WADE PATTERSON | ON FILE |
| WALDEN RAINES | ON FILE |
| WARREN BUTLER | ON FILE |
| WARREN HEMMINGWAY | ON FILE |
| WARREN LOONEY | ON FILE |
| WAYNE WOODWARD | ON FILE |
| WEI XIA | ON FILE |
| WELF LUDWIG | ON FILE |
| WEN LONG | ON FILE |
| WENDELL DUDLEY | ON FILE |
| WENDELL LAWS | ON FILE |
| WENDI SANCHEZ | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| WENDY ESTRELLA DE ESTEV | ON FILE |
| WESLEY GEEN | ON FILE |
| WESLEY POSPICHAL | ON FILE |
| WESLEY VORBERGER | ON FILE |
| WESTON JOHNSON | ON FILE |
| WESTON MOORE | ON FILE |
| WHYSHYNE SMITH | ON FILE |
| WILFORD JONES | ON FILE |
| WILLIAM CARRILLO | ON FILE |
| WILLIAM FIX | ON FILE |
| WILLIAM GARDNER | ON FILE |
| WILLIAM GOLDEN | ON FILE |
| WILLIAM HAEUSER | ON FILE |
| WILLIAM HALL | ON FILE |
| WILLIAM HOPKINS | ON FILE |
| WILLIAM LAWRENCE | ON FILE |
| WILLIAM LERNERDIAZ JR | ON FILE |
| WILLIAM LIU | ON FILE |
| WILLIAM MACGREGOR | ON FILE |
| WILLIAM MACKENZIE | ON FILE |
| WILLIAM MITCHELL | ON FILE |
| WILLIAM OWEN | ON FILE |
| WILLIAM PELLERIN | ON FILE |
| WILLIAM PETERSON | ON FILE |
| WILLIAM PURNELL | ON FILE |
| WILLIAM RAMIREZ | ON FILE |
| WILLIAM ROSE | ON FILE |
| WILLIAM STENSVOLD | ON FILE |
| WILLIAM STUART | ON FILE |
| WILLIAM THOMPSON | ON FILE |
| WILLIAM WAKELY | ON FILE |
| WILLIAM WATROUS | ON FILE |
| WILLIAM WEATHERLY | ON FILE |
| WILLIAM WILSON | ON FILE |
| WILLIE TARVER | ON FILE |
| WILSON JAMES | ON FILE |
| WILSON ROSARIO | ON FILE |
| WINFRED NADEAU | ON FILE |
| WYATT HOOKS | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



## Exhibit C
Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| XAVIER URESTI | ON FILE |
| XAVIER WASCO | ON FILE |
| XIN ZHANG | ON FILE |
| XINXIN GAO | ON FILE |
| XINYU MA | ON FILE |
| XIZHE CUI | ON FILE |
| YAMILE OVIEDO | ON FILE |
| YAN NG | ON FILE |
| YATESEYA FERRELL | ON FILE |
| YEVGENY ILIN | ON FILE |
| YEVGENY ZADOV | ON FILE |
| YI CHEN | ON FILE |
| YI GUO | ON FILE |
| YOLIMAR GARZA HERNANDEZ | ON FILE |
| YUEFENG FAN | ON FILE |
| YULIA SAFONOVA | ON FILE |
| YUTO YOKOMIZO | ON FILE |
| YUTONG SUN | ON FILE |
| YVONNE SMITH | ON FILE |
| ZAC WILCOXEN | ON FILE |
| ZACH DONNER | ON FILE |
| ZACH THOMPSON | ON FILE |
| ZACHARIAH NEEMEH | ON FILE |
| ZACHARIAH TORRES | ON FILE |
| ZACHARY AMOS | ON FILE |
| ZACHARY ANKILEWITZ | ON FILE |
| ZACHARY BAKER | ON FILE |
| ZACHARY CAMPAGNA | ON FILE |
| ZACHARY HOBBS | ON FILE |
| ZACHARY JAMES | ON FILE |
| ZACHARY KLINEDINST | ON FILE |
| ZACHARY KYLE PHILLIPS | ON FILE |
| ZACHARY LOPRESTI | ON FILE |
| ZACHARY LUCKIN | ON FILE |
| ZACHARY MARTH | ON FILE |
| ZACHARY MEDRESS | ON FILE |
| ZACHARY STONE | ON FILE |
| ZAK SAMUELSEN | ON FILE |
| ZALE KIAH WAMPLER | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit C**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| ZARKO ALEKSIC | ON FILE |
| ZEB HIGH | ON FILE |
| ZECK MONTGOMERY | ON FILE |
| ZEZÉ IZQUIERDO | ON FILE |