M. Todd Parker, Esq.                                     **Hearing Date: October 6, 2022 at 10:00 a.m.**
*todd.parker@parkerpohl.com*                             **Objection Deadline: October 3, 2022**
David Pohl, Esq.
*david.pohl@parkerpohl.com*
Wendy Tannenbaum, Esq.
*wendy.tannenbaum@parkerpohl.com*
PARKER POHL LLP
99 Park Ave. Suite 1510
New York, NY 10016
Tel: (212) 202-8886
*Counsel for Bradley Condit*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| CELSIUS NETWORK LLC, *et al*, | : | Case No. 22-10964 (MG) |
| Debtors. | : | |

<u>**NOTICE OF AMENDMENT TO DOCKET NO. 684**</u>

Movant Bradley Condit, by his attorneys, Parker Pohl LLP, hereby respectfully amends his

motion papers filed on September 1, 2022 at Docket No. 684 to reflect that the **Objection Deadline**

is **October 3, 2022** (not September 13, 2022, as indicated therein), pursuant to the Case

Management Order governing the above-captioned bankruptcy proceeding.

Attached hereto are revised versions of Condit's Notice of Motion and Motion of Bradley

Condit for Entry of an Order Pursuant to 11 U.S.C. § 362(d)(1) For Relief From the Automatic

Stay. The only change from the original documents filed at Docket No. 684 is the Objection

Deadline.

Dated: September 13, 2022                      Respectfully submitted,


                                               **PARKER POHL LLP**

                                               /s/ M. Todd Parker
                                               M. Todd Parker, Esq.
                                               David Pohl, Esq.
                                               Wendy Tannenbaum, Esq.
                                               99 Park Ave., Suite 1510
                                               New York, New York 10016
                                               Telephone: (212) 202-8886
                                               *todd.parker@parkerpohl.com*
                                               *david.pohl@parkerpohl.com*
                                               *wendy.tannenbaum@parkerpohl.com*