M. Todd Parker, Esq.  
todd.parker@parkerpohl.com  
David Pohl, Esq.  
david.pohl@parkerpohl.com  
Wendy Tannenbaum, Esq.  
wendy.tannenbaum@parkerpohl.com  
PARKER POHL LLP  
99 Park Ave. Suite 1510  
New York, NY 10016  
Tel: (212) 202-8886  

Hearing Date: October 6, 2022 at 10:00 a.m.  
Objection Deadline: October 3, 2022  

*Counsel for Bradley Condit*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al*, | Case No. 22-10964 (MG) |
| Debtors. | |

**NOTICE OF MOTION OF BRADLEY CONDIT FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 362(d)(1) FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that upon the Motion dated September 1, 2022, the exhibits thereto, including the Declaration of Bradley Condit ("**Condit**") dated August 26, 2022, Condit, by his attorneys, Parker Pohl LLP, will move this Court, on October 6, 2022 at 10:00 a.m., for an order for relief from the automatic stay imposed pursuant to 11 U.S.C. § 362(a) in the civil action pending in the Southern District of New York and titled *Bradley Condit v. Celsius Network LLC and Yaron Shalem*, Civil Action No. 22-cv-5452 (CS), in which Debtor Celsius Network LLC and its former CFO Yaron Shalem are defendants. The hearing will take place using Zoom for Government. Participants must make an eCourt appearance for the hearing by 4:00 p.m. the business day before the conference. Information on how to make an eCourt appearance is available

on Chief Judge Martin Glenn's chambers page on the Court website: https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit D to the Memorandum of Law is a Proposed Order.

Dated: September 1, 2022                    Respectfully submitted,

                           **PARKER POHL LLP**

/s/ M. Todd Parker
M. Todd Parker, Esq.
David Pohl, Esq.
Wendy Tannenbaum, Esq.
99 Park Ave., Suite 1510
New York, New York 10016
Telephone: (212) 202-8886
todd.parker@parkerpohl.com
david.pohl@parkerpohl.com
wendy.tannenbaum@parkerpohl.com