**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**ORDER EXTENDING DEADLINE TO FILE RESPONSES TO PROPOSED ORDER GRANTING THE EXAMINER MOTION**

Upon the motion (the "Motion," ECF Doc. 780) of Immanuel Herrmann for Procedural Relief to Allow Responses to the Agreed Proposed Order for a Bankruptcy Examiner the Court will extend the deadline to respond to the proposed order granting the examiner motion ("Proposed Order Granting the Examiner Motion," ECF Doc. # 752, Exhibits A and B) to 5:00 p.m. on September 13, 2022.

**IT IS SO ORDERED.**

Dated:  September 13, 2022
            New York, New York

                                         /s/ Martin Glenn
                                         MARTIN GLENN
                                         Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.