**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*</u>

I, Alexander Zapalowski, hereby request admission *pro hac vice* in the above-referenced chapter 11 cases to represent the Debtors and Debtors in Possession.  I certify that I am a member in good standing of the Roll of Solicitors of England and Wales.  I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated:  September 13, 2022
London, United Kingdom

*/s/ Alexander Zapalowski*
Alexander Zapalowski
**KIRKLAND & ELLIS INTERNATIONAL LLP**
30 St Mary Axe
London, United Kingdom EC3A 8AF
Telephone:     +44 20-7469-2000
Facsimile:      +44 20-7469-2000
Email:            alex.zapalowski@kirkland.com

*Proposed Counsel for the Debtors and Debtors in Possession*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*</u>

Upon the motion of Alexander Zapalowski, to be admitted *pro hac vice* to represent the Debtors and Debtors in Possession in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the Roll of Solicitors of England and Wales, it is hereby:

**ORDERED** that Alexander Zapalowski, is admitted to practice *pro hac vice* in the above-captioned cases to represent the Debtors and Debtors in Possession in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: _____, 2022

THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.