UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK, LLC, *et al.*[1] | Case No.: 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Katherine Johnson, request admission ***pro hac vice***, before the Honorable Chief Judge Martin Glenn, to represent the Federal Trade Commission in the above-referenced jointly administered cases and any related adversary proceedings.

***I certify that I am a member in good standing*** of the bars of the state of Maryland and the District of Columbia, and have been admitted to practice in the U.S. District Court for the District of Maryland and before the Fourth Circuit Court of Appeals.

I am an attorney for an independent agency of the United States Government, as such I have **not** submitted the filing fee of $200.00 with this motion for *pro hac vice* admission. As a government attorney, I am not required to pay the filing fee for admission to this Court. Please see **Exhibit A** attached hereto; see also Dist. Ct. Civil R. 1.3(c).

Dated: September 13, 2022
Washington, D.C.

/s/ Katherine Johnson
Katherine Johnson
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., NW
Mail Stop CC-9528
Washington, DC 20580
(202) 326-2185
(202) 326-3197 (fax)
kjohnson3@ftc.gov
*ATTORNEY FOR FEDERAL TRADE COMMISSION*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2022 the foregoing Motion for Admission to Practice, *Pro Hac Vice* was filed and served electronically through the Court's CM/ECF system.

/s/ Katherine Johnson