**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK, LLC, *et al.*[1] | Case No.: 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Katherine Johnson, to be admitted, ***pro hac vice***, to represent the Federal Trade Commission (the "FTC") in the above-referenced jointly administered cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bars of the state of Maryland and the District of Columbia, and has been admitted to practice in the U.S. District Court for the District of Maryland and before the Fourth Circuit Court of Appeals, it is hereby:

**ORDERED**, that Katherine Johnson, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced jointly administered cases and all related adversary proceedings to represent the FTC in the United States Bankruptcy Court for the Southern District of New York, and as an attorney for an independent government agency, the filing fee has been waived.

Dated: _____
New York, New York

_____
THE HONORABLE CHIEF MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.