UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK, LLC, *et al.*[1] | Case No.: 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the attorneys listed below appear as counsel for the Federal Trade Commission ("FTC") in the above-captioned jointly administered proceedings ("Cases"). Pursuant to the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002, 9007, and 9010, the FTC requests that all notices and other papers filed, given, served, or required to be served in these Cases be given to and served at the following addresses:

FEDERAL TRADE COMMISSION
Attn: Katherine Johnson
600 Pennsylvania Ave., NW
Mail Stop CC-9528
Washington, DC  20580
Email: kjohnson3@ftc.gov
Telephone: (202) 326-2185
Facsimile: (202) 326-3197

and

FEDERAL TRADE COMMISSION
Attn: Katherine Aizpuru
600 Pennsylvania Ave., NW
Mail Stop CC-9528
Washington, DC  20580
Email: kaizpuru@ftc.gov
Telephone: (202) 326-2870
Facsimile: (202) 326-3197

***PLEASE TAKE FURTHER NOTICE*** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) Debtors, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or prohibits, or seeks to require or prohibit any act, delivery of any property, payment or other conduct by the FTC or any other party in interest.

**PLEASE TAKE FURTHER NOTICE** in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these Cases.

**PLEASE TAKE FURTHER NOTICE** this Notice of Appearance and Request for Service shall not be deemed to be a waiver of the FTC's rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (2) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (3) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the FTC is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies the FTC expressly reserves.

The undersigned certifies that the parties listed in the first paragraph are admitted to practice before this Court or have sought such admission *pro hac vice*.

| | |
|---|---|
| Dated:  September 13, 2022<br>Washington, D.C. | /s/ Katherine Johnson<br>Katherine Johnson (admission *pro hac vice* pending)<br>Katherine Aizpuru<br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Ave., NW<br>Mail Stop CC-9528<br>Washington, DC  20580<br>(202) 326-2185 (Johnson)<br>(202) 326-2870 (Aizpuru)<br>(202) 326-3197 (fax)<br>Email (Johnson): kjohnson3@ftc.gov<br>Email (Aizpuru): kaizpuru@ftc.gov<br>*ATTORNEYS FOR FEDERAL TRADE COMMISSION* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 13, 2022 the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE was filed and served electronically through the Court's CM/ECF system.

                                            /s/ Katherine Johnson