The Honorable Martin Glenn
United States Bankruptcy Court, Southern District of New York
One Bowling Green New York, NY 10004-1408

Case No. 22-10964
Celsius Lending LLC

The freezing of all personal assets of Mashinsky

Dear Judge Glenn,

My cousin was the Honorable Chief Justice of the Federal Courts in Oklahoma for many years. The Honorable Fred Daugherty. I learned much from my cousin working in his chambers. I too have crypto held in both Custody and Earn Accts. It is pretty obvious that Mashinsky manipulated information about Celsius, is a liar or an out right thief of Ponzi like Madoff and Stanford. Correct me if I am wrong, but if memory serves me correctly the Honorable Judges in both of those cases froze all assets owned by Madoff and Stanford. Public records state that Mashinsky's assets are 3 billion, possibly more and he himself has stated that he holds some 50 patients plus which he probably collects royalties from. Since Mashinsky deviated from the original goals of the Celsius Network his personal assets should be frozen and placed under your direction as well as his royalties from his patients. This would guarantee that creditors in Celsius Network could be made whole at some point. He freely chose to deviate from the original goals of Celsius Network, those of us that are Creditors were not offered the opportunity to respond to the changes, so the buck stops in his own lap!

1: freeze all of his personal assets: cash, CD, Stocks, Property…anything he or his wife or his kids hold including any Trusts to hide assets.

2: freeze all of his incoming royalties from his patients as well….although with the misinformation that has occurred these patients may not exist.

Judge, as we both know, this is a new precedent setting case for the Federal Courts… I wish you well with great patience and knowledge for what is going to be a very stressful case.

Regards to one of my cousin's colleagues!

*Ned*

Kevin E Daugherty

Email used for Celsius: 1000landsdale@protonmail.com

Personal email: kevinedaugherty@gmail.com

Cell: 405-830-2754