Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:    (312) 862-2200  

*Proposed Counsel to the Debtors and*  
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**AMENDED[2] AGENDA FOR HEARING TO BE HELD ON**  
**SEPTEMBER 14, 2022, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | September 14, 2022, at 2:00 p.m. (prevailing Eastern Time) (the "Hearing") |
| Location of Hearing: | The Honorable Chief Judge Martin Glenn<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Courtroom No. 523<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] **Amended items appear in bold.**

|   |   |
|---|---|
|   | need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on September 13, 2022**. |
|   | Due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing (which is scheduled to commence at 2:00 p.m., September 14, 2022 (prevailing Eastern Time)) must connect to the Hearing beginning at 1:00 p.m., September 14, 2022 (prevailing Eastern Time). When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

**I. Contested Matters.**

1. **Examiner Motion.** Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [Docket No. 546].

    Objection Deadline: September 7, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to September 8, 2022, at 5:00 p.m. (prevailing Eastern Time) for the Debtors and the Unsecured Creditors' Committee.

    Responses Received:

    (1) Series B Holders' Limited Objection to Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [Docket No. 734].

    (2) Response of Certain Celsius Borrowers to the Motion of the United States Trustee to Appoint an Examiner [Docket No. 746].

2

(3)     Immanuel Herrmann's Response to the Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [Docket No. 755].

(4)     Debtors' Response and Limited Objection to the Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [Docket No. 757].

(5)     The Official Committee of Unsecured Creditors' Limited Objection and Reservation of Rights to the Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [Docket No. 758].

(6)     Immanuel Herrmann's Limited Objection to the Proposed Draft Order Directing the Appointment of an Examiner [Docket No. 779].

**(7)**     **Alexander Simmons' Objection to Proposed Appointment of an Examiner Motion [Docket No. 792].**

**(8)**     **Daniel A. Frishberg's Objection to the UCCs' Proposed Order Granting Examiner Motion [Docket No. 793].**

**(9)**     **Travis Rodgers' Response in Support of Motion to Appoint Examiner [Docket No. 798].**

**(10)**    **Partial Joinder and Response of Certain Celsius Borrowers to the Objection of Immanuel Herman, *Pro Se*, to the Proposed Draft Order Directing the Appointment of an Examiner [Docket No. 799].**

**(11)**    **Daniel A. Frishberg's Objection to the UCCs' Agreed Proposed Order Granting Examiner Motion [Docket No. 801].**

Related Documents:

(1)     Joinder of the Vermont Department of Financial Regulation to the Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [Docket No. 730].

(2)     Joinder of the Texas State Securities Board to the Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [Docket No. 732].

(3)     State of Wisconsin's Joinder to the Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [Docket No. 735].

(4)     Notice of Filing of Agreed Proposed Order Granting Examiner Motion [Docket No. 752].

(5)     Vermont Department of Financial Regulation's Supplemental Exhibit to Joinder [Docket No. 764].

(6)     Immanuel Herrmann's Motion for Procedural Relief to Allow Responses to the *Agreed Proposed Order for a Bankruptcy Examiner* to be considered on September 14 [Docket No. 780].

**(7)     Order Extending Deadline to File Responses to Proposed Order Granting the Examiner Motion [Docket No. 788].**

<u>Status</u>: This matter is going forward for purposes of presenting an agreed proposed order.

2.    **Sealing Motion.** Debtors' *Ex Parte* Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents and (II) Granting Related Relief [Docket No. 344].

<u>Objection Deadline</u>: August 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:

(1)     Objection of the United States Trustee to Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents [Docket No. 600].

(2)     Amended Objection of the United States Trustee to Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents [Docket No. 607].

<u>Related Documents</u>:

(1)     The Official Committee of Unsecured Creditors' Joinder to Debtors' *Ex Parte* Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents and (II) Granting Related Relief [Docket No. 399].

(2)     Ad Hoc Group of Withhold Account Holders' Statement in Support of the Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents and (II) Granting Related Relief [Docket No. 633].

(3)     Debtors' Omnibus Reply to the U.S. Trustee's Objections to Certain of the Debtors' Requests to Redact Certain Personally

                          Identifiable Information of Individuals and United Kingdom and European Union Member Countries' Citizens [Docket No. 638].

        (4)      The Ad Hoc Group of Custodial Account Holders' Joinder to the Debtors' Reply in Support of the Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents and (II) Granting Related Relief [Docket No. 642].

        (5)      Debtors' Supplemental Reply in Support of the Debtors' Requests to (A) Redact Certain Personally Identifiable Information of Individuals and United Kingdom and European Union Member Countries' Citizens and (B) Implement an Anonymized Identification Process [Docket No. 782].

        (6)      The Official Committee of Unsecured Creditors' (I) Supplemental Joinder to the Debtors' Motion to Redact Personally Identifiable Information and (II) Joinder to the Debtors' Motion to Redact Names in Connection with Financial Information in Publicly Filed Pleadings [Docket No. 785].

        **Status**:   This matter is going forward.

**II.**      **Matters Related to Professional Retentions.**

        3.      **Kirkland & Ellis LLP Retention Application**. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 360].

        Objection Deadline: August 25, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended for the United States Trustee.

        Responses Received:

        (1)      Letter from C. Marsh to the Honorable Chief Judge Martin Glenn, dated July 26, 2022 [Docket No. 561].

        (2)      Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

        (3)      Immanuel Herrmann's Limited Objection to the Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 754].

(4)     Daniel A. Frishberg's Objection to the Retention of Kirkland and Ellis by the Debtors in Possession Due to Several Conflict of Interests [Docket No. 756].

(5)     Daniel A. Frishberg's Amended Objection to the Retention of Kirkland and Ellis by the Debtors in Possession Due to Several Conflict of Interests [Docket No. 759].

**(6)**     **Daniel A. Frishberg's Response to Debtors' Omnibus Reply to Certain Objections to the Debtors' Retention of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 800].**

Related Documents:

(1)     Notice of Filing of Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 628].

(2)     First Supplemental Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 629].

(3)     Debtors' Reply to the Letter Regarding the Debtors' Retention of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 637].

(4)     Debtors' Omnibus Reply to the U.S. Trustee's Objections to Certain of the Debtors' Requests to Redact Certain Personally Identifiable Information of Individuals and United Kingdom and European Union Member Countries' Citizens [Docket No. 638].

(5)     Debtors' Omnibus Reply to Certain Objections to the Debtors' Retention of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 783].

**(6)**     **Notice of Filing of Further Revised Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 808].**

**Status**: This matter is going forward.

4.     **Akin Gump Hauer & Feld LLP Retention Application**. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 392].

Objection Deadline: August 25, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended for the Office of the United States Trustee.

Responses Received:

(1) Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

Related Documents:

(1) Debtors' Omnibus Reply to the U.S. Trustee's Objections to Certain of the Debtors' Requests to Redact Certain Personally Identifiable Information of Individuals and United Kingdom and European Union Member Countries' Citizens [Docket No. 638].

(2) Supplemental Declaration of Mitchell Hurley in Support of the Debtors' Application Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 649].

(3) Notice of Filing of Revised Proposed Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 656].

(4) **Notice of Filing of Further Revised Proposed Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 810]**.

**Status**: This matter is going forward.

5. **Latham Watkins LLP Retention Application.** Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date [Docket No. 363].

Objection Deadline: August 25, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to August 31, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Office of the United States Trustee.

Responses Received:

(1) Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

7

<div style="margin-left: 2em;">

Related Documents:

(1) Supplemental Declaration of John J. Sikora in Support of the Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date [Docket No. 440].

(2) Debtors' Omnibus Reply to the U.S. Trustee's Objections to Certain of the Debtors' Requests to Redact Certain Personally Identifiable Information of Individuals and United Kingdom and European Union Member Countries' Citizens [Docket No. 638].

(3) Notice of Filing of Revised Proposed Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date [Docket No. 645].

(4) Second Supplemental Declaration of John J. Sikora in Support of the Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date [Docket No. 647].

Related Documents:

**(1) Notice of Filing of Revised Proposed Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel to the Debtors as of the Petition [Docket No. 645].**

**(2) Notice of Filing of Further Revised Proposed Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel to the Debtors as of the Petition [Docket No. 807].**

**Status**:   This matter is going forward.

6. **Stretto, Inc. Retention Application**. Application for Entry of an Order Authorizing the Retention and Employment of Stretto, Inc. As Administrative Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 361].

Objection Deadline:   August 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1) Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

</div>

Related Documents:

(1) Debtors' Omnibus Reply to the U.S. Trustee's Objections to Certain of the Debtors' Requests to Redact Certain Personally Identifiable Information of Individuals and United Kingdom and European Union Member Countries' Citizens [Docket No. 638].

**(2) Notice of Filing of Revised Proposed Order Authorizing the Retention and Employment of Stretto, Inc. as Administrative Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 809].**

Status: This matter is going forward.

7. **Alvarez & Marsal Retention Application.** Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 410].

Objection Deadline: August 25, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended for the United States Trustee.

Responses Received:

(1) Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

(2) Robert Kaufmann's Objection [Docket No. 774].

Related Documents:

(1) Debtors' Omnibus Reply to the U.S. Trustee's Objections to Certain of the Debtors' Requests to Redact Certain Personally Identifiable Information of Individuals and United Kingdom and European Union Member Countries' Citizens [Docket No. 638].

(2) Notice of Filing of Revised Proposed Order Authorizing Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 666].

(3) First Supplemental Declaration of Robert Campagna in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 667].

(4) Corrected First Supplemental Declaration of Robert Campagna in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors

      and Debtors in Possession Effective as of July 13, 2022 [Docket No. 765].

    (5)    **Notice of Filing of Further Revised Proposed Order Authorizing Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 805].**

    <u>Status</u>:   This matter is going forward.

8.    **Centerview Partners LLC Retention Application.** Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022, (II) Approving the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief [Docket No. 362].

    Objection Deadline:  August 25, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to September 12, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors and extended for the Office of the United States Trustee.

    <u>Responses Received</u>:

    (1)    Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

    <u>Related Documents</u>:

    (1)    Notice of Adjournment of Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022, (II) Approving the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief [Docket No. 635].

    (2)    Debtors' Omnibus Reply to the U.S. Trustee's Objections to Certain of the Debtors' Requests to Redact Certain Personally Identifiable Information of Individuals and United Kingdom and European Union Member Countries' Citizens [Docket No. 638].

    (3)    First Supplemental Declaration of Marc Puntus in Support of Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022, (II) Approving the Terms of the Centerview Agreement,

        (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief [Docket No. 784].

    (4)    **Notice of Filing of Revised Proposed Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022, (II) Approving the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief [Docket No. 803].**

    <u>Status</u>:  This matter is going forward.

9.    **White & Case Retention Application.**  The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of July 29, 2022 [Docket No. 603].

    <u>Objection Deadline</u>:  September 7, 2022, at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

    **(1)**    **Second Declaration of Gregory F. Pesce in Support of the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of July 29, 2022 [Docket No. 814].**

    **(2)**    **Notice of Filing of Order Authorizing the Retention and Employment of White & Case LLP as Counsel for the Official Committee of Unsecured Creditors [Docket No. 815].**

    <u>Status</u>:  This matter is going forward for purposes of presenting a revised order authorizing the retention with informal comments from the U.S. Trustee.

10.    **Kroll Retention Application.**  The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent to the Committee Effective as of August 5, 2022. [Docket No. 433].

    <u>Objection Deadline</u>:  August 25, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to September 7, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Office of the United States Trustee.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

(1) Notice of Corrected Exhibits to the Kroll Application [Docket No. 443].

(2) Notice of Adjournment of the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent to the Committee Effective as of August 5, 2022 [Docket No. 617].

(3) Second Declaration of Benjamin J. Steele in Support of the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent to the Committee Effective as of August 5, 2022 [Docket No. 775].

(4) Certificate of No Objection under 28 U.S.C. § 1746 Regarding the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent to the Committee Effective as of August 5, 2022 [Docket No. 776].

**Status**:  This matter is going forward for purposes of presenting a revised order with informal comments from the U.S. Trustee.

III. <u>**Uncontested Matters.**</u>

11. **Reporting Framework Stipulation.**  Stipulation and Agreed Order Regarding Framework for the Distribution of the Debtors' Reporting Information to the Committee [Docket No. 668].

<u>Objection Deadline</u>:  September 7, 2022, at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

(1) Notice of Presentment of Agreed Reporting Framework Stipulation [Docket No. 669].

**Status**:  This matter is going forward.

12. **E-Mail Service Motion.**  Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Serve Parties by E-Mail and (II) Granting Related Relief [Docket No. 640].

      Objection Deadline: September 12, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was modified to September 7, 2022, at 4:00 p.m. (prevailing Eastern Time).

      Responses Received: None.

      Related Documents:

    (1)    Notice of Objection Deadline Modification to September 7, 2022 at 4:00 p.m. EST [Docket No. 702].

    **(2)    Notice of Filing Revised Proposed Order (I) Authorizing Debtors to Serve Parties by E-Mail and (II) Granting Related Relief [Docket No. 802].**

      **Status**: This matter is going forward.

13. **Account Redaction Motion.** Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to (A) Redact Individual Names, and (B) Implement an Anonymized Identification Process, and (II) Granting Related Relief [Docket No. 639].

      Objection Deadline: September 12, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was modified to September 7, 2022, at 4:00 p.m. (prevailing Eastern Time).

      Responses Received: None.

      Related Documents:

    (1)    Notice of Objection Deadline Modification to September 7, 2022 at 4:00 p.m. EST [Docket No. 702].

    (2)    Debtors' Supplemental Reply in Support of the Debtors' Requests to (A) Redact Certain Personally Identifiable Information of Individuals and United Kingdom and European Union Member Countries' Citizens and (B) Implement an Anonymized Identification Process [Docket No. 782].

    (3)    The Official Committee of Unsecured Creditors' (I) Supplemental Joinder to the Debtors' Motion to Redact Personally Identifiable Information and (II) Joinder to the Debtors' Motion to Redact Names in Connection with Financial Information in Publicly Filed Pleadings [Docket No. 785].

      **Status**: This matter is going forward.

14. **Creditor Matrix Motion.** Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor,

(II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief [Docket No. 18].

Objection Deadline:  August 5, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was extended to August 9, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and Certain Equity Holders.

Responses Received:  None.

Related Documents:

(1) Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief [Docket No. 55].

(2) Notice of Filing of Revised Proposed Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief [Docket No. 673].

**Status**:  This matter is going forward.

15. **Information Protocol Motion.**  The Official Committee of Unsecured Creditors' Motion for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information [Docket No. 432].

Objection Deadline:  August 25, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to September 7, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Office of the United States Trustee.

Responses Received:  None.

Related Documents:

(1) Creditor Rights Coalition's Statement in Response to Official Committee of Unsecured Creditors' Motion for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information [Docket No. 608].

(2) Notice of Adjournment of the Official Committee of Unsecured Creditors' Motion for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information [Docket No. 617].

(3) Certificate of No Objection under 28 U.S.C. § 1746 Regarding the Official Committee of Unsecured Creditors' Motion for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information [Docket No. 777].

(4) Certificate of No Objection under 28 U.S.C. § 1746 Regarding the Official Committee of Unsecured Creditors' Motion for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information [Docket No. 806].

**Status:** This matter is going forward for purposes of presenting a revised order with informal comments from the U.S. Trustee.

## IV. Adjourned Matters.

16. **Cash Management Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 21].

Objection Deadline: August 5, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to August 9, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and CDP Investissements, Inc., Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP ("Certain Equity Holders").

Responses Received:

(1) The Official Committee of Unsecured Creditors' Limited Objection to the Debtors' Cash Management Motion [Docket No. 401].

(2) Limited Objection to Cash Management [Docket No. 592].

Related Documents:

(1) Interim Order (I) Authorizing the Debtors To (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 56].

(2) Debtors' Omnibus Reply to Objections to Certain of the Debtors' First and Second Day Motions [Docket No. 448].

(3) Second Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 513].

(4) Third Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 699].

(5) Notice of Filing of Corrected **Exhibit 3** to Third Interim Cash Management Order [Docket No. 720].

**Status:** This matter is adjourned until October 6, 2022, at 2:00 p.m. (prevailing Eastern Time).

17. **M3 Retention Application.** Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of August 1, 2022 [Docket No. 604].

Objection Deadline: September 7, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to September 29, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Office of the United States Trustee.

Responses Received: None.

Related Documents:

(1) Notice of Adjournment of the Official Committee of Unsecured Creditors' (A) Application for Entry of an Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of August 1, 2022; (B) Application for Entry of an Order Authorizing the Employment and Retention of Elementus Inc. as Blockchain Forensics Advisor Effective as of August 1, 2022; and (C) Application for Entry of an Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners, LP as Investment Banker to the Committee Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief [Docket No. 747].

**Status:** This matter is adjourned until October 6, 2022, at 2:00 p.m. (prevailing Eastern Time).

18. **Elementus Retention Application.** Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Elementus Inc. as Blockchain Forensics Advisor Effective as of August 1, 2022 [Docket No. 605].

Objection Deadline: September 7, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to September 29, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Office of the United States Trustee.

Responses Received: None.

Related Documents:

(1) Notice of Adjournment of the Official Committee of Unsecured Creditors' (A) Application for Entry of an Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of August 1, 2022; (B) Application for Entry of an Order Authorizing the Employment and Retention of Elementus Inc. as Blockchain Forensics Advisor Effective as of August 1, 2022; and (C) Application for Entry of an Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners, LP as Investment Banker to the Committee Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief [Docket No. 747].

**Status:** This matter is adjourned until October 6, 2022, at 2:00 p.m. (prevailing Eastern Time).

19. **Perella Weinberg Partners Retention Application.** The Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners, LP as Investment Banker to the Committee Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief [Docket No. 606].

    Objection Deadline: September 7, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to September 29, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Office of the United States Trustee.

    Responses Received: None.

    Related Documents:

    (1) Notice of Adjournment of the Official Committee of Unsecured Creditors' (A) Application for Entry of an Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of August 1, 2022; (B) Application for Entry of an Order Authorizing the Employment and Retention of Elementus Inc. as Blockchain Forensics Advisor Effective as of August 1, 2022; and (C) Application for Entry of an Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners, LP as Investment Banker to the Committee Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief [Docket No. 747].

    **Status:** This matter is adjourned until October 6, 2022, at 2:00 p.m. (prevailing Eastern Time).

20. **White & Case Sealing Motion.** The Official Committee of Unsecured Creditors' Ex Parte Motion Seeking Entry of an Order (I) Authorizing the Committee to File under Seal Certain Confidential Information Related to the Application to Retain and Employ White & Case LLP as Counsel to the Committee and (II) Granting Related Relief [Docket No. 602].

    Objection Deadline: September 7, 2022, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents: None.

    **Status**: This matter is adjourned until October 6, 2022, at 2:00 p.m. (prevailing Eastern Time).

| | |
|---|---|
| New York, New York<br>Dated: September 14, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:        jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:        patrick.nash@kirkland.com<br>                  ross.kwasteniet@kirkland.com<br>                  chris.koenig@kirkland.com<br>                  dan.latona@kirkland.com<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors in Possession* |