Layla D. Milligan
Texas Bar No. 24026015
Abigail R. Ryan
Texas Bar No. 24035956
Jason B. Binford
Texas Bar No. 24045499
Roma N. Desai
SDNY Bar No. RD8227
Assistant Attorneys General
Bankruptcy & Collection Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
layla.milligan@oag.texas.gov
abigail.ryan@oag.texas.gov
jason.binford@oag.texas.gov
roma.desai@oag.texas.gov

ATTORNEYS FOR THE TEXAS DEPARTMENT OF BANKING

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------x | |
| In re: | CHAPTER 11 |
| | Case No. 22-10964 |
| CELSIUS NETWORK LLC, *et al.*,[1] | |
| | (Jointly Administered) |
| Debtors.[2] | |
| ------------------------------------------------------------x | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that the attorneys set forth below hereby appear as counsel for

the Texas Department of Banking, by and through the Office of the Attorney General of Texas,

pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

The undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Layla D. Milligan<br>
Abigail R. Ryan<br>
Jason B. Binford<br>
Roma N. Desai<br>
Assistant Attorneys General<br>
Office of the Attorney General of Texas<br>
Bankruptcy & Collections Division<br>
P. O. Box 12548<br>
Austin, Texas 78711-2548<br>
Phone: 512/463-2173<br>
Fax: 512/936-1409

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 14, 2022   Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Layla D. Milligan*
LAYLA D. MILLIGAN
Texas State Bar No. 24026015
ABIGAIL R. RYAN
Texas State Bar No. 24035956
JASON B. BINFORD
Texas State Bar No. 24045499
ROMA N. DESAI
SDNY Bar No. RD8227
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548 MC008
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
layla.milligan@oag.texas.gov
abigail.ryan@oag.texas.gov
jason.binford@oag.texas.gov
roma.desai@oag.texas.gov

ATTORNEYS FOR THE TEXAS DEPARTMENT OF BANKING

## **CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on September 14, 2022.

              */s/ Layla D. Milligan*
              LAYLA D. MILLIGAN
              Assistant Attorney General