UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                            Chapter 11

CELSIUS NETWORK LLC, et al.                      Case No.  22-10964 (mg)

            Debtor.                                   **NOTICE OF APPEARANCE AND
                                                                  DEMAND FOR SERVICE OF PAPERS**

-------------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that Kyle Farmery, appears herein by his counsel, Stuart P. Gelberg, Esq., and demands pursuant to Rules 2001(a), 2002 and 9007 of the Bankruptcy Rules and Sections 102(1), 3003(g), 342 and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

**STUART P. GELBERG, ESQ.
600 Old Country Road
Suite 410
Garden City, New York  11530
(516) 228-4280**

       **PLEASE TAKE FURTHER NOTICE,** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitations, order and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect in any way any rights or interest of Kyle Farmery with respect to the debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:  Garden City, New York
        September 15, 2022

                                                            STUART P. GELBERG, ESQ.
                                                            Attorney for Kyle Farmery
                                                             600 Old Country Road, Suite 410
                                                             Garden City, NY  11530
                                                             (516) 228-4280

                                                             s/Stuart P. Gelberg
                                                              By:  Stuart P. Gelberg (sg 6986)

TO:    U.S. Trustee
           Celsius Network LLC, et al.
              c/o Kirkland & Ellis LLP