UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al. | Case No. 22-10964 (mg) |
| Debtor. | **AFFIDAVIT OF SERVICE** |

-----------------------------------------------------------X

STATE OF NEW YORK )
COUNTY OF NASSAU  ) ss.:

Christine Fruscella, being duly sworn, says:

1. I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

2. On September 15, 2022, I served a true copy of the Notice of Appearance and Demand for Service of Papers, by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee indicated below:

**United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10004**
**Celsius Network LLC, et al, c/o Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022**

Sworn to before me this
15th day of September 2022

s/Stuart P. Gelberg                              s/Christine Fruscella
Stuart P. Gelberg                                Christine Fruscella
Notary Public State of New York
No. 01GE4676624
Qualified in Nassau County
Commission Expires April 30, 2026