UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) Case No. 22-10964 (MG) |
| Debtors. | ) ) (Jointly Administered) ) |

# AMENDED AFFIDAVIT OF SERVICE

I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the information agent for the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases.

On September 13, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Overnight Service List attached hereto as **Exhibit A**:

- The Official Committee of Unsecured Creditors' (I) Supplemental Joinder to the Debtors' Motion to Redact Personally Identifiable Information and (II) Joinder to the Debtors' Motion to Redact Names in Connection with Financial Information in Publicly Filed Pleadings [Docket No. 785]

On September 14, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit B**:

- Second Declaration of Benjamin J. Steele in Support of the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent to the Committee Effective as of August 5, 2022 [Docket No. 775]

- Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent to the Committee Effective as of August 5, 2022 [Docket No. 776]

- Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Official Committee of Unsecured Creditors' Motion for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information [Docket No. 777]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

- Corrected Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Official Committee of Unsecured Creditors' Motion for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information [Docket No. 806]

- Second Declaration of Gregory F. Pesce in Support of the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of July 29, 2022 [Docket No. 814]

- Notice of Filing of Order Authorizing the Retention and Employment of White & Case LLP as Counsel for the Official Committee of Unsecured Creditors [Docket No. 815]

Dated: September 15, 2022

                                                                                          */s/ Liz Santodomingo*
                                                                                          Liz Santodomingo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 15, 2022, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*//s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME ON FILE | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| | ALABAMA OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE<br>MONTGOMERY AL 36104 | CONSUMERINTEREST@ALABAMAAG.GOV | Email |
| | ALASKA OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE<br>SUITE 200<br>ANCHORAGE AK 99501 | ATTORNEY.GENERAL@ALASKA.GOV | Email |
| | ALTCOINTRADER (PTY) LTD | 229 ONTDEKKERS RD, HORIZON<br>ROODEPOORT 1724 SOUTH AFRICA | RICHARD@ALTCOINTRADER.CO.ZA | Email |
| | AMTRUST NORTH AMERICA INC ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE CO | C/O MAURICE WUTSCHER LLP<br>ATTN: THOMAS R. DOMINCZYK<br>5 WALTER FORAN BLVD, SUITE 2007<br>FLEMINGTON NJ 08822 | TDOMINCZYK@MAURICEWUTSCHER.COM<br>THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM | Email |
| | ARIZONA OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE<br>PHOENIX AZ 85004 | AGINFO@AZAG.GOV | Email |
| | ARKANSAS OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST<br>SUITE 200<br>LITTLE ROCK AR 72201 | OAG@ARKANSASAG.GOV | Email |
| | B2C2 LTD | 86-90 PAUL ST<br>LONDON EC2A 4NE UNITED KINGDOM | MIDDLEOFFICE@B2C2.COM | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| COUNSEL TO LISA T. VICKERS | BERLINER & PILSON, ESQS. | ATTN: RICHARD J. PILSON<br>40 CUTTERMILL ROAD<br>SUITE 308<br>GREAT NECK NY 11021 | RPILSON@BERLINERPILSON.COM | Email |
| COUNSEL FOR JOHN MARCHIONI | BLANK ROME LLP | ATTN: EVAN J. ZUCKER<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | EVAN.ZUCKER@BLANKROME.COM | Email |
| COUNSEL TO SAP AMERICA, INC AND SAP NATIONAL SECURITY SERVICES, INC. | BROWN & CONNERY, LLP | ATTN: JULIE F. MONTGOMERY, ESQ.<br>6 NORTH BROAD STREET<br>SUITE 100<br>WOODBURY NJ 08096 | JMONTGOMERY@BROWNCONNERY.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| | CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255<br>SACRAMENTO CA 94244-2550 | XAVIER.BECERRA@DOJ.CA.GOV | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | COLORADO OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | CORA.REQUEST@COAG.GOV | Email |
| | CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVE<br>HARTFORD CT 6106 | ATTORNEY.GENERAL@CT.GOV | Email |
| | COVARIO AG | LANDYS GYR STRASSE 1<br>ZUG 6300 SWITZERLAND | CELSIUSBANKRUPTCY@COVAR.IO<br>MARK.BANNER@COVAR.IO | Email |
| | CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: DARREN AZMAN<br>ONE VANDERBILT AVE<br>NEW YORK NY 10017-3852 | DAZMAN@MWE.COM<br>MCO@MWE.COM<br>CGREER@MWE.COM | Email |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 7

Exhibit A
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME ON FILE | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| | CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: GREGG STEINMAN<br>333 SE 2ND AVE, SUITE 4500<br>MIAMI FL 33131-2184 | GSTEINMAN@MWE.COM | Email |
| | CRYPTO10 SP -SEGREGATED PORTFOLIO OF | INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC<br>67 FORT ST 1ST FLOOR<br>ARTEMIS HOUSE<br>GEORGE TOWN KY1-1102 CAYMAN ISLANDS | C10_SPC@INVICTUSCAPITAL.COM<br>DANIEL@INVICTUSCAPITAL.COM | Email |
| | DEFERRED 1031 EXCHANGE, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>LAKELAND AVE.<br>DOVER DE 19901 | CIADONISI@DEFERRED1031.COM | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US<br>ATTORNEY.GENERAL@DELAWARE.GOV | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP<br>ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK NY 10019 | JEFFREY.GLEIT@AFSLAW.COM<br>ALLISON.WEISS@AFSLAW.COM<br>LISA.INDELICATO@AFSLAW.COM<br>ALYSSA.FIORENTINO@AFSLAW.COM | Email |
| | EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR.<br>920 LENMAR DR<br>BLUE BELL PA 19422 | SCHROEDER@JRLAW.ORG<br>HEALEY@JRLAW.ORG | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| COUNSEL TO VINCENT THEODORE GOETTEN | FISHERBROYLES, LLP | HOLLACE T. COHEN, ESQ.<br>445 PARK AVENUE, 9TH FLOOR<br>NEW YORK NY 10022 | HOLLACE.COHEN@FISHERBROYLES.COM | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | FLORIDA OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL-01<br>TALLAHASSEE FL 32399 | ASHLEY.MOODY@MYFLORIDALEGAL.COM | Email |
| COUNSEL TO RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | FORTIS LLP | ATTN: PAUL R. SHANKMAN<br>650 TOWN CENTER DRIVE<br>SUITE 1530<br>COSTA MESA CA 92626 | PSHANKMAN@FORTISLAW.COM | Email |
| | HAWAII OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN ST<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | Email |
| COUNSEL TO CREDITOR JONATHAN JERRY SHROYER | HOPKINS & CARLEY | ATTN: MONIQUE D. JEWETT-BREWSTER<br>70 S. FIRST STREET<br>SAN JOSE CA 95113-2406 | | Email |
| | ICB SOLUTIONS | W ROYAL FOREST BLVD<br>COLUMBUS OH 43214 | DUFFYS2@GMAIL.COM | Email |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 2 of 7

Exhibit A
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME ON FILE | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| | IDAHO OFFICE OF THE ATTORNEY GENERAL | 700 W JEFFERSON ST, SUITE 210<br>PO BOX 83720<br>BOISE ID 83720 | STEPHANIE.GUYON@AG.IDAHO.GOV | Email |
| | ILLINOIS OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | INFO@LISAMADIGAN.ORG | Email |
| | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | Overnight Mail |
| | INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | 67 FORT ST<br>GRAND CAYMAN KY1-1102 CAYMAN ISLANDS | C20_SPC@INVICTUSCAPITAL.COM<br>DANIEL@INVICTUSCAPITAL.COM | Email |
| | IOWA OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING<br>1305 E WALNUT ST<br>DES MOINES IA 50319 | CONSUMER@AG.IOWA.GOV | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT<br>120 SW 10TH AVE<br>2ND FLOOR<br>TOPEKA KS 66612 | DEREK.SCHMIDT@AG.KS.GOV | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| COUNSEL TO DEBTOR CELSIUS NETWORK LLC, ET AL. | KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG<br>601 LEXINGTON AVE<br>NEW YORK NY 10022 | JSUSSBERG@KIRKLAND.COM | Email |
| COUNSEL TO DEBTOR CELSIUS NETWORK LLC, ET AL. | KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET<br>300 N LASALLE ST<br>CHICAGO IL 60654 | PATRICK.NASH@KIRKLAND.COM<br>ROSS.KWASTENIET@KIRKLAND.COM | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ.<br>60 E 42ND ST, SUITE 4700<br>NEW YORK NY 10165 | JOSHUA@LEVINEPSTEIN.COM | Email |
| | LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>300 CAPITAL DR<br>BATON ROUGE LA 70802 | ADMININFO@AG.STATE.LA.US | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | MAINE OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | ATTORNEY.GENERAL@MAINE.GOV | Email |
| | MARYLAND OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE<br>BALTIMORE MD 21202 | OAG@OAG.STATE.MD.US | Email |
| Counsel for AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | MAURICE WUTSHER LLP | ATTN: ALAN C. HOCHHEISER<br>23611 CHARGIN BLVD<br>SUITE 207<br>BEACHWOOD OH 44122 | AHOCHHEISER@MAURICEWUTSCHER.COM | Email |
| Cousnel for Anabelle Dias and Keith Suckno | MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER<br>WORLDWIDE PLAZA<br>825 EIGHTH AVE 31ST FLOOR<br>NEW YORK NY 10019 | DADLER@MCCARTER.COM | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |

Exhibit A
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME ON FILE | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO NOL MEYER AND NHAT VAN MEYER | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | EDWARD J. LOBELLO, ESQ. & JORDAN D. WEISS, ESQ. 1350 BROADWAY AVE SUITE 1420 NEW YORK NY 10018 | ELOBELLO@MSEK.COM JWEISS@MSEK.COM | Email |
| COUNSEL TO DIANA THANT AND NATAKOM CHULAMORKODT | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO AND JORDAN D. WEISS 1350 BROADWAY SUITE 1420 NEW YORK NY 10018 | ELOBELLO@MSEK.COM JWEISS@MSEK.COM | Email |
| | MINNESOTA OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST SUITE 1400 ST. PAUL MN 55101 | ATTORNEY.GENERAL@AG.STATE.MN.US | Email |
| | MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILDING 550 HIGH ST PO BOX 220 JACKSON MS 39201 | | Overnight Mail |
| | MISSOURI OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING 207 W HIGH ST JEFFERSON CITY MO 65101 | CONSUMER.HELP@AGO.MO.GOV | Email |
| | MONTANA OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR 215 N SANDERS PO BOX 201401 HELENA MT 59602 | CONTACTDOJ@MT.GOV | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE 33 CAPITOL ST CONCORD NH 3301 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| | NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX 25 MARKET ST 8TH FL, WEST WING BOX 080 TRENTON NJ 8611 | | Overnight Mail |
| | NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO ST VILLAGRA BUILDING SANTA FE NM 87501 | HBALDERAS@NMAG.GOV | Email |
| PETER POLOMBO | NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. 184 GRAND AVE ENGLEWOOD NJ 07631 | BHANNON@NORGAARDFIRM.COM MNORGAARD@NORGAARDFIRM.COM CROSE@NORGAARDFIRM.COM SFERREIRA@NORGAARDFIRM.COM KCIMMINO@NORGAARDFIRM.COM CROSE@NORGAARDFIRM.COM | Email |
| | NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL 600 E BOULEVARD AVE DEPT. 125 BISMARCK ND 58505 | NDAG@ND.GOV | Email |
| | OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL 201 VARICK ST ROOM 1006 NEW YORK NY 10014 | USTPREGION02.NYECF@USDOJ.GOV Shara.Cornell@usdoj.gov | Email |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 4 of 7

Exhibit A
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME ON FILE | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON, MARK ROBINSON, & KEITH NOYES FOR COVARIO AG | CAROLINEGWARREN@GMAIL.COM TOMDIF@GMAIL.COM ICBSOLUTIONS@PROTON.ME CHRISTOPHER.J.COCO@GMAIL.COM CELSIUSBANKRUPTCYCASE@GMAIL.COM MARKROBINSON55@GMAIL.COM CELSIUSBANKRUPTCY@COVAR.IO | Email |
|  | OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST OKLAHOMA CITY OK 73105 | QUESTIONS@OAG.OK.GOV | Email |
|  | OREGON OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE SALEM OR 97301-4096 | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | PHAROS USD FUND SP & PHAROS FUND SP | LANDMARK SQUARE, 1ST FLOOR 64 EARTH CLOSE PO BOX 715 GRAND CAYMAN KY-1107 Cayman Islands | ADMIN@LANTERNVENTURES.COM | Email |
|  | PHAROS USD FUND SP & PHAROS FUND SP | LANDMARK SQUARE, 1ST FLOOR 64 EARTH CLOSE PO BOX 715 GRAND CAYMAN KY-1107 CAYMAN ISLANDS | ADMIN@LANTERNVENTURES.COM | Email |
| THOMAS DIFIORE | PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN 7 TIMES SQUARE NEW YORK NY 10036-6569 | SLIEBERMAN@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST PROVIDENCE RI 2903 | AG@RIAG.RI.GOV | Email |
|  | RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH 1251 SIXTH AVE, 21ST FLOOR NEW YORK NY 10020 | ABARRAGE@DWT.COM HUGHMCCULLOUGH@DWT.COM ELAINEHUCKABEE@DWT.COM SEADOCKET@DWT.COM | Email |
| COUNSEL TO JASON STONE AND KEYFI INC. | ROCHE FREEDMAN LLP | ATTN: KYLE W. ROCHE 99 PARK AVENUE SUITE 1910 NEW YORK NY 10016 | KYLE@ROCHEFREEDMAN.COM | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | SECURITIES & EXCHANGE COMMISSION | 100 F ST NE WASHINGTON DC 20549 | SECBANKRUPTCY-OGC-ADO@SEC.GOV | Email |
|  | SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE 100 PEARL ST SUITE 20-100 NEW YORK NY 10004-2616 | NYROBANKRUPTCY@SEC.GOV | Email |
|  | SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE 200 VESEY ST SUITE 400 BROOKFIELD PLACE NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV | Email |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 5 of 7

Exhibit A
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME ON FILE | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF WASHINGTON TAXING AGENCIES | STATE OF WASHINGTON TAXING AGENCIES | ATTN: DINA L. YUNKER<br>BANKRUPTCY & COLLECTIONS UNIT<br>800 FIFTH AVENUE, SUITE 2000<br>SEATTLE WA 98104-3188 | Dina.Yunker@atg.wa.gov | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| ALAMEDA RESEARCH LLC AND AFFILIATES | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER<br>125 BROAD ST<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM | Email |
| COUNSEL TO ALAMEDA RESEARCH LLC AND AFFILIATES | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER<br>125 BROAD ST<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION<br>ATTN: MARVIN E. CLEMENTS, JR.<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | AGBANKNEWYORK@AG.TN.GOV | Email |
| | TENNESSEE OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207<br>NASHVILLE TN 37202-0207 | | Overnight Mail |
| | TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI<br>PO BOX 12548 MC 008<br>BANKRUPTCY & COLLECTIONS DIVISION, OFFICE OF THE ATTORNEY GENERAL<br>AUSTIN TX 78711-2548 | JASON.BINFORD@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK<br>NY 10119 | KORTIZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>DPERSON@TEAMTOGUT.COM<br>AODEN@TEAMTOGUT.COM<br>AGLAUBACH@TEAMTOGUT.COM<br>EBLANDER@TEAMTOGUT.COM<br>ARODRIGUEZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>GQUIST@TEAMTOGUT.COM<br>ASTOLP@TEAMTOGUT.COM | Email |
| COUSNEL FOR AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP<br>400 TOWN CENTER<br>SUITE 1800<br>SOUTHFIELD MI 48075 | DEBORAH.KOVSKY@TROUTMAN.COM | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| | UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 N STATE ST, SUITE 230<br>SALT LAKE CITY UT 84114 | UAG@UTAH.GOV | Email |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 6 of 7

Exhibit A
Master Overnight Service List
Served as set forth below

| DESCRIPTION | NAME ON FILE | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. 89 MAIN ST 3RD FLOOR MONTPELIER VT 05620 | JENNIFER.ROOD@VERMONT.GOV | Email |
|  | VERMONT OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST MONTPELIER VT 5609 | AGO.INFO@VERMONT.GOV | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | VIRGINIA OFFICE OF THE ATTORNEY GENERAL | 202 N NINTH ST RICHMOND VA 23219 | MAIL@OAG.STATE.VA.US | Email |
| RH MONTGOMERY PROPERTIES INC | WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS 100 CONGRESS AVE, 18TH FLOOR AUSTIN TX 78704 | MORRIS.WEISS@WALLERLAW.COM SHERRI.SAVALA@WALLERLAW.COM ANNMARIE.JEZISEK@WALLERLAW.COM | Email |
| RH MONTGOMERY PROPERTIES INC | WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE 511 UNION ST, SUITE 2700 NASHVILLE TN 37219 | TYLER.LAYNE@WALLERLAW.COM CHRIS.CRONK@WALLERLAW.COM | Email |
|  | WASHINGTON OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE OLYMPIA WA 98501 |  | Overnight Mail |
|  | WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL 1900 KANAWHA BLVD E BUILDING 1, ROOM E-26 CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: AARON E. COLODNY 555 S FLOWER ST, SUITE 2700 LOS ANGELES CA 90071 | AARON.COLODNY@WHITECASE.COM | Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM | Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE 111 S WACKER DR, SUITE 5100 CHICAGO IL 60606 | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email |

**Exhibit B**

Exhibit B
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| | ALABAMA OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE<br>MONTGOMERY AL 36104 | CONSUMERINTEREST@ALABAMAAG.GOV |
| | ALASKA OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE<br>SUITE 200<br>ANCHORAGE AK 99501 | ATTORNEY.GENERAL@ALASKA.GOV |
| | ALTCOINTRADER (PTY) LTD | 229 ONTDEKKERS RD, HORIZON<br>ROODEPOORT 1724 SOUTH AFRICA | RICHARD@ALTCOINTRADER.CO.ZA |
| | AMTRUST NORTH AMERICA INC ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE CO | C/O MAURICE WUTSCHER LLP<br>ATTN: THOMAS R. DOMINCZYK<br>5 WALTER FORAN BLVD, SUITE 2007<br>FLEMINGTON NJ 08822 | TDOMINCZYK@MAURICEWUTSCHER.COM<br>THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM |
| | ARIZONA OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE<br>PHOENIX AZ 85004 | AGINFO@AZAG.GOV |
| | ARKANSAS OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST<br>SUITE 200<br>LITTLE ROCK AR 72201 | OAG@ARKANSASAG.GOV |
| | B2C2 LTD | 86-90 PAUL ST<br>LONDON EC2A 4NE UNITED KINGDOM | MIDDLEOFFICE@B2C2.COM |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| COUNSEL TO LISA T. VICKERS | BERLINER & PILSON, ESQS. | ATTN: RICHARD J. PILSON<br>40 CUTTERMILL ROAD<br>SUITE 308<br>GREAT NECK NY 11021 | RPILSON@BERLINERPILSON.COM |
| COUNSEL FOR JOHN MARCHIONI | BLANK ROME LLP | ATTN: EVAN J. ZUCKER<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | EVAN.ZUCKER@BLANKROME.COM |
| COUNSEL TO SAP AMERICA, INC AND SAP NATIONAL SECURITY SERVICES, INC. | BROWN & CONNERY, LLP | ATTN: JULIE F. MONTGOMERY, ESQ.<br>6 NORTH BROAD STREET<br>SUITE 100<br>WOODBURY NJ 08096 | JMONTGOMERY@BROWNCONNERY.COM |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM |
| | CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255<br>SACRAMENTO CA 94244-2550 | XAVIER.BECERRA@DOJ.CA.GOV |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | COLORADO OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | CORA.REQUEST@COAG.GOV |
| | CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVE<br>HARTFORD CT 6106 | ATTORNEY.GENERAL@CT.GOV |
| | COVARIO AG | LANDYS GYR STRASSE 1<br>ZUG 6300 SWITZERLAND | CELSIUSBANKRUPTCY@COVAR.IO<br>MARK.BANNER@COVAR.IO |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 8

Exhibit B
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| | CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: DARREN AZMAN<br>ONE VANDERBILT AVE<br>NEW YORK NY 10017-3852 | DAZMAN@MWE.COM<br>MCO@MWE.COM<br>CGREER@MWE.COM |
| | CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: GREGG STEINMAN<br>333 SE 2ND AVE, SUITE 4500<br>MIAMI FL 33131-2184 | GSTEINMAN@MWE.COM |
| | CRYPTO10 SP -SEGREGATED PORTFOLIO OF | INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC<br>67 FORT ST 1ST FLOOR<br>ARTEMIS HOUSE<br>GEORGE TOWN KY1-1102 CAYMAN ISLANDS | C10_SPC@INVICTUSCAPITAL.COM<br>DANIEL@INVICTUSCAPITAL.COM |
| | DEFERRED 1031 EXCHANGE, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>LAKELAND AVE.<br>DOVER DE 19901 | CIADONISI@DEFERRED1031.COM |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US<br>ATTORNEY.GENERAL@DELAWARE.GOV |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW<br>WASHINGTON DC 20001 | OAG@DC.GOV |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP<br>ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK NY 10019 | JEFFREY.GLEIT@AFSLAW.COM<br>ALLISON.WEISS@AFSLAW.COM<br>LISA.INDELICATO@AFSLAW.COM<br>ALYSSA.FIORENTINO@AFSLAW.COM |
| | EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR.<br>920 LENMAR DR<br>BLUE BELL PA 19422 | SCHROEDER@JRLAW.ORG<br>HEALEY@JRLAW.ORG |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| COUNSEL TO VINCENT THEODORE GOETTEN | FISHERBROYLES, LLP | HOLLACE T. COHEN, ESQ.<br>445 PARK AVENUE, 9TH FLOOR<br>NEW YORK NY 10022 | HOLLACE.COHEN@FISHERBROYLES.COM |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | FLORIDA OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL-01<br>TALLAHASSEE FL 32399 | ASHLEY.MOODY@MYFLORIDALEGAL.COM |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 2 of 8

Exhibit B

Master Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | FORTIS LLP | ATTN: PAUL R. SHANKMAN<br>650 TOWN CENTER DRIVE<br>SUITE 1530<br>COSTA MESA CA 92626 | PSHANKMAN@FORTISLAW.COM |
| | HAWAII OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN ST<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV |
| | ICB SOLUTIONS | W ROYAL FOREST BLVD<br>COLUMBUS OH 43214 | DUFFYS2@GMAIL.COM |
| | IDAHO OFFICE OF THE ATTORNEY GENERAL | 700 W JEFFERSON ST, SUITE 210<br>PO BOX 83720<br>BOISE ID 83720 | STEPHANIE.GUYON@AG.IDAHO.GOV |
| | ILLINOIS OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | INFO@LISAMADIGAN.ORG |
| | INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | 67 FORT ST<br>GRAND CAYMAN KY1-1102 CAYMAN ISLANDS | C20_SPC@INVICTUSCAPITAL.COM<br>DANIEL@INVICTUSCAPITAL.COM |
| | IOWA OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING<br>1305 E WALNUT ST<br>DES MOINES IA 50319 | CONSUMER@AG.IOWA.GOV |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT<br>120 SW 10TH AVE<br>2ND FLOOR<br>TOPEKA KS 66612 | DEREK.SCHMIDT@AG.KS.GOV |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| COUNSEL TO DEBTOR CELSIUS NETWORK LLC, ET AL. | KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG<br>601 LEXINGTON AVE<br>NEW YORK NY 10022 | JSUSSBERG@KIRKLAND.COM |
| COUNSEL TO DEBTOR CELSIUS NETWORK LLC, ET AL. | KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET<br>300 N LASALLE ST<br>CHICAGO IL 60654 | PATRICK.NASH@KIRKLAND.COM<br>ROSS.KWASTENIET@KIRKLAND.COM |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ.<br>60 E 42ND ST, SUITE 4700<br>NEW YORK NY 10165 | JOSHUA@LEVINEPSTEIN.COM |
| | LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>300 CAPITAL DR<br>BATON ROUGE LA 70802 | ADMININFO@AG.STATE.LA.US |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | MAINE OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | ATTORNEY.GENERAL@MAINE.GOV |
| | MARYLAND OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE<br>BALTIMORE MD 21202 | OAG@OAG.STATE.MD.US |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 3 of 8

Exhibit B
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel for AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | MAURICE WUTSHER LLP | ATTN: ALAN C. HOCHHEISER<br>23611 CHARGIN BLVD<br>SUITE 207<br>BEACHWOOD OH 44122 | AHOCHHEISER@MAURICEWUTSCHER.COM |
| Cousnel for Anabelle Dias and Keith Suckno | MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER<br>WORLDWIDE PLAZA<br>825 EIGHTH AVE 31ST FLOOR<br>NEW YORK NY 10019 | DADLER@MCCARTER.COM |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| COUNSEL TO NOL MEYER AND NHAT VAN MEYER | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | EDWARD J. LOBELLO, ESQ. & JORDAN D. WEISS, ESQ.<br>1350 BROADWAY AVE<br>SUITE 1420<br>NEW YORK NY 10018 | ELOBELLO@MSEK.COM<br>JWEISS@MSEK.COM |
| COUNSEL TO DIANA THANT AND NATAKOM CHULAMORKODT | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO AND JORDAN D. WEISS<br>1350 BROADWAY<br>SUITE 1420<br>NEW YORK NY 10018 | ELOBELLO@MSEK.COM<br>JWEISS@MSEK.COM |
|  | MINNESOTA OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST<br>SUITE 1400<br>ST. PAUL MN 55101 | ATTORNEY.GENERAL@AG.STATE.MN.US |
|  | MISSOURI OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 | CONSUMER.HELP@AGO.MO.GOV |
|  | MONTANA OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR<br>215 N SANDERS<br>PO BOX 201401<br>HELENA MT 59602 | CONTACTDOJ@MT.GOV |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
|  | NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 3301 | ATTORNEYGENERAL@DOJ.NH.GOV |
|  | NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO ST<br>VILLAGRA BUILDING<br>SANTA FE NM 87501 | HBALDERAS@NMAG.GOV |
| PETER POLOMBO | NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ.<br>184 GRAND AVE<br>ENGLEWOOD NJ 07631 | BHANNON@NORGAARDFIRM.COM<br>MNORGAARD@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM<br>SFERREIRA@NORGAARDFIRM.COM<br>KCIMMINO@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM |

Exhibit B
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| | NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL<br>600 E BOULEVARD AVE<br>DEPT. 125<br>BISMARCK ND 58505 | NDAG@ND.GOV |
| | OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL<br>201 VARICK ST<br>ROOM 1006<br>NEW YORK NY 10014 | USTPREGION02.NYECF@USDOJ.GOV<br>Shara.Cornell@usdoj.gov |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON, MARK ROBINSON, & KEITH NOYES FOR COVARIO AG | CAROLINEGWARREN@GMAIL.COM<br>TOMDIF@GMAIL.COM<br>ICBSOLUTIONS@PROTON.ME<br>CHRISTOPHER.J.COCO@GMAIL.COM<br>CELSIUSBANKRUPTCYCASE@GMAIL.COM<br>MARKROBINSON55@GMAIL.COM<br>CELSIUSBANKRUPTCY@COVAR.IO |
| | OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 | QUESTIONS@OAG.OK.GOV |
| | OREGON OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE<br>SALEM OR 97301-4096 | ELLEN.ROSENBLUM@DOG.STATE.OR.US<br>ATTORNEYGENERAL@DOJ.STATE.OR.US |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | PHAROS USD FUND SP & PHAROS FUND SP | LANDMARK SQUARE, 1ST FLOOR<br>64 EARTH CLOSE<br>PO BOX 715<br>GRAND CAYMAN KY-1107 Cayman Islands | ADMIN@LANTERNVENTURES.COM |
| | PHAROS USD FUND SP & PHAROS FUND SP | LANDMARK SQUARE, 1ST FLOOR<br>64 EARTH CLOSE PO BOX 715<br>GRAND CAYMAN KY-1107 CAYMAN ISLANDS | ADMIN@LANTERNVENTURES.COM |
| THOMAS DIFIORE | PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6569 | SLIEBERMAN@PRYORCASHMAN.COM<br>MSILVERMAN@PRYORCASHMAN.COM |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST<br>PROVIDENCE RI 2903 | AG@RIAG.RI.GOV |
| | RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH<br>1251 SIXTH AVE, 21ST FLOOR<br>NEW YORK NY 10020 | ABARRAGE@DWT.COM<br>HUGHMCCULLOUGH@DWT.COM<br>ELAINEHUCKABEE@DWT.COM<br>SEADOCKET@DWT.COM |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 5 of 8

Exhibit B
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO JASON STONE AND KEYFI INC. | ROCHE FREEDMAN LLP | ATTN: KYLE W. ROCHE<br>99 PARK AVENUE<br>SUITE 1910<br>NEW YORK NY 10016 | KYLE@ROCHEFREEDMAN.COM |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | SECURITIES & EXCHANGE COMMISSION | 100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| | SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE<br>100 PEARL ST<br>SUITE 20-100<br>NEW YORK NY 10004-2616 | NYROBANKRUPTCY@SEC.GOV |
| | SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE<br>200 VESEY ST SUITE 400<br>BROOKFIELD PLACE<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| STATE OF WASHINGTON TAXING AGENCIES | STATE OF WASHINGTON TAXING AGENCIES | ATTN: DINA L. YUNKER<br>BANKRUPTCY & COLLECTIONS UNIT<br>800 FIFTH AVENUE, SUITE 2000<br>SEATTLE WA 98104-3188 | Dina.Yunker@atg.wa.gov |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| ALAMEDA RESEARCH LLC AND AFFILIATES | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER<br>125 BROAD ST<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM |
| COUNSEL TO ALAMEDA RESEARCH LLC AND AFFILIATES | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER<br>125 BROAD ST<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
| | TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION<br>ATTN: MARVIN E. CLEMENTS, JR.<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | AGBANKNEWYORK@AG.TN.GOV |
| | TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI<br>PO BOX 12548 MC 008<br>BANKRUPTCY & COLLECTIONS DIVISION, OFFICE OF THE ATTORNEY GENERAL<br>AUSTIN TX 78711-2548 | JASON.BINFORD@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV |
| | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 6 of 8

Exhibit B
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK<br>NY 10119 | KORTIZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>DPERSON@TEAMTOGUT.COM<br>AODEN@TEAMTOGUT.COM<br>AGLAUBACH@TEAMTOGUT.COM<br>EBLANDER@TEAMTOGUT.COM<br>ARODRIGUEZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>GQUIST@TEAMTOGUT.COM<br>ASTOLP@TEAMTOGUT.COM |
| COUSNEL FOR AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP<br>400 TOWN CENTER<br>SUITE 1800<br>SOUTHFIELD MI 48075 | DEBORAH.KOVSKY@TROUTMAN.COM |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
|  | UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 N STATE ST, SUITE 230<br>SALT LAKE CITY UT 84114 | UAG@UTAH.GOV |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
|  | VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ.<br>89 MAIN ST<br>3RD FLOOR<br>MONTPELIER VT 05620 | JENNIFER.ROOD@VERMONT.GOV |
|  | VERMONT OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST<br>MONTPELIER VT 5609 | AGO.INFO@VERMONT.GOV |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
|  | VIRGINIA OFFICE OF THE ATTORNEY GENERAL | 202 N NINTH ST<br>RICHMOND VA 23219 | MAIL@OAG.STATE.VA.US |
| RH MONTGOMERY PROPERTIES INC | WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS<br>100 CONGRESS AVE, 18TH FLOOR<br>AUSTIN TX 78704 | MORRIS.WEISS@WALLERLAW.COM<br>SHERRI.SAVALA@WALLERLAW.COM<br>ANNMARIE.JEZISEK@WALLERLAW.COM |
| RH MONTGOMERY PROPERTIES INC | WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE<br>511 UNION ST, SUITE 2700<br>NASHVILLE TN 37219 | TYLER.LAYNE@WALLERLAW.COM<br>CHRIS.CRONK@WALLERLAW.COM |
|  | WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL<br>1900 KANAWHA BLVD E<br>BUILDING 1, ROOM E-26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 7 of 8

Exhibit B
Master Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: AARON E. COLODNY<br>555 S FLOWER ST, SUITE 2700<br>LOS ANGELES CA 90071 | AARON.COLODNY@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE<br>111 S WACKER DR, SUITE 5100<br>CHICAGO IL 60606 | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |
|  | NAME ON FILE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE |