WEIR GREENBLATT PIERCE LLP
Bonnie R. Golub, Esquire
667 Madison Avenue, 5th Floor
New York, NY  10065
P:  917-475-8885
F:  917-475-8884
*bgolub@wgpllp.com*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Bonnie R. Golub, Esquire, Jeffrey S. Cianciulli, Esquire, and Michael Broadhurst, Esquire, of Weir Greenblatt Pierce LLP hereby enter this Notice of Appearance as counsel for Creditor, Matthew Pinto, in the above-captioned matter.  The undersigned requests that the Clerk of this Court add counsels' name and address to any official service list for purposes of receiving notices and pleadings, including pursuant to Bankruptcy Rules 2002, 3017 and 9007, and request that the Clerk, its agent, and all other parties to this case deliver all such notices and pleadings, as follows:

Bonnie R. Golub, Esquire
WEIR GREENBLATT PIERCE LLP
667 Madison Avenue, 5th Floor
New York, NY  10065
P:  917-475-8885
F:  917-475-8884
*bgolub@wgpllp.com*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

-and-

Jeffrey S. Cianciulli, Esquire
WEIR GREENBLATT PIERCE LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
P: (215) 665-8181
F: (215) 665-8464
*jcianciulli@wgpllp.com*

-and-

Michael P. Broadhurst, Esquire
WEIR GREENBLATT PIERCE LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
P: (215) 665-8181
F: (215) 665-8464
*mbroadhurst@wgpllp.com*

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, email, or otherwise filed or made with regard to the referenced case and proceedings therein.

Dated: September 16, 2022.

                WEIR GREENBLATT PIERCE LLP

                By:    /s/ Bonnie R. Golub
                        Bonnie R. Golub, Esquire
                        667 Madison Avenue, 5th Floor
                        New York, NY  10065
                        P: 917-475-8885
                        F: 917-475-8884
                        *bgolub@wgpllp.com*

                        *Attorneys for Creditor, Matthew Pinto*