## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the September 16, 2022, a copy of the foregoing Notice of Appearance and Demand for Notices and Papers was electronically filed with the United States Bankruptcy Court, Southern District of New York, and that electronic notice of such filing was served by the Office of the Clerk upon parties-in-interest registered in the Case Management/Electronic Case Filing system with respect to these cases.

Dated: September 16, 2022

/s/ Bonnie R. Golub
Bonnie R. Golub, Esquire