FROM THE DESK OF

# MARC HEROUARD

Marc Herouard
727 Prospect Place, 2A
Brooklyn, NY 11216

September 12, 2022

Hon. Martin Glenn
Chief Judge
One Bowling Green
New York, NY 10004-1408

RE: Celsius Network

Dear Honorable Glenn:

My name is Marc Herouard. I am a depositor in the Celsius Network platform. I am an ordinary person. I have been working construction all my life. I have my life savings on this platform. I won't bore you with repetitive stuff, as I'm sure you have been bombarded with numerous similar letters. To cut to the chase, I know that this is just the beginning of this proceeding and it may take quite a while before the ending of it. I just need to know where I stand in relation to getting my money back, if so. Is there a list I must be on? Am I required to file a proceeding to be able to get any relief after this case ends? Any information is helpful Sir. I know you are busy so I will leave it at that. I look forward to hearing from you at your earliest convenience.

Sincerely yours,

*Marc H.*

Marc Herouard