# Certificate of Service

I, Daniel A. Frishberg, hereby certify that on the 13th day of September, 2022, I served the *Daniel A. Frishbergs' Objection To The Retention Of Kirkland And Ellis By The Debtors In Possession Due To Several Conflict Of Interests*, *Objection To The UCCs' Agreed Proposed Order Granting Examiner Motion* And *Daniel A. Frishbergs' Response To Debtors' Omnibus Reply To Certain Objection To The Debtors' Retention Of Kirkland & Ellis LLP And Kirkland & Ellis International LLP* on everyone on the service list which is attached below.

| | | |
|---|---|---|
| ADMIN@lanternventures.com, | | |
| ADMININFO@ag.state.la.us, | | |
| AGBANKNEWYORK@ag.tn.gov, | | |
| AGINFO@azag.gov, | | |
| AGO.INFO@vermont.gov, | | |
| ASHLEY.MOODY@myfloridalegal.com, | | |
| ATTORNEY.GENERAL@ag.state.mn.us, | | |
| ATTORNEY.GENERAL@alaska.gov, | | |
| ATTORNEY.GENERAL@ct.gov, | | |
| ATTORNEY.GENERAL@delaware.gov, | | |
| ATTORNEY.GENERAL@maine.gov, | | |
| ATTORNEY.GENERAL@state.de.us, | | |

| | | |
|---|---|---|
| ATTORNEYGENERAL@doj.nh.gov, | | |
| BHANNON@norgaardfirm.com, | | |
| MNORGAARD@norgaardfirm.com, | | |
| CROSE@norgaardfirm.com, | | |
| KCIMMINO@norgaardfirm.com, | | |
| BROSSZER@law.ga.gov, | | |
| C10_SPC@invictuscapital.com, | | |
| C20_SPC@invictuscapital.com, | | |
| DANIEL@invictuscapital.com, | | |
| CELSIUSBANKRUPTCY@covar.io, | | |
| MARK.BANNER@covar.io, | | |
| CFO@ziglu.io, | | |
| CGREER@mwe.com, | | |
| CIADONISI@deferred1031.com, | | |
| CONSUMER.HELP@ago.mo.gov, | | |
| CONSUMER@ag.iowa.gov, | | |
| CONSUMER@wvago.gov, | | |
| CONTACTDOJ@mt.gov, | | |
| CORA.REQUEST@coag.gov, | | |

| | | |
|---|---|---|
| DADLER@mccarter.com, | | |
| DAZMAN@mwe.com, | | |
| DEBORAH.KOVSKY@troutman.com, | | |
| KAY.KRESS@troutman.com, | | |
| CONSUMERINTEREST@alabamaag.gov, | | |
| DIETDERICHA@sullcrom.com, | | |
| GLUECKSTEINB@sullcrom.com, | | |
| BELLERB@sullcrom.com, | | |
| DEREK.SCHMIDT@ag.ks.gov, | | |
| DINA.YUNKER@atg.wa.gov, | | |
| BCUYUNKER@atg.wa.gov, | | |
| DUFFYS2@gmail.com, | | |
| ELLEN.ROSENBLUM@dog.state.or.us, | | |
| ATTORNEYGENERAL@doj.state.or.us, | | |
| ELOBELLO@msek.com, | | |
| JWEISS@msek.com, | | |
| EVAN.ZUCKER@blankrome.com, | | |
| EDOCKETING | | |

| | | |
|---|---|---|
| @blankrome.com, | | |
| GSTEINMAN@mwe.com, | | |
| HAWAIIAG@hawaii.gov, | | |
| HBALDERAS@nmag.gov, | | |
| HOLLACE.COHEN@fisherbroyles.com, | | |
| INFO@lisamadigan.org, | | |
| JASON.BINFORD@oag.texas.gov, | | |
| LAYLA.MILLIGAN@oag.texas.gov, | | |
| ABIGAIL.RYAN@oag.texas.gov, | | |
| ROMA.DESAI@oag.texas.gov, | | |
| SLIEBERMAN@pryorcashman.com, | | |
| MSILVERMAN@pryorcashman.com, | | |
| JEFFREY.GLEIT@afslaw.com, | | |
| ALLISON.WEISS@afslaw.com, | | |
| LISA.INDELICATO@afslaw.com, | | |
| ALYSSA.FIORENTINO@afslaw.com, | | |
| JENNIFER.ROOD@vermont.g | | |

| | | |
|---|---|---|
| ov, | | |
| JOSHUA@levinepstein.com, | | |
| JSUSSBERG@kirkland.com, | | |
| KORTIZ@teamtogut.com, | | |
| BKOTLIAR@teamtogut.com, | | |
| DPERSON@teamtogut.com, | | |
| AODEN@teamtogut.com, | | |
| AGLAUBACH@teamtogut.com, | | |
| EBLANDER@teamtogut.com, | | |
| ARODRIGUEZ@teamtogut.com, | | |
| GQUIST@teamtogut.com, | | |
| ASTOLP@teamtogut.com, | | |
| MAIL@oag.state.va.us, | | |
| MANDOLINA@whitecase.com, | | |
| GREGORY.PESCE@whitecase.com, | | |
| JDISANTI@whitecase.com, | | |
| MCO@whitecase.com, | | |
| MCO@mwe.com, | | |
| MIDDLEOFFICE@b2c2.com, | | |
| MORRIS.WEISS@wallerlaw.co | | |

| | | |
|---|---|---|
| m, | | |
| SHERRI.SAVALA@wallerlaw.com, | | |
| ANNMARIE.JEZISEK@wallerlaw.com, | | |
| NDAG@nd.gov, | | |
| OAG@arkansasag.gov, | | |
| OAG@dc.gov, | | |
| OAG@oag.state.md.us, | | |
| DAVID.TURETSKY@whitecase.com, | | |
| SAM.HERSHEY@whitecase.com, | | |
| MCOSBNY@whitecase.com, | | |
| PATRICK.NASH@kirkland.com, | | |
| ROSS.KWASTENIET@kirkland.com, | | |
| QUESTIONS@oag.ok.gov, | | |
| RICHARD@altcointrader.co.za, | | |
| SCHRISTIANSON@buchalter.com, | | |
| SCHROEDER@jrlaw.org, | | |
| HEALEY@jrlaw.org, | | |
| SECBANKRUPTCY-OGC-ADO@sec.gov, | | |
| NYROBANKRU | | |

| | | |
|---|---|---|
| PTCY@sec.gov, | | |
| BANKRUPTCYNOTICESCHR@sec.gov, | | |
| SPG@13trustee.net, | | |
| STEPHANIE.GUYON@ag.idaho.gov, | | |
| TDOMINCZYK@mauricewutscher.com, | | |
| THOMAS-DOMINCZYK-5025@ecf.pacerpro.com, | | |
| TYLER.LAYNE@wallerlaw.com, | | |
| CHRIS.CRONK@wallerlaw.com, | | |
| AG@riag.ri.gov, | | |
| ABARRAGE@dwt.com, | | |
| HUGHMCCULLOUGH@dwt.com, | | |
| ELAINEHUCKABEE@dwt.com, | | |
| SEADOCKET@dwt.com, | | |
| JMONTGOMERY@brownconnery.com, | | |
| UAG@utah.gov, | | |
| USTPREGION02.NYECF@usdoj.gov, | | |
| SHARA.CORNELL@usdoj.gov, | | |

| | | |
|---|---|---|
| XAVIER.BECERRA@doj.ca.gov, | | |
| AARON.COLODNY@whitecase.com | | |