Immanuel Herrmann
*Pro se creditor*
immanuelherrmann@gmail.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### Certificate of Service

I, Immanuel Herrmann, certify that I served the following documents:

> 1. Limited Objection to the Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022 [D.E. 754]

> 2. Response to the Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.E. 755]

On September 7th, to: Kirkland & Ellis, LLP (counsel for the Debtor); White & Case, LLP (counsel for the Unsecured Creditors Committee); Togut, Segal & Segal, LLP (counsel for the Custody Committee); Troutman & Pepper (counsel for the Withhold Committee); and McCarter & English (counsel for the Loans Committee).

On September 8, 2022, to: the U.S. Trustee for the Southern District of New York and Celsius Network, LLC (the Debtor).

I submitted D.E. 754 and 755 on September 7, 2022, via the *pro se* filing system at https://coop.nysb.uscourts.gov/prosefiles, and I spoke with the office of the clerk of the court by phone on September 8, 2022 after my filings were docketed. Due to technical and administrative issues, the "filed" date was stamped on the filings as September 8, 2022.

I certify that on September 12, 2022, I electronically served the following documents to the service list posted at https://cases.stretto.com/wp-admin/admin-ajax.php?action=paw_download_notice_list&section_id=4039&doc_file_id=1573&filetype=pdf (the "Core/2002 list".)

1. Response to the Motion of the United States Trustee for Entry of an Order Directing the
Appointment of an Examiner (Filed September 7, docketed September 8) [D.E. 755]
https://cases.stretto.com/public/x191/11749/PLEADINGS/1174909082280000000075.pdf

2. Limited Objection to the Debtor's Application for Entry of an Order Authorizing the Retention
and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for
the Debtors and Debtors in Possession Effective as of July 13, 2022 (Filed September 7,
docketed September 8) [D.E. 754]
https://cases.stretto.com/public/x191/11749/PLEADINGS/1174909082280000000071.pdf

3. Limited objection to the proposed draft order directing the appointment of an examiner (Filed
September 12, docketed September 12) [D.E. 779]
https://cases.stretto.com/public/x191/11749/PLEADINGS/1174909122280000000064.pdf

4. Motion for procedural relief to allow responses to the agreed proposed order for a bankruptcy
examiner to be considered on September 14 (Filed September 12, docketed September 12)
[D.E. 780]
https://cases.stretto.com/public/x191/11749/PLEADINGS/1174909122280000000071.pdf

I would also like to say, on a personal note, that the staff member I spoke with in your office is
absolutely wonderful. I want her to know that I appreciate everything she is doing in support of
depositors in this case.

Silver Spring, MD
Dated: September 13, 2022

Respectfully submitted by:
s/ Immanuel Herrmann
Immanuel Herrmann
*Pro se creditor*