UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964-MG |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stephen S. Manning, request admission, ***pro hac vice,*** before the Honorable Chief Judge Martin Glenn, to represent the Washington State Department of Financial Institutions, an Interested Party in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Washington and, if applicable, the bar of the U.S. District Court for the Western District of Washington and U.S. Court of Appeals for the Ninth Circuit.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Date: September 22, 2022

Respectfully Submitted,

ROBERT W. FERGUSON
Attorney General
*/s/ Stephen S. Manning*
STEPHEN A. MANNING, WSBA #36965
Assistant Attorney General
Office of the Attorney General
Government Compliance & Enforcement Div
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100
Stephen.manning@atg.wa.gov
gceef@atg.wa.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtor's service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.