UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al., | Case No. 22-10964 (MG) |
| Debtors. | (Joint Administration Requested) |
| _____/ | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES**

  PLEASE ENTER THE APPEARANCE of Juandisha Harris, Assistant Attorney General, as attorney for the Michigan Department of Treasury, in the above-titled case. This appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance. Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

        /s/ *Juandisha Harris*
        Juandisha Harris (P62978)
        Assistant Attorney General
        Cadillac Place Building
        3030 W. Grand Blvd., Ste. 10-200
        Detroit, MI 48202
        Telephone: (313) 456-0140
        E-mail: HarrisJ12@michigan.gov

Dated: September 23, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

CELSIUS NETWORK LLC, et al.,

Debtors.
_____/

Chapter 11

Case No. 22-10964 (MG)

(Joint Administration Requested)

### PROOF OF SERVICE

The undersigned certifies that on September 23, 2022, a copy of the Notice of Appearance and Request for Service of Notices, was served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Clerk of the Court
US Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Claims and Noticing Agent
Stretto Claims Agent
8269 E. 23rd Avenue
Suite 275
Denver, CO 80238

Official Committee of
Unsecured Creditors
c/o White & Case LLP
111 S Wacker Dr Suite 5100
Chicago, IL 60606-5055

Joshua Sussberg
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Shara Claire Cornell
DOJ-Ust
201 Varick Street
New York, NY 10014

US Trustee
Office of the US Trustee
US Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

/s/ Nicole Gregory
Nicole Gregory
Secretary to:
Juandisha Harris (P62978)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
(313) 456-0140

Dated: September 23, 2022