**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael P. Broadhurst, Esquire, request admission *pro hac vice*, before the Honorable Chief Judge Martin Glenn, to represent the Creditor, Matthew Pinto, in the above-referenced jointly administered cases and any related adversary proceedings.

***I certify that I am a member in good standing*** of the bars of the Commonwealth of Pennsylvania; State of New Jersey; United States Court of Appeals for the Third, Fourth, and Eighth Circuits; United States District Courts for the Districts of New Jersey and the Eastern, and Middle Districts of Pennsylvania, and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 23 , 2022

/s/ Michael P. Broadhurst
Michael P. Broadhurst, Esquire
WEIR GREENBLATT PIERCE LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA  19107
P:  215-665-8181
mbroadhurst@wgpllp.com
Attorneys for Creditor, Matthew Pinto

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030

672336_1