

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Michael Patrick Broadhurst, Esq.*

#### DATE OF ADMISSION

*January 2, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  September 16, 2022**

Patricia A. Johnson
Chief Clerk