## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022 the foregoing Motion for Admission to Practice, *Pro Hac Vice* was filed and served electronically through the Court's CM/ECF system.

/s/ Michael P. Broadhurst
Michael P. Broadhurst, Esquire

672336_1