**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | CHEROKEE |
|---|---|---|
| In re: | Chapter 11 | ACQUISITION |
| CELSIUS NETWORK LLC, et al., | No. 22-10964 (MG) | |
| Debtors | (Jointly Administered) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**BVeeder RD LLC**

Name of Transferee:

**NovaWulf Digital Management, LP**

Name and Current Address of Transferor:

**BVeeder RD LLC**

Name and Address where notices and payments to transferee should be sent:

**NovaWulf Digital Management, LP**
**Attn: Michael Abbate**
**9 Federal Street**
**Easton, MD 21601**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 7179 | BVeeder RD LLC | $814,607.71 | Celsius Network Inc. | 22-10965 |
| Claim No. 7182 | BVeeder RD LLC | $814,607.71 | Celsius Network Limited | 22-10966 |
| Claim No. 7175 | BVeeder RD LLC | $814,607.71 | Celsius KeyFi LLC | 22-10967 |
| Claim No. 7178 | BVeeder RD LLC | $814,607.71 | Celsius Mining LLC | 22-10968 |
| Claim No. 7177 | BVeeder RD LLC | $814,607.71 | Celsius Lending LLC | 22-10970 |
| Claim No. 7184 | BVeeder RD LLC | $814,607.71 | Celsius US Holding LLC | 22-10971 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____   Date: September 22, 2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIMS**

Annex B

TO:  United States Bankruptcy Court ("Court")
Southern District of New York

AND TO:

| | |
|---|---|
| Debtor: Celsius Network LLC | Case Number: 081-22-10964 (MG) |
| | Claim #: 2966 |
| Debtor: Celsius Network Inc. | Case Number: 081-22-10965 (MG) |
| | Claim #: 7179 |
| Debtor: Celsius Network Limited | Case Number: 081-22-10966 (MG) |
| | Claim #: 7182 |
| Debtor: Celsius KeyFi LLC | Case Number: 081-22-10967 (MG) |
| | Claim #: 7175 |
| Debtor: Celsius Mining LLC | Case Number: 081-22-10968 (MG) |
| | Claim #: 7178 |
| Debtor: Celsius Networks Lending LLC | Case Number: 081-22-10969 (MG) |
| | Claim #: 7183 |
| Debtor: Celsius Lending LLC | Case Number: 081-22-10970 (MG) |
| | Claim #: 7177 |
| Debtor: Celsius US Holding LLC | Case Number: 081-22-10971 (MG)  Claim #: 7184 |
| All above-referenced debtors each a "Debtor" and, collectively, the "Debtors") | All above-referenced cases each a "Case" and, collectively, the "Cases") |

BVeeder RD LLC ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto: NovaWulf Digital Management, LP,

its successors and assigns ("Buyer"), all rights, title and interest in and to each Claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in each Cases; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to any Claim in any Case; (e) to cash, interest, principal, securities or other property in connection with any Case: and (f) to any amounts listed on Debtors' schedules, in the principal amount of $814,607.71 ("Claim"), which represents 100% of the total claim amount of $814,607.71, against Debtors in the Court, or any other court with jurisdiction over Debtors' Cases.

Seller hereby waives: (a) any objection to the transfer of the claims to Buyer on the books and records of Debtors and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the claims to Buyer and recognizing Buyer as the sole owner and holder of the Claims.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with any Claims or any Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the claims to Buyer.

*(remainder of page is intentionally left blank)*

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representative dated August 16, 2022.

| | |
|---|---|
| BVeeder RD LLC | NOVAWULF DIGITAL MANAGEMENT, LP<br>By:   NOVAWULF DIGITAL MANAGEMENT GP, LLC its General Partner |
| By: *Bradley D. Veeder*<br>Name: Bradley Veeder<br>Title: Manager | By: _____<br>Name: Michael Abbate<br>Title:  Member |