**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) | (Jointly Administered) |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeffrey S. Cianciulli, Esquire, request admission ***pro hac vice***, before the Honorable Chief Judge Martin Glenn, to represent the Creditor, Matthew Pinto in the above-referenced jointly administered cases and any related adversary proceedings.

***I certify that I am a member in good standing*** of the bars of the Commonwealth of Pennsylvania; State of New Jersey; State of Delaware; United States Court of Appeals for the Third Circuit; United States District Court and Bankruptcy Court for the Districts of New Jersey and Delaware and the Eastern, Middle and Western Districts of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: September 23, 2022

/s/ Jeffrey S. Cianciulli
Jeffrey S. Cianciulli, Esquire
WEIR GREENBLATT PIERCE LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
P: 215-665-8181
jcianciulli@wgpllp.com
Attorneys for Creditor, Matthew Pinto

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030

672272_1