

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jeffrey Scott Cianciulli, Esq.*

DATE OF ADMISSION

*May 14, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 16, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk