## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2022 the foregoing Motion for Admission to Practice, *Pro Hac Vice* was filed and served electronically through the Court's CM/ECF system.

/s/ Jeffrey S. Cianciulli
Jeffrey S. Cianciulli, Esquire

672272_1