**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael P. Broadhurst, to be admitted, *pro hac vice*, to represent the Creditor, Matthew Pinto, (the "Creditor") in the above-referenced jointly administered cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bars of the bars of the Commonwealth of Pennsylvania; State of New Jersey; United States Court of Appeals for the Third, Fourth, and Eighth Circuits; United States District Courts for the Districts of New Jersey and the Eastern, and Middle Districts of Pennsylvania, and the United States Supreme Court, it is hereby:

**ORDERED**, that Michael P. Broadhurst, Esq., is admitted to practice, *pro hac vice*, in the above-referenced jointly administered cases and all related adversary proceedings to represent the Creditor, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **September 23, 2022**
New York, New York

                                                             /s/ Martin Glenn
                                                  THE HONORABLE CHIEF MARTIN GLENN
                                                  UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030