**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeffrey S. Cianciulli, to be admitted, ***pro hac vice***, to represent the Creditor, Matthew Pinto, (the "Creditor") in the above-referenced jointly administered cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bars of the Commonwealth of Pennsylvania; State of New Jersey; State of Delaware; United States Court of Appeals for the Third Circuit; United States District Court and Bankruptcy Court for the Districts of New Jersey and Delaware and the Eastern, Middle and Western Districts of Pennsylvania, it is hereby:

**ORDERED**, that Jeffrey S. Cianciulli, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced jointly administered cases and all related adversary proceedings to represent the Creditor, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **September 23, 2022**
    New York, New York

                    /s/Martin Glenn
            THE HONORABLE CHIEF MARTIN GLENN
            UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030