Dear Your Honor,

I am a creditor.

I strongly object to Celsius' motion to extend its exclusivity period to file a reorganization plan.

Granting Celsius' motion would disadvantage creditors.

The additional funds Celsius would spend during this extension period are sizable, and would significantly reduce the size of the estate at its current burn rate. It might even cause the need for DIP financing, which would increase its burn rate and its debt.

It would also cause further delays, because it would put the submission of reorganization plans by third parties on hold.

I ask that you please do everything possible to move this process along so that all plans will be filed and decided on expeditiously, in order to avoid this matter going into Chapter 7 due to assets being burned during unnecessary delays.

Thank you for your consideration.

Respectfully,

Robert Kaufmann