September 23, 2022

Honorable Chief Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York

Court Room #523

One Bowling Green

New York, New York 10004-1408

Subject: Celsius Network LLC, Bankruptcy Case #22-10964

To: Honorable Chief Judge Martin Glenn

This letter is to acknowledge and confirm that I have an account, as a creditor, with Celsius Network LLC. I understand that the claim form 410 will be revised and provided to Celsius account holders so we can properly identify our account assets and not just a dollar value at the time that Celsius froze accounts and filed for bankruptcy.

Since the dollar value of cryto currency and stable coins changes every second it is not realistic to submit an accurate dollar claim value other than the quantity of the stable coins held in each account on the day assets were frozen.

The assets I own in my Celsius Earn account have **not** been collateralized against any loan and are unencumbered and should be returned to me in full are itemized below:

BTC = 1.158434 each                 DOT = 11.405487 each

ETH = 8.117238 each                 ADA = 1,659.075334 each

LINK = 189.990785 each              LTC = 12.562286 each

ZRX = 1,024.148848 each             SNX = 221.697059 each

COMP = 4.236992 each                MANA = 422.918486 each

DAI = 123.723135 each               ZRX = 1,024.148848 each

CEL = 631.663600 each               XLM = 1,897.061708 each in (*custody acct*)

Thank you for taking the time to read and accept this letter into the Celsius claim process and for the courts attention to resolve this bankruptcy in a fair and just decision for all the Celsius Network LLC creditor clients.

Best Regards:

Karen L Mays    *Karen L. Mays*

13003 Country Trl.

San Antonio, Tx 78216

Email: karenmays2@yahoo.com

September 23, 2022

Honorable Chief Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York

Court Room #523

One Bowling Green

New York, New York 10004-1408

Subject: Celsius Network LLC, Bankruptcy Case #22-10964

To: Honorable Chief Judge Martin Glenn

This letter is to acknowledge and confirm that I have an account, as a creditor, with Celsius Network LLC. I understand that the claim form 410 will be revised and providing to Celsius account holders so we can properly identify our account assets and not just a dollar value at the time that Celsius froze accounts and filed for bankruptcy.

Since the dollar value of crypto currency and stable coins changes every second, it is not realistic to submit an accurate dollar claim value other than the quantity of the stable coins held in each account on the day assets were frozen.

The assets I own in my Celsius Earn account have not been collateralized against any loan and are unencumbered and should be returned to me in full as itemized below:

BTC = 1.158434 each                   DOT = 11.105487 each
LTC = 5.117236 each                   ADA = 1,919.075324 each
LINK = 185.950706 each                LTC = 12.542286 each
ZRX = 1,024.140148 each               SNX = 251.470058 each

DAI = 133.723135 each                 ZRX = 1,024.140148 each
CEL = 654.958800 each                 XMR = 1.202067706 each (Privately held)

Thank you for taking the time to read and accept this letter into the Celsius claim process and for the courts attention to resolve this bankruptcy in a fair and just decision for all the Celsius Network LLC creditor clients.

Best Regards,

Karen LaMaye
13003 Country Trl.
San Antonio, Tx 78216
Email: karen_m_ya2@yahoo.com