**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Keith H. Wofford
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
        sam.hershey@whitecase.com
        kwofford@whitecase.com

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
        gregory.pesce@whitecase.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF CELSIUS NETWORK LLC, *ET AL.*,**
**PURSUANT TO BANKRUPTCY RULE 2019**

The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") files this verified statement (the "**Verified Statement**") pursuant to Rule 2019 of the Federal Rules of

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are as follows:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

22-10964-mg    Doc 909    Filed 09/28/22    Entered 09/28/22 08:37:50    Main Document
Pg 2 of 9

Bankruptcy Procedure (the "**Bankruptcy Rules**"), and respectfully states as follows:

1. On July 27, 2022, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed the Committee pursuant to section 1102 of the Bankruptcy Code. *See* Docket No. 241. On July 30, 2022, the Committee hired White & Case LLP ("**White & Case**") to serve as its counsel in connection with the Debtors' chapter 11 cases. On September 15, 2022, the Court entered an order approving the Committee's retention of White & Case. *See* Docket No. 829.

2. The Committee is comprised of seven members, each of whom holds crypto (or digital) assets through the Celsius platform. The members of the Committee are: (i) Caroline Warren; (ii) Thomas DiFiore; (iii) ICB Solutions; (iv) Christopher Coco; (v) Andrew Yoon; (vi) Mark Robinson; and (vii) Covario AG.

3. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names of, and the nature and amount of all disclosable economic interests held by, each member of the Committee in relation to the Debtors as of the date of this Verified Statement. The information set forth on **Exhibit A** has been provided by the members of the Committee, and by filing this Verified Statement, the Committee makes no representation with respect to the amount, allowance, validity, secured status, or priority of any claims of any member of the Committee and reserves all rights with respect thereto.

4. In particular, nothing herein or in **Exhibit A** is intended as, and shall not be construed as, a waiver of any argument that any property held by the Debtors is not property of the estate under section 541 of the Bankruptcy Code. Further, the values set forth in **Exhibit A** are not intended as, and shall not be construed as, a limitation on the form of recovery that members of the Committee may pursue or obtain in these chapter 11 cases, including, without limitation, the right of the members of the Committee to recover any property in kind. Finally, nothing contained in this Verified Statement or **Exhibit A** shall be

construed as a limitation upon, or waiver of, any rights of any member of the Committee to assert, file and/or amend any claim(s) in accordance with applicable law and any orders entered in these chapter 11 cases.

5. Pursuant to Bankruptcy Rule 2019(c)(4), a copy of the U.S. Trustee's notice of appointment of the UCC is attached hereto as **Exhibit B**.

6. The Committee reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

[*Remainder of page intentionally left blank*]

Dated: September 28, 2022
New York, New York

Respectfully submitted,

*/s/ Gregory F. Pesce*
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Keith H. Wofford
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  david.turetsky@whitecase.com
      sam.hershey@whitecase.com
      kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  mandolina@whitecase.com
      gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

4

# Exhibit A

**Statement of Disclosable Economic Interests**

| Name[2] | Custody Wallet | | Earn Account | | Loan Collateral | |
|---|---|---|---|---|---|---|
| Caroline Warren | BTC | 0.004946 | BTC | 0.000979 | BTC | 11.531034 |
| | CEL | 0 | CEL | 0 | CEL | 0 |
| | ETH | 0 | ETH | 0 | ETH | 0 |
| | USDC | 706.221757 | USDC | 69.001554 | USDC | 0 |
| Thomas DiFiore | BTC | 45.754133 | BTC | 333.610608 | BTC | 1,045.50160645 |
| | CEL | 0 | CEL | 1,068,307.0382 | CEL | 1,835,023.06489916 |
| | ETH | 0 | ETH | 0 | ETH | 0 |
| | USDC | 0 | USDC | 873.49 | USDC | 0 |
| | DAI | 0 | DAI | 1,997 | DAI | 0 |
| ICB Solutions | BTC | 0 | BTC | 80.60941 | BTC | 0 |
| | CEL | 0 | CEL | 267.8476 | CEL | 0 |
| | ETH | 0 | ETH | 11,175.82 | ETH | 0 |
| | USDC | 0 | USDC | 0.184808 | USDC | 0 |
| | DAI | 0 | DAI | 20.67589 | DAI | 0 |
| | OMG | 0 | OMG | 8,865.712 | OMG | 0 |
| | SNX | 0 | SNX | 14.84127 | SNX | 0 |
| | UNI | 0 | UNI | 9,583.343 | UNI | 0 |
| | ZRX | 0 | ZRX | 0.090031 | ZRX | 0 |
| | BCH | 0 | BCH | 15.02527 | BCH | 0 |
| | COMP | 0 | COMP | 13.09783 | COMP | 0 |
| | GUSD | 0 | GUSD | 12.99199 | GUSD | 0 |
| | LTC | 0 | LTC | 237.1825 | LTC | 0 |
| Christopher Coco | BTC | 0 | BTC | 3.072198 | BTC | 0 |
| | CEL | 0 | CEL | 794.6296 | CEL | 0 |
| | ETH | 0 | ETH | 7.546449 | ETH | 0 |
| | USDC | 0 | USDC | 4,998.718077 | USDC | 0 |
| Andrew Yoon | BTC | 33.183348 | BTC | 65.352263 | BTC | 284.600931 |
| | CEL | 0 | CEL | 0 | CEL | 0 |
| | ETH | 0 | ETH | 0 | ETH | 0 |
| | USDC | 0 | USDC | 0 | USDC | 0 |
| Mark Robinson | BTC | 0 | BTC | 0.000732 | BTC | 0 |
| | CEL | 0 | CEL | 0 | CEL | 0 |
| | ETH | 10.946015 | ETH | 0.009382 | ETH | 0 |
| | USDC | 3,741.723765 | USDC | 5.161258 | USDC | 0 |
| Covario AG | BTC | 0 | BTC | 215.135908 | BTC | 0 |
| | CEL | 0 | CEL | 0 | CEL | 0 |
| | ETH | 0 | ETH | 5,224.689292 | ETH | 0 |
| | LINK | 0 | LINK | 112,338.413167 | LINK | 0 |
| | USDC | 0 | USDC | 974,594.421649 | USDC | 0 |

---

[2] The addresses of Committee members are available upon reasonable request to counsel, White & Case LLP, Attn: Greg Pesce, 111 S. Wacker Dr., Chicago, IL 60606.

**<u>Exhibit B</u>**

**Notice of Committee Appointment**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                                    Chapter 11

CELSIUS NETWORK LLC, *et al.*,[1]                        Case No. 22-10964 (MG)

        Debtors.                                  (Jointly Administered)

---------------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Celsius Network LLC, *et al.* and its affiliated debtors-in-possession:

1. Caroline G. Warren
   Email: carolinegwarren@gmail.com

2. Thomas DiFiore
   Email: tomdif@gmail.com

3. Scott Duffy for ICB Solutions
   Email: ICBSolutions@proton.me

4. Christopher Coco
   Email: Christopher.j.coco@gmail.com

5. Andrew Yoon
   Email: celsiusbankruptcycase@gmail.com

6. Mark Robinson
   Email: markrobinson55@gmail.com

7. Keith Noyes for Covario AG
   Email: brokerage@covar.io

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Dated: New York, New York
July 27, 2022

                        WILLIAM K. HARRINGTON
                        UNITED STATES TRUSTEE
                        Region 2

*By:*   */s/ Shara Claire Cornell*
        Shara Claire Cornell
        Mark Bruh
        Trial Attorneys
        Office of the United States Trustee
        U.S. Federal Office Building
        201 Varick Street, Room 1006
        New York, NY 10014
        Tel. (212) 510-0500