UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
*In re*                                           :    Chapter 11
                                                  :
CELSIUS NETWORK LLC., *et al.,*[1]                :    Case No. 22-10964 (MG)
                                                  :
                                                  :    (Jointly Administered)
Debtors.                                          x
-------------------------------------------------

## NOTICE OF APPOINTMENT OF EXAMINER

To:

Shoba Pillay
Jenner & Block LLP
353 N. Clark Street,
Chicago, IL   60654-3456


You are hereby notified of your appointment as Examiner in the above-captioned case.


Dated: New York, New York
       September 29, 2022

                                                  WILLIAM K. HARRINGTON
                                                  UNITED STATES TRUSTEE


                                          By      /s/ *Shara Cornell*
                                                  Shara Cornell
                                                  Trial Attorney
                                                  201 Varick Street, Room 1006
                                                  New York, New York 10014
                                                  Tel. No. (212) 510-0500

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.