UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
*In re*                                              :    Chapter 11
                                                     :
CELSIUS NETWORK LLC., *et al.,*[1]                   :    Case No. 22-10964 (MG)
                                                     :
                                                     :    (Jointly Administered)
        Debtors.                                     x
------------------------------------------------

## APPLICATION FOR ORDER APPROVING APPOINTMENT OF EXAMINER

TO:    THE HONORABLE MARTIN GLENN
       UNITED STATES BANKRUPTCY JUDGE:

William K. Harrington, the United States Trustee for Region 2, hereby applies to this Court, pursuant to Rule 2007.1 of the Federal Rules of Bankruptcy Procedure, for an Order approving the appointment of an examiner in the above-captioned cases, and in support thereof, states the following:

1.    By Order dated September 14, 2022 the Court directed the appointment of an Examiner in the captioned cases. (ECF Doc. No. 820).

2.    On September 28, 2022 the United States Trustee filed with the Court a Notice of Appointment of Examiner, pursuant to which he appointed Shoba Pillay, to serve as the Examiner in these cases. (ECF Doc. No. 920).

3.    In making his selection, the United States Trustee consulted with counsel for the following parties in interest:

| | |
|---|---|
| Joshua Sussberg, Esq.<br>Kirkland & Ellis LLP | Debtors' Counsel |
| Greg Pesce, Esq.<br>White & Case LLP | Official Committee of Unsecured<br>Creditors' Counsel |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

| | |
|---|---|
| Kyle Ortiz<br>Togut, Segal & Segal LLP | Ad Hoc Committee of Custodial<br>Account Holders' Counsel |
| Deborah Kovsky-Apap<br>Troutman Pepper Hamilton Sanders<br>LLP | Ad Hoc Committee of Withhold<br>Account Holders' Counsel |

4.     To the best of the United States Trustee's knowledge, Shoba Pillay has no connections with Celsius Network LLC, *et al.*, its creditors, and any other parties in interest, other than those connections set forth in the Declaration of Disinterestedness By Shoba Pillay dated September 28, 2022, a copy of which is annexed hereto as Exhibit 1.

WHEREFORE, the United States Trustee respectfully requests that the Court enter an Order Approving the Appointment of Shoba Pillay, as Examiner, pursuant to Section 1104(d) of title 11, United States Code (the "Bankruptcy Code"), a proposed form of which is annexed hereto as Exhibit 2, and for such other and further relief as the Court deems just.

Dated: New York, New York
       September 29, 2022

                                              WILLIAM K. HARRINGTON
                                              UNITED STATES TRUSTEE

                              By      /s/ *Shara Cornell*
                                      Shara Cornell
                                      Trial Attorney
                                      201 Varick Street, Room 1006
                                      New York, New York 10014
                                      Tel. No. (212) 510-0500