UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
*In re*                                             :      Chapter 11
                                                   :
CELSIUS NETWORK LLC., *et al.*,[1]     :      Case No. 22-10964 (MG)
                                                   :
                                                   :      (Jointly Administered)
     Debtors.                               x
------------------------------------------------

<u>ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 EXAMINER</u>

Upon the application of the William K. Harrington, the United States Trustee for Region 2; and it appearing that Shoba Pillay, a disinterested person as set forth in 11 U.S.C. § 101(14), has been appointed by the United States Trustee in the above-captioned Chapter 11 case; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the appointment of Shoba Pillay, as Examiner is approved pursuant to 11 U.S.C. § 1104(d).

Dated: New York, New York
        October __, 2022

                                                       HONORABLE MARTIN GLENN
                                                       BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.