Susan Adler Esq
630 Third Avenue
New York, New York 10017
212-867-9595
nycsa@aol.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| CELSIUS NETWORK LLC, et al. | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**JOINDER OF ANDERSEN INVEST LUXEMBOURG SA SPF TO THE MOTION OF COMMUNITY FIRST PARTNERS, LLC, CELSIUS SPV INVESTORS LP, CELSIUS NEW SPV INVESTORS LP AND CDP INVESTISSEMENTS INC FOR ENTRY OF ORDER DIRECTING THE APPOINTMENT OF AN OFFICIAL PREFERRED EQUITY COMMITTEE**

Andersen Invest Luxembourg S.A SPF ("Andersen") by and through its attorney Susan Adler, Esq, hereby files the Joinder (the "Joinder") to the motion of Motion of Community First Partners, LLC, Celsius SPV Investors LP, Celsius New SPV Investors LP And CDP Investissements Inc for Entry of Order Directing The Appointment of an Official Preferred Equity Committee (D.E. 880) ("the "Motion"). In support of the Joinder, Andersen respectfully states as follows:

1. Andersen joins in the relief sought in the Motion that the Court appoint an official committee of preferred equity holders.

2. Andersen is a .05% equity security holder in Debtor Celsius Network Limited.

1

3. As stated in the motion, the appointment of an Official Preferred Equity Committee is necessary to ensure adequate representation of the interests of Celsius Network LLC's preferred equity holders.

4. As set forth in the motion the resolution of critical issues directly affects the recoveries of Equity Holders. Thus, the Equity Holders requires their own fiduciary "with the access, standing and resources equal to those enjoyed" by the Unofficial Committee of Unsecured Creditors ("UCC") to represent their interests.

5. For the reasons set forth in the motion, neither the Debtor nor the UCC can be relied upon to adequately represent the interests of the Equity Holders. Should an Official Preferred Equity Committee not be appointed, the equity holders will suffer prejudice.

**WHEREFORE**, for the reasons set forth herein, Andersen respectfully requests that the order appointing an Official Preferred Equity Committee be granted and that the Court grant such other and further relief as may be just and proper.

Dated: September 29, 2022
New York, New York

Respectfully Submitted,

/s/ *Susan Adler*
Susan Adler Esq
630 Third Avenue
New York, New York 10017
212-867-9595
nycsa@aol.com