## Exhibit A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[3] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## *EX PARTE* ORDER, PURSUANT TO FED. R. BANKR. P. 2004, AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ISSUE SUBPOENAS *DUCES TECUM* UPON ON EQUITIES FIRST HOLDINGS, LLC

Upon the ex-parte application (the "Application") the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned Chapter 11 cases (collectively, the "Chapter 11 Cases"), for an order, pursuant to section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2004-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), authorizing the Committee *duces tecum* (each a "Subpoena", collectively, the "Subpoenas") upon Equities First Holdings, LLC ("EFH"); and the Court having found that it has jurisdiction over the Motion; and the Motion being a core proceeding; and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Application is in the best interest of the Debtors' estates, their creditors and other parties in interest; and no notice of the relief sought in the

---

[3]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Application being required or necessary; and after due deliberation and sufficient cause appearing

therefor, it is

      **ORDERED**, that the Application is granted; and it is further

      **ORDERED**, that pursuant to Bankruptcy Rules 2004 and 9016, the Committee shall be,

and hereby is authorized to serve the Subpoenas upon EFH; and it is further

      **ORDERED**, that EFH is directed to either timely comply with the terms of this Order and

any Subpoena issued to it or make an appropriate motion for a protective order or to quash any

Subpoena; and it is further

      **ORDERED**, that unless otherwise ordered by this Court, no Subpoena shall seek the

production or inspection of documents or things on less than fourteen (14) days' notice; and it is

further

      **ORDERED**, that the terms and conditions of this Order are immediately effective and

enforceable upon its entry; and it is further

      **ORDERED**, that this Order is without prejudice to the rights of the Committee to apply

for further discovery from any party or other entity or person; and it is further

      **ORDERED**, that this Court shall retain jurisdiction to interpret, implement and enforce

the terms of this Order, including any discovery disputes that may arise between or among the

parties, and to interpret, implement, and enforce the provisions of this Order.

Dated: _____, 2022
      New York, New York

                                       _____
                                       The Honorable Martin Glenn
                                       United States Bankruptcy Judge