Lawrence J. Kotler, Esq.
Malcolm M. Bates, Esq. (*Pro hac vice* to be filed)
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
Email: LJKotler@duanemorris.com
     MBates@duanemorris.com

*Counsel to Adrian Perez-Siam*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF NOTICES AND PAPERS</u>**

**PLEASE TAKE NOTICE** that **Lawrence J. Kotler, Esquire** and **Duane Morris LLP** hereby appear in the above-referenced Chapter 11 case as attorneys for Adrian Perez-Siam ("<u>Mr. Perez-Siam</u>"), and pursuant to Bankruptcy Rules 2002 and 9010(b) and § 1109(b) of the Bankruptcy Code, request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

> Lawrence J. Kotler, Esquire
> **Duane Morris LLP**
> 30 S. 17th Street
> Philadelphia, PA 19103
> Telephone: (215) 979-1000
> Facsimile: (215) 979-1020
> Email: LJKotler@duanemorris.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

DM3\9069672.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Mr. Perez-Siam's: (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Mr. Perez-Siam is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

Respectfully submitted,

Dated: September 30, 2022
New York, New York

    */s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esq. (I.D. LK 8177)
Malcolm M. Bates, Esq. (*Pro hac vice* to be filed)
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
Email: LJKotler@duanemorris.com
       MBates@duanemorris.com

*Counsel for Adrian Perez-Siam*