Lawrence J. Kotler, Esq.
Malcolm M. Bates, Esq. (*Pro hac vice* pending)
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
Email: LJKotler@duanemorris.com
       MBates@duanemorris.com

*Counsel to Adrian Perez-Siam*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Malcolm M. Bates, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, to represent Adrian Perez-Siam, a creditor and party-in-interest in the above-captioned case.

I certify that I am a member in good standing of the bars of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of Colorado.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

DM3\9069353.1

Respectfully submitted,

Dated: September 30, 2022
New York, New York

*/s/ Malcolm M. Bates*
Lawrence J. Kotler, Esq. (I.D. LK 8177)
Malcolm M. Bates, Esq. (*Pro hac vice* pending)
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
Email: LJKotler@duanemorris.com
MBates@duanemorris.com

*Counsel for Adrian Perez-Siam*

2

DM3\9069353.1