UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: CELSIUS NETWORK LLC, et al.,

CASE NO. : 22-10964 (MG)
CHAPTER 11

Debtors.

## AFFIDAVIT OF SERVICE

State of Delaware }
County of Kent } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware.

That on **09/29/2022** at **3:36 PM** at **838 Walker Road, Suite 21-2, Dover, DE 19904**

deponent served a(n) **Debtor Celsius Mining LLC's First Request for Production of Documents and Things to Core Scientific, Inc. in Connection with Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt, Notice of Hearing on Debor's Motion to Enforce the Automatic Stay and for Civil Contempt, Debor's Motion to Enforce the Automatic Stay and for Civil Contempt, Declaration of Quinn Lawlor in Support of Debor's Motion to Enforce the Automatic Stay and for Civil Contempt with Exhibits A-L, Debtor Celsius Mining LLC's Notice of Deposition of Core Scientific Inc. in Connection with Debor's Motion to Enforce the Automatic Stay and for Civil Contempt**

on **Core Scientific Inc. c/o Registered Agent Solutions, Inc.**, Registered Agent,

by delivering thereat a true copy to **Justin woods** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Male
Skin: Black
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight: Over 200 Lbs.
Other:

Sworn to before me this
29th day of September, 2022

_____
NOTARY PUBLIC

Shelly Rae Miles
Notary Public
Notary No. 20211116000012
State of Delaware
Kent County
My Commission Expires December 2, 2023

_____
Tina Irizarry

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160