**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHEROKEE

ACQUISITION

In re:

CELSIUS NETWORK LLC, *et al.*,

Debtors

Chapter 11

No. 22-10964 (MG)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Confidential Creditor**

Name and Current Address of Transferor:
**Confidential Creditor**

Name of Transferee:

**NovaWulf Digital Parallel Master Fund, L.P.**

Name and Address where notices and payments to transferee should be sent:
**NovaWulf Digital Parallel Master Fund, L.P.**
**Attn: Michael Abbate**
**9 Federal Street**
**Easton, MD 21601**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 8348 | Confidential Creditor | $130,792.53 | Celsius Network LLC | 22-10964 |
| Claim No. 8579 | Confidential Creditor | $130,792.53 | Celsius Network Inc. | 22-10965 |
| Claim No. 8580 | Confidential Creditor | $130,792.53 | Celsius Network Limited | 22-10966 |
| Claim No. 8581 | Confidential Creditor | $130,792.53 | Celsius KeyFi LLC | 22-10967 |
| Claim No. 8582 | Confidential Creditor | $130,792.53 | Celsius Mining LLC | 22-10968 |
| Claim No. 8583 | Confidential Creditor | $130,792.53 | Celsius Networks Lending LLC | 22-10969 |
| Claim No. 8584 | Confidential Creditor | $130,792.53 | Celsius Lending LLC | 22-10970 |
| Claim No. 8585 | Confidential Creditor | $130,792.53 | Celsius US Holding LLC | 22-10971 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: September 30, 2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to keep the identity of the Transferor confidential (as stated on the claim register), Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.