UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Malcolm M. Bates, Esq., to be admitted, *pro hac vice*, to represent Adrian Perez-Siam (the "Client"), a creditor and party-in-interest in the above-captioned case (the "Chapter 11 Case"), and upon the movant's certification that the movant is a member in good standing of the bars of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of Colorado, it is hereby:

**ORDERED**, that Malcolm M. Bates, Esq., is admitted to practice, *pro hac vice*, in the Chapter 11 Case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 3, 2022
      New York, New York                        */s/Martin Glenn*
                                               Honorable Martin Glenn
                                               Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

DM3\9069381.1