**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Shoba Pillay, the appointed Examiner in the above captioned chapter 11 cases, request admission, ***pro hac vice***, before the Honorable Chief Judge Martin Glenn.

***I certify that I am a member in good standing*** of the bar in the State of Illinois and the bar of the United States District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  October 3, 2022

                                                                    */s/ Shoba Pillay*
                                                                    Shoba Pillay
                                                                    353 N. Clark Street
                                                                    Chicago IL 60654
                                                                    Telephone:  312-222-9350
                                                                    spillay@jenner.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.