**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion of Catherine L. Steege, to be admitted ***pro hac vice***, to represent Examiner Shoba Pillay, not in her individual capacity but solely as the Examiner of the above-captioned chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Catherine L. Steege is admitted to practice ***pro hac vice*** in the above-captioned chapter 11 cases to represent the Examiner in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **October 6, 2022**

                                                    **/s/Martin Glenn**
                                         THE HONORABLE MARTIN GLENN
                                   CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.