WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
David J. Lender
Ronit J. Berkovich
e-mail: ray.schrock@weil.com
e-mail: david.lender@weil.com
e-mail: ronit.berkovich@weil.com

*Counsel to Core Scientific, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Core Scientific, Inc. ("**Core Scientific**") hereby appears in the above-captioned case through its counsel, Weil, Gotshal & Manges LLP, and, pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), requests that all notices given or required to be given and all papers

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

served in this case be delivered to and served upon the parties identified below at the following addresses:

> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn.:  Ray C. Schrock, P.C.
>        David J. Lender
>        Ronit J. Berkovich
> Telephone:  (212) 310-8000
> Facsimile:   (212) 310-8007
> e-mail: ray.schrock@weil.com
>        david.lender@weil.com
>        ronit.berkovich@weil.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the abovementioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, electronic mail or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive Core Scientific's: (i) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to

which Core Scientific is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: October 6, 2022
      New York, New York

                                        */s/ Ronit J. Berkovich*
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:   (212) 310-8007
                                        Ray C. Schrock, P.C.
                                        David J. Lender
                                        Ronit J. Berkovich
                                        e-mail:  ray.schrock@weil.com
                                        e-mail:  david.lender@weil.com
                                        e-mail:  ronit.berkovich@weil.com

                                        *Counsel to Core Scientific, Inc.*