| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS LLP** |
| 601 Lexington Avenue | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| New York, New York 10022 | 300 North LaSalle Street |
| Telephone:    (212) 446-4800 | Chicago, Illinois 60654 |
| Facsimile:    (212) 446-4900 | Telephone:    (312) 862-2000 |
| | Facsimile:    (312) 862-2200 |

*Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Leah A. Hamlin, hereby certify that on the 7th day of October, 2022, I caused:

- *Debtor Celsius Mining LLC's First Set of Requests for Admission to Core Scientific, Inc. In Connection with Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt;*

- *Debtor Celsius Mining LLC's First Set of Interrogatories to Core Scientific, Inc. In Connection with Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt;*

- *Debtor Celsius Mining LLC's Notice of Deposition of Jeff Pratt;*

- *Debtor Celsius Mining LLC's Notice of Deposition of Michael Levitt;* and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

- *Debtor Celsius Mining LLC's Notice of Deposition of Russell Cann*;

to be served upon the following parties by email:

Michael Klein, Philip M. Bowman
**Cooley LLP**
55 Hudson Yards
New York, NY 10001
Email:   mklein@cooley.com
             pbowman@cooley.com

Mark F. Lambert
**Cooley LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
Email:   mlambert@cooley.com

Bethany C. Lobo
**Cooley LLP**
3 Embarcadero Center, 22nd Floor
San Francisco, CA 94111-4004
Email:   blobo@cooley.com

Robert E. Earls
**Cooley LLP**
110 N. Wacker Drive, 42nd Floor
Chicago, IL 60606
Email:   rearles@cooley.com

David J. Lender, Ronit Berkovich
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119
Email:   david.lender@weil.com

*Counsel to Core Scientific, Inc.*

| | |
|---|---|
| Washington, D.C.<br>Dated: October 10, 2022 | */s/ Leah A. Hamlin*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Judson Brown, P.C. (admitted *pro hac vice*)<br>T.J. McCarrick<br>Leah A. Hamlin<br>1301 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Telephone:   (202) 389-5000<br>Facsimile:    (202) 389-5200<br>Email:          judson.brown@kirkland.com<br>                      tj.mccarrick@kirkland.com<br>                      leah.hamlin@kirkland.com<br><br>- and -<br><br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          jsussberg@kirkland.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |