# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

### ORDER GRANTING EXAMINER'S MOTION TO SHORTEN NOTICE OF MOTION AUTHORIZING EXAMINER TO CONDUCT 2004 EXAMINATIONS

Upon the Examiner's Motion to Shorten Notice on Motion for an Order Authorizing the Examiner to Conduct 2004 Examinations (the "**Motion**"[1]); the Court finding that the notice of the Motion is good and sufficient under the circumstances; the Court having reviewed the Motion and finding good cause to grant the Motion, it is ORDERED:

1. The Motion is granted to the extent provided herein.

2. The Examiner may present the Rule 2004 Motion for hearing, on shortened notice at the October 20, 2022 hearing.

3. This Court shall retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement, and enforce the provisions of this Order.

October __, 2022

_____
The Honorable Martin Glenn
United States Bankruptcy Judge

---

[1] Capitalized terms that are not otherwise defined herein are intended to have the same meaning attributed to them in the Motion.