WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Telephone: (212) 510–0500

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, *et al.*,[1] | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------X

**INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS**

The Section 341 Meeting of Creditors for the above-captioned case is scheduled for **October 13, 2022, at 9:30 a.m. EST** (the "Designated Meeting Time"). The meeting will be conducted by telephone conference.

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

> **Meeting Dial-in No: 888-455-9674, and when prompted, enter the Participant Code: 1929408 followed by #.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Date: October 11, 2022

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By: /s/ *Shara Cornell*
Shara Cornell
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, New York 10014
Shara.Cornell@usdoj.gov