**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| *CELSIUS NETWORK LLC, et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Grace C. Brier, to be admitted *pro hac vice* to represent the Debtors and Debtors in Possession in the above-referenced chapter 11 cases, and upon the movant's certification that she is a member in good standing of the bar of the District of Columbia Court of Appeals, it is hereby:

**ORDERED** that Grace C. Brier, is admitted to practice *pro hac vice* in the above-captioned cases to represent the Debtors and Debtors in Possession in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

**IT IS SO ORDERED.**

Dated:  October 11, 2022
          New York, New York

                              /s/ Martin Glenn
                              MARTIN GLENN
                              Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.