## Exhibit B

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING EXAMINER'S WORK PLAN**

Upon the Examiner's Motion to Approve Examiner's Work Plan (the "**Motion**")[2]; and due

and proper notice of the Motion having been given; and it appearing that no other or further notice

need be provided; and the Court having found and determined that the relief sought by the

Examiner, as set forth in the Motion, is necessary and in the best interest of the Debtors, their

estates, creditors, and all parties-in-interest; and after due deliberation and finding good cause to

grant the Motion, it is **ORDERED**:

1.      The Examiner's Work Plan is approved.

2.      This Order does not preclude the Examiner from seeking this Court's authority to

modify her Work Plan within the scope of the Examiner Order.

3.      To the extent that the Examiner seeks to materially modify the Work Plan, the

Examiner will seek approval of any such modification by further order of the Court.

Dated: October _, 2022

_____
The Honorable Martin Glenn
Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Capitalized terms not otherwise defined herein have the meaning provided in the Motion.