**Exhibit 1**

*PRIVATE & CONFIDENTIAL*

June 23, 2022

Celsius Network Limited
The Harley Building
77-79 New Cavendish Street
London, England
W1W 6XB
Attention: Directors of Celsius Network Limited

Re:    <u>Notice to Celsius Network Limited</u>

WestCap SOF II Celsius 2021 Aggregator, LP, WestCap Celsius Co-Invest 2021, LLC and WestCap SOF II IEQ 2021 Co-Invest, LP (collectively "**WestCap**") reference that certain Notice to Celsius Network Limited dated June 22, 2022 removing Laurence A. Tosi as the nominated WestCap director effective immediately thereof (the "**Removal Notice**").  In connection with the Removal Notice, and pursuant to WestCap's rights under article 10.2 of Celsius Network Limited's articles of association, WestCap hereby appoints Alan J. Carr as a director (the "**WestCap Director**") to act in the place of Mr. Tosi on the Board of Celsius Network Limited (the "**Board**") effective immediately.

Please process forthwith Mr. Carr's appointment to the Board and advise us when this appointment has been finalized.

*[Remainder of Page Intentionally Left Blank; Signature Page Follows]*

Celsius Network Limited
June 23, 2022
Page 2

Very truly yours,

**WestCap Celsius Co-Invest 2021, LLC**,
a Delaware limited liability company
By:
Its: Managing Partner
    509 Pacific Avenue
    San Francisco, CA 94133

**WestCap SOF II Celsius 2021 Aggregator, LP**, a Delaware limited liability company
By:
Its: Managing Partner
    509 Pacific Avenue
    San Francisco, CA 94133

**WestCap SOF II IEQ 2021 Co-Invest, LP**,
a Delaware limited liability company
By:
Its: Managing Partner
    509 Pacific Avenue
    San Francisco, CA 94133

- 2 -