Karen Cordry
D.C. Bar No. 278051
Bankruptcy Counsel,
National Association of Attorneys General
1850 M St., NW, 12th Floor
Washington, DC 20036
Telephone: (301) 933-3640
kcordry@naag.org

ATTORNEY FOR THE STATES OF ALABAMA, ARKANSAS, CALIFORNIA, DISTRICT OF COLUMBIA, HAWAII, MAINE, MISSOURI, NORTH DAKOTA AND OKLAHOMA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x
In re:                                                        :  CHAPTER 11
                                                              :
                                                              :  Case No. 22-10964
CELSIUS NETWORK LLC, *et al.*,[1]                             :
                                                              :  (Joint Administration Requested)
     Debtors.[2]                                              :
--------------------------------------------------------------x

**AMENDED MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Karen Cordry, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent the States of Alabama, Arkansas, California, District of Columbia, Hawaii, Maine, Missouri, New York, North Dakota and Oklahoma, as Interested Parties, in the above-referenced case.

***I certify that I am a member of good standing*** of the bar in the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Dated: October 14, 2022

Respectfully submitted,

KAREN CORDRY,
Bankruptcy Counsel

*/s/ Karen Cordry*

Karen Cordry
D.C. Bar No. 278051
Bankruptcy Counsel,
National Association of Attorneys General
1850 M St., NW, 12th Floor
Washington, DC 20036
Telephone: (301) 933-3640
kcordry@naag.org

ATTORNEY FOR THE STATES OF ALABAMA, ARKANSAS, CALIFORNIA, DISTRICT OF COLUMBIA, HAWAII, MAINE, MISSOURI, NORTH DAKOTA, AND OKLAHOMA