FISHERBROYLES LLP
Hollace T. Cohen, Esq.
445 Park Avenue, 9th Floor
New York, N.Y. 10022
Telephone: 917-365-4871
Facsimile: 212-423-0618
Email: Hollace.cohen@fisherbroyles.com

Counsel for Vincent Theodore Goetten

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

CELSIUS NETWORK LLC, et al., [1]

Debtors.

Chapter 11

Case No. 22-10964 (MG)

Jointly Administered

CERTIFICATE OF SERVICE

      I, Hollace T. Cohen, hereby certify that on October 14, 2022, I served a true and correct copy of the *Limited Objection of Vincent Theodore Goetten to Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption*

---

[1] The debtors in these chapter 11 cases, along with the last digits of each Debtors' federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending, LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05 Hoboken, New Jersey 07030.

1

*and Assignment Procedures, and (V) Granting Related Relief* (i) via the Court's CM/ECF electronic notice on all parties who receive such notice and (ii) via electronic mail upon the parties listed on Exhibit A, as indicated.

Dated:  October 14, 2022  
        New York, New York

FISHERBROYLES, LLP

By: */s/ Hollace T. Cohen*  
    Hollace T. Cohen, Esq.  
    FisherBroyles, LLP  
    445 Park Avenue, 9th Floor  
    New York, N.Y. 10022  
    Telephone: 917-365-4871  
    Facsimile: 212-423-0618  
    Email: Hollace.cohen@fisherbroyles.com

Attorneys for Vincent Theodore Goetten

# EXHIBIT A

(Served via email on October 14, 2022)

Chambers of the Honorable Martin Glenn
mg.chambers@nysb.uscourts.gov

Joshua Sussberg, Esq.
jsussberg@kirkland.com

Patrick Nash, Esq.
patrick.nash@kirkland.com

Gregory Pesce, Esq.
gregory.pesce@whitecase.com

Shara Cornell, Esq.
shara.cornell@usdoj.gov

Mark Bruh, Esq
mark.bruh@usdoj.gov

Brian Masumoto, Esq.
brian.masumoto@usdoj.com

Kyle J. Ortiz, Esq.
kortiz@Teamtogut.com

Deborah Kovsky-Apap, Esq.
deborah.kovsky@troutman.com

Immanuel Herrmann
immanuelherrmann@gmail.com