To :  Chief Justice Martin Glenn

United States Bankruptcy Court

Southern District of New York

Re:  Case#22-10964 Celsius Network LLC,


To : The Honorable Chief Justice Martin Glenn,


 Thank you for taking the time to read this letter.

 March 2021 I deposited  1.19405103 Bitcoin into Celsius  as collateral for a loan offered by Celsius at that time. Terms of the loan : **all locked collateral will NOT EARN interest – and once loan was satisfied the collateral would be unlocked returned**. This loan was a financial safety net during medical hardships in 2021.  On the cusp of my loan maturity date of March 8  2022, I gave birth  to my boy  and with both our health in question after a very high risk pregnancy in 2021/2022  I extended my loan for a bit longer due to my life events / circumstance.

 Fast forward to June 13th 2022, things stabilized, I emailed Celsius with a copy of the wire transaction notifying the loans department that full payment for  my loan was on the way.

  .June 14th wire confirmation  via email from loan@celsius confirming  payment recieved , loan satisfied and collateral unlocked. NO mention of the freeze, nor the fact you could not touch the asset regardless of fulfilling the loan contract. I logged into my Celsius account to move my coins, it was frozen, unable to withdraw my Bitcoin- unable to move within the Celsius platform to "secure wallet". Due to circumstances in my life (newborn) I was up to date with the news that Celsius had frozen all accounts the day before my wire. If I had known……  Celsius accepted   repayment, and they held my collateral.

Question : Why would Celsius freeze the simple action of moving assets within the platform ? there are only 2 wallets – Secured ( available  on platform  April 2022 ) and Earn – ( only wallet that was available prior to April 2022 … question ,**Why?**  I found this to be very unsettling, a major red flag,  I became worried and depressed. Something  was wrong, I emailed numerous times to Celsius team asking to help move my coin within platform .

Your honor, the "**secure wallet**" on the platform was only **available April of 2022** .so of course most of the Crypto assets are in "earned accounts" . Events leading up to Chapter 11 filing was all planned. This is my belief; this is why creditors could not even move within the platform. Celsius wants to use the "secured" vs Earn wallet to dispute returning assets. But 'secured only came into platform in April – that would mean a small percentage of funds would be in this wallet, the majority would still be in "earn: and if community knew there was a hint of trouble, they could at least protect themselves by moving their coin into " secured wallet" and Celsius wanted to prevent that from happening . They prevented anyone from protecting their assets because it's all been part of the strategy for all these months.

Everything that has transpired for months all seems to be very calculated, extremely suspicious at that time and Alex on a weekly basis insisting that everyone's assets are secure, but here we are, pleading for our cryptocurrency to be returned.

The TERMS OF SERVICE– which state that in an event of bankruptcy, Celsius gets the right to your coins – this is fraud, this is unconscionable and should not be upheld.  No One would agree to such terms and deposit their life savings at such a high risk.

 Like so many others, I beg that you consider the individual creditors, the small creditors that have been affected to the core of their existence. Please through the Celsius Mining, return back the crypto assets to the individual creditors. . I simply ask for the return of what I deposited 1.19405103 BTC returned to me ..like so many that just want their coins back.

Respectfully ,

N.Ramsoomair