## **Exhibit C**

Martin Declaration

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF TIMOTHY J. MARTIN IN SUPPORT OF THE APPLICATION AUTHORIZING THE EMPLOYMENT OF HURON CONSULTING SERVICES LLC AS FINANCIAL ADVISOR FOR THE EXAMINER EFFECTIVE AS OF OCTOBER 10, 2022

I, Timothy J. Martin, declare the following is true to the best of my knowledge, information, and belief:

1.    I am a managing director with Huron Consulting Services LLC ("**Huron**"), a professional services firm engaged in providing financial advisory and related professional consulting services. I assigned to Huron's Massachusetts office, located at 92 Hayden Avenue, Lexington, MA 02421-7951.

2.    I submit this Declaration in connection with the Application of the Examiner, Shoba Pillay, in the above-captioned jointly administered chapter 11 cases for an order approving the employment of Huron as the Examiner's financial advisor effective as of October 10, 2022. Unless otherwise stated in this Declaration, I have personal knowledge of the facts herein.

3.    To the extent that any information disclosed herein requires subsequent amendment or modification upon Huron's completion of further analysis or as additional information regarding

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

creditors and other parties in interest becomes available, one or more supplemental declarations will be submitted to the Court reflecting the same.

## Huron's Qualifications

4.      Huron specializes in providing restructuring services to examiners, trustees, public and private companies, lenders, creditors, and equity holders. Huron has extensive experience in restructuring services in and out of chapter 11 proceedings and has an excellent reputation for the services it has rendered on behalf of debtors, creditors, and other parties in interest throughout the United States.

5.      A copy of the engagement agreement between the Examiner and Huron (the "**Engagement Agreement**"), attached as Exhibit D to the Application, is incorporated herein by reference.

6.      In preparing for its representation of the Examiner, Huron has become familiar with the Debtors' businesses, the background of its bankruptcy filing, and many of the potential legal issues that may arise in the context of the Examiner's investigation. I believe that Huron is both qualified and able to assist the Examiner in her investigation in an efficient and timely manner.

## Services to be Provided

7.      Huron has agreed to provide services to the Examiner in accordance with the terms and conditions of the Engagement Letter. The terms of the Engagement Letter reflect the mutual agreement between the Examiner and Huron as to the substantial efforts that may be required of Huron in this engagement. The Engagement Letter provides, in consideration for the compensation thereby, that Huron will, to the extent requested by the Examiner, render the following financial advisory services:

    a.   Discharge of duties and responsibilities under the Examiner Order, other orders of this Court, and applicable law.

    b.   Evaluation and analysis of any financial and valuation issues raised in connection with the Investigation.

    c.   Interviews, examinations, and the review of documents and other materials in connection with the Investigation.

    d.   Preparation of reports and other documents necessary in the discharge of the Examiner's duties.

    e.   The undertaking and additional tasks or duties that the Court may direct or that the Examiner may determine are necessary and appropriate in connection with the discharge of her duties.

### Huron's Disinterestedness and Connections

8. In connection with its proposed retention by the Examiner in these chapter 11 cases, Huron performed a review of its relationships with the parties-in-interest identified to the Examiner and listed in Schedule I to this declaration. The results of this process are set forth in Schedule II to this declaration. Based on my participation in Huron's relationship review and my review of Schedule I, I believe that Huron is a "disinterested person," as defined in Bankruptcy Code section 101(14); does not hold or represent an interest adverse to these chapter 11 cases; and that Huron's professionals do not hold or represent any interest adverse to these chapter 11 cases or their estates. Accordingly, I submit that Huron is not disqualified for employment by the Examiner under Bankruptcy Code section 327(a) to represent and assist the Examiner in discharging her duties.

9. In addition, to the best of my knowledge, information and belief, neither I, Huron, nor any Huron professional, is a relative of, or has been so connected to, any judge of the United States Bankruptcy Court for the Southern District of New York, the United States Trustee for Region 2, or any employee of the United States Trustee for Region 2 as to make the approval of

Huron employment improper. Accordingly, I submit that Bankruptcy Rule 5002 would not prohibit employment of Huron as Financial Advisor for the Examiner.

**Compensation**

10.    Huron will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect as of January 1, 2022, which are:

| Level | Hourly Rates |
|---|---|
| Managing Director | $965-$1,315 |
| Senior Director | $920-$950 |
| Director | $605-770 |
| Manager | $575 |
| Associate | $495 |

11.    The charges for the professionals who will render services to the Examiner will be based upon actual time spent and upon the experience and expertise of the professional involved. Huron's hourly rates are set at a level designed to compensate Huron fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. The hourly rates set forth above are subject to periodic adjustments (generally on January 1 of each year) to reflect economic and other conditions.[2]

12.    Huron intends to seek reimbursement for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger, and telephone charges. Huron shall seek reimbursement for these expenses at a cost consistent with Huron's standard business practices, and subject to the guidelines of the United States Trustee. Huron will maintain records of fees and

---

[2] As set forth in the Order, Huron has agreed to provide at least ten business days' notice to the Debtors and the U.S. Trustee before implementing any periodic increases and has agreed to file such notice with the Court.

expenses incurred in connection with the rendering of the services described above in accordance with applicable rules and guidelines.

13.     Huron will apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules and Local Rules, the *Order (I) Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Retained Professionals And (II) Granting Related Relief* [Dkt. 521] (the "**Interim Compensation Order**"), and any other applicable procedures and orders of the Court.

14.     No agreement or understanding exists between Huron and any other person, other than as permitted by Section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these cases, nor shall Huron share or agree to share compensation received for services rendered in connection with these cases with any other person other than as permitted by Section 504 of the Bankruptcy Code.

15.     Mindful of the public interest nature of the work of an examiner in a chapter 11 case, Huron will endeavor to perform its services at a reasonable cost, consistent with the need to conduct a complete investigation and make a full report of the matters covered by the Court's order requiring the appointment of an examiner.

16.     To the extent that, during or at the conclusion of Huron's employment in these chapter 11 cases, it discovers any facts bearing on matters described in this Declaration, Huron will supplement the information contained in this Declaration.

5

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: October 14, 2022                    /s/ *Timothy J. Martin*
                                                            Timothy J. Martin

**SCHEDULE I**

**Searched Parties**

This information is being provided in connection with the *Declaration of Timothy J. Martin in Support of the Examiner's Application for Entry of an Order Authorizing the Retention and Employment of Huron Consulting Services LLC as Financial Advisor to the Examiner Effective  Nunc Pro Tunc  to October 10, 2022* . The following names were compared to Huron's client database to identify any connection or relationship:

**Bankruptcy Judges, UST, and staff**

Alaba Ogunleye
Andrea B. Schwartz
Andy Velez- Rivera
Annie Wells
Benjamin J. Higgins
Brian S. Masumoto
Cecelia G. Morris
David S. Higgins
Ercilia A. Mendoza
Greg M. Zipes
Ilusion Rodriguez
James Gannone
James L. Garrity, Jr.
Jones, David S.
Linda A. Riffkin
Lisa G. Beckerman,
Madeleine Vescovacci
Mark Bruh
Martin Glenn
Mary V. Moroney
Nadkarni Joseph
Paul K. Schwartzberg
Richard C. Morrissey
Robert D. Drain
Sean H. Lane
Shannon Scott
Shara Cornell
Shelley C. Chapman
Susan Arbeit
Sylvester Sharp
Tara Tiantian
Victor Abriano
Wiles, Michael E
William K. Harrington

**Debtors & Affilites**

Celsius (AUS) Pty Ltd. (Australia)
Celsius EU UAB (Lithuania)
Celsius KeyFi LLC
Celsius Lending LLC
Celsius Management Corp
Celsius Mining IL Ltd
Celsius Mining LLC
Celsius Network (Gibraltar) Limited
Celsius Network Europe d.o.o. Beograd (Serbia)
Celsius Network IL Ltd. – Bulgaria Branch
Celsius Network IL Ltd. (Israel)
Celsius Network Inc.
Celsius Network Limited (UK)
Celsius Network LLC
Celsius Networks Lending LLC
Celsius Operations LLC
Celsius Services CY Ltd (Cyprus)
Celsius US Holding LLC
Celsius US LLC (Formerly Celsius Money)
GK8 Ltd (Israel)
GK8 UK Limited

GK8 USA LLC
KN Media Manager, LLC

| **Bankruptcy Professionals** |
| --- |

Akin Gump Strauss Hauer Feld LLP
Alvarez & Marsal
Centerview Partners
Cole Schotz P.C.
Deloitte & Touche Llp
Elementus Inc
Ernst & Young
Jenner & Block
Kirkland & Ellis LLP
Latham & Watkins LLP
M3 Advisory Partners LP
Perella Weinberg Partners
Stretto
Togut, Segal & Segal
White & Case Llp

**Non-Bankruptcy Advisors and Ordinary Course Professionals**

A. Georgiou & Co. LLC
Advokatu Kontora Sorainen IR Partneriai
Buckley LLP
CMS Cameron Mckenna Nabarro Olswang Llp
Cryptos Capital
Finnegan Henderson Farabow Garrett & Dunner LLP
Holley Nethercote Pty. Ltd.
Jackson Lewis PC
Matsumura, Miko
Mccarthy Tetrault LLP
Taylor Wessing LLP
Uria Menendez Abogados SLP
Wilson Sonsini Goodrich & Rosati PC

**Equity Holder**

Advanced Technology Fund XXI LLC
Alan L. Mauldin
Altshuler ShahamTrusts Ltd
Andersen Invest Luxembourg SA SPF
Anhminh Tran
Artus Capital GmbH & Co. KGaA
BNK to the Future
BullPerks BVI Corp
Caisse de dépôt et placement du Québec
CDP Investissements Inc.
Connolly  Thomas
Craig Barrett
Craig Barrett Andersen Invest Luxembourg S.A. Spf
David Barse
David Hoffman
Dung Bui
Estefano Isaias
European Media Finance Ltd
Fabric Ventures Group Sarl
Gumi Cryptos Capital LLC
Heliad Equity PartnersGmbH & Co. KGaA
Intership Ltd
Jad Jubayli
James Kordomenos
Johannes Treutler
John Gialamas
JR Investment Trust
Juan Cruz Caceres
Latham
Lior Lamesh
Michael Mowry
Michelle E. Mauldin
Robert Pistey
Sandra Knuth Walsh
Shahar Shamai
Tether International Ltd
Tokentus Investment AG
WestCap Celsius Co-Invest 2021, LLC
WestCap Group
WestCap SOF Celsius 2021 Aggregator, LP
WestCap SOF II IEQ 2021 Co-Invest, LP
William Douglas Carter
Yaron Remen
Ylan Kazi

**Governmental Agencies**

Alabama Securities Commission
Kentucky Department of Financial Institutions
New Jersey Bureau of Securities
Texas State Securities Board
United States Department of Justice
United States Securities and Exchange Commission
Washington State Division of Securities

**Institutional Customers**

1215 test
168 Trading Limited
Akuna Digital Assets LLC
Alameda
Amber - Maple
Amber Technologies Limited
Anchorage Hold LLC
Anchorage Lending CA LLC
Antalpha Technologies Limited
AP Capital Absolute Return Fund
AP Capital Investment Limited
Asset Arbitrage SPC Institutional
Auros Tech Limited
Auros Tech Limited - Maple
Babel Holding Limited
B-Brick Inc
BCB Prime Services Limited
BCRS2 LLC
Belleway Ltd
BK Coin Capital LP
Blockchain Access UK Ltd
Blue Fire Capital Europe Cooperatief
CEX IO LTD
CMS Holdings LLC
Coinbase Credit
Core Scientific Inc
Cumberland DRW LLC
Dexterity Capital LP
Digital Asset Funds Management Pty Ltd
Digital Factors Fund SP
Digital Treasures Management PTE Ltd
Diversified Alpha SP
Druk Holding and Investments
Dunamis Trading (Bahamas) Ltd
Dunamis Trading III Ltd
DV Chain LLC
Enigma Securities Limited
Equities First Holdings
FalconX Limited
Fasanara Investments Master Fund
Flow Traders BV
Folkvang SRL
Fractal
Framework - Maple
Future Technology Investment
Galaxy
Galaxy Digital LLC
Gemini
Genesis Global Capital LLC
Grapefruit Trading LLC
GSR Markets Limited
Harrison Opportunity III Inc.
HAS Futures LLC
Hehmeyer LLC
Hehmeyer Trading AG
Hodlnaut Pte. Ltd.
HRTJ Limited
Intership Limited

Intership LTD
Iterative OTC LLC
JKL Digital Capital Limited
JSCT Hong Kong Limited
JST Systems LLC
JUMP Trading
Keyrock SA
Kohji Hirokado
Kronos Holdings
LedgerPrime DAO Master Fund LP
Liquibit USD Market Neutral Arbitrage Fund
Liquidity Technologies LTD
LUOJI2017 Limited
Marquette Digital
Matrix Port Technologies Limited
Memetic Capital LP
Menai Markets Ltd.
Mike Komaransky
Mountain Cloud Global Limited
Nascent GP Inc
Nascent LP
New World Holdings
Nickel Digital Asset Fund SPC Digital
Nickel Digital Asset Master Fund SPC -
NYDIG Funding LLC
OILTRADING COM PTE LIMITED
Onchain Custodian Pte Ltd
Optimal Alpha Master Fund Ltd
OSL SG PTE LTD
Outremont Alpha Master Fund LP
Parallel Capital Management Limited
Pharos Fund BTC SP
Pharos Fund Eth SP
Pharos Fund SPC
Plutus21 Crypto Fund I LP
Point95 Global
Power Block Coin LLC
Prime Trust
Profluent Trading Inc
Profluent Trading UK Limited
QCP Capital PTE LTD
Radkl, LLC
Red River Digital Trading LLC
Reliz LTD
Roy Niederhoffer
SandP Solutions Inc
Scrypt Asset Management AG
SEBA Bank AG
Siafu Capital
Simplex
Symbolic Capital Partners Ltd
Tagomi Trading LLC
TDX SG Pte Ltd
Tether International Limited
Three Arrows Capital Ltd
Tower BC Ltd
Tower Research Capital
Transfero Brasil Pagamentos SA
Trigon Trading Pty LTD
TrueFi
Trustoken Inc
Ultimate Coin
Vexil Capital Ltd
Weave Markets LP
Wincent Investment Fund PCC Ltd
Wintermute - Maple
Wintermute Trading Ltd
Wyre Payments Inc

ZeroCap Limited

**Insurance**

Amtrust Underwriters, Inc on behalf of Associated Industries Insurance Company, Inc.
ANV Insurance
Atlantic Insurance
Ayalon Insurance Company
Company
Crum and Forster Specialty Insurance
Falvey Insurance Group
Hudson Insurance Group
Indian Harbor Insurance Company
Lloyds of London
London
Markel Insurance
Marsh
Migdal Insurance Company
Relm Insurance LTD
Republic Vanguard Insurance Company
Sentinel Insurance Company
Starstone Insurance
United States Fire Insurance Company
Zurich Insurance Group

**Landlords**

Algo Adtech
Desks & More
Industrious
New Spanish Ridge
Regus
SJP PROPERTIES

**Officers & Directors**

Ayalor, Amir
Barse, David
Bentov, Tal
Blonstein, Oren
Bodnar, Guillermo
Bolger, Rod
Carr, Alan Jeffrey
Cohen-Pavin, Roni
Denizkurdu, Aslihan
Deutsch, Ron
Dubel, John Stephen
Goldstein, Nuke
Kleiderman, Shiran
Leon, S. Daniel
Mashinsky, Alex
Nadkarni, Tushar
Nathan, Gilbert
Ramos, Trunshedda W.
Sunada-Wong, Rodney
Tosi, Laurence Anthony

**Parties to Pending Legal Matters**

Bitboy Crypto
Bofur Capital
MS SD IRA LLC
Pharos Fund
Symbolic Capital Partners
Vexil Capital

**Retail Customer**

Accretive Capital LLC
Adam Michael  Feintisch
Adrian  Hibbert
Aissata Sidibe
Al Express Ltd.
Alena Alexander
Alex Pomeranz

Alexandru Pusnei
Ali Demirtas
Altcointrader Pt-Y. Ltd.
Amin Berrada
Andari Co. Ltd.
Andreas Amm
Andrew Labenek
Andrew Matthews
Andrew Robinson
Andrew Yoon
Anhitabh Patil
Anhminh Le Tran
Anna Pronker
Antonio Musumeci
Apple Search Advertisements
Arun Mohan
Ashley Harrell
Ashraf Elshafei
Associated Industries Insurance Co. Inc.
Balbahadur Singh
Bengi Mastropieri
Bj Investment Holdings LLC
Bnk To The Future
Bradley Neste
Brett Alan Perry
Brett Fletcher
Brian Ellington
Brian Mcgarry
Brian Mckeon
Brian T. Slater Revocable Living Trust
Broad Reach Consulting LLC
Bru Textiles NV
Bryan Hunt
Byung Deok Yu
C Street Advisory Group
California, State Of, Department Of Financial Protection And Innovation
Carlos C. Dekker
Carolyn Vincent Superannuation Fund
Charles Williams
Christian Sypniewski
Christopher King
Christopher Mattina
Christopher Moser
Christopher Tremann
Christopher Villinger
Christopher Wright
Cindy Chu
Cody Lee Wolf
Coinmerce Bv
Colin Delargy
Covario Ag
Craig Tyler
Crypto10 Sp
Danyal Bennett
Daron Stevens
Darryl Thomas  Adams
Daryna Padalytsya
Data4U Ltd.
David Jason Bressler
David Ritter
David Silva Smith
David Smith
David White
Deferred 1031 Exchange LLC
Dennis Eriks
Deverick Mcintyre
Dgl Investments LLC
Difiore Asa Irrevocable Gst Trust

Dmytro  Kalynovskyi
Domantas Radeckas
Dominic John Baker
Douglas Stringer
Druk Project Fund
Duncan Wierman
Dustin Charles Boroff
Eduardo Abeliuk
Edward Champigny
Edward Luo
Eric Burkgren
Estefano Emilio Isaias
Ethan Kap
Fabien  Hennuyer
Floatzen Doo
Fumihiko Matsumura
Gary Brooks
Gary Hughes
Gary Neiman
George Gilmer
George Tychalski
Georgios Papadakis
Glen Slater
Google Workspace
Guoping Liao
H Trussell Investments Pty. Ltd.
Henry Berg
Hiram Williamson
Hirokado Kohji
Holger Manzke
Home 007 LLC
Howard  Lamplough
Howard Lewis
Ian Munro
Icb Solutions
Ignat Tuganov
Infoobjects Inc.
Invictus Capital Financial Technologies Spc
Jack Souders
Jacob Benjamin Fite
James Chiu
James Dixon
James Dixon
James Hartley
James Kelly
James Lee Chiu
James Mcneil
James Nick Kordomenos
James Pierce
James William Danz
Jane Lim
Janoå¡ Guljaå¡
Jeffrey  Duprex
Jennifer  Conklin
Jennifer Conklin
Jens Trebtow
Jesse Schroeder
Jian Kai Goh
Jill Marie Gray
Jimmy  Zhong
Joã£O Custã³Dio
John Ankeney
John Campos
John Donofrio
John Marchioni
John Mccarty
John Mellein
John Young

Jonathon Holt
Joseph Jensen
Joseph Lehrfeld
Joseph Mercola
Joseph Robert
Josh Oisin Yates-Walker
Joshua Hewes
Justin Mahoney
Justin Pierson
Jv Associates Inc.
Kevin Jay Wexler
Khai Pham
Khaleef Ali
Koala 1 LLC
Kristine Meehan
Lalana Pundisto
Laurie Woodward
Leah Jonas
Liew Eng Chuan
Linda Choi
Linda J. Ritter
Linda Ritter
Linda Yi Choi
Loc Truyen Van
Luis Piura
Luke Carter
Luke Choi
Macgregor Wolsenholme
Mandeep Dhiraj
Manuel Salera
Marc Ecko
Marc Keiser
Mark Cipolloni
Mark Yao
Martin Backhausen
Matthew Baer
Matthew Coffey
Matthew James Zwick
Mht Super Pty. Ltd.
Michael Fertik
Michael Mcclintock
Mircea Manea
Mitchell Pae
Mohamed Ali Mohamed Naser Baslaib
Mohamed Yousif Ahmed H. Al Khoori
Nanxi Liu
Natakom Chulamorkodt
Nathan Hamilton
National Railroad Passenger Corp.
Nelson Smith
Next Web Events Bv
Nic Collins
Nicholas Farr
Nicolas John Bright
Nikola Boskovski
Notability Partners
Oliver Jahizi
Olivier Braibant
Osamu Koyama
Otis Davis
Ovf Customer.Io LLC
Paris Castle Iv LLC
Patrick
Patrick Victor Josef Martin
Paul Gaston
Paul Ritter
Paul Stapleton
Peter Juiris

Phillip Eller
Phillip Garner
Phonamenon Management Group LLC
Phuc Nguyen
Plutus21 Blockchain Opportunities Ii Sp
Plutus21 Blockchain Yield I Sp
Quoc Tri Ho
Rafael Raj
Rafael Vivas
Ravi Ryan Abuvala
Raymond Gatt
Renaud Valkenberg
Rhmp Properties Inc.
Richard Tan
Rickie Chang
Robert Christiansen
Robert Langslet
Robert Walcott
Robert Williams
Roni  Cohen Pavon
Russell Garth Stewart
Ryan Wynn Lewis Davies
S&P Solutions Inc.
Saint Bitts LLC
Samuel Miller
Sander Lylloff
Scott Tobias
Sebastian  Joseph
Sebastian  Sutton
Seong Park
Sese LLC
Shaun Potts
Sheeld Market
Shilla Patel
Simon Bauman
Siqi Sun
Sleepingl LLC
So & Sato Law Office
Spencer Reitz
Stefan Hoermann
Stephen Ashley Herring
Stephen Hughes
Stephen Paul Peterson
Stephen Shar
Steven Charles Damp
Steven Humphreys
Steven Steinborn
Steven Tincher
Swathi Narayanan
Swyftx Pty. Ltd.
Tak Yeung
Tap Root Lp
Tarun Sondhi
The Kevin Batteh Trust
The Msl Family Trust
Thomas  Halikias
Thomas Difiore Childrens Gst Investment Irrevocable Trust
Thomas Nichols Wagner
Thomas Patrick Murphy, Jr.
Thomas Quinlan
Thomas Walkey
Timothy Wiseman
Ting Kong Terence Chung
Travis Palm
Ubuntu Love Pty. Ltd.
Victor Pagnanelli
Vincet Carolyn Margaret
Vlad Vendrow

Wang Sik Moon
Waylon J. Wilcox
Xi Zhang
Xinhan Wu
Yan Tan
Yanush Ali
Yee Chiu
Yidi Wang
Yuehsu Ku
Yuki Ashizaki
Ziglu Ltd.
Zipmex Asia Pte. Ltd.

**Top 50 Unsecured Creditor**

Adam Michael Feintisch
Alameda Research Ltd
Altcointrader Pty Ltd.
Andrew Yoon
B2C2 LTD
Balbahadur Singh
Bradley James Downs
Brett Alan Perry
Brian Mcmullen
Caen Group LLC
Carlos C. Dekker
Carolyn Margaret Vincent
Christopher Villinger
Christopher Wright
Cort Kibler-Melby
Covario Ag
Crypto10 Sp - Segregated Portfolio Of Invictus Capital Financial Technologies Spc
David Jeffries
Deferred 1031 Exchange LLC
Dominic John Baker
George Tychalski
Gregory Allen Kieser
Hirokado Kohji
Icb Solutions
Invictus Capital Financial Technologies Spc
Jacob Benjamin Fite
James William Danz
Jesus Armando Saenz
Josh Oisin Yates-Walker
Keri David Taiaroa
Kevin Jay Wexler
Loc Truyen Van
Macgregor Wolstenholme
Mark Trussell
Michael Mcclintock
Nicholas Farr
Pharos Fund SP
Pharos USD Fund SP
Rafael Raj
Richard Tan
Rickie Chang
Russell Garth Stewart
Sander Lylloff
Seong  Park
Simon Dixon
Stephen Paul Peterson
Strobilus LLC
Thomas Albert Difiore
Thomas Patrick Murphy
Waylon J. Wilcox
Yan Tan
Zaryn Dentzel
Ziglu Ltd

**Utilities**

Altice Usa Inc
AT&T
Comcast
Constellation Energy
Cox Business
EE Limited
Giffgaff
Google Fiber
Hypercore Networks, Inc.
Lightpath Fiber
Lumen
Ring Central Inc.
Spectrum Enterprise
Verizon Wireless

**Vendors**

1-800 Flowers
1-800-GOT-JUNK?
192 Business Experian
221B Partners
3 Verulam Buildings
4imprint
9Beach Latin American Restaurant LLC
A1 Express
A23 Boutique Hotel
A24 Limited
a2e
Abacus
Abacus Labs Inc
ABF Freight
Acrion Group Inc.
Ada Support Inc.
Adobe
Adonis Demetriou
AdTrav
Agile Freaks SRL
AgileEngine
AGS Exposition Services
Ahrefs Pte. Ltd.
Ainsworth
Air Essentials
Air France
Air Serbia
Airspeed18 Ltd.
Akasaka Vetoro 4F
Akerman LLP
Alaric Flower Design
Alaska Air
Alba Invest Doo
Alchemiq
Alex Fasulo, LLC
Algo Adtech Ltd.
AlgoExpert
Alitalia
AlixPartners LLP
Allianz Global Assistance
Aloft Hotel
ALPHA Events Limited
AlphaGraphics
Amazon
American Airlines
American Family Connect Property and
American Lock & Key
Amon Card Limited
Amon OU
Amplicy LTD
Amsalem Tours & Travel Ltd

Amtrak
Andersen LLP
ANDREIA CICIO GUISORDI
Any.do
Appbot
Apple Search Ads
Apple Store
AppsFlyer Inc
Aqua Kyoto Ltd
Arlo SoHo Hotel
Arocon Consulting LLC
ArtDesigna
Ashby & Geddes
Aston Limo Service
Athlonutrition S.S
Atlassian
Atom Exterminators Ltd
August LLC
Auth0 Inc.
AutomationEdge Technologies Inc.
Avaya Inc.
AVL Services LLC
Azmi & Associates
B&C Camera
B&H Photo
Bamboo HR
Bamboozle Cafe
BCAS Malta Ltd
BCL Search
Bellwood Global Transportation
Benzinga
Best Buy
Best Name Badges
Big Cartel
Bill.com
BIND Infosec Ltd.
Bionic Electronics
Birchams Art
Bitboy Crypto
Bitcoin.com (Saint Bitts LLC)
Bitfinex
Bitfly
Bitfo, Inc.
BITGO
Bitmain Technologies
Bittrex Global
Bitwave
Blacklane
Blackpeak Inc
Blake & Company
Block Solutions Sdn Bhd
Blockchair Limited
Blockdaemon Limited
BlockWorks Group LLC
Bloomberg Finance LP
Bloomberg Industry Group
Blue Edge Bulgaria EOOD
Blue Moon Consult
Blue Rock
BlueVoyant Israel Ltd.
Board Game Designs
Bob Group Limited
Bolt Food
BOOKYOURCOVIDTEST.COM
Boston Coach
Brave Software International
Brazen Head Irish Pub
Brendan Gunn Consulting Group

British Airways
Brooklyn's Down South
BROWSERSTACK INC.
BTC 2022 Conference
BTC Media, LLC
Budget Rent A Car
Bulwerks LLC
Bulwerks Security
Business Insider
Buzzsprout
C.A.N. Mouzouras Electrical Contractors
Cablevision Lightpath LLC
Calendly LLC
Canva
Caola Company, Inc.
Capitol Hill Hotel
Caplinked
Carey Executive Transport
Carithers Flowers
Carmo Companies
Carta, Inc.
Caspian Holdings, Ltd
Casualty Insurance Company
Cayo Rafal Molak
CDPQ U.S. Inc.
CDW
Chain of Events SAS
Chainalysis, Inc.
Chamber of Digital Commerce
Chick-fil-A
Chief
Cision Us Inc.
citizenM
Cleverbridge
Click and Play - Conteudos Digitais Lda
ClubCorp
CMS CMNO LLP
CoderPad
Coffee Distributing Corp.
Cogency Global Inc.
CoinDesk Inc.
Coinfirm Limited
Coinlend
CoinMarketCap
CoinRoutes Inc
Comcast
Compliance Risk Concepts LLC
Concorde Hotel
Consensus
Consensys Ag
Consumer Technology Association
Contentful, Inc.
Cooper Global
Coppell FC
Core Club
Core Scientific
Corsair Gaming, Inc.
Costco
Coursera
Cox Business
Creative Video Productions Limited
Creditor Group Corp.
Creel, Garcia-Cuellar, Aiza y Enriquez, S.C.
Crelin Peck Consulting LLC
CRP Security Systems Ltd
Crypto Fiend
Crypto Love
Crypto Wendy O

CryptoDailyYT Ltd
CryptoRecruit Pty Ltd
CSC
CT Corporation
C-Tech Constandinos Telecommunication Ltd Co.
Curb Mobility
Customer.io
CVS pharmacy
Cyesec Ltd.
Cyta
Dalvey & Co
Dan Hotels
Daniel J. Edelman, Inc.
Data Dash
Datapoint Surveying
David Meltzer Enterprises
David Rabbi Law Firm
DBeaver
Dealex Moving LLC
Dearson, Levi & Pantz, PLLC
Decentral Media Inc
DeepL
Del Friscos Grille
Delaware Division of Corporations
Dell
Deloitte Tax LLP
Delta Airlines
Department of Financial Protection and
DERRIERES
Desk D.O.O
Dezenhall Resources
DHL
Digital Asset News, LLC
DNSFilter
Do Not Sit On The Furniture
Docker
DoiT International
DoiT International UK and I LTD
DoorDash
Dow Jones & Company, Inc.
Dragos DLT Consulting Ltd.
DRB Hosting Ltd. (Deribit)
Dream Hotels
Dribbble
DSV
Dune Analytics
Dynasty Partners
E.R. Bradleys Saloon
Eagle County Regional Airport
Ecrime Management Strategies, Inc dba
Edgewater Advisory, LLC
EE Limited
Egon Zehnder International Inc.
El Al Israel Airlines
Elements Massage
Elite Marketing Group LLC
Elmwood Design Ltd.
Elpida Constantinou
Emanuel Clodeanu Consultancy SRL
Embassy Suites
Emirates Airlines
Enginuity on Call
EnjoyMaloy Trade Party
Enlightium Ltd
ENSafrica
Enterprise Digital Resources
Enterprise Rent-A-Car
Epitome Capital Management (Pty) Ltd

Estate of Edward W. Price Jr.
Ester Lima
Esther Lima
Etsy
Eversheds Sutherland
Evgeni Kif
Exdo Events
Expedia
Exquisite Sounds Entertainment
EY
EZ Cater
Facebook
Fairmont Austin Lodging
FalbaSoft Cezary Falba
Falkensteiner Hotels & Residences
FATAL
FatCat Coders
Fattal Hotels
FedEx
Fibermode Ltd.
Filmsupply
Financial Times
FiNext Conference
FingerprintJS
First Class Vending Inc
Fixer.io
Flixel Inc.
Flonights Limited
Flowroute
Fluxpo Media
Flyday Consult
Forkast Limited
Form Approvals
Forter, Inc.
Four Seasons Palm Beach
Frame.io
Freeman
From Day One
Frontend Masters
FSCom Limited
Fusion Bowl
G&TP Sweden AB
Gandi
Gartner Inc.
GEA Limited
Gecko Labs Pte. Ltd.
Gecko Technology Partners
GEM
Gett
Giftagram USA, Inc
Gila Dishy Life Coach Llc
Gilbert + Tobin
GitBook
GitHub, Inc.
GitKraken
Gk8 Ltd
Glovo
GoDaddy.com
Gogo Air
Goin Postal
Google Ads
Google Cloud
Google Fi
Google Fiber
Google LLC
Google Play
GoToAssist
Grammarly, Inc.

GreyScaleGorilla
Grit Daily / Notability Partners
GrubHub
GSuite
Guardian Arc International
H2PROD
Halborn Inc.
Hampton Inn
HanaHaus
Handel Group LLC
Haruko Limited
Hattricks Tavern
Headway Workforce Solutions Inc.
Healthy Horizons
Heathrow Express
Hedgeguard
HeleCloud Limited
HelpSystems, dba PhishLabs
Henriksen Butler Nevada, LLC
Hertz
Herzog Fox & Neeman
Highlight Films Ltd.
Hilton
Hire Right
HMRC Shipley
Holland & Knight LLP
Home Depot
Hootsuite
Horasis
Hotel Da Baixa
Hotel Majestic
Hotel Midtown Atlanta
Hotels.com
Hyatt Hotels
Hysolate Ltd
I.A.M.L LTD
Ideal Communications
Idemia
Illumiti Corp
Incorporating Services, Ltd.
Indian Eagle
Inesha Premaratne
Infura
InGenie LTD
Innovatica LLC
Innovation
INSIDE.COM INC.
INSPERITY
Instacart
Integrated Security & Communications
Intelligo Group USA Corp
Intercontinental Hotel
Intercontinental Miami
Intertrust
Intuit - Quickbooks
InvestAnswers
Ionut Lucian Ciochina
ip-api
IPQualityScore
IST NY Inc.
Iterable, Inc.
Ivan On Tech Academy
JAMS, Inc.
Jarvis Ltd.
JB Hunt
JetBlue
JetBrains
Joberty Technologies

John Lewis & Partners
JSC Royal Flight Airlines
Juliet International Limited
Jumpcut 3D
Juniper Office
K.F.6 Partners Ltd
Kairon Labs BV
KALC LLC
Kanoo Pays
Keeper Security
Kenetic Trading Limited
Kerry Hotel HongKong
KeyFi, Inc.
Kforce Inc.
Kimpton Surfcomber Hotel
KINTSUGI, Unipessoal Lda.
Knobs B.A.C.
Kohl's
Korn Ferry
KOUTRA ATHOS SOTIRI
Koutra Athos Sotiris
Krispy Kreme
Kroll Advisory Ltd
L & L Moving Storage & Trucking LLC
La Maison Favart
Las Vegas Window Tinting
LaunchDarkly
Lawn Care
LawnStarter
Leaa
Line Group
LinkedIn Corporation
LinkedIn Ireland Unlimited Company
Lithify Limited
Locate852
Loews Hotels
Logitech
Logshero LTD
Logz.io
LS Future Technology AB
Lucidchart
Lucille's Smokehouse Bar-B-Que
Lufthansa Deutsche
LUIS FILIPE ESPINHAL
Lumen
Lunar Sqaures
LVC USA Inc.
Lyft
Madison Liquidators
MadRev LLC
Makarim & Taira S.
Maltego Technologies
Mambu Tech B.V.
Mammoth Growth LLC
Mandarin Oriental Hotel
Manhattan Bagel
Manzo's Suites
Maren Altman FZCO
Marios Locksmith Limited
Marriott Hotels & Resorts
Marsh USA
Matthew D'Albert
Maxon
Mayami Mexicantina
Mazars LLP
Mazars Ltd
McLagan Partners Inc.
MCM 965

mDesign
MediaOne Partners
Melio
Memorisely
Metropol Palace
MF Partners LTD
MFA Network
MGM Grand Hotel
Miami Beach Convention Center
Michael Page International Inc
Michaels
Microsoft
Microsoft Azure
MINDS
Minute Man Press
Mixed Analytics
Mixpanel Inc.
Momentum Media Group
Monarch Blockchain Corporation
Monday.com
Moo Printing
Moralis Academy
Morris, Manning & Martin, LLP
Moschoulla Patatsou Christofi
Motion Array
Motion Design School
Move4Less
MTA
Music 2 The Max
MVP Workshop
Myer-briggs
MythX
Namecheap
National Office Interiors & Liquidators
Nationwide Multistate Licensing System
Navex Global, Inc.
NBC Universal
Necter
Nevada Sign
New Spanish Ridge, LLC
NextGenProtection
NICE Systems UK Limited
Nico Signs Ltd
Nord Layer
Nordlogic Software SRL
Nordstrom
Nossaman LLP
Notarize
Nothing Bundt Cakes
Nuri
NuSources
Nyman Libson Paul LLP
OAKds, Inc
Ocean View Marketing Inc.
Office Depot
Office Movers Las Vegas
Office Star B2B Ltd
OfficeSpace Software Inc
OFFICEVIBE
OKEx
Onchain Custodian Pte. Ltd.
Onfido
Onfido Ltd
Onfido, Inc
Optimizely, Inc.
Oracle Corporation UK Limited
Otter.ai
Owen Lanktree

PABXL
Pack & Send
Paddle
Pagliara Entertainment Enterprises LLC
Palantir Security LTD
Panasonic Avionics Corporation
Panera Bread
Panorays LTD
Panorays Ltd.
Papaya Global Hk Limited
Park MGM Las Vegas
Park Plaza Hotels
Parklane Resort & Spa
Party City
Paxful Inc.
Payplus By Iris
Payplus Ltd
Peas Recruitment Limited
Peninsula Business Services Limited
Phase II Block A South Waterfront Fee LLC
PhishLabs
Photo Booth Vending
Plaid Inc.
Pluralsight
Polihouse Boutique Hotel
Polyrize Security Ltd.
Portswigger
Postman
Postmates
Practising Law Institute
Premier Due Diligence LLC
Premium Beat
Prescient
PRG U.S. Inc
Print Hoboken LLC
Printful, Inc.
Priority Power
Pro Blockchain
Proof Of Talent, LLC
PROTECT OPERATIONS LTD
PSE Consulting Engineers, Inc
Psj Kanaris Enterprises Ltd
PTI Office Furniture
PubliBranco
Public Access to Court Electronic Records
Pure Marketing Group
Puressence LTD
Quality Inn
Quantstamp, Inc.
Quoine PTE. LTD.
RA Venues at Churchill War Rooms
Rails Tech, Inc.
Real Vision Group
Rebecca Sweetman Consulting Ltd
Reddit, Inc.
redk CRM Solutions LTD
Reflectiz Ltd.
REGUS Management Group, LLC
Remarkable
Residence Inn
Resources Global Professionals
Restream.io
Retool Inc
Rever Networks
RFO Conferences Organizing LLC
Ring Central Inc.
Rosewood Hotel
Rothschild TLV

Royal Mail
Royalton Hotel
S.P.A. DATA4U LTD
Sabana Labs S.L.
Saffron Indian Cuisine
Sam's Club
Sam's Limousine & Transportation, Inc.
SAP America, Inc.
Schoen Legal Search
ScraperAPI
Seamless
SECUREDOCS INC.
Securitas Security Services USA, Inc.
Segment, Inc.
Selfridges
SendSafely
Sentry
SEVIO FZC
SewWhatAndWear
Sheraton Hotels
Shutters On The Beach
Shutterstock
Similarweb Inc.
SJP Properties, General Construction
Sketch
Skew
Slack Technologies, LLC
SlideTeam
Small Pocket Video
Smart City Networks, LP
Smartcontract Inc.
SMSF Association
Snowflake Inc.
Soho Beach House
Solarwinds
Soltysinksi Kawecki Szlezak
SonarSource
South City Kitchen
Southwest Airlines
Sovos Compliance
SP V1CE LTD
Spears Electric
Spectrum
Sponsor United
Sports1Ternship Llc
Sports1ternship, LLC
SpotHero
Standard Restaurant Equipment Co.
Staples
Starbucks
Statusgator
Stephanos Greek & Mediterranean Grill
Stuart Tracte Photography
Studio ViDA
Sublime HQ Pty Ltd
SuperSonic Movers
Surety Solutions, a Gallagher Company
Swag.com
Swept
Swiss International Air Lines Ltd
SXSW LLC
Synapse Florida
Syndic Travel
TAAPI.IO
Tableau Software, LLC
Talking Cocktails
Tampa Printer
Target

TaskRabbit
TaxBit, Inc
Tcl Publishing Limited
Teamz, Inc.
Tembo Embroidery
Ten Manchester Street
Tenderly
Terra Panonica
TET Events
The Benjamin
The College Investor LLC
The Diplomat Resort
The Expo Group
The Female Quotient LLC
The Harris-Harris Group LLC
The Hudson Standard
The Information
The Jaffa Hotel
The Junk Masterz
The Junkluggers
The Killian Firm, P.C.
The Left House
The Million Roses
The New York Times
The Ritz-Carlton
The Silhouette Building
The Trade Group Inc
The Wings Hotel
The Zegans Law Group Pllc
Thimble
Thomson Reuters
Thunderclap LLC
Titan Office Furniture Ltd
T-Mobile
TNW Events B.V.
Tokentalk Ltd
Toll Free Forwarding
Toolfarm
Towers Watson Limited
TradingView, Inc.
Transunion
Trash Cans Warehouse
TRD Comm
Trello, Inc.
Trovata Inc
Trustpilot Inc.
TubeBuddy
Turkish Airlines
Twenty84 Solutions
Twilio
Twitter
Uber
Uber Eats
Udemy
Uline
Unbound Tech Ltd.
Unifire Extinguishers Ltd
United Airlines
University Arms Hotel
Unstoppable Domains
UPS
Upstager Consulting, Inc.
UrbanStems
USA Strong, Inc.
UsabilityHub Pty Ltd
Usastrong.io
USPS
V3 Digital LTD

Valere Capital
Vanguard Cleaning Systems of Las Vegas
Varonis Systems Inc.
VCU Blockchain
Vercel Inc.
Verified First, LLC
VerifyInvestors.com
Verizon Wireless
Vert & Blanc Enterprises Ltd
ViaSat
Victor Pla Bustos
Virtru
Virtual Business Source Ltd
Virtually Here For You Ltd
Vivid Edge Media Group
Volta Systems Group
VoskCoin LLC
Vsecnow Ltd
Walgreens
Wall Street Journal
Walmart
Warwick Hotel
Wayfair
WCEF, LLC
West Coast Pure Water, LLC
WestCap Management LLC
Whirling Dervish Productions
Wilde Aparthotels
Wintermute Trading Ltd
Wolf Theiss
Wolf Theiss
Wolt
Wolters Kluwer
Workland
Workspace Management Ltd
World Economic Forum
WP Engine, Inc.
Wyndham
Wynn Las Vegas
Yellowgrid
yellowHEAD LTD.
Yohann
YouTube Premium
Zapier.com
Zendesk, Inc.
Zeplin
Zoho
Zoom
Zubtitle
Zuraz97 Limited

**SCHEDULE II**

**Huron's Connections**

This information is being provided in connection with the *Declaration of Timothy J. Martin in Support of the Examiner's Application for Entry of an Order Authorizing the Retention and Employment of Huron Consulting Services LLC as Financial Advisor to the Examiner Effective  Nunc Pro Tunc  to October 10, 2022* . Huron has or had business relationships with, currently renders or has previously rendered services the following  in matters unrelated to these Chapter 11 cases:

**Current or Past Relationships:**

| | |
|---|---|
| Adobe | Vendors |
| Amazon | Vendors |
| AT&T | Utilities |
| Best Buy | Vendors |
| British Airways | Vendors |
| CDW | Vendors |
| Chick-fil-A | Vendors |
| Comcast | Utilities |
| Constellation Energy | Utilities |
| Costco | Vendors |
| Coursera | Vendors |
| CSC | Vendors |
| Dell | Vendors |
| DHL | Vendors |
| Dow Jones & Company, Inc. | Vendors |
| Facebook | Vendors |
| FedEx | Vendors |
| Gartner Inc. | Vendors |
| Gilbert + Tobin | Vendors |
| Hertz | Vendors |
| Hilton | Vendors |
| Home Depot | Vendors |
| Intertrust | Vendors |
| Kforce Inc. | Vendors |
| Kohl's | Vendors |
| Krispy Kreme | Vendors |
| LinkedIn Corporation | Vendors |
| Marsh | Insurance |
| Marsh USA | Vendors |
| McCarthy Tetrault LLP | Non-Bankruptcy Advisors and Ordinary Course Professionals |
| Michaels | Vendors |
| Microsoft | Vendors |
| Microsoft Azure | Vendors |
| Nordstrom | Vendors |
| NYDIG Funding LLC | Institutional Customers |
| Office Depot | Vendors |
| Practising Law Institute | Vendors |
| Regus | Landlords |
| REGUS Management Group, LLC | Vendors |
| Resources Global Professionals | Vendors |
| SAP America, Inc. | Vendors |
| Southwest Airlines | Vendors |
| Staples | Vendors |
| Starbucks | Vendors |
| Target | Vendors |
| The New York Times | Vendors |

| | |
|---|---|
| Thomson Reuters | Vendors |
| T-Mobile | Vendors |
| Transunion | Vendors |
| Twitter | Vendors |
| Uber | Vendors |
| Uber Eats | Vendors |
| United Airlines | Vendors |
| United States Department of Justice | Governmental Agencies |
| UPS | Vendors |
| Verizon Wireless | Utilities |
| Walmart | Vendors |
| Wolf Theiss | Vendors |
| Wolters Kluwer | Vendors |
| Wyndham | Vendors |
| Zoom | Vendors |

**Professionals that represented parties in engagements in which Huron was also employed:**

| | |
|---|---|
| Akerman LLP | Vendors |
| Akin Gump Strauss Hauer Feld LLP | Bankruptcy Professionals |
| AlixPartners LLP | Vendors |
| Alvarez & Marsal | Bankruptcy Professionals |
| Andersen LLP | Vendors |
| Ashby & Geddes | Vendors |
| Centerview Partners | Bankruptcy Professionals |
| Chainalysis, Inc. | Vendors |
| Cole Schotz P.C. | Bankruptcy Professionals |
| Deloitte & Touche LLP | Bankruptcy Professionals |
| Ernst & Young | Bankruptcy Professionals |
| EY | Vendors |
| Jenner & Block | Bankruptcy Professionals |
| Kirkland & Ellis LLP | Bankruptcy Professionals |
| Latham & Watkins LLP | Bankruptcy Professionals |
| M3 Advisory Partners | Bankruptcy Professionals |
| Mazars LLP | Non-Bankruptcy Advisors and Ordinary Course Professionals |
| Perella Weinberg Partners | Bankruptcy Professionals |
| Stretto | Bankruptcy Professionals |
| White & Case LLP | Bankruptcy Professionals |

**Celsius parties that are or were parties in other engagementsin which Huron was employed**

| | |
|---|---|
| ABF Freight | Vendors |
| Air France | Vendors |
| American Airlines | Vendors |
| Carta, Inc. | Vendors |
| Cox Business | Utilities |
| CVS pharmacy | Vendors |
| Delaware Division of Corporations | Vendors |
| Delta Airlines | Vendors |
| DSV | Vendors |
| Egon Zehnder International Inc. | Vendors |
| Hampton Inn | Vendors |
| Lloyds of London | Insurance |
| Maxon | Vendors |
| Nossaman LLP | Vendors |
| Sam's Club | Vendors |
| Sentry | Vendors |
| Spectrum | Vendors |
| Tower Research Capital | Institutional Customers |
| Uline | Vendors |
| Walgreens | Vendors |
| Zurich Insurance Group | Insurance |