**UNITED STATES BANKRUPTCY COURT**     Chapter 11 Case No. 22-10964 (MG)

**SOUTHERN DISTRICT OF NEW YORK**     (Jointly Administered)

In re CELSIUS NETWORK LLC, *et al[1].*,

# Certificate Of Service

     I, Daniel A. Frishberg, hereby certify, that on October 11th, 2022, I served notice upon all relevant parties (service list attached below in Exhibit A, in addition to Your Honor's Chambers) of my filing of *Daniel A. Frishbergs' Motion To Compel Debtors To Institute Significant Cost Cutting Measures* and *Daniel A. Frishbergs' Motion to Compel Insider Clawbacks By The Debtors[2]/UCC[3]*. I, Daniel A. Frishberg, hereby also certify, that on October 13th, 2022, I served notice upon all relevant parties (service list attached below in Exhibit A, in addition to Your Honor's Chambers) my filing of *Daniel A. Frishbergs' Omnibus Objection To Debtors' Motion Seeking Entry Of An Order, (I) Approving The Bidding Procedures In Connection With The Sale Of Substantially All Of The Debtors' Assets, (II) Scheduling Certain Dates With Respect Thereto (III) Approving The Form And Manner Of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, And (V) Granting Related Relief And To All Motions Granting Kirkland And Ellis' Associated Legal Fees, Auction Fees, And Any Other Fees And Costs Incurred With Respect To This Auction Thus Far*.

Signed:

                                                                   */s/Daniel A. Frishberg*
                                                                  Daniel A. Frishberg, *Pro Se*
                                                                           October 17th, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.
[2] Or in the case of conflicts, the various conflict counsel's.
[3] Or in the case of conflicts, the various conflict counsel's.

Exhibit A:

| |
|---|
| ADMIN@lanternventures.com, |
| ADMININFO@ag.state.la.us, |
| AGBANKNEWYORK@ag.tn.gov, |
| AGINFO@azag.gov, |
| AGO.INFO@vermont.gov, |
| ASHLEY.MOODY@myfloridalegal.com, |
| ATTORNEY.GENERAL@ag.state.mn.us, |
| ATTORNEY.GENERAL@alaska.gov, |
| ATTORNEY.GENERAL@ct.gov, |
| ATTORNEY.GENERAL@delaware.gov, |
| ATTORNEY.GENERAL@maine.gov, |
| ATTORNEY.GENERAL@state.de.us, |
| ATTORNEYGENERAL@doj.nh.gov, |
| BHANNON@norgaardfirm.com, |
| MNORGAARD@norgaardfirm.com, |
| CROSE@norgaardfirm.com, |
| KCIMMINO@norgaardfirm.com, |
| BROSSZER@law.ga.gov, |
| C10_SPC@invictuscapital.com, |
| C20_SPC@invictuscapital.com, |
| DANIEL@invictuscapital.com, |
| CELSIUSBANKRUPTCY@covar.io, |
| MARK.BANNER@covar.io, |
| CFO@ziglu.io, |
| CGREER@mwe.com, |
| CIADONISI@deferred1031.com, |
| CONSUMER.HELP@ago.mo.gov, |
| CONSUMER@ag.iowa.gov, |
| CONSUMER@wvago.gov, |

| |
|---|
| CONTACTDOJ@mt.gov, |
| CORA.REQUEST@coag.gov, |
| DADLER@mccarter.com, |
| DAZMAN@mwe.com, |
| DEBORAH.KOVSKY@troutman.com, |
| KAY.KRESS@troutman.com, |
| CONSUMERINTEREST@alabamaag.gov, |
| DIETDERICHA@sullcrom.com, |
| GLUECKSTEINB@sullcrom.com, |
| BELLERB@sullcrom.com, |
| DEREK.SCHMIDT@ag.ks.gov, |
| DINA.YUNKER@atg.wa.gov, |
| BCUYUNKER@atg.wa.gov, |
| DUFFYS2@gmail.com, |
| ELLEN.ROSENBLUM@dog.state.or.us, |
| ATTORNEYGENERAL@doj.state.or.us, |
| ELOBELLO@msek.com, |
| JWEISS@msek.com, |
| EVAN.ZUCKER@blankrome.com, |
| EDOCKETING@blankrome.com, |
| GSTEINMAN@mwe.com, |
| HAWAIIAG@hawaii.gov, |
| HBALDERAS@nmag.gov, |
| HOLLACE.COHEN@fisherbroyles.com, |
| INFO@lisamadigan.org, |
| JASON.BINFORD@oag.texas.gov, |
| LAYLA.MILLIGAN@oag.texas.gov, |
| ABIGAIL.RYAN@oag.texas.gov, |
| ROMA.DESAI@oag.texas.gov, |
| SLIEBERMAN@pryorcashman.com, |
| MSILVERMAN@pryorcashman.com, |
| JEFFREY.GLEIT@afslaw.com, |
| ALLISON.WEISS@afslaw.com, |
| LISA.INDELICATO@afslaw.com, |
| ALYSSA.FIORENTINO@afslaw.com, |

| |
|---|
| JENNIFER.ROOD@vermont.gov, |
| JOSHUA@levinepstein.com, |
| JSUSSBERG@kirkland.com, |
| KORTIZ@teamtogut.com, |
| BKOTLIAR@teamtogut.com, |
| DPERSON@teamtogut.com, |
| AODEN@teamtogut.com, |
| AGLAUBACH@teamtogut.com, |
| EBLANDER@teamtogut.com, |
| ARODRIGUEZ@teamtogut.com, |
| GQUIST@teamtogut.com, |
| ASTOLP@teamtogut.com, |
| MAIL@oag.state.va.us, |
| MANDOLINA@whitecase.com, |
| GREGORY.PESCE@whitecase.com, |
| JDISANTI@whitecase.com, |
| MCO@whitecase.com, |
| MCO@mwe.com, |
| MIDDLEOFFICE@b2c2.com, |
| MORRIS.WEISS@wallerlaw.com, |
| SHERRI.SAVALA@wallerlaw.com, |
| ANNMARIE.JEZISEK@wallerlaw.com, |
| NDAG@nd.gov, |
| OAG@arkansasag.gov, |
| OAG@dc.gov, |
| OAG@oag.state.md.us, |
| DAVID.TURETSKY@whitecase.com, |
| SAM.HERSHEY@whitecase.com, |
| MCOSBNY@whitecase.com, |
| PATRICK.NASH@kirkland.com, |
| ROSS.KWASTENIET@kirkland.com, |
| QUESTIONS@oag.ok.gov, |
| RICHARD@altcointrader.co.za, |
| SCHRISTIANSON@buchalter.com, |
| SCHROEDER@jrlaw.org, |

| |
|---|
| HEALEY@jrlaw.org, |
| SECBANKRUPTCY-OGC-ADO@sec.gov, |
| NYROBANKRUPTCY@sec.gov, |
| BANKRUPTCYNOTICESCHR@sec.gov, |
| SPG@13trustee.net, |
| STEPHANIE.GUYON@ag.idaho.gov, |
| TDOMINCZYK@mauricewutscher.com, |
| THOMAS-DOMINCZYK-5025@ecf.pacerpro.com, |
| TYLER.LAYNE@wallerlaw.com, |
| CHRIS.CRONK@wallerlaw.com, |
| AG@riag.ri.gov, |
| ABARRAGE@dwt.com, |
| HUGHMCCULLOUGH@dwt.com, |
| ELAINEHUCKABEE@dwt.com, |
| SEADOCKET@dwt.com, |
| JMONTGOMERY@brownconnery.com, |
| UAG@utah.gov, |
| USTPREGION02.NYECF@usdoj.gov, |
| SHARA.CORNELL@usdoj.gov, |
| XAVIER.BECERRA@doj.ca.gov, |
| AARON.COLODNY@whitecase.com |