AKIN GUMP STRAUSS HAUER & FELD LLP
Elizabeth D. Scott
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br><br>Plaintiffs,<br>v.<br><br>JASON STONE and KEYFI, INC.,<br><br>Defendants. | Adversary Proceeding<br>No. 22-01139 (MG) |
| CELSIUS NETWORK LIMITED and<br>CELSIUS NETWORK LLC,<br><br>Plaintiffs,<br>v.<br><br>PRIME TRUST, LLC,<br><br>Defendant. | Adversary Proceeding<br>No. 22-01140 (MG) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Elizabeth D. Scott, request admission *pro hac vice* before the Honorable Martin Glenn, to represent Plaintiffs Celsius Network Limited and Celsius KeyFi LLC and Plaintiffs Celsius Network Limited and Celsius Network LLC in the above-referenced adversary proceedings.

I certify that I am a member in good standing of the bar in the State of Texas, the bar of the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Southern District of Texas, the United States District Court for the Western District of Texas, the United States Court of Appeals for the Second Circuit and the United States Court of Appeals for the Fifth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: Dallas, Texas                          AKIN GUMP STRAUSS HAUER & FELD LLP
October 18, 2022

                                              By:  */s/  Elizabeth D. Scott*
                                                   Elizabeth D. Scott
                                                   2300 N. Field Street
                                                   Suite 1800
                                                   Dallas, Texas 75201
                                                   Telephone: (214) 969-2800
                                                   Facsimile: (214) 969-4343
                                                   edscott@akingump.com

                                                   *Special Litigation Counsel*
                                                   *to the Debtors and Debtors in Possession*

**UNITED STATES DISTRICT BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br><br>Plaintiffs,<br>v.<br><br>JASON STONE and KEYFI, INC.,<br><br>Defendants. | Adversary Proceeding<br>  No. 22-01139 (MG) |
| CELSIUS NETWORK LIMITED and<br>CELSIUS NETWORK LLC,<br><br>Plaintiffs,<br>v.<br><br>PRIME TRUST, LLC,<br><br>Defendant. | Adversary Proceeding<br>  No. 22-01140 (MG) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Elizabeth D. Scott, to be admitted *pro hac vice* to represent Plaintiffs

Celsius Network Limited and Celsius KeyFi LLC and Plaintiffs Celsius Network Limited and

Celsius Network LLC in the above-referenced adversary proceedings, and upon the movant's

certification that the movant is a member in good standing of the bar in the State of Texas, the bar

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

of the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Southern District of Texas, the United States District Court for the Western District of Texas, the United States Court of Appeals for the Second Circuit and the United States Court of Appeals for the Fifth Circuit, it is hereby

**ORDERED,** that Elizabeth D. Scott, Esq. is admitted to practice *pro hac vice* in the above-referenced adversary proceedings to represent Plaintiffs Celsius Network Limited and Celsius KeyFi LLC and Plaintiffs Celsius Network Limited and Celsius Network LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: _____
New York, New York                    _____
                                          THE HONORABLE MARTIN GLENN
                                          CHIEF UNITED STATES BANKRUPTCY JUDGE