UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                             Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

      **PLEASE TAKE NOTICE** that Venable LLP hereby appears in the above-captioned cases pursuant to rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to creditor Ignat Tuganov, and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office addresses, telephone numbers, and e-mail addresses:

| | |
|---|---|
| Jeffrey S. Sabin<br>Carrol Weiner Levy<br>Arie Peled<br>**VENABLE LLP**<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Telephone: (212) 307-5500<br>Facsimile: (212) 307-5598<br>Email: JSSabin@Venable.com<br>Email: CWeinerLevy@Venable.com<br>Email: APeled@venable.com | Andrew J. Currie<br>**VENABLE LLP**<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 344-4586<br>Facsimile: (202) 344-8300<br>Email: AJCurrie@venable.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the provisions specified above, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, disclosure statements, plans of reorganization, and orders to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and request for service of all pleadings and documents shall not be deemed to be a waiver of Mr. Tuganov's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which Mr. Tuganov is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments Mr. Tuganov expressly reserves, or (5) to any and all defenses or objections Mr. Tuganov may have to any claims asserted against him in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.  The undersigned certifies that the parties listed in the first paragraph are admitted to practice before this Court or have sought such admission *pro hac vice*.

Dated:  New York, New York
        October 18, 2022

                                         VENABLE LLP

By:   */s/ Jeffrey S. Sabin*
     Andrew J. Currie (*admitted pro hac vice*)
     600 Massachusetts Avenue, NW
     Washington, DC 20001
     Telephone: (202) 344-4586
     Facsimile: (202) 344-8300
     Email: AJCurrie@venable.com

     - and -

     Jeffrey S. Sabin
     Carol Weiner Levy
     Arie Peled
     1270 Avenue of the Americas, 24th Floor
     New York, New York 10020
     Telephone: (212) 307-5500
     Facsimile: (212) 307-5598
     Email: JSSabin@Venable.com
     Email: CWeinerLevy@Venable.com
     Email: Apeled@venable.com

     *Counsel for Ignat Tuganov*