**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**ORDER GRANTING IGNAT TUGANOV'S MOTION TO CLARIFY OR EXPAND SCOPE OF EXAMINER'S INVESTIGATION**

Upon Ignat Tuganov's Motion to Clarify or Expand Scope of Examiner's Investigation (the "Motion"); the Court finding that the notice of the Motion is good and sufficient under the circumstances; the Court having reviewed the Motion and finding good cause to grant the Motion, it is **ORDERED**:

1. The Motion is granted to the extent provided herein.

2. The Examiner is directed to amend her Work Plan[2] to specifically provide that the Examiner will investigate, among other things, whether the Debtors engaged in a Ponzi scheme, and if so, when the Ponzi scheme began and the consequences thereof (the "Ponzi Investigation").

3. The Ponzi Investigation will be completed as soon as practicable and its conclusions will be included in the Examiner's report.

Dated: October __, 2022

                                                                                                              The Honorable Martin Glenn
                                                                                                              Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Capitalized terms not otherwise defined herein have the meaning provided in the Motion.