# Celsius Network
## Weekly Cash Flow Forecast - CONSOLIDATED DEBTORS
($000s)

| Forecast Period: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period End Date: | 30-Sep-22 | 7-Oct-22 | 14-Oct-22 | 21-Oct-22 | 28-Oct-22 | 4-Nov-22 | 11-Nov-22 | 18-Nov-22 | 25-Nov-22 | 2-Dec-22 | 9-Dec-22 | 16-Dec-22 | 23-Dec-22 | Total |
| **RECEIPTS** | | | | | | | | | | | | | | |
| Total Receipts[1] | $19,565 | $7,147 | $4,802 | $2,324 | $5,301 | $2,681 | $2,962 | $5,628 | $3,008 | $5,628 | $3,204 | $5,970 | $3,350 | $71,570 |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | |
| Payroll | (593) | (1,913) | (30) | (30) | (297) | (1,913) | (30) | (30) | (297) | (1,913) | (30) | (30) | (30) | (7,137) |
| Hosting[2] | (3,844) | (239) | (3,234) | (2,358) | (8,596) | -- | -- | (3,482) | (10,582) | -- | (2,000) | (3,369) | (574) | (38,279) |
| Other Operating Disbursements | (1,403) | (903) | (354) | (2,118) | (1,092) | (1,427) | (442) | (1,472) | (592) | (1,527) | (4,442) | (1,472) | (504) | (17,748) |
| Total Operating Disbursements | (5,840) | (3,056) | (3,618) | (4,506) | (9,985) | (3,341) | (472) | (4,984) | (11,471) | (3,441) | (6,472) | (4,872) | (1,108) | (63,164) |
| **Operating Cash Flow** | 13,725 | 4,091 | 1,184 | (2,181) | (4,684) | (660) | 2,489 | 644 | (8,463) | 2,188 | (3,269) | 1,098 | 2,242 | 8,406 |
| **NON-OPERATING ACTIVITIES** | | | | | | | | | | | | | | |
| Capital Expenditures[3] | (1,556) | (2,385) | (835) | (5,658) | (11,300) | (3,343) | (1,810) | (300) | (300) | (1,500) | -- | -- | (1,500) | (30,488) |
| Restructuring Activities | (671) | (243) | (2,416) | (163) | (16,011) | (2,119) | (2,416) | (163) | (10,376) | -- | (333) | (510) | (253) | (35,673) |
| Total Restructuring Activities | (2,228) | (2,628) | (3,251) | (5,820) | (27,311) | (5,463) | (4,226) | (463) | (10,676) | (1,500) | (333) | (510) | (1,753) | (66,162) |
| **Net Cash Flow** | 11,497 | 1,463 | (2,067) | (8,002) | (31,996) | (6,123) | (1,736) | 182 | (19,139) | 688 | (3,602) | 588 | 489 | (57,756) |
| **LIQUIDITY SCHEDULE** | | | | | | | | | | | | | | |
| Beginning Cash Balance | 181,888 | 193,385 | 194,848 | 192,781 | 184,779 | 152,784 | 146,661 | 144,925 | 145,107 | 125,968 | 126,656 | 123,054 | 123,642 | 181,888 |
| Net Cash Flow | 11,497 | 1,463 | (2,067) | (8,002) | (31,996) | (6,123) | (1,736) | 182 | (19,139) | 688 | (3,602) | 588 | 489 | (57,756) |
| **Ending Cash Balance** | 193,385 | 194,848 | 192,781 | 184,779 | 152,784 | 146,661 | 144,925 | 145,107 | 125,968 | 126,656 | 123,054 | 123,642 | 124,132 | 124,132 |
| Restricted Cash | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) |
| Minimum Cash Balance | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) |
| **Baseline Liquidity** | $171,843 | $173,306 | $171,239 | $163,238 | $131,242 | $125,120 | $123,383 | $123,565 | $104,426 | $105,114 | $101,512 | $102,101 | $102,590 | $102,590 |

**Notes:**
[1] Includes proceeds from the sale of mined BTC
[2] Includes mining related hosting costs and approx. $4mm of deposits and other non-recurring costs
[3] Includes S&U taxes, shipping and customs duties, and site build out costs

**Celsius Network**
Assets by Coin Type as of October 7, 2022
(USD, $MMs)

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Fireblocks Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | GK8 | Total Coins in Possession | DeFi[(1)(2)] | Staking[(2)] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | $ 424.8 | $ 313.7 | $ 0.0 | $ 0.0 | $ 17.3 | $ - | $ 2.2 | $ - | $ 758.0 | $ 0.3 | $ - | $ - | $ 0.2 | $ - | $ 758.6 | $ 321.8 |
| ETH** | 1.2 | 10.0 | 0.0 | 0.1 | 0.0 | - | 56.5 | 0.0 | 67.8 | 39.7 | 444.5 | 8.9 | 6.8 | - | 567.7 | 1,399.5 |
| stETH** | 548.4 | - | - | - | - | - | - | - | 548.4 | - | - | - | - | - | 548.4 | - |
| WBTC* | 443.7 | - | - | - | - | - | 0.0 | - | 443.7 | 8.8 | - | 3.6 | - | - | 456.1 | 2.2 |
| BTC* | 181.0 | 0.7 | - | - | - | 8.4 | 69.1 | - | 259.10 | - | - | 11.0 | 23.0 | 0.5 | 293.7 | 2,056.1 |
| USDC | 2.4 | 0.7 | 0.0 | - | - | - | 36.1 | - | 39.3 | 0.1 | - | 229.8 | 2.4 | 7.5 | 279.1 | 946.3 |
| MATIC | 0.0 | 6.4 | - | - | - | - | 5.5 | 1.0 | 12.9 | 0.0 | 37.5 | 3.8 | - | 20.3 | 74.5 | 203.8 |
| USDT ERC20 | 17.8 | 0.1 | 0.0 | - | - | - | 1.9 | - | 19.8 | - | - | 47.3 | 1.1 | - | 68.2 | 121.5 |
| ADA | 0.1 | 0.0 | 0.0 | 0.0 | - | - | 3.6 | 0.5 | 4.204 | - | 35.0 | 4.3 | - | 0.3 | 43.8 | 111.9 |
| LINK | 21.5 | 0.5 | - | - | 0.0 | - | 3.8 | - | 25.7 | 0.0 | - | 0.1 | 0.0 | - | 25.8 | 72.6 |
| WETH** | 0.0 | 0.1 | - | - | - | - | - | - | 0.1 | - | - | 4.7 | - | 10.0 | 14.8 | - |
| GUSD | - | 0.0 | - | - | - | - | 4.6 | - | 4.7 | 0.0 | - | 10.8 | - | - | 15.5 | 86.3 |
| DOT | 1.6 | 5.9 | 0.0 | - | 0.0 | - | 1.0 | - | 8.6 | 1.4 | 0.5 | 0.8 | 0.6 | - | 11.9 | 30.6 |
| LTC | 4.2 | 1.1 | - | - | - | - | 0.9 | - | 6.2 | - | - | 4.4 | 0.0 | - | 10.6 | 23.1 |
| FTT | 10.7 | 0.0 | - | - | - | - | - | - | 10.7 | - | - | - | 0.0 | - | 10.7 | 10.7 |
| MCDAI | 0.0 | 1.5 | 0.0 | - | 0.0 | - | 0.5 | - | 1.9 | 0.0 | - | 8.8 | - | - | 10.7 | 4.5 |
| AAVE | 0.0 | 0.2 | 0.0 | - | - | - | 0.3 | - | 0.5 | 7.2 | - | 0.5 | - | - | 8.2 | 9.6 |
| TGBP | 8.4 | 0.4 | - | - | - | - | 0.1 | - | 8.8 | - | - | - | - | - | 8.8 | 8.3 |
| BCH | 6.0 | 0.0 | - | - | - | - | 0.1 | - | 6.2 | - | - | - | 0.0 | - | 6.2 | 6.1 |
| UNI | 2.7 | 1.1 | 0.0 | - | 0.0 | - | 0.3 | - | 4.1 | 0.0 | - | 1.8 | - | - | 5.9 | 12.4 |
| SOL | 0.0 | 0.1 | - | - | - | - | 2.6 | - | 2.7 | - | - | 2.6 | - | 0.0 | 5.3 | 31.4 |
| XLM | 5.5 | 0.0 | 0.0 | - | 0.0 | - | 0.5 | - | 6.0 | - | - | - | 0.0 | - | 6.0 | 12.4 |
| BNB | 3.5 | 0.1 | - | 0.0 | - | - | 0.0 | - | 3.7 | - | - | 1.5 | - | - | 5.3 | 23.2 |
| EOS | 0.9 | 0.0 | 0.0 | - | - | - | 0.1 | - | 1.0 | - | - | 1.5 | 1.1 | - | 3.5 | 4.8 |
| SRM | 0.0 | - | - | - | - | - | - | - | 0.0 | - | - | - | 4.3 | - | 4.3 | 1.6 |
| **Top 25 Subtotal** | $ 1,684.4 | $ 342.6 | $ 0.0 | $ 0.2 | $ 17.3 | $ 8.4 | $ 189.9 | $ 1.4 | $ 2,244.1 | $ 57.6 | $ 517.5 | $ 346.2 | $ 39.7 | $ 38.5 | $ 3,243.5 | $ 5,500.7 |
| Other Coins | 20.2 | 7.0 | 0.0 | 1.4 | 0.0 | 0.4 | 9.4 | - | 38.5 | 2.3 | 0.9 | 10.6 | 0.4 | 4.3 | 57.0 | 243.4 |
| **Total Coin Value** | $ 1,704.7 | $ 349.6 | $ 0.0 | $ 1.5 | $ 17.3 | $ 8.8 | $ 199.3 | $ 1.4 | $ 2,282.6 | $ 59.9 | $ 518.4 | $ 356.8 | $ 40.1 | $ 42.8 | $ 3,300.6 | $ 5,744.1 |

| | | |
|---|---|---|
| Net Coin Position | | $ (2,443.6) |
| Net USD-Denominated Assets / (Liabilities) | | 1,653.4 |
| Reserves | | (380.1) |
| **Equity** | | **$ (1,170.2)** |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Memo: BTC Equiv.* | $ 624.7 | $ 0.7 | $ - | $ - | $ - | $ 8.4 | $ 69.1 | $ - | $ 702.8 | $ 8.8 | $ - | $ 14.6 | $ 23.0 | $ 0.5 | $ 749.8 | $ 2,058.5 |
| Memo: ETH Equiv.** | 549.6 | 10.1 | 0.0 | 0.1 | 0.0 | - | 56.5 | 0.0 | 616.4 | 39.7 | 444.5 | 13.5 | 6.8 | 10.0 | 1,130.8 | 1,399.5 |
| Memo: Stablecoins | 20.2 | 2.8 | 0.0 | 0.1 | 0.0 | 0.4 | 44.0 | - | 67.5 | 0.8 | - | 301.0 | 3.5 | 7.5 | 380.3 | 1,210.6 |

(1) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(2) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**
**Mining Activity Summary, September 2022**

|  | Coin Recap |
|---|---:|
| **BTC ROLL FORWARD** | |
| Beginning Balance | 43.87 |
| Mined BTC | 459.10 |
| Sold BTC | (201.00) |
| **Ending Balance** | **301.97** |

Notes:
Approximately 67,000 rigs deployed and 60,000 online hashing