**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:
 CELSIUS NETWORK LLC, et al.,

                            Debtor

-------------------------------------------------------------x

                            Plaintiff

v.

                            Defendant

-------------------------------------------------------------x

Case No.: 22-10964(MG)

Chapter 11

Jointly Administered

Adversary Proceeding No.: _____

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Erica L. Kravchenko, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Keith Ryals, a creditor in the above-referenced   case   adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Southern District of Ohio.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 10/19/2022

        */s/ Erica L. Kravchenko*

*Mailing Address*:
Bernstein-Burkley, P.C.
600 Superior Ave. East, Suite 1300
Cleveland, OH 44114

*E-mail address*: ekravchenko@bernsteinlaw.com
*Telephone number*: ( 216 ) 710-4160