**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:

CELSIUS NETWORK LLC, et al.,

                                  Debtors

Case No.: 22-10964 (MG)

Chapter 11

Jointly Administered

----------------------------------------------------------------x

                                  Plaintiff

Adversary Proceeding No.: _____

                         v.

                                 Defendant

----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of Erica L. Kravchenko, to be admitted, ***pro hac vice***, to represent Keith Ryals, (the "Client") a creditor in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Southern District of Ohio, it is hereby

      **ORDERED**, that Erica L. Kravchenko, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York      /s/ _____
                                                                   UNITED STATES BANKRUPTCY JUDGE