## **Exhibit B**

**Declaration of Disinterestedness of  Judge Christopher Sontchi**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | x | |
| In re | : | **Chapter 11** |
| | : | |
| **CELSIUS NETWORK, LLC,** *et al.,*[1] | : | **Case No. 22-10964 (MG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | x | |

## DECLARATION OF CHRISTOPHER S. SONTCHI IN CONJUNCTION WITH HIS APPOINTMENT AS FEE EXAMINER

I, Christopher S. Sontchi, hereby declare under penalty of perjury as follows:

1.     I am the proposed Fee Examiner in these Chapter 11 cases.

2.     I am the sole member of Sontchi, LLC, affiliated by contract with

DelawareADR, LLC, with principal offices in Wilmington, Delaware and mailing address

P.O. Box 7908, Wilmington, Delaware 19803.  I am authorized to make this Declaration

on behalf of myself, of Sontchi, LLC, and of DelawareADR, LLC in support of the

stipulated appointment of a Fee Examiner.  The Declaration is based on my personal

knowledge and if called to testify, I could and would testify competently to the written

statements made in this Declaration.

3.     I am the former Chief Judge of the United States Bankruptcy Court for the

District of Delaware, having served in that capacity between 2018 and 2021.  I served as a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC
(8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554);
Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor
Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11
cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Bankruptcy Judge in the District of Delaware from 2006 until my recent retirement from the bench.  During my tenure as Bankruptcy Judge, I presided over numerous significant Chapter 11 cases, including Catholic Diocese of Wilmington, American Home Mortgage, Energy Future Holdings Corp., Visteon, Six Flags, Molycorp, Borden Dairy, Exide Technologies, Brooks Brothers, and Eagle Hospitality. I also served as the Court-appointed mediator on many Chapter 11 cases including Tidewater, Vivus and Mallinckrodt.

4.      Since leaving the bench, through Sontchi, LLC, I have contracted with DelawareADR, LLC, a private consulting company focusing on mediation and arbitration of complex commercial disputes.  My alternative dispute resolution practice focuses on commercial disputes arising in bankruptcy or out-of-court restructurings.

5.      I also serve as an International Judge of the Singapore International Commercial Court, a leading forum for legal services and international dispute resolution, focusing on cross-border insolvency matters.

6.      I am licensed to practice law in Delaware, the United States District Court for the District of Delaware, and the United States Court of Appeals for the Third Circuit. I am a member in good standing of the Bar of the State of Delaware.

7.      I submit this Declaration, at the request of the United States Trustee, in connection with the Fee Examiner's appointment.

8.      As an alternative dispute resolution company, DelawareADR, LLC is not a law practice, and its associates ("**Professional Neutrals**") are not engaged in the practice of law.  Further, rather than retention by private clients, DelawareADR, LCC contracts directly with the parties to a dispute to provide Professional Neutral services. A

Professional Neutral may also be selected or appointed by a court or other adjudicative body, as in this case.

9.    Notwithstanding the above, to comply with the requirements of Federal Rule of Bankruptcy Procedure 2014, I performed, or caused to be performed, the following actions to identify for disclosure any parties relevant to this Declaration and these proceedings and to determine any DelawareADR, LLC connection to each such party.

A.    DelawareADR, LLC has obtained a 50-page list of the names of individuals and entities (collectively, the "**Interested Parties**"), organized by category, that may have an interest in these cases.  *See* Appendix A (complete listing of Interested Parties); *see also Disinterestedness Declaration of Shoba Pillay* [Dkt. No. 921-1, Exhibit A].

B.    I reviewed the list of Interested Parties to ensure that none of the parties listed are currently involved in matters in which DelawareADR, LLC serves as a Professional Neutral.

C.    In addition, I inquired of all DelawareADR, LLC principals and associates to determine whether any such principal or associate: (a) has any pending claims against any of the Debtors; (b) is, or has a relative who is, a current officer, director, employee, or elected official of the Debtors; (c) has any immediate family member who has been employed by any of the Debtors; or (e) has any other significant connection with the Debtors.

D.     I also have inquired within DelawareADR, LLC about connections

with the United States Trustee program or any person employed in the office of the

U.S. Trustee.

10.     Based on the procedures described above, I have determined that neither I,

Sontchi, LLC, nor DelawareADR, LLC is currently employed by any of the Debtors and

that neither I, Sontchi, LLC, nor DelawareADR, LLC has been employed by any of the

Debtors in at least five years.

11.     Based on its procedures described above, I have also determined that

neither DelawareADR, LLC, Sontchi, LLC, nor I has been employed by, or will be

employed by, any party other than the Fee Examiner in connection with these proceedings.

12.     In my capacity as Bankruptcy Judge, I have encountered many of the

bankruptcy professionals, non-bankruptcy advisors, and other Interested Parties in the

courtroom in matters unrelated to these bankruptcy cases.  A complete listing of those

connections is not feasible, but I do not believe any impairs my disinterestedness in this

matter.

13.     Despite contacts with various interested parties—all in wholly unrelated

matters—my approach to and review of the fee applications of such parties will be

consistent with and subject to the same standards applicable to all other professionals.

14.     To the best of my knowledge, this Declaration discloses all connections

between myself or Sontchi, LLC, DelawareADR, LLC, and the Interested Parties known

to DelawareADR, LLC as of today's date.  Due to the size of the Debtors and the

complexity of these cases, DelawareADR, LLC cannot state with absolute certainty that,

at this time, it has identified and disclosed every single connection it has with each

4

Interested Party. However, DelawareADR, LLC will promptly file supplemental disclosures of any such connections if any additional relevant information comes to my or DelawareADR, LLC's attention.

15.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry:

A.     Neither DelawareADR, LLC, Sontchi, LLC, nor I holds or represents any interest adverse to the Debtors, the Debtor Affiliates, or their respective estates.

B.     Other than in my capacity as Bankruptcy Judge, neither I, DelawareADR, LLC, Sontchi, LLC or any of its Professional Neutrals or associates are connected with the United States Trustee for Region 2, any persons employed by the United States Trustee's office for Region 2, or any Bankruptcy Judge for the Southern District of New York.

16.     The Office of the U.S. Trustee has adopted Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "**UST Guidelines**"). 28 C.F.R. pt. 58, Appendix B. Though the UST Guidelines apply only to attorneys, the purpose of this paragraph is to disclose my responses to the questions in the UST Guidelines.

A.     I shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, the terms of any other applicable procedures and orders of the Court. I will make a reasonable effort to comply

with the U.S. Trustee's requests for information, both in connection with my appointment
and any related applications and the interim and final fee applications to be filed by me or
DelawareADR, LLC in these cases.

B.    The following is provided in response to the request for additional
information set forth in Paragraph D.1. of the UST Guidelines.

**Question:** Did you agree to any variations from, or alternatives to, your
standard or customary billing arrangements for this engagement?

**Response:** No.

**Question:** Do any of the professionals included in this engagement vary
their rate based on the geographic location of the bankruptcy case?

**Response:** No.

**Question:** If you represented the client in the 12 months prepetition,
disclose your billing rates and material financial terms for the prepetition
engagement, including any adjustments during the 12 months prepetition.
If your billing rates and material financial terms have changed
post-petition, explain the difference and the reasons for the difference?

**Response:** Not applicable.

**Question:** Has your client approved your prospective budget and staffing
plan, and, if so, for what budget period?

**Response:** Not applicable.

17.    I have performed work in good faith, beginning on October 13, 2022 (and
earlier), in anticipation of the commencement of the Fee Examiner's work.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of October, 2022.

DELAWAREADR, LLC

_____
Sontchi, LLC
Christopher S. Sontchi
P.O. Box 7908
Wilmington, DE 19803
CelsiusFeeExaminer@gklaw.com
*Proposed Fee Examiner*

## APPENDIX A

## **Interested Parties List**

28098926.3

## LIST OF SCHEDULES

**SCHEDULE**

| | |
|---|---|
| **1(A)** | **CURRENT AND RECENT FORMER ENTITIES AFFILIATED WITH THE DEBTORS** |
| **1(B)** | **DIRECTORS/OFFICERS** |
| **1(C)** | **EQUITY HOLDERS** |
| **1(D)** | **BANKRUPTCY PROFESSIONALS** |
| **1(E)** | **INSTITUTIONAL CUSTOMERS** |
| **1(F)** | **INSURANCE** |
| **1(G)** | **LANDLORDS** |
| **1(H)** | **LEGAL MATTERS AND LITIGANTS** |
| **1(I)** | **NON-BANKRUPTCY ADVISORS AND ORDINARY COURSE PROFESSIONALS** |
| **1(J)** | **RETAIL CUSTOMERS** |
| **1(K)** | **TOP 50 UNSECURED CREDITORS** |
| **1(L)** | **TAXING AUTHORITY/GOVERNMENTAL/REGULATORY AGENCIES** |
| **1(M)** | **UTILITIES** |
| **1(N)** | **VENDORS** |
| **1(O)** | **U.S. TRUSTEE PERSONNEL, JUDGES, AND COURT CONTACTS FOR THE SOUTHERN DISTRICT OF NEW YORK** |

*Creditors and Parties-In-Interest marked with an "*" added by the proposed Examiner.

## SCHEDULE 1(A)

## CURRENT AND RECENT FORMER ENTITIES AFFILIATED WITH THE DEBTORS

CELSIUS (AUS) PTY LTD. (AUSTRALIA)
CELSIUS EU UAB (LITHUANIA)
CELSIUS KEYFI LLC
CELSIUS LENDING LLC
CELSIUS MANAGEMENT CORP.
CELSIUS MINING IL LTD.
CELSIUS MINING LLC
CELSIUS NETWORK EUROPE D.O.O. BEOGRAD (SERBIA)
CELSIUS NETWORK (GIBRALTAR) LTD.
CELSIUS NETWORK IL LTD. - BULGARIA BRANCH
CELSIUS NETWORK IL LTD. (ISRAEL)
CELSIUS NETWORK INC.
CELSIUS NETWORK LLC
CELSIUS NETWORK LTD. (UK)
CELSIUS NETWORKS LENDING LLC
CELSIUS OPERATIONS LLC
CELSIUS SERVICES CY LTD. (CYPRUS)
CELSIUS US HOLDING LLC
CELSIUS US LLC (FORMERLY CELSIUS MONEY)
GK8 LTD (ISRAEL)
GK8 UK LTD.
GK8 USA LLC
KN MEDIA MANAGER LLC

## SCHEDULE 1(B)

## DIRECTORS/OFFICERS

AMIR AYALOR
TAL BENTOV
OREN BLONSTEIN
GUILLERMO BODNAR
ROD BOLGER
ALAN JEFFREY CARR
RONI COHEN-PAVIN
ASLIHAN DENIZKURDU
RON DEUTSCH
JOHN STEPHEN DUBEL
NUKE GOLDSTEIN
SHIRAN KLEIDERMAN
S. DANIEL LEON
ALEX MASHINSKY
TUSHAR NADKARNI
GILBERT NATHAN
TRUNSHEDDA W. RAMOS
RODNEY SUNADA-WONG
LAURENCE ANTHONY TOSI

## SCHEDULE 1(C)

## EQUITY HOLDERS

ADVANCED TECHNOLOGY FUND XXI LLC
ALTSHULER SHAHAM TRUSTS LTD.
ANDERSEN INVEST LUXEMBOURG SA SPF
ARTUS CAPITAL GMBH & CO. KGAA
BNK TO THE FUTURE
BULLPERKS (BVI) CORP.
CAISSE DE DÉPÔT ET PLACEMENT DU QUÉBEC
CDP INVESTISSEMENTS INC.
CRAIG BARRETT ANDERSEN INVEST LUXEMBOURG SA SPF
EUROPEAN MEDIA FINANCE LTD.
FABRIC VENTURES GROUP SARL
GUMI CRYPTOS CAPITAL LLC
HELIAD EQUITY PARTNERS GMBH & CO. KGAA
INTERSHIP LTD.
JR INVESTMENT TRUST
TETHER INTERNATIONAL LTD.
TOKENTUS INVESTMENT AG
WESTCAP CELSIUS CO-INVEST 2021 LLC
WESTCAP GROUP
WESTCAP SOF CELSIUS 2021 AGGREGATOR LP
WESTCAP SOF II IEQ 2021 CO-INVEST LP

## SCHEDULE 1(D)

## BANKRUPTCY PROFESSIONALS

AKIN GUMP STRAUSS HAUER & FELD LLP
ALVAREZ & MARSAL HOLDINGS LLC
CENTERVIEW PARTNERS LLC
DELOITTE & TOUCHE LLP
ELEMENTUS INC.*
ERNST & YOUNG
LATHAM & WATKINS LLP
M3 ADVISORY PARTNERS LP*
PERELLA WEINBERG PARTNERS*
STRETTO
TOGUT, SEGAL & SEGAL LLP*
WHITE & CASE LLP

## SCHEDULE 1(E)

## INSTITUTIONAL CUSTOMERS

168 TRADING LTD.
AKUNA DIGITAL ASSETS LLC
ALAMEDA RESEARCH LTD.
AMBER - MAPLE
AMBER TECHNOLOGIES LTD.
ANCHORAGE HOLD LLC
ANCHORAGE LENDING CA LLC
ANTALPHA TECHNOLOGIES LTD.
AP CAPITAL ABSOLUTE RETURN FUND
AP CAPITAL INVESTMENT LTD.
AUROS TECH LTD.
B2C2 LTD.
BABEL HOLDING LTD.
B-BRICK INC.
BCB PRIME SERVICES LTD.
BCRS2 LLC
BELLEWAY LTD.
BK COIN CAPITAL LP
BLOCKCHAIN ACCESS UK LTD.
BLUE FIRE CAPITAL EUROPE COOPERATIEF UA
CEX IO LTD.
CMS HOLDINGS LLC
COINBASE CREDIT
CORE SCIENTIFIC INC.
CUMBERLAND DRW LLC
DEXTERITY CAPITAL LLC
DIGITAL ASSET FUNDS MANAGEMENT PTY. LTD.
DIGITAL TREASURES MANAGEMENT PTE. LTD.
DIVERSIFIED ALPHA SP
DRUK HOLDING & INVESTMENTS LTD.
DUNAMIS TRADING (BAHAMAS) LTD.
DUNAMIS TRADING III LTD
DV CHAIN LLC
ENIGMA SECURITIES LTD.
EQUITIES FIRST HOLDINGS LLC
FALCONX LTD.

FASANARA INVESTMENTS MASTER FUND
FLOW TRADERS BV
FOLKVANG SRL
FRACTAL
FUTURE TECHNOLOGY INVESTMENT LTD.
GALAXY
GALAXY DIGITAL LP
GEMINI TRUST CO. LLC
GENESIS GLOBAL CAPITAL LLC
GRAPEFRUIT TRADING LLC
GSR MARKETS LTD.
HARRISON OPPORTUNITY III INC.
HAS FUTURES LLC
HEHMEYER LLC
HEHMEYER TRADING AG
HODLNAUT PTE. LTD.
HRTJ LTD.
INTERSHIP LTD.
ITERATIVE OTC LLC
JKL DIGITAL CAPITAL LTD.
JSCT HONG KONG LTD.
JST SYSTEMS LLC
JUMP TRADING LLC
KEYROCK SA
KOMARANSKY, MIKE
KRONOS HOLDINGS LTD.
LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP
LIQUIBIT USD MARKET NEUTRAL ARBITRAGE FUND
LIQUIDITY TECHNOLOGIES LTD.
LUOJI2017 LTD.
MARQUETTE DIGITAL
MATRIX PORT TECHNOLOGIES LTD.
MEMETIC CAPITAL LP
MENAI MARKETS LTD.
MOUNTAIN CLOUD GLOBAL LTD.
NASCENT GP INC.
NASCENT LP
NEW WORLD HOLDINGS SA
NICKEL DIGITAL ASSET FUND SPC DIGITAL ASSET ARBITRAGE SPC
INSTITUTIONAL

NICKEL DIGITAL ASSET MASTER FUND SPC - DIGITAL FACTORS FUND SP
NIEDERHOFFER, ROY
NYDIG FUNDING LLC
OILTRADING.COM PTE. LTD.
ONCHAIN CUSTODIAN PTE. LTD.
OPTIMAL ALPHA MASTER FUND LTD.
OSL SG PTE. LTD.
OUTREMONT ALPHA MASTER FUND LP
PARALLEL CAPITAL MANAGEMENT LTD.
PHAROS FUND BTC SP
PHAROS FUND ETH SP
PHAROS FUND SP
PHAROS FUND SPC
PHAROS USD FUND SP
PLUTUS21 CRYPTO FUND I LP
POINT95 GLOBAL
POWER BLOCK COIN LLC
PRIME TRUST
PROFLUENT TRADING INC.
PROFLUENT TRADING UK LTD.
QCP CAPITAL PTE LTD.
RADKL LLC
RED RIVER DIGITAL TRADING LLC
RELIZ LTD.
S&P SOLUTIONS INC.
SCRYPT ASSET MANAGEMENT AG
SEBA BANK AG
SIAFU CAPITAL
SIMPLEX
SYMBOLIC CAPITAL PARTNERS LTD.
TAGOMI TRADING LLC
TDX SG PTE. LTD.
TETHER INTERNATIONAL LTD.
THREE ARROWS CAPITAL LTD.
TOWER BC LTD.
TOWER RESEARCH CAPITAL
TRANSFERO BRASIL PAGAMENTOS SA
TRIGON TRADING PTY. LTD.
TRUEFI
TRUSTOKEN INC.

ULTIMATE COIN
VEXIL CAPITAL LTD.
WATERLOO MAPLE INC.
WEAVE MARKETS LP
WINCENT INVESTMENT FUND PCC LTD.
WINTERMUTE - MAPLE
WINTERMUTE TRADING LTD.
WYRE PAYMENTS INC.
ZEROCAP LTD.

SCHEDULE 1(F)
INSURANCE
AMTRUST UNDERWRITERS INC.
ANV INSURANCE
ASSOCIATED INDUSTRIES INSURANCE CO. INC.
ATLANTIC INSURANCE
AYALON INSURANCE CO.
CRUM & FORSTER SPECIALTY INSURANCE CO.
FALVEY INSURANCE GROUP
HUDSON INSURANCE GROUP
INDIAN HARBOR INSURANCE CO.
LLOYD'S OF LONDON
MARKEL INSURANCE
MARSH
MIGDAL INSURANCE CO.
RELM INSURANCE LTD.
REPUBLIC VANGUARD INSURANCE CO.
SENTINEL INSURANCE CO.
STARSTONE INSURANCE
UNITED STATES FIRE INSURANCE CO.
ZURICH INSURANCE GROUP AG

## SCHEDULE 1(G)

## LANDLORDS

ALGO ADTECH LTD.
DESKS & MORE
INDUSTRIOUS LLC
NEW SPANISH RIDGE LLC
REGUS
SW PROPERTIES

## SCHEDULE 1(H)

## LEGAL MATTERS & LITIGANTS

BITBOY CRYPTO
BOFUR CAPITAL
MS SD IRA LLC
PHAROS FUND
SYMBOLIC CAPITAL PARTNERS LTD.
VEXIL CAPITAL LTD.

## SCHEDULE 1(I)

## NON-BANKRUPTCY ADVISORS AND ORDINARY COURSE PROFESSIONALS

A. GEORGIOU & CO. LLC
ADVOKATU KONTORA SORAINEN IR PARTNERIAI
BUCKLEY LLP
CMS CAMERON MCKENNA NABARRO OLSWANG LLP
CRYPTOS CAPITAL
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
HOLLEY NETHERCOTE PTY. LTD.
JACKSON LEWIS PC
MATSUMURA, MIKO
MCCARTHY TETRAULT LLP
TAYLOR WESSING LLP
URIA MENENDEZ ABOGADOS SLP
WILSON SONSINI GOODRICH & ROSATI PC

## SCHEDULE 1(J)

## RETAIL CUSTOMERS

EDUARDO ABELIUK
RAVI RYAN ABUVALA
DARRYL THOMAS ADAMS
KHALEEF ALI
YANUSH ALI
ALTCOINTRADER PTY LTD.
ANDARI CO. LTD.
JOHN CHARLES ANKENEY
MATTHEW DAVID BAER
SIMON BAUMAN
HENRY GUYER BERG
AMIN BERRADA
BJ INVESTMENT HOLDINGS LLC
BNK TO THE FUTURE
DUSTIN CHARLES BOROFF
DAVID JASON BRESSLER
BRIAN T. SLATER REVOCABLE LIVING TRUST
NICOLAS JOHN BRIGHT
BROAD REACH CONSULTING LLC
BRU TEXTILES NV
ERIC ALAN BURKGREN
CAEN GROUP LLC, THE
JOHN CAMPOS, JR.
CAROLYN VINCENT SUPERANNUATION FUND
LUKE ARMSTRONG CARTER,
EDWARD WILLIAM CHAMPIGNY
JAMES LEE CHIU
YEE LAI CHIU
LINDA YI CHOI
LUKE KYUNG GOO CHOI
ROBERT NATHAN CHRISTIANSEN
CINDY CHU
NATAKOM CHULAMORKODT
MARK J. CIPOLLONI
COINMERCE BV

JENNIFER WALTER CONKLIN
COVARIO AG
CRYPTO10 SP


DEFERRED 1031 EXCHANGE LLC
COLIN C. DELARGY
DGL INVESTMENTS LLC
DIFIORE ASA IRREVOCABLE GST TRUST
JAMES DIXON
JOHN DONOFRIO
DRUK PROJECT FUND
JEFFREY PAUL DUPREX
MARC ECKO
PHILLIP BRIAN ELLER
ASHRAF ELSHAFEI
MICHAEL BENJAMIN SELKOWE FERTIK
PHILLIP WAYNE JR. GARNER
GEORGE HUDSON GILMER
JILL MARIE GRAY
H TRUSSELL INVESTMENTS PTY. LTD.
THOMAS T. HALIKIAS
ASHLEY ANNE HARRELL
STEPHEN ASHLEY HERRING
JONATHON JAMES HOLT
HOME 007 LLC
STEVEN C. HUMPHREYS
BRYAN J. HUNT
ICB SOLUTIONS
INFOOBJECTS INC.
INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC
OLIVER JAHIZI
JOSEPH JENSEN
LEAH NICOLE JONAS
PETER CASIMIR JUIRIS
ETHAN GARET KAP
MARC VITO KEISER
JAMES PATRICK KELLY

THE KEVIN BATTEH TRUST
CHRISTOPHER SCOTT KING
KOALA 1 LLC
OSAMU KOYAMA
YUEHSU KU


ROBERT LANGSLET
JOSEPH S. LEHRFELD
NANXI NANQIAN LIU
EDWARD LUO
JUSTIN MICHAEL MAHONEY
MIRCEA MANEA
JOHN P. MARCHIONI
BENGI MASTROPIERI
FUMIHIKO MATSUMURA
CHRISTOPHER W. MATTINA
JOHN EDWARD MCCARTY
BRIAN THOMAS MCGARRY
BRIAN JOSEPH MCKEON
JAMES W. MCNEIL
KRISTINE M. MEEHAN
JOHN GABRIEL MELLEIN
JOSEPH MICHAEL MERCOLA
PATRICK MESSALL
MHT SUPER PTY. LTD.
SAMUEL GARFIELD MILLER JR.
ARUN MOHAN
CHRISTOPHER M. MOSER
THE MSL FAMILY TRUST
ANTONIO MUSUMECI
SWATHI LAKSHMI TIRUPATTUR NARAYANAN
BRADLEY NESTE
PHUC NGUYEN
MITCHELL CHON PAE
VICTOR CARL PAGNANELLI
TRAVIS JOHN PALM
PARIS CASTLE IV LLC
SHILLA NATVARBHAI PATEL
ABHITABH ANEEL PATIL

KHAI TRINH PHAM
PHONAMENON MANAGEMENT GROUP LLC
JAMES PIERCE
JUSTIN T. PIERSON
PLUTUS21 BLOCKCHAIN OPPORTUNITIES II SP
PLUTUS21 BLOCKCHAIN YIELD I SP
ALEX AARON POMERANZ
LALANA PUNDISTO
ALEXANDRU PUSNEI


SPENCER MCDOWELL REITZ
RHMP PROPERTIES INC.
LINDA J. RITTER
PAUL RITTER
JOSEPH MURDOCH ROBERT
ANDREW DOUGLAS ROBINSON
JESSE SCHROEDER
SESE LLC
STEPHEN PHILLIP SHAR
AISSATA SIDIBE
GLEN BRIAN SLATER
SLEEPINGL LLC
DAVID SILVA SMITH
NELSON COURTNEY SMITH
TARUN SONDHI
JACK TRAYES SOUDERS
PAUL STAPLETON
STEVEN HAROLD STEINBORN
DARON ROBERT STEVENS
DOUGLAS ROSS STRINGER
STROBILUS LLC
SIQI SUN
SWYFTX PTY. LTD.
CHRISTIAN SYPNIEWSKI
TAP ROOT LP
CRAIG WILLIAM THAYER
THOMAS DIFIORE CHILDRENS GST INVESTMENT
IRREVOCABLE TRUST

STEVEN JESS TINCHER
SCOTT JEFFREY TOBIAS
CHRISTOPHER ERNEST TREMANN
CRAIG EDWARD TYLER
UBUNTU LOVE PTY. LTD.
VLAD VENDROW
RAFAEL VIVAS
THOMAS NICHOLS WAGNER
THOMAS WALKEY
DUNCAN CRAIG WIERMAN
CHARLES W. WILLIAMS
ROBERT WILLIAMS II
HIRAM WILLIAMSON
TIMOTHY WISEMAN
LAURIE WOODWARD
XINHAN WU
MARK YAO
TAK H. YEUNG
JOHN MARTIN YOUNG
XI ZHANG
JIMMY ZHONG
ZIGLU LTD.
ZIPMEX ASIA PTE. LTD.
MATTHEW JAMES ZWICK

## SCHEDULE 1(K)

## TOP 50 UNSECURED CREDITORS

ALAMEDA RESEARCH LTD.
ALTCOINTRADER PT-Y. LTD.
B2C2 LTD.
CAEN GROUP LLC
COVARIO AG
CRYPTO10 SP - SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL
TECHNOLOGIES SPC
DEFERRED 1031 EXCHANGE LLC
ICB SOLUTIONS
INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC
PHAROS FUND SP
PHAROS USD FUND SP
STROBILUS LLC
ZIGLU LTD

## SCHEDULE 1(L)

## TAXING AUTHORITY/GOVERNMENTAL/REGULATORY AGENCIES

STATE OF ALABAMA, SECURITIES COMMISSION
KENTUCKY DEPT. OF FINANCIAL INSTITUTIONS
NEW JERSEY BUREAU OF SECURITIES
STATE OF TEXAS SECURITIES BOARD
U.S. DEPT. OF JUSTICE
U.S. SECURITIES & EXCHANGE COMMISSION
STATE OF WASHINGTON, DIVISION OF SECURITIES

## SCHEDULE 1(M)

## UTILITIES

AT&T INC.
COMCAST CORP.
CONSTELLATION ENERGY*
COX BUSINESS SERVICES LLC
EE LTD.
GIFFGAFF LTD.
GOOGLE FIBER INC.
HYPERCORE NETWORKS INC.
LIGHTPATH FIBER ENTERPRISE
ALTICE USA INC.
LUMEN TECHNOLOGIES INC.
RINGCENTRAL INC.
SPECTRUM ENTERPRISES INC.
VERIZON WIRELESS TELECOM INC.

## SCHEDULE 1(N)

## VENDORS

1-800 FLOWERS.COM INC.
1-800-GOT-JUNK? LLC
192 BUSINESS EXPERIAN
192 BUSINESS LTD.
221B PARTNERS
3 VERULAM BUILDINGS BARRISTERS
4IMPRINT GROUP PLC
9BEACH LATIN AMERICAN RESTAURANT LLC
A. GEORGIOU & CO. LLC
AL EXPRESS LTD.
A23 BOUTIQUE HOTEL
A24 LTD.
A2E
ABACUS
ABACUS LABS INC.
ABF FREIGHT SYSTEM INC.
ACCRETIVE CAPITAL LLC
ACRION GROUP INC.
ADA SUPPORT INC.
ADOBE INC.
ADTRAV CORP.
AGILE FREAKS SRL-D
AGILEENGINE LLC
AGS EXPOSITION SERVICES INC.
AHREFS PTE. LTD.
AINSWORTH INC.
AIR ESSENTIALS INC.
AIR FRANCE-KLM SA
AIR SERBIA
AIRSPEEDL8 LTD.
AKERMAN LLP
AKIN GUMP STRAUSS HAUER & FELD LLP
ALARIC FLOWER DESIGN
ALASKA AIR GROUP INC.
ALBA INVEST DOO

ALCHEMIQ CATERING
ALEX FASULO LLC
ALGO ADTECH LTD.
ALGOEXPERT
ALITALIA COMPAGNIA AEREA ITALIANA SPA
ALIXPARTNERS LLP
ALLIANZ GLOBAL ASSISTANCE SAS
ALOFT HOTEL MANAGEMENT INC.
ALPHA EVENTS LTD.
ALPHAGRAPHICS INC.
AMAZON.COM INC.
AMERICAN AIRLINES GROUP INC.
AMERICAN FAMILY CONNECT PROPERTY & CASUALTY INSURANCE CO.
AMERICAN LOCK & KEY INC.
AMON CARD LTD.
AMPLICY LTD.
AMSALEM TOURS & TRAVEL LTD.
ANDERSEN LLP
ANY.DO LTD.
APPBOT
APPLE SEARCH ADS
APPLE SEARCH ADVERTISEMENTS
APPLE STORE
APPSFLYER INC.
AQUA KYOTO LTD.
ARLO SOHO HOTEL
AROCON CONSULTING LLC
ARTDESIGNA
ASHBY & GEDDES
ASTON LIMO SERVICE
AT&T INC.
ATHLONUTRITION S.S
ATLASSIAN CORP. PLC
ATOM EXTERMINATORS LTD.
AUGUST LLC
AUTHO INC.
AUTOMATIONEDGE TECHNOLOGIES INC.
AVAYA INC.
AVL SERVICES LLC
AZMI & ASSOCIATES

B&C CAMERA
B&H FOTO & ELECTRONIC CORP.
BAMBOOHR LLC
BAMBOOZLE CAFÉ
BCAS MALTA LTD.
BCL SEARCH INC.
BELLWOOD GLOBAL TRANSPORTATION
BENJAMIN, THE
BEST BUY CO. INC.
BEST NAME BADGES
BIG CARTEL LLC
BILL.COM HOLDINGS INC.
BIND INFOSEC LTD.
BIONIC ELECTRONICS HT LTD.
BIRCHAMSART
BITBOY CRYPTO
BITFINEX
BITFLY LTD.
BITFO INC.
BITGO INC.
BITMAIN TECHNOLOGIES LTD.
BITTREX GLOBAL GMBH
BITWAVE
BLACKLANE GMBH
BLACKPEAK INC.
BLAKE & CO.
BLOCK SOLUTIONS SDN BHD
BLOCKCHAIR LTD.
BLOCKDAEMON LTD.
BLOCKWORKS GROUP LLC
BLOOMBERG FINANCE LP
BLOOMBERG INDUSTRY GROUP
BLUE EDGE BULGARIA EOOD
BLUE MOON CONSULTANTS INTERNATIONAL LTD.
BLUE ROCK SEARCH LLC
BLUEVOYANT ISRAEL LTD.
BOARD GAME DESIGNS
BOB GROUP LTD.
BOLT FOOD
BOOKYOURCOVIDTEST.COM

BOSTON COACH CORP.
BRAVE SOFTWARE INTERNATIONAL
BRAZEN HEAD IRISH PUB
BRENDAN GUNN CONSULTING GROUP
BRITISH AIRWAYS PLC
BROOKLYN'S DOWN SOUTH
BROWSERSTACK INC.
BTC 2022 CONFERENCE
BTC MEDIA LLC
BUDGET RENT A CAR LTD.
BULWERKS LLC
BULWERKS SECURITY
BUZZSPROUT
C STREET ADVISORY GROUP
CABLEVISION LIGHTPATH LLC
CALENDLY LLC
CALIFORNIA, STATE OF, DEPARTMENT OF FINANCIAL PROTECTION AND
INNOVATION
CAN MOUZOURAS ELECTRICAL CONTRACTORS
CANVA INC.
CAOLA CO. INC.
CAPITOL HILL HOTEL
CAPLINKED INC.
CAREY EXECUTIVE TRANSPORT
CARITHERS FLOWERS
CARMO COS.
CARTA INC.
CASPIAN HOLDINGS LTD.
CDPQ US INC.
CDW CORP.
CHAIN OF EVENTS SAS
CHAINALYSIS INC.
CHAMBER OF DIGITAL COMMERCE
CHICK-FIL-A INC.
CHIEF
CISION US INC.
CITIZENM OPERATIONS HOLDING BV
CLEVERBRIDGE AG
CLICK AND PLAY - CONTEUDOS DIGITAIS LDA
CLUBCORP HOLDINGS INC.

CMS CMNO LLP
CODERPAD INC.
COFFEE DISTRIBUTING CORP.
COGENCY GLOBAL INC.
COINDESK INC.
COINFIRM LTD.
COINLEND GMBH
COINMARKETCAP OPCO LLC
COINROUTES INC.
COLLEGE INVESTOR LLC
COMCAST CORP.
COMPLIANCE RISK CONCEPTS LLC
CONCORDE HOTEL LTD., THE
CONSENSUS SALES INC.
CONSENSYS AG
CONSUMER TECHNOLOGY ASSOCIATION
CONTENTFUL INC.
COOPER GLOBAL LTD.
COPPELL FC
CORE CLUB, THE
CORE SCIENTIFIC INC.
CORSAIR GAMING INC.
COSTCO WHOLESALE CORP.
COURSERA INC.
COX BUSINESS SERVICES LLC
CREATIVE VIDEO PRODUCTIONS LTD.
CREDITOR GROUP CORP.
CRELIN PECK CONSULTING LLC
CRP SECURITY SYSTEMS LTD.
CRYPTO FIEND
CRYPTO LOVE
CRYPTODAILYYT LTD.
CRYPT°RECRUIT PTY. LTD.
CRYPTOWENDYO
CSC
CT CORP.
C-TECH CONSTANDINOS TELECOMMUNICATION LTD. CO.
CURB MOBILITY LLC
CVS PHARMACY INC.
CYESEC LTD.

CYTA LTD.
DALVEY & CO.
DAN HOTELS LTD.
DANIEL J. EDELMAN INC.
DATA DASH INC.
DATA4U LTD.
DATAPOINT SURVEYING & MAPPING
DAVID MELTZER ENTERPRISES
DAVID RABBI LAW FIRM
DBEAVER
DEALEX MOVING LLC
DEARSON LEVI & PANTZ PLLC
DECENTRAL MEDIA INC.
DEEPL SE
DEL FRISCOS GRILLE
DELAWARE, STATE OF DIVISION OF CORPORATIONS
DELL
DELOITTE TAX LLP
DELTA AIR LINES INC.
DERRIERE'S GENTLEMAN'S CLUB
DESK DOO
DEZENHALL RESOURCES LTD.
DHL
DIGITAL ASSET NEWS LLC
DIPLOMAT RESORT, THE
DNSFILTER INC.
DO NOT SIT ON THE FURNITURE
DOCKER INC.
DOIT INTERNATIONAL
DOIT INTERNATIONAL UK & I LTD.
DOORDASH INC.
DOW JONES & CO. INC.
DRAGOS DLT CONSULTING LTD.
DRB HOSTING LTD. (DERIBIT)
DREAM HOTELS
DRIBBBLE HOLDINGS LTD.
DSV AS
DUNE ANALYTICS AS
DYNASTY PARTNERS LTD.
E.R. BRADLEYS SALOON

EAGLE COUNTY REGIONAL AIRPORT
ECRIME MANAGEMENT STRATEGIES INC.
EDGEWATER ADVISORY LLC
EE LTD.
EGON ZEHNDER INTERNATIONAL INC.
EL AL ISRAEL AIRLINES LTD.
ELEMENTS MASSAGE LTD.
ELITE MARKETING GROUP LLC
ELMWOOD DESIGN LTD.
EMANUEL CLODEANU CONSULTANCY SRL
EMBASSY SUITES HOTELS
EMIRATES GROUP, THE
ENGINUITY ON CALL
ENJOYMALOY TRADE PARTY
ENLIGHTIUM LTD.
ENSAFRICA
ENTERPRISE DIGITAL RESOURCES LTD.
ENTERPRISE RENT-A-CAR CO. INC.
EPITOME CAPITAL MANAGEMENT PTY. LTD.

ESTATE OF EDWARD W. PRICE, JR.
ETSY INC.
EVERSHEDS SUTHERLAND
EXDO EVENTS CENTER
EXPEDIA GROUP INC.
EXPO GROUP INC, THE
EXQUISITE SOUNDS ENTERTAINMENT
EY
EZCATER INC.
FACEBOOK
FAIRMONT AUSTIN LODGING
FALBASOFT CEZARY FALBA
FALKENSTEINER HOTELS & RESIDENCES
FATAL LTD.
FATCAT CODERS
FATTAL HOTELS LTD.
FEDEX CORP.
FEMALE QUOTIENT LLC, THE
FIBERMODE LTD.
FILMSUPPLY LLC

FINANCIAL TIMES GROUP LTD.
FINEXT CONFERENCE
FINGERPRINTJS INC.
FINNEGAN HENDERSON FARABOW GARRETT DUNNER LLP
FIRST CLASS VENDING INC.
FIXER.IO
FLIXEL INC.
FLONIGHTS LTD.
FLOWROUTE LLC
FLUXPO MEDIA
FLYDAY CONSULTANCY
FORKAST LTD.
FORTER INC.
FRAME.IO INC.
FREEMAN
FROMDAY-ONE BV
FRONTEND MASTERS
FSCOM LTD.
FUSION BOWLS
G&TP SWEDEN AB
GANDI SAS
GARTNER INC.
GEA LTD.
GECKO LABS PTE. LTD.
GECKO TECHNOLOGY PARTNERS LTD.
GEM
GETT INC.
GIFTAGRAM USA INC.
GILA DISHY LIFE COACH LLC
GITBOOK SAS
GITHUB INC.
GITKRAKEN
GK8 LTD.
GLOVO
GODADDY.COM
GOGO AIR INTERNATIONAL SARL
GOIN' POSTAL
GOOGLE ADS
GOOGLE CLOUD
GOOGLE FI

GOOGLE FIBER
GOOGLE LLC
GOOGLE PLAY
GOOGLE WORKSPACE
GOTOASSIST
GRAMMARLY INC.
GREYSCALEGORILLA
GRIT DAILY NEWS
GRUBHUB INC.
GUARDIANARC INTERNATIONAL LLC
H2PROD
HALBORN INC.
HAMPTON INN
HANAHAUS
HANDEL GROUP LLC
HARRIS-HARRIS GROUP LLC, THE
HARUKO LTD.
HATTRICKS TAVERN
HEADWAY WORKFORCE SOLUTIONS INC.
HEALTHY HORIZONS LTD.
HEATHROW EXPRESS OPERATING CO. LTD.
HEDGEGUARD
HELECLOUD LTD.
HELPSYSTEMS LLC
HENRIKSEN-BUTLER NEVADA LLC
HERTZ CORP.
HERZOG FOX & NEEMAN
HIGHLIGHT FILMS LTD.
HILTON WORLDWIDE HOLDINGS INC.
HIRERIGHT LLC
HMRC SHIPLEY
HOLLAND & KNIGHT LLP
HOME DEPOT INC., THE
HOOTSUITE INC.
HORASIS
HOTEL DA BAIXA PRATA LDA.
HOTEL MAJESTIC
HOTEL MIDTOWN ATLANTA
HOTELS.COM
HUDSON STANDARD, THE

HYATT HOTELS CORP.
HYSOLATE LTD.
I.A.M.L LTD.
IDEAL COMMUNICATIONS INC.
IDEMIA GROUP SAS
ILLUMITI CORP.
INCORPORATING SERVICES LTD.
INDIAN EAGLE
INFORMATION, THE
INFURA INC.
INGENIE LTD.
INNOVATICA LLC
INSIDE.COM INC.
INSIDER INC.
INSPERITY INC.
INSTACART
INTEGRATED SECURITY & COMMUNICATIONS INC.
INTELLIGO GROUP USA CORP.
INTERCONTINENTAL HOTEL GROUP PLC
INTERCONTINENTAL MIAMI
INTERTRUST NV
INTUIT INC.
INVESTANSWERS
IP-API
IPQUALITYSCORE
IST NY INC.
ITERABLE INC.
IVAN ON TECH ACADEMY
JACKSON LEWIS LLP
JAFFA HOTEL, THE
JAMS INC.
JARVIS LTD.
JB HUNT TRANSPORT SERVICES INC.
JETBLUE AIRWAYS CORP.
JETBRAINS SRO
JOBERTY TECHNOLOGIES
JOHN LEWIS & PARTNERS
JSC ROYAL FLIGHT AIRLINES
JULIET INTERNATIONAL LTD.
JUMPCUT 3D

JUNIPER OFFICE
JUNK MASTERZ LLC, THE
JUNKLUGGERS LLC, THE
JV ASSOCIATES INC.
K.F.6 PARTNERS LTD.
KAIRON LABS BV
KALC LLC
KANOO PAYS
KEEPER SECURITY
KENETIC TRADING LTD.
KERRY HOTEL HONGKONG
KEYFI INC.
KFORCE INC.
KILLIAN FIRM PC, THE
KIMPTON SURFCOMBER HOTEL
KINTSUGI, UNIPESSOAL LDA.
KNOBS BAC
KOHL'S
KORN FERRY
KRISPY KREME
KROLL ADVISORY LTD.
L&L MOVING STORAGE & TRUCKING LLC
LA MAISON FAVART
LAS VEGAS WINDOW TINTING
LATHAM
LAUNCHDARKLY
LAWN CARE
LAWNSTARTER
LEAA
LEFT HOUSE

LINE GROUP
LINKEDIN CORP.
LINKEDIN IRELAND UNLIMITED CO.
LITHIFY LTD.
LOCATE852
LOEWS HOTELS
LOGITECH
LOGSHERO LTD.
LOGZ.IO

LS FUTURE TECHNOLOGY AB
LUCIDCHART
LUCILLE'S SMOKEHOUSE BAR-B-QUE
LUFTHANSA DEUTSCHE
LUMEN
LUNAR SQUARES
LVC USA INC.
LYFT
MADISON LIQUIDATORS
MADREV LLC
MALTEGO TECHNOLOGIES
MAMBU TECH BV
MAMMOTH GROWTH LLC
MANDARIN ORIENTAL HOTEL
MANHATTAN BAGEL
MANZO'S SUITES
MAREN ALTMAN FZCO
MARIOS LOCKSMITH LTD.
MARRIOTT HOTELS & RESORTS
MARSH USA
MAXON CORP.
MAYAMI MEXICANTINA
MAZARS LLP
MAZARS LTD.
MCCARTHY TETRAULT LLP
MCLAGAN PARTNERS INC.
MCM 965
MDESIGN HOLDINGS LTD.
MEDIAONE PARTNERS
MELIO
MEMORISELY
METROPOL PALACE
MF PARTNERS LTD.
MFA NETWORK
MGM GRAND HOTEL LLC
MIAMI BEACH CONVENTION CENTER
MICHAEL PAGE INTERNATIONAL INC.
MICHAELS COS. INC., THE
MICROSOFT AZURE INC.
MICROSOFT CORP.

MILLION ROSES, THE
MINDS
MINUTEMAN PRESS INTERNATIONAL INC.
MIXED ANALYTICS
MIXPANEL INC.
MOMENTUM MEDIA GROUP
MONARCH BLOCKCHAIN CORP.
MONDAY.COM LTD.
MOO PRINT LTD.
MORALIS ACADEMY
MORRIS MANNING & MARTIN LLP
MOTION ARRAY
MOTION DESIGN SCHOOL CO.
MOVE 4 LESS LLC
MTA SPA
MUSIC 2 THE MAX
MVP WORKSHOP
MYERS-BRIGGS & CO. INC.
MYTHX
NAMECHEAP INC.
NATIONAL OFFICE INTERIORS & LIQUIDATORS
NATIONAL RAILROAD PASSENGER CORP.
NATIONWIDE MULTISTATE LICENSING SYSTEM & REGISTRY
NAVEX GLOBAL INC.
NBC UNIVERSAL
NECTER
NEVADA SIGN
NEW SPANISH RIDGE LLC
NEW YORK TIMES CO., THE
NEXT WEB EVENTS BV, THE
NEXTGENPROTECTION
NICE SYSTEMS UK LTD.
NICO SIGNS LTD.
NORDLAYER
NORDLOGIC SOFTWARE SRL
NORDSTROM INC.
NOSSAMAN LLP
NOTABILITY PARTNERS
NOTARIZE
NOTHING BUNDT CAKES

NURI
NUSOURCES
NYMAN LIBSON PAUL LLP
OAKDS INC.
OCEAN VIEW MARKETING INC.
OFFICE DEPOT
OFFICE MOVERS LAS VEGAS
OFFICE STAR B2B LTD.
OFFICESPACE SOFTWARE INC.
OFFICEVIBE
OKEX
ONCHAIN CUSTODIAN PTE. LTD.
ONFIDO
ONFIDO INC.
ONFIDO LTD.
OPTIMIZELY INC.
ORACLE CORP. UK LTD.
OTTER.AI
OVF CUSTOMER.IO LLC
PABXL
PACK & SEND
PADDLE
PAGLIARA ENTERTAINMENT ENTERPRISES LLC
PALANTIR SECURITY LTD.
PANASONIC AVIONICS CORP.
PANERA BREAD
PANORAYS LTD.
PAPAYA GLOBAL HK LTD.
PARK MGM LAS VEGAS
PARK PLAZA HOTELS
PARKLANE RESORT & SPA
PARTY CITY
PAXFUL INC.
PAYPLUS BY IRIS
PAYPLUS LTD.
PEAS RECRUITMENT LTD.
PENINSULA BUSINESS SERVICES LTD.
PHASE II BLOCK A SOUTH WATERFRONT FEE LLC
PHOTO BOOTH VENDING
PLAID INC.

PLURALSIGHT INC.
POLIHOUSE BOUTIQUE HOTEL
POLYRIZE SECURITY LTD.
PORTSWIGGER LTD.
POSTMAN INC.
POSTMATES INC.
PRACTISING LAW INSTITUTE INC.
INESHA PREMARATNE
PREMIER DUE DILIGENCE LLC
PREMIUM BEAT
PRESCIENT
PRG U.S. INC.
PRINT HOBOKEN LLC
PRINTFUL INC.
PRIORITY POWER
PRO BLOCKCHAIN MEDIA LLP
PROOF OF TALENT LLC
PROTECT OPERATIONS LTD.
PSE CONSULTING ENGINEERS INC.
PSJ KANARIS ENTERPRISES LTD.
PTI OFFICE FURNITURE
PUBLIBRANCO
PURE MARKETING GROUP CORP.
PURESSENCE LTD.
QUALITY INN & SUITES HOTEL
QUANTSTAMP INC.
QUOINE PTE. LTD.
RA VENUES AT CHURCHILL WAR ROOMS
RAILS TECH INC.
REAL VISION GROUP
REBECCA SWEETMAN CONSULTING LTD.
REDDIT INC.
REDK CRM SOLUTIONS LTD.
REFLECTIZ LTD.
REGUS MANAGEMENT GROUP LLC
REMARKABLE AS
RESIDENCE INN
RESOURCES GLOBAL PROFESSIONALS
RESTREAM.IO
RETOOL INC.

REVER NETWORKS INC.
RFO CONFERENCES ORGANIZING LLC
RINGCENTRAL INC.
RITZ-CARLTON
ROSEWOOD HOTEL & RESORTS LLC
ROTHSCHILD TLV
ROYAL MAIL PLC
ROYALTON HOTEL
SABANA LABS SL
SAFFRON INDIAN CUISINE
SAINT BITTS LLC
SAM'S CLUB
SAM'S LIMOUSINE & TRANSPORTATION INC.
SAP AMERICA INC.
SCHOEN LEGAL SEARCH
SCRAPERAPI
SEAMLESS
SECUREDOCS INC.
SECURITAS SECURITY SERVICES USA INC.
SEGMENT INC.
SELFRIDGES
SENDSAFELY
SENTRY
SEVIO FZC
SEWWHATANDWEAR
SHERATON HOTELS
SHUTTERS ON THE BEACH
SHUTTERSTOCK
SILHOUETTE BUILDING
SIMILARWEB INC.
SW PROPERTIES GENERAL CONSTRUCTION
SKETCH BV
SKEW LTD.
SLACK TECHNOLOGIES LLC
SLIDETEAM
SMALL POCKET VIDEO
SMART CITY NETWORKS LP
SMARTCONTRACT INC.
SMSF ASSOCIATION
SNOWFLAKE INC.

SO & SATO LAW OFFICE
SOHO BEACH HOUSE
SOLARWINDS
SONARSOURCE
SOUTH CITY KITCHEN
SOUTHWEST AIRLINES
SOVOS COMPLIANCE
SP VICE LTD.
SPEARS ELECTRIC
SPECTRUM
SPONSOR UNITED
SPORTSLTERNSHIP LLC
SPOTHERO
STANDARD RESTAURANT EQUIPMENT CO.
STAPLES
STARBUCKS
STATUSGATOR
STEPHANOS GREEK & MEDITERRANEAN GRILL
STUART TRACTE PHOTOGRAPHY
STUDIO VIDA
SUBLIME HQ PTY. LTD.
SUPERSONIC MOVERS LLC
SURETY SOLUTIONS
SWAG.COM
SWEPT CLEANING SERVICE OF AUSTIN
SWISS INTERNATIONAL AIR LINES LTD.
SXSW LLC
SYNAPSE FLORIDA
SYNDIC TRAVEL
TAAPI.IO SRO
TABLEAU SOFTWARE LLC
TALKING COCKTAILS
TAMPA PRINTER
TARGET CORP.
TASKRABBIT
TAXBIT INC.
TAYLOR WESSING LLP
TCL PUBLISHING LTD.
TEAMZ INC.
TEMBO EMBROIDERY & CUSTOM MERCHANDISE

TEN MANCHESTER STREET HOTEL
TENDERLY DOO
TET EVENTS LLC
THIMBLE INSURANCE
THOMSON REUTERS
THUNDERCLAP LLC
TITAN OFFICE FURNITURE LTD.
T-MOBILE US INC.
TOKENTALK LTD.
TOLL FREE FORWARDING
TOOLFARM
TOWERS WATSON LTD.
TRADE GROUP INC., THE
TRADINGVIEW INC.
TRANSUNION
TRASH CANS WAREHOUSE
TRD COMM
TRELLO INC.
TROVATA INC.
TRUSTPILOT INC.
TUBEBUDDY
TURKISH AIRLINES
TWENTY84 SOLUTIONS
TWILIO INC.
TWITTER INC.
UBER
UBER EATS
UDEMY INC.
ULINE INC.
UNBOUND TECH LTD.
UNIFIRE EXTINGUISHERS LTD.
UNITED AIRLINES
UNIVERSITY ARMS HOTEL
UNSTOPPABLE DOMAINS INC.
UPS
UPSTAGER CONSULTING INC.
URBANSTEMS INC.
USA STRONG INC.
USABILITYHUB PTY. LTD.
USASTRONG.IO

USPS
V3 DIGITAL LTD.
VALERE CAPITAL
VANGUARD CLEANING SYSTEMS OF LAS VEGAS
VARONIS SYSTEMS INC.
VCU BLOCKCHAIN
VERCEL INC.
VERIFIED FIRST LLC
VERIFYLNVESTORS.COM
VERIZON WIRELESS
VERT & BLANC ENTERPRISES LTD.
VIASAT INC.
VIRTRU CORP.
VIRTUAL BUSINESS SOURCE LTD.
VIRTUALLY HERE FOR YOU LTD.
VIVID EDGE MEDIA GROUP
VOLTA SYSTEMS GROUP
VOSKCOIN LLC
VSECNOW LTD.
WALGREENS BOOTS ALLIANCE INC.
WALL STREET JOURNAL
WALMART INC.
WARWICK HOTEL LTD.
WAYFAIR INC.
WCEF LLC
WEST COAST PURE WATER LLC
WESTCAP MANAGEMENT LLC
WHIRLING DERVISH PRODUCTIONS
WILDE APARTHOTELS
WINGS HOTEL, THE
WINTERMUTE TRADING LTD.
WOLT
WOLTERS KLUWER NV
WORKLAND
WORKSPACE MANAGEMENT LTD.
WORLD ECONOMIC FORUM
WP ENGINE INC.
WYNDHAM HOTELS & RESORTS INC.
WYNN LAS VEGAS
YELLOWGRID

YELLOWHEAD LTD.

YOUTUBE PREMIUM
ZAPIER.COM
ZEGANS LAW GROUP PILE, THE
ZENDESK INC.
ZEPLIN INC.
ZOHO CORP.
ZOOM VIDEO COMMUNICATIONS INC.
ZUBTITLE LLC
ZURAZ97 LTD.

## SCHEDULE 1(O)

## U.S. TRUSTEE PERSONNEL, JUDGES, AND COURT CONTACTS FOR THE SOUTHERN DISTRICT OF NEW YORK

VICTOR ABRIANO
SUSAN ARBEIT
LISA G. BECKERMAN
MARK BRUH
SHELLEY C. CHAPMAN
SHARA CORNELL
ROBERT D. DRAIN
JAMES GANNON
JAMES L. GARRITY, JR.
MARTIN GLENN
WILLIAM K. HARRINGTON
BENJAMIN J. HIGGINS
DAVID S. HIGGINS
DAVID S. JONES
NADKARNI JOSEPH
SEAN H. LANE
BRIAN S. MASUMOTO
ERCILIA A. MENDOZA
MARY V. MORONEY
CECELIA G. MORRIS
RICHARD C. MORRISSEY
ALABA OGUNLEYE
LINDA A. RIFFKIN
ILUSION RODRIGUEZ
ANDREA B. SCHWARTZ
PAUL K. SCHWARTZBERG
SHANNON SCOTT
SYLVESTER SHARP
TARA TIANTIAN
ANDY VELEZ-RIVERA
MADELEINE VESCOVACCI
ANNIE WELLS
MICHAEL E. WILES
GREG M. ZIPES