UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                                                       Case No.: 22-10964 (MG)

CELSIUS NETWORK LLC, et al.,                                              Chapter 11

                                                           Debtor s                Jointly Administered

-----------------------------------------------------------x

                                                                                                    Adversary Proceeding No.: _____

                                                        Plaintiff
                                           v.

                                                        Defendant

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Erica L. Kravchenko, to be admitted, ***pro hac vice***, to represent Keith Ryals, (the "Client") a creditor in the above referenced case ☑ adversary ☐ proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Southern District of Ohio, it is hereby

**ORDERED**, that Erica L. Kravchenko, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 19, 2022
       New York, New York                                                   /s/ Martin Glenn
                                                              CHIEF UNITED STATES BANKRUPTCY JUDGE