GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Proposed Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------
|                                               | x |                             |
| **In re**                                     | : | **Chapter 11**              |
|                                               | : |                             |
| **CELSIUS NETWORK, LLC,** *et al.,*[1]        | : | **Case No. 22-10964 (MG)**  |
|                                               | : |                             |
|                         **Debtors.**          | : | **(Jointly Administered)**  |
|                                               | x |                             |
-----------------------------------------------------------------

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Katherine Stadler of Godfrey & Kahn, S.C., hereby

appears in this matter on behalf of Fee Examiner, Christopher S. Sontchi. We respectfully request

that all papers, pleadings, correspondence, and other documents associated with this action be

directed to the undersigned counsel.

Dated this 19th day of October, 2022.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

GODFREY & KAHN
*Proposed Counsel for Fee Examiner*

By  */s/ Katherine Stadler*
    Katherine Stadler (NYSB #4938064)
    One East Main Street, Suite 500
    Madison, WI 53703
    Telephone: (608) 297-3911
    E-mail: kstadler@gklaw.com

28106715.1