FISHERBROYLES LLP
Carl D. Neff, Esq.
CSC Station
112 S. French Street
Wilmington, DE 19801

Thomas R. Walker, Esq.
945 East Paces Ferry Road, NE
Suite 2000
Atlanta, GA 30326

*Counsel for New Spanish Ridge, LLC,*
*MRK Spanish Ridge, LLC and PREH Spanish Ridge, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al., [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that FisherBroyles, LLP hereby submits this Notice of Appearance and Request for Services of Papers and, pursuant to 11 U.S.C §1109(b) and Rules 2002, 9007, and 9101 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), appears in the cases of the above-captioned debtors as counsel to New Spanish Ridge, LLC, MRK Spanish Ridge, LLC and PREH Spanish Ridge, LLC and requests that copies of all notices and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

pleadings given or required to be given and all papers served or required to be served in the above-captioned cases, be delivered to and served upon the counsel identified below at the following address. In addition, it is respectfully requested that pursuant to Rule 2002(g) of the Bankruptcy Rules, the following also be added to the Master Service List:

> Carl D. Neff, Esq.
> FisherBroyles, LLP
> CSC Station
> 112 South French Street
> Wilmington, DE 19801
> Telephone: (302) 482-4244
> Email: carl.neff@fisherbroyles.com
>
> -and-
>
> Thomas R. Walker, Esq.
> FisherBroyles, LLP
> 945 East Paces Ferry Road, NE
> Suite 2000
> Atlanta, GA 30326
> Telephone: (404) 728-1970
> Email: thomas.walker@fisherbroyles.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including, but not limited to, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, orders to show cause, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by United States overnight or electronic mail, facsimile, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that if any limited service lists are used in this proceeding, the undersigned requests inclusion thereon.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not constitute a submission by New Spanish Ridge, LLC, MRK Spanish Ridge, LLC and PREH Spanish Ridge, LLC to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed or construed to be a waiver or release of any of New Spanish Ridge, LLC, MRK Spanish Ridge, LLC and PREH Spanish Ridge, LLC's substantive or procedural rights, including, without limitation: (1) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (2) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related to this case; (3) the right to have the reference withdrawn by the United States District Court for the Southern District of New York in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court, or (4) other rights, claims, actions, defenses, setoffs, or recoupments to which New Spanish Ridge, LLC, MRK Spanish Ridge, LLC and PREH Spanish Ridge, LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

| Dated: October 19, 2022 | Respectfully submitted,<br><br>**FISHERBROYLES, LLP**<br><br>*/s/ Carl D. Neff*<br>Carl D. Neff (NY Bar No. 5057435)<br>CSC Station<br>112 South French Street<br>Wilmington, DE 19801<br>Telephone: (302) 482-4244 |

|  | Email: carl.neff@fisherbroyles.com<br><br>-and-<br><br>Thomas R. Walker, Esq.<br>945 East Paces Ferry Road, NE<br>Suite 2000<br>Atlanta, GA 30326<br>Telephone: (404) 728-1970<br>Email: thomas.walker@fisherbroyles.com<br><br>*Counsel for New Spanish Ridge, LLC,*<br>*MRK Spanish Ridge, LLC and PREH Spanish Ridge,*<br>*LLC* |
|---|---|