JENNER & BLOCK LLP
Catherine L. Steege (admitted *pro hac vice*)
Vincent E. Lazar
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350

Richard Levin
Kayvan Sadeghi
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600

*Proposed Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF REVISED PROPOSED ORDER**
**AUTHORIZING EXAMINER TO CONDUCT 2004 EXAMINATIONS**

PLEASE TAKE NOTICE that on September 29, 2022, Shoba Pillay, the Examiner in these chapter 11 cases, filed the *Examiner's Motion for an Order Authorizing the Examiner to Conduct 2004 Examinations* [Dkt. 963] (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that the Examiner hereby files a revised proposed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

*Order Approving Examiner's Motion for an Order Authorizing the Examiner to Conduct 2004 Examinations* ("**Revised Proposed Order**").

PLEASE TAKE FURTHER NOTICE that a comparison between the Revised Proposed Order and the proposed order attached to the Motion as Exhibit A is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that copies of the Motion, the Revised Proposed Order, and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: October 19, 2022                     Respectfully submitted,

                                              JENNER & BLOCK LLP

                                              By: /s/ *Vincent E. Lazar*
Catherine L. Steege (admitted *pro hac vice*)
Vincent E. Lazar
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
vlazar@jenner.com
csteege@jenner.com

Richard Levin
Kayvan Sadeghi
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
rlevin@jenner.com
ksadeghi@jenner.com

*Proposed Counsel to the Examiner*