# FIRST AMENDMENT TO MASTER SERVICES AGREEMENT ORDER #10
## BY AND BETWEEN
## CELSIUS CORE LLC
## & CORE SCIENTIFIC, INC.

This First Amendment ("Amendment"), including the terms and conditions hereunder, incorporates by reference the terms of the Master Services Agreement dated as of December 18, 2020 and Order #10 (collectively, the "Agreement") between Celsius Mining LLC (formerly Celsius Core LLC, hereinafter referred to as "Client") and Core Scientific, Inc., a Delaware corporation (hereinafter referred to as "Provider"), each a "Party" and collectively referred to as the "Parties".

Capitalized terms used in this Amendment but not defined have the meanings set for in Agreement.

**Hosting-Services Rate Definition** is hereby amended by replacing the existing Hosting-Services Rate Definition with the following**:**

| Deployment Month | Hosting-Services Rate: |
|---|---|
| SEP 2021 | USD $.0575/ KWh; USD $.06/Kwh after hosting month 12 |
| MAR 2022 | USD $.0593/ KWh; USD $.06/kwh after hosting month 12 |
| APR 2022 – DEC 2022 | USD $.0625/ KWh; USD $0.6/kwh after hosting month 12 |

Unless amended in this Amendment, all terms and conditions contained in the Agreement remain in effect; provided, however, that in the event of a conflict or inconsistency between a term contain in this Amendment and a term contained in the Agreement, the term contained in this Amendment prevails.

| **Core Scientific, Inc.** | **Celsius Mining LLC** |
|---|---|
| By: *Michael Trzupek* (DocuSigned) | By: *Roni Cohen Pavon* (DocuSigned) |
| Name: Michael Trzupek | Name: Roni Cohen Pavon |
| Title: CFO | Title: Chief Revenue Officer |
| Dated: 12/20/2021 | Dated: 12/18/2021 |