**To:** christy.barwick@celsius.network[christy.barwick@celsius.network]
**Cc:** 'Patrick Holert'[patrick.holert@celsius.network]; Ana Sweeney[asweeney@corescientific.com]; Taras Kulyk[tkulyk@corescientific.com]; Russell Cann[russell@corescientific.com]; Russell Cann[russell@corescientific.com]
**From:** Jeff Pratt[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT]
**Sent:** Mon 1/3/2022 12:00:15 PM (UTC-06:00)
**Subject:** RE: Rig Deployment - 2022

Christy,
Yes, that's fine.   Please include Russell and Taras.

We were going to reach out to you as well to validate the dates in the contract.   I think we all need to understand manufacturing month vs deployment month.  In between is shipping method and timing and customs processing and timing.
On a related note, did you see Cathay Pacific grounded their cargo fleet for 7 days?  Add to that the surging COVID numbers, non-existent commercial flights to/from Asia, and customs overload, we are also trying to clearly understand manufacturing, arrival, and deployment schedules.

We are still on holiday until tomorrow but let's get something on the books for Friday.

Thanks,
Jeff



**Jeff Pratt**

**Core Scientific**

**(425) 309-1790 (M)**

---

**From:** christy.barwick@celsius.network <christy.barwick@celsius.network>
**Sent:** Monday, January 3, 2022 9:55 AM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Cc:** 'Patrick Holert' <patrick.holert@celsius.network>
**Subject:** Rig Deployment - 2022

[EXTERNAL] Use caution when opening attachments or links.

Happy new year Jeff.  Are you available Friday for a call to discuss 2022 deployment schedule?  Please let me know if I should invite others.

Thank you,

Christy



**Christy Barwick, CFO**
**425.289.8651**
Celsius Mining

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2021 Celsius Network

221 River Street, 9th Floor
Hoboken, NJ 07030 USA

Registered as a Money Services Business (MSB) number 310000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.