**To:** Quinn Lawlor[quinn.lawlor@celsius.network]
**Cc:** Mitch Livingston[mlivingston@corescientific.com]; patrick.holert@celsius.network[patrick.holert@celsius.network]; christy.barwick@celsius.network[christy.barwick@celsius.network]; Jenny Ball[jenny.ball@celsius.network]; Client Success[client-success@corescientific.com]; Kevin Coker[kcoker@corescientific.com]; Matt Brown[mbrown@corescientific.com]; Kyle Buckett[kbuckett@corescientific.com]; Taras Kulyk[tkulyk@corescientific.com]
**From:** Jeff Pratt[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT]
**Sent:** Tue 11/23/2021 10:01:52 PM (UTC-06:00)
**Subject:** RE: Celsius Microbt follow up

Quinn,

Thanks for sending us the detail. What I am seeing is 19 different miner types vs the two in the original contract. We will need to get these all set up in Minder and then we will need to create the order and billing groups to receive units and asset tag them correctly.

This is not a small amount of work and we are closed from 11/25 to 11/28. We can commit to energizing the units, if the units received match this detail, by December 3rd.

We will also work with you in the future so that we can get this detail on future shipments before they start to arrive. Future deployments, even with this many miner types will be faster but this time we need and ask your patience as we create and define these miner types in Minder.

| Model | Th | Units | Watts | Total MW | EXW Date |
|---|---|---|---|---|---|
| M30S | 90 | 250 | 3,420 | 0.855 | 10/11/2021 |
| M30S | 86 | 250 | 3,268 | 0.817 | 10/11/2021 |
| M31S+ | 82 | 34 | 3,444 | 0.117 | 10/26/2021 |
| M31S+ | 80 | 74 | 3,360 | 0.249 | 10/26/2021 |
| M31S+ | 78 | 30 | 3,276 | 0.098 | 10/26/2021 |
| M31S+ | 76 | 5 | 3,192 | 0.016 | 10/26/2021 |
| M31S+ | 74 | 2 | 3,108 | 0.006 | 10/26/2021 |
| M31S+ | 84 | 7 | 3,528 | 0.025 | 10/28/2021 |
| M31S+ | 82 | 42 | 3,444 | 0.145 | 10/28/2021 |
| M31S+ | 80 | 132 | 3,360 | 0.444 | 10/28/2021 |
| M31S+ | 78 | 135 | 3,276 | 0.442 | 10/28/2021 |
| M31S+ | 76 | 6 | 3,192 | 0.019 | 10/28/2021 |
| M30S | 94 | 2 | 3,572 | 0.007 | 10/29/2021 |
| M30S | 92 | 53 | 3,496 | 0.185 | 10/29/2021 |
| M30S | 90 | 910 | 3,420 | 3.112 | 10/29/2021 |
| M30S | 88 | 40 | 3,344 | 0.134 | 10/29/2021 |
| M30S | 86 | 94 | 3,268 | 0.307 | 10/29/2021 |
| M30S | 84 | 179 | 3,192 | 0.571 | 10/29/2021 |
| M30S | 82 | 5 | 3,116 | 0.016 | 10/29/2021 |
| Total | | 2250 | | 7.6 | |

Regards,
Jeff

**From:** Quinn Lawlor <quinn.lawlor@celsius.network>
**Sent:** Tuesday, November 23, 2021 5:21 PM
**To:** Jeff Pratt <jpratt@corescientific.com>
**Cc:** Mitch Livingston <mlivingston@corescientific.com>; patrick.holert@celsius.network; christy.barwick@celsius.network; Jenny Ball <jenny.ball@celsius.network>; Client Success <client-success@corescientific.com>
**Subject:** Re: Celsius Microbt follow up

[EXTERNAL] Use caution when opening attachments or links.

Mitch, Jeff - See attached for requested info.

When can we expect to have these units online?

Thanks,
Quinn

On Tue, Nov 23, 2021 at 1:44 PM Jeff Pratt <jpratt@corescientific.com> wrote:
> To add to Mitch's note, official manufacturer spec power consumption rating of each different model are needed.



**Jeff Pratt**

**Core Scientific**

**(425) 309-1790 (M)**

**From:** Mitch Livingston <mlivingston@corescientific.com>
**Sent:** Tuesday, November 23, 2021 1:36 PM
**To:** patrick.holert@celsius.network
**Cc:** quinn.lawlor@celsius.network; christy.barwick@celsius.network; Jenny Ball <jenny.ball@celsius.network>; Client Success <client-success@corescientific.com>; Jeff Pratt <jpratt@corescientific.com>
**Subject:** Celsius Microbt follow up

Hi Patrick,

We have received:
175 - 84Ths
312 - 86Ths

29 - 88Ths
336 - 90Ths
2 - 94Ths
Total - 854 units

Please forward the breakdown of units from the invoice paid so we can validate what was received vs what is expected . We also need this information to create the orders to be able to deploy these units.

We need count by model type and spec power draw by model and ths model.

**Mitchell Livingston**

Client Success Manager

## Core Scientific
mlivingston@corescientific.com

(803) 422-4484

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2021 Celsius Network

221 River Street, 9th Floor
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

**Celsius Mining 2,250 October Batch MicroBT Deliveries**

| Model | w/th | Range |
|---|---|---|
| M30S | 38 | +/- 5% |
| M31S+ | 42 | +/- 5% |

| Rig | In Transit | Delivered | Total | Min TH | Max TH | W/th | Average Spec Watts | Min | Max |
|---|---|---|---|---|---|---|---|---|---|
| M31S+ | 467 | 0 | 467 | 74 | 82 | 42 | 3,276 | 3,112 | 3,440 |
| M30S | 929 | 854 | 1783 | 82 | 94 | 38 | 3,344 | 3,177 | 3,511 |
| **Total** | | | **2250** | | | | **7,492,244** | | |

| Model | TH | Spec | Min | Max |
|---|---|---|---|---|
| M30S | 82 | 3116 | 2,960 | 3,272 |
| M30S | 84 | 3192 | 3,032 | 3,352 |
| M30S | 86 | 3268 | 3,105 | 3,431 |
| M30S | 88 | 3344 | 3,177 | 3,511 |
| M30S | 90 | 3420 | 3,249 | 3,591 |
| M30S | 94 | 3572 | 3,393 | 3,751 |
| M31S+ | 74 | 3108 | 2,953 | 3,263 |
| M31S+ | 76 | 3192 | 3,032 | 3,352 |
| M31S+ | 78 | 3276 | 3,112 | 3,440 |
| M31S+ | 80 | 3360 | 3,192 | 3,528 |
| M31S+ | 82 | 3444 | 3,272 | 3,616 |

| Model | Th | Units | Watts | Total MW | EXW Date |
|---|---|---|---|---|---|
| M30S | 90 | 250 | 3,420 | 0.855 | 10/11/2021 |
| M30S | 86 | 250 | 3,268 | 0.817 | 10/11/2021 |
| M31S+ | 82 | 34 | 3,444 | 0.117 | 10/26/2021 |
| M31S+ | 80 | 74 | 3,360 | 0.249 | 10/26/2021 |
| M31S+ | 78 | 30 | 3,276 | 0.098 | 10/26/2021 |
| M31S+ | 76 | 5 | 3,192 | 0.016 | 10/26/2021 |
| M31S+ | 74 | 2 | 3,108 | 0.006 | 10/26/2021 |
| M31S+ | 84 | 7 | 3,528 | 0.025 | 10/28/2021 |
| M31S+ | 82 | 42 | 3,444 | 0.145 | 10/28/2021 |
| M31S+ | 80 | 132 | 3,360 | 0.444 | 10/28/2021 |
| M31S+ | 78 | 135 | 3,276 | 0.442 | 10/28/2021 |
| M31S+ | 76 | 6 | 3,192 | 0.019 | 10/28/2021 |
| M30S | 94 | 2 | 3,572 | 0.007 | 10/29/2021 |
| M30S | 92 | 53 | 3,496 | 0.185 | 10/29/2021 |
| M30S | 90 | 910 | 3,420 | 3.112 | 10/29/2021 |
| M30S | 88 | 40 | 3,344 | 0.134 | 10/29/2021 |
| M30S | 86 | 94 | 3,268 | 0.307 | 10/29/2021 |
| M30S | 84 | 179 | 3,192 | 0.571 | 10/29/2021 |
| M30S | 82 | 5 | 3,116 | 0.016 | 10/29/2021 |
| **Total** | | **2250** | | **7.6** | |

**Celsius Mining 2,250 October Batch MicroBT Deliveries**

| Model | w/th | Range |
|---|---|---|
| M30S | 38 | + / - 5% |
| M31S+ | 42 | + / - 5% |

| Rig | In Transit | Delivered | Total | Min TH | Max TH | W/th | Average Spec Watts | Min | Max |
|---|---|---|---|---|---|---|---|---|---|
| M31S+ | 467 | 0 | 467 | 74 | 82 | 42 | 3,276 | 3,112 | 3,440 |
| M30S | 929 | 854 | 1783 | 82 | 94 | 38 | 3,344 | 3,177 | 3,511 |
| Total | | | 2250 | | | | 7,492,244 | | |

| Model | TH | Spec | Min | Max |
|---|---|---|---|---|
| M30S | 82 | 3116 | 2,960 | 3,272 |
| M30S | 84 | 3192 | 3,032 | 3,352 |
| M30S | 86 | 3268 | 3,105 | 3,431 |
| M30S | 88 | 3344 | 3,177 | 3,511 |
| M30S | 90 | 3420 | 3,249 | 3,591 |
| M30S | 94 | 3572 | 3,393 | 3,751 |
| M31S+ | 74 | 3108 | 2,953 | 3,263 |
| M31S+ | 76 | 3192 | 3,032 | 3,352 |
| M31S+ | 78 | 3276 | 3,112 | 3,440 |
| M31S+ | 80 | 3360 | 3,192 | 3,528 |
| M31S+ | 82 | 3444 | 3,272 | 3,616 |

| Model | Th | Units | Watts | Total MW | EXW Date |
|---|---|---|---|---|---|
| M30S | 90 | 250 | 3,420 | 0.855 | 10/11/2021 |
| M30S | 86 | 250 | 3,268 | 0.817 | 10/11/2021 |
| M31S+ | 82 | 34 | 3,444 | 0.117 | 10/26/2021 |
| M31S+ | 80 | 74 | 3,360 | 0.249 | 10/26/2021 |
| M31S+ | 78 | 30 | 3,276 | 0.098 | 10/26/2021 |
| M31S+ | 76 | 5 | 3,192 | 0.016 | 10/26/2021 |
| M31S+ | 74 | 2 | 3,108 | 0.006 | 10/26/2021 |
| M31S+ | 84 | 7 | 3,528 | 0.025 | 10/28/2021 |
| M31S+ | 82 | 42 | 3,444 | 0.145 | 10/28/2021 |
| M31S+ | 80 | 132 | 3,360 | 0.444 | 10/28/2021 |
| M31S+ | 78 | 135 | 3,276 | 0.442 | 10/28/2021 |
| M31S+ | 76 | 6 | 3,192 | 0.019 | 10/28/2021 |
| M30S | 94 | 2 | 3,572 | 0.007 | 10/29/2021 |
| M30S | 92 | 53 | 3,496 | 0.185 | 10/29/2021 |
| M30S | 90 | 910 | 3,420 | 3.112 | 10/29/2021 |
| M30S | 88 | 40 | 3,344 | 0.134 | 10/29/2021 |
| M30S | 86 | 94 | 3,268 | 0.307 | 10/29/2021 |
| M30S | 84 | 179 | 3,192 | 0.571 | 10/29/2021 |
| M30S | 82 | 5 | 3,116 | 0.016 | 10/29/2021 |
| Total | | 2250 | | 7.6 | |