| | |
|---|---|
| **From:** | Lesa Lamberson |
| **To:** | Jeffory G Scioli; Shauna Kowalczik |
| **Cc:** | Harsh Patel |
| **Subject:** | Re: GRAND FORKS, ND SHIP SCHEDULE |
| **Date:** | Tuesday, June 22, 2021 8:59:11 AM |
| **Attachments:** | image001.png |

Thank you Jeff, I am just trying to get our schedule nailed down for all the other items that we have to have to go with the Switchgear.

---

**From:** Jeffory G Scioli <Jeffory.Scioli@svesupply.com>
**Sent:** Monday, June 21, 2021 4:06 PM
**To:** Lesa Lamberson <llamberson@corescientific.com>; Shauna Kowalczik <Shauna.Kowalczik@svesupply.com>
**Cc:** Harsh Patel <hpatel@corescientific.com>
**Subject:** RE: GRAND FORKS, ND SHIP SCHEDULE

Hi Lesa,
I wanted to let you know we tried to push for better days and they are still trying, but as of right now this is the best we have.  The world is a disaster currently in trying to secure product.

I am sure all gear manufactures are in the same boat or worse – We will continue to push for better dates..

**Thank you,**

**Jeff Scioli**

Manager
**Sun Valley Electric**
**Las Vegas | Salt Lake City**
**Direct: 702-740-0036 | Cell: 702-325-3770 | Office: 702-649-7160 |  Fax: 702-597-5054**
*** *Ask me how you can be sitting in Cabo in October!!*** *

---

**From:** Lesa Lamberson <llamberson@corescientific.com>
**Sent:** Monday, June 21, 2021 1:05 PM
**To:** Shauna Kowalczik <Shauna.Kowalczik@svesupply.com>
**Cc:** Harsh Patel <hpatel@corescientific.com>; Jeffory G Scioli <Jeffory.Scioli@svesupply.com>
**Subject:** Re: GRAND FORKS, ND SHIP SCHEDULE

I thought it was 45 working days, this is 90 days. Harsh will this work for ND?

---

**From:** Shauna Kowalczik <Shauna.Kowalczik@svesupply.com>
**Sent:** Monday, June 21, 2021 4:01 PM
**To:** Lesa Lamberson <llamberson@corescientific.com>

**Cc:** Harsh Patel <hpatel@corescientific.com>; Jeffory G Scioli <Jeffory.Scioli@svesupply.com>
**Subject:** GRAND FORKS, ND SHIP SCHEDULE

[EXTERNAL] Use caution when opening attachments or links.

Good afternoon,

Please see the attached ship schedule.

Thank you,
Shauna Kowalczik
Projects Dept Manager
Sun Valley Electric
(702) 649-7160



**<span style="color:green">\*\*All ship dates are estimates and subject to availability at time order is processed by SVE and with the mfg.\*\*</span>**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.