| | |
|---|---|
| From: | Lesa Lamberson |
| To: | Garry Fife; Harsh Patel |
| Subject: | Project update |
| Date: | Friday, July 23, 2021 11:39:38 AM |
| Attachments: | Outlook-go240hjg.png |

| Projects Tracking | DNN3 142MW | MBL 20MW Expansion | CAL 25MW Expansion | ND 100MW |
|---|---|---|---|---|
| Transformers | Complete, requested refund for freight issue | All on site | All on site | 8 deliverd; now 6 units arriving 7/29<br>6@7/19<br>6@7/26<br>5@8/2<br>6@8/9<br>6@8/16<br>10@9/6 |
| Switchgears | 48 delivered; 8 arriving 7/26; 8 on 8/5; 8 on 8/10 | All on site | All on site | shipping 3 per day from 8/9 to 9/2 |
| PDUs | 1640 on site<br>965 will arrive 7/29/21 | All on site | All on site | 960 @8/27<br>544 @9/24 |
| Foamboards | 4 buildings remaining on 8/10, took 5 pallets this week form Marble | on site | shipped 6 pallets from MBL 8/10/21 | contractor handling |
| Power Cords | 3500 on site;<br>6500 arrived 7/23;I have not verified count<br>16000 on 8/4;<br>18000 on 8/10<br>15000 on 10/8 | | | 8/17 13,500 9/1 24,500 |
| Filters | 5 buildings d'd 8/15 another | on site | 7/15/2021 1600 7/28 1600 | 8/15/2021 |

Sincerely
Lesa Lamberson
615-708-1319
Fax 1-425-974-7914
PURCHASING MANAGER



*CORE SCIENTIFIC INC*
*Corp address*
*2800 Northup Way Ste 220*
*Bellevue WA 98004*
*425-998-5300*

**Core Scientific NC**
**155 Palmer Ln**
**Marble NC 28905**
**Core Scientific  GA**
**2205 Industrial South Rd**

Dalton, GA  30721
 **Core Scientific GA 3**
**206 Boring Drive**
**Dalton GA 30721**
 Core Scientific  KY
1035 Shar-Cal Rd
Calvert City KY 42029
**Core Scientific ND**
**5601 11th Ave. S,**
**GRAND FORKS ND 58201**
**Core Scientific TX1**
 8161 Jim Cristal Rd
Denton TX 76207