**To:** Harsh Patel[hpatel@corescientific.com]
**From:** Shawn Voeller[Shawn.Voeller@icsgf.us]
**Sent:** Tue 9/14/2021 1:31:26 PM (UTC-05:00)
**Subject:** FW: Core Scientific - Dampers

22-10964-mg    Doc 1141-8    Filed 10/19/22    Entered 10/19/22 21:48:18    Exhibit H
Pg 1 of 2

[EXTERNAL] Use caution when opening attachments or links.

Harsh – I was also hoping to discuss further on tomorrows call.  As you can see below, Greenheck is standing by these dates.  Evidently they had an aluminum shortage around the same time the PO was given to them.

We are currently framing in the openings and Custome Aire will proceed with installing the hoods and birdscreens.
We are removing all the spray insulation, making most of the cuts of the siding but leaving it in place while we do the damper opening framing.  This way we are keeping the building as enclosed as possible.  The siding can come off quickly.

The dampers, as they arrive, can be installed from the inside.  So, Custom Aire will also continue ahead of the dampers with installing the hoods and birdscreens.

If we need to temporary enclose any openings due to weather conditions, we will do so with either poly or plywood.

Does this plan seem acceptable?


**From:** Jim Fristad <JimF@lunseth.com>
**Sent:** Monday, September 13, 2021 7:48 PM
**To:** Shawn Voeller <Shawn.Voeller@icsgf.us>
**Subject:** Core Scientific

Shawn;

I got some updated shipping info this afternoon from Greenheck.  They say they will try to get dedicated trucks to try to speed up the '*in transit*' time.  In the meantime, Custom Aire will work on getting the hoods and birdscreens installed so you can proceed with getting the wall openings done.

| | | |
|---|---|---|
| 8578799(1) | Core Scientific Dampers (MOD-3, qty 20) | 68958 |
| 8578799(2) | Core Scientific Dampers (MOD-3, qty 20) | 68958 |
| 8578799(3) | Core Scientific Dampers (MOD-3, qty 20) | 68958 |
| 8578799(4) | Core Scientific Dampers (MOD-3, qty 20) | 68958 |
| 8578799(5) | Core Scientific Dampers (MOD-3, qty 19) | 68958 |
| 8578838(1) | Core Scientific Dampers (MOD-1, qty 36) | 68959 |
| 8578838(2) | Core Scientific Dampers (MOD-1, qty 36, MOD-2, qty 26) | 68959 |
| 8578838(4) | Core Scientific Dampers (MOD-2, qty 26) | 68959 |

I have to admit, I don't fully understand what happened with this order.  Greenheck is saying that the size of the order caught them without enough aluminum extrusions, then an aluminum shortage is causing them delays.  Somehow this doesn't seem to ring true.  I thought Harsh had talked to them enough so that they understood the magnitude of the future order.  We sent our purchase order to the supplier on July 13th, so they had it long ago.  We may never know the truth.

I apologize but I don't know what else we can do.  At least the exterior work can proceed.  If we get terribly severe weather before all the dampers get installed, maybe the uncompleted openings can be covered with poly to at least keep the wind out.

Jim

**Proud to be employee owned! Apply here.**