**To:** Richard Lynn Lynn[rlynn@lynncriticalinfrastructure.com]; Harsh_Patel[hpatel@corescientific.com]; Lesa Lamberson[llamberson@corescientific.com]
**From:** Shamel Bersiek[sam@trilogycorp.com]
**Sent:** Wed 11/10/2021 7:58:35 PM (UTC-06:00)
**Subject:** PDU AIR TRACKING 20211111.xlsx
PDU AIR TRACKING 20211111.xlsx

[EXTERNAL] Use caution when opening attachments or links.

Thank you

Sam Bersiek



Direct: 949.535.3001
Cell: 949.678.1515
Email: sam@trilogycorp.com
Website: http://trilogycorp.com
California | Nevada | Sweden | Dubai

CONFIDENTIALITY NOTICE: This communication and any documents, files or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use or disclosure of such information is strictly prohibited pursuant to 18 USCA 2511 and any applicable laws. If you are not the intended recipient, or have received this communication in error, please notify the sender immediately by reply email and delete all copies of this communication, including attachments, without reading them or saving them to disk.

| | | | | | PDU AIR STATUS | Nov. 11,2021 |
|---|---|---|---|---|---|---|
| | shpt | Ctn # | Shpt Qty | Courier | Tracking No.# | Status | Delivery Time |
| 1 | 1st | 1-14 | 14pcs | TNT | 988744703 | Custom release, waiting for delivery | 11-Nov-21 |
| 6 | 2nd | 1-14 | 14pcs | TNT | 989189401 | in transit, partial delivered | 11-Nov-21 |
| 8 | 2nd | 19-22 | 4pcs | FedEx | 285662921723 | IN TRANSIT SENNAN-SHI, JP | 11-Nov-21 |
| 9 | 2nd | 23-26 | 4pcs | FedEx | 285663027024 | IN TRANSIT International shipment release MEMPHIS, TN | 11-Nov-21 |
| 10 | 2nd | 27-30 | 4pcs | FedEx | 285663140263 | IN TRANSIT SENNAN-SHI, JP | Pending |
| 11 | 3rd | 1-14 | 14pcs | TNT | 989824028 | Shipment In transit Sennan | 16-Nov-21 |
| 12 | 3rd | 15-18 | 4pcs | FedEx | 285744681334 | IN TRANSIT SENNAN-SHI, JP | Pending |
| 13 | 3rd | 19-22 | 4pcs | FedEx | 285744720232 | IN TRANSIT SENNAN-SHI, JP | Pending |
| 14 | 3rd | 23-26 | 4pcs | FedEx | 285744805853 | IN TRANSIT At local FedEx facility SHANGHAI, CN | Pending |
| 15 | 3rd | 27-30 | 4pcs | FedEx | 285744840693 | IN TRANSIT SENNAN-SHI, JP | Pending |
| 2 | 1st | 15-18 | 4pcs | FedEx | 285619757615 | 3pcs delivered; 1pc pending | partial delivered 11 November 2021 |
| 3 | 1st | 19-22 | 4pcs | FedEx | 285619940340 | 2pcs delivered; 2pc pending | partial delivered 11 November 2021 |
| 4 | 1st | 23-26 | 4pcs | FedEx | 285620099936 | 1pcs delivered; 3pc pending | partial delivered 11 November 2021 |
| 5 | 1st | 27-30 | 4pcs | FedEx | 285620305334 | Delivered | 8-Nov-21 |
| 7 | 2nd | 15-18 | 4pcs | FedEx | 285662766789 | Delivered | 9-Nov-21 |