| | |
|---|---|
| **From:** | Rodgers, Amber N. |
| **To:** | Steinkamp, Michael; Hurst, Rhonda; Kelsey Gallagher; Maldonado, Karina; Chris Wigginton; Plato, Robert W. |
| **Cc:** | Naulty, Terry; Zagurski, Hayley; Arpaia, Chris; Jeff Sears; Austin, Zach; Klekar, Eric; Joe Madrid |
| **Subject:** | RE: Core Scientific Data Center/Temporary Data Computers Operating |
| **Date:** | Friday, January 28, 2022 9:50:39 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | 2110-0474 - South Site permit.pdf |
| | 2112-0523 South Bldg A.pdf |
| | 2112-0525 South Bldg B.pdf |
| | 2112-0526 South Building C.pdf |
| | 2112-0527 South Bldg D.pdf |
| | 2112-0531 South Guard Station.pdf |
| | 2112-0530 South Tech Bldg.pdf |

Please see attached. There is a main building permit for the overall site, and then there is a permit for each building so inspections can be called in accordingly.

Please let me know if you have any question!

**Amber Rodgers**
Assistant Building Official of Permitting Services
Department of Development Services | Building Safety
401 N Elm St
Denton, Texas 76201
Office: (940) 349-8934 | Fax: (940) 349-7208
www.cityofdenton.com



**From:** Steinkamp, Michael <MSteinkamp@McCarthy.com>
**Sent:** Thursday, January 27, 2022 5:05 PM
**To:** Hurst, Rhonda <Rhonda.Hurst@cityofdenton.com>; Kelsey Gallagher <kgallagher@corescientific.com>; Maldonado, Karina <Karina.Maldonado@cityofdenton.com>; Chris Wigginton <cwigginton@corescientific.com>; Plato, Robert W. <Robert.Plato@cityofdenton.com>
**Cc:** Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>; Naulty, Terry <Terrance.Naulty@cityofdenton.com>; Zagurski, Hayley <Hayley.Zagurski@cityofdenton.com>; Arpaia, Chris <CArpaia@McCarthy.com>; Jeff Sears <jsears@tnpinc.com>; Austin, Zach <ZAustin@mccarthy.com>; Klekar, Eric <EKlekar@mccarthy.com>; Joe Madrid <jmadrid@tnpinc.com>
**Subject:** RE: Core Scientific Data Center/Temporary Data Computers Operating

Good afternoon.  There are other correspondences floating around on other subjects, but I wanted to respond to this one directly.  Shortly after 3:00 PM CST this afternoon, the last payment was

made.  I was informed Amber or Robert will be issuing the building permit for the South site via email.

Please keep us informed at your earliest convenience.

Regards,

M. Steinkamp

---

**From:** Hurst, Rhonda <Rhonda.Hurst@cityofdenton.com>
**Sent:** Thursday, January 27, 2022 8:52 AM
**To:** Kelsey Gallagher <kgallagher@corescientific.com>; Maldonado, Karina <Karina.Maldonado@cityofdenton.com>; Chris Wigginton <cwigginton@corescientific.com>; Steinkamp, Michael <MSteinkamp@mccarthy.com>; Plato, Robert W. <Robert.Plato@cityofdenton.com>
**Cc:** Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>; Naulty, Terry <Terrance.Naulty@cityofdenton.com>; Zagurski, Hayley <Hayley.Zagurski@cityofdenton.com>; Arpaia, Chris <CArpaia@McCarthy.com>; Jeff Sears <jsears@tnpinc.com>; Austin, Zach <ZAustin@mccarthy.com>; Klekar, Eric <EKlekar@mccarthy.com>; Joe Madrid <jmadrid@tnpinc.com>
**Subject:** RE: Core Scientific Data Center/Temporary Data Computers Operating

Kelsey,

Rob Plato will be issuing the notice to proceed to release the building permits.  This should happen today once the payment is received.

**Rhonda Hurst, CFM** | Development Project Facilitator
Department of Development Services
Office: (940) 349-7783 | Fax: (940) 349-7208
401 N. Elm Street, Denton, TX 76201 **(Note: We have moved.)**
www.cityofdenton.com



*Your feedback is valuable in helping our service. Please take a few minutes to fill out a brief survey to let us know how we can continue to improve the City's Development Process here.*

---

**From:** Kelsey Gallagher <kgallagher@corescientific.com>
**Sent:** Thursday, January 27, 2022 8:11 AM
**To:** Maldonado, Karina <Karina.Maldonado@cityofdenton.com>; Chris Wigginton <cwigginton@corescientific.com>; Steinkamp, Michael <MSteinkamp@McCarthy.com>

**Cc:** Hurst, Rhonda <Rhonda.Hurst@cityofdenton.com>; Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>; Naulty, Terry <Terrance.Naulty@cityofdenton.com>; Zagurski, Hayley <Hayley.Zagurski@cityofdenton.com>; Arpaia, Chris <CArpaia@McCarthy.com>; Jeff Sears <jsears@tnpinc.com>; Austin, Zach <ZAustin@McCarthy.com>; Klekar, Eric <EKlekar@McCarthy.com>; Joe Madrid <jmadrid@tnpinc.com>
**Subject:** RE: Core Scientific Data Center/Temporary Data Computers Operating

Karina,

My understanding is that the AntBoxes are separate from the actual building permit. Can you please release the Building permit so that our trades can call for inspection on all of our UG as agreed yesterday on the Precon? All parties agreed that this project is approved and the only pending item was the final Public Works fee which is being submitted this morning.

Thank you!


**KELSEY GALLAGHER**
SVP, FACILITIES & CONSTRUCTION
**Core Scientific**
**(619) 954-9556**

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message. Thank you.

---

**From:** Maldonado, Karina <Karina.Maldonado@cityofdenton.com>
**Sent:** Thursday, January 27, 2022 7:39 AM
**To:** Chris Wigginton <cwigginton@corescientific.com>; Steinkamp, Michael <MSteinkamp@McCarthy.com>; Kelsey Gallagher <kgallagher@corescientific.com>
**Cc:** Hurst, Rhonda <Rhonda.Hurst@cityofdenton.com>; Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>; Zagurski, Hayley <Hayley.Zagurski@cityofdenton.com>; Arpaia, Chris <CArpaia@McCarthy.com>; Jeff Sears <jsears@tnpinc.com>; Austin, Zach <ZAustin@McCarthy.com>; Klekar, Eric <EKlekar@McCarthy.com>; Joe Madrid <jmadrid@tnpinc.com>
**Subject:** Re: Core Scientific Data Center/Temporary Data Computers Operating

[EXTERNAL] Use caution when opening attachments or links.

Please upload the updated plans to the permit associated with the temporary ANT boxes.

Karina Maldonado

Associate Planner
Department of Development Services | Planning Division

---

**From:** Chris Wigginton <cwigginton@corescientific.com>
**Sent:** Thursday, January 27, 2022 7:17:21 AM
**To:** Maldonado, Karina <Karina.Maldonado@cityofdenton.com>; Steinkamp, Michael <MSteinkamp@McCarthy.com>; Kelsey Gallagher <kgallagher@corescientific.com>
**Cc:** Hurst, Rhonda <Rhonda.Hurst@cityofdenton.com>; Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>; Zagurski, Hayley <Hayley.Zagurski@cityofdenton.com>; Arpaia, Chris <CArpaia@McCarthy.com>; Jeff Sears <jsears@tnpinc.com>; Austin, Zach <ZAustin@McCarthy.com>; Klekar, Eric <EKlekar@McCarthy.com>; Joe Madrid <jmadrid@tnpinc.com>
**Subject:** RE: Core Scientific Data Center/Temporary Data Computers Operating

Good Morning

Thank you for your guidance on this permit. The Landscape Plans have been altered for the Southern site to move proposed tree plantings around to accommodate the location of the ANT boxes.  What is our next step to get the permit released?

Thanks



**CHRIS WIGGINTON**
PROJECT MANAGER
**Core Scientific**
**(817) 575-7348**

---

**From:** Maldonado, Karina <Karina.Maldonado@cityofdenton.com>
**Sent:** Wednesday, December 29, 2021 12:27 PM
**To:** Steinkamp, Michael <MSteinkamp@McCarthy.com>
**Cc:** Hurst, Rhonda <Rhonda.Hurst@cityofdenton.com>; Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>; Zagurski, Hayley <Hayley.Zagurski@cityofdenton.com>; Arpaia, Chris <CArpaia@McCarthy.com>; Jeff Sears <jsears@tnpinc.com>; Austin, Zach <ZAustin@McCarthy.com>; Klekar, Eric <EKlekar@McCarthy.com>; Joe Madrid <jmadrid@tnpinc.com>
**Subject:** RE: Core Scientific Data Center/Temporary Data Computers Operating

Good Afternoon –

It looks like we can issue a temporary permit for the ANT boxes while Building A is being

constructed.. However, the location proposed appears to conflict with required landscape plantings. Since the temporary facilities have the potential to remain between the phasing of each building, we are requesting that the Landscape Plan be altered for the Southern site to move proposed tree plantings around to accommodate the location of the ANT boxes. I've copied the Project Engineer and Landscape Architect for this project so they are aware of the change.

This will not hold up the already approved applications as we can resolve this with the final permits. Jeff & Joe, you're welcome to give me a call or I can set one up at a time that works best to go over the requested changes. Let me know what works best for y'all.

**Karina E Maldonado**
Associate Planner
Department of Development Services, Planning Division


**From:** Steinkamp, Michael <MSteinkamp@McCarthy.com>
**Sent:** Tuesday, December 28, 2021 9:19 AM
**To:** Maldonado, Karina <Karina.Maldonado@cityofdenton.com>
**Cc:** Hurst, Rhonda <Rhonda.Hurst@cityofdenton.com>; Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>; Zagurski, Hayley <Hayley.Zagurski@cityofdenton.com>; Arpaia, Chris <CArpaia@McCarthy.com>; Austin, Zach <ZAustin@mccarthy.com>; Klekar, Eric <EKlekar@mccarthy.com>
**Subject:** RE: Core Scientific Data Center/Temporary Data Computers Operating

I appreciate the follow up and quick response. If we need to meet onsite with DME to go over anything, McCarthy would be happy to do so, let us know.

Have a good day.

Regards,

M. Steinkamp

**From:** Maldonado, Karina <Karina.Maldonado@cityofdenton.com>
**Sent:** Tuesday, December 28, 2021 9:17 AM
**To:** Steinkamp, Michael <MSteinkamp@McCarthy.com>
**Cc:** Hurst, Rhonda <Rhonda.Hurst@cityofdenton.com>; Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>; Zagurski, Hayley <Hayley.Zagurski@cityofdenton.com>; Arpaia, Chris <CArpaia@McCarthy.com>; Austin, Zach <ZAustin@mccarthy.com>; Klekar, Eric <EKlekar@mccarthy.com>
**Subject:** RE: Core Scientific Data Center/Temporary Data Computers Operating

Good Morning Michael –

We discussed internally within Planning and are meeting this week with DME first before circling

back to you. Sorry for the delay! The holidays are making it difficult to schedule meetings.

**Karina E Maldonado**
Associate Planner
Department of Development Services, Planning Division

---

**From:** Steinkamp, Michael <MSteinkamp@McCarthy.com>
**Sent:** Tuesday, December 28, 2021 9:12 AM
**To:** Maldonado, Karina <Karina.Maldonado@cityofdenton.com>
**Cc:** Hurst, Rhonda <Rhonda.Hurst@cityofdenton.com>; Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>; Zagurski, Hayley <Hayley.Zagurski@cityofdenton.com>; Arpaia, Chris <CArpaia@McCarthy.com>; Austin, Zach <ZAustin@mccarthy.com>; Klekar, Eric <EKlekar@mccarthy.com>
**Subject:** RE: Core Scientific Data Center/Temporary Data Computers Operating

Karina,

Good morning, hope you had a good holiday weekend. I wanted to follow up from our conversation a week ago to see if there has been any progress with your Director of Development on the temporary use permit from the subject below? If another call needs to be scheduled or you need additional information, please let me know. Please keep us posted.

Regards,

M. Steinkamp

-----Original Appointment-----
**From:** Steinkamp, Michael
**Sent:** Tuesday, December 21, 2021 2:28 PM
**To:** Maldonado, Karina
**Cc:** Hurst, Rhonda; Rodgers, Amber N.; Zagurski, Hayley
**Subject:** Core Scientific Data Center/Temporary Data Computers Operating
**When:** Tuesday, December 21, 2021 4:00 PM-4:30 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Microsoft Teams Meeting

---

# Microsoft Teams meeting

**Join on your computer or mobile app**
**Click here to join the meeting**

**Join with a video conferencing device**

235457878@t.plcm.vc
Video Conference ID: 114 618 228 0
Alternate VTC instructions

**Or call in (audio only)**

+1 636-251-6401,,859698274# United States, St. Charles

Phone Conference ID: 859 698 274#
Find a local number | Reset PIN

Learn More | Meeting options

_____

**From:** Maldonado, Karina <Karina.Maldonado@cityofdenton.com>
**Sent:** Tuesday, December 21, 2021 1:18 PM
**To:** Steinkamp, Michael <MSteinkamp@McCarthy.com>
**Cc:** Hurst, Rhonda <Rhonda.Hurst@cityofdenton.com>; Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>; Zagurski, Hayley <Hayley.Zagurski@cityofdenton.com>
**Subject:** RE: Core Scientific Data Center/Temporary Data Computers Operating

Mr. Steinkamp,

Could you provide some additional information regarding the proposal? More information is needed. I'm about to jump on a call but I'm available at 4pm if that works for you.

**Karina E Maldonado**
Associate Planner
Department of Development Services, Planning Division
401 N Elm Street
Denton, Texas 76201
Office: (940) 349-8176
www.cityofdenton.com



Please help us improve your service by taking a 2 minute survey.

**From:** Rodgers, Amber N.
**Sent:** Tuesday, December 21, 2021 11:18 AM
**To:** Maldonado, Karina <Karina.Maldonado@cityofdenton.com>
**Subject:** RE: Core Scientific Data Center/Temporary Data Computers Operating

This is the site plan he provided.

---

**From:** Maldonado, Karina
**Sent:** Tuesday, December 21, 2021 10:06 AM
**To:** Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>
**Subject:** RE: Core Scientific Data Center/Temporary Data Computers Operating

What is meant by the highlighted statement? Are they now proposing individual pods? I would need to consult with Tina if they are because it would contradict the use determination we made for warehousing. It would also impact the approved Landscape Plan.

**Karina E Maldonado**
Associate Planner
Department of Development Services, Planning Division

---

**From:** Rodgers, Amber N.
**Sent:** Tuesday, December 21, 2021 9:36 AM
**To:** Maldonado, Karina <Karina.Maldonado@cityofdenton.com>
**Subject:** FW: Core Scientific Data Center/Temporary Data Computers Operating

Any issues with them having a temporary operation?

AR

---

**From:** Steinkamp, Michael <MSteinkamp@McCarthy.com>
**Sent:** Monday, December 20, 2021 12:54 PM
**To:** Hurst, Rhonda <Rhonda.Hurst@cityofdenton.com>; Rodgers, Amber N. <Amber.Rodgers@cityofdenton.com>; Frazier, Carrie <Carrie.Frazier@cityofdenton.com>
**Cc:** Arpaia, Chris <CArpaia@McCarthy.com>; Austin, Zach <ZAustin@mccarthy.com>; Alvarez, Marc <MAlvarez@McCarthy.com>
**Subject:** Core Scientific Data Center/Temporary Data Computers Operating

> This message has originated from an **External Source**. Please be cautious regarding links and attachments.

City of Denton,

Good afternoon. Not sure if I have the correct individual(s) on this correspondence with the City of Denton (CoD), but I wanted to reach out to get the conversation going and if I am not contacting the correct individual, could you guide me in that direction? Ownership on the Core Scientific Data Center is looking into having 36 to 39 temporary data computer's operating during the timeline of construction and with that being said, I wanted to see if the CoD has any permitting requirements on this? Attached is a preliminary layout of the temporary operation to give you some insight, but with this engaging quickly, wanted to reach out to see what requirements you hold from a permitting

standpoint.

Addition to this, wanted to see if it would be beneficial for us all to hold a call to get to know one another, understand all individuals at play/communication requirements, inspection list/requirements, etc. If this sounds reasonable, let me know your thoughts and we can get something scheduled.

Thanks in advance.

Regards,

**Michael Steinkamp | LEED GA | MBA**
Project Manager
McCarthy Building Companies, Inc.
12001 N. Central Expressway Ste 400 | Dallas, TX 75243
M 712-899-1626 | E msteinkamp@mccarthy.com
mccarthy.com

*** This electronic mail message, including attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized use, review, disclosure, distribution, or actions taken in reliance on the contents of this information, is prohibited. If you received this e-mail in error and are not the intended recipient, please notify me immediately by telephone or reply e-mail and destroy all copies of the original message. ***

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

*** This electronic mail message, including attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized use, review, disclosure, distribution, or actions taken in reliance on the contents of this information, is prohibited. If you received this e-mail in error and are not the intended recipient, please notify me immediately by telephone or reply e-mail and destroy all copies of the original message. ***

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

*** This electronic mail message, including attachments, is intended only for the

person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized use, review, disclosure, distribution, or actions taken in reliance on the contents of this information, is prohibited. If you received this e-mail in error and are not the intended recipient, please notify me immediately by telephone or reply e-mail and destroy all copies of the original message. \*\*\*

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

\*\*\* This electronic mail message, including attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized use, review, disclosure, distribution, or actions taken in reliance on the contents of this information, is prohibited. If you received this e-mail in error and are not the intended recipient, please notify me immediately by telephone or reply e-mail and destroy all copies of the original message. \*\*\*

# COMMERCIAL PERMIT
## City of Denton

**PERMIT NUMBER**
**2110-0474**

| | | |
|---|---|---|
| **PERMIT TYPE:** COMMERCIAL<br>**PERMIT SUB TYPE:** | **SUBDIVISION/COMM SITE:** J.F. MEYERS | **TAX MAP NO:** 36607<br>**BLDG USE GROUP:** |

**JOB ADDRESS:** 8171 JIM CHRISTAL RD

**DESCRIPTION:** DATA CENTER SOUTH SITE (1)

| | | |
|---|---|---|
| **ZONED AS:** LI<br>**TOTAL WORK VALUE:** $22,714,400.50 | **TOTAL SQFT:** 0<br>**TYPE OF CONSTRUCTION:** II-B | **SPRINKLERS:**<br>**BUILDING USE:** |

**APPLICANT:** MICHAEL STEINKAMP  **PHONE:** (712)899-1626
**MAILING ADDRESS:** 12001 N. CENTRAL EXPRESSWAY STE 400  DALLAS, TX  75243  **FAX:**

**CONTRACTOR:** MCCARTHY BUILDING COMPANIES, INC- GC  **PHONE:** (712)899-1626
**MAILING ADDRESS:** 12001 NORTH CENTRAL EXPRESSWAY  DALLAS, TX  75243  **FAX:**

**OWNER:** City of Denton  **PHONE:**
**MAILING ADDRESS:**  ,  **FAX:**

**ARCHITECT:**  **PHONE:**
**MAILING ADDRESS:**  ,  **FAX:**

**COMMENTS**

### FEES

| DESCRIPTION | ACCOUNT | QUANTITY | PAID AMOUNT |
|---|---|---|---|
| BUILDING PERMIT | 1000.4116 PB | 0 | $75714.75 |
| CERTIFICATE OF OCCUPANCY | 1000.4132 CO | 0 | $450.00 |
| PARKING LOT PERMIT 1-50 SPACES | 1000.4116 PB | 0 | $394.00 |
| PLAN REVIEW | 1000.4474 PV | 0 | $37857.38 |
| TEMPORARY POWER POLE | 6000.5068 MU | 0 | $48.00 |
| TEMPORARY UTILITIES | 1000.4138 PM | 0 | $108.00 |
| | | | **TOTAL: $114,572.13** |

**ALL WORK TO CONFORM TO THE CURRENT EDITION OF THE INTERNATIONAL BUILDING CODE (IBC).**
**A 24 HOUR NOTICE IS REQUIRED FOR ALL INSPECTIONS.**

**Building Official:**   **Issued By:** AMBER RODGERS   **Date:** 1/28/2022

# BUILDING PERMIT
## City of Denton

**PERMIT NUMBER**
**2112-0523**

| | | |
|---|---|---|
| **PERMIT TYPE:** BUILDING | **SUBDIVISION/COMM SITE:** J.F. MEYERS | **TAX MAP NO:** 36607 |
| **PERMIT SUB TYPE:** COMMERCIAL | | **BLDG USE GROUP:** |

**JOB ADDRESS:** 8171 JIM CHRISTAL RD Building A

**DESCRIPTION:** DATA CENTER SOUTH SITE (1) Data Server Warehouse Building A

| | | |
|---|---|---|
| **ZONED AS:** LI | **TOTAL SQFT:** 0 | **SPRINKLERS:** |
| **TOTAL WORK VALUE:** $22,714,400.50 | **TYPE OF CONSTRUCTION:** II-B | **BUILDING USE:** |

| | |
|---|---|
| **APPLICANT:** MICHAEL STEINKAMP | **PHONE:** (712)899-1626 |
| **MAILING ADDRESS:** 12001 N. CENTRAL EXPRESSWAY STE 400  DALLAS, TX  75243 | **FAX:** |
| **CONTRACTOR:** MCCARTHY BUILDING COMPANIES, INC- GC | **PHONE:** (712)899-1626 |
| **MAILING ADDRESS:** 12001 NORTH CENTRAL EXPRESSWAY  DALLAS, TX  75243 | **FAX:** |
| **OWNER:** City of Denton | **PHONE:** |
| **MAILING ADDRESS:** , | **FAX:** |
| **ARCHITECT:** | **PHONE:** |
| **MAILING ADDRESS:** , | **FAX:** |

**COMMENTS**

### FEES

| DESCRIPTION | ACCOUNT | QUANTITY | PAID AMOUNT |
|---|---|---|---|
| | | | **TOTAL:** |

ALL WORK TO CONFORM TO THE CURRENT EDITION OF THE INTERNATIONAL BUILDING CODE (IBC).
A 24 HOUR NOTICE IS REQUIRED FOR ALL INSPECTIONS.

**Building Official:**         **Issued By:** AMBER RODGERS         **Date:** 1/28/2022

# BUILDING PERMIT
## City of Denton

**PERMIT NUMBER**
2112-0525

| | | |
|---|---|---|
| **PERMIT TYPE:** BUILDING | **SUBDIVISION/COMM SITE:** J.F. MEYERS | **TAX MAP NO:** 36607 |
| **PERMIT SUB TYPE:** COMMERCIAL | | **BLDG USE GROUP:** |

**JOB ADDRESS:** 8171 JIM CHRISTAL RD Building B

**DESCRIPTION:** DATA CENTER SOUTH SITE (1) Data Server Warehouse Building B

| | | |
|---|---|---|
| **ZONED AS:** LI | **TOTAL SQFT:** 0 | **SPRINKLERS:** |
| **TOTAL WORK VALUE:** $22,714,400.50 | **TYPE OF CONSTRUCTION:** II-B | **BUILDING USE:** |

| | |
|---|---|
| **APPLICANT:** MICHAEL STEINKAMP | **PHONE:** (712)899-1626 |
| **MAILING ADDRESS:** 12001 N. CENTRAL EXPRESSWAY STE 400  DALLAS, TX  75243 | **FAX:** |
| **CONTRACTOR:** MCCARTHY BUILDING COMPANIES, INC- GC | **PHONE:** (712)899-1626 |
| **MAILING ADDRESS:** 12001 NORTH CENTRAL EXPRESSWAY  DALLAS, TX  75243 | **FAX:** |
| **OWNER:** City of Denton | **PHONE:** |
| **MAILING ADDRESS:**   , | **FAX:** |
| **ARCHITECT:** | **PHONE:** |
| **MAILING ADDRESS:**   , | **FAX:** |

**COMMENTS**

### FEES

| DESCRIPTION | ACCOUNT | QUANTITY | PAID AMOUNT |
|---|---|---|---|
| | | | **TOTAL:** |

ALL WORK TO CONFORM TO THE CURRENT EDITION OF THE INTERNATIONAL BUILDING CODE (IBC).
A 24 HOUR NOTICE IS REQUIRED FOR ALL INSPECTIONS.

**Building Official:**     **Issued By:** AMBER RODGERS     **Date:** 1/28/2022

# BUILDING PERMIT
## City of Denton

**PERMIT NUMBER**
**2112-0526**

| | | |
|---|---|---|
| **PERMIT TYPE:** BUILDING | **SUBDIVISION/COMM SITE:** J.F. MEYERS | **TAX MAP NO:** 36607 |
| **PERMIT SUB TYPE:** COMMERCIAL | | **BLDG USE GROUP:** |

**JOB ADDRESS:** 8171 JIM CHRISTAL RD Building C

**DESCRIPTION:** DATA CENTER SOUTH SITE (1) Data Server Warehouse Building C

| | | |
|---|---|---|
| **ZONED AS:** LI | **TOTAL SQFT:** 0 | **SPRINKLERS:** |
| **TOTAL WORK VALUE:** $22,714,400.50 | **TYPE OF CONSTRUCTION:** II-B | **BUILDING USE:** |

| | |
|---|---|
| **APPLICANT:** MICHAEL STEINKAMP | **PHONE:** (712)899-1626 |
| **MAILING ADDRESS:** 12001 N. CENTRAL EXPRESSWAY STE 400 DALLAS, TX 75243 | **FAX:** |
| **CONTRACTOR:** MCCARTHY BUILDING COMPANIES, INC- GC | **PHONE:** (712)899-1626 |
| **MAILING ADDRESS:** 12001 NORTH CENTRAL EXPRESSWAY DALLAS, TX 75243 | **FAX:** |
| **OWNER:** City of Denton | **PHONE:** |
| **MAILING ADDRESS:** , | **FAX:** |
| **ARCHITECT:** | **PHONE:** |
| **MAILING ADDRESS:** , | **FAX:** |

**COMMENTS**

### FEES

| DESCRIPTION | ACCOUNT | QUANTITY | PAID AMOUNT |
|---|---|---|---|
| | | | **TOTAL:** |

ALL WORK TO CONFORM TO THE CURRENT EDITION OF THE INTERNATIONAL BUILDING CODE (IBC).
A 24 HOUR NOTICE IS REQUIRED FOR ALL INSPECTIONS.

**Building Official:**  **Issued By:** AMBER RODGERS  **Date:** 1/28/2022

# BUILDING PERMIT
## City of Denton

**PERMIT NUMBER**
**2112-0527**

| | | |
|---|---|---|
| PERMIT TYPE: **BUILDING** | SUBDIVISION/COMM SITE: **J.F. MEYERS** | TAX MAP NO: **36607** |
| PERMIT SUB TYPE : **COMMERCIAL** | | BLDG USE GROUP: |

JOB ADDRESS: **8171 JIM CHRISTAL RD Building D**

DESCRIPTION: **DATA CENTER SOUTH SITE (1) Data Server Warehouse Building D**

| | | |
|---|---|---|
| ZONED AS: **LI** | TOTAL SQFT:**0** | SPRINKLERS: |
| TOTAL WORK VALUE:**$22,714,400.50** | TYPE OF CONSTRUCTION: **II-B** | BUILDING USE: |

| | |
|---|---|
| APPLICANT: **MICHAEL STEINKAMP** | PHONE: **(712)899-1626** |
| MAILING ADDRESS: **12001 N. CENTRAL EXPRESSWAY STE 400   DALLAS, TX  75243** | FAX: |
| CONTRACTOR: **MCCARTHY BUILDING COMPANIES, INC- GC** | PHONE: **(712)899-1626** |
| MAILING ADDRESS: **12001 NORTH CENTRAL EXPRESSWAY   DALLAS, TX  75243** | FAX: |
| OWNER: **City of Denton** | PHONE: |
| MAILING ADDRESS:   , | FAX: |
| ARCHITECT: | PHONE: |
| MAILING ADDRESS:   , | FAX: |

**COMMENTS**

### FEES

| DESCRIPTION | ACCOUNT | QUANTITY | PAID AMOUNT |
|---|---|---|---|
| | | | TOTAL: |

ALL WORK TO CONFORM TO THE CURRENT EDITION OF THE INTERNATIONAL BUILDING CODE (IBC).
A 24 HOUR NOTICE IS REQUIRED FOR ALL INSPECTIONS.

**Building Official:**       Issued By: **AMBER RODGERS**       Date: **1/28/2022**

# BUILDING PERMIT
## City of Denton

**PERMIT NUMBER** 2112-0530

| | | |
|---|---|---|
| PERMIT TYPE: **BUILDING** | SUBDIVISION/COMM SITE: **J.F. MEYERS** | TAX MAP NO: **36607** |
| PERMIT SUB TYPE: **COMMERCIAL** | | BLDG USE GROUP: |

JOB ADDRESS: **8171 JIM CHRISTAL RD South Tech**

DESCRIPTION: **DATA CENTER SOUTH SITE (1) South Tech Building**

| | | |
|---|---|---|
| ZONED AS: **LI** | TOTAL SQFT: **0** | SPRINKLERS: |
| TOTAL WORK VALUE: **$22,714,400.50** | TYPE OF CONSTRUCTION: **II-B** | BUILDING USE: |

| | |
|---|---|
| APPLICANT: **MICHAEL STEINKAMP** | PHONE: **(712)899-1626** |
| MAILING ADDRESS: **12001 N. CENTRAL EXPRESSWAY STE 400  DALLAS, TX  75243** | FAX: |
| CONTRACTOR: **MCCARTHY BUILDING COMPANIES, INC- GC** | PHONE: **(712)899-1626** |
| MAILING ADDRESS: **12001 NORTH CENTRAL EXPRESSWAY  DALLAS, TX  75243** | FAX: |
| OWNER: **City of Denton** | PHONE: |
| MAILING ADDRESS:  , | FAX: |
| ARCHITECT: | PHONE: |
| MAILING ADDRESS:  , | FAX: |

**COMMENTS**

### FEES

| DESCRIPTION | ACCOUNT | QUANTITY | PAID AMOUNT |
|---|---|---|---|
| | | | TOTAL: |

ALL WORK TO CONFORM TO THE CURRENT EDITION OF THE INTERNATIONAL BUILDING CODE (IBC).
A 24 HOUR NOTICE IS REQUIRED FOR ALL INSPECTIONS.

**Building Official:**     Issued By: **AMBER RODGERS**     Date: **1/28/2022**

# BUILDING PERMIT
## City of Denton

**PERMIT NUMBER**
**2112-0531**

| | | |
|---|---|---|
| PERMIT TYPE: **BUILDING** | SUBDIVISION/COMM SITE: **J.F. MEYERS** | TAX MAP NO: **36607** |
| PERMIT SUB TYPE : **COMMERCIAL** | | BLDG USE GROUP: |

JOB ADDRESS: **8171 JIM CHRISTAL RD S Guard St**

DESCRIPTION: **DATA CENTER SOUTH SITE (1) South Guard Station**

| | | |
|---|---|---|
| ZONED AS: **LI** | TOTAL SQFT:**0** | SPRINKLERS: |
| TOTAL WORK VALUE:**$22,714,400.50** | TYPE OF CONSTRUCTION: **II-B** | BUILDING USE: |

| | |
|---|---|
| APPLICANT: **MICHAEL STEINKAMP** | PHONE: **(712)899-1626** |
| MAILING ADDRESS: **12001 N. CENTRAL EXPRESSWAY STE 400   DALLAS, TX  75243** | FAX: |
| CONTRACTOR: **MCCARTHY BUILDING COMPANIES, INC- GC** | PHONE: **(712)899-1626** |
| MAILING ADDRESS: **12001 NORTH CENTRAL EXPRESSWAY   DALLAS, TX  75243** | FAX: |
| OWNER: **City of Denton** | PHONE: |
| MAILING ADDRESS:    , | FAX: |
| ARCHITECT: | PHONE: |
| MAILING ADDRESS:    , | FAX: |

**COMMENTS**

### FEES

| DESCRIPTION | ACCOUNT | QUANTITY | PAID AMOUNT |
|---|---|---|---|
| | | | TOTAL: |

ALL WORK TO CONFORM TO THE CURRENT EDITION OF THE INTERNATIONAL BUILDING CODE (IBC).
A 24 HOUR NOTICE IS REQUIRED FOR ALL INSPECTIONS.

**Building Official:**           Issued By: **AMBER RODGERS**           Date: **1/28/2022**