**To:** REPRIMARYCONTACTS@LISTS.ERCOT.COM[REPRIMARYCONTACTS@LISTS.ERCOT.COM]
**From:** clientservices@ercot.com[clientservices@ercot.com]
**Sent:** Fri 3/25/2022 4:11:12 PM (UTC-05:00)
**Subject:** W-A032522-01 Interim Large Load Interconnection Process

[EXTERNAL] Use caution when opening attachments or links.

**NOTICE DATE:** March 25, 2022

**NOTICE TYPE:** W-A032522-01 Operations

**SHORT DESCRIPTION:** Interim Large Load Interconnection Process

**INTENDED AUDIENCE:** Interconnecting Market Participants

**DAYS AFFECTED:** March 25, 2022

**LONG DESCRIPTION:** ERCOT has established an interim process to ensure compliance with existing NERC requirements and for the reliable interconnection of large loads to the ERCOT system. Transmission Service Providers (TSPs) should submit interconnection studies that meet the requirements of NERC Reliability Standard FAC-002-2 for each applicable large load proposing to interconnect to the ERCOT system. ERCOT will review these studies and identify any issues that must be resolved prior to allowing applicable loads to be included in ERCOT's Network Operations Model, register as Load Resources, and/or receive approval to energize.

The interim process is effective immediately and applies to load interconnection requests that have not been modeled and studied in a completed ERCOT planning assessment (e.g., Regional Transmission Plan, Full Interconnection Study, or Regional Planning Group review) and meet the following applicability requirements:

- New loads not co-located with a Resource with total demand within the next two years of 75 MW or greater;
- Existing loads not co-located with a Resource increasing total demand by 75 MW or greater within the next two years;
- New loads co-located with a Resource with total demand within the next two years of 20 MW or greater; or
- Existing loads co-located with a Resource increasing total demand by 20 MW or greater within the next two years.

**ADDITIONAL INFORMATION:** ERCOT provided a presentation on existing load interconnection requirements at the March 3rd, 2022 Reliability and Operations Subcommittee (ROS) meeting.

**CONTACT:** If you have any questions, please contact your ERCOT Account Manager. You may also call the general ERCOT Client Services phone number at (512) 248-3900 or contact ERCOT Client Services via email at ClientServices@ercot.com.

If you are receiving email from a public ERCOT distribution list that you no longer wish to receive, please follow this link in order to unsubscribe from this list: http://lists.ercot.com.

dg