| | |
|---|---|
| **To:** | Patrick Holert[patrick.holert@celsius.network]; Amir Ayalon[amir.ayalon@celsius.network] |
| **From:** | Jeff Pratt[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A1924149D3B509D2DE6089BDFB-JPRATT] |
| **Sent:** | Tue 5/24/2022 9:43:52 AM (UTC-05:00) |
| **Subject:** | RE: Meeting |

Exhibit O

Our new capacity planner is finishing his major update today. I can send a schedule tonight, PST time and then we can talk it through tomorrow?

---

**From:** Patrick Holert <patrick.holert@celsius.network>
**Sent:** Tuesday, May 24, 2022 6:24 AM
**To:** Amir Ayalon <amir.ayalon@celsius.network>
**Cc:** Jeff Pratt <jpratt@corescientific.com>
**Subject:** Re: Meeting

[EXTERNAL] Use caution when opening attachments or links.

Hi Jeff:

Would it be possible to have a quick chat now about deployment schedules, and then a longer meeting tomorrow at 9:30AM EST to discuss deployment and payments?

Thanks, Patrick

On Tue, May 24, 2022 at 9:22 AM Amir Ayalon <amir.ayalon@celsius.network> wrote:
Works for me.
Jeff if possible 930am et or afternoon
Thank you

On Tue, 24 May 2022 at 9:19 Jeff Pratt <jpratt@corescientific.com> wrote:
Patrick,

I was out yesterday with my son. I need to catch up. Any chance we can meet early Wednesday instead of today?

Jeff
The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email noted above and destroy the original message.
--
_____
Amir Ayalon
Celsius Mining-CEO
+972-54-7470099 (Global)
1-929-6082821(US)

Inline image

--



**Patrick Holert, CFA, CAIA, ERP**
Mining | Celsius

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street,  Ste PH05
Hoboken, NJ 07030 USA

Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.