**To:**    Amir Ayalon[amir.ayalon@celsius.network]; Patrick Holert[patrick.holert@celsius.network]
**Cc:**    Mike Levitt[mlevitt@corescientinc.com]; Russell Cann[russell@corescientinc.com]
**Sent:**   Wed 8/10/2022 10:58:01 AM (UTC-05:00)
**Subject:** RE: Rig Deployment

Amir & Patrick,

Do you have time for a 30 min call with Russell and I today or tomorrow:

- 8/10 timeslots are  11:30am to 1:30pm Pacific
- 8/11 timeslots are  9:00am to 11:30 Pacific

**From:** amir.ayalon@celsius.network <amir.ayalon@celsius.network>
**Sent:** Monday, August 8, 2022 12:26 PM
**To:** Mike Levitt <mlevitt@corescientific.com>; Jeff Pratt <jpratt@corescientific.com>
**Cc:** amir.ayalon@celsius.network; 'Patrick Holert' <patrick.holert@celsius.network>
**Subject:** Rig Deployment

[EXTERNAL] Use caution when opening attachments or links.

Gents,

Can we have a quick call to update on deployment schedule for contract 10.
I'm struggling to get some clarity on deployment this month and next.

Regards,
---------------------
Amir Ayalon
CEO, Celsius Mining
+972-54-7470099
---------------------



Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app.
Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should
store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street,  Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network
(FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan
(including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor
should this email be viewed as an offer or inducement to make any financial decision.