**To:** Kyle Buckett[kbuckett@corescientific.com]
**Cc:** Baylor Landry[blandry@corescientific.com]
**From:** Jeff Pratt[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED5A49A192414BD3B509D2DE6089BDFB-JPRATT]
**Sent:** Mon 8/1/2022 9:05:51 AM (UTC-05:00)
**Subject:** Argo Swap Completed.

Kyle – for your updates, note that Baylor and Brett completed the Argo swap yesterday right on time.
Jeff



**Jeff Pratt**

SVP, Growth & Partnerships

**Core Scientific, Inc**

**(425) 309-1790**