

# POWER INVOICE

CORE SCIENTIFIC, INC. (CALVERT CITY)     INVOICE NUMBER   E22-09-0638
CUSTOMER NUMBER: 0638     INVOICE DATE   10/03/2022
    SERVICE TO DATE   10/01/2022

CORE SCIENTIFIC, INC.
1035 SHAR-CAL ROAD
CALVERT CITY KY 42029

| | | | |
|---|---:|---|---:|
| DEMAND CHARGES | 135,151 | KW | $1,564,365.78 |
| ENERGY CHARGES | 91,409,508 | KWH | $4,092,176.13 |
| OTHER CHARGES | | | ($4,871,926.48) |
| CREDITS | | | ($1,374,968.26) |
| CREDIT DUE | | | ($590,352.83) |



# POWER INVOICE

CORE SCIENTIFIC, INC. (CALVERT CITY)          INVOICE NUMBER   E22-09-0638
CUSTOMER NUMBER:  0638                        INVOICE DATE     10/03/2022

| DEMAND CHARGES | BASIS | KW * | RATE * | MINUTES AVAILABLE / | MINUTES IN PERIOD = | AMOUNT |
|---|---|---|---|---|---|---|
| DSMD SPP TOU ONPEAK SUMMER DEMAND - BASE | 135,042 | | 10.24 | 43,200 | 43,200 | $1,382,830.08 |
| DSMD SPP TOU MAX SUMMER DEMAND - BASE | | 135,151 | 1.12 | 43,200 | 43,200 | $151,369.12 |
| DSMD SPP TOU SUMMER DEMAND - HYDRO | 135,151 | | 0.52 | 43,200 | 43,200 | $70,278.52 |
| DSMD PANDEMIC RECOVERY CREDIT | | | | | | ($40,111.94) |
| TOTAL DEMAND CHARGES | | | | | | $1,564,365.78 |

| CONTRACT DEMANDS | KW | | |
|---|---|---|---|
| SPP TOU ON-PEAK DEMAND | 1,000 | | |
| SPP TOU OFF-PEAK DEMAND | 1,000 | | |
| | | TIME | |
| MAXIMUM MEASURED DEMAND | 135,151 | 09/29/2022 12:29:59 | |
| MINIMUM MEASURED DEMAND | 39,561 | 09/22/2022 09:59:59 | |



# POWER INVOICE

CORE SCIENTIFIC, INC. (CALVERT CITY)   INVOICE NUMBER  E22-09-0638

CUSTOMER NUMBER:  0638   INVOICE DATE  10/03/2022

| ENERGY CHARGES | BASIS | KWH * | RATE = | AMOUNT |
|---|---|---|---|---|
| DSMD SPP TOU ONPEAK SUMMER ENERGY - BASE |  | 14,923,197 | 0.05329 | $795,257.17 |
| DSMD SPP TOU BLOCK 1 OFFPEAK SUMMER ENERGY - BASE |  | 22,599,103 | 0.02828 | $639,102.63 |
| DSMD SPP TOU BLOCK 2 OFFPEAK SUMMER ENERGY - BASE |  | 22,599,103 | 0.00171 | $38,644.47 |
| DSMD SPP TOU BLOCK 3 OFFPEAK SUMMER ENERGY - BASE |  | 31,288,105 | 0.00112 | $35,042.68 |
| DSMD SPP TOU SUMMER ENERGY - HYDRO | 91,409,508 |  | 0.00111 | $101,464.55 |
| DSMD SPP TOU SUMMER ENERGY - FUEL | 91,409,508 |  | 0.02760 | $2,522,902.42 |
| DSMD PANDEMIC RECOVERY CREDIT |  |  |  | ($40,237.79) |
| TOTAL ENERGY CHARGES |  | 91,409,508 |  | $4,092,176.13 |



# POWER INVOICE

CORE SCIENTIFIC, INC. (CALVERT CITY)       INVOICE NUMBER   E22-09-0638
CUSTOMER NUMBER:  0638                      INVOICE DATE     10/03/2022

| OTHER CHARGES | KWH | AMOUNT |
|---|---|---|
| CUSTOMER CHARGE | | $1,500.00 |
| SPP TOU ADMINISTRATIVE CHARGE | | $350.00 |
| DSMD TOU IP30 5 YR ROLL UNDERPERFORMANCE CHARGE 1 | | $1,279.00 |
| DSMD TOU IP30 5 YR ROLL UNDERPERFORMANCE CHARGE 2 | | $1,392.20 |
| VALLEY INVESTMENT CREDIT | | ($768,872.71) |
| EARLY_PAYMENT_CREDIT | | ($3,254.79) |
| CREDIT FOR PREPAYMENT | | ($104,320.18) |
| PREVIOUS MONTH BALANCE | | $866,577.23 |
| PREPAYMENT RECEIVED Sep 02, 2022 - KET22-232 | | ($1,000,000.00) |
| PREPAYMENT RECEIVED Sep 08, 2022 - KET22-235 | | ($866,577.23) |
| PREPAYMENT RECEIVED Sep 09, 2022 - KET22-236 | | ($1,000,000.00) |
| PREPAYMENT RECEIVED Sep 16, 2022 - KET22-241 | | ($1,000,000.00) |
| PREPAYMENT RECEIVED Sep 23, 2022 - KET22-246 | | ($1,000,000.00) |
| TOTAL OTHER CHARGES | | ($4,871,926.48) |



# POWER INVOICE

CORE SCIENTIFIC, INC. (CALVERT CITY)　　　　　　　　　　INVOICE NUMBER    E22-09-0638

CUSTOMER NUMBER:  0638　　　　　　　　　　　　　　　　INVOICE DATE    10/03/2022

| CREDITS | BASIS * | RATE * | MINUTES AVAILABLE | MINUTES IN PERIOD = | CREDIT |
|---|---|---|---|---|---|
| DSMD TOU IP30 5 YR ROLL CAPACITY CREDIT | 127,311 | (5.75) | | | ($1,292,206.65) |
| DSMD TOU IP30 5 YR ROLL EVENT CREDIT 2 | 429,643 | | | | ($40,184.51) |
| DSMD TOU IP30 5 YR ROLL EVENT CREDIT 1 | 455,224 | | | | ($42,577.10) |
| TOTAL CREDITS | | | | | ($1,374,968.26) |