| | |
|---|---|
| **To:** | Russell Cann[russell@corescientific.com]; Moses Marure Jr.[moses@corescientific.com] |
| **Cc:** | Amir Ayalon[amir.ayalon@celsius.network]; Patrick Holert[patrick.holert@celsius.network] |
| **From:** | Quinn Lawlor[quinn.lawlor@celsius.network] |
| **Sent:** | Wed 10/6/2021 2:55:37 PM (UTC-05:00) |
| **Subject:** | Unexpected Power curtailment in Marble |

[EXTERNAL] Use caution when opening attachments or links.

Russell and Moses,

I authorize Core to turn our rigs back on in light of the unexpected economic power curtailment in Marble.

Please keep us apprised of the latest developments from the utility provider in regards to total increased power cost, curtailment timeline, and rig restart status.

Thanks,
Quinn

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2021 Celsius Network

221 River Street, 9th Floor
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.