22-10964-mg    Doc 1142-6    Filed 10/19/22    Entered 10/19/22 23:07:50    Exhibit F
Pg 1 of 1

```
06/27/22   WIRE TYPE:WIRE IN DATE: 220627 TIME:1651 ET              903/06270526663        4,195,599.19
           TRN:2022062700526663 SEQ:1869/002235
           ORIG:CELSIUS MINING LLC ID:1504554445 SND
           BK:SIGNA TURE BANK ID:026013576 PMT
           DET:CELSIUS MINING INV INV42520
```