**To:**    Accounts Receivable[ar@corescientific.com]; Xinxin Ocampo[xocampo@corescientific.com]; Client Success[client-success@corescientific.com]

**From:**    Account Receivable (ar@corescientific.com)[system@sent-via.netsuite.com]

**Sent:**    Tue 2/16/2021 4:00:04 AM (UTC-06:00)

**Subject:**    Core Scientific Invoice Due Reminder- 1 day overdue

[EXTERNAL] Use caution when opening attachments or links.

The following invoice is 1 day overdue.
<br>Please kindly arrange payments to Core Scientific. Please do not hesitate to reach out directly to us should you have any questions regarding the invoice.
<br>Kindly disregard this email if payment has already been processed.



| Invoice Number | Invoice Date | Due Date | Customer Name | PO# | Invoice Amount | Invoice Amount Remaining |
|---|---|---|---|---|---|---|
| INV40936 | 12/18/2020 | 2/15/2021 | Celsius Core LLC | FBO Celsius Core LLC for Order 1 | $4,068,645.90 | $4,068,645.90 |

.

**To:**     Accounts Receivable[ar@corescientific.com]; Xinxin Ocampo[xocampo@corescientific.com]; Client Success[client-success@corescientific.com]
**From:**   Account Receivable (ar@corescientific.com)[system@sent-via.netsuite.com]
**Sent:**   Tue 3/16/2021 4:00:03 AM (UTC-05:00)
**Subject:** Core Scientific Invoice Due Reminder- 1 day overdue

[EXTERNAL] Use caution when opening attachments or links.

The following invoice is 1 day overdue.
<br>Please kindly arrange payments to Core Scientific. Please do not hesitate to reach out directly to us should you have any questions regarding the invoice.
<br>Kindly disregard this email if payment has already been processed.



| Invoice Number | Invoice Date | Due Date | Customer Name | PO# | Invoice Amount | Invoice Amount Remaining |
|---|---|---|---|---|---|---|
| | | | | | | |
| INV40940 | 12/18/2020 | 3/15/2021 | Celsius Core LLC | FBO Celsius Core LLC for Order 2 | $4,716,250.00 | $4,716,250.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

.

**To:**    Accounts Receivable[ar@corescientific.com]; hmacasaquit@netsuite.com[hmacasaquit@netsuite.com]; Monica Xia[mxia@corescientific.com]; Client Success[client-success@corescientific.com]

**From:**    Account Receivable (ar@corescientific.com)[system@sent-via.netsuite.com]

**Sent:**    Tue 9/21/2021 3:00:01 AM (UTC-05:00)

**Subject:**    Core Scientific Invoice Due Reminder- 1 day overdue

[EXTERNAL] Use caution when opening attachments or links.

The following invoice is 1 day overdue.
<br>Please kindly arrange payments to Core Scientific. Please do not hesitate to reach out directly to us should you have any questions regarding the invoice.
<br>Kindly disregard this email if payment has already been processed.

| Invoice Number | Invoice Date | Due Date | Customer Name | PO# | Invoice Amount | Invoice Amount Remaining |
|---|---|---|---|---|---|---|
| INV41995 | 9/14/2021 | 9/20/2021 | Celsius Core LLC | Order 10 - 29290 Units M30S+/equivalent | $10,736,252.50 | $10,736,252.50 |

.

**From:** Account Receivable (ar@corescientific.com)[system@sent-via.netsuite.com]
**Sent:** Sun 10/3/2021 4:00:08 AM (UTC-05:00)
**Subject:** Core Scientific Invoice Due Reminder - 3 days overdue

[EXTERNAL] Use caution when opening attachments or links.

The following invoice is 3 days overdue.

<br>We understand that oversights happen but would appreciate immediate payment of this amount, which is now overdue. If payment has already been made please disregard this email.
We remind you of the following penalties for non-payment :

<br> (i) suspend the provision of the Services;
<br> (ii) disconnect Client Equipment and store it;
<br> (iii) declare all amounts due under the applicable Order through the balance of the Term to be immediately due and payable;
<br> (iv) operate Client Equipment for cryptocurrency mining and other activities at Company's sole discretion and direct all resulting proceeds to Company's own account until Company has recovered all amounts due, including, without limitation, any reinstatement, disconnection or storage fees or costs;
<br> (v) terminate the MSA and all Orders thereunder; and
<br> (vi) exercise all other rights under the MSA, at law,



| Invoice Number | Invoice Date | Due Date | Customer Name | PO# | Invoice Amount | Invoice Amount Remaining |
|---|---|---|---|---|---|---|
| INV41995 | 9/14/2021 | 9/30/2021 | Celsius Core LLC | Order 10 - 29290 Units M30S+/equivalent | $10,736,252.50 | $10,736,252.50 |

.

**To:**       Accounts Receivable[ar@corescientific.com]; Monica Xia[mxia@corescientific.com]; Client Success[client-success@corescientific.com]
**From:**     Account Receivable (ar@corescientific.com)[system@sent-via.netsuite.com]
**Sent:**     Sat 10/16/2021 4:00:04 AM (UTC-05:00)
**Subject:**  Core Scientific Invoice Due Reminder- 1 day overdue

[EXTERNAL] Use caution when opening attachments or links.

The following invoice is 1 day overdue.
<br>Please kindly arrange payments to Core Scientific. Please do not hesitate to reach out directly to us should you have any questions regarding the invoice.
<br>Kindly disregard this email if payment has already been processed.

| Invoice Number | Invoice Date | Due Date | Customer Name | PO# | Invoice Amount | Invoice Amount Remaining |
|---|---|---|---|---|---|---|
| INV40961 | 10/4/2021 | 10/15/2021 | Celsius Core LLC | Order 7 | $503,281.00 | $503,281.00 |

.

**To:**      Accounts Receivable[ar@corescientific.com]; Monica Xia[mxia@corescientific.com]; Client Success[client-success@corescientific.com]
**From:**    Account Receivable (ar@corescientific.com)[system@sent-via.netsuite.com]
**Sent:**    Mon 10/18/2021 4:00:05 AM (UTC-05:00)
**Subject:** Core Scientific Invoice Due Reminder - 3 days overdue

[EXTERNAL] Use caution when opening attachments or links.

The following invoice is 3 days overdue.

<br>We understand that oversights happen but would appreciate immediate payment of this amount, which is now overdue. If payment has already been made please disregard this email.
We remind you of the following penalties for non-payment :

<br> (i) suspend the provision of the Services;
<br> (ii) disconnect Client Equipment and store it;
<br> (iii) declare all amounts due under the applicable Order through the balance of the Term to be immediately due and payable;
<br> (iv) operate Client Equipment for cryptocurrency mining and other activities at Company's sole discretion and direct all resulting proceeds to Company's own account until Company has recovered all amounts due, including, without limitation, any reinstatement, disconnection or storage fees or costs;
<br> (v) terminate the MSA and all Orders thereunder; and
<br> (vi) exercise all other rights under the MSA, at law,

| Invoice Number | Invoice Date | Due Date | Customer Name | PO# | Invoice Amount | Invoice Amount Remaining |
|---|---|---|---|---|---|---|
| INV40961 | 10/4/2021 | 10/15/2021 | Celsius Core LLC | Order 7 | $503,281.00 | $503,281.00 |

.

**To:** Accounts.Receivable[ar@corescientific.com]; Client Success[client-success@corescientific.com]
**From:** Core Scientific Inc. (billing@corescientific.com)[system@sent-via.netsuite.com]
**Sent:** Tue 3/22/2022 10:00:02 AM (UTC-05:00)
**Subject:** Core Scientific Invoice Due Reminder- 1 day overdue

Exhibit K

[EXTERNAL] Use caution when opening attachments or links.

The following invoice is 1 day overdue.
<br>Please kindly arrange payments to Core Scientific. Please do not hesitate to reach out directly to us should you have any questions regarding the invoice.
<br>Kindly disregard this email if payment has already been processed.

| Invoice Number | Invoice Date | Due Date | Customer Name | PO# | Invoice Amount | Invoice Amount Remaining |
|---|---|---|---|---|---|---|
| INV42009 | 3/7/2022 | 3/21/2022 | Celsius Mining LLC | Order 10 - 2350 Units M30S+ or equivalent | $669,847.50 | $669,847.50 |
| INV42014 | 3/7/2022 | 3/21/2022 | Celsius Mining LLC | Order 10 - 4710 Units M30S+ or equivalent | $1,150,755.00 | $1,150,755.00 |

.

**To:** Accounts.Receivable[ar@corescientific.com]; Client Success[client-success@corescientific.com]
**From:** Core Scientific Inc. (billing@corescientific.com)[system@sent-via.netsuite.com]
**Sent:** Sat 5/21/2022 10:00:02 AM (UTC-05:00)
**Subject:** Core Scientific Invoice Due Reminder- 1 day overdue

Exhibit K

[EXTERNAL] Use caution when opening attachments or links.

The following invoice is 1 day overdue.
<br>Please kindly arrange payments to Core Scientific. Please do not hesitate to reach out directly to us should you have any questions regarding the invoice.
<br>Kindly disregard this email if payment has already been processed.

| Invoice Number | Invoice Date | Due Date | Customer Name | PO# | Invoice Amount | Invoice Amount Remaining |
|---|---|---|---|---|---|---|
| INV42011 | 5/2/2022 | 5/20/2022 | Celsius Mining LLC | Order 10 - 2350 Units M30S+ or equivalent | $669,847.50 | $669,847.50 |
| INV42016 | 5/2/2022 | 5/20/2022 | Celsius Mining LLC | Order 10 - 2350 Units M30S+ or equivalent | $574,155.00 | $574,155.00 |
| ████ | ████ | ████ | | | ████ | ████ |

.

Exhibit K

**To:**    Client Success[client-success@corescientific.com]; Accounts Receivable[ar@corescientific.com]
**From:**  Core Scientific Inc. (billing@corescientific.com)[system@sent-via.netsuite.com]
**Sent:**    Mon 5/23/2022 10:00:06 AM (UTC-05:00)
**Subject:**  Core Scientific Invoice Due Reminder - 3 days overdue

[EXTERNAL] Use caution when opening attachments or links.

The following invoice is 3 days overdue.

<br>We understand that oversights happen but would appreciate immediate payment of this amount, which is now overdue. If payment has already been made please disregard this email.

We remind you of the following penalties for non-payment :

<br> (i) suspend the provision of the Services;
<br> (ii) disconnect Client Equipment and store it;
<br> (iii) declare all amounts due under the applicable Order through the balance of the Term to be immediately due and payable;
<br> (iv) operate Client Equipment for cryptocurrency mining and other activities at Company's sole discretion and direct all resulting proceeds to Company's own account until Company has recovered all amounts due, including, without limitation, any reinstatement, disconnection or storage fees or costs;
<br> (v) terminate the MSA and all Orders thereunder; and
<br> (vi) exercise all other rights under the MSA, at law,

| Invoice Number | Invoice Date | Due Date | Customer Name | PO# | Invoice Amount | Invoice Amount Remaining |
|---|---|---|---|---|---|---|
| INV42011 | 5/2/2022 | 5/20/2022 | Celsius Mining LLC | Order 10 - 2350 Units M30S+ or equivalent | $669,847.50 | $669,847.50 |
| INV42016 | 5/2/2022 | 5/20/2022 | Celsius Mining LLC | Order 10 - 2350 Units M30S+ or equivalent | $574,155.00 | $574,155.00 |

.

| To: | Client Success[client-success@corescientific.com]; Accounts Receivable[ar@corescientific.com] |
|---|---|
| From: | Core Scientific Inc. [billing@corescientific.com][system@sent-via.netsuite.com] |
| Sent: | Thur 6/23/2022 10:00:09 AM (UTC-05:00) |
| Subject: | Core Scientific Invoice Due Reminder - 3 days overdue |

[EXTERNAL] Use caution when opening attachments or links.

The following invoice is 3 days overdue.

<br>We understand that oversights happen but would appreciate immediate payment of this amount, which is now overdue. If payment has already been made please disregard this email.

We remind you of the following penalties for non-payment :

<br> (i) suspend the provision of the Services;
<br> (ii) disconnect Client Equipment and store it;
<br> (iii) declare all amounts due under the applicable Order through the balance of the Term to be immediately due and payable;
<br> (iv) operate Client Equipment for cryptocurrency mining and other activities at Company's sole discretion and direct all resulting proceeds to Company's own account until Company has recovered all amounts due, including, without limitation, any reinstatement, disconnection or storage fees or costs;
<br> (v) terminate the MSA and all Orders thereunder; and
<br> (vi) exercise all other rights under the MSA, at law,

| Invoice Number | Invoice Date | Due Date | Customer Name | PO# | Invoice Amount | Invoice Amount Remaining |
|---|---|---|---|---|---|---|
| INV42011 | 5/2/2022 | 6/20/2022 | Celsius Mining LLC | Order 10 - 2350 Units M30S+ or equivalent | $669,847.50 | $669,847.50 |
| INV42012 | 6/6/2022 | 6/20/2022 | Celsius Mining LLC | Order 10 - 2350 Units M30S+ or equivalent | $669,847.50 | $669,847.50 |
| INV42016 | 5/2/2022 | 6/20/2022 | Celsius Mining LLC | Order 10 - 2350 Units M30S+ or equivalent | $574,155.00 | $574,155.00 |
| INV42017 | 6/6/2022 | 6/20/2022 | Celsius Mining LLC | Order 10 - 2350 Units M30S+ or equivalent | $574,155.00 | $574,155.00 |

.