UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtor(s). | Case No. 22-10964-MG<br><br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF CHANGE OF FIRM

To the Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that Jason Stone and KeyFi, Inc., hereby notify the Court and all parties of record that Kyle W. Roche, who is admitted to practice in this court, is now associated with Kyle Roche P.A. Mr. Roche's contact information should be updated as follows:

>  Kyle W. Roche
>  **KYLE ROCHE P.A.**
>  260 Madison Avenue, 8th Fl.
>  New York, NY 10016
>  Tel.: (716) 348-6003
>  kyle@kyleroche.law

Dated: October 20, 2022

Respectfully submitted,

**KYLE ROCHE P.A.**

*/s/ Kyle W. Roche*
Kyle W. Roche
260 Madison Avenue, 8th Fl.
New York, NY 10016
Tel.: (716) 348-6003
kyle@kyleroche.law

*Counsel for Jason Stone and KeyFi, Inc.*