**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 19, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, pursuant to USPS forwarding instructions:

- **Notice Regarding Meeting of Creditors to be held August 19, 2022, at 9:00 a.m. (Prevailing Eastern Time)** (Docket No. 297)

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **<u>Exhibit B</u>**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on October 19, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on L Dunn IV, Johnny at a redacted address, pursuant to USPS forwarding instructions:

- **Notice Regarding Meeting of Creditors to be held August 19, 2022, at 9:00 a.m. (Prevailing Eastern Time)** (Docket No. 297)

Dated: October 21, 2022

Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 21st day of October, 2022, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# **<u>Exhibit A</u>**



## Exhibit A

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| AARON PIVOVARNIK | ON FILE |
| HOI HUI | ON FILE |
| JOHN SKINNER | ON FILE |
| NICHOLAS BARROWS | ON FILE |
| OMAR GONDAL | ON FILE |
| ROBERT FISHER | ON FILE |
| SAM FOSSETT | ON FILE |
| SCOTT DYE | ON FILE |
| SONYA PROVENCE | ON FILE |
| STAN GRACZYK | ON FILE |
| STEFANI MELENDEZ | ON FILE |
| TENA OGLE-CORTES | ON FILE |
| TERRANCE GIVAN | ON FILE |
| WYATT JONES | ON FILE |
| ZACHARY DOWDY | ON FILE |
| ZANDRA SOTO WASSEL | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

# **Exhibit B**

| Information to identify the case: | | |
|---|---|---|
| Debtor: <u>Celsius Network LLC, *et al.*[1]</u><br>      Name | EIN | <u>8 7 – 1 1 9 2 1 4 8</u> |
| United States Bankruptcy Court for the: <u>Southern District of New York</u><br>                                                              (State) | Date case filed for chapter 11: | <u>July 13, 2022</u><br>MM / DD / YYYY |
| Case Number:    <u>22-10964 (MG)</u> | | |

## Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                      10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1.      **Debtors' full name:  See chart below.**

        **List of Jointly Administered Cases**

| No. | Debtor | Former Name | Address | Case No. | EIN # |
|---|---|---|---|---|---|
| 1 | **Celsius Network LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10964 (MG)** | **87-1192148** |
| 2 | **Celsius KeyFi LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10967 (MG)** | **85-3374414** |
| 3 | **Celsius Lending LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10970 (MG)** | **85-3428417** |

---

[1]      The location of the Debtors' service address for purposes of these chapter 11 cases is:  121 River Street, PH05, Hoboken, New Jersey 07030.

**For more information, see page 2 ▶**

Debtor    Celsius Network LLC
     Name
                                         Case number (if known) 22-10964 (MG)

| 4 | Celsius Mining LLC | Celsius Core LLC | 121 River Street, PH05, Hoboken, New Jersey 07030 | 22-10968 (MG) | 85-3471387 |
| 5 | Celsius Network Inc. | N/A | 121 River Street, PH05, Hoboken, New Jersey 07030 | 22-10965 (MG) | 82-4381219 |
| 6 | Celsius Network Limited | N/A | 1 Bartholomew Lane London, UK EC2N 2AX | 22-10966 (MG) | 98-1528554 |
| 7 | Celsius Networks Lending LLC | N/A | 121 River Street, PH05, Hoboken, New Jersey 07030 | 22-10969 (MG) | 84-3503390 |
| 8 | Celsius US Holding LLC | N/A | 121 River Street, PH05, Hoboken, New Jersey 07030 | 22-10971 (MG) | 85-3387956 |

| 2. | All other names used in the last 8 years | See chart above |
|----|------------------------------------------|-----------------|
| 3. | Address | See chart above |
| 4. | Debtor's attorney
Name and address | Joshua A. Sussberg, P.C.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile:   (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted pro hac vice)
Ross M. Kwasteniet, P.C. (admitted pro hac vice)
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:   (312) 862-2200 |
| 5. | Bankruptcy clerk's office
Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at
https://cases.stretto.com/Celsius | Hours open
8:30 a.m. to 5:00  p.m. (prevailing Eastern Time)[2]

Contact phone:
(212) 668-2870 |

[2]   Please reference the Court's website for operating procedures in response to the COVID-19 pandemic:  http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19.

Debtor   Celsius Network LLC
         Name

Case number (*if known*)  22-10964 (MG)

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **Date:** **Location:** **Time:** | August 19, 2022 Telephonic - Dial-In Instructions to be Provided 9:00 a.m. ET |

| | | |
|---|---|---|
| **7.** | **Proof of claim deadline** | **Deadline for filing proof of claim:**    **Not yet set. If a deadline is set court will send you another notice.** |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

☒ your claim is designated as *disputed*, *contingent*, or *unliquidated*;
☒ you file a proof of claim in a different amount; or
☒ you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| | | |
|---|---|---|
| **8.** | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.  **Deadline for filing the complaint:**    **Not yet set. If a deadline is set court will send you another notice.** |

| | | |
|---|---|---|
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |

| | | |
|---|---|---|
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |