Immanuel Herrmann
*Pro se Celsius creditor*
Admin of the Worldwide Celsius
Earn Customer Telegram group
**https://t.me/celsiusearn**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____
                                          )
In re:                                    )    Chapter 11
                                          )
CELSIUS NETWORK LLC, *et al.*,[1]         )    Case No. 22-10964 (MG)
                                          )
            Debtors.                      )    (Jointly Administered)
_____       )

**CERTIFICATE OF SERVICE**

I, Immanuel Herrmann, certify that I served the true and correct copies of the following

(i) upon the the Chambers of the Honorable Chief Judge Martin Glenn, the attached list of parties (Millbank, LLP, and Jones Day LLP) [Exhibit A] and the attached Core/2002 service list [Exhibit B] via electronic mail, and

(ii) via the Court's *pro se* filing system

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1. On October 21, 2022: Motion to Allow my formal letter on October 19 before 4pm ET, and objection in your honors courtroom on October 20th as timely filed; DENY the motion to shorten time, and DEFER the motion to file under seal to a normal timeline; ACCEPT that the UCC objected on my behalf to the motion to appoint a preferred equity committee, as they represent all creditors; Issue a ruling on the November 1 Hearing (related document(s)1118 and 1119 ) [D.R. 1165]

2. On October 23, 2022: Objection to D.R. 880, Or in the Alternative to Join in the Objection of The Official Committee of Unsecured Creditors (D.R. 1048) [D.E. 1173]

Dated: September 24, 2022
Silver Spring, MD

s/ Immanuel Herrmann
Immanuel Herrmann
*Pro se creditor*

## Exhibit A

Dennis F. Dunne <ddunne@milbank.com>

Nelly Almeida <nalmeida@milbank.com>

Andrew M. Leblanc <aleblanc@milbank.com>

Joshua M. Mester <jmester@jonesday.com>



# Exhibit B

**Core/2002 List**
as of October 18, 2022

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | ONE PENN PLAZA | SUITE 3335 | NEW YORK | NY | 10119 | | 212-594-5000 | | KORTIZ@TEAMTOGUT.COM; BKOTLIAR@TEAMTOGUT.COM; DPERSON@TEAMTOGUT.COM; AODEN@TEAMTOGUT.COM; AGLAUBACH@TEAMTOGUT.COM; EBLANDER@TEAMTOGUT.COM; ARODRIGUEZ@TEAMTOGUT.COM; BKOTLIAR@TEAMTOGUT.COM; GQUIST@TEAMTOGUT.COM; ASTOLP@TEAMTOGUT.COM |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | 4000 TOWN CENTER | SUITE 1800 | SOUTHFIELD | MI | 48075 | | 248-359-7331 | 248-731-1572 | DEBORAH.KOVSKY@TROUTMAN.COM; KAY.KRESS@TROUTMAN.COM |
| ADRIAN PEREZ-SIAM | C/O DUANE MORRIS LLP | ATTN: LAWRENCE J. KOTLER & MALCOLM M. BATES | 30 S. 17TH STREET | | PHILADELPHIA | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | LJKOTLER@DUANEMORRIS.COM; MBATES@DUANEMORRIS.COM |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | | 334-242-7300 | 334-242-2433 | CONSUMERINTEREST@ALABAMAAG.GOV |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | 125 BROAD ST | | NEW YORK | NY | 10004 | | 212-558-4000 | 212-558-3588 | DIETDERICHA@SULLCROM.COM; GLUECKSTEINB@SULLCROM.COM; BELLERB@SULLCROM.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 | | 907-269-5100 | 907-276-3967 | ATTORNEY.GENERAL@ALASKA.GOV |
| ALTCOINTRADER (PTY) LTD | | 229 ONTDEKKERS RD, HORIZON | | | ROODEPOORT | | 1724 | SOUTH AFRICA | 278-2411-0866 | | RICHARD@ALTCOINTRADER.CO.ZA |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN: THOMAS R. DOMINCZYK | 5 WALTER FORAN BLVD | SUITE 2007 | FLEMINGTON | NJ | 08822 | | 908-237-4550 | 908-237-4551 | TDOMINCZYK@MAURICEWUTSCHER.COM; THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | | 602-542-5025 | 602-542-4085 | AGINFO@AZAG.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 | | 501-682-2007 | 501-682-8084 | OAG@ARKANSASAG.GOV |
| B2C2 LTD | | 86-90 PAUL ST | | | LONDON | | EC2A 4NE | UNITED KINGDOM | | | MIDDLEOFFICE@B2C2.COM |
| BAKER, DOMINIC JOHN | | ON FILE | | | | | | | | | |
| BRANDON VOSS | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY ROAD SUITE 410 | | | GARDEN CITY | NY | 11530 | | 516-228-4280 | | SPG@13TRUSTEE.NET |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | XAVIER.BECERRA@DOJ.CA.GOV |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG | 601 LEXINGTON AVE | | NEW YORK | NY | 10022 | | 212-446-4800 | 212-446-4900 | JSUSSBERG@KIRKLAND.COM |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET | 300 N LASALLE ST | | CHICAGO | IL | 60654 | | 312-862-2000 | 312-862-2200 | PATRICK.NASH@KIRKLAND.COM; ROSS.KWASTENIET@KIRKLAND.COM |
| CHANG, RICKIE | | ON FILE | | | | | | | | | |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| CLINT PETTY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | | 516-228-4280 | | SPG@13TRUSTEE.NET |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 | | 720-508-6000 | 720-508-6030 | CORA.REQUEST@COAG.GOV |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 165 CAPITOL AVE | | | HARTFORD | CT | 6106 | | 860-702-3125 | 860-808-5387 | ATTORNEY.GENERAL@CT.GOV |
| CORE SCIENTIFIC, INC. | C/O WEIL GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, P.C., DAVID J. LENDER, & RONIT J. BERKOVICH | 767 FIFTH AVE | | NEW YORK | NY | 10153 | | 212-310-8000 | 212-310-8007 | RAY.SCHROCK@WEIL.COM; DAVID.LENDER@WEIL.COM; RONIT.BERKOVICH@WEIL.COM |
| COVARIO AG | | LANDYS GYR STRASSE 1 | | | ZUG | | 6300 | SWITZERLAND | | | CELSIUSBANKRUPTCY@COVAR.IO; MARK.BANNER@COVAR.IO |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | ONE VANDERBILT AVE | | NEW YORK | NY | 10017-3852 | | 212-547-5400 | 212-547-5444 | DAZMAN@MWE.COM; GREER@MWE.COM |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | 333 SE 2ND AVE | SUITE 4500 | MIAMI | FL | 33131-2184 | | 305-358-3500 | 305-347-6500 | GSTEINMAN@MWE.COM; MCO@MWE.COM |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | 1ST FLOOR | ARTEMIS HOUSE | GEORGE TOWN | | KY1-1102 | CAYMAN ISLANDS | | | C10_SPC@INVICTUSCAPITAL.COM; DANIEL@INVICTUSCAPITAL.COM |
| DEFERRED 1031 EXCHANGE, LLC | | LAKELAND AVE. | | | DOVER | DE | 19901 | | 425-766-7107 | | CIADONISI@DEFERRED1031.COM |
| DEKKER, CARLOS C | | ON FILE | | | | | | | | | |
| DELAWARE DEPARTMENT OF JUSTICE | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | | 302-577-8400 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US; ATTORNEY.GENERAL@DELAWARE.GOV |
| DENTZEL, ZARYN | | ON FILE | | | | | | | | | |
| DEPARTMENT OF TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | | |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O MEYER, SUOZZI, ENGLISH & KLEIN, PC | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY | SUITE 1420 | NEW YORK | NY | 10018 | | 212-763-7030 | | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |
| DIFIORE, THOMAS ALBERT | | ON FILE | | | | | | | | | |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | 400 6TH STREET NW | | | WASHINGTON | DC | 20001 | | 202-727-3400 | 202-347-8922 | OAG@DC.GOV |
| DIXON, SIMON | | ON FILE | | | | | | | | | |
| DOWNS, BRADLEY JAMES | | ON FILE | | | | | | | | | |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS | 1301 AVENUE OF THE AMERICAS | 42ND FLOOR | NEW YORK | NY | 10019 | | 212-484-3900 | 212-484-3990 | JEFFREY.GLEIT@AFSLAW.COM; ALLISON.WEISS@AFSLAW.COM; LISA.INDELICATO@AFSLAW.COM; ALYSSA.FIORENTINO@AFSLAW.COM |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | 920 LENMAR DR | | | BLUE BELL | PA | 19422 | | 215-822-2728 | | SCHROEDER@JRLAW.ORG; HEALEY@JRLAW.ORG |
| FARR, NICHOLAS | | ON FILE | | | | | | | | | |
| FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON & KATHERINE AIZPURU | 600 PENNSYLVANIA AVE NW | MAIL STOP CC-9528 | | WASHINGTON | DC | 2058 | | 202-326-2185; 202-326-2870 | 202-326-3197 | KJOHNSON3@FTC.GOV; KAIZPURU@FTC.GOV |
| FEINTISCH, ADAM MICHAEL | | ON FILE | | | | | | | | | |
| FITE, JACOB BENJAMIN | | ON FILE | | | | | | | | | |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL PL-01 | | | TALLAHASSEE | FL | 32399 | | 850-414-3300 | 850-410-1630 | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | | 404-656-3300; 404-458-3600 | 404-657-8733 | brosszer@law.ga.gov |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | 425 QUEEN ST | | | HONOLULU | HI | 96813 | | 808-586-1500 | 808-586-1239 | HAWAIIAG@HAWAII.GOV |
| ICB SOLUTIONS | | W ROYAL FOREST BLVD | | | COLUMBUS | OH | 43214 | | | | DUFFY52@GMAIL.COM |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W JEFFERSON ST | SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | | 208-334-2400 | 208-854-8071 | STEPHANIE.GUYON@AG.IDAHO.GOV |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: ANDREW J. CURRIE | 600 MASSACHUSETTS AVE NW | | WASHINGTON | DC | 20001 | | 202-344-4586 | 202-344-8300 | AJCURRIE@VENABLE.COM; JSSABIN@VENABLE.COM |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL WEINER LEVY, & ARIE PELED | 1270 AVENUE OF THE AMERICAS | 24TH FLOOR | NEW YORK | NY | 10020 | | 212-503-0896 | 212-307-5598 | JSSABIN@VENABLE.COM; CWEINERLEVY@VENABLE.COM; APELED@VENABLE.COM |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | JAMES R. THOMPSON CENTER | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 | | 312-814-3000 | | INFO@LISAMADIGAN.ORG |
| ILLUMMITI CORP A/K/A SYNTAX SYSTEMS USA LP | C/O SILLS CUMMIS & GROSS PC | ATTN: GREGORY A. KOPACZ | ONE RIVERFRONT PLAZA | | NEWARK | NJ | 07102 | | 973-643-7000 | | GKOPACZ@SILLSCUMMIS.COM |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | 317-232-6201 | 317-232-7979 | |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | | | GRAND CAYMAN | | KY1-1102 | CAYMAN ISLANDS | | | C20_SPC@INVICTUSCAPITAL.COM; DANIEL@INVICTUSCAPITAL.COM |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | DES MOINES | IA | 50319 | | 515-281-5164 | 515-281-4209 | CONSUMER@AG.IOWA.GOV |
| JASON STONE AND KEYFI INC. | C/O ROCHE FREEDMAN LLP | ATTN: KYLE W. ROCHE, ESQ. | 99 PARK AVE | SUITE 1910 | NEW YORK | NY | 10016 | | 646-350-0527 | | KYLE@ROCHEFREEDMAN.COM; AKARADJAS@ROCHEFREEDMAN.COM |
| JEFFRIES, DAVID | | ON FILE | | | | | | | | | |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN: EVAN J. ZUCKER | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-885-5000 | 212-885-5001 | EVAN.ZUCKER@BLANKROME.COM; EDOCKETING@BLANKROME.COM |
| JONATHAN JERRY SHROYER | C/O HOPKINS & CARLEY, ALC | ATTN: MONIQUE D. JEWETT-BREWSTER | 70 S FIRST ST | | SAN JOSE | CA | 95113 | | 408-286-9800 | 408-998-4790 | MJB@HOPKINSCARLEY.COM; EAMARO@HOPKINSCARLEY.COM |
| JYOTI SUKHNANI | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | | 516-228-4280 | | SPG@13TRUSTEE.NET |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 | | 785-296-2215 | 785-296-6296 | DEREK.SCHMIDT@AG.KS.GOV |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE | SUITE 118 | | FRANKFORT | KY | 40601 | | 502-696-5300 | 502-564-2894 | |
| KIBLER-MELBY, CORT | | ON FILE | | | | | | | | | |
| KIESER, GREGORY ALLEN | | ON FILE | | | | | | | | | |
| KOHJI, HIROKADO | | ON FILE | | | | | | | | | |
| KYLE FARMERY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | | 516-228-4280 | | SPG@13TRUSTEE.NET |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | 300 CAPITAL DR | | | BATON ROUGE | LA | 70802 | | 225-326-6705 | 225-326-6793 | ADMININFO@AG.STATE.LA.US |
| LYLLOFF, SANDER | | ON FILE | | | | | | | | | |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | | 207-626-8800 | | ATTORNEY.GENERAL@MAINE.GOV |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 | | 410-576-6300 | | OAG@OAG.STATE.MD.US |
| MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | | 1 ASHBURTON PLACE | 20TH FLOOR | | BOSTON | MA | 02108 | | 617-727-2200 | | |



## Core/2002 List
as of October 18, 2022

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: BONNIE R. GOLUB | 667 MADISON AVE | 5TH FLOOR | NEW YORK | NY | 10065 | | 917-475-8885 | 917-475-8884 | BGOLUB@WGPLLP.COM |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: JEFFREY S. CIANCIULLI & MICHAEL P. BROADHURST | 1339 CHESTNUT ST | SUITE 500 | PHILADELPHIA | PA | 19107 | | 215-665-8181 | 215-665-8464 | JCIANCIULLI@WGPLLP.COM; MBROADHURST@WGPLLP.COM |
| MCCLINTOCK, MICHAEL | | ON FILE | | | | | | | | | |
| MCMULLEN, BRIAN | | ON FILE | | | | | | | | | |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | | 525 W OTTAWA ST | | | LANSING | MI | 48906 | | 517-335-7622 | | |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: JUANDISHA HARRIS | CADILLAC PLACE BUILDING | 3030 W GRAND BLVD | SUITE 10-200 | DETROIT | MI | 48202 | | 313-456-0140 | | HARRISJ12@MICHIGAN.GOV |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 | | 651-296-3353 | 651-282-2155 | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST | PO BOX 220 | JACKSON | MS | 39201 | | 601-359-3680 | 601-359-4231 | |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | | 573-751-3321 | 573-751-5818 | CONSUMER.HELP@AGO.MO.GOV |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS | PO BOX 201401 | HELENA | MT | 59602 | | 406-444-2026 | 406-444-3549 | CONTACTDOJ@MT.GOV |
| MURPHY, JR, THOMAS PATRICK | | ON FILE | | | | | | | | | |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | | 402-471-2683 | 402-471-3297 | |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | | 775-684-1100 | 775-684-1108 | |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | | CONCORD | NH | 3301 | | 603-271-3658 | 603-271-2110 | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING | BOX 080 | TRENTON | NJ | 8611 | | 609-292-8740 | 609-292-3508 | |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | 408 GALISTEO ST | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | | 505-490-4060 | 505-490-4883 | HBALDERAS@NMAG.GOV |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ. | 60 E 42ND ST | SUITE 4700 | NEW YORK | NY | 10165 | | 212-792-0046 | 646-786-3170 | JOSHUA@LEVINEPSTEIN.COM |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 | | 518-474-7330 | 866-413-1069 | |
| NHAT VAN MEYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY, SUITE 1420 | | NEW YORK | NY | 10018 | | 212-763-7030 | | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY, SUITE 1420 | | NEW YORK | NY | 10018 | | 212-763-7030 | | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |
| NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | | 919-716-6400 | 919-716-6050 | |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 | | 701-328-2210 | 701-328-2226 | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 201 VARICK ST | ROOM 1006 | | NEW YORK | NY | 10014 | | 212-510-0500 | 212-668-2361 | USTPREGION02.NYECF@USDOJ.GOV; SHARA.CORNELL@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON, MARK ROBINSON, & KEITH NOYES FOR COVARIO AG | | | | | | | | | | CAROLINEGWARREN@GMAIL.COM; TOMDIF@GMAIL.COM; ICBSOLUTIONS@PROTON.ME; CHRISTOPHER.J.COCO@GMAIL.COM; CELSIUSBANKRUPTCYCASE@GMAIL.COM; MARKROBINSON55@GMAIL.COM; CELSIUSBANKRUPTCY@COVARI.IO |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST | SUITE 2700 | LOS ANGELES | CA | 90071 | | 213-620-7700 | 213-452-2329 | AARON.COLODNY@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-819-8200 | 212-354-8113 | DAVID.TURETSKY@WHITECASE.COM; SAM.HERSHEY@WHITECASE.COM; MCOSBNY@WHITECASE.COM; JDISANTI@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR | SUITE 5100 | CHICAGO | IL | 60606 | | 312-881-5400 | 312-881-5450 | MANDOLINA@WHITECASE.COM; GREGORY.PESCE@WHITECASE.COM; JDISANTI@WHITECASE.COM; MCO@WHITECASE.COM |
| OHIO OFFICE OF THE ATTORNEY GENERAL | | STATE OFFICE TOWER | 30 E BROAD ST | 14TH FLOOR | COLUMBUS | OH | 43215 | | 614-466-4986 | | |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | | 405-521-3921 | 405-521-6246 | QUESTIONS@OAG.OK.GOV |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET ST | SUITE 2900 | SAN FRANCISCO | CA | 94105-3493 | | 415-227-0900 | | SCHRISTIANSON@BUCHALTER.COM |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 | | 503-378-4400 | 503-378-4017 | ELLEN.ROSENBLUM@DOG.STATE.OR.US; ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| PARK, SEONG | | ON FILE | | | | | | | | | |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 | | 717-787-3391 | 717-787-8242 | |
| PERRY, BRETT ALAN | | ON FILE | | | | | | | | | |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. | 184 GRAND AVE | | ENGLEWOOD | NJ | 07631 | | 201-871-1333 | 201-871-3161 | BHANNON@NORGAARDFIRM.COM; MNORGAARD@NORGAARDFIRM.COM; CROSE@NORGAARDFIRM.COM; KCIMMINO@NORGAARDFIRM.COM; CROSE@NORGAARDFIRM.COM |
| PETERSON, STEPHEN PAUL | | ON FILE | | | | | | | | | |
| PHAROS USD FUND SP & PHAROS FUND SP | | LANDMARK SQUARE, 1ST FLOOR | 64 EARTH CLOSE | PO BOX 715 | GRAND CAYMAN | | KY-1107 | Cayman Islands | | | ADMIN@LANTERNVENTURES.COM |
| RAJ, RAFAEL | | ON FILE | | | | | | | | | |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | C/O FORTIS LLP | ATTN: PAUL R. SHANKMAN | 650 TOWN CENTER DR | SUITE 1530 | COSTA MESA | CA | 92626 | | 714-795-2092 | 714-795-2995 | PSHANKMAN@FORTISLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS | 100 CONGRESS AVE | 18TH FLOOR | AUSTIN | TX | 78704 | | 512-685-6400 | | MORRIS.WEISS@WALLERLAW.COM; SHERRI.SAVALA@WALLERLAW.COM; ANNMARIE.JEZISEK@WALLERLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE | 511 UNION ST | SUITE 2700 | NASHVILLE | TN | 37219 | | 615-244-6380 | 615-244-6804 | TYLER.LAYNE@WALLERLAW.COM; CHRIS.CRONK@WALLERLAW.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 2903 | | 401-274-4400 | 401-274-3050 | AG@RIAG.RI.GOV |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH | 1251 SIXTH AVE | 21ST FLOOR | NEW YORK | NY | 10020 | | 206-622-3150 | | ABARRAGE@DWT.COM; HUGHMCCULLOUGH@DWT.COM; ELAINEHUCKABEE@DWT.COM; SEADOCKET@DWT.COM |
| SAENZ, JESUS ARMANDO | | ON FILE | | | | | | | | | |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | C/O BROWN & CONNERY LLP | ATTN: JULIE F. MONTGOMERY, ESQ. | 6 N BROAD ST | SUITE 100 | WOODBURY | NJ | 08096 | | 856-812-8900 | 856-853-9933 | JMONTGOMERY@BROWNCONNERY.COM |
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | | WASHINGTON | DC | 20549 | | 202-942-8088 | 202-772-9317 / 202-772-9318 | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 | | 212-336-1100 | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | | NEW YORK | NY | 10281-1022 | | 212-336-1100 | 212-336-1320 | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST | ROOM 519 | COLUMBIA | SC | 29201 | | 803-734-3970 | 803-253-6283 | |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 1302 E HIGHWAY 14 | SUITE 1 | | PIERRE | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | | ONE ST. ANDREWS PLAZA | | | NEW YORK | NY | 10007 | | 212-637-2200 | | |
| STATES OF ALABAMA, ARKANSAS, CALIFORNIA, DISTRICT OF COLUMBIA, HAWAII, MAINE, MISSOURI, NEW YORK, NORTH DAKOTA AND OKLAHOMA | C/O NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY, BANKRUPTCY COUNSEL | 1850 M ST NW | 12TH FLOOR | WASHINGTON | DC | | | 301-933-3640 | | KCORDRY@NAAG.ORG |
| STEWART, RUSSELL GARTH | | ON FILE | | | | | | | | | |
| STROBILUS LLC | | ON FILE | | | | | | | | | |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | C/O MINTZ & GOLD LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. & AMIT SONDHI, ESQ. | 600 THIRD AVE | 25TH FLOOR | NEW YORK | NY | 10016 | | 212-696-4848 | 212-696-1231 | GOTTESMAN@MINTZANDGOLD.COM; SONDHI@MINTZANDGOLD.COM |
| TAIAROA, KERI DAVID | | ON FILE | | | | | | | | | |
| TAN, RICHARD | | ON FILE | | | | | | | | | |
| TAN, YAN | | ON FILE | | | | | | | | | |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | | 615-741-1935 | 615-741-3334 | AGBANKNEWYORK@AG.TN.GOV |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | | 615-741-3491 | 615-741-2009 | |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD, ROMA N. DESAI, ASSISTANT ATTORNEYS GENERAL | PO BOX 12548 MC008 | | AUSTIN | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV; ROMA.DESAI@OAG.TEXAS.GOV |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | 300 W 15TH ST | | | AUSTIN | TX | 78701 | | 512-463-2100 | 512-475-2994 | |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | PO BOX 12548 MC 008 | BANKRUPTCY & COLLECTIONS DIVISION | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | AUSTIN | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV; ROMA.DESAI@OAG.TEXAS.GOV |
| THE CAEN GROUP LLC | | ON FILE | | | | | | | | | |



**Core/2002 List**
as of October 18, 2022

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 | | 212-421-4100 | 212-326-0806 | SLIEBERMAN@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM |
| TRUSSELL, MARK | | ON FILE | | | | | | | | | |
| TYCHALSKI, GEORGE | | ON FILE | | | | | | | | | |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 N STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 | | 801-366-0260 | 801-538-1121 | UAG@UTAH.GOV |
| VAN, LOC TRUYEN | | ON FILE | | | | | | | | | |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. | 89 MAIN ST | 3RD FLOOR | | MONTPELIER | VT | 05620 | | 802-828-3307 | 802-828-1477 | JENNIFER.ROOD@VERMONT.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | 109 STATE ST | | | MONTPELIER | VT | 5609 | | 802-828-3173 | 802-828-3187 802-828-2154 | AGO.INFO@VERMONT.GOV |
| VICKERS, LISA T. | C/O BERLINER & PILSON, ESQS | ATTN: RICHARD J. PILSON, ESQ | 40 CUTTERMILL RD | SUITE 308 | GREAT NECK | NY | 11021 | | 516-304-5555 | 516-304-5556 | RPILSON@BERLINERPILSON.COM |
| VILLINGER, CHRISTOPHER | | ON FILE | | | | | | | | | |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES, LLP | ATTN: HOLLACE T. COHEN, ESQ. | 445 PARK AVE | 9TH FLOOR | NEW YORK | NY | 10022 | | 917-365-4871 | 212-423-0618 | HOLLACE.COHEN@FISHERBROYLES.COM |
| VINCENT, CAROLYN MARGARET | | ON FILE | | | | | | | | | |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N NINTH ST | | | RICHMOND | VA | 23219 | | 804-786-2071 | 804-225-4378 | MAIL@OAG.STATE.VA.US |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS UNIT | 800 FIFTH AVE | SUITE 2000 | SEATTLE | WA | 98104-3188 | | 206-389-2187 | 206-587-5150 | DINA.YUNKER@ATG.WA.GOV BCUYUNKER@ATG.WA.GOV |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 | | 206-464-6684 | | |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 | | 360-753-6200 | | |
| WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | ATTN: STEPHEN MANNING | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | PO BOX 40100 | OLYMPIA | WA | 98504-4010 | | 360-534-4846 | 360-664-0229 | STEPHEN.MANNING@ATG.WA.GOV BCUYUNKER@ATG.WA.GOV |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E | BUILDING 1 | ROOM E-26 | CHARLESTON | WV | 25305 | | 304-558-2021 | 304-558-0140 | CONSUMER@WVAGO.GOV |
| WEXLER, KEVIN JAY | | ON FILE | | | | | | | | | |
| WILCOX, WAYLON J | | ON FILE | | | | | | | | | |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | | 17 W MAIN ST | ROOM 114 EAST P | | MADISON | WI | 53702 | | 608-266-1221 | 608-267-2779 | |
| WOLSTENHOLME, MACGREGOR | | ON FILE | | | | | | | | | |
| WRIGHT, CHRISTOPHER | | ON FILE | | | | | | | | | |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 | | 307-777-7841 | 307-777-6869 | |
| YASMINE PETTY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | | 516-228-4280 | | SPG@13TRUSTEE.NET |
| YATES-WALKER, JOSH OISIN | | ON FILE | | | | | | | | | |
| YOON, ANDREW | | ON FILE | | | | | | | | | |
| ZIGLU LIMITED | | 1 POULTRY | | | LONDON | | EC2R8EJ | UNITED KINGDOM | | | CFO@ZIGLU.IO |