WILLIAM K. HARRINGTON
United States Trustee for Region 2
201 Varick Street, Room 1006
New York, New York 10014
Tel. (212) 510-0500
By: Shara C. Cornell
    Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
*In re*                                          : Chapter 11
                                                 :
CELSIUS NETWORK LLC., *et al.,*[1]               : Case No. 22-10964 (MG)
                                                 :
                                    Debtors.     : (Jointly Administered)
------------------------------------------------ x

## NOTICE OF APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN

William K. Harrington, United States Trustee for Region 2, hereby appoints Lucy L. Thomson, having an office located at 1455 Pennsylvania Avenue, N.W. Suite 400, Washington, D.C. 20004; lucythomson1@mindspring.com, as Consumer Privacy Ombudsman in these cases. The appointee's verified statement of disinterestedness is attached hereto as Exhibit A.

This appointment is made pursuant to the *Memorandum Opinion and Order Granting Motion to Approve Bidding Procedures in Connection With the Sale of Substantially all the Debtor's Assets. Sale Hearing for Retail Platform Assets and Remaining Assets* (ECF No. 1167) entered on October 24, 2022.

Dated: New York, New York
       October 25, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

**By:** ***/s/ Shara C. Cornell***

      Shara C. Cornell
      Trial Attorney
      Office of the U.S. Trustee
      U.S. Federal Office Bldg.
      201 Varick Street, Suite 1006
      New York, New York 10014
      Tel. No. (212) 510-0500

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
*In re* : Chapter 11
:
CELSIUS NETWORK LLC, *et al.* : Case No. 22-10964 (MG)
:
: (Jointly Administered)
Debtors.[1] :
---------------------------------------------------------------x

# ACCEPTANCE OF APPOINTMENT AND VERIFIED STATEMENT OF CONSUMER PRIVACY OMBUDSMAN

I, the undersigned, Lucy L. Thomson, do hereby accept my appointment by the United States Trustee as Consumer Privacy Ombudsman in the above-captioned cases and declare as follows:

1. I am a person eligible and competent to perform the duties of Consumer Privacy Ombudsman, as set forth in 11 U.S.C. § 332, in the above-captioned case.

2. I am a Certified Information Privacy Professional (CIPP/US), a Certified Information Systems Security Professional (CISSP), and an experienced consumer privacy professional, having been appointed CPO in 33 federal bankruptcy cases prior to this one. I earned a Master's degree from Rensselaer Polytechnic Institute (RPI), worked as a senior principal engineer and privacy advocate for CSC, a global technology company, served as chair of the American Bar Association (ABA) Science & Technology Law Section, and am a published author of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

books/chapters on emerging technologies and critical infrastructure, including banking and finance.

3. Pursuant to the requirements of Federal Rule of Bankruptcy Procedure 6004(g)(2), I state that I have no connection with the debtors, creditors, other parties in interest, or their respective attorneys and accountants, the United States Trustee, and any person employed by the Office of the United States Trustee.

4. I am not a creditor, an equity security holder, or an insider (as those terms are defined in 11 U.S.C. § 101(31)), of Celsius Network LLC, or its Debtor affiliates.

5. I am not, and have not been, a director, officer, or employee of the Debtor within two years before the date of the filing of the petition.

6. I do not hold or represent an interest adverse to the Debtor or the Debtor's estate.

7. Based upon the foregoing, I believe that I am a "disinterested person" within the meaning of §§ 101(14) and 332(a) of the Bankruptcy Code. To reach this conclusion, I conducted a conflicts check, including a review of lists of Current and Recent Former Entities Affiliated with the Debtors; Directors/Officers; Equity Holders; Bankruptcy Professionals; Institutional Customers; Insurance; Landlords; Legal Matters and Litigants; Non-Bankruptcy Advisors and Ordinary Course Professionals; Retail Customers; Top 50 Unsecured Creditors; Taxing Authority/Governmental/Regulatory Agencies; Utilities; Vendors; and U.S. Trustee Personnel, Judges, and Court contacts for the Southern District of New York.

8. I do not have any financial connection with the Debtor or the estate.

9. I have not received any compensation from any party with respect to my appointment in this case, nor have I made any agreements or arrangements with the Debtor or any other party for compensation.

10. I agree to serve as Consumer Privacy Ombudsman and to seek reimbursement of fees and expenses from the estate based on an application to be filed with and subject to approval by the Court as provided in 11 U.S.C. § 330. My billable rate is $550/hour.

11. I acknowledge my statutory obligation not to disclose any personally identifiable information obtained by me, and I agree to comply with 11 U.S.C. § 332(c).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 25, 2022

. /s/ Lucy L. Thomson              .
Lucy L. Thomson
1455 Pennsylvania Avenue, N.W. Suite 400
Washington, D.C. 20004
(703) 798-1001
lucythomson1@mindspring.com