**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ x
*In re*                                  :   Chapter 11
                                         :
CELSIUS NETWORK LLC., *et al.,*[1]        :   Case No. 22-10964 (MG)
                                         :
                        Debtors.         :   (Jointly Administered)
------------------------------------------------ x

## ORDER APPROVING THE APPOINTMENT OF
## CONSUMER PRIVACY OMBUDSMAN

Upon the United States Trustee's *Application for Entry of an Order Approving the Appointment of the Consumer Privacy Ombudsman*, dated August 14, 2019; and it appearing that Lucy L. Thomson, a disinterested person within the meaning of 11 U.S.C. § 101(14), has been appointed by the United States Trustee as the consumer privacy ombudsman in the above-captioned cases, and after due deliberation and sufficient cause appearing thereof; it is hereby

ORDERED, that the appointment of Lucy L. Thomson, as consumer privacy ombudsman, is approved, pursuant to 11 U.S.C. § 332 and Federal Rule of Bankruptcy Procedure 6004.

**IT IS SO ORDERED.**

Dated:  October 27, 2022
          New York, New York

                                    **/s/ Martin Glenn**
                                    MARTIN GLENN
                          Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.