Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF CM/ECF FILING SYSTEM UNAVAILABILITY

**PLEASE TAKE NOTICE** that, starting on October 28, 2022 at 10:00 a.m. (prevailing Eastern Time) and lasting until October 31, 2022 at 8:30 a.m. (prevailing Eastern Time) (such period, the "CM/ECF Maintenance Window"), the CM/ECF electronic filing system for the United States Bankruptcy Court for the Southern District of New York ("CM/ECF") will be unavailable due to system upgrades.

**PLEASE TAKE FURTHER NOTICE** that several objection and reply deadlines fall within the CM/ECF Maintenance Window. To provide maximum notice to parties, the Debtors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

will (a) serve anticipated filing versions of their pleadings via e-mail and (b) post anticipated filing versions they would otherwise have filed through CM/ECF directly to Stretto's website, https://cases.stretto.com/celsius, for free public viewing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors expect that their pleadings will be filed on the court docket as soon as possible following the CM/ECF Maintenance Window.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: October 27, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:　(212) 446-4800<br>Facsimile:　(212) 446-4900<br>Email:　jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:　(312) 862-2000<br>Facsimile:　(312) 862-2200<br>Email:　patrick.nash@kirkland.com<br>　　　　　ross.kwasteniet@kirkland.com<br>　　　　　chris.koenig@kirkland.com<br>　　　　　dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |