| | |
|---|---|
| M. Todd Parker, Esq.<br>todd.parker@parkerpohl.com<br>David Pohl, Esq.<br>david.pohl@parkerpohl.com<br>Wendy Tannenbaum, Esq.<br>wendy.tannenbaum@parkerpohl.com<br>PARKER POHL LLP<br>99 Park Ave. Suite 1510<br>New York, NY 10016<br>Tel: (212) 202-8886 | Hearing Date: TBD<br>Objection Deadline: TBD |

*Counsel for Bradley Condit*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, *et al*, | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors. | : | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF**
**BRADLEY CONDIT FOR ENTRY OF AN ORDER PURSUANT TO**
**11 U.S.C. § 362(d)(1) FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on September 1, 2022, undersigned counsel for Bradley Condit filed the *Motion of Bradley Condit for Entry of an Order Pursuant to 11 U.S.C. § 362(d)(1) for Relief from the Automatic Stay* [Docket No. 684] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion was initially scheduled to take place on October 6, 2022, at 10:00 a.m., prevailing Eastern Time (the "Hearing"), and that the hearing was previously adjourned twice: first to October 20, 2022, at 10:00 a.m., prevailing Eastern Time, and then to November 1, 2022 at 11:00 a.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned again indefinitely, to a date and time to be determined, before the Honorable Martin Glenn, Chief United States Bankruptcy Judge. In accordance with General Order M-543 dated March 20, 2020, the

Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances (eCourtAppearances) need to be made by 4:00 p.m., prevailing Eastern Time, the business day before the hearing.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline for the Motion will be reset once the hearing date is determined.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing must connect to the Hearing one hour prior to the set Hearing time. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname, or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in the Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of the Motions and other pleadings

filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: October 27, 2022                              Respectfully submitted,

                          **PARKER POHL LLP**

                          /s/ M. Todd Parker
                          M. Todd Parker, Esq.
                          David Pohl, Esq.
                          Wendy Tannenbaum, Esq.
                          99 Park Ave., Suite 1510
                          New York, New York 10016
                          Telephone: (212) 202-8886
                          todd.parker@parkerpohl.com
                          david.pohl@parkerpohl.com
                          wendy.tannenbaum@parkerpohl.com

                          *Counsel for Bradley Condit*