Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

FILED
OCT 28 2022
US BANKRUPTCY COURT
SO. DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD ON**
**NOVEMBER 1, 2022, AT 11:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    November 1, 2022, at 11:00 a.m. (prevailing Eastern Time)
(the "Hearing")

Location of Hearing:    The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance
Instructions:    In accordance with General Order M-543 ("General Order M-543"),
dated March 20, 2020, the Hearing will only be conducted using Zoom
for Government.  Parties wishing to appear at the Hearing, whether
making a "live" or "listen only" appearance before the Court, need to
make an electronic appearance through the Court's website at

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on October 31, 2022**.

Due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing (which is scheduled to commence at 11:00 a.m., November 1, 2022 (prevailing Eastern Time)) must connect to the Hearing beginning at 10:00 a.m., November 1, 2022 (prevailing Eastern Time). When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

Copies of Motions:    A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I.    Contested Matters.

1.    **Stablecoin Sale Motion**. Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of Stablecoin in the Ordinary Course and (II) Granting Related Relief [Docket No. 832].

Objection Deadline: September 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Objection to the Proposed Sale of Stable-Coins by Celsius [Docket No. 853].

(2)    Objection to the Debtors' Motion Permitting the Sale of Stable Coins [Docket No. 901].

(3)    Objection of the Texas State Securities Board and the Texas Department of Banking to Debtors' Motion Seeking Entry of an

Order (I) Permitting the Sale of Stablecoin in the Ordinary Course and (II) Granting Related Relief [Docket 922].

(4)     Objection of the Vermont Department of Financial Regulation to Motion to Sell Stablecoin in the Ordinary Course and for Related Relief [Docket No. 925].

(5)     Omnibus Objection to Court Filings Taking Positions on which Coins are Customer Property [Docket No. 954].

(6)     State of Wisconsin's Joinder to Objections to the Debtors' Motion to Sell Stablecoin Filed by Texas and Vermont [Docket No. 967].

(7)     Víctor Ubierna De Las Heras Joinder to Objection to the Debtors' Motion to Sell Stablecoin Filed by the United States Trustee and the States of Texas, Vermont and Wisconsin [Docket No. 970].

(8)     Supplemental Response, Declaration, Exhibit, and Request for Relief [Docket No. 1043].

(9)     Amended Supplemental Response, Declaration, Exhibit, and Request for Relief [Docket No. 1058].

(10)    State of Washington's Joinder to Objections to the Debtors' Motion to Sell Stabelcoin Filed by Texas, Vermont and the United States Trustee [Docket No. 1085].

(11)    The Official Committee of Unsecured Creditors' Objection to the Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of Stablecoin in the Ordinary Course and (II) Granting Related Relief [Docket No. 1186].

Related Documents:  None.

**Status**:   This matter is going forward.

2.     **Motion to Seal KERP Information.**  Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan [Docket No. 1020].

Objection Deadline:   October 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)     Omnibus Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan and Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1202].

Related Documents:  None.

**Status**:  This matter is going forward.

3.  **KERP Motion.**  Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1021].

Objection Deadline:  October 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)  The Official Committee of Unsecured Creditors' Statement with Respect to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1187].

(2)  Omnibus Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan and Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1202].

(3)  Objection of the United States Trustee to Motion of Debtors for Entry of Order Approving Debtors' Key Employee Retention Plan [Docket No. 1207].

Related Documents:  None.

**Status**:  This matter is going forward.

4.  **Kwok Mei Po Motion.**  Creditor's Notice of Motion and Motion Seeking for Ruling of Full Title of Ownership of Funds with Respect to Users Who Have Been Blocked Access by Debtor Prior to Bankruptcy and to Request Disclosure from Debtor on the Number and Amount of Suspended/Closed Accounts which Funds Still Kept by Debtor [Docket No. 877].

Objection Deadline:  October 18, 2022, at 5:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)  Debtors' Objection to Creditor's Notice of Motion and Motion Seeking for Ruling of Full Title of Ownership of Funds with Respect to Users Who Have Been Blocked Access by Debtor Prior to Bankruptcy and to Request Disclosure from Debtor on the Number

and Amount of Suspended/Closed Accounts which Funds Still Kept by Debtor [Docket No. 1106].

<u>Related Documents</u>:

(1)    Order Setting Hearing Schedule on Motion Filed by Kwok Mei Po [Docket No. 877]

(2)    Joinder to Motion Seeking for Ruling of Full Title of Ownership of Funds with Respect to Users Who Have Been Blocked Access by Debtor Prior to Bankruptcy and to Request Disclosure from Debtor on the Number and Amount of Suspended/Closed Accounts which Funds Still Kept by Debtor [Docket No. 1121].

**<u>Status</u>**:  This matter is going forward.

5.    **Barstow Motion.**  Motion To Consider All USDC Investors as Secured Creditors [Docket No. 950].

<u>Objection Deadline</u>:  October 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:

(1)    Omnibus Objection of the Official Committee of Unsecured Creditors to (I) Motion to Consider USDC Investors as Secured Creditors, (II) Motion to Consider Stablecoin Creditors as Secured Creditors, and (III) Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors [Docket No. 1185].

(2)    Debtors' Omnibus Objection to (I) Nicole Barstow's Motion to Consider USDC Investors as Secured Creditors, (II) Lucas Holcomb's Motion to Consider Stablecoin Creditors as Secured Creditors, and (III) Douglas Saker's Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors [Docket No. 1188].

(3)    Jack Cel's Motion to Object - the Official Committee of Unsecured Creditors and Kirkland & Ellis for Omitting Security Interest Perfection and Not Consider Stablecoin Holders as Secured Creditors [Docket No. 1213].

<u>Related Documents</u>:

(1)    Notice of Hearing on (I) Nicole Barstow's Motion to Consider USDC Investors as Secured Creditors, (II) Lucas Holcomb's Motion to Consider Stablecoin Creditors as Secured Creditors, and (III) Douglas Saker's Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors [Docket No. 1017].

**<u>Status</u>**:  This matter is going forward.

6.    **Holcomb Motion**.  Motion to Consider Stablecoin Creditors as Secured Creditors [Docket No. 965].

Objection Deadline:  October 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Omnibus Objection of the Official Committee of Unsecured Creditors to (I) Motion to Consider USDC Investors as Secured Creditors, (II) Motion to Consider Stablecoin Creditors as Secured Creditors, and (III) Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors [Docket No. 1185].

(2)    Debtors' Omnibus Objection to (I) Nicole Barstow's Motion to Consider USDC Investors as Secured Creditors, (II) Lucas Holcomb's Motion to Consider Stablecoin Creditors as Secured Creditors, and (III) Douglas Saker's Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors [Docket No. 1188].

(3)    Jack Cel's Motion to Object - the Official Committee of Unsecured Creditors and Kirkland & Ellis for Omitting Security Interest Perfection and Not Consider Stablecoin Holders as Secured Creditors [Docket No. 1213].

Related Documents:

(1)    Notice of Hearing on (I) Nicole Barstow's Motion to Consider USDC Investors as Secured Creditors, (II) Lucas Holcomb's Motion to Consider Stablecoin Creditors as Secured Creditors, and (III) Douglas Saker's Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors [Docket No. 1017].

**Status**:  This matter is going forward.

7.    **Saker Motion.**  Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors [Docket No. 990].

Objection Deadline:  October 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Omnibus Objection of the Official Committee of Unsecured Creditors to (I) Motion to Consider USDC Investors as Secured Creditors, (II) Motion to Consider Stablecoin Creditors as Secured Creditors, and (III) Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors [Docket No. 1185].

(2)    Debtors' Omnibus Objection to (I) Nicole Barstow's Motion to Consider USDC Investors as Secured Creditors, (II) Lucas Holcomb's Motion to Consider Stablecoin Creditors as Secured

Creditors, and (III) Douglas Saker's Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors [Docket No. 1188].

(3)     Jack Cel's Objection of the Official Committee of Unsecured Creditors for Not Considering Stablecoin Holders as Secured Creditors [Docket No. 1201].

Related Documents:

(1)     Notice of Hearing on (I) Nicole Barstow's Motion to Consider USDC Investors as Secured Creditors, (II) Lucas Holcomb's Motion to Consider Stablecoin Creditors as Secured Creditors, and (III) Douglas Saker's Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors [Docket No. 1017].

**Status**:   This matter is going forward.

8.      **Frishberg Cost Cutting Motion**.   Motion to Compel the Debtors to Institute Significant Cost Cutting Measures [Docket No. 1041].

Objection Deadline:   October 27, 2022, at 5:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)     Debtors' Omnibus Objection and Reservation of Rights to Daniel A. Frishberg's Requests for Relief [Docket No. 1211].

Related Documents:

(1)     Notice of Hearing of Daniel A. Frishbergs' Motion to Compel the Debtors to Institute Significant Cost Cutting Measures [Docket No. 1137].

(2)     Notice of Hearing on (I) Daniel A. Frishberg's Motion to Compel the Debtors to Institute Significant Cost Cutting Measures and (II) Motion to Compel Insider Clawbacks by the Debtors/UCC [Docket No. 1178].

(3)     Partial Joinder and Response to Daniel A. Frishberg's Amended Motion to Compel the Debtors to Institute Significant Cost Cutting Measures [Docket No. 1220].

**Status**:   This matter is going forward.

9.      **Frishberg Clawback Motion.**   Motion to Compel Insider Clawbacks by the Debtors/UCC [Docket No. 1042].

Objection Deadline:   October 27, 2022, at 5:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Debtors' Omnibus Objection and Reservation of Rights to Daniel A. Frishberg's Requests for Relief [Docket No. 1211].

(2)    The Official Committee of Unsecured Creditors' Objection to Daniel A. Frishberg's Motion to Compel Insider Clawbacks by the Debtors/UCC [Docket No. 1212].

Related Documents:

(1)    Notice of Hearing of Daniel A. Frishbergs' Amended Motion to Compel Insider Clawbacks by the Debtors/UCC [Docket No. 1135].

(2)    Notice of Hearing on (I) Daniel A. Frishberg's Motion to Compel the Debtors to Institute Significant Cost Cutting Measures and (II) Motion to Compel Insider Clawbacks by the Debtors/UCC [Docket No. 1178].

(3)    Partial Joinder and Response to Daniel A. Frishberg's Amended Motion to Compel Insider Clawbacks by the Debtors /UCC [Docket No. 1218].

**Status**:   This matter is going forward.

10.    **FRBP 2004 Examination**.  Victor Ubierna de las Heras Motion for an Order Pursuant to Bankruptcy Rule 2004 Compelling the Production of Documents [Docket No. 1053].

Objection Deadline:   October 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Debtors' Objection and Reservation of Rights to Vctor Ubierna De Las Heras's Motion for an Order Pursuant to Bankruptcy Rule 2004 Compelling the Production of Documents [Docket No. 1189].

(2)    Víctor Ubierna De Las Heras' Reply to Debtors' Objection to His Rule 2004 Application [Docket No. 1219].

Related Documents:  None.

**Status**:   This matter is going forward.

11.    **Examiner Work Plan Motion**.  Motion to Approve Examiner's Work Plan [Docket No. 1013].

Objection Deadline:   October 18, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Ignat Tuganov's (A) Response to Examiner's Motion to Approve Work Plan, and (B) Motion to Clarify or Expand Scope of Examiner's Investigation [Docket No. 1104].

(2)    The Official Committee of Unsecured Creditors' Reservation of Rights Regarding the Examiner's Motion to Approve Work Plan [Docket No. 1105].

(3)    Víctor Ubierna De Las Heras' Statement in Regard to Ignat Tuganov's (A) Response to Examiner's Motion to Approve Work Plan, and (B) Motion to Clarify or Expand Scope of the Investigation [Docket No. 1221].

(4)    Partial Joinder and Response to Ignat Tuganov's (A) Response to Examiner's Motion to Approve Work Plan, and (B) Motion to Clarify or Expand Scope of the Investigation [Docket No. 1222].

Related Documents:

(1)    Notice of Hearing on the Official Committee of Unsecured Creditors' Reservation of Rights Regarding the Examiner's Motion to Approve Work Plan [Docket No. 1127].

**Status**:   This matter is going forward.

12.    **Examiner Motion to Confirm Scope.** Examiner's Motion to Confirm Examination Scope or Alternatively for Expansion of the Scope of the Examination [Docket No. 1112].

Objection Deadline:   October 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Daniel A. Frishbergs' Partial Joinder to Examiner's Motion to Confirm Examination Scope or Alternatively for Expansion of the Scope of the Examination [Docket No. 1134].

(2)    Notice of Proposed Order Approving Examiner's Motion to Confirm Examination Scope or Alternatively for Expansion of the Scope of the Examination [Docket No. 1149].

(3)    Joinder to Examiner's Motion to Confirm Examination Scope or Alternatively for Expansion of the Scope of the Examination [Docket No. 1217].

**Status**:   This matter is going forward.

## II.    Examiner Retention Applications.

13.    **Jenner & Block LLP Retention**.  Examiner's Application for Entry of an Order Authorizing the Retention and Employment of Jenner & Block LLP as Attorneys for the Examiner Effective as of September 29, 2022 [Docket No. 962].

Objection Deadline:  October 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

(1)    Notice of Hearing on Examiner's Application for Entry of an Order Authorizing the Retention and Employment of Jenner & Block LLP as Attorneys for the Examiner Effective as of September 29, 2022 [Docket No. 958].

**Status**:  This matter is going forward.

14.    **Huron Consulting Retention.**  Examiner's Application for Entry of an Order Authorizing the Retention and Employment of Huron Consulting Services LLC as Financial Advisor to the Examiner, Effective as of October 10, 2022 [Docket No. 1070].

Objection Deadline: October 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents: None.

**Status**:  This matter is going forward.

## III.    Adjourned Matters.

15.    **Bar Date Motion.**  Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, (III) Approving Notice Thereof, and (IV) Granting Related Relief [Docket No. 1019].

Objection Deadline:  October 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Series B Preferred Holders' Limited Objection to Debtors' Motion for Entry of an Order Setting Bar Dates for Submitting Proofs of

Claim and Granting Related Relief [Docket No. 1184].

Related Documents:

(1)     Notice of Adjournment of Hearing on Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, (III) Approving Notice Thereof, and (IV) Granting Related Relief [Docket No. [●]].

**Status**:   This matter is adjourned to November 15, 2022.

16.     **Condit Motion for Relief from the Automatic Stay.**   Motion of Bradley Condit for Entry of an Order Pursuant to 11 U.S.C. § 362(d)(1) for Relief from the Automatic Stay [Docket No. 684].

Objection Deadline:   October 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:   None.

Related Documents:

(1)     Notice of Amendment to Docket No. 684 [Docket No. 787].

(2)     Notice of Adjournment of Hearing on Certain Motions, Applications, and Status Conferences to October 20, 2022 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 927].

(3)     Notice of Adjournment of Hearing on Motion of Bradley Condit for Entry of an Order Pursuant to 11 U.S.C. § 362(d)(1) for Relief from the Automatic Stay [Docket No. 1083].

(4)     Joint Stipulation and Agreed Order by and Among Debtors and Bradley Condit Granting Limited Relief from the Automatic Stay [Docket No. 1209].

(5)     Notice of Adjournment of Hearing on on Motion of Bradley Condit for Entry of an Order Pursuant to 11 U.S.C. § 362(d)(1) for Relief from the Automatic Stay [Docket No. 1216].

**Status**:   This matter is adjourned to a date and time to be determined.

*[Remainder of page intentionally left blank]*

New York, New York
Dated: October 28, 2022

*/s/ Joshua A. Sussberg*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           jsussberg@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           patrick.nash@kirkland.com
                     ross.kwasteniet@kirkland.com
                     chris.koenig@kirkland.com
                     dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*