# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Christopher S. Koenig
To Call Writer Directly:
+1 312 862 2372
chris.koenig@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

October 31, 2022

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

    Re:    *In re Celsius Network LLC,* No. 22-10964 (MG) – Confirmation of Filing Deadline Extensions for Phase I Issues Opening Briefs and Examiner's Interim Report

Dear Chief Judge Glenn:

    Pursuant to paragraph 11 of the *Joint Stipulation and Agreed Scheduling Order By and Among the Debtors, the Committee, and the Ad Hoc Groups with Respect to the Custody and Withhold Issues* [Docket No. 1044], and upon mutual written agreement by the Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Group of Custodial Account Holders, the Ad Hoc Group of Withhold Account Holders (collectively, the "Parties"), and the Examiner, we write to request confirmation of the extension of the deadlines for the Parties to file opening briefs on Phase I issues until Saturday, November 5, 2022, at 11:59 p.m. (prevailing Eastern Time) and for the Examiner to file an interim report on matters within the Examiner's scope that relate to Phase I Issues until Saturday, November 19, 2022, at 11:59 p.m. (prevailing Eastern Time).

Sincerely,

*/s/ Christopher S. Koenig*

Christopher S. Koenig

The request is GRANTED.

MEMORANDUM ENDORSED.        _____/sMartin Glenn_____

DATED: 10/31/2022                Chief US Bankruptcy Judge, Martin Glenn

KE 90828769