RE: FORMAL DEMAND LETTER FOR PAYMENT

Thomas A. Hall
12223 Highland Ave., 106-394
Rancho Cucamonga, CA 91739
(626) 347-8616

TO:

Alex Mashinsky, Celsius, Inc., et.al.;
121 River Street, PH05
Haboken, NJ 07030

June 15, 2022

Dear Alex Mashinsky, Celsius, Inc., et.al.;

This letter serves as a formal demand for payment and immediate release of my funds held in your custody with Celsius, Inc. in the amount of $35,322.08 in the form of cryptocurrency assets at the time of this letter.

These cryptocurrency assets were deposited to Celsius held under your protective custody in my customer account and they are customer assets/funds due to be returned to me immediately upon my request. You have currently frozen all customer accounts including mine and have not permitted the transfer or withdrawal of any of my assets within your financial platform.

If there is no response to this letter, all legal rights shall be explored, including, but not limited to, legal proceedings necessary to recover my assets which may leave you liable to pay attorney's fees, filing costs, and your long-term corporate reputation may be affected. This demand letter for payment serves as official notice to you and may be tendered in court as evidence of your failure to pay.

Prompt attention to this matter is requested.


Sincerely,

Thomas A. Hall
12223 Highland Ave., 106-394
Rancho Cucamonga, CA 91739
(626) 347-8616

Celsius Customer ID: 1486944066