Víctor Ubierna de las Heras,

pro se Creditor
Telephone:   +34 699760721
victorub@protonmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                        :     Chapter 11
                                                              :
Celsius Network LLC, *et al.*[1]                              :     Case No. 22-10964
                                                              :
                         Debtors.                             :     (**J**ointly Administered)
---------------------------------------------------------X

## VÍCTOR UBIERNA DE LAS HERAS OMNIBUS JOINDER

Víctor Ubierna de las Heras, pro se creditor, hereby joins in the documents specified below:

- ARTIAL JOINDER AND RESPONSE TO DANIEL A. FRISHBERG'S AMENDED MOTION TO COMPEL THE DEBTORS TO INSTITUTE SIGNIFICANT COST CUTTING MEASURES filed by Immanuel Herrmann, Docket 1220

- PARTIAL JOINDER AND RESPONSE TO DANIEL A. FRISHBERG'S AMENDED MOTION TO COMPEL INSIDER CLAWBACKS BY THE DEBTORS /UCC filed by Immanuel Herrmann, Docket 1218

- JOINDER TO EXAMINER'S MOTION TO CONFIRM EXAMINATION SCOPE OR ALTERNATIVELY FOR EXPANSION OF THE SCOPE OF THE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

EXAMINATION, filed by Immanuel Herrmann, Docket 1217

Dated October 31, 2022

/s/ Víctor Ubierna de las Heras

VICTOR UBIERNA DE LAS HERAS

Pro se Creditor