**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, Carol A. Weiner, hereby certify that, on October 19, 2022, I caused a true and correct copy of the *Notice of Hearing and Motion of Ignat Tuganov's (A) Response To Examiner's Motion to Approve Work Plan, and (B) Motion to Clarify or Expand Scope of Examiner's Investigation* and related *Proposed Order* [Dkt. No. 1104] to be served in accordance with the *Final Order (I) Establishing Certain Notice, Case Management, And Administrative Procedures, And (II) Granting Related Relief* [Dkt. No. 528].

Dated: New York, New York
       October 19, 2022        VENABLE LLP

                                          By:   */s/ Carol A. Weiner*
                                                   Carol Weiner Levy
                                                   Jeffrey S. Sabin
                                                   1270 Avenue of the Americas, 24th Floor
                                                   New York, New York 10020
                                                   Telephone: (212) 503-0896
                                                   Facsimile: (212) 307-5598
                                                   Email: CWeinerLevy@venable.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.