**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## ORDER APPROVING EXAMINER'S WORK PLAN

Upon the Examiner's Motion to Approve Examiner's Work Plan (the "**Motion**")[2]; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought by the Examiner, as set forth in the Motion, is necessary and in the best interest of the Debtors, their estates, creditors, and all parties-in-interest; and after due deliberation and finding good cause to grant the Motion, it is **ORDERED**:

1. The Examiner's Work Plan is approved.

2. This Order does not preclude the Examiner from seeking this Court's authority to modify her Work Plan within the scope of the Examiner Order.

3. To the extent that the Examiner seeks to materially modify the Work Plan, the Examiner will seek approval of any such modification by further order of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Capitalized terms not otherwise defined herein have the meaning provided in the Motion.

**IT IS SO ORDERED.**

Dated:  November 1, 2022
        New York, New York

                                              **/s/ Martin Glenn**
                                                MARTIN GLENN
                                     Chief United States Bankruptcy Judge