<u>**01.11.2022**</u>

**FOR THE ATTENTION OF JUDGE MARTIN GLENN**

**Re : Celsius Network LLC / CASE- 22-10964**

On 27th April 2022 I began to deposit a vast amount of cryptocurrency onto the Celsius platform.

I was in the process of transferring all my cryptocurrency onto Celsius as there had been many reassurances given from the then CEO Alex Mashinsky on his weekly AMA ( Ask Me Anything).

I had transferred 6,335 XRP (Ripple) which had somehow managed to get lost but was successfully relocated to my account within 4-6 weeks.

Whilst holding out and being reassured by the Celsius team that my XRP would be allocated to my account I decided to transfer the remaining of my Crypto onto the Celsius network, this was on 27th April 2022.

All the while Celsius was in major trouble and had Chapter 11 looming, Alex Mashinsky and his team were making insider withdrawals whilst the creditors were being advised to deposit more crypto.

I have no doubt that once everything has been presented to the court , common sense will prevail and **<u>inside claw backs</u>** will become active (90 days prior to withdrawals).

I also would like for Mr Judge Glenn to look into the possibility in returning any crypto that had been deposited by customers 90 days prior to Celsius filing for bankruptcy as deposits being made on the app should have been paused at the beginning of April 2022 as Alex Mashinsky and his team knew that there was a negative hole which was becoming greater by the day.

Kirkland & Ellis, employee's and all other members who are taking huge salaries must think of a quick and early resolution to ensure that this case does not get dragged out ,as all the creditors would like for a swift and speedy closure to this case and for the best possible return of our crypto.

***I reiterate that I would like all of my cryptocurrency back urgently as I should never have been allowed to deposit my crypto in the first instance as this was within the 90 days of filing for chapter 11.***

Please are mentally unstable and we are all finding this ordeal very stressful, **Please.. Please…Please** understand and do the right thing for creditors.

This appears to be a David Vs Goliath situation.

Regards Mr A Ijaz

( Celsius Investor )