HEARING DATE: November 1st at 10 a.m EST

OBJECTION DEADLINE: October 27th at 5 p.m EST

**UNITED STATES BANKRUPTCY COURT**        Chapter 11 Case No. 22-10964 (MG)

**SOUTHERN DISTRICT OF NEW YORK**        (Jointly Administered)


In re CELSIUS NETWORK LLC, *et al[1].,*


# **DANIEL A. FRISHBERGS' SUPPLEMENTAL EVIDENCE SUBMISSION**
**Evidence**

Source:
https://dirtybubblemedia.substack.com/p/ftxed-the-tangled-ties-of-celsius

Exhibit A:



---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Exhibit B:



- $36 billion $USDT transferred to SBF's Alameda Research

- Major Celsius equity holder
- Lent Celsius ~$1 billion
- Made $97 million on liquidating Celsius

- Primary CEL token exchange
- Lent Celsius $108 million
- Alameda is another creditor
- Handled billions in transfers

Exhibit C:



Exhibit D[2]:

| Coin type | Withdraws Value | Deposit value |
|---|---:|---:|
| **Grand Total** | **$ 109,260,976.03** | **$ 56,738,879.54** |
| CEL | $ 82,011,113.57 | $ 33,203,138.41 |
| USDC | $ 13,873,644.70 | $ 7,187,214.35 |
| ETH | $ 7,177,769.35 | $ 8,585,381.27 |
| BTC | $ 5,516,177.47 | $ 5,590,680.03 |
| USDT ERC20 | $ 502,847.67 | |
| WBTC | $ 179,417.80 | $ 660,563.75 |
| XLM | $ 5.47 | $ 16.06 |
| 1INCH | | $ 43,095.17 |
| AAVE | | |
| ADA | | $ 178,917.95 |
| AVAX | | $ 143,233.17 |
| BAT | | |
| BCH | | |
| BNB | | $ 384,332.77 |
| COMP | | |
| DASH | | |
| DOGE | | $ 80.73 |
| DOT | | $ 207,807.20 |
| EOS | | |
| GUSD | | |
| LINK | | $ 184,955.84 |
| LTC | | |
| MATIC | | $ 235,436.99 |
| MCDAI | | $ 2.02 |
| OMG | | |
| PAX | | |
| SGB | | |
| SNX | | $ 57,275.26 |
| SOL | | $ 3,441.67 |
| SUSHI | | $ 1,837.67 |
| TUSD | | |
| UNI | | $ 55,094.51 |
| XRP | | $ 16,374.72 |
| ZRX | | |

---

[2] https://twitter.com/ChazzonKe/status/1586096819859521536?s=20