**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
        kwofford@whitecase.com
        sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
        gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FIRST MONTHLY INVOICE OF ELEMENTUS INC.
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022</u>**

---

[1]     The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are as follows: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that on <u>**Friday, October 28, 2022**</u>, Elementus Inc. ("**Elementus**") served its *First Monthly Invoice of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From August 1, 2022 Through August 31, 2022* (the "**Monthly Invoice**") on White & Case LLP as counsel to the Committee, the Committee, the United States Trustee, Kirkland & Ellis LLP as counsel to the Debtors, the Debtors, and Godfrey & Kahn S.C. as counsel to the Fee Examiner.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Invoice, if any, shall: (a) be in writing; (b) conform to the title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 521] (the "**Interim Compensation Procedures**"), and the *Order Authorizing the Employment and Retention of Elementus Inc. as Blockchain Forensics Advisors Effective as of August 1, 2022* [Docket No. 1097]; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC,* No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served via email so as to be actually received by **12:00**

**p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Invoice**, by (i) Elementus Inc.; and (ii) the Application Recipients [*see* Docket No. 521 ¶ 2.a.].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Invoice is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Invoice to Elementus.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Invoice is timely served, the Debtors shall withhold payment of only that portion of the Monthly Invoice to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Invoice and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Motion and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page left intentionally blank]*

AMERICAS 116616989 v1

Dated:  November 2, 2022
New York, New York

Respectfully submitted,

*/s/ Gregory F. Pesce*

**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
kwofford@whitecase.com
sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of
Unsecured Creditors*

**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
        kwofford@whitecase.com
        sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
        gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO**
**FIRST MONTHLY INVOICE OF ELEMENTUS INC. FOR**
**INTERIM COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are as follows: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

| Name of Applicant: | Elementus Inc. |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | August 1, 2022 – August 31, 2022 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $311,800.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $249,440.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $62,360.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $152,918.71 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $464,718.71 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $402,358.71 |

This is a <u>monthly</u> fee invoice.

AMERICAS 116616989 v1



## Professional Hours Tracker – August 2022

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al.
**Date Prepared**: 1 October 2022

### Hours Summary

| Name | Role | Rate | Communications with M3, W+C, A+M, and external parties | Internal Development | Total (Hrs) | Cost |
|------|------|------|------|------|------|------|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 28.3 | 60.8 | 89.1 | $89,100 |
| Salam Farhat | Project Manager | $600 | 1.9 | 0 | 1.9 | $1,140 |
| Matt Lam | Senior Data Scientist | $900 | 1.1 | 50.3 | 51.4 | $46,260 |
| Sirish Jetti | Vice President | $800 | 0.3 | 5 | 5.3 | $4,240 |
| Hwasoo Lee | Senior Software Engineer | $900 | 0.3 | 8.5 | 8.8 | $7,920 |
| Travis Holt | Senior Software Engineer | $900 | 0 | 80 | 80 | $72,000 |
| Bryan Oliveira | Senior Software Engineer | $900 | 0 | 21 | 21 | $18,900 |
| Matt Austin | Vice President | $800 | 5.5 | 6 | 11.5 | $9,200 |
| Bryan Young | Vice President | $800 | 35.2 | 5.5 | 40.7 | $32,560 |
| Dan Young | Project Manager | $600 | 2.2 | 0 | 2.2 | $1,320 |
| Jacob Fleisher | Project Manager | $600 | 8.4 | 0.8 | 9.2 | $5,520 |
| Nicholas Shaker | Project Manager | $600 | 20.2 | 19.2 | 39.4 | $23,640 |
| **Labor Totals** | | | | | **360.5** | **$311,800** |

### Other Expenses

| Description | Date | Cost |
|-------------|------|------|
| Amazon Web Services Costs | 9/2/2022 | $ 45,209.51 |
| Google Cloud Platform | 9/1/2022 | $ 6,462.95 |
| Lewis Brisbois Legal Services | 9/14/2022 | $ 10,000.00 |
| Gunderson Dettmer Legal Services | 9/26/2022 | $ 16,246.25 |
| Pulse Investigative Annual License x5 | 9/1/2022 | $ 75,000.00 |
| **Other Expenses Totals** | | **$ 152,918.71** |

| | | |
|---|---|---|
| **August 2022 Grand Total** | | **$ 464,718.71** |

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 28.3 |
| Internal Development | 60.8 |
| **Total** | **89.1** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/1/2022 | Monday | 0.8 | Kick off Call | Communications |
| 8/2/2022 | Tuesday | 1.8 | Kick off meeting | Communications |
| 8/2/2022 | Tuesday | 0.5 | Call w/ White and Case explaining rules of discovery and privilege | Communications |
| 8/3/2022 | Wednesday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/4/2022 | Thursday | 0.5 | Call with Scott Duffy | Communications |
| 8/5/2022 | Friday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/5/2022 | Friday | 0.8 | Call with UCC advisors and Celsius security re: storage | Communications |
| 8/8/2022 | Monday | 1 | Meeting with UCC, Update meeting for committee | Communications |
| 8/8/2022 | Monday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/8/2022 | Monday | 1 | Security Protocols, Custody of CEL crypto | Communications |
| 8/9/2022 | Tuesday | 0.6 | Celsius UCC Professionals Daily Call | Communications |
| 8/9/2022 | Tuesday | 0.5 | Scope of Work call with M3, delivery of V1 | Communications |
| 8/9/2022 | Tuesday | 0.3 | Call with Tom, Javier and Mo re: UCC and goals | Communications |
| 8/10/2022 | Wednesday | 1 | Data Science Work, V1 scoping of 90 day flow of funds | Internal Development |
| 8/11/2022 | Thursday | 1 | Meeting with UCC re: planning for Celsius company overview | Communications |
| 8/11/2022 | Thursday | 2.5 | Celsius Company overview with W&C, M3, Kirkland, and Centerview | Communications |
| 8/12/2022 | Friday | 0.3 | Meeting with C. Coco re: goals for project | Communications |
| 8/12/2022 | Friday | 1 | Meeting with M Robinson re: goals for project | Communications |
| 8/14/2022 | Sunday | 4 | CEL Token Analysis | Internal Development |
| 8/14/2022 | Sunday | 2 | Scoping of Fireblocks Alerting | Internal Development |
| 8/15/2022 | Monday | 0.7 | M3 Daily Call | Communications |
| 8/16/2022 | Tuesday | 0.3 | M3 Daily Call | Communications |
| 8/16/2022 | Tuesday | 0.3 | M3 and A+M Call | Communications |
| 8/17/2022 | Wednesday | 4 | Integration of data provided by Celsius | Internal Development |
| 8/18/2022 | Thursday | 0.3 | M3 Daily Call | Communications |
| 8/18/2022 | Thursday | 8 | Balance sheet mapping, prep of TXN list for Due Diligence Request | Internal Development |
| 8/19/2022 | Friday | 12 | CEL Token Analysis | Internal Development |
| 8/20/2022 | Saturday | 10 | CEL Token Analysis | Internal Development |
| 8/21/2022 | Sunday | 10 | CEL Token Analysis | Internal Development |
| 8/22/2022 | Monday | 1 | Review of custody plan | Internal Development |
| 8/22/2022 | Monday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/22/2022 | Monday | 2.3 | Celsius Committee Meeting | Communications |

| 8/22/2022 | Monday | 0.2 | M3 Daily Call | Communications |
| 8/22/2022 | Monday | 2.4 | Attribution deconflicting | Internal Development |
| 8/22/2022 | Monday | 0.3 | M3 and A+M Call | Communications |
| 8/23/2022 | Tuesday | 2.8 | Celsius Meeting with Committee and Advisors | Communications |
| 8/24/2022 | Wednesday | 3.4 | A. Mashinsky wallet ID and fund mapping | Internal Development |
| 8/26/2022 | Friday | 0.3 | M3 Daily Call | Communications |
| 8/29/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 8/29/2022 | Monday | 2 | Third Party TXN mapping | Internal Development |
| 8/30/2022 | Tuesday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/30/2022 | Tuesday | 0.5 | M3 Call | Communications |
| 8/30/2022 | Tuesday | 4 | White and Case Call Prep | Communications |
| 8/30/2022 | Tuesday | 1.1 | White and Case Litigation Team Call | Communications |
| 8/31/2022 | Wednesday | 0.5 | Call with Celsius Representatives | Communications |
| 8/31/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |

| Employee Name | Role |
|---|---|
| Salam Farhat | Project Manager |

**Summary**

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 1.9 |
| Internal Development | 0 |
| **Total** | **1.9** |

**Details**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/2/2022 | Tuesday | 0.5 | Call w/ White and Case explaining rules of discovery and privilege | Communications |
| 8/3/2022 | Wednesday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/8/2022 | Monday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/9/2022 | Tuesday | 0.6 | Celsius UCC Professionals Daily Call | Communications |

| Employee Name | Role |
|---|---|
| Matt Lam | Senior Data Scientist |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 1.1 |
| Internal Development | 50.3 |
| **Total** | **51.4** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/10/2022 | Wednesday | 4 | Data Science Work, V1 scoping of 90 day flow of funds | Internal Development |
| 8/17/2022 | Wednesday | 4 | Compute BTC balance, Determine tokens of interest | Internal Development |
| 8/18/2022 | Thursday | 8 | ETH Balance Sheet, TXNs with unidentified parties | Internal Development |
| 8/22/2022 | Monday | 6.5 | Attribution deconflicting | Internal Development |
| 8/24/2022 | Wednesday | 5 | Wallet and TXN mapping | Internal Development |
| 8/24/2022 | Wednesday | 6 | Wallet and TXN mapping | Internal Development |
| 8/24/2022 | Wednesday | 0.5 | Internal Check-in | Internal Development |
| 8/26/2022 | Friday | 0.3 | Internal Check-In | Internal Development |
| 8/29/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 8/29/2022 | Monday | 4 | External TXN analysis | Internal Development |
| 8/30/2022 | Tuesday | 1.1 | White and Case Litigation Team Call | Communications |
| 8/30/2022 | Tuesday | 5 | External TXN analysis | Internal Development |
| 8/30/2022 | Tuesday | 2 | Study internal celsius account classification | Internal Development |
| 8/30/2022 | Tuesday | 2 | Compile btc transaction request | Internal Development |
| 8/31/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 8/31/2022 | Wednesday | 2 | Compile eth transaction request | Internal Development |

| Employee Name | Role |
|---|---|
| Sirish Jetti | Vice President |

**Summary**

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0.3 |
| Internal Development | 5 |
| **Total** | **5.3** |

**Details**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/17/2022 | Wednesday | 0.3 | Ticket tracking system with Truman and Javier | Communications |
| 8/24/2022 | Wednesday | 2.2 | Balance sheet template building | Internal Development |
| 8/26/2022 | Friday | 1 | Celsius Project Sprint planning | Internal Development |
| 8/29/2022 | Monday | 0.8 | TXN analysis reviews | Internal Development |
| 8/30/2022 | Tuesday | 0.5 | BTC and ETH TXN reviews | Internal Development |
| 8/31/2022 | Wednesday | 0.5 | BTC and ETH TXN reviews | Internal Development |

| Employee Name | Role |
|---|---|
| Hwasoo Lee | Senior Software Engineer |

**Summary**

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0.3 |
| Internal Development | 8.5 |
| **Total** | **8.8** |

**Details**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/17/2022 | Wednesday | 0.3 | Ticket tracking System with Truman and Javier | Communications |
| 8/17/2022 | Wednesday | 2 | Etherscan Code | Internal Development |
| 8/22/2022 | Monday | 2.5 | Attributions | Internal Development |
| 8/24/2022 | Wednesday | 0.5 | Internal Check-in | Internal Development |
| 8/30/2022 | Tuesday | 3 | BTC TXN Requests | Internal Development |
| 8/31/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |

| Employee Name | Role |
|---|---|
| Travis Holt | Senior Software Engineer |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 80 |
| **Total** | **80** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/1/2022 | Monday | 8 | Fireblocks Alerting Engine: Initial Infrastucture | Internal Development |
| 8/2/2022 | Tuesday | 8 | Fireblocks Alerting Engine: Initial Infrastucture | Internal Development |
| 8/3/2022 | Wednesday | 8 | Fireblocks Alerting Engine: Building v0 | Internal Development |
| 8/4/2022 | Thursday | 8 | Fireblocks Alerting Engine: Building v0 | Internal Development |
| 8/5/2022 | Friday | 8 | Fireblocks Alerting Engine: Building v0 | Internal Development |
| 8/8/2022 | Monday | 8 | Fireblocks Alerting Engine: v0 testing | Internal Development |
| 8/9/2022 | Tuesday | 8 | Fireblocks Alerting Engine: bug bashing | Internal Development |
| 8/10/2022 | Wednesday | 8 | Fireblocks Alerting Engine: v1 testing | Internal Development |
| 8/11/2022 | Thursday | 8 | Fireblocks Alerting Engine: v1 deployment to staging | Internal Development |
| 8/12/2022 | Friday | 8 | Fireblocks Alerting Engine: v1 stress testing on staging | Internal Development |

| Employee Name | Role |
|---|---|
| Bryan Oliveira | Senior Software Engineer |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 21 |
| **Total** | **21** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/11/2022 | Thursday | 5 | Fireblocks Alerting Engine: build v1 address DB | Internal Development |
| 8/12/2022 | Friday | 5 | Fireblocks Alerting Engine: test addresses on staging | Internal Development |
| 8/23/2022 | Tuesday | 8 | Fireblocks Alerting Engine: revise address DB | Internal Development |
| 8/24/2022 | Wednesday | 3 | Fireblocks Alerting Engine: push changes to Prod | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 5.5 |
| Internal Development | 6 |
| **Total** | **11.5** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/17/2022 | Wednesday | 0.3 | Ticket Tracking System with Truman and Javier | Communications |
| 8/18/2022 | Thursday | 0.3 | Daily Call with M3 | Communications |
| 8/18/2022 | Thursday | 5 | Project Plan Iteration | Internal Development |
| 8/22/2022 | Monday | 0.2 | M3 Daily Call | Communications |
| 8/22/2022 | Monday | 0.3 | M3 and A+M Call | Communications |
| 8/23/2022 | Tuesday | 2.8 | Celsius Meeting with Committee and Advisors | Communications |
| 8/24/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 8/24/2022 | Wednesday | 0.3 | M3 Daily Call | Communications |
| 8/30/2022 | Tuesday | 0.5 | White and Case Litigation Team Call | Communications |
| 8/31/2022 | Wednesday | 0.5 | Call with Celsius Representatives | Communications |
| 8/31/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 8/31/2022 | Wednesday | 0.3 | M3 Daily Call | Communications |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 35.2 |
| Internal Development | 5.5 |
| **Total** | **40.7** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/1/2022 | Monday | 0.8 | Kick off Call | Communications |
| 8/2/2022 | Tuesday | 1.8 | Kick off meeting | Communications |
| 8/2/2022 | Tuesday | 0.5 | Call w/ White and Case explaining rules of discovery and privilege | Communications |
| 8/3/2022 | Wednesday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/4/2022 | Thursday | 0.5 | Call with Scott Duffy | Communications |
| 8/5/2022 | Friday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/5/2022 | Friday | 0.8 | Call with UCC advisors and Celsius security re: storage | Communications |
| 8/6/2022 | Saturday | 0.8 | Call with M. Korycki at M3 re: firm retention | Communications |
| 8/7/2022 | Sunday | 0.8 | Call with Javier re: engagement | Communications |
| 8/8/2022 | Monday | 1 | Meeting with UCC, Update meeting for committee | Communications |
| 8/8/2022 | Monday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/8/2022 | Monday | 1 | Security Protocols, Custody of CEL crypto | Communications |
| 8/9/2022 | Tuesday | 0.6 | Celsius UCC Professionals Daily Call | Communications |
| 8/9/2022 | Tuesday | 0.5 | Scope of Work call with M3, delivery of V1 | Communications |
| 8/9/2022 | Tuesday | 0.3 | Call with Tom, Javier and Mo re: UCC and goals | Communications |
| 8/11/2022 | Thursday | 1 | Meeting with UCC re: planning for Celsius company overview | Communications |
| 8/11/2022 | Thursday | 2.5 | Celsius Company overview with W&C, M3, Kirkland, and Centerview | Communications |
| 8/12/2022 | Friday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/12/2022 | Friday | 0.3 | Meeting with C Coco re: goals for project | Communications |
| 8/12/2022 | Friday | 1 | Meeting with M Robinson re: goals for project | Communications |
| 8/15/2022 | Monday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/15/2022 | Monday | 0.7 | M3 Daily Call | Communications |
| 8/16/2022 | Tuesday | 0.3 | M3 Daily Call | Communications |
| 8/16/2022 | Tuesday | 0.3 | M3 and A+M Call | Communications |
| 8/17/2022 | Wednesday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/18/2022 | Thursday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/18/2022 | Thursday | 0.3 | Daily Call with M3 | Communications |
| 8/18/2022 | Thursday | 5 | Project Plan Iteration | Internal Development |
| 8/18/2022 | Friday | 0.3 | Daily Call with M3 | Communications |
| 8/18/2022 | Friday | 2 | Project Plan Iteration | Communications |
| 8/20/2022 | Saturday | 5 | UCC Presentation Prep – CEL Token Mapping | Communications |
| 8/22/2022 | Monday | 0.5 | Celsius UCC Professionals Daily Call | Communications |

| 8/22/2022 | Monday | 2.3 | Celsius Committee Meeting | Communications |
| 8/22/2022 | Monday | 0.4 | M3 Daily Call | Communications |
| 8/23/2022 | Tuesday | 2.8 | Celsius Meeting with Committee and Advisors | Communications |
| 8/24/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 8/24/2022 | Wednesday | 0.3 | M3 Daily Call | Communications |
| 8/25/2022 | Thursday | 1 | GK8 Call | Communications |
| 8/25/2022 | Thursday | 0.3 | M3 Daily Call | Communications |
| 8/26/2022 | Friday | 2 | Celsius Committee Meeting | Communications |

| Employee Name | Role |
|---|---|
| Dan Young | Project Manager |

**Summary**

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 2.2 |
| Internal Development | 0 |
| **Total** | **2.2** |

**Details**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/2/2022 | Tuesday | 0.5 | Call w/ White and Case explaining rules of discovery and privilege | Communications |
| 8/3/2022 | Wednesday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/5/2022 | Friday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/8/2022 | Monday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/9/2022 | Tuesday | 0.6 | Celsius UCC Professionals Daily Call | Communications |

| Employee Name | Role |
|---|---|
| Jacob Fleisher | Project Manager |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 8.4 |
| Internal Development | 0.8 |
| **Total** | **9.2** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/2/2022 | Tuesday | 1.8 | Kick off meeting | Communications |
| 8/2/2022 | Tuesday | 0.5 | Call w/ White and Case explaining rules of discovery | Communications |
| 8/3/2022 | Wednesday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/5/2022 | Friday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/8/2022 | Monday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/9/2022 | Tuesday | 0.6 | Celsius UCC Professionals Daily Call | Communications |
| 8/11/2022 | Thursday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/12/2022 | Friday | 0.4 | Celsius UCC Professionals Daily Call | Communications |
| 8/15/2022 | Monday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/16/2022 | Tuesday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/17/2022 | Wednesday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/18/2022 | Thursday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/22/2022 | Monday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/26/2022 | Friday | 0.3 | Internal Check-In | Internal Development |
| 8/30/2022 | Tuesday | 1.1 | White and Case Litigation Team Call | Communications |
| 8/31/2022 | Wednesday | 0.5 | Call with Celsius Representatives | Communications |
| 8/31/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

**Summary**

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 20.2 |
| Internal Development | 19.2 |
| **Total** | **39.4** |

**Details**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 8/2/2022 | Tuesday | 1.8 | Kick off meeting | Communications |
| 8/2/2022 | Tuesday | 0.5 | Call w/ White and Case explaining rules of discovery and privilege | Communications |
| 8/3/2022 | Wednesday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/5/2022 | Friday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/8/2022 | Monday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/8/2022 | Monday | 1.5 | Project Planning | Internal Development |
| 8/9/2022 | Tuesday | 0.6 | Celsius UCC Professionals Daily Call | Communications |
| 8/9/2022 | Tuesday | 0.5 | Scope of Work call with M3, delivery of V1 | Communications |
| 8/9/2022 | Tuesday | 0.3 | Call with Tom, Javier and Mo re: UCC and goals | Communications |
| 8/15/2022 | Monday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/15/2022 | Monday | 0.7 | M3 Daily Call | Communications |
| 8/16/2022 | Tuesday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/16/2022 | Tuesday | 0.3 | M3 Daily Call | Communications |
| 8/16/2022 | Tuesday | 0.3 | M3 and A+M Call | Communications |
| 8/17/2022 | Wednesday | 1 | Ticket Tracking System | Internal Development |
| 8/17/2022 | Wednesday | 0.3 | Ticket Tracking with Truman and Javier | Communications |
| 8/17/2022 | Wednesday | 0.3 | Daily Call with M3 | Communications |
| 8/17/2022 | Wednesday | 1.3 | Deliverable Follow Ups, Project Plan for Truman | Internal Development |
| 8/18/2022 | Thursday | 1 | Blockchain Mining Call | Communications |
| 8/18/2022 | Thursday | 0.3 | Daily Call with M3 | Communications |
| 8/18/2022 | Thursday | 5 | Project Plan Iteration | Internal Development |
| 8/20/2022 | Saturday | 3 | CEL Token PPT Prep | Internal Development |
| 8/21/2022 | Sunday | 0.3 | CEL Token PPT Review with Truman | Communications |
| 8/22/2022 | Monday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/22/2022 | Monday | 2.3 | Celsius Committee Meeting | Communications |
| 8/22/2022 | Monday | 0.4 | M3 Daily Call | Communications |
| 8/22/2022 | Monday | 0.3 | M3 and A+M Call | Communications |
| 8/24/2022 | Wednesday | 0.3 | Celsius UCC Professionals Daily Call | Communications |
| 8/24/2022 | Wednesday | 4.8 | Project Management | Internal Development |
| 8/24/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 8/24/2022 | Wednesday | 0.3 | M3 Daily Call | Communications |

| 8/25/2022 | Thursday | 1 | GK8 Call | Communications |
| 8/25/2022 | Thursday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/25/2022 | Thursday | 0.8 | Project Management | Internal Development |
| 8/25/2022 | Thursday | 0.3 | M3 Daily Call | Communications |
| 8/26/2022 | Friday | 0.5 | Call with Truman | Communications |
| 8/26/2022 | Friday | 1.5 | Celsius Committee Meeting | Communications |
| 8/26/2022 | Friday | 0.3 | Internal Check-In | Internal Development |
| 8/29/2022 | Monday | 0.6 | Celsius UCC Professionals Daily Call | Communications |
| 8/29/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 8/29/2022 | Monday | 0.2 | M3 Daily Call | Communications |
| 8/30/2022 | Tuesday | 0.5 | Celsius UCC Professionals Daily Call | Communications |
| 8/30/2022 | Tuesday | 0.5 | M3 Daily Call | Communications |
| 8/30/2022 | Tuesday | 1.1 | White and Case Litigation Team Call | Communications |
| 8/31/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 8/31/2022 | Wednesday | 0.3 | M3 Daily Call | Communications |