**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  david.turetsky@whitecase.com
        kwofford@whitecase.com
        sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  mandolina@whitecase.com
        gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SECOND MONTHLY INVOICE OF ELEMENTUS INC.
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are as follows:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that on <u>**Friday, October 28, 2022**</u>, Elementus Inc. ("**Elementus**") served its *Second Monthly Invoice of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From September 1, 2022 Through September 30, 2022* (the "**Monthly Invoice**") on White & Case LLP as counsel to the Committee, the Committee, the United States Trustee, Kirkland & Ellis LLP as counsel to the Debtors, the Debtors, and Godfrey & Kahn S.C. as counsel to the Fee Examiner.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Invoice, if any, shall: (a) be in writing; (b) conform to the title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 521] (the "**Interim Compensation Procedures**"), and the *Order Authorizing the Employment and Retention of Elementus Inc. as Blockchain Forensics Advisors Effective as of August 1, 2022* [Docket No. 1097]; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC,* No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served via email so as to be actually received by **12:00**

2

p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly
Invoice, by (i) Elementus Inc.; and (ii) the Application Recipients [*see* Docket No. 521 ¶ 2.a.].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim
Compensation Procedures, if no Objection to the Monthly Invoice is served, the Debtors shall
promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Invoice to
Elementus.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Invoice is
timely served, the Debtors shall withhold payment of only that portion of the Monthly Invoice to
which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of
the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Invoice and other
pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of
Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Motion and other
pleadings filed in these chapter 11 cases by visiting the Court's website at
http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page left intentionally blank]*

3

Dated:  November 2, 2022
    New York, New York

Respectfully submitted,

*/s/ Gregory F. Pesce*

**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
       kwofford@whitecase.com
       sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
       gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of
Unsecured Creditors*

4

**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  david.turetsky@whitecase.com
       kwofford@whitecase.com
       sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  mandolina@whitecase.com
       gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:   aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO**
**SECOND MONTHLY INVOICE OF ELEMENTUS INC. FOR INTERIM**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
<u>**SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**</u>

---

[1]  The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are as follows:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

| | |
|---|---|
| Name of Applicant: | Elementus Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | September 1, 2022 – September 30, 2022 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $201,480.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $161,184.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $40,296.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $53,334.16 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $254,814.16 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $214,518.16 |

This is a <u>monthly</u> fee invoice.

AMERICAS 116616989 v1

 elementus

## Professional Hours Tracker – September 2022

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 12 October 2022

### Hours Summary

| Name | Role | Rate | Communications with M3, W+C, A+M, and external parties | Internal Development | Total (hrs) | Cost |
|------|------|------|------|------|------|------|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 6.2 | 16 | 22.2 | $22,200 |
| Salam Farhat | Project Manager | $600 | 0 | 0 | 0 | $0 |
| Matt Lam | Senior Data Scientist | $900 | 4 | 56.7 | 60.7 | $54,630 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 3 | 0.5 | 3.5 | $3,150 |
| Sirish Jetti | Vice President | $800 | 0 | 13 | 13 | $10,400 |
| Hwasoo Lee | Senior Data Scientist | $900 | 0 | 34.8 | 34.8 | $31,320 |
| Travis Holt | Senior Software Engineer | $900 | 0 | 0 | 0 | $0 |
| Bryan Oliveira | Senior Software Engineer | $900 | 0 | 33 | 33 | $29,700 |
| Matt Austin | Vice President | $800 | 3.5 | 0.5 | 4 | $3,200 |
| Bryan Young | Vice President | $800 | 15.7 | 4.2 | 19.9 | $15,920 |
| Dan Young | Project Manager | $600 | 0 | 0 | 0 | $0 |
| Jacob Fleisher | Project Manager | $600 | 0 | 0.5 | 0.5 | $300 |
| Nicholas Shaker | Project Manager | $600 | 23.7 | 26.9 | 50.6 | $30,360 |
| Bobby MacKinnon | Project Manager | $600 | 0 | 0.5 | 0.5 | $300 |
| **Labor Totals** | | | | | **242.7** | **$201,480** |

### Other Expenses

| Description | Date | | Cost |
|------|------|------|------|
| Amazon Web Services Costs | 2-Oct-22 | $ | 45,572.74 |
| Google Cloud Platform | 1-Oct | $ | 7,761.42 |
| **Other Expenses Totals** | | **$** | **53,334.16** |

| **September 2022 Grand Total** | | **$ 254,814.16** |
|---|---|---|

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 6.2 |
| Internal Development | 16 |
| **Total** | **22.2** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 9/1/2022 | Thursday | 0.5 | Retention Hearing | Communications |
| 9/6/2022 | Tuesday | 0.8 | Celsius Committee Meeting | Communications |
| 9/6/2022 | Tuesday | 0.8 | Declaration ISO of Joinder and Motion Call | Communications |
| 9/9/2022 | Friday | 0.5 | Market Makers call with W+C | Communications |
| 9/10/2022 | Saturday | 6 | Market Makers research | Internal Development |
| 9/12/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 9/13/2022 | Tuesday | 1.2 | Celsius Committee Meeting | Communications |
| 9/13/2022 | Tuesday | 3.5 | Coin Security research and mapping | Internal Development |
| 9/13/2022 | Tuesday | 1 | Coin Security Call | Communications |
| 9/14/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 9/14/2022 | Wednesday | 0.4 | M3 Daily Call | Communications |
| 9/15/2022 | Thursday | 5 | Money Movement Prep and DS work | Internal Development |
| 9/16/2022 | Friday | 1 | Money Movements Call | Communications |
| 9/16/2022 | Friday | 0.5 | Money Movements Follow Up Sync | Internal Development |

| Employee Name | Role |
|---|---|
| Salam Farhat | Project Manager |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 0 |
| **Total** | **0** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|

| Employee Name | Role |
|---|---|
| Matt Lam | Senior Data Scientist |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 4 |
| Internal Development | 56.7 |
| **Total** | **60.7** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 9/2/2022 | Friday | 3 | Examine token balances | Internal Development |
| 9/6/2022 | Tuesday | 3.4 | Fireblocks DS mappings | Internal Development |
| 9/8/2022 | Thursday | 5 | Balance Sheet tieouts | Internal Development |
| 9/9/2022 | Friday | 6 | Balance sheet deconflict | Internal Development |
| 9/10/2022 | Saturday | 6 | Market Makers research | Internal Development |
| 9/14/2022 | Wednesday | 1 | Investigate recent Mashisky activity | Internal Development |
| 9/15/2022 | Thursday | 5 | Money movements prep with Max | Internal Development |
| 9/16/2022 | Friday | 1 | Call with W+C | Communications |
| 9/16/2022 | Friday | 0.5 | Money Movements Follow Up Sync | Internal Development |
| 9/16/2022 | Friday | 3 | Mashinsky personal wallet activity (w/ Max) | Internal Development |
| 9/17/2022 | Saturday | 3.6 | Insider Money Movements Work | Internal Development |
| 9/18/2022 | Sunday | 1.5 | Insider Money Movements Call with Advisors | Communications |
| 9/19/2022 | Monday | 2 | Compile transactions involving celsius | Internal Development |
| 9/19/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 9/20/2022 | Tuesday | 2 | Investigate Mashinsky CEL movements | Internal Development |
| 9/20/2022 | Tuesday | 2 | Investigate Mashinsky activity with Polygon bridge | Internal Development |
| 9/20/2022 | Tuesday | 1 | Found tx and timestamps for intra-company loans | Internal Development |
| 9/21/2022 | Wednesday | 1 | Investigate intra-company loans | Internal Development |
| 9/21/2022 | Wednesday | 0.2 | Internal Check-In | Internal Development |
| 9/23/2022 | Friday | 0.5 | Internal Check-In | Internal Development |
| 9/23/2022 | Friday | 2 | Use new coin reconciliation to find missing Goldstein and Mashinsky tx | Internal Development |
| 9/24/2022 | Saturday | 0.5 | Stablecoins Call with Advisors | Communications |
| 9/26/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 9/26/2022 | Tuesday | 4 | Verify and investigate stablecoin balances | Internal Development |
| 9/28/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 9/29/2022 | Thursday | 1 | Celsius All Advisors Check-In | Communications |
| 9/29/2022 | Thursday | 1 | Compile celsius outgoing tx | Internal Development |
| 9/30/2022 | Friday | 1 | Updated balance sheet mapping | Internal Development |
| 10/14/2022 | Friday | 0.5 | Internal Check-In | Internal Development |
| 10/17/2022 | Monday | 0.5 | Balance sheet comparison | Internal Development |

| | | | | | |
|---|---|---|---|---|---|
| 10/18/2022 | Tuesday | 1 | Insider cashouts | | Internal Development |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 3 |
| Internal Development | 0.5 |
| **Total** | **3.5** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 9/27/2022 | Tuesday | 1 | Celsius Committee Meeting | Communications |
| 9/27/2022 | Tuesday | 0.5 | Stablecoins Call | Communications |
| 9/28/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 9/29/2022 | Thursday | 0.5 | M3 Daily Call | Communications |
| 9/30/2022 | Friday | 1 | Crypto Q+A with Nuke Goldstein | Communications |

| Employee name | Role |
|---|---|
| Sirish Jetti | Vice President |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 13 |
| **Total** | **13** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 9/2/2022 | Friday | 1.2 | Token balance research | Internal Development |
| 9/9/2022 | Friday | 2 | Balance sheet work w DS team | Internal Development |
| 9/14/2022 | Wednesday | 1 | A. Mashinsky project w DS team | Internal Development |
| 9/15/2022 | Thursday | 0.5 | Project planning | Internal Development |
| 9/19/2022 | Monday | 1.5 | Celsius TXN followup and collation | Internal Development |
| 9/20/2022 | Tuesday | 0.8 | Intra-company loans research for W+C | Internal Development |
| 9/21/2022 | Wednesday | 2 | Intra-company loans research for W+C | Internal Development |
| 9/21/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 9/23/2022 | Friday | 1 | Coin reconciliation w DS team | Internal Development |
| 9/26/2022 | Tuesday | 0.5 | Stablecoins first steps | Internal Development |
| 9/28/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 9/30/2022 | Friday | 1.5 | Balance sheet QA | Internal Development |

| Employee Name | Role |
|---|---|
| Hwasoo Lee | Senior Data Scientist |

| Summary | |
|---|---|
| Categories | Hours |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 34.8 |
| **Total** | **34.8** |

| Details | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Activity | Category |
| 9/2/2022 | Friday | 3.5 | Balance sheet mappings | Internal Development |
| 9/6/2022 | Tuesday | 3.4 | Fireblocks DS mappings | Internal Development |
| 9/8/2022 | Thursday | 4 | Balance Sheet tieouts | Internal Development |
| 9/9/2022 | Friday | 0.2 | Internal Check-In | Internal Development |
| 9/12/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 9/13/2022 | Tuesday | 4.5 | Flow of funds revising | Internal Development |
| 9/14/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 9/15/2022 | Thursday | 3.5 | External TXN attribution | Internal Development |
| 9/19/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 9/21/2022 | Wednesday | 0.2 | Internal Check-In | Internal Development |
| 9/22/2022 | Thursday | 5 | UK Entity Cash Out Development | Internal Development |
| 9/23/2022 | Friday | 0.5 | Internal Check-In | Internal Development |
| 9/23/2022 | Friday | 6 | Proof of Community Research and Development | Internal Development |
| 9/26/2022 | Monday | 2 | Loan Agreements with EFH R+D | Internal Development |
| 9/26/2022 | Monday | 0.5 | Internal Check-In | Internal Development |

| Employee Name | Role |
|---|---|
| Travis Holt | Senior Software Engineer |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 0 |
| **Total** | **0** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|

| Employee Name | Role |
|---|---|
| Bryan Oliveira | Senior Software Engineer |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 33 |
| **Total** | **33** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 9/1/2022 | Thursday | 7 | Fireblocks Alerting Engine: ETH merge revisions | Internal Development |
| 9/2/2022 | Friday | 7 | Fireblocks Alerting Engine: ETH merge push to staging | Internal Development |
| 9/6/2022 | Tuesday | 8 | Fireblocks Alerting Engine: v2 tests on Staging | Internal Development |
| 9/7/2022 | Wednesday | 8 | Fireblocks Alerting Engine: bug bash and push to prod | Internal Development |
| 9/16/2022 | Friday | 3 | Transaction Monitoring Development | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 3.5 |
| Internal Development | 0.5 |
| **Total** | **4** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 9/1/2022 | Thursday | 0.1 | M3 Daily Call | Communications |
| 9/6/2022 | Tuesday | 0.8 | Celsius Committee Meeting | Communications |
| 9/9/2022 | Friday | 0.5 | Market Makers call with W+C | Communications |
| 9/16/2022 | Friday | 0.6 | M3 Daily Call | Communications |
| 9/19/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 9/19/2022 | Monday | 0.5 | Celsius All Advisors Check-In | Communications |
| 9/20/2022 | Tuesday | 1 | Celsius Committee Meeting | Communications |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 15.7 |
| Internal Development | 4.2 |
| **Total** | **19.9** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 9/6/2022 | Tuesday | 0.8 | Celsius Committee Meeting | Communications |
| 9/6/2022 | Tuesday | 0.5 | M3 Daily Call | Communications |
| 9/6/2022 | Tuesday | 0.8 | Declaration ISO of Joinder and Motion Call | Communications |
| 9/8/2022 | Thursday | 1 | Celsius All Advisors Check-In | Communications |
| 9/8/2022 | Thursday | 0.3 | M3 Daily Call | Communications |
| 9/9/2022 | Friday | 0.5 | Market Makers call with W+C | Communications |
| 9/9/2022 | Friday | 0.2 | Internal Check-In | Internal Development |
| 9/12/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 9/13/2022 | Tuesday | 1.2 | Celsius Committee Meeting | Communications |
| 9/13/2022 | Tuesday | 0.3 | M3 Daily Call | Communications |
| 9/14/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 9/14/2022 | Wednesday | 0.4 | M3 Daily Call | Communications |
| 9/15 | Thursday | 0.5 | M3 Daily Call | Communications |
| 9/16/2022 | Friday | 1 | Money Movements Call | Communications |
| 9/16/2022 | Friday | 0.5 | Money Movements Follow Up Sync | Internal Development |
| 9/17/2022 | Saturday | 2 | Committee Meeting Prep | Internal Development |
| 9/18/2022 | Sunday | 1.5 | Insider Money Movements Call with Advisors | Communications |
| 9/19/2022 | Monday | 0.4 | M3 Daily Call | Communications |
| 9/19/2022 | Monday | 0.5 | Celsius All Advisors Check-In | Communications |
| 9/20/2022 | Tuesday | 1 | Celsius Committee Meeting | Communications |
| 9/21/2022 | Wednesday | 0.2 | Celsius All Advisors Check-In | Communications |
| 9/22/2022 | Thursday | 1 | W+C Litigation Team Call | Communications |
| 9/24/2022 | Saturday | 0.5 | Stablecoins Call with Advisors | Communications |
| 9/26/2022 | Monday | 0.5 | Internal Check-In | Internal Development |

| 9/26/2022 | Monday | 0.5 | Celsius All Advisors Check-In | Communications |
| 9/27/2022 | Tuesday | 1 | Celsius Committee Meeting | Communications |
| 9/29/2022 | Thursday | 0.3 | M3 Daily Call | Communications |
| 9/30/2022 | Friday | 1 | Crypto Q+A with Nuke Goldstein | Communications |
| 9/30/2022 | Friday | 0.5 | M3 Daily Call | Communications |

| Employee Name | Role |
|---|---|
| Dan Young | Project Manager |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 0 |
| **Total** | **0** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |

| Name | Role |
|------|------|
| Jacob Fleisher | Project Manager |

## Summary

| Categories | Hours |
|------------|------:|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 0.5 |
| **Total** | **0.5** |

## Details

| Date | Day | Hours | Activity | Category |
|------|-----|-------|----------|----------|
| 9/12/2022 | Monday | 0.5 | Internal Check-In | Internal Development |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 23.7 |
| Internal Development | 26.9 |
| **Total** | **50.6** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 9/1/2022 | Thursday | 2 | Retention Hearing | Communications |
| 9/1/2022 | Thursday | 0.1 | M3 Daily Call | Communications |
| 9/2/2022 | Friday | 5 | Project Management Tasks | Internal Development |
| 9/2/2022 | Friday | 0.2 | M3 Daily Call | Communications |
| 9/6/2022 | Tuesday | 0.8 | Celsius Committee Meeting | Communications |
| 9/6/2022 | Tuesday | 1 | Project Management Tasks | Internal Development |
| 9/6/2022 | Tuesday | 0.5 | M3 Daily Call | Communications |
| 9/6/2022 | Tuesday | 0.8 | Declaration ISO of Joinder and Motion Call | Communications |
| 9/8/2022 | Thursday | 0.5 | Celsius All Advisors Check-In | Communications |
| 9/8/2022 | Thursday | 0.3 | M3 Daily Call | Communications |
| 9/9/2022 | Friday | 0.5 | Market Makers call with W+C | Communications |
| 9/9/2022 | Friday | 0.2 | Internal Check-In | Internal Development |
| 9/9/2022 | Friday | 0.3 | M3 Daily Call | Communications |
| 9/12/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 9/13/2022 | Tuesday | 0.6 | Coin Security Call | Communications |
| 9/13/2022 | Tuesday | 1.2 | Celsius Committee Meeting | Communications |
| 9/13/2022 | Tuesday | 0.3 | M3 Daily Call | Communications |
| 9/13/2022 | Tuesday | 1 | Coin Security Call | Communications |
| 9/14/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 9/14/2022 | Wednesday | 0.4 | M3 Daily Call | Communications |
| 9/15 | Thursday | 0.5 | M3 Daily Call | Communications |
| 9/16/2022 | Friday | 1 | Money Movements Call | Communications |
| 9/16/2022 | Friday | 0.5 | Money Movements Follow Up Sync | Internal Development |
| 9/16/2022 | Friday | 0.6 | M3 Daily Call | Communications |
| 9/17/2022 | Saturday | 2 | Insider Money Movements Presentation Prep | Internal Development |

| | | | | |
|---|---|---|---|---|
| 9/18/2022 | Sunday | 1.5 | Insider Money Movements Call with Advisors | Communications |
| 9/19/2022 | Monday | 6 | Project Management Tasks | Internal Development |
| 9/19/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 9/19/2022 | Monday | 0.4 | M3 Daily Call | Communications |
| 9/19/2022 | Monday | 0.5 | Celsius All Advisors Check-In | Communications |
| 9/20/2022 | Tuesday | 1 | Celsius Committee Meeting | Communications |
| 9/20/2022 | Tuesday | 0.3 | M3 Daily Call | Communications |
| 9/21/2022 | Wednesday | 3 | Project Management Tasks | Internal Development |
| 9/21/2022 | Wednesday | 0.2 | Internal Check-In | Internal Development |
| 9/21/2022 | Wednesday | 0.2 | Celsius All Advisors Check-In | Communications |
| 9/22/2022 | Thursday | 1 | W+C Litigation Team Call | Communications |
| 9/22/2022 | Thursday | 0.2 | W+C Litigation Team Call, Follow-Up | Communications |
| 9/22/2022 | Thursday | 0.5 | M3 Daily Call | Communications |
| 9/22/2022 | Thursday | 2.2 | Project Management Tasks | Internal Development |
| 9/23/2022 | Friday | 0.5 | Internal Check-In | Internal Development |
| 9/23/2022 | Friday | 0.5 | M3 Daily Call | Communications |
| 9/23/2022 | Friday | 3.8 | Project Management Tasks | Internal Development |
| 9/26/2022 | Monday | 0.5 | Internal Check-In | Internal Development |
| 9/26/2022 | Monday | 0.5 | Celsius All Advisors Check-In | Communications |
| 9/27/2022 | Tuesday | 1 | Celsius Committee Meeting | Communications |
| 9/27/2022 | Tuesday | 0.5 | M3 Daily Call | Communications |
| 9/27/2022 | Tuesday | 0.5 | Stablecoins Call | Communications |
| 9/28/2022 | Wednesday | 0.5 | Internal Check-In | Internal Development |
| 9/28/2022 | Wednesday | 0.5 | M3 Daily Call | Communications |
| 9/29/2022 | Thursday | 1 | Celsius All Advisors Check-In | Communications |
| 9/29/2022 | Thursday | 0.5 | M3 Daily Call | Communications |
| 9/30/2022 | Friday | 1 | Crypto Q+A with Nuke Goldstein | Communications |
| 9/30/2022 | Friday | 0.5 | M3 Daily Call | Communications |

| Employee Name | Role |
|---|---|
| Bobby MacKinnon | Project Manager |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 0.5 |
| **Total** | **0.5** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 9/19/2022 | Monday | 0.5 | Internal Check-In | Internal Development |