RESERVATION OF RIGHTS OVER CRYPTO ASSETS I DEPOSITED INTO CELSIUS NETWORK LLC AND IN SUPPORT OF TRUSTEE EXPANDED SCOPE AND INSIDER CLAWBACKS

Due to the overwhelming feeling of having ZERO legal representation in this matter, I am filing this reservation of rights. I have a direct interest personally in these matters as a creditor and reserve all rights to MY crypto assets held on the Celsius Network platform. White and Case Law charging $4 million for a month of "work", while accomplishing nothing, shows that they do not have customer's in mind and are interested in filling their own pockets at the demise of who they are supposed to be representing. I reserve all rights as a party-in-interest with respect to the property rights status of Earn customer deposits (which is the type of deposit that I have.) I reserve all procedural and substantive rights with respect to any process to determine the property status of Earn customer deposits and, specifically, to my deposits.

I request that I be included in any further status conferences and other conversations, written or telephonic, related to Earn customer property rights and my property rights that may impact my future claims, consistent with Local Rules and the Bankruptcy Code.

I do not consent to any stipulations between the Debtor or other parties to determine the property rights of my deposits on my behalf. I do not consent to any procedural relief for the Debtor on this matter that may impact my rights to assert my own property rights without either my explicit consent, or a court order authorizing such relief, and an opportunity for me to respond to any such request for relief.

I do not consent to filings under seal or motions to shorten time, on this matter, without my explicit consent or a court order allowing for such actions.

I do not consent to any final determination or stipulation on which issues must be adjudicated to resolve property of the estate issues around Earn deposits without a chance to respond to such a determination or stipulation on a reasonable timeline.

The obvious fraud that was perpetrated by executives in Celsius Network, LLC as well as statements made by an executive in regards to paying old customers with new customer money is enough to justify the expanded scope of inquiry by the United States Trustee and I am absolutely in support of that. I would really enjoy seeing Celsius Network LLC be held accountable and justice served upon anyone who played a role in the initial bank run on Celsius by its executives. I will wait as long as necessary to make sure that happens.

I would also like to enter into records a demand letter sent by me, Travis Rodgers, on June 24th, 2022 to Celsius Network, LLC for immediate release of MY crypto assets or a dollar amount representing MY crypto assets, in which there was no response by Celsius Network, LLC.

Respectfully,

Travis Rodgers
Signed: Travis Rodgers
11/02/2022

travisrodgers84@gmail.com

# 10-Day Demand Letter

June 24th, 2022

Celsius Network, LLC,
221 River St, 9th Floor
Hoboken, NJ 07030

This letter serves as a formal and final request for payment of $60,000.00, representing my crypto assets held within the Celsius platform, as well as losses from being unable to dollar cost average into my positions. Celsius Network, LLC has imposed on my ability to access my crypto assets in any way possible. Leaving me no choice but to protect my financial position. To let this go any further would only result in further potential damages as I would immediately have to file bankruptcy as a result.

Copies of communication attempts are included within this envelope and are as follows;

Phone calls

June 17th, 2022
Voice recording of employee saying, "there was no chance of bankruptcy and my funds are safe."
June 21st, 2022
Was told by employee, "he also found it suspicious that accounts were halted and knew nothing as management had shared nothing."
June 24th, 2022
Employee had ZERO confidence and was worried about his assets in Celsius as well.


Emails

June 17th, 2022 at 4:02 PM PST
Formal email to legal department legal@celsius.network
June 21st, 2022 at 5:26 PM PST
Formal email to legal department legal@celsius.network

There has been zero communication and now I must do what is necessary to protect my assets.

Travis Rodgers
Travis Rodgers, LLC
13820 S. 44th St. #1182
Phoenix, AZ 85044

# Correspondence for Legal Action



**me** Jun 17
to legal

| From | Travis Rodgers travisrodgers84@gmail.com |
|---|---|
| To | legal@celsius.network |
| Date | Jun 17, 2022 at 4:02 PM |

Hello,

My name is Travis Rodgers. I would like to discuss my account with you and potentially stay away from the court system, as your services suggest you are inclined to do.

I would like a specific declaration from you outlining your financial position and what your intentions in speaking with restructuring attorneys are. As your Terms of Service suggest, you have an opportunity right now to solve this situation with me directly.

If you choose not to respond with a descriptive outline of financial standings and intentions as a company than I have no choice but to protect my assets and file a civil suit immediately as that seems to be my only recourse otherwise.

I hope we can work it out.

Travis Rodgers

22-10964-mg    Doc 1277    Filed 11/02/22    Entered 11/02/22 17:50:01    Main Document
Pg 5 of 5

# Communication Demand





me  Jun 21
to legal



| From | Travis Rodgers  travisrodgers84@gmail.com |
|---|---|
| To | legal@celsius.network |
| Date | Jun 21, 2022 at 5:26 PM |

To whomever it may concern,

Last opportunity to explain your positioning and a timeline of accounts being opened for purchasing and withdrawals. I file civil suit in 6 days otherwise. Time is money and you are costing me money. It's not going to happen without you being held accountable.

•••

Travis Rodgers