**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**JOINT STIPULATION AND AGREED AMENDED SCHEDULING ORDER BY AND AMONG THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND CORE SCIENTIFIC, INC. WITH RESPECT TO SCHEDULE**

This amended stipulation and agreed scheduling order (this "Amended Stipulation and Order") is entered into by and among the Debtors, the Official Committee of Unsecured Creditors (the "Committee"), and Core Scientific, Inc. ("Core Scientific").

**Recitals**

**WHEREAS**, on September 28, 2022, the Debtors filed the *Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt* [Docket No. 917] (the "Debtors' Motion").

**WHEREAS**, on October 9, 2022, Core Scientific filed a letter on the docket [Docket No. 997] seeking an extension of a hearing on the Debtors' Motion and indicating Core Scientific may file its own motion for affirmative relief (the "Core Scientific Motion").

**WHEREAS**, on October 10, 2022, the Debtors filed a responsive letter on the docket [Docket No. 1003].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

**WHEREAS**, on October 19, 2022, the Debtors, Core Scientific, and the Committee (the "Parties") filed the *Joint Stipulation and Agreed Scheduling Order by and Among the Debtors, the Official Committee of Unsecured Creditors, and Core Scientific, Inc. with Respect to Schedule* [Docket No. 1114] regarding scheduling.

**WHEREAS**, on October 19, 2022, Core Scientific filed the *Core Scientific, Inc.'s Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt* [Docket No. 1140] and the *Notice of Hearing on Core Scientific, Inc.'s Motion (I) to Compel Immediate Payment of Administrative Expenses, and (II)(A) for Relief from Automatic Stay to Exercise Rights Under Master Services Agreement and Related Orders, or (B) in the Alternative, to Compel Assumption or Rejection of Master Services Agreement and Related Orders* [Docket No. 1144].

**WHEREAS**, on October 28, 2022 this Court held a discovery conference wherein the Debtors were authorized to depose two additional Core Scientific executives and the hearing on both motions was scheduled for November 18, 2022, at 9:00 AM ET.

**WHEREAS**, on October 29, 2022, Core Scientific noticed the deposition of an additional individual from the Debtors' mining business.

**WHEREAS**, in light of the additional depositions and the hearing date, the Parties have met and conferred regarding scheduling for certain remaining deadlines.

**WHEREAS**, the Parties now jointly submit this Amended Stipulation and Order and respectfully request that the Court approve the schedule set forth below.

**IT IS THEREFORE STIPULATED AND AGREED, AND UPON COURT APPROVAL HEREOF, IT IS HEREBY ORDERED THAT:**

1. The deadline for the Debtors and the Committee to file a reply in support of the Debtors' Motion is November 10, 2022.

2

2. The deadline for the Debtors and the Committee to file a response to the Core Scientific Motion is November 10, 2022.

3. The deadline for all depositions is November 11, 2022, unless declarations from any new witnesses are added after November 11, in which case such witnesses shall be made available for deposition on or before November 16, 2022.

4. The deadline for Core Scientific to file a reply in support of the Core Scientific Motion is November 15, 2022.

5. At the November 18, 2022 hearing, direct testimony will be submitted by declaration, and the declarant will be available for live cross examination. The parties may submit direct testimony declarations from any witness who has been identified and deposed on or before November 11, 2022 and the deadline for such declarations will be November 16, 2022. Alternatively, the parties may rely on any declaration submitted in conjunction with their pleadings as the direct testimony for the declarant.

6. The hearing on the Debtors' Motion and the Core Scientific Motion shall be held on November 18, 2022, at 9:00 AM ET.

**SO STIPULATED:**

Dated: November 4, 2022

<div style="column-count:2">

*/s/ Ray C. Schrock*
**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C.
David J. Lender
Ronit J. Berkovich
Theodore E. Tsekerides
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  ray.schrock@weil.com
             david.lender@weil.com
             ronit.berkovich@weil.com
             theodore.tsekerides@weil.com

*Counsel to Core Scientific, Inc.*


*/s/ David M. Turetsky*
**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
             kwofford@whitecase.com
             sam.hershey@whitecase.com

-and-

Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
             gregory.pesce@whitecase.com

-and-

*/s/ Joshua A. Sussberg*
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  jsussberg@kirkland.com

-and-

Judson Brown, P.C. (admitted *pro hac vice*)
T.J. McCarrick (admitted *pro hac vice*)
Leah Hamlin (admitted *pro hac vice*)
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
Email:  judson.brown@kirkland.com
             tj.mccarrick@kirkland.com
             leah.hamlin@kirkland.com

-and-

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  patrick.nash@kirkland.com
             ross.kwasteniet@kirkland.com
             chris.koenig@kirkland.com
             dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

</div>

Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of
Unsecured Creditors*

**IT IS SO ORDERED.**

Dated: _____, 2022
New York, New York

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE