Immanuel Herrmann
*Pro se Celsius creditor*
Admin of the worldwide Celsius
Earn Customer Telegram group
https://t.me/celsiusearn

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                    )
In re:                                                             )   Chapter 11
                                                                    )
CELSIUS NETWORK LLC, *et al.*,[1]         )   Case No. 22-10964 (MG)
                                                                    )
                   Debtors.                                )   (Jointly Administered)
_____)

**CERTIFICATE OF SERVICE**

I, Immanuel Herrmann, hereby certify that on October 31, 2022, I served a true and correct copy of the following document (i) via electronic mail upon the parties listed in the Core/2022 Service List and (ii) via the Court's *pro se* filing system.

RESPONSE AND RESERVATION OF RIGHTS WITH RESPECT TO THE DEBTORS' STATEMENT REGARDING NOVEMBER 1 HEARING ON DEBTORS' MOTION SEEKING ENTRY OF AN ORDER (I) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE AND (II) GRANTING RELATED RELIEF, D.R. 1228 [D.R. 1263]

I further certify that on October 27, 2022 that I served true and correct copies of the following documents (i) via electronic mail upon the parties listed in the Core/2022 Service List and (ii) via the Court's *pro se* filing system.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1. PARTIAL JOINDER AND RESPONSE TO IGNAT TUGANOV'S (A) RESPONSE TO EXAMINER'S MOTION TO APPROVE WORK PLAN, AND (B) MOTION TO CLARIFY OR EXPAND SCOPE OF THE INVESTIGATION [D.R. 1222]

2. PARTIAL JOINDER AND RESPONSE TO DANIEL A. FRISHBERG'S AMENDED MOTION TO COMPEL THE DEBTORS TO INSTITUTE SIGNIFICANT COST CUTTING MEASURES [D.R. 1220]

3. PARTIAL JOINDER AND RESPONSE TO DANIEL A. FRISHBERG'S AMENDED MOTION TO COMPEL INSIDER CLAWBACKS BY THE DEBTORS /UCC [D.R. 1218]

4. JOINDER TO EXAMINER'S MOTION TO CONFIRM EXAMINATION SCOPE OR ALTERNATIVELY FOR EXPANSION OF THE SCOPE OF THE EXAMINATION [D.R. 1217]

Dated: November 2, 2022
Silver Spring, Maryland

/s/ Immanuel Herrmann
Immanuel Herrmann