# Exhibit A

**Illustrative Coin Movement Schematic**

# Coin Movement With Respect to the Custody Program



1) When funds are transferred to Celsius by an Account Holder, those funds initially enter a wallet specific to that user (a Customer Associated Wallet). Blonstein Decl. ¶ 16.
2) At periodic intervals, funds are then swept and pooled in the Aggregator Wallets on a per-cryptocurrency basis. Blonstein Decl. ¶ 17
3) On a periodic basis, Custody assets and liabilities were reconciled to the Company's internal ledger, and assets were moved between Aggregator and Custody Wallets as needed. If assets were unavailable in Aggregator Wallets, the Treasury team would evaluate and execute trades to make required coin quantities available. Blonstein Decl. ¶ 18.
4) Transactions to external parties are fulfilled by Frictional Wallets. If coins in Frictional Wallets were not sufficient to process withdrawal requests, coins were moved from the Aggregator Wallets into to Frictional Wallets to process such requests. If Aggregator Wallets did not contain sufficient coins to process withdrawal requests, Celsius could unwind deployment activities to return coins to Celsius's platform sufficient to meet the balance of those requests. Blonstein Decl. ¶ 20.