GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler

*Proposed Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | x | |
| **In re** | : | **Chapter 11** |
| | : | |
| **CELSIUS NETWORK, LLC,** *et al.,*[1] | : | **Case No. 22-10964 (MG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | x | |

# NOTICE OF HEARING ON APPLICATION OF THE FEE EXAMINER FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GODFREY & KAHN, S.C., AS ATTORNEYS FOR THE FEE EXAMINER, EFFECTIVE AS OF OCTOBER 13, 2022

PLEASE TAKE NOTICE that a hearing on the *Application of the Fee Examiner for Entry of an Order Authorizing the Retention and Employment of Godfrey & Kahn, S.C., as Attorneys for the Fee Examiner, Effective as of October 13, 2022* (the "Application") will be held on **December 5, 2022 at 2:00 p.m., prevailing Eastern Time** (the "Hearing"). In accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the relief requested in the Application shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, all General Orders applicable to Chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *Amended Final Order (I) Establishing Certain Notice, Case management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181]; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC*, Case No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to Chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served so as to be actually received by **November 29, 2022, at 4:00 p.m., prevailing Eastern Time**, by (i) the entities on the Master Service List available on the case website of the above-caption debtors and debtors in possession (the 'Debtors") at https://cases.stretto.com/celsius, and (ii) any person or entity with a particularized interest in the subject matter of the Application.

PLEASE TAKE FURTHER NOTICE that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Application as requested by the Fee Examiner.

PLEASE TAKE FURTHER NOTICE that copies of the Application and other pleadings filed in these Chapter 11 cases may be obtained free of charge by visiting the website of Stretto

at https://cases.streeto.com/celsius. You may also obtain copies of the Application and other

pleadings filed in these Chapter 11 cases by visiting the Court's website at

https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  November 8, 2022.

Respectfully submitted,

**GODFREY & KAHN, S.C.**


By: */s/ Katherine Stadler*_____
   Katherine Stadler NYSB 4938064
   1 East Main Street
   Madison, WI 53701
   608-257-3911
   kstadler@gklaw.com

*Proposed Attorneys for the Fee Examiner*

28134702.2

**Hearing Date and Time:  December 5, 2022 at 2:00 p.m. (prevailing Eastern Time)**
**Objection Date and Time:  November 29, 2022 at 4:00 p.m. (prevailing Eastern Time)**

GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Proposed Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | x | |
| **In re** | : | **Chapter 11** |
| | : | |
| **CELSIUS NETWORK, LLC, *et al.*,**[1] | : | **Case No. 22-10964 (MG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | x | |

**APPLICATION OF THE FEE EXAMINER FOR ENTRY OF AN ORDER**
**AUTHORIZING THE RETENTION AND EMPLOYMENT OF GODFREY & KAHN,**
**S.C., AS ATTORNEYS FOR THE**
**FEE EXAMINER, EFFECTIVE AS OF OCTOBER 13, 2022**

TO:    THE HONORABLE MARTIN GLENN
       UNITED STATES BANKRUPTCY JUDGE:

The Fee Examiner appointed in Celsius Network, LLC, with its affiliated debtors in

possession (together, the "Debtors") pursuant to the *Order Appointing Independent Fee*

*Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained*

*Professionals* [Docket No.1151 ] (the "Fee Examiner Order"), hereby submits this application

(the "Application") for entry of an order (the "Order"), substantially in the form attached hereto

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

as **Exhibit A**, authorizing the Fee Examiner to retain and employ, effective as of October 13, 2022, Godfrey & Kahn, S.C. ("Godfrey & Kahn" or the "Firm") as his counsel.  In support of the application, the Fee Examiner represents that:

## PRELIMINARY STATEMENT

1.      The Court appointed the Fee Examiner to carry out the duties set forth in the Fee Examiner Order, as it may be amended from time to time, including, among other things, monitoring the fees and expenses incurred by professionals ("Retained Professionals") in these chapter 11 cases.[2]  On October 20, 2022, the Court approved the United States Trustee's recommendation to appoint Christopher S. Sontchi as the Fee Examiner.  With this Application, the Fee Examiner seeks entry of an order authorizing the employment of G&K to represent the Fee Examiner in these cases, effective as of October 13, 2022, and to assist the Fee Examiner in fulfilling the duties set forth in the Fee Examiner Order.  The scope and costs of the engagement of G&K are outlined in this Application.

2.      In support of this Application, the Fee Examiner submits the declaration of Katherine Stadler, a shareholder of G&K (the "Stadler Declaration"), which is attached hereto as **Exhibit B**.

## JURISDICTION

3.      The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, entered February 1, 2012.  The Fee Examiner affirms his consent to the Court entering a final order in connection with this Application to the extent that it is later determined that the Court,

---

[2] Terms not defined in this pleading have the meaning ascribed to them in the Fee Examiner Order.

absent consent of the parties, cannot enter final orders or judgments in connection herewith

consistent with Article III of the United States Constitution.  This Court has subject matter

jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334.

4.      Venue is proper pursuant to 28 U.S.C. §§1408 and 1409.

5.      The bases for the relief requested herein are section 327(a) and 330 of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 2014(a) and 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local

Bankruptcy Rules for the Southern District of New York (the "Local Rules"), and the Fee

Examiner Order, which provides in part: "[t]he Fee Examiner may retain attorneys and other

professionals, assistants, or consultants to the extent he deems it necessary to discharge his

duties. The Fee Examiner's retention of professionals shall be subject to Court approval under

standards equivalent to Bankruptcy Code section 327, after notice and opportunity for hearing

pursuant to Local Rules of this Court." Fee Examiner Order at ¶ 3.

## BACKGROUND

6.      Commencing on July 13, 2022 (the "Petition Date"), each of the Debtors filed

voluntary cases under the Bankruptcy Code.  The Debtors are authorized to operate their

businesses and manage their properties as debtors in possession pursuant to sections 1107(a)

and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for

procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the

Bankruptcy Rules.

7.      On July 27, 2022, the United States Trustee for the Southern District of New York

(the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to

section 1102 of the Bankruptcy Code (the "Creditors' Committee") [Docket No. 241].

8.    On August 17, 2022, this Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Dkt. 521] (the "Interim Compensation Order").

9.    On September 29, 2022, the Court entered the *Order Approving the Appointment of Chapter 11 Examiner* [Dkt. No. 923], approving the U.S. Trustee's appointment of Shoba Pillay to serve as Chapter 11 Examiner pursuant to section 1104(d) of the Bankruptcy Code.

10.    On October 20, 2022, the Court entered the Fee Examiner Order, directing the appointment of a Fee Examiner to:

A.    review and assess all Applications filed by Retained Professionals, and the fees and reimbursement of expenses for which allowance is sought pursuant to the Applications for compliance with (1) Bankruptcy Code sections 329, 330 and 331, as applicable, (2) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (3) the Interim Compensation Order (as amended herein), and (4) Local Bankruptcy Rule 2016-1 and the applicable guidelines for compensation;

B.    prepare reports for the Court to aid in the review and approval of interim and final fee Applications, which may include such matters as the efficiency and reasonableness of staffing and expenses and the appropriateness of periodic increases in hourly rates;

C.    require applicants for compensation to provide him such supplemental information as he may reasonably require in order to evaluate the reasonableness of any particular fee item;

      D.      conduct such discovery as may be pertinent and necessary to the performance of his other duties and responsibilities after first securing approval of this Court; and

      E.      object to the allowance of fees or expenses sought by any Retained Professional in a fee application on the same grounds as any party in interest in this case, including based on the reasonableness standard provided in Bankruptcy Code § 330.

## DEBTORS BUSINESS

11.      A description of the Debtors' businesses, the reasons for commencing the chapter 11 cases, and the relief sought from the Court are set forth in the *Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, in Support of Chapter 11 Petitions and First Day Motions*, filed on July 14, 2022 [Docket No. 23] and in the *Declaration of Robert Campagna, Managing Director of Alvarez & Marsal North America, LLC, in Support of Chapter 11 Petitions and First Day Motions*, filed on July 14, 2022 [Docket No. 22].

## BASIS FOR RELIEF REQUESTED

12.      The Fee Examiner has determined that the volume and nature of the fee and expense applications submitted by Retained Professionals warrant assistance from counsel that can provide support for the Fee Examiner's analysis of applications and, when necessary, appear before the Court for or with the Fee Examiner.  Accordingly, the Fee Examiner has selected Godfrey & Kahn as a qualified and cost-effective professional to represent the Fee Examiner and assist in its review of fee and expense applications filed by the Retained Professionals, and in preparing and pursuing any appropriate responses or objections to those requests.

## QUALIFICATIONS

13.      Godfrey & Kahn's Bankruptcy and Financial Restructuring Practice Group represents clients in matters ranging from informal workouts to sophisticated corporate

reorganizations. It has represented clients in bankruptcy cases in bankruptcy and appellate courts throughout the United States, including those in the Southern District of New York and the District of Delaware.

A.      In the District of Delaware, Godfrey & Kahn served as counsel to the Fee Committee in *Energy Future Holdings, Inc.*, No. 14-10979 from 2014 to 2018 and currently represents the Fee Examiner in *Cyprus Mines Corporation,* No. 21-10398 (Bankr. D. Del.) (LSS) and *Imerys Talc America, Inc.*, No. 19-10289 (Bankr. D. Del.) (LSS).

B.      Since 2017, Godfrey & Kahn has served as counsel to the Fee Examiner appointed by the United States District Court for the District of Puerto Rico in the Title III restructuring proceedings involving the Commonwealth of Puerto Rico and related governmental entities.

14.     The Fee Examiner seeks to employ Godfrey & Kahn as counsel—with Court approval—because, among other things, Godfrey & Kahn has demonstrated it can provide quality services in a specific area of the law in a timely and cost-effective manner, retroactive to October 13, 2022, and pursuant to the Fee Examiner Order.

### SERVICES TO BE PROVIDED BY G&K

15.     The Fee Examiner has engaged Godfrey & Kahn to provide a broad range of legal and administrative support services, including representing the Fee Examiner in connection with:

A.      Monitoring, reviewing and, where appropriate, objecting to applications for fees and expenses filed by Retained Professionals;

B.      Establishing measures to help the Court ensure that compensation and expenses paid by the Estate are reasonable, actual, and necessary under (1) Bankruptcy Code sections 329, 330 and 331, as applicable, (2) Rule 2016 of the Federal Rules of

Bankruptcy Procedure, (3) the Interim Compensation Order, and (4) Local Bankruptcy

Rule 2016-1 and the applicable guidelines for compensation;

C.      Reviewing all interim and final Applications submitted after the effective

date of the Fee Examiner Order by the Retained Professionals;

D.      Interposing objections to, and being heard in any hearing or other

proceedings to consider interim and final applications for fees and reimbursement of

expenses filed by Retained Professionals to the extent permitted by the Bankruptcy Code;

E.      Serving objections to monthly statements, in whole or in part, precluding

the payment of the amount questioned;

F.      Preparing applications in connection with the Fee Examiner's retention of

other professionals and consultants to assist the Fee Examiner in discharging his duties;

G.      Conducting discovery in the event of a contested matter between the Fee

Examiner and any Retained Professional;

H.      Negotiating with the Retained Professionals regarding objections to

interim and final fee applications and monthly statements and consensually resolving

such objections where possible;

I.      Presenting reports, on a timely basis, to the Retained Professionals with

respect to the Fee Examiner's review of interim and final fee applications before filing an

objection to applications for compensation;

J.      Periodically, consistent with the Fee Examiner Order and at the Fee

Examiner's direction, filing summary reports with the Court on the Retained

Professionals' applications;

K.      Establishing guidelines and requirements for the preparation and submission to the Fee Examiner of non-binding budgets by Retained Professionals;

L.      Where necessary, attending meetings between the Fee Examiner and the Retained Professionals; and

M.      Such other services as the Fee Examiner may request.

16.     Other than in connection with legal advice to the Fee Examiner and assisting in its analysis, including work with the Fee Examiner's other professionals, if any, Godfrey & Kahn will not duplicate the work performed by the Fee Examiner.

17.     The employment of Godfrey & Kahn is in the best interest of the Debtors' estates and of these cases as a whole because it will assist the Fee Examiner with his analysis of fees and expenses, provide another point of contact for the Retained Professionals, augment the Fee Examiner's ability to analyze a large volume of fee and expense requests properly and efficiently within appropriate time frames, and support the presentation of the Fee Examiner's recommendations.

18.     The Fee Examiner believes that Godfrey & Kahn will materially aid in reviewing fee and expense applications, subject to the terms of any governing agreements, fee protocols or orders, and that Godfrey & Kahn's experience in this area will help enable the Debtors to achieve substantial benefits through cost control and efficiency.

**COMPENSATION**

19.     The Fee Examiner, subject to the applicable authorities cited above and subject to this Court's approval, have agreed that Godfrey & Kahn will be compensated pursuant to the terms of the Godfrey & Kahn Engagement Letter attached to the Stadler Declaration as **Appendix B**.

20.     Notwithstanding the payment arrangements outlined above, in the Godfrey & Kahn Engagement Letter, and the Interim Compensation Order, Godfrey & Kahn will apply, at four-month intervals beginning on or about March 15, 2023, to the Court for the interim and/or final allowance of compensation and reimbursement of expenses pursuant to sections 503(b)(2) and 330(a) of the Bankruptcy Code.  Godfrey & Kahn may also avail itself of the monthly compensation procedures outlined in the Interim Compensation Order.  Godfrey & Kahn's interim and final fee applications will show its hourly rates disclosed in the Godfrey & Kahn Engagement Letter, ranging from $325.00 to $795.00 in accordance with the applicable rules, administrative orders, and guidelines.

21.     According to Godfrey & Kahn's books and records, after a comprehensive review, and other than disclosed in the accompanying Stadler Declaration, it has not received any compensation for any services in connection with the Debtors' cases.

## G&K'S CONNECTIONS WITH PARTIES IN INTEREST
## AND POSSIBLE CONFLICTS OF INTEREST

22.     To the best of Godfrey & Kahn's knowledge, information, and belief, other than as set forth in the Stadler Declaration, Godfrey & Kahn does not now represent and has no relationship with:  (i) the Debtors; (ii) its creditors or equity security holders; (iii) any other parties-in-interest in these cases; (iv) the respective attorneys and accountants of any of the foregoing; (v) the United States Trustee or any person employed in the Office of the United States Trustee in any matter related to these cases; or (vi) any officer of the Court in any matter related to these cases.

## APPLICABLE LEGAL AUTHORITY

23.     11 U.S.C. § 327(a) provides: "[t]he trustee [the Debtors], with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other

professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

24.    The Fee Examiner has determined, consistent with the terms of the Fee Examiner Order, that he requires qualified counsel experienced in bankruptcy fee review to assist him in the course of his work.  The Fee Examiner has selected Godfrey & Kahn to fulfill this role.

## EFFECTIVE DATE

25.    Godfrey & Kahn has performed work in good faith, beginning on October 13, 2022, to assist the Fee Examiner in the preparation of his declaration of disinterestedness, to prepare for its retention, and to prepare and file the disclosures required pursuant to Rule 2014 of the Bankruptcy Rules.

## NOTICE

26.    Notice of this Application has been provided to: (a) the Debtors; (b) the Office of the U.S. Trustee; (c) the Official Committee of Unsecured Creditors; (d) the holders of the 50 largest unsecured claims against Debtors (on a consolidated basis); (e) the United States Attorney for the Southern District of New York; (f) the Internal Revenue Service; (g) the officers of the attorneys general in the states in which the Debtors operate; (h) the Securities and Exchange Commission; and (i) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002. A copy of this Application is also available on the website of the Debtors' notice and claims agent at https://cases.stretto.com/celsius. The Fee Examiner submits that, in light of the nature of the relief requested, no other or further notice need be given.

## CONCLUSION

**WHEREFORE**, the Fee Examiner respectfully requests the entry of an order,

substantially in the form annexed hereto as **Exhibit A**, granting the relief requested and such

other and further relief as the Court may deem just and proper.

Dated:  November 8, 2022.

**FEE EXAMINER**


By:     /s/ *Christopher S. Sontchi*
        Christopher S. Sontchi

28069975.5

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------

| | | |
|---|---|---|
| | x | |
| In re | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK, LLC, *et al.,*[1] | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | x | |

----------------------------------------

### ORDER AUTHORIZING THE EMPLOYMENT
### AND REENTION OF GODFREY & KAHN, S.C., AS ATTORNEYS FOR THE FEE
### EXAMINER, EFFECTIVE AS OF OCTOBER 13, 2022

Upon the *Application of the Fee Examiner for Entry of an Order Authorizing the*

*Retention and Employment of Godfrey & Kahn, S.C., as Attorneys for the Fee Examiner,*

*Effective as of October 13, 2022* (the "Application"),  for entry of an order authorizing Godfrey

& Kahn, S.C. ("Godfrey & Kahn") as the Fee Examiner's counsel effective as of October 13,

2022, under sections 105(a), 327(a), 330, 1104 and 1106 of title 11 of the United States Code

(the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the

Southern District of New York (the "Local Rules"), and the Court's *Order Appointing*

*Independent Fee Examiner and Establishing Related Procedures for the Review of Fee*

*Applications of Retained Professionals* [Docket No.1151 ] (the "Fee Examiner Order"); and the

Court having reviewed the Application, the *Declaration of Katherine Stadler in Support of*

*Application for Entry of an Order Authorizing the Retention and Employment of Godfrey &*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

*Kahn, S.C., as Attorneys for the Fee Examiner, Effective as of October 13, 2022* (the "Stadler

Declaration") [Docket No. _____]; and having heard statements in support of the Application at a

hearing held before the Court (the "Hearing") and any objections to the relief requested in the

Application; and the Court having found that it has jurisdiction and authority over this matter

under 28 U.S.C. §§ 157 and 1334, that the Application is a core proceeding under 28 U.S.C. §

157(b)(2), and that the venue of this proceeding and the Application in this district is proper

under 28 U.S.C. § 1409; and the Court having found, based on the Application and the Stadler

Declaration, that Godfrey & Kahn does not hold or represent an interest adverse to the Debtors

or their estates, that Godfrey & Kahn is a "disinterested person" as defined in section 101(14) of

the Bankruptcy Code, and the relief requested in the Application is in the best interests of the Fee

Examiner, the Debtors' estates, their creditors, and other parties in interest; and the Court having

found that the Fee Examiner has provided appropriate notice of the Application under the

circumstances and no other or further notice is required; and the Court having determined that

the legal and factual bases set forth in the Application and at the Hearing establish just cause for

the relief granted herein; and any objections to the relief requested herein having been withdrawn

or overruled on the merits; and after due deliberation, it is **ORDERED**:

1.      The Application is granted to the extent set forth herein.

2.      The Fee Examiner is authorized to retain and employ Godfrey & Kahn as his

attorneys effective as of October 13, 2022 in accordance with the terms and conditions set forth

in the Application and the Stadler Declaration.

3.      Godfrey & Kahn is authorized to provide the Fee Examiner with the professional

services as described in the Application and the Stadler Declaration. Specifically, but without

limitation, Godfrey & Kahn will render the following legal services:

2

a.      Monitoring, reviewing and, where appropriate, objecting to applications for fees and expenses filed by Retained Professionals;[2]

b.      Establishing measures to help the Court ensure that compensation and expenses paid by the Estate are reasonable, actual, and necessary under (1) Bankruptcy Code sections 329, 330 and 331, as applicable, (2) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (3) the Interim Compensation Order, and (4) Local Bankruptcy Rule 2016-1 and the applicable guidelines for compensation.

c.      Reviewing all interim and final Applications submitted after the effective date of the Fee Examiner Order by the Retained Professionals.

d.      Interposing objections to, and being heard in any hearing or other proceedings to consider interim and final applications for fees and reimbursement of expenses filed by Retained Professionals to the extent permitted by the Bankruptcy Code;

e.      Serving objections to monthly statements, in whole or in part, precluding the payment of the amount questioned;

f.      Preparing applications in connection with the Fee Examiner's retention of other professionals and consultants to assist the Fee Examiner in discharging his duties;

g.      Conducting discovery in the event of a contested matter between the Fee Examiner and any Retained Professional;

h.      Negotiating with the Retained Professionals regarding objections to interim and final fee applications and monthly statements and consensually resolving such objections where possible;

---

[2] Terms not defined in this pleading have the meaning ascribed to them in the Fee Examiner Order.

i.      Presenting reports, on a timely basis, to the Retained Professionals with respect to the Fee Examiner's review of interim and final fee applications before filing an objection to applications for compensation;

j.      Periodically, consistent with the Fee Examiner Order and at the Fee Examiner's direction, filing summary reports with the Court on the Retained Professionals' applications;

k.      Establishing guidelines and requirements for the preparation and submission to the Fee Examiner of non-binding budgets by Retained Professionals;

l.      Where necessary, attending meetings between the Fee Examiner and the Retained Professionals; and

m.      Such other services as the Fee Examiner may request.

4.      Godfrey & Kahn shall be compensated in accordance with and shall file interim and final fee applications for allowance of its compensation and expenses and shall be subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated June 17, 2013, and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 521].

5.      Prior to any increases in Godfrey & Kahn's rates for any individual employed by Godfrey & Kahn and providing services in these cases, Godfrey & Kahn shall file a supplemental declaration with the Court and provide ten business days' notice to the Debtors, the United States Trustee, the Official Committee of Unsecured Creditors, and any other official committee appointed in this case. The supplemental declaration shall explain the basis for the

4

requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and

state whether the Fee Examiner has consented to the rate increase. The United States Trustee

retains all rights to object to any rate increase on all grounds including, but not limited to, the

reasonableness standard provided for in section 330 of the Bankruptcy Code.

6.      Notice of the Application as provided therein is deemed to be good and sufficient

notice of such Application, and the requirements of the Local Rules are satisfied by the contents

of the Application.

7.      To the extent the Application or the Stadler Declaration are inconsistent with this

Order, the terms of this Order shall govern.

8.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

9.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

IT IS SO ORDERED.


Dated:  November __, 2022.
        New York, New York


_____
Martin Glenn
Chief United States Bankruptcy Judge

# EXHIBIT B

GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Proposed Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **CELSIUS NETWORK, LLC, *et al.*,**[1] | : | **Case No. 22-10964 (MG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF KATHERINE STADLER IN SUPPORT OF APPLICATION FOR
ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
GODFREY & KAHN, S.C., AS ATTORNEYS FOR THE
FEE EXAMINER, EFFECTIVE AS OF OCTOBER 13, 2022**

I, Katherine Stadler, under penalty of perjury declare as follows:

1.      I am a shareholder with Godfrey & Kahn, S.C. ("Godfrey & Kahn"), a law firm

with its principal offices at 833 East Michigan Street in Milwaukee, Wisconsin, and One East

Main Street in Madison, Wisconsin, and other offices in Wisconsin and in Washington, D.C.  I

am authorized to make this Declaration on behalf of myself and of Godfrey & Kahn and in

support of the *Application of the Fee Examiner for Entry of an Order Authorizing the Retention*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

*and Employment of Godfrey & Kahn, S.C. as Attorneys for the Fee Examiner, Effective as of*

*October 13, 2022* and pursuant to the Court's October 20, 2022 *Order Appointing Independent*

*Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of*

*Retained Professionals* [Docket No.1151 ] (the "Fee Examiner Order").  This Declaration is

based on my personal knowledge, and if called to testify, I could and would testify competently

to the written statements made in this Declaration.

2.       Godfrey & Kahn has been engaged by Sontchi, LLC, through Christopher S.

Sontchi in his capacity as Fee Examiner, subject to Court approval, pursuant to an engagement

letter dated November 7, 2022, and attached to this Declaration as **Appendix B** (the "Godfrey &

Kahn Engagement Letter").

3.       I am licensed to practice law in Wisconsin, and I am a member in good standing

of the Bar of the States of Wisconsin and New York.  I am admitted to practice before the United

States Supreme Court, the U.S. Court of Appeals for the First, Second, and Seventh Circuits, and

federal district and bankruptcy courts in a variety of jurisdictions.  There are no disciplinary

proceedings pending against me.

4.       Godfrey & Kahn, which employs about 180 attorneys, has a large and diverse

legal practice that primarily, though not exclusively, represents corporate and association clients

based in Wisconsin.  Among these clients are trusts, financial institutions, insurance companies,

public utilities, manufacturers, business and industry groups, and others that may have a direct or

indirect interest in these proceedings. Godfrey & Kahn's practice encompasses the representation

of many entities, some of which may be or may become parties in interest without Godfrey &

Kahn's knowledge. Further, as part of its practice, Godfrey & Kahn represents clients in

numerous matters involving other law firms, financial advisory firms, and professionals in both

2

adverse and non-adverse roles, some of whom may represent the Debtors, creditors, or parties in interest, or may themselves be creditors or parties in interest in these Chapter 11 cases or may employ persons with whom Godfrey & Kahn attorneys have personal or familial relationships.

5.    Although it is not practicable for Godfrey & Kahn to identify all such connections, except as otherwise disclosed herein, I am unaware of any other such connections that are material and believe that none of them would prevent Godfrey & Kahn from being disinterested; would involve the holding or representation of an interest adverse to the Debtors' respective estates; or would create a conflict of interest with respect to this employment.

6.    Godfrey & Kahn has established procedures for reviewing possible conflicts and for determining connections between Godfrey & Kahn, or Godfrey & Kahn attorneys, and outside entities. Pursuant to those procedures, I performed, or caused to be performed, the following actions to identify for disclosure any parties relevant to this Declaration and these proceedings and to determine any Godfrey & Kahn connection to each such party:

7.    Godfrey & Kahn has obtained a 50-page list of the names of individuals and entities (the "Interested Parties"), organized by category, that may have an interest in these cases. *See* **Appendix A** (complete listing of Interested Parties); *see also Disinterestedness Declaration of Shoba Pillay* [Docket No. 921-1, Exhibit A].

8.    Godfrey & Kahn entered the names on the Interested Parties list, as well as the names of all professionals expected to perform work on these cases and subject to the Fee Examiner's review, into its conflicts check database, which contains the names of all of its clients and conflict information concerning each such client, as well as the names of entities with which Godfrey & Kahn attorneys have formal relationships, such as a position on a board of directors. As a result, I obtained a list of names from the Godfrey & Kahn conflicts check

database that matched or that appeared similar to the name of any interested party. I have reviewed that list.

9.     I additionally sent an inquiry to all Godfrey & Kahn attorneys to determine whether any such attorney: (a) owns any interest in the Debtors; (b) has any pending claims against the Debtors; (c) is, or has a relative who is, a current officer, director, employee, or elected official of the Debtors; (d) has any immediate family member who has been employed by, is, or was in the past an elected official of any of the Debtors; or (e) has any other significant connection with the Debtors.

10.     I also have inquired within the firm about connections with the United States Trustee program or any person employed in the office of the U.S. Trustee.

11.     Based on the procedures described above, I have also determined that at this point Godfrey & Kahn does not represent—nor will we represent—any party other than the Fee Examiner in connection with these proceedings.

12.     The Fee Examiner may serve in a capacity that is potentially adverse to any or all of the professionals retained in these cases (the "Retained Professionals").

13.     A list of Interested Parties or Retained Professionals with which Godfrey & Kahn has a current relationship or has had a recent relationship is attached to this Declaration as **Appendix C**. For purposes of this disclosure, representation of third parties that are adverse to Interested Parties in unrelated matters—other than the Debtor, Officers, Directors, and Retained Professionals—are not "relationships."

14.     Despite occasional prior co-counsel or local counsel relationships with various Retained Professionals—all in wholly unrelated matters—Godfrey & Kahn's approach to and review of the applications of such Retained Professionals will be consistent with and subject to

4

the same standards—including the standards for the filing of objections—applicable to all other Retained Professionals.

15.     Godfrey & Kahn served as counsel to the Fee Committee *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.) (Sontchi, J.).  Godfrey & Kahn currently serves as counsel to the Fee Examiner in the ongoing insolvency proceeding of the Commonwealth of Puerto Rico, pending before the United States District Court for the District of Puerto Rico, as well as *In re Cyprus Mines Corporation,* No. 21-10398 (Bankr. D. Del.) (LSS) and *In re Imerys Talc America, Inc.*, No. 19-10289 (Bankr. D. Del.) (LSS).  In those capacities, Godfrey & Kahn has submitted publicly-filed reports and recommendations—some adverse—with respect to applications for compensation filed by some of the Retained Professionals.

16.     To the best of my knowledge, this Declaration discloses all connections between Godfrey & Kahn and the Interested Parties known to Godfrey & Kahn as of today's date.  Due to the size of the Debtors and the complexity of these cases, Godfrey & Kahn cannot state with absolute certainty that, at this time, it has identified and disclosed every single connection it has with each Interested Party.  However, Godfrey & Kahn will promptly file supplemental disclosures of any such connections if any additional relevant information comes to my or Godfrey & Kahn's attention.

17.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, including a review of the information in Godfrey & Kahn's conflicts check database and direct inquiry of Godfrey & Kahn attorneys and except as otherwise disclosed herein, based on the procedures described above, I have determined that:

18.     Godfrey & Kahn does not currently represent the Debtors and that Godfrey & Kahn has not represented the Debtors in at least five years.

19.     Neither I nor any member of my firm holds or represents any interest adverse to the estate of the above-named debtor, except as otherwise disclosed herein.

20.     My connections and my firm's connections with the Debtors, any creditor or other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed by the United States Trustee, or any officer of the Court, are listed in the attached Appendix A.

21.     Except as otherwise disclosed in this Declaration and **Appendix C** to this Declaration, I believe that I am, and each member of my firm is, a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

22.     I have not agreed to share with any person, except members of my firm, the compensation to be paid for the services rendered in these cases.

23.     The terms of compensation agreed to are set forth in the Godfrey & Kahn Engagement Letter attached to this Declaration as **Appendix B**.

24.     I will amend this statement promptly upon my learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto.

25.     Godfrey & Kahn will maintain detailed records of fees and expenses incurred in connection with the rendering of the legal services described herein, in accordance with applicable rules and guidelines.

26.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the UST Guidelines.

> **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
> **Response:** No.

6

**Question:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?
**Response:** No.

**Question:** If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference?
**Response:** Not applicable.

**Question:** Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?
**Response:** Godfrey & Kahn has provided a staffing plan. Going forward, it will provide staffing plans and budgets for each four-month interim fee period.

27.     Godfrey & Kahn performed work in good faith, beginning on October 13, 2022,

in anticipation of the commencement of the Fee Examiner's work.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated this ____ day of November 2022.

Katherine Stadler

28086388.4

7

# Appendix A

## LIST OF SCHEDULES

**SCHEDULE**

| | |
|---|---|
| 1(A) | CURRENT AND RECENT FORMER ENTITIES AFFILIATED WITH THE DEBTORS |
| 1(B) | DIRECTORS/OFFICERS |
| 1(C) | EQUITY HOLDERS |
| 1(D) | BANKRUPTCY PROFESSIONALS |
| 1(E) | INSTITUTIONAL CUSTOMERS |
| 1(F) | INSURANCE |
| 1(G) | LANDLORDS |
| 1(H) | LEGAL MATTERS AND LITIGANTS |
| 1(I) | NON-BANKRUPTCY ADVISORS AND ORDINARY COURSE PROFESSIONALS |
| 1(J) | RETAIL CUSTOMERS |
| 1(K) | TOP 50 UNSECURED CREDITORS |
| 1(L) | TAXING AUTHORITY/GOVERNMENTAL/REGULATORY AGENCIES |
| 1(M) | UTILITIES |
| 1(N) | VENDORS |
| 1(O) | U.S. TRUSTEE PERSONNEL, JUDGES, AND COURT CONTACTS FOR THE SOUTHERN DISTRICT OF NEW YORK |

*Creditors and Parties-In-Interest marked with an "*" added by the proposed Examiner.

## SCHEDULE 1(A)

## CURRENT AND RECENT FORMER ENTITIES AFFILIATED WITH THE DEBTORS

CELSIUS (AUS) PTY LTD. (AUSTRALIA)
CELSIUS EU UAB (LITHUANIA)
CELSIUS KEYFI LLC
CELSIUS LENDING LLC
CELSIUS MANAGEMENT CORP.
CELSIUS MINING IL LTD.
CELSIUS MINING LLC
CELSIUS NETWORK EUROPE D.O.O. BEOGRAD (SERBIA)
CELSIUS NETWORK (GIBRALTAR) LTD.
CELSIUS NETWORK IL LTD. - BULGARIA BRANCH
CELSIUS NETWORK IL LTD. (ISRAEL)
CELSIUS NETWORK INC.
CELSIUS NETWORK LLC
CELSIUS NETWORK LTD. (UK)
CELSIUS NETWORKS LENDING LLC
CELSIUS OPERATIONS LLC
CELSIUS SERVICES CY LTD. (CYPRUS)
CELSIUS US HOLDING LLC
CELSIUS US LLC (FORMERLY CELSIUS MONEY)
GK8 LTD (ISRAEL)
GK8 UK LTD.
GK8 USA LLC
KN MEDIA MANAGER LLC

## SCHEDULE 1(B)

## DIRECTORS/OFFICERS

AMIR AYALOR
TAL BENTOV
OREN BLONSTEIN
GUILLERMO BODNAR
ROD BOLGER
ALAN JEFFREY CARR
RONI COHEN-PAVIN
ASLIHAN DENIZKURDU
RON DEUTSCH
JOHN STEPHEN DUBEL
NUKE GOLDSTEIN
SHIRAN KLEIDERMAN
S. DANIEL LEON
ALEX MASHINSKY
TUSHAR NADKARNI
GILBERT NATHAN
TRUNSHEDDA W. RAMOS
RODNEY SUNADA-WONG
LAURENCE ANTHONY TOSI

## SCHEDULE 1(C)

## EQUITY HOLDERS

ADVANCED TECHNOLOGY FUND XXI LLC
ALTSHULER SHAHAM TRUSTS LTD.
ANDERSEN INVEST LUXEMBOURG SA SPF
ARTUS CAPITAL GMBH & CO. KGAA
BNK TO THE FUTURE
BULLPERKS (BVI) CORP.
CAISSE DE DÉPÔT ET PLACEMENT DU QUÉBEC
CDP INVESTISSEMENTS INC.
CRAIG BARRETT ANDERSEN INVEST LUXEMBOURG SA SPF
EUROPEAN MEDIA FINANCE LTD.
FABRIC VENTURES GROUP SARL
GUMI CRYPTOS CAPITAL LLC
HELIAD EQUITY PARTNERS GMBH & CO. KGAA
INTERSHIP LTD.
JR INVESTMENT TRUST
TETHER INTERNATIONAL LTD.
TOKENTUS INVESTMENT AG
WESTCAP CELSIUS CO-INVEST 2021 LLC
WESTCAP GROUP
WESTCAP SOF CELSIUS 2021 AGGREGATOR LP
WESTCAP SOF II IEQ 2021 CO-INVEST LP

## SCHEDULE 1(D)

## BANKRUPTCY PROFESSIONALS

AKIN GUMP STRAUSS HAUER & FELD LLP
ALVAREZ & MARSAL HOLDINGS LLC
CENTERVIEW PARTNERS LLC
DELOITTE & TOUCHE LLP
ELEMENTUS INC.*
ERNST & YOUNG
LATHAM & WATKINS LLP
M3 ADVISORY PARTNERS LP*
PERELLA WEINBERG PARTNERS*
STRETTO
TOGUT, SEGAL & SEGAL LLP*
WHITE & CASE LLP

## SCHEDULE 1(E)

## INSTITUTIONAL CUSTOMERS

168 TRADING LTD.
AKUNA DIGITAL ASSETS LLC
ALAMEDA RESEARCH LTD.
AMBER - MAPLE
AMBER TECHNOLOGIES LTD.
ANCHORAGE HOLD LLC
ANCHORAGE LENDING CA LLC
ANTALPHA TECHNOLOGIES LTD.
AP CAPITAL ABSOLUTE RETURN FUND
AP CAPITAL INVESTMENT LTD.
AUROS TECH LTD.
B2C2 LTD.
BABEL HOLDING LTD.
B-BRICK INC.
BCB PRIME SERVICES LTD.
BCRS2 LLC
BELLEWAY LTD.
BK COIN CAPITAL LP
BLOCKCHAIN ACCESS UK LTD.
BLUE FIRE CAPITAL EUROPE COOPERATIEF UA
CEX IO LTD.
CMS HOLDINGS LLC
COINBASE CREDIT
CORE SCIENTIFIC INC.
CUMBERLAND DRW LLC
DEXTERITY CAPITAL LLC
DIGITAL ASSET FUNDS MANAGEMENT PTY. LTD.
DIGITAL TREASURES MANAGEMENT PTE. LTD.
DIVERSIFIED ALPHA SP
DRUK HOLDING & INVESTMENTS LTD.
DUNAMIS TRADING (BAHAMAS) LTD.
DUNAMIS TRADING III LTD
DV CHAIN LLC
ENIGMA SECURITIES LTD.
EQUITIES FIRST HOLDINGS LLC
FALCONX LTD.

FASANARA INVESTMENTS MASTER FUND
FLOW TRADERS BV
FOLKVANG SRL
FRACTAL
FUTURE TECHNOLOGY INVESTMENT LTD.
GALAXY
GALAXY DIGITAL LP
GEMINI TRUST CO. LLC
GENESIS GLOBAL CAPITAL LLC
GRAPEFRUIT TRADING LLC
GSR MARKETS LTD.
HARRISON OPPORTUNITY III INC.
HAS FUTURES LLC
HEHMEYER LLC
HEHMEYER TRADING AG
HODLNAUT PTE. LTD.
HRTJ LTD.
INTERSHIP LTD.
ITERATIVE OTC LLC
JKL DIGITAL CAPITAL LTD.
JSCT HONG KONG LTD.
JST SYSTEMS LLC
JUMP TRADING LLC
KEYROCK SA
KOMARANSKY, MIKE
KRONOS HOLDINGS LTD.
LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP
LIQUIBIT USD MARKET NEUTRAL ARBITRAGE FUND
LIQUIDITY TECHNOLOGIES LTD.
LUOJI2017 LTD.
MARQUETTE DIGITAL
MATRIX PORT TECHNOLOGIES LTD.
MEMETIC CAPITAL LP
MENAI MARKETS LTD.
MOUNTAIN CLOUD GLOBAL LTD.
NASCENT GP INC.
NASCENT LP
NEW WORLD HOLDINGS SA
NICKEL DIGITAL ASSET FUND SPC DIGITAL ASSET ARBITRAGE SPC
INSTITUTIONAL

NICKEL DIGITAL ASSET MASTER FUND SPC - DIGITAL FACTORS FUND SP
NIEDERHOFFER, ROY
NYDIG FUNDING LLC
OILTRADING.COM PTE. LTD.
ONCHAIN CUSTODIAN PTE. LTD.
OPTIMAL ALPHA MASTER FUND LTD.
OSL SG PTE. LTD.
OUTREMONT ALPHA MASTER FUND LP
PARALLEL CAPITAL MANAGEMENT LTD.
PHAROS FUND BTC SP
PHAROS FUND ETH SP
PHAROS FUND SP
PHAROS FUND SPC
PHAROS USD FUND SP
PLUTUS21 CRYPTO FUND I LP
POINT95 GLOBAL
POWER BLOCK COIN LLC
PRIME TRUST
PROFLUENT TRADING INC.
PROFLUENT TRADING UK LTD.
QCP CAPITAL PTE LTD.
RADKL LLC
RED RIVER DIGITAL TRADING LLC
RELIZ LTD.
S&P SOLUTIONS INC.
SCRYPT ASSET MANAGEMENT AG
SEBA BANK AG
SIAFU CAPITAL
SIMPLEX
SYMBOLIC CAPITAL PARTNERS LTD.
TAGOMI TRADING LLC
TDX SG PTE. LTD.
TETHER INTERNATIONAL LTD.
THREE ARROWS CAPITAL LTD.
TOWER BC LTD.
TOWER RESEARCH CAPITAL
TRANSFERO BRASIL PAGAMENTOS SA
TRIGON TRADING PTY. LTD.
TRUEFI
TRUSTOKEN INC.

ULTIMATE COIN
VEXIL CAPITAL LTD.
WATERLOO MAPLE INC.
WEAVE MARKETS LP
WINCENT INVESTMENT FUND PCC LTD.
WINTERMUTE - MAPLE
WINTERMUTE TRADING LTD.
WYRE PAYMENTS INC.
ZEROCAP LTD.

SCHEDULE 1(F)
INSURANCE
AMTRUST UNDERWRITERS INC.
ANV INSURANCE
ASSOCIATED INDUSTRIES INSURANCE CO. INC.
ATLANTIC INSURANCE
AYALON INSURANCE CO.
CRUM & FORSTER SPECIALTY INSURANCE CO.
FALVEY INSURANCE GROUP
HUDSON INSURANCE GROUP
INDIAN HARBOR INSURANCE CO.
LLOYD'S OF LONDON
MARKEL INSURANCE
MARSH
MIGDAL INSURANCE CO.
RELM INSURANCE LTD.
REPUBLIC VANGUARD INSURANCE CO.
SENTINEL INSURANCE CO.
STARSTONE INSURANCE
UNITED STATES FIRE INSURANCE CO.
ZURICH INSURANCE GROUP AG

## SCHEDULE 1(G)

## LANDLORDS

ALGO ADTECH LTD.
DESKS & MORE
INDUSTRIOUS LLC
NEW SPANISH RIDGE LLC
REGUS
SW PROPERTIES

## SCHEDULE 1(H)

## LEGAL MATTERS & LITIGANTS

BITBOY CRYPTO
BOFUR CAPITAL
MS SD IRA LLC
PHAROS FUND
SYMBOLIC CAPITAL PARTNERS LTD.
VEXIL CAPITAL LTD.

## SCHEDULE 1(I)

### NON-BANKRUPTCY ADVISORS AND ORDINARY COURSE PROFESSIONALS

A. GEORGIOU & CO. LLC
ADVOKATU KONTORA SORAINEN IR PARTNERIAI
BUCKLEY LLP
CMS CAMERON MCKENNA NABARRO OLSWANG LLP
CRYPTOS CAPITAL
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
HOLLEY NETHERCOTE PTY. LTD.
JACKSON LEWIS PC
MATSUMURA, MIKO
MCCARTHY TETRAULT LLP
TAYLOR WESSING LLP
URIA MENENDEZ ABOGADOS SLP
WILSON SONSINI GOODRICH & ROSATI PC

## SCHEDULE 1(J)

## RETAIL CUSTOMERS

EDUARDO ABELIUK
RAVI RYAN ABUVALA
DARRYL THOMAS ADAMS
KHALEEF ALI
YANUSH ALI
ALTCOINTRADER PTY LTD.
ANDARI CO. LTD.
JOHN CHARLES ANKENEY
MATTHEW DAVID BAER
SIMON BAUMAN
HENRY GUYER BERG
AMIN BERRADA
BJ INVESTMENT HOLDINGS LLC
BNK TO THE FUTURE
DUSTIN CHARLES BOROFF
DAVID JASON BRESSLER
BRIAN T. SLATER REVOCABLE LIVING TRUST
NICOLAS JOHN BRIGHT
BROAD REACH CONSULTING LLC
BRU TEXTILES NV
ERIC ALAN BURKGREN
CAEN GROUP LLC, THE
JOHN CAMPOS, JR.
CAROLYN VINCENT SUPERANNUATION FUND
LUKE ARMSTRONG CARTER,
EDWARD WILLIAM CHAMPIGNY
JAMES LEE CHIU
YEE LAI CHIU
LINDA YI CHOI
LUKE KYUNG GOO CHOI
ROBERT NATHAN CHRISTIANSEN
CINDY CHU
NATAKOM CHULAMORKODT
MARK J. CIPOLLONI
COINMERCE BV

JENNIFER WALTER CONKLIN
COVARIO AG
CRYPTO10 SP


DEFERRED 1031 EXCHANGE LLC
COLIN C. DELARGY
DGL INVESTMENTS LLC
DIFIORE ASA IRREVOCABLE GST TRUST
JAMES DIXON
JOHN DONOFRIO
DRUK PROJECT FUND
JEFFREY PAUL DUPREX
MARC ECKO
PHILLIP BRIAN ELLER
ASHRAF ELSHAFEI
MICHAEL BENJAMIN SELKOWE FERTIK
PHILLIP WAYNE JR. GARNER
GEORGE HUDSON GILMER
JILL MARIE GRAY
H TRUSSELL INVESTMENTS PTY. LTD.
THOMAS T. HALIKIAS
ASHLEY ANNE HARRELL
STEPHEN ASHLEY HERRING
JONATHON JAMES HOLT
HOME 007 LLC
STEVEN C. HUMPHREYS
BRYAN J. HUNT
ICB SOLUTIONS
INFOOBJECTS INC.
INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC
OLIVER JAHIZI
JOSEPH JENSEN
LEAH NICOLE JONAS
PETER CASIMIR JUIRIS
ETHAN GARET KAP
MARC VITO KEISER
JAMES PATRICK KELLY

THE KEVIN BATTEH TRUST
CHRISTOPHER SCOTT KING
KOALA 1 LLC
OSAMU KOYAMA
YUEHSU KU


ROBERT LANGSLET
JOSEPH S. LEHRFELD
NANXI NANQIAN LIU
EDWARD LUO
JUSTIN MICHAEL MAHONEY
MIRCEA MANEA
JOHN P. MARCHIONI
BENGI MASTROPIERI
FUMIHIKO MATSUMURA
CHRISTOPHER W. MATTINA
JOHN EDWARD MCCARTY
BRIAN THOMAS MCGARRY
BRIAN JOSEPH MCKEON
JAMES W. MCNEIL
KRISTINE M. MEEHAN
JOHN GABRIEL MELLEIN
JOSEPH MICHAEL MERCOLA
PATRICK MESSALL
MHT SUPER PTY. LTD.
SAMUEL GARFIELD MILLER JR.
ARUN MOHAN
CHRISTOPHER M. MOSER
THE MSL FAMILY TRUST
ANTONIO MUSUMECI
SWATHI LAKSHMI TIRUPATTUR NARAYANAN
BRADLEY NESTE
PHUC NGUYEN
MITCHELL CHON PAE
VICTOR CARL PAGNANELLI
TRAVIS JOHN PALM
PARIS CASTLE IV LLC
SHILLA NATVARBHAI PATEL
ABHITABH ANEEL PATIL

KHAI TRINH PHAM
PHONAMENON MANAGEMENT GROUP LLC
JAMES PIERCE
JUSTIN T. PIERSON
PLUTUS21 BLOCKCHAIN OPPORTUNITIES II SP
PLUTUS21 BLOCKCHAIN YIELD I SP
ALEX AARON POMERANZ
LALANA PUNDISTO
ALEXANDRU PUSNEI


SPENCER MCDOWELL REITZ
RHMP PROPERTIES INC.
LINDA J. RITTER
PAUL RITTER
JOSEPH MURDOCH ROBERT
ANDREW DOUGLAS ROBINSON
JESSE SCHROEDER
SESE LLC
STEPHEN PHILLIP SHAR
AISSATA SIDIBE
GLEN BRIAN SLATER
SLEEPINGL LLC
DAVID SILVA SMITH
NELSON COURTNEY SMITH
TARUN SONDHI
JACK TRAYES SOUDERS
PAUL STAPLETON
STEVEN HAROLD STEINBORN
DARON ROBERT STEVENS
DOUGLAS ROSS STRINGER
STROBILUS LLC
SIQI SUN
SWYFTX PTY. LTD.
CHRISTIAN SYPNIEWSKI
TAP ROOT LP
CRAIG WILLIAM THAYER
THOMAS DIFIORE CHILDRENS GST INVESTMENT
IRREVOCABLE TRUST

STEVEN JESS TINCHER
SCOTT JEFFREY TOBIAS
CHRISTOPHER ERNEST TREMANN
CRAIG EDWARD TYLER
UBUNTU LOVE PTY. LTD.
VLAD VENDROW
RAFAEL VIVAS
THOMAS NICHOLS WAGNER
THOMAS WALKEY
DUNCAN CRAIG WIERMAN
CHARLES W. WILLIAMS
ROBERT WILLIAMS II
HIRAM WILLIAMSON
TIMOTHY WISEMAN
LAURIE WOODWARD
XINHAN WU
MARK YAO
TAK H. YEUNG
JOHN MARTIN YOUNG
XI ZHANG
JIMMY ZHONG
ZIGLU LTD.
ZIPMEX ASIA PTE. LTD.
MATTHEW JAMES ZWICK

## SCHEDULE 1(K)

### TOP 50 UNSECURED CREDITORS

ALAMEDA RESEARCH LTD.
ALTCOINTRADER PT-Y. LTD.
B2C2 LTD.
CAEN GROUP LLC
COVARIO AG
CRYPTO10 SP - SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL
TECHNOLOGIES SPC
DEFERRED 1031 EXCHANGE LLC
ICB SOLUTIONS
INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC
PHAROS FUND SP
PHAROS USD FUND SP
STROBILUS LLC
ZIGLU LTD

## SCHEDULE 1(L)

## TAXING AUTHORITY/GOVERNMENTAL/REGULATORY AGENCIES

STATE OF ALABAMA, SECURITIES COMMISSION
KENTUCKY DEPT. OF FINANCIAL INSTITUTIONS
NEW JERSEY BUREAU OF SECURITIES
STATE OF TEXAS SECURITIES BOARD
U.S. DEPT. OF JUSTICE
U.S. SECURITIES & EXCHANGE COMMISSION
STATE OF WASHINGTON, DIVISION OF SECURITIES

## SCHEDULE 1(M)

## UTILITIES

AT&T INC.
COMCAST CORP.
CONSTELLATION ENERGY*
COX BUSINESS SERVICES LLC
EE LTD.
GIFFGAFF LTD.
GOOGLE FIBER INC.
HYPERCORE NETWORKS INC.
LIGHTPATH FIBER ENTERPRISE
ALTICE USA INC.
LUMEN TECHNOLOGIES INC.
RINGCENTRAL INC.
SPECTRUM ENTERPRISES INC.
VERIZON WIRELESS TELECOM INC.

## SCHEDULE 1(N)

## VENDORS

1-800 FLOWERS.COM INC.
1-800-GOT-JUNK? LLC
192 BUSINESS EXPERIAN
192 BUSINESS LTD.
221B PARTNERS
3 VERULAM BUILDINGS BARRISTERS
4IMPRINT GROUP PLC
9BEACH LATIN AMERICAN RESTAURANT LLC
A. GEORGIOU & CO. LLC
AL EXPRESS LTD.
A23 BOUTIQUE HOTEL
A24 LTD.
A2E
ABACUS
ABACUS LABS INC.
ABF FREIGHT SYSTEM INC.
ACCRETIVE CAPITAL LLC
ACRION GROUP INC.
ADA SUPPORT INC.
ADOBE INC.
ADTRAV CORP.
AGILE FREAKS SRL-D
AGILEENGINE LLC
AGS EXPOSITION SERVICES INC.
AHREFS PTE. LTD.
AINSWORTH INC.
AIR ESSENTIALS INC.
AIR FRANCE-KLM SA
AIR SERBIA
AIRSPEEDL8 LTD.
AKERMAN LLP
AKIN GUMP STRAUSS HAUER & FELD LLP
ALARIC FLOWER DESIGN
ALASKA AIR GROUP INC.
ALBA INVEST DOO

ALCHEMIQ CATERING
ALEX FASULO LLC
ALGO ADTECH LTD.
ALGOEXPERT
ALITALIA COMPAGNIA AEREA ITALIANA SPA
ALIXPARTNERS LLP
ALLIANZ GLOBAL ASSISTANCE SAS
ALOFT HOTEL MANAGEMENT INC.
ALPHA EVENTS LTD.
ALPHAGRAPHICS INC.
AMAZON.COM INC.
AMERICAN AIRLINES GROUP INC.
AMERICAN FAMILY CONNECT PROPERTY & CASUALTY INSURANCE CO.
AMERICAN LOCK & KEY INC.
AMON CARD LTD.
AMPLICY LTD.
AMSALEM TOURS & TRAVEL LTD.
ANDERSEN LLP
ANY.DO LTD.
APPBOT
APPLE SEARCH ADS
APPLE SEARCH ADVERTISEMENTS
APPLE STORE
APPSFLYER INC.
AQUA KYOTO LTD.
ARLO SOHO HOTEL
AROCON CONSULTING LLC
ARTDESIGNA
ASHBY & GEDDES
ASTON LIMO SERVICE
AT&T INC.
ATHLONUTRITION S.S
ATLASSIAN CORP. PLC
ATOM EXTERMINATORS LTD.
AUGUST LLC
AUTHO INC.
AUTOMATIONEDGE TECHNOLOGIES INC.
AVAYA INC.
AVL SERVICES LLC
AZMI & ASSOCIATES

B&C CAMERA
B&H FOTO & ELECTRONIC CORP.
BAMBOOHR LLC
BAMBOOZLE CAFÉ
BCAS MALTA LTD.
BCL SEARCH INC.
BELLWOOD GLOBAL TRANSPORTATION
BENJAMIN, THE
BEST BUY CO. INC.
BEST NAME BADGES
BIG CARTEL LLC
BILL.COM HOLDINGS INC.
BIND INFOSEC LTD.
BIONIC ELECTRONICS HT LTD.
BIRCHAMSART
BITBOY CRYPTO
BITFINEX
BITFLY LTD.
BITFO INC.
BITGO INC.
BITMAIN TECHNOLOGIES LTD.
BITTREX GLOBAL GMBH
BITWAVE
BLACKLANE GMBH
BLACKPEAK INC.
BLAKE & CO.
BLOCK SOLUTIONS SDN BHD
BLOCKCHAIR LTD.
BLOCKDAEMON LTD.
BLOCKWORKS GROUP LLC
BLOOMBERG FINANCE LP
BLOOMBERG INDUSTRY GROUP
BLUE EDGE BULGARIA EOOD
BLUE MOON CONSULTANTS INTERNATIONAL LTD.
BLUE ROCK SEARCH LLC
BLUEVOYANT ISRAEL LTD.
BOARD GAME DESIGNS
BOB GROUP LTD.
BOLT FOOD
BOOKYOURCOVIDTEST.COM

BOSTON COACH CORP.
BRAVE SOFTWARE INTERNATIONAL
BRAZEN HEAD IRISH PUB
BRENDAN GUNN CONSULTING GROUP
BRITISH AIRWAYS PLC
BROOKLYN'S DOWN SOUTH
BROWSERSTACK INC.
BTC 2022 CONFERENCE
BTC MEDIA LLC
BUDGET RENT A CAR LTD.
BULWERKS LLC
BULWERKS SECURITY
BUZZSPROUT
C STREET ADVISORY GROUP
CABLEVISION LIGHTPATH LLC
CALENDLY LLC
CALIFORNIA, STATE OF, DEPARTMENT OF FINANCIAL PROTECTION AND
INNOVATION
CAN MOUZOURAS ELECTRICAL CONTRACTORS
CANVA INC.
CAOLA CO. INC.
CAPITOL HILL HOTEL
CAPLINKED INC.
CAREY EXECUTIVE TRANSPORT
CARITHERS FLOWERS
CARMO COS.
CARTA INC.
CASPIAN HOLDINGS LTD.
CDPQ US INC.
CDW CORP.
CHAIN OF EVENTS SAS
CHAINALYSIS INC.
CHAMBER OF DIGITAL COMMERCE
CHICK-FIL-A INC.
CHIEF
CISION US INC.
CITIZENM OPERATIONS HOLDING BV
CLEVERBRIDGE AG
CLICK AND PLAY - CONTEUDOS DIGITAIS LDA
CLUBCORP HOLDINGS INC.

CMS CMNO LLP
CODERPAD INC.
COFFEE DISTRIBUTING CORP.
COGENCY GLOBAL INC.
COINDESK INC.
COINFIRM LTD.
COINLEND GMBH
COINMARKETCAP OPCO LLC
COINROUTES INC.
COLLEGE INVESTOR LLC
COMCAST CORP.
COMPLIANCE RISK CONCEPTS LLC
CONCORDE HOTEL LTD., THE
CONSENSUS SALES INC.
CONSENSYS AG
CONSUMER TECHNOLOGY ASSOCIATION
CONTENTFUL INC.
COOPER GLOBAL LTD.
COPPELL FC
CORE CLUB, THE
CORE SCIENTIFIC INC.
CORSAIR GAMING INC.
COSTCO WHOLESALE CORP.
COURSERA INC.
COX BUSINESS SERVICES LLC
CREATIVE VIDEO PRODUCTIONS LTD.
CREDITOR GROUP CORP.
CRELIN PECK CONSULTING LLC
CRP SECURITY SYSTEMS LTD.
CRYPTO FIEND
CRYPTO LOVE
CRYPTODAILYYT LTD.
CRYPT°RECRUIT PTY. LTD.
CRYPTOWENDYO
CSC
CT CORP.
C-TECH CONSTANDINOS TELECOMMUNICATION LTD. CO.
CURB MOBILITY LLC
CVS PHARMACY INC.
CYESEC LTD.

CYTA LTD.
DALVEY & CO.
DAN HOTELS LTD.
DANIEL J. EDELMAN INC.
DATA DASH INC.
DATA4U LTD.
DATAPOINT SURVEYING & MAPPING
DAVID MELTZER ENTERPRISES
DAVID RABBI LAW FIRM
DBEAVER
DEALEX MOVING LLC
DEARSON LEVI & PANTZ PLLC
DECENTRAL MEDIA INC.
DEEPL SE
DEL FRISCOS GRILLE
DELAWARE, STATE OF DIVISION OF CORPORATIONS
DELL
DELOITTE TAX LLP
DELTA AIR LINES INC.
DERRIERE'S GENTLEMAN'S CLUB
DESK DOO
DEZENHALL RESOURCES LTD.
DHL
DIGITAL ASSET NEWS LLC
DIPLOMAT RESORT, THE
DNSFILTER INC.
DO NOT SIT ON THE FURNITURE
DOCKER INC.
DOIT INTERNATIONAL
DOIT INTERNATIONAL UK & I LTD.
DOORDASH INC.
DOW JONES & CO. INC.
DRAGOS DLT CONSULTING LTD.
DRB HOSTING LTD. (DERIBIT)
DREAM HOTELS
DRIBBBLE HOLDINGS LTD.
DSV AS
DUNE ANALYTICS AS
DYNASTY PARTNERS LTD.
E.R. BRADLEYS SALOON

EAGLE COUNTY REGIONAL AIRPORT
ECRIME MANAGEMENT STRATEGIES INC.
EDGEWATER ADVISORY LLC
EE LTD.
EGON ZEHNDER INTERNATIONAL INC.
EL AL ISRAEL AIRLINES LTD.
ELEMENTS MASSAGE LTD.
ELITE MARKETING GROUP LLC
ELMWOOD DESIGN LTD.
EMANUEL CLODEANU CONSULTANCY SRL
EMBASSY SUITES HOTELS
EMIRATES GROUP, THE
ENGINUITY ON CALL
ENJOYMALOY TRADE PARTY
ENLIGHTIUM LTD.
ENSAFRICA
ENTERPRISE DIGITAL RESOURCES LTD.
ENTERPRISE RENT-A-CAR CO. INC.
EPITOME CAPITAL MANAGEMENT PTY. LTD.

ESTATE OF EDWARD W. PRICE, JR.
ETSY INC.
EVERSHEDS SUTHERLAND
EXDO EVENTS CENTER
EXPEDIA GROUP INC.
EXPO GROUP INC, THE
EXQUISITE SOUNDS ENTERTAINMENT
EY
EZCATER INC.
FACEBOOK
FAIRMONT AUSTIN LODGING
FALBASOFT CEZARY FALBA
FALKENSTEINER HOTELS & RESIDENCES
FATAL LTD.
FATCAT CODERS
FATTAL HOTELS LTD.
FEDEX CORP.
FEMALE QUOTIENT LLC, THE
FIBERMODE LTD.
FILMSUPPLY LLC

FINANCIAL TIMES GROUP LTD.
FINEXT CONFERENCE
FINGERPRINTJS INC.
FINNEGAN HENDERSON FARABOW GARRETT DUNNER LLP
FIRST CLASS VENDING INC.
FIXER.IO
FLIXEL INC.
FLONIGHTS LTD.
FLOWROUTE LLC
FLUXPO MEDIA
FLYDAY CONSULTANCY
FORKAST LTD.
FORTER INC.
FRAME.IO INC.
FREEMAN
FROMDAY-ONE BV
FRONTEND MASTERS
FSCOM LTD.
FUSION BOWLS
G&TP SWEDEN AB
GANDI SAS
GARTNER INC.
GEA LTD.
GECKO LABS PTE. LTD.
GECKO TECHNOLOGY PARTNERS LTD.
GEM
GETT INC.
GIFTAGRAM USA INC.
GILA DISHY LIFE COACH LLC
GITBOOK SAS
GITHUB INC.
GITKRAKEN
GK8 LTD.
GLOVO
GODADDY.COM
GOGO AIR INTERNATIONAL SARL
GOIN' POSTAL
GOOGLE ADS
GOOGLE CLOUD
GOOGLE FI

GOOGLE FIBER
GOOGLE LLC
GOOGLE PLAY
GOOGLE WORKSPACE
GOTOASSIST
GRAMMARLY INC.
GREYSCALEGORILLA
GRIT DAILY NEWS
GRUBHUB INC.
GUARDIANARC INTERNATIONAL LLC
H2PROD
HALBORN INC.
HAMPTON INN
HANAHAUS
HANDEL GROUP LLC
HARRIS-HARRIS GROUP LLC, THE
HARUKO LTD.
HATTRICKS TAVERN
HEADWAY WORKFORCE SOLUTIONS INC.
HEALTHY HORIZONS LTD.
HEATHROW EXPRESS OPERATING CO. LTD.
HEDGEGUARD
HELECLOUD LTD.
HELPSYSTEMS LLC
HENRIKSEN-BUTLER NEVADA LLC
HERTZ CORP.
HERZOG FOX & NEEMAN
HIGHLIGHT FILMS LTD.
HILTON WORLDWIDE HOLDINGS INC.
HIRERIGHT LLC
HMRC SHIPLEY
HOLLAND & KNIGHT LLP
HOME DEPOT INC., THE
HOOTSUITE INC.
HORASIS
HOTEL DA BAIXA PRATA LDA.
HOTEL MAJESTIC
HOTEL MIDTOWN ATLANTA
HOTELS.COM
HUDSON STANDARD, THE

HYATT HOTELS CORP.
HYSOLATE LTD.
I.A.M.L LTD.
IDEAL COMMUNICATIONS INC.
IDEMIA GROUP SAS
ILLUMITI CORP.
INCORPORATING SERVICES LTD.
INDIAN EAGLE
INFORMATION, THE
INFURA INC.
INGENIE LTD.
INNOVATICA LLC
INSIDE.COM INC.
INSIDER INC.
INSPERITY INC.
INSTACART
INTEGRATED SECURITY & COMMUNICATIONS INC.
INTELLIGO GROUP USA CORP.
INTERCONTINENTAL HOTEL GROUP PLC
INTERCONTINENTAL MIAMI
INTERTRUST NV
INTUIT INC.
INVESTANSWERS
IP-API
IPQUALITYSCORE
IST NY INC.
ITERABLE INC.
IVAN ON TECH ACADEMY
JACKSON LEWIS LLP
JAFFA HOTEL, THE
JAMS INC.
JARVIS LTD.
JB HUNT TRANSPORT SERVICES INC.
JETBLUE AIRWAYS CORP.
JETBRAINS SRO
JOBERTY TECHNOLOGIES
JOHN LEWIS & PARTNERS
JSC ROYAL FLIGHT AIRLINES
JULIET INTERNATIONAL LTD.
JUMPCUT 3D

JUNIPER OFFICE
JUNK MASTERZ LLC, THE
JUNKLUGGERS LLC, THE
JV ASSOCIATES INC.
K.F.6 PARTNERS LTD.
KAIRON LABS BV
KALC LLC
KANOO PAYS
KEEPER SECURITY
KENETIC TRADING LTD.
KERRY HOTEL HONGKONG
KEYFI INC.
KFORCE INC.
KILLIAN FIRM PC, THE
KIMPTON SURFCOMBER HOTEL
KINTSUGI, UNIPESSOAL LDA.
KNOBS BAC
KOHL'S
KORN FERRY
KRISPY KREME
KROLL ADVISORY LTD.
L&L MOVING STORAGE & TRUCKING LLC
LA MAISON FAVART
LAS VEGAS WINDOW TINTING
LATHAM
LAUNCHDARKLY
LAWN CARE
LAWNSTARTER
LEAA
LEFT HOUSE

LINE GROUP
LINKEDIN CORP.
LINKEDIN IRELAND UNLIMITED CO.
LITHIFY LTD.
LOCATE852
LOEWS HOTELS
LOGITECH
LOGSHERO LTD.
LOGZ.IO

LS FUTURE TECHNOLOGY AB
LUCIDCHART
LUCILLE'S SMOKEHOUSE BAR-B-QUE
LUFTHANSA DEUTSCHE
LUMEN
LUNAR SQUARES
LVC USA INC.
LYFT
MADISON LIQUIDATORS
MADREV LLC
MALTEGO TECHNOLOGIES
MAMBU TECH BV
MAMMOTH GROWTH LLC
MANDARIN ORIENTAL HOTEL
MANHATTAN BAGEL
MANZO'S SUITES
MAREN ALTMAN FZCO
MARIOS LOCKSMITH LTD.
MARRIOTT HOTELS & RESORTS
MARSH USA
MAXON CORP.
MAYAMI MEXICANTINA
MAZARS LLP
MAZARS LTD.
MCCARTHY TETRAULT LLP
MCLAGAN PARTNERS INC.
MCM 965
MDESIGN HOLDINGS LTD.
MEDIAONE PARTNERS
MELIO
MEMORISELY
METROPOL PALACE
MF PARTNERS LTD.
MFA NETWORK
MGM GRAND HOTEL LLC
MIAMI BEACH CONVENTION CENTER
MICHAEL PAGE INTERNATIONAL INC.
MICHAELS COS. INC., THE
MICROSOFT AZURE INC.
MICROSOFT CORP.

MILLION ROSES, THE
MINDS
MINUTEMAN PRESS INTERNATIONAL INC.
MIXED ANALYTICS
MIXPANEL INC.
MOMENTUM MEDIA GROUP
MONARCH BLOCKCHAIN CORP.
MONDAY.COM LTD.
MOO PRINT LTD.
MORALIS ACADEMY
MORRIS MANNING & MARTIN LLP
MOTION ARRAY
MOTION DESIGN SCHOOL CO.
MOVE 4 LESS LLC
MTA SPA
MUSIC 2 THE MAX
MVP WORKSHOP
MYERS-BRIGGS & CO. INC.
MYTHX
NAMECHEAP INC.
NATIONAL OFFICE INTERIORS & LIQUIDATORS
NATIONAL RAILROAD PASSENGER CORP.
NATIONWIDE MULTISTATE LICENSING SYSTEM & REGISTRY
NAVEX GLOBAL INC.
NBC UNIVERSAL
NECTER
NEVADA SIGN
NEW SPANISH RIDGE LLC
NEW YORK TIMES CO., THE
NEXT WEB EVENTS BV, THE
NEXTGENPROTECTION
NICE SYSTEMS UK LTD.
NICO SIGNS LTD.
NORDLAYER
NORDLOGIC SOFTWARE SRL
NORDSTROM INC.
NOSSAMAN LLP
NOTABILITY PARTNERS
NOTARIZE
NOTHING BUNDT CAKES

NURI
NUSOURCES
NYMAN LIBSON PAUL LLP
OAKDS INC.
OCEAN VIEW MARKETING INC.
OFFICE DEPOT
OFFICE MOVERS LAS VEGAS
OFFICE STAR B2B LTD.
OFFICESPACE SOFTWARE INC.
OFFICEVIBE
OKEX
ONCHAIN CUSTODIAN PTE. LTD.
ONFIDO
ONFIDO INC.
ONFIDO LTD.
OPTIMIZELY INC.
ORACLE CORP. UK LTD.
OTTER.AI
OVF CUSTOMER.IO LLC
PABXL
PACK & SEND
PADDLE
PAGLIARA ENTERTAINMENT ENTERPRISES LLC
PALANTIR SECURITY LTD.
PANASONIC AVIONICS CORP.
PANERA BREAD
PANORAYS LTD.
PAPAYA GLOBAL HK LTD.
PARK MGM LAS VEGAS
PARK PLAZA HOTELS
PARKLANE RESORT & SPA
PARTY CITY
PAXFUL INC.
PAYPLUS BY IRIS
PAYPLUS LTD.
PEAS RECRUITMENT LTD.
PENINSULA BUSINESS SERVICES LTD.
PHASE II BLOCK A SOUTH WATERFRONT FEE LLC
PHOTO BOOTH VENDING
PLAID INC.

PLURALSIGHT INC.
POLIHOUSE BOUTIQUE HOTEL
POLYRIZE SECURITY LTD.
PORTSWIGGER LTD.
POSTMAN INC.
POSTMATES INC.
PRACTISING LAW INSTITUTE INC.
INESHA PREMARATNE
PREMIER DUE DILIGENCE LLC
PREMIUM BEAT
PRESCIENT
PRG U.S. INC.
PRINT HOBOKEN LLC
PRINTFUL INC.
PRIORITY POWER
PRO BLOCKCHAIN MEDIA LLP
PROOF OF TALENT LLC
PROTECT OPERATIONS LTD.
PSE CONSULTING ENGINEERS INC.
PSJ KANARIS ENTERPRISES LTD.
PTI OFFICE FURNITURE
PUBLIBRANCO
PURE MARKETING GROUP CORP.
PURESSENCE LTD.
QUALITY INN & SUITES HOTEL
QUANTSTAMP INC.
QUOINE PTE. LTD.
RA VENUES AT CHURCHILL WAR ROOMS
RAILS TECH INC.
REAL VISION GROUP
REBECCA SWEETMAN CONSULTING LTD.
REDDIT INC.
REDK CRM SOLUTIONS LTD.
REFLECTIZ LTD.
REGUS MANAGEMENT GROUP LLC
REMARKABLE AS
RESIDENCE INN
RESOURCES GLOBAL PROFESSIONALS
RESTREAM.IO
RETOOL INC.

REVER NETWORKS INC.
RFO CONFERENCES ORGANIZING LLC
RINGCENTRAL INC.
RITZ-CARLTON
ROSEWOOD HOTEL & RESORTS LLC
ROTHSCHILD TLV
ROYAL MAIL PLC
ROYALTON HOTEL
SABANA LABS SL
SAFFRON INDIAN CUISINE
SAINT BITTS LLC
SAM'S CLUB
SAM'S LIMOUSINE & TRANSPORTATION INC.
SAP AMERICA INC.
SCHOEN LEGAL SEARCH
SCRAPERAPI
SEAMLESS
SECUREDOCS INC.
SECURITAS SECURITY SERVICES USA INC.
SEGMENT INC.
SELFRIDGES
SENDSAFELY
SENTRY
SEVIO FZC
SEWWHATANDWEAR
SHERATON HOTELS
SHUTTERS ON THE BEACH
SHUTTERSTOCK
SILHOUETTE BUILDING
SIMILARWEB INC.
SW PROPERTIES GENERAL CONSTRUCTION
SKETCH BV
SKEW LTD.
SLACK TECHNOLOGIES LLC
SLIDETEAM
SMALL POCKET VIDEO
SMART CITY NETWORKS LP
SMARTCONTRACT INC.
SMSF ASSOCIATION
SNOWFLAKE INC.

SO & SATO LAW OFFICE
SOHO BEACH HOUSE
SOLARWINDS
SONARSOURCE
SOUTH CITY KITCHEN
SOUTHWEST AIRLINES
SOVOS COMPLIANCE
SP VICE LTD.
SPEARS ELECTRIC
SPECTRUM
SPONSOR UNITED
SPORTSLTERNSHIP LLC
SPOTHERO
STANDARD RESTAURANT EQUIPMENT CO.
STAPLES
STARBUCKS
STATUSGATOR
STEPHANOS GREEK & MEDITERRANEAN GRILL
STUART TRACTE PHOTOGRAPHY
STUDIO VIDA
SUBLIME HQ PTY. LTD.
SUPERSONIC MOVERS LLC
SURETY SOLUTIONS
SWAG.COM
SWEPT CLEANING SERVICE OF AUSTIN
SWISS INTERNATIONAL AIR LINES LTD.
SXSW LLC
SYNAPSE FLORIDA
SYNDIC TRAVEL
TAAPI.IO SRO
TABLEAU SOFTWARE LLC
TALKING COCKTAILS
TAMPA PRINTER
TARGET CORP.
TASKRABBIT
TAXBIT INC.
TAYLOR WESSING LLP
TCL PUBLISHING LTD.
TEAMZ INC.
TEMBO EMBROIDERY & CUSTOM MERCHANDISE

TEN MANCHESTER STREET HOTEL
TENDERLY DOO
TET EVENTS LLC
THIMBLE INSURANCE
THOMSON REUTERS
THUNDERCLAP LLC
TITAN OFFICE FURNITURE LTD.
T-MOBILE US INC.
TOKENTALK LTD.
TOLL FREE FORWARDING
TOOLFARM
TOWERS WATSON LTD.
TRADE GROUP INC., THE
TRADINGVIEW INC.
TRANSUNION
TRASH CANS WAREHOUSE
TRD COMM
TRELLO INC.
TROVATA INC.
TRUSTPILOT INC.
TUBEBUDDY
TURKISH AIRLINES
TWENTY84 SOLUTIONS
TWILIO INC.
TWITTER INC.
UBER
UBER EATS
UDEMY INC.
ULINE INC.
UNBOUND TECH LTD.
UNIFIRE EXTINGUISHERS LTD.
UNITED AIRLINES
UNIVERSITY ARMS HOTEL
UNSTOPPABLE DOMAINS INC.
UPS
UPSTAGER CONSULTING INC.
URBANSTEMS INC.
USA STRONG INC.
USABILITYHUB PTY. LTD.
USASTRONG.IO

USPS
V3 DIGITAL LTD.
VALERE CAPITAL
VANGUARD CLEANING SYSTEMS OF LAS VEGAS
VARONIS SYSTEMS INC.
VCU BLOCKCHAIN
VERCEL INC.
VERIFIED FIRST LLC
VERIFYLNVESTORS.COM
VERIZON WIRELESS
VERT & BLANC ENTERPRISES LTD.
VIASAT INC.
VIRTRU CORP.
VIRTUAL BUSINESS SOURCE LTD.
VIRTUALLY HERE FOR YOU LTD.
VIVID EDGE MEDIA GROUP
VOLTA SYSTEMS GROUP
VOSKCOIN LLC
VSECNOW LTD.
WALGREENS BOOTS ALLIANCE INC.
WALL STREET JOURNAL
WALMART INC.
WARWICK HOTEL LTD.
WAYFAIR INC.
WCEF LLC
WEST COAST PURE WATER LLC
WESTCAP MANAGEMENT LLC
WHIRLING DERVISH PRODUCTIONS
WILDE APARTHOTELS
WINGS HOTEL, THE
WINTERMUTE TRADING LTD.
WOLT
WOLTERS KLUWER NV
WORKLAND
WORKSPACE MANAGEMENT LTD.
WORLD ECONOMIC FORUM
WP ENGINE INC.
WYNDHAM HOTELS & RESORTS INC.
WYNN LAS VEGAS
YELLOWGRID

YELLOWHEAD LTD.

YOUTUBE PREMIUM
ZAPIER.COM
ZEGANS LAW GROUP PILE, THE
ZENDESK INC.
ZEPLIN INC.
ZOHO CORP.
ZOOM VIDEO COMMUNICATIONS INC.
ZUBTITLE LLC
ZURAZ97 LTD.

## SCHEDULE 1(O)

## U.S. TRUSTEE PERSONNEL, JUDGES, AND COURT CONTACTS FOR THE SOUTHERN DISTRICT OF NEW YORK

VICTOR ABRIANO
SUSAN ARBEIT
LISA G. BECKERMAN
MARK BRUH
SHELLEY C. CHAPMAN
SHARA CORNELL
ROBERT D. DRAIN
JAMES GANNON
JAMES L. GARRITY, JR.
MARTIN GLENN
WILLIAM K. HARRINGTON
BENJAMIN J. HIGGINS
DAVID S. HIGGINS
DAVID S. JONES
NADKARNI JOSEPH
SEAN H. LANE
BRIAN S. MASUMOTO
ERCILIA A. MENDOZA
MARY V. MORONEY
CECELIA G. MORRIS
RICHARD C. MORRISSEY
ALABA OGUNLEYE
LINDA A. RIFFKIN
ILUSION RODRIGUEZ
ANDREA B. SCHWARTZ
PAUL K. SCHWARTZBERG
SHANNON SCOTT
SYLVESTER SHARP
TARA TIANTIAN
ANDY VELEZ-RIVERA
MADELEINE VESCOVACCI
ANNIE WELLS
MICHAEL E. WILES
GREG M. ZIPES

# Appendix B



ONE EAST MAIN STREET, SUITE 500 • POST OFFICE BOX 2719
MADISON, WISCONSIN 53701-2719

TEL·608.257.3911  FAX·608.257.0609

WWW·GKLAW.COM

Direct: 608-284-2654
kstadler@gklaw.com

Also admitted to Practice in
the State of New York

November 7, 2022

Via Email to Christopher.sontchi@delawareadr.com

Christopher S. Sontchi
Sontchi, LLC
c/o Delaware ADR
P.O. Box 7908
Wilmington, DE 19803

Dear Mr. Sontchi:

       We are pleased to have the opportunity to represent you in connection with your October 20, 2022, appointment as Fee Examiner in the Celsius Network LLC, et al. bankruptcy cases, jointly administered in the United States Bankruptcy Court for the Southern District of New York, Case No. 22-BK-10964 (MG) (the "Celsius Fee Examiner Engagement"). We look forward to working with you and are confident we can provide you with valuable services that will help you accomplish your goals as Fee Examiner.

       Our client will be you, Christopher S. Sontchi, through Sontchi, LLC, solely in your capacity as the Fee Examiner in the Celsius Fee Examiner Engagement, and no other person or entity. Please refer to the attached "Information for G&K Clients" for more information regarding the scope of our engagement, as well as other important information with respect to your retention of our Firm.

       While I will have primary initial responsibility for your representation, we will utilize other attorneys and paralegals in the office as appropriate. This letter provides the basis for the fees we will charge in the course of your representation.

       Our basic philosophy in each case is to charge that amount which we believe to be most appropriate and reasonable under all of the circumstances. Our starting point is ordinarily the time spent on the matter involved, based on our regular hourly billing rates in effect. Currently, our hourly rates range from $425.00 to $795.00 for attorneys and from $325.00 to $375.00 for paralegals. The hourly rate for each individual depends on various factors, including their skill and experience and the particular area of law in which they concentrate. For timekeepers we expect *may* work on this matter, current hourly rates are:

Christopher S. Sontchi
November 3, 2022
Page 2

| Timekeeper Name | Timekeeper Title | 2023 Hourly Rate |
|---|---|---|
| Katherine Stadler | Bankruptcy Shareholder | $720.00 |
| Andrew Dalton | Data Analyst | $720.00 |
| Erin West | Bankruptcy Shareholder | $640.00 |
| Mark Hancock | Litigation Shareholder | $640.00 |
| Carla Andres | Bankruptcy Special Counsel | $680.00 |
| Leah Viola | Bankruptcy Special Counsel | $550.00 |
| Nicholas Hahn | Bankruptcy Associate | $535.00 |
| Crystal Abbey | Corporate Associate | $535.00 |
| Ryan Larson | Bankruptcy Associate | $425.00 |
| Kathleen Boucher | Paralegal | $375.00 |
| Erin Lewerenz | Paralegal | $325.00 |

We will not raise the rates disclosed here without first seeking your approval and notifying the court and interested parties in advance of any rate adjustment. Payment will be due from the Debtors pursuant to the terms of the interim compensation order in the Celsius Network proceeding.

In addition, you may be billed for certain other charges and expenses associated with the legal services we provide such as, for example, database support services, reproduction costs, filing fees, travel expenses, and other such items.

Complete details on the scope of our engagement will be set forth in our application for employment, to be filed with the bankruptcy court. In the event of any conflict between terms of this letter and any court order authorizing the retention, the court order will govern.

Thank you for placing your confidence in Godfrey & Kahn. We look forward to working with you.

Very truly yours,

GODFREY & KAHN, S.C.

Katherine Stadler

# INFORMATION FOR G&K CLIENTS

The following terms and conditions govern all matters on which we represent you, notwithstanding any general terms or guidelines you may send to us, unless we have expressly agreed otherwise in writing or superseded by any court order authorizing the Firm's retention. These terms and conditions are subject to revision from time to time.

Our engagement and these terms and conditions are governed by the internal laws of the State of Wisconsin, and our professional responsibilities by the Rules of Professional Conduct for Attorneys in Wisconsin (the "Rules").

## Confidentiality

We owe all clients a duty to preserve confidential information obtained during the course of our representation and will do everything we can to prevent disclosure of such information, while the representation lasts and thereafter. In order to help us preserve your confidences and privileges, you agree to exercise care both in selecting and transmitting information to us and in safeguarding information you may receive from us.

At the same time, just as no other client has a right to your confidential information in our possession even if it might prove useful to them, you acknowledge that you have no right to any confidence of any other client in our possession, even though it might be useful to you. You also acknowledge that our inability to disclose such information does not in and of itself constitute a conflict of interest.

On the other hand, we find that most clients have no objection if we publicly acknowledge that we represent them and describe the general subject matter of our representation. Accordingly, unless you specifically advise us to the contrary, we will assume that you have no objection if, from time to time, we use your name and a brief description of the sort of non-confidential work we do for you in preparing marketing materials, making presentations to other clients, filling out surveys, and the like.

## Digitization; Use of the "Cloud"

You agree that, unless you specifically direct us to the contrary, we may convert paper documents to digital form, rely on the electronic version of those documents, and dispose of the paper versions as we deem practical and appropriate, all without notice. Moreover, you acknowledge and agree that, unless you specifically direct us to the contrary, we may utilize third party providers and/or computer servers not owned by us to store, organize, and retrieve your information as long as the provider is reputable, and we otherwise take reasonable steps to ensure that the confidentiality of your information is preserved.

## Electronic Communications

It is likely that during the course of this engagement both you and the Firm will use electronic devices and Internet services to communicate and to send or make available documents which may not be encrypted. Although this involves some degree of risk that third parties may intercept confidential communications, we believe, and you agree that the benefits of

communicating in this manner outweigh the risk. We have and will continue to adopt and upgrade systems, policies and practices designed to make our electronic communications with you reasonably secure, and trust that you will refrain from using insecure means when communicating with us. If you have any special data security needs, policies, or concerns, please let us know.

### Contents of Files; Ownership, Retention and Disposal

After any particular matter has been concluded and/or representation of you has been terminated, we will return personal property and original documents to you, dispose of materials in the file whose preservation we deem unnecessary, convert remaining paper documents to digital form where practical and appropriate, and assign to the file a "Retention Period" of a length deemed reasonable for the general subject matter of the representation. We will store the file during the Retention Period, after which we will destroy it unless you have previously requested its return. We will try to give you prior notice at both stages, but in order to do so we ask that you keep our Central File Manager updated with any changes in your address.

You understand and agree that certain documents and records placed in such files are the property of the Firm, such as records relating to matter intake, conflict checks and other administrative matters; internal lawyer's work product such as drafts, notes, internal memoranda, and legal and factual research, including investigative reports; and purely internal communications. These documents may be retained, transformed, or discarded at our discretion.

### In-Firm Privilege

From time to time in our practice issues arise that raise questions as to our duties under the Rules that apply to lawyers. These questions might relate to, for example, conflicts of interest, attorney-client privilege, or confidentiality, or even the adequacy of our representation. If and when such issues arise, we ordinarily seek the advice of our General Counsel and Loss Prevention Partner. We believe that it is in our interest as well yours that we receive the benefit of unfettered legal analysis of our obligations. Accordingly, as a condition of our representation, you acknowledge and agree that consultations between our Firm personnel handling your matter and our Firm counsel (or, if we choose, outside counsel) are privileged.

### Termination of Engagement

Subject to the terms of any court order authorizing the Firm's engagement, either you or we may terminate the engagement at any time for any reason, by written or electronic notice, and subject on our part to certain limitations and conditions imposed by the Rules. If permission for withdrawal is required by a court, we will promptly apply for such permission, and you will be obligated to promptly engage successor counsel. Termination of representation will not relieve any party responsible to pay fees and expenses incurred before termination or in the process of terminating or transferring the matter.

### Conclusion of Representation; Post Engagement Matters

Our Firm is engaged to provide legal services in connection with specific transactions or matters. Unless previously terminated, our representation of you will terminate upon our sending our final statement for services rendered in the matter involved, notwithstanding our

retention of your file.  After completion of a transaction or matter, changes may occur in the factual circumstances or in the applicable laws or regulations that could have an impact upon your future rights and liabilities.  Unless we are specifically engaged after completion of the transaction or matter to provide additional advice or services on issues arising from the transaction or matter, our Firm has no continuing obligation to advise you with respect to future legal developments.  If you later retain us, our attorney-client relationship will be renewed as of that date.

## Service Corporation

Godfrey & Kahn, S.C. is organized as a service corporation under the Wisconsin Business Corporation Law.  Shareholders of corporations, including shareholders of service corporations, generally are not personally responsible for the liabilities and obligations of the corporation.  Accordingly, while each Godfrey & Kahn shareholder is individually responsible for all of his or her own work for clients, our shareholders are not personally liable for the acts of our other lawyers unless they were supervising the work in question.

28085814.1

# APPENDIX C

## LIST OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED[1] GODFREY & KAHN, S.C. IN MATTERS WHOLLY UNRELATED TO THE DEBTORS OR THESE CHAPTER 11 CASES

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| 4Imprint Group plc | Vendor | Godfrey & Kahn has represented an entity with a similar name in Wisconsin regulatory matters unrelated to these cases. |
| Alvarez & Marsal, North America LLC | Bankruptcy Professional | Alvarez & Marsal, North America LLC is a retained professional in several other bankruptcy matters in which Godfrey & Kahn represents a Fee Examiner. |
| American Family Connect Property & Casualty Insurance Company | Vendor | G&K represents an American Family affiliate in corporate and litigation matters unrelated to these cases. |
| John Donofrio | Retail Customers | A person by this name serves as general counsel to a Godfrey & Kahn client. |
| Costco Wholesale Corp. | Vendor | Godfrey & Kahn currently represents Costco Wholesale Corporation in litigation and regulatory matters unrelated to these cases. |
| Deloitte Tax LLP Deloitte & Touche LLP | Vendor | Affiliates of Deloitte Tax LLP are retained professionals in another matter in which Godfrey & Kahn represents a Fee Examiner. |

---

[1] Only client relationships for which there has been any work performed since October, 2020 are included in this Appendix.

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Elements Massage, Ltd. | Vendor | Godfrey & Kahn represents an Elements Massage, Ltd. affiliate in Wisconsin labor and employment matters unrelated to these cases. |
| Ernst & Young LLP | Bankruptcy Professional | Ernst and Young serves as a financial advisor to a Wisconsin manufacturing client in a pending transaction on which Godfrey & Kahn serves as lead transaction counsel. |
| Google, LLC | Vendor | Godfrey & Kahn represents a Google, LLC affiliate in corporate matters unrelated to these cases. |
| Holland & Knight, LLP | Vendor | Godfrey & Kahn has served as co-counsel with Holland & Knight in corporate, real estate, and litigation matters unrelated to these cases. |
| Kirkland & Ellis LLP | Bankruptcy Professional | Godfrey & Kahn has served as co-counsel with Kirkland & Ellis LLP in regulatory, litigation, and transactional matters unrelated to these bankruptcy cases.  Kirkland & Ellis LLP represents an investment company, for which Godfrey & Kahn, S.C. represents the independent trustees.  The investment company is not related in any way to these bankruptcy cases. |
| Kohl's | Vendor | Godfrey & Kahn represents Kohl's Corporation and its subsidiaries including Kohl's, Inc. (f/k/a Kohl's Department Stores, Inc.)  in corporate and litigation matters unrelated to these bankruptcy cases. |

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Kroll Advisory Ltd. | | Kroll Advisory Ltd. is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |
| Latham & Watkins LLP | Bankruptcy Professional | Latham & Watkins is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. Godfrey & Kahn serves as co-counsel with Latham & Watkins on corporate, litigation, and receivership matters unrelated to these bankruptcy cases. |
| Christopher M. Moser | Retail Customer | An individual with this name is the nephew of a Godfrey & Kahn shareholder. |
| Prescient | Vendor | Godfrey & Kahn has represented an entity with a similar name in transactional matters unrelated to these cases. |
| Sentry | Vendor | Godfrey & Kahn represents Sentry Insurance Company and affiliates in transactional matters unrelated to these cases. |
| Simplex | Institutional Customers | Godfrey & Kahn represents the parent corporation of an entity with a similar name in various matters unrelated to these bankruptcy cases. |
| Togut, Segal & Segal LLP | Bankruptcy Professional | Togut, Segal & Segal is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |
| Uber Uber Eats | Vendors | Godfrey & Kahn has represented an affiliate in Wisconsin regulatory matters unrelated to these cases. |

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| UPS | Vendor | Godfrey & Kahn previously represented an affiliate in a dispute resolution matter unrelated to these cases. |
| White & Case LLP | Bankruptcy Professional | Godfrey & Kahn previously served as co-counsel with White & Case in a Wisconsin insurance insolvency matter unrelated to these cases. |

28086422.2