**WALLER LANSDEN DORTCH & DAVIS, LLP**
Tyler N. Layne
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: tyler.layne@wallerlaw.com

*Counsel for RH Montgomery Properties, Inc.*

**WALLER LANSDEN DORTCH & DAVIS, LLP**
Morris D. Weiss
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Telephone: (512) 685-6400
Email: morris.weiss@wallerlaw.com

*Counsel for RH Montgomery Properties, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of *RH Montgomery Properties, Inc.'s Limited Objection To The Debtors' Motion Seeking Entry Of An Order (I) Authorizing The Debtors To Reopen Withdrawals For Certain Customers With Respect To Certain Assets Held In The Custody Program And Withhold Accounts And (II) Granting Related Relief* [Doc. 1293] to be served on November 7, 2022, on the parties on the service list attached hereto via email[2], as listed on **Exhibit 1** hereto, or by United States First Class Mail, as listed on **Exhibit 2**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Most parties served by email were also served (a) by the Court's ECF system and/or (b) via email on November 5, 2022 as well; however, the 2002 Service List was not received from Stretto until November 7, 2022, so this filing was served on all parties on the 2002 Service List on November 7, 2022 to ensure all required parties were served.

041945-25331/4888-0138-5022.1                    1

Respectfully submitted,

*/s/ Tyler N. Layne*
Tyler N. Layne
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: tyler.layne@wallerlaw.com

- and -

Morris D. Weiss
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Telephone: (512) 685-6400
Email: morris.weiss@wallerlaw.com

*Counsel for RH Montgomery Properties, Inc.*

# **EXHIBIT 1**

**Service List by Email**

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN AARON E. COLODNY | 555 S FLOWER ST | SUITE 2700 | LOS ANGELES | CA | 90071 | | AARON.COLODNY@WHITECASE.COM |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | ATTN ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH | 1251 SIXTH AVE | 21ST FLOOR | NEW YORK | NY | 10020 | | ABARRAGE@DWT.COM; HUGHMCCULLOUGH@DWT.COM; ELAINEHUCKABEE@DWT.COM; SEADOCKET@DWT.COM |
| PHAROS USD FUND SP & PHAROS FUND SP | | LANDMARK SQUARE, 1ST FLOOR | 64 EARTH CLOSE | PO BOX 715 | GRAND CAYMAN | | KY-1107 | Cayman Islands | ADMIN@LANTERNVENTURES.COM |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | 300 CAPITAL DR | | | BATON ROUGE | LA | 70802 | | ADMININFO@AG.STATE.LA.US |
| FEINTISCH ADAM MICHAEL | | | | | | | | | |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 2903 | | AG@RIAG.RI.GOV |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | ATTN MARVIN E. CLEMENTS JR. | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | | AGBANKNEWYORK@AG.TN.GOV |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | | AGINFO@AZAG.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | 109 STATE ST | | | MONTPELIER | VT | 5609 | | AGO.INFO@VERMONT.GOV |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN ANDREW J. CURRIE | 600 MASSACHUSETTS AVE NW | | WASHINGTON | DC | 20001 | | AJCURRIE@VENABLE.COM |
| YOON ANDREW | | | | | | | | | |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | | | | | | | | |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 | | ATTORNEY.GENERAL@ALASKA.GOV |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 165 CAPITOL AVE | | | HARTFORD | CT | 6106 | | ATTORNEY.GENERAL@CT.GOV |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | | ATTORNEY.GENERAL@MAINE.GOV |
| DELAWARE DEPARTMENT OF JUSTICE | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | | ATTORNEY.GENERAL@STATE.DE.US; ATTORNEY.GENERAL@DELAWARE.GOV |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | | CONCORD | NH | 3301 | | ATTORNEYGENERAL@DOJ.NH.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | | NEW YORK | NY | 10281-1022 | | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN BONNIE R. GOLUB | 667 MADISON AVE | 5TH FLOOR | NEW YORK | NY | 10065 | | BGOLUB@WGPLLP.COM |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. | 184 GRAND AVE | | ENGLEWOOD | NJ | 07631 | | BHANNON@NORGAARDFIRM.COM; MNORGAARD@NORGAARDFIRM.COM; CROSE@NORGAARDFIRM.COM; KCIMMINO@NORGAARDFIRM.COM; CROSE@NORGAARDFIRM.COM |
| PERRY BRETT ALAN | | | | | | | | | |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | | brosszer@law.ga.gov |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | 1ST FLOOR | ARTEMIS HOUSE | GEORGE TOWN | | KY1-1102 | CAYMAN ISLANDS | C10_SPC@INVICTUSCAPITAL.COM; DANIEL@INVICTUSCAPITAL.COM |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | | | GRAND CAYMAN | | KY1-1102 | CAYMAN ISLANDS | C20_SPC@INVICTUSCAPITAL.COM; DANIEL@INVICTUSCAPITAL.COM |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE LLC | C/O FISHERBROYLES, LLP | ATTN CARL D. NEFF | CSC STATION 112 SOUTH FRENCH STREET | | WILMINGTON | DE | 19801 | | CARL.NEFF@FISHERBROYLES.COM |
| DEKKER CARLOS C | | | | | | | | | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON MARK ROBINSON & KEITH NOYES FOR COVARIO AG | | | | | | | | CAROLINEGWARREN@GMAIL.COM; TOMDIF@GMAIL.COM; ICBSOLUTIONS@PROTON.ME; CHRISTOPHER.J.COCO@GMAIL.COM; CELSIUSBANKRUPTCYCASE@GMAIL.COM; MARKROBINSON55@GMAIL.COM; CELSIUSBANKRUPTCY@COVAR.IO |
| VINCENT, CAROLYN MARGARET | | | | | | | | | |
| COVARIO AG | | LANDYS GYR STRASSE 1 | | | ZUG | | 6300 | SWITZERLAND | CELSIUSBANKRUPTCY@COVAR.IO; MARK.BANNER@COVAR.IO |
| ZIGLU LIMITED | | 1 POULTRY | | | LONDON | | EC2R8EJ | UNITED KINGDOM | CFO@ZIGLU.IO |
| THE CAEN GROUP LLC | | | | | | | | | |
| VILLINGER CHRISTOPHER | | | | | | | | | |
| DEFERRED 1031 EXCHANGE LLC | | LAKELAND AVE. | | | DOVER | DE | 19901 | | CIADONISI@DEFERRED1031.COM |
| STROBILUS LLC | | | | | | | | | |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | | CONSUMER.HELP@AGO.MO.GOV |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | DES MOINES | IA | 50319 | | CONSUMER@AG.IOWA.GOV |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E | BUILDING 1 | ROOM E-26 | CHARLESTON | WV | 25305 | | CONSUMER@WVAGO.GOV |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | | CONSUMERINTEREST@ALABAMAAG.GOV |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | JUSTICE BUILDING 3RD FLOOR | 215 N SANDERS | PO BOX 201401 | HELENA | MT | 59602 | | CONTACTDOJ@MT.GOV |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 | | CORA.REQUEST@COAG.GOV |
| KIBLER-MELBY CORT | | | | | | | | | |
| PETERSON STEPHEN PAUL | | | | | | | | | |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH LLP | ATTN DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH LLP | ATTN DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM |
| JOHN DZARAN | C/O MCCARTER & ENGLISH LLP | ATTN DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH LLP | ATTN DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | DADLER@MCCARTER.COM |
| JEFFRIES DAVID | | | | | | | | | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN DAVID M. TURETSKY & SAMUEL P. HERSHEY | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | SAM.HERSHEY@WHITECASE.COM; MCOSBNY@WHITECASE.COM; JDISANTI@WHITECASE.COM |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN DARREN AZMAN | ONE VANDERBILT AVE | | NEW YORK | NY | 10017-3852 | | DAZMAN@MWE.COM; MCO@MWE.COM; CGREER@MWE.COM |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN DEBORAH KOVSKY-APAP | 4000 TOWN CENTER | SUITE 1800 | SOUTHFIELD | MI | 48075 | | DEBORAH.KOVSKY@TROUTMAN.COM; KAY.KRESS@TROUTMAN.COM |
| DENTZEL ZARYN | | | | | | | | | |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN ATTORNEY GENERAL DEREK SCHMID | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 | | DEREK.SCHMID@AG.KS.GOV |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN & BENJAMIN S. BELLER | 125 BROAD ST | | NEW YORK | NY | 10004 | | DIETDERICHA@SULLCROM.COM; GLUECKSTEINB@SULLCROM.COM; BELLERB@SULLCROM.COM |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS UNIT | 800 FIFTH AVE | SUITE 2000 | SEATTLE | WA | 98104-3188 | | DINA.YUNKER@ATG.WA.GOV; BCUYUNKER@ATG.WA.GOV |
| ICB SOLUTIONS | | W ROYAL FOREST BLVD | | | COLUMBUS | OH | 43214 | | DUFFYS2@GMAIL.COM |
| WEXLER, KEVIN JAY | | | | | | | | | |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 | | ELLEN.ROSENBLUM@DOJ.STATE.OR.US; ATTORNEYGENERAL@DOJ.STATE.OR.US |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O MEYER SUOZZI ENGLISH & KLEIN PC | ATTN EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY | SUITE 1420 | NEW YORK | NY | 10018 | | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |
| NHAT VAN MEYER | C/O MEYER SUOZZI ENGLISH & KLEIN P.C. | ATTN EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY, SUITE 1420 | | NEW YORK | NY | 10018 | | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |

| Name | C/O | ATTN | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY, SUITE 1420 | | | NEW YORK | NY | 10018 | | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN EVAN J. ZUCKER | 1271 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | | EVAN.ZUCKER@BLANKROME.COM; EDOCKETING@BLANKROME.COM |
| TYCHALSKI GEORGE | | | | | | | | | | |
| DOWNS BRADLEY JAMES | | | | | | | | | | |
| ILLUMITI CORP A/K/A SYNTAX SYSTEMS USA LP | C/O SILLS CUMMIS & GROSS PC | ATTN GREGORY A. KOPACZ | ONE RIVERFRONT PLAZA | | | NEWARK | NJ | 07102 | | GKOPACZ@SILLSCUMMIS.COM |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | C/O MINTZ & GOLD LLP | ATTN ANDREW R. GOTTESMAN, ESQ. & AMIT SONDHI, ESQ. | 600 THIRD AVE | 25TH FLOOR | | NEW YORK | NY | 10016 | | GOTTESMAN@MINTZANDGOLD.COM; SONDHI@MINTZANDGOLD.COM |
| KIESER GREGORY ALLEN | | | | | | | | | | |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN GREGG STEINMAN | 333 SE 2ND AVE | SUITE 4500 | | MIAMI | FL | 33131-2184 | | GSTEINMAN@MWE.COM |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN JUANDISHA HARRIS | | CADILLAC PLACE BUILDING | 3030 W GRAND BLVD | SUITE 10-200 | DETROIT | MI | 48202 | | HARRISJ12@MICHIGAN.GOV |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | | 425 QUEEN ST | | | HONOLULU | HI | 96813 | | HAWAIIAG@HAWAII.GOV |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | | 408 GALISTEO ST | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | | HBALDERAS@NMAG.GOV |
| KOHJI HIROKADO | | | | | | | | | | |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES LLP | ATTN HOLLACE T. COHEN ESQ. | 445 PARK AVE | 9TH FLOOR | | NEW YORK | NY | 10022 | | HOLLACE.COHEN@FISHERBROYLES.COM |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | | | | | | | | | |
| TAN, YAN | | | | | | | | | | |
| TEXAS STATE SECURITIES BOARD | | ATTN JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | PO BOX 12548 MC 008 | BANKRUPTCY & COLLECTIONS DIVISION | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | AUSTIN | TX | 78711-2548 | | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV; ROMA.DESAI@OAG.TEXAS.GOV |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN JEFFREY S. CIANCIULLI & MICHAEL P. BROADHURST | 1339 CHESTNUT ST | SUITE 500 | | PHILADELPHIA | PA | 19107 | | JCIANCIULLI@WGPLLP.COM; MBROADHURST@WGPLLP.COM |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN JEFFREY R. GLEIT & ALLISON H. WEISS | 1301 AVENUE OF THE AMERICAS | 42ND FLOOR | | NEW YORK | NY | 10019 | | JEFFREY.GLEIT@AFSLAW.COM; ALLISON.WEISS@AFSLAW.COM; LISA.INDELICATO@AFSLAW.COM; ALYSSA.FIORENTINO@AFSLAW.COM |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN JENNIFER ROOD ESQ. | | 89 MAIN ST | 3RD FLOOR | | MONTPELIER | VT | 05620 | | JENNIFER.ROOD@VERMONT.GOV |
| SAP AMERICA INC. AND SAP NATIONAL SECURITY SERVICES INC. | C/O BROWN & CONNERY LLP | ATTN JULIE F. MONTGOMERY ESQ. | 6 N BROAD ST | SUITE 100 | | WOODBURY | NJ | 08096 | | JMONTGOMERY@BROWNCONNERY.COM |
| FITE JACOB BENJAMIN | | | | | | | | | | |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN JOSHUA D. LEVIN-EPSTEIN ESQ. | 60 E 42ND ST | SUITE 4700 | | NEW YORK | NY | 10165 | | JOSHUA@LEVINEPSTEIN.COM |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN JEFFREY S. SABIN, CAROL WEINER LEVY & ARIE PELED | 1270 AVENUE OF THE AMERICAS | 24TH FLOOR | | NEW YORK | NY | 10020 | | JSSABIN@VENABLE.COM; CWEINERLEVY@VENABLE.COM; APELED@VENABLE.COM |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN JOSHUA A. SUSSBERG | 601 LEXINGTON AVE | | | NEW YORK | NY | 10022 | | JSUSSBERG@KIRKLAND.COM |
| STATES OF ALABAMA, ARKANSAS, CALIFORNIA, DISTRICT OF COLUMBIA, HAWAII, MAINE, MISSOURI, NEW YORK, NORTH DAKOTA AND OKLAHOMA | C/O NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN KAREN CORDRY, BANKRUPTCY COUNSEL | 1850 M ST NW | 12TH FLOOR | | WASHINGTON | DC | | | KCORDRY@NAAG.ORG |
| TAIAROA, KERI DAVID | | | | | | | | | | |
| FEDERAL TRADE COMMISSION | | ATTN KATHERINE JOHNSON & KATHERINE AIZPURU | 600 PENNSYLVANIA AVE NW | MAIL STOP CC-9528 | | WASHINGTON | DC | 2058 | | KAIZPURU@FTC.GOV |
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN KYLE J. ORTIZ & BRYAN M. KOTLIAR | ONE PENN PLAZA | SUITE 3335 | | NEW YORK | NY | 10119 | | KORTIZ@TEAMTOGUT.COM; BKOTLIAR@TEAMTOGUT.COM; DPERSON@TEAMTOGUT.COM; AODEN@TEAMTOGUT.COM; AGLAUBACH@TEAMTOGUT.COM; EBLANDER@TEAMTOGUT.COM; ARODRIGUEZ@TEAMTOGUT.COM; BKOTLIAR@TEAMTOGUT.COM; GQUIST@TEAMTOGUT.COM; ASTOLP@TEAMTOGUT.COM |
| FEE EXAMINER CHRISTOPHER S. SONTCHI | C/O GODFREY & KAHN S.C. | ATTN KATHERINE STADLER | ONE EAST MAIN STREET, SUITE 500 | | | MADISON | WI | 53703 | | KSTADLER@GKLAW.COM |
| JASON STONE AND KEYFI INC. | C/O KYLE ROCHE P.A. | ATTN KYLE W. ROCHE ESQ. | 260 MADISON AVE | 8TH FLOOR | | NEW YORK | NY | 10016 | | KYLE@KYLEROCHE.LAW |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD, ROMA N. DESAI, ASSISTANT ATTORNEYS GENERAL | PO BOX 12548 MC008 | | | AUSTIN | TX | 78711-2548 | | LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV; ROMA.DESAI@OAG.TEXAS.GOV |
| ADRIAN PEREZ-SIAM | C/O DUANE MORRIS LLP | ATTN LAWRENCE J. KOTLER & MALCOLM M. BATES | 30 S. 17TH STREET | | | PHILADELPHIA | PA | 19103-4196 | | LJKOTLER@DUANEMORRIS.COM; MBATES@DUANEMORRIS.COM |
| VAN, LOC TRUYEN | | | | | | | | | | |
| LYLLOFF SANDER | | | | | | | | | | |
| WOLSTENHOLME, MACGREGOR | | | | | | | | | | |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | | 202 N NINTH ST | | | RICHMOND | VA | 23219 | | MAIL@OAG.STATE.VA.US |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR | SUITE 5100 | | CHICAGO | IL | 60606 | | MANDOLINA@WHITECASE.COM; GREGORY.PESCE@WHITECASE.COM; JDISANTI@WHITECASE.COM; MCO@WHITECASE.COM |
| SAENZ JESUS ARMANDO | | | | | | | | | | |
| MCCLINTOCK, MICHAEL | | | | | | | | | | |
| B2C2 LTD | | | 86-90 PAUL ST | | | LONDON | | EC2A 4NE | UNITED KINGDOM | MIDDLEOFFICE@B2C2.COM |
| JONATHAN JERRY SHROYER | C/O HOPKINS & CARLEY ALC | ATTN MONIQUE D. JEWETT-BREWSTER | 70 S FIRST ST | | | SAN JOSE | CA | 95113 | | MJB@HOPKINSCARLEY.COM; EAMARO@HOPKINSCARLEY.COM |
| MCMULLEN BRIAN | | | | | | | | | | |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN MORRIS D. WEISS | 100 CONGRESS AVE | 18TH FLOOR | | AUSTIN | TX | 78704 | | MORRIS.WEISS@WALLERLAW.COM; SHERRI.SAVALA@WALLERLAW.COM; ANNMARIE.JEZISEK@WALLERLAW.COM |
| TRUSSELL, MARK | | | | | | | | | | |
| YATES-WALKER JOSH OISIN | | | | | | | | | | |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 | | NDAG@ND.GOV |
| FARR NICHOLAS | | | | | | | | | | |
| BAKER DOMINIC JOHN | | | | | | | | | | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 | | NYROBANKRUPTCY@SEC.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 | | OAG@ARKANSASAG.GOV |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | | 400 6TH STREET NW | | | WASHINGTON | DC | 20001 | | OAG@DC.GOV |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 | | OAG@OAG.STATE.MD.US |
| WRIGHT CHRISTOPHER | | | | | | | | | | |
| CELSIUS NETWORK LLC ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN PATRICK J. NASH, JR. & ROSS M. KWASTENIET | 300 N LASALLE ST | | | CHICAGO | IL | 60654 | | PATRICK.NASH@KIRKLAND.COM; ROSS.KWASTENIET@KIRKLAND.COM |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS AKA RGP | C/O FORTIS LLP | ATTN PAUL R. SHANKMAN | 650 TOWN CENTER DR | SUITE 1530 | | COSTA MESA | CA | 92626 | | PSHANKMAN@FORTISLAW.COM |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | | QUESTIONS@OAG.OK.GOV |
| RAJ RAFAEL | | | | | | | | | | |
| CORE SCIENTIFIC, INC. | C/O WEIL GOTSHAL & MANGES LLP | ATTN RAY C. SCHROCK, P.C., DAVID J. LENDER, & RONIT J. BERKOVICH | 767 FIFTH AVE | | | NEW YORK | NY | 10153 | | RAY.SCHROCK@WEIL.COM; DAVID.LENDER@WEIL.COM; RONIT.BERKOVICH@WEIL.COM |
| ALTCOINTRADER (PTY) LTD | | | 229 ONTDEKKERS RD HORIZON | | | ROODEPOORT | | 1724 | SOUTH AFRICA | RICHARD@ALTCOINTRADER.CO.ZA |
| TAN RICHARD | | | | | | | | | | |
| CHANG RICKIE | | | | | | | | | | |
| VICKERS LISA T. | C/O BERLINER & PILSON ESQS | ATTN RICHARD J. PILSON ESQ. | 46 COTTERMILL RD | SUITE 308 | | GREAT NECK | NY | 11021 | | RPILSON@BERLINER-PILSON.COM |
| STEWART, RUSSELL GARTH | | | | | | | | | | |
| ORACLE AMERICA INC. | C/O BUCHALTER A PROFESSIONAL CORPORATION | ATTN SHAWN M. CHRISTIANSON ESQ. | 425 MARKET ST | SUITE 2900 | | SAN FRANCISCO | CA | 94105-3493 | | SCHRISTIANSON@BUCHALTER.COM |
| EMIL PILACIK JR. AND EMCO TECHNOLOGY INC. | ATTN WILLIAM D. SCHROEDER JR. | | 920 LENMAR DR | | | BLUE BELL | PA | 19422 | | SCHROEDER@JRLAW.COM; HEALEY@JRLAW.ORG |

| Name | C/O | Address 1 | Address 2 | Address 3 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | | WASHINGTON | DC | 20549 | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| DIXON, SIMON | | | | | | | | |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN  SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 | SLIEBERMAN@PRYORCASHMAN.COM; MSILVERMAN@PRYORCASHMAN.COM |
| PARK  SEONG | | | | | | | | |
| BRANDON VOSS | ATTN  STUART P. GELBERG  ESQ. | 600 OLD COUNTRY ROAD SUITE 410 | | | GARDEN CITY | NY | 11530 | SPG@13TRUSTEE.NET |
| CLINT PETTY | ATTN  STUART P. GELBERG  ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | SPG@13TRUSTEE.NET |
| JYOTI SUKHNANI | ATTN  STUART P. GELBERG  ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | SPG@13TRUSTEE.NET |
| KYLE FARMERY | ATTN  STUART P. GELBERG  ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | SPG@13TRUSTEE.NET |
| YASMINE PETTY | ATTN  STUART P. GELBERG  ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | SPG@13TRUSTEE.NET |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W JEFFERSON ST | SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | STEPHANIE.GUYON@AG.IDAHO.GOV |
| WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | ATTN  STEPHEN MANNING | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | PO BOX 40100 | OLYMPIA | WA | 98504-4010 | STEPHEN.MANNING@ATG.WA.GOV; BCUYUNKER@ATG.WA.GOV |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN  THOMAS R. DOMINCZYK | 5 WALTER FORAN BLVD | SUITE 2007 | FLEMINGTON | NJ | 08822 | TDOMINCZYK@MAURICEWUTSCHER.COM; THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE  LLC | C/O FISHERBROYLES  LLP | ATTN  THOMAS R. WALKER | 945 EAST PACES FERRY ROAD  NE SUITE 2000 | | ATLANTA | GA | 30326 | THOMAS.WALKER@FISHERBROYLES.COM |
| MURPHY, JR, THOMAS PATRICK | | | | | | | | |
| DIFIORE  THOMAS ALBERT | | | | | | | | |
| RH MONTGOMERY PROPERTIES  INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN  TYLER N. LAYNE | 511 UNION ST | SUITE 2700 | NASHVILLE | TN | 37219 | TYLER.LAYNE@WALLERLAW.COM; CHRIS.CRONK@WALLERLAW.COM |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN  SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 N STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 | UAG@UTAH.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN  SHARA CORNELL  MARK BRUH  & BRIAN S. MASUMOTO | 201 VARICK ST | ROOM 1006 | | NEW YORK | NY | 10014 | USTPREGION02.NYECF@USDOJ.GOV; SHARA.CORNELL@USDOJ.GOV |
| WILCOX  WAYLON J | | | | | | | | |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | XAVIER.BECERRA@DOJ.CA.GOV |

# EXHIBIT 2

## Service List by Mail

041945-25331/4888-0138-5022.1

**SERVICE BY U.S. FIRST CLASS MAIL**

INDIANA OFFICE OF THE
INDIANA ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH
302 W WASHINGTON ST, 5TH FLOOR
INDIANAPOLIS, IN 46204

KENTUCKY OFFICE OF
THE ATTORNEY GENERAL
ATTN: DANIEL CAMERON
700 CAPITAL AVE, SUITE 118
FRANKFORT, KY 40601

MASSACHUSETTS ATTORNEY
GENERAL'S OFFICE
1 ASHBURTON PLACE, 20TH FLOOR
BOSTON, MA 02108

MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL
525 W OTTAWA ST
LANSING, MI 48906

MISSISSIPPI OFFICE OF THE
ATTORNEY GENERAL
WALTER SILLERS BUILDING
550 HIGH ST
PO BOX 220
JACKSON, MS 39201

NEBRASKA OFFICE OF THE
ATTORNEY GENERAL
2115 STATE CAPITOL
LINCOLN, NE 68509

NEVADA OFFICE OF THE ATTORNEY GENERAL
OLD SUPREME COURT BUILDING
100 N CARSON ST
CARSON CITY, NV 89701

NEW JERSEY OFFICE OF THE
ATTORNEY GENERAL
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL, WEST WING
BOX 080
TRENTON, NJ 8611

NEW YORK OFFICE OF THE
ATTORNEY GENERAL
THE CAPITOL, 2ND FLOOR
ALBANY, NY 12224

NORTH CAROLINA OFFICE OF
THE ATTORNEY GENERAL
114 W EDENTON ST
RALEIGH, NC 27603

OHIO OFFICE OF THE ATTORNEY GENERAL
STATE OFFICE TOWER
30 E BROAD ST, 14TH FLOOR
COLUMBUS, OH 43215

PENNSYLVANIA OFFICE OF
THE ATTORNEY GENERAL
STRAWBERRY SQUARE 16TH FL
HARRISBURG, PA 17120

SOUTH CAROLINA OFFICE OF
THE ATTORNEY GENERAL
REMBERT C. DENNIS BLDG
1000 ASSEMBLY ST, ROOM 519
COLUMBIA, SC 29201

SOUTH DAKOTA OFFICE OF
THE ATTORNEY GENERAL
1302 E HIGHWAY 14, SUITE 1
PIERRE, SD 57501-8501

SOUTHERN DISTRICT OF NEW YORK
UNITED STATES ATTORNEYS OFFICE
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

TENNESSEE OFFICE OF
THE ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

TEXAS OFFICE OF THE ATTORNEY GENERAL
300 W 15TH ST
AUSTIN, TX 78701

WASHINGTON OFFICE OF
THE ATTORNEY GENERAL
PO BOX 40100
OLYMPIA, WA 98504-00

WASHINGTON OFFICE OF
THE ATTORNEY GENERAL
1125 WASHINGTON ST SE
OLYMPIA, WA 98501

WISCONSIN OFFICE OF
THE ATTORNEY GENERAL
17 W MAIN ST, ROOM 114 EAST P
MADISON, WI 53702

WYOMING OFFICE OF THE ATTORNEY
GENERAL
109 STATE CAPITOL
CHEYENNE, WY 82002