GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Proposed Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **CELSIUS NETWORK, LLC**, *et al.*,[1] | : | **Case No. 22-10964 (MG)** |
| Debtors. | : | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE OF NOTICE OF HEARING ON APPLICATION OF THE FEE EXAMINER FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GODFREY & KAHN, S.C., AS ATTORNEYS FOR THE FEE EXAMINER, EFFECTIVE AS OF OCTOBER 13, 2022**

I, Katherine Stadler, under penalty of perjury declare as follows, that on November 8, 2022, at my direction and under my supervision, employees of Godfrey & Kahn, S.C. served a copy of the following documents upon the individuals registered to receive electronic notices via the Court's ECF noticing system, via email to those identified on the **Core 2002 list as of October 18, 2002,** and on November 10 via first-class mail to the parties with no known email listed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

- *Notice of Hearing on Application of the Fee Examiner for Entry of an Order Authorizing the Retention and Employment of Godfrey & Kahn, S.C., as Attorneys for the Fee Examiner, Effective as of October 13, 2022.*

Dated:  November 10, 2022.

        Respectfully submitted,

        **GODFREY & KAHN, S.C.**

        By: */s/ Katherine Stadler*
            Katherine Stadler NYSB 4938064
            1 East Main Street
            Madison, WI 53701
            608-257-3911
            kstadler@gklaw.com

*Proposed Attorneys for the Fee Examiner*

28135527.4