TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar

*Counsel to Ad Hoc Group of Custodial
Account Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
In re:                                                       :    Chapter 11
                                                             :    No. 22-10964 (MG)
CELSIUS NETWORK LLC, et al.,[1]                              :    (Jointly Administered)
                                                             :
                                    Debtors.                 :
------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE OF (I) SECOND
VERIFIED STATEMENT PURSUANT TO BANKRUPTCY
RULE 2019 AND (II) AD HOC GROUP OF CUSTODIAL
ACCOUNT HOLDERS' (A) PHASE I OPENING BRIEF AND
(B) LIMITED OBJECTION TO THE DEBTORS' MOTION
SEEKING ENTRY OF AN ORDER (I) AUTHORIZING THE
DEBTORS TO REOPEN WITHDRAWALS FOR CERTAIN CUSTOMERS
WITH RESPECT TO CERTAIN ASSETS HELD IN THE CUSTODY PROGRAM
AND WITHHOLD ACCOUNTS AND (II) GRANTING RELATED RELIEF**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

            ALEXANDRA STOLP, being duly sworn, deposes and says:  deponent is
not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending
LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554);
Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor
Celsius Network LLC's principal place of business and the Debtors' service address in these chapter
11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

On November 9, 2022, deponent served a copy of the following: (I) *Second Verified Statement Pursuant to Bankruptcy Rule 2019* [Docket No. 1284]; and (II) *Ad Hoc Group of Custodial Account Holders' (A) Phase I Opening Brief and (B) Limited Objection to the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief* [Docket No. 1292] upon all parties set forth on the service list annexed hereto by electronic transmission.

/s/Alexandra Stolp
ALEXANDRA STOLP

Sworn to before me this
10th day of November, 2022

/s/Cynthia Juliano
NOTARY PUBLIC

### SERVICE LIST:

### By Email:

Maurice Wutscher LLP
Email: ahochheiser@mauricewutscher.com

Norgaard O'Boyle & Hannon
Email: Sferreira@norgaardfirm.com

Official Committee of Unsecured Creditors
Email: carolinegwarren@gmail.com
tomdif@gmail.com
icbsolutions@proton.me
Christopher.j.coco@gmail.com
celsiusbankruptcycase@gmail.com
markrobinson55@gmail.com

Weir Greenblatt Pierce LLP
Email: jcianculli@wgpllp.com
mbroadhurst@wgpllp.com