Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Counsel to the Debtors and Debtors in Possession*

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION OF**
**OREN BLONSTEIN, HEAD OF INNOVATION AND**
**CHIEF COMPLIANCE OFFICER OF THE DEBTORS,**
**IN SUPPORT OF THE DEBTORS' MOTION REGARDING**
**OWNERSHIP OF EARN ASSETS AND THE SALE OF STABLECOIN**

I, Oren Blonstein, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.    I am the Head of Innovation and Chief Compliance Officer of Celsius Network LLC (together with the above-captioned debtors and debtors in possession, the "Debtors"), and certain of its Debtor and non-Debtor affiliates (collectively, with the Debtors, "Celsius"). I am providing this declaration (this "Declaration") in support of the relief requested in the *Debtors'*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors' Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course, and (III) Granting Related Relief* (the "Amended Motion"), filed contemporaneously herewith.  I am over the age of 18, and if called upon to testify, I could and would testify competently as set forth in this Declaration.

2.      I am generally familiar with the Debtors' day-to-day compliance operations, business affairs, and recordkeeping practices.  Except as otherwise indicated, all facts in this Declaration are based upon my discussions with other members of Celsius' management team and advisors, and my review of relevant documents and information concerning Celsius' Terms of Use (as defined herein) that were provided to me in connection with this Declaration.  While I am generally familiar with Celsius' terms of service, I do not have independent knowledge regarding when the Terms of Use were published or specifically how the Terms of Use have changed over time.

**A.      The General Terms of Use**.

3.      It is my understanding that, in response to a request from the Court, the Debtors' employees across several functional offices conducted a good-faith search to identify and compile historical versions of the Terms of Use (collectively, the "Terms of Use") and prepared a declaration regarding the same.  I have reviewed the *Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, Providing Terms of Use Dating Back to February 18, 2018*, filed on August 8, 2022 [Docket No. 393] (the "Terms of Use Declaration").

4.      I have reviewed Exhibit A-1 of the Terms of Use Declaration and understand it to be the first active version of the Terms of Use the Debtors were able to identify ("Terms of Use Version 1").[2]

---

2      On February 16, 2018, a Terms of Use was published specifically governing users' general use and access to the Debtors' website (the "Website Terms of Use").  I have reviewed the Website Terms of Use attached to the Terms

5.        I have reviewed <u>Exhibit A-2</u> of the Terms of Use Declaration and understand it to be the second active version of the Terms of Use the Debtors were able to identify ("<u>Terms of Use Version 2</u>").

6.        I have reviewed <u>Exhibit A-3</u> of the Terms of Use Declaration and understand it to be the third active version of the Terms of Use the Debtors were able to identify ("<u>Terms of Use Version 3</u>").

7.        I have reviewed <u>Exhibit A-4</u> of the Terms of Use Declaration and understand it to be the fourth active version of the Terms of Use the Debtors were able to identify ("<u>Terms of Use Version 4</u>").

8.        I have reviewed <u>Exhibit A-5</u> of the Terms of Use Declaration and understand it to be the fifth active version of the Terms of Use the Debtors were able to identify ("<u>Terms of Use Version 5</u>").

9.        I have reviewed <u>Exhibit A-6</u> of the Terms of Use Declaration and understand it to be the sixth active version of the Terms of Use the Debtors were able to identify ("<u>Terms of Use Version 6</u>").

10.        I have reviewed <u>Exhibit A-7</u> of the Terms of Use Declaration and understand it to be the seventh active version of the Terms of Use the Debtors were able to identify ("<u>Terms of Use Version 7</u>").

11.        I have reviewed <u>Exhibit A-8</u> of the Terms of Use Declaration and understand it to be the eighth active version of the Terms of Use the Debtors were able to identify ("<u>Terms of Use Version 8</u>").

---

of Use Declaration as <u>Exhibit J</u>.  It is my understanding that the Website Terms of Use were replaced by the Terms of Use Version 2 (defined herein) when they went effective.

12.    I understand that the effective periods for the eight versions of the Terms of Use described above are as follows:

| Version | Effective Period |
|---------|------------------|
| Version 1 | February 1, 2018 – March 4, 2020 |
| Version 2 | March 5, 2020 – May 4, 2020 |
| Version 3 | May 5, 2020 – June 14, 2020 |
| Version 4 | June 15, 2020 – September 29, 2020 |
| Version 5 | September 30, 2020 – July 21, 2021 |
| Version 6 | July 22, 2021 – August 2, 2021 |
| Version 7 | August 3, 2021 – April 13, 2022 |
| Version 8 | April 14, 2022 – September 28, 2022[3] |

**B.    The Earn in CEL Terms of Use**.

13.    I have reviewed <u>Exhibit B</u> of the Terms of Use Declaration and understand it to be a copy of the Earn in CEL Terms of Use provided by Celsius Network LLC to users of the Earn in CEL program (the "<u>Earn in CEL Program</u>") in effect from on or around January 13, 2022 through the present.  The Earn in CEL Terms of Use were not applicable to Celsius users generally.  Rather, the Earn in CEL Terms of Use were applicable to only those customers and counterparties that qualified as accredited users and used the Earn in CEL Program for the first time on or after January 13, 2022.  Prior to using the Earn in CEL Program on or after January 13, 2022, new qualifying customers and counterparties were required to view, agree to, and affirmatively accept the Earn in CEL Terms of Use prior to using the Earn in CEL Program.

**C.    Account Holder Consent Process**.

14.    At all times, Celsius has required users to affirmatively accept the Terms of Use prior to (and as a condition of) accessing Celsius' Services.  My team consulted our compliance

---

[3]    This Declaration does not address any postpetition changes to the Terms of Use.

records related to the approximately 600,000 users listed on the Debtors' schedules of assets and liabilities (the "Account Holders") to identify the version of the Terms of Use that each Account Holder first accepted.  The following table summarizes the results of those records, expressed as a percentage of Account Holders, rounded to the nearest whole percent:

| Version | Percentage of Account Holders |
|---|---|
| Version 1 | 4% |
| Version 2 | 1% |
| Version 3 | 1% |
| Version 4 | 4% |
| Version 5 | 45% |
| Version 6 | 3% |
| Version 7 | 39% |
| Version 8 | 2% |
| No Record Located | 1% |

15.      It is my understanding that every version of the Terms of Use includes provisions authorizing the Debtors to make unilateral updates to the Terms of Use.  *See* Terms of Use Declaration, Exhibit A-1 § Changes to the Terms; Exhibit A-2 § 31; Exhibit A-3 § 32; Exhibit A-4 § 32; Exhibit A-5 § 32; Exhibit A-6 § 32; Exhibit A-7 § 32; Exhibit A-8 § 32. The Terms of Use provide that users' continued use of the Debtors' platform following the posting of revised Terms of Use will be treated as acceptance of any revisions to the Terms of Use. Operationally, the Debtors' ability to unilaterally modify the Terms of Use in this manner is essential to ensure that all active users are bound by the same Terms of Use at any given time.  The Debtors typically advised existing users of updates to the Terms of Use via e-mail and other official Celsius channels, such as its blog.

16.     Notwithstanding the language in the Terms of Use permitting unilateral modification, beginning on July 22, 2021, the Debtors also required all Account Holders to affirmatively accept Terms of Use Version 6. Terms of Use Version 6 was implemented in response to, among other things, the transfer of certain assets and liabilities from Celsius Network Limited to Celsius Network LLC. The Debtors required all Account Holders to affirmatively accept these updated terms.

17.     As part of this process, the Debtors undertook significant outreach to existing Account Holders. The outreach consisted of three phases:

- ***Phase 1***:     Beginning on July 22, 2021, the Debtors announced the posting of Terms of Use Version 6, via e-mail and on-platform pop-ups on the web browser and the mobile application. Phase 1 communications notified users of the existence of Terms of Use Version 6 and informed Account Holders that they would lose access to the Debtors' services if they did not affirmatively accept Terms of Use Version 6 by August 5, 2021. Account Holders were further informed that they would no longer earn "Rewards" beginning on August 19, 2021, if they had not accepted Terms of Use Version 6. A collection of the templates and mock-ups for such communications is attached hereto as **Exhibit A**.[4]

- ***Phase 2***:     On August 5, 2021, the Debtors began communicating the imposition of suspensions for accounts that had not yet accepted Terms of Use Version 6. The Debtors transmitted these notifications via both e-mail and on-platform pop-ups on the web browser and the mobile application. A collection of the templates and mock-ups of such communications is attached hereto as **Exhibit B**. Phase 2 communications continued to request acceptance of Terms of Use Version 6 in advance of the ultimate August 19, 2021, deadline for cessation of Rewards accruals and notified Account Holders that they would regain access to the Debtors' services upon acceptance.

- ***Phase 3***:     On August 19, 2021, the Debtors began communicating that go-forward Rewards were being discontinued for accounts that had not yet accepted Terms of Use Version 6. The Debtors transmitted

---

[4]   For historical screen captures of on-platform activity, only internal "mock ups" are available. It is evident from looking at these "mock ups" where items remained in draft form, but these materials are included to demonstrate the conspicuous nature of the notifications.

these notifications via e-mail and on-platform pop ups on both the web browser and the mobile application. A collection of the templates and mock-ups of such communications is attached hereto as **Exhibit C**. Phase 3 communications continued to request acceptance of Terms of Use Version 6 and notified Account Holders that they would regain access to the Debtors' services upon acceptance.

18.    Acceptance of the Terms of Use occurred on the Debtors' platform. Specifically with respect to Terms of Use Version 6, an in-application pop-up window appeared (regardless of whether a user accessed the platform from a mobile device or a computer) stating in large letters: "We have updated our Terms of Use." The pop up then noted that "[i]t's tempting to skip reading Terms of Use, but it's important to establish what you can expect from continuing using our product. These are not all of the changes, please read the updated Terms of Use in full." *See* **Exhibit A**. This text was followed by a few bullets highlighting key changes and a hyperlink reading "Read the full Terms of Use," which linked to the full Terms of Use. *See* **Exhibit A**. Below the hyperlink, the pop-up contained three check boxes adjacent to statements, one of which was "I have read and agree to the new Terms of Use." *See* **Exhibit A**. In addition, the acceptance button itself included the word "Agree." *See* **Exhibit A**.

19.    Following the commencement of outreach regarding Terms of Use Version 6 on July 22, 2022, the Debtors' employees ran regular reports to evaluate the acceptance rate. On August 5, 2021, accounts belonging to Account Holders who did not accept Terms of Use Version 6 were suspended. Once suspended, Account Holders could view their account dashboard but could not conduct any transactions (including withdrawals) unilaterally. Customers who wished to discontinue their accounts and withdraw their funds were required to coordinate with the Debtors' customer service team. On August 19, 2021, the Debtors discontinued rewards for accounts belonging to Account Holders who did not accept Terms of Use Version 6.

20.      To provide support for the Amended Motion, my team consulted our compliance records related to Terms of Use acceptance to confirm that each Account Holder manually accepted Terms of Use Version 6 or a later version.  The following table summarizes the results of those records, expressed as a percentage of the relevant Account Holders (i) by "headcount" (*i.e.*, number of Account Holders) and (ii) by percentage of Earn Program liabilities attributed to such Account Holders:

| Description | Percentage |
|---|---|
| Accept (by # of Account Holders) | 90.06% |
| Not Accept (by # of Account Holders) | 9.81% |
| | |
| Accept (by Earn Program Liabilities) | 99.86% |
| Not Accept (by Earn Program Liabilities ) | 0.14% |

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated:  November 11, 2022

/s/ *Oren Blonstein*
Name:  Oren Blonstein
Title:    Head of Innovation and
            Chief Compliance Officer
Celsius Network LLC

## Exhibit A

**Phase 1 Communications**

**External E-mail**

Hi first name,

As a valued Celsius customer, we are writing to inform you about updates to our Terms of Use and Privacy Policy which require your attention.

**The main changes to our Terms of Use include:**

- Your engagement will be with Celsius Network LLC, A Delaware company;

- Your relationship with us will be subject to the governing laws of New York;

- Disputes will be settled by arbitration;

**To review and accept these updates, log in to your Celsius account on mobile or desktop.**
These are not all of the changes in the updated documents, and you are requested to carefully read and make sure you understand the new terms.

If you do not accept our updated Terms of Use and Privacy Policy by **August 5, 2021**, you will lose access to the services provided in the Celsius app, and withdrawals will only be processed by reaching out to our customer support team. You will continue to earn rewards as before, and any active loans will not be affected.

If you do not accept by **August 19, 2021**, your account will no longer be eligible to earn rewards.

You can always withdraw your funds at any time and without any fees, and you will still be able to accept the updates and regain normal access to your Celsius account.

If you do not agree to the updated Terms of Use or Privacy Policy, please contact our support team at app@celsius.network to withdraw your funds and close your account.

 **Reminder:** Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

Button: [Go to your account](#)

---

**Internal E-mail**

Hi team,

We have initiated a Terms of Use and Privacy Policy update for all Celsius customers that reflect the migration from Celsius' UK entity (Celsius Network Limited) to the US entity (Celsius Network LLC). These changes have been communicated to customers via email and are now available to review and accept through the Celsius app on mobile and desktop.

**All active Celsius users - including employees - must review and accept these changes at the earliest convenience.**

If you do not accept our updated Terms of Use and Privacy Policy by **August 5, 2021**, you will lose access to the services provided in the Celsius app, and withdrawals will only be processed by reaching out to our customer support team. You will continue to earn rewards as before, and any active loans will not be affected.

If you do not accept by **August 19, 2021**, your account will no longer be eligible to earn rewards.

These dates apply to all customers and employees with a Celsius account.

For more information, you can read our blog post [here](#). If you get questions from clients, partners, friends, or any external contacts that can't be answered by copying and pasting information from the blog, please reach out to communications@celsius.network and you will be provided with additional guidance.

Thank you!
Ashley

---

**Blog**

Title: **Celsius Community Update — July 22, 2021**
Subheading: *An overview of the updates to our Terms of Use and Privacy Policy for Celsius customers*

Last month, Celsius announced its plans to migrate its core business operations from Celsius' UK entity (Celsius Network Limited) to the US entity (Celsius Network LLC). As of July 22, 2021, we have updated our Terms of Use and Privacy Policy for all Celsius customers to reflect this migration.

The main changes to our Terms of Use include:

- Your engagement will be with Celsius Network LLC, A Delaware company;

- Your relationship with us will be subject to the governing laws of New York;

- Disputes will be settled by arbitration;

To review and accept these updates, log in to your Celsius account on mobile or desktop. These are not all of the changes in the updated documents, and you are requested to carefully read and make sure you understand the new terms.

If you do not accept our updated Terms of Use and Privacy Policy by **August 5, 2021**, you will lose access to the services provided in the Celsius app, and withdrawals will only be processed by reaching out to our customer support team. You will continue to earn rewards as before, and any active loans will not be affected.

If you do not accept by **August 19, 2021**, your account will no longer be eligible to earn rewards.

You can always withdraw your funds at any time and without any fees, and you will still be able to accept the updates and regain normal access to your Celsius account.

If you do not agree to the updated Terms of Use or Privacy Policy, please contact our support team at app@celsius.network to withdraw your funds and close your account.

Reminder: Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

Click here to go to your Celsius account →

--

Blog footer

**Push notification (July 29)**

**Title - Action Required**

**Body - Open your Celsius app to review and accept our updated Terms of Use and Privacy Policy today.**

**Monday Rewards E-mail Reminder (August 2)**

We've updated our Terms of Use and Privacy Policy. Please review and **accept these updates by August 5, 2021** to continue accessing Celsius services as normal. Read more →

**Reminder E-mail (August 3)**

Subject: IMPORTANT -- 2 days to go. Please accept Celsius's Terms of Use by August 5, 2021.

Hi first name,

This is a reminder to please review and accept our updated Terms of Use and Privacy Policy at your earliest convenience. **To review and accept these updates, log in to your Celsius account on mobile or desktop and follow the in-app prompts.**

If you do not accept our updated Terms of Use and Privacy Policy by **August 5, 2021**, you will lose access to the services provided in the Celsius app, and withdrawals will only be processed by reaching out to our customer support team. You will continue to earn rewards as before, and any active loans will not be affected.

If you do not accept by **August 19, 2021**, your account will no longer be eligible to earn rewards.

You can always withdraw your funds at any time and without any fees, and you will still be able to accept the updates and regain normal access to your Celsius account.

**The main changes to our Terms of Use include:**

- Your engagement will be with Celsius Network LLC, A Delaware company;

- Your relationship with us will be subject to the governing laws of New York;

- Disputes will be settled by arbitration;

These are not all of the changes in the updated documents, and you are requested to carefully read and make sure you understand the new terms.

If you do not agree to the updated Terms of Use or Privacy Policy, please contact our support team at app@celsius.network to withdraw your funds and close your account.

**Reminder:** Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

### BETA POP-UP COMMUNICATIONS

**IN-APP**





**WEB BROWSER**





## Exhibit B

**Phase 2 Communications**

**External E-mail**

Subject: IMPORTANT - You have lost access to some Celsius services

Hi first name,

Based on our records, you have not yet accepted the latest updates to Celsius's Terms of Use and Privacy Policy.

**As of [DATE, TIME], you are no longer able to access the services provided in the Celsius app, and withdrawals will only be processed by reaching out to our support team.**

You can still accept these updates at any time through the Celsius app on mobile or desktop to regain normal access to your Celsius account.

If you do not accept by August 19, 2021, your account will no longer be eligible to earn rewards.

**The main changes to our Terms of Use include:**

- Your engagement will be with Celsius Network LLC, A Delaware company;

- Your relationship with us will be subject to the governing laws of New York;

- Disputes will be settled by arbitration;

To review and accept these updates, log in to your Celsius account on mobile or desktop. These are not all of the changes in the updated documents, and you are requested to carefully read and make sure you understand the new terms.

If you do not agree to the updated Terms of Use or Privacy Policy, please contact our support team at app@celsius.network to withdraw your funds and close your account.

Button: Go to your account

---

**Monday Rewards E-mail Reminder (August 9 and 16)**

We've updated our Terms of Use and Privacy Policy. Please review and **accept these updates by August 19, 2021** to continue earning rewards and accessing Celsius services. Read more →

**Push notification (August 12)**

⚠☐ **Account Status Update**

You have lost access to some Celsius services. Please accept our updated Terms of Use and Privacy Policy to regain normal access to your Celsius account.

**Reminder E-mail (August 17)**

Subject: IMPORTANT -- 2 days left. Accept Celsius's Terms of Use by August 19 to continue earning rewards.

Hi first name,

This is a reminder to please review and accept our updated Terms of Use and Privacy Policy at your earliest convenience. **To review and accept these updates, log in to your Celsius account on mobile or desktop and follow the in-app prompts.**

If you do not accept by **August 19, 2021**, your account will **no longer be eligible to earn rewards**.

You can accept these updates at any time through the Celsius app on mobile or desktop to regain normal access to your Celsius account. If you accept the changes after August 19, 2021, you will regain access to the services through our app and will resume earning rewards, **but you will not retroactively get the rewards for the period between August 19, 2021 and the time of your acceptance of the changes.**

**The main changes to our Terms of Use include:**

- Your engagement will be with Celsius Network LLC, A Delaware company;

- Your relationship with us will be subject to the governing laws of New York;

- Disputes will be settled by arbitration;

These are not all of the changes in the updated documents, and you are requested to carefully read and make sure you understand the new terms.

If you do not agree to the updated Terms of Use or Privacy Policy, please contact our support team at tou@celsius.network to withdraw your funds and close your account.

**Reminder:** Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

Button: [Go to your account](#)

Please Note: If you have already accepted the updated Terms of Use and Privacy Policy through our mobile or web app, it is possible that your acceptance was not recorded in our system for technical reasons, and we advise that you login to your account to confirm. If you have regular access to your account and do not see a page prompting you to accept the changes, then your acceptance was recorded. If this is the case, please disregard this email.

---

**E-mail to active borrowers (Aug 17)**

Subject: Action Required - Accept Celsius's Terms of Use updates to keep your loan active.

Hi first name,

Based on our records, you have not yet accepted the latest updates to Celsius's Terms of Use and Privacy Policy.

As of August 5, 2021, you have lost access to some services in the Celsius app, and you are currently unable to take any actions in your Celsius app until you accept these updates.

Because you have an active loan with Celsius, you must take one of the following actions at your earliest convenience:

- Accept the updates to Celsius's Terms of Use and Privacy Policy through your Celsius account on mobile or desktop

- Close your loan manually by emailing loans@celsius.network

- Schedule time to speak with a Celsius loan officer by emailing loans@celsius.network

Should your active loan get a margin call or reach maturity before taking one of the above actions, you will not have access to resolve this through the app, and your collateral may be liquidated to cover any outstanding loan amount and interest, in addition to a 3% liquidation fee.

If you have any questions or require further assistance, please reach out to our team directly.
Button: <u>Go to your account</u>

## BETA POP-UP COMMUNICATIONS

### IN-APP



**Exhibit C**

**Phase 3 Communications**

**External E-mail (August 19)**

Subject: IMPORTANT - Your Celsius account is no longer earning rewards.

Hi first name,

Based on our records, you have not yet accepted the latest updates to Celsius's Terms of Use and Privacy Policy.

**As of today, your account is ineligible to continue earning rewards until you accept the updates.**

The rewards earned until today will be delivered to your account on Monday, but as of tonight (August 19th, 23:59 Central Time) rewards will no longer be calculated for your account until such time you choose to accept the changes.

You can accept these updates at any time through the Celsius app on mobile or desktop to regain normal access to your Celsius account. If you accept the changes at a later time, you will regain access to the services through our app and will resume earning rewards, **but you will not retroactively get the rewards for the period between August 19 and the time of your acceptance of the changes.**

**The main changes to our Terms of Use include:**

- Your engagement will be with Celsius Network LLC, A Delaware company;

- Your relationship with us will be subject to the governing laws of New York;

- Disputes will be settled by arbitration;

To review and accept these updates, log in to your Celsius account on mobile or desktop. These are not all of the changes in the updated documents, and you are requested to carefully read and make sure you understand the new terms.

If you do not agree to the updated Terms of Use or Privacy Policy, please contact our support team at app@celsius.network to withdraw your funds and close your account.

C-2

**Reminder:** Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

Button: <u>Go to your account</u>

<u>Please Note:</u> If you have already accepted the updated terms of use and privacy policy through our mobile or web app, it is possible that your acceptance was not recorded in our system for technical reasons, and we advise that you login to your account to confirm. If you have regular access to your account and do not see a page prompting you to accept the changes, then your acceptance was recorded. If this is the case, please disregard this email.

---

**Push notification Android (August 19)**

#### ⚠ **Account Ineligible for Rewards**

Effective today, your account is no longer eligible to continue earning rewards. Please accept our updated Terms of Use and Privacy Policy through the Celsius app on mobile or desktop or contact our Customer Support.

SHORT VERSION

#### ⚠ **Account Ineligible for Rewards**

Your account is no longer eligible to earn rewards. Please accept our updated Terms of Use and Privacy Policy through the Celsius app or contact our Customer Support.

**Reminder inside the last "Rewards received" E-mail (August 23)**

Attention: Based on our records, you have not yet accepted the latest updates to Celsius's Terms of Use and Privacy Policy.

**As of August 19, 2021, your account is no longer eligible to continue earning rewards until you accept the updates.**

The rewards earned until August 19, 2021 have been delivered to your account earlier today. As of August 19th, 23:59 Central Time, rewards are no longer being calculated for your account until you choose to accept the changes.

You can accept these updates at any time through the Celsius app on mobile or desktop to regain normal access to your Celsius account. If you accept the changes at a later time, you will regain access to the services through our app and will resume earning rewards, **but you will not retroactively get the rewards for the period between August 19 and the time of your acceptance of the changes.**

## BETA POP-UP COMMUNICATIONS

**IN-APP**



**WEB BROWSER**

