# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>United States |  |
|---|---|---|
| Judson D. Brown<br>To Call Writer Directly:<br>+1 202 389 5082<br>jdbrown@kirkland.com | +1 202 389 5000<br><br>www.kirkland.com | Facsimile:<br>+1 202 389 5200 |

November 10, 2022

**By eFile & E-mail**

Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re: *In re Celsius Network LLC*, No. 22-10964 (MG) – Adjournment of November 18, 2022 Hearing Date and Interim Deadlines

Dear Chief Judge Glenn:

We write jointly regarding the Debtors' *Motion to Compel Enforcement of the Automatic Stay and for Civil Contempt* [Docket No. 917] and Core Scientific, Inc.'s *Motion to Compel Immediate Payment of Administrative Expenses and for Relief from Automatic Stay or, in the Alternative, to Compel Assumption or Rejection of the Master Services Agreement and Related Orders* [Docket No. 1144]. The parties are currently in discussions in an effort to resolve their disputes. We therefore request that the Court adjourn the hearing currently set for November 18, 2022, and all interim deadlines (including all filings). We further request that the Court set a status conference on this matter for early December 2022, either at the Debtors' omnibus hearing on December 5, 2022 at 2:00 p.m. (prevailing Eastern Time) or such other date as convenient for the Court.

## KIRKLAND & ELLIS LLP

Martin Glenn
November 10, 2022
Page 2

Sincerely,

*/s/ Judson Brown, P.C.*

Judson Brown, P.C.
Kirkland & Ellis LLP
*Counsel for the Debtors and the Debtors-in-Possession*

*/s/ David J. Lender*

David J. Lender
Weil, Gotshal & Manges LLP
*Counsel for Core Scientific, Inc.*

cc:   Keith Wofford, Counsel to the Unsecured Creditors Committee
      Samuel Hershey, Counsel to the Unsecured Creditors Committee

The request is GRANTED.  The Court will enter a separate order scheduling a status conference.

MEMORANDUM ENDORSED.                    **/s/Martin Glenn**

DATED:  11/14/2022                       Chief US Bankruptcy Judge, Martin Glenn