**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER REQUIRING DEBTORS TO PROVIDE KWOK MEI PO WITH ACCOUNT TRANSACTIONS RECORDS

Pending before the Court is the motion of *pro se* creditor, Kwok Mei Po ("Po"), seeking entry of an order declaring ownership of the funds in her accounts on the above-captioned debtors' ("Celsius" or "Debtors) platform. (*See* "Motion," ECF Doc. # 877.) The Motion was heard during the November 1, 2022 Omnibus Hearing. In connection with the Motion, the Court requested additional filings by the parties.

Po had multiple accounts on the Celsius platform, all of which were suspended by the Debtors on June 20, 2022. (*See generally* Motion). Po's accounts remain suspended and Po apparently is unable to access her accounts to obtain information she wants in connection with her further response to Debtors' objection to her Motion.

To enable Po to respond to the Debtors' supplemental objection (*see* ECF Doc. # 1307), the Court orders the Debtors to provide Po with a copy of all account records showing the details of the transaction history across her various accounts.

To be clear, to the extent that Po requests that the Debtors reactive her accounts, the request

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

is **DENIED.** Nor does this Order apply to any other individuals or entities that have or had accounts on the Celsius platform.

    **IT IS SO ORDERED.**

Dated: November 14, 2022
       New York, New York

                                                   **/s/ Martin Glenn**
                                                   MARTIN GLENN
                                        Chief United States Bankruptcy Judge