UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**THIRD DECLARATION OF BENJAMIN J. STEELE IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KROLL RESTRUCTURING ADMINISTRATION LLC AS NOTICING AND INFORMATION AGENT TO THE COMMITTEE EFFECTIVE AS OF AUGUST 5, 2022**

I, Benjamin J. Steele, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director of Kroll Restructuring Administration LLC ("**Kroll**"),[2] noticing and information agent to the Committee, whose principal office is located at 55 East 52nd Street, 17th Floor, New York, New York 10055. I am authorized to submit this declaration on behalf of Kroll.

2. I submit this supplemental declaration (the "**Third Declaration**") in support of *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent to the Committee Effective as of August 5, 2022*, filed August 11, 2022 [Docket No. 433] (the "**Application**"), filed by the Committee. I previously submitted declarations

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are as follows: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application (as defined below) or, if not defined in the Application, then the meaning ascribed to such term in the Information Motion (as defined below).

[Docket Nos. 443-2, and 775] (the "**Prior Declarations**") in support of the Application. On September 15, 2022, the Court entered an order approving the Application [Docket No. 827].

3. After the filing of the Prior Declarations, counsel to the Debtors provided Kroll with the names of additional potential parties in interest identified on **Schedule 1** annexed hereto (the "**Supplemental Parties in Interest List**"). The results of the conflict check for this Supplemental Parties in Interest List were compiled and reviewed by Kroll professionals under my supervision.

4. Based on the additional parties added to the Supplemental Parties in Interest List, I hereby supplement my Prior Declarations to disclose the following connections, each of which Kroll believes does not present an interest adverse to the Debtors' estates and is disclosed solely out of an abundance of caution:

- Christina Pullo, Managing Director of Kroll and Head of Corporate Actions, was previously an associate at Weil, Gotshal & Manges LLP ("**Weil**"), counsel to Core Scientific in these chapter 11 cases. Shira D. Weiner, General Counsel of Kroll and its divisional affiliates, was formerly an associate at Weil. Certain other employees of Kroll were also formerly associates at Weil. Ms. Pullo left Weil in May 2009, and Ms. Weiner left Weil in February 2008. Neither Ms. Pullo nor Ms. Weiner, or any other former Weil associates now working at Kroll worked on any matters involving the Debtors during their time at Weil. Stephen Karotkin is a consultant at Weil. Mr. Karotkin's son, Joshua Karotkin, a Director at Kroll, has been an employee of Kroll since April 2014.

- Jessica Berman, a Director at Kroll, was formerly an associate at Togut, Segal & Segal LLP ("**Togut**"), counsel to the Ad Hoc Group of Custody Account Holders in these chapter 11 cases. Ms. Berman left Togut in March 2017. Ms. Berman did not work on any matters involving the Debtors during her time at Togut.

- Ms. Berman was also formerly an associate at Cadwalader Wickersham & Taft LLP ("**Cadwalader**"), counsel to former executives of the Debtors in these chapter 11 cases. Ms. Berman left Cadwalader in 2009. Ms. Berman did not work on any matters involving the Debtors during her time at Cadwalader.

5. To the best of my knowledge, Kroll continues to be a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors' estates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated: November 14, 2022
New York, New York

/s/ Benjamin J. Steele
Benjamin J. Steele
Managing Director
Kroll Restructuring Administration LLC

**<u>Schedule 1</u>**

**Supplemental Potential Parties in Interest**

**Ad-Hoc Group**
  Anderson, Jan
  Audeh, Ramzi
  Banda, Santosh Praneeth
  Benator, Ilene
  Bierbaum, Cheryl
  Bradley, Frank Malcom
  Butryn, Robert K.
  Calderone, Anthony
  Castillo, Gilbert
  Chan, Allison
  Cherktyek Consulting, LLC
  Chiakulas, John
  Cifani, Michael
  Crespo, Frank
  Dimetros, Jonandre
  Dreikosen, Stephen
  Fikar, Thomas Dean
  Frederick, Paul
  Gasso, Julius
  Gilmore, Andrew
  Griffin, Sargam Petra
  Guillo, Adrien
  Gurazada, Lakshmi Sai Lalitha
  Haddad, Ghassan
  Huang, Hsuan Yao
  Lebor, Christine
  Lindsay, Jacob
  Little, David
  Mansour, Ashley
  McLain, Karen
  Ralbovsky, Yanxing
  Reyes, Eduardo
  Reyes, Marino
  Richardson Jr., Harry B.
  Robinson, Craig
  Salyards, Jedidiah A.
  Saunders, William
  Schmeizer, Scott
  Singer, Michael
  Singh, Roshandip
  Smith, Jason
  Smith, Laura Dronen
  Stearns, Aaron
  Tuan, Joey
  Turner, Elvin R.
  Urbano, Melinda
  Vejseli, Veton
  Wong, Calvin
  Yadav, Rishi Rav

**Bankruptcy Examiner and Professionals**
  Jenner & Block LLP
  Shoba Pillay

**Counsel to Former Executives**
  Cadwalader Wickersham & Taft
  Paul Hastings LLP

**Director/Officer**
  Albert, David
  Alisie, Adrian
  Ayalon, Amir
  Barwick, Christy
  Beaudry, Jeremie Robert
  Fan, Jiayi "Jenny"
  Ferraro, Chris
  Holert, Patrick
  Konduru, Subramaniam Vijay
  Lawlor, Quinn
  Sabo, Ron
  Shalem, Yaron
  Van Etten, Frank

**Legal Matters and Litigants**
  Abuin, Juan Antonio Freires
  Adamson, Cheyenne Joseph
  Akshay, Nayak
  Anusic, Tom
  Argo Innovations Labs, Inc.
  Asher, Rishi
  Bao, Adelaide
  Barnouin, Pierre
  Beekman, Nathaniel J.
  Carrara, Diana
  Carroccio, Brian C.
  Cerqueira, Uno Gomes
  Chan, Peter Lm
  Condit, Bradley
  Constance-Churcher, Camilla
  Davis, Bethany
  Dierna, Lindi
  Dukler, Avinoam Aharon
  Dunn, Michael
  Esazadeh, Morteza
  Fern, Shen-Jay
  Fisher, Mark
  Flynn, Justin
  Frishberg, Daniel
  Gallas, Matthias
  Gates, Christopher
  Goines, Taylor
  Grubbe, Jacob
  Guild, Benjamin
  Guo, Yi Meng
  Ishii-Moy, Mai
  Kash, Loreta
  Katoski, Kristin Freires
  Kiani, Saad
  Kunderevych, Volodymyr
  Langley, Ray M.

Lazar, Angello
Lazar, Valentin
Le, Adrea T.
Levy, Apple
Levy, Damon
Liquidity Technologies Ltd D/B/A Coinflex
Majumdar, Dwaipayan
Maki, Todd Federick
Mara, Erin Claire
Martin, Daniel
Maxfield, Jason Lee
Meng, Brian
Minnick, Justin
Mitton, Hugh
Mozjesik, Sarah
Ney, Andrew
Nickels, Robert
Oren, Nazim
Pandya, Vishwaja
Park, Lisa Bokhee
Pedley, Christopher J
Pestrikov, Dmitri
Pikulenko, Inna
Plutus21 Blockchain Opportunities Fund I
Plutus21 Blockchain Opportunities Fund I L.P
Puccio, George W
Rebrook, Patrick
Shafir, Ziv
Simons, Scott
Singh, Amol Bikram
Sousa, Nelson Dos Santos De
Stanley, Chad
Tiong, Susana Ying Hie
Vizzutti, Nicholas Jeffrey
Weber, Brian
Wilson, Kanyla
Wohlman, Odette
Wright, Austin Lamar
Young, Christopher

**Non-Bankruptcy Advisors and Ordinary Course Professionals**
   Conyers Dill & Pearman

**Notice of Appearance / Pro Hac Vice**
   Adrian Perez-Siam
   ArentFox Schiff LLP
   Berliner & Pilson, Esqs.
   Blank Rome LLP
   Brown & Connery, LLP
   Buchalter, A Professional Corporation
   Clint Petty
   Cred Inc. Liquidation Trust
   Duane Morris LLP
   EMCO Technology
   Emil Pilacik, Jr.

Eric Wohlwend
Federal Trade Commission
FisherBroyles, LLP
Fortis Law Partners
Great American Insurance Company
Hopkins & Carley
Hugh McCullough of Davis Wright Tremaine LLP
Jonathan Jerry Shroyer
Kyle Farmery
Levin-Epstein & Associates, P.C.
Lisa T. Vickers
Maurice Wutscher LLP
McCarter & English, LLP
McDermott Will & Emery LLP
Meyer, Suozzi, English & Klein, P.C.
Michigan Department of Treasury
Mintz & Gold, LLP
MRK Spanish Ridge, LLC
Nhat Van Meyer
Nol Myer
Norgaard O'Boyle & Hannon
Office of the Attorney General of Texas
Peter Polombo
PREH Spanish Ridge, LLC
Pryor Cashman LLP
RH Montgomery Properties, Inc.
Ripple Labs Inc.
Roche Freedman LLP, A Professional Corporation
SAP America, Inc.
SAP National Security Services
Sills Cummis & Gross P.C.
State of Washington Department of Employment Security
State of Washington Department of Labor & Industries
State of Washington Department of Revenue
Stuart P. Gelberg, Esq
Stuart P. Gelberg, Esq.
Sullivan & Cromwell LLP
Texas Department of Banking
Thomas Shannon, D.D.S., M.D.S
TN Attorney General's Office
TN Dept of Commerce and Insurance
Togut Segal & Segal LLP
Troutman Pepper Hamilton Sanders LLP
Venable LLP
Vermont Department of Financial Regulation
Vincent Theodore Goetten
Waller Lansden Dortch & Davis, LLP
Washington State Department of Financial Institutions
Weil, Gotshal & Manges LLP
Weir Greenblatt Pierce LLP
William D. Schroeder, Jr.

3

**Other Related Parties**
   Fujii, Akiko
   Landes, Aliza
   Mashinsky, Krissy
   Mashinsky, Rena

**Retail Customers**
   007 Capital LLC
   A'Vard, Suzanne
   Abdolsalehi, Alvand
   Academic Health Research Group Inc
   Adam, Alexander
   AK Solutions Inc
   Alblooki, Noora
   Alchemy Capital Group LLC
   Alfi, Eldad M
   Allen Davis, Otis
   Allen-Narker, Rosalind
   Alliance Service, Inc
   Alshehhi, Ali
   Alshehhi, Sultan
   Alven Jerome Kroot Agreement Of Trust Dated
      July 16, 1990, As Amended,
   AM Ventures Holding Inc.
   Amaro, Johnny
   An Eye Toward Retirement LLC
   Anand, Kamaljit
   Andrews, Nik
   Andrianakos, Fotis
   Andrus, Brent W
   Aos Investments LLC
   Araújo, João Pedro
   Asaff, Glenn
   August , Lucia Kim
   Ayon, Brandon
   Bae, Peter
   Baggenstos, Thomas Stephan
   Bailey, Christoher
   Bailey, Jeremy Douglas
   Baillie, Robert
   Baker, Brian
   Baker, William Harold
   Baldwin, Kevin
   Balter, Lon
   Barrett, Bryan
   Barrett, Craig R
   Barry, Patrick
   Bartholf, John David
   Bartlett, Chris
   Baum, Joe
   Becin, Christopher Michael
   Bedard, Craig
   Beerda, Douwe
   Bellotte, Brent
   Benfanti, Michael Frederick
   Benotsch, Alan

   Bergman, Devon Aaron
   Bertsch, Kirk
   Betancourt, Leopoldo
   Beyer, Richard William
   Bfaller Rd LLC
   Bi, Mariam
   Biig LLC
   Biscontine, Stephen C
   Bits of Sunshine LLC
   Blackthorne, Jordan
   Block, Michael Henry
   Blum, Hugo
   Bnktothefuture
   Boari, Francesco
   Bofilis, Dimosthenis
   Bohnett, David Charles
   Bolger, Marilyn
   Bongiorno, John
   Bos, Stephen Richard
   Bosman, Andre
   Botlani Esfahani, Rana
   Bourell, Roy
   Bowman, Eric Lee
   Bradbury Jr, Josh Douglas
   Brechtl, Marques
   Bresson, Laurent
   Brida, Anthony
   Brigham, Gerrad William
   Broytman, Meyer M
   Brue, Chad
   Brunner, Hannes Oskar
   Bslater Ddo LLC
   Bugeja, Paul
   Buono, Ian
   Butendieck , Ronald
   Butryn, David
   Bveeder Rd LLC
   Byrd, Jeffery L
   Byrd, William Michael
   Byrne , Michael S
   Caceres, Santos
   Cadwell, Charles
   Caj Krogh Holding Aps
   Cannon, Andrew
   Caraballo, Christopher Richard
   Carmonatoscano, Rafael
   Caroulle, Irénée
   Carroz, Martial
   Carter, Micah
   Carter, William
   Cartmell, Brian
   Casal, Gerardo De La Caridad
   Castillo, Ryan
   Cech, Seikan
   Celeste, Beth
   Cetin, Edward

Chambless, Jill
Chan, Channing
Chang, Christopher Bonyen
Chang, Kai
Chen, Yihong
Chen, Yiyue
Cheng , Anthony
Cheng, Kwok Yuk
Chester Church Buckenmaier 3rd
Chetaud, Louis
Chetchotisak, Chot
Chi, Sang Keun
Chiapuris , Paul Neil
Chin, Jason
Christensen, Chad R
Chu, Pui Sum
Church, Legacy City
Chvalek, Jirka
Claessens, Cris
Clark, Nicholas
Clark, Scott
Coache, Philippe
Cochran , Peter Mckinney
Coin Meester B.V.
Cole, John
Cole, Joshua
Coleman, Rasan A
Collins, Cade Alexander Walker
Conlin, Jon Collins
Connolly, Thomas Joseph
Cook, Daniel
Corp, Prasine
Corporation, Stellence
Costa, John
Côte, Damien
Courtney, Tod Andrew
Coward, Martin John
Cowen, Clint
Crab, Marijke
Cromack, Brendan
Crosby, Daniel Lee
Croucher, Paul
Cruz, Edmond Harada
Cruz, Joshua Boda
Cumenal, Pierre
Cura, Nicolas
Curran, Ryan
Dailey, Jonathan
Dan, Claudia
Dan, Flaviu
Dancs, Douglas
Dang, Phuoc Trung
Darby, Thomas
Darschewski , Kenneth Edward
Davey, Joseph
Davison , Daniel Carson

Decamp, Ryan Alan
Dekker, Barbara
Deleon, Michael A
Deshotels, Kerry L
Dezfuli-Arjomandi, Arman Ahmad
Dhamani, Khairunnisa
Dhillon, Jagatjit
Difiore , Thomas Albert
Difiore TSA Irrevocable GST Trust
Dipaolo, William Richard
Dobrajc, Rok
Donaldson, Troy
Donnelly, Stephen
Downing, Marcus
Drake, Cem Danial
DSCA44 LLC
Duffy, Jamie
Dum, Joseph
Dunnett, Darren
Dzaran, John Peter
Edgar, David
Egnet, Eric
Eigenberg-Gordon, Marlee
El Achkar, David
Elwell, Daniel Robert
Engelin, Peter
Etzold , Derrick Wayne
Fagan, Peter
Fang, Hsin Jan Sean
Farley, John U
Farnsworth, Darren Scott
Farpella, Kevin Ray
Fay, Christopher Derrick
Finkle, James
Finley, Patrick Westall
Fisher, John
FL3XX Gmbh
Ford, Robert
Forlini, Yoann
Four Thirteen LLC
Foy, Aixa
Frangioni, Pierre
Fraser , Daniel
Freedman, Paul
Fuller, Christopher Wayne
Futuris Capital Inc
Galindo, Cesar
Gallagher , Rebecca
Gallardo, Jorge
Gamez, Arturo Rafael
Gauch, Roger
Gavrilovic, Nikola
Gayle, Patrick C
Genç, Raci
Geoghegan , Alexei
Gerbán, Dániel Jeno

| | |
|---|---|
| Gettner , Mark | Holzhauer, Kyle Michael |
| Ghiselli, Antonio | Horejsi, Adam |
| Gi, Richard | Hoskyn, John Mark |
| Giardiello, Bradley Edwin | Hou, Chengyu |
| Gibbs, Jack | House, Emanuel |
| Giese, Dale | Hsu, Roger |
| Giese, Jeannette | Huang, Chun |
| Giesselman, Troy | Huang, Cuihua |
| Giorgianni, Massimo | Huang, Gavryelle Xingbe |
| Girod, John | Huang, Tak |
| Glensgard, Dan | Huang, Xue Wen |
| Global Regency Limited | Hulst, Petrus Adrianus Maria |
| Golcovs, Aleksandrs | Huo, Lan |
| Goldsmith, Mary E | Hwang, Kevin |
| Gollapudi, Shilpa Kamala | Imokawa, Stuart |
| Gololicic, Gregor | Imtiaz , Lubna |
| Gonella, Damien | Izzo, Daniele |
| Gonzales, Carlos | Jackson III, Clifton Edward |
| Graham, Steven Neil | Jacobs, Chloe Merithe |
| Group, K1 Financial | Jansen, Bob |
| Haidukewych , George | Jellestad Capital S.A. SPF |
| Haijen, Peter | Jimenez, Alex Rene |
| Hald, David Friis | Jimenez, Gustavo Alberto |
| Hamilton, John | John Dzaran 401K Trust |
| Hammell, Robert Howard | Jones, Beverly |
| Hammond III, Edward Hopkins | Jones, Diann |
| Hanchett, Dolores | Jones, Holly |
| Hannagan, Cory | Jones, Matthew Ernest |
| Hansen, Frederik | Jones, Roger Lee |
| Hardy, Marie | Jordan, Daniel T |
| Hargrove, Kathy | Jue, Tyrone Todd |
| Haro Avila, Hector Manuel | Juneau, Michael William |
| Harper, Lisa | Kan, Ivan |
| Hart, Dan | Kaneseki, Akiko |
| Hawley, John Follen | Kanngieãÿer, Stefan |
| Hayes, Michael | Kansomdee, Pronthip |
| Haynie, Robert | Katehis, Konstantinos |
| He, Yunzheng | Kauff, Steven Howard |
| Heads, Michael Anthony | Kazius, Ronald |
| Heavenly Scent Professionals LLC | KCA Holdings, LP |
| Hecht, Amara | Keasey, Anne |
| Hedin, Daniel | Kedzior, Martin Enrico |
| Helfrich, Charles | Kelly, Sean |
| Heo, Jae Yong | Kendrix, Adam |
| Hibbard, Dustin Kyle | Khare, Rahul Kumar |
| Hilson, James Wayne | Khattiya, Lany |
| Hoan, Ly | KHK Investments LP |
| Hoefflin, Jeffrey David | Khoo, Denis |
| Hoffmann, David | Kikko, John |
| Hofland, Gerhard | Kilpatrick, Keith H |
| Hofstede, Jerry | Kim , Eliot |
| Hogan, Andrew | Kim, Jay |
| Hollingshead, Thomas Leon | Kim, Miae |
| Holmes, Lewis Robert | Kim, Peter |
| Holmström, Christel | Kingsford, Todd |
| Holt, Travon | Kirsanov, Dimitry |

| | |
|---|---|
| Kjellin, Erik | M4-Tse Inc |
| KOALA 2 LLC | Macaluso , Sean A |
| KOALA3 LLC | Mackler , Bradley |
| Kochalka, James | Mahehswari, Bhavna |
| Kogan, Dmitriy | Maheshwari, Pawan Kumar |
| Kohan, Emil James | Main, Geoffrey |
| Kohn, Lawrence H | Mak, Edwin |
| Komarovskiy, Valentin | Mandap, Stephen |
| Kompaso Pty Ltd | Mann, Jeffrey Brent |
| Kouzbari, Munear | Marciniec, Andrzej |
| Kpham Rd LLC | Marina Point Investments LLC |
| Krampf, Oleg | Marinho, Fréderick |
| Krener, Olivier | Marlow, Daniel C |
| Krienke, Gerri | Marroquin , Eric |
| Kryuchkov, Ivan | Martin, Jesse |
| Kuijper, Ronald | Martin, Patrick |
| Kuipers, Jonathan Andrew | Martinez, Lucas |
| Kumar, Tarun | Mason, Jeremy |
| Kutty, Madhu Kumaran | Mastrokoukos, George |
| Lablanc , Brian | Mathews, William |
| Lacey, Peter | Matsumoto, Reid |
| Lai, Christopher | Matthews, Lee |
| Lakeside Oral & Facial Surgery Institute, LLC | Maya, Rafael |
| Landskov, Gregg Raymond | McCollor, John |
| Laski, Ludwik | McCommons , Jeremiah Curtis |
| Laubjerg, Asker | McDaniel, Paul |
| Lee, Edmund Wangkai | McDonald, Pat |
| Lee, Eunice Jungmin | McElveen, Michael |
| Lee, Keagan Hyunchul | McFarland, Heidi |
| Lee, Yih Neng | McGurk, Jamie |
| Lee, Yun Chin | McKenney, Scott Herbert |
| Leister, Thomas A | McLean, Stuart |
| Leon, Shlomi | McNeil, Laura Faller |
| Lévy, Nicolas | Medeiros, Pablo |
| Li, Yifan | Mellema, Kamiel |
| Libertad Group LLC | Mendes De Carvalho, Junior Joao |
| Liljenquist, Brandon | Mercuri, Tom |
| Lim, Jong | Meridian Crypto Trust |
| Lin, David | Meyer, Marvin |
| Linevskiy, Anton | Mghari, Rachid |
| Linkhorst, Martin | Michaels, Alexander |
| Linton , Robert Brian | Mick, Christopher |
| Liu, Clark Haito | Milbert, Chris |
| Liu, Juqiang | Mildbrandt, Mark |
| Llewellyn, Isaac | Mindell, David Paul |
| Loh, Yuen Heng | Miroshnyk, Valentyn |
| Lohmann, Michael Andrew | Mirpuri , Dinesh |
| Low, Ban Chai | Misra, Upmanyu |
| Lucraft, Peter | Mohr, Lance Randall |
| Ludwig, Gerald | Molly Spendthrift Trust |
| Luk, Yoshihiro | Montford, Harold Kevin |
| Luo, Jin | Moore, Daniel |
| Luo, Robert | Moran, Jeffrey |
| Luo, Xiangdong | Most, Robert |
| Ly., Eric | Moure, Brian Campbell |
| Lynce, Gary Joseph | Moutawakkil, Khalil |

Mr. Lock Inc
Mukhtar, Saeed
Muschinski , Eric
MWR Investments Ltd
Narang, Shantanu
Neiman, Jason
Neptune Digital Asset
Nervo, Miriam
Ngo, David
Nguyen, Nam
Nguyen, Phuong
Nicol, Ronald
Novatzky, Benjamin D
Nung, Warren
Ochisor, Nicolae
Odonoghue, Kieran Terence
Ogletree, Brian
Olumide, Adedayo
Orsinger, Drew Francis
Ortega Arteaga , Daniel
Ortiz, George Emmanuel J
Osborn, Janine
Oso, Kay
Ostrye, Nate
Otero Vila, Juan
Ou, Amon
Owen, Jason Bruce
Owens, Shane
Pagnanelli, Christopher Joseph
Paholak , Thomas Daniel
Pajeda, Nerijus
Pak, Juno Kol
Palmero, Claude
Papadakis, Elizabeth
Pappas, Alex
Pappas, Eugenia
Paraboschi, Gabriele
Parsons, Aron William
Patel, Mitesh
Patel, Shital Kantilal
Pearlman, Leah
Pearson, Andrew John
Perez, Julio
Pham, Sophia
Phan, Long
Picinic, Nicholas
Pick, Thomas
Pinto, Matthew
Pitta, Celso
Plutus21 Blockchain Opportunities I, SP of Plutus21 Global, SPC
Point LLC
Pototschnik, Andrew Alexander
Prabhu, Chetan
Pratt, Folarin
Premoli, Alessandro

Profax Super Pty Ltd
Quick, Tyson Lynn
Quinn, Christopher Michael
Qureshi, Ashar
Rainthorpe, Robert
Rakim, Kenneth
Ramsey, Roy
Ranchod , Pravin
Randel Brown Crypto Ventures, LLC
Rasmussen, Adam
Rathna Yake, Samira Sandaruwan
Reid, Robert W
Reiss, Andrew Wesley
Reph, Ryan Don
Rianova Limited
Richardson, Eric
Rieu, Guillem
Ritholz, Susan K
Ritter, Dale
Robert, Alexander
Rodman, Kaori
Rojas, Roberto R
Roness, Philip Andrew
Ronning, Donald
Rooney, Alan
Rooney, Derek
Roos, Evert Christian
Rueca, Jaydee Crissare Racho
Rusanescu, Vlad
Russell, Jr, Frank Charles
Ruszkay, Andrew Conard
Ryan, Robert
S V Kandiah, Sivam
Sabariaga, Jethro
Sabba, Isaac
Saker, Douglas
Samaha, Georges Farah
Samian, Mohammed
Sandrana, Naidu Appalaswamy
Sarwar, Shahzad
Savich, Tatjana Tina
Sayer, Carey
Scalar Investments Corp.
Schallmann, Justin
Schardt, Natalie
Schauder, Marco
Schenk, Rolf
Schile, Clay Jeremiah
Schmid, Alan
Schramm, Ryan Kristian
Seldes, Richard
Seneca, Michael James
Sepp, Todd Edward
Sevastopoulos, Haralambous
Sevastopoulos, Konstantinos
Sheehan, Todd Michael

Shekhter, Dina
Shepherd, Lloyd Thomas
Shriver, Damien Jay
Sigle, Manfred
Simard, René-Marc
Simonsen, Robert
Simov, Svetoslav
Sirjoo, Jitindra Wayne
Siwik, Robert
Skrocki, James A
Slater, Brian Thomas
Sleeper Hill Investments LLC
Sleeper, Richard Daniel
Smith, Bob
Smith, Daniel W
Smith, Ralph
Snowman, Michael J
Solyom, Andrew
Sommer, Michael
Soulier, Matthew Frost
Southgate Superannuation Pty Ltd
Spain, Betty J
Spain, Court W
Speterson Rd LLC
Spriggs, Leeton
Sprinkle, David
Srisaikham, Palita
Stefanski, John
Steger, Reinhold
Stein, Jason
Steinberg, Michael
Stephenson, Cecil
Stevens, Ashleigh
Stevenson, Nicholas
Stjohn, Sean
Stock, Jr., Darrell Lee
Stolle, Diane
Sublett, Sandra
Suckno, Keith Michael
Summers, Adam Neal
Suskind, Joseph
Sutedjo, Juwono
Sutfin, Miller
Sutton, Richard
Sweeney, David
Taibi, Charlie
Tall Tree Consulting LLC
Tanaka, Colleen Takeko
Tanner, Delbert Hodges
The Anna Pistey Family Trust
The KNL Family Trust
Thomann, Michael John
Thomas, Michael Anthony
Thornton, William Arthur
Trahan, Ryan Michael
Transparencyx LLC

Trucksess, Cory
Trundy, Cory Lane
Truschel, Sante Kundermawan Arien
Tsai, Jonathan P
Tsang, Kwan Ming
Tsang, Wai Nam
Tsonis, Con
Turpin, James Phillip
Turtle, Ryan Michael
Ughetta, Mark Richard
Ulrey, Renard
Untermeyer, Ricky
Uppheim, Kristoffer
Urata-Thompson, Harumi
Ustymenko, Vadym
Valdes, Stephen
Valenzuela, Daniel Anthony
Van De Weerd, Eugene
Vance, Shawn Dylan
Vanhoose, Derek Paul
Vault12, Inc
Vegancuts Inc.
Venema, Wim
Verheyen, Kenneth
Vetsch, Richard
Vidmar, Ziga
Vivar, Emmanuel
Vozzo, Mark Joseph
Wade, Ryan Kenneth
Walbeer Singh, Balwinder Singh
Walker, Raphael
Wang, Feiting
Wangler, Mason Christian
Watkins, Matthew
Wątor, Wojciech
Weimert, Bradley Thomas
Weiss, Allen Robert
Weiss, Christoph
Welby, Caitlin
Wells, Jason
Wendling, Vincent
West, Darren
Westhof, Tonia
Wheeless, Daniel
White, Brendan Battaglia
Whittlinger, Ryan
Wielzen, Fons
Wierzbowski, Radoslaw Lech
Williams, Brendan
Williams, Charles
Williams, Paul
Witkin, Daniel
Woltzenlogel Paleo, Bruno
Wong, Eric Flores
Wong, Jason
Woo, Ken

Woolsey, Jonathan
Wright, Timothy
Xiao, Ling
Yang, Yen-Huoy
Yarwood, Darren G
Yoon , Tera Sahyun
Young, Rudolph Paul
Young, Timothy Shannon
Younts, David
Yu, Jenny
Zaharieva, Katerina
Zahra, Carmelo
Zarchi, Meir
Zhang, Kevin
Zhang, Qinghua
Zhao, Tianqi
Zhou, William
Zijlstra, Fayce
Zimmermann, Oliver
Zygas, Viktoras

**Taxing Authority/Governmental/Regulatory Agencies**
Alaska Division of Banking & Securities
Arkansas Securities Department
Autorite Des Marches Financiers (AMF) - Canadian Securities Administrators
California Department of Financial Protection and Innovation
Commodity Futures Trading Commission
Commonwealth of Massachusetts Office of The Attorney General
Commonwealth of Massachusetts Securities Division
District of Columbia Department of Insurance, Securities and Banking
Financial and Consumer Affairs Authority
Financial Conduct Authority
Georgia Office of Secretary of State Securities & Charities Division
Gibraltar Financial Services Commission
Hawaii Department of Commerce and Consumer Affairs
Illinois Securities Department
Minnesota Attorney General Office
Minnesota Department of Commerce
Mississippi Secretary of State Office
New Hampshire Bureau of Securities Regulation
New Jersey Office of The Attorney General
North Carolina Department of The Secretary of State
Office of The Attorney General of Missouri
Office of The Montana State Auditor
Office The Attorney General of West Virginia
Pennsylvania Bureau of Securities Compliance and Examinations
Pennsylvania Department of Banking and Securities
South Carolina Office of The Attorney General
South Dakota Division of Insurance Securities Regulation
State of California Department of Justice Public Inquiry Unit
State of Idaho Department of Finance
State of New York Office of The Attorney General, Division of Economic Justice
State of Oklahoma Department of Securities
Tennessee Department of Commerce and Insurance Financial Services Investigation Unit
The Ontario Securities Commission (The OSC)

**U.S. Trustee Personnel, Judges, and Court contacts for the Southern District of New York**
Allen, Joseph
Anderson, Deanna
Barajas, Andres
Black, Christine
Leonhard, Alicia
Mastando III, John P.
Penpraze, Lisa
Schmitt, Kathleen
Slemmer, Daniel
Van Baalen, Guy A.
Ziesing, "Frances" Annie

**UCC Members**
Andrew Yoon
Coco, Christopher
Keith Noyes
Robinson, Mark
Scott Duffy
Thomas DiFiore
Warren, Caroline

**UCC Professionals**
Elementus
Kroll Restructuring Administration LLC
M-III Partners, LLC
Perella Weinberg Partners

**Vendors**
Adams, Jeffrey
Advogados, Almeida
Ai Fiori
Andreou, Foteini
Arce, John
Auger, Matthew
Avraham, Daniel
Becerril, Jose Maria Caballero
Begg, Yusuf
Bowell, Reuben
Bradley, Marc

Braun, David
Brown, Charlotte
Brown, Oliver John
Burns, Matthew
Callaghan, Simon
Castillo, Diana
Chan, Kalvin
Chang, Yung-Tang
Charalambous, Alexia
Charmant, Audrey
Ching, Lam Wai
Christodoulou, Antonis
Christodoulou, Christodoulos
Christou, Renos
Coleman, Bradley K
Costica, Tudor
Dawson, Meryl
Debak, Antun
Dias, Eric
Dinwiddie, Spencer
Dreifuss, Itai
Dreyfus, Fernando
Eddison, Mark
Eede, Jelle Van den
Emmanuel, Alaina
Enkur, Gokhan
Estiatorio, Avra Madison
Evaggelou, George
Fintech, Lendit
Florist, Lovin
Fotis Skempes
Frangeskidou, Angela
Frediani, Jeremy
Gabriel, Lilly
Garcia, Adria
Garcia, Migdalia
Georgios, Retoudis
Glushon, Jason
Goodstein, Nicole
Graham, Wendy
Grozdanic, Jovana
Grunsfeld, Gerry
Guarano, Gabriele
Guarascia, Ryan
Hadjipanayi, Christina
Haussmann, Christiaan
Hobson, James Jonathan
Ignatiades, George
Iliescu, Alexandru
Ioanitescu, Dan
Ioannou, George
Jansone, Kerija
Kazaka, Krista
Kerr, Bryan
Knight, Derek
Kokoni, Eirini

Koutra, Athos
Kozlowska, Kasandra
Kunder, Nikhil
Lackner, Joe
Lau, Weyne
Lenou, Neovi
Leonard, Carleen Ann
Li, Hsu Kang
Lopez, Galo Fernandez
Loucaides, Michael
Lucas, Felipe
Mak, Oleena
Malamas, Vasileios
Mamoulides, George
McDonald, Tracey
Michaels, Panayiotis
Michailidou, Anna
Moon, Eddie
Morreale, James
Mould, Darron John
Muens, Philipp
Mullholand, Lindsey R.
Mulligan, Scott
Mylona, Olimbia
Nagy, Eniko Andrea
Naidu, J Raag
Nethercote, Holley
Offord, Scott
Ogilvy, David
Panago, Constantine
Paneva, Violina
Papademetriou, Fotis
Patchen, Aaron
Piechocinska, Olga
Pillakouris, Maria
Prokopis, Konstantinos
Pušonja, Mališa
Raducioiu, Iulia
Rahman, Kent
Refaeli, Alon
Rethy, Istvan-Levente
Rhind, Ryan
Ríos, David García
Rubin, Jaclyn
Russell, Jacob
Saliba, Paul S
Sawhney, Rajiv
Seese, Dylan
Setovich, Javier
Sharma, Bharti
Shitov, Alexey
Shkedi, Jonathan
Silva, Karl Da
Silverman, Tyler
Smith, Winston Royce
Solomon, Levi

Sopracasa, Erik
Sposato, Dalila
Tasker, Stephen
Teng, Aaron
Theocharous, George
Thrasyvoulou, Olga
Tinoco, Diana
Tore, Alex
Turley, Andrew
Vandervelde, Jeffrey
Varzea, Monica
Vasileiou, Eirini
Veliz, Jessica
Vrazic, Michail
Wang, Yuanbo
Wingerden, Gerrit Van
Wlosek, Ewa
Yellin, Sruli
Yiadom, Prince
Zoeller, Arielle