# Exhibit 1

Spreadsheet of Cryptopunks

| Cryptopunk Number | Purchase Date | Purchase price (in ETH) | Transaction Hash |
|---:|---:|---:|---|
| 8724 | 2/1/2021 | 10 | 0x95a50efbcb81508d5c607e304b5ee2013d2bc32c22a31932854e432eb3eec014 |
| 3793 | 2/3/2021 | 8.8 | 0xb61bba42328cbabc319345aad8e6993f8cc3b55ba15bb78695003097befd62b3 |
| 7844 | 2/8/2021 | 15 | 0xa4291b227f983d63a58203aaa710f66a137d10fdc756cf4c6225351c208db832 |
| 4975 | 2/8/2021 | 7 | 0x0cc1c101ca46b49ea45f04c6f82dd61afb0499bd47a64b7d7a0ef0f9907ed0e8 |
| 638 | 2/8/2021 | 20 | 0x6f29df280118dc895629f56773578789695abb626410eb45b199cab317b38d56 |
| 8777 | 2/8/2021 | 6.25 | 0x66eb982e07d6414bccfbf6c3c652cbfe1a32ee9b7d1879fe46dd954174ef289b |
| 5287 | 2/8/2021 | 7.89 | 0xfd2fab4135395a4c3f6250acf5509ace67575c2dbad2c4d54cc261f4aa71a535 |
| 8472 | 2/11/2021 | 130 | 0x744cd26191c2c657261f9242f27d6d6ad1aa3c90cf16005643750e0aff3c7815 |
| 6784 | 2/11/2021 | 130 | 0xae74b92ea97d5c51a59ab481fd26a72095740b8229ac9a9a7b420fb9918a0077 |
| 3489 | 2/11/2021 | 130 | 0xa28c464f931c9fba7ef090f27ca0dddb6bf0137b0400745f51c0aaf3d4e82dd3 |
| 6124 | 2/13/2021 | 6.99 | 0x5f4b60a6cf7ca42934ecca1c1b062ba72a6630d5a4c1e00dc8b0f56404ca3146 |
| 4181 | 2/17/2021 | 18 | 0x37ef9bad42e131f63d7b76fddfeaeaa826764d27009a4ff7c1bfd55f6f557372 |
| 4347 | 2/21/2021 | 45 | 0x0dc89ea63e9e772948000c547a3a6c124b54e1f1663e451eceb3c183cba387a2 |
| 9934 | 2/22/2021 | 55 | 0x0e3b00ecdc42c7cb1d50d85208ee9a519b47adbf0c54657e4b2cd6076631320c |
| 7076 | 2/22/2021 | 59 | 0x460fc8c6f0304879a17492c88d2a27eab110fcde780deda5f9196baa151a67f4 |