# Exhibit 2

Details of February 11, 2021 Purchase of Cryptopunk

# Transaction Details

**Sponsored:** 🎨 **EtherPOAP**: Create your digital memento to celebrate the ETH Merge – Visit **etherpoap.xyz**

| Overview | Logs (3) | State | Comments |

? **Transaction Hash:** 0xa28c464f931c9fba7ef090f27ca0dddb6bf0137b0400745f51c0aaf3d4e82dd3

? **Status:** ✅ Success

? **Block:** ✅ 11832928    3723866 Block Confirmations

? **Timestamp:** 🕐 583 days 20 hrs ago (Feb-11-2021 03:46:19 AM +UTC)

? **From:** 0xb1adceddb2941033a090dd166a462fe1c2029484  (0x_b1)

? **To:** Contract 0xb47e3cd837ddf8e4c57f05d70ab865de6e193bbb  (CryptoPunks: C Token) ✅

? **Tokens Transferred:** ▶ **From** 0xe83c750b27083…  **To** 0x_b1  **For** 1  🎨 CRYPTOPUNKS (C)

? **Value:** 130 Ether  ($189,020.00)

? **Transaction Fee:** 0.008461752 Ether  ($12.30)

? **Gas Price:** 0.000000156 Ether (156 Gwei)

? **Ether Price:** $1,787.69 / ETH

**Click to see More** ↓

? **Private Note:** To access the Private Note feature, you must be **Logged In**

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our **Knowledge Base**.



This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.