# **Exhibit 3**

Spreadsheet of Cryptopunk Transfers

| Cryptopunk Number | Transfer Date | Origin of Transfer | Wallet Destination | Transaction Hash |
|---|---|---|---|---|
| 8724 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0xe2f755dc74ae015baa5c10ab44555380ec8acf8942ce18556919b5b74a7274c2 |
| 3793 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x602b9fb948b5dc0de685c6ffece151e7de3c62cb6728a88e972e47520477646f |
| 7844 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x0f5b3eb4f07343902e2fa5458187fda283a7785ef9ad6e402b0a8f3016d0b457 |
| 4975 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x54b5f3da3c78c751f8501d90de948648204fe3236d7de0dc9b583a63eb904997 |
| 638 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x8659238362770afdfd0ecffa9e15e3595386aa6e7477a787703c9e83176632dc |
| 8777 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x9e4b360024d35a5ed08cb09b529b99952457621a001d4f518ca05926f9c9dbd2 |
| 6124 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0xf8ea4e226bf9c584ddf9c63dd32509f6a4a4c523c40514f32a6aa5d35be36d05 |
| 4181 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0xb9e033548fd1aef0def824532b7b44d73d01a4c22998bdaeb353d7f53453fab8 |
| 4347 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x73dc1bc13c32d83b99b7e2e5c81151c7a57ddb6c406b1f2f5ff3778706145290 |
| 9934 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x8b20d5769a66e7bf472ee5f38b681911bae37c5201d4b21c98c675054a2fa98f |
| 7076 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x87ad6b49bcc7dc2144d8a9aaa982e400a625a3faaeaaa9ae840795fe8ecfa2e8 |
| 864 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x105291e84f12e00891733175bc2144b42dcb15d4e357e5cd4bc2e904aa0a2fb8 |
| 970 | 3/16/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0xb4919f73a3e37693f5493eee8ec91e94ecd9981505009d20e3d145d39f0764c5 |
| 5287 | 3/17/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x805614abdb92359ee6612ff64ee0b54402256474a8664b1400f715ef8928f7d2 |
| 8472 | 5/3/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x054f0b5ced878dbb6c59dc20e989557cee2e667c09a55b3c4a8d596529152f22 |
| 6784 | 5/3/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x6a2f503e09129ee3387b2ef619027c7686976c62fc791eacad50ee30659154f8 |
| 3489 | 5/3/2021 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | 0x93d33a3ab8cfd9fd191a72eff371fbfd1ca06100afaebcde1a2204805c14130c |