# **Exhibit 5**

Transfer of 300 ETH to 0x1c

# Transaction Details

**Sponsored:** ⓈⓍ - SX Bet | Bet in ETH or USDC | #1 Decentralized Sports Betting Exchange

## Overview · State · Comments

| | |
|---|---|
| ⓘ Transaction Hash: | 0x01e56a4a02596ca8837abdeb92f498522256ef03675cee0eb2a9ce1a443aa687 📋 |
| ⓘ Status: | ✅ Success |
| ⓘ Block: | ✅ 11885508    3671326 Block Confirmations |
| ⓘ Timestamp: | 🕐 575 days 18 hrs ago (Feb-19-2021 05:46:51 AM +UTC) |
| ⓘ From: | 0xb1adceddb2941033a090dd166a462fe1c2029484   (0x_b1) 📋 |
| ⓘ To: | 0x1ceb38874b44e2b3a87b2d1204bc2b989529ed14 📋 |
| ⓘ Value: | 300 Ether ($435,312.00) |
| ⓘ Transaction Fee: | 0.004431 Ether ($6.43) |
| ⓘ Gas Price: | 0.000000211 Ether (211 Gwei) |
| ⓘ Ether Price: | $1,957.47 / ETH |

**Click to see More ↓**

| | |
|---|---|
| ⓘ Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.



This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.