# **Exhibit 7**

0x583 Bullrun Babes Purchase Transaction Details

# Transaction Details

**Sponsored:** 🦙 Build scalable and reliable NFT apps with **Pinata.cloud**. Learn more.

| Overview | Internal Txns | Logs (3) | State | Comments |

| ⓘ Transaction Hash: | 0x583d2b2432686699e7f9dc4dad5a2b7aa34a36e369a0fad0f998f271f58c3c47 📋 |
| --- | --- |
| ⓘ Status: | ✅ Success |
| ⓘ Block: | ✅ 11885576     3671281 Block Confirmations |
| ⓘ Timestamp: | 🕒 575 days 18 hrs ago (Feb-19-2021 06:03:04 AM +UTC) |
| 💡 Transaction Action: | ▸ Sale: 1 NFT On 🌊 OpenSea<br>▸ Transfer of 🖼 BullrunBabes... (BRB)  From 0xba11610e28406a4cd3…  To 0x1ceb38874b44e2b3a8…<br>▸ 1 of Token ID [3585] |
| ⓘ From: | 0x1ceb38874b44e2b3a87b2d1204bc2b989529ed14 📋 |
| ⓘ Interacted With (To): | 🔍 Contract 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b  (OpenSea: Wyvern Exchange v1) ✅ 📋<br>└ TRANSFER  0.165 Ether From OpenSea: Wyvern Exch… To ➡ OpenSea: W…<br>└ TRANSFER  3.135 Ether From OpenSea: Wyvern Exch… To ➡ 0xba11610e28406a4cd34d9e9… |
| ⓘ Tokens Transferred: | ▸ **From** 0xba11610e28406…  **To** 0x1ceb38874b44e… [NFT]<br>  For ERC-721 Token ID [3585]   🖼 BullrunBabes... (BRB) |
| ⓘ Value: | 3.3 Ether   ($4,784.24) |
| ⓘ Transaction Fee: | 0.042470286319402821 Ether   ($61.57) |
| ⓘ Gas Price: | 0.000000194000001459 Ether (194.000001459 Gwei) |
| ⓘ Ether Price: | $1,957.47 / ETH |

Click to see More ⬇

| ⓘ Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.



🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.