**Exhibit 8**

Transfer of 150 ETH to 0x1c

# Transaction Details

**Feature Tip:** Add private address tag to any address under My Name Tag !

**Overview** | State | Comments

| | | |
|---|---|---|
| ⓘ Transaction Hash: | 0x883aff0fab81616a0107cb4f289b0db26bf25f9e946c8bd42d81e685ef5f6c47 | |
| ⓘ Status: | ✓ Success | |
| ⓘ Block: | ✓ 11939901    3616974 Block Confirmations | |
| ⓘ Timestamp: | ⏱ 567 days 10 hrs ago (Feb-27-2021 02:29:57 PM +UTC) | |
| ⓘ From: | 0xb1adceddb2941033a090dd166a462fe1c2029484  (0x_b1) | |
| ⓘ To: | 0x1ceb38874b44e2b3a87b2d1204bc2b989529ed14 | |
| ⓘ Value: | 150 Ether  ($217,765.50) | |
| ⓘ Transaction Fee: | 0.002709 Ether  ($3.93) | |
| ⓘ Gas Price: | 0.000000129 Ether (129 Gwei) | |
| ⓘ Ether Price: | $1,460.23 / ETH | |

Click to see More ↓

| | |
|---|---|
| ⓘ Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.



This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.