**<u>Exhibit 9</u>**

Transaction Details of March 3 Bullrun Babes Purchase

## Transaction Details

**Featured:** Wallet-to-wallet instant messaging via **b Blockscan Chat!**

**Overview**    Internal Txns    Logs (3)    State    Comments

| | |
|---|---|
| ⑦ Transaction Hash: | 0x7aa7949bd58a977ffcfe064c3a32880e9a7700e68b698f2773eacd3b20d14d85 |
| ⑦ Status: | ✅ Success |
| ⑦ Block: | ✅ 11966461    3602532 Block Confirmations |
| ⑦ Timestamp: | 🕐 565 days 36 mins ago (Mar-03-2021 04:41:49 PM +UTC) |

| | |
|---|---|
| ✨ Transaction Action: | ‣ Sale: 1 NFT On ⚪ OpenSea |
| | ‣ Transfer of 🖼 BullrunBabes... (BRB) From 0x56d77f1a33ed49a82b... To 0x1ceb38874b44e2b3a8... |
| | ‣ 1 of Token ID [111] |

| | |
|---|---|
| ⑦ From: | 0x1ceb38874b44e2b3a87b2d1204bc2b989529ed14 |
| ⑦ Interacted With (To): | 🔍 Contract 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b (OpenSea: Wyvern Exchange v1) ✅ |
| | ↳ TRANSFER 0.1 Ether From OpenSea: Wyvern Exch... To → OpenSea: W... |
| | ↳ TRANSFER 1.9 Ether From OpenSea: Wyvern Exch... To → 0x56d77f1a33ed49a82b4960a1... |

| | |
|---|---|
| ⑦ Tokens Transferred: | ‣ From 0x56d77f1a33ed4... To 0x1ceb38874b44e...    NFT |
| | For ERC-721 Token ID [111] 🖼 BullrunBabes... (BRB) |

| | |
|---|---|
| ⑦ Value: | 2 Ether    ($2,689.74) |
| ⑦ Transaction Fee: | 0.0342234252 Ether    ($46.03) |

| | |
|---|---|
| ⑦ Gas Price: | 0.0000001812 Ether (181.2 Gwei) |
| ⑦ Ether Price: | $1,568.65 / ETH |

**Click to see More** ↓

| | |
|---|---|
| ⑦ Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

