## **Exhibit 10**

Transfers of ETH from 0x1c

| Transaction Hash | Date and Time | From | To | ETH Transferred | Price of ETH at Date of Transfer (USD) | Method |
|---|---|---|---|---|---|---|
| 0xeb2b1aac0620a8632958a26e8169de06e870a78c0f1ebd25a13e0ce01252d675 | 2/27/2021 18:38 | 0x1ceb38874b44e2b3a87b2d1204bc2b989529ed14 | 0x127355008e9e6a03c18910b10c67e6c34faff20b | 100 | 1460.23 | Transfer |
| 0x4f4f8bd55a33c42471264bcd58b44e74a2d08f9f4d33b4b86933f1d0bc449256 | 3/19/2021 16:28 | 0x1ceb38874b44e2b3a87b2d1204bc2b989529ed14 | 0xe25c8cbe119c55dcef5ea372771f9365f52a115d | 1 | 1809.76 | Transfer |
| 0x5760524f7c27e8c63e78ea8d64d903c838be55e92e8926ca99b24d16f98e7bbf | 3/19/2021 16:31 | 0x1ceb38874b44e2b3a87b2d1204bc2b989529ed14 | 0xe25c8cbe119c55dcef5ea372771f9365f52a115d | 29 | 1809.76 | Transfer |
| 0x63315b5a7e03d16386f789688c221ccd8efab3a7091749751f4bea06b12c01fa | 3/20/2021 20:56 | 0x1ceb38874b44e2b3a87b2d1204bc2b989529ed14 | 0xe25c8cbe119c55dcef5ea372771f9365f52a115d | 15 | 1805.49 | Transfer |
| 0x58c99a4b96231b2328d8978f98f79b03a84c525be18f4486694c9c0a58bbbd74 | 4/7/2021 1:47 | 0x1ceb38874b44e2b3a87b2d1204bc2b989529ed14 | 0xe25c8cbe119c55dcef5ea372771f9365f52a115d | 10.29287375 | 1964.18 | Transfer |