## Exhibit 12

Tornado Cash Transfer Spreadsheet

| Transaction Hash | Transaction Type | Date of Transfer | Transferring Wallet Address | Smart Contract Address | ETH Transferred |
|---|---|---|---|---|---|
| 0x426000a90f5dc6ee88cd1d2a395b065f658f4805ef479525bc1402fc281b4ec1 | Deposit | 5/23/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 100 |
| 0x6fe6f37171955ea01b4ede1f4f89f5e0271cd96e9e582a0ca679a2a83369cdfe | Deposit | 5/23/2021 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | Tornado.Cash: Proxy | 100 |
| 0xb51f04a752cbc7898932cbb9847863de884612fcb03a635dbba66d0927652e54 | Deposit | 5/25/2021 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | Tornado.Cash: Proxy | 100 |
| 0xf7c2e3440ae7bc3ef3fe03fa90253fd4e2a0936494c11a94324f747a2d0d586d | Deposit | 5/25/2021 | 0xb154764831f0fbd417f731cbee3c76df551003c7 | Tornado.Cash: Proxy | 10 |
| 0x9cace21f22f6916d8b9478ca237082979252e77a2b3b970eebe16a6749757b19 | Deposit | 5/25/2021 | 0xb154764831f0fbd417f731cbee3c76df551003c7 | Tornado.Cash: Proxy | 10 |
| 0x7445536c57e067cdd762e02b2bd9e2e2d71ba8fb08dbba61483539560e874898 | Deposit | 5/25/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0xb1e205490f57811a4fa6b8c154569b965d3dddb47c79a9a174b382ce72e590ce | Deposit | 5/25/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x111c7251755a277707b66e5e35070b3fcc5502d176a76f5ddb6ff71a66ebbb0c | Deposit | 9/29/2021 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | Tornado.Cash: Proxy | 1 |
| 0xf2e0782240ac277c07b7893fa046f36449a701035ed97167ee0b5c2d343ec3b0 | Deposit | 10/12/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 100 |
| 0x23495ff8bd46a2eb2cc5be4071101d7f9b37b09c13121b6dbf6269506a32b0b2 | Deposit | 10/12/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 100 |
| 0xcfaf8df8ce8d169fdb8b2a40eefb71185288c24be623a8e97388c48209161fc6 | Deposit | 11/24/2021 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | Tornado.Cash: Proxy | 10 |
| 0x9cfbc5cf8e230e1f1eab009f38a934e0c94cb8b1d38ea1f603b8abcf32556bfd | Deposit | 11/25/2021 | 0xb154764831f0fbd417f731cbee3c76df551003c7 | Tornado.Cash: Proxy | 10 |
| 0x225c3d365dd52d4cd011f94a4a91f3abc7364c38d42025fecc0ca6290df90533 | Deposit | 11/25/2021 | 0xb154764831f0fbd417f731cbee3c76df551003c7 | Tornado.Cash: Proxy | 10 |
| 0x6e77becd329eefc7e31ae9ee497bfd9d6d3461aef56823e33d50f0eeef67ddcf | Deposit | 11/29/2021 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | Tornado.Cash: Proxy | 10 |
| 0x831e617c7827955209b6b567c84d4677edbf8319d6adb83ff1d4cd8cb10309ac | Deposit | 11/29/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x0cdc869450b48d1998a69a0e3c63967dc1e3dc9a7d479deb6aa367dbb176ddc3 | Deposit | 11/29/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x6ca77f2099e8db48b7d9a455a446ff0eee06224e5c3dd6e5748cd367ec980d89 | Deposit | 11/29/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x4e9c00d3eead6b28a4be18c9f36bfe546c182f9cc4ef6465a05c063d00d975cb | Deposit | 11/29/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x0c2c3036a819ef36a26f935c2815a84a650ca6c196e357f88ec00de86632fb8c | Deposit | 11/29/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x9b8cf939f47dd3211a32e25013486ade698cbd69cff1f98730d140821d580e52 | Deposit | 11/29/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x6bb5e86e49e15784933cc8b2e2f2723ff2ef0113bb28f2c2149d79332b45e8e6 | Deposit | 11/29/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0xfc4da2de8d8364fcc9ed1f6494161e8974c693a6865865d657ed1dd3fcf1f29a | Deposit | 11/29/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x1d2607936a63a11ddbfdf586ecaa2a2fa02c31483eb9e6609a88a3f17fa38124 | Deposit | 11/29/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0xbf50b6ec7c2435a7b6f051731d097871fcbe6f4e6926d4e3a49cfbead4295203 | Deposit | 12/2/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0xaf1a13c8f8238e948dd668299a84b20b7e2b2748dbecc4e1917957ba15ee8e09 | Deposit | 12/2/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0xfb546ea2b2d27f1b003f7df0744690665dea0d900816a2b56cc73f0aac3da8ec | Deposit | 12/2/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0xac4aef3bae3ee9716e24dc244383da0192fdd1daaa4a953ba95a55bc3df6d293 | Deposit | 12/4/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x9aef8e7f69bc7414641395810cac4a646d5b52f4a8940e1439d22681aa43c1ac | Deposit | 12/4/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x31925c3af96b4bf23ffafe98fd514f3262d59530fbadc9b2e50699484a53a260 | Deposit | 12/4/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x5ea5bbabf08dbe976e57b360d24f4a7c6b7cd6655e1a4e7c0511be026cb442a7 | Deposit | 12/6/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x025a87a2655099de41d1f8d75803a570d50ec464a325b9505778cdb199012aec | Deposit | 12/25/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0xa60650ffb23f796782d7d2611a881407f697e6f86c24bd77c99e683cde47a7b1 | Deposit | 12/27/2021 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | Tornado.Cash: Proxy | 10 |
| 0x3d091906e25537c07bd1bd817d6367aebd120ece849a190263e2047b6ae0daa6 | Deposit | 12/27/2021 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | Tornado.Cash: Proxy | 10 |
| 0xaeb02db80527e316b2f2f56f08093ce43784ad606878cd39238139c6812f48ee | Deposit | 12/27/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0xf15b8df38fd713cfd1a90bbbecdfa37ee1ef3aeccc7eaaa761c34661d5f8b637a | Deposit | 12/27/2021 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0xc82ff97cc0c5ba81542a5c21c5ed181425cf2c528c02b05f165b45caa7db2c2f | Deposit | 1/1/2022 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x6c292155c839a6e37bdf0577cdae26f26c2bbb0ba36a71852f84a32fa0ac2637 | Deposit | 1/2/2022 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | Tornado.Cash: Proxy | 10 |
| 0xd4dbc4a37b6665fe91a63729f0519b3efe156bae08245ca0cf2f443e63ef7089 | Deposit | 1/5/2022 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0xaeddc77cf3c6586e2476d0d1414a2f541612aaeecb48e0d7fc7b7487e501348f | Deposit | 1/12/2022 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x0974d6a590a322b435fc82210adac5345ddddde4bde387bd78acd3de7da95150 | Deposit | 1/12/2022 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x0c36b6d2590f69dd20b278f9a81b8e680ca6762edfd39fb8f6993262c2336fbd | Deposit | 1/12/2022 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x771b1531e5f006883f8bbb273ffebfab6727df2a5f30817492906bd0514c12ce | Deposit | 1/12/2022 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x595378e19733ce23ee4d9016ff67fbda266fc2828b52486032f4d243822118e5 | Deposit | 1/12/2022 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0xe5904e4b28f2f976eced32cf5aab9faf1cbed4ce41f18d7f371df4bae1c0587f | Deposit | 1/12/2022 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |
| 0x62815f1b42d8a1e653b8ec0f12cfcb3f4c8666b137ec12587f15c1efb84e8a11 | Deposit | 1/12/2022 | 0x50dd57f50a17d57304e7a4f262da30beb31c2e87 | Tornado.Cash: Proxy | 10 |