# Exhibit 13

Transaction History of 0xfc2 from Feb 19 to Feb 21

| Transaction Hash | Date and Time | From | To | ETH Transferred In | ETH Transferred Out | Transaction Type |
|---|---|---|---|---|---|---|
| 0x8041a76a2bd59850f08ce638e1fe8dfb020c875ac24d71e8c4c2272a7cff6229 | 2/19/2021 14:52 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 200 | 0 | Transfer |
| 0xf78c8bad5377e7fdc83de4c0bd9e6d11c0fe66591d4a93a1b89814f54846efcb | 2/19/2021 17:42 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 2.706 | Exchange |
| 0xe5d6a01defc8489dc94d0527d51f69fd9e69e62a3245265863c5994d8fe5eb39 | 2/19/2021 17:42 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 2.706 | Exchange |
| 0x0f31d62697ff7a0362128909629f72648910f579be013ee3f0e88836c0cc9cc2 | 2/19/2021 17:42 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 2.706 | Exchange |
| 0x60e61f69427cb964f103f6020810a0fc4e443251cab56e403afa7cf03fcde959 | 2/19/2021 17:43 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 1.48625 | Exchange |
| 0xc8f807896b8a431c4b1d7d39e958615d9ece1b41f42d65e2ad5de53d094ef98b | 2/19/2021 17:44 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 1.7097 | Exchange |
| 0xea0671b45fdad5c0977469e59c4d5416282d1d8fcf5d956bad986e037988cd0c | 2/19/2021 17:45 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 1.804 | Exchange |
| 0x696322a47284a77039d8ba17910a8b95e50c81512b24884eddb99b19c1b41f3e | 2/19/2021 17:48 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 1.7835 | Exchange |
| 0x7da9a45b0ac70cdd5ccb2026a662f26ac23f8287c3492b1c57b8dc91bf88d9a3 | 2/19/2021 17:48 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 0.80975 | Exchange |
| 0x9bd6ca7d1ed17faad7e284f0b9aad4fcd9ae965ec46681d727ff85b7f365b9c9 | 2/19/2021 17:48 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 0.80975 | Exchange |
| 0x5492ea3d3d2c215d9cd15b10740c5e8cade50764d5f6ed359addc02d79a35d77 | 2/19/2021 17:48 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 0.80975 | Exchange |
| 0x7e4b66614f0fb39d1d34b9ada4b018c2cfe9f0aad9f9b0481f8e7f325bc3705d | 2/19/2021 19:09 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b | 0 | 0.59 | Atomic Match_ |
| 0x7a12b73eafe4145b2da320cb44418875aee14fa732eb2af2b2737a8a53e02ed0 | 2/19/2021 19:12 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b | 0 | 0.59 | Atomic Match_ |
| 0x3aebaa862e7cd1aa5ae58ee9a81f11cb42952e0dd1151a3881ac76bf27a1e900 | 2/19/2021 21:49 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 0.128125 | Exchange |
| 0x406d759a14169f89ece5f13c9e2c1ee8bb7ac4e302ae0daa0a8ac4e6442ba77c | 2/20/2021 5:21 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x9201a886740d193e315f1f1b2b193321d6701d07 | 0 | 1.272971 | Mint Series |
| 0xd64c6884cc3b1212b02b670533fafd6712fdc010424f2f856286eddd3219b44e | 2/20/2021 5:21 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x3e8b17327fb3680c4bd43aac46489938b5476f97 | 0 | 0.064049 | Transfer |
| 0x868eb7a32726c68c8c64ed0c8d05fd5cdff45aeace872a3e8b6cdd24d542030d | 2/20/2021 5:34 | 0x02a522d98ec2d2c3bbe91acc29ee7fd32ab880ab | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0.064049 | 0 | Transfer |
| 0xfde523aa1fa0f64a75067c5e1270acac76d2635749e7d3e63db66d3505d52ee0 | 2/20/2021 5:36 | 0x02a522d98ec2d2c3bbe91acc29ee7fd32ab880ab | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0.064049 | 0 | Transfer |
| 0xedfd13ac4e7adc8fc015a2f94e5d8a34f7582a14da4726be9b9b4ae42eb59aba | 2/20/2021 5:38 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 0.128125 | Exchange |
| 0xf0d25b4c9d54c14631eda64a806085f6f0ac9f30b95daef9aed34c7b0e1a7002 | 2/20/2021 5:38 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xcd4ec7b66fbc029c116ba9ffb3e59351c20b5b06 | 0 | 0.128125 | Exchange |
| 0xc4b3976c35a015f05fbda6f9eba329a51b57f1b265596e27c73783aa8fb1678e | 2/20/2021 5:44 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xc02aaa39b223fe8d0a0e5c4f27ead9083c756cc2 | 0 | 50 | Deposit |
| 0x8c428758bb97aecab74bfefa4148c105335fa82d00bf29cfe2bc4054d9d8add5 | 2/20/2021 5:46 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xc02aaa39b223fe8d0a0e5c4f27ead9083c756cc2 | 0 | 0 | Approve |
| 0xf037d8bf5338b0b33d619616562d6ec7438c0303cc0da4a8b380c4141e3cdb0c | 2/20/2021 17:59 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x54b5e4b07e5ad50f1d14842963f7dee80ae60f34 | 0 | 20 | Transfer |
| 0xc44b8939432f40a7ba605630a36e1089798a32b610dc597ce6224967ed7b0ca6 | 2/21/2021 0:47 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b | 0 | 0.45 | Atomic Match_ |
| 0x474c9a30eda19d8d3bc9aebd7423268000a7bacb9f8de7bd313efb02573fcfda | 2/21/2021 0:47 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b | 0 | 0.45 | Atomic Match_ |
| 0x7d7cdfd710404c354d07fed87f81feae5a2fe1c53ce37dc08a4f352525506ec8 | 2/21/2021 0:47 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b | 0 | 0.45 | Atomic Match_ |
| 0x12e0c1c9a02d86dad9a1eaf02fbf2b42b57c6fd43cfca2d4f10199a35d8e4630 | 2/21/2021 0:47 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b | 0 | 0.45 | Atomic Match_ |
| 0x0abf001c7bba381a31e6d6bedb38587d5dc34d05cbf1a56174918ded83a7033e | 2/21/2021 0:50 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b | 0 | 0.7 | Atomic Match_ |
| 0xda17de2c127e15fce5e0e9be7a20b3ada7cba8ef11de76340d225a85b3adc4a0 | 2/21/2021 5:19 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b | 0 | 1.6 | Atomic Match_ |
| 0x63b88f5c3351902b6d05c4caae766e38662288f6d1c5b94f3547d65a0ada6413 | 2/21/2021 20:39 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xb47e3cd837ddf8e4c57f05d70ab865de6e193bbb | 0 | 19 | Buy Punk |
| 0xfc5fbfec3ba35b56ccd3b2270e290d4f2d40ef6fe709d71498138fd5f0673d59 | 2/21/2021 20:40 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xb47e3cd837ddf8e4c57f05d70ab865de6e193bbb | 0 | 19.7 | Buy Punk |
| 0x33a3e436f0bc6c5cc385f3dd1b5e21e1a57267ef6dae21ce339f8ff648214487 | 2/21/2021 20:41 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xb47e3cd837ddf8e4c57f05d70ab865de6e193bbb | 0 | 21.9 | Buy Punk |
| 0x202cdbfab20b1c7b64d5d67d5d0fed538387ec3d8664c076da7ba2d6f34a356b | 2/21/2021 20:45 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xb47e3cd837ddf8e4c57f05d70ab865de6e193bbb | 0 | 21 | Buy Punk |
| 0xd00c06022559a3fe8042cc3c37b577f4d1e69b79ee96466a71466bb625530703 | 2/21/2021 20:48 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xc02aaa39b223fe8d0a0e5c4f27ead9083c756cc2 | 0 | 0 | Withdraw |
| 0xdd2c2937905f2f2f0e9ceca4ea888f13c0c25c5b105f3f4cd736ba5736531023 | 2/21/2021 20:55 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xb47e3cd837ddf8e4c57f05d70ab865de6e193bbb | 0 | 19.5 | Buy Punk |
| 0xddaaaabbe7d0d2c0b5626c69bbebea951eb1f0d9a94262a8d23e307ba2b0474f | 2/21/2021 21:22 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 350 | 0 | Transfer |
| 0xb8d0d67b337909b4212248693bba66390efc14c436e7bb5ea036a91c41e5ddad | 2/21/2021 21:26 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xb47e3cd837ddf8e4c57f05d70ab865de6e193bbb | 0 | 30 | Buy Punk |
| 0xb71d89ee10313da49e1ad04cad1bf4114b9bd3f9d3d0d25a0409dc0b84fb9c45 | 2/21/2021 21:42 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xb47e3cd837ddf8e4c57f05d70ab865de6e193bbb | 0 | 28.25 | Buy Punk |
| 0x7f0abbdece151b4061c811d9865f5f5339f339d11adeac22f271ccc9b7b5e36c | 2/21/2021 21:59 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0xb47e3cd837ddf8e4c57f05d70ab865de6e193bbb | 0 | 24.99 | Buy Punk |
| 0x33ff53e467f31409fc5c01c432cca61da88830fcba34ffe0cb57a669a4886770 | 2/21/2021 22:31 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b | 0 | 1.6 | Atomic Match_ |
| 0x4f191761a9b4081b647ddf5a2e7f81d426d6ea3d0f5196a62770240bd1945d19 | 2/21/2021 22:32 | 0xfc2a616d48a8681250aaaf590404e20812e96cfa | 0x7be8076f4ea4a4ad08075c2508e481d6c946d12b | 0 | 1.5 | Atomic Match_ |