## **Exhibit 14**

Transaction Details of Sept. 17, 2021 Airdrop of DAI

## therscan

50.73 (-1.96%) | 23 Gwei

Home   Blockchain ▾   Tokens ▾   Resources ▾   More ▾   🔵 Sign In

action Details  ‹ ›

Buy ▾   Exchange ▾   Earn ▾   G

ed: 🎰 CryptoSlots - Where Crypto Rollers Come to Win. Click for games!

iew    Internal Txns    Logs (32)    State    Comments

| | |
|---|---|
| nsaction Hash: | 0x78c34d037e585080b73f9decdced5fd24d885d3ab9f012f07b608b5c2037dc39 |
| tus: | ✔ Success |
| ck: | ✔ 13245631   2323319 Block Confirmations |
| estamp: | ⏱ 366 days 19 hrs ago (Sep-17-2021 09:21:23 PM +UTC)  |  ⏱ Confirmed within 30 secs |
| m: | 0x474e634c726e8ca4fc3467b9f6d7277a52772d46 |
| racted With (To): | Contract 0xeefba1e63905ef1d7acba5a8513c70307c1ce441 ✔ |

Tokens Transferred: 16

‣ From 0x0634ca1d878a0... To 0x9ccc9b4ba4108... For 424.984771936531319829 ($425.83) 🟡 Dai Stableco... (DAI)
‣ From 0x0634ca1d878a0... To 0x9fd991c006cd1... For 7,160.076208027278149281 ($7,174.40) 🟡 Dai Stableco... (DAI)
‣ From 0x0634ca1d878a0... To 0xa4f2b2557d78e... For 4,804.019630381042702457 ($4,813.83) 🟡 Dai Stableco... (DAI)
‣ From 0x0634ca1d878a0... To DSProxy #175,657 For 4,405.971025871512885599 ($4,414.78) 🟡 Dai Stableco... (DAI)
‣ From 0x0634ca1d878a0... To 0x_b1 For 1,401,662.901165988484085379 ($1,404,466.23) Dai Stableco... (DAI)
‣ From 0x0634ca1d878a0... To 0xbb0db514daee4... For 304.428165395090628193 ($305.04) 🟡 Dai Stableco... (DAI)
‣ From 0x0634ca1d878a0... To 0xbd178fe085a12... For 844.901823738801507963 ($846.59) 🟡 Dai Stableco... (DAI)
‣ From 0x0634ca1d878a0... To 0xc3b91d7b118f8... For 511.94315109802744741 ($512.97) 🟡 Dai Stableco... (DAI)
‣ From 0x0634ca1d878a0... To 0xc940c870a54ba... For 392.970112733459065531 ($393.78) 🟡 Dai Stableco... (DAI)

Scroll for more ⌄

| | |
|---|---|
| ue: | 0 Ether  ($0.00) |
| nsaction Fee: | 0.051765357 Ether  ($69.92) |
| Price: | 0.000000083 Ether (83 Gwei) |
| er Price: | $3,398.82 / ETH |
| Limit & Usage by Txn: | 700,000  |  623,679 (89.1%) |
| Fees: | Base: 60.01460178 Gwei |
| ers: | Txn Type: 0 (Legacy)   Nonce: 57   Position: 74 |

ut Data:

```
Function: aggregate(tuple[] calls)

MethodID: 0x252dba42
[0]:  0000000000000000000000000000000000000000000000000000000000000020
[1]:  0000000000000000000000000000000000000000000000000000000000000010
[2]:  0000000000000000000000000000000000000000000000000000000000000200
[3]:  0000000000000000000000000000000000000000000000000000000000000400
[4]:  0000000000000000000000000000000000000000000000000000000000000600
[5]:  0000000000000000000000000000000000000000000000000000000000000800
```

View Input As ▾    🔨 Decode Input Data

o see Less ↑

ate Note:    To access the Private Note feature, you must be Logged In