## **Exhibit 15**

Transfer of DAI from 0xb1 to 0x8cc

# Transaction Details

**Sponsored:** UUEX: Sign up to get 199 USDT and withdraw to wallet. Sign Up Now.

**Overview** | Logs (1) | State | Comments

| | | |
|---|---|---|
| ⓘ Transaction Hash: | 0xabc88ccfbf49bc3984a59a84e1637d364563d5f660557d2d4927f5d58a12600d | |
| ⓘ Status: | ✅ Success | |
| ⓘ Block: | ✅ 13269971   2290964 Block Confirmations | |
| ⓘ Timestamp: | 🕒 361 days 22 hrs ago (Sep-21-2021 03:38:05 PM +UTC)  \|  🕒 Confirmed within 30 secs | |
| ⓘ From: | 0xb1adceddb2941033a090dd166a462fe1c2029484   (0x_b1) | |
| ⓘ Interacted With (To): | Contract 0x6b175474e89094c44da98b954eedeac495271d0f   (Maker: Dai Stablecoin) ✅ | |
| ⓘ Tokens Transferred: | ▸ **From** 0x_b1 **To** 0x8cc24e59e29a0…  **For** 1,401,662.901165988484085379   ($1,401,662.90)  🪙 Dai Stableco... (DAI) | |
| ⓘ Value: | 0 Ether   ($0.00) | |
| ⓘ Transaction Fee: | 0.009930926 Ether   ($14.20) | |
| ⓘ Gas Price: | 0.000000211 Ether (211 Gwei) | |
| ⓘ Ether Price: | $2,760.20 / ETH | |
| Click to see More ↓ | | |
| ⓘ Private Note: | To access the Private Note feature, you must be Logged In | |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.



This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.