# Exhibit 16

Transaction Details of Smart Contract with 1inch

# Transaction Details

**Sponsored:** 🦄 - **1inch** - The most efficient DEX aggregator. Recover up to 95% of gas spendings. **Swap now!**

## Overview | Logs (1) | State | Comments

| | | |
|---|---|---|
| ⓘ Transaction Hash: | 0x537c4e2f2ea37a4dfba3f26246e24f48d0cdaed7a197b29ae391d744ff99d389 📋 | |
| ⓘ Status: | ✅ Success | |
| ⓘ Block: | ✅ 13270681    2291135 Block Confirmations | |
| ⓘ Timestamp: | 🕐 361 days 22 hrs ago (Sep-21-2021 06:08:18 PM +UTC)  \|  ⓘ Confirmed within 30 secs | |
| 💡 Transaction Action: | ▸ Approved 🪙 DAI For Trade On 📄 1inch v3<br>└ Check in 👤 Token Approvals | |
| ⓘ From: | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 📋 | |
| ⓘ To: | Contract 0x6b175474e89094c44da98b954eedeac495271d0f (Maker: Dai Stablecoin) ✅ 📋 | |
| ⓘ Value: | ◆ 0 Ether   ($0.00) | |
| ⓘ Transaction Fee: | 0.007751454107735484 Ether  ($10.76) | |
| ⓘ Gas Price: | 0.000000166848639798 Ether (166.848639798 Gwei) | |
| ⓘ Ether Price: | $2,760.20 / ETH | |
| ⓘ Gas Limit & Usage by Txn: | 53,427   \|   46,458 (86.96%) | |
| ⓘ Gas Fees: | Base: 165.348639798 Gwei   \|   Max: 192.785131836 Gwei   \|   Max Priority: 1.5 Gwei | |
| ⓘ Burnt & Txn Savings Fees: | 🔥 Burnt: 0.007681767107735484 Ether ($10.67)    🪙 Txn Savings: 0.001204957547101404 Ether ($1.67) | |
| ⓘ Others: | Txn Type: 2 (EIP-1559)   Nonce: 0   Position: 157 | |
| ⓘ Input Data: | ```<br>Function: approve(address usr, uint256 wad)<br><br>MethodID: 0x095ea7b3<br>[0]:  00000000000000000000000011111112542d85b3ef69ae05771c2dccff4faa26<br>[1]:  ffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffffff<br>``` | |

**Click to see Less  ↑**

| | | |
|---|---|---|
| ⓘ Private Note: | To access the Private Note feature, you must be **Logged In** | |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our **Knowledge Base**.

