# **Exhibit 17**

Three Conversions of DAI into ETH

| | |
|---|---|
| ⑦ Transaction Hash: | 0x21366b1c446d9fe317f44d07e55fc2fb34ba31e20c0d1a... |
| ⑦ Status: | ✓ Success |
| ⑦ Block: | ✓ 13271679   2550150 Block Confirmations |
| ⑦ Timestamp: | ⏱ 398 days 3 hrs ago (Sep-21-2021 09:48:07 PM +UTC) | ⏱ Confirmed within 30 secs |
| ⑦ Transaction Action: | ▸ Swap 135,567.616396 USDT For 47.62367122274725888 WETH On 0x Protocol<br>▸ Swap 18,969.8418462 DAI For 6.691425772102564685 Ether On Uniswap V3<br>▸ Swap 297,194.18892379999961088 DAI For 104.43809351138951168 WETH On 0x Protocol |
| ⑦ From: | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 |
| ⑦ Interacted With (To): | Contract 0x11111112542d85b3ef69ae05771c2dccff4faa26 (1inch v3) ✓<br>└ TRANSFER 47.62367122274725888 Ether From Wrapped Et... To → 0x27239549dd40e1d60f5b80b0...<br>└ TRANSFER 111.12951928349207636 Ether From Wrapped Et... To → 0x27239549dd40e1d60f5b80b0...<br>└ TRANSFER 0.030373675120491279 Ether From 0x27239549dd40e1d60f5b80b0... To → 0xdd9f24efc84d93deef3c8745c...<br>└ TRANSFER 158.72281683111884396 Ether From 0x27239549dd40e1d60f5b80b0... To → 0x8cc24e59e29a0f9b46f1746b... |
| ⑦ ERC-20 Tokens Transferred: ⑨ | ▸ From 0x8cc24e59e29a0... To 0x27239549dd40e... For 451,662.9011 ($451,662.90) Dai Stableco... (DAI)<br>▸ From 0x27239549dd40e... To 0x3058ef90929cb... For 135,498.87033 ($135,498.87) Dai Stableco... (DAI)<br>▸ From 0x3058ef90929cb... To 0x27239549dd40e... For 135,567.616396 ($135,703.18) Tether USD (USDT)<br>▸ From Wintermute 1 To 0x27239549dd40e... For 47.62367122274725888 ($63,644.75) Wrapped Ethe... (WETH)<br>▸ From 0x27239549dd40e... To Wintermute 1 For 135,567.616396 ($135,703.18) Tether USD (USDT)<br>▸ From Uniswap V3: DAI 2 To 0x27239549dd40e... For 6.691425772102564685 ($8,942.49) Wrapped Ethe... (WETH)<br>▸ From 0x27239549dd40e... To Uniswap V3: DAI 2 For 18,969.8418462 ($18,969.84) Dai Stableco... (DAI)<br>▸ From Wintermute 1 To 0x27239549dd40e... For 104.43809351138951168 ($139,572.11) Wrapped Ethe... (WETH)<br>▸ From 0x27239549dd40e... To Wintermute 1 For 297,194.18892379999961088 ($297,194.19) Dai Stableco... (DAI) |
| ⑦ Value: | 0 Ether ($0.00) |
| ⑦ Transaction Fee: | 0.100363442393609402 Ether ($134.13) |
| ⑦ Gas Price: | 0.000000149417287198 Ether (149.417287198 Gwei) |
| ⑦ Ether Price: | $2,760.20 / ETH |

| | |
|---|---|
| Transaction Hash: | 0xd28b221190007cdbb09e46a0c1b07ccd0c19e155d8c63c1470102baa26e502f3 |
| Status: | ✓ Success |
| Block: | ✓ 13270936    2550912 Block Confirmations |
| Timestamp: | ⓘ 398 days 6 hrs ago (Sep-21-2021 07:12:18 PM +UTC)  |  ⓘ Confirmed within 1 sec |
| Transaction Action: | ▸ Swap 450,103.143763 ⓤ USDC For 155.2671534701699335072 Ether On 🦄 Uniswap V3 |
| From: | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 |
| Interacted With (To): | 🔍 Contract 0x11111112542d85b3ef69ae05771c2dccff4faa26  (1inch v3) ✓<br>└ TRANSFER  155.2671534701699335072 Ether From Wrapped Et… To → 0x27239549dd40e1d60f5b80b0…<br>└ TRANSFER  0.128752220468623775 Ether From 0x27239549dd40e1d60f5b80b0… To → 0xdd9f24efc84d93deef3c8745c…<br>└ TRANSFER  155.138401249701311297 Ether From 0x27239549dd40e1d60f5b80b0… To → 0x8cc24e59e29a0f9b46f1746b… |
| ERC-20 Tokens Transferred: ⓺ | ▸ From 0x8cc24e59e29a0… To 0x3058ef90929cb… For 450,000 ($449,514.45)  🟡 Dai Stableco… (DAI)<br>▸ From 0x3058ef90929cb… To 0x27239549dd40e… For 450,172.416812 ($450,101.29)  ⓣ Tether USD (USDT)<br>▸ From 0x27239549dd40e… To 0x40bbde0ec6f17… For 450,172.416812 ($450,101.29)  ⓣ Tether USD (USDT)<br>▸ From 0x40bbde0ec6f17… To 0x27239549dd40e… For 450,103.143763 ($450,037.43)  ⓤ USD Coin (USDC)<br>▸ From Uniswap V3: USD… To 0x27239549dd40e… For 155.2671534701699335072 ($207,770.74)  ⓔ Wrapped Ethe… (WETH)<br>▸ From 0x27239549dd40e… To Uniswap V3: USD… For 450,103.143763 ($450,037.43)  ⓤ USD Coin (USDC) |
| Value: | 0 Ether ($0.00) |
| Transaction Fee: | 0.059732204372312076 Ether ($79.93) |
| Gas Price: | 0.000000152451186723 Ether (152.451186723 Gwei) |
| Ether Price: | $2,760.20 / ETH |

