# Exhibit 18

0x8cc Transaction History

| Transaction Hash | DateTime | From | To | ETH Transferred | Transaction Type |
|---|---|---|---|---|---|
| 0xd4cea8047d06c09189dd45bfde964f609a03ab9d513c69438805c5a13aa23f11 | 9/21/2021 15:38 | 0xb1adceddb2941033a090dd166a462fe1c2029484 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 1 | Transfer |
| 0x537c4e2f2ea37a4dfba3f26246e24f48d0cdaed7a197b29ae391d744ff99d389 | 9/21/2021 18:08 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x6b175474e89094c44da98b954eedeac495271d0f | 0 | Approve |
| 0x9343564d15a30fc66666d7f7bcf9a5fae656afbcf3614e24ec39fe875f7bf971 | 9/21/2021 18:10 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x11111112542d85b3ef69ae05771c2dccff4faa26 | 0 | 0x7c025200 |
| 0xd28b221190007cdbb09e46a0c1b07ccd0c19e155d8c63c1470102baa26e502f3 | 9/21/2021 19:12 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x11111112542d85b3ef69ae05771c2dccff4faa26 | 0 | 0x7c025200 |
| 0xb128f0a928b1c44c96b49379f2cd4b6af7e56c3609e83c8cb881ada98c4b94e0 | 9/21/2021 21:48 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x11111112542d85b3ef69ae05771c2dccff4faa26 | 0 | 0x7c025200 |
| 0x37739082035861ce939adc60edbd580efde3a6599d77f6135380f68944bcb6fc | 9/22/2021 14:54 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 100 | Deposit |
| 0x710461f1a047cc044d8e68d6cba4e55d2664217b32d194e7c4349a2bb8ac5ab9 | 9/22/2021 14:55 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 100 | Deposit |
| 0x3fdd6d07211ca355df029558c2d42ccbe5202baa7b3dc37c64aa91e0285eb558 | 9/22/2021 14:55 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 100 | Deposit |
| 0x9eacc4e6d454f2ac7f302fd4d674c75f357c531299e1f282b6728715d899cddc | 9/22/2021 14:55 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 100 | Deposit |
| 0xc6d25c5c7a77432b33642e931fb7703076ed0f8e9e786a952064204f3f8f735a | 9/22/2021 14:56 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 10 | Deposit |
| 0x0f183326eab54c568bf67a6ed035fa520b9737b1f8e93eb4b0a719bf324a806c | 9/22/2021 14:57 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 10 | Deposit |
| 0x168bdf450df0cdec1ed13da23b21f8eccffad74d24fc4a7f3589927845a50c8a | 9/22/2021 14:57 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 10 | Deposit |
| 0xf0a5f63a95a9507bc217dba81f75bc95f6aceabf054e69cd2bb8fedb80f185a9 | 9/22/2021 14:57 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 10 | Deposit |
| 0x4a1c57a07fd45eec28ef2e525da95e6658650e2861504b61ad8f2c4703e21f80 | 9/22/2021 14:57 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 10 | Deposit |
| 0xf23e1a175676f1d5cc7f11c72a553f1b036af204199162e145480b7e8cd2b4ab | 9/22/2021 14:58 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 10 | Deposit |
| 0x237b522cd32f9ee94e35e4ace72c01efbffd773db7f704d4ed05d707ed0a94aa | 9/22/2021 14:58 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 10 | Deposit |
| 0x4fd6ed2a870c3ec1df5f5cbe1b11931a46b9e2154a2b94c88cbd78adbff5e744 | 9/27/2021 15:44 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 1 | Deposit |
| 0x52e64332d22f42c58eed2a7d6682279f1cf2fd0ecbabd0ab9c179e70c693a782 | 9/27/2021 15:45 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 1 | Deposit |
| 0xc8463add084230e8aa0f557c65cd97260ba4ed710ff70069dd32c3a0a286c53c | 9/27/2021 15:45 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 1 | Deposit |
| 0x2e00084fd5119984f9691d69e57ade6ab63a0e9d964384ba465b3c91fdd70da0 | 9/27/2021 15:59 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 10 | Deposit |
| 0x13acf479f307c34e5d35b87a802e1cd9c1fa38bb30e9428f82966b95b610def3 | 10/12/2021 15:34 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 1 | Deposit |
| 0x9223b7aeb20df3cbb0af0e71b4b9be892754f02f89731660b2efc0b74afd92ca | 10/12/2021 15:34 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x722122df12d4e14e13ac3b6895a86e84145b6967 | 1 | Deposit |
| 0x16cf625fd3b9767e504b4f2f4d0d48cc85d4b9d9b6d645a4432039c6a741daca | 1/16/2022 16:50 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x1111111254fb6c44bac0bed2854e76f90643097d | 0.2 | Unoswap |
| 0x011636f3b8bcb3ca3176fff3760c564c69f91352c20cd583f33180e3bc3e7195 | 2/5/2022 2:38 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x8328f8d228450a9662bfedd526c25278dfbf5e9d | 0.088 | Claim Early |
| 0x8fb2b0895013e0256ea974ff004c5bb4137cbfcc9cfd77cb503304b4696fd806 | 3/2/2022 23:44 | 0x8cc24e59e29a0f9b46f1746b392eaf2483d75096 | 0x165cd37b4c644c2921454429e7f9358d18a45e14 | 0.1 | Transfer |

*See* Exhibit 19 (0x722) (showing 0x722122df12d4e14e13ac3b6895a86e84145b6967 is the Tornado Cash smart contract address)