**Exhibit 19**

0x722

## Contract 0x722122dF12D4e14e13Ac3b6895a86e84145b6967

Tornado.Cash    Sanctioned

Sponsored: **CryptoSlots** - Where Crypto Rollers Come to Win. **Click for games!**

| Contract Overview | | More Info | |
|---|---|---|---|
| | Tornado.Cash: Proxy | | |
| Balance: | 0 Ether | My Name Tag: | Not Available, login to update |
| Value: | $0.00 | Creator: | 0x21c30d17d9e61ce139… at txn 0xb0de81a2230a1e255e… |
| Token: | | | |



| Transactions | Internal Txns | Erc20 Token Txns | Contract | Events | Analytics | Comments |

⬇ Latest 25 from a total of 143,954 transactions

| Txn Hash | Method | Block | Date Time (UTC) | From | | To |
|---|---|---|---|---|---|---|
| 0x7db871c72c3cb64616… | Deposit | 15362174 | 2022-08-18 1:36:59 | 0x48c0ec8ccc8f23ca453… | IN | Tornado.Cash: P |
| 0x3aa7b04c8341e0f23c… | Deposit | 15362148 | 2022-08-18 1:31:34 | 0x48c0ec8ccc8f23ca453… | IN | Tornado.Cash: P |
| 0x922bcf206ab84311e3… | Deposit | 15242019 | 2022-07-30 5:44:54 | 0xe1969502f34f1f116dd… | IN | Tornado.Cash: P |
| 0x0b23b38066e5b3a26f… | Deposit | 15199055 | 2022-07-23 12:59:58 | 0x537164aa1c0e080429… | IN | Tornado.Cash: P |
| 0xa396f01c8b3c48fe829… | Deposit | 15197955 | 2022-07-23 8:51:36 | 0x7e73a8b60a82cde5e9… | IN | Tornado.Cash: P |
| 0x3807205d3eee2d1dbb… | Deposit | 15190538 | 2022-07-22 5:25:31 | 0x09a06ff11d64f5553cef… | IN | Tornado.Cash: P |
| 0xda9af3f6d7cefc8d000… | Deposit | 15061564 | 2022-07-02 6:48:24 | 0x42a105abb8834daefc… | IN | Tornado.Cash: P |
| 0x06148fc95cdc270dffc9… | Deposit | 14990948 | 2022-06-19 13:11:26 | 0x25d6e6ba3d87276ff2b… | IN | Tornado.Cash: P |
| 0x18ec24ec23146f7282… | Deposit | 14990945 | 2022-06-19 13:10:41 | 0x25d6e6ba3d87276ff2b… | IN | Tornado.Cash: P |
| 0xcb96c4fca3a58e89ba7… | Deposit | 14990940 | 2022-06-19 13:09:51 | 0x25d6e6ba3d87276ff2b… | IN | Tornado.Cash: P |
| 0xfb464da120de110cfec… | Deposit | 14990934 | 2022-06-19 13:07:52 | 0x25d6e6ba3d87276ff2b… | IN | Tornado.Cash: P |
| 0x29c4ee332e767ad735… | Deposit | 14716290 | 2022-05-05 8:52:36 | 0xa57ae59690c49c6f36… | IN | Tornado.Cash: P |
| 0x7211ec45d7ae842277… | Withdraw | 14384356 | 2022-03-14 11:07:08 | 0xa7dbb7441d1ee6dbbb… | IN | Tornado.Cash: P |
| 0xfa8526f0888017438c3… | Deposit | 14370560 | 2022-03-12 7:23:11 | 0xddc59364982a673e29… | IN | Tornado.Cash: P |
| 0x773587e70cabc195f11… | Deposit | 14355369 | 2022-03-09 22:44:49 | 0x9ac40c8a5ba491e1b5… | IN | Tornado.Cash: P |
| 0x364166390eb4c7b1b6… | Deposit | 14353966 | 2022-03-09 17:39:28 | 0xb5d870d24fa7c0993a… | IN | Tornado.Cash: P |
| 0xc6b695785dfa36ed48… | Deposit | 14351925 | 2022-03-09 10:04:50 | 0x75cf54f022c014ac5f82… | IN | Tornado.Cash: P |
| 0xb7ef39e037feb6e4841… | Deposit | 14351906 | 2022-03-09 10:01:06 | 0x75cf54f022c014ac5f82… | IN | Tornado.Cash: P |
| 0x5df88e716da3db61fa4… | Deposit | 14351002 | 2022-03-09 6:24:35 | 0xd970c9befeab1ef75e6… | IN | Tornado.Cash: P |

| Txn Hash | Method ⓘ | Block | Date Time (UTC) | From | | To |
|---|---|---|---|---|---|---|
| ❗ 0xaf95a64ca795e74532… | Deposit | 14342159 | 2022-03-07 21:33:20 | 0xef2663f6b259baab786… | IN | 📄 Tornado.Cash: P |
| ❗ 0x3fcd999d80ffde5129f4… | Deposit | 14342119 | 2022-03-07 21:24:29 | 0xef2663f6b259baab786… | IN | 📄 Tornado.Cash: P |
| ❗ 0x7b0bfc6f673beb8cb81… | Deposit | 14341180 | 2022-03-07 17:56:08 | 0x238b9fd9c5945442c2… | IN | 📄 Tornado.Cash: P |
| ❗ 0xbe8a43f63c9024a45c… | Deposit | 14339180 | 2022-03-07 10:31:03 | 0xc4bb556c2ee842da6f… | IN | 📄 Tornado.Cash: P |
| ❗ 0x32efd340b05e0ed725f… | Deposit | 14339156 | 2022-03-07 10:24:41 | 0xc4bb556c2ee842da6f… | IN | 📄 Tornado.Cash: P |
| ❗ 0x8ce62c24efe73b818d… | Deposit | 14333895 | 2022-03-06 14:32:05 | 0x9ac40c8a5ba491e1b5… | IN | 📄 Tornado.Cash: P |

[ Download **CSV Export** ⬇ ]

💡 A contract address hosts a smart contract, which is a set of code stored on the blockchain that runs when predetermined conditions are met. Learn more about addresses in our Knowledge Base.