**Exhibit 20**

Nov. 24, 2020 Transfer from 0xb1 to 0x3fb9

# Transaction Details

**Feature Tip:** Add private address tag to any address under My Name Tag !

**Overview**  State  Comments

| | | |
|---|---|---|
| ? | Transaction Hash: | 0xebedb89a5f2833313d81ead514b4e72867281bcf1178b3e1e2ba370b3b1291ba |
| ? | Status: | ✅ Success |
| ? | Block: | ✅ 11318462    4242509 Block Confirmations |
| ? | Timestamp: | 🕐 663 days 11 hrs ago (Nov-24-2020 03:10:50 AM +UTC) |
| ? | From: | 0xb1adceddb2941033a090dd166a462fe1c2029484  (0x_b1) |
| ? | To: | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 |
| ? | Value: | 25,000 Ether  ($35,754,750.00) |
| ? | Transaction Fee: | 0.003108 Ether  ($4.45) |
| ? | Gas Price: | 0.000000148 Ether (148 Gwei) |
| ? | Ether Price: | $604.98 / ETH |

Click to see More ↓

| | | |
|---|---|---|
| ? | Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

