## **Exhibit 22**

Address as Eth2 Depositor

**Transaction Hash**
**0x26a5d3571b8ad9b50cfcf046b774651264cb4e1db8364ee44f64134cbbc13975**

Transaction Details

**Featured:** Curious on Ethereum's hottest 🔥 trading pairs? View top pairs and details with **DEX Trading Pairs!**

| Overview | Internal Txns | Logs (180) | State | Comments |

⑦ Transaction Hash:      0x26a5d3571b8ad9b50cfcf046b774651264cb4e1db8364ee44f64134cbbc13975 📋

⑦ Status:      ✅ Success

⑦ Block:      ✅ 11318591      4529051 Block Confirmations

⑦ Timestamp:      🕐 703 days 12 hrs ago (Nov-24-2020 03:38:38 AM +UTC)

⑦ From:      0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 📋

⑦ To:      🔍 Contract 0x39dc6a99209b5e6b81dc8540c86ff10981eba29 (Staked.us: Eth2 Depositor) ✅ 📋

 ┗ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854...  To → 0x0000000019ab540356cbb8...
 ┗ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854...  To → 0x0000000019ab540356cbb8...
 ┗ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854...  To → 0x0000000019ab540356cbb8...
 ┗ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854...  To → 0x0000000019ab540356cbb8...
 ┗ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854...  To → 0x0000000019ab540356cbb8...
 ┗ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854...  To → 0x0000000019ab540356cbb8...
 ┗ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854...  To → 0x0000000019ab540356cbb8...
 ┗ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854...  To → 0x0000000019ab540356cbb8...
 ┗ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854...  To → 0x0000000019ab540356cbb8...
 ┗ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854...  To → 0x0000000019ab540356cbb8...
 ┗ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854...  To → 0x0000000019ab540356cbb8...

Scroll for more ⌄

⑦ Beacon Chain Deposit:   ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8fe22016735c27aa80c855d2e54ecd4598f01d800cc32c26 ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb4e95acf06c4287816dc779bcf86ee33124edd4800003d5b ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x80468c2579b577e50b1e69755f06e72ebf6ae9caaed31188 ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x852b319cc375a37077ca5674a9da5145684eddc56fb5fea ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xaf1ca8e708a088a6063ba18223909458c878d42c68d17c90 ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x89e83cc24c9c53d7ab5f3d0effb815436e27d577a5cc0441 ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x896dad2cf42851f1018529fa6b92775ed35eeabb40070c02 ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x949894777c68920cdc9de840ff2748633964458e4b9dbbe1 ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x961f8d0355e16b0aa981f3cfe06b8210739d3b70991b7b02 ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x945e3b07f647cc8359099cfec5b8d96bbe8942555ddd6653 ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x9918ddefe15885ff52aac0ecf56a9dc7262ea8769555844c ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa41f9c3114103c303ece3947e38110db8d15f2b941d45798 ...🔗 ✅

  ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x... 5b11f2591

  b5f706c ...

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x892fa9ed237965daeb88560b00b436772b96359708ce7eb](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x81bb5d670a4b119bee8a62de2fee56ec7edaaba3ddea4477 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xadab14689f8c12a37ea6daac3682bb45a57fce6afaef6dfc ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa5e539d4ef2d3750fc3b6375142aa3d2d59a4977b51f0413 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x8f7dce279dfa8148f989dd409d99561a49ce6081c6f44176 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x9740629505f30f421c6f3434bf3a75509ff2e7db67854c7b ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x85893f3497830807792a2959226a79552717fa12fc6ab1f2 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xafc2213ecec9f12ec9bb0580884f70280578ff04fc308833 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x877d4d5cc48d4f7ef4bd7ae259b93fcefdcd2272931785e1 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xaa9edc54cdf816fc49cf14c94acf9b429a55181fc9837e99 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x91b6c850658d836a60518e316e0defee14d0127348501b42 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa95a0aad2850c295268c7c7308ac8644a5caa84b6c213379 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xad499bd8c737b778e83948b5d8edb0695a6ae14360b1204d ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xadea2f8a2661c61d499a8e7fd04981e04c6c6fe0fc03c1c2 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xb286c82bb0ab1ba5d0b35db6d5425e48073055244f59f758 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x875aa0cd576bce608192fc96152e46fd41ca19c5972c9e5d ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x85bb5146c5f62e4afb83c30d91206be768e2a479bb66e35e ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa89b3f9fc3257d45e1d9697b5679abc084a5fb1d450dcd34 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa36b92df404f4e37ad21225aefe64b304d3e246b203ec39f ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa37abddab019faf27e453a57578ce01913dfda031fca9139 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x860531788f3f6508e6ab43c3b3e060f84ebc864c35071ae6 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x9632e9ab9bd3d58cc527c6702323097a4b4b704dadaf0732 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa055a416bfae9d04de89c6c282f67c2fc8b7547d759d6de1 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xb26369a269c0dc93c31129d71adf89d25c7f5a5285afa00d ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x921c8998a8ff104c32833881ed21583d77d533dfcf12e3dd ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa39719bd98408c6398853f98edd63fb869cdd3ed2ccec30e ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xb87015d46ef4fe888ca59420ee59ebe4d9bf66c6e9892211 ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xb86101d04d37ea51100bbb1efbac2160b2acfb3d88d6302e ...](#) 🗗 ⊘

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0x95c3f4444f0000e26d529dacf3789cc445daf6e00890d7fb](#)

[...eefe3b536](#)

▸ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa3fcd1de9caf413fe3fb4515ab742064e71312c170218fff ...](#)

This website [uses cookies to improve your experience](#). By continuing to use this website, you agree to its [Terms](#) and [Privacy Policy](#).

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa00dbdaaa673122dfe06f7dcff0d5e470bb4a5eba1e09ea32 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb6a79634d5f121d810fbb8c4d11859dccfacbf567cdd1372 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9885acc732116303a483ffd555543f0776c814c90ad9edd2 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa411328d71904d359fc2648e70e998b894b9a4ce0a317e60 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x95ef6d0632994890ecaf904063356a7e4d8016fb8047ae3e ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8910948d7b3ed1fcc9bff695659ff310fe2a95b1544cd7b8 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8fe2426287a0318189a8296de1e00fdb96a2198eeba31dc1 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x94ad05976065f3756a117215f6635586a1f7e5da27cf1ec6 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb13678cb717645090808de7a95f2a1076e023a7908dad87e ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa57462b847ebd727a7c6c545715ab9eadfa1c511412cad64 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x881b9185de4bf8c122fe20b3f4262fee1e984e109350f16a ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x841cf8148aec8136dfa3e5edc3f6408adf1593a705cb015d ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xab3f2a5b12460ca75bec4b8bf1a4ef7464dc648671097fca ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x81fa78d421dd00a587574a2d837cce71bcffadf1a3b72de4 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb705aa638f2a8613414473521fe0c06aecd4e79805591de9 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa214977229339d3a691011ecee110748709cea06bab85961 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x88c4184ca1fe50ad5357ae1a03238127ccac035aa678545f ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x827f924e6e5d71fcaddd91567f0db0c1ff3cbc9b976274a2 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8b6c09b6df11240e41853b4ad0494582bd7e1522d61490c3 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xaea2ea0d72ca38afba3285227a51bb19ceaadcf9e7c5b993 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb7d9bdd876c2b4ef13fb8ea3879d3da2954df02048e969e3 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8bcdc234d1dba65ebc7458bffc2bd914c7ac00bf249774a1 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8a03028868ec3bea1c07fd0c550cdd28519c54b2ef23b5cd ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb85bd72e8d599cedb9941f4c0dad69a814f39095d10e1d70 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x3dd119832d1b9394a0e6e5e6504001459c7d2ad86aceafa ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8018578b93d7edf0a57cd1cb567148ce641d19e724f5acb7 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb78139a521e0764b2eb610391d3af0f118b6fa17c25a42e8 ...** ↗ ✓

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa2116fbc0ea8ef0b1b8f628751e84436ed7f12792f09e835 ... ...61931431b**

ⓘ This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

▸ Deposit of **32 Ether** for Eth2 Validator PubKey **0x89403a0cd5c438f61ad247fd6b21c364097bb06498f16be0**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8607c48e5fad6882fa267170c7ac6906858aa47ac2c219db** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x950ebf4beeb83ed94ece80d0c89af1d5e3ed37971e23d9c0** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8948b355bab971d4c1792cf4627672179293c77480481daf** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb2a162b6eb4887a0e4e9d37e7e3d5cb223f532d02b57f136** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x85b2821cb935fe6558ef62eb5f7b06860ccf024d8c72b22d** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8cee00934039eea01df9786de93791a50354b14316ccd8f1** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x96319e58794914cd61b62f62d4a078d987d8f0571caf28bd** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x991cc62d8c2b481c547a45f6defa31cff2afccc78b105056** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x840006c24dd722307d040d622371f9095c062b35edcf0684** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8b642c5d4ccb23f98f06433d65d7715f7760373171ab4137** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8e65d1b7932ebb255918527a04414ef2372b8ec9b0b16e12** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa16941df88c662550d402faf7349cc848d03f1973bb43462** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa21f1a1800e56e64e90448c3192178ab514ecd9515eaa457** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb979c25df984851513104d3c59453da71c9ae5165eda6309** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa19d5b72cc0152de1a65541121586658e3a76e36d0c2bdc9** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa09d7d7ebf359d3789defcc8a41b9fd7b6fe2d19c452d02a** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8ee79b745415c51201b040cb5233e96da5792a7d1b878693** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x91d7e7cfc37fbde572a8049791d6a79e0475f4033afd5649** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xad92fc674a39a7dabe84d44f9ad81e0d8ea18e4bb12810a6** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb7c4aa372b931a6d75ce59201c2a62fd67e2e634b9707dbe** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8f2b63756c36a5a44c5d781812db85770bad0167ad975810** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9474e6115d4b2e37cfba50bc7810160bb0d9bf49af24afaf** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x909b5e93a30d5471a0d86c6ef30ec97a86866f5e5f8e8eed** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9690d2a34e719dad9e9dac2711c2d685434adb092c74c65b** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x91d069a286c272457be49881fe4ae728a79a686afad3c065** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x97badfb5925b544763a13471a9775ae6f28f5495623fa425** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb2a971ded117b3af9f6736e3ddf2afe102d6e15a394a70d6** ... ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator ...71093c300

This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xae372e9266183c3883a8f234d8bd404918b2f59ef3e26c85**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x992117704efd92776b7487d994ac05717c1807360ca75a17](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x89f7a862a28a57617a2e92447661ac8f4a8a78b04c47f5ad](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x93375e44d9b388fa844c831668bc09815b8af9356491e370](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa950d3ce1cf9dcb67b2a09d50366e7a6220e656285917805](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x9048d58892b3c3a55678ad51b29cbffabc1611cec3bec711](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x941563fc900024bd27c2859a522fcf654d851c38245d9dd](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator
PubKey [0x9056a79e86724e065ab19cc26aded06d76d454254e0edd6c](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa05e8e424eb38b99f0095cec9b0cec27f1b99622dd024f03](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x8682471bd5275cf69d67860c13e49af9f14b9658c0422690](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa518104e9039acd8f39d079af4705998af3499b33d1a30cd](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa766b3d76167d6933261702f9b47e405f7772efc63484dec](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x8cd2576d9a2753c0e2206bcc4f302cebe1df029b8b093dce](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xac4637c15070d1d0dca93e685561d4451e279b45aba445ff](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa5255a09e24472bc76ec6a8304319c6d6f9536ed105bee1d](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x84abdee7775d9183efe8c3082c8d3a306663f8e79f42771b](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xb2cf1138d9970e317f137f14db7c265862af5b54185c733c](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa3b3b9770abe99441bf303f281399f74e1c0ee321a958551](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x94452b7c25b333441b8c8120eb52664b1bd0320ef92cf53c](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xaf5a6026e2aaa0241c6d579240bca0b0aa14e8cef601ba52](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator
PubKey [0xa13e6340b98e2499a44d5c067fe4953bcc8dca91b5a70ba4](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa29cab01d74fef1ec7d8d20787ce0c058017e98aedd97292](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xb5c58aa768f57b0033fe5fbbd7720dd5b22bd3556c14578f](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa247845bc215e9a4ff34e2e1e01965b193549481c480ba62](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x826ddeaaafd113c638bd283161fdc0b095eb14fb014b6379](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x8c8219cdaf2dabd67e145e928b67e8e6f5716523c75deab8](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x88b8dabad414ef2659b6150062a5a40a5ef72d006c75826b](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator
PubKey [0x9007075acb3e2042da3ba9d19ee7adf7670a621e6175bedd](#) ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa7359d2294ac9cac7a23366484afc02ece69f93aee01604f](#)

[...1b2bbf7b9](#)

ⓒ This website [uses cookies to improve your experience](#). By continuing to use this website, you agree to its [Terms](#) and [Privacy Policy](#).

▶ Deposit of **32 Ether** for Eth2 Validator

PubKey 0x95d5513e33d7b2f4ee70dd1c97457ee5dd15b1c60360ba9 ... 🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaf4416cd5f04935c768b4b245228a99ddf72bff875df6cc7 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaf7f49bc5ad308e5588ef9d8247c03bdb08c44dba9601c22 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa2b0ce980fdab784da3ba234e7341df9e23a96451f6ca8ac ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8f6093d6f88421c329c17f44880dbe20efe8ba3de5f43081 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x998c51e195e0b5f8738f4e21fa46c4b57e18761dab77bb25 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x929583f09f525b7c3e795afe82920128aace67de5facf1ae ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa69baf8ec9f3e8e61672e0be00b4d14a127be6249dac94d ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xab7505ec4defbc26ffdd8041b1f06072ffbabc69b3806954 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xae3bb5950fe59add4fc1dc8401b268ea6800d0a190a7bd7e ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x87f118bdc489e44f4260d1a6935c4a66dd2b3036eaff8fce ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x85e9ec1800eb2cbfb2d34c5a74a9eee11a647102abda74ad ... 🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8ca61c379aaa22f9433bd495110d4ca433e42b9c75e5d22d ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb7db1fee7c28dfc98ebc598a35eb6d6606afa700a0a8000d ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x811eb5bc058a5877eb3175cb8f4031922d6066d4ae540272 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x85e973a2adf31c8a9d4d0153b58960e9284fcbbdb437cc40 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8e5b689bbb079a96d868621b5dd973c6fa7fd0f48b2808b4 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa7487454f96f5e7cd2dee549f6ad00ac50602264b4e72359 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa85059abbbec61a131ff49c274108daab4efccc56a3c0a84 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9652728994889b5efeecb4b8cf0e0435b01f45469b175934 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x87222e8cc074cd778508e5a442987f43f8616de901ec20c5 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb3a0728d3da75c2de57e606c397f37a1a774516f85fe30fd ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb6b4804d67f2c7cfd2c9ab0858e1c0166d075cfe390cd96f ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa72428ba6301a1856f4a16d79f52a6c0b9caff849b87cc93 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x886def2a0cebed55bf62312724248068d0d9b633d6349895 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8eddc2ed8b6325a8b8e305b0de16a6f2de6ed7c6a20eccaa ... 🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa7dd84710447561eb350061fa290717e4f1ac9d5ae9d31fb ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb37678f4f2db48ba4f16402670c608e2d4f9da1d04b13435 ...🔗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb0ad45b1fa80b4b472d7bc9c6833f3fb40c0aeb146a0d6c3

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaf134ff2c67780943bec409d8c023f64e0eab27e3c0fac9a

ⓘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xabf8525a3f0aab6a4c88587a0c1205491333cc068a0b3814 ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator
PubKey 0x99d5b87d4d4c13234b049394e3a847b9865b50dd49c5d424 ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb4e6fa3a7a8b54d727b6f04e62e117e004712fb2b6742471 ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb52d9ee3704c562d77a6dfdf97c280528d4c87ffb0daafd1 ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa27fc189b668c3feaa29c2ee5059cace7788e8f5d7df66de ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xaac55235d5a162dd735ab1b2b487235decf6074c1df0b31c ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa9a06bda7b9ce823b9e7bbf2d7a3b693bb8c3837fa1fc787 ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x914e1a89c55defdbab13377d3bff081b13b163e7abd4de04 ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa1071e5d55691f3b56efdeedb1071071abfd3acbb958cb7f ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator
PubKey 0xa4aca9eb8561e2b05d9e2bb9d822e9e3aee1745f8e143dd4 ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x85c34461121057a5565c34a3a4509fb13225cec59c452361 ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8c4c5f341152d69990e367494051178ee05dcb49526f0f1e ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xaf036cbf7e4aac918af88522128632274f2212fec800fbfb ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator
PubKey 0xa475d75d49eaeec0b8ae8c24d163936b1404415a28259a52 ...✈ ✔

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x86ce56874d0f182a1713b31ff91ec72b97ee61833bcea87b ...✈ ✔

---

⑦ Value:        5,760 Ether     ($8,877,657.60)

---

⑦ Transaction Fee:     0.734094058 Ether    ($1,131,43)

---

⑦ Gas Price:       0,000000101 Ether (101 Gwei)

⑦ Ether Price:      $604.98 / ETH

---

Click to see More ↓

---

⑦ Private Note:       To access the Private Note feature, you must be Logged In

⚙ A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.



Place **your** AD here

⚲ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

**Transaction Hash**
**0x650544e04a6eb1993027e7a2babe5ea0db573bdfa18e57b2aab83263fec55e99**

Transaction Details

Sponsored: ⓤ UUEX: Sign up to get 199 USDT and withdraw to wallet. **Sign Up Now.**

| **Overview** | Internal Txns | Logs (180) | State | Comments |

| ⑦ Transaction Hash: | 0x650544e04a6eb1993027e7a2babe5ea0db573bdfa18e57b2aab83263fec55e99 📋 |
| ⑦ Status: | ✓ Success |
| ⑦ Block: | ✓ 11318679   4528972 Block Confirmations |
| ⑦ Timestamp: | ⓧ 703 days 12 hrs ago (Nov-24-2020 03:59:53 AM +UTC) |
| ⑦ From: | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 📋 |
| ⑦ To: | 🔍 Contract 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29 (Staked.us: Eth2 Depositor) ✓ 📋 |

  ↳ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000219ab540356cbb8...
  ↳ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000219ab540356cbb8...
  ↳ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000219ab540356cbb8...
  ↳ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000219ab540356cbb8...
  ↳ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000219ab540356cbb8...
  ↳ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000219ab540356cbb8...
  ↳ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000219ab540356cbb8...
  ↳ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000219ab540356cbb8...
  ↳ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000219ab540356cbb8...
  ↳ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000219ab540356cbb8...

Scroll for more ⌄

| ⑦ Beacon Chain Deposit: | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x2d494ab9c0093b3357416365d67aa348484bd574b27d97d ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8676fa94abc961ba9af42e942b84546ca29b07c8f3a994f1 ...↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x4e1937ce94e8dce99accd05eb52acc9b8df632a3e005d9e ... ↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xac8e376ab16963d66605e4fe578956b079a9b15cc1884921 ...↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x826a6405b4eead365bb5be9f62a643c3e37d2a7ccfe48dd9 ...↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x929227a46f94c65265b03461b869eb3cef7ac856dc93f232 ...↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb6404ea7c74d6c0d603cfa69e41d396764b2f58ae1ef511d ...↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x88f1b3cdd8eac2f8bf6d4df2535b6e221b8d97f203713773 ...↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x722d1cfe33122df134d90acb44788abc247a6ca95b20c43 ...↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb289a076905b6737bc7e676b285e45fe75c4c926ce099692 ...↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x93b9ea6b970dffea42849eaba5e10971952d6f4e70828f39 ...↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x861dead3075d6d8c08071132788e821964678213b625f124 ...↗ ✓ |
| | ▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xaf6a7acd8edf01658826674bb31756c23515c332f41be90f ... |
| | ...↗ ✓   094842fd7 |

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa318f16ed494f8e59d52cb12cf2e0e472becd2e13c563fc2 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xac8f150702fc2d4e2cf18fec0e4bfd66f70a5a4a592b59a5 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa433cd15171424328d36d6e23ff3b7dff241e69afac749aa ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xac66815636ff2daf74d15a1fc831d2e8056eeaa1f033fb4f ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa2c4a7c2b53fdb69cb541cb1240e13f83cde95cb0297d1f8 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb630560d43f8cad86b5c4cbe4902aed90051b204fd56189a ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9083f9ed99263b75303ffd6742d10ac3f14a9d691f951de1 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8cf65354f594b55980f63f7b46b1d2af916c936d51291320 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x81aac7eee6d99c3fd31302dcaf2c6cf49065f878b4e66b73 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb2327fd530efedfd4b714aeb5db76ea81953e92c75cf5c63 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa3dfdb8d860a4ff67e1f0316ce98896080094cea20c2e9da ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x81806885229756437e72b55f09074c9f24f24d408b089f7c ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa78ef2929c5aacac86a9a88c4545b84f9788a0837150a192 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x87e9fe0452343da7369d99f30ca38a103d1bb80ca25e35ef ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x81ce114d4fb5facf932522187b0ed523ce380393cdb5c125 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8b46cd7344c11ca055069631457761e52b6f1bb61059a341 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb7d493f6640e8810ce2967c4ce081e1dc38297aa00df6cbb ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa6d347fae7dc7cac195d05057e4daa796c776de2924b34eb ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaba390ecdfe53d16a29469003292a2d62b102e76febfd63e ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb42860245ad0ed0578bdcc1592cc9b7b45fc1ae269663436 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x95cddbe351c5e836ea74edfba00d2d818bc262ebe9ab6ba5 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xade83eb1e218f8c8180857007716f4ffa1a518a305deffde ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8cfb3885f374d0084890f2134ffe7532a09ac8a99992bea6 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x872d9b78e6b74286e0dcae07ba7ce7881f0b3d3819741ef6 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x99715bf887613aae5e456299394a886a46850cf36edbbff9 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb49b9faa768eb961865453ce65a0976a13d917c4b38939ff ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x981dbc8dfe90f2795cdc01ff7d810743b02d92f8aebff598 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x845faa8cfa242833c4ded1edbd1261f7e7883ea3a7674a37 ...🔗✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x80e8ce7407e2dc31aac6e36bfd2d9b49e48102c8fc4187b3 ...🔗✔

ⓘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

...479615ae

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9630d2c7d1c0498631d01e1fe72c32f2127fc2b99684da2f

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x98d88538f2a7d4f48dc52c85314aad135e581c65b8462f58** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator
PubKey **0x94bd20558bd239da23086d752196909e32e9a5c99e0c7756** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator
PubKey **0xa983e7253e077a474cad2bdd89a7b6cc1dc7dbdf2c1a26e9** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb434dd63912f476205c8c1ea6fd1f8b726d213fd55fb3b96** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8a8e0a20ff32c6af15f36ac8c9720932a286ee2d1b72f8a0** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x88c30b925e51d52a713d7965e2ae07ec987fcae189c095a7** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb66ebe0aad5e96aeaf25cd1e088aefa51a32d944b861d685** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb4fb900d1e71111af5ee28e19e377725b4562e3a6a81c231** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8b2ec7e79a52f33c246b268d30ba12e6e117835958e9e890** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x887302046e7cc70ef2525ad0b56c6ae2554b6c4617b21da6** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xab6f79851b28ebdcfc576b3f43d7eeaf05c96bb95ce7daca** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xaf86271eb5d53120d5e11e8a1c113020acf36cb7277bef9c** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x80317c0e995b47a51f37ab5fb0aa90cb86015404f7a60a70** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb54a83d026ddbb0b5259f918adcd855a9ef183209e28ff34** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xacc61861ebed1bf5f956349512ed5b769096a2335832aab0** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xaf9a615826e998254f1ad8dc97387537d63c1c5b8e441108** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x875abcbc7461f4c6286c8c307245c95569107c0e7f485b00** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa43aab05fda0973b2a4e2227dedaacfb9bfcdd535a76212b** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa308aa191201f2fd2771da60749e02e316bc797b195d98b1** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa5e2e7e02cd4e6e1063d6926fd8962e1c44f46941b0d0945** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x91e417b8443591ef23292a96c5c8787062f03b47acead615** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa65532dcced00935f9f9ee2bbfaa39711e8d387d9178ffe5** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa31a9cf55f7c164da2ffbffd24515a9e81ee1eb2a6d4a756** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa92c8cea74877d34112f516ab8eacbff6caac6ef4f5b7dd0** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x852f14b7e1730a270e5b095c15c613b78f2c8f3116afea44** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8d8039b2263606ece413554d8e4c381c6ac8549c4f32d774** ... 🔗 ✅

▶ Deposit of **32 Ether** for Eth2 Validator
PubKey **0x83dd43eead5b225b60c4a640cde424a3a650ac7aa6c140db** ... 🔗 ✅

▶ Deposit of **32 Ether** PubKey **0xad7a74ff06df60ea01f00d06d3bacbcf26cd37ba5d6b84eb** ... **c1463c2** ...

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xaa1f6a58585ebcb7e7c5dc7f4ff0a9cbf5db22a9e6f0f510**

ⓒ This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xabd4cc5b4a7083fe684ac21c1473514ef82a1dd4294464a8 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x935be7c16acca03a6d1cd6ee8cfc9781ec5db6d79ad84327 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x989af0dde44f1bdbc103c4cff37e489a7a0dd5a9683a77b2 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8aae86f15c26d968969dfa695b7cd358d6cb942b74335a94 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x974eb08f5bb85650a6f2b8d8c7714a1f446e6b66b4255b0f ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb93d11ba84ad266b55bd471964a06ded8bfa6021749c5c8d ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8aeafadd28a31ef5e4308760f34c75c961910da6127a62e2 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9935e283cc4a5367e3817636eadf1ba74307c4a7da69a099 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb857d3f436889b5ecc83542fd7f63ab22a99258b5bdbdce8 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa691d68cd251fcb1777284e123fb98bb7ece21fff1a1e24d ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb8e2cdc1343e9473e3e74d5fbdbdfca57c289c6f03f1bd77 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb62e75cf5bd033ff20b618f780991a056caf07b56e621879 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa0aed942968dead73c9e613787436c3b2fc80a7d83680158 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb795975e08d9f402f685716864305840b99bafffe64edf6d ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x852a14819dd9a5a79a086f225916cdc287978915344d1a90 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb8d84b3c75256e4dc1a9cec299e30013ff6025a3d36ed819 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x92e6bc2015804a33feac08264a3b092dff7023ccecf98b6a ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x93d9946e71d2d4988d32609d05b77ad1bef67ec9c95c1db9 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x904b463c03c4861499bb024bfc7765d7bacf413af55b8847 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa3d79e65e419d164e9f09a0db3031e441d26c66ef4928d72 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x95e0a8e35bd7abbe6ce414fe48b9a87b93bf7628077693fa ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa758bf532548c1afb4a65037dd065ad37151856c4f3dedb0 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb758547cd3fdb3c784c7ae530ef99320ad4f262a617810d9 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb70aff73d58987c948b66a028634f43d9eb1d102515edbf9 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb735e01291fe27569c07d25deabc8665a088e21c4d82e6df ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8037d24b14c2a4c8ef75ea707fedda1c32075c9714cac293 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x848613e70616ef2efbfc05d9664156d9504e35408ee24b83 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xad3b1772ef28d270d74aacc37be4c92d56cfd3839af48a14 ...**

**...d6030c15**

This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xaaf1ba9e7cb1075a82ac011eaa71fb1a46feed3a5df0a089 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x99dd0e2a235404eeb8a85c4380c18aa94cf8ca8c4fba4101 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x91d5fca416389bfe437cf7bb3fb4830ba40799f4e2855bf ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x85fc66f2456730712fb3ceea33517294c9dca5cf1f3e4060 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb4ad4e1353427938e3fbe15c7bad64881a98ca48cfd2976d ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8ca56dd67cf4dcab21c3158777f88180ad10fc6ad27b11f6 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x99b58a36931dfd83e3454866726f07bb1e3c18f6e5506f54 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9220d8c3815163bcb4d00e06b0f7b93007dd95c21a0f4b93 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb4c8d6b6e3b516b68ca3c03d5fd693c9657dee5d069a9fb5 ... 🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x932ad51b5fda2dd46ff84c48fa06e2a7291eff51489cb9bc ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x93fbf682405e17d600c140dce810392c5e5e6ed1f53272ec ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x852c70db8440c12276fb1bb296fba369f30097ef723ebd08 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8b945271184017e8685107cb2458b04d849bab47f9cca842 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb638e506b87410768322dfe28237bff17c6c975e1621aba1 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa7d22d480cc20f5deea6f28e523663efd4dd082265ab061b ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa9e7f6a216bf43612980c71de38581fd49ccf34b4e892da3 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x979255f2b71d225bc6185799a9adabeac607bbbfe69161c5 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8935ff6ed9362c05920583ebc66315bd455e18509f7735e6 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa9b6e8fe3c16f4924b65bbf52deadcbad92e69806a919a64 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xac47b1547662b11e0d1d8ddd071aa93190c5c8d495bf1f29 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb4b00dd30f9cc25f4c829879ff54c4d9872dad1c89a7010e ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x95960a45da0c5c7e2ba8d7340a94bdf357e360bc9b1785d6 ... 🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8e9324ba140f946cdc5202a43d18087bba1ffd1d36e013f7 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa1d142beeffa005fbebedfeb65902301d99313d7bb24235 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x85b8ea639168efd3b068a959532f5577fc99fa7316ef5315 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8402f5c26dbf47379d4b44f22933bf31209c51f51ceaf66b ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8bd721c2135ca0dc49d56c4bb2d281c0f33b9e3e48565606 ... 🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8592364fc1ea9d3a2e15cccc0ca3ffae5454b1d7f4ca38a9 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x843a62beffe411485651672126fc8c7822712695fa9b9394

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa3293bd915073ae5292f08c2cf595b5e0da9b03197de9a44

ⓘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x8cebb2c8b2ecbfac3417ebe68ce8c84b17479106db92ebac ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb8f2ce7be8a032debcaab576f5a48b48ee9d021423edae03 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8a78885bfff710eb38be9997b3363e5889d2c7e08cddeef9 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x91ff9cb9cfce9df7ac09888350df134a5424d0e00a258512 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x88a02253721c63d9286e8d3683e0fb1cdae56e986bf4007c ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xab066d3bf1b2d970b8cabc69452d834634b86c098010986f ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8d5d08c1b288e65af670e0c90b89ccc06559c2f3749cb643 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb518641a864c0a1ed8091cdf0cd8e9f2f7736734c60fc4c8 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x89615cf2a210892c52af3fd9afaea7a03afa0130d62df07e ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa429c278ae7b8431a5c687d7150d018140ef1bc30406f7e8 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x90731bffcbabca383394d9cb387557536559b20dbbb73132 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa2f4334c6e64cbbb88901afc5c8c80871b77abc374ad2b12 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x94e7e745d19bf4ffc7bdb0e96a9ee0b2b44810336b5d5823 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x893cbd05a95bcfc6ebc4a78ae0f8ffdf24908cd5567738bf ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb4b9b26d04aa314825244c0f883a3aa9197ca30b471f2fb0 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xad54b45987773fee7cbbc5d301758d0051e00cfb4d1eff80 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa90a20e7e545cfaaa467f977c4241df2033bdd4604013fa1 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb20462243f0ddfc66b09b53e692ab7fcf544670842fdaf96 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x92a3c3c027b7de43a4cb5bb25c04892ae3a501eb6e58f717 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x98a8ee88c0862e5a0cd8d42588e30ddb889cbfa2beaad78d ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb604084b596f2acd9997e50e4d9039fca31f2ddf1c972b58 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb5bb15f3c4a88d9aecb720ef2781ade6b5f7badab04b20f2 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa1d8517fe86bf7400a63a13ce4fff684d48ec9836c8fd9e3 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb5ed543b4d47d39c0ec6592b83b4aef7cba51ac40ec6b278 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x89d08a232b9f0bb61debfe0b90195ec72171bdb149832cb0 ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb9bdda27c8cef5a1d19bb8d1a780aea49ed143c6ea95a0af ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa78d28154a894d66e591823512930f30132793512e76d38f ...

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8e94d6a7e6934e4c3c3bc8ec7435c419196df16170890920 ...

2b3f6260

▸ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x870a630a814a109d71cd7157da84796837afe72a2b15a21f

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x97f28e79a8425d19b94fce80194fccb00ff3854330cddfa2 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x969e3cbcf52b77b8e806b8ece819f6019a7f158623313324 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa4034903698ead4f1660b04eda58fbdf13e0e1efdf17aabc ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x8f8c6d85434923864c7df1fd5c7ca9ac2fc86e8f5994408f ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xaefb1c54dfd76b89ca415521628b0385f69602592909c36a ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x98cf4122be02a29f5ba516560eba85ae634d82c4440e6e44 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x82436813e7dc98d711c80c775bbce42e417bc59e1dc74767 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa0628269f7c1c94c0271834db6c718e9fa0da3df29152821 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x901cf17058bde65ecaf121a5b7b3e64bb6cd349bb0ae043c ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x950964386626a38b7d8b41c4c3f369b5f4634553aa954dc1 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa280c6e732a85be6002763b2ed031e63313ce11a97300541 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa9c52af517b0d8e1812cb048513dfff0461346fe66f1f2c7 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x9738b698b2425b2000c8cbf24c1964b41685035ed914d898 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa9fce43dae8191ea9bc8bd0864f0310f84f9e6fbc4293eff ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb97957d9ef669022ebb80943c9e67e7ae75f4e2b67d8484e ...**

---

⑦ Value:                5,760 Ether        ($8,872,934,40)

⑦ Transaction Fee:      0.826863774 Ether  ($1,273.73)

---

⑦ Gas Price:            0,000000114 Ether (114 Gwei)

⑦ Ether Price:          $604.98 / ETH

---

[Click to see More ↓](#)

---

⑦ Private Note:         To access the Private Note feature, you must be [Logged In](#)

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our [Knowledge Base](#).



coinzilla        Place **your** **AD** here

This website [uses cookies to improve your experience.](#) By continuing to use this website, you agree to its [Terms](#) and [Privacy Policy](#).

**Transaction Hash**
**0xb70cdfc69c9f16a9ed2724d2116e036b1deb0da4aece814cedd9ba637eeeab34**

Transaction Details

**Featured:** Wallet-to-wallet instant messaging via 🅑 **Blockscan Chat!**

| **Overview** | Internal Txns | Logs (156) | State | Comments |
|---|---|---|---|---|

| | | |
|---|---|---|
| ⑦ Transaction Hash: | 0xb70cdfc69c9f16a9ed2724d2116e036b1deb0da4aece814cedd9ba637eeeab34 ⧉ | |
| ⑦ Status: | ✅ Success | |
| ⑦ Block: | ✅ 11318782    4528886 Block Confirmations | |
| ⑦ Timestamp: | ⏱ 703 days 11 hrs ago (Nov-24-2020 04:20:07 AM +UTC) | |
| ⑦ From: | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 ⧉ | |
| ⑦ To: | 🔍 Contract 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29 (Staked.us: Eth2 Depositor) ✅ ⧉ | |

    ⌞ TRANSFER  32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019b540356cbb8...
    ⌞ TRANSFER  32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019b540356cbb8...
    ⌞ TRANSFER  32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019b540356cbb8...
    ⌞ TRANSFER  32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019b540356cbb8...
    ⌞ TRANSFER  32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019b540356cbb8...
    ⌞ TRANSFER  32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019b540356cbb8...
    ⌞ TRANSFER  32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019b540356cbb8...
    ⌞ TRANSFER  32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019b540356cbb8...
    ⌞ TRANSFER  32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019b540356cbb8...
    ⌞ TRANSFER  32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019b540356cbb8...
    ⌞ TRANSFER  32 Ether From 0x39dc6a99209b5e6b81dc854... To → 0x0000000019b540356cbb8...

Scroll for more ⌄

| ⑦ Beacon Chain Deposit: | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa248e251882cc86c2b5177f57abd595772fd34ff28635678 ...↗ ✅ |
|---|---|
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb6c071819d6957b8ec23a56aaa2158ca8f0c97599daf7c13 ...↗ ✅ |
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x2eb078e312a0fb72cec39ba3d19af4f5b069cd44f172cf5 ...↗ ✅ |
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x841c33ff3d03f38c32bd77b9395494691e0317b4fca863df ...↗ ✅ |
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9349c983053ae43bff86bcab2a7ff95fbc695e4214555d16 ...↗ ✅ |
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x85d88a1c13700c319a81ea2313ab68360c491fd242425b1c ...↗ ✅ |
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb1df94d07ae50a7b52ce707fbc734b9667cfaf657c6cadc9 ...↗ ✅ |
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8cfc90335784f6e598a8975c677627953a2a7090ad62ed88 ...↗ ✅ |
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8d4b8ad0de16f0929f55016458bdba574d8d83423796c4a2 ...↗ ✅ |
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xae9547d0fd868c718266a3e5d9cd8d526b2ff5c1cb9a2daf ...↗ ✅ |
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb81e6480ec6ecdb3bb69cc27eddb6856eb8593855c2d917a ...↗ ✅ |
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa38a2784441ba63b5ff1b5d1e58b5e822366a47bffc1c164 ...↗ ✅ |
| | ▸ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb5b2024f6f312b44889817e2c3c600fff0f11c0ef7a2ebaa ...↗ ✅ |
| | 0d835bb8 |

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x87660d0d599165557a0a65fa20fa9f9pfed97b516d2c5b597 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x816a10989ff4ee0fd12a10bf4ea08c73166cd2331bd38a0a ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xad260f2aed82ae75524f14536dc639801cb581137a904a18 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa6c03e228b9d934e1a652e4481317eb36e577d630ce5ff12 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8b51b53c9bc50628440c33cdde22e968e0da7c3cfb5c5e15 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa1461b2d26234a81c4188d421b9e924cc941ab874838cf5b ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x90c5604c27999d31a627cae3881ddfa3ee9ed6dade92751a ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa6c391135b1fc79e5a36d1ae9dcb1c63eb3934a1216951fe ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb83bbf20c6573017650b3b691a2ee266c1039fb71c1845cc ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x93b4b1f47c51c87eeae39fde09f0b8b75805ff5c7681f115 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa7cc12e859416244c93309a1cf17813ee57bc8469894a4be ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa8e3b3d3e6af5fcb7e6679a5778e1368495df8d13be4c81a ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa9fd92298665b5f52cb47cb95b7be4db7381dc45fb4aed3d ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb392c494d1c9bbd1b0d36a329b6696a8149881515f8c9a7b ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb7a75cc125dbd99e216e3c9e3e5fb051b25556d1ee652731 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xad819caf2db9269580d21f8faea1ed6fb3769cd46c997257 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x83858349dca611449423ff913eb5958d79510ba726969bf1 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa4235af2958e76fdabbac2adda8e9740a3a773fd08ea55ac ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x84000bb0827267074cce2971a47eb8991a405666462b49be ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xac92bffa9d9d5d87a9a625c051ac19dba1288d163d32f72b ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb12c18699f7a6582884a04c5a788cf252d472829adfb71fe ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x860b8b518532ce16f1d2dd82012626c27915f2781bde6b06 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa9d5f4ad8c7c7ac91d525415e99a6931e435d6113f2e8f4a ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xafcf58ce4eb1dc5e1ad1fcfcadf8ba9d4ae3123b566b55fc ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa16b6f686b433258ca9e98f8eae850f4092e27f64043178f ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x922188942e72259d67cdff8b01436202ca2fa232ecb17a84 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x90382c46b22f6ad796997a6680de634c162daca8d6b90308 ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8efbd182f905e24be21c43fe854d5bad1170b43f07c61c1a ...🗗 ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x93f7e84b6538d9a22d56dfeb4b615f5740427a2a94e07446 ...🗗 ✓

0x...8ef9c9b22

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa75e0663b464894ff01b95499ff28efd08caf3c43e6dd642 ...

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x939f3c093d03a71d344ee0734f9c1d8447232eda32ea2928 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x988b960bc3528760227f860f97f79a5426ab8ade01099e9d ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x89c289fe101369676e012c466183483554caf62621473dc7 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xb0ebef48beee2b791ad95d7d432662617c20e944b076611e ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa4f54068ddc5947815710d48a65a982637f894ce49dc84ae ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa9e26495c391b68eafd0f7b3a74f1ea542e58263c8fb8e9c ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa85a92aefeb2f03cbaf98f3d447bf50d6397ada9e65c3a9a ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x8607b1d43000331652fb5c9d31f44630dd6d17139dd1b1a5 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xaaa6e95273021ec0531e5714fe886d354a81575a543bd2aab ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x87c7a3f544278b4dfec7459de2acd3aeebbc5a02889ec232 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa49cb907ddac3c8b53e63e159ebe981f915fb93dd081ee56 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x81a7ac1ae28edcce8cad1361fe1be51fc22ed9e4f4179526 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x8c9445a62630aecaa2eb9b2131b86b5cb4d091b1faac700b ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x8d9ba5158f9753107f958366d75b4286bfeb3692adf358ae ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xb366209ade48ad4c12abbdd926f4a2d6f7bce24086ca8d76 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x986138603703ea693394b2b51fbf27228ded2af8af89feb6 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x810604e7dca88072b38a6208499365770bb31c080f548e1e ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x8f45f51becbd525233d4a53ec6d31ba6a83cb76a0a8c90e2 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa02f5073b20d214842aa8aebea5675f5fe60ec72db43b7e6 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x821477d767b870fd9107aa95a027dd30830f084220b2f5e0 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x8818fbda5b9f91126643928076ed1dc1635a2b9f7e711f1a ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xabc18b397cce3124b61be8fc0bd916606495094392f22a55 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x90788c6accf2dc90d01b79fe13beb48a68e109ab3086d818 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x8f15107460d3a16db4efacd4390c4b29ce10fa4eb4819f2b ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x819e277e5932901882407373c07fd406acaf8069fd5a8974 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0xa731618efdda47d72bde3a8ac3b3bf820369a17e965406a5 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x8008c5506d9913204a747822dfa49c0729a93a10bbc7a9b3 ...](#) ⬈ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey [0x82ac0117440f995005afd50b6c56e77670b466597deb3f85 ...](#)

ⓒ This website [uses cookies to improve your experience](#). By continuing to use this website, you agree to its [Terms](#) and [Privacy Policy](#).

▶ Deposit of **32 Ether** for Eth2 Validator

PubKey 0x8e839cec666... 9b149088f0a3f3b0ac1b5bd7492a9089e ... ↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x8d796350f9eeec6fdacd5e77da1930fd4ca2efc1dcfeabfa ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xad900ba394b832e6c663faae06d0e4aa1c38fcdb0901ad55 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xb960b884847befe2681db83fafbc4e44bdc4b823e000bb50 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xadea4fd0a2563dbf4207d2ab264eb01e92354f1592898833 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xb1881976d2d4d71918401805f1d7ef2eb21bb6e4ce77bd65 ... ↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x8a491158ac3cf2cf25f85228c60f9f13616b38b4be2a0425 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x8fbf2cd24f7a9592de75421756ef7d915c1b53a7a25e8566 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x835e96b7a969b3eb9e02082ad5e8f174ddd730fd5debeb8a ... ↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xa1325e06a7fcadbb4b52154a0f8c8175c755dfdc86ee9ed1 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x8e2b8e44ee365ea45dc58b839317da25a24829372af20886 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xa4e5e60dfaae99bc4fc75d71f216f2e407134fb6f7852dae ... ↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x8ed51a4e0080dad24705633f3a128d172495fa0889430dd5 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x8893eefef826587d1e80f24967daf180e2d3af0661b39a74 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x8c5efa9cd28c42f2207ce367440f5640a9caee5878966312 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x8fd25e430c7343e21ade5d39ae730d853325ee8200ee8512 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x990317376dfb1fd67e7a12a815eaa43d287a31e115aa895e ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xa2ece69c0fd7cfdc88e1d32bc8aa3af1b92d8c9c0b13f22c ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xa1e562c5ea9593cbaa9fe0cbbedeca3c1cc217fe880c87ec ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x821c21c56d21ff1ba773d2936d5254295c4122212961fbb7 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xb188e74542815a882f55bae19c0b815707f3f062f3fcca06 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x87b5552440a6dd4ef30f39369f00f0b6635549b86aa7716c ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xaaa7a332e371a849b6711b86cbb6d36976b61fa761a5c610 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x895c36a61516c36d26abdee03aa5b437f60f215766d31d18 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xab13b1c2b086348e2baf16a3caf0a1a4802d150515a3f050 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xa547aad234b3f605648ae2afc35592910504e3b50e79ca76 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xa05bb8ff1588e257a1d0fd7acbe76d86cc05b5936aa32c40 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xa3beaedf1bd3ec8872a64eda04f4b004d91c23ac920a3ba3 ...↗ ✓

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0x803819c1aad0c1938947a15c5db16826ffc1c739ff194a03 ...

I91a68dff9

▸ Deposit of 32 Ether for Eth2 Validator PubKey 0xaf6ab5fd44b60c322bf457c5eb2e80d319e8cbf8bdca25d0 ...

⊘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x80b293cf309c0d8929073e383c118e197812a9c3f4568ab4 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb19c053ad6f25321e2776d11d85a6e65a5ac332ca1d2e257 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xafc93cef95552eed355d1142528fe819a78e0d9cea8d3f86 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa03505b12e804e195675e4de7e3e59b2cb1d8c2d9ea5a843 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x84016f4bf95d024eadac70adce7d409d48991ae067495edd ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa400748cd11c316a0ebde5ad20bd7d1bf85f473726bd5b79 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x88a701a6add1bf0b59516c54aeaf9141267df519e4063c15 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x92820ce33c216e383cacb236d198029d9bd1fc1ffb6372fc ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb51df07fa480ef327b1f3f9e3da2a72900aebfbd4bb5b3a8 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb59163b7668613a08bbf4022c25ce17cdc732f0cdedd44c2 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x943230efc92b826d3a7ea1528b9867cf6e252cfa4258824d ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x853538abc03a55ea5511a71c3c1aafd70f7380bd64cf7572 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9380a3bb62befc37d12985386ae64c92fd4aa31e9887e8d8 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x86763b20ebd51a91e3f1677596f1084a80bac5acefb7a933 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb917c22d544dd85c4f580c9ca20d7d9e7e10a553c1c834a9 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9c3b04d4563ba10fc49315d81059a63f0e0c92b633b5636 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x869f1540118942ec2367204bb717ec8ddc294ef5ffd5b8b7 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x96be24e4e4d370c895c1e2e51ba7d306eaf6f6924123f601 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x924fd63460ea419cdf35f95e9b5dfa6252f2d33f497ab344 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb10615ef0b3055547947821de53698049c5030311fa4e264 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x88dfff722ad7a38ac626cedf961d851945782a9e2a17d619 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8eec50ad6787dfc831578a51840f5d3ad8052ff493413efc ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x839fb75131169795a8d1e7ae100882f5d98e0d5fd3782b9f ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb28c79dcf5c38510e45ca1d5230f7e9617f2d8d34e7ffc52 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb45453f0b80db187404348b34478968684698f08a0bc9a9d ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb23a88546e35f18d851a3ca7ce88131d3241e9f6195f1bf6 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x97826ad9704716af8e977f2907ef13200e52088ad7c1c219 ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb3fc192e2815b877fdd71cb3e94ce5d209bd556d849ff75b ...**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x779ec024a9453ff65df678f32476bf58e79640617362B0f0 ...**

ⓘ This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa42f3b6109f794e2a694d49873e3bccac96d23a97380eaf9 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb54f02c6febe5d87aed6055624712da1632a7a5ebedf231f ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x84858a98311e2956c87a52ccefcbe958536063826c32aa33 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x86258c5340e96666d4bad58c62bf92471b7e6f3cbab7e770 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x80315128dbd41d9086e1c793ade0282de9168624e497fb60 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa377d18e707b0edc4d49d58bcf894ae0b77c10ac2d539c57 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa1aa0922a22139ec7f9913968bad35313859dd2d03ee48e6 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x8bca01228ca423746b840dcd6ddffe9be6352d6c315e6ac2 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x8fb8a2c0645385fd953af8f25a9ae3d90daa118f0ed79dd4 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa19d7d0b2386e0490cf5e97f8c29ed1d6dda73be4817c160 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xaec8d00dec5190349bd639ed3cb41408e8d336538d6cf915 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x8665752fb718d9bf4565cd0be6e58ab7a025945b69dacc16 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x84875cbd640a3f5849a8362dcb561a9101c17dced83121a ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa45bb05e0d25e2cee038f15f57833bd4851cff90c272dd79 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x2d6652dce27d55d9775ef104eeac190ef2baccdd7ad7ade ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa7b5c5348022355df302df12f6ee77108180cf2d4b177e5d ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x990514f91b828797d6309234fa955ff841c7e90311656393 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb40564fd8cde91931214d8595c4a34a86c9e20f43395144d ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb7f8c23fc047bfc6ed9395a4ce70b74aa5eadd030d58c94e ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa654c565f1892beb0c32856ee9f292cf512ccc93d76d8473 ...**

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x848d5f1ac4980e57a03b6ab038e58314e157540880d78175 ...**

---

Ⓘ Value:                4,992 Ether    ($7,663,568,64)

Ⓘ Transaction Fee:     0.869412144 Ether    ($1,334.70)

Ⓘ Gas Price:           0.000000138 Ether (138 Gwei)

Ⓘ Ether Price:         $604.98 / ETH

**Click to see More** ⌄

Ⓘ Private N...

🍪 This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

network. Learn more about transactions in our Knowledge Base.



Place **your**
**AD** here



This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

**Transaction Hash**
**0xae63c1bd58445aae210bddb6befcc9e689b1a5b1b9ed96a0bedde469e572d8f9**

Transaction Details



**Featured:** Curious on Ethereum's hottest 🔥 trading pairs? View top pairs and details with **DEX Trading Pairs!**

| Overview | Internal Txns | Logs (132) | State | Comments |

⑦ Transaction Hash:     0xae63c1bd58445aae210bddb6befcc9e689b1a5b1b9ed96a0bedde469e572d8f9 📋

⑦ Status:     ✓ Success

⑦ Block:     ✓ 11318884     4528788 Block Confirmations

⑦ Timestamp:     ⏱ 703 days 11 hrs ago (Nov-24-2020 04:42:04 AM +UTC)

⑦ From:     0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 📋

⑦ To:     🔍 Contract 0x39dc6a99209b5e6b81dc8540c86ff10981ebda29 (Staked.us: Eth2 Depositor) ✓ 📋

    ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
    ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
    ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
    ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
    ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
    ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
    ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
    ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
    ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
    ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...
    ⌐ TRANSFER 32 Ether From 0x39dc6a99209b5e6b81dc854... → To → 0x0000000019ab540356cbb8...

Scroll for more ⌄

⑦ Beacon Chain Deposit:     ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xae10b05588ff4654f1ffbcd4b322ebc957df1d34ec25a9d5 ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x976d4cac3e8330b9470e85f71001529587e8c297c05c3569 ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x850ba85084834e9e32fa2c3f0459154db544d214ae3f6dec ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb66e914ae7bfb8641f1f9cbb408e8ce922ce9f491076a039 ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x943722641298da34e499c68fd6ab7b3aa474d134a0339f37 ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x978fc93cd7545acdf1d42bca3545f0af9ed76a2df6d885cd ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x9206b5b9faeb9cb383fdf6042c01e2f304a5ee2127d97321 ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xb84fcdb0f80ab436625c1eeaa8b114cb65d365ae06ec9f0c ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x867942b357b5fb5194b5443de84d63fe8d80424245d6405d ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x909738fbacc1558039fd9de27f4c8d3dfe4bee147503ffc8 ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0xa2c40f817dc61ac255c9e981d5ed929ef151e648f839ee8a ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey **0x8e4a8deeba38a1a0d0bab774ebbf72952ccbb20dccfdc1eb ...** 🔗 ✓

    ▶ **Deposit** of **32 Ether** for Eth2 Validator

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

...85701a8cf6

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xdeaf9f47f1ff9b7f0b092c848a8e9ef70f70c30d8a26f8a79 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xad2898afdcad3888e97ca2f8199878a6cab8d925221f712e ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa39a5de7832d8a8246fb3307e5d7efbb22513c37e6b828bd ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb2d80c07fa11674d2d9871bf2c0fcf355a69b06a60e92079 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa01326eb7b2d0cbdafbf08d14000cf25f1cc841a2cb14f75 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa662c5688767577167c66993811a889b7a9e90ed804f8433 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8bd8ddbce64064ca42617779a07a69717f8380c04ba97420 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9006ec56e0f205b00b3ba0e09d64acfc9cd40d45c7168520 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xaa96cd2ef3c5b30d6a6fb7b177d47ffc3acbd32a7f875694 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb352f9cec15c3f20ae81b0ca755d87fcafd1152747366eca ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb7d2d18f59bc1a071fb01a461face97ac26309d404793dab ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8fba9abf96111c66074fbdb4fde47da27515d25682bf2ce0 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x985120e308175014ebf61bda2e40b9e36f1b01d1da16af45 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa31b3f092f2f41512bd2916052f9b97e2172e1684d4897c1 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x95961c3540a7907cb1fc9835af02e81cca93bf0aa633756b ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x99f09ced37727248b08070f1a8163dc8453b909b223f2073 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8e1c28207f582303168c6f6a908a5bc314566d648a130030 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb2fc475c2876e2eda588c1e391cac243a3ca4c09b39dda98 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa0e00913b81e6d8aa3f15e6635eb9e5a435689c133600b27 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x9540dfebd37f682d706a4060718c7239b04e2f6dd2cb174a ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x97f56c90b90ec11755afbb1cfbb9c946105c8250d73e0f7c ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x88a15e6805370b07d0ece0b5b82193aeee0c1e2bb145cee8 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb7ebfffd46dd5b2d857ff6bf695fe0ac9157ad3e732eea46 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb760795e89b5b4927a50d70f58e86c10545f728fb0aaa045 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xa142815e15c8e1ac6a039b2bc8445585a4461fd952291085 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8090a4c870571aeae82e2440235f3c1bc895fffec001ffe1 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x94d681f25fd00c06f39357fbd0648ac5ea843e25fd3828d5 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0xb8018230a0e172d5de2c28e8999b40018bb2625b778215b1 ... ⧉ ✔

▶ Deposit of **32 Ether** for Eth2 Validator PubKey ...603df9a69

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey 0x8035b8ba7a4cf030b70a5aa5c0f1ba19b125cd9358ed0209

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8f7787fdeef5e58bec0286e1312149094acd9ed406c41f21** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa244291b5b784af07ef5b80cc492569abea85e66d117ef64** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8f4128ab8daed043c83db5f65b6ee7c10dad0e77c99ea702** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x95c9337160db7d58b22043e19614d21c6fcd7c3bf3748ff6** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa9ade899aae2f86758e97c10c7133b03c8aa97402a6d4ba4** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb1bab3b21db73e15b6ca6b09b401d9ad2f2645433c4227df** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x821a87d675f50d17d92441d6ca3b8059f9623867bbfe33df** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8db40761e3a2592b2e8adb3e5e201bf8dd08ec8704c0f4f6** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x94fae488df54444e7afd461582a60c67a76ad1d9e4772e83** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb81e1af0d9009d5df613f847757008e75fe41bf422334763** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb0e6efd35bf430093c7ec142489b0118321e594f6b389819** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa6dbb744e9b76d6d165541f75361389bed1fa78ad505c29b** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xafb3f70074b57860239dfda078438b9ccf230c171aa38580** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x84c30a63f365b6c208b1e16b2bbf3936994ba40bac15f673** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9270bc3e3ac20173c5d244858e4faf781f33b462a0f0ac87** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x80d1db6f7f690d3846c60784ece33c6b94d88b03d429357a** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x997bf3726a323350636df9b4209f58b0d48de0115e31625a** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8da139f6202f750093ff7a15cd97302b2861b01586d892ef** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb2723736de15c6f0cd7003cd19c33d86f583cc98f54fbc50** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa0b6492af3a3d234d69ee49b041e76ab9ddd577d7120ca92** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x89eb4070690a7c087ec3d61336717ae04ce1ae43810f0c0b** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb8bd2da956b7ea6e686771c78654cd723bb5b4b9773c7940** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb4bbfba865787629b95b4a32fa14f79cafd1eacce4bb1397** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8e434dc5cfecc14dbdacff1e8ac9910577140d37f18f5fda** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x91a9b8ed2de226cd737cceee5e0b30dcf426774c41f3efc7** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb6fdeb18ea8cabc11e5e5d216f46eddfd7ac5f4b11ce357** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8be9b440861f69b5efe969f9c66a674c48bb3c7fe578e57c** ... [↗] ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x983463a9924b523b152df74b39bebdfc868a08e854901e44** ... **938e8957**

ⓘ This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xac530b551950ceec7aa5a2eee95f31a1433a96a9c12b3029**

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa5306b706f574a5114fbafbaa94bac4bb5dd718974229f41 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa8867130eab20441134eab06d22011a775b2c996c55a75da ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x83bea68e2e8be846dd6201d89db254667aa05cd562df46a4 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x80be8741e1015d9daf477bb63e4fc626d6f9aa58263d6dc6 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa7753752f2ceda6b11204cc5ac9a211033019bcc05fcaf8f ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9611afbed3abe7f936cfb20d962aa29071eb939d3d3b5097 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xad43787f0906e00b3a5787b1f07aab6ce9188cbdfaba70f1 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x833d7a245b99963d9991fa96a0a11e569ffdf229eb03378b ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x952a8851da150931244dc8d77100c12eebcb641f9adbbd34 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa88af6ed1bb69bf6f1e991d9a8e123fef06b608d41c66c54 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x951e508153504bd76f556c2e1313e364e0bb2cb35c48ac7c ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x84dbb904aba1d1fecb107690f44ff2470baf02bfa3d1c5e2 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb9cf2292e4114aca22246268c824329920765b227d310673 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x862b1666bdf7f50a2a8ee9ae1cbfd52bac2a7a5667cedee0 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8ed5cfb7944be92583bcd0b82d7962076d71b89fa1f38348 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x9503af5e8e792c0de280c7e3495288fbd01752fe3dca81c4 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8d073a4b0ade5583613fb9de2c46079e447528a769833199 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x884401852e6ea6fb1ed86bd5de5b547c594e9a67c7f1e0a4 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x97b27202abedf0604d60067ff2e460b65e0f4c86c51fd022 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa099fd14e5bc726534e12e02dba21e527dd414373e94d821 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb05b3ceba15ddbccc61749a873b25c7fe126fc4ab5e5c4b3 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xa5aae0f6377ee564e83786a6d44e23ed7d2f1359bb7e5c0d ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8b874c1079ec8a289327be04ae5d5998ea94d7af64c50d2a ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8103847a2c0eafc41e15b9eaf2f3538c3ad12c99ebe681c8 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0xb2af52a493c783e1676644bd18b5b88c16bd5e1628bab572 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x8851e8ccd755b7c07e34d0b3d230c7dfd326844c45eacdcd ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x87989c7ca2bea7b8571b235310ffb86680f84641bf2c8639 ...** ↗ ✓

▶ Deposit of **32 Ether** for Eth2 Validator ...49e9e3a6

▶ Deposit of **32 Ether** for Eth2 Validator PubKey **0x907a8f399c66166fc8e6a5b88f5bca75642fb5ba6195326d ...**

⊛ This website **uses cookies to improve your experience**. By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x915d998a39695c1f180d9020646e2bd6ecbfb0997677f427 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8f30c1e8ca1d829eb808da2250264c7a6cc70460eec4f7f0 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x89b6f82dea9aad7f06600c5f1eb32009863f5c28a2d96e1c ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8790d478481b9b67ec9227236d6263b5f9232e1dfa9de877 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa3ceabbf9af85f8071aae92a2eddb3c537ab938425ecd5fc ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x83c9c00c887548e18ff6174f9fbe10d62749381f2c210396 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb7dddb32dcbb17d4e4dcd562c7d277eaea40445aa84c87fd ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa90e888179080cda6f9940d6a4cbece4ca3a4559dde0af04 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x87430205d67ddc3185c7ebced652e66b6ab96c9ae63d0771 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8156ec575977e0b613624035d4f29b59e9427fe89d4e4a03 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8996b799ca90056b2d24e66b2ae59173a6be36d9fd634f76 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x80b83c9717a14ba7f7f079174eb2d8009944e43739e423f8 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa63355e38969650563b6be8038ea004ae0feaffbcc15129f ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb380b08935de5ef195a7a554ec4202aa273a20d173cf5a09 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x93fe514c5fda3bbf832abf8fc92017f1f4c11f8a8e089368 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb88594c8b78782d1c00fc34f44c0d49b5858fbd0700bacbf ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x85bd59221266db645d85c3b2f3997af10cd76908024d8422 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xa97b2e885fc29d1ae2ea92f276b6351ae49eeec2e00474cc ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x81acc0c82fe03d0d7a5ca8b35c755f25b7b63c0f9c6649fb ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xaed7370d4aa1e0148a93ae7c070d7d48bcb72c72f700cd0f ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xb73566fbb9a8ca787280e9bc8e79d5029d82f4be4266c7b1 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8e1c34d564b0efc2e46518aa83f2045bc872a23985e5bb60 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xab7016047640dabbea1c72010567401747410bb86d40abd4 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x88a79dc4bebe218e4e77be13fac79044d3bd1058a5466a09 ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x8f6ee77032d8ff31195e16602f10430b25a6d5599140660a ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0x891a4219135360ae0c35287f8a49e297c8d89552fc25984e ... ↗ ✓

▶ **Deposit** of **32 Ether** for Eth2 Validator PubKey 0xaaba059a400e29377123126476f551d23775706dc9f9ee3d ... ↗ ✓

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

ⓘ Value:

ⓘ Transaction Fee:   0.009090314 Ether   ($935.07)

| Gas Price: | 0.000000114 Ether (114 Gwei) |
| Ether Price: | $604.98 / ETH |

Click to see More ↓

| Private Note: | To access the Private Note feature, you must be Logged In |

A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.



coinzilla    Place your AD here

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

**Transaction Hash**
**0x0e8d76271666e7f6fc645e0513bb4b161d135d93a7002b1665e35df3ecb92980**