## **Exhibit 24**

Details of Binance Transfer

## Transaction Details

**Sponsored:** Pillow: One app to store all your crypto & earn up to 50%. **Sign up using CRYPTO10 to get a $10 bonus!**

**Overview**     State     Comments

| | |
|---|---|
| ⑦ Transaction Hash: | 0x1e6a8fe6e1f1b0ed3bb10c459e5f471cdc5010babe3eebcc840761848626b4b8 ⧉ |
| ⑦ Status: | ✅ Success |
| ⑦ Block: | ✅ 11319404   4241621 Block Confirmations |
| ⑦ Timestamp: | 🕐 663 days 7 hrs ago (Nov-24-2020 06:29:54 AM +UTC) |
| ⑦ From: | 0xe0de55d82142f6735c4f168093150e785eb3635a ⧉ |
| ⑦ To: | 0x3f5ce5fbfe3e9af3971dd833d26ba9b5c936f0be   (Binance) ⧉ |
| ⑦ Value: | 37.416023813 Ether   ($53,241.88) |
| ⑦ Transaction Fee: | 0.002289 Ether   ($3.26) |
| ⑦ Gas Price: | 0.000000109 Ether (109 Gwei) |
| ⑦ Ether Price: | $604.98 / ETH |

Click to see More ↓

| | |
|---|---|
| ⑦ Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

