## **Exhibit 25**

Details of Transfer of 2 ETH to 0x04e

# Transaction Details

**Feature Tip:** Add private address tag to any address under My Name Tag !

**Overview**  **State**  **Comments**

| | | |
|---|---|---|
| ? | Transaction Hash: | 0x05b11529146499ce4d33f3f3f5060023d7926f50cc8ff4442ecf060b7c57df33 |
| ? | Status: | ✓ Success |
| ? | Block: | ✓ 11800959    3760073 Block Confirmations |
| ? | Timestamp: | ⏱ 589 days 8 hrs ago (Feb-06-2021 05:47:04 AM +UTC) |
| ? | From: | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 |
| ? | To: | 0x04e16b2919cf639d0d0b046f550771376174a81d |
| ? | Value: | 2.21 Ether ($3,142.16) |
| ? | Transaction Fee: | 0.003297 Ether ($4.69) |
| ? | Gas Price: | 0.000000157 Ether (157 Gwei) |
| ? | Ether Price: | $1,679.14 / ETH |

Click to see More ↓

| | | |
|---|---|---|
| ? | Private Note: | To access the Private Note feature, you must be Logged In |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

