# **Exhibit 26**

Details of Transfer of 0.6 ETH from 0x04e to 0xb1

# Transaction Details

**Featured: Etherscan API -** Need higher call rates ? **Sign-up for a dedicated plan today!**

**Overview** | State | Comments

| | | |
|---|---|---|
| ⓘ | Transaction Hash: | 0x0920f212494a364885a1d2110fc189da50e8d009ce195e10e269322c942cba03 📋 |
| ⓘ | Status: | ✅ Success |
| ⓘ | Block: | ✅ 13824559     1736476 Block Confirmations |
| ⓘ | Timestamp: | 🕐 274 days 18 hrs ago (Dec-17-2021 07:44:12 PM +UTC)  |  ⏱ Confirmed within 30 secs |
| ⓘ | From: | 0x3fb9d44bc83d0da2902e6230aed42fc219f8a426 📋 |
| ⓘ | To: | 0xb1adceddb2941033a090dd166a462fe1c2029484  (0x_b1) 📋 |
| ⓘ | Value: | 0.642936621192209 Ether     ($914.12) |
| ⓘ | Transaction Fee: | 0.001777228428108 Ether    ($2.53) |
| ⓘ | Gas Price: | 0.000000084629925148 Ether (84.629925148 Gwei) |
| ⓘ | Ether Price: | $3,876.37 / ETH |

**Click to see More ↓**

| | | |
|---|---|---|
| ⓘ | Private Note: | To access the Private Note feature, you must be **Logged In** |

💡 A transaction is a cryptographically signed instruction from an account that changes the state of the blockchain. Block explorers track the details of all transactions in the network. Learn more about transactions in our **Knowledge Base**.

