# Exhibit 35

WhatsApp Exchange Between J. Stone and S. Kleiderman



 Partner 4G    23:45      32%

 **Jason Stone**

Arben is supposed to be setting up a call with me him and Alex now.

That was always the plan, Shiran—I promise you. We decided last week that we're not looking to negotiate any terms for continued involvement moving forward.

If we can start working with Gabe and Patrick this coming week on quantifying the errors // them defining to the company decisions it needs to make RE locked rewards etc (not much, prob 7% of profits); we can be finished returning 100% of coins ++ interest & profits sometime between 4/20-4/31.                    23:38

I want that seed Scott free and once