# Exhibit 43

FILED UNDER PENDING MOTION TO SEAL