UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

### ORDER SCHEDULING STATUS CONFERENCE
### REGARDING CORE SCIENTIFIC MOTIONS

Pending before the Court are the *Debtors' Motion to Compel Enforcement of the Automatic Stay and for Civil Contempt* [ECF Doc. # 917] and *Core Scientific, Inc.'s Motion to Compel Immediate Payment of Administrative Expenses and for Relief from Automatic Stay or, in the Alternative, to Compel Assumption or Rejection of the Master Services Agreement and Related Orders* [ECF Doc. # 1144] (together, the "Core Scientific Motions.")

On November 14, 2022, the Court granted the parties' request to adjourn the hearing scheduled for November 18, 2022, on the Core Scientific Motions to allow the parties to continue settlement discussions [ECF Doc. # 1335].

In accordance with 11 U.S.C. § 105(d), it is hereby

ORDERED, that a status conference ("Status Conference") will be held on December 15, 2022 at 4:00 PM (prevailing eastern time) regarding the Core Scientific Motions. The Status Conference will be conducted remotely using Zoom for Government. The Court will provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM on the business day before the hearing. Any party appearing at, listening to, or observing the Status Conference, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the

"eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.  Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time on December 14, 2022.  After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

**IT IS SO ORDERED.**

Dated:  November 15, 2022
       New York, New York

                                         **/s/ Martin Glenn**
                                           MARTIN GLENN
                              Chief United States Bankruptcy Judge