**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the information agent for the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases.

On November 6, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Master Email Service List attached hereto as **<u>Exhibit A</u>**:

- The Official Committee of Unsecured Creditors' (A) Opening Brief on Phase I Custody and Withhold Issues and (B) Statement in Partial Support of and Limited Objection to Debtors' Custody and Withhold Motion [Docket No. 1290] (the "***Committee's Custody Withhold Brief***")

On November 7, 2022, at my direction and under my supervision, employees of Kroll caused the Committee's Custody Withhold Brief to be served via first class mail on the Master Hard Copy Service List attached hereto as **<u>Exhibit B</u>**.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Dated: November 15, 2022

/s/ Sonia Akter
Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 15, 2022, by Sonia Akter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 65221

**<u>Exhibit A</u>**

## Exhibit A

Master Email Service List
Served via email

| NAME | EMAIL |
|------|-------|
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | CONSUMERINTEREST@ALABAMAAG.GOV |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| ALTCOINTRADER (PTY) LTD | RICHARD@ALTCOINTRADER.CO.ZA |
| AMTRUST NORTH AMERICA INC ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE CO | TDOMINCZYK@MAURICEWUTSCHER.COM THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | OAG@ARKANSASAG.GOV |
| B2C2 LTD | MIDDLEOFFICE@B2C2.COM |
| BAKER, DOMINIC JOHN | EMAIL ADDRESS ON FILE |
| BERLINER & PILSON, ESQS. | RPILSON@BERLINERPILSON.COM |
| BLANK ROME LLP | EVAN.ZUCKER@BLANKROME.COM |
| BROWN & CONNERY, LLP | JMONTGOMERY@BROWNCONNERY.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | XAVIER.BECERRA@DOJ.CA.GOV |
| CHANG, RICKIE | EMAIL ADDRESS ON FILE |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | CORA.REQUEST@COAG.GOV |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV |
| COUNSEL TO IGNAT TUGANOV | AJCURRIE@VENABLE.COM |
| COVARIO AG | CELSIUSBANKRUPTCY@COVAR.IO MARK.BANNER@COVAR.IO |

Exhibit A

Master Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| | DAZMAN@MWE.COM |
| | MCO@MWE.COM |
| CRED INC. LIQUIDATION TRUST | CGREER@MWE.COM |
| CRED INC. LIQUIDATION TRUST | GSTEINMAN@MWE.COM |
| | C10_SPC@INVICTUSCAPITAL.COM |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF | DANIEL@INVICTUSCAPITAL.COM |
| DEFERRED 1031 EXCHANGE,  LLC | CIADONISI@DEFERRED1031.COM |
| DEKKER, CARLOS C | EMAIL ADDRESS ON FILE |
| | ATTORNEY.GENERAL@STATE.DE.US |
| DELAWARE DEPARTMENT OF JUSTICE | ATTORNEY.GENERAL@DELAWARE.GOV |
| DENTZEL, ZARYN | EMAIL ADDRESS ON FILE |
| DIFIORE, THOMAS ALBERT | EMAIL ADDRESS ON FILE |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | OAG@DC.GOV |
| DIXON, SIMON | EMAIL ADDRESS ON FILE |
| DOWNS, BRADLEY JAMES | EMAIL ADDRESS ON FILE |
| | JEFFREY.GLEIT@AFSLAW.COM |
| | ALLISON.WEISS@AFSLAW.COM |
| | LISA.INDELICATO@AFSLAW.COM |
| DR. ASHRAF ELSHAFEI | ALYSSA.FIORENTINO@AFSLAW.COM |
| DUANE MORRIS LLP | LJKOTLER@DUANEMORRIS.COM |
| | SCHROEDER@JRLAW.ORG |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | HEALEY@JRLAW.ORG |
| FARR, NICHOLAS | EMAIL ADDRESS ON FILE |
| | KJOHNSON3@FTC.GOV |
| FEDERAL TRADE COMMISSION | KAIZPURU@FTC.GOV |

## Exhibit A

Master Email Service List
Served via email

| NAME | EMAIL |
|------|-------|
| FEINTISCH, ADAM MICHAEL | EMAIL ADDRESS ON FILE |
| FISHERBROYLES, LLP | CARL.NEFF@FISHERBROYLES.COM |
| FISHERBROYLES, LLP | HOLLACE.COHEN@FISHERBROYLES.COM |
| FISHERBROYLES, LLP | THOMAS.WALKER@FISHERBROYLES.COM |
| FITE, JACOB BENJAMIN | EMAIL ADDRESS ON FILE |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| FORTIS LLP | PSHANKMAN@FORTISLAW.COM |
| GODREY & KAHN | KSTADLER@GKLAW.COM |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| ICB SOLUTIONS | DUFFYS2@GMAIL.COM |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | STEPHANIE.GUYON@AG.IDAHO.GOV |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | INFO@LISAMADIGAN.ORG |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | C20_SPC@INVICTUSCAPITAL.COM DANIEL@INVICTUSCAPITAL.COM |
| IOWA OFFICE OF THE ATTORNEY GENERAL | CONSUMER@AG.IOWA.GOV |
| JEFFRIES, DAVID | EMAIL ADDRESS ON FILE |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | DEREK.SCHMIDT@AG.KS.GOV |
| KIBLER-MELBY, CORT | EMAIL ADDRESS ON FILE |
| KIESER, GREGORY ALLEN | EMAIL ADDRESS ON FILE |

Exhibit A

Master Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| KIRKLAND & ELLIS LLP | JSUSSBERG@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | PATRICK.NASH@KIRKLAND.COM ROSS.KWASTENIET@KIRKLAND.COM |
| KOHJI, HIROKADO | EMAIL ADDRESS ON FILE |
| KYLE ROCHE P.A. | KYLE@KYLLEROCHE.LAW |
| LEVIN EPSTEIN & ASSOCIATES PC | JOSHUA@LEVINEPSTEIN.COM |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | ADMININFO@AG.STATE.LA.US |
| LYLLOFF, SANDER | EMAIL ADDRESS ON FILE |
| MAINE OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@MAINE.GOV |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| MAURICE WUTSHER LLP | AHOCHHEISER@MAURICEWUTSCHER.COM |
| MCCARTER & ENGLISH, LLP | DADLER@MCCARTER.COM |
| MCCLINTOCK, MICHAEL | EMAIL ADDRESS ON FILE |
| MCMULLEN, BRIAN | EMAIL ADDRESS ON FILE |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ELOBELLO@MSEK.COM JWEISS@MSEK.COM |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ELOBELLO@MSEK.COM JWEISS@MSEK.COM |
| MICHIGAN DEPARTMENT OF TREASURY | HARRISJ12@MICHIGAN.GOV |

Exhibit A

Master Email Service List
Served via email

| NAME | EMAIL |
|---|---|
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MINTZ & GOLD LLP | GOTTESMAN@MINTZANDGOLD.COM |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | CONSUMER.HELP@AGO.MO.GOV |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| MURPHY, JR, THOMAS PATRICK | EMAIL ADDRESS ON FILE |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KCORDRY@NAAG.ORG |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | HBALDERAS@NMAG.GOV |
| NORGAARD O'BOYLE & HANNON | BHANNON@NORGAARDFIRM.COM<br>MNORGAARD@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM<br>SFERREIRA@NORGAARDFIRM.COM<br>KCIMMINO@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | USTPREGION02.NYECF@USDOJ.GOV<br>Shara.Cornell@usdoj.gov |

## Exhibit A

Master Email Service List
Served via email

| NAME | EMAIL |
|------|-------|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | CAROLINEGWARREN@GMAIL.COM<br>TOMDIF@GMAIL.COM<br>ICBSOLUTIONS@PROTON.ME<br>CHRISTOPHER.J.COCO@GMAIL.COM<br>CELSIUSBANKRUPTCYCASE@GMAIL.COM<br>MARKROBINSON55@GMAIL.COM<br>CELSIUSBANKRUPTCY@COVAR.IO |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | QUESTIONS@OAG.OK.GOV |
| OREGON OFFICE OF THE ATTORNEY GENERAL | ELLEN.ROSENBLUM@DOG.STATE.OR.US<br>ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PARK, SEONG | EMAIL ADDRESS ON FILE |
| PERRY, BRETT ALAN | EMAIL ADDRESS ON FILE |
| PETERSON, STEPHEN PAUL | EMAIL ADDRESS ON FILE |
| PHAROS USD FUND SP & PHAROS FUND SP | ADMIN@LANTERNVENTURES.COM |
| PHAROS USD FUND SP & PHAROS FUND SP | ADMIN@LANTERNVENTURES.COM |
| PRYOR CASHMAN LLP | SLIEBERMAN@PRYORCASHMAN.COM<br>MSILVERMAN@PRYORCASHMAN.COM |
| RAJ, RAFAEL | EMAIL ADDRESS ON FILE |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | AG@RIAG.RI.GOV |

## Exhibit A

Master Email Service List
Served via email

| NAME | EMAIL |
|------|-------|
| RIPPLE LABS INC. | ABARRAGE@DWT.COM<br>HUGHMCCULLOUGH@DWT.COM<br>ELAINEHUCKABEE@DWT.COM<br>SEADOCKET@DWT.COM |
| ROCHE FREEDMAN LLP | KYLE@ROCHEFREEDMAN.COM |
| SAENZ, JESUS ARMANDO | EMAIL ADDRESS ON FILE |
| SECURITIES & EXCHANGE COMMISSION | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| SILLS CUMMIS & GROSS P.C. | GKOPACZ@SILLSCUMMIS.COM |
| STATE OF WASHINGTON TAXING AGENCIES | Dina.Yunker@atg.wa.gov |
| STEWART, RUSSELL GARTH | EMAIL ADDRESS ON FILE |
| STROBILUS LLC | EMAIL ADDRESS ON FILE |
| SULLIVAN & CROMWELL LLP | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM |
| SULLIVAN & CROMWELL LLP | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM |
| TAIAROA, KERI DAVID | EMAIL ADDRESS ON FILE |
| TAN, RICHARD | EMAIL ADDRESS ON FILE |
| TAN, YAN | EMAIL ADDRESS ON FILE |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | AGBANKNEWYORK@AG.TN.GOV |

## Exhibit A

Master Email Service List

Served via email

| NAME | EMAIL |
|---|---|
|  | JASON.BINFORD@OAG.TEXAS.GOV |
|  | LAYLA.MILLIGAN@OAG.TEXAS.GOV |
|  | ABIGAIL.RYAN@OAG.TEXAS.GOV |
| TEXAS STATE SECURITIES BOARD | ROMA.DESAI@OAG.TEXAS.GOV |
| THE CAEN GROUP LLC | EMAIL ADDRESS ON FILE |
|  | KORTIZ@TEAMTOGUT.COM |
|  | BKOTLIAR@TEAMTOGUT.COM |
|  | DPERSON@TEAMTOGUT.COM |
|  | AODEN@TEAMTOGUT.COM |
|  | AGLAUBACH@TEAMTOGUT.COM |
|  | EBLANDER@TEAMTOGUT.COM |
|  | ARODRIGUEZ@TEAMTOGUT.COM |
|  | BKOTLIAR@TEAMTOGUT.COM |
|  | GQUIST@TEAMTOGUT.COM |
| TOGUT SEGAL & SEGAL LLP | ASTOLP@TEAMTOGUT.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | DEBORAH.KOVSKY@TROUTMAN.COM |
| TRUSSELL, MARK | EMAIL ADDRESS ON FILE |
| TYCHALSKI, GEORGE | EMAIL ADDRESS ON FILE |
| UTAH OFFICE OF THE ATTORNEY GENERAL | UAG@UTAH.GOV |
| VAN, LOC TRUYEN | EMAIL ADDRESS ON FILE |
|  | JSSABIN@VENABLE.COM |
|  | CWEINERLEVY@VENABLE.COM |
| VENABLE LLP | AAPELED@VENABLE.COM |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | JENNIFER.ROOD@VERMONT.GOV |

## Exhibit A

Master Email Service List

Served via email

| NAME | EMAIL |
|---|---|
| VERMONT OFFICE OF THE ATTORNEY GENERAL | AGO.INFO@VERMONT.GOV |
| VILLINGER, CHRISTOPHER | EMAIL ADDRESS ON FILE |
| VINCENT, CAROLYN MARGARET | EMAIL ADDRESS ON FILE |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | MAIL@OAG.STATE.VA.US |
| WALLER LANSDEN DORTCH & DAVIS LLP | MORRIS.WEISS@WALLERLAW.COM<br>SHERRI.SAVALA@WALLERLAW.COM<br>ANNMARIE.JEZISEK@WALLERLAW.COM |
| WALLER LANSDEN DORTCH & DAVIS LLP | TYLER.LAYNE@WALLERLAW.COM<br>CHRIS.CRONK@WALLERLAW.COM |
| WEIL, GOTSHAL & MANGES LLP | RAY.SCHROCK@WEIL.COM<br>DAVID.LENDER@WEIL.COM<br>RONIT.BERKOVICH@WEIL.COM |
| WEIR GREENBLATT PIERCE LLP | JCIANCIULLI@WGPLLP.COM<br>MBROADHURST@WGPLLP.COM |
| WEIR GREENBLATT PIERCE LLP | BGOLUB@WGPLLP.COM |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | CONSUMER@WVAGO.GOV |
| WEXLER, KEVIN JAY | EMAIL ADDRESS ON FILE |
| WHITE & CASE LLP | AARON.COLODNY@WHITECASE.COM |
| WHITE & CASE LLP | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM |

Exhibit A

Master Email Service List

Served via email

| NAME | EMAIL |
|------|-------|
| WHITE & CASE LLP | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM |
| WILCOX, WAYLON J | EMAIL ADDRESS ON FILE |
| WOLSTENHOLME, MACGREGOR | EMAIL ADDRESS ON FILE |
| WRIGHT, CHRISTOPHER | EMAIL ADDRESS ON FILE |
| YATES-WALKER, JOSH OISIN | EMAIL ADDRESS ON FILE |
| YOON, ANDREW | EMAIL ADDRESS ON FILE |

**Exhibit B**

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|------|---------|
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE<br>MONTGOMERY AL 36104 |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE<br>SUITE 200<br>ANCHORAGE AK 99501 |
| ALTCOINTRADER (PTY) LTD | 229 ONTDEKKERS RD, HORIZON<br>ROODEPOORT 1724 SOUTH AFRICA |
| AMTRUST NORTH AMERICA INC ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE CO | C/O MAURICE WUTSCHER LLP<br>ATTN: THOMAS R. DOMINCZYK<br>5 WALTER FORAN BLVD, SUITE 2007<br>FLEMINGTON NJ 08822 |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE<br>PHOENIX AZ 85004 |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST<br>SUITE 200<br>LITTLE ROCK AR 72201 |
| B2C2 LTD | 86-90 PAUL ST<br>LONDON EC2A 4NE UNITED KINGDOM |
| BAKER, DOMINIC JOHN | ADDRESS ON FILE |
| BERLINER & PILSON, ESQS. | ATTN: RICHARD J. PILSON<br>40 CUTTERMILL ROAD<br>SUITE 308<br>GREAT NECK NY 11021 |
| BLANK ROME LLP | ATTN: EVAN J. ZUCKER<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|------|---------|
| BROWN & CONNERY, LLP | ATTN: JULIE F. MONTGOMERY, ESQ.<br>6 NORTH BROAD STREET<br>SUITE 100<br>WOODBURY NJ 08096 |
| BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255<br>SACRAMENTO CA 94244-2550 |
| CHANG, RICKIE | ADDRESS ON FILE |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVE<br>HARTFORD CT 6106 |
| COUNSEL TO IGNAT TUGANOV | ATTN: ANDREW J. CURRIE<br>600 MASSACHUSETTS AVENUE, NW<br>WASHINGTON DC 20001 |
| COVARIO AG | LANDYS GYR STRASSE 1<br>ZUG 6300 SWITZERLAND |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: DARREN AZMAN<br>ONE VANDERBILT AVE<br>NEW YORK NY 10017-3852 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|------|---------|
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: GREGG STEINMAN<br>333 SE 2ND AVE, SUITE 4500<br>MIAMI FL 33131-2184 |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF | INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC<br>67 FORT ST 1ST FLOOR<br>ARTEMIS HOUSE<br>GEORGE TOWN KY1-1102 CAYMAN ISLANDS |
| DEFERRED 1031 EXCHANGE,  LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>LAKELAND AVE.<br>DOVER DE 19901 |
| DEKKER, CARLOS C | ADDRESS ON FILE |
| DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST<br>WILMINGTON DE 19801 |
| DENTZEL, ZARYN | ADDRESS ON FILE |
| DIFIORE, THOMAS ALBERT | ADDRESS ON FILE |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW<br>WASHINGTON DC 20001 |
| DIXON, SIMON | ADDRESS ON FILE |
| DOWNS, BRADLEY JAMES | ADDRESS ON FILE |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP<br>ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK NY 10019 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|------|---------|
| DUANE MORRIS LLP | ATTN: LAWRENCE J. KOTLER, ESQUIRE<br>30 S. 17TH STREET<br>PHILADELPHIA PA 19103 |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR.<br>920 LENMAR DR<br>BLUE BELL PA 19422 |
| FARR, NICHOLAS | ADDRESS ON FILE |
| FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON & KATHERINE AIZPURU<br>600 PENNSYLVANIA AVE., NW<br>MAIL STOP CC-9528<br>WASHINGTON DC 20580 |
| FEINTISCH, ADAM MICHAEL | ADDRESS ON FILE |
| FISHERBROYLES, LLP | ATTN: CARL D. NEFF<br>CSC STATION<br>112 SOUTH FRENCH STREET<br>WILMINGTON DE 19801 |
| FISHERBROYLES, LLP | HOLLACE T. COHEN, ESQ.<br>445 PARK AVENUE, 9TH FLOOR<br>NEW YORK NY 10022 |
| FISHERBROYLES, LLP | ATTN: THOMAS R. WALKER<br>945 EAST PACES FERRY ROAD, NE<br>SUITE 2000<br>ATLANTA GA 30326 |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL-01<br>TALLAHASSEE FL 32399 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|------|---------|
| FORTIS LLP | ATTN: PAUL R. SHANKMAN<br>650 TOWN CENTER DRIVE<br> SUITE 1530<br>COSTA MESA CA 92626 |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ SW<br>ATLANTA GA 30334 |
| GODREY & KAHN | ATTN: KATHERINE STADLER<br>ONE EAST MAIN STREET, SUITE 500<br>MADISON WI 53703 |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN ST<br>HONOLULU HI 96813 |
| HOPKINS & CARLEY | ATTN: MONIQUE D. JEWETT-BREWSTER<br>70 S. FIRST STREET<br>SAN JOSE CA 95113-2406 |
| ICB SOLUTIONS | W ROYAL FOREST BLVD<br>COLUMBUS OH 43214 |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | 700 W JEFFERSON ST, SUITE 210<br>PO BOX 83720<br>BOISE ID 83720 |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH<br>302 W WASHINGTON ST, 5TH FLOOR<br>INDIANAPOLIS IN 46204 |
| INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|---|---|
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | 67 FORT ST<br>GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| IOWA OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING<br>1305 E WALNUT ST<br>DES MOINES IA 50319 |
| JEFFRIES, DAVID | ADDRESS ON FILE |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT<br>120 SW 10TH AVE<br>2ND FLOOR<br>TOPEKA KS 66612 |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON<br>700 CAPITAL AVE<br>SUITE 118<br>FRANKFORT KY 40601 |
| KIBLER-MELBY, CORT | ADDRESS ON FILE |
| KIESER, GREGORY ALLEN | ADDRESS ON FILE |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG<br>601 LEXINGTON AVE<br>NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET<br>300 N LASALLE ST<br>CHICAGO IL 60654 |
| KOHJI, HIROKADO | ADDRESS ON FILE |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|------|---------|
| KYLE ROCHE P.A. | ATTN: KYLE W. ROCHE<br>260 MADISON AVENUE<br>8TH FL.<br>NEW YORK NY 10016 |
| LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ.<br>60 E 42ND ST, SUITE 4700<br>NEW YORK NY 10165 |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>300 CAPITAL DR<br>BATON ROUGE LA 70802 |
| LYLLOFF, SANDER | ADDRESS ON FILE |
| MAINE OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION<br>AUGUSTA ME 04333 |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE<br>BALTIMORE MD 21202 |
| MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | 1 ASHBURTON PLACE<br>20TH FLOOR<br>BOSTON MA 02108 |
| MAURICE WUTSHER LLP | ATTN: ALAN C. HOCHHEISER<br>23611 CHARGIN BLVD<br>SUITE 207<br>BEACHWOOD OH 44122 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER<br>WORLDWIDE PLAZA<br>825 EIGHTH AVE 31ST FLOOR<br>NEW YORK NY 10019 |
| MCCLINTOCK, MICHAEL | ADDRESS ON FILE |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|---|---|
| MCMULLEN, BRIAN | ADDRESS ON FILE |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | EDWARD J. LOBELLO, ESQ. & JORDAN D. WEISS, ESQ.<br>1350 BROADWAY AVE<br>SUITE 1420<br>NEW YORK NY 10018 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO AND JORDAN D. WEISS<br>1350 BROADWAY<br>SUITE 1420<br>NEW YORK NY 10018 |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | 525 W OTTAWA ST<br>LANSING MI 48906 |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: JUANDISHA HARRIS (P62978)<br>CADILLAC PLACE BUILDING<br>3030 W. GRAND BLVD., STE. 10-200<br>DETROIT MI 48202 |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST<br>SUITE 1400<br>ST. PAUL MN 55101 |
| MINTZ & GOLD LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. & AMIT SONDHI, ESQ.<br>600 THIRD AVENUE, 25TH FLOOR<br>NEW YORK NY 10016 |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILDING<br>550 HIGH ST<br>PO BOX 220<br>JACKSON MS 39201 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|---|---|
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR<br>215 N SANDERS<br>PO BOX 201401<br>HELENA MT 59602 |
| MURPHY, JR, THOMAS PATRICK | ADDRESS ON FILE |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY, BANKRUPTCY COUNSEL<br>1850 M ST., NW, 12TH FLOOR<br>WASHINGTON DC 20036 |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL<br>LINCOLN NE 68509 |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | OLD SUPREME COURT BUILDING<br>100 N CARSON ST<br>CARSON CITY NV 89701 |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 3301 |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL, WEST WING<br>BOX 080<br>TRENTON NJ 8611 |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO ST<br>VILLAGRA BUILDING<br>SANTA FE NM 87501 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|---|---|
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL<br>2ND FLOOR<br>ALBANY NY 12224 |
| NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ.<br>184 GRAND AVE<br>ENGLEWOOD NJ 07631 |
| NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | 114 W EDENTON ST<br>RALEIGH NC 27603 |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL<br>600 E BOULEVARD AVE<br>DEPT. 125<br>BISMARCK ND 58505 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD & ROMA N. DESAI, ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P. O. BOX 12548<br>AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL<br>201 VARICK ST<br>ROOM 1006<br>NEW YORK NY 10014 |
| OHIO OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER<br>30 E BROAD ST, 14TH FLOOR<br>COLUMBUS OH 43215 |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|------|---------|
| OREGON OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE<br>SALEM OR 97301-4096 |
| PARK, SEONG | ADDRESS ON FILE |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL<br>HARRISBURG PA 17120 |
| PERRY, BRETT ALAN | ADDRESS ON FILE |
| PETERSON, STEPHEN PAUL | ADDRESS ON FILE |
| PHAROS USD FUND SP & PHAROS FUND SP | LANDMARK SQUARE, 1ST FLOOR<br>64 EARTH CLOSE<br>PO BOX 715<br>GRAND CAYMAN KY-1107 Cayman Islands |
| PHAROS USD FUND SP & PHAROS FUND SP | LANDMARK SQUARE, 1ST FLOOR<br>64 EARTH CLOSE PO BOX 715<br>GRAND CAYMAN KY-1107 CAYMAN ISLANDS |
| PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6569 |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST<br>PROVIDENCE RI 2903 |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH<br>1251 SIXTH AVE, 21ST FLOOR<br>NEW YORK NY 10020 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|---|---|
| ROCHE FREEDMAN LLP | ATTN: KYLE W. ROCHE<br>99 PARK AVENUE<br>SUITE 1910<br>NEW YORK NY 10016 |
| SAENZ, JESUS ARMANDO | ADDRESS ON FILE |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE<br>100 PEARL ST<br>SUITE 20-100<br>NEW YORK NY 10004-2616 |
| SECURITIES & EXCHANGE COMMISSION | 100 F ST NE<br>WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK<br>REGIONAL OFFICE<br>200 VESEY ST SUITE 400<br>BROOKFIELD PLACE<br>NEW YORK NY 10281-1022 |
| SILLS CUMMIS & GROSS P.C. | ATTN: GREGORY A. KOPACZ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102 |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS BLDG<br>1000 ASSEMBLY ST, ROOM 519<br>COLUMBIA SC 29201 |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | ONE ST. ANDREWS PLAZA<br>NEW YORK NY 10007 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|---|---|
| STATE OF WASHINGTON TAXING AGENCIES | ATTN: DINA L. YUNKER<br>BANKRUPTCY & COLLECTIONS UNIT<br>800 FIFTH AVENUE, SUITE 2000<br>SEATTLE WA 98104-3188 |
| STEWART, RUSSELL GARTH | ADDRESS ON FILE |
| STROBILUS LLC | ADDRESS ON FILE |
| STUART P. GELBERG, ESQ. | STUART P. GELBERG<br>600 OLD COUNTRY ROAD<br>SUITE 410<br>GARDEN CITY NY 11530 |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D.<br>GLUECKSTEIN, & BENJAMIN S. BELLER<br>125 BROAD ST<br>NEW YORK NY 10004 |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D.<br>GLUECKSTEIN, & BENJAMIN S. BELLER<br>125 BROAD ST<br>NEW YORK NY 10004 |
| TAN, RICHARD | ADDRESS ON FILE |
| TAN, YAN | ADDRESS ON FILE |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE,<br>BANKRUPTCY DIVISION<br>ATTN: MARVIN E. CLEMENTS, JR.<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207<br>NASHVILLE TN 37202-0207 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|---|---|
| TEXAS OFFICE OF THE ATTORNEY GENERAL | 300 W 15TH ST<br>AUSTIN TX 78701 |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI<br>PO BOX 12548 MC 008<br>BANKRUPTCY & COLLECTIONS DIVISION, OFFICE OF THE ATTORNEY GENERAL<br>AUSTIN TX 78711-2548 |
| THE CAEN GROUP LLC | ADDRESS ON FILE |
| TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK<br>NY 10119 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP<br>400 TOWN CENTER<br>SUITE 1800<br>SOUTHFIELD MI 48075 |
| TRUSSELL, MARK | ADDRESS ON FILE |
| TYCHALSKI, GEORGE | ADDRESS ON FILE |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 N STATE ST, SUITE 230<br>SALT LAKE CITY UT 84114 |
| VAN, LOC TRUYEN | ADDRESS ON FILE |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|---|---|
| VENABLE LLP | ATTN:  JEFFREY S. SABIN, CARROL WEINER LEVY, ARIE PELED<br>1270 AVENUE OF THE AMERICAS, 24TH FLOOR<br>NEW YORK NY 10020 |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ.<br>89 MAIN ST<br>3RD FLOOR<br>MONTPELIER VT 05620 |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST<br>MONTPELIER VT 5609 |
| VILLINGER, CHRISTOPHER | ADDRESS ON FILE |
| VINCENT, CAROLYN MARGARET | ADDRESS ON FILE |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | 202 N NINTH ST<br>RICHMOND VA 23219 |
| WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS<br>100 CONGRESS AVE, 18TH FLOOR<br>AUSTIN TX 78704 |
| WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE<br>511 UNION ST, SUITE 2700<br>NASHVILLE TN 37219 |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE<br>OLYMPIA WA 98501 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|---|---|
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | ATTN: STEPHEN MANNING, ASSISTANT ATTORNEY GENERAL GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION PO BOX 40100 OLYMPIA WA 98504-4010 |
| WEIL, GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, P.C., DAVID J. LENDER & RONIT J. BERKOVICH 767 FIFTH AVENUE NEW YORK NY 10153 |
| WEIR GREENBLATT PIERCE LLP | ATTN: JEFFREY S. CIANCIULLI, ESQUIRE & MICHAEL P. BROADHURST, ESQUIRE 1339 CHESTNUT STREET SUITE 500 PHILADELPHIA PA 19107 |
| WEIR GREENBLATT PIERCE LLP | ATTN: BONNIE R. GOLUB, ESQUIRE 667 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10065 |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL 1900 KANAWHA BLVD E BUILDING 1, ROOM E-26 CHARLESTON WV 25305 |
| WEXLER, KEVIN JAY | ADDRESS ON FILE |
| WILCOX, WAYLON J | ADDRESS ON FILE |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | 17 W MAIN ST ROOM 114 EAST P MADISON WI 53702 |

Exhibit B

Master Hard Copy Service List

Served via first class mail

| NAME | ADDRESS |
|------|---------|
| WOLSTENHOLME, MACGREGOR | ADDRESS ON FILE |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | 109 STATE CAPITOL<br>CHEYENNE WY 82002 |
| YATES-WALKER, JOSH OISIN | ADDRESS ON FILE |
| YOON, ANDREW | ADDRESS ON FILE |