# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dan Latona
To Call Writer Directly:
+1 312 862 3445
dan.latona@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

November 17, 2022

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re:   *In re Celsius Network LLC,* No. 22-10964 (MG) – Request to Extend Deadline to Object to Adequate Assurance

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the Case Management Procedures, attached as Exhibit 1 to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], paragraph 14 of the *Order (I) Approving the Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief* (the "Bidding Procedures Order")[1] [Docket No. 1272], and section XVI of the Bidding Procedures, attached as Exhibit 1 to the Bidding Procedures Order, and upon mutual agreement with the Committee, we write to request confirmation of the extension of the deadline for all parties to object to the ability of a Successful Bidder to provide adequate assurance of future performance with respect to any Assigned Contract until Monday, December 19, 2022, at 4:00 p.m. (prevailing Eastern Time).

---

[1]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

# KIRKLAND & ELLIS LLP

Sincerely,

*/s/ Dan Latona*

Dan Latona