UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
CELSIUS NETWORK LLC, *et al.*,[1]                   :        Case No. 22-10964 (MG)
                                                    :
                        Debtors.                    :        (Jointly Administered)
-------------------------------------------------------X

### ORDER (i) AUTHORIZING THE ISSUANCE OF *SUBPOENA DUCES TECUM* AND (ii) AN ORDER COMPELLING WILLIS TOWERS WATSON TO APPEAR FOR EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004

Upon the Application dated November 17, 2022 (the "**Application**") of the United States Trustee, William K. Harrington ("**United States Trustee**") for an order, pursuant to Bankruptcy Rule 2004 and 9016 (a) authorizing the issuance of a *subpoena duces tecum* to Willis Towers Watson ("**Willis Towers**"); (b) compelling Willis Towers to produce the requested documents; and (c) compelling Willis Towers to appear for an examination; and, after due deliberation, the Court having concluded that the United States Trustee has established sufficient cause for the relief granted herein; and hearing having been held on December 5, 2022; now, therefore, it is hereby

ORDERED that:

1. The United States Trustee is authorized to issue a *subpoena duces tecum* to Willis Towers;

2. Willis Towers shall produce the Document Requests (including electronically stored information) in its possession, custody, or control not later than **December 12, 2022**;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

3. Service of the Document Requests may be made by serving:

**Office of the United States Trustee**
**Attention Shara Claire Cornell, Esq.**
**201 Varick Street – Room 1006**
**New York, New York 10014**
**Shara.Cornell@usdoj.gov**

4. Willis Towers shall appear for an examination on _____, 2022 at \_\_\_ **AM.** The parties will confer regarding the location and/or electronic platform for the examination.

5. All disputes concerning Document Requests, including objections thereto, that are not resolved by agreement of the parties may be raised only by letter to the Court not exceeding five pages, single spaced. The objecting party shall file a responsive letter no later than **December 9, 2022 at 4:00 PM**, which shall not exceed five pages, single spaced. Copies of such letter shall also be emailed to the Court's chambers.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

DATED:   NEW YORK, NEW YORK
         December\_\_\_, 2022

                                    _____
                                    CHIEF JUDGE MARTIN GLENN
                                    UNITED STATES BANKRUPTCY JUDGE