**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
            kwofford@whitecase.com
            sam.hershey@whitecase.com

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
            gregory.pesce@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF THIRD MONTHLY INVOICE OF ELEMENTUS INC.
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are as follows: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed its *Third Monthly Invoice of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From October 1, 2022 Through October 31, 2022* (the "**Monthly Invoice**") with the United States Bankruptcy Court for the Southern District of New York and served it on White & Case LLP as counsel to the Committee, the Committee, the United States Trustee, Kirkland & Ellis LLP as counsel to the Debtors, the Debtors, and Godfrey & Kahn S.C. as counsel to the Fee Examiner.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Invoice, if any, shall: (a) be in writing; (b) conform to the title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 521] (the "**Interim Compensation Procedures**"), and the *Order Authorizing the Employment and Retention of Elementus Inc. as Blockchain Forensics Advisors Effective as of August 1, 2022* [Docket No. 1097]; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC,* No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at

2

http://www.nysb.uscourts.gov); and (d) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the filing of this Monthly Invoice**, by (i) Elementus Inc.; (ii) the Application Recipients [*see* Docket No. 521 ¶ 2.a.]; and (iii) the Fee Examiner [*see* Docket No. 1151 ¶ 14.(a)].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Invoice is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Invoice to Elementus.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Invoice is timely served, the Debtors shall withhold payment of only that portion of the Monthly Invoice to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Invoice and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Monthly Invoice and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

Dated: November 17, 2022
       New York, New York

Respectfully submitted,

*/s/ Gregory F. Pesce*
**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
      kwofford@whitecase.com
      sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
      gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
       kwofford@whitecase.com
       sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
       gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO**
**THIRD MONTHLY INVOICE OF ELEMENTUS INC. FOR INTERIM**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are as follows: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

| Name of Applicant: | Elementus Inc. |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | October 1, 2022 – October 31, 2022 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $363,190.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $290,552.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $72,638.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $57,117.55 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $420,307.55 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $347,669.55 |

This is a <u>monthly</u> fee invoice.



## Professional Hours Tracker - October 2022

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 1 November 2022

### Hours Summary

| Name | Role | Rate | Communications with M3, W+C, A+M, and external parties | Internal Development | Administrative Tasks | Total (hrs) | Cost |
|---|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 0 | 67.4 | 0 | 67.4 | $67,400 |
| Matt Lam | Senior Data Scientist | $900 | 2.5 | 68.4 | 0 | 70.9 | $63,810 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 4.8 | 68.7 | 0 | 73.5 | $66,150 |
| Sirish Jetti | Vice President | $800 | 0 | 21 | 0 | 21 | $16,800 |
| Hwasoo Lee | Senior Data Scientist | $900 | 4.3 | 69.1 | 0 | 73.4 | $66,060 |
| Bryan Oliveira | Senior Software Engineer | $900 | 0 | 49.5 | 0 | 49.5 | $44,550 |
| Matt Austin | Vice President | $800 | 0 | 0 | 8.2 | 8.2 | $6,560 |
| Bryan Young | Vice President | $800 | 6.1 | 1.1 | 0.6 | 7.8 | $6,240 |
| Nicholas Shaker | Project Manager | $600 | 19.8 | 16.8 | 6.1 | 42.7 | $25,620 |
| **Labor Totals** | | | | | | **414.4** | **$363,190** |

### Other Expenses

| Description | Date | | Cost |
|---|---|---|---|
| Gunderson Dettmer Legal Expenses | 10/27/22 | $ | 4,250.00 |
| Amazon Web Services Costs | 11/2/22 | $ | 41,547.08 |
| Google Cloud Platform | 11/6/22 | $ | 11,320.47 |
| **Other Expenses Totals** | | **$** | **57,117.55** |
| | | | |
| **October 2022 Grand Total** | | | **$ 420,307.55** |

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 67.4 |
| **Total** | **67.4** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 10/18/2022 | Tuesday | 7 | Catch-up after Family Leave: Review of Data Science Work Over Previous 3 Weeks, part 1 | Internal Development |
| 10/19/2022 | Wednesday | 4.6 | Review of SOFA 4 Algorithms | Internal Development |
| 10/20/2022 | Thursday | 0.3 | Discussion about market makers, token burns, and buy backs | Internal Development |
| 10/20/2022 | Thursday | 4 | Celsius Market Makers On-Chain and Open Source Research | Internal Development |
| 10/20/2022 | Thursday | 3.5 | Session with A. Mologoko re: Market Makers | Internal Development |
| 10/21/2022 | Friday | 2 | Token Burn Code and Data Review with Data Science Team | Internal Development |
| 10/21/2022 | Friday | 6 | Token Burn Data Analysis and Public Statement Comparison | Internal Development |
| 10/22/2022 | Saturday | 6 | Catch-up after Family Leave: Review of Data Science Work Over Previous 3 Weeks, part 2 | Internal Development |
| 10/24/2022 | Monday | 2.4 | External Transactions Clustering Algorithm Review | Internal Development |
| 10/24/2022 | Monday | 3 | Celsius Buy Back Scheme on-chain analysis | Internal Development |
| 10/25/2022 | Tuesday | 3 | Balance Sheet non-ERC20 Research Advising with Data Science Team | Internal Development |
| 10/27/2022 | Thursday | 1.6 | Balance Sheet BTC Cluster Aggregation and Verification | Internal Development |
| 10/27/2022 | Thursday | 4.8 | ERC-20 Balance Sheet Clustering Review | Internal Development |
| 10/28/2022 | Friday | 2.5 | SOFA 4 Data Collection and Assumptions Review | Internal Development |
| 10/29/2022 | Saturday | 7 | Review of Token Burn and Buy Back Data Assets from Data Science Team | Internal Development |
| 10/30/2022 | Sunday | 5.7 | Examiner Work Items Preparation and Custody Wallet Verifications | Internal Development |
| 10/31/2022 | Monday | 4 | SOFA 4 Data Hand Off with Data Science Team | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Lam | Senior Data Scientist |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 2.5 |
| Internal Development | 68.4 |
| **Total** | **70.9** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 10/3/2022 | Monday | 0.5 | Internal Sync Re: SOFA-4 and Cashouts | Internal Development |
| 10/4/2022 | Tuesday | 4 | Token Cashouts Transaction Verification | Internal Development |
| 10/5/2022 | Wednesday | 6.5 | ICO DIstribution TXN Verificaion and Comparison to SOFA 4 Documents | Internal Development |
| 10/7/2022 | Friday | 4.5 | Institutional Loan on-chain forensic analysis | Internal Development |
| 10/7/2022 | Friday | 0.6 | Internal Sync re: institutional loans and balance sheets | Internal Development |
| 10/10/2022 | Monday | 0.2 | Internal Sync re: weekly tasks | Internal Development |
| 10/11/2022 | Monday | 6 | Loan and Balance Sheet revisions after attribution updates | Internal Development |
| 10/11/2022 | Tuesday | 2.6 | Reseach and Meeting Prep re: Celsius Network Infrasturcture | Internal Development |
| 10/12/2022 | Wednesday | 1.1 | Call with Celsius Personnel about Network Infrastructure | Communications |
| 10/12/2022 | Wednesday | 0.4 | Internal Call re: Infrastructure and SOFA 4 Documents | Internal Development |
| 10/14/2022 | Friday | 0.6 | Internal Call re: Buy Backs and Token Burns | Communications |
| 10/14/2022 | Friday | 5.5 | Token Buy Back Data Review and Sanity Checks | Internal Development |
| 10/17/2022 | Monday | 0.5 | Internal Call re: Market Makers | Internal Development |
| 10/18/2022 | Tuesday | 8.5 | Token Burn forensic analysis, and collection of OSINT reporting | Internal Development |
| 10/19/2022 | Wednesday | 0.3 | Internal Sync re: Token Burns | Internal Development |
| 10/19/2022 | Wednesday | 0.3 | Call with M3 re: SOFA 4 Investigation | Communications |
| 10/20/2022 | Thursday | 0.3 | Internal Call re: Market Makers. Buy Backs, and Token Burns | Internal Development |
| 10/21/2022 | Friday | 4.3 | Token Burn Data Sanity Checking and Compilation | Internal Development |
| 10/21/2022 | Friday | 2 | Token Burn Code and Data Review with Data Science Team | Internal Development |
| 10/24/2022 | Monday | 0.6 | Interal Discusionss re: Balance Sheet and External TXNs | Internal Development |
| 10/25/2022 | Tuesday | 3 | Balance Sheet non-ERC20 Research Advising with Data Science Team | Internal Development |
| 10/25/2022 | Tuesday | 3 | Balance Sheet Compilation of non-ERC20 Tokens | Internal Development |
| 10/26/2022 | Wednesday | 2.6 | ICO Distribution TXN Research for Newly Listed VIPs | Internal Development |
| 10/28/2022 | Friday | 0.5 | Internal Call re: Balance Sheet results and ICO Distribution | Communications |
| 10/28/2022 | Friday | 6.8 | ICO Distribution matching with on-chain activities | Internal Development |
| 10/31/2022 | Monday | 0.4 | Internal Call re: Examiner questions and SOFA 4 hand off | Internal Development |
| 10/31/2022 | Monday | 5.3 | Examiner questions data restructuring and SOFA 4 finalization | Internal Development |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 4.8 |
| Internal Development | 68.7 |
| **Total** | **73.5** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 10/3/2022 | Monday | 0.5 | Internal Sync Re: SOFA-4 and Cashouts | Internal Development |
| 10/3/2022 | Monday | 4.2 | Investigation of non-ERC 20 Token Balance Sheet | Internal Development |
| 10/4/2022 | Tuesday | 0.3 | UCC Briefing re: Balance Sheet | Communications |
| 10/4/2022 | Tuesday | 7.6 | non-ERC 20 Token Mapping | Internal Development |
| 10/5/2022 | Wednesday | 9.3 | non-ERC 20 Token Mapping | Internal Development |
| 10/6/2022 | Thursday | 0.3 | Call with M3 re: Insider Transaction Documentation | Communications |
| 10/6/2022 | Thursday | 4.9 | SOFA 4, Insider Transaction Documentation Review | Internal Development |
| 10/7/2022 | Friday | 3.4 | Institutional Loan review of and additions to M. Lam analysis | Internal Development |
| 10/7/2022 | Friday | 0.6 | Internal Sync re: institutional loans and balance sheets | Internal Development |
| 10/8/2022 | Saturday | 3.7 | Continuation of Institutional Loan review of and additions to M. Lam analysis | Internal Development |
| 10/10/2022 | Monday | 0.2 | Internal Sync re: weekly tasks | Internal Development |
| 10/10/2022 | Monday | 3.5 | Reserach and Planning re: CEL Infrastructure Call | Internal Development |
| 10/11/2022 | Tuesday | 0.3 | Call with M3 re: CEL infrastructure | Communications |
| 10/12/2022 | Wednesday | 1.1 | Call with Celsius Personnel about Network Infrastructure | Communications |
| 10/12/2022 | Wednesday | 0.4 | Internal Call re: Infrastructure and SOFA 4 Documents | Internal Development |
| 10/12/2022 | Wednesday | 4 | External Transaction Data Searching and Compilation | Internal Development |
| 10/12/2022 | Wednesday | 0.3 | Call with M3 re: ongoing work streams | Communications |
| 10/13/2022 | Thursday | 0.3 | Call with M3 discussing External Third Party TXNs | Communications |
| 10/14/2022 | Friday | 0.6 | Internal Call re: Buy Backs and Token Burns | Communications |
| 10/17/2022 | Monday | 0.5 | Internal Call re: Market Makers | Internal Development |
| 10/17/2022 | Monday | 3.3 | Balance Sheet Numbers Collections | Internal Development |
| 10/18/2022 | Tuesday | 5 | Token Burn Research and TXN Collection | Internal Development |
| 10/19/2022 | Wednesday | 4.1 | Token Burn TXN data aggregation and analysis | Internal Development |
| 10/19/2022 | Wednesday | 0.3 | Internal Sync re: Token Burns | Internal Development |
| 10/20/2022 | Thursday | 3.5 | Session with M. Galka re: Market Makers | Internal Development |
| 10/20/2022 | Thursday | 0.3 | Internal Call re: Market Makers. Buy Backs, and Token Burns | Internal Development |
| 10/20/2022 | Thursday | 0.3 | Call with M3 re: Token Buy Backs | Communications |
| 10/21/2022 | Friday | 1.4 | Token Buy Backs Verification | Internal Development |
| 10/21/2022 | Friday | 2 | Token Burn Code and Data Review with Data Science Team | Internal Development |
| 10/24/2022 | Monday | 0.6 | Interal Discusionss re: Balance Sheet and External TXNs | Internal Development |
| 10/24/2022 | Monday | 0.4 | Call with M3 re: External TXNs | Communications |
| 10/26/2022 | Wednesday | 0.4 | Call with M3 re: Balance Sheet and ICO Distribution | Communications |
| 10/27/2022 | Thursday | 1.3 | Balance Sheet Data Aggregation | Internal Development |
| 10/28/2022 | Friday | 0.5 | Internal Call re: Balance Sheet results and ICO Distribution | Communications |

| 10/28/2022 | Friday | 3.7 | SOFA 4 Results Compilation and Hand Off | Internal Development |
| 10/31/2022 | Monday | 0.4 | Internal Call re: Examiner questions and SOFA 4 hand off | Internal Development |

| Employee name | Role |
|---|---|
| Sirish Jetti | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 21 |
| **Total** | **21** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 10/5/2022 | Wednesday | 4.4 | EFH Loan Research and Data Collection | Internal Development |
| 10/10/2022 | Monday | 2.1 | Reserach and Planning re: CEL Infrastructure Call | Internal Development |
| 10/14/2022 | Friday | 3 | ICO Token Distrubutrion Data Collection and Cleaning | Internal Development |
| 10/18/2022 | Tuesday | 3.6 | SOFA 4 Investigation Algorithm Building | Internal Development |
| 10/20/2022 | Thursday | 0.3 | Internal Call re: Market Makers. Buy Backs, and Token Burns | Internal Development |
| 10/24/2022 | Monday | 2.5 | External Transactions Attribution Clustering | Internal Development |
| 10/27/2022 | Thursday | 4.1 | SOFA 4 Investigation Data Verification | Internal Development |
| 10/31/2022 | Monday | 1 | Examiner Questions Review and Breifing | Internal Development |

| Employee Name | Role |
|---|---|
| Hwasoo Lee | Senior Data Scientist |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 4.3 |
| Internal Development | 69.1 |
| **Total** | **73.4** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 10/3/2022 | Monday | 0.5 | Internal Sync Re: SOFA-4 and Cashouts | Internal Development |
| 10/3/2022 | Monday | 5.6 | EFH Loan Agreement Investigations | Internal Development |
| 10/5/2022 | Wednesday | 1 | EFH Loan Briefing with White and Case | Communications |
| 10/6/2022 | Thursday | 3.5 | EFH Loan Repayment Investigations | Internal Development |
| 10/7/2022 | Friday | 0.8 | Call with M3, W+C, K+E, and A+M re: Investment Loans | Communications |
| 10/7/2022 | Friday | 0.6 | Internal Sync re: institutional loans and balance sheets | Internal Development |
| 10/10/2022 | Monday | 0.2 | Internal Sync re: weekly tasks | Internal Development |
| 10/11/2022 | Tuesday | 4.6 | Investment Loans Data Aggregation and Sanity Checking | Internal Development |
| 10/12/2022 | Wednesday | 1.1 | Call with Celsius Personnel about Network Infrastructure | Communications |
| 10/12/2022 | Wednesday | 0.4 | Internal Call re: Infrastructure and SOFA 4 Documents | Internal Development |
| 10/13/2022 | Thursday | 5 | ICO Token Distribution Research | Internal Development |
| 10/14/2022 | Friday | 4.3 | ICO Token Distribution Research | Internal Development |
| 10/14/2022 | Friday | 0.6 | Internal Call re: Buy Backs and Token Burns | Communications |
| 10/17/2022 | Monday | 0.5 | Internal Call re: Market Makers | Internal Development |
| 10/18/2022 | Tuesday | 3.1 | Market Makers OSINT Data Collection | Internal Development |
| 10/19/2022 | Wednesday | 0.3 | Internal Sync re: Token Burns | Internal Development |
| 10/19/2022 | Wednesday | 0.3 | Call with M3 re: SOFA 4 Investigation | Communications |
| 10/19/2022 | Wednesday | 7.4 | SOFA 4 Collection of Data and Transaction Verification | Internal Development |
| 10/20/2022 | Thursday | 4.5 | SOFA 4 Collection of Data and Transaction Verification | Internal Development |
| 10/20/2022 | Thursday | 0.3 | Internal Call re: Market Makers. Buy Backs, and Token Burns | Internal Development |
| 10/21/2022 | Friday | 2 | Token Burn Code and Data Review with Data Science Team | Internal Development |
| 10/21/2022 | Friday | 4.4 | SOFA 4 Transaction Verification and Comparison | Internal Development |
| 10/25/2022 | Monday | 3 | SOFA 4 Wallet Clustering of VIPs | Internal Development |
| 10/26/2022 | Tuesday | 7.4 | SOFA 4 Transactions Sanity Checking | Internal Development |
| 10/27/2022 | Wednesday | 5.6 | SOFA 4 Data Preparation | Internal Development |
| 10/28/2022 | Friday | 0.5 | Internal Call re: Balance Sheet results and ICO Distribution | Communications |
| 10/28/2022 | Friday | 5.5 | SOFA 4 Results Compilation and Hand Off | Internal Development |
| 10/31/2022 | Monday | 0.4 | Internal Call re: Examiner questions and SOFA 4 hand off | Internal Development |

| Employee Name | Role |
|---|---|
| Bryan Oliveira | Senior Software Engineer |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 49.5 |
| **Total** | **49.5** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 10/4/2022 | Tuesday | 3.5 | EFH Loan Data Collection Algorithm | Internal Development |
| 10/5/2022 | Wednesday | 4.4 | Loan Algorithm Testing in Staging and Deployment to Prod | Internal Development |
| 10/11/2022 | Tuesday | 5.5 | Celsius Network Infrasturture OSINT research and collation | Internal Development |
| 10/13/2022 | Thursday | 3.6 | External Transactions Attribution Clustering | Internal Development |
| 10/14/2022 | Friday | 5.5 | External Transactions Attribution Clustering, continued | Internal Development |
| 10/18/2022 | Tuesday | 3.2 | Token Burn data cleaning and indexing | Internal Development |
| 10/19/2022 | Wednesday | 2.5 | Token burn data handover prep | Internal Development |
| 10/20/2022 | Thursday | 6.2 | Market Maker data collection script | Internal Development |
| 10/21/2022 | Friday | 4.3 | Market Maker data collection script, edit and push to Prod | Internal Development |
| 10/24/2022 | Monday | 2.4 | External Transactions Clustering Algorithm Review with M. Galka | Internal Development |
| 10/24/2022 | Monday | 3.1 | External Transactions Clustering Alg. review follow-up code edits | Internal Development |
| 10/27/2022 | Thursday | 1.1 | Balance Sheet sanity checking | Internal Development |
| 10/28/2022 | Friday | 0.7 | ICO Token Distribution Data Analysis | Internal Development |
| 10/31/2022 | Monday | 3.5 | SOFA 4 Data checks and table preparation | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 0 |
| Administrative Tasks | 8.2 |
| **Total** | **8.2** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 10/14/2022 | Friday | 0.6 | Call with White and Case re: Billable Hours | Administrative Tasks |
| 10/17/2022 | Monday | 4.2 | Billable Hours Preparation | Administrative Tasks |
| 10/20/2022 | Thursday | 3.4 | Billable Hours Preparation | Administrative Tasks |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 6.1 |
| Internal Development | 1.1 |
| Administrative Tasks | 0.6 |
| **Total** | **7.8** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 10/3/2022 | Monday | 0.50 | Internal Sync Re: SOFA-4 and Cashouts | Internal Development |
| 10/3/2022 | Monday | 0.30 | Call with M3 re: Dilligence Items | Communications |
| 10/4/2022 | Tuesday | 0.50 | UCC Briefing re: Balance Sheet | Communications |
| 10/5/2022 | Wednesday | 0.40 | Call with M3 re: White and Case Investigations | Communications |
| 10/6/2022 | Thursday | 0.40 | Call with M3 re: Insider Transaction Documentation | Communications |
| 10/6/2022 | Thursday | 0.30 | Call with White and Case re: EFH Loans | Communications |
| 10/7/2022 | Friday | 0.60 | Internal Sync re: institutional loans and balance sheets | Internal Development |
| 10/11/2022 | Tuesday | 1.60 | UCC Briefing re: Custody Wallets, SOFA 4 Filings, and Loans | Communications |
| 10/11/2022 | Tuesday | 0.30 | Call with M3 re: CEL infrastructure | Communications |
| 10/12/2022 | Wednesday | 0.30 | Call with M3 re: ongoing work streams | Communications |
| 10/14/2022 | Friday | 0.60 | Call with White and Case re: Billable Hours | Administrative Tasks |
| 10/18/2022 | Tuesday | 1.50 | Call with UCC re: Progress and Work Items | Communications |
| 10/28/2022 | Friday | 0.50 | Discussion with Examiners re: Custody Wallets | Communications |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 19.8 |
| Internal Development | 16.8 |
| Administrative Tasks | 6.1 |
| **Total** | **42.7** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 10/1/2022 | Saturday | 0.5 | Call with M3 re: Dilligence Items | Communications |
| 10/3/2022 | Monday | 0.5 | Internal Sync Re: SOFA-4 and Cashouts | Internal Development |
| 10/3/2022 | Monday | 0.3 | Call with M3 re: Dilligence Items | Communications |
| 10/4/2022 | Tuesday | 1.1 | UCC Briefing re: Balance Sheet | Communications |
| 10/5/2022 | Wednesday | 1 | EFH Loan Briefing with White and Case | Communications |
| 10/5/2022 | Wednesday | 0.4 | Call with M3 re: White and Case Investigations | Communications |
| 10/6/2022 | Thursday | 0.4 | Call with M3 re: Insider Transaction Documentation | Communications |
| 10/6/2022 | Thursday | 0.3 | Second Call with M3 re: Insider Transaction Documentation | Communications |
| 10/6/2022 | Thursday | 0.3 | Call with White and Case re: EFH Loans | Communications |
| 10/7/2022 | Friday | 0.6 | Internal Sync re: institutional loans and balance sheets | Internal Development |
| 10/7/2022 | Friday | 0.6 | Call with M3 re: weekly deliverables | Communications |
| 10/10/2022 | Monday | 0.2 | Internal Sync re: weekly tasks | Internal Development |
| 10/11/2022 | Tuesday | 1.6 | UCC Briefing re: Custody Wallets, SOFA 4 Filings, and Loans | Communications |
| 10/11/2022 | Tuesday | 0.3 | Call with M3 re: CEL infrastructure | Communications |
| 10/12/2022 | Wednesday | 1.1 | Call with Celsius Personnel about Network Infrastructure | Communications |
| 10/12/2022 | Wednesday | 0.4 | Internal Call re: Infrastructure and SOFA 4 Documents | Internal Development |
| 10/12/2022 | Wednesday | 0.3 | Call with M3 re: ongoing work streams | Communications |
| 10/12/2022 | Wednesday | 3.4 | Billable Hours Preparation | Administrative Tasks |
| 10/13/2022 | Thursday | 0.3 | Call with M3 discussing External Third Party TXNs | Communications |
| 10/13/2022 | Thursday | 0.8 | All Advisors Weekly Call | Communications |
| 10/14/2022 | Friday | 0.6 | Call with White and Case re: Chainalysis Audit | Communications |
| 10/14/2022 | Friday | 0.6 | Call with White and Case re: Billable Hours | Administrative Tasks |
| 10/14/2022 | Friday | 0.6 | Internal Call re: Buy Backs and Token Burns | Communications |
| 10/14/2022 | Friday | 0.2 | Call with M3 re: Buy Backs and Token Burns | Communications |
| 10/14/2022 | Friday | 2.2 | Preparation of Progress Report and UCC Call Slides | Internal Development |
| 10/17/2022 | Monday | 0.3 | Call with M3 re: Market Makers | Communications |
| 10/17/2022 | Monday | 0.5 | Internal Call re: Market Makers | Internal Development |
| 10/17/2022 | Monday | 1.5 | Balance Sheet Sanity Checking | Internal Development |
| 10/17/2022 | Monday | 0.5 | Call with All Advisors re: Work Items | Communications |
| 10/18/2022 | Tuesday | 4 | Catch-up with Max after Family Leave: Review of Data Science Work Over Previous 3 Weeks | Internal Development |
| 10/18/2022 | Tuesday | 1.9 | Call with UCC re: Progress and Work Items | Communications |
| 10/19/2022 | Wednesday | 0.3 | Internal Sync re: Token Burns | Internal Development |
| 10/19/2022 | Wednesday | 0.3 | Call with M3 re: SOFA 4 Investigation | Communications |
| 10/20/2022 | Thursday | 0.5 | All Advisors Weekly Call | Communications |
| 10/20/2022 | Thursday | 0.3 | Internal Call re: Market Makers, Buy Backs, and Token Burns | Internal Development |
| 10/20/2022 | Thursday | 0.3 | Call with M3 re: Token Buy Backs | Communications |

| Date | Day | Hours | Description | Category |
|---|---|---|---|---|
| 10/21/2022 | Friday | 1.6 | Preparation of Progress Report and UCC Call Slides | Internal Development |
| 10/24/2022 | Monday | 0.3 | Call with White and Case re: SOFA 4 Analysis | Communications |
| 10/24/2022 | Monday | 0.6 | Interal Discusionss re: Balance Sheet and External TXNs | Internal Development |
| 10/24/2022 | Monday | 0.4 | Call with M3 re: External TXNs | Communications |
| 10/24/2022 | Monday | 0.4 | All Advisors Call | Communications |
| 10/25/2022 | Tuesday | 2.2 | UCC Briefing re: Progress and Work Items | Communications |
| 10/26/2022 | Wednesday | 2.1 | Billable Hours Preparation | Administrative Tasks |
| 10/26/2022 | Wednesday | 0.4 | Call with M3 re: Balance Sheet and ICO Distribution | Communications |
| 10/27/2022 | Thursday | 0.5 | All Advisors Call re: research progress | Communications |
| 10/28/2022 | Friday | 0.5 | Internal Call re: Balance Sheet results and ICO Distribution | Communications |
| 10/28/2022 | Friday | 0.5 | Discussion with Examiners re: Custody Wallets | Communications |
| 10/28/2022 | Friday | 2.2 | Preparation of Progress Report and UCC Call Slides | Internal Development |
| 10/31/2022 | Monday | 0.5 | Preparation of Responses for Examiner Questions | Internal Development |
| 10/31/2022 | Monday | 1 | Examiner Questions Review and Breifing | Internal Development |
| 10/31/2022 | Monday | 0.4 | Internal Call re: Examiner questions and SOFA 4 hand off | Internal Development |
| 10/31/2022 | Monday | 0.1 | All Advisors Call | Communications |