UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER REQUIRING DEBTORS AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO RESPOND TO CREDITOR OBJECTION**

On or before 12:00 noon, November 21, 2022, counsel for the Debtors and for the Official Committee of Unsecured Creditors shall file a response to the Objection filed by Daniel Frishberg, dated November 17, 2022, to the proposed scheduling order regarding title to the earn program assets (ECF Doc. # 1324).

**IT IS SO ORDERED.**

Dated: November 18, 2022
       New York, New York

                                            **/s/ Martin Glenn**
                                            MARTIN GLENN
                                            Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.