WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Telephone: (212) 510–0500

**Presentment Date: December 5, 2022**
**Objection Deadline: November 28, 2022**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                                    :

In re                                    :    Chapter 11

   CELSIUS NETWORK LLC., *et al.*,[1]       :    Case No. 22-10964 (MG)

                                          :    Jointly Administered

                          Debtors.   :

-------------------------------------------------------- x

## AMENDED NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE** that William K. Harrington, United States Trustee for Region 2 (the "United States Trustee"), will present the *Application for an Order Authorizing the United States Trustee to Conduct Rule 2004 Examination of Willis Towers Watson* (the "Rule 2004 Application") [ECF DKT NO. 1392] to the Honorable Martin Glenn, Chief United States Bankruptcy Judge, for approval and signature on December 5, 2022, at 2:00 p.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Rule 2004 Application shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, all

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC*, No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); (d) be served in accordance with the *Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 528] (the "Case Management Order"); and (e) be served so as to be actually received by November 28, 2022, at 4:00 p.m., prevailing Eastern Time, by (i) the entities on the Master Service List available on the case website of the above-captioned debtors and debtors in possession (the "Debtors") at https://cases.stretto.com/celsius, and (ii) any person or entity with a particularized interest in the subject matter of the Rule 2004 Application.

PLEASE TAKE FURTHER NOTICE that if no objections or other responses are timely filed and served by the Objection Deadline with respect to the Rule 2004 Application and Order, the United States Trustee shall, on the Presentment Date, submit the Order to the Court, which order the Court may enter without further notice or opportunity to be heard.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Rule 2004 Application and

other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the

website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Rule

2004 Application and other pleadings filed in these chapter 11 cases by visiting the Court's

website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth

therein.

Dated:  New York, New York
       November 18, 2022

                  WILLIAM K. HARRINGTON
                  UNITED STATES TRUSTEE, REGION 2

               By:   /s/ Shara Cornell
                   Shara Cornell
                   Trial Attorney
                   201 Varick Street, Room 1006
                   New York, New York 10014
                   Tel. No. (212) 510-0500
                   Fax No. (212) 668-2255