## UNITED STATES BANKRUPTCY COURT
### Southern District of New York Manhattan

| | |
|---|---|
| In re:<br>Celsius Network LLC,<br>     Debtor(s). | Case No.: 22-10964<br>Chapter: 11 |

### CERTIFICATE OF SERVICE

I, Kamariee Alcaraz, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I certify that on November 17, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

APPLICATION OF THE UNITED STATES TRUSTEE FOR AN ORDER AUTHORIZING THE UNITED STATES TRUSTEE TO CONDUCT A 2004 EXAMINATION OF WILLIS TOWERS WATSON [DOCKET NO. 1392]

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
November 17, 2022

Kamariee Alcaraz
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

## Exhibit A - Certificate of Service
### Celsius Network LLC 22-10964

| List ID | Name and Address of Served Party | Mode of Service | Tracking No. |
|---|---|---|---|
| 5204 | Andrew R. Gottesman, Esq. (#932) Amit Sondhi, Esq. , MINTZ & GOLD LLP , 600 Third Avenue, 25th Floor, New York , NY , 10016, gottesman@mintzandgold.com | Electronic | |
| 5204 | ABIGAIL R. RYAN, P.O. Box 12548, Austin, TX, 78711, abigail.ryan@oag.texas.gov | Electronic | |
| 5204 | AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS, ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR, ONE PENN PLAZA, SUITE 3335, NEW YORK, NY, 10119, BKOTLIAR@TEAMTOGUT.COM; DPERSON@TEAMTOGUT.COM; AODEN@TEAMTOGUT.COM; AGLAUBACH@TEAMTOGUT.COM; EBLANDER@TEAMTOGUT.COM; ARODRIGUEZ@TEAMTOGUT.COM; BKOTLIAR@TEAMTOGUT.COM; GQUIST@TEAMTOGUT.COM; ASTOLP@TEAMTOGUT.COM; | Electronic | |
| 5204 | ALABAMA OFFICE OF THE ATTORNEY GENERAL, 501 WASHINGTON AVE, MONTGOMERY, AL, 36104, CONSUMERINTEREST@ALABAMAAG.GOV | Electronic | |
| 5204 | ALAMEDA RESEARCH LLC AND AFFILIATES, ATTN: ANDREW G. DIETDERICH, BRIAN, D. GLUECKSTEIN, & BENJAMIN S. BELLER, 125 BROAD ST, NEW YORK, NY, 10004, DIETDERICHA@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM BELLERB@SULLCROM.COM | Electronic | |
| 5204 | ALAMEDA RESEARCH LTD, TORTOLA PIER PARK, BUILDING 1 SECOND FLOOR, WICKHAMS CAY I ROAD TOWN, TORTOLA, VG1110, BRITISH VIRGIN ISLANDS, SAM@ALAMEDA-RESEARCH.COM | | |
| 5204 | ALASKA OFFICE OF THE ATTORNEY GENERAL, 1031 W 4TH AVE, SUITE 200, ANCHORAGE, AK, 99501, ATTORNEY.GENERAL@ALASKA.GOV | Electronic | |
| 5204 | ALTCOINTRADER (PTY) LTD, 229 ONTDEKKERS RD, HORIZON, ROODEPOORT, 1724, SOUTH AFRICA, RICHARD@ALTCOINTRADER.CO.ZA | Electronic | |
| 5204 | AMTRUST NORTH AMERICA, INC. ON BEHALF OF  ASSOCIATED INDUSTRIES INSURANCE COMPANY INC., ATTN: THOMAS R. DOMINCZYK, 5 WALTER FORAN BLVD, SUITE 2007, FLEMINGTON, NJ, 8822, TDOMINCZYK@MAURICEWUTSCHER.COM  THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM | Electronic | |
| 5204 | ANABELLE DIAS, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | Electronic | |
| 5204 | Andrew J Currie , Venable LLP Counsel for Ignat Tuganov (#979), 600 Massachusetts Ave, NW, Washington , DC, 20001, AJCurrie@venable.com | Electronic | |
| 5204 | Andrew M. Leblanc, Esq. and Melanie Westover Yanez, Esq. , Milbank LLP  Counsel to Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius  New SPV Investors, LP, 1850 K Street, NW, Suite 1100, WASHINGTON, DC, 20006, aleblanc@milbank.com  mwyanez@milbank.com | Electronic | |
| 5204 | Arie Peled , Venable LLP Counsel for Ignat Tuganov (#978 and 979, 1103), 1270 Avenue of the americas, NY , NY , 10020, AAPeled@venable.com; JSSabin@Venable.com;  CWeinerLevy@Venable.com; APeled@venable.com | Electronic | |
| 5204 | ARIZONA OFFICE OF THE ATTORNEY GENERAL, 2005 N CENTRAL AVE, PHOENIX, AZ, 85004, AGINFO@AZAG.GOV | Electronic | |
| 5204 | ARKANSAS OFFICE OF THE ATTORNEY GENERAL, 323 CENTER ST, SUITE 200, LITTLE ROCK, AR, 72201, OAG@ARKANSASAG.GOV | Electronic | |
| 5204 | Attn: Katherine Johnson and Attn: Katherine Aizpuru (#795), FEDERAL TRADE COMMISSION, 600 Pennsylvania Ave., NW, Mail Stop CC-9528, Washington, DC, 20580, kjohnson3@ftc.gov ; kaizpuru@ftc.gov | Electronic | |
| 5204 | B2C2 LTD, 86-90 PAUL ST, LONDON, EC2A 4NE, UNITED KINGDOM, MIDDLEOFFICE@B2C2.COM | Electronic | |
| 5204 | Benjamin L. Wallace  and TJ McCarrick, KIRKLAND & ELLIS INTERNATIONAL LLP, 1301 Pennsylvania Ave NW, Washington , DC, 20004, ben.wallace@kirkland.com ; tj.mccarrick@kirkland.com ; | Electronic | |
| 5204 | Bonnie R. Golub, Esquire, WEIR GREENBLATT PIERCE LLP  Attorneys for Creditor, Matthew Pinto , 667 Madison Avenue, 5th Floor, New York , NY , 10065, bgolub@wgpllp.com | Electronic | |
| 5204 | CALIFORNIA OFFICE OF THE ATTORNEY GENERAL, PO BOX 944255, SACRAMENTO, CA, 94244-2550, XAVIER.BECERRA@DOJ.CA.GOV | Electronic | |
| 5204 | Catherine I. Steege, Vincent E Lazar, Jenner & Block LLP, Proposed Counsel to the Examiner, 353 N. Clark Street, Chicago, IL, 60654, vlazar@jenner.com csteege@jenner.com | Electronic | |
| 5204 | CELSIUS NETWORK LLC, ET AL., ATTN: PATRICK J. NASH, JR. & ROSS M., KWASTENIET, 300 N LASALLE ST, CHICAGO, IL, 60654, PATRICK.NASH@KIRKLAND.COM;  ROSS.KWASTENIET@KIRKLAND.COM; | Electronic | |
| 5204 | CELSIUS NETWORK LLC, ET AL., ATTN: JOSHUA A. SUSSBERG, 601 LEXINGTON AVE, NEW YORK, NY, 10022, JSUSSBERG@KIRKLAND.COM | Electronic | |
| 5204 | Chief Judge Martin Glenn, One Bowling Green, Courtroom: 523, New York, NY, 10004-1408 | Overnight | 590133735684 |
| 5204 | CHRISTOPHER J. LITTLE, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | Electronic | |
| 5204 | COLORADO OFFICE OF THE ATTORNEY GENERAL, RALPH L. CARR JUDICIAL BUILDING, 1300 BROADWAY, 10TH FLOOR, DENVER, CO, 80203, CORA.REQUEST@COAG.GOV | Electronic | |
| 5204 | CONNECTICUT OFFICE OF THE ATTORNEY GENERAL, 165 CAPITOL AVE, HARTFORD, CT, 6106, | Electronic | |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | ATTORNEY.GENERAL@CT.GOV | |
| 5204 | COVARIO AG, LANDYS GYR STRASSE 1, ZUG, 6300, SWITZERLAND, CELSIUSBANKRUPTCY@COVAR.IO MARK.BANNER@COVAR.IO | Electronic |
| 5204 | CRED INC. LIQUIDATION TRUST, ATTN: DARREN AZMAN, ONE VANDERBILT AVE, NEW YORK, NY, 10017-3852, DAZMAN@MWE.COM   MCO@MWE.COM CGREER@MWE.COM | Electronic |
| 5204 | CRED INC. LIQUIDATION TRUST, ATTN: GREGG STEINMAN, 333 SE 2ND AVE, SUITE 4500, MIAMI, FL, 33131-2184, GSTEINMAN@MWE.COM | Electronic |
| 5204 | CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS   CAPITAL FINANCIAL TECHNOLOGIES SPC, 67 FORT ST, 1ST FLOOR, ARTEMIS HOUSE, GEORGE TOWN, KY1-1102, CAYMAN ISLANDS, C10_SPC@INVICTUSCAPITAL.COM DANIEL@INVICTUSCAPITAL.COM | Electronic |
| 5204 | DEFERRED 1031 EXCHANGE, LLC, LAKELAND AVE., DOVER, DE, 19901, CIADONISI@DEFERRED1031.COM | Electronic |
| 5204 | DELAWARE DEPARTMENT OF JUSTICE, CARVEL STATE OFFICE BUILDING, 820 N FRENCH ST, WILMINGTON, DE, 19801, ATTORNEY.GENERAL@STATE.DE.US   ATTORNEY.GENERAL@DELAWARE.GOV | Electronic |
| 5204 | Dennis Dunne, Esq and Nelly Almeida, Esq. , Milbank LLP   Counsel to Community First Partners, LLC,   Celsius SPV Investors, LP, and Celsius    New SPV Investors, LP, 55 Hudson Yards, New York , NY , 10001,  ddunne@milbank.com nalmeida@milbank.com | Electronic |
| 5204 | DISTRICT OF COLUMBIA OFFICE OF ATTORNEY GENERAL, 400 6TH STREET NW, WASHINGTON, DC, 20001, OAG@DC.GOV | Electronic |
| 5204 | DR. ASHRAF ELSHAFEI, ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS, 1301 AVENUE OF THE AMERICAS, 42ND FLOOR,    NEW    YORK,    NY,    10019,    JEFFREY.GLEIT@AFSLAW.COM   ALLISON.WEISS@AFSLAW.COM LISA.INDELICATO@AFSLAW.COM ALYSSA.FIORENTINO@AFSLAW.COM | Electronic |
| 5204 | Edward J. LoBello, Esq.    Jordan D. Weiss, Esq.   (NOA 577), MEYER, SUOZZI, ENGLISH & KLEIN, P.C., 1350 Broadway, Suite 1420, New York, NY , 10018, elobello@msek.com   jweiss@msek.com | Electronic |
| 5204 | Elizabeth D. Scott, AKIN GUMP STRAUSS HAUER & FELD LLP  Special Litigation Counsel to the Debtors and Debtors in Possession (1101), 2300 N. Field Street, Suite 1800, Dallas , TX, 75201, edscott@akingump.com | Electronic |
| 5204 | EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC., 920 LENMAR DR, BLUE BELL, PA, 19422, SCHROEDER@JRLAW.ORG   HEALEY@JRLAW.ORG | Electronic |
| 5204 | Erica L. Kravchenko, Bernstein-Burkley Counsel to Stuart McLean and Keith Ryals  (1115, 1116) , 600 Superior Ave  East, Suite 1300, Cleveland, OH , 44114, ekravchenko@bernsteinlaw.com | Electronic |
| 5204 | Evan J. Zucker, 1271 Avenue Of the Americas, New York, NY, 10020, evan.zucker@blankrome.com | Electronic |
| 5204 | FLORIDA OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL PL-01, TALLAHASSEE, FL, 32399, ASHLEY.MOODY@MYFLORIDALEGAL.COM | First Class |
| 5204 | GEORGIA OFFICE OF THE ATTORNEY GENERAL, 40 CAPITOL SQ SW, ATLANTA, GA, 30334 | First Class |
| 5204 | Gregory A. Kopacz, Esq.   (#945), SILLS CUMMIS & GROSS P.C.   Counsel to Illumiti Corp a/k/a Syntax Systems USA LP , One Riverfront Plaza, Newark , NJ, 7102, gkopacz@sillscummis.com | Electronic |
| 5204 | HAWAII OFFICE OF THE ATTORNEY GENERAL, 425 QUEEN ST, HONOLULU, HI, 96813, HAWAIIAG@HAWAII.GOV | Electronic |
| 5204 | Hollace T. Cohen, Esq., FisherBroyles, LLP  Attorneys for Vincent Theodore Goetten  (noa 587), 445 Park Avenue, 9th Floor, NEW YORK, NY , 10022, Hollace.cohen@fisherbroyles.com | Electronic |
| 5204 | ICB SOLUTIONS, W ROYAL FOREST BLVD, COLUMBUS, OH, 43214, ON FILE | First Class |
| 5204 | IDAHO OFFICE OF THE ATTORNEY GENERAL, 700 W JEFFERSON ST, SUITE 210, PO BOX 83720, BOISE, ID, 83720, STEPHANIE.GUYON@AG.IDAHO.GOV | Electronic |
| 5204 | ILLINOIS OFFICE OF THE ATTORNEY GENERAL, JAMES R. THOMPSON CENTER, 100 W RANDOLPH ST, CHICAGO, IL, 60601, INFO@LISAMADIGAN.ORG | Electronic |
| 5204 | INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL, INDIANA GOVERNMENT CENTER SOUTH, 302 W WASHINGTON ST, 5TH FLOOR, INDIANAPOLIS, IN, 46204, Heather.Crockett@atg.in.gov | Electronic |
| 5204 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | First Class |
| 5204 | INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC, 67 FORT ST, GRAND CAYMAN, KY1-1102, CAYMAN ISLANDS, C20_SPC@INVICTUSCAPITAL.COM   DANIEL@INVICTUSCAPITAL.COM | Electronic |
| 5204 | IOWA OFFICE OF THE ATTORNEY GENERAL, HOOVER STATE OFFICE BUILDING, 1305 E WALNUT ST, DES MOINES, IA, 50319, CONSUMER@AG.IOWA.GOV | Electronic |
| 5204 | Jeffrey Bernstein, Esq. , MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP  Counsel for the New Jersey Bureau of Securities  (1344), 570 Board Street, Newark , NJ, O7102, jbernstein@mdmc-law.com | Electronic |
| 5204 | Jeffrey S. Cianciulli, Esquire and Michael P. Broadhurst, Esquire , WEIR GREENBLATT PIERCE LLP   Attorneys for Creditor, Matthew Pinto , 1339 Chestnut Street, Suite 500, Philadelphia , PA , 19107, jcianciulli@wgpllp.com ; mbroadhurst@wgpllp.com | Electronic |
| 5204 | Jennifer F. Wilson; Alexander Zapalowski, KIRKLAND & ELLIS INTERNATIONAL LLP, 30 St Mary Axe, LONDON,  EC3A 8AF, UNITED KINGDOM, jenny.wilson@kirkland.com; alex.zapalowski@kirkland.com | Electronic |
| 5204 | JOHN DZARAN, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | DADLER@MCCARTER.COM | |
| 5204 | Joshua M. Mester, Esq. , Jones Day  Counsel to CDP Investissements Inc., 555 South Flower Street, Fiftieth Floor, Los Angeles, CA, 90071, jmester@jonesday.com | **Electronic** |
| 5204 | Juandisha Harris (P62978) Assistant Attorney General  (noa 883), Michigan Department of Treasury, 3030 W Grand Blvd, Ste 10-200, Detroit , MI , 48202, HarrisJ12@michigan.gov | **Electronic** |
| 5204 | Julie   F.   Montgomery,   Esq            (NOA   436),   6   North   Broad   Street,   Suite   100,   Woodbury,   NJ,   O8096, jmontgomery@brownconnery.com | **Electronic** |
| 5204 | KANSAS   OFFICE   OF   THE   ATTORNEY   GENERAL,   120   SW   10TH   AVE,   2ND   FLOOR,   TOPEKA,   KS,   66612, DEREK.SCHMIDT@AG.KS.GOV | **Electronic** |
| 5204 | Karen Cordry, Bankruptcy Counsel, National Association of Attorneys General  ATTORNEY FOR THE STATES OF ALABAMA, ARKANSAS,    CALIFORNIA, DISTRICT OF COLUMBIA, HAWAII, MAINE,    MISSOURI, NORTH DAKOTA AND OKLAHOMA (#1015), 1850 M St. NW 12th floor, Washington , DC, 20236,  kcordry@naag.org | **Electronic** |
| 5204 | Katherine Stadler, Esq. , GODFREY & KAHN Proposed Counsel for Fee Examiner (#1128), One East Main Street, Suite 500, Madison, WI, 53703, kstadler@gklaw.com | **Electronic** |
| 5204 | KEITH SUCKNO, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | **Electronic** |
| 5204 | KENTUCKY OFFICE OF THE ATTORNEY GENERAL, 700 CAPITAL AVE, SUITE 118, FRANKFORT, KY, 40601 | **First Class** |
| 5204 | Kyle W. Roche, KYLE ROCHE P.A.  Counsel for Jason Stone and KeyFi, Inc. (1150) , 260 Madison Avenue, 8th Fl, New York , NY , 10016, kyle@kyleroche.law | **Electronic** |
| 5204 | Kyle W. Roche, Esq.  (#612), Roche Freedman LLP, A Professional Corporation , 99 Park Avenue, Suite 1910, New York , NY , 10016, kyle@rochefreedman.com | **Electronic** |
| 5204 | Lawrence J. Kotler, Esq. (I.D. LK 8177)   Malcolm M. Bates, Esq. (Pro hac vice to be filed)  DUANE MORRIS LLP  Attorneys for Adrian Perez-Siam, 30 S. 17th Street, Philadelphia, PA , 19103, LJKotler@duanemorris.com MBates@duanemorris.com | **Electronic** |
| 5204 | LAYLA D. MILLIGAN;  Abigail R. Ryan   Jason B. Binford   Roma N. Desai, ATTORNEYS FOR THE TEXAS DEPARTMENT OF BANKING, P. O. Box 12548 MC008, Austin, TX, 78711, layla.milligan@oag.texas.gov;  layla.milligan@oag.texas.gov; abigail.ryan@oag.texas.gov;   jason.binford@oag.texas.gov;   roma.desai@oag.texas.gov | **Electronic** |
| 5204 | LOUISIANA   OFFICE   ATTORNEY   GENERAL,   300   CAPITAL   DR,   BATON   ROUGE,   LA,   70802, ADMININFO@AG.STATE.LA.US | **Electronic** |
| 5204 | Lucy L. Thomson, Consumer Privacy Ombudsman  (1190, 1301), 1455 Pennsylvania Avenue, N.W., The Willard, Suite 400, Washington , DC, 20004, lucythomson1@mindspring.com | **Electronic** |
| 5204 | MAINE   OFFICE   OF   THE   ATTORNEY   GENERAL,   6   STATE   HOUSE   STATION,   AUGUSTA,   ME,   4333, ATTORNEY.GENERAL@MAINE.GOV | **Electronic** |
| 5204 | MARTIN LANGLOIS, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | **Electronic** |
| 5204 | MARYLAND   OFFICE   OF   THE   ATTORNEY   GENERAL,   200   ST.   PAUL   PLACE,   BALTIMORE,   MD,   21202, OAG@OAG.STATE.MD.US | **Electronic** |
| 5204 | MASSACHUSETTS ATTORNEY GENERAL'S OFFICE, 1 ASHBURTON PLACE, 20TH FLOOR, BOSTON, MA, 2108, ago@state.ma.us | **Electronic** |
| 5204 | MICHAEL D. MORRIS, Assistant Attorney General, Attorney for State of Wisconsin    Department of Financial Institutions (pro 593) | **None** |
| 5204 | Michael Wexler, Creditor c/o Contrarian Funds, LLC (1196), 411 West Putnam Avenue, Suite 425, Greenwich , CT, O6830 | **First Class** |
| 5204 | MICHIGAN DEPARTMENT OF ATTORNEY GENERAL, 525 W OTTAWA ST, LANSING, MI, 48906, miag@michigan.gov | **Electronic** |
| 5204 | MINNESOTA OFFICE OF THE ATTORNEY GENERAL, 445 MINNESOTA ST, SUITE 1400, ST. PAUL, MN, 55101, ATTORNEY.GENERAL@AG.STATE.MN.US | **First Class** |
| 5204 | MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL, WALTER SILLERS BUILDING, 550 HIGH ST, PO BOX 220, JACKSON, MS, 39201 | **First Class** |
| 5204 | MISSOURI OFFICE OF THE ATTORNEY GENERAL, SUPREME COURT BUILDING, 207 W HIGH ST, JEFFERSON CITY, MO, 65101, CONSUMER.HELP@AGO.MO.GOV | **Electronic** |
| 5204 | MONIKA KOSA, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | **Electronic** |
| 5204 | Monique D. Jewett-Brewster, Esq.     (#733), HOPKINS & CARLEY, ALC, 70 S. First Street, San Jose, CA , 95113, mjb@hopkinscarley.com | **Electronic** |
| 5204 | MONTANA OFFICE OF THE ATTORNEY GENERAL, JUSTICE BUILDING, 3RD FLOOR, 215 N SANDERS, PO BOX 201401, HELENA, MT, 59602, CONTACTDOJ@MT.GOV | **Electronic** |
| 5204 | NEBRASKA OFFICE OF THE ATTORNEY GENERAL, 2115 STATE CAPITOL, 2nd Fl, Rm 2115, LINCOLN, NE, 68509, ago.info.help@nebraska.gov | **Electronic** |
| 5204 | NEVADA OFFICE OF THE ATTORNEY GENERAL, OLD SUPREME COURT BUILDING, 100 N CARSON ST, CARSON CITY, | **First Class** |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | NV, 89701 | |
| 5204 | NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL, 33 CAPITOL ST, CONCORD, NH, 3301, ATTORNEYGENERAL@DOJ.NH.GOV | Electronic |
| 5204 | NEW JERSEY OFFICE OF THE ATTORNEY GENERAL, RICHARD J. HUGHES JUSTICE COMPLEX, 25 MARKET ST 8TH FLOOR, WEST WING BOX 080, TRENTON, NJ, 8611, askconsumeraffairs@lps.state.nj.us | Electronic |
| 5204 | NEW MEXICO OFFICE OF THE ATTORNEY GENERAL, 408 GALISTEO ST, VILLAGRA BUILDING, SANTA FE, NM, 87501, HBALDERAS@NMAG.GOV | Electronic |
| 5204 | NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC &  PREH SPANISH RIDGE, LLC, ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ., 60 E 42ND ST, SUITE 4700, NEW YORK, NY, 10165, JOSHUA@LEVINEPSTEIN.COM | Electronic |
| 5204 | NEW YORK OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL, 2ND FLOOR, ALBANY, NY, 12224, Louis.Testa@ag.ny.gov | Electronic |
| 5204 | NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL, 114 W EDENTON ST, RALEIGH, NC, 27603, jsutton2@ncdoj.gov | Electronic |
| 5204 | NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL, 600 E BOULEVARD AVE, DEPT. 125, BISMARCK, ND, 58505, NDAG@ND.GOV | Electronic |
| 5204 | OFFICE OF THE UNITED STATES TRUSTEE FOR THE   SOUTHERN DISTRICT OF NEW YORK, 201 VARICK ST, ROOM 1006, NEW YORK, NY, 10014, USTPREGION02.NYECF@USDOJ.GOV   SHARA.CORNELL@USDOJ.GOV | Electronic |
| 5204 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, gregory.pesce@whitecase.com;   mandolina@whitecase.com; david.turetsky@whitecase.com; sam.hershey@whitecase.com; aaron.colodny@whitecase.com; | Electronic |
| 5204 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: AARON E. COLODNY, 555 S FLOWER ST, SUITE 2700, LOS ANGELES, CA, 90071, AARON.COLODNY@WHITECASE.COM; gregory.pesce@whitecase.com; mandolina@whitecase.com; david.turetsky@whitecase.com; sam.hershey@whitecase.com; | Electronic |
| 5204 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020, DAVID.TURETSKY@WHITECASE.COM; SAM.HERSHEY@WHITECASE.COM; MCOSBNY@WHITECASE.COM; JDISANTI@WHITECASE.COM; | Electronic |
| 5204 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE, 111 S WACKER DR, SUITE 5100, CHICAGO, IL, 60606, MANDOLINA@WHITECASE.COM; GREGORY.PESCE@WHITECASE.COM; JDISANTI@WHITECASE.COM; MCO@WHITECASE.COM; | Electronic |
| 5204 | OHIO OFFICE OF THE ATTORNEY GENERAL, STATE OFFICE TOWER, 30 E BROAD ST, 14TH FLOOR, COLUMBUS, OH, 43215 | First Class |
| 5204 | OKLAHOMA OFFICE OF THE ATTORNEY GENERAL, 313 NE 21ST ST, OKLAHOMA CITY, OK, 73105, QUESTIONS@OAG.OK.GOV | Electronic |
| 5204 | OREGON OFFICE OF THE ATTORNEY GENERAL, 1162 COURT ST NE, SALEM, OR, 97301-4096, ELLEN.ROSENBLUM@DOJ.STATE.OR.US   ATTORNEYGENERAL@DOJ.STATE.OR.US | Electronic |
| 5204 | PAOLA LEANO PERALTA, ATTN: DAVID J. ADLER, WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR, NEW YORK, NY, 10019, DADLER@MCCARTER.COM | Electronic |
| 5204 | Patrick J. Nash, Jr., P.C.         Gabriela Zamfir Hensley   Ross M. Kwasteniet, P.C.         , KIRKLAND & ELLIS INTERNATIONAL LLP       (1243), 300 N LaSalle St, CHICAGO, IL, 60654, patrick.nash@kirkland.com  ; ross.kwasteniet@kirkland.com; gabriela.hensley@kirkland.com | Electronic |
| 5204 | Paul R. Shankman  (#717), Attorneys for Creditor, Resources Connection, LLC,     dba Resources Global Professionals, aka RGP, 650 Town Center Drive, Suite 1530, Costa Mesa, CA , 92626, PShankman@fortislaw.com | Electronic |
| 5204 | PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL, STRAWBERRY SQUARE 16TH FL, HARRISBURG, PA, 17120 | First Class |
| 5204 | PETER POLOMBO, ATTN: BRIAN G. HANNON, ESQ. & MARK, E. NORGAARD, ESQ., 184 GRAND AVE, ENGLEWOOD, NJ, 7631, BHANNON@NORGAARDFIRM.COM MNORGAARD@NORGAARDFIRM.COM CROSE@NORGAARDFIRM.COM SFERREIRA@NORGAARDFIRM.COM SFERREIRA@NORGAARDFIRM.COM KCIMMINO@NORGAARDFIRM.COM CROSE@NORGAARDFIRM.COM | Electronic |
| 5204 | PHAROS USD FUND SP & PHAROS FUND SP, LANDMARK SQUARE, 1ST FLOOR, 64 EARTH CLOSE, PO BOX 715, GRAND CAYMAN, KY-1107, CAYMAN ISLANDS, ADMIN@LANTERNVENTURES.COM | Electronic |
| 5204 | RH MONTGOMERY PROPERTIES, INC., ATTN: MORRIS D. WEISS, 100 CONGRESS AVE, 18TH FLOOR, AUSTIN, TX, 78704, MORRIS.WEISS@WALLERLAW.COM   SHERRI.SAVALA@WALLERLAW.COM ANNMARIE.JEZISEK@WALLERLAW.COM | Electronic |
| 5204 | RH MONTGOMERY PROPERTIES, INC., ATTN: TYLER N. LAYNE, 511 UNION ST, SUITE 2700, NASHVILLE, TN, 37219, TYLER.LAYNE@WALLERLAW.COM   CHRIS.CRONK@WALLERLAW.COM | Electronic |
| 5204 | RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL, 150 S MAIN ST, PROVIDENCE, RI, 2903, AG@RIAG.RI.GOV | Electronic |
| 5204 | Richard J Pilson, Esq.  (#679), Berliner & Pilson, Esqs. , 40 Cuttermill Road, suite 308, Great Neck , NY , 11021, rpilson@berlinerpilson.com | Electronic |
| 5204 | Richard Levin and Kayvan Sadeghi , Jenner & Block LLP, Proposed Counsel to the Examiner Shoba Pillay  (#963), 1155 | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | Avenue of the Americas, NY , NY , rlevin@jenner.com    ksadeghi@jenner.com | |
| 5204 | RIPPLE LABS INC., ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH, 1251 SIXTH AVE, 21ST FLOOR, NEW YORK, NY, 10020, ABARRAGE@DWT.COM  HUGHMCCULLOUGH@DWT.COM ELAINEHUCKABEE@DWT.COM SEADOCKET@DWT.COM | Electronic |
| 5204 | ROBERT W. FERGUSON, Esq.  Attorney General  and STEPHEN A. MANNING, WSBA #36965, Assistant Attorney General (#879), Office of the Attorney General   Government Compliance & Enforcement Div, 1125 Washington Street SE, PO Box 40100, Stephen.manning@atg.wa.gov ;  gceef@atg.wa.gov | Electronic |
| 5204 | Scott D. Simon, Esq., GOETZ FITZPATRICK LLP  b/o Signature Bank (1337) , One Penn Plaza, 31st Floor, New York , NY , 10119, ssimon@goetzfitz.com | Electronic |
| 5204 | SECURITIES & EXCHANGE COMMISSION, 100 F ST NE, WASHINGTON, DC, 20549, SECBANKRUPTCY-OGC-ADO@SEC.GOV | Electronic |
| 5204 | SECURITIES & EXCHANGE COMMISSION, 100 PEARL ST, SUITE 20-100, NEW YORK, NY, 10004-2616, NYROBANKRUPTCY@SEC.GOV | Electronic |
| 5204 | SECURITIES AND EXCHANGE COMMISSION, 200 VESEY ST SUITE 400, BROOKFIELD PLACE, NEW YORK, NY, 10281-1022, BANKRUPTCYNOTICESCHR@SEC.GOV   NYROBANKRUPTCY@SEC.GOV | Electronic |
| 5204 | Shawn M. Christianson, Esq, 425 Market Street, Suite 2900, San Francisco, CA, 94105-3493, schristianson@buchalter.com | Electronic |
| 5204 | SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL, REMBERT C. DENNIS BLDG, 1000 ASSEMBLY ST, ROOM 519, COLUMBIA, SC, 29201 | First Class |
| 5204 | SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL, 1302 E HIGHWAY 14, SUITE 1, PIERRE, SD, 57501-8501 | First Class |
| 5204 | SOUTHERN DISTRICT OF NEW YORK UNITED STATES   ATTORNEYS OFFICE, ONE ST. ANDREWS PLAZA, NEW YORK, NY, 10007 | First Class |
| 5204 | Stephen Manning, Esq.  (#935) , Office of the Attorney General of Washingon    Government Compliance & Enforcement Div., P.O. Box 40100, Olympia , WA, 98504-4010, Stephen.manning@atg.wa.gov | Electronic |
| 5204 | STUART P. GELBERG, ESQ., Attorney for Clint Petty &  Brandon Voss, 600 Old Country Road, suite 410, Garden City, ny , 11530 | First Class |
| 5204 | Susan Golden, Ross Kwasteniet, Josh Sussberg; Pat Nash; Tricia Schwallier Collins; Heidi Hockberger; Alison Wirtz; Elizabeth H. Jones; Tommy Scheffer, KIRKLAND & ELLIS INTERNATIONAL LLP  (1244), 601 Lexington Ave, NEW YORK, NY, 10022, Susan.golden@kirkland.com;  ross.kwasteniet@kirkland.com;  joshua.sussberg@kirkland.com;    patrick.nash@kirkland.com; elizabeth.jones@kirkland.com;                   tommy.scheffer@kirkland.com   tricia.schwallier@kirkland.com; heidi.hockberger@kirkland.com; alison.wirtz@kirkland.com; | Electronic |
| 5204 | TENNESSEE DEPARTMENT OF COMMERCE & INSURANCE, ATTN: MARVIN E. CLEMENTS, JR., PO BOX 20207, BANKRUPTCY DIVISION, NASHVILLE, TN, 37202-0207, AGBANKNEWYORK@AG.TN.GOV | Electronic |
| 5204 | TENNESSEE OFFICE OF THE ATTORNEY GENERAL, PO BOX 20207, NASHVILLE, TN, 37202-0207, reg.boards@tn.gov | Electronic |
| 5204 | TEXAS OFFICE OF THE ATTORNEY GENERAL, 300 W 15TH ST, AUSTIN, TX, 78701, stephanie.eberhardt@oag.texas.gov; | Electronic |
| 5204 | TEXAS STATE SECURITIES BOARD, PO BOX 12548 MC 008, BANKRUPTCY & COLLECTIONS DIVISION, OFFICE OF THE ATTORNEY GENERAL OF TEXAS, AUSTIN, TX, 78711-2548, JASON.BINFORD@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV | Electronic |
| 5204 | THOMAS DIFIORE, ATTN: SETH H. LIEBERMAN & MATTHEW, W. SILVERMAN, 7 TIMES SQUARE, NEW YORK, NY, 10036-6569, SLIEBERMAN@PRYORCASHMAN.COM  MSILVERMAN@PRYORCASHMAN.COM | Electronic |
| 5204 | TROUTMAN PEPPER HAMILTON SANDERS LLP, 4000 Town Center, Suite 1800, Southfield, MI, 48075, deborah.kovsky@troutman.com | Electronic |
| 5204 | UTAH OFFICE OF THE ATTORNEY GENERAL, UTAH STATE CAPITOL COMPLEX, 350 N STATE ST, SUITE 230, SALT LAKE CITY, UT, 84114, UAG@UTAH.GOV | Electronic |
| 5204 | VERMONT DEPARTMENT OF FINANCIAL REGULATION, 89 MAIN ST, 3RD FLOOR, MONTPELIER, VT, 5620, JENNIFER.ROOD@VERMONT.GOV | Electronic |
| 5204 | VERMONT OFFICE OF THE ATTORNEY GENERAL, 109 STATE ST, MONTPELIER, VT, 5609, AGO.INFO@VERMONT.GOV | Electronic |
| 5204 | Víctor Ubierna de las Heras , Pro Se Creditor (1257) , victorub@protonmail.com | Electronic |
| 5204 | VIRGINIA OFFICE OF THE ATTORNEY GENERAL, 202 N NINTH ST, RICHMOND, VA, 23219, MAIL@OAG.STATE.VA.US | Electronic |
| 5204 | Virginia T. Shea, Esq., MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP  Counsel for the New Jersey Bureau of Securities (1375), 1300 Mt. Kemble Avenue, P.O. Box 2075, Morristown , nj, 07962-2075, vshea@mdmc-law.com | Electronic |
| 5204 | WASHINGTON OFFICE OF THE ATTORNEY GENERAL, 1125 WASHINGTON ST SE, OLYMPIA, WA, 98501, emailago@atg.wa.gov | Electronic |
| 5204 | WASHINGTON OFFICE OF THE ATTORNEY GENERAL, PO BOX 40100, OLYMPIA, WA, 98504-00, Abby.G.Cunningham@wvago.gov | Electronic |
| 5204 | WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL, 1900 KANAWHA BLVD E, BUILDING 1, ROOM E-26, CHARLESTON, WV, 25305, CONSUMER@WVAGO.GOV | Electronic |

| List ID | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 5204 | WISCONSIN OFFICE OF THE ATTORNEY GENERAL, 17 W MAIN ST, ROOM 114 EAST P, MADISON, WI, 53702 | First Class |
| 5204 | WYOMING OFFICE OF THE ATTORNEY GENERAL, 109 STATE CAPITOL, CHEYENNE, WY, 82002 | First Class |
| 5204 | ZIGLU LIMITED, 1 POULTRY, LONDON, EC2R8EJ, UNITED KINGDOM, CFO@ZIGLU.IO | Electronic |