Hearing Date: December 5, 2022 at 2:00 p.m. (prevailing Eastern Time)
Objection Deadline: December 2, 2022 at 4:00 p.m. (prevailing Eastern Time)

FISHERBROYLES, LLP
Hollace T. Cohen, Esq.
445 Park Avenue, 9th Floor
New York, N.Y. 10022
Telephone: 917-365-4871
Facsimile: 212-423-0618
Email: Hollace.cohen@fisherbroyles.com

Counsel for Vincent Theodore Goetten

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al., [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |

**NOTICE OF UNOPPOSED MOTION OF FISHERBROYLES, LLP TO WITHDRAW AS COUNSEL TO VINCENT THEODORE GOETTEN**

**PLEASE TAKE NOTICE** that a hearing on the Unopposed Motion of FisherBroyles, LLP to Withdraw as Counsel to Vincent Theodore Goetten will be held on **December 5, 2022, at 2:00 p.m., prevailing Eastern Time** (the "Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge. In accordance with General Order M-543 dated March 20,

---

[1] The debtors in these chapter 11 cases, along with the last digits of each Debtors' federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending, LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05 Hoboken, New Jersey 07030.

1

2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m., prevailing Eastern Time, the business day before the hearing (i.e., on December 4, 2022)**.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 2:00 p.m., prevailing Eastern Time, on December 5, 2022, must connect to the Hearing beginning at 1:00 p.m. prevailing Eastern Time, on December 5, 2022. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first and last name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Governing Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion shall: (a) be in writing: (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General

Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC, No. 22-10964 (MG)* by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http: www.nysb .uscourts.gov); and (d) be served in accordance with the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No.1181] (the "Case Management Order") by **December 2, 2022, at 4:00 p.m., prevailing Eastern Time**, to (i) the entities on the Master Service List (as defined in the Case Management Order and available on the case website of the Debtors at https://cases.stretto.com/celsius) and (ii) any person or entity with a particularized interest in the subject matter of the Motion.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Motion as requested by FisherBroyles, LLP.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may obtain copies of the Motion and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

Dated: November 18, 2022                FISHERBROYLES, LLP

                                                                      By: */s/ Hollace T. Cohen*
                                                                          Hollace T. Cohen, Esq.
                                                                          FisherBroyles, LLP
                                                                          445 Park Avenue, 9th Floor
                                                                          New York, N.Y. 10022
                                                                          Telephone: 917-365-4871
                                                                          Facsimile: 212-423-0618
                                                                          Email: Hollace.cohen@fisherbroyles.com

                                                                          Attorneys for Vincent Theodore Goetten

Hearing Date: December 5. 2022 at 2:00 p,m, (prevailing Eastern Time)
Objection Deadline: December 2, 2022 at 4:00 p.m. (prevailing Eastern Time)

FISHERBROYLES LLP
Hollace T. Cohen, Esq.
445 Park Avenue, 9th Floor
New York, N.Y. 10022
Telephone: 917-365-4871
Facsimile: 212-423-0618
Email: Hollace.cohen@fisherbroyles.com

Counsel for Vincent Theodore Goetten

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

**UNOPPOSED MOTION OF FISHERBROYLES, LLP TO WITHDRAW AS COUNSEL TO VINCENT THEODORE GOETTEN**

Hollace T. Cohen and FisherBroyles, LLP ("FisherBroyles") (and together with Hollace T. Cohen, "Movants") hereby move the Court for entry of the attached Order permitting the withdrawal of their appearance as counsel to defendant, Vincent Theodore Goetten ("Vincent

---

[1] The debtors in these chapter 11 cases, along with the last digits of each Debtors' federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending, LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05 Hoboken, New Jersey 07030.

1

Goetten") in the above captioned cases and requests to be removed from the Court's Master Service List and all other service lists in the above captioned cases. In support of this Motion, Movants state as follows:

1. On or about August 23, 2022, Hollace T. Cohen of FisherBroyles filed a Notice of Appearance and Request for Service of Papers in connection with her representation of Vincent Goetten in the above captioned cases.

2. On or about October 31, 2022, Vincent Goetten sent an email to Hollace T. Cohen with a copy to Carl Johnston of FisherBroyles stating that he wants to terminate his representation by FisherBroyles in the above captioned cases immediately. Vincent Goetten was told by FisherBroyles that Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York provides that "An attorney who has appeared as attorney of record may withdraw or be replaced only by order of the Court for cause shown."

3. Rule 1.16 of the New York State Bar Association NY Rules of Professional Conduct entitled "Declining or Terminating Representation" provides in subsection (b) in pertinent part "a lawyer shall withdraw from the representation of a client when: … (3) the lawyer is discharged."

4. Vincent Goetten has reviewed this Motion and does not oppose the withdrawal of Movants as his counsel.

WHEREFORE, Movants, FisherBroyles and Hollace T. Cohen, respectfully request that the Court enter the attached Order allowing their withdrawal as counsel for Vincent Theodore Goetten in the above captioned cases.

Dated: November 18, 2022　　　　　　　　　　FISHERBROYLES, LLP

　　　　　　　　　　　　　　　　　　　　　By: */s/ Hollace T. Cohen*
　　　　　　　　　　　　　　　　　　　　　　　Hollace T. Cohen, Esq.
　　　　　　　　　　　　　　　　　　　　　　　FisherBroyles, LLP
　　　　　　　　　　　　　　　　　　　　　　　445 Park Avenue, 9th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, N.Y. 10022
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 917-365-4871
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 212-423-0618
　　　　　　　　　　　　　　　　　　　　　　　Email: Hollace.cohen@fisherbroyles.com

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Vincent Theodore Goetten

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al., | Case No. 22-10964 (MG) |
| | Jointly Administered |
| Debtors. | |

**[PROPOSED] ORDER**

The Court having duly considered the motion of Hollace T. Cohen and FisherBroyles, LLP, to withdraw as counsel for Vincent Theodore Goetten, now, this ___ day of _____, 2022, IT IS HEREBY ORDERED that:   Hollace T. Cohen and FisherBroyles, LLP are authorized to withdraw as counsel to Vincent Theodore Goetten, with such withdrawal effective immediately and Hollace T. Cohen shall be removed from the Master Service List and all other services lists in the above captioned cases.

Dated:  New York, New York
         December    , 2022

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE