FISHERBROYLES LLP
Hollace T. Cohen, Esq.
445 Park Avenue, 9th Floor
New York, N.Y. 10022
Telephone: 917-365-4871
Facsimile: 212-423-0618
Email: Hollace.cohen@fisherbroyles.com

Counsel for Vincent Theodore Goetten

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al., [1] | Case No. 22-10964 (MG) |
|  | Jointly Administered |
| Debtors. |  |

CERTIFICATE OF SERVICE

I, Hollace T. Cohen, hereby certify that on November 18, 2022, I served a true and correct copy of the *(i) Notice of Unopposed Motion of FisherBroyles, LLP to Withdraw as Counsel to Vincent Theodore Goetten and (ii)Unopposed Motion of Fisher Broyles, LLP to Withdraw as Counsel to Vincent Theodore Goetten* (i) via the Court's CM/ECF electronic notice on all parties

---

[1] The debtors in these chapter 11 cases, along with the last digits of each Debtors' federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending, LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05 Hoboken, New Jersey 07030.

1

that receive such notice and (ii) via electronic mail upon the parties listed on Exhibit A, as indicated.

| | |
|---|---|
| Dated:  November 18, 2022<br>New York, New York | FISHERBROYLES, LLP<br><br>By: */s/ Hollace T. Cohen*<br>Hollace T. Cohen, Esq.<br>FisherBroyles, LLP<br>445 Park Avenue, 9th Floor<br>New York, N.Y. 10022<br>Telephone:  917-365-4871<br>Facsimile: 212-423-0618<br>Email:   Hollace.cohen@fisherbroyles.com<br><br>Attorneys for Vincent Theodore Goetten |

# **EXHIBIT A**

(Served via email on November 18, 2022)

Chambers of the Honorable Martin Glenn
mg.chambers@nysb.uscourts.gov

Joshua Sussberg, Esq.
jsussberg@kirkland.com

Patrick Nash, Esq.
patrick.nash@kirkland.com

Gregory Pesce, Esq.
gregory.pesce@whitecase.com

Shara Cornell, Esq.
shara.cornell@usdoj.gov

Mark Bruh, Esq.
mark.bruh@usdoj.gov

Brian Masumoto, Esq.
brian.masumoto@usdoj.com

Kyle J. Ortiz, Esq.
kortiz@Teamtogut.com

Deborah Kovsky-Apap, Esq.
deborah.kovsky@troutman.com

Immanuel Herrmann
immanuelherrmann@gmail.com

Vincent Theodore Goetten
goetten@protonmail.com