**Appendix B**

### Cryptocurrencies

Celsius supports today's top cryptocurrencies including native blockchain coins such as Bitcoin and Ethereum, staking coins such as DASH, and utility tokens such as CEL.

| Coin Name | Accredited Investor In-CEL Reward Rate (APY) at Platinum level* | In-kind Reward Rate (APY) |
|---|---|---|
| SNX | 17.85% | 14.05% |
| MATIC | 11.50% | 9.10% |
| DOT | 11.39% | 9.02% |
| AVAX | 8.89% | 7.05% |
| BNT | 6.92% | 5.50% |
| CEL | | 5.10% |
| 1INCH | 6.31% | 5.02% |
| AAVE | 6.11% | 4.86% |
| DASH | 5.78% | 4.60% |
| COMP | 5.78% | 4.60% |
| BCH | 5.66% | 4.51% |
| EOS | 5.60% | 4.45% |
| XTZ | 5.33% | 4.25% |
| SUSHI | 5.19% | 4.13% |
| ADA | 5.10% | 4.06% |

B-1