# Appendix C

| ts | coin | total_amount_without_pending | total_amount_with_pending | custody_amount with 10% buffer | Actual Custody Fireblocks amount | Delta | $ value of delta | |
|---|---|---|---|---|---|---|---|---|
| 2022-05-09 9:05:14 | 1INCH | 14,348 | | 15,783 | 31,610 | 15,827.04 | $9,616.3843 | |
| 2022-05-09 9:05:14 | AAVE | 933 | | 1,026 | 1,014 | (11.93) | -$971.1191 | N/A |
| 2022-05-09 9:05:14 | ADA | 4,610,041 | | 5,071,045 | 3,831,508 | (1,239,536.78) | -$474,676.4306 | need to source |
| 2022-05-09 9:05:14 | AVAX | 10,992 | | 12,091 | 9,420 | (2,670.70) | -$46,199.7523 | Y |
| 2022-05-09 9:05:14 | BAT | 120,973 | | 133,070 | 107,688 | (25,382.34) | -$7,215.3364 | Y |
| 2022-05-09 9:05:14 | BCH | 217 | | 238 | 326 | 87.61 | $9,837.1364 | |
| 2022-05-09 9:05:14 | BNB | 9 | | 10 | 9 | (0.70) | -$201.4488 | N/A |
| 2022-05-09 9:05:14 | BNT | 1,436 | | 1,579 | 3,293 | 1,713.69 | $821.4146 | |
| 2022-05-09 9:05:14 | BSV | 248 | | 273 | 228 | (44.76) | -$2,106.4727 | Y |
| 2022-05-09 9:05:14 | BTC | 956 | | 1,051 | 906 | (145.45) | -$2,935,144.5838 | Y |
| 2022-05-09 9:05:14 | BUSD | 97,851 | | 107,636 | 103,290 | (4,346.15) | -$4,346.0346 | Y |
| 2022-05-09 9:05:14 | CEL | 306,822 | | 337,504 | 303,430 | (34,073.95) | -$30,296.6621 | Y |
| 2022-05-09 9:05:14 | COMP | 241 | | 265 | 343 | 77.74 | $3,906.3115 | |
| 2022-05-09 9:05:14 | DASH | 614 | | 675 | 617 | (58.38) | -$2,425.7538 | Y |
| 2022-05-09 9:05:14 | DOGE | 3,466,782 | | 3,813,460 | 3,791,340 | (22,120.15) | -$1,778.7251 | Y |
| 2022-05-09 9:05:14 | DOT | 35,323 | | 38,856 | 34,922 | (3,933.67) | -$25,125.5958 | Y |
| 2022-05-09 9:05:14 | EOS | 17,228 | | 18,950 | 17,528 | (1,422.36) | -$1,623.2829 | Y |
| 2022-05-09 9:05:14 | ETC | 1,985 | | 2,184 | 1,906 | (277.76) | -$6,820.3075 | Y |
| 2022-05-09 9:05:14 | ETH | 6,911 | | 7,602 | 6,880 | (722.22) | -$1,083,224.8851 | Y |
| 2022-05-09 9:05:14 | GUSD | 5,652,508 | | 6,217,759 | 6,214,513 | (3,245.63) | -$3,251.0823 | Y |
| 2022-05-09 9:05:14 | KNC | 6,860 | | 7,546 | 33,244 | 25,697.81 | $22,492.9202 | |
| 2022-05-09 9:05:14 | LINK | 72,824 | | 80,106 | 62,381 | (17,725.39) | -$122,943.3000 | Y |
| 2022-05-09 9:05:14 | LPT | 664 | | 731 | 705 | (25.78) | -$236.0468 | N/A |
| 2022-05-09 9:05:14 | LTC | 5,832 | | 6,415 | 6,429 | 13.84 | $748.3454 | |
| 2022-05-09 9:05:14 | LUNA | 14,494 | | 15,944 | 9,814 | (6,129.60) | -$14,711.0399 | NEED TO SOURCE |
| 2022-05-09 9:05:14 | MANA | 106,793 | | 117,473 | 94,219 | (23,253.54) | -$14,430.5367 | Y |
| 2022-05-09 9:05:14 | MATIC | 1,296,357 | | 1,425,993 | 1,345,409 | (80,584.11) | -$73,219.6932 | Y |
| 2022-05-09 9:05:14 | MCDAI | 278,668 | | 306,535 | 737,321 | 430,786.03 | $430,786.0266 | |
| 2022-05-09 9:05:14 | OMG | 2,508 | | 2,759 | 4,251 | 1,491.67 | $2,420.9038 | |
| 2022-05-09 9:05:14 | PAX | 42,032 | | 46,235 | 90,362 | 44,126.74 | $44,187.1682 | |
| 2022-05-09 9:05:14 | PAXG | 98 | | 108 | 229 | 121.40 | $199,668.7082 | |
| 2022-05-09 9:05:14 | SGB | 198,527 | | 218,380 | 127,424 | (90,955.69) | -$1,634.5984 | Y |
| 2022-05-09 9:05:14 | SNX | 104,912 | | 115,403 | 156,073 | 40,669.60 | $94,877.7706 | |
| 2022-05-09 9:05:14 | SOL | 27,879 | | 30,667 | 24,989 | (5,677.94) | -$173,097.3687 | Y |
| 2022-05-09 9:05:14 | SPARK | 30,225 | | 33,247 | | 0.00 | $0.0000 | N/A |
| 2022-05-09 9:05:14 | SUSHI | 13,080 | | 14,388 | 12,963 | (1,424.65) | -$2,319.3141 | |
| 2022-05-09 9:05:14 | TAUD | 0 | | 0 | 1,797 | 1,796.97 | $1,154.1940 | |
| 2022-05-09 9:05:14 | TCAD | 0 | | 0 | 3,061 | 3,060.97 | $2,249.8132 | |
| 2022-05-09 9:05:14 | TGBP | 0 | | 0 | 0 | 0.00 | $0.0000 | N/A |
| 2022-05-09 9:05:14 | TUSD | 10,243 | | 11,268 | 96,756 | 85,488.41 | $85,435.4082 | |
| 2022-05-09 9:05:14 | UMA | 272 | | 300 | 448 | 148.41 | $324.2761 | |
| 2022-05-09 9:05:14 | UNI | 6,728 | | 7,400 | 6,012 | (1,388.46) | -$9,155.6876 | Y |
| 2022-05-09 9:05:14 | USDC | 22,360,307 | | 24,596,338 | 19,952,427 | (4,643,910.82) | -$4,643,888.6344 | Y |
| 2022-05-09 9:05:14 | USDT ERC20 | 9,842,547 | | 10,826,802 | 787,947 | (10,038,854.55) | -$10,040,758.1130 | |
| 2022-05-09 9:05:14 | UST | 669,920 | | 736,912 | 494,288 | (242,623.88) | -$10,345.1036 | Y |
| 2022-05-09 9:05:14 | WBTC | 0 | | 0 | 0 | 0.00 | $0.0000 | N/A |
| 2022-05-09 9:05:14 | XLM | 811,366 | | 892,503 | 854,305 | (38,197.82) | -$4,213.1813 | Y |
| 2022-05-09 9:05:14 | XRP | 1,269,013 | | 1,395,914 | 1,329,529 | (66,385.02) | -$30,542.1179 | Y |
| 2022-05-09 9:05:14 | XTZ | 19,505 | | 21,456 | 21,320 | (135.82) | -$192.9807 | N/A |
| 2022-05-09 9:05:14 | ZEC | 773 | | 850 | 742 | (108.29) | -$5,683.6358 | Y |
| 2022-05-09 9:05:14 | ZRX | 63,901 | | 70,291 | 92,123 | 21,832.43 | $5,485.3326 | |

C-1

Explanatory Notes to Appendix C

- The first column of the document identifies the data and time of the customer account balances, in this instance 9:05 am on May 9, 2022.

- "total_amount_without_pending" represents the customer account balances, by coin, as of that date and time.

- "custody_amount with 10% buffer" is the customer account balance with the additional 10% "buffer" added.

- "Actual Custody Fireblocks amount" represents the number of each coin in Custody wallets as of time the reconciliation was prepared.

- "Delta" is the calculated difference between the grossed-up customer account balance and the coin balance in the Custody wallets.

- The "total_amount_without_pending" was not used until August of 2022, but represents the pending withdrawals from Custody following the pause.

- The "$ value of the delta" is based on the respective coin prices on October 28, 2022 (not May 9), the date the analysis was last run, and therefore is not informative.

- Notations in the last column indicate the status of the reconciliation, including whether there was a "need to source" coins by the Treasury.[1]

---

[1] Examiner Interview of Dean Tappen (Coin Deployment Specialist – Celsius, November 16, 2022).