**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER (I) AUTHORIZING
## ALL PARTIES TO REDACT AND FILE UNDER
## SEAL THE NAMES OF CERTAIN CONFIDENTIAL
## PARTIES IN INTEREST RELATED TO THE POTENTIAL SALE
## OF CERTAIN OR SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS
## AND THE POTENTIAL PROCUREMENT OF DEBTOR-IN-POSSESSION
## FINANCING AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), authorizing all parties to (a) redact and file under seal the names of the Confidential Parties related to the potential sale of certain or substantially all of the Debtors' assets and the potential procurement of debtor-in-possession financing and (b) granting related relief, all as more fully set forth in the Motion; and upon the Campagna Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, entered February 1, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these cases in this district is proper pursuant to

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion

is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this

Court having found that the Debtors' notice of the Motion and opportunity for a hearing thereon

were appropriate under the circumstances and no other notice need be provided; and this Court

having reviewed the Motion and having heard the statements in support of the relief requested

therein at a hearing (if any) before this Court (the "Hearing"); and this Court having determined

that the legal and factual bases set forth in the Motion and at the Hearing (if any) establish just

cause for the relief granted herein; and upon all of the proceedings had before this Court; and after

due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein, subject to later determination by the Court

that the information should be unsealed.

2.      All parties are authorized, pursuant to sections 105(a) and 107(b)(1) of

the Bankruptcy Code to file (i) the Sealed Documents in a form redacted as to the names and

identifiable information of the Confidential Parties and (ii) the unredacted versions of the Sealed

Documents under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018,

and Local Rule 9018-1.

3.      The unredacted versions of the Sealed Documents shall not be made available to

any party (other than those specified in paragraph 5 of this Order) without the Debtors' consent,

may not be filed on the public docket, and shall remain under seal until further order of the Court.

4.      Any party filing any Sealed Documents shall submit unredacted copies of the

Sealed Documents to the clerk of the Court in an envelope under seal, clearly indicating that the

same has been filed under seal by order of the Court.

5.      Any party filing any Sealed Documents are authorized to cause the unredacted versions of the Sealed Documents to be served on and made available, on a confidential basis, to: (a) the Court; (b) the U.S. Trustee; (c) the Debtors; (d)  the Committee's professionals and, subject to agreed confidentiality protocols or by further order of the Court, the members of the Committee; and (d) any other party as may be ordered by the Court or agreed to in writing by the Debtors, as applicable, in each case under appropriate confidentiality agreements reasonably satisfactory to the Debtors, that preserve the confidentiality of the names of the Confidential Parties (and any information derived therefrom).

6.      For the avoidance of doubt, this Order is without prejudice to the rights of the U.S. Trustee or any party in interest to seek to unseal the Sealed Documents, or any part thereof.

7.      The Confidential Parties and any party authorized to receive the unredacted versions of the Sealed Documents shall be authorized and directed to redact specific references to the information set forth therein from pleadings filed on the public docket maintained in these chapter 11 cases.

8.      Any party who receives the names of the Confidential Parties in accordance with this Order shall not disclose or otherwise disseminate this information to any other person or entity, including in response to a request under the Freedom of Information Act.

9.      The Debtors shall retrieve from the clerk of the Court and dispose of all unredacted versions of the Sealed Documents at the conclusion of these chapter 11 cases.

10.      The requirements set forth in Local Rules 9013-1 and 9018-1 are satisfied by the contents of the Motion.

11.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

12.     This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated:  November 22, 2022
        New York, New York

                                        **/s/ Martin Glenn**
                                        MARTIN GLENN
                                        Chief United States Bankruptcy Judge