GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Proposed Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| CELSIUS NETWORK, LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**FIRST MONTHLY FEE STATEMENT OF DELAWAREADR, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COURT-APPOINTED INDEPENDENT FEE EXAMINER, FOR THE PERIOD FROM OCTOBER 13, 2022 THROUGH OCTOBER 31, 2022**

| Name of Applicant: | DelawareADR, LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Independent Fee Examiner | |
| **Date Order of Employment Signed** | October 20, 2022 [Docket No. 1151] | |
| **Time Period Covered by This Statement:** | October 13, 2022 to October 31, 2022 | |
|  | **Fees** | **Expenses** |
| Invoice #127 | $10,050.00 | $0.00 |
| Holdback (20% of Fees): | ($2,010.00) | n/a |
| **Amount Requested:** | **$8,040.00** | **$0.00** |
| **This is a(n):** _X_ Monthly Fee Statement ___ Interim Application ___ Final Application | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals,* dated October 20, 2022 [Docket No. 1151], and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 17, 2022 [Docket No. 521] (the "Interim Compensation Order"), DelawareADR, LLC (the "Fee Examiner") hereby submits this *First Monthly Fee Statement of DelawareADR, LLC for Compensation for Services and Reimbursement of Expenses as Court-Appointed Independent Fee Examiner for the Period From October 13, 2022 Through October 31, 2022* (this "Fee Statement").

Specifically, the Fee Examiner seeks the provisional allowance of monthly compensation in the amount of $8,040.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary services that the Fee Examiner incurred during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is DelawareADR Invoice No. 127, showing the number of hours (seven)expended and fees incurred by the Fee Examiner during the Fee Period. As reflected in **Exhibit A**, the Fee Examiner incurred $10,050.00 in fees during the Fee Period and seeks provisional reimbursement for 80% of such fees, or $8,040.00

2. The Fee Examiner's hourly billing rate is $1,500.00, and the Fee Examiner is the only professional requesting fees herein.

3. The Fee Examiner incurred no expenses during the Fee Period.

## Notice

6. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. No other or further notice need be given.

WHEREFORE, DelawareADR, LLC, respectfully requests the provisional allowance of $8,400.00 for the reasonable and necessary Fee Examiner services rendered during the Fee Period, which is equal to 80% of the total amount of compensation sought for reasonable and necessary Fee Examiner services rendered during the Fee Period.

Dated: November 22, 2022.

**GODFREY & KAHN, S.C.**
*Proposed Counsel for Fee Examiner*

By /s/ *Katherine Stadler*
Katherine Stadler (NYSB #4938064)
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 297-3911
E-mail: kstadler@gklaw.com

28221455.2

# EXHIBIT A



# Delaware ADR

**INVOICE**

Invoice # 127
Date: 11/02/2022
Due Upon Receipt

P.O. Box 7908
Wilmington, Delaware 19803

Joshua A. Sussberg
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

## 4400-000-CSS

## In re: Celsius

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 10/18/2022 | Teleconferences and email correspondence w counsel, email correspondence w L. Rifkin, review of affidavit and drafting of revisions to same; internal teleconferences re affidavit | 1.50 | $1,500.00 | $2,250.00 |
| Service | 10/19/2022 | Drafting of changes to declaration; email correspondence and telephone conferences re same and hearing | 1.70 | $1,500.00 | $2,550.00 |
| Service | 10/20/2022 | Attendance at hearing | 2.70 | $1,500.00 | $4,050.00 |
| Service | 10/21/2022 | Email correspondence | 0.30 | $1,500.00 | $450.00 |
| Service | 10/23/2022 | Email correspondence | 0.10 | $1,500.00 | $150.00 |
| Service | 10/30/2022 | Review and comment on interim compensation order and fee examiner order; email correspondence re same | 0.40 | $1,500.00 | $600.00 |

**Total** **$10,050.00**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| 127 | 11/02/2022 | $10,050.00 | $0.00 | $10,050.00 |
|---|---|---|---|---|
| | | | **Outstanding Balance** | **$10,050.00** |
| | | | **Total Amount Outstanding** | **$10,050.00** |

Please make all amounts payable to: Delaware ADR

ACH **(preferred)** and Wire Payment Instructions below:

| **ACH Bank Information:** | **Wire Transfer Instructions:** |
|---|---|
| WSFS Bank | Swift Code:  WSFCUS33 |
| 500 Delaware Avenue |  Routing Number:  031100102 |
| Wilmington, DE 19801 | Account Number:  213378649 |

Bank Routing Number:  031100102
Bank Account Number:  213378649
Bank Account Type:  Checking

Payment is due upon receipt.

Interest at the rate of 1% per month will be charged on any unpaid invoice over 30 days past due.