GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Proposed Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| **CELSIUS NETWORK, LLC**, *et al.*,[1] | : | Case No. 22-10964 (MG) |
| Debtors. | : | (Jointly Administered) |

**AFFIDAVIT OF SERVICE OF FIRST MONTHLY FEE STATEMENT OF DELAWAREADR, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COURT-APPOINTED INDEPENDENT FEE EXAMINER, FOR THE PERIOD FROM OCTOBER 13, 2022 THROUGH OCTOBER 31, 2022**

I, Katherine Stadler, under penalty of perjury declare as follows, that on November 22, 2022, at my direction and under my supervision, employees of Godfrey & Kahn, S.C. served a copy of the following documents upon the individuals registered to receive electronic notices via the Court's ECF noticing system, via email to those identified on the **Core 2002 list as of October 18, 2002,** and via first-class mail to the parties with no known email listed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

- *FIRST MONTHLY FEE STATEMENT OF DELAWAREADR, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COURT-APPOINTED INDEPENDENT FEE EXAMINER, FOR THE PERIOD FROM OCTOBER 13, 2022 THROUGH OCTOBER 31, 2022*

Dated: November 22, 2022.

           **GODFREY & KAHN, S.C.**
           *Proposed Counsel for Fee Examiner*

           By  */s/ Katherine Stadler*
               Katherine Stadler (NYSB #4938064)
               One East Main Street, Suite 500
               Madison, WI 53703
               Telephone: (608) 297-3911
               E-mail: kstadler@gklaw.com

28314046.1