# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle |  |
|---|---|---|
| Christopher S. Koenig | Chicago, IL 60654 |  |
| To Call Writer Directly: | United States | Facsimile: |
| +1 312 862 2372 | +1 312 862 2000 | +1 312 862 2200 |
| chris.koenig@kirkland.com |  |  |
|  | www.kirkland.com |  |

November 22, 2022

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

      Re:    *In re Celsius Network LLC,* No. 22-10964 (MG) – Request to Extend Deadline to Object to Debtors' Exclusivity Motion [Docket No. 1317]

Dear Chief Judge Glenn:

      Pursuant to paragraph 27 of the Case Management Procedures, attached as <u>Exhibit 1</u> to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], and upon mutual agreement with the official committee of unsecured creditors (the "<u>Committee</u>"), we write to request confirmation of the extension of the deadline for the Committee to object to the *Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 1317] to Thursday, December 1, 2022, at 12:00 p.m. (prevailing Eastern Time).

# KIRKLAND & ELLIS LLP

Sincerely,

*/s/ Christopher S. Koenig*

Christopher S. Koenig

cc:   Gregory F. Pesce, Counsel to the Official Committee of Unsecured Creditors

The request to extend the Committee's objection deadline on the Exclusivity Motion from Monday November 28th to Thursday December 1, 2022 is GRANTED.

MEMORANDUM ENDORSED.

IT IS SO ORDERED.

Dated: 11/22/2022                                    */s/Martin Glenn*

CHIEF UNITED STATES BANKRUPTCY JUDGE