

The New York Times
620 8TH AVENUE · NEW YORK, NY 10018

# PROOF OF PUBLICATION

Nov-22, 20 22

I, Edgar Noblesala, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

Nov 22, 2022, NYT & Natl, pg B5

Sworn to me this 22nd day
of November, 2022

_____
Notary Public

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

# A Parade of Tankers From the U.S. Helps Ease Europe's Energy Crisis

FROM FIRST BUSINESS PAGE

which because of shale drilling has grown to be one of the top global exporters of chilled gas, along with Qatar and Australia.

"U.S. L.N.G. has become a foundation for European energy security," said Daniel Yergin, an energy historian.

In the days when Russia supplied up to 40 percent of Europe's gas, the continent was considered a dumping ground for L.N.G., where shippers would send a tanker if demand elsewhere, especially Asia, was weak. This year, Europe has become a destination for more shippers. American L.N.G. suppliers tend to have more flexible contracts than those in other countries, and so are able to go where the gas is most wanted.

After Russia invaded Ukraine, Europe quickly shifted from what the industry called "the market of last resort" to "the market of most need," said Anatol Feygin, executive vice president and chief commercial officer of Cheniere Energy, a large American L.N.G. supplier.

This year, shipments to Europe from the United States have more than doubled, according to Kayrros. Cargoes from Qatar have increased about 20 percent. Russia, which continues to send L.N.G. to Europe despite throttling back pipeline gas, has raised its exports about 10 percent. Although shipments to Asia have declined around 9 percent this year, it remains the main destination for the fuel.

Mr. Feygin said that about 70 percent of the cargoes loaded at Cheniere this year had gone to Europe, including the roughly 10 percent that the company reserves for its own energy trading business. In August, for instance, he dispatched a cargo of gas aboard the Gaslog Georgetown from Cheniere's terminal at Sabine Pass, in western Louisiana, to a newly opened terminal at Eemshaven in the northern Netherlands that the Dutch authorities set up hastily after Russia's push into Ukraine.

Mr. Feygin sold the cargo to CEZ, a big Czech energy company making its first purchase of L.N.G.

In a statement, CEZ said the cargo from Cheniere and other expected shipments were "a significant step for the Czech Republic's energy security." Russia has cut gas supplies to CEZ to a "minimal level," according to Roman Gazdik, a spokesman for the company.

In all likelihood, that security comes at a high price. Cheniere and CEZ declined to comment on financial terms, but the cargo probably sold near spot, or current, prices, analysts say. Clementine Laure, an analyst at Kayrros, estimated that the cargo would currently be worth $105 million.



The Gaslog Georgetown in the Netherlands, pumping liquefied natural gas brought from the Gulf Coast of the United States. Cheniere Energy, a large American L.N.G. supplier, has used the ship.

ILVY NJIOKIKTJIEN FOR THE NEW YORK TIMES

With overall supplies growing only about 5 percent this year, Europe's expansive appetite for L.N.G. is most likely driving up prices around the world and making it unaffordable for many poorer countries.

Buying and selling L.N.G. remains a clubby, secretive business. Pricing benchmarks, especially in Europe, are less firmly established than standards like Brent crude in oil trading.

Still, big money has clearly been made in recent months. Some of the profits stem from the fact that many of the companies shipping a cargo from the United States will have bought their fuel based on gas prices there, which are now about a fifth of European gas prices, said Ciaran Roe, global director for L.N.G. at S&P Global, a financial services firm.

U.S. natural gas is often cheaper than in Europe for a variety of reasons, including abundant domestic production. After costs for processing and transporting are added, the gas suppliers are still likely to be earning very high profits, he said.

This is a boom time for the biggest players in L.N.G. These are mostly large energy companies with the financial firepower to invest in the multibillion-dollar cost of building liquefaction facilities (the gas must be cooled to minus 260 degrees Fahrenheit to turn it to liquid) and receiving terminals, as well as to finance the current high costs of buying and trading cargoes.

The Western company with the largest L.N.G. portfolio last year was Shell, while TotalEnergies, Cheniere and Exxon Mobil were all major forces, according to a presentation by Shell. During the first nine months of this year, Shell's Integrated Gas business, which includes L.N.G., earned $10.1 billion, double the profit of the same period in 2021.

In a sense, markets have been working almost too well. European countries like Germany have overachieved in their goals of filling gas storage facilities to near capacity. With warm weather and high prices reducing demand for gas, full tanks at L.N.G. receiving terminals have meant there is

*Prices have fallen by two-thirds recently but remain high by historical standards.*

no place to put more.

In mid-October, Enagas, the gas grid operator in Spain, the European country with the largest capacity to receive L.N.G., warned of what it called a "mismatch" of supply and demand that could lead to halts in receiving new supplies.

"The gas system in Europe is full," Arturo Gonzalo Aizpiri, the company's chief executive, said in an interview. He added that although the overload was symptomatic of bottlenecks in the system, it was also "a reason for a certain optimism indicating that Europe is facing better conditions for the winter from a security of supply standpoint."

Recent trends in the gas markets also offer cause for optimism. After months of astronomical prices, European benchmark gas futures have eased by about two-thirds in recent weeks, though they remain elevated by historical standards. The price of L.N.G. heading for northwest Europe, which has often closely tracked the Dutch TTF, a European benchmark for natural gas, has lately moved to a substantial discount, according to market participants. Recently, S&P Global's assessment of L.N.G. in northwest Europe was about $13 per million British thermal units, a gas metric, compared with about $33 per million British thermal units for the benchmark.

Pressure on prices is most likely coming from lower-than-expected demand, full storage and the fact that terminals for receiving the gas are still under construction in some countries, including Germany.

Mr. Roe said Russia's near-departure from the European market also meant that natural gas prices in Europe were being influenced by a set of factors other than L.N.G.

He suggested that today's price relationships might also eventually "flip on their heads," noting that in 2020 L.N.G. prices dipped so low that it was not worth loading cargoes in the United States, and companies canceled orders, accepting multimillion-dollar penalties.

"We are seeing the all-time boom in gas prices," he said. "And we all know what often follows the all-time boom in something."

---

# Lifeline for California Nuclear Plant Is a Bridge to Climate Goals, Advocates Say

**By IVAN PENN**

California's last nuclear power plant received a $1.1 billion federal grant on Monday as the state seeks to extend the plant's operations — currently set to end in 2025 — to meet electricity demand at a time of intensifying climate events.

The Department of Energy awarded the funding for the Diablo Canyon Power plant to Pacific Gas & Electric, which owns the nuclear facility, to help cover the cost of continued power production. The federal money follows a $1.4 billion loan from the state last month that included the potential of being forgiven, though PG&E was expected to seek funds to repay it.

PG&E has yet to clear all of the needed regulatory requirements and licensing to keep the plant running, but Gov. Gavin Newsom of California and the Biden administration have consistently argued in support of Diablo Canyon's operation and for nuclear power in general as a way to help decarbonize the electric grid.

The federal money is part of the Bipartisan Infrastructure Bill, which provided $6 billion for civil nuclear support at $1.2 billion per year for fiscal years 2022 to 2026.

"This is a critical step toward ensuring that our domestic nuclear fleet will continue providing reliable and affordable power to Americans as the nation's largest source of clean electricity," Energy Secretary Jennifer M. Granholm said in a statement. "Nuclear energy will help us meet President Biden's climate goals, and with these historic investments in clean energy, we can protect these facilities and the communities they serve."

The United States maintains 92 reactors, though a dozen have closed over the last decade — including, a month ago, the Pal-



The Diablo Canyon Power Plant in Avila Beach, Calif., received a $1.1 billion federal grant on Monday as the state seeks to extend the plant's operations.

MICHAEL MARIANT/ASSOCIATED PRESS

isades Nuclear Generating Station in Michigan, about 55 miles southwest of Grand Rapids.

Diablo Canyon, on the coast roughly halfway between San Francisco and Los Angeles, provides about 9 percent of the state's electricity and has been viewed as a critical source for providing power to homes and businesses during extreme weather events driven by climate change. This summer, sweltering temperatures formed a heat dome over the West that threatened to overload California's electric and force rolling blackouts for the second time in two years.

Mr. Newsom ordered the unusual step of sending text messages to millions of Californians to reduce their electricity use to prevent the blackouts. And state regulators continue to push the state's utilities to add more resources like batteries to aid the electric grid during periods of high demand.

But with the move to electrify appliances, heating and cooling systems and automobiles, which will lead to an increased need for power, the state wants to keep Diablo Canyon running, at least for an additional five to 10 years.

Critics of extending Diablo Canyon's operations argue that there is not enough information on which to evaluate the need and potential expense. For example, the $1.1 billion would not cover the total state loan. Regulators continue

*'We believe it's costly and unnecessary.'*

David Weisman, legislative director for the Alliance for Nuclear Responsibility Legal Fund.

to evaluate California's electricity needs for future years. And Diablo could require extensive upgrades to ensure safety.

In the end, the critics argue, the money spent on the nuclear plant could fund other clean energy projects, like batteries, and solar and wind power.

"We believe it's costly and unnecessary," said David Weisman, legislative director for the Alliance for Nuclear Responsibility Legal Fund, a nonprofit that focuses on the dangers related to nuclear power plants. "Whether we really need Diablo Canyon or not, we won't get to that until a year from now."

The federal and state support from Democratic leaders for Diablo Canyon's continued electricity production has been a surprising reversal. Senator Dianne Feinstein, who had supported retiring the plant, wrote an opinion essay in The Sacramento Bee this year about why she changed her mind.

On Monday, Ms. Feinstein, a Democrat from California, again backed Diablo Canyon's operations, disputing Mr. Weisman's argument that the facility is not needed.

"This short-term extension is necessary if California is going to meet its ambitious clean-energy goals while continuing to deliver reliable power," Ms. Feinstein said. "This is especially critical as California's electric grid has faced increasing challenges from climate-fueled extreme weather events."

PG&E said it was continuing to work toward closing the plant by the end of 2025 — even as it pursued extending the facility's operations — until final determinations were clear. But funding support has been crucial.

Based on current forecasts, PG&E said the funding it had received from the state and federal governments would cover the cost of extending the license and operations of the plant. And the utility said the federal money would help repay the state.

"This is another very positive step forward to extend the operating life of Diablo Canyon Power Plant to ensure electrical reliability for all Californians," said Patricia K. Poppe, chief executive of PG&E Corporation. "While there are key federal and state approvals remaining before us in this multiyear process, we remain focused on continuing to provide reliable, low-cost, carbon-free energy to the people of California, while safely operating one of the top performing plants in the country."

Joshua A. Sussberg, P.C., KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 601 Lexington Avenue, New York, New York 10022, Telephone: (212) 446-4800, Facsimile: (212) 446-4900 -and- Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*), Ross M. Kwasteniet, P.C. (admitted *pro hac vice*), Christopher S. Koenig, Dan Latona (admitted *pro hac vice*), KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Telephone: (312) 862-2000, Facsimile: (312) 862-2200, *Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  ) Chapter 11
CELSIUS NETWORK LLC, *et al.*,[1]  ) Case No. 22-10964 (MG)
   Debtors.  ) (Jointly Administered)

NOTICE OF BAR DATES FOR SUBMITTING PROOFS OF CLAIM AND CLAIMS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE AGAINST THE DEBTORS

PLEASE TAKE NOTICE THAT the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has entered an order (the "Bar Date Order") establishing 5:00 p.m. prevailing Eastern time on January 3, 2023 (the "General Claims Bar Date") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures and trusts) to submit a Proof of Claim against any of the Debtors listed below (collectively, the "Debtors"). A copy of the Bar Date Order, and any exhibits thereto are available (i) at the Debtors' expense upon request to Stretto, Inc. (the noticing and claims agent retained in these chapter 11 cases), by calling 855-423-1530 for callers in the United States or by calling 949-669-5873 for callers outside the United States, (ii) for no charge by visiting the Debtors' restructuring website at http://cases.stretto.com/celsius, or (iii) for a fee via PACER by visiting http://ecf.nysb.uscourts.gov.

The Bar Date Order requires that all entities (collectively, the "Claimants") holding or wishing to assert a claim that arose or is deemed to have arisen prior to July 13, 2022 (the "Petition Date"), against the Debtors ("Claims") to submit a Proof of Claim so as to be actually received by Stretto, Inc. (the "Notice and Claims Agent") on or before the applicable bar date (collectively, the "Bar Dates") as set forth below. None of the bar dates described herein apply to any governmental unit. Pursuant to section 502(b)(9) of the Bankruptcy Code, all governmental units shall have at least 180 days from the commencement of these chapter 11 cases to submit Claims against the Debtors.

Debtor Name, Last Four Digits of Tax Identification Number, Case Number: Celsius Network LLC, 2148, 22-10964; Celsius KeyFi LLC, 4414, 22-10967; Celsius Lending LLC, 8417, 22-10970; Celsius Mining LLC, 1387, 22-10968; Celsius Network Inc., 1219, 22-10965; Celsius Network Limited, 8554, 22-10966; Celsius Networks Lending LLC, 3390, 22-10969; Celsius US Holding LLC, 7956, 22-10971

General Claims Bar Date (Applicable to 503(b)(9) Claims). All Claimants holding or wishing to assert a Claim must submit a Proof of Claim with respect to such Claim so as to be actually received by the Notice and Claims Agent by January 3, 2023, at 5:00 p.m. prevailing Eastern Time (the "General Claims Bar Date"), including parties asserting claims pursuant to section 503(b)(9) of the Bankruptcy Code.

Supplemental Bar Date. In the event the Debtors amend or supplement their schedules of assets and liabilities (collectively, the "Schedules"), the Debtors shall give notice of any such amendment to the holders of any Claim affected thereby, and such holders shall be afforded 35 days from the date on which such notice is given to submit a Proof of Claim with respect to such amended Claim (any such date, a "Supplemental Bar Date") or be forever barred from doing so.

Rejection Bar Date. If you have a Claim arising from the rejection of an executory contract or unexpired lease, you must submit a Proof of Claim based on such rejection on or before the later of (a) the General Claims Bar Date and (b) any date the Bankruptcy Court may fix in the applicable order authorizing such rejection and, if no such date is provided, 30 days from the date of entry of such order (the "Rejection Bar Date"). The Debtors will provide notice of the Rejection Bar Date to the contract or lease counterparty whose contract or lease is being rejected at the time the Debtors reject any executory contract or unexpired lease.

When and Where To Submit. Each Proof of Claim, including supporting documentation, must be submitted so that the Notice and Claims Agent *actually receives* the Proof of Claim on or before the applicable Bar Date by: (i) electronically using the interface available on the Notice and Claims Agent's website at https://cases.stretto.com/celsius, or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an *original* signature, at the following address: Celsius Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

PROOFS OF CLAIM MUST BE SUBMITTED BY MAIL, BY HAND, OR THROUGH THE STRETTO WEBSITE. PROOFS OF CLAIM SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED AND WILL NOT BE DEEMED TIMELY SUBMITTED.

Contents of Proofs of Claim. Each Proof of Claim must: (i) be written in English; (ii) set forth (A) for any Claim based on cryptocurrency(ies) held in an account on the Debtors' platform, the number of units of each cryptocurrency held in such account and (B) in the case of any other Claim, the amount of such Claim denominated in United States dollars; (iii) conform substantially with the Proof of Claim Form provided by the Debtors or Official Form 410; (iv) be signed or electronically transmitted through the interface available on the Notice and Claims Agent's website at https://cases.stretto.com/celsius by the claimant or by an authorized agent or legal representative of the claimant; and (v) unless otherwise consented to by the Debtors in writing, include supporting documentation unless voluminous, in which case a summary must be attached or an explanation provided as to why documentation is not available. **Please note** that each Proof of Claim must state a Claim against only one Debtor. To the extent the Proof of Claim lists more than one Debtor, the applicable Claim may be treated as if submitted only against the first-listed Debtor. If a Proof of Claim does not identify a specific Debtor, the Proof of Claim will be considered as submitted only against Celsius Network LLC.

Reservation of Rights. Nothing contained in this notice is intended to or should be construed as a waiver of the Debtors' right to: (a) dispute, or assert offsets or defenses against, any submitted Claim or any Claim listed or reflected in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases as to the nature, amount, liability, or classification thereof; (b) subsequently designate any scheduled Claim as disputed, contingent, or unliquidated; and (c) otherwise amend the Schedules.

Additional Information. If you have any questions regarding the Claims process and/or if you wish to obtain a copy of the Bar Date Order (which contains a more detailed description of the requirements for submitting Proofs of Claim), a Proof of Claim form or related documents, you may do so by visiting the Debtors' restructuring website at http://cases.stretto.com/celsius or contacting the Notice and Claims Agent by calling 855-423-1530 for callers in the United States and/or writing to the following address: Celsius Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. Please note that the Notice and Claims Agent cannot advise you how to submit, or whether you should submit, a Proof of Claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

For the avoidance of doubt, all Claims for cryptocurrency held by any holder must clearly state (i) each type of cryptocurrency held and (ii) the number of units of each cryptocurrency held.