**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the information agent for the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served by the date and method set forth on the Master Service List attached hereto as **Exhibit A**:

- The Official Committee of Unsecured Creditors' Statement (A) In Support of the Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, (III) Approving Notice Thereof, and (IV) Granting Related Relief and (B) In Response to the Preferred Equity Objection [Docket No. 1332]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Dated: November 18, 2022

*/s/ Liz Santodomingo*
Liz Santodomingo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 18, 2022, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| | ALABAMA OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE<br>MONTGOMERY AL 36104 | CONSUMERINTEREST@ALABAMAAG.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | ALASKA OFFICE OF THE ATTORNEY GENERAL | 1031 W 4TH AVE<br>SUITE 200<br>ANCHORAGE AK 99501 | ATTORNEY.GENERAL@ALASKA.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | ALTCOINTRADER (PTY) LTD | 229 ONTDEKKERS RD, HORIZON<br>ROODEPOORT 1724 SOUTH AFRICA | RICHARD@ALTCOINTRADER.CO.ZA | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | AMTRUST NORTH AMERICA INC ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE CO | C/O MAURICE WUTSCHER LLP<br>ATTN: THOMAS R. DOMINCZYK<br>5 WALTER FORAN BLVD, SUITE 2007<br>FLEMINGTON NJ 08822 | TDOMINCZYK@MAURICEWUTSCHER.COM<br>THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | ARIZONA OFFICE OF THE ATTORNEY GENERAL | 2005 N CENTRAL AVE<br>PHOENIX AZ 85004 | AGINFO@AZAG.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | ARKANSAS OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST<br>SUITE 200<br>LITTLE ROCK AR 72201 | OAG@ARKANSASAG.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | B2C2 LTD | 86-90 PAUL ST<br>LONDON EC2A 4NE UNITED KINGDOM | MIDDLEOFFICE@B2C2.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | BAKER, DOMINIC JOHN | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO LISA T. VICKERS | BERLINER & PILSON, ESQS. | ATTN: RICHARD J. PILSON<br>40 CUTTERMILL ROAD<br>SUITE 308<br>GREAT NECK NY 11021 | RPILSON@BERLINERPILSON.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL FOR JOHN MARCHIONI | BLANK ROME LLP | ATTN: EVAN J. ZUCKER<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | EVAN.ZUCKER@BLANKROME.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO SAP AMERICA, INC AND SAP NATIONAL SECURITY SERVICES, INC. | BROWN & CONNERY, LLP | ATTN: JULIE F. MONTGOMERY, ESQ.<br>6 NORTH BROAD STREET<br>SUITE 100<br>WOODBURY NJ 08096 | JMONTGOMERY@BROWNCONNERY.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255<br>SACRAMENTO CA 94244-2550 | XAVIER.BECERRA@DOJ.CA.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | CHANG, RICKIE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | COLORADO OFFICE OF THE ATTORNEY GENERAL | RALPH L. CARR JUDICIAL BUILDING<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | CORA.REQUEST@COAG.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | 165 CAPITOL AVE<br>HARTFORD CT 6106 | ATTORNEY.GENERAL@CT.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | COVARIO AG | LANDYS GYR STRASSE 1<br>ZUG 6300 SWITZERLAND | CELSIUSBANKRUPTCY@COVAR.IO<br>MARK.BANNER@COVAR.IO | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: DARREN AZMAN<br>ONE VANDERBILT AVE<br>NEW YORK NY 10017-3852 | DAZMAN@MWE.COM<br>MCO@MWE.COM<br>CGREER@MWE.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: GREGG STEINMAN<br>333 SE 2ND AVE, SUITE 4500<br>MIAMI FL 33131-2184 | GSTEINMAN@MWE.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | CRYPTO10 SP -SEGREGATED PORTFOLIO OF | INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC<br>67 FORT ST 1ST FLOOR<br>ARTEMIS HOUSE<br>GEORGE TOWN KY1-1102 CAYMAN ISLANDS | C10_SPC@INVICTUSCAPITAL.COM<br>DANIEL@INVICTUSCAPITAL.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | DEFERRED 1031 EXCHANGE, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>LAKELAND AVE.<br>DOVER DE 19901 | CIADONISI@DEFERRED1031.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | DEKKER, CARLOS C | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US<br>ATTORNEY.GENERAL@DELAWARE.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | DENTZEL, ZARYN | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | DIFIORE, THOMAS ALBERT | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | 400 6TH STREET NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | DIXON, SIMON | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | DOWNS, BRADLEY JAMES | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP<br>ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS<br>1301 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK NY 10019 | JEFFREY.GLEIT@AFSLAW.COMALLISON.WEISS@AFSLAW.COMLISA.INDELICATO@AFSLAW.COMALYSSA.FIORENTINO@AFSLAW.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO ADRIAN PEREZ-SIAM | DUANE MORRIS LLP | ATTN: LAWRENCE J. KOTLER, ESQUIRE<br>30 S. 17TH STREET<br>PHILADELPHIA PA 19103 | LJKOTLER@DUANEMORRIS.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR.<br>920 LENMAR DR<br>BLUE BELL PA 19422 | SCHROEDER@JRLAW.ORG<br>HEALEY@JRLAW.ORG | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | FARR, NICHOLAS | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO FEDERAL TRADE COMMISSION | FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON & KATHERINE AIZPURU<br>600 PENNSYLVANIA AVE., NW<br>MAIL STOP CC-9528<br>WASHINGTON DC 20580 | KJOHNSON3@FTC.GOV<br>KAIZPURU@FTC.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | FEINTISCH, ADAM MICHAEL | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO NEW SPANISH RIDGE, LLC MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | FISHERBROYLES, LLP | ATTN: CARL D. NEFF<br>CSC STATION<br>112 SOUTH FRENCH STREET<br>WILMINGTON DE 19801 | CARL.NEFF@FISHERBROYLES.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO NEW SPANISH RIDGE, LLC MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | FISHERBROYLES, LLP | ATTN: THOMAS R. WALKER<br>945 EAST PACES FERRY ROAD, NE<br>SUITE 2000<br>ATLANTA GA 30326 | THOMAS.WALKER@FISHERBROYLES.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO VINCENT THEODORE GOETTEN | FISHERBROYLES, LLP | HOLLACE T. COHEN, ESQ.<br>445 PARK AVENUE, 9TH FLOOR<br>NEW YORK NY 10022 | HOLLACE.COHEN@FISHERBROYLES.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | FITE, JACOB BENJAMIN | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email on November 11, 2022 |
| | FLORIDA OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL PL-01<br>TALLAHASSEE FL 32399 | ASHLEY.MOODY@MYFLORIDALEGAL.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | FORTIS LLP | ATTN: PAUL R. SHANKMAN<br>650 TOWN CENTER DRIVE<br>SUITE 1530<br>COSTA MESA CA 92626 | PSHANKMAN@FORTISLAW.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | GEORGIA OFFICE OF THE ATTORNEY GENERAL | 40 CAPITOL SQ SW<br>ATLANTA GA 30334 | | First Class Mail on November 14, 2022 |
| COUNSEL TO FEE EXAMINER | GODREY & KAHN | ATTN: KATHERINE STADLER<br>ONE EAST MAIN STREET, SUITE 500<br>MADISON WI 53703 | KSTADLER@GKLAW.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | HAWAII OFFICE OF THE ATTORNEY GENERAL | 425 QUEEN ST<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | First Class Mail on November 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO CREDITOR JONATHAN JERRY SHROYER | HOPKINS & CARLEY | ATTN: MONIQUE D. JEWETT-BREWSTER<br>70 S. FIRST STREET<br>SAN JOSE CA 95113-2406 | | First Class Mail on November 14, 2022 |
| | ICB SOLUTIONS | W ROYAL FOREST BLVD<br>COLUMBUS OH 43214 | DUFFYS2@GMAIL.COM | First Class Mail on November 14, 2022 and Email on November 11, 2022 |
| | IDAHO OFFICE OF THE ATTORNEY GENERAL | 700 W JEFFERSON ST, SUITE 210<br>PO BOX 83720<br>BOISE ID 83720 | STEPHANIE.GUYON@AG.IDAHO.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | ILLINOIS OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | INFO@LISAMADIGAN.ORG | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH<br>302 W WASHINGTON ST, 5TH FLOOR<br>INDIANAPOLIS IN 46204 | | First Class Mail on November 14, 2022 |
| | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail on November 14, 2022 |
| | INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | 67 FORT ST<br>GRAND CAYMAN KY1-1102 CAYMAN ISLANDS | C20_SPC@INVICTUSCAPITAL.COM<br>DANIEL@INVICTUSCAPITAL.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | IOWA OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING<br>1305 E WALNUT ST<br>DES MOINES IA 50319 | CONSUMER@AG.IOWA.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | JEFFRIES, DAVID | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT<br>120 SW 10TH AVE<br>2ND FLOOR<br>TOPEKA KS 66612 | DEREK.SCHMIDT@AG.KS.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON<br>700 CAPITAL AVE<br>SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail on November 14, 2022 |
| | KIBLER-MELBY, CORT | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | KIESER, GREGORY ALLEN | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO DEBTOR CELSIUS NETWORK LLC, ET AL. | KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG<br>601 LEXINGTON AVE<br>NEW YORK NY 10022 | JSUSSBERG@KIRKLAND.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO DEBTOR CELSIUS NETWORK LLC, ET AL. | KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET<br>300 N LASALLE ST<br>CHICAGO IL 60654 | PATRICK.NASH@KIRKLAND.COM<br>ROSS.KWASTENIET@KIRKLAND.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | KOHJI, HIROKADO | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO JASON STONE AND KEYFI INC. | KYLE ROCHE P.A. | ATTN: KYLE W. ROCHE<br>260 MADISON AVENUE<br>8TH FL.<br>NEW YORK NY 10016 | KYLE@KYLLEROCHE.LAW | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ.<br>60 E 42ND ST, SUITE 4700<br>NEW YORK NY 10165 | JOSHUA@LEVINEPSTEIN.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>300 CAPITAL DR<br>BATON ROUGE LA 70802 | ADMININFO@AG.STATE.LA.US | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | LYLLOFF, SANDER | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | MAINE OFFICE OF THE ATTORNEY GENERAL | 6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | ATTORNEY.GENERAL@MAINE.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | MARYLAND OFFICE OF THE ATTORNEY GENERAL | 200 ST. PAUL PLACE<br>BALTIMORE MD 21202 | OAG@OAG.STATE.MD.US | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | 1 ASHBURTON PLACE<br>20TH FLOOR<br>BOSTON MA 02108 | | First Class Mail on November 14, 2022 |
| Counsel for AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc. | MAURICE WUTSHER LLP | ATTN: ALAN C. HOCHHEISER<br>23611 CHARGIN BLVD<br>SUITE 207<br>BEACHWOOD OH 44122 | AHOCHHEISER@MAURICEWUTSCHER.COM | First Class Mail on November 14, 2022 and Email on November 11, 2022 |
| Cousnel for Anabelle Dias and Keith Suckno | MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER<br>WORLDWIDE PLAZA<br>825 EIGHTH AVE 31ST FLOOR<br>NEW YORK NY 10019 | DADLER@MCCARTER.COM | First Class Mail on Novembe 14, 2022 and Email on Novemel 11, 2022 |
| | MCCLINTOCK, MICHAEL | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | MCMULLEN, BRIAN | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO NOL MEYER AND NHAT VAN MEYER | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | EDWARD J. LOBELLO, ESQ. & JORDAN D. WEISS, ESQ.<br>1350 BROADWAY AVE<br>SUITE 1420<br>NEW YORK NY 10018 | ELOBELLO@MSEK.COM<br>JWEISS@MSEK.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO DIANA THANT AND NATAKOM CHULAMORKODT | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO AND JORDAN D. WEISS<br>1350 BROADWAY<br>SUITE 1420<br>NEW YORK NY 10018 | ELOBELLO@MSEK.COM<br>JWEISS@MSEK.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | 525 W OTTAWA ST<br>LANSING MI 48906 | | First Class Mail on November 14, 2022 |
| COUNSEL TO MICHIGAN DEPARTMENT OF TREASURY | MICHIGAN DEPARTMENT OF TREASURY | ATTN: JUANDISHA HARRIS (P62978)<br>CADILLAC PLACE BUILDING<br>3030 W. GRAND BLVD., STE. 10-200<br>DETROIT MI 48202 | HARRISJ12@MICHIGAN.GOV | First Class Mail on November 14, 2022 and Email on November 11, 2022 |
| | MINNESOTA OFFICE OF THE ATTORNEY GENERAL | 445 MINNESOTA ST<br>SUITE 1400<br>ST. PAUL MN 55101 | ATTORNEY.GENERAL@AG.STATE.MN.US | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LIMITED | MINTZ & GOLD LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. & AMIT SONDHI, ESQ.<br>600 THIRD AVENUE, 25TH FLOOR<br>NEW YORK NY 10016 | GOTTESMAN@MINTZANDGOLD.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | WALTER SILLERS BUILDING<br>550 HIGH ST<br>PO BOX 220<br>JACKSON MS 39201 | | First Class Mail on November 14, 2022 |
| | MISSOURI OFFICE OF THE ATTORNEY GENERAL | SUPREME COURT BUILDING<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 | CONSUMER.HELP@AGO.MO.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | MONTANA OFFICE OF THE ATTORNEY GENERAL | JUSTICE BUILDING, 3RD FLOOR<br>215 N SANDERS<br>PO BOX 201401<br>HELENA MT 59602 | CONTACTDOJ@MT.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | MURPHY, JR, THOMAS PATRICK | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO THE STATES OF ALABAMA, ARKANSAS, CALIFORNIA, DISTRICT OF COLUMBIA, HAWAII, MAINE, MISSOURI, NORTH DAKOTA AND OKLAHOMA | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY, BANKRUPTCY COUNSEL<br>1850 M ST., NW, 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | NEBRASKA OFFICE OF THE ATTORNEY GENERAL | 2115 STATE CAPITOL<br>LINCOLN NE 68509 | | First Class Mail on November 14, 2022 |
| | NEVADA OFFICE OF THE ATTORNEY GENERAL | OLD SUPREME COURT BUILDING<br>100 N CARSON ST<br>CARSON CITY NV 89701 | | First Class Mail on November 14, 2022 |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 3 of 6

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| | NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 3301 | ATTORNEYGENERAL@DOJ.NH.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | RICHARD J. HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL, WEST WING<br>BOX 080<br>TRENTON NJ 8611 | | First Class Mail on November 14, 2022 |
| | NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | 408 GALISTEO ST<br>VILLAGRA BUILDING<br>SANTA FE NM 87501 | HBALDERAS@NMAG.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | NEW YORK OFFICE OF THE ATTORNEY GENERAL | THE CAPITOL<br>2ND FLOOR<br>ALBANY NY 12224 | | First Class Mail on November 14, 2022 |
| PETER POLOMBO | NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ.<br>184 GRAND AVE<br>ENGLEWOOD NJ 07631 | BHANNON@NORGAARDFIRM.COM<br>MNORGAARD@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM<br>SFERREIRA@NORGAARDFIRM.COM<br>KCIMMINO@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | 114 W EDENTON ST<br>RALEIGH NC 27603 | | First Class Mail on November 14, 2022 |
| | NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL<br>600 E BOULEVARD AVE<br>DEPT. 125<br>BISMARCK ND 58505 | NDAG@ND.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO TEXAS DEPARTMENT OF BANKING | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD & ROMA N. DESAI, ASSISTANT ATTORNEYS GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P. O. BOX 12548<br>AUSTIN TX 78711-2548 | | First Class Mail on November 14, 2022 |
| | OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL<br>201 VARICK ST<br>ROOM 1006<br>NEW YORK NY 10014 | USTPREGION02.NYECF@USDOJ.GOV<br>Shara.Cornell@usdoj.gov | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON, MARK ROBINSON, & KEITH NOYES FOR COVARIO AG | CAROLINEGWARREN@GMAIL.COM<br>EMAIL ADDRESS ON FILE<br>ICBSOLUTIONS@PROTON.ME<br>CHRISTOPHER.J.COCO@GMAIL.COM<br>CELSIUSBANKRUPTCYCASE@GMAIL.COM<br>MARKROBINSON55@GMAIL.COM<br>CELSIUSBANKRUPTCY@COVAR.IO | Email on November 11, 2022 |
| | OHIO OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER<br>30 E BROAD ST, 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail on November 14, 2022 |
| | OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | 313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 | QUESTIONS@OAG.OK.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | OREGON OFFICE OF THE ATTORNEY GENERAL | 1162 COURT ST NE<br>SALEM OR 97301-4096 | ELLEN.ROSENBLUM@DOG.STATE.OR.US<br>ATTORNEYGENERAL@DOJ.STATE.OR.US | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | PARK, SEONG | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL<br>HARRISBURG PA 17120 | | First Class Mail on November 14, 2022 |
| | PERRY, BRETT ALAN | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | PETERSON, STEPHEN PAUL | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | PHAROS USD FUND SP & PHAROS FUND SP | LANDMARK SQUARE, 1ST FLOOR<br>64 EARTH CLOSE PO BOX 715<br>GRAND CAYMAN KY-1107 CAYMAN ISLANDS | ADMIN@LANTERNVENTURES.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | PHAROS USD FUND SP & PHAROS FUND SP | LANDMARK SQUARE, 1ST FLOOR<br>64 EARTH CLOSE<br>PO BOX 715<br>GRAND CAYMAN KY-1107 Cayman Islands | ADMIN@LANTERNVENTURES.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| THOMAS DIFIORE | PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6569 | SLIEBERMAN@PRYORCASHMAN.COM<br>MSILVERMAN@PRYORCASHMAN.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | RAJ, RAFAEL | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email on November 11, 2022 |
| | RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | 150 S MAIN ST<br>PROVIDENCE RI 2903 | AG@RIAG.RI.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH<br>1251 SIXTH AVE, 21ST FLOOR<br>NEW YORK NY 10020 | ABARRAGE@DWT.COM<br>HUGHMCCULLOUGH@DWT.COM<br>ELAINEHUCKABEE@DWT.COM<br>SEADOCKET@DWT.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO JASON STONE AND KEYFI INC. | ROCHE FREEDMAN LLP | ATTN: KYLE W. ROCHE<br>99 PARK AVENUE<br>SUITE 1910<br>NEW YORK NY 10016 | KYLE@ROCHEFREEDMAN.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 4 of 6

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| | SAENZ, JESUS ARMANDO | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | SECURITIES & EXCHANGE COMMISSION | 100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY-OGC-ADO@SEC.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE<br>100 PEARL ST<br>SUITE 20-100<br>NEW YORK NY 10004-2616 | NYROBANKRUPTCY@SEC.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE<br>200 VESEY ST SUITE 400<br>BROOKFIELD PLACE<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO ILLUMITI CORP A/K/A SYNTAX SYSTEMS USA LP. | SILLS CUMMIS & GROSS P.C. | ATTN: GREGORY A. KOPACZ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102 | GKOPACZ@SILLSCUMMIS.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | REMBERT C. DENNIS BLDG<br>1000 ASSEMBLY ST, ROOM 519<br>COLUMBIA SC 29201 | | First Class Mail on November 14, 2022 |
| | SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | 1302 E HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | | First Class Mail on November 14, 2022 |
| | SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | ONE ST. ANDREWS PLAZA<br>NEW YORK NY 10007 | | First Class Mail on November 14, 2022 |
| STATE OF WASHINGTON TAXING AGENCIES | STATE OF WASHINGTON TAXING AGENCIES | ATTN: DINA L. YUNKER<br>BANKRUPTCY & COLLECTIONS UNIT<br>800 FIFTH AVENUE, SUITE 2000<br>SEATTLE WA 98104-3188 | Dina.Yunker@atg.wa.gov | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | STEWART, RUSSELL GARTH | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | STROBILUS LLC | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO CLINT PETTY, KYLE FARMERY, YASMINE PETTY, JYOTI SUKHNANI AND BRANDON VOSS | STUART P. GELBERG, ESQ. | STUART P. GELBERG<br>600 OLD COUNTRY ROAD<br>SUITE 410<br>GARDEN CITY NY 11530 | | First Class Mail on November 14, 2022 |
| ALAMEDA RESEARCH LLC AND AFFILIATES | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER<br>125 BROAD ST<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO ALAMEDA RESEARCH LLC AND AFFILIATES | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER<br>125 BROAD ST<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | TAIAROA, KERI DAVID | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email on November 11, 2022 |
| | TAN, RICHARD | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | TAN, YAN | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION<br>ATTN: MARVIN E. CLEMENTS, JR.<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | AGBANKNEWYORK@AG.TN.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | TENNESSEE OFFICE OF THE ATTORNEY GENERAL | PO BOX 20207<br>NASHVILLE TN 37202-0207 | | First Class Mail on November 14, 2022 |
| | TEXAS OFFICE OF THE ATTORNEY GENERAL | 300 W 15TH ST<br>AUSTIN TX 78701 | | First Class Mail on November 14, 2022 |
| | TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI<br>PO BOX 12548 MC 008<br>BANKRUPTCY & COLLECTIONS DIVISION, OFFICE OF THE ATTORNEY GENERAL<br>AUSTIN TX 78711-2548 | JASON.BINFORD@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | THE CAEN GROUP LLC | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK<br>NY 10119 | KORTIZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>DPERSON@TEAMTOGUT.COM<br>AODEN@TEAMTOGUT.COM<br>AGLAUBACH@TEAMTOGUT.COM<br>EBLANDER@TEAMTOGUT.COM<br>ARODRIGUEZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>GQUIST@TEAMTOGUT.COM<br>ASTOLP@TEAMTOGUT.COM | First Class Mail on November 14, 2022 and Email on November 11, 2022 |
| COUSNEL FOR AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP<br>400 TOWN CENTER<br>SUITE 1800<br>SOUTHFIELD MI 48075 | DEBORAH.KOVSKY@TROUTMAN.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | TRUSSELL, MARK | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | TYCHALSKI, GEORGE | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| | UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 N STATE ST, SUITE 230<br>SALT LAKE CITY UT 84114 | UAG@UTAH.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | VAN, LOC TRUYEN | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO IGNAT TUGANOV | VENABLE LLP | ATTN:  JEFFREY S. SABIN, CARROL WEINER LEVY, ARIE PELED<br>1270 AVENUE OF THE AMERICAS, 24TH FLOOR<br>NEW YORK NY 10020 | JSSABIN@VENABLE.COM<br>CWEINERLEVY@VENABLE.COM<br>AAPELED@VENABLE.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO IGNAT TUGANOV | VENABLE LLP | ATTN: ANDREW J. CURRIE<br>600 MASSACHUSETTS AVENUE, NW<br>WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ.<br>89 MAIN ST<br>3RD FLOOR<br>MONTPELIER VT 05620 | JENNIFER.ROOD@VERMONT.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | VERMONT OFFICE OF THE ATTORNEY GENERAL | 109 STATE ST<br>MONTPELIER VT 5609 | AGO.INFO@VERMONT.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | VILLINGER, CHRISTOPHER | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | VINCENT, CAROLYN MARGARET | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | VIRGINIA OFFICE OF THE ATTORNEY GENERAL | 202 N NINTH ST<br>RICHMOND VA 23219 | MAIL@OAG.STATE.VA.US | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| RH MONTGOMERY PROPERTIES INC | WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS<br>100 CONGRESS AVE, 18TH FLOOR<br>AUSTIN TX 78704 | MORRIS.WEISS@WALLERLAW.COM<br>SHERRI.SAVALA@WALLERLAW.COM<br>ANNMARIE.JEZISEK@WALLERLAW.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| RH MONTGOMERY PROPERTIES INC | WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE<br>511 UNION ST, SUITE 2700<br>NASHVILLE TN 37219 | TYLER.LAYNE@WALLERLAW.COM<br>CHRIS.CRONK@WALLERLAW.COM | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | WASHINGTON OFFICE OF THE ATTORNEY GENERAL | 1125 WASHINGTON ST SE<br>OLYMPIA WA 98501 | | First Class Mail on November 14, 2022 |
| COUNSEL TO WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | WASHINGTON OFFICE OF THE ATTORNEY GENERAL | ATTN: STEPHEN MANNING, ASSISTANT ATTORNEY GENERAL<br>GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION<br>PO BOX 40100<br>OLYMPIA WA 98504-4010 | | First Class Mail on November 14, 2022 |
| COUNSEL TO CORE SCIENTIFIC, INC. | WEIL, GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, P.C., DAVID J. LENDER & RONIT J. BERKOVICH<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | RAY.SCHROCK@WEIL.COM<br>DAVID.LENDER@WEIL.COM<br>RONIT.BERKOVICH@WEIL.COM | First Class Mail on November 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO MATTHEW PINTO | WEIR GREENBLATT PIERCE LLP | ATTN: BONNIE R. GOLUB, ESQUIRE<br>667 MADISON AVENUE, 5TH FLOOR<br>NEW YORK NY 10065 | BGOLUB@WGPLLP.COM | First Class Mail on November 14, 2022 and Email on November 11, 2022 |
| COUNSEL TO MATTHEW PINTO | WEIR GREENBLATT PIERCE LLP | ATTN: JEFFREY S. CIANCIULLI, ESQUIRE & MICHAEL P. BROADHURST, ESQUIRE<br>1339 CHESTNUT STREET<br>SUITE 500<br>PHILADELPHIA PA 19107 | JCIANCIULLI@WGPLLP.COM<br>MBROADHURST@WGPLLP.COM | First Class Mail on November 14, 2022 and Email on November 11, 2022 |
| | WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL<br>1900 KANAWHA BLVD E<br>BUILDING 1, ROOM E-26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | WEXLER, KEVIN JAY | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: AARON E. COLODNY<br>555 S FLOWER ST, SUITE 2700<br>LOS ANGELES CA 90071 | AARON.COLODNY@WHITECASE.COM | Email on November 11, 2022 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM | Email on November 11, 2022 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE<br>111 S WACKER DR, SUITE 5100<br>CHICAGO IL 60606 | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM | Email on November 11, 2022 |
| | WILCOX, WAYLON J | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | WISCONSIN OFFICE OF THE ATTORNEY GENERAL | 17 W MAIN ST<br>ROOM 114 EAST P<br>MADISON WI 53702 | | First Class Mail on November 14, 2022 |
| | WOLSTENHOLME, MACGREGOR | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | WRIGHT, CHRISTOPHER | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | Email on November 11, 2022 |
| | WYOMING OFFICE OF THE ATTORNEY GENERAL | 109 STATE CAPITOL<br>CHEYENNE WY 82002 | | First Class Mail on November 14, 2022 |
| | YATES-WALKER, JOSH OISIN | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |
| | YOON, ANDREW | ADDRESS ON FILE | EMAIL ADDRESS ON FILE | First Class Mail on Novembe 14, 2022 and Email on November 11, 2022 |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 6 of 6