## __Exhibit B__

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## ORDER APPROVING EXAMINER'S AMENDED WORK PLAN

Upon the *Examiner's Motion to Approve Examiner's Amended Work Plan* (the "Motion")[1]; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought by the Examiner, as set forth in the Motion, is necessary and in the best interest of the Debtors, their estates, creditors, and all parties-in-interest; and after due deliberation and finding good cause to grant the Motion, it is **ORDERED**:

1. The Examiner's Amended Work Plan is approved.

2. This Order does not preclude the Examiner from seeking this Court's authority to further modify her Work Plan within the scope of the Examiner Order.

3. To the extent that the Examiner seeks to materially modify the Work Plan, the Examiner will seek approval of any such modification by further order of the Court.

Dated: December ___, 2022

                                                                                                         _____
                                                                                                           The Honorable Martin Glenn
                                                                                                           Chief United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein have the meaning provided in the Motion.