**WHITE & CASE**

November 23, 2022

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

**VIA eFile and E-MAIL**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

*In re Celsius Network LLC*, **No. 22-10964 (MG) – Request to Extend Deadline to Object to Debtors' Motion to Approve Settlement with Prime Trust, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [Docket No. 1352]**

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the Case Management Procedures, attached as **Exhibit 1** to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], and upon mutual agreement with the Special Litigation Counsel for the Debtors and Plaintiffs Celsius Network Limited and Celsius Network LLC in the adversary proceeding (Adv. Pro. No. 22-01140 (MG)), Akin Gump Strauss Hauer & Feld LLP, we write to request confirmation of the extension of the deadline for the Official Committee of Unsecured Creditors to object to the Debtors' *Motion to Approve Settlement with Prime Trust, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Docket No. 1352] to Wednesday, November 30, 2022, at 12:00 p.m. (prevailing Eastern Time).

Sincerely,

*/s/ David M. Turetsky*
David M. Turetsky

cc:   Mitchell P. Hurley, Special Litigation Counsel for the Debtors

WHITE & CASE

Hon. Martin Glenn
November 23, 2022

The request to extend the Committee's objection deadline on the *Motion to Approve Settlement with Prime Trust, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Docket No. 1352] to Wednesday, November 30, 2022, at 12:00 p.m. (prevailing Eastern Time). is GRANTED.

MEMORANDUM ENDORSED

IT IS SO ORDERED.

Dated:  November 23, 2022
        New York, New York

                                                                                 **/s/ Martin Glenn**
                                                                              MARTIN GLENN
                                          Chief United States Bankruptcy Judge

AMERICAS 118820493 v1
1900867-0002