# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dan Latona
To Call Writer Directly:
+1 312 862 3445
dan.latona@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

November 28, 2022

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re: *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Object to Debtors' DeFi Motion

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as Exhibit 1 to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181] and upon mutual agreement with the official committee of unsecured creditors (the "Committee"), we write to request confirmation of the extension of the deadline for the Committee to object to the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Decentralized Finance Loans and (II) Granting Related Relief* [Docket No. 1360] (the "DeFi Motion") to Wednesday, November 30, 2022 at 5:00 p.m. (prevailing Eastern Time).

Sincerely,

*/s/ Dan Latona*

Dan Latona

cc: Gregory F. Pesce, Counsel to the Committee