Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 22-10964-mg

4   Adv. Case No. 22-01142-mg

5   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6   In the Matter of:

7

8   CELSIUS NETWORK, LLC,

9

10           Debtor.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12   AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS,

13                   Plaintiff,

14           v.

15   CELSIUS NETWORK, LLC, et al.,

16                   Defendants.

17   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18                   United States Bankruptcy Court

19                   One Bowling Green

20                   New York, NY  10004

21

22                   November 22, 2022

23                   10:03 a.m.

24

25

Page 2

1   B E F O R E :

2   HON MARTIN GLENN

3   U.S. BANKRUPTCY JUDGE

4

5   ECRO:   JONATHAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1   HEARING re 22-01142-mg Case Management Conference Using Zoom

2   for Government.   (Doc ## 1 to 4, 6, 7, 8, 12)

3

4   HEARING re Case Management Conference Using Zoom for

5   Government. (Doc## 737, 745, 857, 914, 937, 951, 954, 984,

6   1044, 1192, 1234, 1245, 1288, 1289 to 1293, 1370)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

Page 4

1    A P P E A R A N C E S :

2

3    MCCARTER ENGLISH, LLP

4         Attorneys for Certain Borrowers

5         245 Park Avenue

6         New York, NY 10167

7

8    BY:  DAVID J. ADLER (TELEPHONICALLY)

9

10   WHITE CASE LLP

11        Attorneys for the Official Committee of Unsecured

12        Creditors

13        1221 Avenue of the Americas

14        New York, NY 10020

15

16   BY:  SAMUEL P. HERSHEY (TELEPHONICALLY)

17        DAVID TURETSKY (TELEPHONICALLY)

18

19

20

21

22

23

24

25

Page 5

1    KIRKLAND ELLIS

2        Attorneys for Celsius Network, LLC

3        300 N LaSalle St

4        Chicago, IL 60654

5

6   BY:  CHRIS KOENIG (TELEPHONICALLY)

7        ROSS M. KWASTENIET (TELEPHONICALLY)

8        TJ MCCARRICK (TELEPHONICALLY)

9

10   TOGUT SEGAL SEGAL LLP

11        Attorneys for Ad Hoc Group of Custodial Account Holders

12        One Penn Plaza, Suite 3335

13        New York, NY 10119

14

15   BY:  BRYAN KOTLIAR (TELEPHONICALLY)

16

17   TROUTMAN PEPPER HAMILTON SANDERS LLP

18        Attorneys for Ad Hoc Group of Withhold Account Holders

19        4000 Town Center, Suite 1800

20        Southfield, MI 48075

21

22   BY:  DEBORAH KOVSKY-APAP (TELEPHONICALLY)

23

24

25

Page 6

```
 1   WALLER LANSDEN DORTCH DAVIS, LLP

 2        Attorneys for RH Montgomery Properties, Inc.

 3        511 Union Street, Suite 2700

 4        Nashville, TN 37219

 5

 6   BY:  TYLER NATHANIEL LAYNE (TELEPHONICALLY)

 7

 8   JENNER BLOCK LLP

 9        Attorneys for Shoba Pillay

10        353 N. Clark Street

11        Chicago, IL 60654

12

13   BY:  VINCENT EDWARD LAZAR (TELEPHONICALLY)

14        SHOBA PILLAY (TELEPHONICALLY)

15

16   MILBANK

17        Attorneys for Series B Preferred Shareholders

18        1850 K St NW

19        Washington, DC 20006

20

21   BY:  ANDREW LEBLANC (TELEPHONICALLY)

22

23

24

25
```

Page 7

1   OFFICE OF THE UNITED STATES TRUSTEE

2         Attorneys for the U.S. Trustee

3         201 Varick Street, Room 1006

4         New York, NY 10014

5

6   BY:  BRIAN S. MASUMOTO (TELEPHONICALLY)

7

8   ALSO PRESENT TELEPHONICALLY:

9   KATHERINE AIZPURU

10  NELLY ALMEIDA

11  ANDREA AMULIC

12  JOEL ANTHONY

13  RICHARD ARCHER

14  JESUS AYALA, JR.

15  STEVEN BAUM

16  CHRIS BECIN

17  OCTAVE J. BOURGEOIS

18  JOHAN BRONGE

19  VERA BROWN

20  JEREMY COHEN HOFFING

21  AARON COLODNY

22  LAFAYETTE COOK

23  KAREN CORDRY

24  SHARA CLAIRE CORNELL

25  CARL J. COTE

Page 8

1    CAMERON CREWS

2    TRISTAN DIAZ

3    SCOTT D. DUFFY

4    DENNIS DUNNE

5    WAYNE A. EXUM

6    JAMES ENGEL

7    TIFFANY FONG

8    DEBORAH FRANKEL

9    ARLISHEA FULTON

10   REBECCA GALLAGHER

11   CHRISTOPHER GASTELU

12   VINCENT GOETTEN

13   LUCAS J. HOLCOMB

14   IMMANUEL HERRMANN

15   JOHN HODSON

16   MITCH HURLEY

17   JON IADONISI

18   RAUL JIMENEZ

19   MIKE JOHNSON

20   IVAN KACIR

21   PHILLIP KHEZRI

22   MEI PO KWOK

23   CATHY LAU

24   NICOLE A. LEONARD

25   CHEYENNE LIGON

Page 9

1   JESSE LUND

2   SARAH BETH MARONPOT

3   CHASE MARSH

4   ERIK MENDELSON

5   LAYLA MILLIGAN

6   MICHAEL D. MORRIS

7   PATRICK JAMES NASH

8   KYLE J. ORTIZ

9   DIA PARKER

10   MILIN PATEL

11   GREGORY F. PESCE

12   LUKE PORCARI

13   SHASHANK S. RAI

14   DAMIEN RAYMOND

15   JOHN P. REDING

16   ABIGAIL RYAN

17   AACELI SANCHEZ

18   DANA SANDEFUR

19   DAVID SCHNEIDER

20   NOAH M. SCHOTTENSTEIN

21   RE'NECIA SHERALD

22   JEROME STEWART

23   ROBERT STROMBERG

24   LUCY L. THOMSON

25   STACY TECKLIN

```
 1   VICTOR UBIERNA DE LAS HERAS

 2   HEMANT UPADHYAYA

 3   VETON VEJSELI

 4   STEPHEN A. VILLAVASO

 5   CARL N. WEDOFF

 6   KEITH WOFFORD

 7   ALAN WOHLMAN

 8   MELANIE YANEZ

 9   LILY YARBOROUGH

10   ANNE YEILDING

11   JESSE YUAN

12   MAX JACKSON

13   UDAY GORREPATI

14   DIETRICH KNAUTH

15   MATTHEW W. SILVERMAN

16   COURTNEY BURKS STEADMAN

17   SAMMY TANTAWY

18   ARTUR ABREU

19   EMMANUEL ALBINO

20   RENE A. AMAYA

21   SAMUEL ARGIER

22   BRAD J. AXELROD

23   MALCOLM BATES

24   CLAUDE BEAUDRY

25   ROBERT BEAULAC
```

Page 11

1   BRIANNA B. BILTER

2   ED G. BIRCH

3   SOMA BISWAS

4   JOHN BONADIES

5   SHIREEN F. BOONE

6   DUSTIN BOROFF

7   JARED C. BORRIELLO

8   KYLE BRAY

9   PHILIP BRENDEL

10  PAUL BREUDER

11  MICHAEL P. BROADHURST

12  CHRISTINA CIANCARELLI

13  AMY CASTOR

14  CAROLYN CHAMBERLAYNE

15  ERIC CHAN

16  RICKIE CHANG

17  ELLE CHOI

18  ROBERT CHRISTIANSEN

19  GEOFFREY CIRKEL

20  HECTOR CLAUDIO

21  SONDA CORI COHEN

22  DAKEN COLEMAN

23  MICHAEL CONLON

24  MIA E. COOPER

25  ERIDSON CUNHA

Page 12

```
 1   VTOR CUNHA

 2   DAVID DALHART

 3   KENNETH DARSCHEWSKI

 4   STEFFAN DAVIES

 5   STEVEN J. DEDINA

 6   DAVID J. DERAN

 7   ROMA N. DESAI

 8   JASON DIBATTISTA

 9   SCOTT DUFFY

10   DREW DUFFY

11   ALEXANDER DYKE

12   JANELL ECKHARDT

13   BEN R. EADES

14   JANINE EDGERTON-AVIN

15   DANIEL EGGERMANN

16   LIEW ENG CHUAN

17   PAUL FABSIK

18   DAVID AVERY FAHEY

19   MICHAEL FORTWENGLER

20   WILLIAM FOSTER

21   DARIUS GHEORGHE

22   TODD GORDON

23   JASLEIGH GEARY

24   UTSAV GHOSH

25   BRADLEY GIARDIELLO
```

Page 13

1 | SUSAN D. GOLDEN

2 | RYAN GOLDSTEIN

3 | SIMONE HANRAADS

4 | TAYLOR HARRISON

5 | ALAINA HEINE

6 | ANDREW HINE

7 | DAVID HOLLERITH

8 | KYLE HOLZHAUER

9 | JASON IOVINE

10 | ROBERTO JACOBS

11 | KRAIG JAKOBSEN

12 | VLADIMIR JELISAVCIC

13 | BRIAN JENSVOLD

14 | AROON JHAMB

15 | TIM JOHNSON

16 | JAME JUJ

17 | GREG KACZKOWSKI

18 | DAVID KAHN

19 | COLTON KAISER

20 | DENISE KALOUDIS

21 | DAN KAPLAN

22 | JEFF KAPLAN

23 | KELLEE KAPLAN

24 | LORETA KASH

25 | ROBERT M. KAUFMANN

Page 14

1   AISLINN KEELY

2   MIKAELA KENSINGTON

3   HEEMOK KIM

4   CRYSTAL KIM

5   DIETRICH KNAUTH

6   JEREMY FRANCIS KOO

7   RIKI KOULY

8   ISAAC R. LLEWELLYN

9   JOSEPH LALIA

10   HUONG LAM

11   MARK D. LARRABEE

12   JAMES F. LATHROP

13   JEAN-PHILIPPE LATREILLE

14   CHRISTINE LEE

15   MIKE LEGGE

16   JOE LEHR

17   MARK S. LEONARD

18   EDMUNDO LOPEZ

19   RABECA MADSEN

20   STEVAN MAGLIC

21   KEVIN M. MANUS

22   NAKISO MAODZA

23   DANIEL J. MAREE

24   JEREMY MARONPOT

25   RIC MAT

Page 15

1   ETHAN BUTLER MCLAUGHLIN

2   JAMES MCNAMARA

3   ALEXANDER MCWILLIAMS

4   BRIAN MENDIETA

5   JARED MEZZATESTA

6   ALEX MICHAELS

7   TIMON MITRAKAS

8   MICHAEL MOWRY

9   THOMAS P. MURPHY

10  VIK NAGPAL

11  JASON G. NEW

12  DANIEL NIGGEMANN

13  LIAM NOON

14  MARY O'BRIEN

15  ROBERT ORREN

16  RICHARD E. OSWALD

17  SHANE C. OWENS

18  NICOLAS PIQUEREZ

19  HSIN-CHIEH PAN

20  KATY PAPE

21  JORDYN PAPERNY

22  PETER PATZAK

23  MONICA PERRIGINO

24  KHAI PHAM

25  RICHARD PHILLIPS

Page 16

1   HANS POLZMACHER

2   LALANA PUNDISTO

3   NAZNEN RAHMAN

4   ANNEMARIE V. REILLY

5   TIMOTHY REILLY

6   ANUBHAV RICHARDS

7   LINDA RIFFKIN

8   RICHARD K. ROBISON

9   JONATHAN RODRIGUEZ

10  MICHAEL ROGAWSKI

11  JASON ROSELL

12  JACQUES ROSSOUW

13  ANDREW RUDOLPH

14  NICHOLAS SABATINO

15  CAROLINE SALLS

16  THERESE SCHEUER

17  SHAI SCHMIDT

18  DAVID SENES

19  MICHAEL SHA

20  MUHAMMAD SHIRAZ SHAFQAT

21  SAMI SHAIKH

22  ALEX SHLIVKO

23  MATTHEW W. SILVERMAN

24  ALEXANDER P. SIMMONS

25  DON H. SMITH

Page 17

```
 1    BRAD SORENSEN

 2    CATHERINE STEEGE

 3    HOWARD STEEL

 4    VINCE SULLIVAN

 5    DANIEL H. TABAK

 6    KEYAN TAJI

 7    SAMMY S. TANTAWY

 8    NATASHA TESESE

 9    CHARLES THOMASHOWER

10    BRIAN TICHENOR

11    GREGORY TOLLIS

12    PAIGE TORTORELLI

13    ANHMINH TRAN

14    ELVIN TURNER

15    FEMKE J.M. VESSIES

16    AUSTIN HENRY VINY

17    HEATHER A. WALLER

18    SARAH WEISS

19    MARTIN WILLIAMS

20    HIRAM WILLIAMSON

21    JASON S. WISEMAN

22    ALEX WOLF

23    BENNY YIU WONG

24    TAK YEUNG

25    JESSE YUAN
```

Page 18

1    KAILA ZAHARIS

2    DREW ZERDECKI

3    JARNO BERG

4    ALEXANDRE DE MELO

5    AUSTIN STRATTON

6    ALLAN VAN DER MEER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          P R O C E E D I N G S

2               CLERK:  All right.  We are going to be starting

3     the hearing.  Please pay attention to the announcements.

4     All persons are strictly prohibited from making any

5     recording of Court proceedings, whether by video, audio,

6     screenshot or otherwise.  Violation of this prohibition may

7     result in the imposition of monetary and non-monetary

8     sanctions.  The Clerk of the Court maintains an audio

9     recording of all proceedings which constitutes the official

10    record.  Parties must state their name each time they speak

11    on the Court record.  A party must join with a full first

12    and last name to be admitted from the waiting room.  Parties

13    that join with initials, a partial name, a designation such

14    as iPhone, etc., will not be admitted.  Judge, would you

15    like to begin?

16              THE COURT:  Yes, I would.  Thank you and good

17    morning, everybody.  This is Judge Glenn.  We're here in the

18    case management conference.  The date was set in the Joint

19    Stipulation and Agreed Scheduling Order with regard to the

20    custody and withhold issues.  I've got that Stipulation open

21    in front of me.  Let me ask for the -- counsel for the

22    custody holders to begin first and then I'll turn to Ms.

23    Kovsky on behalf of Withhold Account Holders, the Ad Hoc

24    Committee.

25              MR. KOTLIAR:  Hi.  Good morning, Your Honor.  This

Page 20

1   is Bryan Kotliar of Togut Segal & Segal, counsel for the Ad

2   Hoc Group of Custodial Account Holders.  Can you hear me,

3   okay?

4            THE COURT:  Yes, I can.

5            MR. KOTLIAR:  Thank you, Your Honor.  So,

6   currently we filed our Phase 1 Opening Brief in accordance

7   with the Scheduling Order.  All the other parties did so, as

8   well.  The Debtors filed one Declaration regarding certain

9   questions that the Creditors Committee had.  It also

10  answered certain questions that we had, as well.  We, the

11  Creditors Committee, we understand, and the Withhold Group

12  have some follow-up questions for the Debtor's Declarant

13  regarding the contents of that Declaration as it relates to

14  our issues.  We think that, subject to seeing what's in that

15  Supplemental Declaration, and subject to understanding one

16  item about the pending withdrawals, we don't have any

17  factual disputes for which we are expecting depositions or

18  cross-examinations or really any contested evidentiary

19  matters that need to be decided by the Court at the hearing

20  on December 7th.

21            So, with that being said, our expectation, again,

22  subject to seeing the Supplemental Declaration, subject to

23  seeing the parties' responsive briefs, is that, at the

24  hearing on December 7th, we'll be presenting solely legal

25  issues for the Court to determine.  We did meet and confer

Page 21

1   with the other parties last night and I believe that that's

2   consistent with our collective understanding, but I will let

3   them speak for themselves.

4          THE COURT:  Let me ask you a question.  I guess

5   this is a question for everyone, really, whether the

6   Blonstein Declaration is consistent with the Examiner's

7   Report.

8          MR. KOTLIAR:  So, Your Honor, in our view they are

9   consistent.  They are certainly not inconsistent.  And I

10  would say that the way that we view the Blonstein

11  Declaration, and the Examiner Report together is that the

12  Blonstein Declaration says the "what" and the "where," and

13  the Examiner Report, consistent with the Appointment Order,

14  says the "why," "when" and the "how."  And so, it all fits

15  together with one consistent story.  I think the Examiner

16  Report just kind of fills in the gaps about what happened

17  and why.

18         THE COURT:  Okay, and I guess this is also a

19  question for all the counsel in this proceeding.  Is it

20  contemplated that the parties either will stipulate to the

21  Court being able to use the Examiner's Report or that you'll

22  stipulate to admissibility solely for the purpose of this

23  hearing of the Examiner's Report?  Is that something that's

24  been discussed?

25         MR. KOTLIAR:  We have not discussed that yet, Your

Page 22

1    Honor.

2              THE COURT:  Okay.  Ms. Kovsky?

3              MS. KOVSKY:  Good morning, Your Honor.  Deb

4    Kovsky, Troutman Pepper, for the Ad Hoc Group of Withhold

5    Account Holders.  I concur with what Mr. Kotliar just said.

6    We did meet and confer yesterday.  We don't anticipate

7    calling any live witnesses at the hearing, subject of course

8    to seeing the Supplemental Declaration that we anticipate

9    will be forthcoming from Mr. Blonstein.  And with respect to

10   the Examiner's Report, although we did not discuss it, my

11   client certainly would have no issues stipulating to its

12   admissibility for purposes of this hearing.

13             THE COURT:  Mr. Kotliar, do you have a view of

14   that?  I'm not -- I mean, I've read it and obviously, I

15   asked the question, but I went back and read the Blonstein

16   Declaration, as well.  I asked my question about it, are

17   they consistent with each other?  Do you have a view, at

18   this point, on whether you're prepared to stipulate to the

19   admissibility only for the purposes of this hearing of the

20   Examiner's Report?

21             MR. KOTLIAR:  We have not formed a view on that

22   yet.  I think we probably are likely to do that, but I --

23             MS. KOVSKY:  I'm not pressing anybody today for

24   the answer.  What I would request is -- I mean, it is an

25   important -- from the Court's standpoint, it's an important

Page 23

1   piece of information and I do want you all to confer and see

2   whether there is agreement or not.  I'm not trying to force

3   anybody into agreement, but I want to see whether there is

4   agreement, a stipulation to the admissibility for this

5   purpose only.  I'm not -- you know, if there -- if there are

6   Phase 2 issues or anything like that, that have to get

7   resolved, I'm not -- you'll have to -- and if the Report is

8   relevant to that, I'm not -- so, you're agreeing to the

9   admissibility for purposes of Phase 1 will not prejudice

10  your right to object to it as to Phase 2 or any other

11  proceeding.  Just let me leave it at that, okay?

12          MR. KOTLIAR:  Understood, Your Honor.  We'll come

13  back.

14          THE COURT:  Okay.  All right.  Mr. Hershey?

15          MR. HERSHEY:  Good morning, Your Honor.  Sam

16  Hershey from White & Case, for the Official Committee of

17  Unsecured Creditors.  Can Your Honor hear me, okay?

18          THE COURT:  Yes, I can.  Thank you.

19          MR. HERSHEY:  Great.  Thank you, Your Honor.  I

20  have nothing really to add in addition to what Mr. Kotliar

21  has already said.  We reserve the same rights to review the

22  Supplemental Blonstein Declaration, the filings.  The

23  Committee has been viewing the Examiner's Report.  We

24  haven't yet formed a position on it or whether it requires

25  additional discovery on custody.  And we're happy to take

Page 24

1    Your Honor's suggestion to discuss with the other parties

2    whether that's the case and whether we'll agree to admit it

3    for a limited purpose of the hearing.  And we'll certainly

4    do that very quickly after this hearing.

5            THE COURT:  Okay.  I guess I should have asked

6    this, what's the Supplemental Blonstein Declaration supposed

7    to cover?  You're muted, Mr. Hershey.

8            MR. HERSHEY:  Sorry, I muted myself.

9            THE COURT:  That's okay.

10           MR. HERSHEY:  I apologize.  The parties posed a

11   number of supplemental questions to the Debtors just based

12   on what we viewed as open items that hadn't been fully

13   covered in the initial Blonstein Declaration, only a handful

14   of questions.  And the Debtors can address this, but we did

15   not get the sense that it would unduly burdensome or

16   problematic for the Debtors to provide those answers.

17           THE COURT:  And was that, just so we're clear, I

18   guess I should have asked Ms. Kovsky this, as well.  Let me

19   ask Ms. Kovsky first.  You indicated you don't intend -- you

20   don't anticipate calling any witnesses.  Do you anticipate

21   wanting to cross-examine Mr. Blonstein?

22           MS. KOVSKY:  Depending upon the contents, and

23   subject to the review of the Supplemental Declaration, our

24   anticipation is that we would just rely on the written

25   Declarations and not cross-examine.

Page 25

1          THE COURT:  Okay.  Fine.  Same question to you,

2    Mr. Hershey.

3          MR. HERSHEY:  The Committee takes the same

4    position.  We think that we'll be able to avoid any

5    evidentiary presentation at the hearing and just do

6    argument.

7          THE COURT:  Okay.  All right.  Mr. Koenig?

8          MR. KOENIG:  Thank you, Your Honor.  For the

9    record, Chris Koenig, Kirkland & Ellis for the Celsius

10   Debtors.  I'm going to agree with what other counsel has

11   indicated.  We believe that the evidentiary presentation

12   will be very limited, and we can proceed to argument.  One

13   item I did want to raise that I know is important to Ms.

14   Kovsky is, her client submitted some Declarations that she

15   attached to her opening brief.  And the parties met and

16   conferred and have no objection to those being part of the

17   proceeding, as well.  And just to confirm, the Debtors don't

18   anticipate cross-examining any of those individuals and I

19   don't believe that the Committee or the Ad Hoc Group of

20   Custody Holders do, as well.  I just wanted to make sure

21   that that was on the record for Ms. Kovsky.

22          THE COURT:  Okay.  Ms. Kovsky, anything you want

23   to add on that point?

24          MS. KOVSKY:  No, and I apologize for not

25   mentioning that.  Yes, those Declarations were also part of

Page 26

1    our discussion yesterday and I appreciate everyone's

2    accommodation in not deposing and cross-examining.  They're

3    fairly straightforward.

4              THE COURT:  Okay.  Mr. Hershey?

5              MR. HERSHEY:  Completely agree, Your Honor.

6    Nothing to add.

7              THE COURT:  Okay.  Mr. Koenig, maybe you can tell

8    me, what is the likely subject of any supplemental Blonstein

9    Declaration?

10             MR. KOENIG:  Yes, Your Honor.  The parties asked

11   us some questions that were raised that they didn't believe

12   were fully addressed by the initial Blonstein Declaration.

13   I don't have the list in front of me, but as Mr. Hershey

14   indicated, we'll be able to get that done over the next week

15   or so.  Obviously, we have the intervening holidays, but

16   it's not substantially different from what the initial

17   questions were.  It's more follow on questions that the

18   parties had after reviewing the initial Blonstein

19   Declaration that they just wanted to understand a little bit

20   tighter what the issues that were raised in the Declaration

21   were.

22             THE COURT:  All right.  And what is the Debtor's -

23   - does the Debtor have a position at this point on whether

24   it's prepared to stipulate solely for the purpose of this

25   hearing to the admission of the Examiner's Report?

Page 27

1          MR. KOENIG:  Your Honor, we hadn't considered it

2     prior to this hearing.  I don't expect we're going to have

3     an issue but let us take that off-line with the other

4     parties as you suggest.

5          THE COURT:  That's fine, and I would appreciate it

6     if you would all discuss it.  And again, you can put in a

7     reservation of rights that if you all stipulate to the

8     admissibility for purposes of this hearing, it won't be --

9     it's without prejudice to anybody's ability to object to it,

10    any subsequent proceeding.  Let me -- Ms. Kovsky, I think

11    your opening brief briefly addressed the point about -- one

12    takeaway that I got from the Examiner's Report is the

13    shortfall in what assets were transferred to -- and this may

14    be more of a question for Mr. Kotliar.  But when assets were

15    transferred to the custody account, so as a shortfall, it

16    was made up -- they did reconciliations, I'll say

17    irregularly, but not -- it was not automatic, let's put it

18    that way.  And my term, not the report, they "trued up" at

19    various times when there was a shortfall.  It raises the

20    question, at least -- I'm not saying that it's the -- that

21    it would apply in this case under these circumstances, but

22    I'm certainly familiar with prior cases in this Circuit that

23    have applied the lowest intermediate value rule in

24    allocating any shortfall.  I think you briefly addressed it

25    in your brief.  I don't remember seeing it in anybody else's

Page 28

1    brief.  Is that likely to be an issue that the Court is

2    going to have to address in Phase 1?  I called on you first,

3    Ms. Kovsky, on this point, and then I'll give everybody else

4    a chance if they want to address it.

5              MS. KOVSKY:  Your Honor, yes, Deb Kovsky, Troutman

6    & Pepper for the Withhold Group.  I believe that is

7    something that Your Honor will need to look at with respect

8    to Withhold and I can't really speak to the custody issues,

9    but because there wasn't a separate wallet --

10             THE COURT:  It was a separate wallet, yeah.

11             MS. KOVSKY:  -- for Withhold, and it seems that

12   the custody wallet was perhaps not run as tightly as it

13   might have been.  So, one of the questions that we have

14   addressed to the Debtor for the Blonstein Supplemental

15   Declaration is, we've asked that the Debtors provide the

16   lowest intermediate balance on a coin-by-coin basis for,

17   what's in fire blocks (indiscernible), what's there, what's

18   the lowest it dipped?  I mean, the Withhold Group is so

19   small, it seems all but impossible that the total has ever

20   got below the amounts that are owed to the Withhold Account

21   Holders.  But that is one of the factual questions that

22   we're hoping to get an answer to in the next few days or

23   week.

24             THE COURT:  Okay.  Mr. Kotliar, do you want to

25   address that issue, at all?

Page 29

1          MR. KOTLIAR:  Sure, Your Honor.  Again, Bryan

2    Kotliar, counsel for the Ad Hoc Group of Custodial Account

3    Holders.  This does go to the one or two questions we have

4    for Mr. Blonstein for the Supplemental Declaration.  I think

5    the Examiner Report actually gave us comfort on this because

6    there is a line towards the end that says, as of the

7    Petition date, the custody -- the assets in the custody

8    wallets largely met or were consistent with the custody

9    liabilities relating to the custody service.  The questions

10   that we have are, what are the -- and it's very simple, what

11   were the coin assets and liabilities in the custody wallets

12   as of the Petition date and currently?  I think the only

13   shortfall that has arisen, based on what we've read from the

14   Debtors, is that there is this pending withdrawal or

15   cancellation that caused some assets to -- should have left

16   custody and actually gone back to the holders.  They never

17   arrived outside of the platform and since they've now gone

18   back into custody, there is this apparent mismatch, and so,

19   we're going to brief that in our responsive pleading.

20          THE COURT:  All right.  Mr. Hershey?

21          MR. HERSHEY:  So, I think that, obviously, the

22   Committee, as Your Honor is aware, disputes that the

23   Withhold Group has an ownership interest in the assets.  But

24   to the extent Your Honor disagrees that perspective, I think

25   we would have to determine the issue.  And so, that would be

Page 30

1    our position, and the same is true for custody.  If there is

2    going to be a distribution of custody assets, we would need

3    to determine a shortfall.

4              THE COURT:  So, are parties going to address this

5    issue?  And is that under the Schedule, December 2nd is the

6    deadline for parties to file responsive briefs on the Phase

7    1 issues.  Is that something that the Committee intends to

8    address?

9              MR. HERSHEY:  Yes, the Committee intends to

10   address that issue, Your Honor.

11             THE COURT:  Okay.  Mr. Kotliar, are you going to

12   address this issue in your additional brief?

13             MR. KOTLIAR:  Yes, Your Honor.

14             THE COURT:  Okay.  Ms. Kovsky, you've briefly

15   addressed it already.  Are you going to say anything -- is

16   that something you're going to address in your supplemental

17   brief?

18             MS. KOVSKY:  I anticipate that I will, Your Honor.

19   (indiscernible) if we get updated information from Mr.

20   Blonstein.

21             THE COURT:  Okay.  Mr. Koenig?

22             MR. KOENIG:  Your Honor, we will do so, as well.

23   Of course.

24             THE COURT:  Okay.  All right.  If, as it seems

25   now, that no-one is anticipating either calling live

Page 31

1    witnesses or cross-examining the Declarants, I'm very

2    comfortable, we have the two days set aside for the hearing.

3    I'm not going to impose time limits on your individual

4    arguments.  It does seem to me that, unless you disagree

5    now, which I'd like to hear, that the Custody in Withhold

6    counsel should go first and then the Committee and then the

7    Debtor.  I don't know whether you had talked about this, and

8    I'll obviously give people a chance to reply.  I mean, we

9    should be very comfortable with, if in fact, there's no

10   cross-examination of witnesses.  I've already read the

11   papers that have been filed so far.  There's still have a

12   lot more preparation to do and obviously, there's another

13   round of briefs to go.  Let me ask this, does anybody

14   disagree with what I've suggested?  And I would let -- Mr.

15   Kotliar and Ms. Kovsky, I'd have the two of you work out

16   between you who would go first, who would go second.  I

17   don't -- I don't think it's a big deal, frankly, myself.

18   But I want to go into this hearing so that you all know the

19   order in which people are going to go, etc.

20          MR. KOTLIAR:  Your Honor, we -- when we met and

21   conferred last night, this is one of the things that we

22   discussed, but we did not come to an agreement on.  We

23   didn't have a disagreement, but it's just something that we

24   said we would discuss.

25          THE COURT:  Okay.  That's fine.  That's fine.

Page 32

1              MR. KOTLIAR:  I just want to note one thing, which

2      is, whoever goes first, second or third, I think one of the

3      issues that your Court is going to have to consider is, who

4      has the burden on what issues.  And I don't want the

5      process, whoever proceeds in what fashion, to impact who has

6      the burden.

7              THE COURT:  That's fair.  I guess the reason I

8      said that Custody in Withhold ought to go first is, you want

9      the stuff back.  And I'm certainly open to having you -- all

10     of you argue about where you think the burden goes, but at

11     least with the initial going forward, you want the stuff

12     back and the Committee and the Debtor, not so much.  Let's

13     put it that way.  I'll leave it at that, so --

14             MR. KOTLIAR:  Yes, Your Honor.

15             THE COURT:  Okay.  All right.  So, Mr. Kotliar, I

16     don't know whether it is going to be you who is going to be

17     speaking or -- for Custody?

18             MR. KOTLIAR:  It'll be my colleague, Mr. Ortiz.

19     He wasn't able to join this morning because of a medical

20     emergency.  I think we're probably happy to go first, but I

21     think where we left off with the parties is, we would

22     discuss it.

23             THE COURT:  Well, I'll let you discuss it and --

24     so I see we have the Examiner present at the hearing, as

25     well.  Ms. (indiscernible), is there anything that you

Page 33

1   wanted to say at this point?

2           MS. (indiscernible):  Good morning, Your Honor.  I

3   have nothing to add at this point, unless Your Honor has any

4   specific questions for me.

5           THE COURT:  No, I was busy reading, and the Court

6   very much appreciates that you delivered the Report on time

7   and very comprehensive, so -- all right.  So, the open

8   question that I would like an answer to when you've -- if

9   you can reach an agreement about it is whether the parties

10  to this, about stipulating to the admissibility for purposes

11  of this hearing of the Examiner's Report.  When you have a -

12  - if you come to an agreement on it, you can -- somebody can

13  file a status letter just indicating that that's resolved.

14  I don't need to know in advance how you work out the order

15  in which you're all going to argue.  And as I say, I'm not

16  going to set -- we've got plenty -- I'm not -- sometimes

17  less is better, but I'm not going to set any time limits on

18  each of your presentations.  Okay?

19          MR. KOENIG:  Thank you, You Honor.  And just, if I

20  may for a moment --

21          THE COURT:  Go ahead, Mr. Koenig.

22          MR. KOENIG:  When the parties discussed --

23          THE COURT:  You have to identify yourself, Mr.

24  Koenig, each time you speak.

25          MR. KOENIG:  Oh, I'm sorry.  Again, for the

Page 34

1   record, Chris Koenig, Kirkland & Ellis.  The parties

2   discussed dispensing with opening arguments and closing

3   arguments and just getting right into the merits of the

4   arguments, and I assume that that was fine with Your Honor,

5   but we just wanted to confirm.

6           THE COURT:  Absolutely.  Absolutely.  You know,

7   I've read everything more than once already and everything

8   will be read again before the hearing.  There is this one

9   additional round of briefs and there will be another

10  Blonstein Declaration, it appears, and obviously I will have

11  read that, as well.

12          MR. KOENIG:  Right, and Your Honor, how we intend

13  to proceed is, there are three issues.  The property of the

14  estate issue, with respect to Custody, the property of the

15  estate issue with respect to Withhold, and then the further

16  issue of, even if Withhold or Custody is not property of the

17  estate, may the Debtor nonetheless maintain possession and

18  control over those assets?  We would anticipate arguing

19  those three issues in series.

20          THE COURT:  Okay.

21          MR. KOENIG:  And then, of course, Your Honor,

22  there's also the Debtor's Motion to Allow Withdrawals from

23  Custody and Withhold Below Certain Dollar Amounts that we

24  would propose hearing after this issue is argued.  It's the

25  Debtor's Motion, but we would propose having that heard

Page 35

1    later in the day, probably on the 7th, after this argument

2    is wrapped up.  There's a number of objecting parties to

3    that matter, but it was on the calendar for all of this to

4    be tried on the same day, but we would have that heard after

5    argument on these issues with these parties.

6              THE COURT:  Okay.  I need to go back and read

7    that.  My focus has been on -- it's important.  I don't mean

8    to underestimate the importance of it.  How many account

9    holders is it that the Debtor is proposing to return the

10   assets?  I take it that all of the people to whom the Debtor

11   proposes to return assets are below that threshold for

12   preference avoidance actions?

13             MR. KOENIG:  That's largely true, Your Honor.

14   There are some folks that only had custody assets.  It was

15   never in earnest, so there's not a preference with respect

16   to those folks.  The number is something around 40,000

17   individuals.  There are many individuals with small balances

18   on the account, so --

19             THE COURT:  Okay.

20             MR. KOENIG:  -- it affects a great number of

21   people, and we would obviously like, to the extent it is

22   determined by the Court that Custody or Withhold are not

23   property of the estate and the Debtor has no viable

24   preference claim because it's below the dollar threshold, we

25   would like to get dollars out to those customers, obviously,

Page 36

1    as soon as possible.

2              THE COURT:  Okay.  Is the briefing closed on that,

3    Mr. Koenig?

4              MR. KOENIG:  The objections have already been

5    filed.  The Debtor's Reply Brief is due the same day as the

6    secondary briefs on this issue, next Friday, December 2nd.

7              THE COURT:  All right.  Okay.  Does anybody else

8    have anything they want to add for today?  I hope you all

9    have a very nice Thanksgiving.

10             MR. KOENIG:  Happy Thanksgiving, Your Honor.

11             THE COURT:  Okay.

12             MR. HERSHEY:  Happy Thanksgiving, Your Honor.

13             THE COURT:  All right.  We're adjourned.

14             MR. KOENIG:  Thank you.

15             (Whereupon these proceedings were concluded at

16    10:25 AM)

17

18

19

20

21

22

23

24

25

Page 37

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7    *Sonya M. Ledanski Hyde*

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  November 25, 2022

**[& - anne]**                                                                                   Page 1

**&**

**&**   20:1 23:16
   25:9 28:6 34:1

**1**

**1**   3:2 20:6 23:9
   28:2 30:7
**10004**   1:20
**10014**   7:4
**10020**   4:14
**1006**   7:3
**10119**   5:13
**10167**   4:6
**1044**   3:6
**10:03**   1:23
**10:25**   36:16
**11501**   37:23
**1192**   3:6
**12**   3:2
**12151**   37:7
**1221**   4:13
**1234**   3:6
**1245**   3:6
**1288**   3:6
**1289**   3:6
**1293**   3:6
**1370**   3:6
**1800**   5:19
**1850**   6:18

**2**

**2**   23:6,10
**20006**   6:19
**201**   7:3
**2022**   1:22 37:25
**22**   1:22
**22-01142**   1:4 3:1
**22-10964**   1:3
**245**   4:5
**25**   37:25

**2700**   6:3
**2nd**   30:5 36:6

**3**

**300**   5:3 37:22
**330**   37:21
**3335**   5:12
**353**   6:10
**37219**   6:4

**4**

**4**   3:2
**40,000**   35:16
**4000**   5:19
**48075**   5:20

**5**

**511**   6:3

**6**

**6**   3:2
**60654**   5:4 6:11

**7**

**7**   3:2
**737**   3:5
**745**   3:5
**7th**   20:20,24
   35:1

**8**

**8**   3:2
**857**   3:5

**9**

**914**   3:5
**937**   3:5
**951**   3:5
**954**   3:5
**984**   3:5

**a**

**a.m.**   1:23
**aaceli**   9:17

**aaron**   7:21
**abigail**   9:16
**ability**   27:9
**able**   21:21 25:4
   26:14 32:19
**abreu**   10:18
**absolutely**   34:6
   34:6
**accommodation**
   26:2
**account**   1:12
   5:11,18 19:23
   20:2 22:5 27:15
   28:20 29:2 35:8
   35:18
**accurate**   37:4
**actions**   35:12
**ad**   1:12 5:11,18
   19:23 20:1 22:4
   25:19 29:2
**add**   23:20 25:23
   26:6 33:3 36:8
**addition**   23:20
**additional**   23:25
   30:12 34:9
**address**   24:14
   28:2,4,25 30:4,8
   30:10,12,16
**addressed**   26:12
   27:11,24 28:14
   30:15
**adjourned**
   36:13
**adler**   4:8
**admissibility**
   21:22 22:12,19
   23:4,9 27:8
   33:10
**admission**   26:25

**admit**   24:2
**admitted**   19:12
   19:14
**adv**   1:4
**advance**   33:14
**agree**   24:2 25:10
   26:5
**agreed**   19:19
**agreeing**   23:8
**agreement**   23:2
   23:3,4 31:22
   33:9,12
**ahead**   33:21
**aislinn**   14:1
**aizpuru**   7:9
**al**   1:15
**alaina**   13:5
**alan**   10:7
**albino**   10:19
**alex**   15:6 16:22
   17:22
**alexander**   12:11
   15:3 16:24
**alexandre**   18:4
**allan**   18:6
**allocating**   27:24
**allow**   34:22
**almeida**   7:10
**amaya**   10:20
**americas**   4:13
**amounts**   28:20
   34:23
**amulic**   7:11
**amy**   11:13
**andrea**   7:11
**andrew**   6:21
   13:6 16:13
**anhminh**   17:13
**anne**   10:10

annemarie 16:4
announcements 19:3
answer 22:24 28:22 33:8
answered 20:10
answers 24:16
anthony 7:12
anticipate 22:6 22:8 24:20,20 25:18 30:18 34:18
anticipating 30:25
anticipation 24:24
anubhav 16:6
anybody 22:23 23:3 27:25 31:13 36:7
anybody's 27:9
apap 5:22
apologize 24:10 25:24
apparent 29:18
appears 34:10
applied 27:23
apply 27:21
appointment 21:13
appreciate 26:1 27:5
appreciates 33:6
archer 7:13
argier 10:21
argue 32:10 33:15
argued 34:24
arguing 34:18

argument 25:6 25:12 35:1,5
arguments 31:4 34:2,3,4
arisen 29:13
arlishea 8:9
aroon 13:14
arrived 29:17
artur 10:18
aside 31:2
asked 22:15,16 24:5,18 26:10 28:15
assets 27:13,14 29:7,11,15,23 30:2 34:18 35:10,11,14
assume 34:4
attached 25:15
attention 19:3
attorneys 4:4,11 5:2,11,18 6:2,9 6:17 7:2
audio 19:5,8
austin 17:16 18:5
automatic 27:17
avenue 4:5,13
avery 12:18
avin 12:14
avoid 25:4
avoidance 35:12
aware 29:22
axelrod 10:22
ayala 7:14

**b**

b 2:1 6:17 11:1
back 22:15 23:13 29:16,18

32:9,12 35:6
balance 28:16
balances 35:17
bankruptcy 1:1 1:18 2:3
based 24:11 29:13
basis 28:16
bates 10:23
baum 7:15
beaudry 10:24
beaulac 10:25
becin 7:16
behalf 19:23
believe 21:1 25:11,19 26:11 28:6
ben 12:13
benny 17:23
berg 18:3
beth 9:2
better 33:17
big 31:17
bilter 11:1
birch 11:2
biswas 11:3
bit 26:19
block 6:8
blocks 28:17
blonstein 21:6 21:10,12 22:9 22:15 23:22 24:6,13,21 26:8 26:12,18 28:14 29:4 30:20 34:10
bonadies 11:4
boone 11:5
boroff 11:6

borriello 11:7
borrowers 4:4
bourgeois 7:17
bowling 1:19
brad 10:22 17:1
bradley 12:25
bray 11:8
brendel 11:9
breuder 11:10
brian 7:6 13:13 15:4 17:10
brianna 11:1
brief 20:6 25:15 27:11,25 28:1 29:19 30:12,17 36:5
briefing 36:2
briefly 27:11,24 30:14
briefs 20:23 30:6 31:13 34:9 36:6
broadhurst 11:11
bronge 7:18
brown 7:19
bryan 5:15 20:1 29:1
burden 32:4,6 32:10
burdensome 24:15
burks 10:16
busy 33:5
butler 15:1

**c**

c 4:1 11:7 15:17 19:1 37:1,1

calendar 35:3
called 28:2
calling 22:7
  24:20 30:25
cameron 8:1
cancellation
  29:15
can't 28:8
carl 7:25 10:5
caroline 16:15
carolyn 11:14
case 1:3,4 3:1,4
  4:10 19:18
  23:16 24:2
  27:21
cases 27:22
castor 11:13
catherine 17:2
cathy 8:23
caused 29:15
celsius 1:8,15
  5:2 25:9
center 5:19
certain 4:4 20:8
  20:10 34:23
certainly 21:9
  22:11 24:3
  27:22 32:9
certified 37:3
chamberlayne
  11:14
chan 11:15
chance 28:4
  31:8
chang 11:16
charles 17:9
chase 9:3
cheyenne 8:25
chicago 5:4 6:11

chieh 15:19
choi 11:17
chris 5:6 7:16
  25:9 34:1
christiansen
  11:18
christina 11:12
christine 14:14
christopher
  8:11
chuan 12:16
ciancarelli
  11:12
circuit 27:22
circumstances
  27:21
cirkel 11:19
claim 35:24
claire 7:24
clark 6:10
claude 10:24
claudio 11:20
clear 24:17
clerk 19:2,8
client 22:11
  25:14
closed 36:2
closing 34:2
cohen 7:20
  11:21
coin 28:16,16
  29:11
coleman 11:22
colleague 32:18
collective 21:2
colodny 7:21
colton 13:19
come 23:12
  31:22 33:12

comfort 29:5
comfortable
  31:2,9
committee 4:11
  19:24 20:9,11
  23:16,23 25:3
  25:19 29:22
  30:7,9 31:6
  32:12
completely 26:5
comprehensive
  33:7
concluded 36:15
concur 22:5
confer 20:25
  22:6 23:1
conference 3:1,4
  19:18
conferred 25:16
  31:21
confirm 25:17
  34:5
conlon 11:23
consider 32:3
considered 27:1
consistent 21:2
  21:6,9,13,15
  22:17 29:8
constitutes 19:9
contemplated
  21:20
contents 20:13
  24:22
contested 20:18
control 34:18
cook 7:22
cooper 11:24
cordry 7:23
cori 11:21

cornell 7:24
cote 7:25
counsel 19:21
  20:1 21:19
  25:10 29:2 31:6
country 37:21
course 22:7
  30:23 34:21
court 1:1,18
  19:5,8,11,16
  20:4,19,25 21:4
  21:18,21 22:2
  22:13 23:14,18
  24:5,9,17 25:1,7
  25:22 26:4,7,22
  27:5 28:1,10,24
  29:20 30:4,11
  30:14,21,24
  31:25 32:3,7,15
  32:23 33:5,5,21
  33:23 34:6,20
  35:6,19,22 36:2
  36:7,11,13
courtney 10:16
court's 22:25
cover 24:7
covered 24:13
creditors 4:12
  20:9,11 23:17
crews 8:1
cross 20:18
  24:21,25 25:18
  26:2 31:1,10
crystal 14:4
cunha 11:25
  12:1
currently 20:6
  29:12
custodial 1:12
  5:11 20:2 29:2

[custody - emmanuel]                                                        Page 4

custody   19:20
19:22 23:25
25:20 27:15
28:8,12 29:7,7,8
29:9,11,16,18
30:1,2 31:5 32:8
32:17 34:14,16
34:23 35:14,22
customers   35:25

**d**

d   8:3 9:6 13:1
14:11 19:1
daken   11:22
dalhart   12:2
damien   9:14
dan   13:21
dana   9:18
daniel   12:15
14:23 15:12
17:5
darius   12:21
darschewski
12:3
date   19:18 29:7
29:12 37:25
david   4:8,17
9:19 12:2,6,18
13:7,18 16:18
davies   12:4
davis   6:1
day   35:1,4 36:5
days   28:22 31:2
dc   6:19
de   10:1 18:4
deadline   30:6
deal   31:17
deb   22:3 28:5
deborah   5:22
8:8

debtor   1:10
26:23 28:14
31:7 32:12
34:17 35:9,10
35:23
debtors   20:8
24:11,14,16
25:10,17 28:15
29:14
debtor's   20:12
26:22 34:22,25
36:5
december   20:20
20:24 30:5 36:6
decided   20:19
declarant   20:12
declarants   31:1
declaration   20:8
20:13,15,22
21:6,11,12 22:8
22:16 23:22
24:6,13,23 26:9
26:12,19,20
28:15 29:4
34:10
declarations
24:25 25:14,25
dedina   12:5
defendants   1:16
delivered   33:6
denise   13:20
dennis   8:4
depending
24:22
deposing   26:2
depositions
20:17
der   18:6
deran   12:6

desai   12:7
designation
19:13
determine   20:25
29:25 30:3
determined
35:22
dia   9:9
diaz   8:2
dibattista   12:8
didn't   26:11
31:23
dietrich   10:14
14:5
different   26:16
dipped   28:18
disagree   31:4,14
disagreement
31:23
disagrees   29:24
discovery   23:25
discuss   22:10
24:1 27:6 31:24
32:22,23
discussed   21:24
21:25 31:22
33:22 34:2
discussion   26:1
dispensing   34:2
disputes   20:17
29:22
distribution
30:2
district   1:2
doc   3:2,5
dollar   34:23
35:24
dollars   35:25
don   16:25

don't   20:16 22:6
24:19,20 25:17
25:19 26:13
27:2,25 31:7,17
31:17 32:4,16
33:14 35:7
dortch   6:1
drew   12:10 18:2
due   36:5
duffy   8:3 12:9
12:10
dunne   8:4
dustin   11:6
dyke   12:11

**e**

e   2:1,1 4:1,1
11:24 15:16
19:1,1 37:1
eades   12:13
earnest   35:15
eckhardt   12:12
ecro   2:5
ed   11:2
edgerton   12:14
edmundo   14:18
edward   6:13
eggermann
12:15
either   21:20
30:25
elle   11:17
ellis   5:1 25:9
34:1
else's   27:25
elvin   17:14
emergency
32:20
emmanuel
10:19

**[eng - hearing]**                                                                 Page 5

**eng**  12:16
**engel**  8:6
**english**  4:3
**eric**  11:15
**eridson**  11:25
**erik**  9:4
**estate**  34:14,15
  34:17 35:23
**et**  1:15
**ethan**  15:1
**everybody**
  19:17 28:3
**everyone's**  26:1
**evidentiary**
  20:18 25:5,11
**examination**
  31:10
**examinations**
  20:18
**examine**  24:21
  24:25
**examiner**  21:11
  21:13,15 29:5
  32:24
**examiner's**  21:6
  21:21,23 22:10
  22:20 23:23
  26:25 27:12
  33:11
**examining**
  25:18 26:2 31:1
**expect**  27:2
**expectation**
  20:21
**expecting**  20:17
**extent**  29:24
  35:21
**exum**  8:5

**f**

**f**  2:1 9:11 11:5
  14:12 37:1
**fabsik**  12:17
**fact**  31:9
**factual**  20:17
  28:21
**fahey**  12:18
**fair**  32:7
**fairly**  26:3
**familiar**  27:22
**far**  31:11
**fashion**  32:5
**femke**  17:15
**file**  30:6 33:13
**filed**  20:6,8
  31:11 36:5
**filings**  23:22
**fills**  21:16
**fine**  25:1 27:5
  31:25,25 34:4
**fire**  28:17
**first**  19:11,22
  24:19 28:2 31:6
  31:16 32:2,8,20
**fits**  21:14
**focus**  35:7
**folks**  35:14,16
**follow**  20:12
  26:17
**fong**  8:7
**force**  23:2
**foregoing**  37:3
**formed**  22:21
  23:24
**forthcoming**
  22:9
**fortwengler**
  12:19

**forward**  32:11
**foster**  12:20
**francis**  14:6
**frankel**  8:8
**frankly**  31:17
**friday**  36:6
**front**  19:21
  26:13
**full**  19:11
**fully**  24:12
  26:12
**fulton**  8:9
**further**  34:15

**g**

**g**  11:2 15:11
  19:1
**gallagher**  8:10
**gaps**  21:16
**gastelu**  8:11
**geary**  12:23
**geoffrey**  11:19
**getting**  34:3
**gheorghe**  12:21
**ghosh**  12:24
**giardiello**  12:25
**give**  28:3 31:8
**glenn**  2:2 19:17
**go**  29:3 31:6,13
  31:16,16,18,19
  32:8,20 33:21
  35:6
**goes**  32:2,10
**goetten**  8:12
**going**  19:2 25:10
  27:2 28:2 29:19
  30:2,4,11,15,16
  31:3,19 32:3,11
  32:16,16 33:15
  33:16,17

**golden**  13:1
**goldstein**  13:2
**good**  19:16,25
  22:3 23:15 33:2
**gordon**  12:22
**gorrepati**  10:13
**government**  3:2
  3:5
**great**  23:19
  35:20
**green**  1:19
**greg**  13:17
**gregory**  9:11
  17:11
**group**  1:12 5:11
  5:18 20:2,11
  22:4 25:19 28:6
  28:18 29:2,23
**guess**  21:4,18
  24:5,18 32:7

**h**

**h**  16:25 17:5
**hadn't**  24:12
  27:1
**hamilton**  5:17
**handful**  24:13
**hanraads**  13:3
**hans**  16:1
**happened**  21:16
**happy**  23:25
  32:20 36:10,12
**harrison**  13:4
**haven't**  23:24
**hear**  20:2 23:17
  31:5
**heard**  34:25
  35:4
**hearing**  3:1,4
  19:3 20:19,24

[hearing - jensvold]                                                          Page 6

21:23 22:7,12
22:19 24:3,4
25:5 26:25 27:2
27:8 31:2,18
32:24 33:11
34:8,24
**heather** 17:17
**hector** 11:20
**heemok** 14:3
**heine** 13:5
**hemant** 10:2
**henry** 17:16
**heras** 10:1
**herrmann** 8:14
**hershey** 4:16
23:14,15,16,19
24:7,8,10 25:2,3
26:4,5,13 29:20
29:21 30:9
36:12
**hi** 19:25
**hine** 13:6
**hiram** 17:20
**hoc** 1:12 5:11,18
19:23 20:2 22:4
25:19 29:2
**hodson** 8:15
**hoffing** 7:20
**holcomb** 8:13
**holders** 1:12
5:11,18 19:22
19:23 20:2 22:5
25:20 28:21
29:3,16 35:9
**holidays** 26:15
**hollerith** 13:7
**holzhauer** 13:8
**hon** 2:2
**honor** 19:25
20:5 21:8 22:1,3

23:12,15,17,19
25:8 26:5,10
27:1 28:5,7 29:1
29:22,24 30:10
30:13,18,22
31:20 32:14
33:2,3,19 34:4
34:12,21 35:13
36:10,12
**honor's** 24:1
**hope** 36:8
**hoping** 28:22
**howard** 17:3
**hsin** 15:19
**huong** 14:10
**hurley** 8:16
**hyde** 3:25 37:3,8

**i**

**iadonisi** 8:17
**identify** 33:23
**il** 5:4 6:11
**immanuel** 8:14
**impact** 32:5
**importance** 35:8
**important** 22:25
22:25 25:13
35:7
**impose** 31:3
**imposition** 19:7
**impossible**
28:19
**inconsistent**
21:9
**indicated** 24:19
25:11 26:14
**indicating** 33:13
**indiscernible**
28:17 30:19
32:25 33:2

**individual** 31:3
**individuals**
25:18 35:17,17
**information**
23:1 30:19
**initial** 24:13
26:12,16,18
32:11
**initials** 19:13
**intend** 24:19
34:12
**intends** 30:7,9
**interest** 29:23
**intermediate**
27:23 28:16
**intervening**
26:15
**iovine** 13:9
**iphone** 19:14
**irregularly**
27:17
**isaac** 14:8
**issue** 27:3 28:1
28:25 29:25
30:5,10,12
34:14,15,16,24
36:6
**issues** 19:20
20:14,25 22:11
23:6 26:20 28:8
30:7 32:3,4
34:13,19 35:5
**item** 20:16
25:13
**items** 24:12
**it'll** 32:18
**it's** 22:25 26:16
26:17,24 27:9
27:20 29:10
31:17,23 34:24

35:7,24
**ivan** 8:20
**i'd** 31:5,15
**i'll** 19:22 27:16
28:3 31:8 32:13
32:23
**i'm** 22:14,23
23:2,5,7,8 25:10
27:20,22 31:1,3
32:9 33:15,16
33:17,25
**i've** 19:20 22:14
31:10,14 34:7

**j**

**j** 4:8 7:17,25
8:13 9:8 10:22
12:5,6 14:23
**j.m.** 17:15
**jackson** 10:12
**jacobs** 13:10
**jacques** 16:12
**jakobsen** 13:11
**jame** 13:16
**james** 8:6 9:7
14:12 15:2
**janell** 12:12
**janine** 12:14
**jared** 11:7 15:5
**jarno** 18:3
**jasleigh** 12:23
**jason** 12:8 13:9
15:11 16:11
17:21
**jean** 14:13
**jeff** 13:22
**jelisavcic** 13:12
**jenner** 6:8
**jensvold** 13:13

jeremy 7:20
  14:6,24
jerome 9:22
jesse 9:1 10:11
  17:25
jesus 7:14
jhamb 13:14
jimenez 8:18
joe 14:16
joel 7:12
johan 7:18
john 8:15 9:15
  11:4
johnson 8:19
  13:15
join 19:11,13
  32:19
joint 19:18
jon 8:17
jonathan 2:5
  16:9
jordyn 15:21
joseph 14:9
jr 7:14
judge 2:3 19:14
  19:17
juj 13:16

**k**

k 6:18 16:8
kacir 8:20
kaczkowski
  13:17
kahn 13:18
kaila 18:1
kaiser 13:19
kaloudis 13:20
kaplan 13:21,22
  13:23

karen 7:23
kash 13:24
katherine 7:9
katy 15:20
kaufmann 13:25
keely 14:1
keith 10:6
kellee 13:23
kenneth 12:3
kensington 14:2
kevin 14:21
keyan 17:6
khai 15:24
khezri 8:21
kim 14:3,4
kind 21:16
kirkland 5:1
  25:9 34:1
knauth 10:14
  14:5
know 23:5 25:13
  31:7,18 32:16
  33:14 34:6
koenig 5:6 25:7
  25:8,9 26:7,10
  27:1 30:21,22
  33:19,21,22,24
  33:25 34:1,12
  34:21 35:13,20
  36:3,4,10,14
koo 14:6
kotliar 5:15
  19:25 20:1,5
  21:8,25 22:5,13
  22:21 23:12,20
  27:14 28:24
  29:1,2 30:11,13
  31:15,20 32:1
  32:14,15,18

kouly 14:7
kovsky 5:22
  19:23 22:2,3,4
  22:23 24:18,19
  24:22 25:14,21
  25:22,24 27:10
  28:3,5,5,11
  30:14,18 31:15
kraig 13:11
kwasteniet 5:7
kwok 8:22
kyle 9:8 11:8
  13:8

**l**

l 9:24
lafayette 7:22
lalana 16:2
lalia 14:9
lam 14:10
lansden 6:1
largely 29:8
  35:13
larrabee 14:11
las 10:1
lasalle 5:3
lathrop 14:12
latreille 14:13
lau 8:23
layla 9:5
layne 6:6
lazar 6:13
leave 23:11
  32:13
leblanc 6:21
ledanski 3:25
  37:3,8
lee 14:14
left 29:15 32:21

legal 20:24
  37:20
legge 14:15
lehr 14:16
leonard 8:24
  14:17
letter 33:13
let's 27:17 32:12
liabilities 29:9
  29:11
liam 15:13
liew 12:16
ligon 8:25
lily 10:9
limited 24:3
  25:12
limits 31:3
  33:17
linda 16:7
line 27:3 29:6
list 26:13
little 26:19
live 22:7 30:25
llc 1:8,15 5:2
llewellyn 14:8
llp 4:3,10 5:10
  5:17 6:1,8
look 28:7
lopez 14:18
loreta 13:24
lot 31:12
lowest 27:23
  28:16,18
lucas 8:13
lucy 9:24
luke 9:12
lund 9:1

**[m - opening]**

| m | | | |
|---|---|---|---|
| **m**  5:7 9:20 13:25 14:21 | **melanie**  10:8 | **murphy**  15:9 | **number**  24:11 35:2,16,20 |
| **madsen**  14:19 | **melo**  18:4 | **muted**  24:7,8 | **nw**  6:18 |
| **maglic**  14:20 | **mendelson**  9:4 | **n** | **ny**  1:20 4:6,14 |
| **maintain**  34:17 | **mendieta**  15:4 | **n**  4:1 5:3 6:10 10:5 12:7 19:1 37:1 | 5:13 7:4 37:23 |
| **maintains**  19:8 | **mentioning** 25:25 | | **o** |
| **making**  19:4 | **merits**  34:3 | **nagpal**  15:10 | **o**  2:1 19:1 37:1 |
| **malcolm**  10:23 | **met**  25:15 29:8 31:20 | **nakiso**  14:22 | **o'brien**  15:14 |
| **management** 3:1,4 19:18 | **mezzatesta**  15:5 | **name**  19:10,12 19:13 | **object**  23:10 27:9 |
| **manus**  14:21 | **mg**  1:3,4 3:1 | **nash**  9:7 | **objecting**  35:2 |
| **maodza**  14:22 | **mi**  5:20 | **nashville**  6:4 | **objection**  25:16 |
| **maree**  14:23 | **mia**  11:24 | **natasha**  17:8 | **objections**  36:4 |
| **mark**  14:11,17 | **michael**  9:6 11:11,23 12:19 15:8 16:10,19 | **nathaniel**  6:6 | **obviously**  22:14 26:15 29:21 31:8,12 34:10 35:21,25 |
| **maronpot**  9:2 14:24 | **michaels**  15:6 | **naznen**  16:3 | |
| **marsh**  9:3 | **mikaela**  14:2 | **need**  20:19 28:7 30:2 33:14 35:6 | **octave**  7:17 |
| **martin**  2:2 17:19 | **mike**  8:19 14:15 | **nelly**  7:10 | **office**  7:1 |
| **mary**  15:14 | **milbank**  6:16 | **network**  1:8,15 5:2 | **official**  4:11 19:9 23:16 |
| **masumoto**  7:6 | **milin**  9:10 | **never**  29:16 35:15 | **oh**  33:25 |
| **mat**  14:25 | **milligan**  9:5 | **new**  1:2,20 4:6 4:14 5:13 7:4 15:11 | **okay**  20:3 21:18 22:2 23:11,14 23:17 24:5,9 25:1,7,22 26:4,7 28:24 30:11,14 30:21,24 31:25 32:15 33:18 34:20 35:6,19 36:2,7,11 |
| **matter**  1:6 35:3 | **mineola**  37:23 | | |
| **matters**  20:19 | **mismatch**  29:18 | **nice**  36:9 | |
| **matthew**  10:15 16:23 | **mitch**  8:16 | **nicholas**  16:14 | |
| **max**  10:12 | **mitrakas**  15:7 | **nicolas**  15:18 | |
| **mccarrick**  5:8 | **moment**  33:20 | **nicole**  8:24 | |
| **mccarter**  4:3 | **monetary**  19:7,7 | **niggemann** 15:12 | **old**  37:21 |
| **mclaughlin**  15:1 | **monica**  15:23 | **night**  21:1 31:21 | **once**  34:7 |
| **mcnamara**  15:2 | **montgomery** 6:2 | **noah**  9:20 | **open**  19:20 24:12 32:9 33:7 |
| **mcwilliams**  15:3 | **morning**  19:17 19:25 22:3 23:15 32:19 33:2 | **non**  19:7 | |
| **mean**  22:14,24 28:18 31:8 35:7 | | **noon**  15:13 | **opening**  20:6 25:15 27:11 34:2 |
| **medical**  32:19 | **morris**  9:6 | **note**  32:1 | |
| **meer**  18:6 | **motion**  34:22,25 | **november**  1:22 37:25 | |
| **meet**  20:25 22:6 | **mowry**  15:8 | | |
| **mei**  8:22 | **muhammad** 16:20 | | |

order 19:19
  20:7 21:13
  31:19 33:14
orren 15:15
ortiz 9:8 32:18
oswald 15:16
ought 32:8
outside 29:17
owed 28:20
owens 15:17
ownership
  29:23

**p**

p 4:1,1,16 9:15
  11:11 15:9
  16:24 19:1
paige 17:12
pan 15:19
pape 15:20
paperny 15:21
papers 31:11
park 4:5
parker 9:9
part 25:16,25
partial 19:13
parties 19:10,12
  20:7 21:1,20
  24:1,10 25:15
  26:10,18 27:4
  30:4,6 32:21
  33:9,22 34:1
  35:2,5
parties' 20:23
party 19:11
patel 9:10
patrick 9:7
patzak 15:22
paul 11:10
  12:17

pay 19:3
pending 20:16
  29:14
penn 5:12
people 31:8,19
  35:10,21
pepper 5:17
  22:4 28:6
perrigino 15:23
persons 19:4
perspective
  29:24
pesce 9:11
peter 15:22
petition 29:7,12
pham 15:24
phase 20:6 23:6
  23:9,10 28:2
  30:6
philip 11:9
philippe 14:13
phillip 8:21
phillips 15:25
piece 23:1
pillay 6:9,14
piquerez 15:18
plaintiff 1:13
platform 29:17
plaza 5:12
pleading 29:19
please 19:3
plenty 33:16
po 8:22
point 22:18
  25:23 26:23
  27:11 28:3 33:1
  33:3
polzmacher
  16:1

porcari 9:12
posed 24:10
position 23:24
  25:4 26:23 30:1
possession
  34:17
possible 36:1
preference
  35:12,15,24
preferred 6:17
prejudice 23:9
  27:9
preparation
  31:12
prepared 22:18
  26:24
present 7:8
  32:24
presentation
  25:5,11
presentations
  33:18
presenting
  20:24
pressing 22:23
prior 27:2,22
probably 22:22
  32:20 35:1
problematic
  24:16
proceed 25:12
  34:13
proceeding
  21:19 23:11
  25:17 27:10
proceedings
  19:5,9 36:15
  37:4
proceeds 32:5

process 32:5
prohibited 19:4
prohibition 19:6
properties 6:2
property 34:13
  34:14,16 35:23
propose 34:24
  34:25
proposes 35:11
proposing 35:9
provide 24:16
  28:15
pundisto 16:2
purpose 21:22
  23:5 24:3 26:24
purposes 22:12
  22:19 23:9 27:8
  33:10
put 27:6,17
  32:13

**q**

question 21:4,5
  21:19 22:15,16
  25:1 27:14,20
  33:8
questions 20:9
  20:10,12 24:11
  24:14 26:11,17
  26:17 28:13,21
  29:3,9 33:4
quickly 24:4

**r**

r 2:1 4:1 12:13
  14:8 19:1 37:1
rabeca 14:19
rahman 16:3
rai 9:13
raise 25:13

raised  26:11,20
raises  27:19
raul  8:18
raymond  9:14
re'necia  9:21
reach  33:9
read  22:14,15
  29:13 31:10
  34:7,8,11 35:6
reading  33:5
really  20:18
  21:5 23:20 28:8
reason  32:7
rebecca  8:10
reconciliations
  27:16
record  19:10,11
  25:9,21 34:1
  37:4
recording  19:5
  19:9
reding  9:15
regard  19:19
regarding  20:8
  20:13
reilly  16:4,5
relates  20:13
relating  29:9
relevant  23:8
rely  24:24
remember
  27:25
rene  10:20
reply  31:8 36:5
report  21:7,11
  21:13,16,21,23
  22:10,20 23:7
  23:23 26:25
  27:12,18 29:5
  33:6,11

request  22:24
requires  23:24
reservation  27:7
reserve  23:21
resolved  23:7
  33:13
respect  22:9
  28:7 34:14,15
  35:15
responsive
  20:23 29:19
  30:6
result  19:7
return  35:9,11
review  23:21
  24:23
reviewing  26:18
rh  6:2
ric  14:25
richard  7:13
  15:16,25 16:8
richards  16:6
rickie  11:16
riffkin  16:7
right  19:2 23:10
  23:14 25:7
  26:22 29:20
  30:24 32:15
  33:7 34:3,12
  36:7,13
rights  23:21
  27:7
riki  14:7
road  37:21
robert  9:23
  10:25 11:18
  13:25 15:15
roberto  13:10
robison  16:8

rodriguez  16:9
rogawski  16:10
roma  12:7
room  7:3 19:12
rosell  16:11
ross  5:7
rossouw  16:12
round  31:13
  34:9
rudolph  16:13
rule  27:23
run  28:12
ryan  9:16 13:2

**s**

s  4:1 7:6 9:13
  14:17 17:7,21
  19:1
sabatino  16:14
salls  16:15
sam  23:15
sami  16:21
sammy  10:17
  17:7
samuel  4:16
  10:21
sanchez  9:17
sanctions  19:8
sandefur  9:18
sanders  5:17
sarah  9:2 17:18
saying  27:20
says  21:12,14
  29:6
schedule  30:5
scheduling
  19:19 20:7
scheuer  16:16
schmidt  16:17

schneider  9:19
schottenstein
  9:20
scott  8:3 12:9
screenshot  19:6
second  31:16
  32:2
secondary  36:6
see  23:1,3 32:24
seeing  20:14,22
  20:23 22:8
  27:25
segal  5:10,10
  20:1,1
senes  16:18
sense  24:15
separate  28:9,10
series  6:17
  34:19
service  29:9
set  19:18 31:2
  33:16,17
sha  16:19
shafqat  16:20
shai  16:17
shaikh  16:21
shane  15:17
shara  7:24
shareholders
  6:17
shashank  9:13
sherald  9:21
shiraz  16:20
shireen  11:5
shlivko  16:22
shoba  6:9,14
shortfall  27:13
  27:15,19,24
  29:13 30:3

[signature - transcribed]                                            Page 11

signature 37:7
silverman 10:15
  16:23
simmons 16:24
simone 13:3
simple 29:10
small 28:19
  35:17
smith 16:25
solely 20:24
  21:22 26:24
solutions 37:20
soma 11:3
somebody 33:12
sonda 11:21
sonya 3:25 37:3
  37:8
soon 36:1
sorensen 17:1
sorry 24:8 33:25
southern 1:2
southfield 5:20
speak 19:10
  21:3 28:8 33:24
speaking 32:17
specific 33:4
st 5:3 6:18
stacy 9:25
standpoint
  22:25
starting 19:2
state 19:10
states 1:1,18 7:1
status 33:13
steadman 10:16
steege 17:2
steel 17:3
steffan 12:4
stephen 10:4

stevan 14:20
steven 7:15 12:5
stewart 9:22
stipulate 21:20
  21:22 22:18
  26:24 27:7
stipulating
  22:11 33:10
stipulation
  19:19,20 23:4
story 21:15
straightforward
  26:3
stratton 18:5
street 6:3,10 7:3
strictly 19:4
stromberg 9:23
stuff 32:9,11
subject 20:14,15
  20:22,22 22:7
  24:23 26:8
submitted 25:14
subsequent
  27:10
substantially
  26:16
suggest 27:4
suggested 31:14
suggestion 24:1
suite 5:12,19 6:3
  37:22
sullivan 17:4
supplemental
  20:15,22 22:8
  23:22 24:6,11
  24:23 26:8
  28:14 29:4
  30:16
supposed 24:6

sure 25:20 29:1
susan 13:1

t

t 37:1,1
tabak 17:5
taji 17:6
tak 17:24
take 23:25 27:3
  35:10
takeaway 27:12
takes 25:3
talked 31:7
tantawy 10:17
  17:7
taylor 13:4
tecklin 9:25
telephonically
  4:8,16,17 5:6,7
  5:8,15,22 6:6,13
  6:14,21 7:6,8
tell 26:7
term 27:18
tesese 17:8
thank 19:16
  20:5 23:18,19
  25:8 33:19
  36:14
thanksgiving
  36:9,10,12
that's 21:1,23
  24:2,9 27:5
  31:25,25 32:7
  33:13 35:13
therese 16:16
there's 31:9,11
  31:12 34:22
  35:2,15
they're 26:2

they've 29:17
thing 32:1
things 31:21
think 20:14
  21:15 22:22
  25:4 27:10,24
  29:4,12,21,24
  31:17 32:2,10
  32:20,21
third 32:2
thomas 15:9
thomashower
  17:9
thomson 9:24
three 34:13,19
threshold 35:11
  35:24
tichenor 17:10
tiffany 8:7
tighter 26:20
tightly 28:12
tim 13:15
time 19:10 31:3
  33:6,17,24
times 27:19
timon 15:7
timothy 16:5
tj 5:8
tn 6:4
today 22:23
  36:8
todd 12:22
togut 5:10 20:1
tollis 17:11
tortorelli 17:12
total 28:19
town 5:19
tran 17:13
transcribed
  3:25

**[transcript - yuan]**                                         Page 12

transcript  37:4
transferred
  27:13,15
tried  35:4
tristan  8:2
troutman  5:17
  22:4 28:5
true  30:1 35:13
  37:4
trued  27:18
trustee  7:1,2
trying  23:2
turetsky  4:17
turn  19:22
turner  17:14
two  29:3 31:2,15
tyler  6:6

**u**

u.s.  2:3 7:2
ubierna  10:1
uday  10:13
underestimate
  35:8
understand
  20:11 26:19
understanding
  20:15 21:2
understood
  23:12
unduly  24:15
union  6:3
united  1:1,18
  7:1
unsecured  4:11
  23:17
upadhyaya  10:2
updated  30:19
use  21:21

utsav  12:24

**v**

v  1:14 16:4
value  27:23
van  18:6
varick  7:3
various  27:19
vejseli  10:3
vera  7:19
veritext  37:20
vessies  17:15
veton  10:3
viable  35:23
victor  10:1
video  19:5
view  21:8,10
  22:13,17,21
viewed  24:12
viewing  23:23
vik  15:10
villavaso  10:4
vince  17:4
vincent  6:13
  8:12
viny  17:16
violation  19:6
vladimir  13:12
vtor  12:1

**w**

w  10:15 16:23
waiting  19:12
waller  6:1 17:17
wallet  28:9,10
  28:12
wallets  29:8,11
want  23:1,3
  25:13,22 28:4
  28:24 31:18
  32:1,4,8,11 36:8

wanted  25:20
  26:19 33:1 34:5
wanting  24:21
washington
  6:19
wasn't  28:9
  32:19
way  21:10 27:18
  32:13
wayne  8:5
wedoff  10:5
week  26:14
  28:23
weiss  17:18
went  22:15
we'll  20:24
  23:12 24:2,3
  25:4 26:14
we're  19:17
  23:25 24:17
  27:2 28:22
  29:19 32:20
  36:13
we've  28:15
  29:13 33:16
what's  20:14
  24:6 28:17,17
  28:17
white  4:10 23:16
william  12:20
williams  17:19
williamson
  17:20
wiseman  17:21
withdrawal
  29:14
withdrawals
  20:16 34:22
withhold  5:18
  19:20,23 20:11

22:4 28:6,8,11
  28:18,20 29:23
  31:5 32:8 34:15
  34:16,23 35:22
witnesses  22:7
  24:20 31:1,10
wofford  10:6
wohlman  10:7
wolf  17:22
wong  17:23
won't  27:8
work  31:15
  33:14
wrapped  35:2
written  24:24

**x**

x  1:5,11,17

**y**

yanez  10:8
yarborough
  10:9
yeah  28:10
yeilding  10:10
yesterday  22:6
  26:1
yeung  17:24
yiu  17:23
york  1:2,20 4:6
  4:14 5:13 7:4
you'll  21:21
  23:7
you're  22:18
  23:8 24:7 30:16
  33:15
you've  30:14
  33:8
yuan  10:11
  17:25

**[zaharis - zoom]**                                                    Page 13

| z |
|---|
| **zaharis**  18:1 |
| **zerdecki**  18:2 |
| **zoom**  3:1,4 |