GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Proposed Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| **CELSIUS NETWORK, LLC,** *et al.*,[1] | : | Case No. 22-10964 (MG) |
| Debtors. | : | (Jointly Administered) |
|  | : | Re: Docket No. 1445 |

### AFFIDAVIT OF SERVICE OF NOTICE OF PRESENTMENT OF PROPOSED AMENDED INTERIM COMPENSATION AND FEE EXAMINER ORDERS

I, Katherine Stadler, under penalty of perjury declare as follows, that on November 23, 2022, at my direction and under my supervision, employees of Godfrey & Kahn, S.C. served a copy of the following documents upon the individuals registered to receive electronic notices via the Court's ECF noticing system, via email to those identified on the **Core 2002 list as of October 18, 2002,** and via first-class mail to the parties with no known email listed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

- *NOTICE OF PRESENTMENT OF PROPOSED AMENDED INTERIM COMPENSATION AND FEE EXAMINER ORDERS*

Dated: November 23, 2022.

          **GODFREY & KAHN, S.C.**
          *Proposed Counsel for Fee Examiner*

          By  */s/ Katherine Stadler*
              Katherine Stadler (NYSB #4938064)
              One East Main Street, Suite 500
              Madison, WI 53703
              Telephone: (608) 297-3911
              E-mail: kstadler@gklaw.com

28332398.1