# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Christopher S. Koenig<br>To Call Writer Directly:<br>+1 312 862 2372<br>chris.koenig@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br><br>+1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

November 28, 2022

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

      Re:   *In re Celsius Network LLC,* No. 22-10964 (MG) – Request to Extend Deadline to Object to Debtors' Exclusivity Motion [Docket No. 1317]

Dear Chief Judge Glenn:

    Pursuant to paragraph 27 of the Case Management Procedures, attached as <u>Exhibit 1</u> to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], and upon mutual agreement with the ad hoc group of Withhold account holders (the "<u>Withhold Ad Hoc Group</u>"), we write to request confirmation of the extension of the deadline for the Withhold Ad Hoc Group to object to the *Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 1317] to Tuesday, November 29, 2022, at 5:00 p.m. (prevailing Eastern Time).

                                  Sincerely,

                                    */s/ Christopher S. Koenig*

                                  Christopher S. Koenig

cc:    Deborah Kovsky-Apap, Counsel to the Ad Hoc Group of Withhold Account Holders

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Christopher S. Koenig
To Call Writer Directly:
+1 312 862 2372
chris.koenig@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

The request to extend the Withhold Ad Hoc Group's objection deadline on the *Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 1317] to Wednesday, November 29, 2022, at 5:00 p.m. (prevailing Eastern Time). is GRANTED.

MEMORANDUM ENDORSED

IT IS SO ORDERED.

Dated:   November 28, 2022
         New York, New York

                              /s/ Martin Glenn
                           MARTIN GLENN
                  Chief United States Bankruptcy Judge