# IMMANUEL HERRMANN, CELSIUS *PRO SE* CREDITOR

TO: THE HONORABLE CHIEF BANKRUPTCY JUDGE MARTIN GLENN
CC: CELSIUS NETWORK

November 28, 2022

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the Case Management Procedures, attached as Exhibit 1 to the Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 1181], I am writing to request an extension of my deadline to object to the Debtor's Amended Motion for Entry of An Order (i) Establishing Ownership of Assets in the Debtors' Earn Program, (ii) Permitting the Sale of Stablecoin in the Ordinary Course and (iii) Granting Related Relief [D.R. 1325] to Thursday, December 1, 2022, at 12:00 p.m. (prevailing Eastern Time).

I have sought the consent of the Debtors and they have denied my request. As I pointed out to the Debtors, the deadline for my objection is Tuesday November 29 at 5pm ET, yet, I still have not received de-designated deposition transcripts from them. Until I receive de-designated transcripts, I am left guessing what may be redacted, and left wondering if I will be forced to file under seal pursuant to paragraph 15 of D.R. 790, the *Confidentiality Agreement and Stipulated Protective Order.*

I believe that it would be best to not have *pro se* creditors such as myself forced to file our objections under seal unless it is absolutely necessary; doing so would impose additional burdens on both myself and this Court. However, before making any public filing, I need a reasonable amount of time in which to review the de-designated transcripts that the Debtor provides and to ensure that, when I am referencing deposition transcripts in public filings, I use only content that is designated as public.


Sincerely,

Immanuel Herrmann
*Pro se Celsius creditor*


**Cc: Elizabeth Helen Jones, Counsel to the Debtors**

Mr. Herrmann's request to extend the objection deadline on the *Debtor's Amended Motion for Entry of An Order (i) Establishing Ownership of Assets in the Debtors' Earn Program, (ii) Permitting the Sale of Stablecoin in the Ordinary Course and (iii) Granting Related Relief* [D.R. 1325] to Thursday, December 1, 2022 at 12:00 p.m. (prevailing Eastern Time) is DENIED.

MEMORANDUM ENDORSED

IT IS SO ORDERED.

Dated: November 29, 2022
       New York, New York

                                                    /s/ **Martin Glenn**
                                                    MARTIN GLENN
                                      Chief United States Bankruptcy Judge