**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

    CELSIUS NETWORKS LLC, et al.

                                  Debtor

-------------------------------------------------------------x

                                  Plaintiff

                              v.

                              Defendant

-------------------------------------------------------------x

Case No.: 22-10964 (MG)

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Steven T. Mulligan, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Joe Breher, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Colorado and, if applicable, the bar of the U.S. District Court for the _____ District of Colorado.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/29/2022

_____, New York

/s/ Steven T. Mulligan

*Mailing Address*:

999 18th St., Suite S 3100

Denver, CO 80202

_____

*E-mail address*: smulligan@cp2law.com

*Telephone number*: (303) 861-8888