**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Celsius Networks LLC, et al.   Case No.: 22-10964 (MG)

　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　Debtor

-------------------------------------------------------------x

　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding No.: _____

　　　　　　　　　　Plaintiff

　　　　　　v.

　　　　　　　　　　Defendant

-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

　　　　Upon the motion of  Steven T. Mulligan , to be admitted, ***pro hac vice***, to represent  Joe Breher , (the "Client") a  creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Colorado  and, if applicable, the bar of the U.S. District Court for the _____ District of  Colorado , it is hereby

　　　　**ORDERED**, that  Steven T. Mulligan , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York   　　/s/ _____

　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE