# EXHIBIT A

108765474.v1

Data: seg, 4 jul 2022 [06:45:21 WEST]
De: Celsius Network <support@celsius.network>
Para: Nasaraiva <nasaraiva@sapo.pt>
Assunto: [Celsius Network] Re: BTC Transfer

##- Please type your reply above this line -##

Your request (#1033397) has been updated. To add additional comments, reply to this email.



**Customer Care Expert** (Celsius Network)
Jul 4, 2022, 05:45 UTC

Hey Nuno,

Thank you for connecting with Celsius.

We can certainly appreciate the need to urgently transfer assets, however, in light of this recent situation, we cannot process any withdrawals.

Our intention is to honor all withdrawals, over time, and we will make note of your request and take it into consideration once withdrawals are possible.

If should you require any further assistance, please do not hesitate to contact me.

I wish you a wonderful day ahead!

Best regards.

Read our FAQs and learn more from our Help Center https://support.celsius.network/hc/en-us



**Nasaraiva**
Jul 3, 2022, 18:14 UTC

Hi
On June 29 2022, I made a mistake and made a transfer to my wallet on Celsius.
I know you have stop the transfers of assets from the accounts. I also know the assets I already had on Celsius were not possible to transfer and I accept. However, this BTC transfer was made after your decision and by mistake.
I would like to request you to make possible the withdrawal of this assets to another wallet of mine.
I would only remove the BTC that was deposit on the 29th.
Kind regards
Nuno Saraiva

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street,  Ste PH05
Hoboken, NJ 07030 USA

Registered as a Money Services Business (MSB) number [31000192265811](#) with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our [Risk Disclosure page](#). Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

Attachment(s)

[26F44F85-23B5-4A8A-A5B5-217F044D28AE.jpeg](#)
[53ED5DF7-09B8-4849-BB2A-0A2023EFCF1A.jpeg](#)
[36455C65-54EA-4E8F-8F26-F28014CE9CFF.jpeg](#)

This email is a service from Celsius Network. Delivered by [Zendesk](#)

[WP34P7-5D89Z]