Steven T. Mulligan
Coan, Payton & Payne, LLC
999 18th St., Suite S3100
Denver, CO 80202
303-861-8888
Attorneys for Joe Breher

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORKS LLC, et al.[1] | Case No. 22-10964 (MG) |
| Debtors | (Jointly Administered) |

**JOINDER IN**
**OBJECTION TO DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS IN THE DEBTORS' EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE, AND (III) GRANTING RELATED RELIEF**

Joe Breher ("Breher"), by and through counsel, Coan, Payton & Payne, LLC, hereby joins in the Objection to Debtors' Amended Motion for Entry of an Order (i) Establishing Ownership of Assets in the Debtors' EARN Program, (ii) Permitting the Sale of Stablecoin in the Ordinary Course, and (iii) Granting Related Relief (the "Objection") filed by Eric Wohlwend (Doc. No. 1430). In support hereof, Breher states as follows:

1. On November 11, 2022, Debtors filed their Amended Motion for Entry of an Order (i) Establishing Ownership of Assets in the Debtors' EARN Program, (ii) Permitting the Sale of Stablecoin in the Ordinary Course, and (iii) Granting Related Relief (the "Motion") (Doc. No. 1325).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

2. On November 22, 2022, Wohlend filed his Objection. Undersigned conferred with Wohlend's counsel who had no objection to Breher joining in the Objection.

3. Breher is a customer of the Debtors and the holder of an account in the Debtors' EARN Program and in the Debtors' Borrow Program.

4. Breher joins in the Objection and asks the Court to find the Debtors' agreement with their EARN customers and their Borrower customers is ambiguous and should be construed against the Debtors. The Court should further find that the agreement with the Debtors' EARN customers resulted in the loan of digital assets to the Debtors with certain rights granted to the Debtors to use the EARN customers' digital assets to generate profits for rewards. Lastly, the Debtors' motion for authority to sell the EARN Assets should be denied in its entirety because the Debtors do not own the EARN Assets and, therefore, they are not assets that the Debtors may use, sell, or lease under section 363(b) of the Bankruptcy Code.

WHEREFORE, Breher requests the Court enter an Order denying the Motion and for such other and further relief as the Court deems proper.

Dated: November 29, 2022,

COAN, PAYTON & PAYNE LLC

By:/s/ Steven T. Mulligan
Steven T. Mulligan, #19901
999 18th St., Suite S3100
Denver, CO 80202
303-861-8888
smulliganf@cp2law.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, a copy of the foregoing Joinder was electronically transmitted via the Court's CM/ECF system to those listed on the Court's Electronic Mail Notice list:

- David J. Adler          dadler@mccarter.com
- Susan L Adler          nycsa@aol.com, susannycsa@gmail.com
- Nelly Cessiska Almeida          nalmeida@milbank.com, jbrewster@milbank.com; aheine@milbank.com; mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com
- Andrea Amulic          andrea.amulic@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com
- Michael Andolina          mandolina@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com
- Darren T. Azman          dazman@mwe.com, mco@mwe.com; cgreer@mwe.com
- Alexandra Steinberg Barrage          abarrage@dwt.com
- Malcolm M Bates          mbates@duanemorris.com
- Ronit Berkovich          Ronit.Berkovich@weil.com
- Jeffrey Bernstein          jbernstein@mdmc-law.com, kpatterson@mdmc-law.com
- Michael P. Broadhurst          mbroadhurst@wgpllp.com
- Dean Lindsay Chapman          dchapman@akingump.com, AGSearch-Lit@akingump.com; kmanlove@a kingump.com; nymco@akingump.com
- Michael Chen          mchen@akingump.com
- Shawn M. Christianson          schristianson@buchalter.com, cmcintire@buchalter.com
- Jeffrey S. Cianciulli          jcianciulli@wgpllp.com, imarciniszyn@weirpartners.com
- Marvin E. Clements          agbanknewyork@ag.tn.gov
- Hollace T. Cohen          hollace.cohen@fisherbroyles.com
- Aaron Colodny          aaron.colodny@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com
- Dawn R. Copley          dcopley@dickinsonwright.com, tcorey@dickinsonwright.com
- Karen Cordry          kcordry@naag.org
- Shara Claire Cornell          shara.cornell@usdoj.gov
- Anthony J. DeGirolamo          tony@ajdlaw7-11.com
- Roma N Desai          roma.desai@oag.texas.gov
- Thomas Robert Dominczyk          tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com
- Daniel Eggermann          deggermann@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- Stuart P. Gelberg          spg@13trustee.net
- Jeffrey R. Gleit          jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com; alyssa.fiorentino@afslaw.com
- Brian D. Glueckstein          gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com; brian-glueckstein-5384@ecf.pacerpro.com
- Bonnie R. Golub          bgolub@wgpllp.com
- Andrew R. Gottesman          gottesman@mintzandgold.com, gottesman@mintzandgold.com

3

- Brian G. Hannon    bhannon@norgaardfirm.com, sferreira@norgaardfirm.com; kcimmino@norgaardfirm.com; crose@norgaardfirm.com
- Juandisha Harris    harrisj12@michigan.gov
- Samuel P Hershey    shershey@whitecase.com, mco@whitecase.com, jdisanti@whitecase.com
- Mitchell Hurley    mhurley@akingump.com, bkemp@akingump.com; dkrasa@akingump.com
- Monique Debrikka Jewett-Brewster mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Katherine Johnson    kjohnson3@ftc.gov, kaizpuru@ftc.gov
- John Kane    jkane@akingump.com
- Barry R. Kleiner    dkleiner@kkwc.com
- Gregory Kopacz    gkopacz@sillscummis.com
- Lawrence J. Kotler    ljkotler@duanemorris.com
- Bryan Kotliar    bkotliar@teamtogut.com, eblander@teamtogut.com; jmcclain@teamtogut.com; gquist@teamtogut.com; astolp@tea mtogut.com
- Deborah Kovsky-Apap    deborah.kovsky@troutman.com, kay.kress@troutman.com
- Erica Kravchenko    ekravchenko@bernsteinlaw.com
- Tyler Nathaniel Layne    tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com
- Vincent Edward Lazar    vlazar@jenner.com
- Thomas Scott Leo    sleo@leolawpc.com, emartinez@leolawpc.com
- Nicole A Leonard    nleonard@mdmc-law.com, sshidner@mdmc-law.com
- Seth H. Lieberman    slieberman@pryorcashman.com, cfrench@pryorcashman.com
- Edward J. LoBello    elobello@msek.com
- Stephen Manning    stephen.manning@atg.wa.gov, GCEEF@atg.wa.gov
- Hugh R. McCullough    hughmccullough@dwt.com, elainehuckabee@dwt.co m; SEADocket@dwt.com
- Joshua Mester    jmester@jonesday.com
- Layla Milligan    Layla.Milligan@oag.texas.gov
- Julie F. Montgomeryjmontgomery@brownconnery.com
- Michael D. Morris    morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- Carl D. Neff  carl.neff@fisherbroyles.com
- Mark Norgaard    mnorgaard@norgaardfirm.com, crose@norgaardfirm.com; sferreira@norgaardfirm.com
- Kyle J. Ortiz kortiz@teamtogut.com, dperson@teamtogut.com; aoden@teamtogut.com; aglaubach@teamtogut.com; eblander@t eamtogut.com;bkotliar@teamtogut.com; gquist@teamtogut.com; astolp@teamtogut.com; l ebrahimi@teamtogut.com
- Michael Todd Parkertodd.parker@parkerpohl.com
- Arie Peled    aapeled@venable.com
- Gregory F Pesce    gregory.pesce@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com
- Richard J. Pilson    richardjpilson@aol.com
- David M Pohl    david.pohl@parkerpohl.com
- John Reding  john.reding@ilag.gov
- Annemarie V. Reilly annemarie.reilly@lw.com
- Kyle William Roche kyle@kyleroche.law, akaradjas@rochefreedman.com

4

- Jennifer Rood        jennifer.rood@vermont.gov
- Abigail Ryan  abigail.ryan@oag.texas.gov
- Jeffrey S. Sabin        jssabin@venable.com
- Ray C Schrock        ray.schrock@weil.com, matthew.goren@weil.com
- William D Schroeder        schroeder@jrlaw.org, healey@jrlaw.org
- Paul R. Shankman    pshankman@fortislaw.com
- Virginia T. Shea        vshea@mdmc-law.com, tcolombini@mdmc- law.com; mtaranto@mdmc-law.com
- Paul N. Silverstein    paulsilverstein@huntonak.com
- Scott D. Simon        ssimon@goetzfitz.com
- Katherine Stadler    kstadler@gklaw.com, kboucher@gklaw.com
- Catherine Steege    csteege@jenner.com, jeffrey_cross@discovery.com
- Howard Steel  HSteel@goodwinlaw.com
- Joshua Sussberg    jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com
- Lucy Thomson        lucythomson_cpo@earthlink.net
- David Turetsky        david.turetsky@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com
- United States Trustee        USTPRegion02.NYECF@USDOJ.GOV
- Morris D. Weiss        morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com; annmarie.jezisek@wallerlaw.com
- Dina L. Yunker Frank        bcuyunker@atg.wa.gov
- Evan J. Zucker        ezucker@blankrome.com, eDocketing@blankrome.com
- Kirkland & Ellis LLP, CelsiusRx@kirkland.com.