# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

| | 300 North LaSalle<br>Chicago, IL 60654<br>United States | |
|---|---|---|
| Christopher S. Koenig<br>To Call Writer Directly:<br>+1 312 862 2372<br>chris.koenig@kirkland.com | +1 312 862 2000<br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

November 28, 2022

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

      Re:    *In re Celsius Network LLC,* No. 22-10964 (MG) – Request to Extend Deadline to Object to Debtors' Exclusivity Motion [Docket No. 1317]

Dear Chief Judge Glenn:

      Pursuant to paragraph 27 of the Case Management Procedures, attached as <u>Exhibit 1</u> to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], and upon mutual agreement with the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>"), we write to request confirmation of the extension of the deadline for the U.S. Trustee to object to the *Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 1317] to Wednesday, November 30, 2022, at 5:00 p.m. (prevailing Eastern Time).

      Sincerely,

      /s/ Christopher S. Koenig

      Christopher S. Koenig

cc:    Shara Cornell, Trial Attorney, Office of the United States Trustee

Austin  Bay Area  Beijing  Boston  Brussels  Dallas  Hong Kong  Houston  London  Los Angeles  Munich  New York  Paris  Salt Lake City  Shanghai  Washington, D.C.

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Christopher S. Koenig
To Call Writer Directly:
+1 312 862 2372
chris.koenig@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

The request to extend the U.S. Trustee's objection deadline on the *Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 1317] to Wednesday, November 30, 2022, at 5:00 p.m. (prevailing Eastern Time) is GRANTED.

MEMORANDUM ENDORSED

IT IS SO ORDERED.

Dated:  November 29, 2022
        New York, New York

                                          /s/ Martin Glenn
                                       MARTIN GLENN
                                Chief United States Bankruptcy Judge