**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al., | Case No. 22-10964 (MG) |
| | Jointly Administered |
| Debtors. | |

---

## ORDER AUTHORIZING HOLLACE T. COHEN AND FISHERBROYLES, LLP TO WITHDRAW AS COUNSEL TO VINCENT THEODORE GOETTEN

The Court having duly considered the motion of Hollace T. Cohen and FisherBroyles, LLP, to withdraw as counsel for Vincent Theodore Goetten, now, this 29th day of November, 2022, IT IS HEREBY ORDERED that: Hollace T. Cohen and FisherBroyles, LLP are authorized to withdraw as counsel to Vincent Theodore Goetten, with such withdrawal effective immediately and Hollace T. Cohen shall be removed from the Master Service List and all other services lists in the above captioned cases.

**IT IS SO ORDERED.**

Dated:  November 29, 2022
        New York, New York

                                        **/s/ Martin Glenn**
                                        MARTIN GLENN
                                        Chief United States Bankruptcy Judge