# EXHIBIT C

**In the Matter Of:**

*In Re - Celsius Network LLC*

---

*ROBERT CAMPAGNA*

*November 22, 2022*

---



1

1        UNITED STATES BANKRUPTCY COURT

2        SOUTHERN DISTRICT OF NEW YORK

3

4   In re                        )
                                 )
5     CELSIUS NETWORK LLC, et al.,   )
                                 ) Case No.
6                                ) 22-10964 (MG)
                    Debtor.      )
7

8           C O N F I D E N T I A L

9              H Y B R I D

10

11              Videotaped deposition of ROBERT

12   A. CAMPAGNA held at the offices of Kirkland &

13   Ellis, LLP, 601 Lexington Avenue, New York, New

14   York, before Elizabeth M. Kondor, Certified

15   Court Reporter and Notary Public of the State of

16   New York, held on Tuesday, November 22, 2022,

17   commencing at 9:09 a.m.

18

19

20

21

22

23

24

25   Job No. 2022-872747

2

```
 1   A P P E A R A N C E S

 2

 3   For the Debtors:

     KIRKLAND & ELLIS, LLP
 4   BY: BENJAMIN L. WALLACE, ESQ.
         DAN LATONA, ESQ. (Remote-Chicago)
 5       AMILA GOLIC, ESQ. (Remote-Chicago)
     1301 Pennsylvania Avenue NW
 6   Washington, D.C.  20004
     202.389.3136
 7   ben.wallace@kirkland.com
     dan.latona@kirkland.com
 8   amila.golic@kirkland.com

 9
     For the Official Committee of
10   Unsecured Creditors:

11   WHITE & CASE, LLP
     BY: LUCAS CURTIS, ESQ.
12       KATHRYN SUTHERLAND-SMITH, ESQ.
     1221 Avenue of the Americas
13   New York, NY  10020-1095
     212.819.2699
14   lucas.curtis@whitecase.com
     kathryn.sutherland.smith@whitecase.com
15

16   For the Series B Preferred Shareholders:

17   MILBANK, LLP
     BY: TRUMAN WHITNEY, ESQ.
18   1850 K Street, NW, Suite 1100
     Washington, DC 20006
19   202.835.7553
     twhitney@milbank.com
20

21   For the State Securities Board
     And the Texas Department of Banking
22
     TEXAS ATTORNEY GENERAL
23   ABIGAIL RYAN, ESQ. (Remote)
     Assistant Attorney General
24   P.O. Box 12548
     Austin, Texas 78711-2548
25
```

3

1    A P P E A R A N C E S (Continued)

2

3    For the US Trustee's Office

4    UNITED STATES DEPARTMENT OF JUSTICE
     BY:  SHARA CORNELL, ESQ.
5    201 Varick Street
     New York, New York 10014-4811
6    516.457.6937
     shara.cornell@usdoj.gov

7

8    Special Litigation Counsel to the Debtors:

9    AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
     BY: JILLIAN R. KULIKOWSKI, ESQ. (Remote)
10   One Bryant Park
     Bank of America Tower
11   New York, New York 10036-6745
     212.872.1000
12   jkulikowski@akingump.com

13
     Also present:
14
     INGRID RODRIGUEZ, Videographer
15
     JUAN TORRES, Lexitas Monitor (Remote)
16
     DAVID SCHNEIDER, Debtor (Remote)
17
     JOSHUA RAPHAEL (Remote)
18
     ANDREW CIRIELLO, (Remote)
19   Alvarez & Marsal North America, LLC

20

21

22

23

24

25

4

1                         I N D E X

2   WITNESS                                    PAGE

3   ROBERT A. CAMPAGNA

4        EXAMINATION BY MS. CORNELL            6

5        EXAMINATION BY MR. CURTIS:            25

6        EXAMINATION BY MS. RYAN:              65

7

8

                          E X H I B I T S

9

    CAMPAGNA        DESCRIPTION                PAGE

10

    Exhibit 1   ECF Docket No. 1406.......... 31

11

    Exhibit 2   Declaration of Robert

12              Campagna..................... 39

13          (EXHIBITS ANNEXED HERETO)

14

15

16

17

18

19

20

21

22

23

24

25

5

1       VIDEOGRAPHER:  We are now on the

2   record.  My name is Ingrid Rodriguez.  I'm

3   a videographer retained by Lexitas.

4       This is the video deposition for the

5   United States Bankruptcy Court, Southern

6   District of New York.  Today's date is

7   November 22, 2022, and the video time is

8   9:09 a.m.

9       This deposition is being held at

10  Kirkland & Ellis, LLC, New York, New York,

11  in the matter of In re:  Celsius Network,

12  LLC, et al.  The deponent it Robert

13  Campagna.

14      Will counsel please state your

15  appearances for the record.

16      MR. WALLACE:  Good morning.  Ben

17  Wallace, Kirkland & Ellis, on behalf of the

18  debtors.

19      MR. CURTIS:  Good morning.  My name

20  is Lucas Curtis of White & Case.  I'm here

21  on behalf of the Official Committee of

22  Unsecured Debtors.

23      MS. SUTHERLAND-SMITH:  Kathryn

24  Sutherland-Smith of White & Case, also for

25  the Official Committee of Unsecured

6

1          Creditors.

2                    MS. RYAN:  Good morning.  This is

3          Abigail Ryan, with the Office of the Texas

4          Attorney General on behalf of the State

5          Securities Board and the Texas Department

6          of Banking.

7                    MR. WHITNEY:  Truman Whitney with

8          Milbank, for the Series B Preferred

9          shareholders.

10                   MS. CORNELL:  Shara Cornell on behalf

11         of the Office of the United States Trustee.

12                   VIDEOGRAPHER:  The court reporter is

13         Elizabeth Kondor and will now swear in the

14         witness.

15    R O B E R T   A.   C A M P A G N A, having been

16    first duly sworn, testified as follows;

17

18                   MS. CORNELL:  Off the record.

19                   (Brief recess.)

20                   VIDEOGRAPHER:  The time right now is

21         9:11 a.m.  We're back on the record.

22    EXAMINATION BY MS. CORNELL:

23         Q.   Good morning.  Shara Cornell.

24                   In the interest of time, I'm going to

25    probably skip over some of the preliminary

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                    Pg 9 of 102                    Robert Campagna
Confidential                              November 22, 2022

7

1    questions that the Official Committee of

2    Unsecured Creditors will ask you later today.

3         A.    Okay.

4              MS. CORNELL:  Just for the sake of

5         completeness, this is Shara Cornell on

6         behalf of the Office of United States

7         Trustee.  S-H-A-R-A, C-O-R-N-E-L-L.

8    BY MS. CORNELL:

9         Q.    Mr. Campagna, did you provide any of

10   the responses to the Interrogatories with

11   respect to the sale of stablecoins?

12        A.    I did not.

13        Q.    Are you familiar with the budget that

14   was filed at US Docket No. --

15             COURT REPORTER:  Hold on.  We need to

16        go off the record.

17             VIDEOGRAPHER:  The time right now is

18        9:12 a.m.

19             (Brief recess.)

20             VIDEOGRAPHER:  The time right now is

21        9:13 a.m.  We're back on the record.

22   BY MS. CORNELL:

23        Q.    This is Shara Cornell, again, with

24   the Office of the United States Trustee.

25             Just to re-begin, did you provide any

8

1    of the responses to any of the Interrogatories

2    with respect to the stablecoin motion?

3         A.    I did not.

4         Q.    Are you familiar with the budget that

5    was filed at ECF Docket No. 1111 on

6    October 17th?

7         A.    I'm familiar with a budget filed.

8    I'd have to check the number, but it sounds

9    right.

10        Q.    To your knowledge, has an updated

11   13-week forecast been created?

12        A.    Yes, it has.

13        Q.    Do you know when that will be filed?

14        A.    We provided it to counsel on Friday,

15   so it's with K&E awaiting to be filed.

16        Q.    Can the Office of the United States

17   Trustee have copies of that before the end of

18   day tomorrow?

19        A.    Absolutely.

20        Q.    To the best of your recollection,

21   without having the budgets in front of you or in

22   front of the other parties at this deposition,

23   can you explain generally what the differences

24   are between the budget that was filed on

25   October 17th and the forthcoming budget?

9

1          MR. WALLACE:   Objection.   Outside the

2     scope.

3          What does this have to do with the

4     stablecoin motion?

5          MS. CORNELL:   I'm sorry?

6          MR. WALLACE:   What's the relevancy --

7          MS. CORNELL:   The relevance is we are

8     trying to determine whether or not the

9     stablecoin needs to be sold and for what

10     purposes.

11   BY MS. CORNELL:

12     Q.   Can you please answer the question?

13     A.    It was updated for, you know -- we

14   update it once a month, so it was just a

15   once-a-month update for the latest business

16   goings-on, including any updates on the mining

17   side of the business.

18          As far as numerical updates, there's

19   always puts and takes.  I think the biggest item

20   of update between the two is some incremental

21   power-related deposits on the mining side of the

22   business.  So I think it's largely consistent

23   with the budget that was previously filed in

24   September, but for that item, and that's

25   probably about a $10 million overall negative

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 12 of 102                    Robert Campagna
                                          Confidential                     November 22, 2022

10

1   item.

2        Q.    Okay.

3              Were you at the last hearing last

4   week on November 17, 2022?

5        A.    I listened to part of that hearing.

6              MR. WALLACE:  Ms. Cornell, I'm sorry.

7        I just want to hop in.  I missed this one

8        preliminary matter at the very beginning,

9        given all the hubbub.

10             I just want to designate the entire

11       transcript as confidential under the PO.

12       No information disclosed or discussed

13       during this deposition are to be recorded

14       and/or publically disclosed, whether

15       orally, in writing, via podcast, on

16       Twitter, or through any other means.

17             The only individuals or entities that

18       may attend this deposition or have

19       knowledge of its contents are those who

20       gave prior notice that they would attend

21       and were bound by the protective order.

22             So if anybody on the Zoom hasn't

23       given notice or hasn't signed the

24       protective order, we would ask you to exit,

25       log off.

11

1        And, again, we caution folks who have

2    signed the protective order to abide by its

3    terms and refrain from streaming today's

4    deposition, tweeting about it, otherwise

5    discussing it publicly or with anyone who

6    hasn't signed the protective order.

7        We are, of course, willing to meet

8    and confer after the deposition to discuss

9    de-designating portions of the transcript.

10        Sorry about the interruption.

11        It's all yours.

12        MS. CORNELL:  No worries at all.

13   BY MS. CORNELL:

14        Q.   At that last hearing on

15   November 17th, Christopher Ferraro, the acting

16   CEO and CFO of Celsius, stated that Celsius was

17   currently cash flow positive.

18        Is that accurate, to the best of your

19   knowledge?

20        MR. WALLACE:  Objection.  Outside the

21   scope.

22        A.   There is always cash flow positive

23   weeks and cash flow negative weeks.  It just

24   sort of depends on the week.  Since the filing

25   date, the company has more or less treaded

12

1   water.  It's about -- it roughly started the

2   case with 115 million in baseline liquidity.

3   Collected some monies from the Bitfinex

4   exchange, that was 65 million.  That would be

5   180.  And we're sitting at like 172 or so around

6   October 31st.

7          Q.    Okay.

8          A.    On an overall basis, everything is in

9   there.

10          Q.    Have you or has anyone on behalf of

11   Alvarez & Marsal for Celsius performed a

12   liquidation analysis of the debtors?

13          A.    No.

14          Q.    Do you expect to perform a

15   liquidation analysis of the debtors?

16          A.    We would expect to do that as a part

17   of the planned disclosure statement.

18          Q.    To the best of your knowledge, when

19   do you expect to need of an infusion of

20   liquidity?

21          A.    The current forecast -- the updated

22   forecast liquidity on an overall consolidated

23   basis in March of 2023.

24                I note the mining business needs --

25   has liquidity needs a little earlier than that,

13

1   but on a consolidated basis, there's sufficient

2   cash in the system to cover the shortfall of

3   mining, but it would have to come from the core

4   -- the non-mining side of the business.

5        Q.    Do those projections include

6   administrative costs of the bankruptcy including

7   professional fees?

8        A.    They do.

9        Q.    Okay.  To the best of your knowledge,

10  do you know if the debtors are planning to

11  procure a DIP financing arrangement?

12       A.    DIP financing was explored earlier in

13  the case by Centerview, the company's investment

14  banker.  At this point, the company is not

15  pursuing DIP financing.

16       Q.    To the best of your knowledge, would

17  the sale of stablecoin affect positioning if the

18  debtors were to look for debtor-in-possession

19  financing, or DIP financing, at a later date?

20       A.    My understanding of the DIP financing

21  process, there's several paths.  One was a DIP

22  based on the assets of the mining business, the

23  hard assets of the mining business.  Other

24  potential paths included loans against the

25  coins, the crypto assets.

14

1          So to the extent we sell the

2   stablecoin and raise 18 million, that's

3   obviously 18 million right to the company.  To

4   the extent we used it as collateral for a loan,

5   we would get some lending capacity on that, I

6   presume.  I don't know if it would be 18

7   million.

8          Q.    Are you familiar with the de minimis

9   asset motion that was previously filed in the

10  Celsius bankruptcy case?

11         A.    Generally.  I know one was filed.

12  Offhand, I don't know the -- remember the

13  specifics.

14         Q.    Sure.

15          To the best of your knowledge, has

16  there been any flow of liquidity from those

17  sales?

18         A.    No, not to my knowledge.

19         Q.    Would the sale of GK8 or the interest

20  in GK8 affect the overall liquidity analysis?

21         A.    The proceeds from GK8 would obviously

22  be a positive thing from a cash flow standpoint.

23  I think there's questions over who has access to

24  those funds and whether the company has access

25  to those funds.  But if the company were able to

15

1    use those, it would absolutely be helpful.

2         Q.    Are you familiar with the status of

3    the sale of GK8 or the interest in GK8?

4         A.    Very generally, yes.

5         Q.    Are you familiar with the status,

6    vis-à-vis an auction?

7         A.    Generally, yes.

8         Q.    Okay.

9              As of today's date, how much

10   stablecoin are you aware that Celsius is seeking

11   to sell?

12        A.    Eighteen million.

13        Q.    Previously, Celsius was looking to

14   sell approximately 23 million stablecoins.

15             Do you know, to the best of your

16   knowledge, why there was a change?

17             MR. WALLACE:  Object to form.

18        A.    I don't remember whether we were

19   seeking to sell 23.  I know the 23.  The 23 is

20   called the gross number of stablecoin on

21   Fireblocks that the company possesses on

22   Fireblocks or is controlled on Fireblocks.

23        Q.    To the best of your knowledge, are

24   there any costs associated with the sale of

25   stablecoin?

16

```
 1        A.    My understanding is the costs are

 2   nominal to sell the stablecoin.

 3        Q.    To the best of your knowledge, are

 4   the debtors paying any expenses for nondebtor

 5   entities?

 6        A.    To the best of my knowledge, no.  We

 7   do fund some nondebtor operations from time to

 8   time through the budget that you've seen, and,

 9   you know, we've reviewed with the UCC and

10   others.  And it goes through the -- pursuant to

11   the cash management order.

12        Q.    Are you familiar with the critical

13   vendor payments in this case?

14        A.    Generally, yes.

15        Q.    Is it your understanding that the

16   debtors are making ongoing payments on behalf of

17   or for GK8?

18        A.    No, that's not my knowledge.

19        Q.    Is it your understanding the debtors

20   are making ongoing payments on behalf of or for

21   Celsius Mining?

22        A.    Celsius Mining is a debtor, so, yes,

23   there are some critical vendor payments on

24   behalf of Celsius Mining have been made.

25        Q.    Is it your understanding that there
```

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC        Pg 19 of 102                    Robert Campagna
                                   Confidential                   November 22, 2022

                                                                        17

1   are any employees exclusively working on mining

2   operations that are not being funded exclusively

3   by mining revenues?

4        A.    Mining has a handful of dedicated

5   employees.  I'm not quite sure where -- I

6   believe they are funded.  They show up in the

7   cash flow forecast for the Mining entities.  I

8   know they're ultimately paying the bills.  I'm

9   not sure if it goes through the overall payroll

10  system and is paid through, like, the

11  consolidated entity, but Mining is paying their

12  fair share of those employee costs.

13       Q.    Are you familiar with the preferred

14  equity holders' motion and the allegations that

15  they've made in this case regarding GK8?

16            MR. WALLACE:  Objection.  Outside the

17       scope.

18       A.    Generally, I understand they're

19  claiming they have rights to the proceeds of any

20  GK8 sale.

21       Q.    To the best of your knowledge, if

22  successful, would it be fair to say that it's

23  possible that certain values from either GK8 or

24  Mining might inure to those preferred

25  shareholders and not to the debtors' bankruptcy

18

1   estates?

2             MR. WALLACE:  Objection to form.

3        Object, outside of the scope.

4        A.    I am aware that that's what they are

5   claiming.

6        Q.    To the best of your knowledge, if

7   successful, does the debtor have any intentions

8   to do anything to recoup those ongoing expenses

9   that are being paid for by the debtors' estate?

10             MR. WALLACE:  Object to form.

11        Object, outside of scope.

12   BY MS. CORNELL:

13        Q.    Specifically with respect to this

14   motion and the sale of stablecoins that may have

15   benefited a different constituency?

16             MR. WALLACE:  Same objections.

17        A.    Can you just state that again?

18        Q.    Sure.

19             To the best of your knowledge, if the

20   preferred shareholders are successful in this

21   case, does the debtor have any intentions to do

22   anything to recoup the payment of ongoing

23   expenses that have now been paid for by the

24   estate that are benefiting the preferred

25   shareholders and not the debtors' bankruptcy

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC              Pg 21 of 102                    Robert Campagna
                                          Confidential                   November 22, 2022

                                                                                      19

1   estates or its creditors, specifically with the

2   sale of the stablecoin?

3          MR. WALLACE:  Object to form.

4       Object, outside the scope.

5       A.    I'm not sure I follow the stablecoin

6   component, but if they were to prevail, you

7   know, that's an analysis we would have to

8   undertake.

9       Q.    To the best of your knowledge, will

10  the stablecoin sale be used to fund mining

11  operations?

12      A.    Not directly, no.

13      Q.    To the best of your knowledge, will

14  the sale of stablecoin be used to fund the

15  continued mining build-out?

16      A.    Not directly, no.

17      Q.    To the best of your knowledge, will

18  the sale of stablecoin be used to fund GK8?

19      A.    To the best of my knowledge, no.

20      Q.    Just for the record, what would

21  happen if you don't sell the stablecoin at this

22  time?

23          MR. WALLACE:  Objection.  Calls for

24      speculation.

25  BY MS. CORNELL:

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 22 of 102                    Robert Campagna
Confidential                                                       November 22, 2022

20

1        Q.    To the best of your knowledge.

2        A.    Like I said, the liquidity becomes

3    extremely tight in that March time frame, so

4    selling the stablecoin just increases the runway

5    here and allows the company to go a bit further.

6              So, you know, at some point during

7    the month of March, the company will run out of

8    liquidity.

9        Q.    Other than DIP financing or the sale

10   of stablecoin, are there any other -- strike

11   that.

12             Have you or the debtor reviewed or

13   analyzed any alternatives to selling the

14   stablecoin in order to meet the expected

15   liquidity crisis come March?

16       A.    The company pursued a couple of paths

17   here.  They looked at DIP financing, and that

18   can be restarted.  They looked at selling a

19   variety of coin, stablecoin being the easiest --

20   the easiest to sell.  Any of the other coin

21   sales would have the same or similar issues.

22             Asset sales, GK8, de minimis assets

23   and the like, those are, you know, on a timeline

24   that we don't directly control.  We can try and

25   sell them, but it's up to third parties to buy

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                    Pg 23 of 102                    Robert Campagna
                                            Confidential                    November 22, 2022

21

1   and transact and get the proper value.

2         So we've explored those other items,

3   and at this point, we've determined that the

4   stablecoin is the easiest and the cheapest way

5   to get some funding into the estate.

6       Q.   Sure.

7            Are you familiar with the Prime Trust

8       settlement?

9       A.   No, I'm not.

10      Q.   Are you familiar generally that if

11  there is the Prime Trust settlement that's

12  currently pending, there may be an infusion of

13  approximately $15 million worth -- $15 million

14  of value --

15           MR. WALLACE:  Objection.  Foundation.

16      Q.   -- going to the debtors?

17           MR. WALLACE:  Objection to

18      foundation.  Form.  Outside the scope.

19      A.   I have heard Prime Trust.  I've heard

20  15 million.  That's about the extent of my

21  knowledge.  But, yes.

22      Q.   Is there anyone at Alvarez or anyone

23  that you've been working with that would have

24  more information about the impacts of the Prime

25  Trust litigation settlement?

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 24 of 102          Robert Campagna
Confidential                                        November 22, 2022

22

1              MR. WALLACE:   Object to foundation

2        and form.   Outside the scope.

3        A.     Not within A&M --

4        Q.     Not with A&M.

5        A.     -- the company.

6        Q.     To the best of your knowledge, are

7    you aware of whether or not the debtors are

8    pursuing an in-kind distribution in this case?

9        A.     Nothing has been proposed.   We are

10   considering plans that would allow us to pay

11   creditors in crypto in some form.

12       Q.     To the best of your knowledge, would

13   the sale of the stablecoin at this time impact

14   the chances of an in-kind distribution?

15             MR. WALLACE:   Objection.   Calls for a

16       legal conclusion.

17             You can answer to the extent you can.

18             THE WITNESS:   Okay.

19       A.     Look, this is one, one form of

20   in-kind coin.   $18 million out of a couple of

21   billion.

22       Q.     Okay.   I just have one or two more

23   questions.

24             Are you familiar with the movement of

25   coins at Celsius, generally?

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 25 of 102                    Robert Campagna
                                        Confidential                   November 22, 2022

                                                                              23

1          A.    Very generally.

2          Q.    Are you familiar with the actual

3     movement or the descriptions on a ledger?

4          A.    No, I'm not.

5          Q.    Is there someone at Alvarez that

6     would be familiar with that?

7          A.    I don't think we get to the ledger

8     level.  We certainly looked at summary level

9     coin reporting, which I know there's a report

10    that I think is attached to the budget that you

11    had mentioned.  So we're more familiar at that

12    summary level like that.

13         Q.    Is there anyone at Alvarez & Marsal

14    that's associated with the Celsius case that is

15    performing a crypto or a blockchain analysis

16    specifically?

17         A.    No.

18         Q.    Does Alvarez & Marsal have that

19    capability?

20         A.    We do.

21         Q.    Has it been discussed -- generally

22    speaking, has it been discussed to employ that

23    type of analysis?

24         A.    No.

25         Q.    To the best of your knowledge, have

22-10964-mg  Doc 1489-3  Filed 11/29/22  Entered 11/29/22 14:59:22  Exhibit C
In Re - Celsius Network LLC  Pg 26 of 102  Robert Campagna
Confidential  November 22, 2022

24

1   the debtors looked to outside consultants to

2   perform that work?

3       A.    No.

4       Q.    To the best of your knowledge, has

5   that type of analysis been performed inhouse by

6   the debtors exclusively?

7       A.    Yes, it has.

8       Q.    Have all of the data that you're

9   relying on been provided directly by the debtors

10  inhouse only?

11      A.    The data we're relying on have been

12  provided by the debtors, yeah, the debtor staff,

13  yes.

14      Q.    And no additional third-party

15  forensic accountants of any sort?

16      A.    No.

17      Q.    And just for the record, the records

18  that Alvarez & Marsal have been reviewing,

19  they've all been on QuickBooks?

20      A.    Some financial statement records are

21  on QuickBooks.  Other financial records come

22  from a variety of databases that the company

23  maintains.  So, no, it's definitely not all on

24  QuickBooks, but the general ledger system, my

25  understanding, is QuickBooks.

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 27 of 102          Robert Campagna
Confidential                    November 22, 2022

25

1       Q.    To the best of your knowledge, has

2    there been any efforts to move from a QuickBooks

3    business model since the bankruptcy has been

4    filed?

5              MR. WALLACE:  Objection.  Outside the

6         scope.

7       A.    No.

8       Q.    Okay.

9              MS. CORNELL:  That's all I have.

10    Thank you.

11             THE WITNESS:  No problem.

12             VIDEOGRAPHER:  The time right now is

13        9:30 a.m.  We're off the record.

14             (Recess.)

15             VIDEOGRAPHER:  The time right now is

16        9:43 a.m.  We're back on the record.

17    EXAMINATION BY MR. CURTIS:

18       Q.    Good morning.  My name is Lucas

19    Curtis.  I'm an attorney at White & Case, and I

20    represent the unsecured creditors committee.

21       A.    Good morning.

22       Q.    Good morning.

23             I'm going to be asking you some

24    questions today; the first one being have you

25    ever been deposed before?

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC            Pg 28 of 102                    Robert Campagna
                                       Confidential                   November 22, 2022

                                                                             26

```
 1        A.    I have, yes.

 2        Q.    In what capacity have you been

 3   deposed?

 4        A.    Similar to this, financial advisor to

 5   a company in bankruptcy.

 6        Q.    And how many times have you been

 7   deposed?

 8        A.    Three times, maybe two.  Two or

 9   three.

10        Q.    And what is the most recent time

11   you've been deposed?

12        A.    I was deposed on the Murray Energy

13   case in the spring-summer of 2020.

14        Q.    And you may have familiarity with

15   basic ground rules of depositions, but I'm going

16   to go over a few just to make sure this

17   deposition goes smoothly and we're on the same

18   page.

19              The first is that you're under oath.

20              Do you understand?

21        A.    I do.

22        Q.    And it has a similar significance of

23   just like being in a courtroom.

24              Do you understand?

25        A.    I understand.
```

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 29 of 102                Robert Campagna
                                           Confidential              November 22, 2022

27

1        Q.    Is there any reason that you cannot

2    testify truthfully and fully today?

3        A.    No reason.

4        Q.    Mr. Campagna, if you do not

5    understand a question, please tell me and say

6    so.  Unless you tell me otherwise, I will assume

7    that you fully understand my question.

8            Okay?

9        A.    Okay.

10       Q.    It's also important that we have a

11   clear record.  Today's proceedings are being

12   transcribed, so it's important that you give me

13   spoken, verbal answers.

14           Okay?

15       A.    Understood.

16       Q.    Additionally, it's important to have

17   one person speaking at a time.  Please wait to

18   answer until I finish my question.

19       A.    Sounds good.

20       Q.    Great.

21           What did you do to prepare for the

22   deposition today?

23       A.    I had a couple of -- two sessions

24   with Kirkland & Ellis, and I just reviewed

25   financial documents associated with the exhibit

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 30 of 102          Robert Campagna
Confidential                    November 22, 2022

28

1   that was attached to my declaration.  Reviewed

2   the declaration and reviewed some recent cash

3   flow forecasts.

4        Q.    How many times did you meet with

5   Kirkland & Ellis?

6        A.    Twice.

7        Q.    And what was the most recent in time?

8        A.    Yesterday for an hour.

9        Q.    Okay.  And you said you reviewed

10  financial documents in preparation?

11       A.    I did.

12       Q.    Which financial documents?

13       A.    I reviewed the cash flow forecast

14  dated October 27th, October 28th.  And then I

15  reviewed the financial exhibit to my declaration

16  and perhaps one file of detail that rolls into

17  that schedule.

18       Q.    And what is the file of detail that

19  was in that schedule?  What does that consist

20  of?

21       A.    It generally just consists of the

22  information you see there, plus it breaks down

23  the reserve column into the two or three

24  components that make it up.

25       Q.    And what are the two or three

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C

In Re - Celsius Network LLC

Pg 31 of 102

Confidential

Robert Campagna

November 22, 2022

29

1   components?

2       A.    It's three components.

3       Q.    Three components?

4       A.    It's custody liabilities, withhold

5   liabilities, and the collateral-related

6   liabilities.  So custody, withhold, and

7   collateral liabilities.

8       Q.    And when you referred to the exhibit,

9   you're talking about Exhibit A to your

10  declaration; is that correct?

11      A.    Yes.

12      Q.    Did you bring any documents or notes

13  with you to this deposition?

14      A.    No, I did not.

15      Q.    Other than counsel, did you talk to

16  anyone else about today's deposition?

17      A.    As I reviewed those documents, I

18  talked to folks on my team.

19      Q.    And what did you talk about in those

20  discussions with your team?

21      A.    Any questions or other detail I

22  wanted behind the -- any numbers in the cash

23  flow forecasts and just getting a more granular

24  understanding of how some of the numbers came --

25  came together.

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                    Pg 32 of 102                    Robert Campagna
                                              Confidential                    November 22, 2022

30

1      Q.    Did you assist counsel in gathering

2  documents to respond to any document requests

3  for this litigation?

4      A.    I did not.

5      Q.    Did you assist in the preparation of

6  responses to any written deposition questions in

7  this litigation?

8      A.    I did not, but folks on my team did.

9      Q.    Who on your team assisted with those

10  answers to written deposition questions?

11      A.    Specifically with respect to the

12  written deposition questions, Andrew Ciriello.

13      Q.    And to the best of your knowledge,

14  how did Andrew assist with answering the written

15  deposition questions?

16          MR. WALLACE:  I'm just going to

17      caution you not to reveal anything

18      privileged.  But if you can respond without

19      doing so, please do.

20      A.    Specifically, he gathered information

21  related to the earned liabilities by matching up

22  to the stablecoin, the underlying stablecoin

23  assets we were looking to sell, which is one of

24  the questions in the written deposition request.

25          MR. CURTIS:  Ms. Sutherland-Smith,

22-10964-mg    Doc 1489-3    Filed 11/29/22    Entered 11/29/22 14:59:22    Exhibit C
In Re - Celsius Network LLC          Pg 33 of 102          Robert Campagna
Confidential          November 22, 2022

31

1          can you pass me, I believe it's marked as

2          Tab 4, the written deposition answers.

3                I'm now handing the court reporter

4          what is ECF Docket No. 1406.

5                Can we have this marked as Exhibit 1.

6                (Campagna Exhibit 1, ECF Docket No.

7          1406, is received and marked for

8          identification.)

9    BY MR. CURTIS:

10        Q.    Do you recognize this document?

11        A.    It looks like it is the written

12   responses to the deposition request question --

13   the written deposition questions.

14        Q.    And have you seen this document

15   before?

16        A.    I have not.

17        Q.    You said earlier that Mr. Ciriello

18   assisted with answering some questions for

19   written deposition questions, correct?

20        A.    Correct.

21        Q.    Do you know if it was the answers to

22   these written deposition questions?

23        A.    Yes, I believe it was.

24        Q.    And you said you had familiarity with

25   what Andrew Ciriello assisted with, correct?

                                                                              32

1        A.    Correct.

2        Q.    Do you know which questions in the

3   written depositions he assisted with?

4        A.    If I look at them, I can tell you

5   that, yes.

6        Q.    Can you do that, please?

7        A.    Sure.

8        Q.    Thank you.

9        A.    Question 23.  I believe we would have

10  responded to Question 24.  The only other two

11  questions I think that we may have provided

12  information on would be questions 43 and 44, but

13  I'm not certain if we did.

14       Q.    You said 43 and 44?

15       A.    Forty-three and 44, correct.

16       Q.    So to sum, to the best of your

17  knowledge, Mr. Ciriello assisted with questions

18  23 and 24, as well as may have assisted with 43

19  and 44; is that correct?

20       A.    Correct.

21       Q.    And to the best of your knowledge,

22  how did Mr. Ciriello and A&M assist with

23  Question 23?

24       A.    So Question 23, it's requesting by

25  coin type the number of users in the earned

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                 Pg 35 of 102                    Robert Campagna
                                            Confidential                    November 22, 2022

33

1    program for owed funds related to each coin

2    type, as well as the number of coins that they

3    had placed on deposit or that were noted in

4    their earned account balance.

5           We would have worked with the company

6    to get those financial -- that financial

7    information.

8        Q.    Okay.  And that information was

9    provided to you by debtors?

10       A.    Information provided by the debtors.

11   We have some of that information -- some of that

12   has been downloaded such that we have access to

13   it.

14       Q.    Which information has been

15   downloaded?

16       A.    Certain information on customer

17   balances.  We would have used it for other

18   purposes, filing statements and schedules and

19   the like.

20       Q.    Understood.

21           For Question 24, how would

22   Mr. Ciriello -- to the best of your knowledge,

23   how would he have assisted with Question 24?

24       A.    Less assisting.  We may have just

25   provided the answer that would have come from

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 36 of 102          Robert Campagna
Confidential                                          November 22, 2022

34

1   the company on this.

2       Q.      So in the response to Question No.

3   24, it states, "Celsius states it did not tag

4   particular stablecoins as coming from particular

5   Account Holders once the stablecoins entered

6   Celsius' main wallets."

7               Am I reading that correctly?

8       A.      That's correct.

9       Q.      You said that Alvarez & Marsal

10  assisted with this answer?

11      A.      They would have been an intermediary

12  with K&E on this answer, yes.

13      Q.      So to assist with this answer, is it

14  fair to say that Alvarez and Marshall -- Marsal,

15  excuse me -- is familiar with the tagging

16  process of debtors and identifying account

17  holders who have stablecoins?

18              MR. WALLACE:   Objection.   Vague.

19      A.      Yeah, I don't know that -- the

20  tagging piece, but we're -- we understand, at a

21  general level, how coins come to the company and

22  get aggregated.

23      Q.      And in the next sentence, it says,

24  "Thus, it is not generally possible to trace any

25  of the Proposed Sale stablecoin to specific

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 37 of 102          Robert Campagna
Confidential          November 22, 2022

35

1    transfers made by Account Holders."

2          Is that correct?

3    A.    Correct.

4    Q.    And in assisting in the response to

5    Question No. 24, did A&M and Mr. Ciriello have

6    familiarity with the tracing process of

7    stablecoin to account holders?

8          MR. WALLACE:  Objection.  Foundation.

9    A.    We did -- we did not perform any

10   tracing work.  And our understanding is it's --

11   the funds are aggregated in a manner that

12   doesn't allow them to be traced.

13   Q.    So to clarify, A&M has not done any

14   tracing work in relation to assisting with these

15   answers, correct?

16   A.    Our understanding is the coins cannot

17   be traced.

18   Q.    And where do you get that

19   understanding?  Where does A&M get that

20   understanding?  Excuse me.

21   A.    From speaking with the company

22   employees and from understanding how the funds

23   consolidate within their financial system.

24   Q.    So if A&M is not responsible for

25   giving information about tracing coins to

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 38 of 102                Robert Campagna
                                         Confidential                November 22, 2022

36

1    account holders, in what way did A&M assist in

2    the response to Question No. 24?

3              MR. WALLACE:   Objection.   Misstates

4         testimony.

5         A.    Yeah, can you restate the question,

6    please?

7         Q.    Yes.

8              So earlier you testified that A&M

9    gets its information about tracing from the

10   debtors, correct?

11        A.    Correct.

12        Q.    We just read through the response to

13   Question No. 24 which discusses that debtors are

14   unable to trace specific stablecoins to specific

15   account holders, correct?

16        A.    Correct.

17        Q.    If A&M gets the information about

18   tracing from debtors, in what way did A&M assist

19   in helping with the response to Question No. 24?

20        A.    We would have assisted in getting

21   that information from the debtor personnel to

22   K&E, very simply.  And that's primarily it.

23        Q.    Okay.  Thank you for your

24   clarification.

25              I believe you said A&M may have

22-10964-mg  Doc 1489-3  Filed 11/29/22  Entered 11/29/22 14:59:22  Exhibit C
In Re - Celsius Network LLC            Pg 39 of 102                Robert Campagna
                                    Confidential                   November 22, 2022

                                                                              37

1    assisted with questions 43 and 44; is that

2    correct?

3         A.    Correct.

4         Q.    To the best of your knowledge, how do

5    you believe that A&M assisted with Question

6    No. 43?

7         A.    Simply on 43, we have information

8    related to institutional loan balances at --

9    likely at certain points in time.  I don't know

10   the -- we definitely do not have them from

11   June 1 forward.  But, again, certain points, in

12   more recent points in time, we would have had

13   balances of institutional loans.

14        Q.    And how do you believe A&M, to the

15   best of your knowledge, assisted with Question

16   No. 44?

17             MR. WALLACE:  Objection.  Outside the

18        scope.

19        A.    Very similar to the answer in 43,

20   that schedules we would have seen, you typically

21   would include account balance, as well as

22   collateral balance on a loan-by-loan basis or a

23   -- if not a loan-by-loan basis, at least a

24   borrower-by-borrower basis.  One borrower can

25   have several loans.

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                    Pg 40 of 102                    Robert Campagna
Confidential                    November 22, 2022

38

1      Q.    Okay.  Mr. Campagna, we can put this

2  exhibit marked as Exhibit 1 to the side.

3      A.    Okay.

4      Q.    Did you assist in the preparation of

5  any other declarations in this litigation?

6      A.    In this litigation, no.  By "this

7  litigation," you mean the stablecoin motion,

8  correct?

9      Q.    Correct.

10     A.    Yes.

11     Q.    In relation to the stablecoin motion.

12     A.    That's correct, we have not.

13     Q.    Thank you.

14           Mr. Campagna, we're going to switch

15  gears here to your background.

16           Would you mind describing your

17  educational background?

18     A.    Sure.

19           I have a bachelor of science degree

20  with a concentration in business administration

21  in accounting from Bucknell University.

22           I passed the CPA exam and was a CPA

23  for many years.  I've since gone inactive.  And

24  I have a certification as a CIRA, C-I-R-A,

25  Certified Insolvency and Restructuring Advisor.

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 41 of 102                    Robert Campagna
Confidential                                             November 22, 2022

39

1        Q.    And you currently work at Alvarez &

2   Marsal, correct?

3        A.    I do, yes.  I'm managing director at

4   Alvarez & Marsal in the restructuring practice.

5        Q.    And what are your responsibilities

6   under this managing director role?

7        A.    Oversight of engagements much like

8   Celsius.  I've been in the restructuring space

9   for over 25 years.  I became a managing director

10  at Alvarez & Marsal in 2006, and have been

11  working on large corporate restructurings

12  typically involving bankruptcy since.

13       Q.    Okay.

14            MR. CURTIS:  I am going to grab the

15       document marked ECF No. 1328.  And I am

16       handing a copy to the court reporter to

17       mark as Exhibit 2 and to share with the

18       witness.

19            (Campagna Exhibit 2, Declaration of

20       Robert Campagna, is received and marked for

21       identification.)

22  BY MR. CURTIS:

23       Q.    Mr. Campagna, do you recognize this

24  document?

25       A.    I do.

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC               Pg 42 of 102               Robert Campagna
                                          Confidential               November 22, 2022

                                                                                    40

1        Q.    And what is this document?

2        A.    This is the declaration -- my

3   declaration filed in support of the stablecoin

4   motion.

5        Q.    And is this a complete copy of your

6   declaration?

7        A.    It looks to be, yes.

8        Q.    Who drafted this declaration?

9        A.    Some of the boilerplate was drafted

10  -- initially drafted by K&E.  I would have

11  edited both the boilerplate and drafted the

12  majority of the remaining -- the substance of

13  the declaration.

14       Q.    Which sections are the boilerplate in

15  the declaration?

16       A.    The introduction, the background.

17  Except as otherwise noted, paragraph 1, 2 and 3.

18  And I likely started with a source for 4, 5 and

19  6.

20       Q.    You said likely started with a source

21  for 4, 5 and 6.  What do you mean by that?

22       A.    A prior declaration that I've

23  submitted in the case.  General information

24  provided in our retention affidavit -- or

25  declaration, sorry -- where I would have

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 43 of 102                Robert Campagna
                                        Confidential                 November 22, 2022

41

1   provided similar background information.

2        Q.    So the paragraphs remaining are

3   paragraphs 7 through 12; is that correct?

4        A.    That's correct.

5        Q.    And you drafted paragraphs 7 through

6   12.

7              Am I understanding that correctly?

8        A.    Either drafted directly or

9   substantially revised anything that would have

10  been provided.

11       Q.    What do you mean by substantially

12  revised anything that would be provided?

13       A.    I would have put this into my own

14  words and made sure it described exactly what

15  we, A&M, were responsible for and the work that

16  we performed.

17       Q.    To understand, does this mean you

18  received a first draft from Kirkland & Ellis and

19  then you would revise that draft?

20       A.    On paragraph 7 to 12, I am certain

21  that something was drafted, yes.

22       Q.    Okay.  And then you would revise that

23  draft you received from Kirkland & Ellis?

24       A.    Correct.

25       Q.    Okay.  How many times did you review

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 44 of 102          Robert Campagna
Confidential          November 22, 2022

42

1    this declaration?

2          A.     At least a dozen.

3          Q.     And of those dozen times you

4    reviewed, you would edit the declaration each

5    time?

6          A.     Not necessarily.  Substantially

7    rewrote paragraph 7 through 12, and then it

8    would have just been fine-tuning or reviewing

9    and leaving it alone.

10         Q.     And what do you mean by fine-tuning?

11         A.     Again, putting this into my own words

12   and making sure that the specifics followed both

13   the facts of what we had done and just helped to

14   gather.

15              I know, for example, we rewrote

16   sections relating to -- I created this term

17   called the "net earn assets," which is -- you

18   can see it on Exhibit A, and I think the words

19   in the declaration follow, as well as making

20   sure the math that's in the chart for main

21   accounts, custody accounts, reserve liabilities

22   - sorry if I went fast - net earn assets, were

23   listed correctly and reflected the work we had

24   done and how we considered the underlying data.

25         Q.     Thank you.

43

1           In paragraph 3 of your declaration --

2           And let me know when you're there.

3      A.    I am there.

4      Q.    -- you state that your declaration is

5  based upon "information learned from my review

6  of relevant documents," correct?

7      A.    That's correct.

8      Q.    Which relevant documents did you

9  review in creating this declaration?

10     A.    The cash flow -- the latest thinking

11 cash flow forecast.  And that document would

12 have been dated on or around October 27th.

13 That's something we share with M3, the financial

14 advisors to the unsecured creditors committee.

15 Some supplemental information that was pulled

16 with respect to certain coin reporting.  That's

17 another weekly document we share with M3.  And

18 that would have been the source for some of

19 these stablecoin numbers in the exhibit.

20     Q.    So in some of the documents you

21 reviewed are that cash flow forecasts from

22 October 27th and supplemental information from

23 coin reporting that you shared with M3, correct?

24     A.    Correct.  Let me see if there was any

25 other major items.

44

1           Those two substantially reflect the

2    source documents, yes.

3        Q.    Are there any other documents you

4    reviewed?

5        A.    When?  I guess as part of what?

6        Q.    As part of the declaration and your

7    statement in paragraph 3.

8        A.    It's tough to pin all of that on a

9    specific document.  I think the documents I

10   referred to are the two most specific documents.

11   But, obviously, anything I reviewed in this case

12   that comes to memory would somewhat inform these

13   statements as well.

14       Q.    Okay.  And you also state in

15   paragraph 3 your declaration is based upon,

16   quote, information -- strike that.

17           You state in your declaration that

18   your declaration is also based on information

19   you received from the A&M team working under

20   your supervision or the debtors' management team

21   and other advisors, correct?

22       A.    Correct.

23       Q.    What information did debtors'

24   management team provide?

25       A.    The debtors' management team would

45

 1   have provided all the underlying source data

 2   that feeds into the coin reports, that feeds

 3   into our cash flow forecasts, ongoing

 4   discussions with them about those documents.

 5        Q.    And which advisors are you referring

 6   to in paragraph 3?

 7        A.    The other advisors would refer to

 8   Centerview and Kirkland & Ellis.

 9        Q.    And subject to any privileged

10   considerations, what information did those

11   advisors provide you?

12             MR. WALLACE:  Please don't reveal

13        anything privileged; but if you can answer,

14        otherwise, please do.

15             THE WITNESS:  Okay.

16        A.    With respect to Centerview, as it

17   relates to liquidity forecasting, simply

18   understanding very general -- as it relates to

19   liquidity forecasting, they had run a DIP

20   financing, D-I-P, financing process.  It doesn't

21   specifically make its way into the declaration,

22   but that's what I would have -- guidance I would

23   have received from Centerview.

24             And then with respect to Kirkland &

25   Ellis, understanding the legal framework with

46

1    which the information in the exhibit was

2    required.

3         Q.    And when were you retained by

4    debtors?

5         A.    We were retained by the debtors in

6    late June of 2022.

7         Q.    And was this after debtors filed for

8    bankruptcy?

9         A.    No.  It was prior to.

10        Q.    And what work were you asked to do in

11   this case when you were retained by debtors?

12             MR. WALLACE:  Objection.  Outside the

13        scope.

14        A.    We were asked to assist with

15   liquidity forecasting, business planning and

16   preparation for potential Chapter 11-type

17   restructuring.

18        Q.    In paragraph 7 of your declaration,

19   you say that debtors are seeking to minimize the

20   risk of disruption caused by potential liquidity

21   constraints, correct?

22        A.    Paragraph 7 we do state that -- I do

23   state that we are seeking to minimize the risk

24   of disruption caused by liquidity constraints.

25        Q.    And what are the specific liquidity

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 49 of 102                Robert Campagna
Confidential                November 22, 2022

47

1    constraints that you've identified?

2         A.    Liquidity constraints that we're

3    referencing here is the fact that, based upon

4    the current forecast, the company depletes its

5    liquidity in March of 2023.

6         Q.    And you just testified that debtors

7    are projected to run out of liquidity in March

8    2023, correct?

9         A.    Yes, the baseline liquidity is --

10   yeah, is negative.

11        Q.    And this is assuming that there is no

12   sale of the proposed stablecoin?

13        A.    Correct.

14        Q.    Is there a specific date in March

15   that you project debtors to run out of

16   liquidity?

17        A.    Liquidity forecasts in any

18   projections are not done with that level of

19   specificity.

20        Q.    So there is not a specific date,

21   correct?

22        A.    There is not a specific date within

23   the month of March, but by some point -- by the

24   end of March, our projections show that the

25   company is out of liquidity.

48

1      Q.    Okay.  And you state in your

2   declaration that certain segments of the

3   debtors' business may require additional

4   liquidity as soon as January of 2023; is that

5   correct?  And that's paragraph 8.

6      A.    That's correct.

7      Q.    Which certain segments of the

8   business may require additional liquidity by

9   January 2023?

10     A.    That refers to the mining segment of

11  the business.

12     Q.    Are there any other business segments

13  that may require additional liquidity before

14  March 2023?

15     A.    That's the one we're referring to.

16  I'm not aware of others.

17     Q.    And how do debtors intend to fund the

18  mining segment of the business?

19     A.    That's an open question at this

20  moment.

21     Q.    Okay.  When are the debtors projected

22  to run out of liquidity if the debtors sell the

23  proposed stablecoin?

24     A.    The proposed sale of stablecoin at

25  the level of roughly $18 million buys the

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                 Pg 51 of 102                 Robert Campagna
                                          Confidential                November 22, 2022

49

1    company one additional month of liquidity runway

2    roughly.  It merely improves the situation; it

3    doesn't necessarily solve it forever.

4         Q.    So if debtors were able to sell the

5    proposed stablecoin, it would run out of

6    liquidity runway sometime in April.

7         A.    At the latest, yes, at the latest.

8         Q.    Do the debtors intend to be out of

9    bankruptcy before that time?

10        A.    We have no plan on file at this time.

11   I don't know that we can say with certainty when

12   we plan to be out of bankruptcy.

13        Q.    Now, I know you touched on this

14   earlier in your testimony, but I just want to

15   come back to it.

16             If you were unable to sell

17   stablecoin, what are the other sources -- what

18   are other sources of liquidity for debtors?

19        A.    So some other potential sources of

20   liquidity are asset sales.  Those could be

21   proceeds from the sale of the GK8 business.

22   There's other investments on the balance sheet,

23   certain debt investments in other companies in

24   the crypto space.  We could restart DIP

25   financing process, a DIP financing process

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                    Pg 52 of 102                    Robert Campagna
Confidential                                   November 22, 2022

50

1   better addressed by Centerview for the

2   specifics.  But my understanding of those were

3   focused on loans against the hard assets of the

4   mining business or loans against the very same

5   coin, the stablecoin, as well as all the other

6   coin that the company has on their balance

7   sheet.  It may pose some of the same issues that

8   we're talking through today.

9            Those would be the primary sources,

10  alternative sources of liquidity.

11       Q.    And you testified earlier that

12  another potential source of additional liquidity

13  might be the mining hard assets; is that

14  correct?

15       A.    That's correct.

16       Q.    And this is separate from the DIP

17  financing arrangement that you just described,

18  correct?

19       A.    It's part and parcel of the potential

20  DIP opportunities.  That's one potential source

21  for DIP financing is using the hard assets of

22  the mining business as the collateral for a DIP

23  loan.

24       Q.    So in total, the other sources of

25  additional liquidity for debtors that you

22-10964-mg    Doc 1489-3    Filed 11/29/22    Entered 11/29/22 14:59:22    Exhibit C
In Re - Celsius Network LLC          Pg 53 of 102          Robert Campagna
Confidential          November 22, 2022

51

1   identified are asset sales, potentially the sale

2   of GK8, debt investments, the DIP financing

3   process and mining hard assets; is that correct?

4       A.    Yes.  As part of the debt

5   investments, there's also -- there's other

6   investments in crypto companies, equity

7   investments and the like, all of which could be

8   pursued.

9       Q.    How much liquidity would asset sales

10  generate for the debtors?

11      A.    I don't know.

12      Q.    How much liquidity would the sale of

13  GK8 generate for the debtors?

14      A.    I don't know.

15      Q.    Do you know how much liquidity debt

16  investments would generate for the debtors?

17      A.    No.

18      Q.    Do you know how much liquidity mining

19  hard assets would generate for the debtors?

20      A.    No.

21      Q.    I'm going to direct you to paragraph

22  9 of your declaration.

23      A.    Okay.  I'm there.

24      Q.    And in it you state that you had a

25  number of discussions and meetings with the

52

1   management team and the debtors advisors

2   regarding this upcoming need and the potential

3   forms that the liquidity infusion can take,

4   correct?

5        A.    Correct.

6        Q.    Did you discuss these other potential

7   sources of liquidity that you previously

8   identified in your testimony during these

9   meetings and discussions?

10       A.    Generally, yes.

11       Q.    And what did you discuss in relation

12  to these other sources of potential liquidity

13  that you've previously identified in your

14  testimony?

15       A.    The discussions really focused on the

16  fact that there was a liquidity need.  Those are

17  potential things that could be pursued.  And

18  brought issues to the group, Centerview in

19  particular, that, hey, these are things we

20  should look to, to put liquidity to.

21       Q.    And you testified earlier that you

22  did not know the amount of liquidity that these

23  other sources would generate, correct?

24       A.    I did.  And that's true for --

25  there's some very illiquid investments that are

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC            Pg 55 of 102            Robert Campagna
Confidential            November 22, 2022

53

1    on the balance sheets, so they're very difficult

2    to forecast with any level of specificity what

3    one may look to pay for them, especially

4    considering some of those are investments in

5    other distressed companies at this point.

6                Centerview has run a marketing

7    process on the GK8 business.  I have heard

8    ranges of numbers as to what that could bring to

9    the estate, but I'm not sure if there's been a

10   signed APA on that yet, so I'm a little hesitant

11   to put the number out there.  But I'm happy to

12   share it if so instructed.

13       Q.    What is the range of numbers that you

14   have heard?

15            MR. WALLACE:  Just to clarify, Bob.

16       Not subject to an NDA or anything like that

17       that you're aware of?

18            THE WITNESS:  I'm sure it likely is.

19            MR. WALLACE:  Okay.  So we're going

20       to instruct you not to answer that if it's

21       subject to an NDA.

22            MR. CURTIS:  Understood.

23   BY MR. CURTIS:

24       Q.    Mr. Campagna, do you agree that the

25   debtors' liquidity challenges make it important

54

1    for them to emerge from bankruptcy quickly?

2        A.    Yes, I do.

3        Q.    And do you agree in light of the

4    debtors' liquidity challenges, that it would be

5    prudent for the debtors to -- it would not be

6    prudent -- strike that.

7              Mr. Campagna, do you agree in light

8    of debtors' liquidity challenges that it would

9    not be prudent for the debtors to draw out the

10   bankruptcy longer than necessary?

11       A.    I agree.

12       Q.    Mr. Campagna, we're going to shift

13   gears to paragraphs 10 through 12 of your

14   declaration.  Just let me know when you're

15   there.

16       A.    I'm at paragraph 10.

17       Q.    All right.

18             And I just wanted to ask about your

19   process of determining the net earned assets and

20   what you propose to sell in stablecoin, okay?

21       A.    Okay.

22       Q.    So first if I'm understanding

23   correctly, you determined which stablecoins are

24   available to sell, correct?

25       A.    That's correct.

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                    Pg 57 of 102                    Robert Campagna
Confidential                    November 22, 2022

55

1          Q.     And the stablecoins that were

2    determined to be available for sale, is it just

3    based on which stablecoins were available in the

4    Fireblocks account, both main and custody?

5          A.     That's correct, stablecoins from the

6    company's main and custody accounts on

7    Fireblocks.  There's nominal assets in the

8    Fireblocks account for the mining business that

9    are not listed on this page, but, again, it's

10   nominal.

11         Q.     And how do you determine reserve

12   liabilities?

13         A.     So for the reserve liabilities,

14   again, it encompasses three items.  There's the

15   custody liabilities by coin type, the withhold

16   account liabilities by coin type.  I can never

17   remember if it's "withhold" or "withheld," but

18   that group of coins.  And then it's by coin type

19   collateral against retail and institutional

20   loans.

21         Q.     So in sum, it's the custody program

22   -- strike that.

23                In sum, the reserve liabilities make

24   up stablecoin associated with custody program

25   withhold accounts and collateral against retail

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 58 of 102                    Robert Campagna
                                     Confidential                   November 22, 2022

56

1   institutional loans, correct?

2        A.    Correct.

3        Q.    And then from there, you determined

4   on a coin-by-coin basis how many stablecoins to

5   propose to sell, correct?

6        A.    Correct.  We looked for whether there

7   was an excess or a shortfall by coin type.

8        Q.    And to make your determination of

9   which proposed sale coins to sell, was it simply

10  the difference of the total stablecoin assets in

11  the Fireblocks account minus the reserve

12  liabilities?

13       A.    The assets in the Fireblocks main

14  account and the custody account, yes, less the

15  reserve liabilities.  And if it was a positive

16  number, that was available for sale.  If it was

17  a negative number, obviously, there was nothing

18  available to sell for that coin type.

19       Q.    And then you would propose the total

20  difference to sell?

21       A.    Yes.  We would take the sum of the

22  positive differences to sell.

23       Q.    Mr. Campagna, earlier you testified

24  that A&M is capable of doing blockchain and

25  crypto analysis, correct?

57

1          A.    I believe we are, yes.

2          Q.    What kind of crypto and blockchain

3    analysis is A&M capable of doing?

4          A.    I'm not -- I'm not the best person to

5    answer that.  You'd have to speak with the right

6    folks who have that experience.

7          Q.    To the best of your knowledge, you're

8    not familiar with the analysis process?

9          A.    I am not a crypto expert, so I don't

10   -- I prefer not to speak for them and get it

11   wrong.

12         Q.    Understood.

13              MR. CURTIS:  I believe I am out of

14         questions, but I would like to confer with

15         my colleague to make sure that I've covered

16         everything.

17              Can we go off the record as we

18         confer?

19              VIDEOGRAPHER:  The time right now is

20         10:27 a.m.  We're off the record.

21              (Recess.)

22              VIDEOGRAPHER:  The time right now is

23         10:42 a.m.  We're back on the record.

24              MR. CURTIS:  Mr. Campagna, I

25         appreciate your time today.  I just have a

58

1         handful -- a couple of handful of questions

2         remaining.

3    BY MR. CURTIS:

4         Q.    Previously, you testified that you

5    are unable to project how much additional

6    liquidity can be raised by these other

7    identified sources, correct?

8         A.    Correct.

9         Q.    Does this also mean that you cannot

10   project how much additional times debtors would

11   have in their liquidity runway if they were to

12   generate revenue from these other liquidity

13   sources?

14            MR. WALLACE:   Object to form.

15        A.    With specificity, that's correct.

16        Q.    What will the debtors use to --

17   strike that.

18            If the debtors were to sell

19   stablecoins, what would they use these proceeds

20   to fund?

21        A.    Cash is generally fungible, so it

22   would be the litany of expenses that are

23   included in the budget.  Operating expenses,

24   payroll, professional fees.

25        Q.    And this would be the operating

59

1    expense of just the debtors, correct?

2         A.    Of just the debtors, correct.

3         Q.    Earlier you testified that the sale

4    of the proposed stablecoin will give debtors

5    roughly a month of additional liquidity runway,

6    correct?

7         A.    Correct.

8         Q.    And the sale of stablecoins would

9    amount to about to $18 million, correct?

10        A.    Correct.

11        Q.    Does this mean that the debtors'

12   monthly cash burn is about $18 million?

13        A.    As we look forward, that's more or

14   less a good estimate.

15        Q.    What is your estimate for the monthly

16   cash burn for debtors?

17        A.    Again, as I mentioned to Ms. Cornell,

18   the debtors have done a really good job of

19   maintaining a cash flow neutral position, right.

20   We had a collection from one of our exchanges,

21   our cash balance increased from like the 115

22   level up to 180.  As of the end of October,

23   they're sitting at close to 170 million,

24   roughly, of baseline liquidity, so a relatively

25   modest use of cash over the four, five months

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 62 of 102                Robert Campagna
                                         Confidential                November 22, 2022

                                                                              60

1    we've been in bankruptcy.

2              As we look forward -- one of the

3    reasons the cash flow has been able to remain at

4    that moderate -- relatively flat levels,

5    professional fees haven't started to get paid

6    yet.  They have been accruing.  Fee apps are

7    starting to hit the docket, and bills are

8    starting to need to be paid.  And that's largely

9    what that 15ish million dollar number

10   represents.  That's about a $15 million run rate

11   on professional fees.

12       Q.    So to sum, it's about $15 million

13   monthly cash burn?

14       A.    Correct.

15       Q.    And do you expect that cash burn to

16   increase with these increased professional fees

17   that you've just mentioned?

18       A.    Those were encompassed in the cash --

19   when I said it's a use of about 15 million a

20   month, that's simply what's being incurred each

21   month.  And each month you extend the case, you

22   can just add another 15 million --

23       Q.    Okay.

24       A.    -- of burn on.

25       Q.    Thank you for the clarification.

61

```
 1              If the debtors were to run out of
 2   money or liquidity and become administratively
 3   insolvent, what would be the debtors' next step?
 4              MR. WALLACE:  Objection.  Calls for
 5       speculation.
 6       A.    Yeah, I don't -- I don't know.
 7       Q.    So you haven't discussed with debtors
 8   what would be the next step if they become
 9   administratively insolvent?
10       A.    We seek to prevent them from running
11   out of cash or taking other actions prior to
12   running out of cash.
13       Q.    Have you explored any steps you might
14   take if you become administratively insolvent --
15   if the debtors, excuse me, become
16   administratively insolvent?
17       A.    Not in particular.  We're more
18   focused on simply not running out of cash.
19       Q.    Just a moment to look over my notes.
20       A.    No problem.
21       Q.    To the best of your knowledge, would
22   debtors liquidate the coins if they become
23   administratively insolvent?
24              MR. WALLACE:  Objection.  Calls for
25       speculation.
```

62

1          A.     Liquidating coins seems very similar

2     to what we're asking for here, which is selling

3     stablecoin, so it's got the same set of issues.

4     Sure, it could be something that the company

5     looks at.

6          Q.     In your view, is liquidating digital

7     assets, if the debtors become administratively

8     insolvent, is that value destructive?

9          A.     Not necessarily.

10         Q.     And what do you mean by "not

11    necessarily"?

12         A.     You need to have the proper

13    infrastructure in place to ultimately be able to

14    make a distribution, to understand who is owed

15    -- who is owed funds, what's their proportionate

16    share of those funds that they should receive,

17    and some work has to be done to get that right.

18    So further spending may reduce the amount that's

19    available, but there's no other way to figure

20    out what the right distribution is and to whom

21    -- who should receive it.

22         Q.     Mr. Campagna, do you recall your

23    testimony in response to the response to

24    Objection No. 24 in what has been marked as

25    Exhibit 1?

63

1      A.    Was the question do I remember our

2    discussion on that?

3      Q.    Correct.

4      A.    Yes.

5      Q.    And it was that -- it was your

6    understanding that debtors aggregate coins into

7    an omnibus wallet.  That means the coins cannot

8    be traced to individual uses, correct?

9      A.    Correct.  Individual users.

10     Q.    Users, thank you.

11           And when you referred to this

12   aggregation and the lack of a debtors' ability

13   to trace, is that in reference to debtors'

14   internal documents, such as ledgers that do not

15   provide for these tracing capabilities?

16           MR. WALLACE:  Objection.  Vague.

17     A.    Yeah, I think the ledgers more

18   appropriately refer to what's owed to a certain

19   customer.  The Fireblocks accounts are more like

20   a cash account, where this would be akin to, we

21   all have our checking account number, we know

22   our balance, the funds go to the bank, and they

23   put them into a different account, one account.

24   We all put our funds into that account.  And

25   then it's picking up any one dollar and saying

64

1  whose is this; who put this one in?  They all

2  look the same.  We don't know the answer.

3       Q.    So to sum, based on the debtors'

4  documents, these documents that you've just

5  described, they are unable to trace --

6       A.    Correct.

7       Q.    -- individual users?

8             Is it possible to use the blockchain

9  to trace the movement of coins of individual

10 customers?

11      A.    I don't know the answer to that.

12            MR. CURTIS:  I believe I have no

13       further questions.  I'm going to take a

14       moment to briefly look over my notes.

15            (Brief pause.)

16            MR. CURTIS:  All right, Mr. Campagna,

17       I believe the UCC does not have any more

18       questions for you.

19            The UCC reserves its right, including

20       the right to call you again at a later time

21       today, if there are additional questions or

22       information that sparks additional

23       questions.

24            Thank you for your time.

25            THE WITNESS:  Thank you.

65

1           MR. WALLACE:  Thank you, Mr. Curtis.

2           Ms. Ryan, do you have questions?

3           MS. RYAN:  I do.  I have a few

4      questions.  Let me try to turn on my video

5      here so we can see each other.

6  EXAMINATION BY MS. RYAN:

7      Q.   Good morning, Mr. Campagna.  How are

8  you?

9      A.   I'm well.  Thank you.  Good morning.

10     Q.   Good morning.

11          I think you and I definitely have

12 something in common, in that I am not a Bitcoin

13 expert.  I'm a bankruptcy lawyer.  So if I use a

14 word incorrectly, anybody feel free to tell me

15 so.  Correction is fine.  I'm not a Bitcoin

16 expert.

17          MS. RYAN:  For the record, this is

18     Abigail Rushing Ryan of the Texas Attorney

19     General's Office on behalf of the Texas

20     State Securities Board and the Texas

21     Department of Banking.

22 BY MS. RYAN:

23     Q.   So I have some pretty simple

24 questions to begin with.

25          Can you tell me, does the number of

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                 Pg 68 of 102                     Robert Campagna
Confidential                                 November 22, 2022

66

1   stablecoin held by the debtor fluctuate?

2        A.    It's mostly stable at this point, to

3   use the word "stable" again.

4        Q.    That's fine.  And so the number is

5   stable.

6              How about the price, it's linked to

7   the US dollar, so I assume the price fluctuates

8   with the dollar amount?  Or how does that work?

9        A.    Yes.  It's usually set and managed to

10  equate to a one dollar equivalent value, one USD

11  equivalent value.  You can see on Exhibit No. 2

12  or the Exhibit A to my declaration as well, you

13  can see the price, and several of them are

14  1.000, and you can see some nominal differences

15  from 1.00.

16       Q.    Okay.  And so when asked about the

17  monthly burn rate for the debtors, I might be a

18  little obtuse, but I want to clarify something,

19  is it $18 million roughly plus $15 million in

20  attorneys' fees, or am I wrong?

21       A.    No, that was inclusive, meant to be

22  inclusive.

23       Q.    So what's the actual number?  Is it

24  33 million or 15 million?

25       A.    I would have to look at a specific

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 69 of 102                    Robert Campagna
                                          Confidential                     November 22, 2022

                                                                                    67

1    exhibit.  It changes week by week, month by

2    month.

3            Generally speaking, the mining

4    business operationally has been able to break

5    even.  And the rest of the business has also, to

6    date, more or less, broken even.

7            There's two things that drive

8    negative cash flow.  It's completing the

9    build-out of the mining business and the capital

10   expenditures that are required there and some of

11   the things that go along with it, and then the

12   professional fee burn, largely.  I'm simplifying

13   it to some degree.  But I think overall, it's

14   about a 15 to 20 million dollar burn rate as you

15   look into the future.

16           Again, case to date, we've been about

17   break even, which has been amazing, strong cash

18   management.  But as the professional fee bills

19   come due, it's going to be more difficult and

20   challenging to maintain that cash neutral

21   position.

22   Q.    Okay.  That's helpful.  Thank you.

23           So you all have somewhat looked at

24   DIP financing through Crestview [sic].

25           Do you know a range of dollars that

68

1    they would be willing to give in DIP financing?

2              MR. WALLACE:   I'm sorry.   To the

3         extent this is covered by any NDA, please

4         don't answer.   But to the extent you can

5         answer otherwise, please do.

6         A.    So Centerview conducted a DIP

7    financing process in the summer, into September,

8    I don't remember the ranges of dollars, of where

9    that process was coming back.   I know it was

10   very expensive.   I think some of the rates were

11   annual rates of 20 percent plus, which is why,

12   -- and, frankly, why we've turned to stablecoin

13   and why even, you know, I think nonlegal types

14   on the UCC even suggested that this would be a

15   more reasonably-priced source of financing would

16   be to sell stablecoin.

17        Q.    Do you know what DIP financing from

18   Crestview how many months extra liquidity that

19   would have provided the debtors?

20        A.    I don't.

21        Q.    Okay.

22        A.    It would have been several, but it

23   was not an insignificant number that they were

24   looking to raise.

25        Q.    Okay.  So out of the other forms of

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 71 of 102                Robert Campagna
Confidential                                November 22, 2022

69

1   liquidity at which you've looked, do you know if

2   any of those would provide more than a month of

3   liquidity?

4        A.    Some of them certainly could.  I

5   think the issue is, lack of a better word, they

6   all come with some -- they all have some hair on

7   them.

8             Folks are arguing over who has rights

9   to the proceeds in a potential sale of GK8

10  business.  And then on some of the other assets,

11  it's just simply -- it's not a seller's market.

12  Crypto is down.  You know, FTX news doesn't

13  help.  Whoever is next isn't going to help.  So

14  those assets are at depressed prices.  It just

15  comes down to -- I'm sure you can find somebody

16  to transact with; you just may not like the

17  price, and it may not be the right time.

18       Q.    I understand that.

19             So the debtor uses QuickBooks for

20  what?

21       A.    My general understanding is that they

22  prepared their financial statements using

23  QuickBooks, so balance sheet, summary level

24  balance sheet and financial statements.

25       Q.    Okay.  Do you know how they track

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 72 of 102                Robert Campagna
Confidential                                                          November 22, 2022

70

1    their internal accounting for coin movement?

2           MR. WALLACE:   Objection.   Outside the

3       scope.

4           You can answer.

5       A.    That is done in separate -- separate

6    systems that they've created, you know, using

7    their own IT infrastructure.   So they've

8    specifically created mechanisms to understand

9    user balances and manage the movement of coin

10   and the interaction between customer accounts.

11      Q.    All right.   So earlier you testified

12   that mining would not directly be paid for from

13   the proceeds of the sale.

14          What does "not directly" mean?

15      A.    The mining business needs some

16   funding.   We're going to have to figure that out

17   as a debtor side -- the debtors are going to

18   have to figure out what the form is of getting

19   them that funding.   They could raise a DIP

20   specifically on the mining assets.   We've

21   mentioned that.   Or there may need to be a DIP

22   loan or a loan from the -- I'll call it the

23   parent organization to the mining business to

24   fund it, because the stablecoin will come into

25   the parent entity, not the mining subsidiaries

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC            Pg 73 of 102            Robert Campagna
Confidential                                        November 22, 2022

71

1  specifically.

2       Q.    Okay.  That's helpful.  Thank you for

3  that explanation.

4            What type of liquidity issues are

5  coming up, I believe you said, in January for

6  the mining business?

7       A.    So the mining business, again,

8  operationally close to break even if you look at

9  just the Bitcoin they're mining and selling in

10  the ordinary course of business versus the

11  hosting costs associated with generating that

12  Bitcoin.  It gets more challenging with BTC

13  prices dropping.  You know, 69 earlier in the

14  year, 20,000 a coin around the time of filing,

15  and I think as of yesterday, they were closer to

16  16.  So it becomes less economical to continue

17  with that or -- that's become less economical.

18  Energy prices are high.  But that's still

19  operationally near break-even point.

20            They do have some capital costs with

21  finalizing the build-out of the Midland, Texas,

22  site.  And they have some taxes coming due,

23  sales and use type taxes coming due on rigs,

24  machines that they've purchased that they've

25  already paid for and they own that come due.

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 74 of 102          Robert Campagna
                                     Confidential              November 22, 2022

72

1            So those are the two items that

2    generate a cash burn within the mining business,

3    more or less.

4        Q.    Does it make sense for the debtor to

5    continue mining?

6        A.    A lot of things feed into that,

7    right.  There's an active sale process.  It's

8    certainly nicer to have an active sale process

9    with an active business instead of one that's

10   sitting idle.

11           You know, BT prices bounce around, so

12   if they move up, it's certainly beneficial.  If

13   they move down, it's less beneficial.  And at

14   some point, you have to make that hard decision

15   as to whether it may make sense to turn them off

16   for a period of time, the mining machines.

17       Q.    So earlier you testified that your

18   company had to determine if there were excess

19   stablecoin in custody accounts so that you could

20   sell any excess.

21           How does the debtor record the

22   digital assets corresponding to the custody

23   accounts?

24       A.    So we reserve for three things.  One,

25   we definitely reserve for the balance of the

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC           Pg 75 of 102                    Robert Campagna
                                        Confidential                  November 22, 2022

73

1    custody accounts for these coin types.  We

2    reserve for any obligations associated with the

3    withhold accounts for these coin types.  And we

4    also reserve for any collateral that was

5    provided against retailer institutional loans in

6    the form of these 11 coins.  I think that more

7    or less is -- I would understand that as what

8    you refer to as custody.

9              The company knows its user balances

10   at a granular level and just simply knows the

11   coins that were provided for each of those three

12   groups and we're able to get that from their

13   financial systems and use it to generate the

14   required reserve number.

15        Q.   So they know the balances at a

16   granular level.

17             Is this something that they access on

18   QuickBooks or on their specially written

19   software?

20        A.   I think that's on their proprietary

21   software.

22        Q.   Do you know how the company reports

23   digital assets corresponding to the earn

24   accounts on their books and records?

25        A.   Very similarly to the process I just

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 76 of 102                    Robert Campagna
Confidential                                                November 22, 2022

74

1  described for the custody accounts and the

2  others.

3      Q.    So on their proprietary software?

4      A.    Yes.

5      Q.    And who is in charge of maintaining

6  the ledger for the debtors?

7           MR. WALLACE:  Objection.  Outside the

8      scope.

9      A.    Yeah, I don't know, in particular,

10  who is in charge of the ledger.  But ultimately

11  it feeds up to Christopher Ferraro, you know,

12  the CFO, COO, CRO; all things C.

13     Q.    Obviously, including his name.

14          Okay.  So do you know if any policies

15  or procedures were in place to make sure the

16  accounting of the ledger is accurate?

17          MR. WALLACE:  Objection.  Outside the

18     scope.

19     A.    Yeah, I don't know.  I don't know the

20  specifics of their accounting policies and

21  procedures.

22     Q.    So in selling the stablecoin in one

23  transaction, do you think that's going to cause

24  a market swing or other effect versus selling

25  them in multiple transactions?

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 77 of 102                    Robert Campagna
                                     Confidential                   November 22, 2022

                                                                            75

1      A.    No, not this volume of coin.  I've

2   spoken with the folks with the specific

3   knowledge on this at the company that said this

4   volume of coin will not -- is not a level that

5   would move the market.  It's pretty nominal.

6      Q.    Okay.  Do you know if stablecoins are

7   used to pay interest or awards on the earn

8   programs?

9           MR. WALLACE:  Objection.  Outside the

10      scope.

11      A.    Generally, I don't think there's any

12   rewards being paid on the earn programs today,

13   but I think when they were paid, they were paid

14   in-kind, meaning whatever form of coin you

15   deposited, that's the form that you earned the

16   benefits or rewards in, with the exception being

17   you could have opted to receive rewards in sell

18   token.

19      Q.    In general, how long do you think it

20   will take to sell the stablecoin?

21      A.    It would not take long.  I think they

22   could do this virtually immediately once

23   approved.

24      Q.    And I am jumping in for a colleague

25   here, so forgive me if everyone knows this

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC         Pg 78 of 102         Robert Campagna
Confidential                           November 22, 2022

76

1   except for myself.  Will the sale be an auction

2   of the stablecoin or just a straight-up market

3   sale to whoever is there wanting to buy it?  How

4   would it proceed?

5        A.   Yeah, it would be a straight-up

6   market sale.  There's an exchange.  It's readily

7   tradeable or sellable.

8        Q.   Do you know why Celsius -- sorry,

9   strike that.

10            Do you know if Celsius has converted

11  any of its other crypto assets to stablecoin

12  post-petition?

13            MR. WALLACE:  Objection.  Outside the

14       scope.

15       A.   I don't know.  Big company, lots of

16  coin.  I would not be surprised if something was

17  converted, but I don't have any specific

18  knowledge.

19       Q.   Do you know who would have knowledge

20  regarding that?

21       A.   Again, I'd point to Christopher

22  Ferraro and those working directly for him in

23  the treasury group.

24       Q.   So you've testified that the debtor

25  does not have the ability to trace stablecoin

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 79 of 102                Robert Campagna
                                              Confidential                      November 22, 2022

77

1   once it's put into the main wallet.

2           Do you know if pre Bitcoin going into

3   the main wallet, can the debtor look back at a

4   specific customer's transaction and see, oh,

5   this customer put in X-amount of stablecoin,

6   that we then transferred, and so now we can't

7   trace, but we know on this day, they put

8   X-amount in?

9           And let me know if that doesn't make

10  sense.  That was a horrible question.

11      A.    No, I think it make sense.

12          When customers deposit funds, clearly

13  the company knows exactly what they've deposited

14  on what date.  That's how the user balances are

15  calculated, based on that information.  And they

16  actually go into a -- my understanding is, they

17  go into a customer-specific account.

18          From there, they get moved into this

19  main aggregator account, where they then get

20  deployed by the company in an effort to earn

21  rewards, loan to folks, much like a bank would

22  loan -- make a loan.  And they're, for lack of a

23  better word, invested to earn a return.

24          They come back from investment into

25  that main account.  They go back out again.  You

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 80 of 102          Robert Campagna
Confidential          November 22, 2022

78

1    know, that could happen several times.  And

2    that's where you lose the ability to trace to a

3    specific customer a coin that was deposited.  We

4    still know what they deposited; we just can't

5    say that the coin that's there today came from

6    customer X versus customer Y versus customer Z.

7         Q.    The specific coin, but you could go

8    back and see that on, you know, 10/23/21,

9    customer Z deposited X-amount of stablecoin,

10   right?

11        A.    Right.  That's what's reflected in

12   their user balance, the liability Celsius has to

13   their customers, and that's why we know what we

14   owe under the earn program, the custody program,

15   the withhold program by customer.

16        Q.    Thank you.

17             When your company came in and started

18   to assist Celsius, what did your company review

19   to get up to date on what had happened in the

20   past and where the company is now?

21        A.    When we got involved, it was again

22   the late June time frame, the pause was already

23   in place.  You know, we were definitely drinking

24   from a firehose at that moment.

25             We got up to speed with lots of

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 81 of 102          Robert Campagna
Confidential                                      November 22, 2022

79

1  individual meetings with executive team members

2  where they really just had to start explaining

3  the business to us.  We didn't have a team of

4  crypto folks who was on this, so we were all

5  sort of learning.  Some people had various

6  levels of knowledge on crypto, but, you know,

7  not dedicated crypto experts.  So a lot of

8  learning.

9          We looked at balance sheets.  We were

10  much more focused on the current and looking

11  forward.  We didn't go and look backwards.  We

12  were concerned with making sure the company had

13  US dollar liquidity to pay their bills and pay

14  their employees and could continue while they

15  tried to figure this situation out.  That was

16  sort of mission number one.

17          And we tried to create mechanisms to

18  generate more liquidity and cut expenses and

19  take headcount down and the like to extend the

20  runway that they did have.  And then we were

21  planning for, you know, the bankruptcy that

22  ultimately took place.

23          Those were our foremost missions.  We

24  really weren't looking backwards and haven't --

25  still haven't really looked backwards.  We, A&M,

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                    Pg 82 of 102                    Robert Campagna
                                               Confidential                   November 22, 2022

80

1   haven't looked backwards, except when

2   specifically required or requested by folks

3   here.

4       Q.    So in your course of dealings with

5   the debtor, have you or your company, I'm

6   referring to your company when I say "you," put

7   in place any new policies or procedures for

8   handling their accounting?

9       A.    Not with respect to their accounting.

10  We have policies and procedures in place for

11  spending money.  Like we are involved in, you

12  know -- we've put a mechanism in place for any

13  requests for cash to go out, a set of approval

14  processes, procedures to make sure that the cash

15  spend is managed and brought down as quickly as

16  we can.

17          And then on the coin movement side,

18  there's been procedures that have been put in

19  place as well that -- you know, there's really

20  relatively little in the way of coin movement.

21  And any proposed movement of coin has to be

22  approved by a committee of folks at the company.

23  There are folks at A&M, myself included, and K&E

24  and others who also sit in on those approval

25  meetings.  And that information gets shared with

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 83 of 102                Robert Campagna
                                          Confidential                November 22, 2022

                                                                                81

1    the other constituents to the case, specifically

2    the UCC and the US trustee.

3         Q.    Okay.  I think I'm just about done.

4    Give me a second to review my notes, if you

5    will.

6         A.    Sure.

7         Q.    So when we get to March and liquidity

8    starts running out, what are the next steps?

9         A.    Again, hopefully, we raise some funds

10   from selling stablecoin.  Hopefully, we figure

11   out what's happening with the GK8 proceeds, if

12   that sale closes.  Hopefully, we have some good

13   news on some of the other asset sales that are

14   out there.  If none of those seem to be coming

15   to fruition, we'll have to revisit whether we

16   need a DIP.

17             But, again, the goal should be to get

18   out of bankruptcy as quickly as possible so the

19   cases don't have to extend too far beyond 3/31.

20   But those are the places to look.

21        Q.    So in your experience, how long does

22   it take to close a DIP transaction?

23        A.    Again, it's a question better asked

24   to Centerview.  They've been taking point on

25   this, and they're the folks tasked with raising

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC                Pg 84 of 102                Robert Campagna
                                            Confidential                November 22, 2022

82

1   financing and funding.  But it will take -- you

2   know, you can go as fast as you need to.  It's

3   just the terms get worse the quicker you -- the

4   quicker your need and the more you have to

5   abbreviate the process, it's just riskier that

6   you don't get the best deal possible, but I

7   would imagine they can run a process in 30 to 45

8   days -- a robust process --

9        Q.    And --

10       A.    -- in 30 to 45 days.

11       Q.    I apologize for interrupting you.

12             So once the stablecoin is sold and

13   the monies go into the debtors' accounts, is it

14   possible that the parent company could then make

15   a loan to Mining to make up for some of the

16   upcoming expenses?

17       A.    That is definitely possible.  I don't

18   know the answer to this, whether it may require

19   court approval to move those funds between those

20   groups, from the parent debtors to the mining

21   debtors.  It's not a question for me, but that's

22   something that would come to mind.

23       Q.    Can the parent company make that loan

24   without the sale of the stablecoin?

25       A.    Yes.  The same thing would apply.  I

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC          Pg 85 of 102          Robert Campagna
Confidential                          November 22, 2022

83

1   don't know if it needs court approval, but that

2   -- that's an option in the near-term.

3           MS. RYAN:  I think I am done for now.

4     Thank you so much for your time today.

5           THE WITNESS:  No problem.  Thank you.

6           MR. WALLACE:  Okay.  Ms. Ryan is

7     done.

8           Mr. Schneider, are you on the line?

9           (No response.)

10          MR. WALLACE:  Here is what we're

11    going to do, then.  Let's go off the for a

12    minute.

13          VIDEOGRAPHER:  The time right now is

14    11:15 a.m.  We're off the record.

15          (Recess.)

16          VIDEOGRAPHER:  The time right now is

17    11:28 a.m.  We're back on the record.

18          MR. WALLACE:  So we just broke to

19    give any individual creditors who were

20    hoping to question Mr. Campagna a couple

21    extra minutes to get here.  I see only one

22    potential individual creditor in the Zoom.

23          Mr. Schneider, are you there?

24          Sir?

25          Okay, just for confirmation for the

84

1    record, any other individual creditors in

2    the Zoom who would like to question

3    Mr. Campagna?

4         Okay, hearing nothing then, we're

5    going to close the deposition.  We'll read

6    and sign.

7         We would like to thank everybody for

8    their time, and thank you again for your

9    participation.

10        And thank you, Mr. Campagna, for your

11   time.

12        VIDEOGRAPHER:  The time right now is

13   11:29 a.m.  We're off the record.

14        COURT REPORTER:  Truman, you said you

15   wanted to order the transcript.

16        MR. WHITNEY:  Yes, please.

17        COURT REPORTER:  Just put that on the

18   record.

19        MR. WHITNEY:  Milbank would like to

20   order copy of the transcript.

21        COURT REPORTER:  Do you need it

22   daily, expedited?

23        MR. WHITNEY:  Expedited.

24        COURT REPORTER:  Tomorrow?

25        MR. WHITNEY:  Tomorrow is great.

85

```
 1              C E R T I F I C A T E

 2              I, ELIZABETH M. KONDOR, a Certified

 3    Court Reporter, No. 30XI00117200, Certified

 4    LiveNote Reporter, No. 060907-14 and Notary

 5    Public of the State of New York, do hereby

 6    certify that prior to the commencement of the

 7    examination, ROBERT A. CAMPAGNA was duly sworn

 8    by me to testify the truth, the whole truth and

 9    nothing but the truth.

10              I DO FURTHER CERTIFY that the

11    foregoing is a true and accurate transcript of

12    the testimony as taken stenographically by and

13    before me at the time, place and on the date

14    hereinbefore set forth.

15              I DO FURTHER CERTIFY that I am

16    neither a relative nor employee nor attorney nor

17    counsel of any of the parties to this action,

18    and that I am neither a relative nor employee of

19    such attorney or counsel, and that I am not

20    financially interested in the action.

21

22    _____

23    Notary Public of the State of New York

24    My Commission expires February 7, 2015.

25    Dated:  Wednesday, November 23, 0222
```

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC
Pg 88 of 102
Confidential
Robert Campagna
November 22, 2022

86

1                    WITNESS'S CERTIFICATION

2

3                    _____

4                        ROBERT CAMPAGNA

5

6          On _____, 2022, the foregoing

7    deposition was submitted to ROBERT CAMPAGNA, the

8    witness, taken on Tuesday, November 22, 2022,

9    for his examination.

10         At which time the deposition was read by

11   the witness and any proposed changes desired

12   were subsequently entered upon the attached

13   errata sheet.

14         Thereafter, the deposition was duly

15   witnessed and signed by:

16

17                    _____

18                    Notary Public in and for the

19                    County of _____

20                    State of _____

21

22

23

24   _____

25   My Commission Expires

22-10964-mg   Doc 1489-3   Filed 11/29/22   Entered 11/29/22 14:59:22   Exhibit C
In Re - Celsius Network LLC
Pg 89 of 102
Confidential
Robert Campagna
November 22, 2022

87

1              E R R A T A     S H E E T

2

3    WITNESS'S NAME _____

4    DATE OF DEPOSITION_____

5    CASE NAME _____

6

7    PAGE   LINE     CORRECTION

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

**$**

$10  9:25

$15  21:13 60:10,12 66:19

$18  22:20 48:25 59:9,12 66:19

**1**

1  31:5,6 37:11 38:2 40:17 62:25

1.00  66:15

1.000  66:14

10  54:13,16

10/23/21  78:8

10:27  57:20

10:42  57:23

11  73:6

11-type  46:16

1111  8:5

115  12:2 59:21

11:15  83:14

11:28  83:17

11:29  84:13

12  41:3,6,20 42:7 54:13

13-week  8:11

1328  39:15

1406  31:4,7

15  21:20 60:19,22 66:24 67:14

15ish  60:9

16  71:16

17  10:4

170  59:23

172  12:5

17th  8:6,25 11:15

18  14:2,3,6

180  12:5 59:22

**2**

2  39:17,19 40:17 66:11

20  67:14 68:11

20,000  71:14

2006  39:10

2020  26:13

2022  5:7 10:4 46:6

2023  12:23 47:5,8 48:4,9,14

22  5:7

23  15:14,19 32:9,18,23,24

24  32:10,18 33:21,23 34:3 35:5 36:2,
13,19 62:24

25  39:9

27th  28:14 43:12,22

28th  28:14

**3**

3  40:17 43:1 44:7,15 45:6

3/31  81:19

30  82:7,10

31st  12:6

33  66:24

**4**

4  31:2 40:18,21

43  32:12,14,18 37:1,6,7,19

44  32:12,14,15,19 37:1,16

45  82:7,10

**5**

5  40:18,21

**6**

6  40:19,21

65  12:4

69  71:13

**7**

7  41:3,5,20 42:7 46:18,22

**8**

8  48:5

**9**

9  51:22

9:09  5:8

9:11  6:21

9:12  7:18

9:13  7:21

9:30  25:13

9:43  25:16

**A**

A&m  22:3,4 32:22 35:5,13,19,24
36:1,8,17,18,25 37:5,14 41:15 44:19
56:24 57:3 79:25 80:23

a.m.  5:8 6:21 7:18,21 25:13,16 57:20,
23 83:14,17 84:13

abbreviate  82:5

abide  11:2

Abigail  6:3 65:18

ability  63:12 76:25 78:2

absolutely  8:19 15:1

access  14:23,24 33:12 73:17

account  33:4 34:5,16 35:1,7 36:1,15
37:21 55:4,8,16 56:11,14 63:20,21,
23,24 77:17,19,25

accountants  24:15

accounting  38:21 70:1 74:16,20
80:8,9

accounts  42:21 55:6,25 63:19 70:10
72:19,23 73:1,3,24 74:1 82:13

accruing  60:6

accurate  11:18 74:16

acting  11:15

actions  61:11

active  72:7,8,9

actual  23:2 66:23

add  60:22

additional  24:14 48:3,8,13 49:1

50:12,25 58:5,10 59:5 64:21,22

**Additionally** 27:16

**addressed** 50:1

**administration** 38:20

**administrative** 13:6

**administratively** 61:2,9,14,16,23 62:7

**advisor** 26:4 38:25

**advisors** 43:14 44:21 45:5,7,11 52:1

**affect** 13:17 14:20

**affidavit** 40:24

**aggregate** 63:6

**aggregated** 34:22 35:11

**aggregation** 63:12

**aggregator** 77:19

**agree** 53:24 54:3,7,11

**akin** 63:20

**allegations** 17:14

**alternative** 50:10

**alternatives** 20:13

**Alvarez** 12:11 21:22 23:5,13,18 24:18 34:9,14 39:1,4,10

**amazing** 67:17

**amount** 52:22 59:9 62:18 66:8

**analysis** 12:12,15 14:20 19:7 23:15, 23 24:5 56:25 57:3,8

**analyzed** 20:13

**and/or** 10:14

**Andrew** 30:12,14 31:25

**annual** 68:11

**answering** 30:14 31:18

**answers** 27:13 30:10 31:2,21 35:15

**APA** 53:10

**apologize** 82:11

**appearances** 5:15

**apply** 82:25

**appropriately** 63:18

**approval** 80:13,24 82:19 83:1

**approved** 75:23 80:22

**approximately** 15:14 21:13

**apps** 60:6

**April** 49:6

**arguing** 69:8

**arrangement** 13:11 50:17

**asset** 14:9 20:22 49:20 51:1,9 81:13

**assets** 13:22,23,25 20:22 30:23 42:17,22 50:3,13,21 51:3,19 54:19 55:7 56:10,13 62:7 69:10,14 70:20 72:22 73:23 76:11

**assist** 30:1,5,14 32:22 34:13 36:1,18 38:4 46:14 78:18

**assisted** 30:9 31:18,25 32:3,17,18 33:23 34:10 36:20 37:1,5,15

**assisting** 33:24 35:4,14

**assume** 27:6 66:7

**assuming** 47:11

**attached** 23:10 28:1

**attend** 10:18,20

**attorney** 6:4 25:19 65:18

**attorneys'** 66:20

**auction** 15:6 76:1

**awaiting** 8:15

**awards** 75:7

**aware** 15:10 18:4 22:7 48:16 53:17

**B**

**bachelor** 38:19

**back** 6:21 7:21 25:16 49:15 57:23 68:9 77:3,24,25 78:8 83:17

**background** 38:15,17 40:16 41:1

**backwards** 79:11,24,25 80:1

**balance** 33:4 37:21,22 49:22 50:6 53:1 59:21 63:22 69:23,24 72:25 78:12 79:9

**balances** 33:17 37:8,13 70:9 73:9,15 77:14

**bank** 63:22 77:21

**banker** 13:14

**Banking** 6:6 65:21

**bankruptcy** 5:5 13:6 14:10 17:25 18:25 25:3 26:5 39:12 46:8 49:9,12 54:1,10 60:1 65:13 79:21 81:18

**based** 13:22 43:5 44:15,18 47:3 55:3 64:3 77:15

**baseline** 12:2 47:9 59:24

**basic** 26:15

**basis** 12:8,23 13:1 37:22,23,24 56:4

**begin** 65:24

**beginning** 10:8

**behalf** 5:17,21 6:4,10 7:6 12:10 16:16,20,24 65:19

**Ben** 5:16

**beneficial** 72:12,13

**benefited** 18:15

**benefiting** 18:24

**benefits** 75:16

**Big** 76:15

**biggest** 9:19

**billion** 22:21

**bills** 17:8 60:7 67:18 79:13

**bit** 20:5

**Bitcoin** 65:12,15 71:9,12 77:2

**Bitfinex** 12:3

**blockchain** 23:15 56:24 57:2 64:8

**Board** 6:5 65:20

**Bob** 53:15

**boilerplate** 40:9,11,14

**books** 73:24

**borrower** 37:24

**borrower-by-borrower** 37:24

**bounce** 72:11

**bound** 10:21

**break** 67:4,17 71:8

**break-even** 71:19

**breaks** 28:22

**briefly** 64:14

**bring** 29:12 53:8

**broke** 83:18

**broken** 67:6

**brought** 52:18 80:15

**BT** 72:11

**BTC** 71:12

**Bucknell** 38:21

**budget** 7:13 8:4,7,24,25 9:23 16:8 23:10 58:23

**budgets** 8:21

**build-out** 19:15 67:9 71:21

**burn** 59:12,16 60:13,15,24 66:17 67:12,14 72:2

**business** 9:15,17,22 12:24 13:4,22, 23 25:3 38:20 46:15 48:3,8,11,12,18 49:21 50:4,22 53:7 55:8 67:4,5,9 69:10 70:15,23 71:6,7,10 72:2,9 79:3

**buy** 20:25 76:3

**buys** 48:25

**C**

**C-I-R-A** 38:24

**C-O-R-N-E-L-L** 7:7

**calculated** 77:15

**call** 64:20 70:22

**called** 15:20 42:17

**Calls** 19:23 22:15 61:4,24

**campagna** 5:13 7:9 27:4 31:6 38:1, 14 39:19,20,23 53:24 54:7,12 56:23 57:24 62:22 64:16 65:7 83:20 84:3,10

**capabilities** 63:15

**capability** 23:19

**capable** 56:24 57:3

**capacity** 14:5 26:2

**capital** 67:9 71:20

**case** 5:20,24 12:2 13:13 14:10 16:13 17:15 18:21 22:8 23:14 25:19 26:13 40:23 44:11 46:11 60:21 67:16 81:1

**cases** 81:19

**cash** 11:17,22,23 13:2 14:22 16:11 17:7 28:2,13 29:22 43:10,11,21 45:3 58:21 59:12,16,19,21,25 60:3,13,15, 18 61:11,12,18 63:20 67:8,17,20 72:2 80:13,14

**caused** 46:20,24

**caution** 11:1 30:17

**Celsius** 5:11 11:16 12:11 14:10 15:10,13 16:21,22,24 22:25 23:14 34:3 39:8 76:8,10 78:12,18

**Celsius'** 34:6

**Centerview** 13:13 45:8,16,23 50:1 52:18 53:6 68:6 81:24

**CEO** 11:16

**certainty** 49:11

**certification** 38:24

**Certified** 38:25

**CFO** 11:16 74:12

**challenges** 53:25 54:4,8

**challenging** 67:20 71:12

**chances** 22:14

**change** 15:16

**Chapter** 46:16

**charge** 74:5,10

**chart** 42:20

**cheapest** 21:4

**check** 8:8

**checking** 63:21

**Christopher** 11:15 74:11 76:21

**CIRA** 38:24

**Ciriello** 30:12 31:17,25 32:17,22 33:22 35:5

**claiming** 17:19 18:5

**clarification** 36:24 60:25

**clarify** 35:13 53:15 66:18

**clear** 27:11

**close** 59:23 71:8 81:22 84:5

**closer** 71:15

**closes** 81:12

**coin** 20:19,20 22:20 23:9 32:25 33:1 43:16,23 45:2 50:5,6 55:15,16,18 56:7,18 70:1,9 71:14 73:1,3 75:1,4,14 76:16 78:3,5,7 80:17,20,21

**coin-by-coin** 56:4

**coins** 13:25 22:25 33:2 34:21 35:16, 25 55:18 56:9 61:22 62:1 63:6,7 64:9 73:6,11

**collateral** 14:4 29:7 37:22 50:22 55:19,25 73:4

**collateral-related** 29:5

**colleague** 57:15 75:24

**Collected** 12:3

**collection** 59:20

**column** 28:23

**committee** 5:21,25 7:1 25:20 43:14 80:22

**common** 65:12

**companies** 49:23 51:6 53:5

**company** 11:25 13:14 14:3,24,25 15:21 20:5,7,16 22:5 24:22 26:5 33:5 34:1,21 35:21 47:4,25 49:1 50:6 62:4 72:18 73:9,22 75:3 76:15 77:13,20 78:17,18,20 79:12 80:5,6,22 82:14,23

**company's** 13:13 55:6

**complete** 40:5

**completeness** 7:5

**completing** 67:8

**component** 19:6

**components** 28:24 29:1,2,3

**concentration** 38:20

**concerned** 79:12

**conclusion** 22:16

**conducted** 68:6

**confer** 11:8 57:14,18

**confidential** 10:11

**confirmation** 83:25

**considerations** 45:10

**considered** 42:24

**consist** 28:19

**consistent** 9:22

**consists** 28:21

**consolidate** 35:23

**consolidated** 12:22 13:1 17:11

**constituency** 18:15

**constituents** 81:1

**constraints** 46:21,24 47:1,2

**consultants** 24:1

**contents** 10:19

**continue** 71:16 72:5 79:14

**continued** 19:15

**control** 20:24

controlled 15:22

converted 76:10,17

COO 74:12

copies 8:17

copy 39:16 40:5 84:20

core 13:3

Cornell 6:10,18,22,23 7:4,5,8,22,23
9:5,7,11 10:6 11:12,13 18:12 19:25
25:9 59:17

corporate 39:11

correct 29:10 31:19,20,25 32:1,15,
19,20 34:8 35:2,3,15 36:10,11,15,16
37:2,3 38:8,9,12 39:2 41:3,4,24 43:6,
7,23,24 44:21,22 46:21 47:8,13,21
48:5,6 50:14,15,18 51:3 52:4,5,23
54:24,25 55:5 56:1,2,5,6,25 58:7,8,15
59:1,2,6,7,9,10 60:14 63:3,8,9 64:6

Correction 65:15

correctly 34:7 41:7 42:23 54:23

costs 13:6 15:24 16:1 17:12 71:11,20

counsel 5:14 8:14 29:15 30:1

couple 20:16 22:20 27:23 58:1 83:20

court 5:5 6:12 7:15 31:3 39:16 82:19
83:1 84:14,17,21,24

courtroom 26:23

cover 13:2

covered 57:15 68:3

CPA 38:22

create 79:17

created 8:11 42:16 70:6,8

creating 43:9

creditor 83:22

creditors 6:1 7:2 19:1 22:11 25:20
43:14 83:19 84:1

Crestview 67:24 68:18

crisis 20:15

critical 16:12,23

CRO 74:12

crypto 13:25 22:11 23:15 49:24 51:6
56:25 57:2,9 69:12 76:11 79:4,6,7

current 12:21 47:4 79:10

Curtis 5:19,20 25:17,19 30:25 31:9
39:14,22 53:22,23 57:13,24 58:3

64:12,16 65:1

custody 29:4,6 42:21 55:4,6,15,21,
24 56:14 72:19,22 73:1,8 74:1 78:14

customer 33:16 63:19 70:10 77:5
78:3,6,9,15

customer's 77:4

customer-specific 77:17

customers 64:10 77:12 78:13

cut 79:18

D

D-I-P 45:20

daily 84:22

data 24:8,11 42:24 45:1

databases 24:22

date 5:6 11:25 13:19 15:9 47:14,20,
22 67:6,16 77:14 78:19

dated 28:14 43:12

day 8:18 77:7

days 82:8,10

de 14:8 20:22

de-designating 11:9

deal 82:6

dealings 80:4

debt 49:23 51:2,4,15

debtor 16:22 18:7,21 20:12 24:12
36:21 66:1 69:19 70:17 72:4,21 76:24
77:3 80:5

debtor-in-possession 13:18

debtors 5:18,22 12:12,15 13:10,18
16:4,16,19 21:16 22:7 24:1,6,9,12
33:9,10 34:16 36:10,13,18 46:4,5,7,
11,19 47:6,15 48:17,21,22 49:4,8,18
50:25 51:10,13,16,19 52:1 54:5,9
58:10,16,18 59:1,2,4,16,18 61:1,7,15,
22 62:7 63:6 66:17 68:19 70:17 74:6
82:20,21

debtors' 17:25 18:9,25 44:20,23,25
48:3 53:25 54:4,8 59:11 61:3 63:12,
13 64:3 82:13

decision 72:14

declaration 28:1,2,15 29:10 39:19
40:2,3,6,8,13,15,22,25 42:1,4,19
43:1,4,9 44:6,15,17,18 45:21 46:18
48:2 51:22 54:14 66:12

declarations 38:5

dedicated 17:4 79:7

degree 38:19 67:13

Department 6:5 65:21

depends 11:24

depletes 47:4

deployed 77:20

deponent 5:12

deposed 25:25 26:3,7,11,12

deposit 33:3 77:12

deposited 75:15 77:13 78:3,4,9

deposition 5:4,9 8:22 10:13,18 11:4,
8 26:17 27:22 29:13,16 30:6,10,12,
15,24 31:2,12,13,19,22 84:5

depositions 26:15 32:3

deposits 9:21

depressed 69:14

describing 38:16

descriptions 23:3

designate 10:10

destructive 62:8

detail 28:16,18 29:21

determination 56:8

determine 9:8 55:11 72:18

determined 21:3 54:23 55:2 56:3

determining 54:19

difference 56:10,20

differences 8:23 56:22 66:14

difficult 53:1 67:19

digital 62:6 72:22 73:23

DIP 13:11,12,15,19,20,21 20:9,17
45:19 49:24,25 50:16,20,21,22 51:2
67:24 68:1,6,17 70:19,21 81:16,22

direct 51:21

directly 19:12,16 20:24 24:9 41:8
70:12,14 76:22

director 39:3,6,9

disclosed 10:12,14

disclosure 12:17

discuss 11:8 52:6,11

**discussed** 10:12 23:21,22 61:7

**discusses** 36:13

**discussing** 11:5

**discussion** 63:2

**discussions** 29:20 45:4 51:25 52:9, 15

**disruption** 46:20,24

**distressed** 53:5

**distribution** 22:8,14 62:14,20

**District** 5:6

**docket** 7:14 8:5 31:4,6 60:7

**document** 30:2 31:10,14 39:15,24 40:1 43:11,17 44:9

**documents** 27:25 28:10,12 29:12,17 30:2 43:6,8,20 44:2,3,9,10 45:4 63:14 64:4

**dollar** 60:9 63:25 66:7,8,10 67:14 79:13

**dollars** 67:25 68:8

**downloaded** 33:12,15

**dozen** 42:2,3

**draft** 41:18,19,23

**drafted** 40:8,9,10,11 41:5,8,21

**draw** 54:9

**drinking** 78:23

**drive** 67:7

**dropping** 71:13

**due** 67:19 71:22,23,25

**duly** 6:16

## E

**earlier** 12:25 13:12 31:17 36:8 49:14 50:11 52:21 56:23 59:3 70:11 71:13 72:17

**earn** 42:17,22 73:23 75:7,12 77:20,23 78:14

**earned** 30:21 32:25 33:4 54:19 75:15

**easiest** 20:19,20 21:4

**ECF** 8:5 31:4,6 39:15

**economical** 71:16,17

**edit** 42:4

**edited** 40:11

**educational** 38:17

**effect** 74:24

**effort** 77:20

**efforts** 25:2

**Eighteen** 15:12

**Elizabeth** 6:13

**Ellis** 5:10,17 27:24 28:5 41:18,23 45:8,25

**emerge** 54:1

**employ** 23:22

**employee** 17:12

**employees** 17:1,5 35:22 79:14

**encompassed** 60:18

**encompasses** 55:14

**end** 8:17 47:24 59:22

**Energy** 26:12 71:18

**engagements** 39:7

**entered** 34:5

**entire** 10:10

**entities** 10:17 16:5 17:7

**entity** 17:11 70:25

**equate** 66:10

**equity** 17:14 51:6

**equivalent** 66:10,11

**estate** 18:9,24 21:5 53:9

**estates** 18:1 19:1

**estimate** 59:14,15

**et al** 5:12

**exam** 38:22

**EXAMINATION** 6:22 25:17 65:6

**exception** 75:16

**excess** 56:7 72:18,20

**exchange** 12:4 76:6

**exchanges** 59:20

**exclusively** 17:1,2 24:6

**excuse** 34:15 35:20 61:15

**executive** 79:1

**exhibit** 27:25 28:15 29:8,9 31:5,6

38:2 39:17,19 42:18 43:19 46:1 62:25 66:11,12 67:1

**exit** 10:24

**expect** 12:14,16,19 60:15

**expected** 20:14

**expedited** 84:22,23

**expenditures** 67:10

**expense** 59:1

**expenses** 16:4 18:8,23 58:22,23 79:18 82:16

**expensive** 68:10

**experience** 57:6 81:21

**expert** 57:9 65:13,16

**experts** 79:7

**explain** 8:23

**explaining** 79:2

**explanation** 71:3

**explored** 13:12 21:2 61:13

**extend** 60:21 79:19 81:19

**extent** 14:1,4 21:20 22:17 68:3,4

**extra** 68:18 83:21

**extremely** 20:3

## F

**fact** 47:3 52:16

**facts** 42:13

**fair** 17:12,22 34:14

**familiar** 7:13 8:4,7 14:8 15:2,5 16:12 17:13 21:7,10 22:24 23:2,6,11 34:15 57:8

**familiarity** 26:14 31:24 35:6

**fast** 42:22 82:2

**fee** 60:6 67:12,18

**feed** 72:6

**feeds** 45:2 74:11

**feel** 65:14

**fees** 13:7 58:24 60:5,11,16 66:20

**Ferraro** 11:15 74:11 76:22

**figure** 62:19 70:16,18 79:15 81:10

**file** 28:16,18 49:10

filed 7:14 8:5,7,13,15,24 9:23 14:9,11 25:4 40:3 46:7

filing 11:24 33:18 71:14

finalizing 71:21

financial 24:20,21 26:4 27:25 28:10, 12,15 33:6 35:23 43:13 69:22,24 73:13

financing 13:11,12,15,19,20 20:9,17 45:20 49:25 50:17,21 51:2 67:24 68:1,7,15,17 82:1

find 69:15

fine 65:15 66:4

fine-tuning 42:8,10

finish 27:18

Fireblocks 15:21,22 55:4,7,8 56:11, 13 63:19

firehose 78:24

flat 60:4

flow 11:17,22,23 14:16,22 17:7 28:3, 13 29:23 43:10,11,21 45:3 59:19 60:3 67:8

fluctuate 66:1

fluctuates 66:7

focused 50:3 52:15 61:18 79:10

folks 11:1 29:18 30:8 57:6 69:8 75:2 77:21 79:4 80:2,22,23 81:25

follow 19:5 42:19

forecast 8:11 12:21,22 17:7 28:13 43:11 47:4 53:2

forecasting 45:17,19 46:15

forecasts 28:3 29:23 43:21 45:3 47:17

foremost 79:23

forensic 24:15

forever 49:3

forgive 75:25

form 15:17 18:2,10 19:3 21:18 22:2, 11,19 58:14 70:18 73:6 75:14,15

forms 52:3 68:25

forthcoming 8:25

Forty-three 32:15

forward 37:11 59:13 60:2 79:11

foundation 21:15,18 22:1 35:8

frame 20:3 78:22

framework 45:25

frankly 68:12

free 65:14

Friday 8:14

front 8:21,22

fruition 81:15

FTX 69:12

fully 27:2,7

fund 16:7 19:10,14,18 48:17 58:20 70:24

funded 17:2,6

funding 21:5 70:16,19 82:1

funds 14:24,25 33:1 35:11,22 62:15, 16 63:22,24 77:12 81:9 82:19

fungible 58:21

future 67:15

## G

gather 42:14

gathered 30:20

gathering 30:1

gave 10:20

gears 38:15 54:13

general 6:4 24:24 34:21 40:23 45:18 69:21 75:19

General's 65:19

generally 8:23 14:11 15:4,7 16:14 17:18 21:10 22:25 23:1,21 28:21 34:24 52:10 58:21 67:3 75:11

generate 51:10,13,16,19 52:23 58:12 72:2 73:13 79:18

generating 71:11

give 27:12 59:4 68:1 81:4 83:19

giving 35:25

GK8 14:19,20,21 15:3 16:17 17:15, 20,23 19:18 20:22 49:21 51:2,13 53:7 69:9 81:11

goal 81:17

goings-on 9:16

good 5:16,19 6:2,23 25:18,21,22 27:19 59:14,18 65:7,9,10 81:12

grab 39:14

granular 29:23 73:10,16

great 27:20 84:25

gross 15:20

ground 26:15

group 52:18 55:18 76:23

groups 73:12 82:20

guess 44:5

guidance 45:22

## H

hair 69:6

handful 17:4 58:1

handing 31:3 39:16

handling 80:8

happen 19:21 78:1

happened 78:19

happening 81:11

happy 53:11

hard 13:23 50:3,13,21 51:3,19 72:14

headcount 79:19

heard 21:19 53:7,14

hearing 10:3,5 11:14 84:4

held 5:9 66:1

helped 42:13

helpful 15:1 67:22 71:2

helping 36:19

hesitant 53:10

hey 52:19

high 71:18

hit 60:7

Hold 7:15

holders 34:5,17 35:1,7 36:1,15

holders' 17:14

hop 10:7

hoping 83:20

horrible 77:10

hosting 71:11

**hour** 28:8

**hubbub** 10:9

---

**I**

**identification** 31:8 39:21

**identified** 47:1 51:1 52:8,13 58:7

**identifying** 34:16

**idle** 72:10

**illiquid** 52:25

**imagine** 82:7

**immediately** 75:22

**impact** 22:13

**impacts** 21:24

**important** 27:10,12,16 53:25

**improves** 49:2

**in-kind** 22:8,14,20 75:14

**inactive** 38:23

**include** 13:5 37:21

**included** 13:24 58:23 80:23

**including** 9:16 13:6 64:19 74:13

**inclusive** 66:21,22

**incorrectly** 65:14

**increase** 60:16

**increased** 59:21 60:16

**increases** 20:4

**incremental** 9:20

**incurred** 60:20

**individual** 63:8,9 64:7,9 79:1 83:19, 22 84:1

**individuals** 10:17

**inform** 44:12

**information** 10:12 21:24 28:22 30:20 32:12 33:7,8,10,11,14,16 35:25 36:9,17,21 37:7 40:23 41:1 43:5,15, 22 44:16,18,23 45:10 46:1 64:22 77:15 80:25

**infrastructure** 62:13 70:7

**infusion** 12:19 21:12 52:3

**Ingrid** 5:2

**inhouse** 24:5,10

**initially** 40:10

**insignificant** 68:23

**Insolvency** 38:25

**insolvent** 61:3,9,14,16,23 62:8

**institutional** 37:8,13 55:19 56:1 73:5

**instruct** 53:20

**instructed** 53:12

**intend** 48:17 49:8

**intentions** 18:7,21

**interaction** 70:10

**interest** 6:24 14:19 15:3 75:7

**intermediary** 34:11

**internal** 63:14 70:1

**Interrogatories** 7:10 8:1

**interrupting** 82:11

**interruption** 11:10

**introduction** 40:16

**inure** 17:24

**invested** 77:23

**investment** 13:13 77:24

**investments** 49:22,23 51:2,5,6,7,16 52:25 53:4

**involved** 78:21 80:11

**involving** 39:12

**issue** 69:5

**issues** 20:21 50:7 52:18 62:3 71:4

**item** 9:19,24 10:1

**items** 21:2 43:25 55:14 72:1

---

**J**

**January** 48:4,9 71:5

**job** 59:18

**jumping** 75:24

**June** 37:11 46:6 78:22

---

**K**

**K&e** 8:15 34:12 36:22 40:10 80:23

**Kathryn** 5:23

**kind** 57:2

**Kirkland** 5:10,17 27:24 28:5 41:18, 23 45:8,24

**knowledge** 8:10 10:19 11:19 12:18 13:9,16 14:15,18 15:16,23 16:3,6,18 17:21 18:6,19 19:9,13,17,19 20:1 21:21 22:6,12 23:25 24:4 25:1 30:13 32:17,21 33:22 37:4,15 57:7 61:21 75:3 76:18,19 79:6

**Kondor** 6:13

---

**L**

**lack** 63:12 69:5 77:22

**large** 39:11

**largely** 9:22 60:8 67:12

**late** 46:6 78:22

**latest** 9:15 43:10 49:7

**lawyer** 65:13

**learned** 43:5

**learning** 79:5,8

**leaving** 42:9

**ledger** 23:3,7 24:24 74:6,10,16

**ledgers** 63:14,17

**legal** 22:16 45:25

**lending** 14:5

**level** 23:8,12 34:21 47:18 48:25 53:2 59:22 69:23 73:10,16 75:4

**levels** 60:4 79:6

**Lexitas** 5:3

**liabilities** 29:4,5,6,7 30:21 42:21 55:12,13,15,16,23 56:12,15

**liability** 78:12

**light** 54:3,7

**linked** 66:6

**liquidate** 61:22

**liquidating** 62:1,6

**liquidation** 12:12,15

**liquidity** 12:2,20,22,25 14:16,20 20:2,8,15 45:17,19 46:15,20,24,25 47:2,5,7,9,16,17,25 48:4,8,13,22 49:1,6,18,20 50:10,12,25 51:9,12,15, 18 52:3,7,12,16,20,22 53:25 54:4,8 58:6,11,12 59:5,24 61:2 68:18 69:1,3

---

In re 1069418 Network Mgmt LLC
Confidential
Case No. L489-3    Filed 11/29/22    Entered 11/29/22 14:59:22    Exhibit C Campagna
Pg 97 of 102
Robert Campagna
November 22, 2022

71:4 79:13,18 81:7

**listed** 42:23 55:9

**listened** 10:5

**litany** 58:22

**litigation** 21:25 30:3,7 38:5,6,7

**LLC** 5:10,12

**loan** 14:4 37:8 50:23 70:22 77:21,22 82:15,23

**loan-by-loan** 37:22,23

**loans** 13:24 37:13,25 50:3,4 55:20 56:1 73:5

**log** 10:25

**long** 75:19,21 81:21

**longer** 54:10

**looked** 20:17,18 23:8 24:1 56:6 67:23 69:1 79:9,25 80:1

**lose** 78:2

**lot** 72:6 79:7

**lots** 76:15 78:25

**Lucas** 5:20 25:18

**M**

**M3** 43:13,17,23

**machines** 71:24 72:16

**made** 16:24 17:15 35:1 41:14

**main** 34:6 42:20 55:4,6 56:13 77:1,3, 19,25

**maintain** 67:20

**maintaining** 59:19 74:5

**maintains** 24:23

**major** 43:25

**majority** 40:12

**make** 26:16 28:24 45:21 53:25 55:23 56:8 57:15 62:14 72:4,14,15 74:15 77:9,11,22 80:14 82:14,15,23

**making** 16:16,20 42:12,19 79:12

**manage** 70:9

**managed** 66:9 80:15

**management** 16:11 44:20,24,25 52:1 67:18

**managing** 39:3,6,9

**manner** 35:11

**March** 12:23 20:3,7,15 47:5,7,14,23, 24 48:14 81:7

**mark** 39:17

**marked** 31:1,5,7 38:2 39:15,20 62:24

**market** 69:11 74:24 75:5 76:2,6

**marketing** 53:6

**Marsal** 12:11 23:13,18 24:18 34:9,14 39:2,4,10

**Marshall** 34:14

**matching** 30:21

**math** 42:20

**matter** 5:11 10:8

**meaning** 75:14

**means** 10:16 63:7

**meant** 66:21

**mechanism** 80:12

**mechanisms** 70:8 79:17

**meet** 11:7 20:14 28:4

**meetings** 51:25 52:9 79:1 80:25

**members** 79:1

**memory** 44:12

**mentioned** 23:11 59:17 60:17 70:21

**Midland** 71:21

**Milbank** 6:8 84:19

**million** 9:25 12:2,4 14:2,3,7 15:12,14 21:13,20 22:20 48:25 59:9,12,23 60:9,10,12,19,22 66:19,24 67:14

**mind** 38:16 82:22

**minimis** 14:8 20:22

**minimize** 46:19,23

**mining** 9:16,21 12:24 13:3,22,23 16:21,22,24 17:1,3,4,7,11,24 19:10, 15 48:10,18 50:4,13,22 51:3,18 55:8 67:3,9 70:12,15,20,23,25 71:6,7,9 72:2,5,16 82:15,20

**minus** 56:11

**minute** 83:12

**minutes** 83:21

**missed** 10:7

**mission** 79:16

**missions** 79:23

**Misstates** 36:3

**model** 25:3

**moderate** 60:4

**modest** 59:25

**moment** 48:20 61:19 64:14 78:24

**money** 61:2 80:11

**monies** 12:3 82:13

**month** 9:14 20:7 47:23 49:1 59:5 60:20,21 67:1,2 69:2

**monthly** 59:12,15 60:13 66:17

**months** 59:25 68:18

**morning** 5:16,19 6:2,23 25:18,21,22 65:7,9,10

**motion** 8:2 9:4 14:9 17:14 18:14 38:7,11 40:4

**move** 25:2 72:12,13 75:5 82:19

**moved** 77:18

**movement** 22:24 23:3 64:9 70:1,9 80:17,20,21

**multiple** 74:25

**Murray** 26:12

**N**

**NDA** 53:16,21 68:3

**near-term** 83:2

**necessarily** 42:6 49:3 62:9,11

**negative** 9:25 11:23 47:10 56:17 67:8

**net** 42:17,22 54:19

**Network** 5:11

**neutral** 59:19 67:20

**news** 69:12 81:13

**nicer** 72:8

**nominal** 16:2 55:7,10 66:14 75:5

**non-mining** 13:4

**nondebtor** 16:4,7

**nonlegal** 68:13

**note** 12:24

**noted** 33:3 40:17

**notes** 29:12 61:19 64:14 81:4

**notice** 10:20,23

**November** 5:7 10:4 11:15

**number** 8:8 15:20 32:25 33:2 51:25
53:11 56:16,17 60:9 63:21 65:25
66:4,23 68:23 73:14 79:16

**numbers** 29:22,24 43:19 53:8,13

**numerical** 9:18

---

**O**

**oath** 26:19

**Object** 15:17 18:3,10,11 19:3,4 22:1
58:14

**Objection** 9:1 11:20 17:16 18:2
19:23 21:15,17 22:15 25:5 34:18 35:8
36:3 37:17 46:12 61:4,24 62:24 63:16
70:2 74:7,17 75:9 76:13

**objections** 18:16

**obligations** 73:2

**obtuse** 66:18

**October** 8:6,25 12:6 28:14 43:12,22
59:22

**Offhand** 14:12

**Office** 6:3,11 7:6,24 8:16 65:19

**Official** 5:21,25 7:1

**omnibus** 63:7

**once-a-month** 9:15

**ongoing** 16:16,20 18:8,22 45:3

**open** 48:19

**operating** 58:23,25

**operationally** 67:4 71:8,19

**operations** 16:7 17:2 19:11

**opportunities** 50:20

**opted** 75:17

**option** 83:2

**orally** 10:15

**order** 10:21,24 11:2,6 16:11 20:14
84:15,20

**ordinary** 71:10

**organization** 70:23

**Oversight** 39:7

**owe** 78:14

**owed** 33:1 62:14,15 63:18

---

**P**

**paid** 17:10 18:9,23 60:5,8 70:12
71:25 75:12,13

**paragraph** 40:17 41:20 42:7 43:1
44:7,15 45:6 46:18,22 48:5 51:21
54:16

**paragraphs** 41:2,3,5 54:13

**parcel** 50:19

**parent** 70:23,25 82:14,20,23

**part** 10:5 12:16 44:5,6 50:19 51:4

**participation** 84:9

**parties** 8:22 20:25

**pass** 31:1

**passed** 38:22

**past** 78:20

**paths** 13:21,24 20:16

**pause** 64:15 78:22

**pay** 22:10 53:3 75:7 79:13

**paying** 16:4 17:8,11

**payment** 18:22

**payments** 16:13,16,20,23

**payroll** 17:9 58:24

**pending** 21:12

**people** 79:5

**percent** 68:11

**perform** 12:14 24:2 35:9

**performed** 12:11 24:5 41:16

**performing** 23:15

**period** 72:16

**person** 27:17 57:4

**personnel** 36:21

**picking** 63:25

**piece** 34:20

**pin** 44:8

**place** 62:13 74:15 78:23 79:22 80:7,
10,12,19

**places** 81:20

**plan** 49:10,12

**planned** 12:17

**planning** 13:10 46:15 79:21

**plans** 22:10

**PO** 10:11

**podcast** 10:15

**point** 13:14 20:6 21:3 47:23 53:5
66:2 71:19 72:14 76:21 81:24

**points** 37:9,11,12

**policies** 74:14,20 80:7,10

**portions** 11:9

**pose** 50:7

**position** 59:19 67:21

**positioning** 13:17

**positive** 11:17,22 14:22 56:15,22

**possesses** 15:21

**post-petition** 76:12

**potential** 13:24 46:16,20 49:19
50:12,19,20 52:2,6,12,17 69:9 83:22

**potentially** 51:1

**power-related** 9:21

**practice** 39:4

**pre** 77:2

**prefer** 57:10

**preferred** 6:8 17:13,24 18:20,24

**preliminary** 6:25 10:8

**preparation** 28:10 30:5 38:4 46:16

**prepare** 27:21

**prepared** 69:22

**presume** 14:6

**pretty** 65:23 75:5

**prevail** 19:6

**prevent** 61:10

**previously** 9:23 14:9 15:13 52:7,13
58:4

**price** 66:6,7,13 69:17

**prices** 69:14 71:13,18 72:11

**primarily** 36:22

**primary** 50:9

**Prime** 21:7,11,19,24

**prior**  10:20 40:22 46:9 61:11

**privileged**  30:18 45:9,13

**problem**  25:11 61:20 83:5

**procedures**  74:15,21 80:7,10,14,18

**proceed**  76:4

**proceedings**  27:11

**proceeds**  14:21 17:19 49:21 58:19 69:9 70:13 81:11

**process**  13:21 34:16 35:6 45:20 49:25 51:3 53:7 54:19 57:8 68:7,9 72:7,8 73:25 82:5,7,8

**processes**  80:14

**procure**  13:11

**professional**  13:7 58:24 60:5,11,16 67:12,18

**program**  33:1 55:21,24 78:14,15

**programs**  75:8,12

**project**  47:15 58:5,10

**projected**  47:7 48:21

**projections**  13:5 47:18,24

**proper**  21:1 62:12

**proportionate**  62:15

**propose**  54:20 56:5,19

**proposed**  22:9 34:25 47:12 48:23,24 49:5 56:9 59:4 80:21

**proprietary**  73:20 74:3

**protective**  10:21,24 11:2,6

**provide**  7:9,25 44:24 45:11 63:15 69:2

**provided**  8:14 24:9,12 32:11 33:9, 10,25 40:24 41:1,10,12 45:1 68:19 73:5,11

**prudent**  54:5,6,9

**publically**  10:14

**publicly**  11:5

**pulled**  43:15

**purchased**  71:24

**purposes**  9:10 33:18

**pursuant**  16:10

**pursued**  20:16 51:8 52:17

**pursuing**  13:15 22:8

**put**  38:1 41:13 52:20 53:11 63:23,24 64:1 77:1,5,7 80:6,12,18 84:17

**puts**  9:19

**putting**  42:11

## Q

**question**  9:12 27:5,7,18 31:12 32:9, 10,23,24 33:21,23 34:2 35:5 36:2,5, 13,19 37:5,15 48:19 63:1 77:10 81:23 82:21 83:20 84:2

**questions**  7:1 14:23 22:23 25:24 29:21 30:6,10,12,15,24 31:13,18,19, 22 32:2,11,12,17 37:1 57:14 58:1 64:13,18,21,23 65:2,4,24

**Quickbooks**  24:19,21,24,25 25:2 69:19,23 73:18

**quicker**  82:3,4

**quickly**  54:1 80:15 81:18

**quote**  44:16

## R

**raise**  14:2 68:24 70:19 81:9

**raised**  58:6

**raising**  81:25

**range**  53:13 67:25

**ranges**  53:8 68:8

**rate**  60:10 66:17 67:14

**rates**  68:10,11

**re-begin**  7:25

**read**  36:12 84:5

**readily**  76:6

**reading**  34:7

**reason**  27:1,3

**reasonably-priced**  68:15

**reasons**  60:3

**recall**  62:22

**receive**  62:16,21 75:17

**received**  31:7 39:20 41:18,23 44:19 45:23

**recent**  26:10 28:2,7 37:12

**recess**  6:19 7:19 25:14 57:21 83:15

**recognize**  31:10 39:23

**recollection**  8:20

**record**  5:2,15 6:18,21 7:16,21 19:20 24:17 25:13,16 27:11 57:17,20,23 65:17 72:21 83:14,17 84:1,13,18

**recorded**  10:13

**records**  24:17,20,21 73:24

**recoup**  18:8,22

**reduce**  62:18

**refer**  45:7 63:18 73:8

**reference**  63:13

**referencing**  47:3

**referred**  29:8 44:10 63:11

**referring**  45:5 48:15 80:6

**refers**  48:10

**reflect**  44:1

**reflected**  42:23 78:11

**refrain**  11:3

**related**  30:21 33:1 37:8

**relates**  45:17,18

**relating**  42:16

**relation**  35:14 38:11 52:11

**relevance**  9:7

**relevancy**  9:6

**relevant**  43:6,8

**relying**  24:9,11

**remain**  60:3

**remaining**  40:12 41:2 58:2

**remember**  14:12 15:18 55:17 63:1 68:8

**report**  23:9

**reporter**  6:12 7:15 31:3 39:16 84:14, 17,21,24

**reporting**  23:9 43:16,23

**reports**  45:2 73:22

**represent**  25:20

**represents**  60:10

**request**  30:24 31:12

**requested**  80:2

**requesting**  32:24

**requests** 30:2 80:13

**require** 48:3,8,13 82:18

**required** 46:2 67:10 73:14 80:2

**reserve** 28:23 42:21 55:11,13,23
  56:11,15 72:24,25 73:2,4,14

**reserves** 64:19

**respect** 7:11 8:2 18:13 30:11 43:16
  45:16,24 80:9

**respond** 30:2,18

**responded** 32:10

**response** 34:2 35:4 36:2,12,19
  62:23 83:9

**responses** 7:10 8:1 30:6 31:12

**responsibilities** 39:5

**responsible** 35:24 41:15

**rest** 67:5

**restart** 49:24

**restarted** 20:18

**restate** 36:5

**restructuring** 38:25 39:4,8 46:17

**restructurings** 39:11

**retail** 55:19,25

**retailer** 73:5

**retained** 5:3 46:3,5,11

**retention** 40:24

**return** 77:23

**reveal** 30:17 45:12

**revenue** 58:12

**revenues** 17:3

**review** 41:25 43:5,9 78:18 81:4

**reviewed** 16:9 20:12 27:24 28:1,2,9,
  13,15 29:17 42:4 43:21 44:4,11

**reviewing** 24:18 42:8

**revise** 41:19,22

**revised** 41:9,12

**revisit** 81:15

**rewards** 75:12,16,17 77:21

**rewrote** 42:7,15

**rights** 17:19 69:8

**rigs** 71:23

**risk** 46:20,23

**riskier** 82:5

**Robert** 5:12 39:20

**robust** 82:8

**Rodriguez** 5:2

**role** 39:6

**rolls** 28:16

**roughly** 12:1 48:25 49:2 59:5,24
  66:19

**rules** 26:15

**run** 20:7 45:19 47:7,15 48:22 49:5
  53:6 60:10 61:1 82:7

**running** 61:10,12,18 81:8

**runway** 20:4 49:1,6 58:11 59:5 79:20

**Rushing** 65:18

**Ryan** 6:2,3 65:2,3,6,17,18,22 83:3,6

**S**

**S-H-A-R-A** 7:7

**sake** 7:4

**sale** 7:11 13:17 14:19 15:3,24 17:20
  18:14 19:2,10,14,18 20:9 22:13 34:25
  47:12 48:24 49:21 51:1,12 55:2 56:9,
  16 59:3,8 69:9 70:13 72:7,8 76:1,3,6
  81:12 82:24

**sales** 14:17 20:21,22 49:20 51:1,9
  71:23 81:13

**schedule** 28:17,19

**schedules** 33:18 37:20

**Schneider** 83:8,23

**science** 38:19

**scope** 9:2 11:21 17:17 18:3,11 19:4
  21:18 22:2 25:6 37:18 46:13 70:3
  74:8,18 75:10 76:14

**sections** 40:14 42:16

**Securities** 6:5 65:20

**seek** 61:10

**seeking** 15:10,19 46:19,23

**segment** 48:10,18

**segments** 48:2,7,12

**sell** 14:1 15:11,14,19 16:2 19:21
  20:20,25 30:23 48:22 49:4,16 54:20,

24 56:5,9,18,20,22 58:18 68:16 72:20
  75:17,20

**sellable** 76:7

**seller's** 69:11

**selling** 20:4,13,18 62:2 71:9 74:22,
  24 81:10

**sense** 72:4,15 77:10,11

**sentence** 34:23

**separate** 50:16 70:5

**September** 9:24 68:7

**Series** 6:8

**sessions** 27:23

**set** 62:3 66:9 80:13

**settlement** 21:8,11,25

**Shara** 6:10,23 7:5,23

**share** 17:12 39:17 43:13,17 53:12
  62:16

**shared** 43:23 80:25

**shareholders** 6:9 17:25 18:20,25

**sheet** 49:22 50:7 69:23,24

**sheets** 53:1 79:9

**shift** 54:12

**shortfall** 13:2 56:7

**show** 17:6 47:24

**sic** 67:24

**side** 9:17,21 13:4 38:2 70:17 80:17

**sign** 84:6

**signed** 10:23 11:2,6 53:10

**significance** 26:22

**similar** 20:21 26:4,22 37:19 41:1
  62:1

**similarly** 73:25

**simple** 65:23

**simplifying** 67:12

**simply** 36:22 37:7 45:17 56:9 60:20
  61:18 69:11 73:10

**Sir** 83:24

**sit** 80:24

**site** 71:22

**sitting** 12:5 59:23 72:10

**situation** 49:2 79:15

**skip** 6:25

**smoothly** 26:17

**software** 73:19,21 74:3

**sold** 9:9 82:12

**solve** 49:3

**sort** 11:24 24:15 79:5,16

**sounds** 8:8 27:19

**source** 40:18,20 43:18 44:2 45:1 50:12,20 68:15

**sources** 49:17,18,19 50:9,10,24 52:7,12,23 58:7,13

**Southern** 5:5

**space** 39:8 49:24

**sparks** 64:22

**speak** 57:5,10

**speaking** 23:22 27:17 35:21 67:3

**specially** 73:18

**specific** 34:25 36:14 44:9,10 46:25 47:14,20,22 66:25 75:2 76:17 77:4 78:3,7

**specifically** 18:13 19:1 23:16 30:11, 20 45:21 70:8,20 71:1 80:2 81:1

**specificity** 47:19 53:2 58:15

**specifics** 14:13 42:12 50:2 74:20

**speculation** 19:24 61:5,25

**speed** 78:25

**spend** 80:15

**spending** 62:18 80:11

**spoken** 27:13 75:2

**spring-summer** 26:13

**stable** 66:2,3,5

**stablecoin** 8:2 9:4,9 13:17 14:2 15:10,20,25 16:2 19:2,5,10,14,18,21 20:4,10,14,19 21:4 22:13 30:22 34:25 35:7 38:7,11 40:3 43:19 47:12 48:23, 24 49:5,17 50:5 54:20 55:24 56:10 59:4 62:3 66:1 68:12,16 70:24 72:19 74:22 75:20 76:2,11,25 77:5 78:9 81:10 82:12,24

**stablecoins** 7:11 15:14 18:14 34:4, 5,17 36:14 54:23 55:1,3,5 56:4 58:19 59:8 75:6

**staff** 24:12

**standpoint** 14:22

**start** 79:2

**started** 12:1 40:18,20 60:5 78:17

**starting** 60:7,8

**starts** 81:8

**state** 5:14 6:4 18:17 43:4 44:14,17 46:22,23 48:1 51:24 65:20

**stated** 11:16

**statement** 12:17 24:20 44:7

**statements** 33:18 44:13 69:22,24

**states** 5:5 6:11 7:6,24 8:16 34:3

**status** 15:2,5

**step** 61:3,8

**steps** 61:13 81:8

**straight-up** 76:2,5

**streaming** 11:3

**strike** 20:10 44:16 54:6 55:22 58:17 76:9

**strong** 67:17

**subject** 45:9 53:16,21

**submitted** 40:23

**subsidiaries** 70:25

**substance** 40:12

**substantially** 41:9,11 42:6 44:1

**successful** 17:22 18:7,20

**sufficient** 13:1

**suggested** 68:14

**sum** 32:16 55:21,23 56:21 60:12 64:3

**summary** 23:8,12 69:23

**summer** 68:7

**supervision** 44:20

**supplemental** 43:15,22

**support** 40:3

**surprised** 76:16

**Sutherland-smith** 5:23,24 30:25

**swear** 6:13

**swing** 74:24

**switch** 38:14

**sworn** 6:16

**system** 13:2 17:10 24:24 35:23

**systems** 70:6 73:13

---

**T**

**Tab** 31:2

**tag** 34:3

**tagging** 34:15,20

**takes** 9:19

**taking** 61:11 81:24

**talk** 29:15,19

**talked** 29:18

**talking** 29:9 50:8

**tasked** 81:25

**taxes** 71:22,23

**team** 29:18,20 30:8,9 44:19,20,24,25 52:1 79:1,3

**term** 42:16

**terms** 11:3 82:3

**testified** 6:16 36:8 47:6 50:11 52:21 56:23 58:4 59:3 70:11 72:17 76:24

**testify** 27:2

**testimony** 36:4 49:14 52:8,14 62:23

**Texas** 6:3,5 65:18,19,20 71:21

**thing** 14:22 82:25

**things** 52:17,19 67:7,11 72:6,24 74:12

**thinking** 43:10

**third-party** 24:14

**tight** 20:3

**time** 5:7 6:20,24 7:17,20 16:7,8 19:22 20:3 22:13 25:12,15 26:10 27:17 28:7 37:9,12 42:5 49:9,10 57:19,22,25 64:20,24 69:17 71:14 72:16 78:22 83:4,13,16 84:8,11,12

**timeline** 20:23

**times** 26:6,8 28:4 41:25 42:3 58:10 78:1

**today** 7:2 25:24 27:2,22 50:8 57:25 64:21 75:12 78:5 83:4

**today's** 5:6 11:3 15:9 27:11 29:16

token 75:18

tomorrow 8:18 84:24,25

total 50:24 56:10,19

touched 49:13

tough 44:8

trace 34:24 36:14 63:13 64:5,9 76:25
   77:7 78:2

traced 35:12,17 63:8

tracing 35:6,10,14,25 36:9,18 63:15

track 69:25

tradeable 76:7

transact 21:1 69:16

transaction 74:23 77:4 81:22

transactions 74:25

transcribed 27:12

transcript 10:11 11:9 84:15,20

transferred 77:6

transfers 35:1

treaded 11:25

treasury 76:23

true 52:24

Truman 6:7 84:14

Trust 21:7,11,19,25

trustee 6:11 7:7,24 8:17 81:2

truthfully 27:2

turn 65:4 72:15

turned 68:12

tweeting 11:4

Twitter 10:16

type 23:23 24:5 32:25 33:2 55:15,16,
   18 56:7,18 71:4,23

types 68:13 73:1,3

typically 37:20 39:12

---

**U**

UCC 16:9 64:17,19 68:14 81:2

ultimately 17:8 62:13 74:10 79:22

unable 36:14 49:16 58:5 64:5

underlying 30:22 42:24 45:1

understand 17:18 26:20,24,25 27:5,
   7 34:20 41:17 62:14 69:18 70:8 73:7

understanding 13:20 16:1,15,19,25
   24:25 29:24 35:10,16,19,20,22 41:7
   45:18,25 50:2 54:22 63:6 69:21 77:16

Understood 27:15 33:20 53:22
   57:12

undertake 19:8

United 5:5 6:11 7:6,24 8:16

University 38:21

unsecured 5:22,25 7:2 25:20 43:14

upcoming 52:2 82:16

update 9:14,15,20

updated 8:10 9:13 12:21

updates 9:16,18

USD 66:10

user 70:9 73:9 77:14 78:12

users 32:25 63:9,10 64:7

---

**V**

Vague 34:18 63:16

values 17:23

variety 20:19 24:22

vendor 16:13,23

verbal 27:13

versus 71:10 74:24 78:6

video 5:4,7 65:4

view 62:6

virtually 75:22

vis-à-vis 15:6

volume 75:1,4

---

**W**

wait 27:17

Wallace 5:16,17 9:1,6 10:6 11:20
   15:17 17:16 18:2,10,16 19:3,23
   21:15,17 22:1,15 25:5 30:16 34:18
   35:8 36:3 37:17 45:12 46:12 53:15,19
   58:14 61:4,24 63:16 65:1 68:2 70:2
   74:7,17 75:9 76:13 83:6,10,18

wallet 63:7 77:1,3

wallets 34:6

wanted 29:22 54:18 84:15

wanting 76:3

water 12:1

week 10:4 11:24 67:1

weekly 43:17

weeks 11:23

White 5:20,24 25:19

Whitney 6:7 84:16,19,23,25

withheld 55:17

withhold 29:4,6 55:15,17,25 73:3
   78:15

word 65:14 66:3 69:5 77:23

words 41:14 42:11,18

work 24:2 35:10,14 39:1 41:15 42:23
   46:10 62:17 66:8

worked 33:5

working 17:1 21:23 39:11 44:19
   76:22

worries 11:12

worse 82:3

worth 21:13

writing 10:15

written 30:6,10,12,14,24 31:2,11,13,
   19,22 32:3 73:18

wrong 57:11 66:20

---

**X**

X-AMOUNT 77:5,8 78:9

---

**Y**

year 71:14

years 38:23 39:9

yesterday 28:8 71:15

York 5:6,10

---

**Z**

Zoom 10:22 83:22 84:2