# **EXHIBIT 1**

**(Excerpts of Robert Campagna Deposition Transcript)**

12

1   water.  It's about -- it roughly started the
2   case with 115 million in baseline liquidity.
3   Collected some monies from the Bitfinex
4   exchange, that was 65 million.  That would be
5   180.  And we're sitting at like 172 or so around
6   October 31st.
7        Q.   Okay.
8        A.   On an overall basis, everything is in
9   there.
10       Q.   Have you or has anyone on behalf of
11  Alvarez & Marsal for Celsius performed a
12  liquidation analysis of the debtors?
13       A.   No.
14       Q.   Do you expect to perform a
15  liquidation analysis of the debtors?
16       A.   We would expect to do that as a part
17  of the planned disclosure statement.
18       Q.   To the best of your knowledge, when
19  do you expect to need of an infusion of
20  liquidity?
21       A.   The current forecast -- the updated
22  forecast liquidity on an overall consolidated
23  basis in March of 2023.
24            I note the mining business needs --
25  has liquidity needs a little earlier than that,

13

1   but on a consolidated basis, there's sufficient

2   cash in the system to cover the shortfall of

3   mining, but it would have to come from the core

4   -- the non-mining side of the business.

5       Q.   Do those projections include

6   administrative costs of the bankruptcy including

7   professional fees?

8       A.   They do.

9       Q.   Okay.  To the best of your knowledge,

10  do you know if the debtors are planning to

11  procure a DIP financing arrangement?

12      A.   DIP financing was explored earlier in

13  the case by Centerview, the company's investment

14  banker.  At this point, the company is not

15  pursuing DIP financing.

16      Q.   To the best of your knowledge, would

17  the sale of stablecoin affect positioning if the

18  debtors were to look for debtor-in-possession

19  financing, or DIP financing, at a later date?

20      A.   My understanding of the DIP financing

21  process, there's several paths.  One was a DIP

22  based on the assets of the mining business, the

23  hard assets of the mining business.  Other

24  potential paths included loans against the

25  coins, the crypto assets.

22-10964-mg   Doc 1495-1   Filed 11/29/22   Entered 11/29/22 16:17:22   Exhibit 1 -
In Re - Celsius Network LLC    Excerpts of Robert Campagna Deposition   Pg 4 of 7   Robert Campagna
Confidential                                                             November 22, 2022

14

1              So to the extent we sell the
2    stablecoin and raise 18 million, that's
3    obviously 18 million right to the company.  To
4    the extent we used it as collateral for a loan,
5    we would get some lending capacity on that, I
6    presume.  I don't know if it would be 18
7    million.
8         Q.   Are you familiar with the de minimis
9    asset motion that was previously filed in the
10   Celsius bankruptcy case?
11        A.   Generally.  I know one was filed.
12   Offhand, I don't know the -- remember the
13   specifics.
14        Q.   Sure.
15             To the best of your knowledge, has
16   there been any flow of liquidity from those
17   sales?
18        A.   No, not to my knowledge.
19        Q.   Would the sale of GK8 or the interest
20   in GK8 affect the overall liquidity analysis?
21        A.   The proceeds from GK8 would obviously
22   be a positive thing from a cash flow standpoint.
23   I think there's questions over who has access to
24   those funds and whether the company has access
25   to those funds.  But if the company were able to

22-10964-mg   Doc 1495-1   Filed 11/29/22   Entered 11/29/22 16:17:22   Exhibit 1 -
In Re - Celsius Network LLC   Excerpts of Robert Campagna Deposition   Pg 5 of 7   Robert Campagna
Confidential   November 22, 2022

15

```
 1  use those, it would absolutely be helpful.
 2       Q.   Are you familiar with the status of
 3  the sale of GK8 or the interest in GK8?
 4       A.   Very generally, yes.
 5       Q.   Are you familiar with the status,
 6  vis-à-vis an auction?
 7       A.   Generally, yes.
 8       Q.   Okay.
 9            As of today's date, how much
10  stablecoin are you aware that Celsius is seeking
11  to sell?
12       A.   Eighteen million.
13       Q.   Previously, Celsius was looking to
14  sell approximately 23 million stablecoins.
15            Do you know, to the best of your
16  knowledge, why there was a change?
17            MR. WALLACE:  Object to form.
18       A.   I don't remember whether we were
19  seeking to sell 23.  I know the 23.  The 23 is
20  called the gross number of stablecoin on
21  Fireblocks that the company possesses on
22  Fireblocks or is controlled on Fireblocks.
23       Q.   To the best of your knowledge, are
24  there any costs associated with the sale of
25  stablecoin?
```

21

```
 1   and transact and get the proper value.
 2              So we've explored those other items,
 3   and at this point, we've determined that the
 4   stablecoin is the easiest and the cheapest way
 5   to get some funding into the estate.
 6        Q.   Sure.
 7              Are you familiar with the Prime Trust
 8        settlement?
 9        A.   No, I'm not.
10        Q.   Are you familiar generally that if
11   there is the Prime Trust settlement that's
12   currently pending, there may be an infusion of
13   approximately $15 million worth -- $15 million
14   of value --
15             MR. WALLACE:  Objection.  Foundation.
16        Q.   -- going to the debtors?
17             MR. WALLACE:  Objection to
18        foundation.  Form.  Outside the scope.
19        A.   I have heard Prime Trust.  I've heard
20   15 million.  That's about the extent of my
21   knowledge.  But, yes.
22        Q.   Is there anyone at Alvarez or anyone
23   that you've been working with that would have
24   more information about the impacts of the Prime
25   Trust litigation settlement?
```

22-10964-mg Doc 1495-1 Filed 11/29/22 Entered 11/29/22 16:17:22 Exhibit 1 - Excerpts of Robert Campagna Deposition Pg 7 of 7

In Re - Celsius Network LLC
Confidential

Robert Campagna
November 22, 2022

75

1    A.    No, not this volume of coin.  I've
2  spoken with the folks with the specific
3  knowledge on this at the company that said this
4  volume of coin will not -- is not a level that
5  would move the market.  It's pretty nominal.
6    Q.    Okay.  Do you know if stablecoins are
7  used to pay interest or awards on the earn
8  programs?
9         MR. WALLACE:  Objection.  Outside the
10     scope.
11    A.    Generally, I don't think there's any
12  rewards being paid on the earn programs today,
13  but I think when they were paid, they were paid
14  in-kind, meaning whatever form of coin you
15  deposited, that's the form that you earned the
16  benefits or rewards in, with the exception being
17  you could have opted to receive rewards in sell
18  token.
19    Q.    In general, how long do you think it
20  will take to sell the stablecoin?
21    A.    It would not take long.  I think they
22  could do this virtually immediately once
23  approved.
24    Q.    And I am jumping in for a colleague
25  here, so forgive me if everyone knows this