Hearing date: December 5, 2022 at 10 a.m. EST
Objection date: November 29, 2022 at 5 p.m. EST

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 22-10964-MG |

**STATE OF WASHINGTON'S JOINDER TO LIMITED OBJECTION OF THE COORDINATING STATES AND VERMONT WITH RESPECT TO THE DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS IN THE DEBTORS' EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE AND (III) GRANTING RELATED RELIEF**

The Washington State Department of Financial Institutions ("Washington") hereby joins in the Limited Objection filed by the States of Alabama, Arkansas, California, Hawaii, Idaho, Maine, North Dakota, Oklahoma, South Carolina and the District of Columbia (the "Coordinating States") (Docket No. 1492) with respect to the Debtors' Amended Motion For Entry Of An Order (I) Establishing Ownership Of Assets In The Debtors' Earn Program, (II) Permitting The Sale Of Stablecoin In The Ordinary Course And (III) Granting Related Relief (the "Amended Motion")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtor's service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

(Docket No. 1325). Washington further joins the Vermont Department of Financial Regulation (Vermont) in its Limited Objection to the Debtors' Amended Motion (Docket No. 1484).

JOINDER

1. For the reasons identified by the Coordinating States and Vermont, Washington joins in the respective Limited Objections.

Dated: November 29, 2022

Respectfully submitted,

ROBERT FERGUSION
Attorney General of Washington

*/s/ Stephen Manning*
STEPHEN MANNING
Washington State Bar No. 36965
Attorney General of Washington
Government Enforcement and Compliance
P. O. Box 40100
Olympia, WA  98504-0100
Telephone: (360)
Facsimile: (360) 664-0229
stephen.manning@atg.wa.gov
Attorney for Washington State
Department of Financial Institutions

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on November 29, 2022.

*/s/ Stephen Manning*
STEPHEN MANNING
Assistant Attorney General