WEIR GREENBLATT PIERCE LLP
By:    Bonnie R. Golub, Esquire
       Jeffrey S. Cianciulli, Esquire
       Michael P. Broadhurst, Esquire
Attorney I.D. Nos. 83504/80906
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107
(215) 665-8181
(215) 665-8464 fax
bgolub@wgpllp.com
jcianciulli@wgpllp.com
mbroadhurst@wgpllp.com
*Counsel to Creditor Matthew Pinto*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>   CELSIUS NETWORK LLC et al.,<br><br>   Debtors | Chapter 11<br><br>Case No. 22-10964(MG)<br><br>(Jointly Administered) |

**JOINDER OF MATTHEW PINTO IN OBJECTIONS TO DEBTORS' AMENDED
MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS
IN THE DEBTORS' EARN PROGRAM, (II) PERMITTING THE SALE OF
STABLECOIN IN THE ORDINARY COURSE, AND (III) GRANTING RELATED
RELIEF**

Matthew Pinto ("Pinto"), by and through his undersigned attorneys, joins in the Objections

of Eric Wohlend (D.I. #1430), Jeremy Cohen Hoffing (D.I. # not assigned), Nuno Saraiva (D.I. #

1485), and Keith and Jennifer Ryals (D.I. # 1490) to Debtors' Amended Motion for Entry of an

Order (I) Establishing Ownership of Assets in the Debtors' Earn Program, (II) Permitting the Sale

of Stablecoin in the Ordinary Course, and (III) Granting Related Relief (the "Objections").  Pinto

incorporates herein and restates, as though fully stated herein, the bases stated in the Objections.

## CONCLUSION

WHEREFORE, Matthew Pinto respectfully requests that this Honorable Court enter an order granting the Objections in their entirety, finding that the Debtors' Terms of Use are ambiguous and should be construed against the Debtors, and denying Debtors' motion for authority to sell the Earn Assets in its entirety in addition to such other and further relief as is just and proper.

WEIR GREENBLATT PIERCE LLP

BY:  /s/ Jeffrey S. Cianciulli
     Bonnie R. Golub, Esquire
     Jeffrey S. Cianciulli, Esquire (pro hac vice)
     The Widener Building
     1339 Chestnut Street, Suite 500
     Philadelphia, PA 19107
     (215) 665-8181
     (215) 665-8464- Fax

     Michael P. Broadhurst, Esquire (pro hac vice)
     The Widener Building
     1339 Chestnut Street, Suite 500
     Philadelphia, PA 19107
     (215) 665-8181
     (215) 665-8464- Fax
     *Counsel for Creditor Matthew Pinto*

Dated: November 29, 2022