# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| CELSIUS NETWORK LLC et al., | : | |
|  | : | Case No. 22-10964(MG) |
| Debtors . | : | |
|  | : | (Jointly Administered) |
|  | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, a copy of the foregoing Joinder Motion was electronically transmitted via the Court's CM/ECF system to those listed on the Court's Electronic Mail Notice list:

- **David J. Adler** dadler@mccarter.com
- **Susan L Adler** nycsa@aol.com, susannycsa@gmail.com
- **Nelly Cessiska Almeida** nalmeida@milbank.com,
- jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com
- **Andrea Amulic** andrea.amulic@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com
- **Michael Andolina** mandolina@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com
- **Darren T. Azman** dazman@mwe.com, mco@mwe.com;cgreer@mwe.com
- **Alexandra Steinberg Barrage** abarrage@dwt.com
- **Malcolm M Bates** mbates@duanemorris.com
- **Ronit Berkovich** Ronit.Berkovich@weil.com
- **Jeffrey Bernstein** jbernstein@mdmc-law.com, kpatterson@mdmc-law.com
- **Michael P. Broadhurst** mbroadhurst@wgpllp.com
- **Dean Lindsay Chapman** dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com
- **Michael Chen** mchen@akingump.com
- **Shawn M. Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **Jeffrey S. Cianciulli** jcianciulli@wgpllp.com, imarciniszyn@weirpartners.com
- **Marvin E. Clements** agbanknewyork@ag.tn.gov
- **Hollace T. Cohen** hollace.cohen@fisherbroyles.com
- **Aaron Colodny** aaron.colodny@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com
- **Dawn R. Copley** dcopley@dickinsonwright.com, tcorey@dickinsonwright.com
- **Karen Cordry** kcordry@naag.org

- **Shara Claire Cornell** shara.cornell@usdoj.gov
- **Anthony J. DeGirolamo** tony@ajdlaw7-11.com
- **Roma N Desai** roma.desai@oag.texas.gov
- **Thomas Robert Dominczyk** tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com
- **Daniel Eggermann** deggermann@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Stuart P. Gelberg** spg@13trustee.net
- **Jeffrey R. Gleit** jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com
- **Brian D. Glueckstein** gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com
- **Bonnie R. Golub** bgolub@wgpllp.com
- **Andrew R. Gottesman** gottesman@mintzandgold.com, gottesman@mintzandgold.com
- **Brian G. Hannon** bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
- **Juandisha Harris** harrisj12@michigan.gov
- **Samuel P Hershey** shershey@whitecase.com, mco@whitecase.com,jdisanti@whitecase.com
- **Mitchell Hurley** mhurley@akingump.com, bkemp@akingump.com;dkrasa@akingump.com
- **Monique Debrikka Jewett-Brewster** mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Katherine Johnson** kjohnson3@ftc.gov, kaizpuru@ftc.gov
- **John Kane** jkane@akingump.com
- **Barry R. Kleiner** dkleiner@kkwc.com
- **Gregory Kopacz** gkopacz@sillscummis.com
- **Lawrence J. Kotler** ljkotler@duanemorris.com
- **Bryan Kotliar** bkotliar@teamtogut.com, eblander@teamtogut.com;jmcclain@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com
- **Deborah Kovsky-Apap** deborah.kovsky@troutman.com, kay.kress@troutman.com
- **Erica Kravchenko** ekravchenko@bernsteinlaw.com
- **Tyler Nathaniel Layne** tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com
- **Vincent Edward Lazar** vlazar@jenner.com
- **Thomas Scott Leo** sleo@leolawpc.com, emartinez@leolawpc.com
- **Nicole A Leonard** nleonard@mdmc-law.com, sshidner@mdmc-law.com
- **Seth H. Lieberman** slieberman@pryorcashman.com, cfrench@pryorcashman.com
- **Edward J. LoBello** elobello@msek.com
- **Stephen Manning** stephen.manning@atg.wa.gov, GCEEF@atg.wa.gov
- **Hugh R. McCullough** hughmccullough@dwt.com, elainehuckabee@dwt.com;SEADocket@dwt.com
- **Joshua Mester** jmester@jonesday.com

- **Layla Milligan** Layla.Milligan@oag.texas.gov
- **Julie F. Montgomery** jmontgomery@brownconnery.com
- **Michael D. Morris** morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- **Carl D. Neff** carl.neff@fisherbroyles.com
- **Mark Norgaard** mnorgaard@norgaardfirm.com, crose@norgaardfirm.com;sferreira@norgaardfirm.com
- **Kyle J. Ortiz** kortiz@teamtogut.com, dperson@teamtogut.com;aoden@teamtogut.com;aglaubach@teamtogut.com;eblander@teamtogut.com;bkotliar@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com; lebrahimi@teamtogut.com
- **Michael Todd Parker** todd.parker@parkerpohl.com
- **Arie Peled** aapeled@venable.com
- **Gregory F Pesce** gregory.pesce@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com
- **Richard J. Pilson** richardjpilson@aol.com
- **David M Pohl** david.pohl@parkerpohl.com
- **John Reding** john.reding@ilag.gov
- **Annemarie V. Reilly** annemarie.reilly@lw.com
- **Kyle William Roche** kyle@kyleroche.law, akaradjas@rochefreedman.com
- **Jennifer Rood** jennifer.rood@vermont.gov
- **Abigail Ryan** abigail.ryan@oag.texas.gov
- **Jeffrey S. Sabin** jssabin@venable.com
- **Ray C Schrock** ray.schrock@weil.com, matthew.goren@weil.com
- **William D Schroeder** schroeder@jrlaw.org, healey@jrlaw.org
- **Paul R. Shankman** pshankman@fortislaw.com
- **Virginia T. Shea** vshea@mdmc-law.com, tcolombini@mdmclaw.com;mtaranto@mdmc-law.com
- **Paul N. Silverstein** paulsilverstein@huntonak.com
- **Scott D. Simon** ssimon@goetzfitz.com
- **Katherine Stadler** kstadler@gklaw.com, kboucher@gklaw.com
- **Catherine Steege** csteege@jenner.com, jeffrey_cross@discovery.com
- **Howard Steel** HSteel@goodwinlaw.com
- **Joshua Sussberg** jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com
- **Lucy Thomson** lucythomson_cpo@earthlink.net
- **David Turetsky** david.turetsky@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com
- **United States Trustee** USTPRegion02.NYECF@USDOJ.GOV
- **Morris D. Weiss** morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
- **Dina L. Yunker Frank** bcuyunker@atg.wa.gov
- **Evan J. Zucker** ezucker@blankrome.com, eDocketing@blankrome.com

*/s/ Jeffrey S. Cianciulli*
Jeffrey S. Cianciulli