FISHERBROYLES, LLP
Hollace T. Cohen, Esq.
445 Park Avenue, 9th Floor
New York, N.Y. 10022
Telephone:  917-365-4871
Facsimile: 212-423-0618
Email:  Hollace.cohen@fisherbroyles.com

Counsel for Vincent Theodore Goetten

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> CELSIUS NETWORK LLC, et al., [1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-10964 (MG) <br><br> Jointly Administered |

**NOTICE OF CANCELLATION OF HEARING WITH RESPECT TO UNOPPOSED MOTION OF FISHERBROYLES, LLP TO WITHDRAW AS COUNSEL TO VINCENT THEODORE GOETTEN**

**PLEASE TAKE NOTICE** that the hearing on the Unopposed Motion of FisherBroyles, LLP and Hollace T. Cohen to Withdraw as Counsel to Vincent Theodore Goetten [Docket No. 1403] that was to be held on **December 5, 2022, at 2:00 p.m., prevailing Eastern Time** (the "Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge has been cancelled because on November 29, 2022, the Honorable Martin Glenn, Chief United States

---

[1] The debtors in these chapter 11 cases, along with the last digits of each Debtors' federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending, LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05 Hoboken, New Jersey 07030.

1

Bankruptcy Judge entered the Order Authorizing Hollace T. Cohen and FisherBroyes, LLP to Withdraw as Counsel to Vincent Theodore Goetten [Docket No. 1488] in the above captioned cases.

Dated: November 29, 2022                           FISHERBROYLES, LLP

                                                          By: */s/ Hollace T. Cohen*
                                                                             Hollace T. Cohen, Esq.
                                                                             FisherBroyles, LLP
                                                                             445 Park Avenue, 9th Floor
                                                                             New York, N.Y. 10022
                                                                             Telephone: 917-365-4871
                                                                             Facsimile: 212-423-0618
                                                                             Email: Hollace.cohen@fisherbroyles.com

                                                                             Attorneys for Vincent Theodore Goetten