AKIN GUMP STRAUSS HAUER & FELD LLP
Mitchell P. Hurley
Dean L. Chapman Jr.
John P. Kane
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Special Litigation Counsel*
*to the Debtors and the Debtors in Possession*

**UNITED STATES DISTRICT BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1330** |

**CERTIFICATE OF NO OBJECTION TO THE**
**NOTICE OF PROPOSED ADDITIONAL SERVICES, EFFECTIVE**
**AS OF OCTOBER 14, 2022, WITH RESPECT TO THE RETENTION AND**
**EMPLOYMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP, AS SPECIAL**
**LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), the undersigned special counsel for Celsius Network LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby certify as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1. On November 11, 2022, the Debtors filed and served the *Notice of Proposed Additional Services, Effective as of October 14, 2022, With Respect to the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession* [Docket No. 1330] (the "Notice")[2] in accordance with the *Order Authorizing the Retention and Employment Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 843] (the "Retention Order").

2. Objections or responses to the Notice were required to be filed and served by 4:00 p.m. (prevailing Eastern Time) on November 25, 2022 (the "Objection Deadline"). The Objection Deadline has passed, and to the best of the knowledge of the undersigned special litigation counsel to the Debtors, no objection or response to the Notice has been filed on the docket of these Chapter 11 Cases or served on Akin Gump. In accordance with Local Rule 9075-2, this Certificate of No Objection is being filed at least forty-eight hours after expiration of the Objection Deadline.

3. The Retention Order provides that if no objection to the Notice is timely filed on or before the Objection Deadline, the Court may enter an order approving the retention of Akin Gump to provide the Proposed Additional Services with respect to the Additional Matters without a

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Notice.

hearing or further notice.  Accordingly, the Debtors respectfully request entry of the proposed order, attached hereto as **Exhibit A**, at the Court's earliest convenience.

| | |
|---|---|
| Dated: November 29, 2022<br>New York, New York | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>By: */s/ Mitchell P. Hurley*<br>   Mitchell P. Hurley<br>   Dean L. Chapman<br>   John P. Kane<br>   One Bryant Park<br>   New York, New York 10036<br>   Telephone: (212) 872-1000<br>   Facsimile: (212) 872-1002<br>   mhurley@akingump.com<br>   dchapman@akingump.com<br>   jkane@akingump.com<br><br>*Special Litigation Counsel to the Debtors and Debtors in Possession* |

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

**ORDER AUTHORIZING ADDITIONAL SERVICES, EFFECTIVE AS OF OCTOBER 14, 2022, WITH RESPECT TO THE RETENTION AND EMPLOYMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

Pursuant to the Court's *Order Authorizing the Retention and Employment Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 843] (the "Retention Order") and the Debtors' *Notice of Proposed Additional Services, Effective as of October 14, 2022, with Respect to the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession*, filed on November 11, 2022 (the "Notice")[2]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, dated as of January 31, 2012; and this proceeding being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Notice having been provided to the necessary

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Retention Order and the Notice, as applicable.

parties; and the Court having found that no other or further notice is necessary; and the Court having reviewed the Declaration; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and no timely objections having been filed to the Notice; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. In accordance with Bankruptcy Code sections 327(e), 328(a) and 1107(b), the Debtors are authorized to expand the scope of Akin Gump's role as special counsel to the Debtors to include the Additional Matters, effective as of October 14, 2022, in accordance with the terms and conditions set forth in the Notice and the Additional Services Declaration.

2. The additional services provided by Akin Gump with respect to the Additional Matters are subject in all respects to the provisions of the Retention Order.

3. The Debtors and Akin Gump are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. To the extent the Notice or the Additional Services Declaration is inconsistent with this Order, the terms of this Order shall govern.

6. During the pendency of these Chapter 11 Cases, the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: _____, 2022
New York, New York

THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

2