**Exhibit A**

341 Meeting of Creditors

Page 69

1    2021 as well as the expenses that were raised related to

2    growth and really just paying out too high rewards.  We

3    didn't have the right (indiscernible) support, kind of the

4    operations.  And because of that and the losses and the

5    eroded positions in coins and the (indiscernible) all of

6    which kind of add up to be the equity hole.

7              MR. COLODNY:  So I heard a couple different

8    things.  So let me just explore them a little bit.  So the

9    first one you said is the losses in 2020 and 2021; is that

10   correct?

11             MR. FERRARO:  Yes.

12             MR. COLODNY:  And then the second one was paying

13   out too high of rewards?

14             MR. FERRARO:  Yes, and not charging fees.

15   Correct.

16             MR. COLODNY:  And are there any other things that

17   contributed to this mismatch in assets and liabilities in

18   BTC?

19             MR. FERRARO:  The high -- the high expense base

20   that was built for growth.  I mentioned earlier we were

21   about 900 employees in May.

22             MR. COLODNY:  And so how does the company's

23   expenses contribute to the mismatch in BTC assets to BTC

24   liabilities?

25             MR. FERRARO:  Well, at the end of the day, right,

Page 70

1    we have to fund the operational expenses.  So as coin

2    (indiscernible) fungible, some of these positions were

3    either used to borrow with Tether that were later liquidated

4    or were used to (indiscernible) to fund the operations.  All

5    of that at the end of the day results in kind of coin being

6    used in cash for operations contributing to the equity hole.

7              MR. COLODNY:  Okay.  So I'm sure we will talk

8    about a lot more of these later.  But I want to focus on the

9    hole right now.  When did you first become aware of this

10   mismatch in assets to liabilities in BTC specifically?

11             MR. FERRARO:  We'll have to get back to you on

12   that.  I'm prepared to talk to you today about kind of the

13   current financial condition.  We are pulling together kind

14   of what we believe contributed and the time horizon to the

15   equity hole.  But I'm not ready to discuss that yet.

16             MR. COLODNY:  So today you couldn't tell me when

17   you yourself became aware of this mismatch in assets and

18   liabilities?

19             MR. FERRARO:  Well, you know, part of it was when

20   we had the mismatch, you know, when the sell token really

21   sold off because we have a net sell position.  That really

22   deteriorated our equity position.  So our equity position,

23   you know, at the first quarter, sell was at, you know, $3.50

24   versus where it was around the (indiscernible) call it 50

25   cents.  That contributed to a massive rapid decline in our

1    equity.

2              MR. COLODNY:  Right.  But that doesn't answer my

3    question.  My question is when did you, Chris Ferraro,

4    become aware of this mismatch between bitcoin assets and

5    liabilities.

6              MR. FERRARO:  We've been -- I believe we started -

7    - I'll have to go back.  This would have been probably a

8    mismatch that was starting to grow around when the whole

9    LUNA Terra situation played out in May (indiscernible) --

10             MR. COLODNY:  So what (indiscernible) do you

11   believe you first became of the mismatch in May of 2022?

12             MR. FERRARO:  I started in late March.  So there's

13   a ramp-up for me to even understand the reporting.  So I'm

14   just not prepared to answer that right now.

15             MR. COLODNY:  Okay.  What actions has the company

16   taken to try to close this gap in assets and liabilities of

17   bitcoin?

18             MR. FERRARO:  Well, it's important to note that,

19   you know, since May, we have been laser focused on kind of

20   cutting costs.  I talked about the cuts in the employees,

21   but also the non-labor costs we reduced by 75 percent.  We

22   talked a little bit about kind of rationalizing the mining

23   expansion in order to get more profitability so we can

24   return more net coins to the estate.

25             But, you know, with the position that we're in,

Page 72

1   where really all of the deployment has been pulled back, we

2   have very low earning capacity.  As I stated earlier, the

3   plan was to reduce reward rates, introduce fees and reduce

4   costs.  That would have helped.  It would have taken time.

5   We just didn't have the luxury of it with what happened with

6   the marketplace.

7            MR. COLODNY:  So the company was implementing a

8   plan to reduce costs and --

9            MR. FERRARO:  Yes.

10            MR. COLODNY:  What were you doing on the gain

11   side?  What were you doing to try to generate more bitcoin

12   to fill the hole?

13            MR. FERRARO:  Yeah.  The product and technology

14   team was looking at introducing fees across our product set.

15   And the big (indiscernible) was reducing the reward rates we

16   pay to the community.

17            MR. COLODNY:  So is the yield that Celsius

18   promised to customers one of the primary reasons that it was

19   not able to match its assets to liabilities?

20            MR. FERRARO:  Yeah.  The high reward rates did not

21   provide revenue support, net revenue support to build up

22   capital to fix any sort of mismatches in the balance sheet.

23   We were going through that in May.  We had an expense

24   rationalization program enterprise-wise as well as, as I

25   say, product and tech were working on the fee release.  This

Page 73

1    would have taken time.  We also were looking into, you know,

2    with the tough place in the marketplace, so you wanted to

3    turn your company around and make it profitable with the

4    hopes of raising -- more fund raising.  But we never got --

5    we didn't have enough time to get that underway.

6            MR. COLODNY:  So did the company's return that it

7    was receiving on its investments support the amount of yield

8    it was paying out to customers?

9            MR. FERRARO:  In hindsight, it does not -- it does

10   not look as though we had enough yield to support what we

11   were paying out.  I believe our payout ratio, according to

12   2021, these are non-audited -- we're currently going through

13   the audit of the 2021 financial results.  But we paid out

14   over a hundred percent of the yield that we took in from

15   deployments excluding (indiscernible) so yeah --

16           MR. COLODNY:  You paid out over a hundred percent

17   of the yield?

18           MR. FERRARO:  Yeah.  We were north of the hundred

19   -- north of the 80 and over a hundred in many of the months.

20   Yes.

21           MR. COLODNY:  And was it significantly over a

22   hundred percent of the yield?

23           MR. FERRARO:  No.  When we took -- there were

24   periods in which we'd take the margin selloff in the first

25   quarter when we took some trading losses.  So that kind of

Page 74

1   compressed what we were earning and that made it go

2   immediately to the 120, 130 percent.  But that was not

3   anticipated.

4           MR. COLODNY:  Okay.  I'm being asked to wrap it up

5   so the creditors can ask questions.  So I'm going to move

6   on.  But I'm sure we will be talking about this a lot in the

7   future.

8           MR. FERRARO:  Very good.  Thank you.

9           MR. COLODNY:  All right.  I'm trying to see what I

10  can -- trying to see what I can cut out here.  So I want to

11  go to kind of right before the petition date.

12          So Mr. Mashinsky's declaration, he says that in

13  five days in May of 2022, Celsius users withdrew over $1

14  billion in USD -- that's the currency -- from the Celsius

15  platform.  Do you know the total amount that was withdrawn

16  from the Celsius platform in the three months before the

17  bankruptcy filing?

18          MR. FERRARO:  I believe the number was $2 billion

19  that was withdrawn from the platform.

20          MR. COLODNY:  So in the 90 days before the

21  bankruptcy filing, you believe $2 billion was withdrawn from

22  the platform?

23          MR. FERRARO:  Yeah.  It all started at the tailing

24  end of May.

25          MR. COLODNY:  And do you know what the total

Page 75

1    amount that was withdrawn from the platform was in the year

2    before the bankruptcy filing?

3            MR. FERRARO:  I do not.  Again, my tenure does not

4    go back that far.  I've only been in the CFO role, you know,

5    for the days leading up to the filing, I was not involved in

6    a lot of these topics given my short period of time, so no.

7            MR. COLODNY:  Do you know if any amounts in the 90

8    days before filing were withdrawn by executive managers or

9    other employees of the company?

10           MR. FERRARO:  I do not.  But I believe that the

11   statements and schedules that we plan to file in September

12   will address this question and have all the information.

13           MR. COLODNY:  Are you aware of any significant

14   transfers that were made to executive managers or employees

15   in the year prior to the petition date?

16           MR. FERRARO:  I am not aware.  Again, with my

17   tenure at the firm being short, I do not know.  But that

18   information should be --

19           MR. COLODNY:  And --

20           MR. FERRARO:  -- provided in the statements and

21   schedules (indiscernible) --

22           MR. COLODNY:  Okay, and on June 12, 2022, the

23   company halted all withdrawals from the site, correct?

24           MR. FERRARO:  Yes.

25           MR. COLODNY:  Are you aware of any withdrawals