**Exhibit B**

Chris Ferraro Deposition Transcript Excerpts

**In the Matter Of:**

*Re CELSIUS NETWORK LLC, et al.*

---

*CHRISTOPHER FERRARO*

*November 21, 2022*

---



1

1

2                    UNITED STATES BANKRUPTCY COURT

3                    SOUTHERN DISTRICT OF NEW YORK

4
    In re:                            )
5                                      )   Chapter 11
                                       )
6   CELSIUS NETWORK LLC, et al.        )   Case No. 22-10964
                                       )   (MG)
7                                      )
                                       )
8   _____   )

9

10

11

12

13                        CONFIDENTIAL

14      VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF

15               CHRISTOPHER JAMES FERRARO

16                  New York, New York

17               Monday, November 21, 2022

18

19

20

21

22

23   Reported Stenographically By:
     PATRICIA A. BIDONDE
24   Registered Professional Reporter
     Realtime Certified Reporter
25   JOB#:  2022-872581

Confidential        Christopher Ferraro - November 21, 2022

```
                                                          94
 1              C. Ferraro - Confidential
 2       Q.     But in that case, what happened to
 3   the stablecoin that Celsius had borrowed?
 4              MR. McCARRICK:   Object to
 5         form.
 6              You can answer if you know.
 7       A.     Nothing would have happened to
 8   stablecoin.  What would have happened was the
 9   Bitcoin was liquidated.  I believe might have
10   been some E too, but ...
11              (Stenographer clarification.)
12       Q.     So Celsius remained in possession
13   of --
14       A.     Might have been some ETH.
15       Q.     So Celsius remained in possession
16   of the stablecoin following the liquidation of
17   the Tether loan?
18       A.     The liquidation of the Tether loan
19   had no impact on the stablecoins of Celsius.
20       Q.     Okay.  Just wanted to confirm
21   that.
22              And so returning to your testimony
23   after that statement.  So Celsius just spent
24   the stablecoin in the ordinary course?
25       A.     Yes, and invested --
```

Confidential      Christopher Ferraro - November 21, 2022

95

```
 1              C. Ferraro - Confidential

 2       Q.    Approx- --

 3       A.    -- specs -- invested.

 4       Q.    Approximately 1.8 billion of it?

 5       A.    Yeah.  I -- there was uses of the

 6   stablecoin, and clearly most of it got used to

 7   pay for operations, for lending, for the

 8   mining asset, certain -- certain losses that

 9   we had to take that we took.  We had to go

10   back and buy cryptocurrencies -- right? --

11   with stablecoins.

12              So, yeah, there was many purposes

13   that stablecoins were used for.  Some were

14   operations, some were to buy back coins that

15   were actual losses, and some was mining

16   assets, lending programs, et cetera.

17       Q.    So you listed a few things that

18   the stablecoin went to.  Do you know the

19   amount of stablecoin that was dedicated to

20   each of those things?

21       A.    Well, I think it's pretty safe to

22   say that predominantly the entire mining

23   asset, so call it almost 600 million.

24   Predominantly the entire retail lending book,

25   call it another 400-and-something million.
```

Confidential        Christopher Ferraro - November 21, 2022

```
                                                    96
 1              C. Ferraro - Confidential
 2    You're at a billion.
 3              There was operating expenses for
 4    2021 and 2022 that totaled, off of memory,
 5    about a half a billion.
 6              And then you had certain
 7    currency -- cryptocurrencies that we had to go
 8    back and buy because there was losses.  Think
 9    EFH.  So that's how you get to the 1.8 to 2
10    billion.
11        Q.    Okay.  So just -- so sticking with
12    your math.  So mining, lending, and
13    operations, you said 600 for mining, 400 for
14    lending, 500 for operations.  That totals
15    1.5 billion.  Right?
16        A.    Yeah.
17        Q.    So would the loss that you just
18    described be 300 million in your estimation?
19        A.    Losses in which we had to go back
20    and purchase cryptocurrencies for the accounts
21    so we didn't have a directional position.  I
22    don't have that number off the top of my head,
23    but, yeah, it was in that range.
24        Q.    Can you explain that a little more
25    of losses for which you had to go back and --
```

97

```
 1              C. Ferraro - Confidential

 2        A.    Well, let's say --

 3        Q.    -- purchase cryptocurrency?

 4        A.    Yeah.  Let's say, for example,

 5   EFH.  We -- we borrowed money from EFH, and I

 6   believe this dates back to 2020.  Right?  We

 7   lent money -- we borrowed money from EFH, and

 8   we posted Bitcoin and ETH as collateral.

 9              When we went to pay down the loan

10   with EFH, they said, We don't have your

11   collateral.  So now we thought we had an asset

12   of Bitcoin -- right? -- and now we don't.  So

13   we had to use stablecoins to go out and buy

14   Bitcoin so that our risk positions would be

15   neutralized.

16        Q.    Understood.  Okay.  All right.

17   This may retread some of the ground we've just

18   gone over.  Let's turn to paragraph 26 of your

19   declaration.

20        A.    Of my declaration.  Okay.

21              Yes, sir.  I'm there.

22        Q.    And, actually, before we get

23   there, just one quick question:  Is Celsius

24   able to trace stablecoins in its possession to

25   specific transfers made by account holders?
```

98

C. Ferraro - Confidential

1

2       A.     The coins go into, like, an

3   omnibus account -- I always struggle to say

4   that word, I'm sorry -- omnibus account.  So

5   kind of -- we don't link a specific stablecoin

6   to a customer.  We think of them more as

7   fungible.

8       Q.     And there's no way to, let's say,

9   analyze the blockchains to determine where it

10  came from before it went to the omnibus

11  account?

12              MR. McCARRICK:  Object to

13       form.

14              You can answer.

15       A.     To my understanding, it all gets

16  mixed in the omnibus account.  So we --

17       Q.     Are you now aware -- go ahead.

18  Sorry.

19       A.     I was going to say, we can look

20  and say 100 stablecoins were sent from 100

21  different wallets and we have 100 in the

22  omnibus account, but we -- and then when we

23  deploy them, we don't go back in time to say

24  which ones were deployed for -- related to

25  which cryptocurrency obligations that Celsius

Confidential       Christopher Ferraro - November 21, 2022

```
                                                      99
 1                  C. Ferraro - Confidential
 2     has to the customers.
 3             Obviously the stablecoins are
 4     Celsius', the transfer.  The title has been
 5     transferred to Celsius in the terms of use.
 6     Celsius has the right, which we're describing
 7     right here, to pledge, deploy, otherwise
 8     rehypothecate, et cetera.  So ...
 9         Q.    But just to be clear, putting
10     aside what Celsius may or may not do in terms
11     of trying to trace stablecoin to their source,
12     my question is could it do so?
13             MR. McCARRICK:  Object to
14         form.
15             You can -- you can answer.
16         A.    I'm sure in a massive data
17     exercise, you could probably track and trace
18     things.  It's all public blockchain.  We, kind
19     of, mix it all together in the omnibus wallet
20     and then deploy it from there.  So it gets --
21     we didn't in an active managing trace because
22     it wasn't important.  We just had the
23     obligation to the customer, the liability to
24     the customer.  That's what we tracked.
25         Q.    Right.  And I just want to be
```

Confidential      Christopher Ferraro - November 21, 2022

100

1          C. Ferraro - Confidential

2    clear, I'm not trying to pass judgment on

3    whether Celsius should have or did or did not.

4    But it -- so basically your answer, it sounds

5    like your testimony is it may be possible to

6    trace the stablecoin, but it would be -- I

7    think the word you used is "a massive

8    undertaking."  Is that right?

9          A.    I'm not a blockchain expert.  So

10   my understanding is it's possible.  We weren't

11   set up that way to do it.

12          If it were to be done, I would

13   think there's a lot of data out there, but it

14   would be a big exercise.

15          Q.    Okay.  And now we can go to

16   paragraph 26.  I apologize we didn't do it

17   before.

18          In the first sentence of that

19   paragraph, you state:

20          "It is my understanding that,

21      prior to the petition date, the

22      debtors monetized stablecoin as

23      needed to meet their fiat

24      obligations in the ordinary course."

25          So you state "it is my

Confidential        Christopher Ferraro - November 21, 2022

101

|  | |
|---|---|
| 1 | C. Ferraro - Confidential |
| 2 | understanding."  What is that understanding |
| 3 | based on? |
| 4 | A.    General understanding of how the |
| 5 | business operated by, you know, being here for |
| 6 | six to nine months, by looking at reports, by |
| 7 | having conversations. |
| 8 | Q.    Okay.  What does "monetize" mean? |
| 9 | A.    They use them -- could either use |
| 10 | them as payment or liquidate them to cash, to |
| 11 | fiat. |
| 12 | Q.    And can you explain the process |
| 13 | the debtors use for monetizing stablecoin |
| 14 | prior to the petition date? |
| 15 | A.    There's multiple ways in which you |
| 16 | could do it.  You could go on an exchange and |
| 17 | sell it on the exchange, have it wired to your |
| 18 | fiat bank account.  You could go to a provider |
| 19 | like Circle and for effectively no cost, just |
| 20 | convert stablecoin to fiat and have it put in |
| 21 | your bank account. |
| 22 | So the industry works in a way in |
| 23 | which fiat and stablecoins are very |
| 24 | interchangeable. |
| 25 | Q.    Okay.  How frequently do the |

Confidential          Christopher Ferraro - November 21, 2022

                                                                196

1              C. Ferraro - Confidential

2         form.

3              You can answer.

4              THE WITNESS:  Okay.  Sorry

5         about that.

6         A.    We know when the customer came,

7    you know, when the customer opened the

8    account.  I don't -- and we know that in order

9    to have opened an account, you have to accept

10   the terms of use.  So I think, one, it would

11   be very reasonable just to go back to the

12   timing of when the account was opened.

13        Q.    Okay.  And Celsius maintains that

14   information, the --

15        A.    The timing of -- my understanding

16   is yes.

17        Q.    Okay.  Do you know how they

18   maintain that information?  Like, is it in a

19   spreadsheet?  Is it in a system somewhere?

20        A.    It's -- it would be in the back

21   office system -- right? -- where you track the

22   obligations, the customer information,

23   et cetera.  I haven't -- I haven't seen the

24   screens.  I think Oren would also be a great

25   place to ask the detailed questions on that.

Confidential        Christopher Ferraro - November 21, 2022

```
                                                         197
 1              C. Ferraro - Confidential

 2         Q.    Okay.  And just to clarify,

 3    Celsius still has that information, it's

 4    just --

 5         A.    Oh, yeah, we protect all the

 6    data --

 7              CERTIFIED STENOGRAPHER:  I'm

 8         sorry, you have to let her ask the

 9         question.

10              Can you start the question

11         over again, please.

12              MS. MILLIGAN:  Yes.  Sorry.

13         Q.    So -- and just to clarify, Celsius

14    still maintains that information somewhere in

15    its system currently?

16         A.    All data is preserved and

17    protected, yes.

18         Q.    Okay.  The terms of use did change

19    after you joined Celsius.  Understanding that

20    you joined in a different capacity, did you

21    have any involvement in that process, the

22    change of terms of use, after you joined the

23    company?

24         A.    No.

25         Q.    Okay.  Regarding the omnibus or
```

Confidential        Christopher Ferraro - November 21, 2022

                                                           198
1                  C. Ferraro - Confidential

2     main account, I'm going to, kind of, refer to

3     "omnibus" because that's the word you've been

4     using during your testimony.

5                  To your knowledge, were customers

6     informed that their coins were going to be

7     placed in an omnibus or main account and not

8     held in individual wallets?

9                  MR. McCARRICK:   Object to

10         form.  Outside the scope.

11             You can answer.

12         A.    To my knowledge, in the terms of

13    use, it's stated clearly that the customers

14    were transferring ownership to Celsius, and it

15    didn't go into exactly -- there was a risk

16    disclosure, but it didn't go into how the

17    account structures worked, at least off of

18    memory.  It wouldn't --

19         Q.    Right.  So there wasn't specific

20    information provided as --

21         A.    I don't know why --

22             CERTIFIED STENOGRAPHER:  You

23         have -- I'm sorry, repeat your

24         question again.

25         Q.    To your knowledge, there was not

Confidential        Christopher Ferraro - November 21, 2022

199

1                   C. Ferraro - Confidential

2    specific information provided to customers

3    that they -- their funds were going into an

4    overall main wallet versus individual wallets?

5                   MR. McCARRICK:   Object to

6         form.   Outside the scope.

7                   You can answer.

8         A.    I don't know why we wouldn't

9    disclose that.  I don't know.  I don't

10   remember reading it.  And I don't know the

11   purpose of it.

12        Q.    But to your knowledge, the answer

13   is, no, they weren't informed of that?

14                  MR. McCARRICK:   Object to

15        form.   Outside the scope.

16                  You can answer.

17        A.    I don't remember.

18        Q.    Okay.

19        A.    I don't remember reading it

20   through.  So I don't want to confirm one way

21   or another.

22        Q.    Okay.  All right.  I certainly

23   don't want to put words in your mouth.  So if

24   you don't know, that's fine.

25                  To your knowledge, did Celsius

200

```
1              C. Ferraro - Confidential
2    ever use funds from these omnibus or main
3    wallets to pay interest or rewards to earn
4    program participants?
5              MR. McCARRICK:  Object to
6         form.
7              You can answer.
8         A.    It's fungible.  So coins in the
9    main account, property of Celsius, were used
10   to fund operations, to pledge and borrow, or
11   to pay rewards along with the other funds from
12   capital contributions, et cetera, that are in
13   the main account and in the fiat accounts.
14        Q.    Were stablecoins used to pay
15   interest or rewards to earn program
16   participants?
17        A.    In kind, stablecoin rewards, yes.
18        Q.    To your knowledge -- okay.  So I
19   guess, the frictional wallets, as described,
20   would be the same as the main or omnibus
21   wallets.  Is that right?
22             MR. McCARRICK:  Object to
23        form.
24             You can answer.
25        A.    My understanding is the frictional
```

201

```
 1                  C. Ferraro - Confidential
 2    wallets are wallets to process withdrawals and
 3    are not the main.  Because that way, if
 4    anything happened to the frictional wallet,
 5    they wouldn't have access to all of the coins;
 6    it's just the frictional wallet.  So they
 7    would be replenished based on the expectation
 8    of withdrawals.  That's my understanding.
 9         Q.    Do you know if any information was
10    specifically given to customers about the
11    frictional wallets?
12              MR. McCARRICK:  Objection to
13         form.  Outside the scope.
14              You can answer.
15         A.    I don't know off the top of my
16    head.
17         Q.    Do you know who would know that?
18              MR. McCARRICK:  Same
19         objection.
20              You can answer.
21         A.    Probably talk to Oren about that.
22         Q.    Oren?  Okay.  Part of that may be
23    marketing.  So I think you testified that
24    Mashinsky himself did the marketing, or there
25    was somebody else named Tushar.  Is that --
```

Confidential        Christopher Ferraro - November 21, 2022

202

1              C. Ferraro - Confidential

2         A.    Yeah.  And Oren would probably

3    have better details on the handoffs.  I even

4    think Oren was responsible for marketing for a

5    short period of time.

6         Q.    Okay.  Thank you.  Regarding the

7    questions -- let's see.  I guess, would Oren

8    have information about any sort of outside

9    communications, like content videos, Twitter,

10   YouTube, that kind of involvement, that kind

11   of information provided to the public as well?

12              MR. McCARRICK:  Objection.

13         Outside the scope.  Contract

14         information issues are outside the

15         scope.

16              But you can answer.

17         A.    He would be in a better position

18   to talk about it than I would be because I had

19   no involvement in that.

20         Q.    Okay.  You came on as, I guess,

21   CFO -- and if I'm wrong, please correct me --

22   you came on as CFO in March of 2022.

23              Do you know when the Celsius board

24   first became aware that Celsius was insolvent?

25              MR. McCARRICK:  Objection.

Confidential        Christopher Ferraro - November 21, 2022

361

|     | C. Ferraro - Confidential |
|-----|---------------------------|
| 1   | C. Ferraro - Confidential |
| 2   | A.    Sir, I had no part in editing, |
| 3   | putting up videos.  I was never part of an |
| 4   | AMA.  I'm not in marketing.  I'm a, kind of, |
| 5   | finance guy who tries to, you know, run a |
| 6   | business effectively.  I can't speak to any of |
| 7   | these edits or anything like that. |
| 8   | I had no first-hand knowledge of |
| 9   | the process or what occurred, what was edited, |
| 10  | or if it was edited or not. |
| 11  | BY MR. HERRMANN: |
| 12  | Q.    Who at Celsius approved this, |
| 13  | noting that you were in a senior leadership |
| 14  | position while all these things were approved? |
| 15  | MR. McCARRICK:   Object to |
| 16  | form.  Outside the scope. |
| 17  | A.    I became the CFO on July 13, 2022, |
| 18  | and in my capacity as CFO and as my capacity |
| 19  | as acting chief executive officer and chief |
| 20  | restructuring officer, I have not been part of |
| 21  | editing videos or heard of editing videos |
| 22  | under my control or watch, sir. |
| 23  | Q.    Will you commit to ceasing any |
| 24  | more removal of videos, editing, that sort of |
| 25  | thing? |

Confidential      Christopher Ferraro - November 21, 2022

```
                                                     362
 1                C. Ferraro - Confidential
 2                MR. McCARRICK:  Object to
 3        form.
 4        Q.    So to, like, restate it clearly
 5   because the form was poor, will you commit as
 6   the acting CEO to order the immediate
 7   cessation of going through all of Celsius'
 8   content using estate funds --
 9                MR. McCARRICK:  Objection --
10        Q.    -- and editing it?
11                MR. McCARRICK:  Object to the
12        form.
13        Q.    And removing it?
14                MR. McCARRICK:  Object to the
15        form.  Mischaracterizes.  Outside
16        the scope.
17                You can answer.
18        A.    I am not a part of or will be part
19   of editing videos or making videos for
20   YouTube, sir.
21        Q.    Sir, to be clear, you are not
22   willing to -- you're not willing to basically
23   order people at the company to stop this
24   activity?
25                MR. McCARRICK:  Object to the
```

Confidential        Christopher Ferraro - November 21, 2022

```
                                                            363
 1              C. Ferraro - Confidential

 2        form.

 3        Q.    But you're the CEO, you could

 4   direct people not to do this activity anymore.

 5              MR. McCARRICK:  Object --

 6        Q.    You're not willing to make that

 7   commitment?

 8              MR. McCARRICK:  Okay.  Object

 9        to the form.  Well outside the

10        scope.  Was specifically carved out

11        pursuant to the agreement.

12        Mischaracterizes.

13              And now you can answer.

14        A.    To -- to my -- best of my ability,

15   there will be no editing or production of

16   videos going to YouTube.  I run a very classic

17   business.  The idea of putting out

18   ask-me-anythings and, as you are describing,

19   potentially editing them, not on my watch,

20   sir.

21              I don't need to say it's not going

22   to happen.  It's not happening on my watch.  I

23   don't -- I don't partake in this stuff.  I

24   don't think it's valuable to the estate.  I

25   can't speak to what happened in the past, but
```

Confidential        Christopher Ferraro - November 21, 2022

```
                                                             364
 1              C. Ferraro - Confidential
 2    this is not an activity that I'm involved in
 3    or would condone.
 4              If it's happening, I don't know
 5    about it and it will stop, sir.  Unless
 6    there's a good reason for it, it should not go
 7    on.  I do not know of any editing that's
 8    happening right now with videos.
 9              MR. McCARRICK:  Object to --
10        Q.    Excellent.  I do not either, to be
11    clear, at the moment.  I know there's been a
12    lot of it, and maybe even including as you
13    transitioned into the role, which is not
14    saying you oversaw it or knew.
15              But I think it has been going on
16    and it may still be going on.  I don't know.
17    But I'll leave it at that.  Thank you for
18    stating that you don't support that.
19              So from the time you've been CFO
20    and just during your time at Celsius, in the
21    ordinary course of business, did Celsius pass
22    on 80 percent of its gross revenue to account
23    holders in the form of rewards?
24              MR. McCARRICK:  Object --
25        Q.    There were definitely statements
```

365

1              C. Ferraro - Confidential

2    about that, so I just want to ask if that was

3    true.

4              MR. McCARRICK:  Okay.  Object

5         to form.  Again, this was carved

6         out.  We didn't respond to this

7         written deposition question.

8              We'll let you respond to it

9         here if you have personal knowledge.

10        If you don't, you should say so.

11        A.    Yeah, my understanding is that

12   they targeted a payout at 80 percent, but in

13   reality, because the deployment didn't return

14   the income that was expected, it was actually

15   above 80 percent.

16        Q.    It was above 80 percent, that's

17   your understanding?

18        A.    Yeah, the pay out ratio was above

19   80 percent.  I know this through the budgeting

20   exercise that I worked on.

21              I will say this:  I grew up in an

22   industry where you don't price to things like

23   80 percent.  You look at the risk-based return

24   on risk-based capital, and you accrete value

25   based on upon making the right decisions.

Confidential          Christopher Ferraro - November 21, 2022

                                                                366
1                    C. Ferraro - Confidential

2                    So I would not support, nor would

3       I go out in a new company saying 80 percent or

4       anything like that.  I would -- I would do my

5       best to earn a reasonable market-based return

6       on the capital and manage the risk.

7            Q.    All right.  Do any retail or

8       institutional borrowers who had stablecoin

9       loans from Celsius still have these cash loans

10      in their possession?

11                   MR. McCARRICK:  Object to the

12           form.  Outside the scope.

13                   You can answer, Mr. Ferraro.

14           A.    If I understand the question

15      correctly, outstanding loans, do customers

16      still have the fiat or the stablecoins?

17           Q.    Yeah.

18           A.    I think that's based upon their

19      spending habits and what they wanted to do

20      with the money.  I don't know what customers

21      do with the money that we give them, whether

22      it's in stables or whether it's in fiat.

23                   They could have bought a car.

24      They could have paid off bills.  They could

25      have gone on a vacation.  Honestly, I don't

Confidential       Christopher Ferraro - November 21, 2022

367

1              C. Ferraro - Confidential

2     know what remains in their bank account, sir.

3          Q.    All right.  Is Celsius -- is the

4     parent company an LLP?  Is it a C Corp.?  What

5     is the corporate structure of the parent

6     company of Celsius?

7              MR. McCARRICK:  Objection.

8          Doesn't have any apparent relevance

9          to the current motion.  Outside the

10         scope.

11             You can answer.

12         A.    Not in front of me, and I don't --

13    honestly, I don't know the answer to that.

14    We're a corporation.  We have numerous LLCs,

15    but I don't know what the total rollup is.

16         Q.    I'm surprised you don't know, but

17    I'll leave it at that.

18         A.     I'm busy on a lot of stuff, sir.

19             MR. McCARRICK:  Objection.  No

20         need -- no need -- objection.  No

21         need to comment on the witness'

22         answer.

23             MR. HERRMANN:  Fair.

24         Q.    When did -- when did you -- when

25    did you first become aware that Celsius was

Confidential        Christopher Ferraro - November 21, 2022

368
1              C. Ferraro - Confidential

2      insolvent?

3              MR. McCARRICK:  Object to

4         form.  I think he's answered this

5         question now three or four times

6         today.

7              MR. HERRMANN:  All right.  We

8         can move on then actually.  That's

9         fine.

10             I think I'm pretty much -- I

11        think that's -- I think I'm good.  I

12        want to leave time for the other pro

13        se questioners.  So thank you.

14             THE WITNESS:  Thank you.

15             MR. HERRMANN:  And I'll pass

16        it

17        onto the next person.

18             MR. McCARRICK:  Thank you,

19        Mr. Herrmann.

20             Could the next questioner

21        announce their name, spell it for

22        the record.

23             MR. FRISHBERG:  Yes.  My name

24        is Daniel Frishberg, D-a-n-i-e-l,

25        Frishberg, F-r-i-s-h-b-e-r-g.  I've