**Exhibit D**

Robert Campagna Deposition Transcript Excerpts

# In the Matter Of:

*In Re - Celsius Network LLC*

*ROBERT CAMPAGNA*

*November 22, 2022*



                                                              1

1                  UNITED STATES BANKRUPTCY COURT

2                  SOUTHERN DISTRICT OF NEW YORK

3

4     In re                              )
                                          )
5       CELSIUS NETWORK LLC, et al.,     )
                                          ) Case No.
6                                         ) 22-10964 (MG)
                              Debtor.    )
7

8                  C O N F I D E N T I A L

9                       H Y B R I D

10

11              Videotaped deposition of ROBERT

12    A. CAMPAGNA held at the offices of Kirkland &

13    Ellis, LLP, 601 Lexington Avenue, New York, New

14    York, before Elizabeth M. Kondor, Certified

15    Court Reporter and Notary Public of the State of

16    New York, held on Tuesday, November 22, 2022,

17    commencing at 9:09 a.m.

18

19

20

21

22

23

24

25    Job No. 2022-872747

22-10964-mg   Doc 1504-4   Filed 11/29/22   Entered 11/29/22 17:30:18   Exhibit D
In Re - Celsius Network LLC           Pg 4 of 18                     Robert Campagna
                              Confidential                           November 22, 2022

9

1               MR. WALLACE:  Objection.  Outside the
2       scope.
3               What does this have to do with the
4       stablecoin motion?
5               MS. CORNELL:  I'm sorry?
6               MR. WALLACE:  What's the relevancy --
7               MS. CORNELL:  The relevance is we are
8       trying to determine whether or not the
9       stablecoin needs to be sold and for what
10      purposes.
11  BY MS. CORNELL:
12      Q.    Can you please answer the question?
13      A.    It was updated for, you know -- we
14  update it once a month, so it was just a
15  once-a-month update for the latest business
16  goings-on, including any updates on the mining
17  side of the business.
18              As far as numerical updates, there's
19  always puts and takes.  I think the biggest item
20  of update between the two is some incremental
21  power-related deposits on the mining side of the
22  business.  So I think it's largely consistent
23  with the budget that was previously filed in
24  September, but for that item, and that's
25  probably about a $10 million overall negative

22-10964-mg   Doc 1504-4   Filed 11/29/22   Entered 11/29/22 17:30:18   Exhibit D
In Re - Celsius Network LLC         Pg 5 of 18                    Robert Campagna
                                    Confidential                  November 22, 2022

10

1  item.

2       Q.    Okay.

3             Were you at the last hearing last

4  week on November 17, 2022?

5       A.    I listened to part of that hearing.

6             MR. WALLACE:  Ms. Cornell, I'm sorry.

7       I just want to hop in.  I missed this one

8       preliminary matter at the very beginning,

9       given all the hubbub.

10            I just want to designate the entire

11      transcript as confidential under the PO.

12      No information disclosed or discussed

13      during this deposition are to be recorded

14      and/or publically disclosed, whether

15      orally, in writing, via podcast, on

16      Twitter, or through any other means.

17            The only individuals or entities that

18      may attend this deposition or have

19      knowledge of its contents are those who

20      gave prior notice that they would attend

21      and were bound by the protective order.

22            So if anybody on the Zoom hasn't

23      given notice or hasn't signed the

24      protective order, we would ask you to exit,

25      log off.

22-10964-mg   Doc 1504-4   Filed 11/29/22   Entered 11/29/22 17:30:18   Exhibit D
In Re - Celsius Network LLC         Pg 6 of 18                  Robert Campagna
                                  Confidential                  November 22, 2022

11

1         And, again, we caution folks who have
2    signed the protective order to abide by its
3    terms and refrain from streaming today's
4    deposition, tweeting about it, otherwise
5    discussing it publicly or with anyone who
6    hasn't signed the protective order.
7         We are, of course, willing to meet
8    and confer after the deposition to discuss
9    de-designating portions of the transcript.
10        Sorry about the interruption.
11        It's all yours.
12        MS. CORNELL:  No worries at all.
13   BY MS. CORNELL:
14   Q.   At that last hearing on
15   November 17th, Christopher Ferraro, the acting
16   CEO and CFO of Celsius, stated that Celsius was
17   currently cash flow positive.
18        Is that accurate, to the best of your
19   knowledge?
20        MR. WALLACE:  Objection.  Outside the
21   scope.
22   A.   There is always cash flow positive
23   weeks and cash flow negative weeks.  It just
24   sort of depends on the week.  Since the filing
25   date, the company has more or less treaded

22-10964-mg   Doc 1504-4   Filed 11/29/22   Entered 11/29/22 17:30:18   Exhibit D
In Re - Celsius Network LLC                Pg 7 of 18                         Robert Campagna
                                          Confidential                       November 22, 2022

12

1  water.  It's about -- it roughly started the
2  case with 115 million in baseline liquidity.
3  Collected some monies from the Bitfinex
4  exchange, that was 65 million.  That would be
5  180.  And we're sitting at like 172 or so around
6  October 31st.
7       Q.   Okay.
8       A.   On an overall basis, everything is in
9  there.
10      Q.   Have you or has anyone on behalf of
11 Alvarez & Marsal for Celsius performed a
12 liquidation analysis of the debtors?
13      A.   No.
14      Q.   Do you expect to perform a
15 liquidation analysis of the debtors?
16      A.   We would expect to do that as a part
17 of the planned disclosure statement.
18      Q.   To the best of your knowledge, when
19 do you expect to need of an infusion of
20 liquidity?
21      A.   The current forecast -- the updated
22 forecast liquidity on an overall consolidated
23 basis in March of 2023.
24           I note the mining business needs --
25 has liquidity needs a little earlier than that,

13

1   but on a consolidated basis, there's sufficient

2   cash in the system to cover the shortfall of

3   mining, but it would have to come from the core

4   -- the non-mining side of the business.

5       Q.   Do those projections include

6   administrative costs of the bankruptcy including

7   professional fees?

8       A.   They do.

9       Q.   Okay.  To the best of your knowledge,

10  do you know if the debtors are planning to

11  procure a DIP financing arrangement?

12      A.   DIP financing was explored earlier in

13  the case by Centerview, the company's investment

14  banker.  At this point, the company is not

15  pursuing DIP financing.

16      Q.   To the best of your knowledge, would

17  the sale of stablecoin affect positioning if the

18  debtors were to look for debtor-in-possession

19  financing, or DIP financing, at a later date?

20      A.   My understanding of the DIP financing

21  process, there's several paths.  One was a DIP

22  based on the assets of the mining business, the

23  hard assets of the mining business.  Other

24  potential paths included loans against the

25  coins, the crypto assets.

22-10964-mg   Doc 1504-4   Filed 11/29/22   Entered 11/29/22 17:30:18   Exhibit D
In Re - Celsius Network LLC         Pg 9 of 18                              Robert Campagna
                                    Confidential                           November 22, 2022

14

1            So to the extent we sell the
2    stablecoin and raise 18 million, that's
3    obviously 18 million right to the company.  To
4    the extent we used it as collateral for a loan,
5    we would get some lending capacity on that, I
6    presume.  I don't know if it would be 18
7    million.
8         Q.   Are you familiar with the de minimis
9    asset motion that was previously filed in the
10   Celsius bankruptcy case?
11        A.   Generally.  I know one was filed.
12   Offhand, I don't know the -- remember the
13   specifics.
14        Q.   Sure.
15             To the best of your knowledge, has
16   there been any flow of liquidity from those
17   sales?
18        A.   No, not to my knowledge.
19        Q.   Would the sale of GK8 or the interest
20   in GK8 affect the overall liquidity analysis?
21        A.   The proceeds from GK8 would obviously
22   be a positive thing from a cash flow standpoint.
23   I think there's questions over who has access to
24   those funds and whether the company has access
25   to those funds.  But if the company were able to

22-10964-mg    Doc 1504-4    Filed 11/29/22    Entered 11/29/22 17:30:18    Exhibit D
In Re - Celsius Network LLC                Pg 10 of 18                    Robert Campagna
                                          Confidential                 November 22, 2022

15

```
 1   use those, it would absolutely be helpful.
 2          Q.    Are you familiar with the status of
 3   the sale of GK8 or the interest in GK8?
 4          A.    Very generally, yes.
 5          Q.    Are you familiar with the status,
 6   vis-à-vis an auction?
 7          A.    Generally, yes.
 8          Q.    Okay.
 9                As of today's date, how much
10   stablecoin are you aware that Celsius is seeking
11   to sell?
12          A.    Eighteen million.
13          Q.    Previously, Celsius was looking to
14   sell approximately 23 million stablecoins.
15                Do you know, to the best of your
16   knowledge, why there was a change?
17                MR. WALLACE:  Object to form.
18          A.    I don't remember whether we were
19   seeking to sell 23.  I know the 23.  The 23 is
20   called the gross number of stablecoin on
21   Fireblocks that the company possesses on
22   Fireblocks or is controlled on Fireblocks.
23          Q.    To the best of your knowledge, are
24   there any costs associated with the sale of
25   stablecoin?
```

22-10964-mg    Doc 1504-4    Filed 11/29/22    Entered 11/29/22 17:30:18    Exhibit D
In Re - Celsius Network LLC                Pg 11 of 18                              Robert Campagna
                                           Confidential                             November 22, 2022

31

```
1           can you pass me, I believe it's marked as
2           Tab 4, the written deposition answers.
3                   I'm now handing the court reporter
4           what is ECF Docket No. 1406.
5                   Can we have this marked as Exhibit 1.
6                   (Campagna Exhibit 1, ECF Docket No.
7           1406, is received and marked for
8           identification.)
9    BY MR. CURTIS:
10       Q.    Do you recognize this document?
11       A.    It looks like it is the written
12   responses to the deposition request question --
13   the written deposition questions.
14       Q.    And have you seen this document
15   before?
16       A.    I have not.
17       Q.    You said earlier that Mr. Ciriello
18   assisted with answering some questions for
19   written deposition questions, correct?
20       A.    Correct.
21       Q.    Do you know if it was the answers to
22   these written deposition questions?
23       A.    Yes, I believe it was.
24       Q.    And you said you had familiarity with
25   what Andrew Ciriello assisted with, correct?
```

32

1      A.     Correct.

2      Q.     Do you know which questions in the
3  written depositions he assisted with?

4      A.     If I look at them, I can tell you
5  that, yes.

6      Q.     Can you do that, please?

7      A.     Sure.

8      Q.     Thank you.

9      A.     Question 23.  I believe we would have
10 responded to Question 24.  The only other two
11 questions I think that we may have provided
12 information on would be questions 43 and 44, but
13 I'm not certain if we did.

14     Q.     You said 43 and 44?

15     A.     Forty-three and 44, correct.

16     Q.     So to sum, to the best of your
17 knowledge, Mr. Ciriello assisted with questions
18 23 and 24, as well as may have assisted with 43
19 and 44; is that correct?

20     A.     Correct.

21     Q.     And to the best of your knowledge,
22 how did Mr. Ciriello and A&M assist with
23 Question 23?

24     A.     So Question 23, it's requesting by
25 coin type the number of users in the earned

22-10964-mg   Doc 1504-4   Filed 11/29/22   Entered 11/29/22 17:30:18   Exhibit D
In Re - Celsius Network LLC                Pg 13 of 18                Robert Campagna
                                          Confidential               November 22, 2022

33

1   program for owed funds related to each coin
2   type, as well as the number of coins that they
3   had placed on deposit or that were noted in
4   their earned account balance.
5               We would have worked with the company
6   to get those financial -- that financial
7   information.
8       Q.   Okay.  And that information was
9   provided to you by debtors?
10      A.   Information provided by the debtors.
11  We have some of that information -- some of that
12  has been downloaded such that we have access to
13  it.
14      Q.   Which information has been
15  downloaded?
16      A.   Certain information on customer
17  balances.  We would have used it for other
18  purposes, filing statements and schedules and
19  the like.
20      Q.   Understood.
21              For Question 24, how would
22  Mr. Ciriello -- to the best of your knowledge,
23  how would he have assisted with Question 24?
24      A.   Less assisting.  We may have just
25  provided the answer that would have come from

22-10964-mg   Doc 1504-4   Filed 11/29/22   Entered 11/29/22 17:30:18   Exhibit D
In Re - Celsius Network LLC          Pg 14 of 18                    Robert Campagna
                                  Confidential                   November 22, 2022

34

1  the company on this.
2      Q.    So in the response to Question No.
3  24, it states, "Celsius states it did not tag
4  particular stablecoins as coming from particular
5  Account Holders once the stablecoins entered
6  Celsius' main wallets."
7            Am I reading that correctly?
8      A.    That's correct.
9      Q.    You said that Alvarez & Marsal
10 assisted with this answer?
11     A.    They would have been an intermediary
12 with K&E on this answer, yes.
13     Q.    So to assist with this answer, is it
14 fair to say that Alvarez and Marshall -- Marsal,
15 excuse me -- is familiar with the tagging
16 process of debtors and identifying account
17 holders who have stablecoins?
18           MR. WALLACE:  Objection.  Vague.
19     A.    Yeah, I don't know that -- the
20 tagging piece, but we're -- we understand, at a
21 general level, how coins come to the company and
22 get aggregated.
23     Q.    And in the next sentence, it says,
24 "Thus, it is not generally possible to trace any
25 of the Proposed Sale stablecoin to specific

22-10964-mg    Doc 1504-4    Filed 11/29/22    Entered 11/29/22 17:30:18    Exhibit D
In Re - Celsius Network LLC          Pg 15 of 18                    Robert Campagna
                                     Confidential                   November 22, 2022

35

1  transfers made by Account Holders."
2          Is that correct?
3      A.   Correct.
4      Q.   And in assisting in the response to
5  Question No. 24, did A&M and Mr. Ciriello have
6  familiarity with the tracing process of
7  stablecoin to account holders?
8          MR. WALLACE:  Objection.  Foundation.
9      A.   We did -- we did not perform any
10 tracing work.  And our understanding is it's --
11 the funds are aggregated in a manner that
12 doesn't allow them to be traced.
13     Q.   So to clarify, A&M has not done any
14 tracing work in relation to assisting with these
15 answers, correct?
16     A.   Our understanding is the coins cannot
17 be traced.
18     Q.   And where do you get that
19 understanding?  Where does A&M get that
20 understanding?  Excuse me.
21     A.   From speaking with the company
22 employees and from understanding how the funds
23 consolidate within their financial system.
24     Q.   So if A&M is not responsible for
25 giving information about tracing coins to

22-10964-mg   Doc 1504-4   Filed 11/29/22   Entered 11/29/22 17:30:18   Exhibit D
In Re - Celsius Network LLC            Pg 16 of 18                       Robert Campagna
                                        Confidential                     November 22, 2022

36

```
 1   account holders, in what way did A&M assist in
 2   the response to Question No. 24?
 3              MR. WALLACE:  Objection.  Misstates
 4        testimony.
 5        A.    Yeah, can you restate the question,
 6   please?
 7        Q.    Yes.
 8              So earlier you testified that A&M
 9   gets its information about tracing from the
10   debtors, correct?
11        A.    Correct.
12        Q.    We just read through the response to
13   Question No. 24 which discusses that debtors are
14   unable to trace specific stablecoins to specific
15   account holders, correct?
16        A.    Correct.
17        Q.    If A&M gets the information about
18   tracing from debtors, in what way did A&M assist
19   in helping with the response to Question No. 24?
20        A.    We would have assisted in getting
21   that information from the debtor personnel to
22   K&E, very simply.  And that's primarily it.
23        Q.    Okay.  Thank you for your
24   clarification.
25              I believe you said A&M may have
```

22-10964-mg   Doc 1504-4   Filed 11/29/22   Entered 11/29/22 17:30:18   Exhibit D
In Re - Celsius Network LLC           Pg 17 of 18                    Robert Campagna
                                        Confidential                 November 22, 2022

37

```
 1   assisted with questions 43 and 44; is that

 2   correct?

 3        A.   Correct.

 4        Q.   To the best of your knowledge, how do

 5   you believe that A&M assisted with Question

 6   No. 43?

 7        A.   Simply on 43, we have information

 8   related to institutional loan balances at --

 9   likely at certain points in time.  I don't know

10   the -- we definitely do not have them from

11   June 1 forward.  But, again, certain points, in

12   more recent points in time, we would have had

13   balances of institutional loans.

14        Q.   And how do you believe A&M, to the

15   best of your knowledge, assisted with Question

16   No. 44?

17             MR. WALLACE:  Objection.  Outside the

18        scope.

19        A.   Very similar to the answer in 43,

20   that schedules we would have seen, you typically

21   would include account balance, as well as

22   collateral balance on a loan-by-loan basis or a

23   -- if not a loan-by-loan basis, at least a

24   borrower-by-borrower basis.  One borrower can

25   have several loans.
```

38

1   Q.   Okay. Mr. Campagna, we can put this
2   exhibit marked as Exhibit 1 to the side.
3   A.   Okay.
4   Q.   Did you assist in the preparation of
5   any other declarations in this litigation?
6   A.   In this litigation, no. By "this
7   litigation," you mean the stablecoin motion,
8   correct?
9   Q.   Correct.
10  A.   Yes.
11  Q.   In relation to the stablecoin motion.
12  A.   That's correct, we have not.
13  Q.   Thank you.
14       Mr. Campagna, we're going to switch
15  gears here to your background.
16       Would you mind describing your
17  educational background?
18  A.   Sure.
19       I have a bachelor of science degree
20  with a concentration in business administration
21  in accounting from Bucknell University.
22       I passed the CPA exam and was a CPA
23  for many years. I've since gone inactive. And
24  I have a certification as a CIRA, C-I-R-A,
25  Certified Insolvency and Restructuring Advisor.