FISHERBROYLES LLP
Hollace T. Cohen, Esq.
445 Park Avenue, 9th Floor
New York, N.Y. 10022
Telephone:  917-365-4871
Facsimile: 212-423-0618
Email:  Hollace.cohen@fisherbroyles.com

Counsel for Vincent Theodore Goetten

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
|  | Chapter 11 |
| In re: |  |
|  | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC, et al., [1] |  |
|  | Jointly Administered |
| Debtors. |  |

---

<u>CERTIFICATE OF SERVICE</u>

I, Hollace T. Cohen, hereby certify that on November 29, 2022, I served a true and correct copy of

the *(i) Notice of Cancellation of Hearing with Respect to Unopposed Motion of FisherBroyles, LLP to*

*Withdraw as Counsel to Vincent Theodore Goetten* (i) via the Court's CM/ECF electronic notice

on all parties that receive such notice and (ii) via electronic mail upon the parties listed on Exhibit

A, as indicated.

---

[1] The debtors in these chapter 11 cases, along with the last digits of each Debtors' federal tax
identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius
Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network
Limited (8554); Celsius Networks Lending, LLC (3390); and Celsius US Holding LLC (7956). The
location of Debtor Celsius Network LLC's principal place of business and the Debtors' service
address in these chapter 11 cases is 121 River Street, PH05 Hoboken, New Jersey 07030.

Dated:  November 29, 2022                          FISHERBROYLES, LLP
       New York, New York

By: */s/ Hollace T. Cohen*
    Hollace T. Cohen, Esq.
    FisherBroyles, LLP
    445 Park Avenue, 9th Floor
    New York, N.Y. 10022
    Telephone:  917-365-4871
    Facsimile: 212-423-0618
    Email:  Hollace.cohen@fisherbroyles.com

    Attorneys for Vincent Theodore Goetten

## **EXHIBIT A**

(Served via email on November 18, 2022)

Chambers of the Honorable Martin Glenn
mg.chambers@nysb.uscourts.gov


Joshua Sussberg, Esq.
jsussberg@kirkland.com


Patrick Nash, Esq.
patrick.nash@kirkland.com


Gregory Pesce, Esq.
gregory.pesce@whitecase.com


Shara Cornell, Esq.
shara.cornell@usdoj.gov


Mark Bruh, Esq.
mark.bruh@usdoj.gov


Brian Masumoto, Esq.
brian.masumoto@usdoj.com


Kyle J. Ortiz, Esq.
kortiz@Teamtogut.com


Deborah Kovsky-Apap, Esq.
deborah.kovsky@troutman.com


Immanuel Herrmann
immanuelherrmann@gmail.com


Vincent Theodore Goetten

goetten@protonmail.com