UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

# NINTH NOTICE OF AMENDED DATES AND
# DEADLINES WITH RESPECT TO BIDDING PROCEDURES
# FOR THE POTENTIAL SALE OF CERTAIN OF THE DEBTORS' ASSETS

**PLEASE TAKE NOTICE** that, on September 1, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates With Respect Thereto, (III) Approving the Form and Manner of the Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief* [Docket No. 687] (the "Order"), approving certain dates, deadlines, and procedures for the potential sale of certain of the Debtors' assets (the "Bidding Procedures").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section XVIII of the Bidding Procedures, the Debtors, in consultation with the Consultation Parties, reserved their rights to modify the Bidding Procedures in their reasonable business judgement in a manner consistent with the exercise of their fiduciary duties, and in any manner that will best promote the goals of the bidding process, including, without limitation, extending the deadlines set forth in the Bidding Procedures and adjourning the Auction.

**PLEASE TAKE FURTHER NOTICE** that, on September 21, 2022, the Debtors filed the *Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets* [Docket No. 878], extending certain dates and deadlines related to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on October 3, 2022, the Debtors filed the *Second Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order.

*Potential Sale of Certain of the Debtors' Assets* [Docket No. 956], adjourning the date of the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, on October 14, 2022, the Debtors filed the *Third Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets* [Docket No. 1060], extending certain dates and deadlines related to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on November 7, 2022, the Debtors filed the *Fourth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets* [Docket No. 1299], extending certain dates and deadlines related to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on November 10, 2022, the Debtors filed the *Fifth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets* [Docket No. 1232], extending certain dates and deadlines related to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on November 21, 2022, pursuant to the Bidding Procedures Order, the Debtors filed the *Notice of Adjournment of Auction* [Docket No. 1413] adjourning the Auction, if any, to November 23, 2022, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on November 22, 2022, pursuant to the Bidding Procedures Order, the Debtors filed the *Second Notice of Adjournment of Auction* [Docket No. 1440] adjourning the Auction, if any, to November 25, 2022, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, on November 25, 2022, the Debtors filed the *Sixth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets* [Docket No. 1460], extending certain dates and deadlines related to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on November 27, 2022, the Debtors filed the *Seventh Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets* [Docket No. 1461], extending certain dates and deadlines related to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on November 28, 2022, the Debtors filed the *Eighth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets* [Docket No. 1480], extending certain dates and deadlines related to the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures, following consultation with the Consultation Parties, the Debtors hereby announce the following modified dates and deadlines with respect to the bidding procedures for the GK8 Assets:

| Event or Deadline | Original Date and Time[3] | Modified Date and Time |
|---|---|---|
| Auction (if necessary) | November 30, 2022, at 10:00 a.m. (prevailing Eastern Time) | December 2, 2022, at 10:00 a.m. (prevailing Eastern Time) |
| Cure Objection Deadline | December 1, 2022, at 4:00 p.m. (prevailing Eastern Time) | December 6, 2022, at 4:00 p.m. (prevailing Eastern Time) |
| Sale Objection Deadline | December 1, 2022, at 4:00 p.m. (prevailing Eastern Time) | December 6, 2022, at 4:00 p.m. (prevailing Eastern Time) |
| Sale Hearing | December 5, 2022, at 2:00 p.m. (prevailing Eastern Time) or as soon thereafter as the Court's calendar permits | December 8, 2022, at 9:00 a.m. (prevailing Eastern Time) or as soon thereafter as the Court's calendar permits |

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing will be held on December 8, 2022, at 9:00 a.m. (prevailing Eastern Time) before the Honorable Martin Glenn, Chief United States Bankruptcy Judge. In accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances.pl. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m., prevailing Eastern Time, the business day before the hearing (*i.e.*, on December 7, 2022)**.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 9:00 a.m., prevailing Eastern Time on December 8, 2022, must connect to the Hearing beginning at 8:00 a.m., prevailing Eastern Time on December 8, 2022. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures, Order, and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at https://www.deb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[3] All dates and deadlines are subject to Bankruptcy Rule 9006.

3

| | |
|---|---|
| New York, New York<br>Dated: November 30, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:           jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |