**Hearing Date: December 5, 2022 at 10:00 a.m.**
                                              **Response Deadline: November 29, 2022**

**McELROY, DEUTSCH, MULVANEY**
  **& CARPENTER, LLP**
Jeffrey Bernstein
570 Broad Street
Newark, NJ 07102
Telephone: (973) 565-2183
Facsimile: (973) 622-5314
E-mail: jbernstein@mdmc-law.com
-and-

**McELROY, DEUTSCH, MULVANEY**
  **& CARPENTER, LLP**
Nicole Leonard
225 Liberty Street, 36th Floor
New York, NY 10281
Phone: (973) 565-2048
E-mail: nleonard@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*[1], | ) Case No. 22-10964-MG |
| | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**<u>CERTIFICATION OF SERVICE</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LL (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, NJ 07030.

1

I hereby certify that on November 29, 2022, a true and correct copy of the following document was served via ECF notification to all parties who receive ECF notification:

RESPONSE OF THE NEW JERSEY BUREAU OF SECURITIES TO DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS IN THE DEBTORS' EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE AND (III) GRANTING RELATED RELIEF [DOC. 1325] AND RESERVATION OF RIGHTS [Doc. 1498].

A true and correct copy of the above document was also sent via e-mail on November 29, 2022 to counsel to the Debtors and the United States Trustee at the following electronic mail addresses:

>CelsiusRx@kirkland.com
>Shara.Cornell@usdoj.gov
>Mark.Bruh@usdoj.gov
>Brian.Masumoto@usdoj.gov

Dated: November 30, 2022                    /s/ Jeffrey Bernstein
                                            Jeffrey Bernstein