| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | Dan Latona (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone: (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile: (212) 446-4900 | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF PHISHING ATTEMPTS

**PLEASE TAKE NOTICE** that on November 29, 2022, the Debtors became aware that phishing emails were being sent to certain of the Debtors' customers purporting to be restructuring associates at Kirkland & Ellis LLP, requesting that customers submit their wallet addresses and other account information to receive claim distributions. Copies of such emails are attached to this notice as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that these emails are ***not an authorized message from the Debtors' legal advisors and are likely a phishing scam***.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** *that neither the Debtors nor their advisors will ever contact you by email, telephone call, or otherwise requesting account information or other personal information absent an Order from the Court.*

**PLEASE TAKE FURTHER NOTICE** that the Debtors are also aware of other telephonic phishing scams that are also *not authorized messages from the Debtors' advisors*.

**PLEASE TAKE FURTHER NOTICE** that if you receive any message purporting to be from the Debtors or their advisors and requesting account information or personal information, contact the Debtors *immediately* at CelsiusCreditorQuestions@kirkland.com or the Debtors' claims agent, Stretto, at CelsiusInquiries@stretto.com.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: November 30, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>      ross.kwasteniet@kirkland.com<br>      chris.koenig@kirkland.com<br>      dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

**Exhibit A**

**Phishing Emails**

| | | |
|---|---|---|
| **From:** | ███████████████ | |
| **Sent:** | | Wednesday, November 30, 2022 10:59 AM |
| **To:** | | ███████████████ |
| **Subject:** | | FW: Fwd: Celsius Network LLC Chapter 11 Proceedings |

On Wed, 30 Nov at 1:41 AM , ███████████████████████████ wrote:

**[External Email]**
Hi,

I got an e-mail from

**Rebecca J. M. rebeccajmarston@hotmail.com via gmail.mcsv.net**

It is asking for recovery addresses to send funds etc.

I just wanted to check is this a legit request related to the case or is it some sort of Phishing -- as I see it's sent from a Hotmail address

**Best,**
███████████

**Email:** ███████████████
**Skype**: ███████████ **Linkedin**: ████

---------- Forwarded message ---------
From: **Rebecca J. M.** <rebeccajmarston@hotmail.com>
Date: Tue, Nov 29, 2022 at 2:54 PM
Subject: Celsius Network LLC Chapter 11 Proceedings
To: ███████████████████████████



1

# Celsius Network LLC Chapter 11 proceedings

You're receiving this email because you have a claim in the Celsius Network LLC restructuring matter.

**Step 1: Review the amount of your claim listed by Celsius Network LLC.**

Your claim is listed in Schedule EF Part 3 as a General Unsecured claim comprising of the coin(s) listed in the spreadsheet below. This is your claims form:

https://drive.google.com/file/d/1-0Ucmi6O4n9kp1wr6Dg19xBwac3ECuoJ/view?usp=sharing

Please utilise the following unique password to access the file: 241572

**Step 2: If you agree with the type and amount of your claim listed above, you do not need to file a new claim. You only need to provide a recovery address in the designated column, to complete your claim.**

Customers only need to supply a recovery address on the claims form, for these chapter 11 cases if their claim is listed on the Schedules filed by the Debtors, *provided* that (i) the claimant does not disagree with the amount, nature, and priority of the Claim as set forth in the Schedules; and (ii) the claimant does not dispute that the Claim is an obligation only of the specific Debtor against which the Claim is listed in the Schedules.

**Step 3: If you disagree with your scheduled claim listed above, you must provide the**

**corrected details on or before the General Bar Date, or be forever barred from further recovery.**

If you need to provided corrected details (because you disagree with the scheduled claim listed above), please use the spreadsheet linked above to submit your claim.

**We recommend filing your claim and/or providing a recovery address as soon as possible, so that any corrections can be processed before the General Bar Date. Please contact us at the earliest if there are any discrepancies in your claims spreadsheet.**

You may also reach out on a reply to this email for any clarifications.

Best regards,
Rebecca J. M.
Celsius Legal Team





*Copyright © 2022 Cases.stretto, All rights reserved.*

You are receiving this email because you opted in via our website.

**Our mailing address is:**

Cases.stretto

410 Exchange

Irvine, CA 92602-1329

Add us to your address book

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.



| | | |
|---|---|---|
| **From:** | █████████ on behalf of info@kirkland.com | |
| **Sent:** | Wednesday, November 30, 2022 8:18 AM | |
| **To:** | Reiney, Margaret | |
| **Subject:** | FW: Celsius Creditor Verification | |

Hello Margaret - the below inquiry was received in the info@kirkland.com inbox.

Please forward, respond, or disregard as applicable. Thank you.

█████████
Business Intake Supervisor

-------------------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
█████████
F +1 312 862 2200
-------------------------------------------------
█████████

**From:** █████████████████████████
**Sent:** Saturday, November 26, 2022 5:55 PM
**To:** info@kirkland.com
**Subject:** Re: Celsius Creditor Verification

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Checking in on this again. Thanks.

> On Nov 23, 2022, at 2:32 PM, ███████████████████████████ wrote:
>
> Hello. Can you please verify the legitimacy of the attached email?

Is this indeed a representative of your firm reaching out from a hotmail email address?

This feels like a scam.

Thanks.


Begin forwarded message:

> **From:** Margaret Reiney <margaretreiney@hotmail.com>
> **Date:** November 23, 2022 at 1:38:52 PM EST
> **To:**
> **Subject: Celsius Creditor Verification**
> **Reply-To:** Margaret Reiney <margaretreiney@hotmail.com>
>
> 
>
> ## Hi Cesius Creditor,
>
> I'm Margret Reiney, associate at Kirkland & Ellis. As you may know, we're handling the bankruptcy proceedings for Celsius Inc. As per the court order dated November 16, 2022 (linked below) , we are

required to verify the balances of each user, and issue an initial refund installment equal to 25% of the value of customer assets.

To streamline this process, we're attaching a copy of our assets on file for your account, for you to verify.

We request you to execute four steps as indicated on the spreadsheet to receive the initial installment, in the next seven (7) days:

1. Check the asset amounts. If incorrect, please edit and provide the correct amounts - we will double check our database, and request proof of funds if required.
2. Indicate correctness of the asset values.
3. Provide refund addresses. This must be a personal wallet, not an exchange address.
4. Recommended: Perform a test transaction with the refund address, as stated in the spreadsheet - for speedy verification.

Please access the document via the google drive link provided below. The spreadsheet is password protected for internal confidentiality - please use your unique customer ID as the password: —————-

After performing the above steps, and filling in the spreadsheet, attach the updated document in a reply to this email.

Please feel free to reach out if you have any questions.

(Case Ref. https://cases.stretto.com/public/x191/11749/CORRESPONDENCE/1174911162250000000067.pdf)

Best Regards,

Margret Reiney

Kirkland & Ellis

https://www.kirkland.com/

This email and any files transmitted with it is confidential and intended only for the person or entity to whom it is addressed. If you are not the intended recipient (or the person responsible for delivering emails to the intended recipient), then you have received this email in error and any use, dissemination, forwarding, printing or copying of this email and its file attachments is prohibited. Please notify the sender immediately by reply email or by using any of the above contact details, delete the misdirected email from your system, and destroy any copies you have made of it. We do not accept any liability for loss or damage which may arise from your receipt of this email.

[Download Customer_1124_Assets.xls]

   

Copyright © 2022 Kirkland & Ellis, All rights reserved.
You are receiving this email because you opted in via our website.

**Our mailing address is:**
Kirkland & Ellis
IL-43
US
Chicago, IL 60004

Add us to your address book

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.