| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | Chapter 11 Case No. 22-10964 (MG) |
| **SOUTHERN DISTRICT OF NEW YORK** | (Jointly Administered) |

In re CELSIUS NETWORK LLC, *et al[1]*.

# DANIEL A. FRISHBERG' JOINDER IN OBJECTIONS TO THE DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS IN THE DEBTORS' EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE, AND <u>(III) GRANTING RELATED RELIEF</u>

  I, Daniel A. Frishberg herby file this Joinder[2] (the "<u>Joinder</u>") in the O*bjection to Debtors' Amended Motion for Entry of an Order (i) Establishing Ownership of Assets in the Debtors' EARN Program, (ii) Permitting the Sale of Stablecoin in the Ordinary Course, and (iii) Granting Related Relief,* filed by Eric Wohlwend (Doc. No. 1430); *the Objection and Reservation of Rights to Debtor's Motion for Entry of an Order (i) Establishing Ownership of Assets in the Debtors' Earn Program, (ii) Permitting the Sale of Stablecoin in the Ordinary Course and (iii) Granting Related Relief,* filed by Keith and Jennifer Ryals (Doc. No. 1490); the *Objection and Joinder of Nuno Saraiva to Objections of Other Earn Program Account Holders to Debtor's Amended Motion for Entry of an Order (i) i) Establishing Ownership of Assets in the Debtors' EARN Program, (ii) Permitting the Sale of Stablecoin in the Ordinary Course, and (iii) Granting Related Relief,* filed by Nuno Saraiva (Doc. No. 1485)*, and partially joining in the Limited Objection of the United States Trustee to the Debtors' Amended Motion Seeking Entry of an Order Permitting the Sale of Stablecoin in the Ordinary Court* (Doc. No. 1489). I also join where it is relevant to all other Objections, including ones that have not been docketed yet, with the exception of ECF Docket No. 1505 (if it is classified as an Objection).

  I reserve any and all rights, see my docketed reservation of rights, for more details.
Respectfully Signed,
Daniel A. Frishberg *Pro Se*
Hillsborough County Florida
November 30th 2022
*/s/<u>Daniel A. Frishberg</u>*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] I only join where it is relevant.