# **EXHIBIT A**

**Extract of Deposition Transcript of Christopher Ferraro taken November 21, 2022**

## In the Matter Of:

*Re CELSIUS NETWORK LLC, et al.*

*CHRISTOPHER FERRARO*

*November 21, 2022*



```
                                                                      1

            UNITED STATES BANKRUPTCY COURT

            SOUTHERN DISTRICT OF NEW YORK


 In re:                              )
                                     ) Chapter 11
                                     )
 CELSIUS NETWORK LLC, et al.         ) Case No. 22-10964
                                     ) (MG)
                                     )
 _____)




                       CONFIDENTIAL

     VIDEOCONFERENCE VIDEO-RECORDED DEPOSITION OF

               CHRISTOPHER JAMES FERRARO

                    New York, New York

                 Monday, November 21, 2022








 Reported Stenographically By:
 PATRICIA A. BIDONDE
 Registered Professional Reporter
 Realtime Certified Reporter
 JOB#:  2022-872581
```

2

```
 1
 2
 3
 4                    November 21, 2022
                         9:09 a.m.
 5
 6
 7        Confidential Videoconference
 8   Video-Recorded Deposition of
 9   CHRISTOPHER JAMES FERRARO, held at
10   the offices of Kirkland & Ellis LLP,
11   601 Lexington Avenue, New York, New
12   York, before Patricia A. Bidonde,
13   Stenographer, Registered
14   Professional Reporter, Realtime
15   Certified Reporter, Certified
16   eDepoze Court Reporter, Notary
17   Public of the States of New York,
18   New Jersey, and Connecticut.
19
20
21
22
23
24
25
```

106

1           C. Ferraro - Confidential
2      Q.    So the answer is no, they haven't?
3      A.    So the answer is no.  Yeah.
4      Q.    Okay.  Let's turn to paragraph 24
5  of your declaration.  And let me know when
6  you're there.
7      A.    Yes, sir.
8      Q.    Okay.  In the first sentence of
9  that paragraph, you state:  "Post-petition,
10 the debtors have faced continued liquidity
11 challenges."
12           Do you see that?
13     A.    Yes.
14     Q.    Okay.  When do the debtors project
15 they will run out of liquidity?
16     A.    On a consolidated basis of the
17 debtors, in the first quarter of 2023.
18     Q.    Is there any more specific
19 projection for when the liquidity runs out
20 beyond the first quarter of 2023?
21     A.    It's really -- it gets very tight
22 at the end of February, and we go negative in
23 the beginning of March.
24     Q.    Okay.
25     A.    That's on a consolidated basis.  I

```
                                                        107
 1              C. Ferraro - Confidential
 2   think the mining -- the mining entity, I
 3   believe, runs out of cash in January, late
 4   January.
 5        Q.   And when do the debtors project
 6   they will run out of liquidity if they're
 7   permitted to sell stablecoin?
 8        A.   Stablecoin sale would at least
 9   give us another month of runway, if not a
10   little bit more.
11        Q.   So -- I'm sorry.
12        A.   If not a little bit more.  So that
13   should get us into probably April.
14        Q.   Okay.  Do the debtors intend to be
15   out of bankruptcy before that time?
16        A.   It's highly unlikely.  We would
17   love to be, but --
18        Q.   Why -- I'm sorry, I feel like I
19   keep cutting you off, and that's my fault.
20   You said, "It's highly unlikely, we'd like to
21   be."  Was there anything you wanted to say?
22        A.   Of course we would like to be, but
23   it's doubtful that we'll be out in early
24   second quarter.  It's probably a few months
25   later if we do everything properly.
```

108

```
1              C. Ferraro - Confidential
2         Q.   So let's break that answer down.
3    So why do you say it's highly unlikely?
4         A.   Well, we have to -- I mean, we're
5    in a dual-track process right now where we're
6    going through sales and marketing of the
7    assets.  We're also working on a standalone
8    reorganization plan working with the committee
9    and their professionals as well.
10             You know, we're just in a world in
11   which we're trying to maximize value for the
12   estate.  I think there's also key legal
13   questions, to my understanding, that still
14   need to be answered, investigations that need
15   to be finished.
16             But most importantly for me, I'm
17   working on the reorganization plan, and my
18   understanding of the timelines and, kind of,
19   how the plan gets approved -- gets commented
20   on, gets approved and -- right? -- is early
21   second quarter of 2023 is a stretch to get out
22   of bankruptcy.
23        Q.   What happens -- what happens if
24   the debtors run out of liquidity before
25   they're able to exit from bankruptcy?
```

127

```
 1              C. Ferraro - Confidential
 2       A.    Tirelessly, seven days a week,
 3   nonstop, yes, sir.
 4       Q.    And the debtors wouldn't
 5   potentially do anything to delay its proposal
 6   of a plan.  Right?
 7              MR. McCARRICK:  Object to
 8       form.
 9              You can answer.
10       A.    There's nothing more that we want
11   to do than to get out of Chapter 11 the right
12   way.
13       Q.    So the answer is yes, the debtors
14   would not intentionally delay the proposal of
15   a plan.  Right?
16              MR. McCARRICK:  Objection.
17       Asked and very much answered.
18              THE WITNESS:  Can I answer?
19       Q.    You can answer again.
20              MR. McCARRICK:  Answer again.
21              THE WITNESS:  Oh, sorry.
22       A.    We are doing everything we can to
23   get out as fast as possible.  Delays hurt us,
24   hurt the estate, hurt our customers, hurt our
25   stakeholders.  We want to get out of this
```

128

1          C. Ferraro - Confidential
2    process and do it the right way.
3          Q.    Thank you.  All right.  This is
4    actually my last line of questions, so we're
5    almost done.  And I will pass you on to
6    someone else who wants to ask questions.
7          A.    Okay.
8          Q.    Are you aware, Mr. Ferraro, that
9    since Celsius filed for bankruptcy, individual
10   account holders have filed letters and
11   statements on the bankruptcy court docket
12   regarding this bankruptcy?
13             MR. McCARRICK:  Objection to
14        form.
15             You can answer.
16         A.    Yes, I'm aware.  The judge has
17   also spoke about the letters.
18         Q.    Have you read any of those
19   letters?
20         A.    I have read some of the letters,
21   yes.
22         Q.    Do you remember which ones?
23         A.    There's too many to remember.
24   I -- I went through over 50 letters.  There
25   was a lot of letters.

Confidential       Christopher Ferraro - November 21, 2022

                                                                    414

```
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK    )
 4                        : ss.
 5   COUNTY OF NASSAU     )
 6
 7            I, PATRICIA A. BIDONDE, a Notary
 8       Public within and for the State of New
 9       York, do hereby certify:
10            That CHRISTOPHER FERRARO, the
11       witness whose deposition is hereinbefore
12       set forth, was duly sworn by me, and
13       that such deposition is a true record of
14       the testimony given by the witness.
15            I further certify that I am not
16       related to any of the parties to this
17       action by blood or marriage, and that I
18       am in no way interested in the outcome
19       of this matter.
20            IN WITNESS WHEREOF, I have
21       hereunto set my hand this day,
22       November 22, 2022.
23       _____
         PATRICIA A. BIDONDE
24       Stenographer
         Registered Professional Reporter
25       Realtime Certified Reporter
```