**Mark A. Lindsay, Esq.**
**Bernstein-Burkley, P.C.**
**601 Grant Street, 9th Floor**
**Pittsburgh, PA 15219**
**Tel: (412) 456-8121**
**Fax: (412) 456-8135**
**E-mail: mlindsay@bernsteinlaw.com**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CELSIUS NETWORK, LLC, et al.,<br><br>Debtors. | Case No.: 22-10964 (MG)<br><br>Chapter 11<br><br><br>Document No. _____<br><br>Related to Doc. No. 1325 |

### JOINDER IN VARIOUS OBJECTIONS AND RESERVATION OF RIGHTS TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS IN THE DEBTORS' EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE AND (III) GRANTING RELATED RELIEF

Comes now, Kim David Flora and Brett Flora (collectively, "Respondents") by and through their undersigned counsel, and file this *Joinder in Various Objections and Reservation of Rights to the Debtor's Motion For Entry of an Order Establishing Ownership of Assets in the Debtors' Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief* filed by Stuart McLean at Document No. 1491 (the "Objection"), stating as follows:

1. On November 11, 2022, the Debtors filed their *Amended Motion for Entry of An Order (I) Establishing Ownership of Assets in the Debtors' Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course, and (III) Granting Related Relief* (the "Earn Motion").

2. On November 29, 2022, Stuart McLean filed that certain Objection and Reservation of Rights to the Earn Motion (the "Objection"). On multiple dates, various Earn account owners and other parties in interest filed objections to the Earn Motion (the "Other Objections").

3. Respondents are owners of Earn accounts and assets therein, and hereby join in and assert the positions and averments made and relief requested in the Objection and Other Objections.

4. Respondents submit this Joinder without prejudice to, and with full reservation of, their rights to file separate pleadings in response to the Earn Motion or other pending Debtor matter.

5. As has been acknowledged by the Debtors, Respondents further reserve and preserve any and all claims, causes of action, and defenses that they may have with regard to the Debtors or any other party in interest, including without limitation as to any alleged contract with the Debtors. Furthermore, Respondents reserve the right to amend and/or supplement this Joinder based on discovery of additional facts and information.

WHEREFORE, Respondents hereby join in the Objection and Other Objections and respectfully request that the Court enter an Order denying the Debtors' Earn Motion in its entirety, and entering any additional relief deemed just and proper.

Dated: December 1, 2022

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Mark A. Lindsay
Mark A. Lindsay, Esq., PA ID 89487
*Pro Hac Vice Pending*
Erica L. Kravchenko, Esq.
*Admitted Pro Hac Vice*
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone: (412) 456-8121
Fax:   (412) 456-8135
Email: mlindsay@bernsteinlaw.com

Counsel for Respondents

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>CELSIUS NETWORK, LLC, et al.,<br><br>Debtors. | Case No.: 22-10964 (MG)<br><br>Chapter 11<br><br><br><br>Document No. _____<br><br>Related to Doc. No. _____ |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2022, copies of the within pleading were served upon all parties receiving notice in these proceedings electronically via the Court's CM/ECF system:

☐ David J. Adler dadler@mccarter.com
☐ Susan L Adler nycsa@aol.com, susannycsa@gmail.com
☐ Nelly Cessiska Almeida nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida8701@ecf.pacerpro.com
☐ Andrea Amulic andrea.amulic@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com
☐ Michael Andolina mandolina@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com
☐ Darren T. Azman dazman@mwe.com, mco@mwe.com;cgreer@mwe.com
☐ Alexandra Steinberg Barrage abarrage@dwt.com
☐ Malcolm M Bates mbates@duanemorris.com
☐ Ronit Berkovich Ronit.Berkovich@weil.com
☐ Jeffrey Bernstein jbernstein@mdmc-law.com, kpatterson@mdmc-law.com
☐ Michael P. Broadhurst mbroadhurst@wgpllp.com
☐ Dean Lindsay Chapman dchapman@akingump.com, AGSearchLit@akingump.com;kmanlove@akingump.com;nymco@akingump.com
☐ Michael Chen mchen@akingump.com
☐ Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com
☐ Jeffrey S. Cianciulli jcianciulli@wgpllp.com, imarciniszyn@weirpartners.com
☐ Marvin E. Clements agbanknewyork@ag.tn.gov
☐ Hollace T. Cohen hollace.cohen@fisherbroyles.com
☐ Aaron Colodny aaron.colodny@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com
☐ Dawn R. Copley dcopley@dickinsonwright.com, tcorey@dickinsonwright.com
☐ Karen Cordry kcordry@naag.org
☐ Shara Claire Cornell shara.cornell@usdoj.gov

- Anthony J. DeGirolamo tony@ajdlaw7-11.com
- Roma N Desai roma.desai@oag.texas.gov
- Thomas Robert Dominczyk tdominczyk@mauricewutscher.com, thomas-dominczyk5025@ecf.pacerpro.com
- Daniel Eggermann deggermann@kramerlevin.com, corporate-reorg1449@ecf.pacerpro.com
- Stuart P. Gelberg spg@13trustee.net
- Jeffrey R. Gleit jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com
- Brian D. Glueckstein gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com
- Bonnie R. Golub bgolub@wgpllp.com
- Andrew R. Gottesman gottesman@mintzandgold.com, gottesman@mintzandgold.com
- Brian G. Hannon bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
- Juandisha Harris harrisj12@michigan.gov
- Samuel P Hershey shershey@whitecase.com, mco@whitecase.com,jdisanti@whitecase.com
- Mitchell Hurley mhurley@akingump.com, bkemp@akingump.com;dkrasa@akingump.com
- Monique Debrikka Jewett-Brewster mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Katherine Johnson kjohnson3@ftc.gov, kaizpuru@ftc.gov
- John Kane jkane@akingump.com
- Barry R. Kleiner dkleiner@kkwc.com
- Gregory Kopacz gkopacz@sillscummis.com
- Lawrence J. Kotler ljkotler@duanemorris.com
- Bryan Kotliar bkotliar@teamtogut.com, eblander@teamtogut.com;jmcclain@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com
- Deborah Kovsky-Apap deborah.kovsky@troutman.com, kay.kress@troutman.com
- Erica Kravchenko ekravchenko@bernsteinlaw.com
- Tyler Nathaniel Layne tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com
- Vincent Edward Lazar vlazar@jenner.com
- Thomas Scott Leo sleo@leolawpc.com, emartinez@leolawpc.com
- Nicole A Leonard nleonard@mdmc-law.com, sshidner@mdmc-law.com
- Seth H. Lieberman slieberman@pryorcashman.com, cfrench@pryorcashman.com
- Edward J. LoBello elobello@msek.com
- Stephen Manning stephen.manning@atg.wa.gov, GCEEF@atg.wa.gov
- Hugh R. McCullough hughmccullough@dwt.com, elainehuckabee@dwt.com;SEADocket@dwt.com
- Joshua Mester jmester@jonesday.com
- Layla Milligan Layla.Milligan@oag.texas.gov
- Julie F. Montgomery jmontgomery@brownconnery.com
- Michael D. Morris morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- Carl D. Neff carl.neff@fisherbroyles.com

☐ Mark Norgaard mnorgaard@norgaardfirm.com, crose@norgaardfirm.com;sferreira@norgaardfirm.com
☐ Kyle J. Ortiz kortiz@teamtogut.com, dperson@teamtogut.com;aoden@teamtogut.com;aglaubach@teamtogut.com;eblander@teamtogut.com;bkotliar@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com;lebrahimi@teamtogut.com
☐ Michael Todd Parker todd.parker@parkerpohl.com
☐ Arie Peled aapeled@venable.com
☐ Gregory F Pesce gregory.pesce@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com
☐ Richard J. Pilson richardjpilson@aol.com
☐ David M Pohl david.pohl@parkerpohl.com
☐ John Reding john.reding@ilag.gov
☐ Annemarie V. Reilly annemarie.reilly@lw.com
☐ Kyle William Roche kyle@kyleroche.law, akaradjas@rochefreedman.com
☐ Jennifer Rood jennifer.rood@vermont.gov
☐ Abigail Ryan abigail.ryan@oag.texas.gov
☐ Jeffrey S. Sabin jssabin@venable.com
☐ Ray C Schrock ray.schrock@weil.com, matthew.goren@weil.com
☐ William D Schroeder schroeder@jrlaw.org, healey@jrlaw.org
☐ Paul R. Shankman pshankman@fortislaw.com
☐ Virginia T. Shea vshea@mdmc-law.com, tcolombini@mdmclaw.com;mtaranto@mdmc-law.com
☐ Paul N. Silverstein paulsilverstein@huntonak.com
☐ Scott D. Simon ssimon@goetzfitz.com
☐ Katherine Stadler kstadler@gklaw.com, kboucher@gklaw.com
☐ Catherine Steege csteege@jenner.com, jeffrey_cross@discovery.com
☐ Howard Steel HSteel@goodwinlaw.com
☐ Joshua Sussberg jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com
☐ Lucy Thomson lucythomson_cpo@earthlink.net
☐ David Turetsky david.turetsky@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com
☐ United States Trustee USTPRegion02.NYECF@USDOJ.GOV
☐ Morris D. Weiss morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
☐ Dina L. Yunker Frank bcuyunker@atg.wa.gov
☐ Evan J. Zucker ezucker@blankrome.com, eDocketing@blankrome.com

By: /s/ Mark A. Lindsay
Mark A. Lindsay, Esq.
PA I.D.: 89487
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone: (412) 456-8121
Fax:    (412) 456-8135
Email: mlindsay@bernsteinlaw.com