# EXHIBIT A

**In the Matter Of:**

*In Re - Celsius Network LLC*

---

*OREN BLONSTEIN*

*November 22, 2022*

---



1

```
 1              UNITED STATES BANKRUPTCY COURT

 2              SOUTHERN DISTRICT OF NEW YORK

 3

 4    In re                    )
                               )
 5    CELSIUS NETWORK LLC,     )
      et al.,                  )  Case No.
 6                             )  22-10964 (MG)
                 Debtor.       )
 7                             )

 8

 9

10
                   ** CONFIDENTIAL **
11
      _____
12

13          VIDEO RECORDED EXAMINATION OF

14                  OREN BLONSTEIN

15    _____

16                     TAKEN ON

17            TUESDAY, NOVEMBER 22, 2022
18

19

20

21

22
      CERTIFIED STENOGRAPHER:
23     JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
       CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24     CCR-WA (No. 21007264), CSR-CA (No. 14420),
       REALTIME SYSTEMS ADMINISTRATOR
25     JOB NO.:  872582
```

2

 1

 2            VIDEO RECORDED EXAMINATION of OREN

 3   BLONSTEIN, taken before JESSICA R. WAACK,

 4   Registered Professional Reporter, Registered

 5   Merit Reporter, Certified Realtime Reporter,

 6   Registered Diplomate Reporter, California

 7   Certified Realtime Reporter, New Jersey

 8   Certified Court Reporter (License No.

 9   30XI008238700); Texas Certified Shorthand

10   Reporter (License No. 11958); Washington

11   State Certified Court Reporter (License No.

12   21007264); California Certified Shorthand

13   Reporter (License No. 14420); New York

14   Association Certified Reporter, New York

15   Realtime Court Reporter and Notary Public of

16   Washington, D.C. and the States of New York,

17   Pennsylvania, Delaware, Maryland and

18   Virginia, at Kirkland & Ellis, LLP, 601

19   Lexington Avenue, New York, New York, on

20   Tuesday, November 22, 2022, commencing at

21   9:51 a.m. and concluding at 7:04 p.m.

22

23

24

25

3

1                    A P P E A R A N C E S

2

3    ON BEHALF OF THE DEBTORS:

4        KIRKLAND & ELLIS LLP

5        BY:  GRACE C. BRIER, ESQ.

6        BY:  JOSEPH D'ANTONIO, ESQ.

7        BY:  ELIZABETH JONES, ESQ.

8        BY:  T.J. McCARRICK, ESQ.

9        BY:  AMILA GOLIC, ESQ. (Remotely)

10       BY:  GABRIELA ZAMFIR HENSLEY, ESQ.

11       (Remotely)

12       BY:  JOSHUA RAPHAEL, ESQ. (Remotely)

13       BY:  DANIEL LATONA, ESQ. (Remotely)

14       BY:  ASHTON WILLIAMS, ESQ. (Remotely)

15       1301 Pennsylvania Avenue, N.W.

16       Washington, D.C.  20004

17       PHONE:  202-389-5082

18       EMAIL:  Grace.brier@kirkland.com

19

20

21

22

23

24

25

4

```
 1              A P P E A R A N C E S

 2

 3   REMOTELY ON BEHALF OF AD HOC GROUP OF CUSTODY

 4   HOLDERS:

 5        TOGUT, SEGAL & SEGAL LLP

 6        BY:  JARED C. BORRIELLO, ESQ.

 7        One Pennsylvania Plaza, Suite 3335

 8        New York, New York  10119

 9        PHONE:  212-201-6571

10        EMAIL:  Jborriello@teamtogut.com

11

12   ON BEHALF OF THE OFFICIAL COMMITTEE OF

13   UNSECURED CREDITORS:

14        WHITE & CASE LLP

15        BY:  AARON COLODNY, ESQ.

16        BY:  MICHAEL A. JAOUDE, ESQ.

17        BY:  KEITH H. WOFFORD, ESQ. (Remotely)

18        BY:  ANDREA AMULIC, ESQ. (Remotely)

19        BY:  DAVID TURETSKY, ESQ. (Remotely)

20        BY:  SAMUEL HERSHEY, ESQ. (Remotely)

21        555 South Flower Street, Suite 2700

22        Los Angeles, California  90071-2433

23        PHONE:  213-620-7706

24        EMAIL:  Acolodny@whitecase.com

25
```

5

1            A P P E A R A N C E S

2

3  REMOTELY ON BEHALF OF CELSIUS NETWORK:

4       AKIN GUMP STRAUSS HAUER & FELD LLP

5       BY:  MITCHELL P. HURLEY, ESQ.

6       BY:  JESSICA MANNON, ESQ.

7       One Bryant Park

8       Bank of America Tower

9       New York, New York  10036-6745

10      PHONE:  212-872-1011

11      EMAIL:  Mhurley@akingump.com

12

13  ON BEHALF OF THE OFFICE OF THE UNITED STATES

14  TRUSTEE:

15      BY:  SHARA CORNELL, ESQ.

16      BY:  MARK BRUH, ESQ. (Remotely)

17      201 Varick Street

18      New York, New York  10014

19      EMAIL:  Shara.cornell@usdoj.gov

20

21

22

23

24

25

6

```
 1                     A P P E A R A N C E S

 2

 3    REMOTELY AS SPECIAL COUNSEL TO THE DEBTOR:

 4         LATHAM & WATKINS LLP

 5         BY:  JACK MITCHELL MCNEILY, ESQ.

 6         330 North Wabash Avenue, Suite 2800

 7         Chicago, Illinois  60611

 8         PHONE:  312-876-6520

 9         EMAIL:  Jack.mcneily@lw.com

10

11    ON BEHALF OF THE SERIES B PREFERRED HOLDERS:

12         MILBANK

13         BY:  MELANIE WESTOVER YANEZ, ESQ.

14         1850 K Street, NW, Suite 1100

15         Washington, DC  20006

16         PHONE:  202-835-7560

17         EMAIL:  Mwyanez@milbank.com

18

19

20

21

22

23

24

25
```

7

```
 1              A P P E A R A N C E S

 2

 3   REMOTELY ON BEHALF OF THE TEXAS STATE

 4   SECURITY BOARD AND THE TEXAS DEPARTMENT OF

 5   BANKING:

 6         TEXAS OFFICE OF ATTORNEY GENERAL

 7         BY:  LAYLA MILLIGAN, ESQ.

 8         BY:  ROMA N. DESAI, ESQ.

 9         BY:  ABIGAIL RYAN, ESQ.

10         300 West 15th Street

11         Austin, Texas  78701

12         PHONE:  512-463-2100

13

14   REMOTELY ON BEHALF OF THE NATIONAL

15   ASSOCIATION OF ATTORNEY GENERALS:

16         BANKRUPTCY AND STATE DEFENSIVE

17         LITIGATION CHIEF COUNSEL

18         BY:  KAREN CORDRY, ESQ.

19         1850 M Street NW, 12th floor

20         Washington, DC  20036

21         PHONE:  202-326-6000

22

23

24

25
```

8

```
1              A P P E A R A N C E S

2

3    REMOTELY ON BEHALF OF THE FEDERAL TRADE

4    COMMISSION:

5          BY:  KATHERINE MARIE AIZPURU, ESQ.

6          600 Pennsylvania Avenue NW

7          Washington, DC  20580

8          PHONE:  202-326-2870

9          EMAIL:  Kaizpuru@tzlegal.com

10

11   REMOTELY ON BEHALF OF CREDITOR IGNAT TUGANOV:

12         VENABLE LLP

13         BY:  CAROL WEINER LEVY, ESQ.

14         Rockefeller Center

15         1270 Avenue of the Americas

16         New York, New York   10020

17         PHONE:  212-503-0675

18         EMAIL:  Cwlevy@Venable.com

19

20              A L S O   P R E S E N T

21

22   JOSEPH GOLDING-SCHSNER, Celsius counsel

23   KEVIN-SCOTT VAN VLIGMEN, videographer

24   CAMERON CREWS, pro se creditor

25
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 11 of 468
Oren Blonstein
November 22, 2022
Confidential

9

1              A L S O   P R E S E N T

2                  (remotely)

3

4    JUAN TORRES, Zoom tech

5    AYDALINE GARCIA, Zoom tech

6    DAVID ADLER, did not provide appearance

7    MICHAEL MORRIS, did not provide appearance

8    CEZARY BORODZIUK, did not provide appearance

9    DEB KOVSKY, did not provide appearance

10   BRYAN KOTLIAR, did not provide appearance

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

10

```
 1              A L S O   P R E S E N T

 2           (pro se creditors - remotely)

 3

 4   JARNO ÖBERG

 5   IMMANUEL HERMANN

 6   VICTOR UBIERNA DE LAS HERAS

 7   JEREMY COHEN HOFFIG

 8   JARED BORRIELLO

 9   KULPREET KHANUJA

10   DAVID SCHNEIDER

11   GREGORY A. KIESER

12   DANIEL FRISHBERG

13   CHRIS KOENIG

14

15                  --o0o--

16

17

18

19

20

21

22

23

24

25
```

11

```
 1              INDEX TO EXAMINATION

 2           WITNESS:  OREN BLONSTEIN

 3

 4              EXAMINATION          PAGE

 5   BY MR. COLODNY                   16

 6   BY MS. CORNELL                  186

 7   BY MS. RYAN                     227

 8   BY MS. CORDRY                   262

 9   BY MR. CREWS                    281

10   BY MR. HERMANN                  325

11   BY MR. KHANUJA                  372

12   BY MR. KIESER                   407

13

14              INDEXED PAGES

15                                  PAGE

16   OREN BLONSTEIN, sworn            14

17   REPORTER CERTIFICATE            425

18   INSTRUCTIONS TO WITNESS         426

19   DECLARATION UNDER PENALTY OF PERJURY   427

20   ERRATA SHEET                    428

21

22

23

24

25
```

12

```
 1            INDEX TO EXHIBITS

 2        WITNESS:  OREN BLONSTEIN

 3         Tuesday, November 22, 2022

 4   MARKED           DESCRIPTION          PAGE

 5   Exhibit 4  Notice of deposition        19

 6   Exhibit 5  Official committee of

 7              unsecured creditors' written

 8              deposition questions for the

 9              debtors                      23

10   Exhibit 6  Debtors' responses and

11              objections to official

12              committee of unsecured

13              creditors' written deposition

14              questions                    26

15   Exhibit 7  Declaration of Oren Blonstein  97

16   Exhibit 8  Exhibit A-5 to A-6 redline   138

17   Exhibit 9  Screenshot from May 8, 2022  296

18   Exhibit 10 Flow chart created by

19              Mr. Crews                    316

20   Exhibit 11 Version 8 of the terms of use  351

21

22      ** All exhibits were attached to the

23              original transcript **

24

25                 --oOo--
```

13

```
 1                    ******

 2                  PROCEEDINGS

 3        November 22, 2022, 9:51 a.m.

 4            New York, New York

 5                    ******

 6        THE VIDEOGRAPHER:  Good morning,

 7   everyone.  We are now on the record.

 8   My name is Kevin-Scott van Vlijmen.

 9   I'm the videographer retained by

10   Lexitas.

11        This is a video deposition for

12   the United States Bankruptcy Court,

13   Southern District of New York.

14        Today's date is November 22 of

15   2022, and the video time is 9:51 a.m.

16        This deposition is being held

17   both remotely via Zoom as well as in

18   person at Kirkland & Ellis LLP, at

19   601 Lexington Avenue, New York,

20   New York, 10022, in the matter of In

21   Re: Celsius Network LLC, et al., Case

22   No. 22-10964 (MG).

23        The deponent is Oren Blonstein.

24        All counsel will be noted on the

25   stenographic record.
```

14

```
 1            Our court reporter is Jessica

 2       Waack and will now swear in the

 3       witness.

 4                    *****

 5            OREN BLONSTEIN, sworn

 6      on oath and/or affirmed, called as a

 7     witness herein, was examined and testified

 8                as follows:

 9                    *****

10            THE VIDEOGRAPHER:  You may

11       proceed.

12            MS. BRIER:  At the outset, I'm

13       just going to designate this transcript

14       as confidential -- the entire

15       transcript as confidential.

16            ZOOM PARTICIPANT:  On Zoom, you

17       can't [inaudible] do that?

18            MS. BRIER:  You can't hear us?

19            THE STENOGRAPHER:  I think

20       someone just wasn't muted.

21            ZOOM PARTICIPANT:  You are

22       currently muted.

23            THE STENOGRAPHER:  Can we go off

24       the record?

25            THE VIDEOGRAPHER:  Yes.  All
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 17 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

15

 1   right.

 2         The time is currently 9:53 a.m.

 3   And we are going off the record for

 4   Media Unit No. 1.

 5         (Whereupon, a recess was taken at

 6         9:53 a.m.)

 7         THE VIDEOGRAPHER:  All right.

 8   The time is currently 9:53 a.m.  And

 9   we're back on the record for Media Unit

10   No. 1.

11         MS. BRIER:  At the outset, I am

12   going to designate the entire

13   transcript as confidential under the

14   terms of the protective order.

15         No information discussed during

16   this deposition may be recorded or

17   publicly disclosed whether orally, on

18   Twitter, on podcasts or any other

19   means.

20         At this point, the only

21   individuals who should be on this

22   deposition, or entities and agencies,

23   are those who have provided prior

24   notice that they would attend or

25   participate in the deposition and those

16

1           that are bound by the terms of the

2           protective order.

3                 So if you don't meet that

4           description, please sign off.  We don't

5           want to have any issues with folks

6           livestreaming or Tweeting thoughts or

7           commentary on what's going on today who

8           hasn't agreed to the protective order.

9                 And as before, we're happy to

10          meet and confer with folks after this

11          about de-designating portions of this.

12          But just to protect confidential

13          information for purposes of today,

14          we're designating the transcript as

15          confidential.

16                 MR. COLODNY:  All right.

17                 MS. BRIER:  Go ahead.

18                       EXAMINATION

19  BY MR. COLODNY:

20      Q.   Mr. Blonstein, my name is Aaron

21  Colodny.  I'm a partner at White & Case.  I

22  represent the Official Committee of

23  Unsecured Creditors in these cases.

24                 Can you please introduce

25  yourself, again, for the record?

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network - Oren Blonstein Deposition Transcript (Redacted)    Pg 19 of 468
Oren Blonstein
November 22, 2022

Confidential

17

1          A.    Sure.  My name is Oren Blonstein.

2    I work at Celsius Network.  Head of

3    innovation and chief compliance officer.

4          Q.    Thank you.

5                So I'm going to ask you a series

6    of questions today.  If you don't

7    understand the question that I ask you,

8    please let me know.

9          A.    Sure.

10         Q.    I'll try to restate it.

11               If you don't ask me for any

12   clarification, I'll assume that you

13   understand the question that I'm asking.

14               You've taken an oath today.

15   That's the same oath that you're going to

16   take in a courtroom.  You understand that

17   everything that you say today is going to

18   be true and correct to the best of your

19   knowledge?

20         A.    Yes.

21         Q.    Is there any reason you can't

22   testify truthfully today?

23         A.    No.

24         Q.    Have you taken any medications or

25   other substances that would affect your

18

1    ability to testify truthfully?

2        A.    No.

3        Q.    Thank you.

4              We have a court reporter here

5    today.  She's got the hardest job in the

6    room.  And so I would ask that we try not

7    to talk over each other.

8              Sometimes I speak too fast.  I

9    know that's something people do, you know,

10   but it is best to slow it down.  And if she

11   asks you to restate something, just say it

12   again in the best -- best words you can.

13             And then the last ground rule for

14   that is answer verbally.  You know, no

15   "uh-huhs" or --

16       A.    No nodding.

17       Q.    -- no nodding, just yeses and

18   nos.

19             And then your counsel may lodge

20   objections to my questions.  As a general

21   matter, that's to make her objection on the

22   record.  I'll give her time and ask her if

23   she's going to instruct you not to answer

24   the question.

25             Unless she instructs you not to

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network Deposition Transcript (Redacted)    Pg 21 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

19

1    answer the question, you're supposed to

2    answer everything that I ask you today.

3            And then the last thing is, you

4    know, we can take as many breaks as you

5    want.  If you're getting tired, if you want

6    to get a drink, just let me know.  I just

7    ask if there's a question pending, we just

8    not take a break during a pending question.

9        A.   Understood.

10       Q.   Thanks.

11            Have you ever been deposed

12   before?

13       A.   No.

14       Q.   First time for everything, I

15   guess.

16            MR. COLODNY:  Can I get one.

17            (Whereupon, Exhibit 4 is marked

18            for identification.)

19            MR. COLODNY:  Let's start with

20       exhibit -- can I get one for the court

21       reporter.

22            Let's start with Exhibit 4.

23   BY MR. COLODNY:

24       Q.   Have you seen this document

25   before?

20

1    A.    Could you just give me one minute

2    to review it?

3          (Pause for reading/reviewing.)

4    A.    Yes.

5    Q.    What is this document?

6    A.    It's a -- me attesting to the --

7    to the ownership of the assets in the

8    program.

9    Q.    It's a notice of your deposition

10   today, why we're all here today.

11   A.    Okay.

12   Q.    And do you understand that you're

13   here today in your personal capacity, or

14   are you here as a representative of

15   Celsius?

16   A.    I'm sorry.  Can you restate that?

17   Q.    Are you here in your personal

18   capacity or as a representative of Celsius?

19          MS. BRIER:  Object to form.

20          THE WITNESS:  Yeah, I don't think

21      I understand the -- I mean, in my

22      personal capacity --

23   BY MR. COLODNY:

24   Q.    Are you testifying as Oren

25   Blonstein, or are you testifying as the

21

```
 1   chief compliance officer for Celsius?

 2            MS. BRIER:  Same objection.

 3            You can answer.

 4            THE WITNESS:  Yeah, I think both.

 5   BY MR. COLODNY:

 6        Q.   Okay.  Did you prepare for

 7   today's deposition?

 8        A.   I did.

 9        Q.   How did you prepare?

10        A.   Meeting with legal advisors.

11        Q.   Who did you meet with?

12        A.   Grace, Joseph.  Yeah, Grace and

13   Joseph.  I think there may have been some

14   other people on the call, but I don't

15   remember.

16        Q.   Okay.  How long did you prepare

17   for?

18        A.   Two hours -- about two hours.

19        Q.   And when was that?

20        A.   Yesterday.

21        Q.   And did you look at any documents

22   in connection with that preparation?

23        A.   I -- mostly just reviewing the

24   declaration -- the previous declarations.

25        Q.   That was your declaration?
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 24 of 468
Oren Blonstein
Oren Blonstein Deposition Transcript (Redacted)
Confidential
November 22, 2022

22

1      A.   Yes, that's right.

2      Q.   And was it just the declaration

3   submitted in connection with this dispute?

4      A.   Yes.  And just -- I mean, I also

5   reviewed the Mashinsky -- I mean, I tried

6   to review the 1100 pages of the Mashinsky

7   declaration.  But I reviewed a lot of them.

8      Q.   The terms of use where

9   Mr. Mashinsky certified that all the terms

10  were correct?

11     A.   Exactly, exactly.

12     Q.   Okay.  Any other documents that

13  you looked at during that prep?

14          MS. BRIER:  Object to form.

15          THE WITNESS:  I -- all of the

16      documents that were -- I mean, pretty

17      much everything document that was

18      referenced in that declaration -- in my

19      declaration, I reviewed.

20  BY MR. COLODNY:

21     Q.   Okay.  Any other documents?

22          MS. BRIER:  Same objection.

23          THE WITNESS:  Yeah, I don't --

24      yeah, I mean, none that stand out.

25  ///

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC  Deposition Transcript (Redacted)    Pg 25 of 468
Oren Blonstein
Confidential
Oren Blonstein
November 22, 2022

23

 1   BY MR. COLODNY:

 2       Q.   Did you take any notes of that

 3   preparation session?

 4       A.   No, no.

 5            MR. COLODNY:  Could I get 4.

 6            (Whereupon, Exhibit 5 is marked

 7            for identification.)

 8   BY MR. COLODNY:

 9       Q.   Have you seen this document

10   before?

11       A.   Yeah.  Can I have just one -- a

12   couple minutes to review it --

13       Q.   Uh-huh.

14       A.   -- to make sure?

15            (Pause for reading/reviewing.)

16            MS. CORNELL:  Can you announce

17        what the document is when you hand over

18        the exhibit, please?

19            MR. COLODNY:  Yeah.  This is the

20        written deposition questions that

21        were submitted by the Official

22        Committee of Unsecured Creditors.

23            MS. CORNELL:  Just so I can...

24            Thank you.

25            THE WITNESS:  Yes, I have seen

                                                                    24

1        this.

2    BY MR. COLODNY:

3        Q.    When did you see it?

4        A.    Last week.  Early last week.

5        Q.    And did you review in preparation

6    for today's deposition?

7        A.    Not this one.  The answers.

8        Q.    Okay.

9        A.    The version with the answers.

10           MS. BRIER:  And, Aaron, for

11       purposes of the deposition, what are

12       you marking this deposition -- what are

13       you marking this exhibit?

14           MR. COLODNY:  Exhibit 5.

15           MS. BRIER:  5.

16   BY MR. COLODNY:

17       Q.    Did you have any role in

18   answering these questions?

19       A.    Yes.

20       Q.    What was your role in answering

21   these questions?

22       A.    I was one of the -- one of the

23   people involved in answering the questions.

24   I mean, I had -- I had some knowledge about

25   the answers to the questions.

25

```
 1        Q.   Okay.  I suppose someone -- I'm

 2   trying to figure out a good way to ask this

 3   without asking what your counsel talked to

 4   you about.

 5            Did you look at any documents to

 6   help provide answers to your counsel in

 7   connection with finding the answers to

 8   those questions?

 9        A.   Because we've been reviewing so

10   many of the related documents, they were

11   kind of -- they were relatively fresh in my

12   mind.  So I think for answering these

13   questions, I don't -- I don't think I was

14   reviewing any documents at the time.

15        Q.   Okay.  And you provided

16   information responsive to these questions

17   prior to the responses being filed on the

18   docket?

19            MS. BRIER:  Object to form.

20            THE WITNESS:  Yeah, I --

21   BY MR. COLODNY:

22        Q.   I'll clarify.

23            Did you provide answers to these

24   questions before the formal responses were

25   submitted to the Court?
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A - In Re - Celsius Network Deposition Transcript (Redacted)    Pg 28 of 468

Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

26

1        A.    I mean, just in terms of

2   logistics, just to make sure I understand

3   this, I mean, we did -- you know, we talked

4   about the answers.

5              And they were -- so, yeah, they

6   could have been submitted if we didn't do

7   it before.

8        Q.    Okay.  Is there...

9              MR. COLODNY:  I'll get 5 now.

10        And this is the responses that were

11        submitted by Celsius to those

12        questions.

13              (Whereupon, Exhibit 6 is marked

14              for identification.)

15              MS. BRIER:  And what's the

16        exhibit number?

17              MR. COLODNY:  Exhibit 6.

18   BY MR. COLODNY:

19        Q.    Have you seen this document

20   before?

21        A.    Yes, I have.

22        Q.    Are there particular questions in

23   here that you were in charge of answering?

24              MS. BRIER:  Objection to form.

25              And to the extent you can answer

27

 1      without getting into conversations with

 2      counsel, go ahead and answer.

 3              THE WITNESS:  Yeah, every single

 4      one of these was with counsel involved;

 5      so...

 6   BY MR. COLODNY:

 7      Q.   Are there questions in here where

 8   you believe you're not prepared to answer

 9   today?

10      A.   I believe --

11              MS. BRIER:  Objection to form.

12              THE WITNESS:  Should I continue?

13              MS. BRIER:  Yeah, you can answer.

14              THE WITNESS:  Okay.  Good.

15              Yeah, I believe that there are

16      some questions that were objected to,

17      so, yeah, those I did not -- I'm not as

18      familiar with those.

19   BY MR. COLODNY:

20      Q.   Okay.

21      A.   I mean, I don't have those as

22   fresh in my head as I do the ones where we

23   answered them.

24      Q.   Okay.  But you didn't prepare to

25   answer the ones that were objected to?

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 30 of 468
Oren Blonstein
November 22, 2022
Confidential

28

1      A.   I -- no.

2      Q.   Do you believe -- is there

3   anything in these questions that you

4   believe is not accurate, as the answers to

5   the questions?

6      A.   Everything should be accurate, to

7   the best of my knowledge.

8      Q.   I want to talk a little bit about

9   your background and get to know you a

10  little bit.

11     A.   Yeah.  Sure.

12     Q.   Where did you work before

13  Celsius?

14     A.   So immediately before Celsius, I

15  was an advisor at Ava Labs.  I was actually

16  spinning out a company there.  And then --

17  yeah.

18     Q.   What is Ava Labs?

19     A.   Ava Labs is a layer one

20  blockchain, so kind of like a Ethereum or

21  Bitcoin.  There's the Avalanche blockchain.

22     Q.   What was your role at Ava Labs?

23     A.   I was -- I was the -- I was

24  basically helping them to productize a new

25  technology and spin it out as the CEO.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network Deposition Transcript (Redacted)    Pg 31 of 468
Oren Blonstein
Oren Blonstein Deposition Transcript (Redacted)
Confidential
November 22, 2022

29

 1      Q.   Spin it out.  You were going to

 2   be the CEO of the new company?

 3      A.   Yeah.  I mean, I was -- a month

 4   before I joined Celsius.

 5      Q.   Okay.  Where did you work before

 6   Ava Labs?

 7      A.   I worked for -- immediately

 8   before, I was doing consulting for a number

 9   of different FinTec and crypto companies.

10   One of them was -- probably the best known

11   one was CrossTower --

12      Q.   Uh-huh.

13      A.   -- cryptocurrency exchange.

14      Q.   How long have you been working in

15   the crypto space?

16      A.   Since 2016.  2016 I was working

17   at a company called TORA Trading Services

18   that launched a joint venture called

19   Caspian.

20           And -- yeah.  But that -- you

21   know, I was not full-time in crypto.  We

22   had basically a traditional financial

23   services product offering and a crypto

24   offering.

25      Q.   So prior to working in crypto,

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network - Deposition Transcript (Redacted)   Pg 32 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022
30

 1   you were working in traditional finance?

 2       A.   Yeah, that's right.  For 12

 3   years.

 4       Q.   And what were your -- what was

 5   your general area of expertise in

 6   traditional finance?

 7       A.   Primarily product development,

 8   general operations, things like that.

 9       Q.   So would you consider yourself to

10   be a product manager?

11       A.   I was head of product management.

12   I was head of production support.  I was

13   head of -- I was kind of a regional head

14   for different offices that we opened.

15       Q.   So let's turn to Celsius.

16            When did you first hear about

17   Celsius?

18       A.   When I was at Huobi in 2019.

19       Q.   And how did you first hear about

20   it?

21       A.   It was like the literal kind of

22   watercooler moment.  So some -- some guys

23   that were working at -- at Huobi U.S.,

24   where I worked, we were just kind of

25   chatting about what we do with our -- what

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 33 of 468
Oren Blonstein
November 22, 2022
Confidential

31

1    do you do with your crypto.

2              And there was a guy that said,

3    oh, I put my money in Celsius.  I put mine

4    in NEXO.  Some other people were kind of

5    chiming in with their different -- what

6    they do with their crypto.

7              And that was when I heard of

8    Celsius, and, you know -- and his -- his

9    comment was, like, it's not -- you're

10   taking some risk by putting it there, but,

11   hey, it's 12 percent on the dollar, on

12   stable coins.  And, you know, great

13   interest rate on other crypto; so...

14        Q.   And how did you go from

15   watercooler moment, when you first heard

16   about Celsius, to working at Celsius?

17        A.   Yeah.  So that was -- the

18   watercooler was like around, you know,

19   sometime 2019 -- let's say early 2019.  I

20   left Huobi in December of 2019.

21             In the fall of 2019, I started to

22   get personally, like, very active in DeFi,

23   experimenting with protocols.  And in early

24   2020, I had -- actually, in late 20- -- in

25   December 2019, I had my first kid.  Didn't

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 34 of 468
Oren Blonstein
November 22, 2022
Oren Blonstein Deposition Transcript (Redacted)
Confidential

32

1   have time to play around with DeFi anymore,

2   so I decided to use Celsius as a kind of

3   alternative.

4           So I became a Celsius customer in

5   the spring of 2020.

6       Q.   When you say a "Celsius

7   customer," you were a customer of the earn

8   program?

9       A.   Yeah, that's right.

10      Q.   In December of 2020?

11      A.   I think -- I think I actually

12  joined in the spring of 2020, yeah.  So I

13  was a customer for a while, watched the

14  AMAs, you know, did my own research.

15          Because I'm in the industry.

16  Like, one of the -- one of the things that

17  we do -- like a lot of the people in the

18  industry do, you know, you see what's on

19  the website, but you look at terms of use

20  to see what is actually going on.

21          So I looked at the terms of use,

22  you know, saw that I was kind of

23  relinquishing title to my coins which, you

24  know, made me pause.  But, ultimately, I

25  decided it was -- it was a good decision.

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network - Deposition Transcript (Redacted)   Pg 35 of 468
Oren Blonstein
Confidential
November 22, 2022

33

```
 1   Yeah, and signed up as a customer.  And

 2   then -- yeah, I should actually just pause

 3   there.

 4       Q.   And -- so when I think of spring

 5   of 2020, is this -- I guess there's a

 6   distinction because the terms of use were

 7   changed in the spring of 2020.

 8           Were you a customer and look at

 9   this before March or after March?

10       A.   That's a -- yeah, I can't

11   remember.  Like, at the time I was -- you

12   know, I was not working at the company.  I

13   wasn't focused on what version of the terms

14   of use.  So I don't remember at the time

15   whether I -- you know, which version I was

16   looking at.

17       Q.   And that's because when you sign

18   up for the first time, you're looking at

19   the terms of use for the first time.  You

20   wouldn't know --

21           (Simultaneous unreportable

22           crosstalk occurs among parties.)

23           (Stenographer requests one

24           speaker at a time.)

25   ///
```

34

```
 1   BY MR. COLODNY:

 2        Q.    So I can repeat the question.

 3             You -- you said you didn't know

 4   which version of the terms, and that's

 5   because when you sign up as a customer for

 6   the first time, you look at the terms of

 7   use as they exist at that time and not all

 8   of the previous versions?

 9             MS. BRIER:  Objection to form.

10             THE WITNESS:  Correct.  Yeah.

11   BY MR. COLODNY:

12        Q.    Okay.  So you're a Celsius

13   customer.

14             How do you go -- or can you

15   explain to me how you went from being a

16   Celsius customer to an employee of Celsius?

17        A.    I reached out to -- so Alex was

18   running his -- the AMAs.

19        Q.    And that's Alex Mashinsky?

20        A.    Alex Mashinsky was running the

21   AMAs, and I was watching them.  And, you

22   know, from working in the industry, I saw

23   that there was -- from working in the

24   industry and then also being a customer of

25   the platform, it appeared to me that there
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 37 of 468    Oren Blonstein
Confidential    November 22, 2022

35

1   were a lot of -- a lot of improvements that

2   I could make to the platform -- or that I

3   could recommend to the platform, just real

4   low-hanging fruit of things that they could

5   do to improve the offering.

6          So Alex was always talking about,

7   hey, just email me, reach out to me, tell

8   me if you have ideas.

9          So I emailed him, thinking, you

10  know, that there's no way this guy is going

11  to respond.

12         About 20 minutes later, you know,

13  he emailed me back -- I don't know if it

14  was 20 minutes, but a relatively short

15  period of time later, he emailed me back

16  and said, let's set up a call.

17         And that's when we started

18  discussing, you know, the possibility of me

19  joining the company.

20     Q.   Okay.  And how did those --

21  what -- what did you and Alex talk about?

22     A.   He just talked about the

23  different kinds of initiatives that were

24  going on, the growth of the company and

25  what they were looking for in new hires.

36

```
 1              And then it was a relatively

 2   short discussion, and then it led to me

 3   meeting with other staff at Celsius.

 4        Q.   And did you submit a résumé to

 5   them?

 6        A.   I must have, but I don't -- yeah,

 7   I don't remember.  I can't tell you for

 8   sure, but I think I would have.

 9        Q.   That's okay.

10              And did you have a formal

11   interview process with Celsius?

12        A.   I met with a few people there,

13   yeah.  I mean, a lot of interviews in

14   crypto can be somewhat unstructured.  But,

15   yeah, I met with -- yeah, I met with a

16   global -- Trunshedda, the -- Trunshedda

17   Ramos, the head of HR.  I met with, yeah, a

18   number of other people there.

19        Q.   And what was your -- when were

20   you hired by Celsius?

21        A.   I started in February of 2021.

22        Q.   And what was your first position?

23        A.   Head of innovation.

24        Q.   And this is one I'm interested

25   in -- very interested in.  What does the
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 39 of 468    Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

37

```
 1   head of innovation do?

 2        A.   Yeah.   Kind of the concept was

 3   that there were a ton of initiatives -- a

 4   lot of ideas, and the idea was to work

 5   with, you know, stakeholders inside the

 6   company and then people outside the company

 7   to figure out what the company's -- to

 8   basically help distill the company's

 9   strategy into action.

10             So maybe a one-sentence summary

11   would be that we were supposed to help

12   figure out what the company was going to do

13   next and do whatever we needed to do to

14   make it happen.

15        Q.   And what -- what were your, like,

16   typical day job?

17             What -- like, I get the concept

18   that you were to talk to the customers,

19   find out what they wanted, you know, make

20   products that fit those needs.

21             What were your day-to-day kind of

22   responsibilities, operations, things --

23   tasks?

24        A.   Sure.

25             MS. BRIER:   Object to form.
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC - Deposition Transcript (Redacted)   Pg 40 of 468
Oren Blonstein
Confidential
November 22, 2022

38

1          THE WITNESS:  So my day-to-day

2     responsibilities were to look at the

3     list of things that we were considering

4     and help to kind of score -- develop a

5     framework for deciding, like, which

6     things we would work on.

7          You know, try to shepherd those

8     through the company's processes to

9     get -- you know, to go through approval

10    processes or...

11         And then in addition, working

12    with out -- you know, partners,

13    vendors, internal departments to figure

14    out, like, what would need to happen to

15    stand -- to get the product -- a new

16    product up and running.

17   BY MR. COLODNY:

18        Q.   What internal departments would

19   you work with?

20        A.   Yeah.  Very often, like,

21   regulatory product, legal.  We had a

22   partnerships team, kind of biz dev

23   partnerships team.  It was pretty, you

24   know, wide-ranging groups.

25        Q.   And what were the interactions

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 41 of 468
Oren Blonstein
Confidential
November 22, 2022
Oren Blonstein

39

1   with the legal team that you had?

2          MS. BRIER:  Just to the extent

3       you can answer without getting into

4       discussions that you had with the legal

5       team, you can answer.

6          MR. COLODNY:  I'm asking -- I can

7       rephrase the question.

8          MS. BRIER:  Uh-huh.

9   BY MR. COLODNY:

10      Q.   On a -- as a general matter, when

11  you were working with the company's legal

12  team, what was the -- what was the purpose

13  of your interaction with the legal team?

14      A.   Yeah.  Sure.

15         MS. BRIER:  Same instruction.

16      Just don't get into specific

17      conversations with the legal team.

18         THE WITNESS:  The -- you know,

19      far and away, the number one -- far and

20      away, the main kind of work that we did

21      was related to contracts with vendors

22      with the legal team.

23  BY MR. COLODNY:

24      Q.   Okay.  How about the regulatory

25  team?

1          MS. BRIER:  Oren, again, to the

2    extent that you can answer without

3    getting into specifics as to legal

4    issues that you discussed with the

5    legal team, go ahead and answer.

6          THE WITNESS:  Yeah, I'm thinking

7    about that.

8          Yeah, one of the things that I

9    think helped me to be qualified for

10   this -- or well qualified for this

11   role, and it was distinct from the

12   product -- the product team, product

13   world, is that, like, when I was at

14   Huobi U.S., I was the CEO and also the

15   acting CCO.  At CrossTower, I was the

16   CCO and COO, I mean acting.

17         So I ended up developing a

18   fair -- like a decent understanding of

19   some of the regulatory -- of the

20   regulatory landscape -- I just want to

21   be specific here -- around things like

22   money transmission, anti-money

23   laundering and sanctions.  That's where

24   I spent, like, most of my time.

25         And since most of the products

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 43 of 468

Oren Blonstein
November 22, 2022
Confidential

41

1      that we were looking at for the

2      innovation team were new products, not

3      earned, not our loans product -- right?

4      -- not the existing product set when I

5      joined, I was -- we were looking at

6      things like the swap feature, which is

7      essentially like a trading feature, a

8      credit card.

9           You know, there's a number of

10     other -- number of other products.  So

11     there are -- there are a lot of times

12     where I could get the work in this area

13     to a certain point having a good

14     understanding of, like, when we would

15     trigger certain regulatory requirements

16     or when we would need a partner who

17     had -- who had coverage without me

18     having to consult with the -- our

19     regulatory team.

20   BY MR. COLODNY:

21     Q.   Okay.  Who -- so who were you

22   talking to when you were talking to the

23   regulatory team?

24     A.   Generally, Roni, Roni Pavon Cohen

25   [as spoken].  I forget some of these last

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 44 of 468

Oren Blonstein
November 22, 2022
Confidential

42

```
 1   names.  And then Yarden Noy.

 2        Q.   What is Yarden's last name?

 3        A.   Noy, N-o-y.  I should know that.

 4        Q.   And how about the legal team?

 5        A.   Ron Deutsch, Joseph, Ofer,

 6   Steven.

 7        Q.   Steven?

 8        A.   How do you pronounce -- yeah, his

 9   last name starts with a K.

10        Q.   Okay.  Steven K.?

11        A.   Yeah.

12        Q.   And who did you report to as the

13   chief innovation officer?

14        A.   Head of innovation -- as head of

15   innovation --

16        Q.   Head of innovation.

17        A.   -- I reported to Roni.

18        Q.   Roni Pavon?

19        A.   Yeah.

20        Q.   And so that's when you started.

21             Did you get promoted while you've

22   been at Celsius?

23        A.   In the late summer, early fall,

24   so September 2021, I was appointed the

25   chief compliance officer.
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network - Deposition Transcript (Redacted)    Pg 45 of 468
Oren Blonstein Deposition Transcript
Confidential
Oren Blonstein
November 22, 2022

43

```
 1        Q.    This is September '21?

 2        A.    Yep.

 3        Q.    And what was your role as chief

 4   compliance officer?

 5        A.    Yeah.  I do want to -- I think

 6   it's good to talk about this, because I can

 7   understand that to many outside parties,

 8   they may look -- they may see the chief

 9   compliance officer title and think of, you

10   know, a wide-ranging scope of

11   responsibilities that a CCO might have in

12   other kinds of companies.

13            Like I said before, because of my

14   experience working at crypto exchanges, my

15   primary responsibilities -- the way that

16   I -- the way I viewed my responsibilities

17   and the way that I communicated with my

18   manager was that I was going to focus

19   primarily on our obligations under the Bank

20   Secrecy Act as a money services business.

21            So, you know, compliance with the

22   BSA, compliance with sanctions laws from

23   OFAC or the sanctions rules from OFAC.

24   That was the vast -- that's what we were

25   going to focus on.
```

44

```
 1        Q.   And you said that it was helpful
 2   to clarify.  What is a -- in your
 3   understanding, what does a chief compliance
 4   officer do that you do not do?
 5        A.   Yeah, I mean -- that's, like --
 6   so I was interviewing my replacement as a
 7   chief compliance officer right around the
 8   time of the pause in withdrawals.  It was
 9   not -- you know, I did not intend to become
10   the chief compliance officer.  That's not
11   what I wanted -- really wanted to do for
12   the company.
13             But one of the interview
14   questions that we ask is -- would ask is,
15   you know, how do you define compliance.
16   And, generally, it's like governance, risk
17   and compliance.
18             In some organizations, you'll
19   have a chief compliance officer where
20   regulatory kind of falls under their
21   umbrella.  Sometimes you'll have a head of
22   regulatory.  So it's pretty wide ranging
23   especially in crypto.
24             But, for example, we had a
25   designated -- a distinct regulatory team
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network - Deposition Transcript (Redacted)    Pg 47 of 468
Oren Blonstein
Confidential
November 22, 2022

45

1    that dealt with all -- you know, pretty

2    much all regulatory matters.  I'm not an

3    attorney.  The extent of my regulatory

4    experience is really from the time that I

5    started working in crypto.

6            The 12 years that I spent in

7    financial services prior -- we were a

8    broker-dealer, and the company TORA Trading

9    Services was a broker-dealer.

10           We operated an ATS in Japan -- or

11   in Hong Kong.  We also had some kind of

12   designation in Japan and the UK.  But that

13   wasn't really, like, a main part of my job.

14   We were largely a software provider.

15           So that -- these regulatory and

16   legal matters were not really in my

17   wheelhouse, whereas I had spent the last

18   several years specifically focused on AML

19   and sanctions compliance for crypto

20   exchanges.  So that was like -- that was

21   much better suited to my skills.

22      Q.   So as the chief compliance

23   officer, you focused on anti-money

24   laundering and money transmission but not

25   regulatory matters generally?

46

```
 1        A.    Exactly.

 2              MS. BRIER:  Objection to form.

 3              THE WITNESS:  Sorry.

 4    BY MR. COLODNY:

 5        Q.    And who did focus on the

 6    regulatory matters generally?

 7              MS. BRIER:  Objection to form.

 8              We're starting to get a little

 9        outside the scope, but go ahead.

10              MR. COLODNY:  I'm just trying to

11        understand what he covered and what he

12        didn't to set the foundation for his

13        testimony later.

14              THE WITNESS:  Yeah.  So -- I

15        mean, you can image that -- like, if

16        someone were to go through all my

17        emails -- I'm sure lots of people have

18        or are.  You know, I was probably

19        copied on many communications between

20        the legal and regulatory teams.

21              But because of my background, I'm

22        not, like, a specialist in that area.

23        You know, I wasn't necessarily the

24        person consult -- you know, like, if

25        there's a big regulatory question, no
```

47

```
1        one's coming to me and saying, you
2        know, tell us the answer to this
3        question, Oren.
4             And you said who are the people
5        that primarily worked on it?  That
6        would be Roni and Yarden on the
7        regulatory side.
8   BY MR. COLODNY:
9        Q.   Okay.
10       A.   And then I should add that we had
11  representation by outside counsel, Latham
12  and Buckley.
13       Q.   And did you -- who did you report
14  to -- when you became the chief compliance
15  officer, who did you report to then?
16       A.   Alex Mashinsky.
17       Q.   Okay.  Did you attend board
18  meetings?
19       A.   Okay.  So there was -- there was
20  a board meeting shortly after I became the
21  chief compliance officer where I was trying
22  to get the company's -- you know, the --
23  get some of the -- our obligations under
24  the Bank Secrecy Act taken care of, so,
25  like, the board review -- the board review
```

48

1    our anti-money laundering policy.  And, you

2    know, other -- other kind of requirements

3    based on the BSA.

4             There was a board meeting in, I

5    think, the May -- May -- sorry.  Yeah, in

6    May of 2022.  So I was in the building, and

7    I was in the meetings for a portion of

8    them, but not for the entire meeting.

9             And other than that, those were

10   the two main meetings of the board that I

11   participated in.

12        Q.   I've seen you referred in a

13   couple documents as chief product officer.

14             Are you the chief product officer

15   as well?

16        A.   I'm in the process of

17   transitioning my responsibilities as a

18   chief compliance officer to another member

19   of the team.  And then -- yeah.  So, yes,

20   right now I'm also operating as a chief

21   product officer.

22        Q.   So chief innovation officer,

23   chief compliance officer, chief product

24   officer?

25        A.   Yep.

49

```
1         Q.    A lot of hats.

2         A.    It is.

3         Q.    And do your responsibilities as a

4   chief product officer differ from what we

5   talked about as a chief innovation officer?

6         A.    Yeah, tremendously.  Yeah.  Very

7   different.

8         Q.    Okay.  And what are your roles as

9   a chief product officer?

10        A.    Chief product officer -- so the

11  distinction between innovation and product

12  is that innovation was supposed to be all

13  of the new products going forward.

14              The product team, you know,

15  historically was responsible for the kind

16  of -- the existing set of products, the

17  platform, you know, all the maintenance and

18  the administration of all those things.

19              So since there is no separate

20  innovation -- since I'm the innovation

21  person and the product person, I'm kind of

22  doing the whole thing.

23              Again, you can just say --

24  similar to compliance, you can say that in

25  a lot of different organizations they'll
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network Deposition Transcript (Redacted)    Pg 52 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

50

```
 1   have, like, new products and existing
 2   products as the -- under the same umbrella.
 3           And in the case of Celsius, it
 4   was distinct when I started.
 5       Q.   And did you segment your teams
 6   underneath you?  So, like, you would have
 7   your product team and your innovation team,
 8   or was it kind of blended between each
 9   other?
10       A.   Yeah, this change happened post
11   the Chapter 11 filing, so there is -- you
12   know, there's one person left from the
13   innovation team.  So -- and he's -- and
14   we've incorporated him into the product
15   team.
16       Q.   And your appointment as chief
17   product officer happened after the
18   Chapter 11 case?
19       A.   And -- yeah, and actually --
20   sorry to -- I should clarify, there has
21   been no official appointment.  You know,
22   I'm not designated as the chief compliance
23   officer -- as a chief product officer.
24           I've just been taking on that
25   responsibility.  I think the -- from my
```

51

1   perspective, we wanted to make sure that we

2   had a transition plan for the CCO role

3   before we changed my, you know, official

4   title.

5        Q.   Okay.  And prior to the

6   Chapter 11 case, did you do any work on the

7   existing earned product or the existing

8   offerings of the company?

9             MS. BRIER:  Objection to form.

10  BY MR. COLODNY:

11       Q.   I guess I'll ask it again.

12            You said that you became the

13  chief product officer or assumed the roles

14  of the chief product officer after the

15  Chapter 11 case, and you described the

16  chief product officer -- the difference

17  between the chief product officer and the

18  chief innovation officer as product being

19  focused on earned and existing offerings,

20  and innovation being premised on future

21  earnings and future products.

22            Did you have any involvement in

23  the earn and past products prior to the

24  Chapter 11 cases?

25       A.   In my product capacity -- product

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 54 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

52

```
 1    or innovation capacity, not really.  I

 2    mean, nothing of substance that I can

 3    remember.

 4         Q.   Okay.  And the other capacity

 5    would be?

 6         A.   Compliance.  I mean, so, you

 7    know, since -- until April 2022, every

 8    customer was an earn customer pretty

 9    much --

10         Q.   Uh-huh.

11         A.   -- to my knowledge.  Every single

12    customer we had fell under my purview as

13    the chief compliance officer.

14         Q.   Okay.  So then we're here today

15    to talk about the terms of use.

16              Can you describe your involvement

17    in the terms of use after -- let's start in

18    September when you joined.  September 2021,

19    correct?

20         A.   Correct.

21         Q.   So what was your -- what was your

22    involvement in the terms of use on

23    September 2021, in that first period before

24    you got promoted?

25         A.   I -- again, just to -- I
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network-LLC Deposition Transcript (Redacted)    Pg 55 of 468
Oren Blonstein
Confidential
Oren Blonstein
November 22, 2022
53

1    continued with my role as head of

2    innovation while I was the chief compliance

3    officer, so I was also dual hatting at that

4    time.

5            I was not involved in writing

6    terms of use.  I was not involved in,

7    like -- you know, I was not like a step in

8    the process of having those reviewed or

9    approved.

10           I often consulted with them with

11   my innovation hat on from, you know, just

12   verifying, like, how we -- you know, how we

13   talked about certain things.

14           I often reviewed them in my

15   compliance role for, like, the -- the one

16   that stands out to me was we often had

17   questions about, like, our privacy policy

18   and, you know, what information we were

19   able to share with, you know, regulators or

20   other kind of third parties that were

21   asking for data about our customers.

22           So I was consulting mainly for

23   those purposes.

24       Q.   And you mentioned how we talked

25   about certain things.  What are you

54

1   referring to there?

2        A.   So, for example, the first

3   product that the innovation team kind of

4   sponsored or -- was the swap product.  So

5   we worked with our legal and regulatory

6   teams on crafting -- on the final outcome

7   of the terms -- the changes to the terms of

8   use for the swap product.

9              Just like seeing how do we talk

10  about that, is that consistent with how

11  competitors talk about it, things like

12  that.

13       Q.   And when was the swap product

14  released?

15       A.   We went into alpha in October

16  '21, and then just did like a slow rollout

17  over the months that followed.  I think we

18  went general availability May 2022 or

19  something in that range.

20       Q.   And did you have any other role

21  in how the terms of use referred to

22  products other than swap?

23       A.   No.

24       Q.   Were you involved in the

25  solicitation of acceptances of the terms of

55

```
 1   use?

 2        A.   No.

 3        Q.   Could you describe your

 4   involvement in the release of terms of use

 5   Version 6?  And when I -- I'm using terms

 6   from your declaration.

 7             Do you understand what I'm

 8   saying --

 9        A.   Yep.

10        Q.   -- when I say Version 6?

11             What do you understand Version 6

12   to be?

13        A.   This was the -- when we

14   transferred the customer relationship from

15   the UK entity to the U.S. entity.

16        Q.   Okay.  And what was your role in

17   the rollout of Version 6?

18        A.   That was -- that happened when I

19   was the head of innovation, not the chief

20   compliance officer.  So I had zero -- zero

21   direct analysis or influence on it.

22             Again, because I was involved

23   with a lot of different parts of company.

24   I knew it was taking place.  I also

25   reported to Roni at the time.
```

56

1        So, you know, I'm sure, you know,

2    parts of that came up in conversation, but

3    it wasn't something that I was tracking

4    directly.

5        Q.   Okay.   What was Mr. Cohen-Pavon's

6    role in the release of Version 6?

7        A.   I think as our -- I should say I

8    don't know exactly, because -- because that

9    wasn't the area that I worked in.

10        But my overall understanding was

11    that he was kind of leading that

12    initiative.

13        Q.   Do you know -- who were the other

14    main people that worked on the rollout of

15    Version 6?

16        A.   I'm sure there were many, many

17    people involved in it.   The individual --

18    one individual that I think had a -- played

19    a significant role is a guy named

20    Matthew de la Fuente.   He was on the

21    project management team.   I think he was

22    coordinating a lot of the activities.

23        Q.   Does Matthew still work at the

24    company?

25        A.   I think -- no, he was let go, I

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network Deposition Transcript (Redacted)    Pg 59 of 468
Oren Blonstein
November 22, 2022

Oren Blonstein
Confidential

57

1    think, last week.

2        Q.    And what was his role in the

3    rollout of Version 6?

4        A.    I think as, like, a coordinator.

5    You know, he's -- I think he headed our

6    project management office.  So just

7    coordinating different -- coordinating

8    various initiatives across different

9    departments.

10       Q.    So Matthew de la Fuente was the

11   project -- project manager that was in

12   charge of the rollout?

13       A.    I'm not certain, like, if he was,

14   you know -- if there's a piece of paper

15   that says, like, here's the name of the

16   project and who's the head.  I'm not sure

17   if he's the guy.  But I know that function

18   reported to him.  So he would have been,

19   you know, up to date on it.

20       Q.    So I have a little bit of

21   background here because my wife is a

22   product manager.

23       A.    Okay.

24       Q.    But generally in Celsius, when

25   you had a project like this, would you have

58

1  a product manager, project manager that

2  would lead it?

3      A.   Yeah, yeah.  So, like, when

4  you -- you know, my experience -- you know,

5  20-something years of experience in this --

6  in product development and mostly in

7  startups, so small startups usually don't

8  have project managers, right?  Product

9  managers do it all.  Celsius was scaling

10  pretty dramatically.

11         And Matthew came in as part of

12  that, to build out a project management

13  function to kind of -- you know, so that

14  product managers could focus on their --

15  their area, you know, empathizing with the

16  user, building products that the people

17  want.

18         And project managers could take

19  the work of coordinating between the

20  departments.

21      Q.   Okay.  And so Matthew, while he

22  might not have been the project manager,

23  per se, he was the one that was organizing,

24  tracking milestones, work plans?

25      A.   Exactly, yeah.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 61 of 468

Oren Blonstein
Confidential
November 22, 2022

59

```
 1          Q.   Who was the product manager?

 2          A.   I'm not sure.  Because I wasn't

 3   the -- I wasn't in charge of product at

 4   that time.  I wasn't -- I'm not sure.  We

 5   also -- we've had, like, a lot of people

 6   leaving from the product team.

 7          Q.   Uh-huh.

 8          A.   So, yeah, I'm not sure.

 9          Q.   Okay.  And other than Roni and

10   Matthew, any other individuals that jump

11   out as -- at you as being kind of the main

12   people involved in the rollout of terms of

13   use Version 6?

14          A.   Those are the two people I would

15   think.  Like, if I had a question about it,

16   I would go to those guys for more details.

17   I mean -- yeah.

18          Q.   Were you involved in the rollouts

19   of Version 7 or 8 of the terms of use?

20          A.   Not directly.

21          Q.   And who was involved in those

22   two?

23          A.   I'm not sure, actually.  I

24   don't -- I mean, my assumption would be the

25   same individuals that were involved in a
```

60

```
 1   lot of the terms of use rollout, so legal,

 2   regulatory, potentially product -- I mean,

 3   likely product.

 4            Actually, 100 percent product.

 5   Somebody from product would have had to

 6   have been involved because of the way that

 7   terms of use -- the way that it's

 8   implemented.

 9            A product manager sort of has to

10   take the text of the terms of use and put

11   it into the -- into the apps.  So a product

12   person would have been involved, and a

13   project manager would have been involved.

14       Q.   Okay.  Are you familiar with the

15   QA processing in releasing products that

16   Celsius uses?

17       A.   I am familiar -- I am getting

18   more familiar with it now since I've

19   assumed the product -- the head of product

20   role or the -- taken on those

21   responsibilities.  I don't know the details

22   around it, though.

23       Q.   And do you know if there was a QA

24   head on the rollout of terms of use

25   Version 6?
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Pg 63 of 468
Oren Blonstein Deposition Transcript (Redacted)
Confidential
Oren Blonstein
November 22, 2022

61

1          A.    I couldn't tell you if there was

2     a person.

3          Q.    Do you know if QA was done on the

4     rollout of Version 6?

5          A.    I don't know.  I don't have

6     firsthand knowledge of -- I wasn't --

7     because I was not involved in it, I can't,

8     you know, tell you with certainty that that

9     happened.

10              I would be -- you know, from the

11    research that I did -- I would say from the

12    research that I did, most of the -- to my

13    understanding, everything that we pushed

14    out had -- went through a QA process.

15              I just can't tell you the

16    specifics of who, like, exactly checked it,

17    what processes they ran through.  How

18    things run from staging to deployed and all

19    that stuff.  But, yeah, it should have gone

20    through a QA process.

21          Q.    And just for the record, what's

22    your understanding of what QA is?

23          A.    Quality assurance is making sure

24    that what is -- what is intended is what is

25    released.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)    Pg 64 of 468
Oren Blonstein
Confidential
Oren Blonstein
November 22, 2022

62

1        Q.   And what do you mean "what is

2   intended is what is released"?

3        A.    What the kind of

4   business/product/legal/regulatory, what

5   the -- you know, what the people who are

6   asking for something to be pushed into

7   production is actually meeting those

8   requirements.

9             So business comes up with

10  requirements.  QA validates that those --

11  I'm sorry -- engineering implements that.

12  QA validates that what was implemented

13  meets the requirements.

14       Q.   Okay.  And you understand that as

15  part of a QA process, you check to make

16  sure everything works in the software,

17  correct?

18       A.   That's right.

19       Q.   Okay.  What has been your role

20  since the Chapter 11 case has started?

21       A.   So maintain my role as the chief

22  compliance officer.  There hasn't been much

23  on the innovation front just because we're

24  not really developing new products.

25             And then when the previous chief

1    product officer left the company, I took on

2    responsibility for the product team.  So

3    I've been, you know, doing my best to get

4    up to speed on all the different --

5    different activities under -- you know,

6    that are going on at the company related to

7    the product.

8        Q.    And I guess when you're not

9    answering deposition questions from lawyers

10   like me, what's your day-to-day look like?

11       A.    I mean, I spent a very

12   significant portion of my time -- and this

13   is, like, part of the reason why I'm

14   trying -- or why it was important for me to

15   transition -- it is important for me to

16   transition my chief compliance officer

17   responsibilities is to work on the recovery

18   plan with the creditor committee.

19       Q.    Okay.  So I want to now take a

20   step back and talk about generally the earn

21   program.

22            What's your understanding of the

23   transaction the accountholders entered into

24   with Celsius when they transferred their

25   cryptocurrency to Celsius to participate in

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network Deposition Transcript (Redacted)    Pg 66 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

64

```
 1    the earn program?

 2         A.   Yeah.  The way I understood it is

 3    that a customer back in the spring of 2021,

 4    when I became one, was that I was

 5    transferring title of my coins to the

 6    company.

 7         Q.   And how did you understand that?

 8         A.   From reading the terms of use.

 9         Q.   And you read the terms of use

10    when you became a customer?

11         A.   Yep.

12         Q.   How did you find those terms of

13    use?

14         A.   On the website.

15         Q.   Do you know where they are on the

16    website?

17         A.   I check them all the times.

18    Yeah, they're at the bottom of the page --

19    the bottom of the home page.

20         Q.   You say you transferred title.

21    What was the transaction by which you

22    understood that you were transferring

23    title?

24         A.   Sending cryptocurrency from a

25    wallet -- an external wallet to my deposit
```

1   address at Celsius.

2        Q.   And when you sent that currency

3   to Celsius, did you understand that you

4   were selling it to Celsius?

5        A.   Not with those -- like, I didn't

6   have those -- the "selling" word in mind,

7   but I understood it to be a transfer of

8   title.

9        Q.   I'm trying to get through what

10  the actual transaction was that transferred

11  title.

12            Was it a -- when I think about --

13  I'm going to give my house to somebody,

14  right?  I sell my house to them.  They now

15  own the house.

16            What was the transaction that

17  occurred?

18            MS. BRIER:  Objection to form.

19            THE WITNESS:  Yeah.  So, again,

20       I'm speaking -- you know, like I've

21       said, I'm not an attorney.  But my --

22       the way -- you know, kind of as a

23       layperson, a customer, my view was I'm

24       giving the company my coins, and

25       they're going to give me rewards in the

Confidential

66

1       shape of coins back.

2               And then when I want to withdraw

3       them, I should be able to withdraw

4       them.

5   BY MR. COLODNY:

6       Q.   Okay.  Did you think that you

7   were loaning Celsius your coins?

8       A.   Again, like --

9               MS. BRIER:  Object to form.

10              THE WITNESS:  -- a lot of the --

11      these terms -- like the weight of these

12      terms was not -- was not kind of -- was

13      not something that I thought a lot

14      about prior to joining Celsius.

15              So at the time I became a

16      customer, like the idea of me -- of

17      this being a loan wasn't necessarily

18      something that I thought about, but...

19  BY MR. COLODNY:

20      Q.   But you -- so, I guess, when you

21  gave your coins to Celsius, what did you

22  understand was happening?  What did you

23  understand Celsius was going do with those?

24              What did you think that your

25  rights -- well, I'm sorry.  Strike that.

67

```
 1            When you -- when you transferred

 2   your coins to Celsius, what did you

 3   understand was happening in that

 4   transaction?

 5            MS. BRIER:  Object to form.

 6            THE WITNESS:  I was sending -- I

 7        think I -- I think I answered it.  If

 8        I'm repeating myself, it's because I

 9        think -- I'm thinking of the question

10        the same way as your -- the answer to

11        the question the same way as your

12        previous question, was just that I was

13        sending my coins to the company to go

14        out and earn the -- earn yield on

15        the -- on those assets.  And then I

16        would get a -- you know, get a portion

17        of that back.

18   BY MR. COLODNY:

19        Q.   And what did you understand

20   Celsius was doing with your coins to earn

21   yield in -- I believe you said you first

22   deposited -- was it March 2020?

23        A.   Yep.  Yes.  And I can't remember

24   the time -- the exact time.  You know, I

25   don't remember -- as a customer, I don't
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network Deposition Transcript (Redacted)   Pg 70 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

68

1  remember, like, at what point my

2  understanding shifted exactly.

3          But from watching the AMAs, you

4  know, hearing Alex Mashinsky talk about

5  institutional lending as a primary means of

6  earning yield, and then over time, I

7  remember it shifting into being active in

8  DeFi as a means of generating yield.

9      Q.   And what did you understand

10  Celsius was doing when Alex talked about

11  institutional lending?

12          MS. BRIER:  Objection to form.

13          THE WITNESS:  Lending out the

14      tokens to institutions for whatever

15      purposes that they might have, and then

16      they would pay the company interest,

17      and we would be -- you know, as a

18      customer, I would benefit from that.

19  BY MR. COLODNY:

20      Q.   Okay.  Did you understand that

21  there was a certain type of loans that the

22  company was undertaking at that time?

23          MS. BRIER:  Objection to form.

24          THE WITNESS:  I definitely did

25      not look into -- I mean, again, as a

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network - Deposition Transcript (Redacted)    Pg 71 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

69

1          customer, I definitely was not looking

2          into the type -- exact type of loans or

3          things like that at the time.

4    BY MR. COLODNY:

5          Q.   So you said before that you were

6    interested in the terms of use.

7               What were you looking for in the

8    terms of use when you gave your

9    cryptocurrency to Celsius?

10         A.   Sure.  Yeah.  The -- generally,

11   like, one of the reasons why someone in the

12   industry like -- when I'm looking at a

13   competitor or somebody launching a new

14   product, I'll look at the terms of uses to

15   see how are they delivering the service,

16   what licenses do they have, what partners

17   do they work with, what are the terms --

18   yeah, what the terms between me and the

19   company.

20              You know, spend a lot of time

21   reviewing kind of the big brands in crypto,

22   Coinbase, Kraken, Gemini, and comparing

23   those to Celsius.

24         Q.   And why did you pick Celsius?

25         A.   I mean, they offered a great

Confidential

70

```
 1   yield.  Like I mentioned before, I was

 2   spending a lot of time in DeFi.  It was

 3   just super time-intensive, and I didn't

 4   have the time for it once I had the kid.

 5            And so -- and they were really --

 6   from my perspective, they seemed to be

 7   running a good operation, and the company

 8   was growing quickly.  You know, large

 9   number of users.  Those kind of things went

10   into my decision.

11            And the fact that this other --

12   you know, that watercooler moment.  There

13   were, like, a bunch of people that said,

14   oh, yeah, I use it too.

15   Q.   And what did you rely on to come

16   to your conclusion that Celsius was running

17   a good operation?

18            MS. BRIER:  Objection to form.

19            THE WITNESS:  You know, scale is

20        definitely one.  Just from -- in my --

21        in the decade or so that I worked in

22        traditional finance.

23            Worked with hundreds of different

24        hedge funds and asset managers and to

25        manage a book of hundreds of millions
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network Deposition Transcript (Redacted)   Pg 73 of 468
Oren Blonstein
Oren Blonstein - Deposition Transcript (Redacted)
Confidential
November 22, 2022

71

```
1        or billions of dollars is just a
2        complex -- a very complex -- there's a
3        lot of complexity.
4            So just the fact that Celsius, at
5        the time, was managing, I think --
6        yeah, when I signed up, I think they
7        had hundreds of millions.
8            And over the course of 2020, I
9        think that moved into -- yeah, I think
10       by the end of 2020, it moved into
11       billions.  So it was, you know, not
12       necessarily a good assumption, but the
13       assumption was based on the scale.
14           The fact that they were managing
15       a book that big, you know, led me to
16       believe, you know, that they must have
17       good systems and processes in place.
18   BY MR. COLODNY:
19       Q.   And other than the size and the
20   fact that a lot of other people were giving
21   their coins to Celsius, were there any
22   other things you relied on to come to the
23   conclusion that they were safely investing
24   money?
25           MS. BRIER:  Objection to form.
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 74 of 468

Oren Blonstein
Confidential
November 22, 2022

72

1          THE WITNESS:  The app worked.

2      You know, that's a surprisingly low bar

3      for crypto.  But it's actually a pretty

4      significant one.  There's a lot of

5      stuff in crypto that just doesn't work

6      at all.

7          So, you know, downloading the

8      app, going through the KYC process, you

9      know, sending coins in, seeing those

10      coins appear in the app.  Since all

11      that stuff worked, it seemed good.

12          And, I mean, I think -- it's,

13      like, a very commonly -- you know, we

14      observe this happening a lot is that a

15      customer -- and I did this as well --

16      would deposit coins, validate that

17      they're there, withdraw them, validate

18      that you can get them back, and then

19      people usually push in more coins once

20      they have confirmed that, and I did the

21      same thing.

22  BY MR. COLODNY:

23      Q.   And why would you confirm that

24  you could get your coins back?

25      A.   It's so -- you know, just to make

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 75 of 468

Oren Blonstein
November 22, 2022

Oren Blonstein Deposition Transcript (Redacted)
Confidential

73

1    sure that the coins would be there if there

2    was a time in the future when you wanted to

3    get them back.

4         Q.   So you mentioned the size of

5    Celsius, the fact that the app worked.  You

6    tested deposit and withdrawal features.

7              Any other things that kind of led

8    to your decision to put your coins in

9    Celsius?

10        A.   I mean, yeah, without a doubt, I

11   mean -- you know, I watched the AMAs.  I

12   felt like, you know, I like the -- I like

13   the ideas that Alex was talking about.

14             Yeah, I would say that's a factor

15   also.  It seemed like a -- seemed like

16   somebody that was -- had a mission to do

17   something good and was -- you know, just as

18   a -- yeah, I think a lot of things that he

19   was talking about just in terms of, like,

20   you know, keeping your money in the bank

21   and not earning any interest or not earning

22   good interest, you know, I thought was a

23   good point that he made; so...

24        Q.   Any other comments that you --

25   from the AMAs that stuck out in your mind

74

1   as something that you would remember

2   thinking, oh, this was something Alex said

3   I should give my money to him?

4           MS. BRIER:  Objection to form.

5       Outside the scope.

6           You can answer.

7           THE WITNESS:  I'm sorry.  Can you

8       restate that?

9   BY MR. COLODNY:

10      Q.   Yeah.

11          You said that one of the things

12  you relied on was the AMAs.  And you

13  mentioned Alex's message that you could put

14  your money in a bank and earn no interest

15  or put your money in Celsius and get this

16  interest.

17          Other than the yield that Celsius

18  provided, were there any other kind of

19  things that stick out in your mind as

20  something that you relied on from the AMAs

21  in choosing to invest in Celsius?

22          MS. BRIER:  Same objections.

23      Outside the scope.

24          THE WITNESS:  Yeah, it was just a

25      general -- general impression that I

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 77 of 468   Oren Blonstein
Oren Blonstein
Confidential                                            November 22, 2022

75

1   had that it seemed like a good company

2   that was trying to do the right thing.

3   They had a working app.

4        A lot -- you know, hundreds of

5   thousands of other customers, large

6   scale.  Yeah, actually something I

7   didn't mention before was that from

8   working in the industry, people talk

9   about Celsius.

10       And at that time, definitely

11  prior to me joining, I had not heard

12  really any negative -- anything

13  negative about Celsius.  So, yeah, for

14  all those reasons.

15       I mean, yeah, many cryptocurrency

16  exchanges were in the business of

17  offering institutional loans right

18  around that time, like, 2019, 2020.

19  And Celsius was kind of viewed as,

20  like, one of the big, big lenders out

21  there -- lenders, borrowers out there.

22       So, again, just, like, knowing

23  that people in the industry -- lots of

24  counter -- there were lots of

25  counterparties in the industry working

76

1        with Celsius.  All these things kind of

2        made me feel comfortable with it.

3   BY MR. COLODNY:

4        Q.   What type of institutional loans

5   did you understand that Celsius was issuing

6   at that time?

7             MS. BRIER:  Objection to form.

8        Outside the scope.

9             THE WITNESS:  Yeah.  Again, the

10        exact, like, nature of the loan --

11        yeah, the type of loan, I didn't really

12        dig into the details of it.

13             But generally, from industry

14        knowledge, would be that institutional

15        borrowers would deposit collateral to

16        secure their loan and would get

17        whatever coin they were looking for in

18        return and pay an interest rate to the

19        company.

20   BY MR. COLODNY:

21        Q.   Okay.  So I want to go back to

22   just your general understanding of the

23   transaction that accountholders entered

24   into when they gave their coins to Celsius.

25             And in your mind, has that

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network Deposition Transcript (Redacted)    Pg 79 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

77

1    changed over the time of Celsius's

2    existence, or has it always been the same

3    transaction; I give my coins to Celsius to

4    participate in your earn program?  Has that

5    transaction ever changed?

6                MS. BRIER:  Objection to form.

7                THE WITNESS:  I mean, it changed

8         materially in April 2022 with the

9         release of custody.  But other than

10        that, you know, my understanding as

11        both a customer and employee, is that's

12        largely been -- that's generally been

13        the relationship between customers and

14        the company.

15    BY MR. COLODNY:

16        Q.   Okay.  And I potentially asked a

17    bad question.

18              But I want to kind of put custody

19    to the side --

20        A.   Okay.

21        Q.   -- and just talk about the --

22        A.   Sure.

23        Q.   -- earn product.

24              In your mind, has the transaction

25    that the customer entered into with Celsius

78

```
 1   when it transferred coins to it to

 2   participate in the earn program, has that

 3   changed at any point in the company's

 4   history?

 5        A.   Based on my understanding, no.

 6        Q.   Okay.  Now, we'll get into the

 7   terms of use a little later, but as a --

 8   just stepping back as a layperson, do you

 9   think there's any conflict between loaning

10   somebody something and transferring title

11   to them?

12            MS. BRIER:  Objection to form.

13            THE WITNESS:  Is there a conflict

14        between loaning and transferring title?

15        That's not something -- is there a

16        conflict?  Yeah, I don't think I

17        understand it.

18   BY MR. COLODNY:

19        Q.   So if I -- let's use the house

20   analogy again.

21            If I lease you my house so that

22   you can live in it for a period of time, I

23   haven't transferred -- you don't own my

24   house, right?

25            MS. BRIER:  Object to form.
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 81 of 468
Oren Blonstein
Oren Blonstein Deposition Transcript (Redacted)
Confidential
November 22, 2022

79

```
 1              THE WITNESS:  Correct.  I don't

 2       own your house.

 3   BY MR. COLODNY:

 4       Q.   But if I sell you my house, now

 5   you own it?

 6       A.   Correct.

 7       Q.   So I guess my point is, is there

 8   a distinction between lending something to

 9   you, which you have an obligation to return

10   to me, versus you taking title to

11   something?

12              MS. BRIER:  Objection to form.

13              THE WITNESS:  Yeah, I understand

14       that comparison that you're making.

15              You know, one thing I think --

16       maybe is a way to answer that, that I

17       should have added to a previous answer,

18       is that one of the things that occurred

19       to me when I was reviewing the terms of

20       use as a customer was that me passing

21       title -- you know, giving my coins to

22       the company was important, because I

23       knew that the company must be doing

24       lots of different activities to

25       generate yield, making loans,
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network - Deposition Transcript (Redacted)    Pg 82 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

80

```
1   participating in DeFi, doing other

2   kinds of activities.

3        If I -- if those coins were still

4   my property, then I would be subject to

5   the tax implications of each one of

6   those transactions.  And I knew

7   firsthand -- I mean, that was kind of,

8   like, the appeal to me as a customer

9   was that in DeFi, like, the cost of

10  making those transactions was

11  significant.

12       And because I'm -- you know, as

13  an individual -- as an individual, I

14  wasn't moving millions of dollars, tens

15  of millions or hundreds of millions.

16       So a lot of times the transaction

17  costs and the taxes would significantly

18  eat into any kind of gains I was

19  making.

20       So, actually, like, it was -- I

21  saw the fact that Celsius was taking on

22  these coins as their property as, like,

23  important -- an important way for me

24  to -- you know, to be able to not be

25  responsible for those tax consequences
```

81

1        until I got the coins back.

2    BY MR. COLODNY:

3        Q.    Okay. 

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

82



9    BY MR. COLODNY:

10        Q.    And I guess the legal terms are a

11    bit confusing, but to maybe use another

12    example, you mentioned that you understood

13    you were transferring title to Celsius,

14    because then they could do all sorts of

15    other things with your coins.

16            I guess a better example than a

17    house is a car.  If I borrow my car from

18    Volvo, I can then use that car to do all

19    sorts of things -- right? -- to do my

20    job --

21        A.    Uh-huh.

22        Q.    -- to have an Uber.

23            So in your mind, do you

24    necessarily have to give up title to

25    something to allow someone else to use that

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC - Deposition Transcript (Redacted)    Pg 85 of 468
Oren Blonstein
Confidential
November 22, 2022

83

 1    property?

 2              MS. BRIER:  Objection to form.

 3              THE WITNESS:  I understand the

 4       point that you're making.  That just

 5       wasn't something -- I wasn't thinking

 6       of -- especially, like, as a customer,

 7       I wasn't thinking about, could this be

 8       done in another structure.

 9          I just reviewed what it was on

10       the face of it, you know, which was me

11       transferring my property to this other

12       entity for them to, you know, generate

13       yield.

14    BY MR. COLODNY:

15       Q.   Okay.

16              MR. COLODNY:  Do you want to take

17       a break, Grace?

18              MS. BRIER:  Up to you.

19              Or do you want to take a break?

20              (Whereupon, discussion held off

21              the written record about having a

22              break.)

23    BY MR. COLODNY:

24       Q.   Do you have any role in Celsius's

25    marketing in your time at the company?

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)   Pg 86 of 468
Oren Blonstein
Confidential
November 22, 2022

84

1        MS. BRIER:  Objection to form.

2   Outside the scope.

3        THE WITNESS:  Marketing was

4   never -- and this is an answer that

5   I'll -- you know, I mentioned -- or I

6   used this kind of phrase before.

7        Compliant -- in my role as chief

8   compliance officer, we are not a stop

9   on the way to marketing materials being

10   released.

11        And, again, that's a good example

12   of, like, what I talked about in the

13   beginning.  In many other

14   organizations, I'm sure a chief

15   compliance officer might have been, but

16   that wasn't my area of specialty or

17   focus.

18        And so, yeah, you know, I may

19   have been copied on it -- again, I just

20   want to stress that I'm sure if

21   somebody digs through the emails,

22   they'll find me CC'd on something.

23        And if it related to anti-money

24   laundering or sanctions or things like

25   that, I certainly would chip in.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC - Deposition Transcript (Redacted)    Pg 87 of 468
Oren Blonstein
Oren Blonstein
November 22, 2022
Confidential

85

```
1            If -- yeah, there might be some
2      occasions, like, where in my
3      discussions with the regulatory or
4      legal team, I picked up on some
5      guidelines that they had, you know,
6      shared with the marketing team, and I
7      might have reinforced that, just to
8      kind of chip in.
9            But I was not, like, a routine
10     stop on the release of marketing
11     materials.  And in my innovation
12     capacity, I met with the marketing and
13     product teams for swaps and credit
14     cards and other new product
15     initiatives, but -- but was not, like,
16     the decision-maker or reviewer of final
17     content before it was released.
18 BY MR. COLODNY:
19     Q.   And so you -- I guess to ask a
20 more direct question, did you approve any
21 of the marketing materials that Celsius
22 released?
23     A.   So I don't believe that I was
24 part of any -- I mean, I'm not -- I don't
25 have firsthand knowledge of the approval
```

86

1   processes that existed for a lot of the

2   marketing materials or for any of the

3   marketing materials.

4          There's some possibility that

5   someone ran some piece of marketing past me

6   and said, does this look good, and I might

7   have said yes.  But this was not, like, a

8   routine -- routine thing.

9          It wasn't, like, oh, we always

10  have to check with Oren before this goes

11  out.

12      Q.   Did you draft any of the

13  marketing materials for Celsius?

14          MS. BRIER:  Objection to form.

15      Outside the scope.

16          THE WITNESS:  That seems

17      highly -- I mean, we may have written

18      some, like, marketing briefs or

19      something like that for swaps.

20          Again, in my innovation role,

21      like, these are the points that

22      customers will care about, here are

23      some potential ideas for messaging,

24      things like that.

25          But absolutely not the final --

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)   Pg 89 of 468
Oren Blonstein
November 22, 2022
Confidential

87

```
 1        the final product.  You can imagine

 2        people who are in the marketing role,

 3        the last thing that they would want is

 4        the chief compliance officer writing

 5        their marketing; so...

 6   BY MR. COLODNY:

 7        Q.   I can understand that.

 8             So other -- I guess other than

 9   the -- I understand if someone -- if you're

10   developing swaps and someone wants to write

11   something about it, they may consult you.

12             I think that -- is that what

13   you're referring to?

14        A.   Exactly.

15        Q.   And other than that concept, were

16   you drafting any marketing materials for

17   Celsius?

18             MS. BRIER:  Objection to form.

19        Outside the scope.

20             You can answer.

21             THE WITNESS:  I'm just thinking

22        about it.  I'm sorry.  I'm just

23        thinking about if -- yeah, it was

24        not -- it was not my role.

25             I can imagine -- again, I can
```

88

```
 1        imagine that there's some document out
 2        there where, like, there's a comment
 3        from Oren Blonstein piping in with
 4        something, but -- but, yeah, I don't --
 5        I don't think so.  I don't think -- it
 6        certainly wasn't anything, like, on a
 7        consistent or ongoing basis.
 8   BY MR. COLODNY:
 9        Q.   Did Celsius have a target
10   demographic or user that it was attempting
11   to attract?
12            MS. BRIER:  Objection to form.
13        And outside the scope.
14            THE WITNESS:
15
16
17
18
19        Before that -- again, in my chief
20        compliance officer, wasn't something
21        that I -- role, I wasn't -- that wasn't
22        something that I was focused on, on
23        innovation -- on the innovation side.
24            We definitely thought about it
25        for different products.  And, in
```

89

1          particular, we did some work around the

2          credit card on thinking about the type

3          of customer that might be interested in

4          it.

5    BY MR. COLODNY:

6          Q.   Other than specific products, did

7    you think about it -- did Celsius think

8    about it generally as trying to attract a

9    specific type of customer prior to the

10   petition date?

11            MS. BRIER:  Same objections.

12            THE WITNESS:  I don't have

13        firsthand knowledge of that.

14   BY MR. COLODNY:

15        Q.   And now, I guess, generally

16   thinking about the typical Celsius customer

17   on the petition date, do you have an

18   understanding of what the relative

19   percentage of uncredited and accredited

20   investors were?

21        A.   On --

22            MS. BRIER:  Objection to form.

23        Outside the scope.

24            THE WITNESS:  By count of

25        customers, I -- you know, I have a

90

1     rough idea that the number of

2     accredited customers was a tiny

3     fraction, you know, by customer count.

4     I think it's quite large relative to

5     other crypto service -- yeah, crypto

6     service providers.

7           In other words, we have a

8     large -- a large number of accredited

9     people -- people that are deemed

10    accredited investors as customers.  I

11    would say, yeah, like, among the

12    largest in crypto.  But by customer

13    account, a tiny -- tiny percentage.

14  BY MR. COLODNY:

15    Q.   Do you have a ballpark number

16  that you think of when you think of

17  percentage?

18    A.   Whatever, like, 5,000 over a

19  million is; so...

20    Q.   A very small percentage?

21    A.   Yeah.

22    Q.   And did those -- strike that.

23         Do you have a general idea of

24  breakdown of Celsius customers of U.S.

25  customers versus rest of the world?

91

1          MS. BRIER:  Objection to form.

2          THE WITNESS:  I -- again, there's

3     definitely people who would have the

4     exact numbers, like, quotable, but my

5     rough understanding was that we had --

6     it was roughly an even split between

7     U.S. and the rest of the world.

8          And that was -- and then I -- I

9     think it was U.S. customers were

10     roughly the majority of the assets held

11     versus the rest of the world.

12          So I think it was relatively even

13     on the customer account, and a majority

14     for the assets -- value assets.

15 BY MR. COLODNY:

16     Q.   And is majority 60 percent?

17 80 percent?

18     A.   I actually thought it was around

19 55.

20     Q.   So about even for both?

21     A.   Correct.  And maybe a huge caveat

22 here is that the data changed dramatically

23 in the weeks leading up to the pause in

24 withdrawals obviously.

25          So -- but, you know, if you'd

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 94 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022
92

```
 1   asked me this question in, like, March of

 2   2022, that's -- that's what I would say the

 3   answers are.

 4            If you're talking about, like,

 5   for the customers that remain, what the

 6   exact breakdown is, yeah, it's -- I have

 7   definitely reviewed that.  I don't have it

 8   at the top of my mind, but I don't think

 9   it's dramatically off.

10       Q.   How did it change in the weeks

11   leading up to the pause?

12       A.   Just -- you know, they're --

13   that's what I'm saying, I don't know the

14   specifics of how it changed, right?

15            But I'm just saying that there

16   were -- there were a huge volume of

17   withdrawals on the platform in the -- in

18   the months leading up to the pause in

19   withdrawals.

20            So it may have -- may have

21   shifted.

22       Q.   Okay.  But you don't know if more

23   international folks withdrew than U.S.

24   folks?

25       A.   I don't have that data.  I know
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network - Oren Blonstein Deposition Transcript (Redacted)    Pg 95 of 468
Oren Blonstein
Confidential
November 22, 2022

93

1   that that analysis was done, but I don't

2   have that data.

3       Q.   Do you know generally if it was

4   one way or the other?

5           MS. BRIER:  Objection to form.

6       Outside the scope.

7           THE WITNESS:  Yeah, I don't know.

8   BY MR. COLODNY:

9       Q.   So I want to talk about one thing

10  in particular.

11          Do you remember Coinbase released

12  a 10-Q in May of 2022 that included a

13  bankruptcy risk disclosure?

14      A.   I do.

15          MS. BRIER:  Objection to form.

16  BY MR. COLODNY:

17      Q.   Do you remember -- can you

18  describe the general market reaction to

19  that disclosure?

20          MS. BRIER:  Objection to form.

21      And way outside the scope.

22          THE WITNESS:  There was a lot of

23      concern about people -- you know,

24      whether people's assets were at risk if

25      the company were to go bankrupt.

94

```
 1   BY MR. COLODNY:
 2        Q.   And why do you think people were
 3   concerned by that disclosure?
 4             MS. BRIER:  Objection to form.
 5        Calls for speculation.  Outside the
 6        scope.
 7             THE WITNESS:  Yeah, I think
 8        the -- the whole -- this -- the not
 9        your -- not your keys or not your
10        coins, that whole thing, right?
11             The -- you know, there's
12        definitely like this -- there's the
13        people who are willing to give away
14        control of their coins by sending them
15        to a CeFi institution, and then those
16        that aren't because they want to
17        preserve the control over their keys
18        and their coins.
19             So I think, like, that was the
20        general -- the general mindset.
21   BY MR. COLODNY:
22        Q.   So you mentioned "not your keys,
23   not your coins."  What is that?  What is
24   that phrase?
25        A.   Basically means -- so crypto --
```

95

```
 1   the way that cryptocurrency works is that

 2   if you're the -- if you're the bearer of

 3   the private keys for your crypto, you're in

 4   control of them.  But they're a bare asset,

 5   right?

 6             So if you -- when you send your

 7   coins to someone else, you're basically

 8   giving them control over them, you're

 9   giving them the keys -- you're taking --

10   yeah, you're giving them control over your

11   assets and -- or over your coins.

12             So no matter what their

13   representations are, those coins are held

14   by the person you send them to.

15       Q.   So what do you understand the

16   term "not your key, not your coins" to mean

17   from a risk perspective?

18             MS. BRIER:  Objection to form.

19             THE WITNESS:  If you -- if you

20        want to maintain -- you know, if -- if

21        you want to retain -- if you want to

22        mitigate -- or if you want to be the

23        sole source of the risk for your coins,

24        you should hold the keys.

25             Obviously that -- that present --
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network Inc.    Deposition Transcript (Redacted)    Pg 98 of 468    Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

96

1      for a lot of people -- and it's a

2      decision that I've made as an

3      individual as well, you know, the --

4      there's substantial risk if you hold

5      the keys, you know, for yourself as

6      well of loss, of hacking and other

7      concerns.

8           So there's risks on both sides --

9      both sides.

10   BY MR. COLODNY:

11      Q.   Thank you.

12           So going back to Coinbase's 10-Q,

13   are you aware of communications from

14   accountholders to Celsius about that

15   disclosure?

16      A.   I -- sorry.

17           MS. BRIER:  Objection to form.

18      Outside the scope.

19           Go ahead.

20           THE WITNESS:  I am not.

21   BY MR. COLODNY:

22      Q.   Are you aware of any reaction

23   Celsius experienced or saw in response to

24   that disclosure?

25           MS. BRIER:  Same objections.

97

```
 1        THE WITNESS:  I am not.  You

 2   know, again, from my role in both

 3   innovation and compliance, you know, we

 4   didn't -- that wasn't really in my

 5   purview.

 6        Sorry.  Whenever we get a chance,

 7   if we could break.

 8        MS. BRIER:  Absolutely.  Is now a

 9   good time for a break?

10        MR. COLODNY:  Yeah, it is.  Thank

11   you.

12        THE VIDEOGRAPHER:  All right.

13   The time is currently 11:11 a.m., and

14   we are going off the record for Media

15   Unit No. 1.

16        (Whereupon, a recess was taken at

17        11:11 a.m.)

18        THE VIDEOGRAPHER:  The time is

19   currently 11:28 a.m., and we are back

20   on the record for Media Unit No. 1 of

21   today's testimony.

22        MR. COLODNY:  I think this is

23   Exhibit 7.

24        (Whereupon, Exhibit 7 is marked

25        for identification.)
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 100 of 468    Oren Blonstein
Confidential    November 22, 2022

98

```
 1    BY MR. COLODNY:

 2         Q.   Do you recognize this document?

 3         A.   I do.

 4         Q.   What is this document?

 5         A.   This is the declaration related

 6    to the terms of use -- my declaration

 7    related to the terms of use.

 8         Q.   And is there anything that you

 9    would like to change about this document

10    based on everything that happened --

11    between when you signed it and today?

12         A.   No.

13         Q.   This is true and accurate to the

14    best of your knowledge?

15         A.   That's correct.

16         Q.   Did you draft this declaration?

17         A.   No.

18         Q.   What was your role in

19    constructing this declaration?

20         A.   Provided input on it, you know,

21    some content through interviews.  And then

22    when it was drafted, I reviewed it and

23    provided some redlines and then -- yeah,

24    and then approved it.

25         Q.   Who drafted the document?
```

99

| | |
|---|---|
| 1 | A.   Someone from Kirkland. |
| 2 | Q.   Is the testimony in this document |
| 3 | based off of your personal knowledge? |
| 4 | A.   It's knowledge that I gathered |
| 5 | through research and discussions with other |
| 6 | staff at the company. |
| 7 | Q.   Okay. |
| 8 | A.   Not through my direct -- as I |
| 9 | mentioned before, I was not involved in |
| 10 | the -- in the writing of the terms of use |
| 11 | or dissemination of it or, you know, those |
| 12 | kinds of things. |
| 13 | Q.   What research did you do to |
| 14 | compile this document? |
| 15 | A.   Talking to the staff that was |
| 16 | involved in the drafting of the terms of |
| 17 | use and then also some members of the data |
| 18 | team who put together the data that's |
| 19 | included in it. |
| 20 | Q.   And who did you talk to that was |
| 21 | involved in the drafting of the terms of |
| 22 | use? |
| 23 | A.   Roni, Yarden, Ron Deutsch, |
| 24 | Joseph.  I think that's it. |
| 25 | Q.   And who did you talk to on the |

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC  Deposition Transcript (Redacted)    Pg 102 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

100

```
1   data team to pull the information?
2        A.   So there are a couple people on
3   emails, like V.J. and Zaryn.
4        Q.   V.J.  Do you know V.J.'s last
5   name?
6        A.   V.J. is an abbreviation for
7   Victor Vesnaver.  I don't know where the J
8   comes in.  It must be a middle initial.
9            Did you get the last name or --
10  Victor -- he goes by V.J. inside the
11  company.  I'm sure we can get you that.
12           And then Zaryn is the guy on his
13  team.  So V.J. runs corporate strategy, and
14  also the data team reports to him.
15       Q.   And when you -- when you -- did
16  you ask these individuals to give you
17  specific information?
18       A.   Did I ask them to give me
19  specific information?
20           I asked them questions about the
21  terms of use.  I asked them about the
22  information that they had shared with
23  Kirkland for the drafting of this
24  declaration.
25           And I reviewed the documents --
```

101

```
 1    the actual terms of use, and I reviewed the

 2    data that was collected by the data team.

 3         Q.   And did you review that

 4    information after this declaration was

 5    drafted or before?

 6              MS. BRIER:  And, Oren, to the

 7         extent that any of this -- you can

 8         answer.  But don't get into discussions

 9         that you had with counsel about the

10         substance.

11              THE WITNESS:  I believe it was --

12         I believe it was after it was the first

13         draft.

14    BY MR. COLODNY:

15         Q.   And did you add anything to this

16    declaration based off of those discussions?

17         A.   I don't remember the specific

18    redlines that I had, but I don't remember

19    there being any kind of material

20    differences from the information that I

21    collected and what was in here -- what was

22    in the final declaration.

23         Q.   And other than discussions with

24    other members of Celsius and data that was

25    pulled by others from Celsius's records,
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 104 of 468
Oren Blonstein Deposition
Confidential
Oren Blonstein
November 22, 2022

102

1    are there any other sources of information

2    that you relied on to draft this

3    declaration?

4         A.   Just as a kind of sanity check,

5    because I'm -- you know, one of the

6    things -- one of the reasons that we got

7    involved in some of the declarations is

8    just to try to make sure that we're giving

9    the most accurate information we can.

10             Because a lot of people in the

11   company have left.  And I've been here

12   since February 2021, so relatively

13   speaking, I didn't, you know, usually

14   find -- find the answer to questions.

15             So as a sanity check, I also went

16   back to my personal email as a customer and

17   just verified that I saw some of the --

18   some of the -- some of the notices since I

19   became -- you know, from the time that I

20   became a customer.

21        Q.   So you looked at your personal

22   email box to check to see if the notices

23   and the screenshots that were attached, you

24   received them?

25        A.   Exactly.  You know, this says

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Oren Blonstein Deposition Transcript (Redacted)   Pg 105 of 468
Oren Blonstein
Confidential
November 22, 2022

103

1    that this went out.  Does this look exactly

2    like what I received and confirmed it that

3    way.

4         Q.   Okay.  Can you turn to page 14 of

5    this document.  Actually, I guess I might

6    have been referring to a paragraph number.

7    Yeah, paragraph 14.  It's on page 5 at the

8    bottom.

9         A.   Okay.

10        Q.   Looking at the chart

11   specifically.

12        A.   Okay.  Got it.

13        Q.   So my understanding of this chart

14   is that the percentages would be the number

15   of accountholders or percent of

16   accountholders that saw that version when

17   they signed up for Celsius; is that

18   correct?

19        A.   Yeah.  And I don't know --

20   actually, can I restate that?

21             So this is the number -- the

22   percentage of customers who -- when they

23   registered, what version of the terms of

24   use were in effect.

25             So, for example, at the time

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 106 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022
104

1  45 percent of our customer base registered,

2  Version 5 of the terms of use were in

3  effect.

4      Q.   Right.  So if I add up Version 6,

5  7 and 8, I think it's 45 percent --

6  44 percent registered for a version of the

7  terms of use Version 6 or later, correct?

8          MS. BRIER:  Objection to form.

9          THE WITNESS:  Yeah, I'm sorry.

10     Can you say that again?

11 BY MR. COLODNY:

12     Q.   Yeah, I'm just adding up.  So I'm

13 looking at Version 6, 7 and 8, and, you

14 know, my understanding from this table is

15 that those numbers, when added together,

16 equal, I think it's 44 percent.

17         And those 44 percent of people

18 would have only seen Version 6, 7 or 8?

19         MS. BRIER:  Objection to form.

20         THE WITNESS:  I believe that

21     that's the case.  And just to make sure

22     I'm understanding, so you understand

23     that the 45 percent, for example, that

24     when they register a software Version 5

25     would have been presented with

105

1        Version 6, 7 and 8 subsequently.

2            But, yes, what you said is right.

3    BY MR. COLODNY:

4        Q.   And where did you get the

5    information to populate this table?

6        A.   From the data team.  We have a

7    back office system that tracks when users

8    accept terms.

9        Q.   Uh-huh.

10       A.   And so they just report it on

11   that.  They went to the data base that

12   stores that information and reported on it.

13       Q.   And this is the current

14   accountholders as of the petition date, the

15   percentage that saw the different terms of

16   use when they first signed up?  I'm just --

17       A.   Correct.  Correct.

18       Q.   So I think we talked about this a

19   little bit before, but attached to your

20   declaration are a lot of screenshots that

21   talk about the -- what was shown to people

22   when you resolicited Version 6, right?

23       A.   (No audible response.)

24       Q.   And that was only shown to people

25   that were existing Celsius users when

1    Version 6 was rolled out, correct?

2              MS. BRIER:  Objection to form.

3              THE WITNESS:  Sorry.  Could

4        you...

5    BY MR. COLODNY:

6        Q.  Yeah.  If you just want to look

7    at the back to the exhibits.  I think that

8    you list as Exhibit A what you title

9    "Phase 1 Communications," and Exhibit B is

10   "Phase 2 Communications," and Exhibit C, I

11   think is "Phase 3 Communications."  And

12   maybe they're all in one exhibit.

13             But these are all communications

14   that were sent to individuals that had

15   agreed to Version 5, and now you're trying

16   to resolicit Version 6, correct?

17       A.   Correct.  Yeah, I mean, it could

18   have been people who had not accepted

19   previous versions of the terms of use as

20   well.  Like, they could have skipped a

21   version.  But as long as they didn't --

22   but, yeah, what you said is right.

23       Q.  So if I was a user and I signed

24   up for the first time with Version 6, would

25   I have seen any of these communications?

107

1          MS. BRIER:  Objection to form.

2          THE WITNESS:  Would you have seen

3      these if you had already signed up?

4          Yeah.  As one of -- I mean, as

5      long as one of these exhibits is

6      related to Version 7 or 8, then, yes.

7  BY MR. COLODNY:

8      Q.   Well, that's my question.  I

9  couldn't find anything relating to

10  Version 7 or 8.

11      A.   Maybe just give me a few minutes

12  to review this.

13          (Pause for reading/reviewing.)

14      A.   So your question is if you had

15  signed up for Version 6 -- if you had

16  signed up when Version 6 was effective,

17  would you have received these emails?

18      Q.   Right.

19      A.   That is -- let me double-check.

20  Let me just recheck this and refresh my

21  memory.

22          (Pause for reading/reviewing.)

23      A.   So, yeah, yeah.  So customers

24  would have seen -- they would have been

25  notified, and you can kind of piece that

108

1    together also just by looking at the -- at

2    the percentage of people who accepted

3    Version 7.

4        Q.   But what -- what screen would the

5    people have seen Version 7 look at?

6        A.   What screen would they have

7    looked at?

8        Q.   Right.  Because I think that the

9    attachments all are of notices that were

10   pushed out to people who had seen

11   Versions 5 through 1, and now you were

12   resoliciting 6.

13           So I guess I'm looking at what

14   login screen or solicitation --

15       A.   Uh-huh.

16       Q.   -- would someone for the first

17   time saw Version 6, have seen?

18           MS. BRIER:  Objection to form.

19           And is your question whether the

20       folks who signed up for 6 or later

21       would have seen the notifications about

22       changes to Version 6?

23           MR. COLODNY:  Well, that's the

24       first question.

25   ///

109

 1   BY MR. COLODNY:

 2       Q.   And then my second one is, how am

 3   I to know what the people -- the 45 percent

 4   of people that saw Version 6, 7 and 8 saw,

 5   because all I've been provided with is the

 6   notice of changes between Version 5 and 6.

 7       A.   Yeah, if you can just give me a

 8   minute to review, to review this again.

 9            (Pause for reading/reviewing.)

10       A.   Yeah, I'm not sure if this is

11   your -- so, like, the effective periods

12   for -- which were noted on page 4, you

13   know, for Version 6, July 22 through

14   August 2 of 2021, and that -- and then the

15   change to Version 7 took place on August 3,

16   2021, which is in the -- which would have

17   fallen in between Phase 1 and Phase 2.

18       Q.   But, again, those people that

19   signed up between Version 6 and 7, they

20   wouldn't have gotten a notice that said,

21   here are the changes to Version 5, because

22   they would have never seen Version 5,

23   right?

24            MS. BRIER:  Objection to form.

25            THE WITNESS:  If they sign up

110

1        between Version 6 -- between Version 5

2        and 7?

3    BY MR. COLODNY:

4        Q.   6 -- like --

5        A.   I mean, Version 6 lasted for, you

6    know, between July 22 --

7        Q.   Right.  I understand that

8    Version 6 and 7 were, like, minor changes,

9    right?

10       A.   Yep.

11       Q.   Updates to -- over a period of

12   time.

13             What I'm trying to get at is

14   we've got a lot of screenshots that were

15   provided to show the resolicitation of

16   Version 6.

17       A.   Uh-huh.

18       Q.   But this chart shows that

19   44 percent of people signed up after

20   Version 6 was enacted.  And I don't believe

21   there are any screenshots or descriptions

22   that show what those 44 percent of users

23   would have seen.

24             MS. BRIER:  Objection to form.

25             THE WITNESS:  Yeah, I don't know.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 113 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

111

1    I mean, we could go back and try to

2    find -- yeah, get that information if

3    it's different from what's here.

4         But, again, just going -- going

5    back to my -- my understanding of,

6    like, the events that happened at that

7    time and also what's described here in

8    the Phase 1, Phase 2 and Phase 3, you

9    know -- yeah, it says here even in

10    Phase 3, "Phase 3 communications

11    continued to request acceptance of

12    terms of use Version 6 and notified

13    accountholders that they would regain

14    access to Debtors' services upon" --

15         (Stenographer asks speaker to

16         speak slowly and clearly.)

17         THE WITNESS:  Sorry about that.

18         I'm reading the last paragraph of

19    section that starts with Phase 3, the

20    last sentence.

21         So "Phase 3 communications

22    continued to request acceptance of

23    terms of use Version 6 and notified

24    accountholders that they would regain

25    access to the Debtors' services upon

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 114 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

112

1    acceptance."

2              And so the question you're asking

3        is, at what point did we update --

4        well, actually, we can see at what

5        point we updated the terms of use.  It

6        was on August 3.

7              And you're asking if there -- if

8        these screenshots reflect -- just make

9        sure I'm understanding this -- you're

10       asking do the screenshots reflect the

11       Version 6 or Version 7?

12   BY MR. COLODNY:

13       Q.   I'm asking where's the screenshot

14   that a new user would see if they first

15   signed up to Version 6?

16       A.   If that's not -- yeah, if that's

17   not something we provided, then we should

18   be able to get that to you.

19       Q.   Okay.  I would appreciate that.

20              But you're not aware of anywhere

21   in this declaration where it shows the

22   screenshot that a new user that signed up

23   for Version 6, Version 7 or Version 8 saw?

24       A.   It doesn't look like it.

25              MS. BRIER:  Objection to form.

```
 1    BY MR. COLODNY:

 2         Q.   How did you go about grabbing

 3    these screenshots?

 4              Because I -- yeah.  How did you

 5    gather these screenshots?

 6         A.   We asked a variety of staff at

 7    the company for copies of the -- I mean, it

 8    depends on the type of content.  So for

 9    the -- for screenshots of the app, we would

10    have probably gone to -- most likely we

11    would have received the information from

12    either our design team or product team.

13              For emails, we would have gone to

14    our marketing -- marketing or

15    communications team, yeah.

16         Q.   And are these -- I guess one of

17    the -- there's -- if you could turn to

18    page 16 at the top.  I'm looking at the

19    numbers that are right below --

20         A.   Okay.

21         Q.   -- in the top strip.  It says

22    "Beta Pop-Up Communications."

23              What is -- is this the screen

24    that users actually saw, or what is meant

25    by "beta pop-up communications"?
```

114

1    A.    What I've seen happen at Celsius

2    sometimes is that there are screens that

3    are designed during the product development

4    process.   They may be worked on by the

5    product team, the design team.   The

6    regulatory team might review them.

7         For example, in this app called

8    Figma, those things can be -- generally

9    that Figma file is passed to our

10   engineering team to implement, you know, to

11   code up what they see.

12        There are times where there are

13   minor changes in between what is in that

14   Figma file and what is actually pushed to

15   production.   Usually it's around, like --

16   it's either -- you know, there might be

17   typos corrected or typos introduced during

18   that -- you know, that handoff.

19        But in kind of the form and

20   substance, they should be identical.

21   Q.    So are you -- is it your

22   testimony that this is, in form and

23   substance, what users who saw the pop-up

24   screen saw?

25        A.    Correct.

1    Q.   And what did you do to make sure

2    that was correct?

3    A.   I spoke with the same collection

4    of people.  I didn't actually need to talk

5    to the data people, but speaking with our

6    regulatory and legal staff on -- to confirm

7    that.

8    Q.   Okay.  So going back to new

9    users, and I want to segment that from

10   existing users.

11        Were new users provided with the

12   full terms of use when they signed up for a

13   Celsius account?

14   A.   Yes, to the best of my

15   understanding.

16   Q.   How were they provided with that

17   terms of use?

18   A.   It was presented to users during

19   the sign-up process.

20   Q.   How was it presented to them?

21   A.   As a -- it's a screen in the app

22   as they're -- as they're completing the

23   registration process, there's generally a

24   hyperlink to a page with the full text.

25        Yeah, it's pictured on page 18.

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 118 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

116

1    At the bottom, it's called A-9.  So

2    something similar to, like, what you see

3    there with the hyperlink, terms of use and

4    private policy.

5        Q.   Okay.  This is -- this is the

6    updated you're saying --

7        A.   This is the updated, but it's a

8    similar type of interface.

9        Q.   So there will be a pop-up, and

10   there will be a hyperlink to the terms of

11   use?

12       A.   Yes.  That's my understanding.

13       Q.   And if you click on that

14   hyperlink, does it take you to the full and

15   current terms of use?

16       A.   That's my understanding.

17       Q.   And what is that understanding

18   based on?

19       A.   With discussions with staff.

20       Q.   What discussions with staff?

21       A.   With the regulatory and legal

22   team.  Just discussing -- discussing how

23   that process worked.  It's also from my own

24   recollection of signing up was how it

25   worked.

117

```
 1        Q.   Did Celsius email users the

 2   entire terms of use?

 3        A.   I don't -- I don't remember.  I

 4   don't think so.

 5             MS. BRIER:  And I would object to

 6        the form of that question.

 7   BY MR. COLODNY:

 8        Q.   Did Celsius ever email users the

 9   entire version of the terms of Version 6 of

10   the terms of use?

11             MS. BRIER:  Object to form.

12             THE WITNESS:  Can you just give

13        me one minute to review?

14   BY MR. COLODNY:

15        Q.   Uh-huh.

16             (Pause for reading/reviewing.)

17             MS. BRIER:  And, Aaron, to

18        clarify, are you asking whether they

19        emailed the entire document or a link

20        to it or both?

21             MR. COLODNY:  My question was

22        generally.

23             MS. BRIER:  Okay.

24             (Pause for reading/reviewing.)

25             THE WITNESS:  Yeah, so I don't
```

118

1          remember -- sorry.  I don't think that

2          we emailed the full terms of use to our

3          customers.  I think, you know, it -- as

4          is common across, like, a lot of

5          different platforms in crypto, you're

6          presented with some kind of screen to

7          accept the terms.

8               You can click on it to review the

9          full text, and then it's kind of at

10         your -- it's on the customer to -- to

11         collect a copy of that.

12              And just speaking from my own

13         knowledge, when I did -- you know, I

14         talked about reviewing competitor

15         platforms, you know, you're often

16         copying and pasting, scrolling through

17         apps because the full version is not

18         sent to you.

19              So I think it's a common

20         practice.

21   BY MR. COLODNY:

22       Q.   Okay.  Did Celsius ever translate

23   the terms of use into another language?

24              MS. BRIER:  Objection to form.

25         It's outside the scope.

119

1          THE WITNESS:  Not to my

2      knowledge.  And I think it would.

3      There are, like, some technical

4      challenges -- there would be technical

5      challenges of being able to have it

6      available in different languages.

7   BY MR. COLODNY:

8      Q.   So Celsius never provided the

9   terms of use in Spanish, for example?

10     A.   Not to my knowledge.

11     Q.   Any other language than English?

12     A.   Not to my knowledge -- yeah, not

13  to my knowledge.

14     Q.   Did Celsius ever send emails to

15  people in any language other than English?

16          MS. BRIER:  Objection to form.

17      Outside the scope.

18          THE WITNESS:  Yeah, not to my

19      knowledge.

20  BY MR. COLODNY:

21     Q.   Okay.  Let's go to the

22  resolicitation.

23          Why did Celsius resolicit

24  acceptances to the terms of use for

25  Version 6?

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 122 of 468    Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

120

1        A.    Why did -- why did Celsius follow

2    up with customers about accepting the terms

3    of use Version 6?

4              Because it was a material change

5    in -- customers had previously been

6    customers of Celsius, the UK entity, and

7    that was being transferred to the U.S.

8    entity.

9        Q.    Did Celsius resolicit acceptances

10   of any other prior version of the terms of

11   use?

12       A.    Not to my -- not to my knowledge.

13   And I -- I did -- other than what's

14   represented in the declaration, which is

15   that we tracked acceptance of terms of use

16   by customer, so we knew when a customer

17   accepted or did not.

18              But Version 6 was -- you know,

19   like, as we've kind of outlined in the

20   declaration, it was a pretty material

21   change being that customers were becoming

22   customers of a new entity.

23              That was -- that was, to my

24   knowledge, the main -- really the only time

25   the company really tracked or proactively

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC - Deposition Transcript (Redacted)   Pg 123 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

121

```
 1   reached out to customers -- sorry.  That
 2   was the first time that the company
 3   proactively reached out to customers to
 4   track that.
 5       Q.   So how did it notify customers of
 6   the previous changes to the terms of use,
 7   terms of use 1 through 5?
 8       A.   Through in-app notifications
 9   and -- in-app notifications and -- and
10   email.
11       Q.   And what did those in-app
12   notifications say?
13       A.   Something along the lines of, you
14   know, our terms of use are changing.  You
15   must accept -- you know, largely similar to
16   what's -- what's shown in these exhibits.
17       Q.   But --
18       A.   That the terms are changing.  If
19   you want to continue to use the app and
20   get, you know, the benefits of being a
21   customer, you need to accept the terms.
22       Q.   And did it -- did customers
23   actively have to click "accept" to continue
24   to use the Celsius app for changes in
25   Versions 1 through 5?
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)    Pg 124 of 468
Oren Blonstein
Confidential
November 22, 2022

122

1              MS. BRIER:  Objection.  Form.

2              THE WITNESS:  So my knowledge of

3         the stuff that predates my time at

4         Celsius is a little bit -- you know,

5         it's even more removed.

6              But, you know, just give me one

7         minute to review.

8              Yep, that's correct.  Customers

9         would have to -- as indicated in the

10        declaration, customers would have to

11        affirmatively accept the terms of use.

12   BY MR. COLODNY:

13        Q.   And where is that in the

14   declaration?

15        A.   On page 4, Section C or whatever,

16   "Accountholder Consent Process."  At all

17   times, Celsius has required users to

18   affirmatively accept the terms of use prior

19   to and as a condition of accessing

20   Celsius's services."

21        Q.   Right.  So my question was a

22   little different.

23             It was if you had already

24   accepted one version of the terms of use,

25   how was the new version accepted by

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 125 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

123

```
 1   customers?

 2           So say -- say I signed up for

 3   Version 1.  When Celsius updated the terms

 4   of use to Version 2, how was that new

 5   term -- version of the terms of use

 6   presented to and accepted by users?

 7           MS. BRIER:  Object to form.

 8           THE WITNESS:  Yeah.  So the

 9       bottom of page 5 kind of describes the

10       Debtors -- I mean, that whole

11       Section 15 describes this.

12           But the -- in particular, the

13       last sentence, it says, "The Debtors

14       typically advise existing users of

15       updates of the terms of use by email

16       and other official Celsius channels

17       such as its blog."

18   BY MR. COLODNY:

19       Q.  And what's that understanding

20   based on?

21       A.  Discussions with -- with staff

22   internally.

23       Q.  Who did you have those

24   discussions with to understand that part?

25       A.  Yarden, Roni, legal -- our legal
```

124

1   team.  So Ron, Joseph, Ofer.

2        Q.   I want to flip to page 11 of your

3   declaration.  I'm referring to the numbers

4   at the top just for --

5        A.   Yep.

6        Q.   -- ease of reference because they

7   go through the whole document.

8             What is this email?

9        A.   Just take a second to review it.

10            (Pause for reading/reviewing.)

11       A.   This is the email to customers

12  telling them about the change in

13  relationship from being customers of the UK

14  entity to the U.S. entity.

15       Q.   Okay.  So it is the kickoff email

16  to the resolicitation process; is that

17  right?

18       A.   Yes.

19       Q.   And it highlights three main

20  changes to the terms of use:  The one you

21  just mentioned, that the engagements with

22  Celsius Network, a Delaware company; a

23  change of law to New York and disputes to

24  be settled by arbitration.

25            Are you aware of any other main

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 127 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

125

 1    changes to the terms of use that were

 2    between 5 and 6?

 3         A.    Those are the main changes I'm

 4    aware of.

 5         Q.    And if I were a user and I

 6    received this email, how would I view the

 7    terms of use?

 8              MS. BRIER:  Objection to form.

 9              THE WITNESS:  Well, it actually

10         instructs you to go -- to log into your

11         Celsius account upon which you would be

12         prompted to -- you would be given links

13         to review the terms of use.

14    BY MR. COLODNY:

15         Q.    Okay.  So I would get this email,

16    open my Celsius account, there would be a

17    pop-up screen, and then I would click on a

18    hyperlink to the terms of use?

19         A.    Yeah.  Yep.  So there's -- you

20    know, on the next page, on page 12, it says

21    there's a button that says "Go to your

22    account."

23         Q.    Uh-huh.

24         A.    And when go to your account, you

25    would have been presented with some of

126

```
 1   these other screens.

 2        Q.   Right.  It would look like

 3   page 16, correct?

 4        A.   Yes.

 5        Q.   But this email --

 6             MS. BRIER:  Objection to form.

 7   BY MR. COLODNY:

 8        Q.   But this email alone didn't

 9   contain the terms of use or a link to the

10   terms of use?

11        A.   It looks like this -- it looks

12   like this email did not.  The -- yeah,

13   that's correct.

14        Q.   Okay.  Are you aware of any

15   discussions at the company considering

16   attaching the terms of use or hyperlinking

17   the terms of use to that email?

18             MS. BRIER:  Objection to form.

19             THE WITNESS:  I'm not aware.

20   BY MR. COLODNY:

21        Q.   Do you know who made the decision

22   to highlight these three terms, or how that

23   decision -- do you know who made the

24   decision to highlight these three main

25   terms?
```

127

```
 1        A.   I don't.  Yeah, because I wasn't
 2   involved in the drafting or this process,
 3   you know, firsthand.
 4        Q.   And based off of looking at this
 5   email, are you aware of any other main
 6   changes to the terms of use between
 7   Version 5 and 6?
 8             MS. BRIER:  Objection to form.
 9             THE WITNESS:  I'm not aware of
10        other changes.
11   BY MR. COLODNY:
12        Q.   So I want to flip to page 12.
13             So this next email -- actually,
14   strike that.
15             I want to go to page 14.  Sorry.
16             So I'm looking at the lines below
17   the "Monday rewards email" reminder.
18             Do you know -- so this is an
19   email that customers received on Monday
20   with their Celsius rewards that provided a
21   reminder about the terms of use update,
22   correct?
23        A.   Correct.
24        Q.   Do you know what screen popped up
25   when you clicked the "read more" hyperlink?
```

128

```
 1          A.   I don't -- I don't know that

 2    offhand.   I can try to get that information

 3    for you, but I don't know offhand.

 4          Q.   Okay.

 5          A.   Yeah.  My guess would be that it

 6    would take you to the blog article.  But,

 7    you know, I'd have to confirm that.

 8          Q.   And which blog -- did you provide

 9    the blog article in the declaration?

10          A.   I think that there's a reference

11    to it, yeah, on page 12 -- 12.

12          Q.   So it would take you -- you think

13    it would take you to this blog that starts

14    at the bottom of page 12 and runs through

15    to 13?

16          A.   Correct.

17          Q.   But there's no hyperlink or copy

18    of the terms of use attached to that blog,

19    correct?

20          A.   That's correct.  I don't see a

21    link to -- I don't see something that looks

22    like a link to that.  But instead, there's

23    a link to taking customers to their account

24    upon which they would be presented with the

25    terms of use.
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)   Pg 131 of 468
Oren Blonstein
Confidential
November 22, 2022

                                                          129

1        Q.   Now, I think it was Footnote 4 of

2   your declaration.

3            You talked about the concept that

4   we discussed earlier about this being kind

5   of a beta mock drafts and say, "It is

6   evident from looking at these mock-ups

7   where items remained in draft form."

8            What did you mean by that?

9            MS. BRIER:  Object to form.

10           THE WITNESS:  Yeah.  I'm sorry.

11       Can you repeat that?

12   BY MR. COLODNY:

13       Q.   Sure.

14           On Footnote 4 of your

15   declaration, and I -- it's on page 6 if you

16   want to orient yourself.  And that's --

17   sorry to jump around.  It's 6 at the

18   bottom.

19           MS. BRIER:  I think he's still on

20       the declaration.

21           THE WITNESS:  Yeah, okay.

22           [Speaking sotto voce]

23           I'm sorry.  What was the

24       question?

25   ///

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 132 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

130

```
 1   BY MR. COLODNY:

 2       Q.   So you say it was evident from

 3   these mock-ups where items remain in draft

 4   form.  I was wondering what are you

 5   referring to with respect to the mock-ups

 6   that are drafts versus final?

 7            I guess I will ask the question a

 8   little more directly.

 9            There's a couple places in these

10   where it indicates, for instance, insert

11   first name or has a date in brackets.

12            Are those the changes you were

13   referring to, or are there other draft

14   changes in here that got changed before the

15   final?

16       A.   I mean, like, the guy on page 17

17   who is pictured, Andrew, is the stock

18   photography guy, right?  I mean, that's,

19   like, the image that we use in all of our

20   mock-ups, that's how I know this is a

21   mock-up.

22            And those little -- that decision

23   tree on the top, this is often, like, when

24   we're mocking up kind of sequencing or

25   customer workflows.  That's -- we'll put
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 133 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

131

1   the actual screens in the kind of decision

2   tree.  So that's what tells me that this is

3   a mock-up.

4         Q.   But other than that, there's no

5   evident changes to the language of the

6   popup screens or other things that changed

7   between the drafts and final?

8         A.   It wasn't -- yeah, it wasn't

9   material.  I mean, when I reviewed this at

10   the time of submitting the declaration, it

11   was -- it was in line with, like, the --

12   you know, kind of the whole form and

13   substance of what we were trying to convey.

14         Q.   Okay.  Did Celsius ever make a

15   redline available to customers that would

16   show the changes between Version 5 and 6?

17             MS. BRIER:  Object to form.

18             THE WITNESS:  So, like you said,

19         I think the closest thing to that

20         was -- was the kind of cull -- pulling

21         out kind of the material changes in the

22         bullet points that we were just talking

23         about a second ago about, like, the

24         material changes.

25             But, yeah, to my knowledge, we

132

```
1        did not provide a redline.

2   BY MR. COLODNY:

3        Q.   So other than those three bullets

4   that identified the material changes, did

5   Celsius identify or provide users with a

6   way to see the changes between Version 5

7   and Version 6?

8             MS. BRIER:  Object to form.

9             THE VIDEOGRAPHER:  Pardon me,

10        Counsel.  Do you mind if we go off the

11        record for the Media Unit real quick?

12             MR. COLODNY:  Sure.

13             THE VIDEOGRAPHER:  Okay.  The

14        time currently is 12:10 p.m., and we're

15        going off the record for Media Unit

16        No. 1.

17             This is the end of Media Unit

18        No. 1.

19             (Whereupon, a recess was taken at

20             12:10 p.m.)

21             THE VIDEOGRAPHER:  All right.

22        The time is currently 12:11 p.m.  This

23        is Media Unit No. 2 of today's

24        testimony.

25             And we are back on the record.
```

133

1            MR. COLODNY:  Could you read back

2      the last question?

3            (The following question was read

4            back:

5            "QUESTION:  So other than those

6            three bullets that identified the

7            material changes, did Celsius

8            identify or provide users with a

9            way to see the changes between

10           Version 5 and Version 6?")

11           MS. BRIER:  Same objection.

12           THE WITNESS:  Yeah, not to my

13      knowledge, other than those bullet

14      points and prompts to the user to, hey,

15      pay attention, you know, don't skip

16      reading this.  That was the -- I think

17      my understanding is that's the extent

18      of it.

19  BY MR. COLODNY:

20      Q.   Okay.  You attached a bunch of

21  different communications to users in

22  connection with this Version 5 and

23  Version 6.

24           Are you aware of any other

25  communications that Celsius sent to all

134

1  users with respect to the resolicitation of

2  Version 5 and 6 other than those included

3  in your declaration?

4        A.    None that I'm aware of.  And,

5  yeah, like I mentioned earlier, I checked

6  my personal emails as a customer just to

7  see if I received anything around that

8  time, and I didn't see anything.

9        Q.    And was the change in the terms

10  of use published on Celsius's website too?

11        A.    Yes.

12        Q.    How was it published on Celsius's

13  website?

14        A.    My understanding is that every

15  time we had a change to our terms of use,

16  the latest version was posted in a link

17  that says "terms of use" on the home page.

18        Q.    So just the general link at the

19  bottom of the home page where you clicked

20  to view the terms of use?

21        A.    Correct.

22        Q.    Any other place on the website

23  that you're aware of?

24        A.    So when you talk about the

25  website -- the website is, like, where

1    customers could also access the web app.

2    I'm trying to remember -- yeah, I think at

3    that time, the web app was -- yeah, the web

4    app would have been available.

5          So it could have been -- a

6    customer could have seen that through --

7    through -- if they logged in, you know,

8    through the website to the web app.

9      Q.   I think I'm understanding, but --

10   so there's a website that's the Celsius

11   website?

12     A.   Yep.

13     Q.   And then that allows you to

14   access the web app, which is where a

15   customer would log in to perform

16   transactions, see their balance --

17     A.   Correct.

18     Q.   -- that's the distinction you're

19   drawing?

20     A.   Correct.

21     Q.   So on page 18 -- and I'm

22   referring to the top numbers again.  This

23   is a screenshot of what people would see in

24   the web browser for the change from

25   Version 5 to Version 6, correct?

136

```
 1          A.    That's correct.

 2          Q.    Was -- is this different -- I

 3    guess how is this different from what

 4    people would see in the -- turning back to

 5    page 16, the beta communications in-app

 6    screen?

 7                And I'm not talking about the

 8    content.  Just why was one screen shown on

 9    in-app and one on a web browser?

10          A.    I mean, my understanding is that

11    the substance of the -- of what's shown

12    should have been the same.  It was just a

13    matter of the platform.

14                So when we say "in-app," what

15    really that means is in mobile app --

16          Q.    Okay.

17          A.    -- versus page 18, this is on the

18    web app.

19          Q.    So when you're designing

20    something, there's a different kind of

21    coding for mobile versus desktop?

22          A.    That's correct, yep.

23          Q.    And if I look at the third bullet

24    of this web browser, it says -- it lists:

25    "These are not all the changes.  Please
```

137

1   read the update terms of use in full."

2   There's a colon.  It says, "Change of legal

3   entity, change of governing law and dispute

4   resolution," and then the last bullet is,

5   "Change of custody services.  Assets shall

6   not be" -- "will not be held with Prime

7   Trust but will be loaned to Celsius in

8   exchange for weekly rewards."

9           Do you see that?

10      A.    I do see that.

11      Q.    So why is that bullet different

12  than what users were shown in the mobile

13  app?

14      A.    So my understanding is that

15  this -- customers who would have seen

16  this -- the only customers that had assets

17  that would have been held by Prime Trust

18  would have been customers based in New York

19  or Washington.

20          So I'm not -- again, actually, I

21  didn't check on this point about -- yeah,

22  about whether -- yeah, actually, I don't --

23  I don't think that we actually have the

24  ability to filter based on -- I'm not sure,

25  actually.

138

1          So, yeah, I can't answer that

2    question.  I'd have to ask -- I'd have to

3    consult with some other people internally

4    to get you that answer.

5          Q.   But you believed that this web

6    browser screen was shown to all users, not

7    just those in New York and Washington?

8               MS. BRIER:  Object to form.

9               THE WITNESS:  That's what I would

10        have to -- yeah, I'd have to confirm

11        that before I gave you that answer.

12   BY MR. COLODNY:

13        Q.   You don't know if this was shown

14   to all users or just users in New York and

15   Washington?

16        A.   That's the part that I would want

17   to -- you know, try to do my best to -- you

18   know, speak with other people internally to

19   confirm that.

20        Q.   That's fine.  Just asking for

21   what you know today.

22        A.   That's right.

23               MR. COLODNY:  Can I get 21.

24               (Whereupon, Exhibit 8 is marked

25               for identification.)

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 141 of 468    Oren Blonstein
Confidential                                                                                    November 22, 2022

139

1          MR. COLODNY:  This is Exhibit 8.

2          MS. BRIER:  Exhibit 8, thank you.

3          MR. COLODNY:  For the record, we

4    discussed with Debtors' counsel before,

5    this is a court document or a portion

6    of a court document, and it's listed as

7    Exhibit A-5 to A-6 redline.  It's the

8    redline of terms of use Version 5 to

9    terms of use Version 6.

10         This is only a portion of the

11   full document that was filed with the

12   Court, but we provided Debtors' counsel

13   with the opportunity to look through

14   it.  They have no objection to us

15   introducing this portion.

16         Grace, I can introduce the whole

17   deck in too, but just putting this in

18   for people to be able to flip through

19   it a little easier than a

20   thousand-page --

21         MS. BRIER:  Yeah, no objection

22   from my perspective.  We -- I reviewed

23   this.  It looks complete.

24         We're reserving the right to

25   object to the extent that we find out,

140

1        you know, it might be missing a page or

2        something at a later date.

3                MR. COLODNY:  That's fine.

4    BY MR. COLODNY:

5        Q.   So what you have in front of you

6    is an attachment to the declaration of Alex

7    Mashinsky that you reference in your

8    declaration.  And it is showing a redline

9    of terms of use Version 5 to terms of use

10   Version 6.

11              Have you reviewed this document

12   before?

13       A.   I definitely, like I mentioned

14   before, reviewed -- reviewed the Mashinsky

15   declaration.  And I'm aware of it to the

16   extent that anybody can be aware, you know,

17   keep in their mind 1100 pages of content.

18              But, yeah, I would have seen this

19   because I scrolled through the entire

20   document.

21       Q.   So I'll help -- try to move

22   through it quickly, because, agree, it's a

23   long document.

24              On page 1, you'll see Celsius

25   Network Ltd. has been crossed out, and now

                                                                141

1    it is Celsius Network LLC and its

2    affiliates, collectively we, our, us and

3    Celsius.

4            Was this one of the main changes

5    that you referred to in the previous

6    screen?

7        A.    That's correct.

8             MS. YANEZ:    Objection.    Form.

9    BY MR. COLODNY:

10       Q.    And then if you look at the next

11   page, the second full paragraph in all bold

12   and capitalized letters, it says, "Celsius

13   is a lending and borrowing platform.    When

14   you transfer digital assets to Celsius,

15   those digital assets are a loan from you to

16   Celsius in accordance with the terms

17   hereof.    Under no circumstances does

18   Celsius hold digital assets in custody or

19   on behalf as a part of the services

20   governed by these terms."

21           Are you aware of any time before

22   this terms of use where Celsius described

23   the transaction between its users and it as

24   a loan?

25       A.    I would have to go back and

142

1   review those again.  But, yeah, from -- off

2   the top of my head, I'm not aware of that,

3   yeah.

4       Q.   Do you think it's material that

5   the transaction changed to be a loan?

6           MS. BRIER:  Object to form.

7           THE WITNESS:  I don't think

8       it's -- yeah, that's not my -- that's

9       kind of not my area.  So I don't think

10      my -- my -- I'm not really qualified to

11      weigh in on that.

12  BY MR. COLODNY:

13      Q.   Do you think that as a customer

14  of Celsius, this would have jumped out at

15  you from the new terms of use?

16          MS. BRIER:  Object to form.

17          THE WITNESS:  I think that

18      because it's bolded and underlined, it

19      certainly would jump out to someone.

20          So, yeah.

21  BY MR. COLODNY:

22      Q.   And prior to this version, are

23  you aware of Celsius considering the

24  transaction between it and its

25  accountholders to be a loan?

143

```
 1        A.   I wasn't really --

 2             MS. BRIER:  Objection to form.

 3             Sorry, Oren.  You can answer.

 4             THE WITNESS:  Yeah, I wasn't

 5        really part of the group of people that

 6        was considering, like, the regulatory

 7        or legal implications of the terms of

 8        use; so...

 9   BY MR. COLODNY:

10        Q.   Okay.  I want to turn to page --

11   it's 327 at the top.

12             So here Celsius changes the term

13   "Celsius wallet" to "Celsius account."

14             Do you know why that change was

15   made?

16        A.   I don't know.  I don't know.

17        Q.   Are there any specific wallets

18   associated with the earn service?  I guess

19   strike that.

20             Do customers have a specific

21   wallet at Celsius linked to their account

22   in connection with the earn service?

23             MS. BRIER:  Objection to form.

24             THE WITNESS:  So all customers

25        are given a deposit address, which
```

is -- so people will commonly call that a wallet. That deposit address is kind of the -- the initial lending place of all digital assets that are sent to the company.

And that's the extent of a distinct or separate or a customer-specific wallet or address that Celsius maintains for customers.

BY MR. COLODNY:

Q. And then what happens once you deposit your coins to that customer-specific wallet?

A. Depending -- depending on the volume or the amount of cryptocurrency, periodically that cryptocurrency is swept into main -- other wallets inside the company, pooled omnibus wallets.

Q. Okay. But there's -- so there's no specific wallet that holds an individual's assets in the earn program?

A. Yeah, again, like the -- there's -- the way -- I talked about this in my custody declaration was that, you can -- a helpful way to think about this is

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Oren Blonstein Deposition Transcript (Redacted)   Pg 147 of 468
Oren Blonstein
Confidential
November 22, 2022

145

1   that there is what the customer could see

2   via the app, and there's the coin movement.

3          And this is a common -- a common

4   practice across the industry.  There's a

5   ledger that is maintaining the balance that

6   the customer is shown, and then there's the

7   actual underlying asset.  This is common in

8   traditional finance and in crypto.

9          And so your question was -- your

10  question was --

11  BY MR. COLODNY:

12      Q.   I can ask another question.

13      A.   Yeah.

14      Q.   So you say there's -- is your

15  understanding that what the customer would

16  see, is that the Celsius account as it's

17  defined in this terms of use?

18          So when I open up the app and I

19  see Aaron Colodny has three Bitcoin, that's

20  not kept in an Aaron Colodny wallet within

21  Celsius?

22      A.   That is correct.

23      Q.   But my Celsius account would say,

24  three Bitcoin?

25          MS. BRIER:  Objection to form.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 148 of 468    Oren Blonstein
Confidential                                                                                November 22, 2022

146

1          THE WITNESS:  Yeah, so to -- so,

2     yeah, just going back to that split.

3          What you see in your app is a

4     representation of what we maintain on a

5     ledger of transactions.  Where the

6     coins actually sit and whether they're

7     in the customer-specific wallet or the

8     omnibus pooled wallet, what we call the

9     main wallet, totally separate and

10    distinct.

11         So you may have -- if you put in

12    three Bitcoin, those three Bit -- and

13    those are your only Bitcoin -- for a

14    period of time those three Bitcoin may

15    sit in your individual wallet or the

16    add deposit address, but they could

17    just as easily be -- have been swept,

18    you know, a second after you deposited

19    them to the main wallet.

20         So that's why we don't refer --

21    we don't connect your view of your

22    balance to where the coins are sitting

23    in our infrastructure.  We tie that to

24    the -- our tracking of your balances in

25    the ledger.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 149 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

147

```
1    BY MR. COLODNY:

2         Q.   And so your Celsius account would

3    be your ledger balance?

4         A.   Correct.

5         Q.   And was a Celsius wallet a

6    different thing prior to Version 6?

7              MS. BRIER:  Objection to form.

8              THE WITNESS:  I don't -- yeah, I

9         don't know the -- I don't know the

10        reasoning why they decided to change it

11        from wallet to account.

12   BY MR. COLODNY:

13        Q.   Could you turn to page 351 at the

14   top.

15        A.   I'm sorry.  What was the page?

16        Q.   351 at the top, the docket

17   stamps.

18        A.   Got it.

19        Q.   So if you look at the title,

20   "Celsius Removes" -- "Consent to Celsius'

21   Use of Your Digital Assets," and changes it

22   to "Consent to Celsius' Use of Digital

23   Assets."

24             Do you know why "your" was taken

25   out of the title?
```

148

1        MS. BRIER:  Objection to form.

2        THE WITNESS:  Yeah, don't have

3    firsthand knowledge.  I mean, I wasn't

4    involved in the drafting of it, but,

5    you know, it's -- it's obviously more

6    clear, you know, based on the other --

7    the other terms of use if -- that

8    customers are transferring their assets

9    to the company, so there -- they

10   wouldn't be the customer's assets.

11   BY MR. COLODNY:

12       Q.   Okay.  And, again, three

13   sentences down -- or three lines down -- I

14   am sorry -- it says -- well, I'll read the

15   whole thing.

16       "In consideration for the rewards

17   payable to you on your Celsius account and

18   the use of your services, you grant

19   Celsius, subject to the applicable law and

20   for the duration of the period during which

21   the eligible digital assets are loaned to

22   us through your Celsius account, all right

23   and title to such digital assets," and it

24   continues.

25       Do you know why there was a

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC      Oren Blonstein Deposition Transcript (Redacted)    Pg 151 of 468
Oren Blonstein
Confidential
November 22, 2022
149

1    change from "available" to "loaned to us"?

2              MS. BRIER:  Object to form.

3              THE WITNESS:  I don't know.

4         Yeah, I don't know the reason why

5         they -- that change was made.

6    BY MR. COLODNY:

7         Q.   Two more changes to this

8    paragraph on the next page, 352 at the top.

9    There's a change where it previously said,

10   "You may not be able to exercise certain

11   rights of ownership" to "You will not be

12   able to exercise rights of ownership."

13             Do you know why that change was

14   made?

15        A.   I don't know.

16        Q.   And then the last romanette iii,

17   there is a change where it introduces now a

18   bankruptcy disclaimer that says that a

19   customer "may lose its rights to recover or

20   regain ownership of such digital assets and

21   other than your rights as a creditor of

22   Celsius under any applicable laws, you may

23   not have any legal remedies or rights in

24   connection with Celsius' obligations to

25   you."

                                                                150

1            Do you know why that change was

2    made?

3            MS. BRIER:  Object to form.

4            THE WITNESS:  I don't know.

5    BY MR. COLODNY:

6        Q.  So we talked about the Coinbase

7    disclosure before where they disclosed in

8    their 10-Q that there was now a bankruptcy

9    risk disclosure with respect to the

10   ownership ability to recover assets in

11   accounts on the Coinbase site that was

12   highlighted for users in the 10-Q.

13            Are you aware of any

14   communication where Celsius highlighted

15   sub-romanette iii for its customers?

16       A.  I'm not aware.

17       Q.  And it wasn't listed on the three

18   main changes to the terms of use we

19   discussed before, correct?

20       A.  That's correct.

21       Q.  Are you aware of any

22   communications discussing flagging these

23   changes in paragraph 13 for accountholders?

24            MS. BRIER:  Objection to form.

25            THE WITNESS:  Am I aware of any

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 153 of 468
Oren Blonstein
Oren Blonstein
November 22, 2022
Confidential

151

1          communications where we tried to make

2          sure our customers were aware of this,

3          the changes?  That was the question?

4    BY MR. COLODNY:

5          Q.  I was asking a slightly different

6    question.

7                Are you aware of any

8    conversations within Celsius when Version 6

9    was released where people considered

10   flagging these changes for customers?

11               MS. BRIER:  Objection to form.

12               THE WITNESS:  No.  And just to

13          provide more con- -- you know, just as

14          a reminder, like, at the time that

15          these -- these changes were being

16          considered or were implemented, I was

17          head of innovation.  So I wouldn't have

18          been involved.

19               It makes even more sense, like,

20          why I wouldn't have been involved

21          firsthand in it.

22   BY MR. COLODNY:

23         Q.  But you're not aware one way or

24   another if those conversations did or did

25   not happen?

152

1        A.   The part -- the thing that I am

2   sure that they happened among counsel --

3   you know, among the attorneys for the

4   company.  So -- but I was not a part of

5   those discussions.  And, yeah.

6              MR. COLODNY:  I'm at a pretty

7         good breaking point if you want to take

8         a break now?

9              MS. BRIER:  Okay.  Sounds good.

10             MR. COLODNY:  Five minutes?

11             MS. BRIER:  Do you want to break

12        for lunch or --

13             THE STENOGRAPHER:  Do you want to

14        go off the record for this?

15             MS. BRIER:  Yeah, let's go off

16        the record.  Yes.

17             THE VIDEOGRAPHER:  All right.

18        The time is currently 12:33 p.m., and

19        we are going off the record for Media

20        Unit No. 2 of today's testimony.

21             (Whereupon, a recess was taken at

22             12:33 p.m.)

23             THE VIDEOGRAPHER:  All right.

24        The time is currently 12:44 p.m.  This

25        is continuation of Media Unit No. 2 of

153

1          today's testimony.

2                    And we are back on the record.

3     BY MR. COLODNY:

4          Q.    One question to follow up on

5     something we discussed before.

6                    So when customers transferred

7     property to the earn program, you said that

8     they transferred title to the earn program.

9                    How could they then take out a

10    loan with that property they had

11    transferred being collateral for that loan?

12                    MS. BRIER:   Objection to form.

13                    THE WITNESS:   Yeah.   So, I mean,

14         the way I -- I don't have these --

15         these terms memorized, but essentially

16         you would be foregoing the rewards that

17         you were -- so let me take a step back.

18                    When you transfer title, you do

19         that in exchange for rewards that you

20         receive for giving the company your

21         coins.   When you wanted to then borrow

22         funds from the company, you would

23         forego those rewards that you are

24         exchanging your coins for.

25                    So you basically give up your

154

1          rewards, but then get the ability to

2          borrow coins.

3    BY MR. COLODNY:

4          Q.   And what was the collateral that

5    the company was holding?

6          A.   The coins that had been

7    transferred to the company already.

8          Q.   And where was that collateral

9    held?

10              MS. BRIER:  Objection to form.

11              THE WITNESS:  Where was it held?

12              In the company's -- you mean,

13         like -- are you asking about, like --

14         like, what wallet?

15    BY MR. COLODNY:

16         Q.   Right.  When I think about having

17    collateral, you have an asset that you can

18    execute on if someone doesn't repay their

19    loan.

20              Where were the Bitcoins that were

21    held as collateral, using Bitcoin as a

22    general cryptocurrency, for a loan held by

23    the company?

24              MS. BRIER:  Object to form.

25              THE WITNESS:  Where were they

155

1      held?  Yeah, I think this is -- this

2      has been discussed, like, many times,

3      like, in other kind of venues.  But

4      there's really no material difference

5      between the way coins in earn and coins

6      that were collateral were treated.

7   BY MR. COLODNY:

8      Q.   So do you have an understanding

9   of how the company could hold collateral

10  that it didn't actually hold that was

11  deployed?

12          MS. BRIER:  Objection to form.

13          THE WITNESS:  How could...

14          I mean, the -- it would have

15      been, like, just -- logically, it would

16      be using the same -- the same

17      mechanisms for securing the -- its own

18      assets that it -- that it did for -- I

19      mean, in every other aspects.

20          So, for example, if it were

21      lending it out to an institution, it

22      should have done -- you know, it should

23      have performed creditworthiness check,

24      you know, to make sure it had

25      confidence it would be able to get

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 158 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

156

1          those loaned assets back or had

2          sufficient collateral to protect -- you

3          know, to protect against losses.

4                And, I mean, without -- without

5          stepping through each one of those

6          things, like, the company should

7          have -- should have been taking steps

8          to make sure that that collateral

9          was -- was accessible.

10    BY MR. COLODNY:

11         Q.   But there was no separate wallet

12    or structure to hold collateral, correct?

13               MS. BRIER:  Object to form.

14               THE WITNESS:  That is my

15         understanding.  We basically -- we went

16         through this kind of in the custody

17         declaration.

18               There was a main wallet, and

19         coins that were held in that main

20         wallet were -- other than the funds

21         that were there on their path to the

22         custody account, were eligible for

23         deployment.

24    BY MR. COLODNY:

25         Q.   Is there any way for the company

157

```
 1 │ to trace a coin that was deposited in earn

 2 │ to a specific customer?

 3 │        A.    Deposited...

 4 │              So it's, like -- it's -- the

 5 │ other way we can trace.  So as they come

 6 │ in, we can -- we know where they came from,

 7 │ obviously.  I mean, we know the blockchain

 8 │ address that the coins came from.

 9 │              Once they go into the omnibus

10 │ wallet, they're pooled, and they're largely

11 │ fungible.  Depends a little bit on the

12 │ blockchain, if you want to get into the --

13 │ you know, whether it's an account-based

14 │ blockchain or a UTXO blockchain.

15 │              But largely, they're fungible,

16 │ and you can't distinguish between the

17 │ coins.

18 │        Q.    So if I, Aaron Colodny, deposited

19 │ a Bitcoin in 2021 into Celsius, there's no

20 │ way to point to the coins that Celsius has

21 │ now and say, that one coin is

22 │ Aaron Colodny's Bitcoin?

23 │        A.    We --

24 │              MS. BRIER:  Objection to form.

25 │              THE WITNESS:  We treated them as
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Pg 160 of 468
Oren Blonstein Deposition Transcript (Redacted)
Confidential
Oren Blonstein
November 22, 2022

                                              158
1        fungible.  So since you used Bitcoin as

2        an example, Bitcoin is UTXO blockchain.

3        So technically every single transaction

4        has a dependency on the prior

5        transaction.  So you could trace

6        fractions of your coin.

7             But your -- what started out as

8        your, let's say, three Bitcoin might

9        have been split into millions of

10       fractions of a Bitcoin.

11            And so, yeah, could we trace

12       every fraction of those?  It's possible

13       to do that.  I mean, that's what the

14       blockchain is for.  But practically

15       speaking, that's not how we looked at

16       the coins.  We treated them as

17       interchangeable.

18  BY MR. COLODNY:

19      Q.   Do you have an idea of what it

20  would take to trace every single coin that

21  was deposited into Celsius to figure out

22  where it ultimately landed?

23            MS. BRIER:  Objection to --

24       objection to form.

25            Sorry.  Outside the scope.

159

1          Go ahead.

2          THE WITNESS:  Yeah.  I mean,

3     that's only really possible with UTXO

4     blockchains.  And so, like, for the

5     vast majority of the assets on the

6     platform were Ethereum-based, ERC-20s,

7     where that's not really realistic.  I

8     mean, that's not possible.

9          For the UTXO blockchains, that

10     would be a massive undertaking.  I

11     don't know of any -- any CeFi

12     institution that tries to do that.

13  BY MR. COLODNY:

14     Q.   And you would be trying to trace

15  millions of -- hundreds of thousands of

16  customers to millions and billions of

17  assets?

18     A.   That's right.  And, again,

19  just -- you know, so if you have an address

20  that has three Bitcoin, you know, the

21  result -- like, if you -- let's say

22  somebody wanted to withdraw 10 Bitcoin.

23          We might collect the three

24  Bitcoin from the address that you sent it

25  to and then, you know, one other from seven

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 162 of 468
Oren Blonstein Deposition
Confidential
Oren Blonstein
November 22, 2022

160

1   other addresses to piece that together into

2   10 Bitcoin that we would send to someone

3   who made a withdrawal request.

4          So it's -- yeah, it's very

5   complicated to do that.

6      Q.   So you said before that you

7   weren't involved in the product rollout of

8   solicitation of acceptances for Version 6

9   of the terms of use, correct?

10     A.   That's correct.

11     Q.   And I believe you mentioned that

12  Roni -- and I'm blanking on the

13  individual's name?

14     A.   Yarden.

15     Q.   Yarden was the head of product --

16     A.   Oh, sorry.

17     Q.   Not head of product, the product

18  head or -- of the Version 6 rollout?

19          MS. BRIER:  Object to form.

20          THE WITNESS:  So there was --

21      there was Roni, in his capacity as kind

22      of head of regulatory or the -- you

23      know, the person who kind of -- you

24      know, person at the top of the

25      regulatory.

161

1          Yarden was the actual -- his

2      title is head of regulatory, and maybe

3      the person you're talking about is the

4      Matthew de la Fuente, the head of the

5      PMO office, the project management

6      office.

7  BY MR. COLODNY:

8      Q.   What do -- what does Celsius'

9  product and QA team use to track the

10 development and processes of a -- of a

11 workstream like the rollout of the terms of

12 use?

13          MS. BRIER:  Objection to form.

14          THE WITNESS:  So Jira is sort of

15      the main kind off ticketing system.

16      Jira is a software by a company called

17      Atlassian.  The engineering team uses

18      Jira to track engineering work and

19      requests.

20          Oftentimes the company uses

21      another piece of software from the same

22      company called Confluence for -- as

23      like a project management tool.  So

24      kind of the tool -- those two tools are

25      used for tracking.

162

```
 1           I don't know -- my assumption
 2       would be that those two tools were used
 3       for this rollout, but I'm not certain
 4       of that.
 5   BY MR. COLODNY:
 6       Q.   And I think Confluence is the
 7   project management.  Does that allow you to
 8   track QA and tickets throughout the product
 9   lifecycle?
10       A.   It would actually -- that should
11   be in Jira.  Confluence -- you can, like,
12   link Jira to Confluence so that it would be
13   visible in either tool.
14           But, yeah, Jira should be the
15   software where QA would get involved.
16       Q.   And are all of the QA records
17   available in Jira?
18       A.   To the extent -- yeah, to the
19   extent that they were created, yes, they
20   should be there.  That's my understanding.
21           Again, I wasn't involved in the
22   product development process, you know, at
23   that -- you know, at that level of, like,
24   reviewing what the QA team was doing until
25   very recently.
```

163

```
 1              So -- but, yeah, I mean, just

 2    from 20 years of product development

 3    experience, QA -- the QA process should be

 4    documented.

 5              We were on our path towards

 6    trying to get a SOX audit completed where

 7    that would be required; so...

 8         Q.   Is it generally Celsius' practice

 9    to perform QA on any product or project

10    that's released to the public?

11         A.   Yes.

12         Q.   And what does that QA process

13    entail?

14         A.   It should be reviewing the

15    business requirements, reviewing the --

16    reviewing what has been developed in a --

17    in a testing environment, in a staging

18    environment -- testing and a staging

19    environment.

20              And then, you know, noting any

21    differences, sending that back to

22    engineering if they spot issues, getting

23    sign-off from the product managers and

24    business stakeholders and then signing off

25    for release.
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein    Deposition Transcript (Redacted)    Pg 166 of 468
Confidential
Oren Blonstein
November 22, 2022

164

1    Q.    And as part of that process, does

2    the QA team click on all of the hyperlinks

3    to make sure that they link to the correct

4    document that's intended?

5    A.    That would be my expectation of

6    them, yeah.

7    Q.    Do you have any reason to think

8    that that is not what happened in

9    connection with Version 5 to Version 6?

10    A.    I have -- yeah, I have no reason

11    to believe that it didn't function that

12    way, other than, you know, what's, I think,

13    been documented extensively, which is that

14    there were a lot of failures in processes

15    at the company.

16         So that could -- there's a

17    possibility that that could have been the

18    case here as well.

19    Q.    So you think there's a

20    possibility that the QA process could have

21    failed, and someone that clicked a link to

22    a terms of use might not have shown the

23    terms of use that was intended?

24         MS. BRIER:  Objection to form.

25    Misstates.

165

| | |
|---|---|
| 1 | THE WITNESS:  Got -- I mean -- |
| 2 | yeah, there's a possibility of -- you |
| 3 | know, there's a possibility of pretty |
| 4 | much anything happening, right? |
| 5 | So -- but, I mean, this just went |
| 6 | through a process.  Both Roni and |
| 7 | Matthew are pretty detail- -- I mean, I |
| 8 | know them to be pretty detail-oriented |
| 9 | professionals. |
| 10 | I wouldn't expect that the end |
| 11 | product would have been -- would have |
| 12 | had, you know, kind of material -- |
| 13 | material problems. |
| 14 | BY MR. COLODNY: |
| 15 | Q.   Okay. |
| 16 | A.   So I would have expected it to |
| 17 | function the way that we -- that is |
| 18 | outlined. |
| 19 | Q.   And I'm not asking for the remote |
| 20 | possibility that something can always go |
| 21 | wrong. |
| 22 | A.   Got it. |
| 23 | Q.   We all know that. |
| 24 | But generally, that the company |
| 25 | operated a QA process that made sure that |

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 168 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

166

1   when an update went live, the links that

2   said they were taking somebody to somewhere

3   generally worked, and there was a process

4   behind it?

5        A.   That's my expectation, yeah.  And

6   that's my understanding also.

7        Q.   And what's that expectation based

8   on?

9        A.   That the -- that the process is

10  built to accomplish that, and that we had

11  people in seats to perform that function.

12  We had people in seats to review that

13  function, review the final output, yeah.

14       Q.   And you mentioned that Matthew

15  de la Fuente was kind of the head of this

16  all.

17            Do you know him to be a fairly

18  diligent person?

19       A.   Yeah, extremely diligent.  Yeah.

20       Q.   Are you aware of any success

21  metrics that product managers used to

22  define the goals of this resolicitation

23  process?

24       A.   Definitely became -- you know, I

25  was in the process of preparing the

167

1    declaration, you know, kind of jogged my

2    memory of discussions and emails that I saw

3    at that time.

4            But I knew that the team was

5    carefully tracking the percentage of

6    customers that had accepted the terms and

7    using that as a success metric.

8        Q.   Were they track -- also tracking

9    the people that rejected the terms?

10       A.   I don't know.  That's not the

11   part that I paid attention to in reviewing

12   this declaration, but that would make sense

13   that they would.  I would -- that -- that

14   makes sense.

15       Q.   And when -- when the company was

16   building the workflow to -- for users to

17   click through to accept the terms, were

18   there certain success metrics that were

19   communicated to the project managers or

20   product managers not to harm in that

21   process?

22           MS. BRIER:  Objection to form.

23           THE WITNESS:  I'm sorry.  Can

24       you...

25   ///

Oren Blonstein Deposition Transcript (Redacted)   Pg 170 of 468

Confidential

1   BY MR. COLODNY:

2        Q.   Sure.

3             When -- when the company was

4   constructing the workflow --

5        A.   Uh-huh.

6        Q.   -- and presenting the scope of

7   the project for the product managers and

8   the product to be built --

9        A.   Uh-huh.

10       Q.   -- were there certain success

11  metrics that they said, we need to have met

12  as part of this?

13       A.   Yeah, pretty much, like, what my

14  answer was before.  I think that the team

15  was focused on making sure that as many

16  customers as possible had -- had -- you

17  know, had processed this -- you know, had

18  opened the email.  Actually, yeah, that

19  would be a good one.

20            I do think that there -- from my

21  discussions, people were looking at, like,

22  the -- you know, people who had opened the

23  emails and people who had, you know,

24  clicked on accept.  I think those were

25  the -- those were the primary metrics.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 171 of 468    Oren Blonstein
Confidential    November 22, 2022

169

1    Q.   Were they designing this to make

2    sure that the people that accepted, clicked

3    on the hyperlink for the terms of use?

4    A.   Yeah.  I mean, so my

5    understanding is, yes.  And just reviewing,

6    you know, the exhibits, I think a company

7    has to kind of, like, go out of its way,

8    you know, to -- there's a few things that

9    we said in there, like, it's tempting to

10   skip this, but it's important for you to

11   review this.

12          You know, the vast majority of

13   companies, I think, don't go out of their

14   way to call that out.

15          So my impression and my

16   understanding from discussions was that

17   there was a legitimate effort on behalf of

18   the company to make sure that customers

19   that still wanted to participate in the

20   program were reviewing the terms of use

21   carefully and accepting it.

22          Again, you know, like, the

23   mindset at the time for employees of the

24   company, you know -- actually, you know,

25   leading up to the pause -- leading up to

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 172 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

170

1   the custody -- the release of custody was

2   that our customers loved the program.  They

3   wanted to continue using it.

4          They did not want to be blocked

5   from using it because of, you know, X, Y, Z

6   reason that might come up.  And so our

7   efforts were around trying to help our

8   customers participate in the program.

9       Q.   Did your product team track

10  whether users fell off at a certain point

11  during the sign-in process?

12          MS. BRIER:  Objection.

13          MR. COLODNY:  Sorry.  Strike

14      that.

15  BY MR. COLODNY:

16      Q.   Did your product team track

17  whether users fell off during the account

18  creation process?

19      A.   There was definitely a -- a

20  drop-off analysis that was done and

21  reviewed on a regular basis.

22      Q.   And was the product team

23  instructed to change the account creation

24  process to minimize the amount of users

25  that dropped off throughout that process?

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 173 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022
171

1        MS. BRIER:  Objection to form.

2        THE WITNESS:  It's like a -- you

3    know, for any consumer-oriented app,

4    like, it's a very common practice to

5    look at reducing friction to get people

6    signed up and registered.

7        You know, to reducing -- reducing

8    friction to get people to take the, you

9    know, kind of the core action for

10    becoming a customer -- a valuable

11    customer.

12        So that -- yeah.  I mean, so do I

13    have firsthand -- so I saw the

14    reports -- once I became a member of

15    ExCo in September of 2021, and I was on

16    the distribution list for kind of the

17    regular reporting that was sent out

18    about, like, new customer signups and

19    customers who are making their way

20    through the process of becoming active

21    customers, yeah, I had exposure to

22    that.

23        But -- again, leading up to that

24    point where I became a member of ExCo,

25    in my innovation role, that wasn't --

172

```
1        we weren't -- we weren't working
2        closely enough with the product to
3        have -- to have that kind of exposure.
4             I do know that there was a -- we
5        had a growth team on the platform, and
6        generally, like -- sorry.  We had a
7        growth team in the company.  And
8        generally that growth -- this is
9        exactly what, like, growth teams look
10       at.
11   BY MR. COLODNY:
12       Q.   I want to get back to a couple
13   things that you just said.
14            But I'll first ask, are you aware
15   of any changes that were made to the
16   account sign-in page to increase the amount
17   of users that accepted or created accounts?
18            Let me say it again.  I think I
19   mangled the question.
20            Are you aware of any changes that
21   were made to the account sign-up page that
22   were designed to make users create an
23   account --
24            MS. BRIER:  Objection to form.
25   ///
```

173

BY MR. COLODNY:

2      Q.    -- more users create an account?

3      A.    Yeah, I'm not sure of the exact

4  timing of, like, when these changes would

5  have been made.  But -- and let me take a

6  step back.

7           It was, like, completely outside

8  of my area for the -- you know, for the

9  entire -- actually, for the entire time

10 that I've been at Celsius -- right? --

11 because the growth team reported into the

12 chief product officer -- actually, the

13 director of product -- whatever his title

14 was -- chief product officer.  There were

15 two chief product officers in my time at

16 Celsius.

17          So I wouldn't have been directly

18 involved in it.  But I mean, I do know we

19 did things like social logins, which is a

20 way to facilitate new customer signups,

21 meaning you can click on the Google icon or

22 the Twitter icon and basically use the

23 credentials from -- from that other

24 platform to quickly create an account

25 without having to, you know, type in as

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 176 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

174

1    much information.

2              But, you know, as much as those

3    other teams might have made -- you know,

4    tried to make it easier, my role on the

5    compliance side was to not make it too

6    easy -- I mean, you know, we had to make

7    sure that we were fulfilling our

8    obligations with the Bank Secrecy Act to

9    make sure we had a reasonable understanding

10   of who our customers were.

11             So even if the business was

12   trying to make it easier, I was making sure

13   that we were fulfilling our obligations

14   under -- as a money services business.

15        Q.   Who else had a role in overseeing

16   that you were fulfilling obligations to

17   balance this ease of signup with compliance

18   and disclosure?

19        A.   The regulatory team.  I think, if

20   I -- you know, thought about the division

21   of labor between the -- the functions --

22   the regulatory team, you know, being that

23   they're attorneys and are qualified to,

24   like, evaluate law -- or, you know, the

25   regulations would determine the

175

1    applicability of the regulation for the

2    company.

3             And then the compliance team's

4    job was to make sure that we were complying

5    with that -- with those laws that applied

6    to the company.

7             In the case of the Bank Secrecy

8    Act and sanctions, you know, I ended up

9    having, you know, probably among the best

10   knowledge about those rules in the company.

11   So I didn't really need somebody to tell me

12   how to apply those.

13        Q.   And the regulatory team, that

14   would be Roni again?

15        A.   Roni, Yarden, yeah, and to

16   some -- yeah, to some -- yeah, on the

17   regulatory side, those guys.

18        Q.   Are you aware to any changes to

19   the location or display of the terms of use

20   that were made to encourage more people to

21   sign up for Celsius apps in the sign-in

22   page?

23        A.   I'm not aware of that, no.

24        Q.   We talked before about beta.

25             Are you aware that the version --

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)   Pg 178 of 468
Oren Blonstein
Confidential
November 22, 2022

176

1   the resolicit kind of -- the resolicitation

2   of Version 6, was that released to a subset

3   of users before it was released to all

4   users to perform NAB test or otherwise

5   test, or was it released to all users at

6   the same time?

7       A.   I don't -- yeah, I'm not sure.  I

8   mean, we did a beta release -- an alpha and

9   beta release on the swap side, but I don't

10  know -- let me double-check if that was

11  something in the -- I don't remember that

12  being a part of the process for this.

13          And just, like, maybe a giant

14  caveat here is that periodically the

15  company did release things to employees,

16  you know, for review and stuff like that.

17  But I don't know -- I don't know if that

18  was the case here.

19          Yeah, I don't think that was the

20  case here.

21      Q.   All right.  I want to go back to

22  your declaration, which I think was

23  Exhibit 7, and turn to page 17.

24      A.   Got it.

25      Q.   So can you explain what this

177

1    screen is showing?

2        A.    This screen is showing the

3    decision tree or kind of the customer

4    workflow, and that diamond at the top is

5    basically saying at the point of having to

6    click "accept" or, you know, "don't accept"

7    or "skip" or "cancel" or -- actually,

8    sorry, "yes" or "no."

9            So if they clicked on "yes," they

10   would see the screen on the left.  If they

11   clicked on "no," they would see the screen

12   on the right.

13       Q.    So maybe if we could turn back

14   one page.

15           Would this be the first screen

16   that users saw when they opened up the

17   Celsius app in connection with the

18   resolicitation of terms of use Version 6?

19       A.    That's my understanding, yes.

20       Q.    And if -- I think -- what, if you

21   flip to the next page, what would happen if

22   the user clicked "agree and continue"?

23       A.    If they checked the check boxes

24   and clicked "agree and continue," that

25   should have dropped them off at the main

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Oren Blonstein Deposition Transcript (Redacted)   Pg 180 of 468   Oren Blonstein
Confidential                                                            November 22, 2022

178

1    portfolio, what we called the kind of home

2    page or the main portfolio page.

3        Q.   Okay.  And what would happen if

4    they clicked "remind me later"?

5        A.   They would have seen this screen

6    on the right.

7        Q.   And so once they see this screen

8    on the right, what would happen if they

9    clicked "continue anyway"?

10       A.   Like, what was outlined in the

11   declaration about, like, Phase 2 and 3,

12   there would have been a period of time

13   where they would have been able to continue

14   to access the app.

15            But, you know, then eventually

16   they would have been -- they would lose --

17   lose the ability to earn -- to participate

18   in the earn program.

19       Q.   So I think you're talking

20   about -- and I'll have to refresh my

21   recollection on the dates -- but Phase 1

22   was beginning on July 22.  The initial

23   outreach happened, and then they had --

24   users had until August 5, 2021, to accept

25   it, or they would lose access.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 181 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

179

1          In between July 22 and August 5,

2    if they clicked "continue anyway," they

3    would be redirected to the main Celsius

4    app?

5          A.    Correct.

6          Q.    And when they were redirected to

7    the main Celsius app, could users then

8    withdraw their coins?

9          A.    Yeah, there was some period of --

10    yeah, if you could just give me a minute to

11    review this again.

12          (Pause for reading/reviewing.)

13          A.    Yeah, so this is kind of covered

14    in page 7, item -- or No. 19, that

15    paragraph where it says, "On August 5,

16    2021," which was the commencement of

17    Phase 2, "accounts who did not accept terms

18    of use Version 6 were suspended.  And once

19    suspended, accountholders could view their

20    account dashboard" -- that's what I was

21    calling the portfolio screen or the main

22    kind of home screen -- "but could not

23    conduct any transaction including

24    withdrawals unilaterally."

25          So if they wanted to withdraw

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 182 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

180

1    funds, they would need to work with our

2    customer support team to do that.

3        Q.   And that's for the period between

4    July 22 on, or was that after July 22?

5        A.   That was starting on August 5.

6    So basically people were notified they had

7    a period of time to accept.  Then they were

8    suspended starting August 5, if they had

9    not accepted.

10            And then on August 19, we

11   discontinued the payout of rewards to those

12   accounts.

13       Q.   So between July 22 and August 5,

14   if you clicked "continue anyway," could you

15   access your app and withdraw your funds?

16       A.   That's my understanding, yes.

17       Q.   And then why did the company

18   suspend accounts after August 5?

19       A.   Because of the -- I'm just trying

20   to think of this -- the reasons for making

21   the change in the Celsius entity that we

22   were -- that the customers -- sorry.

23            Let me say that more efficiently.

24            The whole purpose of -- or one of

25   the main purposes of the Version 6 terms of

181

1    use was changing the company that the

2    customers were engaging with from the UK

3    entity to the U.S. entity.

4              It was important that we

5    stopped -- if customers were not accepting

6    the new terms of use, it was important that

7    we stop providing services to them from

8    the -- you know, as a UK company.

9        Q.   And why did you stop users -- or

10   suspend users' accounts?  Why did Celsius

11   suspend users' accounts before they stopped

12   them from earning rewards?

13             MS. BRIER:  Object to form.

14             THE WITNESS:  Yeah.  I think

15        definitely, like, someone with, you

16        know, more of the legal and regulatory

17        background may be better to answer that

18        question.

19             But generally, we were -- I think

20        that there was -- there's generally a

21        lag between when we -- when we would

22        suspend a user's account and when we

23        would stop paying them rewards.  But I

24        don't -- I don't know the background

25        for why that decision was being made.

182

```
 1          MS. BRIER:  And, Aaron, just as a
 2      time check, I think you have about five
 3      minutes left on the record for the
 4      three hours.
 5  BY MR. COLODNY:
 6      Q.   After this date, Celsius
 7  continued to do all of its investing
 8  activities through the UK company, correct?
 9          MS. YANEZ:  Objection.
10          THE WITNESS:  That is my
11      understanding, yes.  Correct.
12  BY MR. COLODNY:
13      Q.   Can Celsius -- you mentioned
14  before that you can see where people come
15  in from.
16          Can Celsius send coins back to
17  users without their consent?
18          MS. BRIER:  Objection to form.
19      Outside the scope.
20          THE WITNESS:  Can we send them
21      back to them?
22          I'm not aware of any instance
23      where we did.  I mean, we had the
24      ability to do that, but -- because
25      we're in control of the coins.
```

183

1            But, yeah, I'm not aware of a

2      case where we did that.

3    BY MR. COLODNY:

4        Q.   But there's nothing preventing

5    Celsius from sending the three Bitcoins I

6    deposited on it unilaterally back to my

7    address where I deposited them from?

8        A.   Yeah.  And there's a very good

9    reason why you wouldn't want to do that,

10   which is that, you know, oftentimes the

11   address from which we receive the coins

12   from may be the withdrawal -- like, the

13   outbound address, for example, of an

14   exchange.

15           And if you were to send the coins

16   back to that address, it's not the

17   user's -- that's not the actual user's

18   address.  So you could potentially cause

19   the customer to lose their coins.

20       Q.   Did Celsius make any attempt to

21   send users' assets back to them that did

22   not accept the terms of use?

23       A.   Not to my knowledge.

24       Q.   Did Celsius provide users with

25   advance notice of the terms of use

184

1    Version 6, or was the first email sent on

2    July 22?

3        A.    Yeah.   Like I was saying earlier,

4    I just checked -- and I think that was

5    yesterday -- in my personal email, and I

6    got the email on July 22.

7        Q.    Okay.   Do you know why users --

8            MR. COLODNY:   Well, I think I'll

9        reserve my two minutes for any

10        rebuttal, if I have it.

11            MS. BRIER:   Sounds good.

12            MR. COLODNY:   Thank you very

13        much.

14            THE WITNESS:   Sure thing.

15            MS. BRIER:   Do you want to go off

16        the record?

17            MR. COLODNY:   Yes.

18            MS. BRIER:   Awesome.

19            We can go off the record.

20            THE VIDEOGRAPHER:   All right.

21        The time is currently 1:19 p.m., and we

22        are going off the record for Media Unit

23        No. 2 of this testimony.

24    ///

25    ///

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 187 of 468
Oren Blonstein
Oren Blonstein
November 22, 2022
Confidential

185

1          (Whereupon, a break for lunch was

2          taken from 1:19 p.m. to

3          2:06 p.m.)

4          THE VIDEOGRAPHER:  All right.

5  The time is currently 2:06 p.m.  This

6  is continuation of Media Unit No. 2 of

7  today's testimony, and we are back on

8  the record.

9          MS. BRIER:  At the outset, I

10  would just like to remind folks on the

11  Zoom that this deposition has been

12  designated confidential under the terms

13  of the protective order.

14          So nothing discussed during this

15  deposition may be recorded, publicly

16  disclosed, whether orally, on Twitter,

17  by podcast or any other means.

18          If you have not signed the

19  protective order and you are currently

20  on the Zoom, you should sign off.

21          And we'd ask that you please

22  abide by the terms of the protective

23  order if you have signed it.

24          And with that, I will turn it

25  over to Ms. Cornell.

186

1           MS. CORNELL:   Thank you.

2           Shara Cornell at the Office of

3       the United States Trustee.   That's

4       S-h-a-r-a, C-o-r-n-e-l-l.

5                   EXAMINATION

6   BY MS. CORNELL:

7       Q.   Good afternoon.  I have a few

8   follow-up questions from earlier today, and

9   then some -- few -- a few additional

10  questions on some other topics.

11          First, I just wanted to go back a

12  little bit when we were discussing your

13  different roles at Celsius.

14      A.   Sure.

15      Q.   ████████████████████████████

16  ████████████████████████████

17  ████████████████████████████

18  ████████████████████████

19      ████████████████████████

20  ██████████████████████████████

21  ██████████████████████████████

22  ████████

23      ██████████████████████████████

24  ████████████████████████

25  ████████████████████████



188





190

1   BY MS. CORNELL:

2        Q.   ██████████████████████████

3   ████████████████████████████████████

4   ██████████████████████████

5   ████████████████████████████████████

6   ████████████████████████████████

7        Q.   Prior to joining Celsius, earlier

8   in your testimony you explained that you

9   were a Celsius user; is that correct?

10       A.   That's correct.

11       Q.   How did you educate yourself on

12   cryptocurrency prior to joining Celsius?

13       A.   My -- so I worked for a kind of

14   traditional finance services company from

15   2006 to 2018, and in 2016, that company

16   launched a -- we basically took the trading

17   platform that we were offering to the

18   institutional investors and we added crypto

19   assets to it.

20            So around 2016, I started to kind

21   of -- you know, to educate myself on the

22   industry.  And then leading up to the

23   launch of our product, just talking with

24   mostly institutional investors about -- you

25   know, about the market, the products, the

191

```
 1   industry.

 2            But it was mostly, you know -- I

 3   mean, through my own efforts.

 4        Q.   Okay.  So it's fair to say that

 5   it was mostly through your own personal use

 6   of cryptocurrency that you became familiar?

 7            MS. BRIER:  Objection to form.

 8            THE WITNESS:  And professional --

 9            MS. BRIER:  I'm sorry.  If you

10       could just give me a minute to object.

11            Object to form.

12            You can answer now.

13            THE WITNESS:  Yeah.  I mean, the

14       experience I was talking about was

15       professional, so in my role at the

16       company TORA Trading.  But then, yeah,

17       I also was purchasing crypto

18       personally.

19   BY MS. CORNELL:

20        Q.   Can you talk a little bit about

21   that previous position when you may have

22   received either knowledge or education

23   regarding cryptocurrency and elaborate,

24   please.

25        A.   Okay.
```

192

1              (Whereupon, discussion held for

2              audio on Zoom.)

3              THE WITNESS:  So -- sorry.  You

4      asked how I was educating myself

5      about --

6  BY MS. CORNELL:

7      Q.   At your previous employment.  I

8  think you said it was at Torrid?  Is that

9  T-o-r-r-i --

10     A.   TORA.

11     Q.   Can you spell it?

12     A.   T-O-R-A.

13     Q.   Thank you.

14     A.   Oh, my role there.  So I was a

15  managing director of product -- product

16  management.  And, sorry.  You wanted to

17  know my role or how I was...

18     Q.   I'll rephrase.

19          I would like to know how at TORA

20  you -- strike that.

21          While at TORA --

22     A.   Uh-huh.

23     Q.   -- what roles or responsibilities

24  did you have that related to

25  cryptocurrency?

193

```
 1        A.   Yeah.  So I managed the -- we had

 2   about a 40, 50 person product

 3   development -- or product management team.

 4             And so that team was responsible

 5   for taking the trading platform that we had

 6   that worked with traditional assets like

 7   equities and the listed derivatives and

 8   other assets -- assets classes.

 9             And basically adding support to

10   cryptocurrencies TO the platform,

11   interfacing with cryptocurrency exchanges,

12   working with fund admins, you know, to --

13   you know, connect -- connect the fund admin

14   platforms.

15             So, you know, by interacting with

16   those partners, doing my own research,

17   talking with the product managers who are

18   actually involved in the day-to-day product

19   development work.  Through all those

20   things.

21        Q.   During your time at TORA, were

22   there any similarities in your job

23   responsibilities to those at Celsius?

24        A.   So like I mentioned, my job

25   responsibilities changed substantially,
```

                                                                    194

1   like, you know, from the innovation role to

2   compliance and then currently.  So

3   generally, like, most of my career has been

4   in product development.

5          And the -- the innovation role

6   was product development-like.  So similar

7   in that way.

8          I mentioned this earlier, but

9   we -- TORA was a regulated financial

10  services company, a FINRA broker-dealer,

11  and so I had some exposure to, like,

12  working in a regulated -- you know, for a

13  regulated company.

14         We had undergone multiple SOX

15  exam -- or audits, whatever you want to

16  call them.  You know, tons of -- tons of

17  due diligence, rounds of due diligence from

18  prospective customers.  We raised money

19  from Goldman and BAML.

20         So those kinds of things exposed

21  me to, like, you know, things that were

22  more on the compliance and regulatory side

23  of things.

24      Q.   Uh-huh.  I'm going to switch

25  gears a little bit.

195

1              Are you familiar with outside

2    counsel to Celsius other than Kirkland &

3    Ellis?

4         A.   Yes.

5         Q.   Who is outside counsel?

6         A.   Latham.

7              MS. BRIER:  Object to form.  And

8         outside the scope.

9              But go ahead.

10             THE WITNESS:  Latham.

11   BY MS. CORNELL:

12        Q.   Since you joined Celsius in

13   February of 2021, has Latham been outside

14   counsel, other than Kirkland, to Celsius?

15             MS. BRIER:  Objection to form.

16        Outside the scope.

17             Go ahead.

18             THE WITNESS:  Yeah.  I mean, I

19        said Latham, but I know that we worked

20        with a number of other law firms as

21        well.

22   BY MS. CORNELL:

23        Q.   I think -- I think earlier you

24   may have mentioned -- hold on -- I think

25   you may have mentioned Buckley.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 198 of 468
Oren Blonstein
Confidential
November 22, 2022
196

1    A.   Yep.  Buckley was one.  For a

2  very brief time, we worked with Goodwin.  I

3  think, yeah, for an even briefer time we

4  worked with WilmerHale.  Yeah, I think

5  that's about -- those are the ones that I

6  can remember.

7    Q.   With respect to regulatory

8  matters, would you say that that was

9  predominantly Latham & Watkins?

10           MS. BRIER:  Same objections.

11           Go ahead.

12           THE WITNESS:  Yeah, predominantly

13        Latham.  On the -- not about regulatory

14        questions, but on licensing, we work

15        with Buckley and their licensing arm

16        called Approved Licensing for money

17        transmission and lending -- lending

18        license applications.

19  BY MS. CORNELL:

20    Q.   What about for product

21  development?

22           MS. BRIER:  Same objections.

23           THE WITNESS:  So we --

24           MS. BRIER:  And, Oren, I would

25        caution you if this is getting into any

197

1    privileged information or

2    communications that you had with

3    counsel, just not to disclose that.

4        But if you can answer without

5    getting into those discussions, go

6    ahead.

7        THE WITNESS:  Yeah.  I mean,

8    like, again, for the -- just to

9    emphasize that my role was not

10    really -- I was not responsible for or

11    involved in day-to-day on earn or the

12    loans program.

13        So to the extent that those law

14    firms were involved in discussions with

15    the company, I wasn't really -- again,

16    I might have been added to the invites

17    to these things, but that wasn't

18    something that I spend a lot of time

19    on.

20        And my innovation role, as we

21    were evaluating new products and

22    services, we would sometimes interface,

23    you know, with Latham, Buckley or

24    Goodwin.

25    ///

198

```
 1    BY MS. CORNELL:

 2        Q.   Or Goodwin, okay.

 3             During your role, did you ever

 4    work with Ron Deutsch?

 5        A.   Yes.

 6        Q.   What about Joseph

 7    Golding-Ochsner?

 8        A.   Yes.

 9        Q.   Yarden Noy?

10        A.   Yes.

11        Q.   Roni Cohen-Pavon?

12        A.   Yes.

13        Q.   During your time at Celsius from

14    February 2021, would any of the four names

15    that I just listed, would they have been

16    involved in the creation of the terms of

17    use?

18        A.   Yeah.  As we're talking about --

19    as we've been talking about, those were the

20    people I say that had -- from my -- from my

21    understanding and from what I remember from

22    that period of time, those were the

23    individuals involved in it.

24        Q.   Now, in February 2021, is it your

25    understanding that Ron Deutsch was general
```

199

1  counsel for Celsius?

2      A.   In -- you said in February --

3      Q.   When you started.

4      A.   That's right.

5      Q.   Just one second.

6           Would it be surprising to you

7  that Ron Deutsch joined Celsius in

8  March 2021?

9           MS. BRIER:  Objection to form.

10      Foundation.

11           THE WITNESS:  Yeah, and I should

12      have said, you know, when you mentioned

13      the date before, you know, the first

14      few weeks that I joined, you know,

15      probably like a lot of people, were

16      pretty hectic.  So I'm not -- I am not

17      certain the day or time when I first

18      met Ron.

19           But, no, whether it was, February

20      or March, like -- roughly -- it was

21      shortly after I joined that I met Ron.

22  BY MS. CORNELL:

23      Q.   Okay.  I'm going to switch a

24  little bit from some of the other questions

25  today.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 202 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

200

```
 1              Are you familiar with the budget
 2   that was filed by Celsius on October 17,
 3   2022?  It's Docket No. 1111.
 4              Just generally familiar with it?
 5        A.   Generally, yes.
 6        Q.   Okay.  Were you present at the
 7   October -- at the November 17, 2022,
 8   hearing last week?
 9        A.   No.  I mean, I'm supposed to be
10   on vacation as of last Wednesday; so...
11        Q.   Well, it's a good vacation.
12        A.   Yeah.
13        Q.   Since the October 17, 2022,
14   budget and the 13-week cash flow, there
15   were several comments made at the last
16   hearing about Celsius being cash flow
17   positive as of right now.
18              To the best of your
19   understanding, do you believe that Celsius
20   is currently cash flow positive?
21              MS. BRIER:  Objection to form.
22         Outside the scope.
23              THE WITNESS:  Yeah.  I mean, I
24         just have to say, like, you know, as
25         we've talked about, like, me wearing a
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 203 of 468

Oren Blonstein
November 22, 2022
Confidential

201

1        bunch of different hats --

2    BY MS. CORNELL:

3        Q.    Uh-huh.

4        A.    -- I have so much on my plate

5    that there is -- you know, I have to -- you

6    know, try to stay in my lane as much as I

7    can.

8              So I trust Chris.  I trust the

9    people on that side in those areas of

10    the -- of that company.  So I don't -- I

11    don't dig into that too much.

12        Q.    Sure.

13              Were you involved with -- strike

14    that.

15              Are you involved with GK8 at all

16    during your -- in your many roles?

17              MS. BRIER:  Objection to form.

18        Outside the scope.

19              You can answer.

20              THE WITNESS:  Yeah, so at the

21        time -- again, because -- sorry, not

22        again.

23              When did we buy -- so I think

24        that happened in the fall of 2021.  You

25        know, I was trying to launch multiple

202

1          new products.  I had just become the

2          CCO.  Was in the process of tripling

3          the size of that team.  Had a ton of

4          stuff going on.

5                 I became aware of -- or, you

6          know, this idea that we might -- that

7          we were trying to buy them.  I remember

8          being copied on a lot of the meetings.

9          I sat through a bunch of the meetings,

10         a bunch of the initial meetings.  It

11         seemed like a lot of people -- there

12         were a lot of cooks in the kitchen.

13                And, again, I kind of backed off

14         and said, you know, I've got my own

15         stuff to kind of worry on -- worry

16         about and focus on.

17                So I have awareness of it, but I

18         wasn't super close to it.

19   BY MS. CORNELL:

20         Q.   Okay.  To backtrack a little bit,

21   a few different times during your testimony

22   today, you made mention of the products you

23   were working on while at Celsius.

24                Can you explain what products

25   you've worked on at Celsius?

203

1          MS. BRIER:  Objection to form.

2    Outside the scope.

3          But go ahead.

4          THE WITNESS:  I have to kind of

5    dust off the cobwebs because we haven't

6    been thinking about new products for

7    a -- I mean, I haven't been thinking

8    about those products that we were

9    working on.

10          But so we had the swap product,

11    which was -- where customers could

12    exchange one asset for another via the

13    platform.  We had the credit card

14    product.

15          We had -- we were involved in --

16    we were involved in formulation of --

17    those two products and other

18    products -- I'm sorry, and also the

19    custody product.

20          The -- we -- in the spring of

21    2022, we -- we acquired a team, and the

22    IP for -- of a company called Linus

23    with the intention to develop a

24    registered investment advisor.

25          Those are the ones -- I'm sure

                                                                      204

 1          I'm missing something, but those are

 2          the ones that I'm remembering.

 3   BY MS. CORNELL:

 4          Q.   And just to break it down a

 5   little bit more.  You used the word "we" a

 6   lot in your answer.  Can you speak more

 7   specifically about your role in those

 8   product development?

 9              If it would be easier to pick one

10   and then kind of walk us through your role.

11          A.   Yeah, sure.

12              Oh, sorry.

13              MS. BRIER:  No, no problem.  Go

14          ahead.

15              THE WITNESS:  Yeah, so I can

16          start with, like, swap.  Actually, swap

17          and credit card were kind of similar.

18          When I got to the company, the company

19          had already put together some -- some

20          kind of, you know, designs, ideas for

21          how they would implement those

22          products.

23              And I kind of picked them up --

24          picked up those projects, figured out

25          what needed to be done to bring them to

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 207 of 468    Oren Blonstein
Confidential    November 22, 2022

205

1    production, and then kind of ran with

2    it.

3         So in the case of swaps, we -- it

4    was pretty well formulated at the time.

5    We had to -- and just to explain that,

6    like, that innovation role, as opposed

7    to -- let's say, your typical product

8    manager that's kind of, like, I build a

9    product.  I write -- you know, I write

10    how this product should work and, you

11    know, work with the design team to do

12    the user interface.

13         The innovation team was

14    responsible for all aspects of standing

15    up the business units.

16         So in the case of the credit

17    card, whereas with the swaps product,

18    there was a business requirements

19    document.  It was pretty -- you know,

20    pretty straightforward about how we

21    were going to implement it.

22         With the credit card, there

23    wasn't really a person in the company

24    that had experience with that, so

25    after, you know, spending about four --

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 208 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

206

1         four to six weeks -- and I had no prior

2         knowledge of working on payments

3         products -- I decided that the next

4         step was to go out and find an expert.

5                So we hired someone.  And so --

6         yeah, my responsibility was just

7         basically making sure we had the

8         people, the plan, the partnerships in

9         place to bring these things to market.

10               And my involvement could be

11        writing a business requirements

12        document, building a financial model,

13        working with regulatory and legal to

14        think about, like, you know, regulatory

15        or legal implications.  Yeah, it's

16        pretty wide-ranging.

17   BY MS. CORNELL:

18        Q.   So let's say, for example, the

19   production of a product was near or close

20   to its -- to its culmination.

21               Who would have the final say on

22   that during your time at Celsius?

23               MS. BRIER:  Objection to form.

24        Outside the scope.

25               THE WITNESS:  I can answer?

207

1              Okay.  So -- and, yeah, that's

2         something I should have mentioned

3         earlier.  There is a -- you know, there

4         was definitely some tension between the

5         innovation team and the existing

6         product team.

7    BY MS. CORNELL:

8         Q.    Uh-huh.

9         A.    I think I touched on this

10    earlier, that in a lot of organizations,

11    the people developing new products are not

12    just thinking, you know, about the current

13    products that they have but also future

14    products.

15              So all of a sudden, you know, by

16    bringing me into the company and saying,

17    like, you're in charge of new products,

18    there's some -- you know, the existing

19    product team is, like, does that mean that

20    we don't get to think about something new?

21              So there wasn't always, like,

22    great communication between the innovation

23    and product teams.

24              Also most -- I think, actually,

25    all of the product managers -- the head of

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 210 of 468    Oren Blonstein
Oren Blonstein                                                                        November 22, 2022
Confidential

208

1    product at the time, or the chief product

2    officer was based in Tel Aviv.  A lot of

3    the other product managers were in Tel Aviv

4    or Serbia.

5              So -- but, like, that being said,

6    there was a pretty clear handoff in all

7    cases from this kind of -- this is what we

8    want to develop; here's the business

9    rationale; here's the financial model; this

10   is how it will work.

11             And then kind of -- you know,

12   everybody gets around the table, high five,

13   this sounds good.  And then there would be

14   a handoff to the product -- to the product

15   team.

16             And my -- I'm joking about the

17   high five around the table.  It wasn't

18   necessarily that well coordinated, and it

19   wasn't, like, the product team -- there

20   wasn't necessarily smooth transitions to

21   the product team.

22             But that was, you know,

23   generally -- like, if I take the credit

24   card as an example, you know, we had

25   business requirements, documents, you know,

209

1    Confluence pages with all the details.  We

2    had done, you know, dozens -- or hundreds

3    of hours of meetings with prospective

4    partners that could help us deliver the

5    card program.

6              So we basically were packaging

7    all this stuff and then would have, like,

8    kickoff meetings with our engineering and

9    product team to -- to move from, like, idea

10    or concept -- fairly fleshed-out idea and

11    concept to, okay, let's start writing code.

12        Q.   So earlier in your testimony, you

13    discussed how when you first joined

14    Celsius, you were mainly looking at -- I

15    believe it was international -- strike

16    that.

17              When you first joined Celsius,

18    you were looking at the Bank Secrecy Act;

19    is that correct?

20        A.   When I --

21              MS. BRIER:  Object to form.

22              Go ahead.

23              THE WITNESS:  I'm sorry.

24              When I first started my chief

25        compliance officer role, you know, and

210

```
1        this goes back to, like, my first --

2        the first time I got direct exposure to

3        compliance, which is when I was at

4        Huobi U.S. and I became the interim

5        chief compliance officer.

6            Like, the first thing you want to

7        do is understand what you're liable

8        for, what the company is -- like, what

9        our obligations...

10           So, yeah, maybe just to directly

11       answer your question.  In

12       September 2021, when I became the chief

13       compliance officer role, I focused on

14       our -- on our originations as a money

15       services business.

16           But in February 2021, when I

17       first started at the company,

18       compliance -- that wasn't in my --

19       wasn't in my lane.

20  BY MS. CORNELL:

21       Q.   Okay.  Also earlier in your

22  testimony, you mentioned that when you

23  first started the compliance role, that you

24  may not have felt -- and I don't want to

25  mischaracterize what you said, so please
```

211

1    correct me if I'm wrong -- that it was not

2    the role that you were looking for at

3    Celsius; is that correct?

4         A.   Yeah, that's correct.  Yeah.  I

5    mean, I joined -- most people will kind of

6    joke around about the -- you know, I joined

7    as innovation.  I ended up as the chief

8    compliance officer.  A lot of people view

9    those as, you know, kind of different ends

10   of the spectrum.

11        Q.   Uh-huh.

12        A.   So, yeah, my intention was not to

13   become the chief compliance officer, but

14   the company had a need for a chief

15   compliance officer.  And, you know,

16   discussed it with Alex and Roni and

17   other -- you know, Ron Deutsch and stepped

18   into the role.

19        Q.   Were they aware of your -- again,

20   I don't want to mischaracterize -- your, I

21   guess, trepidation about joining that role?

22             MS. BRIER:  Object to form.

23        Outside the scope.

24             Go ahead.

25             THE WITNESS:  There was a --

212

```
 1   definitely a -- it was well understood

 2   that this was not going to be my

 3   long-term possession -- position within

 4   the company.

 5        So the idea was to kind of --

 6   just to give you an idea of the

 7   context.  There was a chief compliance

 8   officer for the company for, you know,

 9   that initial -- was it, like -- yeah,

10   roughly six-month -- six- to

11   seven-month period.

12        At some point, you know, he

13   decided to leave or the -- or the

14   company asked him to leave.  I don't

15   know those details.

16        And as the company was

17   interviewing replacements, that's when

18   the public notices from different

19   states started, you know, to go out.

20        And so the -- the way that -- I

21   don't have firsthand knowledge of this,

22   but the way it was represented to me

23   was that those CCO candidates kind of,

24   you know, pulled back from discussions

25   given all the -- you know, cease and
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 215 of 468
Oren Bronstein    Oren Blonstein
Confidential    November 22, 2022

213

1    desist notice and notices about public

2    hearings on the earn program.

3            And so, yeah, there was a --

4    basically there was a period of --

5    there was a deadline approaching where

6    the CCO who was leaving, we would have

7    his last day and we have an obligation

8    as a money services business to have a

9    chief compliance officer and a BSA

10   officer.  And, actually, the obligation

11   is the BSA office, not CCO.

12           But because of this deadline and

13   because I had some experience -- had

14   some pretty directly relevant

15   experience, I agreed to do it with the

16   understanding that when -- when some of

17   these regulatory issues had -- you

18   know, were resolved, we would be

19   looking for a replacement.

20           And it took longer than I

21   expected, but I mentioned in the --

22   earlier today that we were just a few

23   days away from finding a replacement

24   for me.

25   ///

214

BY MS. CORNELL:

2     Q.   As of today, how is that search

3  going?

4     A.   We found an internal candidate

5  that's -- yeah.

6     Q.   What's the name of that internal

7  candidate?

8     A.   Adrian Alisie.

9     Q.   Could you spell that for the

10  record?  I'm sorry.

11     A.   A-l -- I mean, Adrian, and then

12  let me just see if I can --

13         MS. BRIER:  You don't have to

14     look it up.  We'll get you the

15     spelling.

16         MS. CORNELL:  That's fine.

17         THE WITNESS:  Yeah.

18  BY MS. CORNELL:

19     Q.   That's fine.  Because I -- I'm

20  going to call him Adrian, for the record.

21         Was Adrian there when you first

22  stepped into this role as chief compliance

23  officer?

24     A.   That's a good question.  I don't

25  remember when he joined.  He was our -- the

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 217 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

215

1    company's head of internal audit.

2         Q.   Okay.  You spoke earlier about

3    how you obtained your job at Celsius by

4    directly reaching out to Alex Mashinsky.

5              Are you still in communications

6    with Alex Mashinsky?

7         A.   No.

8              MS. BRIER:  Objection.

9              THE WITNESS:  Sorry.

10             MS. BRIER:  Object to form.

11             THE WITNESS:  Yeah.  The last

12        message I have from him is the day he

13        resigned.

14   BY MS. CORNELL:

15        Q.   Just to confirm for the record,

16   you did not speak with Alex Mashinsky prior

17   to your deposition here today?

18        A.   Correct.

19        Q.   Okay.  Thank you.

20        A.   Also can I just clarify?

21        Q.   Yeah.  Sure.

22        A.   I didn't email Alex to get a job

23   at Celsius.  He solicited -- he was asking

24   customers for feedback about how they could

25   improve the platform, and I wrote him an

216

```
 1   email with, like, five suggestions and then

 2   he offered me a job.

 3         Q.   Oh.  Thank you for that

 4   clarification.

 5             Just give me one moment, please.

 6   I have some more questions, but some of

 7   them are a little bit all over the place

 8   because I was trying to take notes.  So I

 9   apologize if they don't all run into one

10   another.

11             Since your tenure at Celsius,

12   could a term of use or amendment to terms

13   of use have been approved without your

14   final signoff?

15         A.   Yes.

16         Q.   Since your tenure at Celsius,

17   could any marketing materials be published

18   without your final signoff?

19             MS. BRIER:  Object to form.

20        Outside the scope.

21             You can answer.

22             THE WITNESS:  Yes.

23   BY MS. CORNELL:

24         Q.   Do you have -- this was discussed

25   a little bit earlier.
```

217

1          Do you or does Celsius have

2    information regarding how many users

3    accepted different terms of uses?

4          A.   Yes, we do.   That was the basis

5    for the -- for the data tables in my

6    declaration.

7          Q.   What about how many users

8    rejected the terms of use?

9          A.   I think that was brought up on

10   the last one -- I mean, somebody -- the

11   attorney from White & Case asked that

12   question.   And my assumption is yes, but

13   that's not something that I paid attention

14   to in preparing for this.

15         Q.   What department at Celsius would

16   have that information, or if you know the

17   person responsible?

18         A.   So this information would be in

19   our -- it should be in our back office --

20   in our back office system.   And the

21   question -- the question, which I don't

22   know the answer to off the top of my head,

23   is whether we distinguished between someone

24   who did not accept versus -- sorry --

25   someone who did not accept versus someone

 1    who rejected.  And I just don't -- I can't

 2    recall -- I can't recall how it was -- how

 3    it was checked.

 4            And if I had wanted to -- yeah,

 5    like, you can see in the data table on

 6    page 8 of my declaration, that the -- in

 7    the way that we categorized it is accept or

 8    not accept.

 9        Q.   Uh-huh.

10        A.   So -- and to answer your

11    question, if I were gonna try to look into

12    that, I would -- I would log into the back

13    office system and check.

14        Q.   So just for clarification, if you

15    needed to, you would be able to log into

16    that -- log into Celsius's back office

17    system and provide that information to

18    either Kirkland & Ellis or Alvarez?

19            MS. BRIER:  Objection to form.

20            Go ahead.

21            THE WITNESS:  Yeah, again, to the

22        extent that we actually do distinguish,

23        differentiate in the system between

24        someone that said reject and versus

25        someone who just doesn't accept, let me

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 221 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

219

1       just -- give me one second.

2    BY MS. CORNELL:

3       Q.   Sure.

4            (Pause for reading/reviewing.)

5       A.   Yeah.  So actually, this is

6    something that we should -- that I will --

7    you know, I'm happy to go and confirm as a

8    follow-up.  But you can see on page -- mine

9    is labeled A-8.  At the top it's called

10   page 17 of 30 of the declaration.

11           That it says, "If you do not

12   agree to our updated terms of use and

13   privacy policy, please contact Celsius

14   support to close your account."

15      Q.   Uh-huh.

16      A.   So that indicates to me that we

17   most likely were not -- there was no -- no

18   means other than a person closing their

19   account to reject the terms of use.

20      Q.   Okay.  In that same vein, you

21   had -- would you have information regarding

22   the length of time that a user read or

23   reviewed the terms of use on the Celsius

24   website or application?

25      A.   That information should be

220

```
 1   available, but I -- so that information

 2   should be available just by, you know, some

 3   of the analytics apps that we have.

 4         But I'm not aware of whether that

 5   was something that was looked at or

 6   reviewed.

 7       Q.   I believe it was earlier in your

 8   testimony, I believe it was yours and not

 9   someone else's, but please correct me if

10   I'm wrong, that early on in Celsius's

11   history, there was a large percentage of

12   international clients, but that that number

13   may have declined closer to the pause.

14         Is that a correct -- that that

15   was part of your testimony?

16         MS. BRIER:  Object to form.

17   BY MS. CORNELL:

18       Q.   Sure.

19         MS. BRIER:  Go ahead.

20         THE WITNESS:  So I think I

21       didn't -- I was talking a little bit

22       about that I think earlier today, and I

23       don't think I phrased it clearly.

24         What I meant was I had an

25       awareness of, like, the rough breakdown
```

221

1           of international versus U.S. customers.

2    BY MS. CORNELL:

3           Q.   Uh-huh.

4           A.   And I haven't tracked whether

5    that stayed consistent, you know, let's say

6    from March 2022 until now.

7           Q.   Uh-huh.

8           A.   So I'm not aware of whether

9    there's been a significant shift in one

10   direction or the other.

11          Q.   Sure.

12               Was there any -- during your

13   tenure at Celsius, was there anyone at

14   Celsius with the same or similar role to

15   you located in another country?

16          A.   Not to my knowledge.

17          Q.   Or that focused on a region other

18   than the United States?

19          A.   No, not to my knowledge.

20          Q.   During your tenure at Celsius,

21   did you have any communications with any

22   regulatory bodies outside of the United

23   States with respect to the terms of use?

24               MS. BRIER:  Objection to form.

25          Outside the scope.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)    Pg 224 of 468
Oren Blonstein
Confidential
November 22, 2022

222

```
 1                You can answer.

 2                THE WITNESS:  I'm just thinking

 3        about -- yeah.

 4                I did -- I was involved in some

 5        communications -- I think actually our

 6        legal counsel was involved, so that's

 7        probably most likely privileged.

 8                But I was involved with some

 9        communication with Lithuania where

10        we're registered as a company -- or

11        where we had a registered company.  But

12        that's -- that's the extent of it.

13                And it was always with the -- it

14        wasn't, like, me alone.  It was with

15        regulatory counsel.

16   BY MS. CORNELL:

17        Q.   Okay.  Just to clarify for the

18   record, though, other than counsel, you

19   would have been the Celsius employee

20   dealing with any international agencies as

21   well in addition to ones in the United

22   States?

23                MS. BRIER:  Objection to form.

24        Outside the scope.

25                You can answer.
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)   Pg 225 of 468
Oren Blonstein
Confidential
November 22, 2022

223

1            THE WITNESS:  The -- for the most

2       part, I should -- you know, I should

3       not have been the primary point of

4       contact for most regulatory agencies

5       with a -- you know, the big exception

6       being the ones that we were registering

7       with.

8            So, like, in the U.S., that's

9       FinCen.  There are some state -- state

10      lending licenses that we held.  And

11      then in Lithuania, we were registered.

12           But, yeah, other than that, like,

13      any place that we weren't registered,

14      any kind of discussions between the

15      regulators and the company would have

16      gone through the regulatory team --

17  BY MS. CORNELL:

18      Q.   Okay.

19      A.   -- or outside counsel.

20      Q.   That's fair.

21           Does Celsius currently have a

22  marketing department?

23           MS. BRIER:  Objection to form.

24      Outside the scope.

25           THE WITNESS:  So, yeah.

224

1        Actually, that team was assigned to me

2        in July -- no.  Sorry -- in September.

3        I mean, it's a very small -- very small

4        number of people that were remaining.

5              And then that team has been

6        reduced further.  I think we have two

7        people in marketing, and, you know,

8        instead of it -- instead of thinking of

9        it as marketing, I would think of it

10       more as communications.  So this group

11       is responsible for helping to manage

12       communications with our customers.

13  BY MS. CORNELL:

14       Q.   For example, would that include

15  mass emailings to customers?

16       A.   Yes.  I just want to emphasize

17  that that happened right around the time of

18  Alex's -- you know, almost immediately

19  prior to -- a few days before Alex's

20  departure, he asked me to take -- take over

21  management of the people on the marketing

22  team.

23       Q.   So approximately -- before that

24  date, who would have been running that

25  department?

225

1           MS. BRIER:  Same objections.

2           THE WITNESS:  Let's see.  In

3     October 2021 -- I think it was around

4     that time -- Tushar Nadkarni.  I can't

5     remember exactly how his last name is

6     spelled -- became our chief product

7     officer and chief marketing officer.

8           And he was -- he retained -- I

9     think actually he retained those

10    roles -- he retained the chief product

11    officer role, I think, until the time

12    he left the company in, I think, late

13    July.

14          And the chief marketing one Alex

15    took back, I think, like a month or two

16    before his departure.

17 BY MS. CORNELL:

18    Q.   So prior to you taking on the

19 role, but during your tenure at Celsius, if

20 a mass mailing to customers was going be

21 sent out, it would be Tushar Nadkarni who

22 would have approved it or disapproved it?

23    A.   From marketing content

24 perspective, yes, that would have been

25 Tushar.  Regulatory -- you know, almost

226

1    certain -- actually, let me phrase it this

2    way.

3            If any kind of communications

4    with our customers went out that did not go

5    through our regulatory team, and in some

6    cases our legal team, there would be some,

7    you know, fallout after that, like, you

8    know, how could this have happened, what

9    broke down, that shouldn't have happened.

10           So generally all those

11   communications would have passed through

12   our regulatory and legal team.

13       Q.   In addition?

14       A.   In addition to...

15       Q.   In addition to some -- whoever

16   was on the marketing team?

17       A.   That's right, yep.

18           MS. CORNELL:  I think that's all

19       I have for today.  Thank you.

20           THE WITNESS:  Thank you.

21           MS. BRIER:  Thank you.

22           MS. CORNELL:  Go off the record.

23           THE VIDEOGRAPHER:  All right.

24       The time is currently 2:50 p.m.  We're

25       going off the record for Media Unit

227

 1        No. 2.  This is the end of Media Unit

 2        No. 2 of today's testimony.

 3              (Whereupon, a recess was taken at

 4              2:50 p.m.)

 5              THE VIDEOGRAPHER:  All right.

 6        The time is currently 3:00 p.m.  This

 7        is Media Unit No. 3 of today's

 8        testimony, and we are back on the

 9        record.

10                    EXAMINATION

11   BY MS. RYAN:

12        Q.   Hi.  Good afternoon.  For the

13   record, this is Abigail Rushing Ryan with

14   the Office of the Texas Attorney General

15   representing the Texas State Security Board

16   and the Texas Department of Banking.

17              Good afternoon, Mr. Blonstein.

18   How are you?

19        A.   I'm doing okay.  Good afternoon.

20        Q.   It's been a long day, and I've

21   been in and out, and my colleague Layla

22   Milligan was going to do the questioning,

23   so if I repeat a question that's already

24   been covered, forgive me.

25              If I ask a really bad question,

228

1   please ask me to rephrase it.  I'm known

2   for asking bad questions.

3            And if you just don't understand

4   what I've said, feel free to let me know.

5            First, when you joined the

6   Celsius platform as a customer, what

7   version of the terms of use did you agree

8   to?

9       A.   Yeah.  I definitely would not

10  have paid attention to that as a customer,

11  but -- and I don't remember the exact month

12  that I joined -- you know, that I became a

13  customer, but I'm just going to reference

14  the date ranges for the terms of use in the

15  declaration.  And my -- and it should have

16  been either Version 1 or Version 2.

17      Q.   And when you --

18      A.   It was --

19      Q.   I apologize.  Go ahead.

20      A.   Sorry, sorry.  I just wasn't sure

21  if you could hear me.

22      Q.   I can hear you.  I'm taking notes

23  simultaneously.

24      A.   Okay.

25      Q.   So there may be a pause.

229

1    A.    Yeah.  Sorry.

2    Q.    So when you submitted your coins

3  to Celsius as a client, did you think you

4  had a separate wallet -- an individual

5  wallet?

6         MS. BRIER:  Object to form.

7         THE WITNESS:  No.  No.  I mean,

8     again, you know, from -- from also

9     being a -- someone in the industry,

10    my -- I had -- I had a rough idea of,

11    like, what was happening in terms of me

12    sending -- like, most cryptocurrency

13    exchanges work -- so most of my

14    experience in crypto has been on the

15    exchange side of things, and most

16    cryptocurrency exchanges have a similar

17    setup where there's a user-specific

18    deposit address, and then coins are

19    swept from that user-specific address

20    to a -- to a pooled omnibus wallet.

21         And that -- that was my

22    assumption, was that Celsius was

23    working in the same way.

24  BY MS. RYAN:

25    Q.   And so did you actually know that

Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

230

1    there was a main wallet or assume it?

2        A.   At the time that I was a

3    customer, I assumed it.

4        Q.   Do you remember about when you

5    learned, not assumed, that there was a

6    single main wallet?

7            MS. BRIER:  Object to form.

8            THE WITNESS:  It would have been,

9        let's say, in the first several months

10       after I joined in February.  So

11       sometime, let's say, in, like, Q1 or

12       early Q2 2021.

13           And by -- the way I would have

14       come across it was just trying to

15       understand some of the current -- some

16       of the infrastructure for the company

17       so that I could better understand how I

18       might -- for new products that we were

19       proposing, how they might integrate

20       into the Celsius platform.

21   BY MS. RYAN:

22       Q.   And just so you'll know, I am

23   strictly a bankruptcy lawyer.  I am not an

24   expert in crypto in any stretch of the

25   imagination.  So if I use a term that's

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 233 of 468    Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

231

```
 1   incorrect or need clarification because I'm

 2   wrong in using a term, please let me know.

 3   I -- that's very important.

 4           So when did you learn or

 5   approximately when did you learn that coins

 6   that you deposited wouldn't be returned if

 7   you were going to withdraw those coins,

 8   basically you're not going to get the exact

 9   same coins back; you'll get something back

10   equivalent?

11           MS. BRIER:  Objection to form.

12           THE WITNESS:  That was my

13       understanding, I would say, from the

14       outset was that I would not expect to

15       have received back the exact same coins

16       that I sent in.

17           Just, again -- just like the

18       expectation would have been the same

19       for, you know, my Coinbase account or

20       my Gemini account or my Kraken account

21       or my 50 other crypto accounts that

22       I've opened.

23           So, yeah, that was my

24       understanding from the outset.

25   ///
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Oren Blonstein Deposition Transcript (Redacted)   Pg 234 of 468   Oren Blonstein
Confidential   November 22, 2022

232

1    BY MS. RYAN:

2        Q.   Okay.  So, to your knowledge --

3    we're shifting gears a little bit.

4            To your knowledge, has Celsius

5    ever completely registered with any state

6    or federal regulatory body --

7            (Audio distortion; stenographer

8            asks for clarification.)

9    BY MS. RYAN:

10       Q.   -- or state regulatory body?

11           MS. BRIER:  Objection to form.

12       Outside the scope.

13           You can answer.

14           THE WITNESS:  I can answer?

15           So we -- the company was

16       registered with the -- with FinCen as a

17       money services business.

18           We had multiple either

19       notifications for our state license --

20       state lending, either a state like the

21       California DFPI for being a licensed

22       lender and then other -- other states

23       were -- we notified them or were in the

24       process of applying for lending

25       licenses.

233

1          We registered with Lithuania, and

2     I believe we put our name on the FCA

3     list for crypto service providers in

4     the UK.  So those are the ones that I'm

5     aware of.

6  BY MS. RYAN:

7     Q.   Okay.  As far as money

8  transmission licenses in the United States,

9  what states is Celsius licensed in?

10         MS. BRIER:  Objection to form.

11    Outside the scope of the terms of use

12    issues that are up today.

13         But you can answer to the extent

14    you know.

15         THE WITNESS:  Yeah, I should

16    definitely know as the chief compliance

17    officer and having, like, the -- again,

18    my experience in crypto on the

19    compliance front was on BSA and ML

20    sanctions and state money transmitter

21    licenses.

22         I mean, trying to get those state

23    money transmitter licenses.  And, to my

24    knowledge, we did not have any -- we

25    did not have any of those licenses in

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 236 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

                                                                    234

1          place.

2    BY MS. RYAN:

3          Q.   So as the CCO, were you involved

4    with any public disclosures?

5               MS. BRIER:  Objection to form.

6          Outside the scope.

7               THE WITNESS:  Yeah, some of the

8          questions -- like, there were similar

9          questions asked where -- you know, I

10         think my answer to that still applies,

11         which is that it's very likely that I

12         was copied on some -- you know, on

13         public -- on communications to our

14         customers and to the public.

15              But in no way was I -- I was not,

16         like, the approver.  There may have

17         been some instances where somebody

18         asked me for feedback, and I provided

19         some feedback.

20              But, yeah, I think it was fairly

21         well understood across the

22         organization --

23              (Zoom disruption.)

24   BY MS. RYAN:

25         Q.   Sorry about that.  I apologize

235

1    for interrupting you.

2        A.    No worries.

3            Yeah.  So I was not a -- I was

4    not an approver -- generally, I was not an

5    approver for communications to customers

6    and the public.

7        Q.    Thank you.  Thank you for that.

8            And I apologize.  That was my

9    nine-year-old son that just interrupted us.

10   Working from home has its challenges.

11   ███████████████████████

12   ████████████████████████████████████

13   ████████████████████████████████████

14   ███████████████████████████

15   ████████████

16   ██████████████

17   ███████████████████████████

18   █████████████████

19   ██████████████████████████

20   ████████████████████████████

21   █████████████

22   ████████████████

23   ███████████████████████████

24   ██████████████████████████

25   ██████████████████

236



17   BY MS. RYAN:

18        Q.   Okay.  And so kind of shifting to

19   more of the terms of use questions, does

20   Celsius maintain records for each

21   individual customer's terms of use

22   agreement?

23             For example, if I joined when

24   Celsius was brand new, you would have a

25   record of the terms of use that I

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 239 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

237

1    originally agreed to?

2        A.    Based on the research that I did,

3    that is not something that we keep.  So we

4    keep a record of whether -- you know,

5    whether you accepted or not, but not of

6    the -- like, there's no -- there's nothing

7    like an E-sign or, like, a copy of a signed

8    terms of use.

9        Q.    Is there a date so that it could

10    be determined which -- you know, 1, 3, 6,

11    7, 8 -- terms of use were originally agreed

12    to?

13        A.    So the -- our back office system

14    tracks every login of a customer to a

15    system.  We check, like, the -- we know the

16    IP address.

17            We know -- you know, we have

18    different kind of different things that we

19    collect when a -- for every session that

20    the user has with us.  And so it would be

21    easy for us to connect that to the date of

22    acceptance of the terms.

23            I'm not sure if that answered

24    your question, but basically we can tell

25    exactly when a user accepted the terms.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Pg 240 of 468    Oren Blonstein
Oren Blonstein Deposition Transcript (Redacted)
Confidential                                      November 22, 2022

238

```
 1        Q.   That's helpful.  Thank you.

 2             So you said the back office

 3   maintains those records.

 4             What's the format?  The type of

 5   software?  Is it Excel?  Is it something

 6   proprietary?

 7        A.   Yeah.  So -- yeah.  I apologize

 8   for that.  We call -- Back Office is the

 9   name of our -- of our kind of home-grown,

10   internally developed administration

11   platform for our customers.

12             So it's basically like a user

13   interface on top of a database.  And

14   different departments at the company use it

15   for different purposes.  Like our

16   compliance team would use it mostly related

17   to KYC and other -- and other purposes,

18   whereas customer service would use it for,

19   you know, reviewing activity of a customer.

20        Q.   Thank you.  That's helpful.  I

21   thought you were using the term "Back

22   Office" to mean just the folks that

23   actually run the show.

24             Thank you for that.

25        A.   Sure.
```

239

```
 1        Q.   So as far as keeping the record

 2   of each logon, which department maintains

 3   that?

 4        A.   It's done in a -- yeah, a fully

 5   automated way by the -- by the system

 6   itself.

 7             So basically there's an entry in

 8   the database for each login session, and,

 9   you know, we collect are the IP address, we

10   collect, you know -- I'm trying to see if I

11   can jog the memory of, like, what that

12   screen looks like.

13             But, you know, you can basically

14   see every login event for a customer.

15   That's logged, and then it's viewable in

16   the Back Office.  Sorry.  I'm not sure if I

17   answered your question.

18        Q.   No, that's helpful.  It sounds

19   like it's automated and the computer

20   collects it and then you guys can use it as

21   necessary.

22             Is that roughly fair?

23        A.   That's correct.

24        Q.   So if someone wanted a record of

25   when these customers logged on and agreed
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Oren Blonstein Deposition Transcript (Redacted)   Pg 242 of 468
Oren Blonstein
Confidential
November 22, 2022

240

1   to the terms of use, is that a report you

2   can print?  Is it easily accessible?

3         A.   Yes, it is.  And that was the

4   basis for the data that was in my

5   declaration.  That was how we compiled --

6   that was how our data team compiled the

7   report on which users -- you know, the

8   percentages of users that had accepted

9   different terms of use.

10        Q.   I saw that -- the chart.  That is

11  helpful.

12             So under Version 1, it says

13  4 percent of accountholders accepted that.

14             So in the report, can you drill

15  down and see who those 4 percent are?

16        A.   That would -- it would be

17  possible to -- to do that.  It would -- I'm

18  sorry.  It would be possible to produce a

19  report like that.  I think that the exact

20  version of the data pull -- the data query

21  that we did to produce these tables was

22  aggregated.

23             But we would have the underlying

24  data that would allow us to -- to identify

25  the users for each one -- for each terms of

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC         Oren Blonstein
      Oren Blonstein Deposition Transcript (Redacted)   Pg 243 of 468   November 22, 2022
                Confidential

241

 1   use.

 2       Q.   Do you know how Celsius verified

 3   a customer's or investor's residency and

 4   address to know where they're located?

 5       A.   Yeah.  So that's a little bit of

 6   a complex -- I mean, there's a little bit

 7   of complexity here.

 8            When we collect -- so we

 9   collect -- we collect the information from

10   customers as part of the -- of the

11   onboarding process.  We ask them for their

12   address.  In many cases, we ask them for a

13   form of government-issued ID.

14            And we're looking at both of

15   those things to determine their eligibility

16   for the service.  Because we didn't offer

17   our services in every state in the U.S. and

18   also in some countries.

19            We also used the IP address that

20   they log in from, and we use kind of

21   geolocation from that IP address to

22   determine their eligibility.

23            So it's through a combination of

24   those things that we -- that we make a

25   determination on their residency.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 244 of 468    Oren Blonstein
Confidential    November 22, 2022

242

1      Q.    And you have a team internally

2    that does that?

3      A.    Yeah.  That's right.  So, I mean,

4    the vast majority of our customers -- you

5    know, for a lot of 2021, we were

6    onboarding, you know, tens of thousands of

7    customers a week.

8            So the vast majority of those

9    customers, they flow through our onboarding

10   process in a fully automated way.  So the

11   app and the partners that we use to

12   authenticate or to validate the users, you

13   know, are processing the information that

14   they input.

15           We run them against sanctions

16   list.  We run them -- you know, we look

17   for -- we look at the validity of their --

18   of their ID, and only if they kind of fall

19   out of that process does a human -- you

20   know, does a person look at it.

21           So what I mean by "fall out" of

22   it is that, like, for example, if our

23   KYC -- if our ID validation company --

24   sometimes people call them KYC vendors --

25   if they flag the person as, you know, as a

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Bronstein Deposition Transcript (Redacted)    Pg 245 of 468    Oren Blonstein
Confidential    November 22, 2022

243

1    potential name match for sanctions or some

2    other kind of issue or if the ID -- let's

3    say there's glare on the ID or, you know,

4    any number of issues, they'll be flagged

5    for a person to review.

6            And generally that review would

7    happen first by our customer care team.

8    And if there wasn't, like, an easy way for

9    them to resolve -- if the resolution to

10   that wasn't very straightforward, they

11   would escalate that to our compliance

12   operations team, which reported in to me.

13       Q.    Thank you.

14       A.    Sure.

15       Q.    Do you know how much -- how many

16   coins is contained in the UTXO blockchain?

17            MS. BRIER:  Objection to form.

18       Outside the scope.

19            You can answer.

20            THE WITNESS:  So, yeah.  There

21       are -- there are -- there are several

22       blockchains that use the UTXO method

23       like Bitcoin.  Dogecoin is another

24       example.

25            And so if you're asking, like,

244

```
 1       how many -- how many Bitcoin are there

 2       on the Bitcoin blockchain?

 3   BY MS. RYAN:

 4       Q.   That Celsius has or does business

 5   with.

 6            MS. BRIER:  Same objections.

 7            Go ahead.

 8            THE WITNESS:  I actually don't --

 9       yeah, I don't have that data at hand.

10       But, you know, like, approximate number

11       at -- yeah, actually I don't have that

12       data at hand.

13            And there's a question, I

14       think --

15   BY MS. RYAN:

16       Q.   That's fine.

17       A.   Yeah.

18       Q.   I don't want you to guess.  If

19   it's not at hand, then -- yeah, let's

20   not -- let's not guess.

21            So in ordinary course of

22   business, how does Celsius record digital

23   assets that correspond to the earn account

24   that's on their books and records?

25            MS. BRIER:  Objection to form.
```

245

1    Outside the scope.

2         You can answer.

3         THE WITNESS:  How do we account

4    for that on our books and records?  So

5    like the transactions itself?  For

6    example, a deposit transaction from a

7    user where they would transfer coins to

8    Celsius, those were recorded on the

9    company's ledger.

10        In terms of, like, how that was

11   eventually translated into our, you

12   know, financial statements, that's not

13   a -- that wasn't in my lane.

14   BY MS. RYAN:

15        Q.   The deposit transaction that's

16   reported on the leverage, you know, is what

17   I was asking.  That was my question.  Thank

18   you.

19        A.   Sure.

20        Q.   Who's in charge of maintaining

21   the ledger?

22        A.   So the ledger itself is kind

23   of -- you know, I would say that's our

24   core -- the core piece of software for the

25   company and would be maintained by the

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 248 of 468   Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022
246

1    engineering department.

2         Q.   And is this a piece of software,

3    the ledger, that your engineers wrote?

4    It's proprietary?

5              MS. BRIER:  Objection to form.

6         Outside the scope.

7              You can answer.

8              THE WITNESS:  That's my

9         understanding, yeah.  It's a little

10        bit -- it's -- that -- it wasn't

11        necessarily something I had looked into

12        in the past, yeah, or had looked into.

13        But my assumption is that that's

14        software that we wrote.

15   BY MS. RYAN:

16        Q.   And are there any policies or

17   procedures in place to make sure the

18   accounting on the ledger is accurate?

19             MS. BRIER:  Objection to form.

20        Outside the scope.

21             You can answer.

22             THE WITNESS:  I'm not -- I'm not

23        aware of those.  I'm not aware of those

24        policies or procedures.  Yeah, I think

25        I have to say that.  I'm not aware of

247

```
 1        them.
 2             I guess they exist, but that
 3        wasn't part of my -- I had a lot of
 4        other policies and procedures to worry
 5        about, so I was focused on those, on
 6        the ones that related to compliance --
 7        our compliance processes.
 8   BY MS. RYAN:
 9        Q.   And what's the name of the
10   software program used for the ledger
11   account -- accounting?
12             MS. BRIER:  Same objections.
13             Go ahead.
14             THE WITNESS:  Yeah, it's
15        proprietary -- I believe it's
16        proprietary.
17             Now, like, just a -- to give you
18        an idea, if the company had started a
19        couple of years later, there are
20        vendors -- you know, there are other
21        providers that you could acquire
22        software like this for -- I mean,
23        sorry, that you could acquire software
24        like this from a vendor.
25             At the time the company was
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 250 of 468    Oren Blonstein
Confidential    November 22, 2022

248

1    started, I don't think there were many

2    options, so most of the companies that

3    started around this time were -- were

4    and are using home -- home-grown

5    systems for this.

6  BY MS. RYAN:

7        Q.   So moving into the marketing role

8  and marketing information, to your

9  knowledge, have any communications been

10  removed or edited or altered from the

11  website since March 1 of this year?

12            MS. BRIER:  Objection to form.

13        Far outside the scope of this

14        deposition.

15            But to the extent you know, you

16        can answer, to the extent it doesn't

17        implicate privileged information.

18            THE WITNESS:  Yeah, it wasn't --

19        I was -- I was not really -- I was not

20        involved in those processes.

21            Yeah, and I couldn't -- even if I

22        was copied on emails about some of

23        these things, it's not something I

24        would have allocated -- you know, I

25        just wouldn't have spent the time to

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 251 of 468
Oren Blonstein
Confidential
Oren Blonstein
November 22, 2022

                                                              249

1          look into it because of other areas of

2          focus for me.

3    BY MS. RYAN:

4          Q.   So do you recall if there were

5    any disclaimers or other information in the

6    AMAs or other public-facing advertisements

7    that expressed something to the extent of

8    these expressed may not be those of Celsius

9    and may not match the terms of use?

10              MS. BRIER:  Objection to form.

11         Outside the scope.

12              You can answer, if you know.

13              THE WITNESS:  I'm not sure.  I

14         mean, I do remember on -- you know,

15         some of the AMAs, there was, you know,

16         something along the bottom of the

17         screen during different times that

18         said, you know, something along the

19         lines of not financial advice and, you

20         know, had various disclaimers.

21              But it wasn't my -- my area to

22         make sure that those were there or when

23         they appeared or that kind of stuff.

24   BY MS. RYAN:

25         Q.   So did Celsius ever mail, as in

250

```
 1    like U.S. email, a complete copy of the

 2    terms of use to customers?

 3         A.   Not to my knowledge.

 4         Q.   And I believe you testified

 5    earlier the terms of use weren't emailed

 6    either; is that right?

 7              MS. BRIER:  Objection to form.

 8              THE WITNESS:  Correct.  Yeah, we

 9         would email them -- there were cases

10         where we emailed with links to the

11         terms of use, but not with the -- we

12         didn't send the terms of use

13         themselves.

14    BY MS. RYAN:

15         Q.   What role, if any, did the

16    Celsius board play in the decision to

17    change the terms of use?

18         A.   I wasn't involved in the -- in

19    really the formulation of, you know, the

20    vast majority of the terms of use, so I

21    wasn't part of the decision-making process

22    or included in -- you know, included in any

23    kind of discussion at the board level about

24    those changes.

25              So I'm not -- you know,
```

251

```
 1   unfortunately, I don't -- yeah, I can't

 2   speak to that.

 3       Q.   Do the terms of use through the

 4   year 2020 transfer ownership of coins to

 5   Celsius?

 6           MS. BRIER:  Objection to form.

 7           THE WITNESS:  Yeah, yeah.  Sorry.

 8       Can you -- and you're asking did the

 9       terms of use transfer ownership of

10       coins through September 2020 to

11       Celsius?

12   BY MS. RYAN:

13       Q.   Yes.

14       A.   And my -- yeah, that was my

15   understanding.  Again, you know, I became a

16   customer in the spring of 2020, and that

17   was my recollection at the time.

18           And actually, even in 2019, the

19   first time that I heard about Celsius,

20   that's what I remember the conversation --

21   you know, that watercooler moment that I

22   mentioned -- I remember people talking

23   about that.

24       Q.   Did you know if the actual terms

25   of use stated that, though?
```

252

1              MS. BRIER:  Objection to form.

2              THE WITNESS:  Yeah, I'd have to

3       go back and scan the -- those terms of

4       use.  But, yeah, to my -- my

5       understanding was that the company has

6       been pretty consistent throughout the

7       terms of use for -- the terms of use

8       with its customers about the transfer

9       of title to the company of the coins

10      that they send in.

11   BY MS. RYAN:

12      Q.   So you don't know if the terms of

13   use actually stated the ownership

14   transfers, right?

15              MS. BRIER:  Object to form.

16              THE WITNESS:  I can't -- yeah,

17      without, like, going back and reviewing

18      each one of them -- I mean -- so let me

19      say this another way.

20              You know, in preparation for the

21      declaration, I did review those.  And

22      the impression that I have is that in

23      the terms of use, customers were

24      informed that they were transferring

25      ownership of the coins from themselves

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 255 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

253

1          to the company.  So that is my

2          impression based on my review of the

3          terms of use.

4    BY MS. RYAN:

5          Q.   So were users allowed to remain

6    on the system if they didn't agree to

7    subsequent versions of the terms of use?

8          A.   Yeah, starting with, you know,

9    Version 6 and 7 of the terms of use, we

10   implemented and we -- this is detailed in

11   the -- in my declaration -- implemented --

12   or sorry.  We followed up with user --

13   sorry.

14          In the notification to customers,

15   we explained to them that, you know, if

16   they did not accept the terms of use or if

17   they did not agree to the terms of use,

18   they would need to close their account and

19   would no longer earn rewards through the

20   program.

21          Q.   And how would they close their

22   account if they didn't agree to the terms

23   of use?

24          A.   Yeah, there was a -- there was

25   a -- in the text of the -- in this -- in

254

1    the user interface for where we presented

2    the terms of use to customers, we said --

3    I'm just reading from that -- from page 17

4    of my declaration, A-8.

5          It says, "If you do not agree to

6    our updated terms of use and privacy

7    policy, please contact Celsius support to

8    close your account."

9    Q.   And would that be the same

10   whether they were closing a custody account

11   or an earn account?

12         MS. BRIER:  Objection to form.

13         You can answer.

14         THE WITNESS:  From my

15       understanding, yeah, there shouldn't --

16       there shouldn't have been a difference.

17       Because this was -- this was more a

18       matter of whether they -- of the status

19       of their account.

20         So if they had been suspended for

21       not accepting -- you know, basically

22       passing the deadline that we had set

23       for them to accept the terms of use,

24       then just, you know -- if your account

25       is suspended, you can't withdraw assets

255

1          without assistance from customer care.

2    BY MS. RYAN:

3          Q.   So timing wise, they click no, I

4    don't agree to the terms of use, and their

5    ability to access their money, whether it's

6    in a custody account or an earn account, is

7    suspended, so they can't touch their money,

8    and they would have to then contact

9    customer care; is that the process?

10              MS. BRIER:  Objection to form.

11         Outside the scope.

12              And I think there might be some

13         confusion.

14              Were you reading from the

15         declaration as it relates to the

16         Version 6?

17              THE WITNESS:  Yeah, Version 6 and

18         7, yep.

19              MS. BRIER:  Just for clarity --

20         purpose of clarity of timing, Ms. Ryan,

21         I think he was looking at Version 6

22         screenshots in his -- in his

23         declaration.  Just wanted to make the

24         record clear there for your

25         questioning.

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 258 of 468   Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

256

1   BY MS. RYAN:

2        Q.   Thank you.

3             But this process changes for

4   Version 7 and 8?

5        A.   We didn't have -- yeah.  So on --

6   on Version 6 and 7, which were largely, you

7   know -- from my understanding, were largely

8   centered around the change in relationship

9   from -- for the change in the terms of use

10  from the Celsius UK entity to the U.S.

11  entity.

12            There was a -- you know, there

13  was this multiphase process, and there were

14  specific deadlines for customers.  You're

15  asking subsequent to that, whether we had

16  deadlines upon which we suspended accounts?

17            I don't think that we --

18       Q.   Yeah, just -- just if the

19  customer didn't agree to the new terms of

20  use.

21            MS. BRIER:  Object to form.

22            THE WITNESS:  I would need to go

23       back and just refresh my memory on

24       that.  I don't remember -- I was

25       focusing -- I focused my time, like, on

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)   Pg 259 of 468
Oren Blonstein
Confidential
November 22, 2022

257

1       this -- in this Version 6 and 7.

2               So I'm not sure -- yeah, yeah.

3       I'd have to go back and refresh my

4       memory on that, whether we implemented,

5       like, a deadline for subsequent updates

6       to the terms of use and whether we

7       suspended accounts based on that.

8               I think it was a pretty -- it was

9       a fairly unique situation with

10      Version 6 and 7, because the

11      relationship was changing from the UK

12      and the U.S., and, you know, we were

13      not supposed to be conducting --

14      we were not supposed to be offering

15      services from the UK entity, you know,

16      going forward.

17  BY MS. RYAN:

18      Q.   Okay.   Thank you.

19      A.   Sure.

20      Q.   So from day one, has Celsius kept

21  the coins in a main wallet as opposed to

22  individual wallets?

23          MS. BRIER:   Objection to form.

24      Outside the scope.

25              But you can answer.

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 260 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

258

1            THE WITNESS:  So in my

2      declaration related to custody, I

3      primarily, like, focused -- you know,

4      made sure that I got up to date,

5      somewhat fluent in the wallet

6      architecture and the flow of coins, you

7      know, from the period around the

8      release of the custody product.

9            I don't think that there has

10      been -- I mean, obviously the release

11      of the custody -- the custody account

12      was a big change, but I think the flow

13      of coins from an external wallet -- a

14      customer's external wallet to their

15      deposit address and then from that

16      deposit address to the company's main

17      wallet, I think that that flow has

18      largely remained the same since the

19      company -- since the company started.

20   BY MS. RYAN:

21      Q.   To your knowledge, were customers

22   informed that -- whether through terms of

23   use when, you know, terms of use -- let's

24   say before you get to 6, 7 and 8 versions,

25   informed that their coins were going to be

259

1  placed in the omnibus main wallet as

2  opposed to individual wallets?

3      A.   I'm not -- yeah, if they were

4  informed, that definitely -- I missed it as

5  a customer.  So I don't think -- I don't

6  remember that being -- actually, I'd have

7  to review that.

8          I don't remember -- that wasn't

9  something that stood out to me as a

10  customer.  I understood that to be the

11  case, but I don't recall off the top --

12  yeah, I don't recall right now whether that

13  was something we called out in the terms of

14  use.

15      Q.   What information was provided to

16  customers regarding the frictional wallet?

17          MS. BRIER:  Objection to form.

18          THE WITNESS:  I think, like,

19      fairly -- if any, it would have been

20      very limited.  The worm -- I mean, the

21      word -- to my knowledge, I don't know

22      who came up with the term "frictional

23      wallet," but that's not, like, an

24      industry term, to my knowledge.

25          So I -- you know, if you -- if

Oren Blonstein
Confidential
Oren Blonstein
November 22, 2022

260

1        you told someone about a frictional

2        wallet, they would probably scratch

3        their heads and wonder what that is.

4             So, yeah, I would be surprised if

5        that was something that we talked to

6        customers about.

7   BY MS. RYAN:

8        Q.   So what is your understanding as

9   why Celsius [audio distortion] --

10            THE STENOGRAPHER:   Excuse me,

11       Counsel.   Could you repeat that?   I

12       didn't hear you clearly.

13  BY MS. RYAN:

14       Q.   Sure.

15            What is your understanding as to

16  why Celsius speaks to self-stable coins

17  versus other crypto assets?

18       A.   Just actually, I have no -- I

19  don't have -- I'm not involved in the

20  decision about, like, what coins to sell or

21  what coins to -- you know, to not sell.

22            You know, just -- just based on

23  my own thought process, it makes sense that

24  the currency -- the exposure -- you know,

25  the -- if you sell Bitcoin, you're selling

261

```
 1   it now at a certain price relative to the

 2   dollar versus stable coins, you know,

 3   roughly remain pegged to the dollar.

 4            So there shouldn't be any kind

 5   of -- you know, you're not selling a coin

 6   when its value is, let's say, low.  So it

 7   minimizes the FX exposure.

 8       Q.   And do you know why unaccredited

 9   accountholders were grandfathered into the

10   earn account after the custody program was

11   created in April of this year?

12            MS. BRIER:  Objection to form.

13       Outside the scope.

14            But you can answer to the extent

15       you know.

16            THE WITNESS:  Yeah, I wasn't

17       involved in that decision.  I wasn't

18       involved in it, yeah.

19            MS. RYAN:  Thank you for your

20       time.  I'll pass the witness at this

21       point.

22            THE WITNESS:  Thank you.

23            MS. BRIER:  Thank you.

24            MS. CORDRY:  This is Karen

25       Cordry.  Last name is spelled
```

262

```
 1          C-o-r-d-r-y.  I'm with the National

 2          Association of Attorneys General, and

 3          I'm representing the roughly dozen

 4          states or so that I filed an appearance

 5          for, which I can't possibly give you

 6          all their correct names.  But I'm the

 7          attorney for them, in any case.

 8                      EXAMINATION

 9  BY MS. CORDRY:

10          Q.   And I do just have a very few

11  questions to follow up with that.

12               One, Mr. Blonstein, at a number

13  of points including very recent -- in your

14  most recent answers, you've indicated that

15  some of the things that you understood

16  about the accounts and how they would work

17  and so forth were based on your own

18  experience with other crypto before you

19  ever came to the company; is that correct?

20          A.   That's correct.

21          Q.   Okay.  Do you have any knowledge

22  as to how many customers had any kind of

23  similar experience or knowledge about

24  crypto before they came to -- want to do

25  business with Celsius?
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)   Pg 265 of 468
Confidential
Oren Blonstein
November 22, 2022

263

1        MS. BRIER:  Objection to form.

2   Calls for speculation.

3        Go ahead.

4        THE WITNESS:  Yeah.  Actually, I

5   think this is, like, one of the

6   interesting things about -- about

7   Celsius, and this is one of the things

8   that I was hoping to improve for the

9   company was we really -- something like

10  99 percent of our customers acquired

11  their first crypto somewhere else, so

12  pretty much every single one of our

13  customers started at a Coinbase or a

14  Binance or somewhere else.

15       So -- and I say that, and I can

16  be sure of that, because we see where

17  their coins come from, and we had --

18  you know, just frankly speaking, we had

19  very crappy on-ramps, meaning we had

20  very poor implementation of being able

21  to move someone from fiat into

22  cryptocurrency.

23       The vendor that we had integrated

24  with before I joined, you know, charged

25  very high rates.  We didn't benefit

264

```
 1        from that financially at all.

 2              So that's a long way of saying I

 3        think that, you know, the vast majority

 4        of our customers were customers of

 5        another crypto service provider and --

 6        at least one.  And so would have had

 7        experience with other cryptocurrency

 8        platforms.

 9              We were not --

10   BY MS. CORDRY:

11        Q.    Okay.

12        A.    I would say, largely, we were not

13   working with novice cryptocurrency

14   customers.

15        Q.    On those platforms, do you know

16   if they were ones where they were

17   predominantly, I will call them custody

18   accounts where they are -- you know, they

19   were just holding in crypto, or were they

20   ones similar to Celsius where there was

21   some kind of investment aspect to them?

22              MS. BRIER:  Objection to form.

23        Outside the scope.

24              You can answer, if you know.

25              THE WITNESS:  Yeah.  Kind of --
```

265

1    for most -- for a lot of the crypto --

2    cryptocurrency service providers,

3    especially in the U.S., kind of the

4    base relationship is custody.

5          You know, obviously a large

6    number of our customers came from

7    BlockFi, which has a -- which had a

8    similar kind of legal relationship with

9    their customers.

10          But, yeah.

11   BY MS. CORDRY:

12      Q.   And what do you mean by "similar

13   legal relationship"?

14      A.   My understanding was that

15   customers of BlockFi were doing something

16   similar in terms of assigning ownership of

17   their coins to BlockFi.  I don't know that

18   actually first hand.

19          (Simultaneous unreportable

20          crosstalk occurs among parties.)

21   BY MS. CORDRY:

22      Q.   So excuse me.  I'm sorry.  I

23   started to talk over you.

24      A.   I definitely reviewed the BlockFi

25   terms of use at some point, but all of that

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 268 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

266

1    knowledge has been pushed out of my brain

2    by having to review all of these terms of

3    use and declarations and stuff like that.

4                So maybe I'm -- maybe I'm getting

5    it wrong.  But what I remembered was -- I

6    remember there being a very close

7    similarity between the BlockFi terms of use

8    and the Celsius terms of use.

9        Q.   And those terms of use -- when

10   did you review them --

11               MS. BRIER:  Object to form.

12   BY MS. CORDRY:

13       Q.   -- the BlockFi terms of use?

14       A.   I'm -- yeah, I really -- I

15   can't -- I couldn't say.  I mean --

16       Q.   Before you came to Celsius or

17   after you came to Celsius?

18       A.   I believe -- yeah, so I did -- I

19   became a -- I was a BlockFi customer before

20   I was a customer -- sorry -- before I

21   became an employee of Celsius.

22               And so I would have reviewed the

23   terms of use or terms of service, whatever

24   they call it.

25       Q.   Okay.  In terms of, again, your

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 269 of 468    Oren Blonstein
Oren Blonstein
Confidential    November 22, 2022

267

1    experience and your knowledge, you said a

2    certain of the customers came from BlockFi.

3           Where -- the other ones that came

4    from the custody account, would those

5    people have had anything similar to this

6    where there was some sort of transfer of

7    ownership?

8           MS. BRIER:  Objection to form.

9       Outside the scope.  Lack of foundation.

10          To the extent you know, you can

11      answer.

12          THE WITNESS:  So anyone who's a

13      customer of -- like, generally -- so

14      not generally.  Specifically I can

15      think of Binance, Binance.com, the

16      global -- the overseas platform that

17      was allowing U.S. users to use the

18      platform, you know, until -- I don't

19      know -- 20 -- maybe 2020 or 2021.

20          So customers -- U.S.-based

21      customers and international customers

22      could participate in their, you know,

23      their earn -- their earn programs or

24      whatever Binance called it, kind of

25      similar programs.

268

1         I don't remember looking at their

2    terms of service or terms of use to see

3    if it was the exact relationship.  But,

4    in other words, it's -- it's likely

5    that some of our customers were

6    accustomed to that.

7         And I can say -- what I can say

8    is that anytime there was a change in

9    earn rates from platform to platform,

10   you would see pretty significant

11   movements of coins between them.  So if

12   BlockFi lowered their interest rate, we

13   would see a rush of people coming from

14   BlockFi to Celsius.

15        If Binance increased their rate,

16   we might see a bunch of assets leave

17   our platform and go to Binance.

18        So, you know, you could call

19   them, like, rate shoppers or however

20   you -- you know, want to categorize

21   them.  But, you know, we had a fair

22   number of customers that were looking

23   for the best yield and were moving

24   their coins.  And so our assumption was

25   that they were pretty familiar with the

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 271 of 468    Oren Blonstein
Confidential    November 22, 2022

269

```
 1        terms.

 2    BY MS. CORDRY:

 3        Q.    Okay.   They knew the terms of the

 4    earn account and the interest rates, in any

 5    case.

 6              But, again, my question was -- my

 7    follow-up question was, with respect to

 8    ones that were being held in custodial

 9    accounts of which you said -- you said

10    there's probably about half of them were of

11    that nature?

12              Would those people have had any

13    basis to assume that there was gonna be any

14    kind of transfer of ownership of their

15    coins?

16              MS. BRIER:  Objection to form.

17         Outside the scope.  Calls for

18         speculation.

19              You can answer.

20              THE WITNESS:  Yeah.  I mean, I'm

21         not -- it's really hard for me to say.

22         Yeah, so -- yeah, I have no knowledge

23         of -- you know, I can't really say,

24         like, what the -- what these customers

25         were doing.
```

270

```
 1              I understand your point that

 2      they -- you know, maybe -- you know,

 3      there's a convention in cryptocurrency

 4      for U.S. providers of custody, and that

 5      these customers may not have understood

 6      the difference in the -- in the legal

 7      relationship.

 8              So I understand your point.

 9  BY MS. CORDRY:

10      Q.   Because, you know, again, as I

11  said, from listening to your testimony, it

12  did appear that a fair amount of your

13  understanding of the terms of use for

14  Celsius was based on what you already knew

15  about the way the business operated from

16  your own internal knowledge, which other

17  people might not have.  Would that be a

18  fair statement?

19              MS. BRIER:  Object to form.

20              THE WITNESS:  Yeah, yeah.  I

21      mean -- but, yeah, that's -- that's

22      accurate.

23              Again, like, I would also refer

24      to the fact, you know, that pretty much

25      all of our customers had acquired
```

271

1    cryptocurrency elsewhere.  So, like,

2    these were not -- we didn't really --

3    we wouldn't -- I wouldn't have

4    categorized our customers as, like,

5    kind of newbies to crypto, so I would

6    have expected them to be familiar with

7    the basics.

8            But, yeah, I understand your

9    point.

10   BY MS. CORDRY:

11       Q.   And in terms of what customers

12   might understand about how an operation

13   worked with what you had there in this earn

14   account -- and I personally do my own

15   investing through T.D. Ameritrade, and I

16   have it in a variety of mutual funds,

17   stocks and bonds and so forth.

18            I choose the funds, but once I've

19   invested my money with them, they invest it

20   how they see fit.

21            Would I consider that -- or would

22   you consider that kind of investment

23   process similar to what Celsius is doing

24   with the funds that they have?

25            MS. BRIER:  Objection to form.

272

```
 1              THE WITNESS:  I'm sorry.  So

 2         you're saying through T.D. Ameritrade,

 3         you choose -- you allocate your assets

 4         to a -- to a fund manager?

 5    BY MS. CORDRY:

 6         Q.   Vanguard index funds and so

 7    forth, yes.  And when they -- when it's

 8    invested in those funds, is that similar to

 9    what -- you know, functionally is happening

10    when somebody turns over their money to

11    Celsius in these earn accounts?

12              MS. BRIER:  Same objection.

13              THE WITNESS:  Yeah, I don't --

14         actually, to answer your question, I

15         need to make sure I heard you.  Sorry.

16              What's the -- what's the product

17         that you would -- would be investing in

18         T.D. Ameritrade?

19    BY MS. CORDRY:

20         Q.   Something like a Vanguard index

21    fund or a stock market fund or a bond fund.

22         A.   I see.

23         Q.   Through the umbrella of T.D.

24    Ameritrade.

25              MS. BRIER:  Same objection.
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)   Pg 275 of 468
Oren Blonstein
Confidential
November 22, 2022

273

1            THE WITNESS:  So this is where --

2       yeah, I would say really gets outside

3       of my area of expertise.

4            I didn't spend -- the only time I

5       ever spent thinking about, you know,

6       securities, you know, it was -- was in

7       my time at exchanges where we looked

8       at -- we used, like, the Crypto Rating

9       Council's framework for assessing

10      whether we would list a token.

11           But in terms of, like, similarity

12      of Celsius's products to securities,

13      that wasn't really something that I

14      spent time on.  We had other people

15      with -- you know, with a lot more

16      relevant experience in that area.

17  BY MS. CORDRY:

18      Q.   Did you -- I'm sorry.  Strike

19  that amount.

20           Was there any consultation in

21  terms of drafting these terms of use and

22  reviewing them -- in terms of looking at

23  documents from those kind of businesses

24  like T.D. Ameritrade and other kinds of

25  securities investments and the kind of

274

1    terms of use that those firms use, was

2    that -- were any of those documents

3    consulted or considered?

4           MS. BRIER:  Objection to form.

5           THE WITNESS:  Were -- I'm sorry.

6       Can you repeat the question?

7    BY MS. CORDRY:

8       Q.   When there was being these

9    drafting of these terms of use documents,

10   was there any consultation, any

11   consideration, any review of documents for

12   other kinds of investments like these

13   securities firms like the T.D. Ameritrade

14   and so forth to see what kind of terms of

15   use they had with their customers?

16          MS. BRIER:  Objection to form.

17          And you can answer, but to the

18      extent it -- your answer includes

19      communications with counsel, exclude

20      those communications.

21          THE WITNESS:  Yeah, because I

22      wasn't involved in the drafting of

23      these for -- you know, for the most

24      part, I mean, if there was that kind of

25      review that was done, you know, I

275

1         wouldn't have been an active

2         participant in that.  So, yeah,

3         unfortunately, I can't speak to it.

4              The -- you know -- and, I mean,

5         just -- there was -- I was more

6         involved, for example, when we were

7         rolling out the swap feature.

8              And so for that, we were

9         referring to competitor terms of use in

10        terms of how to -- to make sure we were

11        talking about that in a way that was

12        consistent with the industry -- with

13        industry practices.

14             But, yeah, for, like, earn or our

15        lending product, I wasn't really

16        involved in it.

17  BY MS. CORDRY:

18        Q.   Now, again, your view is that

19  because you think that these customers are

20  somewhat sophisticated with crypto, that

21  they would understand from the terms of

22  use -- that they would read them the same

23  way you do; is that a fair statement?

24             MS. BRIER:  Objection to form.

25             THE WITNESS:  Probably, I think,

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 278 of 468    Oren Blonstein
Confidential    November 22, 2022

276

1        that a lot of people -- you know, I

2        think it's reasonable to assume that

3        people may not -- some people may not

4        pay attention to kind of the -- you

5        know, what people sometimes

6        characterize as the fine print.

7              But I thought, like, in the

8        example of our -- the release of our

9        terms of use 6 and 7 where we

10       specifically called out, you know, hey,

11       you might be tempted to skip this, but

12       you should really read this, I thought

13       this was an effort on the company's

14       part to really reinforce to customers

15       the importance of reading it.

16             But generally, I would say, that

17       I was under the impression that

18       customers were aware of the -- of the

19       structure of the relationship between

20       the company -- between them and the

21       company.

22  BY MS. CORDRY:

23       Q.   Do you know if there was ever any

24  point at which your customers -- was there

25  ever any attempt to talk to certain

277

```
 1   customers -- a sample of customers and ask

 2   them, okay, what do you actually understand

 3   after having read the terms of use, this

 4   relationship to be?

 5           Were there ever any actual going

 6   back to customers and talking to them about

 7   what they understood?

 8           MS. BRIER:  Objection to form.

 9           THE WITNESS:  I'm not aware of

10       any.

11   BY MS. CORDRY:

12       Q.   Okay.  For instance, so there

13   would never have been something where you

14   came to somebody and said, you read the

15   full terms of use, you see there where it

16   says repeatedly that you're loaning your

17   money to Celsius, but do you understand by

18   that that you're actually transferring

19   ownership to Celsius?

20           MS. BRIER:  Same objection.

21           THE WITNESS:  Yeah, to my

22       understanding -- or I'm not aware of

23       anything -- aware of anything -- I'm

24       not aware of that happening -- of us

25       reaching out to customers to confirm
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 280 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

278

```
1          their understanding beyond, you know,

2          the acceptance of the terms in the app.

3    BY MS. CORDRY:

4          Q.   And those terms do include a

5    large number of references to loaning your

6    assets to Celsius, correct?

7          A.   That's correct.

8          Q.   And, again, I think this goes

9    back to the last question or so -- to some

10   of the questions that were asked at the

11   beginning.

12             Typically, when you talk about

13   loaning something to someone else, you've

14   considered that you've actually transferred

15   ownership to that person?

16             MS. BRIER:  All right.  Object to

17        form.

18             You can answer.

19             THE WITNESS:  Sorry.  I didn't

20        catch the question part.

21   BY MS. CORDRY:

22         Q.   Okay.  In common English

23   parlance, when you talk about loaning

24   something that you own to someone else, you

25   believe you are transferring your ownership
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein
Deposition Transcript (Redacted)    Pg 281 of 468
Oren Blonstein
November 22, 2022
Confidential

279

1    of that asset to the other person?

2              MS. BRIER:  Objection to form.

3              THE WITNESS:  Yeah, I confirm

4         common understanding -- yeah, when I

5         say "loan," yep, I understand that.

6              I also think, you know, from --

7         from my own understanding as a

8         customer, like, that whole not your

9         keys, not your coins -- like, the

10        second you transfer your coins out of

11        your control to someone else, you're --

12        you know, you're -- you're taking on --

13        you're taking on risk by giving up

14        control.

15             But I understand the point.

16    BY MS. CORDRY:

17        Q.   I understand.  I understand.  But

18    when I -- when I loan you my car, I'm

19    giving up control over my car while you're

20    out driving around.  You might smash it up.

21             But it would still be my car,

22    would it not?

23             MS. BRIER:  Objection to form.

24             THE WITNESS:  Yeah, I agree.  It

25        would still be -- it would still be

280

1    your car.

2         MS. CORDRY:  Okay.  I believe

3    that's all the questions I have.

4         MS. BRIER:  All right.  Thank

5    you.

6         Any other questions before we

7    move to pro se folks?

8         All right.  I think we've been

9    going for a bit of time now.  Let's

10   take a 10-minute break, and then we'll

11   get into the pro se questioning.  So

12   we'll come back at 4:05.

13        We can go off the record.  Thank

14   you.

15        THE VIDEOGRAPHER:  All right.

16   The time is currently 3:56 p.m., and

17   we're going off the record for Media

18   Unit No. 3 of today's testimony.

19        (Whereupon, a recess was taken at

20        3:56 p.m.)

21        THE VIDEOGRAPHER:  All right.

22   The time is currently 4:14 p.m.  We are

23   back on the record for Media Unit No. 3

24   for this testimony -- for today's

25   testimony.

281

```
 1                    EXAMINATION

 2   BY MR. CREWS:

 3        Q.   Hi.  My name is Cameron Crews.

 4   I'm a pro se creditor, and I created my

 5   Celsius account in August of last year.

 6             I understand, based on your

 7   testimony today, that you opened your

 8   account with Celsius in the spring of 2020;

 9   is that right?

10        A.   Yeah, roughly.  I mean, I don't

11   remember the exact date.

12        Q.   And you said today, if I'm

13   characterizing you correctly, that you

14   reviewed the terms of service and you

15   understood that you were giving up your

16   title in return for awards?

17        A.   That's right.

18        Q.   And you also said at the time

19   that you felt like it was a good decision?

20        A.   It was a -- like, I made the

21   trade-off decision, yeah.  I made the

22   trade-off decision.  Was it a good

23   decision?  Yeah, in retrospect, maybe not;

24   so...

25        Q.   Yeah.  Would you be surprised to
```

282

 1   learn that most customers such as myself

 2   don't think it was a good decision to have

 3   deposited with Celsius?

 4        A.   And I share your frustration.

 5   I'm a customer also.

 6        Q.   And how do you know that

 7   you've -- you've already spoken to this

 8   somewhat today, but how do you know that

 9   the users accepted the terms of use?

10        A.   I'm sorry.  You're asking how do

11   I know they accepted?

12        Q.   Yeah.

13        A.   Just by the automated system that

14   we have to track it.

15        Q.   So you're tracking, you said IP

16   address for, like, the date of time and

17   login, metadata around people's connection

18   to the application?

19        A.   I mean, that's how we verify.

20   That's how we -- we capture kind of the

21   session for when the user connects to our

22   system.

23             And then we have the action --

24   the various actions that they take, like,

25   sending in coins, taking a loan, performing

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 285 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

283

```
 1    a swap, accepting terms of use.  All of

 2    those things get a timestamp, so we can

 3    kind of connect those to the session.

 4         Q.   So it's essentially activity with

 5    the Celsius application that's constituting

 6    use of the application and thereby

 7    acceptance of the terms of use?

 8              MS. BRIER:  Objection to form.

 9              You can answer.

10              THE WITNESS:  I mean, so, like,

11         I'm speaking a little bit outside of

12         my -- my understanding of the exact --

13         exactly what is happening at the

14         technology level.  But roughly how I

15         understand it is that -- there are kind

16         of, like, purpose-built data tables for

17         different kinds of activity.

18              So there might be a swap data

19         table -- data table, you know, a

20         transfer data table, a login session

21         data table, a terms of use data table.

22              And you can think of, like, the

23         key linking all those actions to a

24         particular session is the time -- the

25         timestamp.
```

284

1           So, for example, if you wanted to

2      work backwards, you could say a user

3      logged in at this time.  Their sessions

4      started at this time and ended at this

5      time.

6           And during that time frame, I

7      want to join, you know, transactions

8      that happen in those other data tables,

9      and so I could see these are all of the

10     things that happened during that login

11     session including, for example,

12     acceptance of terms of use.

13  BY MR. CREWS:

14     Q.   And is this tracked using

15  relational SQL database?

16     A.   I believe so.  That's right.

17     Q.   So would acceptance of terms of

18  use be an event -- like, would it be

19  tracked in an event table essentially?

20     A.   I think so, yep.

21     Q.   So would that mean -- let me

22  strike that.

23           Does a database have an explicit

24  database entry or table for accepting terms

25  of use specifically?

285

1        A.    Yes.  If it didn't -- yeah,

2    that's, like, how we report on.

3        Q.    So would this table then track

4    specific versions of terms of use

5    associated with a specific user that's

6    accepted those terms?

7        A.    Yes.

8        Q.    And would it be possible to

9    furnish each user's acceptance to each term

10   of use?

11       A.    It should --

12              MS. BRIER:  Objection to form.

13              You can answer.

14              THE WITNESS:  Yeah.  I mean, that

15        should be -- that should be possible.

16              Without having looked at the

17        underlying data -- I think I

18        responded -- there was a question about

19        this in one of the previous sessions.

20              I looked at -- for the purposes

21        of my declaration, I looked at the

22        aggregated view.  But, you know, my

23        understanding is that the aggregated

24        view was built off of the raw

25        underlying data, which would have had,

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 288 of 468   Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

286

1        you know, user and terms of use

2        accepted and the date and timestamp.

3    BY MR. CREWS:

4        Q.   And you had mentioned that -- I

5    don't want to mischaracterize you, but I

6    think you mentioned that consistent

7    throughout the terms of use, the title was

8    transferring to Celsius; is that a correct

9    characterization?

10       A.   Yeah, and I want to emphasize

11   that different terminology might have been

12   used, but the -- kind of the -- the

13   outcome -- my interpretation of the outcome

14   is that customers were giving control over

15   their assets or giving their assets to the

16   company in exchange for yield.

17       Q.   And there was a document

18   referenced today, 393, which contains

19   different versions.

20            If you could turn to page 337,

21   the ownership of digital assets.  I believe

22   this is the change introduced in July of

23   2021.

24       A.   Sorry.  Yeah.  Could you say the

25   page number again?

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 289 of 468   Oren Blonstein
Confidential                                                          November 22, 2022

287

1       Q.   Yeah.   It's page 337 of

2    Document 393.

3               THE WITNESS:   Yeah, I got it.

4               MR. COLODNY:   What exhibit is

5         that?

6               MS. BRIER:   For purposes of the

7         record, I believe this is Exhibit 8.

8               THE WITNESS:   Yep.

9               MS. BRIER:   Are we all on the

10        same page?   Is that your understanding

11        too, Mr. Crews?

12              MR. CREWS:   On the cover, it's

13        saying Exhibit A-5 to A-6.

14              MS. BRIER:   Oh, I see.   Okay.   So

15        it's Docket No. 393, and for the

16        purposes of this deposition, it was

17        Exhibit 8.

18              THE WITNESS:   Yep.

19              MS. BRIER:   Okay.

20              THE WITNESS:   Sorry.   What was

21        the question again?

22   BY MR. CREWS:

23        Q.   Yeah.   Just turning towards the

24   Clause 8, ownership of digital assets,

25   there were some changes made here where it

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 290 of 468
Oren Blonstein
Confidential
November 22, 2022

288

1    changed from, "You hereby represent and

2    warrant to us at all times during which you

3    hold assets in your Celsius wallet that any

4    digital asset used by you in connection

5    with your Celsius wallet is owned by you or

6    that you are validly authorized to carry

7    out transactions using such digital assets

8    and that all the transactions initiated

9    with your Celsius wallet for your own

10    Celsius wallet," roughly -- essentially,

11    it's referring to your Celsius wallet.

12            And the key phrase, I think, I

13    want to draw your attention to is "at all

14    times during which you hold digital

15    assets."

16            Do you think that language could

17    potentially lead a customer reviewing these

18    terms of service, which were in effect

19    roughly the time prior to your signing up,

20    could that lead a customer to think that

21    they are retaining control over their

22    assets?

23            MS. BRIER:  Objection to form.

24        Outside the scope.

25            You can answer.

289

```
 1              THE WITNESS:  Yeah, sorry.  Just

 2        re-reading this.  There's a lot of

 3        markups in this paragraph.

 4   BY MR. CREWS:

 5        Q.   Yeah, the red strikethrough was

 6   prior to July of 2021.

 7        A.   Uh-huh.

 8             (Pause for reading/reviewing.)

 9        A.   Yeah, so I see the point that

10   you're making.  I mean, the -- I can tell

11   you this -- this general -- you know, this

12   section was one of the sections that I

13   referred to in my role as chief compliance

14   officer.

15             In terms of -- of -- so, in other

16   words, I looked at this as clarifying that

17   the customer was the owner of the assets

18   prior to sending them in.

19             And that was very important to me

20   from a compliance perspective, because I

21   needed to make sure that they were not

22   sending it in on behalf of another person

23   that was not known.

24             Because I -- you know, I had an

25   obligation to make sure that we knew who
```

290

1   the customer was and who was the -- who the

2   owner of the coin was before it got to us.

3            But, yeah, so -- so that's how I

4   looked at this, was that this was mostly

5   about -- or that statement about -- the

6   statements that make it -- that are talking

7   about the customer owning the asset and,

8   like, the stuff at the end and not on

9   behalf of any other person or entity, that

10  was very important to me from the

11  compliance, AML, sanctions perspective.

12           And that's how I interpreted

13  this.  But, you know, I can -- I can

14  understand your other reading of this.

15       Q.   Yeah.  And the first

16  strikethrough, I just want to draw

17  attention to that again.  "At all times

18  during which you hold digital assets in

19  your Celsius wallet," so we've talked

20  already about how once you transfer control

21  of the crypto asset, it essentially becomes

22  under the control of whoever controls that

23  wallet.

24       A.   Uh-huh.

25       Q.   So if the control of the asset is

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 293 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

291

1  delivered to Celsius and Celsius is

2  claiming title, in what sense would you say

3  the customer is holding digital assets in

4  their wallet?

5            MS. BRIER:  Object to form.

6            THE WITNESS:  So from what I

7        remember, in the terms of use, I think

8        that we talked about this being, like,

9        a loan to the company that was

10       callable, so customers could basically

11       say, hey, I want my money back.

12            And, you know, we reserved some

13       rights around the time frame upon which

14       we would allow people to withdraw, and

15       I think, you know, there were some --

16       you know, some things that turned out

17       to not be corner cases, but corner

18       cases that we laid out, you know, to

19       reserve some rights.

20            But I think -- I think, like,

21       in -- the way I take this was that the

22       company was trying to be clear about

23       what was going on, that customers were

24       giving us their assets for us to go out

25       and earn yield.

292

```
 1              And that this was really -- this
 2         is really talking about the fact that
 3         when customers want to get their coins
 4         back -- want to get -- yeah, get their
 5         coins back, they would be able to do
 6         that by essentially calling the loan.
 7         That's my reading into it as a -- as
 8         not an attorney, more as a customer.
 9    BY MR. CREWS:
10         Q.   And this clause, though, doesn't
11    mention loans, does it?
12         A.   No, I don't see that in here.  I
13    mean, that's come up multiple times today,
14    and I think was in this -- was in this
15    version -- yeah, it's a few pages back that
16    I see a couple mentions of loan, but in
17    this section, "loan" isn't in there.
18         Q.   Do you think that the mention of
19    loans would be appropriate when discussing
20    ownership of digital assets?
21              MS. BRIER:  Objection to form.
22              THE WITNESS:  Yeah.  I think, you
23         know, probably some of my commentary on
24         this is at a place -- I wasn't the
25         person writing this.  I'm not an
```

293

1      attorney.  I don't -- so, you know --

2      yeah, from my perspective, the -- as a

3      customer, it was pretty clear.

4            As an employee, when I reviewed

5      the terms, they, to me, were pretty

6      clear.  But I understand that there

7      might be alternate readings of it.

8  BY MR. CREWS:

9      Q.   And do you think it's important

10  that Celsius marketing be consistent with

11  the terms of service?

12            MS. BRIER:  Objection to form.

13            THE WITNESS:  I think that's a

14      good guideline for any company.

15  BY MR. CREWS:

16      Q.   And do you think that Celsius's

17  marketing was consistent with the terms of

18  service?

19            MS. BRIER:  Same objection.

20            THE WITNESS:  I don't have, like,

21      a broad enough -- I don't have the --

22      it wasn't really in my -- in my scope

23      of responsibilities to be, like, up to

24      date on all of the marketing.

25            But, yeah, just to your previous

294

```
 1        point, it would -- that is -- that is a

 2        good best practice, to make sure that

 3        the marketing is in line with the terms

 4        of service or terms of use.

 5             And I don't know.  I can't speak

 6        to whether every piece of marketing

 7        from the company was in line with the

 8        terms of -- terms of use.

 9   BY MR. CREWS:

10        Q.   And do you think, say, like a

11   size 24-point font on the company's front

12   page, if that's inconsistent with a size,

13   you know, 10 font in the terms of use, does

14   that pose a problem?

15             MS. BRIER:  Objection to form.

16        Outside the scope.

17             You can answer.

18             THE WITNESS:  Yeah, if -- I mean,

19        I guess it depends on what -- on what's

20        in that -- what the statement is.

21   BY MR. CREWS:

22        Q.   Okay.  I'm just going to do a

23   quick screen share.

24             THE VIDEOGRAPHER:  Do you need

25        this also filmed?
```

295

1          MR. COLODNY:  Do you need this

2      filmed?

3          MR. CREWS:  That would be great,

4      if you could.

5          THE VIDEOGRAPHER:  Can we go off

6      the record for just a moment?

7          MS. BRIER:  Sure.

8          THE VIDEOGRAPHER:  All right.

9      The time is currently 4:29 p.m.  We are

10     going off the record for Media Unit

11     No. 3 of today's testimony.

12          (Whereupon, a recess was taken at

13          4:29 p.m.)

14          THE VIDEOGRAPHER:  All right.

15     The time is currently 4:35 p.m.  We are

16     back on the record for the Media Unit

17     No. 3 of today's testimony.  Thank you.

18  BY MR. CREWS:

19     Q.  So we were just pulling up this

20  exhibit, which is filed under 914,

21  Exhibit E.  And this is a screenshot from

22  May 8, 2022, where it says, "Access your

23  coins whenever.  Keep them safe forever."

24  And this bolding was mine.

25  ///

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC - Deposition Transcript (Redacted)   Pg 298 of 468

Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

296

```
1              (Whereupon, Exhibit 9 was marked

2              for identification.)

3              MS. BRIER:  Oren, do you have a

4         copy of it?

5              THE WITNESS:  No, I don't.  But I

6         can see it clearly, somewhat.

7   BY MR. CREWS:

8         Q.   Do you think this

9   characterization is consistent with the

10  notion of loaning your assets to Celsius?

11             MS. BRIER:  Objection to form.

12        Outside the scope.

13             You can answer.

14             THE WITNESS:  I can imagine,

15        like, the complexity of trying to talk

16        to customers about the -- the assets

17        that they had sent into the platform,

18        like, you know, in a concise way where

19        the challenge of trying to talk to

20        systems about the -- the assets that

21        they had sent in to the company in a

22        concise way for marketing purposes.

23             So, I mean, when I look at

24        statements like this, I think, you

25        know, if you try to use the exactly --
```

297

1    if you try to use the correct

2    terminology, that would have been,

3    like, a 30-word sentence.

4         And I can understand how

5    marketing -- someone in marketing who

6    might not have been aware of -- been

7    aware of the terms of use or been aware

8    of the implications of using that

9    terminology might have said, like, you

10   know, let's talk about it like this.

11  BY MR. CREWS:

12   Q.    In terms of people making use of

13  Celsius' services, do you think their

14  informed consent is important?

15        MS. BRIER:  Object to form.

16        THE WITNESS:  Is their informed

17   consent important?

18        Yeah, I mean -- yeah, I think

19   informed consent is important.

20  BY MR. CREWS:

21   Q.    And you mentioned earlier today

22  that typical Celsius customers aren't

23  crypto newbies.  That they'll have accounts

24  elsewhere.

25        Do you think that they could have

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Celsius Network Deposition Transcript (Redacted)    Pg 300 of 468    Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022
298

1  been approached with more descriptive

2  language to explain how their assets were

3  being used?

4           MS. BRIER:  Objection to form.

5      Outside the scope.  Incomplete

6      hypothetical.

7           You can answer.

8           THE WITNESS:  Sorry.  Let me just

9      kind of process that.

10          Could they have been -- your

11     question was, could they have been

12     approached with more descriptive

13     language of how their coins were being

14     used?

15  BY MR. CREWS:

16     Q.   Yeah.

17          MS. BRIER:  Same objections.

18          THE WITNESS:  Yeah, yeah.  They

19     could have been.  Yes.

20  BY MR. CREWS:

21     Q.   Great.  Let's see.

22          Were you involved with

23  preparation of the SOFA report,

24  Document 973?

25          MS. BRIER:  Objection.  Outside

299

1      the scope.

2           THE WITNESS:  I don't know what

3      that document is.  I mean, I was -- I

4      did review a lot of the documents for

5      the SOFA filings, but I don't know

6      which one that particular is.

7   BY MR. CREWS:

8      Q.   Oh, it's the statement of

9   financial affairs itself.

10     A.   I thought that was, like, a

11  sub -- a document -- yeah, I'm generally --

12  yeah, I mean, I've reviewed those

13  documents.  It's a lot.

14     Q.   And were you involved in the

15  preparation of the document?

16          MS. BRIER:  Objection.  Outside

17     the scope.

18          THE WITNESS:  I don't think I was

19     a primary -- I mean, as a -- I think

20     there was a component of that that was

21     specific to insiders.  There was

22     also -- I can't remember if that's

23     where there was the record of, like,

24     every transaction.

25          But I helped to do the definition

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC      Deposition Transcript (Redacted)      Pg 302 of 468
Oren Blonstein
Confidential
Oren Blonstein
November 22, 2022

300

1          of the -- the different types of

2          transactions that appeared.

3                   So, yeah, I mean, I was involved

4          in them, but I wouldn't say that I was

5          a primary participant.

6     BY MR. CREWS:

7          Q.   Do you know who the primary

8     participants were for preparing that

9     document?

10                  MS. BRIER:  Objection.  Outside

11         the scope.

12                  THE WITNESS:  Yeah, I mean, it

13         was a huge -- it was a very large

14         effort in the company.  Yeah, but I --

15         again, that -- that wasn't --

16         neither -- that wasn't, like, on my --

17         I would say, like, compliance was not,

18         like, a major -- you know, we weren't

19         gathering information that was

20         compliance-related.  We weren't

21         gathering information that was related

22         to innovation.  We weren't gathering

23         information related to, you know,

24         product development.

25                  So -- and those are -- those are

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 303 of 468    Oren Blonstein
Confidential    November 22, 2022

301

```
 1        my areas of focus, so I wasn't -- yeah,

 2        I'm not sure exactly who was involved.

 3   BY MR. CREWS:

 4        Q.   And the SOFA document is missing

 5   the claim number that's in the balance

 6   document, the 974 document.

 7             Do you know there's a reason why

 8   that might be missing?

 9             MS. BRIER:  Objection to form.

10        Outside the scope.  Foundation.

11             THE WITNESS:  Yeah, I don't know.

12        I'm not familiar enough with these

13        documents to -- yeah, I'm not familiar

14        enough with it.  I could get familiar

15        with it by reviewing them.  I wasn't --

16   BY MR. CREWS:

17        Q.   The reason I mention it is

18   because the claim number serves as a prime

19   identifier on the balance transfer document

20   or the balances document.

21             But there's no primary identifier

22   on the SOFA report.  So if somebody has --

23   there are multiple people with the same

24   name, you can't tell which person is doing

25   those transactions.
```

302

```
1        A.   I see.

2        Q.   So would you acknowledge that as

3   a deficiency in that document?

4             MS. BRIER:  Objection to form.

5        Outside the scope.

6             Mr. Blonstein, just testified

7        he's never -- he wasn't involved and

8        doesn't have a foundation to testify

9        about this.

10            THE WITNESS:  Yeah, I don't -- I

11       don't have enough -- I don't have

12       enough information about it.  You

13       know...

14  BY MR. CREWS:

15       Q.   Okay.  We can move on.

16            Are you familiar with USDC, the

17  token?

18       A.   Yes.

19       Q.   And could you just explain for

20  everybody what that token is?

21       A.   It's a stable coin issued by

22  Circle.  It's pegged to the dollar.

23       Q.   Yeah.  And you mentioned earlier

24  today that it would be a challenge to do

25  network tracing on Ethereum; is that
```

303

1    correct?

2              MS. BRIER:  Objection.  Outside

3         the scope.

4              You can answer.

5              THE WITNESS:  The -- so what I

6         was saying is that it's difficult to

7         trace the exact coin -- the exact coin

8         that a person -- an ERC-20 that a

9         person deposited into our platform as

10        it moved throughout the platform in

11        terms of -- you know, we treated them

12        as fungible once they came into the

13        platform.

14   BY MR. CREWS:

15        Q.   Makes sense.

16             So in the UTXO, you're seeing the

17   flow from wallet to wallet?

18        A.   Exactly, yeah.

19        Q.   Have you taken any steps as a

20   company to make sure that customer deposits

21   are going towards earning rewards for them?

22             MS. BRIER:  Objection to form.

23        And objection to scope, but you can

24        answer.

25             THE WITNESS:  Sorry.  Just

304

1      repeating...

2              So we maintain a record of coins

3      that our customers send to us on that

4      ledger, and then there's the coin

5      movements.

6              You know, and -- almost

7      regardless of what actually was going

8      on with those tokens that they sent in,

9      we were calculating based on the reward

10     rate what -- what rewards were owed to

11     them on the ledger.

12             So kind of regardless of, like,

13     where their coin was or if -- if a

14     particular coin that was sent -- that

15     was sent in was actually loaned out or

16     deployed on DeFi, that didn't really

17     matter, because how we calculated the

18     rate was -- or the rate that we set was

19     used by the software that calculated

20     the obligation to the customer on the

21     ledger.

22   BY MR. CREWS:

23       Q.   Yeah.  So a customer such as

24   myself, we could see the obligation that

25   we're owed, but in order for the reward to

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Oren Blonstein Deposition Transcript (Redacted)   Pg 307 of 468   Oren Blonstein
Confidential   November 22, 2022

305

```
 1   be useful, Celsius would presumably have to

 2   be actually using our deposit to actually

 3   earn something?

 4            MS. BRIER:  Objection to form.

 5       Outside the scope.

 6            THE WITNESS:  No, no.  I mean,

 7       it's the -- it's -- I was gonna make

 8       the point -- if I understood you

 9       correctly, making kind of the opposite

10       point is that it doesn't -- you know,

11       those coins could have sat there and

12       not been deployed at all and we may

13       have not generated any yield.

14            But we would have calculated --

15       you know, the -- their interest rate

16       would have been -- there -- an interest

17       rate would have been set or rewards

18       rate would have been set and the ledger

19       would be calculating what is owed to

20       you based on that rate.

21            So it was kind of -- you know, it

22       was -- the activity of the coins was

23       separate from the rewards that were

24       paid out.

25   BY MR. CREWS:
```

306

```
 1        Q.   So was the reward paid out

 2   calibrated to the deployment activities?

 3             MS. BRIER:  Objection to form.

 4        Outside the scope.

 5             THE WITNESS:  Yeah.  So I

 6        should -- I mean, I was not involved in

 7        setting rates.  I was not involved in

 8        the payouts.  I was not involved in the

 9        ledger.  I was not involved in -- you

10        know, like, almost all of those things.

11             And obviously, you know, kind of

12        the proof is in the pudding, right?

13        And the output is that obviously the

14        deployment activities were not

15        sufficient for the rates that were --

16        the rates that were advertised.

17   BY MR. CREWS:

18        Q.   So would you say that assertions

19   that 8 percent of revenues go towards

20   paying rewards would be inaccurate?

21             MS. BRIER:  Objection to form.

22        Outside the scope.

23             THE WITNESS:  Yes.

24   BY MR. CREWS:

25        Q.   And can you provide any
```

307

1    assurances that deposits that customers

2    made did not go towards paying out

3    departing customers?

4            MS. BRIER:  Objection to form.

5        Outside the scope.

6            THE WITNESS:  No, I can't.

7    BY MR. CREWS:

8        Q.   I want to do a screen share.  And

9    this is the exhibit I emailed the court

10   reporter.  Sorry, not my email box.  One

11   second.

12           So this was prepared looking at

13   the SOFA report in combination with the 974

14   document of balances.  And what's depicted

15   here from the left is a customer -- a

16   corporate customer based in Australia, who

17   deposited 131,000 USDC into their Celsius

18   account on 8:28 a.m., the date of the pause

19   on June 12.

20           Now, this specific entry in the

21   SOFA report is on page 5448.  And it was

22   used -- essentially a query -- pull the

23   transaction from the blockchain to show

24   that this was funded from their Binance

25   account.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 310 of 468
Oren Blonstein
Confidential
Oren Blonstein
November 22, 2022

308

1          So at 8:28, $131,000 flowed from

2    this customer's Binance account into their

3    personalized deposit address at Celsius.

4    Five minutes later those funds went into

5    Celsius's wallet No. 5.

6          There were nine transfers

7    throughout the day into a Celsius

8    frictional wallet, as you've referred to

9    it, and I believe you said it is a Celsius

10   terminology.

11          There was one particular

12   transfer, 8:41 a.m., in the amount of

13   $789,000 USDC, and there were a total of

14   7 million transfers and nine different

15   transactions that day, which were in the

16   table below.

17          Later that day, there were

18   withdrawals made by two separate customers,

19   refer to this as customer B and customer C,

20   at 5:19 p.m.  $99,000 were withdrawn to

21   this person's personal deposit address at

22   FTX, and it was then transferred internally

23   to their comingle address.

24          Another customer at 5:04 p.m.

25   withdrew $36,000 into their Coinbase

309

```
 1    personalized deposit address and another

 2    $100,000 just later.

 3            Assuming that this exhibit is

 4    accurate, would it be plausible for

 5    customers B and C to the right to think

 6    that their -- or, sorry, for customer A to

 7    think that customers B and C were receiving

 8    their USDC?

 9            MS. BRIER:  And, Mr. Blonstein,

10        before you answer, Mr. Crews, can you

11        provide some additional context for

12        this document?

13            And who created this?

14            MR. CREWS:  I created it.

15            MS. BRIER:  Where did it come

16        from?

17            MR. CREWS:  Yeah.

18            MS. BRIER:  And what is it based

19        on?

20            MR. CREWS:  It's based upon the

21        SOFA report which is 973 document, the

22        balance transfer document, 974, and

23        blockchain analysis that I've

24        conducted.

25            MS. BRIER:  So, Mr. Blonstein --
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 312 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

310

1          objection to foundation and outside the

2          scope.

3                  And, Mr. Blonstein, to the extent

4          that you can verify and know the

5          information that he's asking you about,

6          you can answer in that context and that

7          context only.

8    BY MR. CREWS:

9          Q.   Perhaps first we can start, would

10   the flow of funds from a personalized

11   deposit address into Celsius's wallet

12   No. 5, into a frictional wallet, is that

13   consistent with your understanding of how

14   transfers work with Celsius?

15                 MS. BRIER:  Objection to form.

16         And outside the scope.

17                 THE WITNESS:  Should I -- okay to

18         answer, or...

19                 MS. BRIER:  That question you can

20         answer.  To the extent he's asking you

21         questions about this chart, I would

22         answer if you know and understand that

23         what's there is true, and only if you

24         know what's there is true.

25                 THE WITNESS:  I think some of

311

1    this is in line with my declaration on

2    the custody -- my concern -- my custody

3    declaration and the flow of coins

4    between wallets.

5        So the personalized deposit

6    address in the declaration, we call

7    those the bridge -- bridge wallets, and

8    those were periodically swept to a main

9    wallet, which maybe you're calling

10   wallet No. 5.

11       And then that is true that

12   periodically assets were moved from the

13   main wallet into frictional.  Also

14   true.

15       I mean, you know, my

16   understanding is that, like, because

17   this is a pooled account -- a pooled

18   wallet, it's not -- I don't think it's

19   like a -- it's not necessarily a good

20   conclusion to make that if you're

21   saying that the customer on the

22   right -- the customers on the right

23   were -- that's what I think your

24   question was.

25       Should the customers on the

312

1          right -- or should the customer on the

2          left think that the customers on the

3          right were withdrawing his coins -- his

4          or her coins, is that -- that was

5          your...

6    BY MR. CREWS:

7          Q.   Yeah.  Essentially, I think I'd

8    agree with you that when it comes to --

9    it's essentially similar to once you have

10   commingled funds in an account, you can't

11   specifically say that, you know -- like,

12   it's basically if you're pulled over by a

13   cop and you say, I pay your salary.  You

14   can't really say that, although maybe it's

15   true in a sense.

16         A.   Uh-huh.

17         Q.   But I suppose it was -- do you

18   think that -- put it this way, is there any

19   measure that Celsius has taken to prevent

20   commingling such that customer A wouldn't

21   think that their funds are just going to

22   pay out departing customers?

23              MS. BRIER:  Objection to form.

24         This is far outside the scope of the

25         terms of use issues that we're here to

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC                                                                    Oren Blonstein
           Oren Blonstein Deposition Transcript (Redacted)   Pg 315 of 468
                                   Confidential                        November 22, 2022

313

1   discuss today.

2          You can answer, if you know.

3          THE WITNESS:  Yeah, I mean,

4   it's -- yeah, it's pretty far outside

5   of what I worked on.  You're asking

6   about what measures were in place to --

7   you know, because of the -- what

8   measures were in place to potentially

9   prevent something like that from

10  happening.

11         Funds were commingled.  Coins

12  were commingled.  So it's very hard to

13  make that conclusion.

14         Like, you know, you're not -- in

15  this diagram, you're not necessarily

16  reflecting that other withdrawals might

17  have been made at this time to --

18  sorry, not withdrawals -- deployments

19  may have been made from wallet No. 5

20  to, you know, institutions that were

21  borrowing or to DeFi.

22         You know, other customers may

23  have deposited -- the same customers,

24  for instance, that you're showing on

25  the right may have also deposited.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 316 of 468    Oren Blonstein
Confidential    November 22, 2022

314

```
 1              So there's a lot of other -- so

 2         there's a lot of other possibilities.

 3              And I think, you know, the --

 4         this is why generally a lot of the CeFi

 5         crypto industry, the centralized crypto

 6         industry has defaulted to this kind of

 7         setup is that operationally this is

 8         simpler to manage.  You're not trying

 9         to have to track individual user coins

10         and -- you know -- you know, the

11         simplicity of having a pool of assets.

12              But, yeah -- so, I mean, that's

13         my answer.

14    BY MR. CREWS:

15         Q.  I'd like to move on to questions

16    regarding the API agreement with partners.

17              Are you aware that Vermont issued

18    a cease and desist letter, Docket

19    No. 22-021-S?

20              MS. BRIER:  Objection to form.

21         Outside the scope.

22              THE WITNESS:  I mean, I was aware

23         that there were many -- many states

24         were sending us -- yeah, we were --

25         yes.  I mean, I don't know -- actually
```

315

1        know of that specific document, but I

2        do remember Vermont had sent us -- had

3        sent us something.

4    BY MR. CREWS:

5        Q.   I have this excerpt from

6    Vermont's letter that I'd like you to read,

7    Sections 27 through 28.  And then 29 as

8    well.  I could read aloud.  It's about the

9    Celsius API partner program.  27 says --

10            MS. BRIER:  Can you read this,

11        Oren?

12            THE WITNESS:  I can't read what's

13        on the screen.

14            MR. CREWS:  I can make it bigger.

15            MS. BRIER:  And, Mr. Crews, can

16        you give us more detail on what you're

17        showing?  I can't read it myself.

18            MR. CREWS:  Yeah.  This is

19        describing the Celsius API partner

20        program in the letter that Vermont

21        sent.

22            MS. BRIER:  What page are you on,

23        for the record?

24            MR. CREWS:  It's on page 6 of the

25        document.

316

1            MS. BRIER:  Okay.  I'd object to

2       the document as outside the scope.

3            You can continue with your

4       questioning, but I just want to make

5       sure Mr. Blonstein could read it.

6    BY MR. CREWS:

7       Q.   Sure.  It's essentially setting

8    the foundation for what the API partner

9    program was.

10      A.   Was that a question for me,

11   sorry?

12      Q.   No.  That's my statement.  And

13   I'm wondering if you would agree that this

14   is a fair characterization of the API

15   partner program.

16           MS. BRIER:  Objection to form.

17       Outside the scope.

18           It's showing an incomplete

19       document.

20           Can you see it?

21           (Whereupon, Exhibit 10 was marked

22           for identification.)

23           THE WITNESS:  Could you click on

24       the plus icon one more time?

25   ///

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 319 of 468   Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

317

1   BY MR. CREWS:

2       Q.   Yeah, yeah.

3       A.   Thanks.

4            (Pause for reading/reviewing.)

5       A.   Okay.  Yeah, I read it.  I mean,

6   yeah.

7            Just, like -- like, was

8   mentioned, you know, I'm only seeing a

9   portion of the document.  It's not

10  something I'm, like, super familiar with.

11  But I can read what's on the screen.

12      Q.   And would you agree with the

13  characterization in this last sentence

14  that, "Apart from the difference in how the

15  Celsius earn account is accessed,

16  individual retail customers of API partners

17  offering the segmented account option are

18  subject to the same rights, benefits, terms

19  and conditions as Celsius' own Celsius earn

20  account investors."

21           MS. BRIER:  Objection to form.

22      Outside the scope.  Lack of foundation.

23           THE WITNESS:  Yeah.  Just as a

24      statement, like, I was not on the

25      partnership's team.  The -- I don't

1    think a single partnerships

2    relationship was -- was -- was set up

3    from the time that I became the CCO.

4         So, like, any discussions with

5    the partners, any of the, like, details

6    about how that integration worked, all

7    that stuff would have been worked out

8    before I was the CCO.

9         So if I was the CCO during the

10   time when one of those partnerships was

11   being integrated or implemented,

12   there's a higher chance that I would

13   have been familiar with the details of

14   it.

15        But stuff that was done

16   historically, I primarily cared about,

17   you know, do we know who those

18   customers -- are we fulfilling our --

19   our obligations under the Bank Secrecy

20   Act and sanctions laws just to make

21   sure that we -- you know, either we

22   under -- you know, we've -- we're

23   relying on the representations of that

24   partner, that they're performing KYC

25   and sanction screening, or we are doing

319

1        that review of their customers

2        directly.

3               But, yeah, so, like, the details

4        of this, that sounds right, but I also

5        was not -- I was not involved in

6        that -- in setting these up.

7    BY MR. CREWS:

8        Q.   Do you know who was involved in

9    setting them up?

10               MS. BRIER:  Objection to form.

11        Outside the scope.

12               THE WITNESS:  So we had a

13        partnerships team, and any -- any kind

14        of contract -- anything that had

15        regulatory implications would have gone

16        through our legal team and our

17        regulatory team.  So partnerships would

18        have brought that to those two teams.

19    BY MR. CREWS:

20        Q.   And the mention here of the API

21    partner customers being offered the same

22    rights and benefits, would that also

23    include notice of terms of service changes?

24               MS. BRIER:  Objection to form.

25        Outside the scope.  And lack of

320

1        foundation.  And incomplete reference

2        to the sentence, but you can answer.

3            THE WITNESS:  Yeah, just in

4        preparation for the declaration, this

5        was one of the topics that we confirmed

6        that -- sorry, that I confirmed that,

7        you know, just given also that a lot of

8        this -- a lot of -- you know, this

9        declaration and the research that was

10       done, the people on the partnerships, I

11       think that entire team is gone.

12           So to the extent that we were

13       able to verify it, our understanding --

14       my understanding is that in every case

15       of the terms of service or terms of use

16       changing, the person on the

17       partnerships team that managed that

18       relationship notified the partner and

19       made sure that either through the API

20       or through some other method, their

21       customers were made aware of the

22       change.

23   BY MR. CREWS:

24       Q.   And in Document 1406, page 8,

25   there was a response consistent with that

321

1  in the third paragraph of that document.

2  I'll give you a moment to pull it open.

3        A.   Sorry.  You said 1406?

4             MS. BRIER:  Yeah.  Which document

5        are you talking about?

6             MR. CREWS:  Document 1406.

7             MS. BRIER:  Got it.  Thanks.

8        Exhibit 6.  Thanks.

9             THE WITNESS:  Sorry.  And you

10       said what page?

11  BY MR. CREWS:

12       Q.   Page 8 and specifically the third

13  paragraph of the response to question 4.

14  It's essentially what you're saying, that

15  Celsius -- agreements with partners

16  required them to have their customers

17  accept the terms.

18       A.   Yep.

19       Q.   I'm wondering if you could talk a

20  bit more about what Celsius did to verify

21  that the partners followed through with

22  these agreements.

23             MS. BRIER:  Objection to form.

24             THE WITNESS:  Yeah.

25        Unfortunately, I don't have -- I don't

322

1        have that -- those details.  Yeah, I

2        don't have those details.

3   BY MR. CREWS:

4        Q.   Is there a way for us to find out

5   those details at a later point?

6        A.   We'd have to talk -- we'd have to

7   try to find -- yeah, maybe -- it would be

8   with our -- either legal or regulatory team

9   to see if we have that information.

10       Q.   Okay.  And then one last

11  question.

12            The response here mentions that

13  for terms of use Version 6, Celsius was

14  working with its API partners.

15            There's no mention of Version 8.

16  Do you know if that was also treated

17  similarly?

18       A.   So I can say that generally in

19  a -- I don't know every single API partner

20  off the top of my head, but generally, the

21  API partners tended to be outside of the

22  U.S.

23            And Version 8 only was relevant

24  for U.S.-based customers, because this was

25  the release of the custody product and

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 325 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

323

1  those -- those other changes.  So beyond

2  that, yeah, that's the extent of my

3  knowledge on that.

4      Q.  So just to make sure I'm

5  understanding you correctly, are you saying

6  that the creation of custody then wouldn't

7  affect international users?

8      A.  Yeah, that's correct.  Custody

9  accounts were only available to U.S.

10  customers.

11      Q.  And to the extent that there's a

12  shortfall of ability to fund withdrawals,

13  could international accountholders be

14  disadvantaged by not having had access to

15  custody?

16          MS. BRIER:  Objection to form.

17      Outside the scope.

18          THE WITNESS:  Disadvantaged by

19      not having...

20          Yeah, I don't know the -- yeah, I

21      don't know -- I don't know how to

22      answer that question, yeah.

23          MR. CREWS:  That's it for me.

24      Thank you.

25          MS. BRIER:  And before we move on

324

1  to the next pro se creditor, could we

2  please get a time check on the record.

3        THE VIDEOGRAPHER:  The time is

4  currently 5 hours and 26 minutes.

5        MS. BRIER:  Okay.  So we've got a

6  little over an hour and a half, folks,

7  left.  If you want to figure out how to

8  divide up that time.

9        And whoever the next pro se

10  creditor up is.

11        THE STENOGRAPHER:  Can we go off

12  the record real quick?

13        MS. BRIER:  Yeah.  We'll go off

14  the record right now.

15        (Comments made while videographer

16        attempted to go off Zoom.)

17        THE VIDEOGRAPHER:  So the time is

18  currently 5:06 p.m.  This concludes

19  Media Unit No. 3 of today's testimony,

20  and we are off the record.

21        (Whereupon, a recess was taken at

22        5:06 p.m.)

23        THE VIDEOGRAPHER:  All right.

24  The time is currently 5:26 p.m.  This

25  is Media Unit No. 4 of today's

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 327 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

325

1          testimony, and we are back on the

2          record.

3                    EXAMINATION

4    BY MR. HERMANN:

5          Q.   Great.   Hello.   This is Immanuel

6    Hermann, pro se creditor, and my first

7    question is related to post-pause and

8    post-petition transfers.

9                Were some users allowed to

10   transfer funds from earn to custody after

11   the pause?

12               MS. BRIER:   Objection to form.

13          Outside the scope.   Foundation.

14               You can answer.

15               THE WITNESS:   My understanding is

16          that some customers were able to make

17          those transfers only as it relates to

18          paying off -- paying off their loans or

19          making margin calls.   That's my

20          understanding.

21   BY MR. HERMANN:

22          Q.   Were any digital assets

23   transferred from earn to custody after the

24   pause by Celsius without request from

25   customers?

326

1              MS. BRIER:  Objection to form.

2         Outside the scope.

3              You can answer.

4              THE WITNESS:  Not to my

5         knowledge.

6    BY MR. HERMANN:

7         Q.   Were any digital assets returned

8    to customers post-pause?

9              MS. BRIER:  Objection to form.

10        Outside the scope.

11             THE WITNESS:  Not to my

12        knowledge.

13   BY MR. HERMANN:

14        Q.   Did Celsius settle with any

15   customers after the pause but prepetition?

16             MS. BRIER:  Objection to form.

17        Outside the scope.

18             THE WITNESS:  Not to my

19        knowledge.

20   BY MR. HERMANN:

21        Q.   All right.  ███████████████

22   ████████████████████████████████

23   ██████████

24             MS. BRIER:  Objection to form.

25        Far outside the scope.

327



```
1
2
3
4
5
6
7
8
9
10          MS. BRIER:  Objection to form.
11     This is far outside the scope.
12          But you can answer.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

328

1    BY MR. HERMANN:

2        Q.    

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19            MS. BRIER:  Objection to form.

20            THE WITNESS:   Sorry.

21    BY MR. HERMANN:

22        Q.

23

24

25

329

1           MS. BRIER:  Objection to form.

2      Outside the scope.

3

4

5

6

7

8

9    BY MR. HERMANN:

10        Q.

11

12

13

14           MS. BRIER:  Objection to form.

15

16

17

18

19

20   BY MR. HERMANN:

21        Q.   Great.  Thank you.

22           So I have some questions now

23   about loans, but they are related to earn,

24   and then -- and then I'll ask you to turn

25   to some documents.



22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -

In Re - Celsius Network LLC

Oren Bronstein Deposition Transcript (Redacted)   Pg 332 of 468

Confidential

Oren Blonstein

November 22, 2022

330

```
 1              I want to start with a question
 2    about what happens to title when somebody
 3    takes out a loan.
 4              When a user who had coins in earn
 5    takes out a loan, what exactly happens --
 6    let me rephrase the question.
 7              When a user who has coins in earn
 8    takes out a loan, what exactly happens to
 9    the coins on the blockchain?  Let's start
10    with that.
11              MS. BRIER:  Objection.  Outside
12         the scope.
13    BY MR. HERMANN:
14         Q.   The collateral -- let's say that
15    you had two Bitcoins in -- let me rephrase
16    again.  My apologies.
17              Let's say that you had one
18    Bitcoin in earn and then you take out a
19    loan against that Bitcoin so that that
20    becomes collateral.
21              What happens on the blockchain to
22    that Bitcoin?
23              MS. BRIER:  Objection.  Outside
24         the scope.  Object to form.
25              You can answer, Mr. Blonstein, if
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC  Deposition Transcript (Redacted)    Pg 333 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

331

1     you know.

2          THE WITNESS:  So where the coins

3     were part of -- were enrolled in the

4     earn program or part of the earn

5     program, there wouldn't be any

6     different treatment of those coins on

7     the -- you know, there was not -- there

8     wasn't, like, some -- a blockchain

9     event that would take place when a

10    customer elected to take out a loan

11    from their assets -- or using the

12    assets that were enrolled in the earn

13    program.

14          And you asked the other question

15    about, you know -- and, actually, I

16    think that this was similar to a

17    question that was asked earlier.

18          The main -- the main thing that

19    would change would be the customer

20    would forego the rewards that they

21    would earn otherwise by having their

22    assets in the earn program.

23  BY MR. HERMANN:

24    Q.   And what happens to the coins in

25  term of Celsius's internal recordkeeping?

332

```
 1   It sounds like -- so you're saying -- just

 2   to clarify before we move on to this next

 3   question, nothing on Fireblock has changed,

 4   the earn wallet -- there's no special

 5   wallet for loans or anything like that,

 6   nothing -- at least in realtime, nothing

 7   happened to the blockchain.

 8            MS. BRIER:  Objection to form.

 9       Outside the scope.

10            You can answer.

11            THE WITNESS:  That's correct, to

12       my understanding.

13   BY MR. HERMANN:

14       Q.   Okay.  And then what happens to

15   the coins in terms of Celsius's internal

16   recordkeeping.  So if somebody took a one

17   Bitcoin loan, it was earned, now it's

18   collateral, how is that marked internally?

19            MS. BRIER:  Object to form.

20       Outside the scope.

21            THE WITNESS:  Okay to answer?

22            MS. BRIER:  You can answer.

23            THE WITNESS:  Yeah.  And this was

24       in some of the -- you know, the

25       hundreds of documents that were
```

333

1          submitted the last few months.

2                  But, like, a -- you know, there's

3          a -- there would have been a

4          transaction entry for those assets

5          converting to collateral for a loan.

6          So there would have been a ledger

7          transaction.

8                  And that was obviously -- that

9          was important for the ledger software

10         to be able to distinguish between

11         assets where we needed to pay the

12         customer yield based on those assets

13         being enrolled in earn versus when they

14         converted -- you know, when the

15         transaction took place to turn those

16         assets into collateral, we stopped

17         paying yield on those.

18                 So we needed to -- there needed

19         to be a transaction in the ledger to

20         make sure that they were accounted for

21         properly.

22    BY MR. HERMANN:

23         Q.   Okay.  What do you believe

24    happens contractually when someone took out

25    a loan?  Did the collateral move out of

334

1    earn contractually and into the loan

2    program?

3            MS. BRIER:  Objection to form.

4            THE WITNESS:  I mean, there's a

5        loan agreement that covered that.  I

6        don't -- I'm not -- I'm not familiar

7        enough with it to tell you

8        contactually -- I mean, other than what

9        I've described, which is that, you

10       know, those assets -- the assets that

11       were in the earn program were

12       transferred to Celsius, and in -- when

13       a customer took a loan, those assets

14       were -- were then treated as

15       collateral.

16           Yeah, yeah, so just to go back to

17       my first answer on this, I'm not

18       familiar enough with the loan agreement

19       at this time.  I need to refresh my

20       memory by reviewing that document if

21       you want a better answer.

22   BY MR. HERMANN:

23       Q.   Okay.  We'll do that in a moment.

24           When someone took out a loan -- I

25   guess I was going to ask if you think that

335

1  the collateral remains Celsius's property,

2  but maybe we should just get you opening up

3  the document here.

4          Can you turn to page 932.  I

5  think it's Exhibit 8, the declaration of

6  Alex Mashinsky.

7          Actually, let's say page 933.

8  I'm going to ask you some questions, but if

9  you would like to go off the record to read

10 this through or something, we can do that.

11         MS. BRIER:  So, Mr. Hermann, I

12      think, first, that I don't know that

13      Mr. Blonstein has that set of pages.

14      We had an excerpt of the terms of use,

15      and it's only the changes from

16      Version 5 to Version 6.  So it stops at

17      page --

18         THE WITNESS:  395.

19         MS. BRIER:  390 -- yeah, I think

20      there might be one more page there --

21      397.

22         So he doesn't have pages 900 in

23      front of him, so he's looking at

24      something else.

25         MR. HERMANN:  All right.  Then

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 338 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

336

1        what I'm going to do is I'm going to

2        share my screen; however, you're

3        probably going to object saying it's

4        incomplete or something.  Nevertheless,

5        I have some questions, and we can -- I

6        can ask them.

7               So let me just share my screen

8        really quick.  We can go from there.

9    BY MR. HERMANN:

10       Q.   All right.  So here is -- this is

11   page 933, for the record, of the

12   declaration of Alex Mashinsky.  And we are

13   on paragraph 2 of the section entitled

14   "Eligibility Application."

15              MS. BRIER:  And, Mr. Blonstein --

16   BY MR. HERMANN:

17       Q.   Can you see this, Mr. Blonstein?

18       A.   Yeah, if you could, maybe,

19   increase the magnification a bit.

20              Yeah, that's better.  Thank you.

21       Q.   Yes, of course.

22              So my first question here is

23   about, a loan application is approved and

24   binding upon Celsius and you -- only after

25   Celsius has approved your loan application.

337

1          So, therefore, do you agree that

2    the assets remain -- let's say that the

3    collateral is in earn.

4          Do you agree that it remained in

5    the earn program until Celsius approved the

6    loan application?

7               MS. BRIER:  Objection to form.

8          Outside the scope.

9               And for clarity of the record,

10         Mr. Hermann, are these highlights your

11         highlights?

12              MR. HERMANN:  Yes.

13              MS. BRIER:  Okay.

14              You can answer.

15              THE WITNESS:  Yeah, I mean, based

16         on what I'm seeing on the page, I

17         agree.

18   BY MR. HERMANN:

19         Q.   And then "Celsius shall have the

20   right to reject any loan application in its

21   sole discretion."

22         Do you agree that this means the

23   loan is only initiated after Celsius

24   approves the loan?

25              MS. BRIER:  Object to form.

338

```
 1              THE WITNESS:  Yeah.  Again, based

 2         on what's there and not having

 3         refreshed my memory by re-reading these

 4         documents recently, but, yeah, based on

 5         what I see, agree.

 6    BY MR. HERMANN:

 7         Q.    Thank you.

 8              And now we're under the early

 9    repayment section on page 935 of the

10    declaration of Alex Mashinsky, No. 6.

11    "Should you make a full early repayment of

12    your loan in accordance with the terms

13    hereof, Celsius shall release the

14    collateral to your Celsius accounts within

15    10 days of your full repayment.  Upon

16    Celsius' release of the collateral, the

17    loan shall be immediately and automatically

18    terminated."

19              Does this paragraph, to you,

20    indicate that the collateral is treated

21    differently from a deposit in the earn

22    program?

23              MS. BRIER:  Objection to form.

24              THE WITNESS:  No -- yeah -- no.

25         I mean, I don't think I see any
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 341 of 468
Oren Blonstein
Oren Blonstein
November 22, 2022
Confidential

339

1    reference to earn.

2          So, like, yeah, this doesn't --

3    your question is, like, does this

4    paragraph make it clear that there's a

5    difference between how earn is -- or

6    assets in earn or assets in collateral

7    are treated.  I don't see that

8    delineated in that paragraph.

9   BY MR. HERMANN:

10        Q.   Right.  It's not delineated in

11   the paragraph that the assets are treated

12   differently.  However, is it clear that the

13   collateral is collateral?

14          You're using the word

15   "collateral."  And that it can be released

16   into the account upon repayment?

17          MS. BRIER:  Objection to form.

18          THE WITNESS:  It is clear --

19    yeah, I mean, based on, you know, what

20    that paragraph says, it is clear what

21    you said.  I mean, it says that pretty

22    much verbatim.

23   BY MR. HERMANN:

24        Q.   Would you agree that when

25   somebody takes out a loan, there's a

340

1    bunch -- there's a transaction.  There's a

2    transfer from earn to loan, so -- so it's a

3    transfer out of earn -- so if you transfer

4    one Bitcoin out of earn, you transfer it

5    into the loan program, it becomes

6    collateral?

7                MS. BRIER:  Objection to form.

8         Outside the scope.

9                THE WITNESS:  I agree, like,

10         the -- there -- we have, you know,

11         agreements in place that cover the

12         different relationship between the

13         customer and Celsius and their assets

14         based on the product that they're

15         using.

16              So there's an agreement that our

17         terms of use covers, you know, the

18         earn, the use of, you know, coins that

19         customers transfer to Celsius for earn

20         and there's, you know, similar language

21         for coins that are used for -- used as

22         collateral for the loans program.

23    BY MR. HERMANN:

24         Q.   Great.

25              We're now on page 940 of the

341

```
 1   declaration of Alex Mashinsky.  Under the

 2   section "Borrower's Representations."

 3            "You hereby represent and warrant

 4   to us that, as of the loan effective date

 5   and throughout the loan term:  1)  You are

 6   the sole owner of all digital assets used

 7   in connection with the loan (including the

 8   collateral and any margin call delivery)."

 9            Do you agree that this is clear

10   and unambiguous that the person taking out

11   a loan is the sole owner of all digital

12   assets used in connection with the loan?

13            MS. BRIER:  Objection to form.

14       This is outside the scope and calls for

15       legal conclusion.

16            You can answer.

17            THE WITNESS:  Yeah, kind of

18       similar to the question that I was

19       answering right before this.

20            When I -- you know, at times

21       where I've reviewed this, my interest

22       in this -- like, I was glad to see this

23       to the extent that from -- in my

24       compliance in anti-money laundering and

25       sanctions, you know, role or capacity,
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 344 of 468
Oren Blonstein
November 22, 2022
Confidential

342

1    that I could be sure that people that

2    were transferring assets into the

3    company were the owners of those assets

4    and that they weren't doing it on

5    behalf of someone else.

6         I -- I can understand your point.

7    I agree that it's -- it is maybe not

8    clear enough that -- like, my reading

9    of this is that the person is the sole

10   owner of it prior to them sending the

11   assets to Celsius, but I can -- I can

12   understand your reading of it.

13   BY MR. HERMANN:

14        Q.   Okay.  So are customers the sole

15   owner of the coins in their earn accounts?

16        When they sign this contract and

17   Celsius has not yet approved the loan;

18   therefore, the loan is uninitiated.  You've

19   asked customers to sign a representation

20   that there's a sole owner of the coins, and

21   your previous testimony says that the coins

22   were in the earn account, and they remain

23   in the earn account while Celsius

24   considers -- so take someone who has

25   applied but not yet gotten approved for a

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 345 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

343

```
1    one Bitcoin loan.

2              In this stage, their coins are in

3    earn.  They've now signed a representation

4    that they're the sole owner of the coins.

5              Does Celsius have an ownership

6    interest in those coins?

7              MS. BRIER:  Objection to form.

8         Outside the scope.  Calls for a legal

9         conclusion and incomplete hypothetical.

10             THE WITNESS:  Yeah.  I mean, I

11        think that this gets to, you know,

12        interpretation of this -- you know,

13        from a legal -- a legal interpretation

14        of this.  So I'm not the right person

15        to answer.

16   BY MR. HERMANN:

17        Q.  All right.  We're now on

18   number 3.  "You represent and warrant that

19   all digital assets used in connection with

20   the loan are not owned, controlled,

21   received from, or are held on behalf of,

22   any individual or legal entity subject to

23   sanctions, embargoes, or trading

24   restrictions," blah, blah, blah.

25             I understand you are probably
```

344

1   going to say this is AML stuff.

2          My related question to this is:

3   Do you take the position if Celsius owned

4   the assets, was Celsius, at this point,

5   subject to any sanctions, embargoes or

6   trading restrictions administered or

7   enforced by any national or international

8   government or organization?

9          MS. BRIER:  Objection to form.

10      Outside the scope.  Showing him an

11      incomplete section of a full document.

12          But you can answer.

13          THE WITNESS:  I don't know what

14      the intent was in the crafting of this

15      agreement.  I wasn't, you know, part of

16      the -- the -- I didn't draft it.  I

17      didn't review or approve it.

18          And, you know, I think you asked

19      a question about, like, do I view this

20      as -- you know, of -- of Celsius having

21      to represent that we weren't subject to

22      sanctions?  I didn't view it that way.

23   BY MR. HERMANN:

24      Q.   All right.  And then number 4,

25   "You are validly authorized to carry out

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 347 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022
345

1    transactions using such digital assets,

2    and..."

3            So, again, here in number 4 we're

4    seeing "you are validly authorized," and it

5    references the digital assets; it doesn't

6    reference a security, a loan, whatever we

7    call earn.  It talks about the digital

8    assets themselves as the native thing.

9            And that it's not on behalf of

10    any person or entity.  And, again,

11    remember, we're talking about -- you know,

12    let's, again, assume the situation is that

13    this is a pending loan application, so the

14    coins remain in earn.

15            You've asked the borrower to sign

16    a representation that they're validly

17    authorized to carry out the transactions

18    and not on behalf of any other person or

19    entity.

20            In your opinion, was the person

21    taking out the loan actually doing it on

22    behalf of Celsius, because they're

23    withdrawing -- if your position is that

24    they're withdrawing the collateral from

25    earn, then actually are they withdrawing it

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 348 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

346

1   on behalf of Celsius and depositing --

2   depositing it into the loans program?

3              MS. BRIER:  Objection to form.

4         There's a lot there.

5              If you understand it, you can

6         answer.

7              THE WITNESS:  Yeah.  I mean, I

8         think you're making the same kind of

9         point as the items above it.

10             So I understand the point that

11        you're making.  I didn't formulate this

12        agreement, didn't approve it, didn't

13        review it.  Wasn't involved in drafting

14        it.  So I can't really comment on it.

15  BY MR. HERMANN:

16        Q.   Okay.  And then the last one is

17  number 5.  "For the duration of the term,

18  all digital assets used in connection with

19  the loan..."

20             So I think this one speaks to

21  after the loan is approved, let's just say,

22  because it does say "for the duration of

23  the term," and the term only starts when

24  it's approved.

25             But it says, "free from any

347

1    claims, indebtedness, liens or a

2    third-party interest."

3           Would you agree that the earn

4    program, the way you describe it, has

5    things like claims, liens or third-party

6    interest?

7           MS. BRIER:  Objection to form.

8        Outside the scope.

9           But go ahead.

10          THE WITNESS:  Yeah, just

11       consistent with the other -- the other

12       items -- I'm sorry, consistent with my

13       other responses.

14          I can't really speak to the

15       legal -- you know, the legal -- the

16       reasons why this was drafted in this

17       way.

18   BY MR. HERMANN:

19       Q.   Great.

20          Now I'm going to ask you to turn

21   to the Celsius terms of use Version 8,

22   which is on page 522 of the declaration of

23   Alex Mashinsky.

24          Do you -- I think you said that

25   was cut off, which I'm surprised, because

348

1    this is the standards here that we're

2    supposed to be talking about.

3                Do you have that available,

4    page 522?

5                MS. BRIER:  Mr. Hermann, what we

6           have -- what he has in front of him is

7           an exhibit that the UCC used that

8           showed exhibit -- changes from

9           Version 5 to Version 6, which are the

10          ones that they asked about, so that's

11          what he has in front of him.

12                MR. HERMANN:  Got it.  Okay.  So

13          I'll just continue to share my screen.

14   BY MR. HERMANN:

15          Q.  So just confirming,

16   Mr. Blonstein, you did review the terms of

17   use Version 8 in preparation?

18          A.  I did.

19          Q.  Okay.  So you should at least be

20   familiar with this then, and so I'll just

21   share my screen and zoom it in for you.

22                So we're now on page 522 of the

23   declaration of Alex Mashinsky, and I'm

24   under the section that says, "Beginning

25   April 15, the modification date, the

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)   Pg 351 of 468
Oren Blonstein
November 22, 2022
Confidential

349

1    following terms shall apply for all users

2    in the United States."

3           So it says that any eligible

4    digital asset transferred to your Celsius

5    account on or after the modification date

6    will be initially transferred to our

7    custody wallet as a part of the custody

8    service.

9           In your opinion, should

10   collateral from a paid-off loan or a

11   liquidated loan under this language have

12   been transferred into custody for all

13   United States users?

14          MS. BRIER:  Objection to form.

15      Outside the scope.

16          THE WITNESS:  The practice at the

17      company was that where -- where

18      possible, when a loan was paid off, we

19      would return the collateral assets to

20      the account from where it originated.

21          So if the collateral originated

22      in an earn account when the loan was

23      paid off, we would return the

24      collateral to the earn account.  If the

25      loan collateral originated from the

350

1      custody account, if the loan were paid

2      off, it was returned to the custody

3      account.

4   BY MR. HERMANN:

5      Q.   What was the contractual basis

6   for that practice?

7           MS. BRIER:  Objection to form.

8           THE WITNESS:  Yeah, it wasn't my

9      decision.  I wasn't involved in the

10      drafting of any of these things.  I'm

11      just -- I'm just kind of sharing with

12      you what the practice was.  So I can

13      look into that further, or -- but,

14      yeah, I don't have the answer for that.

15          MS. BRIER:  And, Mr. Hermann,

16      before your next question, I think

17      someone in the room might have a copy

18      of those pages.

19          MS. CORNELL:  Yeah, I have copies

20      of Version A -- [audio distortion].

21          (Comments made off the written

22          record to gather documents.)

23   BY MR. HERMANN:

24      Q.   For my next question -- well, let

25   me know when you have it.

351

1        MS. CORNELL:  Mr. Hermann, do you

2     want to mark this as a separate

3     exhibit, the terms of use 8?

4        MR. HERMANN:  Yes, please.  Terms

5     of use, 8 and loans terms of service,

6     9.

7        MS. BRIER:  Well, we don't have a

8     copy of that one right now, but we do

9     have a copy in front of us of terms of

10     use Version 8 for now.

11        MR. HERMANN:  Okay.  Yes, please

12     mark that as a separate exhibit.  I

13     have -- the page numbers here are

14     consistent with your page numbers --

15     the page numbers on my screen are

16     consistent.

17           (Whereupon, Exhibit 11 is marked

18           for identification.)

19  BY MR. HERMANN:

20     Q.   All right.  So my next question

21  is about what you call the earn termination

22  events.

23           So, you know, it's -- basically

24  says here that if you use an asset in

25  something other than earn, including the

352

```
 1   borrow service, that that would constitute

 2   an earn service termination event.  That's

 3   on page 523.

 4          Do you agree that depositing

 5   something into -- or that taking out a loan

 6   was an earn-- was an earn service

 7   termination event?

 8          MS. BRIER:  Objection to form.

 9       Calls for a legal conclusion.

10          THE WITNESS:  That's in line with

11       my -- with what I was describing

12       earlier as my understanding of what

13       was, like, practically happening for

14       customers, which was that the main

15       benefit that customers got out of

16       having their assets in the earn program

17       was receiving rewards.

18          And when you initiated a loan,

19       you stopped receiving rewards, so it

20       makes sense -- if that was going to be

21       categorized as an earn service

22       termination event, that makes sense to

23       me.

24   BY MR. HERMANN:

25       Q.   Okay.  Thank you.
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 355 of 468   Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

353

1           And then, you know, it looks to

2     me -- at first I thought there was an

3     accredited, nonaccredited issue, but,

4     actually, we can go over the language for

5     both accredited or nonaccredited, it looked

6     pretty -- pretty much the same to me.  I

7     can make sure you agree.

8           So it basically says for

9     nonaccredited here, that if -- if

10    any eligible digital asset is subject to an

11    earn service termination event, you will

12    not have access to the earn service

13    thereafter.

14          So essentially this means -- does

15    this mean, in your view, that if you pay

16    off a loan or if a loan is liquidated, that

17    the collateral should go into custody for a

18    nonaccredited user in the U.S.?

19          MS. BRIER:  Objection.

20          Mr. Hermann, were you summarizing

21       or reading in that question?

22          MR. HERMANN:  I was summarizing.

23          MS. BRIER:  Object to form.

24    BY MR. HERMANN:

25       Q.   Would you like me to restate?  I

354

```
 1    can restate.

 2              If you reside in the United

 3    States and are not registered with Celsius

 4    as an accredited investor, a nonaccredited

 5    U.S. user, any eligible digital asset that

 6    is subject to an earn service termination

 7    event will not have access to the earn

 8    service thereafter.  Such eligible digital

 9    asset, however, may be used in Celsius's

10    other services subject to the terms herein.

11              Based on this, in your view,

12    should collateral for nonaccredited U.S.

13    users be placed in custody by Celsius upon

14    repayment or liquidation?

15              MS. BRIER:  Object to the form.

16         Outside the scope of this motion that

17         relates to earn.

18              But you can answer.

19              THE WITNESS:  Yeah, I'm not --

20         I'm not the right person to evaluate

21         the -- like, the -- the legal -- you

22         know, kind of the legal -- the legal

23         question there.  On the -- just as a

24         layperson, I would agree with your

25         conclusion.
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 357 of 468   Oren Blonstein
Confidential   November 22, 2022

355

1   BY MR. HERMANN:

2       Q.   Thank you.

3            And now turning to accredited

4   users on page 524, under terms applicable

5   to accredited to U.S. users, bullet

6   point 2, "If you are an accredited U.S.

7   user and have access to the custody service

8   via your Celsius account, any eligible

9   digital asset transferred to Celsius on or

10  after the modification date will initially

11  be transferred to a custody wallet, but may

12  thereafter be used in the earn service at

13  your discretion."

14           I have two questions for you

15  about this bullet.  The first bullet is,

16  when we look here, at least in your

17  understanding, the "have access to custody

18  service," this is referring to custody

19  space versus the cold space, correct?

20           MS. BRIER:  Objection to form.

21      Outside the scope.  Calls for a legal

22      conclusion.

23           But to the extent you have any

24      knowledge, you can answer.

25           THE WITNESS:  Did you say the

356

1        custody space versus the cold space?

2    BY MR. HERMANN:

3        Q.   No, no.  I said --

4        A.   All right.

5        Q.   If you're -- if -- an

6    accredited -- you know, I'll just skip that

7    question, actually.

8        A.   Okay.

9        Q.   That's fine.  So let me just ask

10   my next question.  So if -- you know,

11   again, I read this already in the record,

12   so I don't think I need to read it again.

13            So is your understanding here

14   that, you know, again, the collateral for

15   an accredited user, it would be transferred

16   first -- it should be transferred first to

17   a custody and only if they elect, could

18   they then redeposit it into earn?

19            MS. BRIER:  Objection to form.

20        The question's outside the scope, and

21        it's an incomplete hypothetical.

22            But to the extent you have

23        knowledge, you can answer.

24            THE WITNESS:  So, yeah, I'm not

25        totally sure I understood there.

357

1              But there are two scenarios that

2        I think you wanted to cover.  So one is

3        that an accredited U.S. user, when they

4        send in coins, those coins would start

5        out being treated as custody -- as

6        coins held in custody.

7              Then the customer would have the

8        ability to -- you know, would be able

9        to elect to transfer them to the earn

10       service.

11             And then as it relates to loans,

12       if loan was paid off, then the

13       collateral -- then the practice was

14       that the collateral would be returned

15       to the account from where it

16       originated.

17             And, again, I'm just -- I

18       understand what we're reading here does

19       not say that, but that was the

20       practice.

21   BY MR. HERMANN:

22       Q.   Understood.  So I understood -- I

23   understand the practice.  So I'm just going

24   to scroll through here.  I think that

25   concludes my questions on this particular

1    area.

2            Although, I have one final

3    question actually scrolling back, but I'll

4    just do it on the screen in the interest of

5    time here.

6            It really is kind of a question

7    after going through all of this with you.

8            My question here is -- we're back

9    to page 940 of the declaration of Alex

10   Mashinsky.

11           And my question here is, under

12   borrower's representation number 1, where

13   we started this whole line of questioning,

14   do you believe that this representation

15   that "You are the sole owner of all digital

16   assets used in connection with the loan"

17   creates ambiguity for customers who are

18   reading these contracts about the status of

19   earn customer deposits?

20           MS. BRIER:  Objection to form.

21       Calls for a legal conclusion.

22       Incomplete document shown on the

23       screen.

24           But to the extent you have

25       knowledge, you can answer the question.

                                                                    359

1          THE WITNESS:  Yeah, I mean, it's

2      hard for me to answer that from the

3      perspective of a -- from the

4      perspective of our customers.

5              And, again, like, not

6      understanding -- not knowing firsthand

7      the intent of the legal and regulatory

8      teams that might have worked on this --

9      this agreement, I don't know why it was

10     written this way.

11 BY MR. HERMANN:

12     Q.   Okay.  Because to me it seems

13 ambiguous.

14         And I think, you know, it's an

15 issue, because Celsius is taking the

16 position that the contracts are clear and

17 unambiguous.

18         Can you see a position that this

19 is actually -- for the entire earn program,

20 even for non-borrowers, that seeing this

21 language could make somebody reading this

22 who's -- let's just say you're mulling a

23 loan.

24         Okay.  Let's just say,

25 hypothetically, somebody didn't take a

360

1   loan.  They're just an earn customer.  They

2   just read this contract, okay?

3           As a layperson, if you read

4   number 1 under "Borrower's

5   Representations," would you believe that

6   you owned the coins that were the

7   collateral that were going to

8   hypothetically maybe, maybe not be the

9   collateral?

10          You're just considering taking a

11  loan.

12          MS. BRIER:  Okay.  Objection to

13      form.  That calls for a legal

14      conclusion and is an incomplete

15      hypothetical.  And I'm not positive

16      what language you're referring to.

17          But --

18  BY MR. HERMANN:

19      Q.  All right.  I can restate.  I'm

20  fine restating.  I'm actually not asking

21  you for a legal conclusion.  I'm going to

22  ask you as a layperson.

23          As a layperson, if you read the

24  language, you are the sole owner -- you

25  yourself, just as a person, if you just

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein    Deposition Transcript (Redacted)    Pg 363 of 468
Oren Blonstein
November 22, 2022
Confidential

361

```
 1   read this, you were thinking of taking a

 2   loan -- not somebody who took a loan.  You

 3   just read this.  It's a legal document from

 4   Celsius.

 5           You're just considering taking a

 6   loan, and it says, "You are the sole owner

 7   of all digital assets used in connection

 8   with the loan," if you're an earn

 9   depositor, would reading this make you

10   think that you owned those assets, yes or

11   no?

12           MS. BRIER:  Objection to form.

13       Calls for a legal conclusion and

14       incomplete hypothetical.

15           THE WITNESS:  Yeah.  I mean, if I

16       read that text on the page and, you

17       know, didn't know other -- didn't look

18       at any of the other terms of use, if I

19       had questions and I -- you know, and I

20       didn't follow up with someone at

21       Celsius to clarify, I agree, reading

22       that, it says what you're say -- it

23       says what you're saying, so, you know.

24   BY MR. HERMANN:

25       Q.   All right.  Well, that concludes
```

362

1    that section.

2              I want to see if anyone in the

3    chat -- I haven't actually been -- I just

4    want to do a quick time check here for

5    overall how much we have left.

6              MS. BRIER:  Can we please get a

7         time check on the record?

8              THE VIDEOGRAPHER:  We have been

9         on the record for six hours and five

10        minutes and counting.

11             MS. BRIER:  So we've got 55

12        minutes left.

13             MR. HERMANN:  Okay.  So then I

14        still have some more questions, and

15        then I'll pass -- I'll pass it off to

16        the next person.

17   BY MR. HERMANN:

18        Q.   So my next question is, has

19   Celsius made any adjustments to accounts

20   post-pause or post-petition?

21             An example of this may be

22   deleting bonuses, changing transaction

23   dates or times, changing deposits from

24   pending status to other status or any other

25   changes.

363

1          Could you just sort of do a brain

2    dump of all the changes that may have

3    happened, especially -- let's divide it

4    into two questions.

5          So let's say first for -- let's

6    say first for the pause, and then let's do

7    a separate one for -- for post-petition.

8          MS. BRIER:  Objection to form.

9       Outside the scope.

10          To the extent you understand the

11       question, you can answer it.

12          THE WITNESS:  Yeah, so I think

13       that we've talked about -- sorry,

14       sorry.  I'm certain that we've talked

15       about the pending withdrawals.

16          There were -- there were a number

17       of pending withdrawals that we -- that

18       were kind of stuck in limbo, meaning

19       that the -- the withdrawal had not --

20       the withdrawal had been initiated and

21       approved by the customer but not had

22       been fully processed by Celsius at the

23       time of the pause and withdrawals.

24          And so the consequence of that

25       was that customer accounts showed that

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -

In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 366 of 468    Oren Blonstein
Confidential    November 22, 2022

364

```
 1    the funds had been withdrawn, but

 2    the -- the coins had not actually been

 3    sent out.

 4         So that's an example of where we

 5    cleaned that up.  And I don't

 6    remember -- actually, I believe that

 7    that happened in early October where we

 8    basically canceled the withdrawal

 9    transaction, you know, credited back

10    the customer's account with the funds

11    that had been deducted from their

12    account since they had not actually

13    been withdrawn.

14         So that -- yeah, so that's one

15    example.

16         I believe -- can't remember all

17    of the things that you mentioned, but

18    there were some other instances where

19    bonuses and other kinds of promotional

20    things were reversed.

21         And some of those, you know,

22    could have been -- actually, I know

23    that some of those were related to

24    fraud and other financial crimes that

25    my compliance team was responsible for.
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)   Pg 367 of 468
Oren Blonstein
Confidential
November 22, 2022

365

1            Meaning that we were able to

2       identify customers that were in the

3       process of or were trying to commit

4       fraud, and we were able to -- because

5       of the pause in withdrawals and because

6       of the -- you know, for a variety of

7       reasons, we were able to identify that

8       fraud and stop the payout and

9       withdrawal of rewards that those --

10      that those customers might have

11      otherwise been able to, you know, earn

12      and withdraw.

13   BY MR. HERMANN:

14      Q.   All right.  Does Celsius have

15   records of the data before it was changed,

16   what changes were made?

17            MS. BRIER:  Objection to form.

18            But go ahead.

19            THE WITNESS:  Yeah.  Absolutely,

20      yeah.  Every change that -- every

21      change to a customer's balance should

22      be accounted for in our ledger.  So you

23      would see a reversal transaction in --

24      in each customer's -- in each

25      customer's transaction log.

366

```
 1  BY MR. HERMANN:

 2       Q.   Great.  And now I have another

 3  question.  This one's about sort of labels

 4  at Celsius.

 5            So, you know, there's been

 6  some -- I think I've seen in different

 7  declarations -- you know, just -- I think

 8  withhold was just called a label

 9  essentially at one point by Celsius.  I

10  don't have it in front of me.

11            You know, custody is sort of

12  treated as if it's something more than a

13  label, although I believe in your

14  declarations -- this is my first question.

15            Custody was never exactly

16  one-to-one matched with any deposits,

17  correct?

18            MS. BRIER:  Objection to form.

19       Outside the scope of the issues related

20       to the earn motion.

21            You can answer to the extent you

22       know.

23            THE WITNESS:  Yeah, the company

24       always endeavored to have one-to-one

25       matching for customers that had
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 369 of 468
Oren Blonstein
Oren Blonstein
November 22, 2022
Confidential

367

1   deposited assets that went to their --

2   you know, that were recorded on our

3   ledger as being part of the custody

4   program with the actual assets held in

5   the custody wallet.

6          Like what was in my declaration,

7   the -- because there was a process

8   where the coins flowed from their

9   deposit -- the personal deposit address

10  or the bridge wallet into main and then

11  were swept to the custody account.

12         You know, the balance in the

13  custody account at any given time may

14  not have exactly corresponded to what a

15  customer -- in the aggregate, what you

16  would get if you summed up all the

17  custody balances according to the

18  ledger.

19         So that was probably a little bit

20  of a word salad.  But the idea is the

21  ledger -- if you took a -- if you froze

22  at the moment in time when we performed

23  the reconciliation between the ledger

24  and the custody wallet, there should

25  have been a one-to-one match, and there

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 370 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

368

1          certainly was -- there was -- there

2          certainly was at many points in time.

3               Did they fall out of -- did --

4          was there a gap or difference in the

5          value between the custody -- the

6          aggregate custody balance according to

7          the ledger and the balance of coins

8          held in the custody wallet?

9               That would happen, let's say, one

10         microsecond after the reconciliation

11         was done just based on deposits and

12         withdrawal activity from customers.

13    BY MR. HERMANN:

14         Q.   Yeah.  I mean, I guess my

15    question is in terms of -- so

16    technically -- from a technical -- only a

17    technical perspective -- ignore everything

18    that happened on the backend.

19               When something is labeled

20    "withhold" or "custody" or "suspended" --

21    you know, I understand that there were

22    after-the-fact reconciliations, but -- and

23    that there was a wallet and Fireblocks.

24               But in terms of the just labeling

25    in the app, is there a technical difference

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 371 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

369

1    from the way "custody" was a label versus

2    "withhold" or "suspended" or "earn" being a

3    label, or are they just all labeled, and

4    then on the backend you do your thing to

5    reconcile?

6           MS. BRIER:  Objection to form.

7       Compound and outside the scope.

8           But you can answer to the extent

9       you know.

10          THE WITNESS:  Yeah, I mean, you

11      can say everything single thing in

12      there is a label because of the

13      difference between the ledger and the

14      actual coin movements.

15          So even your balances in earn are

16      a label.  Your balances in -- yeah,

17      it's all a label, because those two

18      things were, by design, not tied to

19      each other.

20          That's the difference between --

21      that's generally the difference between

22      centralized service providers and

23      decentralized service providers.

24   BY MR. HERMANN:

25       Q.   Makes sense.

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 372 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

370

```
 1              And the reason I ask is because,

 2    you know, Celsius takes the position that

 3    the contract is clear and unambiguous.

 4              Would you agree it's the

 5    contract, not a label that should

 6    dictate -- not a label displayed in the app

 7    that should actually dictate where the --

 8    where the funds went prepetition?

 9              MS. BRIER:  Objection to form.

10    BY MR. HERMANN:

11        Q.   In other words, if the contract

12    said -- I can restate -- or I'll just stop

13    and now ask a question.

14              If the contract said the coin

15    were to go to custody prepetition, would

16    you agree that the appropriate claim for

17    coins that the contract said were custody

18    coins would be a custody claim, and if the

19    coins were supposed to go to earn, then it

20    would be an earn claim?

21              MS. BRIER:  Objection to form.

22        Calls for a legal conclusion and

23        incomplete hypothetical.

24              But you can answer.

25              THE WITNESS:  Yeah, I mean -- you
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 373 of 468    Oren Blonstein
Confidential                                                November 22, 2022

371

1   know, I hate to use the same answer

2   again, but it's because I'm -- I wasn't

3   involved in drafting the term, and so I

4   can't speak to the exact reason for why

5   they were drafted this way or why they

6   were written this way.

7          But, yeah, as a general

8   principal, the terms of use should

9   definitely represent, you know -- that

10  should be kind of the ultimate thing

11  that determines the relationship

12  between the customer and the company.

13         MR. HERMANN:  All right.  I think

14  I'll leave it there.  Thank you very

15  much.

16         MS. BRIER:  Thanks, Mr. Hermann.

17         Can we please get a time check?

18  And can whoever is the next pro se

19  creditor that is going to be asking

20  questions announce your name on the

21  record.

22         THE VIDEOGRAPHER:  All right.  So

23  first the time check:  Six hours and 15

24  minutes.

25         MS. BRIER:  Thank you.

372

```
 1              45 minutes left.
 2              MR. KHANUJA:  Hi, this Kulpreet
 3         Khanuja.  The name is spelled same as
 4         it's in the -- as in the Zoom chat.
 5                    EXAMINATION
 6   BY MR. KHANUJA:
 7         Q.   All right.  Thank you,
 8   Mr. Blonstein, for meeting us today.  Let
 9   me start with my questions.
10              My questions are organized
11   around, you know, your compliance
12   background, so registration and how --
13              (Audio distortion; stenographer
14              asks for clarification.)
15   BY MR. KHANUJA:
16         Q.   -- registration and terms of use.
17              THE STENOGRAPHER:  Please
18         continue.
19   BY MR. KHANUJA:
20         Q.   Okay.  Terms of use is --
21   specifically as well and then some around
22   products and terms of use, okay?
23              Mr. Blonstein, was Celsius
24   registered as a money service business --
25   ///
```

373

```
 1              (Audio distortion; stenographer

 2              asks for clarification.)

 3   BY MR. KHANUJA:

 4       Q.   -- under FinCen?

 5              MS. BRIER:  Objection to form.

 6       And outside the scope.

 7              But go ahead.

 8              THE WITNESS:  Yeah, I mean, you

 9       know -- you get -- there are lots of

10       Celsius entities, and multiple of the

11       Celsius entities including Celsius

12       Network, LLC, which was the -- you

13       know, the main company involved in the

14       terms of use was registered with FinCen

15       as a money services business.  So, yes.

16   BY MR. KHANUJA:

17       Q.   Okay.  And as a money service

18   business, were you required to register

19   with different states in the U.S.

20   individually?

21              MS. BRIER:  Same objections.

22       Individuals...

23              Sorry.  Can you please repeat

24       your question?

25   ///
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 376 of 468    Oren Blonstein
Confidential                                                November 22, 2022

374

1    BY MR. KHANUJA:

2        Q.    As a money service business, were

3    you required to register with different

4    states in the U.S. individually?

5            MS. BRIER:  Same objections.

6            THE WITNESS:  The -- my

7        understanding of the -- of our

8        obligations are you register -- there's

9        a form that you fill out to register as

10       a money services business.

11           And, you know, that -- by filling

12       out that form and, you know, the

13       control persons signing it, you're

14       signing up to having a bank -- you

15       know, being in compliance with the Bank

16       Secrecy Act.

17           There's a different -- when

18       you're talking about registering with

19       the states, that's a more complex

20       question in terms of -- so, first of

21       all, there's different criteria to

22       determine whether you need to sign

23       up -- I'm sorry -- whether you need to

24       register for, like, a business license

25       or a foreign -- I think it's called

375

```
 1          foreign corporation registration with

 2          the Secretary of State for each -- for

 3          each state.

 4               And that's based on a variety of

 5          things like whether you have

 6          personnel -- if you have, like, an

 7          office in the state -- anyway, there's

 8          a set of questions that you can answer

 9          to determine whether you need to

10          register just as a business in the

11          state.

12               And then if your question is

13          whether we registered with the states

14          for money services, we did not.

15   BY MR. KHANUJA:

16      Q.   You did not.

17               As part of your earlier

18   testimony, you mentioned the United States

19   trustee as well as UCC, that you registered

20   under FinCen as an MSB.

21      A.   Yes.

22          MS. BRIER:  Objection.

23   BY MR. KHANUJA:

24      Q.   That's specifically what I'm

25   asking.  And you registered with the states
```

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 378 of 468    Oren Blonstein
Confidential                                                                    November 22, 2022

376

1   as well, not just the federal level.

2          MS. BRIER:  Object to form.  And

3      outside the scope.

4          But you can answer.

5          THE WITNESS:  Yeah, sorry.  I

6      think my -- my last answer wasn't clear

7      enough.

8          So the FinCen, the Financial

9      Crimes Enforcement Network, is a

10      department of the Treasury.  That's the

11      federal registration that pretty much

12      every single U.S.-based crypto service

13      provider -- or crypto service

14      provider -- it's actually called like a

15      virtual asset service provider, who is

16      working with U.S.-based customers is

17      required to do or is required to -- is

18      required to register as a money

19      services business.  That's a federal

20      registration, so it applies -- you

21      know, it's federal.

22          But you're asking -- I thought

23      that you were asking, and what I'm

24      answering is there are --

25   ///

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Oren Blonstein Deposition Transcript (Redacted)   Pg 379 of 468
Oren Blonstein
Confidential
November 22, 2022

377

 1   BY MR. KHANUJA:

 2       Q.   Individual --

 3       A.   Yeah, yeah.  So there are state

 4   money transmitter or state money services

 5   business that go by a lot of different

 6   names.  Sometimes seller of checks.  You

 7   know, there's a lot of different names for

 8   it.

 9            But we did not register -- we did

10   not register or acquire license -- those

11   types of state licenses for money

12   transmission at all.  So we only did the

13   federal money services business

14   registration with FinCen.

15       Q.   Actually, I did some lookup and

16   you were registered as an MSB in

17   Connecticut state where my account was.

18            Anyway, as part of this

19   registration, there is a requirement to

20   submit document called flow of funds

21   structure.

22            Are you aware of such document?

23            MS. BRIER:  Object to form.

24       Outside the scope.

25            Go ahead.

378

```
 1              THE WITNESS:  Sorry.

 2              I am.

 3   BY MR. KHANUJA:

 4       Q.   Okay.  This document asks, like,

 5   the -- basically is asking, like, the

 6   business clearly indicates the flow of

 7   client forms to each account and identify

 8   the owner of the account.

 9              Do you agree?

10              MS. BRIER:  Objection.  Same --

11   BY MR. KHANUJA:

12       Q.   I'm asking this because the terms

13   of service governs the ownership of the

14   forms in the account.

15              And Celsius is arguing that, you

16   know, the assets in the account are

17   basically in a customer account -- not

18   customer assets, but rather Celsius assets.

19              So I'm trying to understand how

20   Celsius explain in filings to the

21   regulators and specifically to this

22   document called flow of funds structure.

23              MS. BRIER:  Object to form.

24       Outside the scope and foundation.

25              You can answer to the extent you
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 381 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

379

1    know.

2         THE WITNESS:  Yeah, I would love

3    to see the document from Connecticut,

4    you know, because I don't see how that

5    could be submitted without my review

6    and approval, if it was during my

7    period during the chief compliance

8    officer.

9         So I don't have any recollection

10   of seeing it, signing it, reviewing it,

11   creating it, anything.

12        So, yeah -- and so it's hard for

13   me to speak to what would have been

14   depicted there.

15        And just for -- just to -- you

16   know, in the effort of transparency, we

17   were in the process of undertaking to

18   apply for many money transmitter --

19   more money transmitter licenses across

20   many states, because we wanted to

21   expand our offering of the swap

22   service, which we did see as money

23   transmission in some states.

24        And we were in the process of

25   developing flow of funds diagrams

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 382 of 468
Oren Blonstein
Oren Blonstein
November 22, 2022
Confidential

380

```
 1        and -- and, you know, we had --

 2        actually we had signed engagement

 3        letters with law firms to help us

 4        acquire those licenses and make sure we

 5        operated in full compliance.

 6             But we just -- we didn't get

 7        there.  We ran -- you know, were in the

 8        process of kicking that off in the late

 9        spring 2022.

10   BY MR. KHANUJA:

11        Q.   Okay.  I have had a few more

12   questions on this.  But you already

13   mentioned, like, if such a document was to

14   be prepared and these licenses were to be

15   filed or were to be renewed while you were

16   the chief compliance officer, you would be

17   required to review and sign off on those.

18             Is my understanding correct on

19   what you just mentioned?

20             MS. BRIER:  Objection to form.

21             Go ahead.

22             THE WITNESS:  So absolutely.

23        There is a system called MLMS, which is

24        the system used for most states in the

25        U.S. for filing this.
```

381

1          I was a control person in an

2     admin and, you know, would have been

3     required to attest to the filing of any

4     forms through that system.

5          So I -- you know, I would be

6     aware of it.  I hired the guy that was

7     an expert in that system that managed

8     it.  I interfaced with him on a regular

9     basis.

10         So, again, I -- you know, it's

11    possible that this thing in Connecticut

12    that you're referencing happened before

13    I was a chief compliance officer, but

14    I -- I don't remember at all that

15    happening since my time as CCO.

16  BY MR. KHANUJA:

17    Q.   Okay.  Now, Mr. Blonstein, you

18  mentioned that your focus around compliance

19  activities were more towards the BSA and

20  AML activity.

21         Did I hear correctly?

22    A.   That's correct.  Yeah, the vast

23  most of the time was on the Bank Secrecy

24  Act and sanctions compliance.  In the

25  spring of 2022, I did start to devote some

382

 1 | time towards kicking off a licensing effort

 2 | around money transmitter licenses, lending

 3 | licenses, you know, and other -- other

 4 | things like that.  But for the most part,

 5 | my efforts focused on BSA and sanctions

 6 | compliance.

 7 |     Q.   Yes.  But as you mentioned, you

 8 | know, when you do file these licenses or

 9 | any kind of reports, you know, to the

10 | regulators, you would -- as the chief

11 | compliance officer, you would be held

12 | accountable for the entire compliance

13 | operation of the institution and not

14 | just -- not just AML and BSA?

15 |          MS. BRIER:  Objection to form.

16 | BY MR. KHANUJA:

17 |     Q.   Is that a fair understanding?

18 |          MS. BRIER:  Object to form.

19 |     Outside the scope.

20 |          Go ahead.

21 |          THE WITNESS:  Absolutely.  And if

22 |     I -- you know, we weren't registering

23 |     as a broker-dealer or a -- you know, a

24 |     national exchange or ATS or any of the

25 |     things where that would have been

383

1          outside the scope of my -- you know, my

2          expertise or what I worked on, all the

3          licenses that we contemplated or --

4          contemplated in the future or that --

5          the registration that we were subject

6          to was within the area that I focused

7          on and, you know, where I have some

8          relative expertise.

9    BY MR. KHANUJA:

10         Q.   Yes.  But you will be responsible

11   for drafting, reviewing, approving and

12   signing off on most of the qualities around

13   compliance which will include the terms of

14   service as well as, you know, compliance

15   with terms of services as well or

16   procedures that are in compliance; am I

17   correct?

18              MS. BRIER:  Objection to form.

19              THE WITNESS:  Yeah, so as I

20         mentioned -- I mentioned earlier today,

21         and I know it's a long time ago, the --

22         we really -- we had something that --

23         it's not that uncommon in crypto where

24         you have a chief compliance officer

25         where in some companies they might have

384

1    supervision over a legal team or

2    regulatory team.

3         That was not the case at Celsius.

4    So our regulatory team and our legal

5    team were responsible for the terms of

6    use, not the compliance function.

7         And, yeah, so I would just leave

8    it at that.

9  BY MR. KHANUJA:

10     Q.   Okay.  Now, help my memory here.

11 Since when have you been the chief

12 compliance officer?

13     A.   September 2021 -- 2021, yep.

14     Q.   Okay.  So you mentioned that

15 earlier in your testimony, I think, to the

16 UCC counsel, you mentioned that until

17 April 2022, every single customer was earn

18 customer and they sell under your purview

19 as the chief compliance officer.

20         Is that a fair recollection?

21     A.   Yeah, I mean, I guess to be more

22 specific, what I -- what I tried to make

23 sure of was that every single new customer

24 that signed up from the day that I became

25 the chief compliance officer, that we were

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 387 of 468
Oren Blonstein
Confidential
November 22, 2022
Oren Blonstein

385

```
 1    in full compliance with the Bank Secrecy

 2    Act and sanctions regulations.

 3            And then, you know, my second

 4    priority was to make sure retroactively

 5    that any customers -- anyone who became a

 6    customer prior to my becoming a CCO, that

 7    we also fulfilled our obligation.

 8            So I'm just kind of delineating

 9    that kind of, you know, there were

10    customers that were on-boarded before I

11    became the CCO that, you know, I wasn't in

12    that role.  I didn't have control over that

13    function.

14            So, you know, they are my

15    responsibility.  But at the time that they

16    became a customer, I was not in that role.

17        Q.   But people who were on-boarded as

18    customers to Celsius since September 2021,

19    they on-boarded using terms of service, and

20    those would fall under your purview as the

21    chief compliance officer?

22        A.   Yes.

23        Q.   Okay.  And you still, you know,

24    maintain that you were not required to

25    review the terms of service of the products
```

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 388 of 468   Oren Blonstein
Oren Blonstein                                                          November 22, 2022
Confidential

386

1    under your purview, which were solely owned

2    at that time?

3              MS. BRIER:  Object to form.

4              THE WITNESS:  There was --

5    BY MR. KHANUJA:

6        Q.   September 2021 through

7    April 2022.  Until the launch of custody.

8        A.   Yeah, I mean, just again, I'm not

9    saying this is right or wrong -- right? --

10   but just to make sure that you understand

11   how I was looking at this, terms of use are

12   relationship between the company and the

13   customer.

14             There's no -- you know, to my

15   understanding, there was no regulator that

16   enforced terms of use.  There's no

17   enforce -- there's no agency that says your

18   terms of use has to include this but can't

19   include that.

20             In contrast, the -- you know, the

21   FinCen and some of the state -- state --

22   state regulators where we had lending

23   licenses, they specifically call out things

24   that we are required to do, you know, that

25   we're obligated to do where officers and

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 389 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

387

1    directors, you know, can face jail time,

2    personal fines, things like that.

3            So that's where I focus my

4    efforts, because we had a regulatory team

5    and a legal team with a lot more experience

6    to -- you know, and expertise in drafting

7    terms of use.

8        Q.   Would you say these regulatory

9    and legal teams would roll up to you?

10       A.   Absolutely not.  Yeah, they did

11   not.  So the legal team reported in to the

12   general counsel, and the regulatory team

13   was on a day-to-day basis managed by the

14   head of regulatory who reported into Roni.

15       Q.   Okay.  And the terms of service

16   was one such document, which wasn't really

17   under your purview then.  It was more legal

18   and regulatory, you said?

19       A.   That's right.

20       Q.   Okay.  I can skip the next line

21   of some of my questions then.

22            Now, let me ask you this:  You

23   responded to the UCC counsel's analogy of a

24   house and car saying when you signed up for

25   Celsius as a customer and you reviewed the

388

1    terms of use, you didn't think or make a

2    distinction between a loan and [audio

3    distortion].

4            Did I recollect fine?

5              (Stenographer asks for

6              clarification.)

7    BY MR. KHANUJA:

8        Q.   And transfer of ownership.

9            MS. BRIER:  Objection to form.

10       Outside the scope.

11           You can answer.

12           THE WITNESS:  Yeah, yeah.  So,

13       like, just in my capacity as a -- or in

14       my -- just as a customer, that wasn't

15       material to me, because I'm not an

16       attorney.

17           I'm not -- it was -- they're

18       either -- either I have the keys or

19       somebody else has the keys was how I

20       looked at it; so...

21   BY MR. KHANUJA:

22       Q.   Okay.  Now, when you became the

23   chief compliance officer, you still didn't

24   review the terms of use especially from a

25   customer protection standpoint and found no

389

1    conflicting statements in terms of use?

2          MS. BRIER:  Object to form.

3          THE WITNESS:  Yeah, just kind of,

4      like I said -- or like I've said today,

5      just to give you an idea of the scope,

6      when I joined -- when I became the

7      chief compliance officer in the months

8      that followed, I tripled the size of

9      the team.  We were onboarding, you

10      know, between 10-, 30,000 customers a

11      week.  We had hundreds of thousands of

12      transaction a week.

13          You know, there was a lot of work

14      to be done on the AML and sanctions

15      compliance side.  I also had another

16      job, head of innovation.  We were

17      launching multiple new products.

18          So I had a lot on my plate.  And

19      when I had -- you know, when we have a

20      regulatory team and a legal team with a

21      bunch of very experienced, you know,

22      professionals, I had to just kind of

23      choose what I focused on, and that's

24      what I did.  And it wasn't the terms of

25      use.

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)   Pg 392 of 468
Oren Blonstein
Confidential
November 22, 2022

390

1   BY MR. KHANUJA:

2       Q.   Okay.  So I won't belabor on that

3   point more.  Let's me ask you just one last

4   question on that.

5           But then, you know, you weren't

6   able to make a distinction between a loan

7   and transfer of ownership as you mentioned.

8   Now, if that is unclear and unambiguous,

9   you know -- or rather, I'm sorry.

10          If the distinction is not clear

11  and unambiguous to a chief compliance

12  officer of a regulated financial

13  instruction -- I am sorry, not regulated --

14  registered financial institution as an MSB,

15  do you think it will be ambiguous to

16  unaccredited investor or unsophisticated

17  investors or even sophisticated investor

18  but who are not as legal savvy as the chief

19  compliance officer?

20          MS. BRIER:  Objection to form.

21      Misstates testimony and calls for a

22      legal conclusion.

23          THE WITNESS:  Yeah.  You know,

24      it's hard -- it's hard to answer that

25      on behalf of other people.

391

```
1            I -- obviously, I understand your

2       point.  I'm -- I follow the -- you

3       know, the comments from our customers

4       and stuff like that.  I understand the

5       frustrations.  I understand how people

6       feel about it.

7            But, yeah, just commenting on how

8       people may have interpreted it, I'm not

9       the right person to answer that.

10  BY MR. KHANUJA:

11      Q.   Would you know the circumstances

12  around the previous CCO leaving?

13           MS. BRIER:  Objection to form.

14      Outside the scope.

15           You can answer, if you know.

16           THE WITNESS:  I don't know.

17      Yeah.

18  BY MR. KHANUJA:

19      Q.   Do you know if the previous CCO

20  reviewed and signed off on the terms of

21  service?

22           MS. BRIER:  Same objections and

23      foundation.

24           THE WITNESS:  I don't know

25      firsthand.  Yeah, I don't know
```

392

```
 1        firsthand.

 2              MS. BRIER:  Before your next

 3        question --

 4   BY MR. KHANUJA:

 5        Q.   Do you know --

 6              MS. BRIER:  Sorry.  Before your

 7        next question, I just want to give a

 8        time update that by our watch, we are

 9        around 25 minutes left on the clock.

10              I just wanted to put that on the

11        record.

12              MR. KHANUJA:  I tried to be quick

13        and fair to other pro se questioners.

14   BY MR. KHANUJA:

15        Q.   I am sorry.  Do you know if that

16   person ever objected to terms and certain

17   clauses which are ambiguous?

18              MS. BRIER:  Object to form.

19              THE WITNESS:  Yeah, I wouldn't be

20        able to speak to that.  I mean, you

21        know, this is -- you know, public

22        record, but the -- the person who was

23        the chief compliance officer before --

24        earlier in the company's history was

25        also the general counsel.
```

393

1                So it makes sense to me that that

2        person would have been involved in

3        drafting the terms of use and would

4        have reviewed it and approved it.

5    BY MR. KHANUJA:

6        Q.   Okay.  Now, last question on

7    this.

8                Are you aware of customers being

9    solicited to become accredited and investor

10   certify?

11               MS. BRIER:  Objection to form.

12       Outside the scope.

13               You can answer, if you know.

14               THE WITNESS:  Yeah, certainly we

15       were -- the company, you know, starting

16       in April where the -- you know, there

17       were significant changes to the earn

18       program and people who were not

19       accredited insurers were no longer

20       eligible to use the earn service, you

21       know, we had tens of thousands of

22       customers reaching out interested in

23       figuring out a way that they could

24       continue to participate in the earn

25       program.

                                                           394

1              And so, you know, there were

2        numerous efforts by the company to

3        educate customers about how they could

4        become accredited.

5    BY MR. KHANUJA:

6        Q.   Okay.  And was there direct

7    solicitation from Celsius, initiated by

8    Celsius, even when the customers didn't

9    reach out --

10             MS. BRIER:  Objection to form.

11   BY MR. KHANUJA:

12       Q.   -- by phone or emails, including

13   providing URLs of services, data -- the

14   customers can use to become self -- you

15   know, accredited, certified?

16             MS. BRIER:  Apologies.  I didn't

17        realize your question was still going.

18             Objection to form.

19             THE WITNESS:  I believe that did

20        take place, yes.

21   BY MR. KHANUJA:

22       Q.   Now, moving on.  You responded

23   to -- actually may be a difficult question.

24   Sorry.

25             You mentioned you joined in the

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 397 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022
395

1   spring 2020; is that correct?

2         A.   I became a customer --

3         Q.   I'm sorry.  You joined the

4   Celsius platform as a customer in spring

5   2020?

6         A.   That's correct.

7         Q.   And you mentioned when you

8   joined, the terms of service was clear to

9   you that you would relinquish ownership of

10  your assets in exchange for a divorce?

11              MS. BRIER:  Object to form.

12              THE WITNESS:  Yeah, I mean, just

13        to say it in my own words, I remember

14        reviewing it and being aware of it and

15        making the decision anyway to send my

16        assets to the company.

17  BY MR. KHANUJA:

18        Q.   Okay.  I was reviewing the

19  previous versions of terms of use.  Until

20  September 2020 -- 30th of September 2020,

21  the terms of use do not mention transfer of

22  ownership rights at all.

23              So until then, terms of service

24  Version 4 would be applicable.  In

25  Version 4, what it mentions is that Celsius

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 398 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

396

1   will hold our assets -- our customer's

2   assets in Celsius's name.

3            You can refer the terms of use

4   Version 4, paragraph 30 or I can pull it

5   from the declaration of Alex Mashinsky with

6   the terms of service document.

7            MS. BRIER:  Objection to form.

8   BY MR. KHANUJA:

9      Q.   So would you like me to bring it

10  up?  In the interest of time, I'm not

11  bringing that up on the screen.

12           MS. BRIER:  Objection to form.

13           And I think, you know, if you

14       want to ask a question about the

15       language, you can ask a question about

16       the language.

17           But answer to the best of your

18       ability, if you can, without it in

19       front of you.

20           THE WITNESS:  Yeah, I mean,

21       the -- like, what you described that it

22       would be held in Celsius's name, yeah,

23       different words might have been used.

24       But from my perspective, I understood

25       it.  I mean, that's kind of --

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 399 of 468
Oren Blonstein
Oren Blonstein
November 22, 2022
Confidential

397

BY MR. KHANUJA:

   Q.   The next version -- the next

version, Version 5 and 6, they specifically

mention the transfer of ownership rights

and all.  But prior to that, it was clear.

         So I'm just trying to understand

what made you so sure that you were

relinquishing your assets.  I had an

account with Celsius since 2019, and I was

under the prior versions of terms of use,

and to me it was always clear these are my

assets.

         MS. BRIER:  Objection to form.

         THE WITNESS:  Yeah.  I --

BY MR. KHANUJA:

   Q.   So do you know -- I'm sorry.  I

interrupted.  Please continue.

   A.   I was just going to say, you

know, without the -- without it in front of

me, I can't point to the exact -- like,

I'm -- I'm just conveying that, at that

time, as a customer.

   Q.   It's in the declaration of Alex

Mashinsky.  It was under the terms of use.

I think the document No. 393.  But I'm just

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 400 of 468
Oren Blonstein Deposition Transcript (Redacted)
Oren Blonstein
Confidential
November 22, 2022

398

1  being fair to others, you know, who want to

2  ask questions.  So we don't want to pull

3  that up yet.

4        A.    Okay.

5        Q.    Now, between when you became a

6  Celsius customer and then an employee,

7  would you say the earn product changed

8  materially --

9           MS. BRIER:  Objection to form.

10 BY MR. KHANUJA:

11       Q.    -- or change at all?

12          MS. BRIER:  Same objection.

13          THE WITNESS:  I wasn't managing

14       the earn product.  I wasn't -- I wasn't

15       firsthand involved in the deployment

16       activities related to the earn product.

17          You know, I didn't set the

18       interest rates.  You know, so I'm not

19       the best person to answer what the

20       material changes were to the earn

21       product.

22 BY MR. KHANUJA:

23       Q.    Okay.  Let me rephrase my

24 question.

25          What prompted the change in terms

399

```
1    of service if -- if the -- if the earn

2    product was more or less the same -- you

3    know, at least to the customers, there was

4    no change in the -- you know, in the

5    experience around that particular product?

6              MS. BRIER:  Objection to form.

7              THE WITNESS:  Yeah, you know, for

8         most of my career, I've worked at

9         startups.

10             And when terms of use start for a

11        brand-new company, they're usually,

12        like -- you know, if it's a well-funded

13        startup, then they have extensive terms

14        of use and terms of service.  If it's

15        kind of a scrappy startup, then they

16        are going to be a little bit more

17        sparse.

18             So it makes sense that those

19        things would evolve over time to become

20        more comprehensive.  You know, so it's

21        not -- it's not a surprise to me that

22        the terms of use maybe got more

23        detailed, you know, had more review and

24        input from -- you know, from counsel

25        with -- you know, different or more
```

400

1      experience.

2   BY MR. KHANUJA:

3      Q.   Okay.   Okay.   Would you say

4   it's -- you know, the terms of service

5   change wherein initially it's mentioned

6   holding customer's assets and then

7   saying -- granting Celsius the rights to

8   ownership -- from a holding asset to

9   granting rights to ownership, would you say

10  it's a material change in terms of...

11          MS. BRIER:   Objection to form.

12  BY MR. KHANUJA:

13     Q.   And you can refer to the document

14  again with regards to exact language.

15     A.   Yeah, without -- without having

16  the documents in front of me, and I

17  don't -- I'm just not -- not fluent enough

18  in those documents to recall it from memory

19  to comment on that.

20     Q.   All right.   Again, I would really

21  want to go into it, but I want to be fair

22  to others as well.   I'll move on.

23          You did mention that the terms of

24  use changes prior to Version 6 was notified

25  to customers in email and in-app

401

1    notification.  This was, I think, to a UCC

2    response.

3              Did I hear that correctly?

4              MS. BRIER:  Objection to form.

5         Asked and answered.

6              THE WITNESS:  Yes.  Yes, that's

7         in the declaration.

8    BY MR. KHANUJA:

9         Q.   Okay.  Actually, would you be

10   able to ask your team or yourself, provide

11   evidence of that?  Because I've argued in

12   my motion that no such notification emails

13   were sent between Version 1 through 5.

14             MS. BRIER:  Object to form.

15             THE WITNESS:  Yeah, I can confer

16        with the legal advisors about that.

17        Yeah, I mean, from the research that I

18        did, you know, talking to the staff

19        that was responsible for terms of use,

20        this was my understanding.

21             We also have the automated system

22        that tracked, you know, acceptance of

23        the terms of use.

24             So, yeah, that's in line with --

25        what was in the declaration is in line

1      with my understanding.  Like, even, you

2      know, the fact that we're able to

3      report on the percentages of customers

4      that accepted or that -- I'm sorry, the

5      version of the terms of use that were

6      in effect when customers registered, to

7      me -- you know, I can tell you, I don't

8      think that the company is fabricating

9      this data.

10             So that means that this -- the

11     system was in place to track that.  And

12     so if it's being tracked, that means

13     that it happened.

14  BY MR. KHANUJA:

15     Q.   I can tell you that Version 6 we

16  all received notification emails, but until

17  Version 5, all the changes that were made,

18  those were not communicated in any form.

19  Those happened in background.

20     A.   Okay.

21             MS. BRIER:  Objection to form.

22     Is there a question related to that

23     statement?

24  BY MR. KHANUJA:

25     Q.   Yeah.  That was a statement --

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Oren Blonstein Deposition Transcript (Redacted)    Pg 405 of 468    Oren Blonstein
Confidential    November 22, 2022

403

 1   yeah, that was a statement.  We can move

 2   on.

 3            MS. BRIER:  And just as a time

 4       check -- sorry.  Not to interrupt

 5       you -- I am sorry, I just want to make

 6       sure the record is clear, there's 15

 7       minutes left -- maybe 14 now.

 8            THE VIDEOGRAPHER:  14.

 9            MS. BRIER:  Thank you.

10            MR. KHANUJA:  I'll take a couple.

11            MR. KIESER:  We might need more

12       than 15 minutes, by the way.

13            MS. BRIER:  No, there's 14

14       minutes left.

15            MR. FRISHBERG:  We --

16            (Audio distortion due to multiple

17            speakers.)

18            THE STENOGRAPHER:  I can't see

19       who is speaking.

20            MR. FRISHBERG:  Sorry.  This is

21       Daniel Frishberg, D-a-n-i-e-l;

22       Frishberg, F-r-i-s-h-b-e-r-g.

23            I still need a chance to depose

24       him.  And I believe Victor does as

25       well.

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)    Pg 406 of 468 Oren Blonstein
Oren Blonstein                                                         November 22, 2022
Confidential

404

1              MS. BRIER:  I mean, there's seven

2       hours.  And the subpoena in this case

3       was issued under the Federal Rules of

4       Bankruptcy Procedure, which imposed

5       discovery limits contained in the

6       Federal Rules of Civil Procedure.

7              One of those limits imposes a

8       hard time limit of one day of seven

9       hours of on-the-record questioning, and

10      that's -- we're going to be at seven

11      hours.

12             (Audio distortion due to multiple

13             speakers.)

14             THE STENOGRAPHER:  That wasn't

15      heard for the record.

16             MR. FRISHBERG:  Oh, on the

17      record.  We can issue another subpoena,

18      if necessary.

19             MS. BRIER:  Okay.  And we'll move

20      to quash, if that happens.

21             MR. FRISHBERG:  Okay.

22             MR. KHANUJA:  Okay.  I'll take a

23      quick two minutes, and then, Daniel and

24      Greg, you can go next.

25      ///

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 407 of 468
Oren Blonstein

Oren Blonstein
Confidential
November 22, 2022

405

1    BY MR. KHANUJA:

2         Q.   Now, as the head of innovation

3    and a person with a products background,

4    can you explain the key difference between

5    custody and earn product?

6         A.   Yeah, I think it's been described

7    in the -- in my custody declaration, and I

8    would say from the -- the innovation --

9    from my capacity as the head of

10   innovation -- and this was in my

11   testimony -- or my answers to the

12   examiner -- we looked at the custody

13   account as a way -- as kind of the new kind

14   of -- the new kind of starting point for

15   our customers to access a variety of other

16   services, you know, which included earn,

17   but also swaps, also credit card, also the

18   future advisory product that we were

19   planning to develop.  So that's how I

20   looked at custody from the innovation

21   perspective.

22            Earn was an existing product.

23   And then, yeah...

24        Q.   What -- I'm sorry.  I want to

25   move quick.

406

```
 1              Was Celsius registered as a

 2      custodian to provide custody service?

 3              MS. BRIER:  Objection to form.

 4          Outside the scope.

 5              THE WITNESS:  Celsius was

 6          registered as a money services

 7          business, and so, you know, the -- in

 8          terms of what we were -- what licenses

 9          and registrations we needed, I relied

10          on advice from counsel.

11      BY MR. KHANUJA:

12          Q.   Okay.  Now, did you transfer your

13      own assets from earn to custody or even

14      outside Celsius after 2022?

15              MS. BRIER:  Same objections.

16              You can answer.

17              THE WITNESS:  Yeah.  I didn't

18          withdraw a penny from the platform.  I

19          put, you know, a large portion of my

20          crypto into Celsius.  So did some

21          friends and family.

22              No one withdrew anything.  The

23          only time I moved something from earn

24          into custody was to pay off a loan.

25              And by the way, I took that loan
```

407

1          to test the loan functionality when

2          loans became available in California.

3          And later my loan was liquidated in the

4          pause.  So, you know, I suffered

5          liquidation along with many other

6          customers.

7                    So there's that.

8                    MR. KHANUJA:  Thank you.  Thank

9          you for your time.  I'll cede -- you

10         know, cede to Daniel or Greg.

11                    MR. KIESER:  Hi.  This is Greg

12         Kieser.  I am on the record.  My name

13         is -- as spelled on the Zoom chat.

14                    Can everybody hear me?

15                    THE WITNESS:  Yes.

16                    EXAMINATION

17    BY MR. KIESER:

18         Q.   Great.  So, Oren, thanks for

19    today.  Just some context.  I'm a loan

20    holder.  I have 13 loans -- I had 13 loans

21    in total, three of which were

22    liquidated [audio distortion].

23                    THE STENOGRAPHER:  Excuse me,

24         Mr. Kieser.  You need to slow down so

25         you can be understood for the record.

408

1    BY MR. KIESER:

2        Q.    Okay.    I had 13 loans, three of

3    which were liquidated during the -- June of

4    this year, and the proceeds of the

5    liquidated after the loan were paid off

6    went into the earn program.

7            So -- and I'm also on a committee

8    of folks who had liquidated loans, so there

9    are a couple hundred there, and also on the

10   committee of loan holders, which is a

11   thousand or more people.

12           So all of my questions are

13   concerning loan liquidation essentially.

14

15

16

17

18

19

20

21

22

23

24

25

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
Oren Blonstein Deposition Transcript (Redacted)   Pg 411 of 468

409

1

2      Q.   Okay.  Are you -- so as your role

3   as chief compliance officer were you

4   involved in developing and implementing the

5   policies and procedures surrounding

6   liquidation events?

7            MS. BRIER:  Object to form.

8        Outside the scope.

9            You can answer.

10           THE WITNESS:  No, those

11       procedures were in place at the time I

12       became the chief compliance officer.

13       And I would have gotten to that, but I

14       did not -- I did not in my --

15   BY MR. KIESER:

16       Q.   Okay.

17       A.   -- yeah, in my time.

18       Q.   Okay.  Is it your understanding

19   that the majority of the loans that were

20   initiated through the app had a

21   loan-to-value ratio of 80 percent as the

22   liquidation point, the point at which they

23   would be liquidated?

24            MS. BRIER:  Objection to form.

25            Outside the scope.

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC Deposition Transcript (Redacted)   Pg 412 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

1          You can answer.

2          THE WITNESS:  That's correct.

3   BY MR. KIESER:

4      Q.   Okay.  Also were you aware during

5   mid-May and mid-June, there were two

6   periods where the price of Ethereum and

7   Bitcoin dropped precipitously making a

8   number of loans -- probably a large number

9   of loans go past that LTV value and,

10   therefore, be subject to liquidation?

11          MS. BRIER:  Same objections.

12          THE WITNESS:  Yes.

13   BY MR. KIESER:

14      Q.   Okay.  So can you talk about the

15   process that was in place for liquidating

16   loans?

17          Did it happen automatically when

18   a loan hit 80 percent, or was there a staff

19   member who would then look at the system or

20   would be charged to look at the system and

21   say, okay, this loan is 80 percent, let's

22   liquidate it, and they had to click on it

23   or do some manual process to liquidate the

24   loan?

25          MS. BRIER:  Objection to form.

411

1        Outside the scope.

2             You can answer.

3             THE WITNESS:  Yes.  I can tell

4        you that automated systems were in

5        development and were basically on the

6        verge of deployment -- you know, it was

7        right on the cusp of being deployed,

8        but the liquidations were a very -- you

9        know, a very manual process that were,

10       you know, conducted by the loans -- the

11       retail loans team.

12   BY MR. KIESER:

13       Q.   And would you say that that

14   process was the same no matter what?  If

15   you hit 80 percent, your loan was

16   liquidated, or was it sort of some went 80,

17   81, some didn't?

18             So, you know -- like, what --

19   what is the consistency across the

20   portfolio of loans that were liquidated

21   when they hit 80 percent?

22             MS. BRIER:  Same objections.

23             THE WITNESS:  Yeah, because it

24       was a manual process.  And like you

25       said, there were times where there

412

1          was -- you know, incredible volatility

2          in the prices of the underlying assets.

3               I'm sure that there -- there -- I

4          know for a fact there were times where

5          the LTV went above that 80 percent --

6          you know, went above that 80 percent

7          ratio just because of the volume of

8          loans that -- that were in play and

9          the -- and just the -- how quickly the

10         prices were changing.

11  BY MR. KIESER:

12         Q.    Okay.  And are you aware that

13  there were several versions of the loan

14  agreement that indicated that a loan would

15  be liquidated down to a 65 percent LTV, in

16  other words, not liquidated entirely, but

17  liquidated down to just -- I guess a less

18  risky LTV?

19               Were you aware that those loans

20  agreements exist?

21          MS. BRIER:  Objection to form.

22      Outside the scope.

23               You can answer, if you know.

24          THE WITNESS:  Yeah, I was not as

25      fluent with all the versions of the

413

1        loan agreement.

2    BY MR. KIESER:

3        Q.    Okay.    I had a couple of loans

4    that had that context, by the way.

5            So were you also aware that the

6    on-screen prompt for liquidation of loans,

7    in other words, what the app told somebody

8    would happen when their 80 percent LTV was

9    reached said, quote, "We will sell some of

10   your collateral to cover the margin,"

11   unquote?

12           Were you aware of that on-screen

13   prompt?

14           MS. BRIER:    Object to form.

15       Outside the scope.

16           THE WITNESS:    I don't -- yeah,

17       that -- I mean, just in preparation for

18       this deposition, it wasn't -- I

19       haven't, like, refamiliarized myself

20       with that.

21           Yeah, and -- and like I've said,

22       this -- this was -- this was an area I

23       was spending an increasing amount of

24       time on, the loans.

25           You know, because we, relatively

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Deposition Transcript (Redacted)   Pg 416 of 468
Oren Blonstein
Oren Blonstein
Confidential
November 22, 2022

414

1      recent in the company's history,

2      started to get lending licenses, and we

3      were applying for new lending licenses.

4      But I'm not -- generally, I'm just not

5      as -- as fluent in these agreements.

6            MS. BRIER:  All right.  Folks,

7      just as an update, we're -- we're

8      little a under five minutes right now.

9            MR. KIESER:  Okay.  I'll be done

10     in two minutes.

11   BY MR. KIESER:

12     Q.   Were you -- were you aware

13   that -- you previously answered that when

14   something was liquidated or paid off -- a

15   loan was liquidated or paid off, that --

16   those funds went back to where they

17   originated from.

18           Based on that, were you aware

19   that in order to open a loan, many -- I

20   did or many people did, had to send money

21   to the earn account in order for it then to

22   be applied to the loan to be open?

23           In other words, that option to

24   put it into custody before going into a

25   loan was not even there; therefore, the

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A -
In Re - Celsius Network LLC   Oren Blonstein Deposition Transcript (Redacted)   Pg 417 of 468   Oren Blonstein
Confidential   November 22, 2022

415

```
 1    fact that it goes back to where it

 2    originated from maybe isn't the best idea?

 3            So were you aware that's how

 4    loans were originated?

 5            MS. BRIER:  Objection to form.

 6        Outside the scope.

 7            THE WITNESS:  Yeah, I know you're

 8        here to explain that -- and I would

 9        just say that there were a bunch of

10        corner cases -- and I did say this in

11        at least one of my answers, that --

12        that the fact that assets were returned

13        to the account from where they

14        originated -- there were some corner

15        cases based on what we called

16        subcustody states.  There may have been

17        other corner cases.

18            So I know it wasn't 100 percent

19        of the time the practice of the

20        company.  And in some cases, it

21        couldn't be, because custody was not

22        available in all states.

23    BY MR. KIESER:

24        Q.   Okay.

25        A.   So, for example, if somebody had
```

416

1    taken a loan, for example, in Louisiana

2    where we couldn't offer a custody account,

3    you know, we would not be able to return

4    assets to custody.

5         Q.   Okay.  Thank you.  One last

6    question.

7              I'm sure you understood that

8    during this -- after the pause, there was

9    the public perception that -- that Celsius

10   was an insolvent company and, therefore,

11   loan holders who faced a liquidation event

12   were faced with the challenge of sending

13   good money after bad or sending money into

14   Celsius to fortify a loan from liquidation

15   with the risk that Celsius would then go

16   under and all of their money would go away.

17             So they were essentially faced

18   with an almost impossible catch-22 with

19   regards to their life savings and their

20   money.

21             Are you aware of that kind of

22   situation --

23             MS. BRIER:  Objection to the

24        form.

25   ///

417

```
 1   BY MR. KIESER:

 2        Q.   -- that that was apparent?

 3             MS. BRIER:  And outside the

 4        scope.

 5             You can answer.

 6             THE WITNESS:  Yeah, yes, yeah.

 7        Yep, I understand that situation.

 8   BY MR. KIESER:

 9        Q.   Were there any discussions at

10   Celsius with regards to this particular

11   thing?

12             In other words, you know, maybe

13   we should not take the -- maybe we should

14   not do these liquidations because of that

15   particular concern?

16             MS. BRIER:  Objection to form.

17   BY MR. KIESER:

18        Q.   Did that come into the decision

19   making?

20             MS. BRIER:  I apologize.  I

21        didn't mean to cut you off.

22             Objection to form.  Outside the

23        scope.

24             THE WITNESS:  Yeah.  I mean --

25        and those discussions were with
```

Oren Bronstein Deposition Transcript (Redacted)   Pg 420 of 468
Confidential

1    counsel.

2        MR. KIESER:  Okay.  So those

3    decisions did happen.

4        Those are all the questions I

5    had.  I'll hand it off to Daniel.

6        MS. BRIER:  Can we please get a

7    time check?

8        MR. FRISHBERG:  Thank you.

9        MS. BRIER:  Can we please get a

10   time check on the record?

11       (Simultaneous unreportable

12       crosstalk occurs among parties.)

13       MR. FRISHBERG:  Thank you.

14       THE VIDEOGRAPHER:  Yes.  So it

15   is -- we are at seven hours exactly.

16       MS. BRIER:  All right.  So,

17   folks, we're --

18       MR. FRISHBERG:  I apologize.

19       MS. BRIER:  Sorry?

20       MR. FRISHBERG:  Can we get it

21   extended?

22       I believe -- let's see.  We're

23   allowed to get it extended -- let me

24   see the case law.

25       The rules --

419

 1          (Audio distortion; stenographer

 2          asks for clarification.)

 3          MR. FRISHBERG:  Thank you.

 4          Could we get the time limit

 5    extended slightly?  Kirkland did

 6    promise in the document that responded

 7    to my objection that I would get a

 8    chance to depose the declarants as well

 9    as the Federal Rules allow it to be

10    extended.

11          MS. BRIER:  Mr. Frishberg, as I

12    said earlier, the subpoena in the case

13    was issued under the Federal Rules of

14    Bankruptcy Procedure, which limit this

15    to seven hours.

16          The UCC, in our understanding,

17    agreed to provide two hours to the pro

18    se creditors, and we provided more than

19    that to the pro se creditors over the

20    course of the past two days.

21          We understand that you have

22    broader questions.  But, you know, over

23    the course of the past few days, we've

24    allowed questioning far beyond the

25    scope of the motion at issue, so we're

420

 1   not going to extend the time for

 2   Mr. Blonstein's deposition.

 3        MR. FRISHBERG:  Thank you.  Can

 4   you please contact the judge?  I

 5   believe he can order it extended.

 6        MS. BRIER:  If you want to, you

 7   can file a motion.  But we're not going

 8   to allow more time at this point.

 9        MR. FRISHBERG:  Will do.  I will

10   be filing a motion.  Thank you.

11        THE VIDEOGRAPHER:  All right.  So

12   the time is currently 7:08 --

13        MR. HERMANN:  I would just like

14   to formally object on the record and

15   note that will I will be filing in my

16   objections tomorrow that we were not

17   able to complete the questions.

18        (Simultaneous unreportable

19        crosstalk occurs among parties.)

20        MR. HERMANN:  I believe the

21   timeline is unworkable, and I will

22   continue to object to the scheduling

23   order.

24        MR. WOFFORD:  Immanuel and

25   Daniel -- this is Keith Wofford for the

421

1  Committee.  Is there a particular

2  number of minutes that the pro ses

3  could limit themselves to?

4       Because I think part of the

5  issue, what Debtor's counsel is saying,

6  setting aside all of the reservation of

7  rights under the rules, is that this

8  could be apparently open-ended and it's

9  getting pretty late, meaning if the pro

10  ses collectively could say definitively

11  it was 15 or 20 or 5 or whatever number

12  of minutes that might, although

13  obviously --

14       (Audio distortion; stenographer

15       asks for clarification.)

16       (Simultaneous unreportable

17       crosstalk occurs among parties.)

18       (Stenographer requests one

19       speaker at a time.)

20       MR. WOFFORD:  So for the

21  record -- sorry about that for the

22  court reporter.

23       Keith Wofford, for the Committee.

24  Merely asking the pro ses if there is

25  some proposed responsible limitation of

1    time that might be proposed to the

2    Debtors so as to avoid the need for

3    further satellite litigation on the

4    issue without prejudice to the Debtors'

5    rights, of course, to insist that they

6    will not continue this any further.

7        That was the question I proposed

8    to Mr. Frishberg and Mr. Hermann.

9    Apologies.

10        MR. FRISHBERG:  Thank you.  I am

11    the last pro se.  I think 20 minutes

12    should be plenty assuming everything

13    works out the way I expect it to.

14        MS. CORNELL:  What if we limit

15    the scope to just the motion; I mean,

16    if we truly limit the scope of the

17    questions?

18        MR. McCARRICK:  This is T.J.

19    McCarrick from Kirkland & Ellis.

20        If we agree to extend this 20

21    minutes, I want on-the-record

22    statements from every pro se creditor

23    that you're not going to seek

24    additional discovery or depositions

25    from any of our three declarants in

                                                                                423

1  connection with this motion.

2          Are you willing to make that

3  representation?

4          MR. FRISHBERG:  I am.  I can --

5  I'll say on the record that I will not

6  be seeking any extra discovery

7  depositions, et cetera, of these

8  specific three declarants for this

9  specific motion.

10         Of course, I reserve all other

11  rights, et cetera, et cetera.

12         MR. McCARRICK:  Okay.  No,

13  we're -- I don't think we're going to

14  agree to that.

15         If you need to, you know, file a

16  motion for more time -- I understand

17  Mr. Hermann also believes he needs more

18  time.  You can file your motion.

19         Thank you, guys.

20         MR. FRISHBERG:  Thank you.

21         THE VIDEOGRAPHER:  All right.  So

22  the time is currently 7:04 p.m.  This

23  concludes Media Unit No. 4 of today's

24  testimony.

25         And we are officially off the

424

1    record for today's day of testimony.

2           (Time noted: 7:04 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

425

1          REPORTER CERTIFICATE

2     I, the undersigned, do hereby certify:

3     That OREN BLONSTEIN was by me duly sworn

4  in the within-entitled cause; that said

5  deposition was taken at the time and place

6  herein named; and that the deposition is a

7  true record of the witness's testimony as

8  reported by me, a disinterested person, and

9  was thereafter transcribed.

10    I further certify that I am not

11 interested in the outcome of the said

12 action, nor connected with, nor related to

13 any of the parties in said action, nor to

14 their respective counsel.

15    IN WITNESS WHEREOF, I have hereunto set

16 my hand this 23rd day of November, 2022.

17 Signature: __Requested__Waived_X_Not Requested

18

19

20    _____

21          JESSICA R. WAACK
        Registered Diplomate Reporter
22       Certified Realtime Reporter
    California Certified Realtime Reporter
23     New York Realtime Court Reporter
       New York Association Court Reporter
24      Notary Public, State of New York
   CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
25   CCR-WA (No. 21007264), CSR-CA (No. 14420)

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC    Deposition Transcript (Redacted)    Pg 428 of 468    Oren Blonstein
Confidential    November 22, 2022

426

1           INSTRUCTIONS TO WITNESS

2

3           Please read your deposition over

4   carefully and make any necessary

5   corrections.  You should state the reason

6   in the appropriate space on the errata

7   sheet for any corrections that are made.

8           After doing so, please sign the

9   errata sheet and date it.

10          You are signing same subject to

11  the changes you have noted on the errata

12  sheet, which will be attached to your

13  deposition.

14          It is imperative that you return

15  the original errata sheet to the deposing

16  attorney within thirty (30) days of

17  receipt of the deposition transcript by

18  you.  If you fail to do so, the deposition

19  transcript may be deemed to be accurate

20  and may be used in court.

21

22

23

24

25

427

1   DECLARATION UNDER PENALTY OF PERJURY

2   IN RE:  CELSIUS NETWORK

3   Date of Deposition:  November 22, 2022

4

5

6            I, OREN BLONSTEIN, hereby

7   certify under penalty of perjury under the

8   laws of the State of _____ that

9   the foregoing is true and correct.

10

11       Executed this____ day of     , 2022,

12   at _____.

13

14

15            _____

16                    OREN BLONSTEIN

17

18   SUBSCRIBED AND SWORN BEFORE ME

19   THIS __ DAY OF _____, 20

20   _____
                    NOTARY PUBLIC

21

22   MY COMMISSION EXPIRES:_____

23

24

25

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit A -
In Re - Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)    Pg 430 of 468
Confidential

Oren Blonstein
November 22, 2022

428

```
 1                        ERRATA SHEET

 2      IN RE:  CELSIUS NETWORK

 3      WITNESS:  OREN BLONSTEIN

 4      Date of Deposition:  November 22, 2022

 5

 6  Reason Codes:1. Clarify the record
                 2. Conform to the facts
 7                 3. Correct transcription errors

 8
    Page         Line        Reason
 9  From                     To
    Page         Line        Reason
10  Page                     To
    Page         Line        Reason
11  From                     To
    Page         Line        Reason
12  From                     To
    Page         Line        Reason
13  From                     To
    Page         Line        Reason
14  From                     To
    Page         Line        Reason
15  From                     To
    Page         Line        Reason
16  From                     To
    Page         Line        Reason
17  From                     To
    Page         Line        Reason
18  From                     To
    Page         Line        Reason
19  From                     To
    Page         Line        Reason
20  From                     To
    Page         Line        Reason
21  From                     To
    Page         Line        Reason
22  From                     To
    Page         Line        Reason
23  From                     To

24
                  _____
25                        OREN BLONSTEIN
```

In re Celsius Network LLC
Case 22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit Oren Blonstein
Oren Blonstein Deposition Transcript (Redacted)    Pg 431 of 468
Confidential
Oren Blonstein
November 22, 2022

## $

**$100,000** 309:2

**$131,000** 308:1

**$200,000** 186:21 189:16

**$36,000** 308:25

**$70,000** 81:17

**$75,000** 188:23

**$789,000** 308:13

**$99,000** 308:20

## 1

**1** 15:4,10 97:15,20 106:9 108:11 109:17 111:8 121:7,25 123:3 132:16, 18 140:24 178:21 187:23 228:16 237:10 240:12 248:11 328:24 341:5 358:12 360:4 401:13

**1/10** 189:3

**10** 159:22 160:2 294:13 316:21 338:15

**10-** 389:10

**10-minute** 280:10

**10-Q** 93:12 96:12 150:8,12

**100** 60:4 415:18

**10022** 13:20

**11** 50:11,18 51:6,15,24 62:20 124:2 351:17

**1100** 22:6 140:17

**1111** 200:3

**11:11** 97:13,17

**11:28** 97:19

**12** 30:2 31:11 45:6 125:20 127:12 128:11,14 307:19

**12:10** 132:14,20

**12:11** 132:22

**12:33** 152:18,22

**12:44** 152:24

**13** 128:15 150:23 407:20 408:2

**13-week** 200:14

**131,000** 307:17

**14** 103:4,7 127:15 403:7,8,13

**1406** 320:24 321:3,6

**15** 123:11 348:25 371:23 403:6,12 421:11

**16** 113:18 126:3 136:5

**17** 130:16 176:23 200:2,7,13 219:10 254:3

**18** 115:25 135:21 136:17

**19** 179:14 180:10

**1:19** 184:21 185:2

## 2

**2** 106:10 109:14,17 111:8 123:4 132:23 152:20,25 178:11 179:17 184:23 185:6 227:1,2 228:16 336:13 355:6

**20** 35:12,14 163:2 267:19 421:11 422:11,20

**20-** 31:24

**20-something** 58:5

**2006** 190:15

**2016** 29:16 190:15,20

**2018** 190:15

**2019** 30:18 31:19,20,21,25 75:18 251:18 397:9

**2020** 31:24 32:5,10,12 33:5,7 67:22 71:8,10 75:18 251:4,10,16 267:19 281:8 395:1,5,20

**2021** 36:21 42:24 52:18,23 64:3 102:12 109:14,16 157:19 171:15 178:24 179:16 186:20 189:8,16 195:13 198:14,24 199:8 201:24 210:12,16 225:3 230:12 242:5 267:19 286:23 289:6 384:13 385:18 386:6

**2022** 13:3,15 48:6 52:7 54:18 77:8 92:2 93:12 200:3,7,13 203:21 221:6 295:22 380:9 381:25 384:17 386:7 406:14

**21** 43:1 54:16 138:23 188:14

**22** 13:3,14 109:13 110:6 178:22 179:1 180:4,13 184:2,6

**22-021-S** 314:19

**22-10964** 13:22

**24-point** 294:11

**25** 392:9

**26** 324:4

**27** 315:7,9

**275** 187:11

**28** 315:7

**29** 315:7

**2:06** 185:3,5

**2:50** 226:24 227:4

## 3

**3** 106:11 109:15 111:8,10,19,21 112:6 178:11 227:7 237:10 280:18,23 295:11,17 324:19 343:18

**30** 219:10 396:4

**30,000** 389:10

**30-word** 297:3

**30th** 395:20

**327** 143:11

**337** 286:20 287:1

**350,000** 187:20

**351** 147:13,16

**352** 149:8

**390** 335:19

**393** 286:18 287:2,15 397:25

**395** 335:18

**397** 335:21

**3:00** 227:6

**3:56** 280:16,20

## 4

**4** 19:17,22 23:5 109:12 122:15 129:1, 14 240:13,15 321:13 324:25 344:24 345:3 395:24,25 396:4 423:23

**40** 193:2

**44** 104:6,16,17 110:19,22

**45** 104:1,5,23 109:3 372:1

**4:05** 280:12

**4:14** 280:22

**4:29** 295:9,13

**4:35** 295:15

**5**

**5** 23:6 24:14,15 26:9 103:7 104:2,24 106:15 108:11 109:6,21,22 110:1 121:7,25 123:9 125:2 127:7 131:16 132:6 133:10,22 134:2 135:25 139:8 140:9 164:9 178:24 179:1,15 180:5,8, 13,18 308:5 310:12 311:10 313:19 324:4 335:16 346:17 348:9 397:3 401:13 402:17 421:11

**5,000** 90:18

**50** 193:2 231:21

**522** 347:22 348:4,22

**523** 352:3

**524** 355:4

**5448** 307:21

**55** 91:19 362:11

**5:04** 308:24

**5:06** 324:18,22

**5:19** 308:20

**5:26** 324:24

**6**

**6** 26:13,17 55:5,10,11,17 56:6,15 57:3 59:13 60:25 61:4 104:4,7,13,18 105:1,22 106:1,16,24 107:15,16 108:12,17,20,22 109:4,6,13,19 110:1, 4,5,8,16,20 111:12,23 112:11,15,23 117:9 119:25 120:3,18 125:2 127:7 129:15,17 131:16 132:7 133:10,23 134:2 135:25 139:9 140:10 147:6 151:8 160:8,18 164:9 176:2 177:18 179:18 180:25 184:1 237:10 253:9 255:16,17,21 256:6 257:1,10 258:24 276:9 315:24 321:8 322:13 335:16 338:10 348:9 397:3 400:24 402:15

**60** 91:16

**60-** 81:17

**601** 13:19

**65** 412:15

**7**

**7** 59:19 97:23,24 104:5,13,18 105:1 107:6,10 108:3,5 109:4,15,19 110:2,8 112:11,23 176:23 179:14 190:3 237:11 253:9 255:18 256:4,6 257:1,

10 258:24 276:9 308:14

**7:04** 423:22

**7:08** 420:12

**8**

**8** 59:19 104:5,13,18 105:1 107:6,10 109:4 112:23 138:24 139:1,2 218:6 237:11 256:4 258:24 287:7,17,24 295:22 306:19 320:24 321:12 322:15, 23 335:5 347:21 348:17 351:3,5,10

**80** 91:17 409:21 410:18,21 411:15,16, 21 412:5,6 413:8

**81** 411:17

**8:28** 307:18 308:1

**8:41** 308:12

**9**

**9** 296:1 351:6

**900** 335:22

**914** 295:20

**932** 335:4

**933** 335:7 336:11

**935** 338:9

**940** 340:25 358:9

**973** 298:24 309:21

**974** 301:6 307:13 309:22

**99** 263:10

**9:51** 13:3,15

**9:53** 15:2,6,8

**A**

**A-5** 139:7 287:13

**A-6** 139:7 287:13

**A-8** 219:9 254:4

**A-9** 116:1

**A-L** 214:11

**a.m.** 13:3,15 15:2,6,8 97:13,17,19 307:18 308:12

**Aaron** 16:20 24:10 117:17 145:19,20 157:18,22 182:1

**abbreviation** 100:6

**abide** 185:22

**Abigail** 227:13

**ability** 18:1 137:24 150:10 154:1 178:17 182:24 255:5 323:12 357:8 396:18

**absolutely** 86:25 88:17 97:8 365:19 380:22 382:21 387:10

**accept** 105:8 118:7 121:15,21,23 122:11,18 167:17 168:24 177:6 178:24 179:17 180:7 183:22 217:24, 25 218:7,8,25 253:16 254:23 321:17

**acceptance** 111:11,22 112:1 120:15 237:22 278:2 283:7 284:12,17 285:9 401:22

**acceptances** 54:25 119:24 120:9 160:8

**accepted** 106:18 108:2 120:17 122:24,25 123:6 167:6 169:2 172:17 180:9 186:20 217:3 237:5,25 240:8, 13 282:9,11 285:6 286:2 402:4

**accepting** 120:2 169:21 181:5 254:21 283:1 284:24

**access** 111:14,25 135:1,14 178:14, 25 180:15 255:5 295:22 323:14 353:12 354:7 355:7,17 405:15

**accessed** 317:15

**accessible** 156:9 189:10 240:2

**accessing** 122:19

**accomplish** 166:10

**accordance** 141:16 338:12

**account** 90:13 91:13 115:13 125:11, 16,22,24 128:23 143:13,21 145:16,23 147:2,11 148:17,22 156:22 170:17,23 172:16,21,23 173:2,24 179:20 181:22 189:10 219:14,19 231:19,20 244:23 245:3 247:11 253:18,22 254:8,10,11, 19,24 255:6 258:11 261:10 267:4 269:4 271:14 281:5,8 307:18,25 308:2 311:17 312:10 317:15,17,20 327:14 328:3 339:16 342:22,23 349:5,20,22,24 350:1,3 355:8 357:15 364:10,12 367:11,13 377:17 378:7,8, 14,16,17 397:9 405:13 414:21 415:13 416:2

**account-based** 157:13

**accountable** 382:12

**accountant** 327:16

**accounted** 328:5 333:20 365:22

**Accountholder** 122:16

**accountholders** 63:23 76:23 96:14 103:15,16 105:14 111:13,24 142:25 150:23 179:19 240:13 261:9 323:13

**accounting** 246:18 247:11

**accounts** 150:11 172:17 179:17 180:12,18 181:10,11 231:21 256:16 257:7 262:16 264:18 269:9 272:11 297:23 323:9 338:14 342:15 362:19 363:25

**accredited** 89:19 90:2,8,10 353:3,5 354:4 355:3,5,6 356:6,15 357:3 393:9,19 394:4,15

**accurate** 28:4,6 98:13 102:9 246:18 270:22 309:4

**accustomed** 268:6

**acknowledge** 236:15 302:2

**acquire** 247:21,23 377:10 380:4

**acquired** 203:21 263:10 270:25

**Act** 43:20 47:24 174:8 175:8 209:18 318:20 374:16 381:24 385:2

**acting** 40:15,16

**action** 37:9 171:9 282:23

**actions** 282:24 283:23

**active** 31:22 68:7 171:20 275:1

**actively** 121:23

**activities** 56:22 63:5 79:24 80:2 182:8 306:2,14 381:19 398:16

**activity** 236:7 238:19 283:4,17 305:22 368:12 381:20

**actual** 65:10 101:1 131:1 145:7 161:1 183:17 251:24 277:5 367:4 369:14

**add** 47:10 101:15 104:4 146:16

**added** 79:17 104:15 190:18 197:16

**adding** 104:12 193:9

**addition** 38:11 222:21 226:13,14,15

**additional** 186:9 187:6 309:11 422:24

**address** 65:1 143:25 144:2,8 146:16 157:8 159:19,24 183:7,11,13,16,18 229:18,19 237:16 239:9 241:4,12,19, 21 258:15,16 282:16 308:3,21,23 309:1 310:11 311:6 367:9

**addresses** 160:1

**adjustment** 186:25 187:18

**adjustments** 362:19

**admin** 193:13 381:2

**administered** 344:6

**administration** 49:18 238:10

**admins** 193:12

**Adrian** 214:8,11,20,21

**advance** 183:25

**advertised** 306:16

**advertisements** 249:6

**advice** 249:19 328:17,23 329:5,8 406:10

**advise** 123:14 328:22

**advisor** 28:15 203:24

**advisors** 21:10 401:16

**advisory** 405:18

**affairs** 299:9

**affect** 17:25 323:7

**affiliates** 141:2

**affirmatively** 122:11,18

**affirmed** 14:6

**after-the-fact** 368:22

**afternoon** 186:7 227:12,17,19

**agencies** 15:22 222:20 223:4

**agency** 386:17

**aggregate** 367:15 368:6

**aggregated** 240:22 285:22,23

**agree** 140:22 177:22,24 219:12 228:7 253:6,17,22 254:5 255:4 256:19 279:24 312:8 316:13 317:12 337:1,4,17,22 338:5 339:24 340:9 341:9 342:7 347:3 352:4 353:7 354:24 361:21 370:4,16 378:9 422:20 423:14

**agreed** 16:8 106:15 213:15 237:1,11 239:25 419:17

**agreement** 236:22 314:16 334:5,18 340:16 344:15 346:12 359:9 412:14 413:1

**agreements** 321:15,22 340:11 412:20 414:5

**ahead** 16:17 27:2 40:5 46:9 96:19 159:1 195:9,17 196:11 197:6 203:3

204:14 209:22 211:24 218:20 220:19 228:19 244:7 247:13 263:3 347:9 365:18 373:7 377:25 380:21 382:20

**Alex** 34:17,19,20 35:6,21 47:16 68:4, 10 73:13 74:2 140:6 211:16 215:4,6, 16,22 225:14 335:6 336:12 338:10 341:1 347:23 348:23 358:9 396:5 397:23

**Alex's** 74:13 224:18,19

**Alisie** 214:8

**allocate** 272:3

**allocated** 248:24

**allowed** 253:5 325:9 418:23 419:24

**allowing** 267:17

**aloud** 315:8

**alpha** 54:15 176:8

**altered** 248:10

**alternate** 293:7

**alternative** 32:3

**Alvarez** 218:18

**AMAS** 32:14 34:18,21 68:3 73:11,25 74:12,20 249:6,15

**ambiguity** 358:17

**ambiguous** 359:13 390:15 392:17

**amendment** 216:12

**Ameritrade** 271:15 272:2,18,24 273:24 274:13

**AML** 45:18 290:11 344:1 381:20 382:14 389:14

**amount** 144:15 170:24 172:16 188:22 189:4 270:12 273:19 308:12 413:23

**analogy** 78:20 387:23

**analysis** 55:21 93:1 170:20 309:23

**analytics** 220:3

**and/or** 14:6

**Andrew** 130:17

**announce** 23:16 371:20

**answering** 24:18,20,23 25:12 26:23 63:9 341:19 376:24

**answers** 24:7,9,25 25:6,7,23 26:4 28:4 92:3 262:14 405:11 415:11

**anti-money** 40:22 45:23 48:1 84:23 341:24

**anymore** 32:1

**anytime** 268:8 328:24

**API** 314:16 315:9,19 316:8,14 317:16 319:20 320:19 322:14,19,21

**apologies** 330:16 394:16 422:9

**apologize** 216:9 228:19 234:25 235:8 238:7 417:20 418:18

**app** 72:1,8,10 73:5 75:3 113:9 114:7 115:21 121:19,24 135:1,3,4,8,14 136:15,18 137:13 145:2,18 146:3 171:3 177:17 178:14 179:4,7 180:15 242:11 278:2 368:25 370:6 409:20 413:7

**apparent** 417:2

**apparently** 421:8

**appeal** 80:8

**appearance** 262:4

**appeared** 34:25 249:23 300:2

**applicability** 175:1

**applicable** 148:19 149:22 355:4 395:24

**application** 219:24 282:18 283:5,6 336:14,23,25 337:6,20 345:13

**applications** 196:18

**applied** 175:5 342:25 414:22

**applies** 234:10 376:20

**apply** 175:12 349:1 379:18

**applying** 232:24 414:3

**appointed** 42:24

**appointment** 50:16,21

**approached** 298:1,12

**approaching** 213:5

**approval** 38:9 85:25 379:6

**approve** 85:20 344:17 346:12

**approved** 53:9 98:24 196:16 216:13 225:22 336:23,25 337:5 342:17,25 346:21,24 363:21 393:4

**approver** 234:16 235:4,5

**approves** 337:24

**approving** 383:11

**approximate** 244:10

**approximately** 224:23 231:5

**approximation** 190:2

**apps** 60:11 118:17 175:21 220:3

**April** 52:7 77:8 261:11 348:25 384:17 386:7 393:16

**arbitration** 124:24

**architecture** 258:6

**area** 30:5 41:12 46:22 56:9 58:15 84:16 142:9 173:8 249:21 273:3,16 358:1 383:6 413:22

**areas** 201:9 249:1 301:1

**argued** 401:11

**arguing** 378:15

**arm** 196:15

**article** 128:6,9

**asks** 18:11 111:15 232:8 372:14 373:2 378:4 388:5 419:2 421:15

**aspect** 264:21

**aspects** 155:19 205:14

**assertions** 306:18

**assessing** 273:9

**asset** 70:24 81:15 95:4 145:7 154:17 203:12 279:1 288:4 290:7,21,25 349:4 351:24 353:10 354:5,9 355:9 376:15 400:8

**assets** 20:7 67:15 91:10,14 93:24 95:11 137:5,16 141:14,15,18 144:4, 21 147:21,23 148:8,10,21,23 149:20 150:10 155:18 156:1 159:5,17 183:21 190:19 193:6,8 244:23 254:25 260:17 268:16 272:3 278:6 286:15,21 287:24 288:3,7,15,22 289:17 290:18 291:3, 24 292:20 296:10,16,20 298:2 311:12 314:11 325:22 326:7 331:11,12,22 333:4,11,12,16 334:10,13 337:2 339:6,11 340:13 341:6,12 342:2,3,11 343:19 344:4 345:1,5,8 346:18 349:19 352:16 358:16 361:7,10 367:1,4 378:16,18 395:10,16 396:1,2 397:8,12 400:6 406:13 408:18 412:2 415:12 416:4

**assigned** 224:1

**assigning** 265:16

**assistance** 255:1

**Association** 262:2

**assume** 17:12 230:1 269:13 276:2 345:12

**assumed** 51:13 60:19 230:3,5

**assuming** 309:3 422:12

**assumption** 59:24 71:12,13 162:1 217:12 229:22 246:13 268:24

**assurance** 61:23

**assurances** 307:1

**Atlassian** 161:17

**ATS** 45:10 382:24

**attached** 102:23 105:19 128:18 133:20

**attaching** 126:16

**attachment** 140:6

**attachments** 108:9

**attempt** 183:20 276:25

**attempted** 324:16

**attempting** 88:10

**attention** 133:15 167:11 217:13 228:10 276:4 288:13 290:17

**attest** 381:3

**attesting** 20:6

**attorney** 45:3 65:21 217:11 227:14 262:7 292:8 293:1 388:16

**attorneys** 152:3 174:23 262:2

**attract** 88:11 89:8

**audible** 105:23

**audio** 192:2 232:7 260:9 350:20 372:13 373:1 388:2 403:16 404:12 407:22 419:1 421:14

**audit** 163:6 215:1

**audits** 194:15

**August** 109:14,15 112:6 178:24 179:1,15 180:5,8,10,13,18 281:5

**Australia** 307:16

**authenticate** 242:12

**authorized** 288:6 344:25 345:4,17

**automated** 239:5,19 242:10 282:13 401:21 411:4

**automatically** 338:17 410:17

**Ava** 28:15,18,19,22 29:6 190:5

**availability** 54:18

**Avalanche** 28:21 190:5

**Avenue** 13:19

**Aviv** 208:2,3

**avoid** 422:2

**awards** 281:16

**aware** 96:13,22 112:20 124:25 125:4
126:14,19 127:5,9 133:24 134:4,23
140:15,16 141:21 142:2,23 150:13,
16,21,25 151:2,7,23 166:20 172:14,
20 175:18,23,25 182:22 183:1 188:12
202:5 211:19 220:4 221:8 233:5
246:23,25 276:18 277:9,22,23,24
297:6,7 314:17,22 320:21 377:22
381:6 393:8 395:14 410:4 412:12,19
413:5,12 414:12,18 415:3 416:21

**awareness** 202:17 220:25

**Awesome** 184:18

---

**B**

**back** 15:9 35:13,15 63:20 64:3 66:1
67:17 72:18,24 73:3 76:21 78:8 81:1
96:12 97:19 102:16 105:7 106:7
111:1,5 115:8 132:25 133:1,4 136:4
141:25 146:2 153:2,17 156:1 163:21
172:12 173:6 176:21 177:13 182:16,
21 183:6,16,21 185:7 186:11 210:1
212:24 217:19,20 218:12,16 225:15
227:8 231:9,15 237:13 238:2,8,21
239:16 252:3,17 256:23 257:3 277:6
278:9 280:12,23 291:11 292:4,5,15
295:16 325:1 334:16 358:3,8 364:9
414:16 415:1

**backed** 202:13

**backend** 368:18 369:4

**background** 28:9 46:21 57:21
181:17,24 372:12 402:19 405:3

**backtrack** 202:20

**backwards** 284:2

**bad** 77:17 227:25 228:2 416:13

**balance** 135:16 145:5 146:22 147:3
174:17 301:5,19 309:22 365:21
367:12 368:6,7

**balances** 146:24 301:20 307:14
367:17 369:15,16

**ballpark** 90:15

**BAML** 194:19

**bank** 43:19 47:24 73:20 74:14 174:8
175:7 209:18 318:19 374:14,15

**381**:23 385:1

**Banking** 227:16

**bankrupt** 93:25

**bankruptcy** 13:12 93:13 149:18
150:8 230:23 404:4 419:14

**bar** 72:2

**bare** 95:4

**base** 104:1 105:11 265:4

**based** 48:3 71:13 78:5 98:10 99:3
101:16 116:18 123:20 127:4 137:18,
24 148:6 166:7 208:2 236:1 237:2
253:2 257:7 260:22 262:17 270:14
281:6 304:9 305:20 307:16 309:18,20
333:12 337:15 338:1,4 339:19 340:14
354:11 368:11 375:4 414:18 415:15

**basically** 28:24 29:22 37:8 94:25
95:7 153:25 156:15 173:22 177:5
180:6 188:5 189:1 190:16 193:9
206:7 209:6 213:4 231:8 237:24
238:12 239:7,13 254:21 291:10
312:12 329:10 351:23 353:8 364:8
378:5,17 411:5

**basics** 271:7

**basis** 88:7 170:21 217:4 240:4
269:13 350:5 381:9 387:13

**bearer** 95:2

**beginning** 84:13 178:22 188:14
278:11 348:24

**behalf** 141:19 169:17 289:22 290:9
342:5 343:21 345:9,18,22 346:1
390:25

**belabor** 390:2

**believed** 138:5

**believes** 423:17

**benefit** 68:18 263:25 352:15

**benefits** 121:20 317:18 319:22

**beta** 113:22,25 129:5 136:5 175:24
176:8,9

**big** 46:25 69:21 71:15 75:20 223:5
258:12

**bigger** 315:14

**billions** 71:1,11 159:16

**Binance** 263:14 267:15,24 268:15,
17 307:24 308:2

**Binance.com** 267:15

**binding** 336:24

**bit** 28:8,10 57:20 82:11 105:19 122:4
146:12 157:11 186:12 191:20 194:25
199:24 202:20 204:5 216:7,25 220:21
232:3 241:5,6 246:10 280:9 283:11
321:20 336:19 367:19 399:16

**Bitcoin** 28:21 81:16 145:19,24
146:12,13,14 154:21 157:19,22
158:1,2,8,10 159:20,22,24 160:2
243:23 244:1,2 260:25 330:18,19,22
332:17 340:4 343:1 410:7

**Bitcoins** 154:20 183:5 330:15

**biz** 38:22

**blah** 343:24

**blanking** 160:12

**blended** 50:8

**blockchain** 28:20,21 157:7,12,14
158:2,14 243:16 244:2 307:23 309:23
330:9,21 331:8 332:7

**blockchains** 159:4,9 243:22

**blocked** 170:4

**Blockfi** 265:7,15,17,24 266:7,13,19
267:2 268:12,14

**blog** 123:17 128:6,8,9,13,18

**Blonstein** 13:23 14:5 16:20 17:1
20:25 88:3 227:17 235:17 262:12
302:6 309:9,25 310:3 316:5 330:25
335:13 336:15,17 348:16 372:8,23
381:17

**Blonstein's** 420:2

**board** 47:17,20,25 48:4,10 227:15
250:16,23

**bodies** 221:22

**body** 232:6,10

**bold** 141:11

**bolded** 142:18

**bolding** 295:24

**bond** 272:21

**bonds** 271:17

**bonuses** 362:22 364:19

**book** 70:25 71:15

**books** 244:24 245:4

**borrow** 82:17 153:21 154:2 352:1

**borrower** 345:15

**borrower's** 341:2 358:12 360:4

**borrowers** 75:21 76:15

**borrowing** 141:13 313:21

**bottom** 64:18,19 103:8 116:1 123:9 128:14 129:18 134:19 249:16

**bound** 16:1

**box** 102:22 307:10

**boxes** 177:23

**brackets** 130:11

**brain** 88:14 266:1 363:1

**brand** 236:24

**brand-new** 399:11

**brands** 69:21

**break** 19:8 83:17,19,22 97:7,9 152:8, 11 185:1 204:4 280:10

**breakdown** 90:24 92:6 220:25

**breaking** 152:7

**breaks** 19:4

**bridge** 311:7 367:10

**briefer** 196:3

**briefs** 86:18

**BRIER** 14:12,18 15:11 16:17 20:19 21:2 22:14,22 24:10,15 25:19 26:15, 24 27:11,13 34:9 37:25 39:2,8,15 40:1 46:2,7 51:9 65:18 66:9 67:5 68:12,23 70:18 71:25 74:4,22 76:7 77:6 78:12,25 79:12 82:5 83:2,18 84:1 86:14 87:18 88:12 89:11,22 91:1 93:5,15,20 94:4 95:18 96:17,25 97:8 101:6 104:8,19 106:2 107:1 108:18 109:24 110:24 112:25 117:5,11,17,23 118:24 119:16 122:1 123:7 125:8 126:6,18 127:8 129:9,19 131:17 132:8 133:11 138:8 139:2,21 142:6, 16 143:2,23 145:25 147:7 148:1 149:2 150:3,24 151:11 152:9,11,15 153:12 154:10,24 155:12 156:13 157:24 158:23 160:19 161:13 164:24 167:22 170:12 171:1 172:24 181:13 182:1,18 184:11,15,18 185:9 188:17 189:22 191:7,9 195:7,15 196:10,22, 24 199:9 200:21 201:17 203:1 204:13 206:23 209:21 211:22 214:13 215:8, 10 216:19 218:19 220:16,19 221:24 222:23 223:23 225:1 226:21 229:6 230:7 231:11 232:11 233:10 234:5 235:14 243:17 244:6,25 246:5,19 247:12 248:12 249:10 250:7 251:6 252:1,15 254:12 255:10,19 256:21

257:23 259:17 261:12,23 263:1 264:22 266:11 267:8 269:16 270:19 271:25 272:12,25 274:4,16 275:24 277:8,20 278:16 279:2,23 280:4 283:8 285:12 287:6,9,14,19 288:23 291:5 292:21 293:12,19 294:15 295:7 296:3,11 297:15 298:4,17,25 299:16 300:10 301:9 302:4 303:2,22 305:4 306:3,21 307:4 309:9,15,18,25 310:15,19 312:23 314:20 315:10,15, 22 316:1,16 317:21 319:10,24 321:4, 7,23 323:16,25 324:5,13 325:12 326:1,9,16,24 327:10 328:19 329:1, 14 330:11,23 332:8,19,22 334:3 335:11,19 336:15 337:7,13,25 338:23 339:17 340:7 341:13 343:7 344:9 346:3 347:7 348:5 349:14 350:7,15 351:7 352:8 353:19,23 354:15 355:20 356:19 358:20 360:12 361:12 362:6, 11 363:8 365:17 366:18 369:6 370:9, 21 371:16,25 373:5,21 374:5 375:22 376:2 377:23 378:10,23 380:20 382:15,18 383:18 386:3 388:9 389:2 390:20 391:13,22 392:2,6,18 393:11 394:10,16 395:11 396:7,12 397:13 398:9,12 399:6 400:11 401:4,14 402:21 403:3,9,13 404:1,19 406:3,15 409:7,24 410:11,25 411:22 412:21 413:14 414:6 415:5 416:23 417:3,16, 20 418:6,9,16,19 419:11 420:6

**bring** 204:25 206:9 396:9

**bringing** 207:16 396:11

**broad** 293:21

**broader** 419:22

**broke** 226:9

**broker-dealer** 45:8,9 194:10 382:23

**brought** 217:9 319:18

**browser** 135:24 136:9,24 138:6

**BSA** 43:22 48:3 213:9,11 233:19 381:19 382:5,14

**Buckley** 47:12 195:25 196:1,15 197:23

**budget** 200:1,14

**build** 58:12 205:8

**building** 48:6 58:16 167:16 206:12

**built** 166:10 168:8 285:24

**bullet** 131:22 133:13 136:23 137:4, 11 355:5,15

**bullets** 132:3 133:6

**bunch** 70:13 133:20 201:1 202:9,10 268:16 340:1 389:21 415:9

**business** 43:20 62:9 75:16 163:15, 24 174:11,14 205:15,18 206:11 208:8,25 210:15 213:8 232:17 244:4, 22 262:25 270:15 372:24 373:15,18 374:2,10,24 375:10 376:19 377:5,13 378:6 406:7

**business/product/legal/ regulatory** 62:4

**businesses** 273:23

**busy** 409:1

**button** 125:21 327:15

**buy** 201:23 202:7

**C**

**C-O-R-D-R-Y** 262:1

**C-O-R-N-E-L-L** 186:4

**calculated** 304:17,19 305:14

**calculating** 304:9 305:19

**calibrated** 306:2

**California** 232:21 407:2

**call** 21:14 35:16 144:1 146:8 169:14 194:16 214:20 238:8 242:24 264:17 266:24 268:18 311:6 341:8 345:7 351:21 386:23

**callable** 291:10

**called** 14:6 29:17,18 114:7 116:1 161:16,22 178:1 196:16 203:22 219:9 259:13 267:24 276:10 366:8 374:25 376:14 377:20 378:22 380:23 415:15

**calling** 179:21 292:6 311:9

**calls** 94:5 263:2 269:17 325:19 341:14 343:8 352:9 355:21 358:21 360:13 361:13 370:22 390:21

**Cameron** 281:3

**cancel** 177:7

**canceled** 364:8

**candidate** 214:4,7

**candidates** 212:23

**capacity** 20:13,18,22 51:25 52:1,4 85:12 160:21 341:25 388:13 405:9

**capitalized** 141:12

**capture** 282:20

22-10964-mg   Doc 1540-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A
In re Celsius Network LLC                     Confidential                        Pg 437 of 468

Oren Blonstein
Oren Blonstein Deposition Transcript (Redacted)     November 22, 2022

**car** 82:17,18 279:18,19,21 280:1 387:24

**card** 41:8 89:2 203:13 204:17 205:17, 22 208:24 209:5 405:17

**cards** 85:14

**care** 47:24 86:22 243:7 255:1,9

**cared** 318:16

**career** 194:3 399:8

**carefully** 167:5 169:21

**carry** 288:6 344:25 345:17

**case** 13:21 16:21 50:3,18 51:6,15 62:20 104:21 164:18 175:7 176:18,20 183:2 205:3,16 217:11 259:11 262:7 269:5 320:14 384:3 404:2 418:24 419:12

**cases** 16:23 51:24 208:7 226:6 236:12 241:12 250:9 291:17,18 415:10,15,17,20

**cash** 188:16 200:14,16,20

**Caspian** 29:19

**catch** 278:20

**catch-22** 416:18

**categorize** 268:20

**categorized** 218:7 271:4 352:21

**caution** 196:25 235:16

**caveat** 91:21 176:14

**CC'D** 84:22

**CCO** 40:15,16 43:11 51:2 202:2 212:23 213:6,11 234:3 318:3,8,9 381:15 385:6,11 391:12,19

**cease** 212:25 314:18

**cede** 407:9,10

**Cefi** 94:15 159:11 314:4

**cell** 188:21

**Celsius** 13:21 17:2 20:15,18 21:1 26:11 28:13,14 29:4 30:15,17 31:3,8, 16 32:2,4,6 34:12,16 36:3,11,20 42:22 50:3 57:24 58:9 60:16 63:24,25 65:1,3,4 66:7,14,21,23 67:2,20 68:10 69:9,23,24 70:16 71:4,21 73:5,9 74:15,17,21 75:9,13,19 76:1,5,24 77:3,25 80:21 81:4 82:4,13 85:21 86:13 87:17 88:9 89:7,16 90:24 96:14,23 101:24 103:17 105:25 114:1 115:13 117:1,8 118:22 119:8,14,23 120:1,6,9 121:24 122:4,17 123:3,16 124:22 125:11,16 127:20 131:14 132:5 133:7,25 135:10 137:7 140:24 141:1,3,12,14,16,18,22 142:14,23 143:12,13,21 144:9 145:16,21,23 147:2,5,20 148:17,19,22 149:22 150:14 151:8 157:19,20 158:21 173:10,16 175:21 177:17 179:3,7 180:21 181:10 182:6,13,16 183:5,20, 24 186:13,18 187:16 189:14,15,18,21 190:7,9,12 193:23 195:2,12,14 198:13 199:1,7 200:2,16,19 202:23, 25 206:22 209:14,17 211:3 215:3,23 216:11,16 217:1,15 219:13,23 221:13,14,20 222:19 223:21 225:19 228:6 229:3,22 230:20 232:4 233:9 236:20,24 241:2 244:4,22 245:8 249:8,25 250:16 251:5,11,19 254:7 256:10 257:20 260:9,16 262:25 263:7 264:20 266:8,16,17,21 268:14 270:14 271:23 272:11 277:17,19 278:6 281:5,8 282:3 283:5 286:8 288:3,5,9, 10,11 290:19 291:1 293:10 296:10 297:22 305:1 307:17 308:3,7,9 310:14 312:19 315:9,19 317:15,19 321:15,20 322:13 325:24 326:14 327:7,14 328:9,16,22 329:11,18 334:12 336:24,25 337:5,19,23 338:13,14 340:13,19 342:11,17,23 343:5 344:3,4,20 345:22 346:1 347:21 349:4 354:3,13 355:8,9 359:15 361:4,21 362:19 363:22 365:14 366:4,9 370:2 372:23 373:10, 11 378:15,18,20 384:3 385:18 387:25 394:7,8 395:4,25 397:9 398:6 400:7 406:1,5,14,20 408:16 416:9,14,15 417:10

**Celsius'** 147:20,22 149:24 161:8 163:8 297:13 317:19 338:16

**Celsius's** 77:1 83:24 101:25 122:20 134:10,12 218:16 220:10 273:12 293:16 308:5 310:11 331:25 332:15 335:1 354:9 396:2,22

**centered** 256:8

**centralized** 314:5 369:22

**CEO** 28:25 29:2 40:14

**certainty** 61:8

**certified** 22:9 394:15

**certify** 393:10

**cetera** 423:7,11

**challenge** 296:19 302:24 416:12

**challenges** 119:4,5 235:10

**chance** 97:6 318:12 403:23 419:8

**change** 50:10 92:10 98:9 109:15 120:4,21 124:12,23 134:9,15 135:24 137:2,3,5 143:14 147:10 149:1,5,9, 13,17 150:1 170:23 180:21 187:25 250:17 256:8,9 258:12 268:8 286:22 320:22 331:19 365:20,21 398:11,25 399:4 400:5,10

**changed** 33:7 51:3 77:1,5,7 78:3 91:22 92:14 130:14 131:6 142:5 193:25 288:1 332:3 365:15 398:7

**changing** 121:14,18 181:1 257:11 320:16 362:22,23 412:10

**channels** 123:16

**Chapter** 50:11,18 51:6,15,24 62:20

**characterization** 286:9 296:9 316:14 317:13

**characterize** 188:4 276:6

**characterizing** 281:13

**charge** 26:23 57:12 59:3 207:17 245:20

**charged** 263:24 410:20

**chart** 103:10,13 110:18 240:10 310:21

**chat** 362:3 372:4 407:13

**chatting** 30:25

**check** 62:15 64:17 86:10 102:4,15,22 137:21 155:23 177:23 182:2 218:13 237:15 324:2 362:4,7 371:17,23 403:4 418:7,10

**checked** 61:16 134:5 177:23 184:4 218:3

**checks** 377:6

**chief** 17:3 21:1 42:13,25 43:3,8 44:3, 7,10,19 45:22 47:14,21 48:13,14,18, 20,22,23 49:4,5,9,10 50:16,22,23 51:13,14,16,17,18 52:13 53:2 55:19 62:21,25 63:16 84:7,14 87:4 88:19 173:12,14,15 187:1,3,6 208:1 209:24 210:5,12 211:7,13,14 212:7 213:9 214:22 225:6,7,10,14 233:16 289:13 379:7 380:16 381:13 382:10 383:24 384:11,19,25 385:21 388:23 389:7 390:11,18 392:23 409:3,12

**chiming** 31:5

**chip** 84:25 85:8

**choose** 271:18 272:3 389:23

**choosing** 74:21

Case 1:22-cv-10904-JSR   Doc 140-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit A
Oren Blonstein Deposition Transcript (Redacted)   Pg 438 of 468

Oren Blonstein
Confidential                                                             November 22, 2022

**Chris** 201:8

**Circle** 302:22

**circumstances** 141:17 391:11

**Civil** 404:6

**claim** 301:5,18 370:16,18,20

**claiming** 291:2

**claims** 347:1,5

**clarification** 17:12 216:4 218:14
231:1 232:8 372:14 373:2 388:6
419:2 421:15

**clarify** 25:22 44:2 50:20 117:18
215:20 222:17 332:2 361:21

**clarifying** 289:16

**clarity** 255:19,20 337:9

**classes** 193:8

**clause** 287:24 292:10

**clauses** 392:17

**cleaned** 364:5

**clear** 148:6 208:6 255:24 291:22
293:3,6 339:4,12,18,20 341:9 342:8
359:16 370:3 376:6 390:10 395:8
397:5,11 403:6

**click** 116:13 118:8 121:23 125:17
164:2 167:17 173:21 177:6 255:3
316:23 410:22

**clicked** 127:25 134:19 164:21
168:24 169:2 177:9,11,22,24 178:4,9
179:2 180:14 327:15

**client** 229:3 378:7

**clients** 220:12

**clock** 392:9

**close** 188:7 202:18 206:19 219:14
253:18,21 254:8 266:6

**closely** 172:2

**closer** 220:13

**closest** 131:19

**closing** 219:18 254:10

**cobwebs** 203:5

**code** 114:11 209:11

**coding** 136:21

**Cohen** 41:24

**Cohen-pavon** 198:11

**Cohen-pavon's** 56:5

**coin** 76:17 81:12,18,21 82:3 145:2
157:1,21 158:6,20 261:5 290:2
302:21 303:7 304:4,13,14 369:14
370:14

**Coinbase** 69:22 93:11 150:6,11
231:19 263:13 308:25

**Coinbase's** 96:12

**coins** 31:12 32:23 64:5 65:24 66:1,7,
21 67:2,13,20 71:21 72:9,10,16,19,24
73:1,8 76:24 77:3 78:1 79:21 80:3,22
81:1,4 82:15 94:10,14,18,23 95:7,11,
13,16,23 144:12 146:6,22 153:21,24
154:2,6 155:5 156:19 157:8,17,20
158:16 179:8 182:16,25 183:11,15,19
229:2,18 231:5,7,9,15 243:16 245:7
251:4,10 252:9,25 257:21 258:6,13,
25 260:16,20,21 261:2 263:17 265:17
268:11,24 269:15 279:9,10 282:25
292:3,5 295:23 298:13 304:2 305:11,
22 311:3 312:3,4 313:11 314:9 330:4,
7,9 331:2,6,24 332:15 340:18,21
342:15,20,21 343:2,4,6 345:14 357:4,
6 360:6 364:2 367:8 368:7 370:17,18,
19

**Cointracker** 327:13 328:8

**cold** 355:19 356:1

**collateral** 76:15 153:11 154:4,8,17,
21 155:6,9 156:2,8,12 330:14,20
332:18 333:5,16,25 334:15 335:1
337:3 338:14,16,20 339:6,13,15
340:6,22 341:8 345:24 349:10,19,21,
24,25 353:17 354:12 356:14 357:13,
14 360:7,9 408:24 413:10

**colleague** 227:21

**collect** 118:11 159:23 237:19 239:9,
10 241:8,9

**collected** 101:2,21

**collection** 115:3

**collectively** 141:2 421:10

**collects** 239:20

**Colodny** 16:16,19,21 19:16,19,23
20:23 21:5 22:20 23:1,5,8,19 24:2,14,
16 25:21 26:9,17,18 27:6,19 34:1,11
38:17 39:6,9,23 41:20 46:4,10 47:8
51:10 66:5,19 67:18 68:19 69:4 71:18
72:22 74:9 76:3,20 77:15 78:18 79:3
81:2 82:9 83:14,16,23 85:18 87:6
88:8 89:5,14 90:14 91:15 93:8,16
94:1,21 96:10,21 97:10,22 98:1
101:14 104:11 105:3 106:5 107:7
108:23 109:1 110:3 112:12 113:1

117:7,14,21 118:21 119:7,20 122:12
123:18 125:14 126:7,20 127:11
129:12 130:1 132:2,12 133:1,19
138:12,23 139:1,3 140:3,4 141:9
142:12,21 143:9 144:10 145:11,19,20
147:1,12 148:11 149:6 150:5 151:4,
22 152:6,10 153:3 154:3,15 155:7
156:10,24 157:18 158:18 159:13
161:7 162:5 165:14 168:1 170:13,15
172:11 173:1 182:5,12 183:3 184:8,
12,17 287:4 295:1

**Colodny's** 157:22

**colon** 137:2

**combination** 241:23 307:13

**comfortable** 76:2

**comingle** 308:23

**commencement** 179:16

**comment** 31:9 88:2 346:14 400:19

**commentary** 16:7 292:23

**commenting** 391:7

**comments** 73:24 200:15 324:15
350:21 391:3

**commingled** 312:10 313:11,12

**commingling** 312:20

**commiserate** 189:17

**commit** 365:3

**committee** 16:22 23:22 63:18 408:7,
10 421:1,23

**common** 118:4,19 145:3,7 171:4
278:22 279:4

**commonly** 72:13 144:1

**communicated** 43:17 167:19
402:18

**communication** 150:14 207:22
222:9

**communications** 46:19 96:13
106:9,10,11,13,25 111:10,21 113:15,
22,25 133:21,25 136:5 150:22 151:1
197:2 215:5 221:21 222:5 224:10,12
226:3,11 234:13 235:5 248:9 274:19,
20

**companies** 29:9 43:12 169:13 248:2
383:25

**company** 28:16 29:2,17 33:12
35:19,24 37:6,12 44:12 45:8 51:8
55:23 56:24 63:1,6 64:6 65:24 67:13
68:16,22 69:19 70:7 75:1 76:19 77:14

Case 1:21-cv-00896-LPS   Document 140-1   Filed 12/01/22   Entered 12/01/22 14:55:05   Exhibit 4
Oren Blonstein Deposition Transcript (Redacted)   Pg 439 of 468

Premium Network
Confidential

Oren Blonstein
November 22, 2022

79:22,23 83:25 93:25 99:6 100:11
102:11 113:7 120:25 121:2 124:22
126:15 144:5,18 148:9 152:4 153:20,
22 154:5,7,23 155:9 156:6,25 161:16,
20,22 164:15 165:24 167:15 168:3
169:6,18,24 172:7 175:2,6,10 176:15
180:17 181:1,8 182:8 190:3,14,15
191:16 194:10,13 197:15 201:10
203:22 204:18 205:23 207:16 210:8,
17 211:14 212:4,8,14,16 222:10,11
223:15 225:12 230:16 232:15 236:2
238:14 242:23 245:25 247:18,25
252:5,9 253:1 258:19 262:19 263:9
276:20,21 286:16 291:9,22 293:14
294:7 296:21 300:14 303:20 342:3
349:17 366:23 371:12 373:13 386:12
393:15 394:2 395:16 399:11 402:8
415:20 416:10

**company's** 37:7,8 38:8 39:11 47:22
78:3 154:12 215:1 245:9 258:16
276:13 294:11 392:24 414:1

**comparing** 69:22

**comparison** 79:14

**compensation** 187:6,14 188:15,21
189:24

**competitor** 69:13 118:14 275:9

**competitors** 54:11

**compile** 99:14

**compiled** 240:5,6

**complete** 139:23 250:1 420:17

**completed** 163:6

**completely** 173:7 232:5

**completing** 115:22

**complex** 71:2 241:6 374:19

**complexity** 71:3 241:7 296:15

**compliance** 17:3 21:1 42:25 43:4,9,
21,22 44:3,7,10,15,17,19 45:19,22
47:14,21 48:18,23 49:24 50:22 52:6,
13 53:2,15 55:20 62:22 63:16 84:8,15
87:4 88:20 97:3 174:5,17 175:3
187:1,3,7 194:2,22 209:25 210:3,5,
13,18,23 211:8,13,15 212:7 213:9
214:22 233:16,19 236:3,4,16 238:16
243:11 247:6,7 289:13,20 290:11
300:17 341:24 364:25 372:11 374:15
379:7 380:5,16 381:13,18,24 382:6,
11,12 383:13,14,16,24 384:6,12,19,
25 385:1,21 388:23 389:7,15 390:11,
19 392:23 409:3,12

**compliance-related** 300:20

**Compliant** 84:7

**complicated** 160:5

**complying** 175:4

**component** 299:20

**Compound** 369:7

**comprehensive** 399:20

**computer** 239:19

**con-** 151:13

**concept** 37:2,17 87:15 129:3 209:10,
11

**concern** 93:23 311:2 417:15

**concerned** 94:3

**concerns** 96:7

**concise** 296:18,22

**concludes** 324:18 357:25 361:25
423:23

**conclusion** 70:16 71:23 311:20
313:13 341:15 343:9 352:9 354:25
355:22 358:21 360:14,21 361:13
370:22 390:22

**condition** 122:19

**conditions** 317:19

**conduct** 179:23

**conducted** 309:24 411:10

**conducting** 257:13

**confer** 16:10 401:15

**confidence** 155:25

**confidential** 14:14,15 15:13 16:12,
15 185:12

**confirm** 72:23 115:6 128:7 138:10,
19 215:15 219:7 277:25 279:3

**confirmed** 72:20 103:2 320:5,6

**confirming** 348:15

**conflict** 78:9,13,16

**conflicting** 389:1

**Confluence** 161:22 162:6,11,12
209:1

**confusing** 82:11

**confusion** 255:13

**connect** 146:21 193:13 237:21 283:3

**connected** 327:14

**Connecticut** 377:17 379:3 381:11

**connection** 21:22 22:3 25:7 81:5
133:22 143:22 149:24 164:9 177:17
282:17 288:4 341:7,12 343:19 346:18
358:16 361:7 423:1

**connects** 282:21

**consent** 122:16 147:20,22 182:17
297:14,17,19

**consequence** 363:24

**consequences** 80:25 81:5,7

**consideration** 148:16 188:3 274:11

**considered** 151:9,16 274:3 278:14

**considers** 342:24

**consistency** 411:19

**consistent** 54:10 88:7 221:5 252:6
275:12 286:6 293:10,17 296:9 310:13
320:25 347:11,12 351:14,16

**constitute** 352:1

**constituting** 283:5

**constructing** 98:19 168:4

**consult** 41:18 46:24 87:11 138:3

**consultation** 273:20 274:10

**consulted** 53:10 274:3

**consulting** 29:8 53:22

**consumer-oriented** 171:3

**contact** 219:13 223:4 254:7 255:8
420:4

**contactually** 334:8

**contained** 243:16 404:5

**contemplated** 383:3,4

**content** 85:17 98:21 113:8 136:8
140:17 225:23

**context** 212:7 309:11 310:6,7 407:19
413:4

**continuation** 152:25 185:6

**continue** 27:12 121:19,23 170:3
177:22,24 178:9,13 179:2 180:14
316:3 348:13 372:18 393:24 397:17
420:22 422:6

**continued** 53:1 111:11,22 182:7

**continues** 148:24

**contract** 319:14 342:16 360:2 370:3,
5,11,14,17

Case 1:22-cv-00904-LPS Doc 140-1 Filed 12/01/22 Entered 12/01/22 14:55:05 Exhibit 9
Celsius Network - Doc 1-16 Confidential Pg 440 of 468

Oren Blonstein
Oren Blonstein Deposition Transcript (Redacted)
November 22, 2022

**contracts** 39:21 358:18 359:16

**contractual** 350:5

**contractually** 333:24 334:1

**contrast** 386:20

**control** 94:14,17 95:4,8,10 182:25
279:11,14,19 286:14 288:21 290:20,
22,25 374:13 381:1 385:12

**controlled** 343:20

**controls** 290:22

**convention** 270:3

**conversation** 56:2 251:20

**conversations** 27:1 39:17 151:8,24

**converted** 333:14

**converting** 333:5

**convey** 131:13

**conveying** 397:21

**COO** 40:16

**cooks** 202:12

**coordinated** 208:18

**coordinating** 56:22 57:7 58:19

**coordinator** 57:4

**cop** 312:13

**copied** 46:19 84:19 202:8 234:12
248:22

**copies** 113:7 350:19

**copy** 118:11 128:17 237:7 250:1
296:4 350:17 351:8,9

**copying** 118:16

**Cordry** 261:24,25 262:9 264:10
265:11,21 266:12 269:2 270:9 271:10
272:5,19 273:17 274:7 275:17 276:22
277:11 278:3,21 279:16 280:2

**core** 171:9 245:24

**Cornell** 23:16,23 185:25 186:1,2,6
189:6 190:1 191:19 192:6 195:11,22
196:19 198:1 199:22 201:2 202:19
204:3 206:17 207:7 210:20 214:1,16,
18 215:14 216:23 219:2 220:17 221:2
222:16 223:17 224:13 225:17 226:18,
22 350:19 351:1 422:14

**corner** 236:12 291:17 415:10,14,17

**corporate** 100:13 307:16

**corporation** 375:1

**correct** 17:18 22:10 34:10 52:19,20
62:17 79:1,6 91:21 98:15 103:18
104:7 105:17 106:1,16,17 114:25
115:2 122:8 126:3,13 127:22,23
128:16,19,20 134:21 135:17,20,25
136:1,22 141:7 145:22 147:4 150:19,
20 156:12 160:9,10 164:3 179:5
182:8,11 190:9,10 209:19 211:1,3,4
215:18 220:9,14 239:23 250:8 262:6,
19,20 278:6,7 286:8 297:1 303:1
323:8 329:15 332:11 355:19 366:17
380:18 381:22 383:17 395:1,6 410:2

**corrected** 114:17

**correctly** 281:13 305:9 323:5 381:21
401:3

**correlate** 187:24

**correspond** 244:23

**corresponded** 367:14

**cost** 80:9

**costs** 80:17

**Council's** 273:9

**counsel** 13:24 18:19 25:3,6 27:2,4
47:11 101:9 132:10 139:4,12 152:2
195:2,5,14 197:3 199:1 222:6,15,18
223:19 260:11 274:19 384:16 387:12
392:25 399:24 406:10 418:1 421:5

**counsel's** 387:23

**count** 89:24 90:3

**counter** 75:24

**counterparties** 75:25

**counting** 362:10

**countries** 241:18

**country** 221:15

**couple** 23:12 48:13 100:2 130:9
172:12 187:22 247:19 292:16 403:10
408:9,21 413:3

**court** 13:12 14:1 18:4 19:20 25:25
139:5,6,12 307:9 421:22

**courtroom** 17:16

**cover** 287:12 340:11 357:2 413:10

**coverage** 41:17

**covered** 46:11 179:13 227:24 235:20
334:5

**covers** 340:17

**crafting** 54:6 344:14

**crappy** 263:19

**create** 172:22 173:2,24

**created** 162:19 172:17 261:11 281:4
309:13,14

**creates** 358:17

**creating** 379:11

**creation** 170:18,23 198:16 323:6

**credentials** 173:23

**credit** 41:8 85:13 89:2 203:13 204:17
205:16,22 208:23 405:17

**credited** 364:9

**creditor** 63:18 149:21 281:4 324:1,
10 325:6 371:19 422:22

**creditors** 16:23 23:22 419:18,19

**creditworthiness** 155:23

**Crews** 281:2,3 284:13 286:3 287:11,
12,22 289:4 292:9 293:8,15 294:9,21
295:3,18 296:7 297:11,20 298:15,20
299:7 300:6 301:3,16 302:14 303:14
304:22 305:25 306:17,24 307:7
309:10,14,17,20 310:8 312:6 314:14
315:4,14,15,18,24 316:6 317:1 319:7,
19 320:23 321:6,11 322:3 323:23

**crimes** 364:24 376:9

**criteria** 374:21

**crossed** 140:25

**crosstalk** 33:22 265:20 418:12
420:19 421:17

**Crosstower** 29:11 40:15

**crypto** 29:9,15,21,23,25 31:1,6,13
36:14 43:14 44:23 45:5,19 69:21
72:3,5 90:5,12 94:25 95:3 118:5
145:8 190:18 191:17 229:14 230:24
231:21 233:3,18 260:17 262:18,24
263:11 264:5,19 265:1 271:5 273:8
275:20 290:21 297:23 314:5 376:12,
13 383:23 406:20

**cryptocurrencies** 193:10

**cryptocurrency** 29:13 63:25 64:24
69:9 75:15 95:1 144:15,16 154:22
190:12 191:6,23 192:25 193:11
229:12,16 263:22 264:7,13 265:2
270:3 271:1 327:19 328:10

**cull** 131:20

**culmination** 206:20

**currency** 65:2 260:24

**current** 105:13 116:15 187:15
207:12 230:15

**cusp** 411:7

**custodial** 269:8

**custodian** 406:2

**custody** 77:9,18 137:5 141:18
144:24 156:16,22 170:1 203:19
254:10 255:6 258:2,8,11 261:10
264:17 265:4 267:4 270:4 311:2
322:25 323:6,8,15 325:10,23 349:7,
12 350:1,2 353:17 354:13 355:7,11,
17,18 356:1,17 357:5,6 366:11,15
367:3,5,11,13,17,24 368:5,6,8,20
369:1 370:15,17,18 386:7 405:5,7,12,
20 406:2,13,24 408:19 414:24 415:21
416:2,4

**customer** 32:4,7,13 33:1,8 34:5,13,
16,24 52:8,12 55:14 64:3,10 65:23
66:16 67:25 68:18 69:1 72:15 77:11,
25 79:20 80:8 83:6 89:3,9,16 90:3,12
91:13 102:16,20 104:1 118:10 120:16
121:21 130:25 134:6 135:6,15 142:13
145:1,6,15 149:19 157:2 171:10,11,
18 173:20 177:3 180:2 183:19 228:6,
10,13 230:3 237:14 238:18,19 239:14
243:7 251:16 255:1,9 256:19 259:5,
10 266:19,20 267:13 279:8 282:5
288:17,20 289:17 290:1,7 291:3
292:8 293:3 303:20 304:20,23
307:15,16 308:19,24 309:6 311:21
312:1,20 329:12 331:10,19 333:12
334:13 340:13 357:7 358:19 360:1
363:21,25 367:15 371:12 378:17,18
384:17,18,23 385:6,16 386:13 387:25
388:14,25 395:2,4 397:22 398:6

**customer's** 148:10 236:21 241:3
258:14 308:2 364:10 365:21,24,25
396:1 400:6

**customer-specific** 144:8,13 146:7

**customers** 37:18 53:21 75:5 77:13
86:22 89:25 90:2,10,24,25 91:9 92:5
103:22 107:23 118:3 120:2,5,6,21,22
121:1,3,5,22 122:8,10 123:1 124:11,
13 127:19 128:23 131:15 135:1
137:15,16,18 143:20,24 144:9 148:8
150:15 151:2,10 153:6 159:16 167:6
168:16 169:18 170:2,8 171:19,21
174:10 180:22 181:2,5 194:18 203:11
215:24 221:1 224:12,15 225:20 226:4
234:14 235:5 238:11 239:25 241:10
242:4,7,9 250:2 252:8,23 253:14
254:2 256:14 258:21 259:16 260:6
262:22 263:10,13 264:4,14 265:6,9,
15 267:2,20,21 268:5,22 269:24
270:5,25 271:4,11 274:15 275:19

276:14,18,24 277:1,6,25 282:1
286:14 291:10,23 292:3 296:16
297:22 304:3 307:1,3 308:18 309:5,7
311:22,25 312:2,22 313:22,23 317:16
318:18 319:1,21 320:21 321:16
322:24 323:10 325:16,25 326:8,15
340:19 342:14,19 352:14,15 358:17
359:4 365:2,10 366:25 368:12 376:16
385:5,10,18 389:10 391:3 393:8,22
394:3,8,14 399:3 400:25 402:3,6
405:15 407:6

**cut** 347:25 417:21

---

# D

**D-A-N-I-E-L** 403:21

**Daniel** 403:21 404:23 407:10 418:5
420:25

**dashboard** 179:20

**data** 53:21 91:22 92:25 93:2 99:17,18
100:1,14 101:2,24 105:6,11 115:5
217:5 218:5 240:4,6,20,24 244:9,12
283:16,18,19,20,21 284:8 285:17,25
365:15 394:13 402:9

**database** 238:13 239:8 284:15,23,24

**date** 13:14 57:19 89:10,17 105:14
130:11 140:2 182:6 199:13 224:24
228:14 237:9,21 258:4 281:11 282:16
286:2 293:24 307:18 341:4 348:25
349:5 355:10

**dates** 178:21 362:23

**day** 37:16 199:17 213:7 215:12
227:20 257:20 308:7,15,17 384:24
404:8

**day-to-day** 37:21 38:1 63:10 193:18
197:11 387:13

**days** 213:23 224:19 338:15 408:21
419:20,23

**de** 56:20 57:10 161:4 166:15

**de-designating** 16:11

**deadline** 213:5,12 254:22 257:5
327:4

**deadlines** 256:14,16

**dealing** 222:20

**dealt** 45:1

**Debtor's** 421:5

**Debtors** 123:10,13 422:2

**Debtors'** 111:14,25 139:4,12 422:4

**decade** 70:21 187:12

**December** 31:20,25 32:10

**decent** 40:18

**decentralized** 369:23

**decided** 32:2,25 147:10 206:3
212:13

**deciding** 38:5

**decision** 32:25 70:10 73:8 96:2
126:21,23,24 130:22 131:1 177:3
181:25 250:16 260:20 261:17 281:19,
21,22,23 282:2 350:9 395:15 417:18

**decision-maker** 85:16

**decision-making** 250:21

**decisions** 418:3

**deck** 139:17

**declarants** 419:8 422:25 423:8

**declaration** 21:24,25 22:2,7,18,19
55:6 98:5,6,16,19 100:24 101:4,16,22
102:3 105:20 112:21 120:14,20
122:10,14 124:3 128:9 129:2,15,20
131:10 134:3 140:6,8,15 144:24
156:17 167:1,12 176:22 178:11 217:6
218:6 219:10 228:15 240:5 252:21
253:11 254:4 255:15,23 258:2 285:21
311:1,3,6 320:4,9 335:5 336:12
338:10 341:1 347:22 348:23 358:9
367:6 396:5 397:23 401:7,25 405:7

**declarations** 21:24 102:7 266:3
366:7,14

**declined** 220:13

**deducted** 364:11

**deemed** 90:9

**defaulted** 314:6

**Defi** 31:22 32:1 68:8 70:2 80:1,9
304:16 313:21

**deficiency** 302:3

**define** 44:15 166:22

**defined** 145:17

**definition** 299:25

**definitively** 421:10

**Delaware** 124:22

**deleting** 362:22

**delineated** 339:8,10

**delineating** 385:8

**deliver** 209:4

**delivered** 291:1

**delivering** 69:15

**delivery** 341:8

**demographic** 88:10,18

**departing** 307:3 312:22

**department** 217:15 223:22 224:25
227:16 239:2 246:1 376:10

**departments** 38:13,18 57:9 58:20
238:14

**departure** 224:20 225:16

**dependency** 158:4

**depending** 144:14

**depends** 113:8 157:11 294:19

**depicted** 307:14 379:14

**deployed** 61:18 155:11 304:16
305:12 411:7

**deployment** 156:23 306:2,14 398:15
411:6

**deployments** 313:18

**deponent** 13:23

**depose** 403:23 419:8

**deposed** 19:11

**deposit** 64:25 72:16 73:6 76:15
143:25 144:2,12 146:16 229:18
245:6,15 258:15,16 305:2 308:3,21
309:1 310:11 311:5 338:21 367:9

**deposited** 67:22 146:18 157:1,3,18
158:21 183:6,7 231:6 282:3 303:9
307:17 313:23,25 367:1

**depositing** 346:1,2 352:4

**deposition** 13:11,16 15:16,22,25
20:9 21:7 23:20 24:6,11,12 63:9
185:11,15 215:17 248:14 287:16
413:18 420:2

**depositions** 422:24 423:7

**depositor** 361:9

**deposits** 303:20 307:1 327:8 328:9,
24 358:19 362:23 366:16 368:11

**derivatives** 193:7

**describe** 52:16 55:3 93:18 347:4

**describes** 123:9,11

**describing** 315:19 352:11

**description** 16:4

**descriptions** 110:21

**descriptive** 298:1,12

**design** 113:12 114:5 205:11 369:18

**designate** 14:13 15:12

**designated** 44:25 50:22 185:12

**designating** 16:14

**designation** 45:12

**designed** 114:3 172:22

**designing** 136:19 169:1

**designs** 204:20

**desist** 213:1 314:18

**desktop** 136:21

**detail** 315:16

**detail-** 165:7

**detail-oriented** 165:8

**detailed** 253:10 399:23

**details** 59:16 60:21 76:12 209:1
212:15 318:5,13 319:3 322:1,2,5

**determination** 241:25

**determine** 174:25 241:15,22 374:22
375:9

**determined** 237:10

**determines** 371:11

**Deutsch** 42:5 99:23 198:4,25 199:7
211:17

**dev** 38:22

**develop** 38:4 203:23 208:8 405:19

**developed** 163:16 238:10

**developing** 40:17 62:24 87:10
207:11 379:25 409:4

**development** 30:7 58:6 114:3
161:10 162:22 163:2 193:3,19 194:4
196:21 204:8 300:24 411:5

**development-like** 194:6

**devote** 381:25

**DFPI** 232:21

**diagram** 313:15

**diagrams** 379:25

**diamond** 177:4

**dictate** 370:6,7

**differ** 49:4

**difference** 51:16 155:4 254:16 270:6
317:14 339:5 368:4,25 369:13,20,21
405:4

**differences** 101:20 163:21

**differentiate** 218:23

**differently** 338:21 339:12

**difficult** 303:6 394:23

**dig** 76:12 201:11

**digital** 141:14,15,18 144:4 147:21,23
148:21,23 149:20 244:22 286:21
287:24 288:4,7,14 290:18 291:3
292:20 325:22 326:7 341:6,11 343:19
345:1,5,7 346:18 349:4 353:10 354:5,
8 355:9 358:15 361:7

**digs** 84:21

**diligence** 194:17

**diligent** 166:18,19

**direct** 55:21 85:20 99:8 210:2 394:6

**direction** 221:10

**directly** 56:4 59:20 130:8 173:17
210:10 213:14 215:4 319:2

**director** 173:13 192:15

**directors** 387:1

**disadvantaged** 323:14,18

**disapproved** 225:22

**disclaimer** 149:18

**disclaimers** 249:5,20

**disclose** 197:3

**disclosed** 15:17 150:7 185:16

**disclosure** 93:13,19 94:3 96:15,24
150:7,9 174:18

**disclosures** 234:4

**discontinued** 180:11

**discovery** 404:5 422:24 423:6

**discretion** 337:21 355:13

**discuss** 313:1

**discussed** 15:15 40:4 129:4 139:4
150:19 153:5 155:2 185:14 209:13
211:16 216:24 236:2

**discussing** 35:18 116:22 150:22
186:12 292:19

**discussion** 36:2 83:20 192:1 250:23

22-10964-mg    Doc 1540-1    Filed 12/01/22    Entered 12/01/22 14:55:05    Exhibit Q
Oren Blonstein
Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)    Pg 443 of 468
Confidential
November 22, 2022

**discussions** 39:4 85:3 99:5 101:8,
16,23 116:19,20 123:21,24 126:15
152:5 167:2 168:21 169:16 197:5,14
212:24 223:14 235:19 318:4 417:9,25

**display** 175:19

**displayed** 370:6

**disposal** 327:8

**dispute** 22:3 137:3

**disputes** 124:23

**disruption** 234:23

**dissemination** 99:11

**distill** 37:8

**distinct** 40:11 44:25 50:4 144:7
146:10

**distinction** 33:6 49:11 79:8 135:18
388:2 390:6,10

**distinguish** 157:16 218:22 333:10

**distinguished** 217:23

**distortion** 232:7 260:9 350:20
372:13 373:1 388:3 403:16 404:12
407:22 419:1 421:14

**distribution** 171:16

**District** 13:13

**divide** 324:8 363:3

**division** 174:20

**divorce** 395:10

**docket** 25:18 147:16 200:3 287:15
314:18

**document** 19:24 20:5 22:17 23:9,17
26:19 88:1 98:2,4,9,25 99:2,14 103:5
117:19 124:7 139:5,6,11 140:11,20,
23 164:4 205:19 206:12 286:17 287:2
298:24 299:3,11,15 300:9 301:4,6,19,
20 302:3 307:14 309:12,21,22 315:1,
25 316:2,19 317:9 320:24 321:1,4,6
334:20 335:3 344:11 358:22 361:3
377:20,22 378:4,22 379:3 380:13
387:16 396:6 397:25 400:13 419:6

**documented** 163:4 164:13

**documents** 21:21 22:12,16,21 25:5,
10,14 48:11 100:25 208:25 273:23
274:2,9,11 299:4,13 301:13 329:25
332:25 338:4 350:22 400:16,18

**Dogecoin** 243:23

**dollar** 31:11 261:2,3 302:22

**dollars** 71:1 80:14 190:6

**double-check** 107:19 176:10

**doubt** 73:10

**downloading** 72:7

**dozen** 262:3

**dozens** 209:2

**draft** 86:12 98:16 101:13 102:2 129:7
130:3,13 344:16

**drafted** 98:22,25 101:5 347:16 371:5

**drafting** 87:16 99:16,21 100:23
127:2 148:4 273:21 274:9,22 346:13
350:10 371:3 383:11 387:6 393:3

**drafts** 129:5 130:6 131:7

**dramatic** 189:24

**dramatically** 58:10 91:22 92:9

**draw** 288:13 290:16

**drawing** 135:19

**drill** 240:14

**drink** 19:6

**driving** 279:20

**drop-off** 170:20

**dropped** 170:25 177:25 410:7

**dual** 53:3

**due** 194:17 403:16 404:12

**dump** 363:2

**duration** 148:20 346:17,22

**dust** 203:5

---

**E**

---

**E-SIGN** 237:7

**earlier** 129:4 134:5 184:3 186:8
190:7 194:8 195:23 207:3,10 209:12
210:21 213:22 215:2 216:25 220:7,22
250:5 297:21 302:23 331:17 352:12
375:17 383:20 384:15 392:24 419:12

**early** 24:4 31:19,23 42:23 220:10
230:12 338:8,11 364:7

**earn** 32:7 51:23 52:8 63:20 64:1
67:14,20 74:14 77:4,23 78:2 81:18
143:18,22 144:21 153:7,8 155:5
157:1 178:17,18 197:11 213:2 244:23
253:19 254:11 255:6 261:10 267:23
268:9 269:4 271:13 272:11 275:14

**earn--** 352:6

**earned** 41:3 51:7,19 332:17

**earning** 68:6 73:21 181:12 303:21

**earnings** 51:21

**ease** 124:6 174:17

**easier** 139:19 174:4,12 204:9

**easily** 146:17 240:2

**easy** 174:6 237:21 243:8

**eat** 80:18

**edited** 248:10

**educate** 190:11,21 394:3

**educating** 192:4

**education** 191:22

**effect** 103:24 104:3 288:18 402:6

**effective** 107:16 109:11 187:23
341:4

**efficiently** 180:23

**effort** 169:17 276:13 300:14 379:16
382:1

**efforts** 170:7 191:3 382:5 387:4
394:2

**elaborate** 191:23

**elect** 356:17 357:9

**elected** 331:10

**eligibility** 241:15,22 336:14

**eligible** 148:21 156:22 349:3 353:10
354:5,8 355:8 393:20

**Ellis** 13:18 195:3 218:18 422:19

**else's** 220:9

**email** 35:7 102:16,22 117:1,8 121:10
123:15 124:8,11,15 125:6,15 126:5,8,
12,17 127:5,13,17,19 168:18 184:1,5,
6 215:22 216:1 250:1,9 307:10

291:25 305:3 317:15,19 325:10,23
329:23 330:4,7,18 331:4,12,21,22
332:4 333:13 334:1,11 337:3,5
338:21 339:1,5,6 340:2,3,4,18,19
342:15,22,23 343:3 345:7,14,25
347:3 349:22,24 351:21,25 352:2,6,
16,21 353:11,12 354:6,7,17 355:12
356:18 357:9 358:19 359:19 360:1
361:8 365:11 366:20 369:2,15
370:19,20 384:17 393:17,20,24
398:7,14,16,20 399:1 405:5,16,22
406:13,23 408:6,18 414:21

22-10964-mg Doc 1140-1 Filed 12/01/22 Entered 12/01/22 14:55:05 Exhibit A
Oren Blonstein
Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted) Pg 444 of 468
Confidential
November 22, 2022

400:25

**emailed** 35:9,13,15 117:19 118:2 250:5,10 307:9

**emailings** 224:15

**emails** 46:17 84:21 100:3 107:17 113:13 119:14 134:6 167:2 168:23 248:22 394:12 401:12 402:16

**embargoes** 343:23 344:5

**empathizing** 58:15

**emphasize** 197:9 224:16 286:10

**employed** 186:18

**employee** 34:16 77:11 222:19 266:21 293:4 329:19 398:6

**employees** 169:23 176:15

**employment** 189:18 192:7

**enacted** 110:20

**encourage** 175:20

**end** 71:10 132:17 165:10 227:1 290:8

**endeavored** 366:24

**ended** 40:17 175:8 211:7 284:4

**ends** 211:9

**enforce** 386:17

**enforced** 344:7 386:16

**Enforcement** 376:9

**engagement** 380:2

**engagements** 124:21

**engaging** 181:2

**engineering** 62:11 114:10 161:17, 18 163:22 209:8 246:1

**engineers** 246:3

**English** 119:11,15 278:22

**enrolled** 331:3,12 333:13

**entail** 163:13

**entered** 63:23 76:23 77:25

**entire** 14:14 15:12 48:8 117:2,9,19 140:19 173:9 320:11 359:19 382:12

**entities** 15:22 373:10,11

**entitled** 336:13

**entity** 55:15 83:12 120:6,8,22 124:14 137:3 180:21 181:3 256:10,11 257:15 290:9 343:22 345:10,19

**entry** 239:7 284:24 307:20 333:4

**environment** 163:17,18,19

**equal** 104:16

**equities** 193:7

**equivalent** 231:10

**ERC-20** 303:8

**ERC-20S** 159:6

**escalate** 243:11

**essentially** 41:7 153:15 283:4 284:19 288:10 290:21 292:6 307:22 312:7,9 316:7 321:14 353:14 366:9 408:13 416:17

**et al** 13:21

**Ethereum** 28:20 302:25 410:6

**Ethereum-based** 159:6

**evaluate** 174:24 354:20

**evaluating** 197:21

**event** 239:14 284:18,19 327:8 331:9 352:2,7,22 353:11 354:7 416:11

**events** 111:6 351:22 409:6

**eventually** 178:15 245:11

**evidence** 401:11

**evident** 129:6 130:2 131:5

**evolve** 399:19

**exact** 67:24 69:2 76:10 91:4 92:6 173:3 228:11 231:8,15 240:19 268:3 281:11 283:12 303:7 371:4 397:20 400:14

**exam** 194:15

**EXAMINATION** 16:18 186:5 227:10 262:8 281:1 325:3 372:5 407:16

**examined** 14:7

**examiner** 405:12

**Excel** 238:5

**exception** 223:5

**excerpt** 315:5 335:14

**excess** 408:24

**exchange** 29:13 137:8 153:19 183:14 203:12 229:15 286:16 382:24 395:10

**exchanges** 43:14 45:20 75:16 193:11 229:13,16 273:7 328:10

**exchanging** 153:24

**exclude** 274:19

**Exco** 171:15,24

**excuse** 260:10 265:22 407:23

**execute** 154:18

**exemptions** 236:11

**exercise** 149:10,12

**exhibit** 19:17,20,22 23:6,18 24:13,14 26:13,16,17 97:23,24 106:8,9,10,12 138:24 139:1,2,7 176:23 287:4,7,13, 17 295:20,21 296:1 307:9 309:3 316:21 321:8 335:5 348:7,8 351:3,12, 17

**exhibits** 106:7 107:5 121:16 169:6

**exist** 34:7 247:2 412:20

**existed** 86:1

**existence** 77:2

**existing** 41:4 49:16 50:1 51:7,19 105:25 115:10 123:14 207:5,18 405:22

**expand** 379:21

**expect** 165:10 231:14 422:13

**expectation** 164:5 166:5,7 231:18

**expected** 165:16 213:21 271:6

**experience** 43:14 45:4 58:4,5 163:3 191:14 205:24 213:13,15 229:14 233:18 262:18,23 264:7 267:1 273:16 387:5 399:5 400:1

**experienced** 82:2 96:23 389:21

**experimenting** 31:23

**expert** 206:4 230:24 381:7

**expertise** 30:5 273:3 383:2,8 387:6

**explain** 34:15 176:25 202:24 205:5 298:2 302:19 378:20 405:4 415:8

**explained** 190:8 253:15

**explicit** 284:23

**exposed** 194:20

**exposure** 171:21 172:3 194:11 210:2 260:24 261:7

**expressed** 249:7,8

**extend** 420:1 422:20

**extended** 418:21,23 419:5,10 420:5

**extension** 327:4

**extensions** 327:2

**extensive** 399:13

**extensively** 164:13

**extent** 26:25 39:2 40:2 45:3 101:7
133:17 139:25 140:16 144:6 162:18,
19 189:9 197:13 218:22 222:12
233:13 235:17 248:15,16 249:7
261:14 267:10 274:18 310:3,20
320:12 323:2,11 341:23 355:23
356:22 358:24 363:10 366:21 369:8
378:25

**external** 64:25 258:13,14

**extra** 423:6

**extremely** 166:19

### F

**F-R-I-S-H-B-E-R-G** 403:22

**fabricating** 402:8

**face** 83:10 387:1

**faced** 416:11,12,17

**facilitate** 173:20

**fact** 70:11 71:4,14,20 73:5 80:21
270:24 292:2 402:2 412:4 415:1,12

**factor** 73:14

**failed** 164:21

**failures** 164:14

**fair** 40:18 191:4 223:20 239:22
268:21 270:12,18 275:23 316:14
328:7 382:17 384:20 392:13 398:1
400:21

**fairly** 166:17 209:10 234:20 257:9
259:19

**fall** 31:21 42:23 201:24 242:18,21
368:3 385:20

**fallen** 109:17

**fallout** 226:7

**falls** 44:20

**familiar** 27:18 60:14,17,18 191:6
195:1 200:1,4 268:25 271:6 301:12,
13,14 302:16 317:10 318:13 334:6,18
348:20

**family** 406:21

**fast** 18:8

**FCA** 233:2

**feature** 41:6,7 275:7

**features** 73:6

**February** 36:21 102:12 186:20
188:14 189:8,16 195:13 198:14,24
199:2,19 210:16 230:10

**federal** 232:6 376:1,11,19,21 377:13
404:3,6 419:9,13

**feedback** 215:24 234:18,19

**feel** 76:2 228:4 391:6

**fell** 52:12 170:10,17

**felt** 73:12 210:24 281:19

**fiat** 263:21

**Figma** 114:8,9,14

**figure** 25:2 37:7,12 38:13 158:21
324:7

**figured** 204:24

**figuring** 393:23

**file** 114:9,14 326:21 382:8 420:7
423:15,18

**filed** 25:17 139:11 200:2 262:4
295:20 327:2 380:15

**filing** 50:11 380:25 381:3 420:10,15

**filings** 299:5 378:20

**fill** 374:9

**filling** 374:11

**filmed** 294:25 295:2

**filter** 137:24

**final** 54:6 85:16 86:25 87:1 101:22
130:6,15 131:7 166:13 206:21
216:14,18 358:2

**finance** 30:1,6 70:22 145:8 190:14

**financial** 29:22 45:7 194:9 206:12
208:9 245:12 249:19 299:9 329:8
364:24 376:8 390:12,14

**financially** 264:1

**Fincen** 223:9 232:16 373:4,14
375:20 376:8 377:14 386:21

**find** 37:19 64:12 84:22 102:14 107:9
111:2 139:25 206:4 322:4,7

**finding** 25:7 213:23

**fine** 138:20 140:3 214:16,19 244:16
276:6 356:9 360:20 388:4

**fines** 387:2

**FINRA** 194:10

**Fintec** 29:9

**Fireblock** 332:3

**Fireblocks** 368:23

**firms** 195:20 197:14 274:1,13 380:3

**firsthand** 61:6 80:7 85:25 89:13
127:3 148:3 151:21 171:13 212:21
359:6 391:25 392:1 398:15

**fit** 37:20 271:20

**flag** 242:25

**flagged** 243:4

**flagging** 150:22 151:10

**fleshed-out** 209:10

**flip** 124:2 127:12 139:18 177:21

**flow** 200:14,16,20 242:9 258:6,12,17
303:17 310:10 311:3 377:20 378:6,22
379:25

**flowed** 308:1 367:8

**fluent** 258:5 400:17 412:25 414:5

**focus** 43:18,25 46:5 58:14 84:17
202:16 249:2 301:1 381:18 387:3

**focused** 33:13 45:18,23 51:19 88:22
168:15 210:13 221:17 235:13 247:5
256:25 258:3 382:5 383:6 389:23

**focusing** 256:25

**folks** 16:5,10 92:23,24 108:20 185:10
238:22 280:7 324:6 408:8 414:6
418:17

**follow** 120:1 153:4 262:11 361:20
391:2

**follow-up** 186:8 219:8 269:7

**font** 294:11,13

**Footnote** 129:1,14

**forego** 153:23 331:20

**foregoing** 153:16

**foreign** 374:25 375:1

**forever** 295:23

**forget** 41:25

**forgive** 227:24

**form** 20:19 22:14 25:19 26:24 27:11
34:9 37:25 46:2,7 51:9 65:18 66:9
67:5 68:12,23 70:18 71:25 74:4 76:7
77:6 78:12,25 79:12 82:5 83:2 84:1
86:14 87:18 88:12 89:22 91:1 93:5,

15,20 94:4 95:18 96:17 104:8,19
106:2 107:1 108:18 109:24 110:24
112:25 114:19,22 117:6,11 118:24
119:16 122:1 123:7 125:8 126:6,18
127:8 129:7,9 130:4 131:12,17 132:8
138:8 141:8 142:6,16 143:2,23
145:25 147:7 148:1 149:2 150:3,24
151:11 153:12 154:10,24 155:12
156:13 157:24 158:24 160:19 161:13
164:24 167:22 171:1 172:24 181:13
182:18 188:17 191:7,11 195:7,15
199:9 200:21 201:17 203:1 206:23
209:21 211:22 215:10 216:19 218:19
220:16 221:24 222:23 223:23 229:6
230:7 231:11 232:11 233:10 234:5
235:14 241:13 243:17 244:25 246:5,
19 248:12 249:10 250:7 251:6 252:1,
15 254:12 255:10 256:21 257:23
259:17 261:12 263:1 264:22 266:11
267:8 269:16 270:19 271:25 274:4,16
275:24 277:8 278:17 279:2,23 283:8
285:12 288:23 291:5 292:21 293:12
294:15 296:11 297:15 298:4 301:9
302:4 303:22 305:4 306:3,21 307:4
310:15 312:23 314:20 316:16 317:21
319:10,24 321:23 323:16 325:12
326:1,9,16,24 327:10 328:19 329:1,
14 330:24 332:8,19 334:3 337:7,25
338:23 339:17 340:7 341:13 343:7
344:9 346:3 347:7 349:14 350:7
352:8 353:23 354:15 355:20 356:19
358:20 360:13 361:12 363:8 365:17
366:18 369:6 370:9,21 373:5 374:9,
12 376:2 377:23 378:23 380:20
382:15,18 383:18 386:3 388:9 389:2
390:20 391:13 392:18 393:11 394:10,
18 395:11 396:7,12 397:13 398:9
399:6 400:11 401:4,14 402:18,21
406:3 409:7,24 410:25 412:21 413:14
415:5 416:24 417:16,22

**formal** 25:24 36:10

**formally** 420:14

**format** 238:4

**forms** 378:7,14 381:4

**formulate** 346:11

**formulated** 205:4

**formulation** 203:16 250:19

**fortify** 416:14

**forward** 49:13 257:16

**found** 214:4 388:25

**foundation** 46:12 199:10 267:9
301:10 302:8 310:1 316:8 317:22
320:1 325:13 378:24 391:23

**fraction** 81:22 90:3 158:12

**fractions** 158:6,10

**frame** 284:6 291:13

**framework** 38:5 273:9

**frankly** 263:18

**fraud** 364:24 365:4,8

**free** 228:4 346:25

**fresh** 25:11 27:22

**friction** 171:5,8

**frictional** 259:16,22 260:1 308:8
310:12 311:13

**friends** 406:21

**Frishberg** 403:15,20,21,22 404:16,
21 418:8,13,18,20 419:3,11 420:3,9
422:8,10 423:4,20

**front** 62:23 140:5 233:19 294:11
335:23 348:6,11 351:9 366:10 396:19
397:19 400:16

**froze** 367:21

**fruit** 35:4

**frustration** 282:4

**frustrations** 391:5

**FTX** 308:22

**Fuente** 56:20 57:10 161:4 166:15

**fulfilled** 385:7

**fulfilling** 174:7,13,16 318:18

**full** 115:12,24 116:14 118:2,9,17
137:1 139:11 141:11 236:16 277:15
338:11,15 344:11 380:5 385:1

**full-time** 29:21

**fully** 189:7 239:4 242:10 363:22

**function** 57:17 58:13 164:11 165:17
166:11,13 384:6 385:13

**functionality** 407:1

**functionally** 272:9

**functions** 174:21

**fund** 193:12,13 272:4,21 323:12

**funded** 307:24

**funds** 70:24 153:22 156:20 180:1,15
271:16,18,24 272:6,8 308:4 310:10
312:10,21 313:11 325:10 364:1,10
370:8 377:20 378:22 379:25 414:16

**fungible** 157:11,15 158:1 303:12

**furnish** 285:9

**future** 51:20,21 73:2 207:13 383:4
405:18

**FX** 261:7

## G

**gain** 82:1

**gains** 80:18

**gap** 368:4

**gather** 113:5 350:22

**gathered** 99:4

**gathering** 300:19,21,22

**gave** 66:21 69:8 76:24 138:11 327:15

**gears** 194:25 232:3

**Gemini** 69:22 231:20

**general** 18:20 30:5,8 39:10 54:18
74:25 76:22 90:23 93:18 94:20
134:18 154:22 198:25 227:14 262:2
289:11 371:7 387:12 392:25

**generally** 41:24 44:16 45:25 46:6
57:24 63:20 69:10 76:13 77:12 89:8,
15 93:3 114:8 115:23 117:22 163:8
165:24 166:3 172:6,8 181:19,20
194:3 200:4,5 208:23 226:10 235:4
243:6 267:13,14 276:16 299:11 314:4
322:18,20 369:21 414:4

**generate** 79:25 83:12

**generated** 305:13

**generating** 68:8

**geolocation** 241:21

**giant** 176:13

**give** 18:22 20:1 65:13,25 74:3 77:3
82:24 94:13 100:16,18 107:11 109:7
117:12 122:6 153:25 179:10 190:2
191:10 212:6 216:5 219:1 247:17
262:5 315:16 321:2 389:5 392:7

**giving** 65:24 71:20 79:21 95:8,9,10
102:8 153:20 279:13,19 281:15
286:14,15 291:24

**GK8** 201:15

**glad** 341:22

**glare** 243:3

**global** 36:16 267:16

**goals** 166:22

**Golding-ochsner** 198:7

**Goldman** 194:19

**good** 13:6 25:2 27:14 32:25 41:13
43:6 70:7,17 71:12,17 72:11 73:17,
22,23 75:1 84:11 86:6 97:9 152:7,9
168:19 183:8 184:11 186:7 200:11
208:13 214:24 227:12,17,19 281:19,
22 282:2 293:14 294:2 311:19 416:13

**Goodwin** 196:2 197:24 198:2

**Google** 173:21

**governance** 44:16

**governed** 141:20

**governing** 137:3

**government** 344:8

**government-issued** 241:13

**governs** 378:13

**grabbing** 113:2

**Grace** 21:12 83:17 139:16

**grandfathered** 261:9

**grant** 148:18

**granting** 400:7,9

**great** 31:12 69:25 207:22 295:3
298:21 325:5 327:6 329:21 340:24
347:19 366:2 407:18

**Greg** 404:24 407:10,11

**ground** 18:13

**group** 143:5 224:10

**groups** 38:24

**growing** 70:8

**growth** 35:24 172:5,7,8,9 173:11

**guess** 19:15 33:5 51:11 63:8 66:20
79:7 82:10,16 85:19 87:8 89:15 103:5
108:13 113:16 128:5 130:7 136:3
143:18 188:8 211:21 244:18,20 247:2
294:19 334:25 368:14 384:21 412:17

**guidance** 329:18

**guideline** 293:14

**guidelines** 85:5

**guy** 31:2 35:10 56:19 57:17 100:12
130:16,18 381:6

**guys** 30:22 59:16 175:17 239:20
423:19

## H

**hacking** 96:6

**half** 269:10 324:6

**hand** 23:17 244:9,12,19 265:18
418:5

**handoff** 114:18 208:6,14

**happen** 37:14 38:14 114:1 151:25
177:21 178:3,8 243:7 284:8 368:9
410:17 413:8 418:3

**happened** 50:10,17 55:18 61:9
98:10 111:6 152:2 164:8 178:23
201:24 224:17 226:8,9 284:10 332:7
363:3 364:7 368:18 381:12 402:13,19
408:23

**happening** 66:22 67:3 72:14 165:4
229:11 272:9 277:24 283:13 313:10
352:13 381:15

**happy** 16:9 219:7

**hard** 269:21 313:12 359:2 379:12
390:24 404:8

**hardest** 18:5

**harm** 167:20

**hat** 53:11

**hate** 371:1

**hats** 49:1 201:1

**hatting** 53:3

**head** 17:2 27:22 30:11,12,13 36:17,
23 37:1 42:14,16 44:21 53:1 55:19
57:16 60:19,24 142:2 151:17 160:15,
17,18,22 161:2,4 166:15 186:21
207:25 215:1 217:22 322:20 387:14
389:16 405:2,9

**headed** 57:5

**heads** 260:3

**hear** 14:18 30:16,19 228:21,22
260:12 381:21 401:3 407:14

**heard** 31:7,15 75:11 251:19 272:15
404:15

**hearing** 68:4 200:8,16

**hearings** 213:2

**hectic** 199:16

**hedge** 70:24

**held** 13:16 83:20 91:10 95:13 137:6,
17 154:9,11,21,22 155:1 156:19

192:1 223:10 269:8 343:21 357:6
367:4 368:8 382:11 396:22

**helped** 40:9 299:25

**helpful** 44:1 144:25 238:1,20 239:18
240:11

**helping** 28:24 224:11

**hereof** 141:17 338:13

**Hermann** 325:4,6,21 326:6,13,20
327:5 328:1,21 329:9,20 330:13
331:23 332:13 333:22 334:22 335:11,
25 336:9,16 337:10,12,18 338:6
339:9,23 340:23 342:13 343:16
344:23 346:15 347:18 348:5,12,14
350:4,15,23 351:1,4,11,19 352:24
353:20,22,24 355:1 356:2 357:21
359:11 360:18 361:24 362:13,17
365:13 366:1 368:13 369:24 370:10
371:13,16 420:13,20 422:8 423:17

**hey** 31:11 35:7 133:14 276:10 291:11

**high** 208:12,17 263:25

**higher** 318:12

**highlight** 126:22,24 187:5

**highlighted** 150:12,14

**highlights** 124:19 337:10,11

**highly** 86:17

**hired** 36:20 206:5 381:6

**hires** 35:25

**historically** 49:15 318:16

**history** 78:4 220:11 392:24 414:1

**hit** 410:18 411:15,21

**hold** 95:24 96:4 141:18 155:9,10
156:12 195:24 288:3,14 290:18 396:1

**holder** 407:20

**holders** 408:10 416:11

**holding** 154:5 264:19 291:3 400:6,8

**holds** 144:20

**home** 64:19 134:17,19 178:1 179:22
235:10 248:4

**home-grown** 238:9 248:4

**Hong** 45:11

**hoping** 263:8

**hour** 324:6

**hours** 21:18 182:4 209:3 324:4 362:9
371:23 404:2,9,11 418:15 419:15,17

**house** 65:13,14,15 78:19,21,24 79:2, 4 82:17 387:24

**HR** 36:17

**huge** 91:21 92:16 300:13

**human** 242:19

**hundred** 408:9

**hundreds** 70:23,25 71:7 75:4 80:15 159:15 209:2 332:25 389:11

**Huobi** 30:18,23 31:20 40:14 210:4

**hyperlink** 115:24 116:3,10,14 125:18 127:25 128:17 169:3

**hyperlinking** 126:16

**hyperlinks** 164:2

**hypothetical** 298:6 343:9 356:21 360:15 361:14 370:23

**hypothetically** 359:25 360:8

---

I

**icon** 173:21,22 316:24

**ID** 241:13 242:18,23 243:2,3

**idea** 37:4 66:16 90:1,23 158:19 202:6 209:9,10 212:5,6 229:10 247:18 367:20 389:5 415:2

**ideal** 81:13,23

**ideas** 35:8 37:4 73:13 86:23 204:20

**identical** 114:20

**identification** 19:18 23:7 26:14 97:25 138:25 296:2 316:22 351:18

**identified** 132:4 133:6

**identifier** 301:19,21

**identify** 132:5 133:8 240:24 365:2,7 378:7

**ignore** 368:17

**iii** 149:16 150:15

**image** 46:15 130:19

**imagination** 230:25

**imagine** 87:1,25 88:1 296:14

**Immanuel** 325:5 420:24

**immediately** 28:14 29:7 88:15 224:18 338:17

**impacted** 81:25

**implement** 114:10 204:21 205:21

**implementation** 263:20

**implemented** 60:8 62:12 151:16 253:10,11 257:4 318:11

**implementing** 409:4

**implements** 62:11

**implicate** 248:17

**implications** 80:5 143:7 206:15 297:8 319:15

**importance** 276:15

**important** 63:14,15 79:22 80:23 169:10 181:4,6 231:3 289:19 290:10 293:9 297:14,17,19 333:9

**imposed** 404:4

**imposes** 404:7

**impossible** 416:18

**impression** 74:25 169:15 252:22 253:2 276:17

**improve** 35:5 215:25 263:8

**improvements** 35:1

**in-app** 121:8,9,11 136:5,9,14 400:25

**inaccurate** 306:20

**inaudible** 14:17

**include** 224:14 278:4 319:23 383:17 386:18,19

**included** 93:12 99:19 134:2 250:22 405:16

**includes** 274:18

**including** 179:23 262:13 284:11 341:7 351:25 373:11 394:12

**income** 81:11,25 326:22 327:9 328:6

**incomplete** 298:5 316:18 320:1 336:4 343:9 344:11 356:21 358:22 360:14 361:14 370:23

**inconsistent** 294:12

**incorporated** 50:14

**incorrect** 231:1

**increase** 172:16 336:19

**increased** 187:4,11 268:15

**increasing** 413:23

**incredible** 412:1

**incur** 81:4

**indebtedness** 347:1

**independent** 328:23

**index** 272:6,20

**individual** 56:17,18 80:13 96:3 146:15 229:4 236:21 257:22 259:2 314:9 317:16 343:22 377:2

**individual's** 144:21 160:13

**individually** 373:20 374:4

**individuals** 15:21 59:10,25 100:16 106:14 198:23 373:22

**industry** 32:15,18 34:22,24 69:12 75:8,23,25 76:13 145:4 190:22 191:1 229:9 259:24 275:12,13 314:5,6

**influence** 55:21

**information** 15:15 16:13 25:16 53:18 100:1,17,19,22 101:4,20 102:1, 9 105:5,12 111:2 113:11 128:2 174:1 188:9 197:1 217:2,16,18 218:17 219:21,25 220:1 235:21 241:9 242:13 248:8,17 249:5 259:15 300:19,21,23 302:12 310:5 322:9

**informed** 252:24 258:22,25 259:4 297:14,16,19

**infrastructure** 146:23 230:16

**initial** 100:8 144:3 178:22 202:10 212:9

**initially** 349:6 355:10 400:5

**initiated** 288:8 337:23 352:18 363:20 394:7 409:20

**initiative** 56:12

**initiatives** 35:23 37:3 57:8 85:15

**innovation** 17:3 36:23 37:1 41:2 42:13,14,15,16 48:22 49:5,11,12,20 50:7,13 51:18,20 52:1 53:2,11 54:3 55:19 62:23 85:11 86:20 88:23 97:3 151:17 171:25 186:21 194:1,5 197:20 205:6,13 207:5,22 211:7 300:22 389:16 405:2,8,10,20

**input** 98:20 242:14 399:24

**insert** 130:10

**inside** 37:5 100:10 144:17

**insiders** 299:21

**insist** 422:5

**insolvent** 416:10

**instance** 130:10 182:22 277:12 313:24

---

**instances** 234:17 364:18

**institution** 94:15 155:21 159:12 382:13 390:14

**institutional** 68:5,11 75:17 76:4,14 190:18,24

**institutions** 68:14 313:20

**instruct** 18:23

**instructed** 170:23

**instruction** 39:15 390:13

**instructs** 18:25 125:10

**insurers** 393:19

**integrate** 230:19

**integrated** 263:23 318:11

**integration** 318:6

**intend** 44:9

**intended** 61:24 62:2 164:4,23

**intent** 344:14 359:7

**intention** 203:23 211:12

**interacting** 193:15

**interaction** 39:13

**interactions** 38:25

**interchangeable** 158:17

**interest** 31:13 68:16 73:21,22 74:14, 16 76:18 81:9,10,18,25 268:12 269:4 305:15,16 328:4 341:21 343:6 347:2, 6 358:4 396:10 398:18

**interested** 36:24,25 69:6 89:3 393:22

**interesting** 263:6

**interface** 116:8 197:22 205:12 238:13 254:1

**interfaced** 381:8

**interfacing** 193:11

**interim** 210:4

**internal** 38:13,18 214:4,6 215:1 270:16 331:25 332:15

**internally** 123:22 138:3,18 238:10 242:1 308:22 332:18

**international** 92:23 209:15 220:12 221:1 222:20 267:21 323:7,13 344:7

**interpretation** 286:13 343:12,13

**interpreted** 290:12 391:8

**interrupt** 403:4

**interrupted** 235:9 397:17

**interrupting** 235:1

**interview** 36:11 44:13

**interviewing** 44:6 212:17

**interviews** 36:13 98:21

**introduce** 16:24 139:16

**introduced** 114:17 286:22

**introduces** 149:17

**introducing** 139:15

**invest** 74:21 271:19

**invested** 271:19 272:8

**investing** 71:23 182:7 271:15 272:17

**investment** 203:24 264:21 271:22

**investments** 273:25 274:12

**investor** 354:4 390:16,17 393:9

**investor's** 241:3

**investors** 89:20 90:10 190:18,24 317:20 390:17

**invites** 197:16

**involved** 24:23 27:4 53:5,6 54:24 55:22 56:17 59:12,18,21,25 60:6,12, 13 61:7 99:9,16,21 102:7 127:2 148:4 151:18,20 160:7 162:15,21 173:18 193:18 197:11,14 198:16,23 201:13, 15 203:15,16 222:4,6,8 234:3 248:20 250:18 260:19 261:17,18 274:22 275:6,16 298:22 299:14 300:3 301:2 302:7 306:6,7,8,9 319:5,8 346:13 350:9 371:3 373:13 393:2 398:15 409:4

**involvement** 51:22 52:16,22 55:4 206:10

**IP** 203:22 237:16 239:9 241:19,21 282:15

**issue** 243:2 353:3 359:15 404:17 419:25 421:5 422:4

**issued** 302:21 314:17 404:3 419:13

**issues** 16:5 40:4 163:22 213:17 233:12 235:13 243:4 312:25 366:19

**issuing** 76:5

**item** 179:14

**itemized** 327:18

**items** 129:7 130:3 346:9 347:12

___

**J**

**jail** 387:1

**Japan** 45:10,12

**Jessica** 14:1

**Jira** 161:14,16,18 162:11,12,14,17

**job** 18:5 37:16 45:13 82:20 175:4 186:20 193:22,24 215:3,22 216:2 389:16

**jog** 239:11

**jogged** 167:1

**join** 284:7

**joined** 29:4 32:12 41:5 52:18 189:15 195:12 199:7,14,21 209:13,17 211:5, 6 214:25 228:5,12 230:10 236:23 263:24 389:6 394:25 395:3,8

**joining** 35:19 66:14 75:11 186:25 189:13,18,21 190:7,12 211:21

**joint** 29:18

**joke** 211:6

**joking** 208:16

**Joseph** 21:12,13 42:5 99:24 124:1 198:6

**judge** 420:4

**July** 109:13 110:6 178:22 179:1 180:4,13 184:2,6 224:2 225:13 286:22 289:6

**jump** 59:10 129:17 142:19

**jumped** 142:14

**June** 307:19 408:3,20

___

**K**

**Karen** 261:24

**keeping** 73:20 239:1

**Keith** 420:25 421:23

**Kevin-scott** 13:8

**key** 95:16 283:23 288:12 405:4

**keys** 94:9,17,22 95:3,9,24 96:5 279:9 388:18,19

**Khanuja** 372:2,3,6,15,19 373:3,16 374:1 375:15,23 377:1 378:3,11 380:10 381:16 382:16 383:9 384:9

386:5 388:7,21 390:1 391:10,18
392:4,12,14 393:5 394:5,11,21
395:17 396:8 397:1,15 398:10,22
400:2,12 401:8 402:14,24 403:10
404:22 405:1 406:11 407:8

**kicking** 380:8 382:1

**kickoff** 124:15 209:8

**kid** 31:25 70:4

**Kieser** 403:11 407:11,12,17,24 408:1
409:15 410:3,13 411:12 412:11 413:2
414:9,11 415:23 417:1,8,17 418:2

**kind** 25:11 28:20 30:13,21,24 31:4
32:2,22 37:2,21 38:4,22 39:20 44:20
45:11 48:2 49:15,21 50:8 53:20 54:3
56:11 58:13 59:11 62:3 65:22 66:12
69:21 70:9 73:7 74:18 75:19 76:1
77:18 80:7,18 81:13 84:6 85:8 101:19
102:4 107:25 114:19 118:6,9 120:19
123:9 129:4 130:24 131:1,12,20,21
136:20 142:9 144:2 155:3 156:16
160:21,23 161:15,24 165:12 166:15
167:1 169:7 171:9,16 172:3 176:1
177:3 178:1 179:13,22 187:5 190:13,
20 202:13,15 203:4 204:10,17,20,23
205:1,8 208:7,11 211:5,9 212:5,23
223:14 226:3 235:24 236:3,8,11,14,
18 237:18 238:9 241:20 242:18 243:2
245:22 249:23 250:23 261:4 262:22
264:21,25 265:3,8 267:24 269:14
271:5,22 273:23,25 274:14 276:4
282:20 283:3,15 286:12 298:9 304:12
305:9,21 306:11 314:6 319:13 341:17
346:8 350:11 354:2 363:18 365:18
371:10 382:9 385:8,9 389:3,22
396:25 399:15 405:13,14 416:21

**kinds** 35:23 43:12 80:2 99:12 194:20
273:24 274:12 283:17 364:19

**Kirkland** 13:18 99:1 100:23 195:2,14
218:18 419:5 422:19

**kitchen** 202:12

**knew** 55:24 79:23 80:6 120:16 167:4
188:9 269:3 270:14 289:25

**knowing** 75:22 359:6

**knowledge** 17:19 24:24 28:7 52:11
61:6 76:14 85:25 89:13 98:14 99:3,4
118:13 119:2,10,12,13,19 120:12,24
122:2 131:25 133:13 148:3 175:10
183:23 191:22 206:2 212:21 221:16,
19 232:2,4 233:24 248:9 250:3
258:21 259:21,24 262:21,23 266:1
267:1 269:22 270:16 323:3 326:5,12,
19 328:8 355:24 356:23 358:25

**Kong** 45:11

**Kraken** 69:22 231:20

**Kulpreet** 372:2

**KYC** 72:8 238:17 242:23,24 318:24

---

**L**

**la** 56:20 57:10 161:4 166:15

**label** 366:8,13 369:1,3,12,16,17
370:5,6

**labeled** 219:9 368:19 369:3

**labeling** 368:24

**labels** 366:3

**labor** 174:21

**Labs** 28:15,18,19,22 29:6 190:5

**lack** 267:9 317:22 319:25

**lag** 181:21

**laid** 291:18

**landed** 158:22

**landscape** 40:20

**lane** 201:6 210:19 245:13

**language** 118:23 119:11,15 131:5
288:16 298:2,13 340:20 349:11 353:4
359:21 360:16,24 396:15,16 400:14

**languages** 119:6

**large** 70:8 75:5 90:4,8 220:11 265:5
278:5 300:13 406:19 410:8

**largely** 45:14 77:12 121:15 157:10,
15 256:6,7 258:18 264:12

**largest** 90:12

**lasted** 110:5

**late** 31:24 42:23 225:12 380:8 421:9

**latest** 134:16

**Latham** 47:11 195:6,10,13,19 196:9,
13 197:23

**launch** 190:23 201:25 386:7

**launched** 29:18 190:16

**launching** 69:13 389:17

**laundering** 40:23 45:24 48:1 84:24
341:24

**law** 124:23 137:3 148:19 174:24
195:20 197:13 380:3 418:24

**laws** 43:22 149:22 175:5 318:20

**lawyer** 230:23

**lawyers** 63:9 235:19

**layer** 28:19

**Layla** 227:21

**layperson** 65:23 78:8 354:24 360:3,
22,23

**lead** 58:2 288:17,20

**leading** 56:11 91:23 92:11,18 169:25
171:23 190:22

**learn** 231:4,5 282:1

**learned** 230:5

**lease** 78:21

**leave** 212:13,14 268:16 371:14 384:7

**leaving** 59:6 213:6 391:12

**led** 36:2 71:15 73:7

**ledger** 145:5 146:5,25 147:3 245:9,
21,22 246:3,18 247:10 304:4,11,21
305:18 306:9 333:6,9,19 365:22
367:3,18,21,23 368:7 369:13

**left** 31:20 50:12 63:1 102:11 177:10
182:3 225:12 307:15 312:2 324:7
362:5,12 372:1 392:9 403:7,14

**legal** 21:10 38:21 39:1,4,11,13,17,22
40:3,5 42:4 45:16 46:20 54:5 60:1
82:10 85:4 115:6 116:21 123:25
137:2 143:7 149:23 181:16 206:13,15
222:6 226:6,12 265:8,13 270:6
319:16 322:8 341:15 343:8,13,22
347:15 352:9 354:21,22 355:21
358:21 359:7 360:13,21 361:3,13
370:22 384:1,4 387:5,9,11,17 389:20
390:18,22 401:16

**legitimate** 169:17

**lender** 232:22

**lenders** 75:20,21

**lending** 68:5,11,13 79:8 141:13
144:3 155:21 196:17 223:10 232:20,
24 275:15 382:2 386:22 414:2,3

**length** 219:22

**letter** 314:18 315:6,20

**letters** 141:12 380:3

**level** 162:23 250:23 283:14 376:1

**leverage** 245:16

**Lexington** 13:19

**Lexitas** 13:10

**liability** 81:14

**liable** 210:7

**license** 196:18 232:19 374:24
  377:10

**licensed** 232:21 233:9

**licenses** 69:16 223:10 232:25 233:8,
  21,23,25 377:11 379:19 380:4,14
  382:2,3,8 383:3 386:23 406:8 414:2,3

**licensing** 196:14,15,16 382:1

**liens** 347:1,5

**life** 416:19

**lifecycle** 162:9

**limbo** 363:18

**limit** 404:8 419:4,14 421:3 422:14,16

**limitation** 421:25

**limited** 259:20

**limits** 404:5,7

**lines** 121:13 127:16 148:13 249:19

**link** 117:19 126:9 128:21,22,23
  134:16,18 162:12 164:3,21

**linked** 143:21

**linking** 283:23

**links** 125:12 166:1 250:10

**Linus** 203:22

**liquidate** 410:22,23

**liquidated** 349:11 353:16 407:3,22
  408:3,5,8,20,24 409:23 411:16,20
  412:15,16,17 414:14,15

**liquidating** 410:15

**liquidation** 354:14 407:5 408:13
  409:6,22 410:10 413:6 416:11,14

**liquidations** 411:8 417:14

**list** 38:3 106:8 171:16 233:3 242:16
  273:10 327:18

**listed** 139:6 150:17 193:7 198:15

**listening** 270:11

**lists** 136:24

**literal** 30:21

**Lithuania** 222:9 223:11 233:1

**litigation** 422:3

**live** 78:22 166:1

**livestreaming** 16:6

**LLC** 13:21 141:1 373:12

**LLP** 13:18

**loan** 66:17 76:10,11,16 141:15,24
  142:5,25 153:10,11 154:19,22 279:5,
  18 282:25 291:9 292:6,16,17 330:3,5,
  8,19 331:10 332:17 333:5,25 334:1,5,
  13,18,24 336:23,25 337:6,20,23,24
  338:12,17 339:25 340:2,5 341:4,5,7,
  11,12 342:17,18 343:1,20 345:6,13,
  21 346:19,21 349:10,11,18,22,25
  350:1 352:5,18 353:16 357:12 358:16
  359:23 360:1,11 361:2,6,8 388:2
  390:6 406:24,25 407:1,3,19 408:5,10,
  13 410:18,21,24 411:15 412:13,14
  413:1 414:15,19,22,25 416:1,11,14

**loan-to-value** 409:21

**loaned** 137:7 148:21 149:1 156:1
  304:15

**loaning** 66:7 78:9,14 277:16 278:5,
  13,23 296:10

**loans** 41:3 68:21 69:2 75:17 76:4
  79:25 197:12 292:11,19 325:18
  329:23 332:5 340:22 346:2 351:5
  357:11 407:2,20 408:2,8,15,17
  409:19 410:8,9,16 411:10,11,20
  412:8,19 413:3,6,24 415:4

**located** 221:15 241:4

**location** 175:19

**lock-step** 188:1

**lodge** 18:19

**log** 125:10 135:15 218:12,15,16
  241:20 365:25

**logged** 135:7 239:15,25 284:3

**logically** 155:15

**login** 108:14 237:14 239:8,14 282:17
  283:20 284:10

**logins** 173:19

**logistics** 26:2

**logon** 239:2

**long** 21:16 29:14 106:21 107:5
  140:23 227:20 264:2 383:21

**long-term** 212:3

**longer** 213:20 253:19 393:19

**looked** 22:13 32:21 102:21 108:7
  158:15 220:5 246:11,12 273:7

285:16,20,21 289:16 290:4 353:5
  388:20 405:12,20

**lookup** 377:15

**lose** 149:19 178:16,17,25 183:19

**loss** 96:6

**losses** 156:3

**lot** 22:7 32:17 35:1 36:13 37:4 41:11
  49:1,25 55:23 56:22 59:5 60:1 66:10,
  13 69:20 70:2 71:3,20 72:4,14 73:18
  75:4 80:16 86:1 93:22 96:1 102:10
  105:20 110:14 118:4 164:14 197:18
  199:15 202:8,11,12 204:6 207:10
  208:2 211:8 242:5 247:3 265:1
  273:15 276:1 289:2 299:4,13 314:1,2,
  4 320:7,8 346:4 377:5,7 387:5
  389:13,18

**lots** 46:17 75:23,24 79:24 373:9

**Louisiana** 416:1

**love** 379:2

**loved** 170:2

**low** 72:2 261:6

**low-hanging** 35:4

**lowered** 268:12

**LTV** 410:9 412:5,15,18 413:8

**lunch** 152:12 185:1

---

# M

**made** 32:24 73:23 76:2 96:2 126:21,
  23 143:15 149:5,14 150:2 160:3
  165:25 172:15,21 173:5 174:3 175:20
  181:25 200:15 202:22 258:4 281:20,
  21 287:25 307:2 308:18 313:17,19
  320:19,21 324:15 350:21 362:19
  365:16 397:7 402:17

**magnification** 336:19

**mail** 249:25

**mailing** 225:20

**main** 39:20 45:13 48:10 56:14 59:11
  120:24 124:19,25 125:3 126:24 127:5
  141:4 144:17 146:9,19 150:18
  156:18,19 161:15 177:25 178:2
  179:3,7,21 180:25 230:1,6 257:21
  258:16 259:1 311:8,13 331:18 352:14
  367:10 373:13

**maintain** 62:21 95:20 146:4 236:20
  304:2 385:24

---

**maintained** 245:25

**maintaining** 145:5 245:20

**maintains** 144:9 238:3 239:2

**maintenance** 49:17

**major** 300:18

**majority** 91:10,13,16 159:5 169:12
242:4,8 250:20 264:3 409:19

**make** 18:21 23:14 26:2 35:2 37:14,19
51:1 62:15 72:25 102:8 104:21 112:8
115:1 131:14 151:1 155:24 156:8
164:3 167:12 169:1,18 172:22 174:4,
5,6,9,12 175:4 183:20 236:15 241:24
246:17 249:22 255:23 272:15 275:10
289:21,25 290:6 294:2 303:20 305:7
311:20 313:13 315:14 316:4 318:20
323:4 325:16 333:20 338:11 339:4
353:7 359:21 361:9 380:4 384:22
385:4 386:10 388:1 390:6 403:5
423:2

**makes** 151:19 167:14 260:23 303:15
352:20,22 369:25 393:1 399:18

**making** 61:23 79:14,25 80:10,19
83:4 168:15 171:19 174:12 180:20
187:13 206:7 289:10 297:12 305:9
325:19 346:8,11 395:15 410:7 417:19

**manage** 70:25 224:11 314:8

**managed** 193:1 320:17 381:7
387:13

**management** 30:11 56:21 57:6
58:12 161:5,23 162:7 192:16 193:3
224:21

**manager** 30:10 43:18 57:11,22 58:1,
22 59:1 60:9,13 205:8 272:4

**managers** 58:8,9,14,18 70:24
163:23 166:21 167:19,20 168:7
193:17 207:25 208:3

**managing** 71:5,14 192:15 398:13

**mangled** 172:19

**manual** 410:23 411:9,24

**March** 33:9 67:22 92:1 199:8,20
221:6 248:11 328:24

**margin** 325:19 341:8 413:10

**mark** 351:2,12

**mark-to-market** 81:11 188:24

**marked** 19:17 23:6 26:13 97:24
138:24 296:1 316:21 332:18 351:17

**market** 93:18 190:25 206:9 272:21

**marketing** 83:25 84:3,9 85:6,10,12,
21 86:2,3,5,13,18 87:2,5,16 113:14
216:17 223:22 224:7,9,21 225:7,14,
23 226:16 248:7,8 293:10,17,24
294:3,6 296:22 297:5

**marking** 24:12,13

**markups** 289:3

**Mashinsky** 22:5,6,9 34:19,20 47:16
68:4 140:7,14 215:4,6,16 335:6
336:12 338:10 341:1 347:23 348:23
358:10 396:5 397:24

**mass** 224:15 225:20

**massive** 159:10

**match** 243:1 249:9 367:25

**matched** 366:16

**matching** 366:25

**material** 101:19 120:4,20 131:9,21,
24 132:4 133:7 142:4 155:4 165:12,
13 189:5 388:15 398:20 400:10

**materially** 77:8 398:8

**materials** 84:9 85:11,21 86:2,3,13
87:16 216:17

**matter** 13:20 18:21 39:10 95:12
136:13 254:18 304:17 411:14

**matters** 45:2,16,25 46:6 196:8

**Matthew** 56:20,23 57:10 58:11,21
59:10 161:4 165:7 166:14

**Mccarrick** 422:18,19 423:12

**meaning** 173:21 263:19 363:18
365:1 421:9

**means** 15:19 68:5,8 94:25 136:15
185:17 219:18 337:22 353:14 402:10,
12

**meant** 113:24 220:24

**measure** 312:19

**measures** 313:6,8

**mechanisms** 155:17

**Media** 15:4,9 97:14,20 132:11,15,17,
23 152:19,25 184:22 185:6 226:25
227:1,7 280:17,23 295:10,16 324:19,
25 423:23

**medications** 17:24

**meet** 16:3,10 21:11

**meeting** 21:10 36:3 47:20 48:4,8
62:7 372:8

**meetings** 47:18 48:7,10 202:8,9,10
209:3,8

**meets** 62:13

**member** 48:18 171:14,24 410:19

**members** 99:17 101:24

**memorized** 153:15

**memory** 107:21 167:2 239:11
256:23 257:4 334:20 338:3 384:10
400:18

**mention** 75:7 202:22 292:11,18
301:17 319:20 322:15 395:21 397:4
400:23

**mentioned** 53:24 70:1 73:4 74:13
82:12 84:5 94:22 99:9 124:21 134:5
140:13 160:11 166:14 182:13 189:13
193:24 194:8 195:24,25 199:12 207:2
210:22 213:21 251:22 286:4,6 297:21
302:23 317:8 364:17 375:18 380:13,
19 381:18 382:7 383:20 384:14,16
390:7 394:25 395:7 400:5

**mentions** 292:16 322:12 395:25

**message** 74:13 215:12

**messaging** 86:23

**met** 36:12,15,17 85:12 168:11
199:18,21

**metadata** 282:17

**method** 243:22 320:20

**metric** 167:7

**metrics** 166:21 167:18 168:11,25

**MG** 13:22

**microsecond** 368:10

**mid-june** 410:5

**mid-may** 410:5

**middle** 100:8

**milestones** 58:24

**Milligan** 227:22

**million** 90:19 308:14

**millions** 70:25 71:7 80:14,15 158:9
159:15,16 190:6

**mind** 25:12 65:6 73:25 74:19 76:25
77:24 82:23 92:8 132:10 140:17

**mindset** 94:20 169:23

**mine** 31:3 219:8 295:24

**minimize** 170:24

**minimizes** 261:7

**minor** 110:8 114:13

**minute** 20:1 109:8 117:13 122:7 179:10 191:10

**minutes** 23:12 35:12,14 107:11 152:10 182:3 184:9 189:12 308:4 324:4 362:10,12 371:24 372:1 392:9 403:7,12,14 404:23 414:8,10 421:2, 12 422:11,21

**mischaracterize** 210:25 211:20 286:5

**missed** 259:4 327:4

**missing** 140:1 204:1 301:4,8

**mission** 73:16

**Misstates** 164:25 390:21

**misunderstood** 329:17

**mitigate** 95:22

**ML** 233:19

**MLMS** 380:23

**mobile** 136:15,21 137:12

**mock** 129:5

**mock-up** 130:21 131:3

**mock-ups** 129:6 130:3,5,20

**mocking** 130:24

**model** 206:12 208:9

**modification** 348:25 349:5 355:10

**moment** 30:22 31:15 70:12 216:5 251:21 295:6 321:2 334:23 367:22

**Monday** 127:17,19

**money** 31:3 40:22 43:20 45:24 71:24 73:20 74:3,14,15 174:14 194:18 196:16 210:14 213:8 232:17 233:7, 20,23 255:5,7 271:19 272:10 277:17 291:11 372:24 373:15,17 374:2,10 375:14 376:18 377:4,11,13 379:18, 19,22 382:2 406:6 414:20 416:13,16, 20

**month** 29:3 81:20 225:15 228:11

**months** 54:17 81:19 92:18 230:9 333:1 389:7

**morning** 13:6

**motion** 354:16 366:20 401:12 419:25 420:7,10 422:15 423:1,9,16,18

**move** 140:21 209:9 263:21 280:7 302:15 314:15 323:25 332:2 333:25

400:22 403:1 404:19 405:25

**moved** 71:9,10 303:10 311:12 406:23

**movement** 145:2

**movements** 268:11 304:5 369:14

**moving** 80:14 248:7 268:23 394:22

**MSB** 375:20 377:16 390:14

**mulling** 359:22

**multiphase** 256:13

**multiple** 194:14 201:25 232:18 292:13 301:23 373:10 389:17 403:16 404:12

**multiples** 189:25

**muted** 14:20,22

**mutual** 271:16

---

**N**

**N-O-Y** 42:3

**NAB** 176:4

**Nadkarni** 225:4,21

**named** 56:19

**names** 42:1 198:14 262:6 377:6,7

**national** 262:1 344:7 382:24

**native** 345:8

**nature** 76:10 269:11

**NDAS** 235:20

**necessarily** 46:23 66:17 71:12 82:24 208:18,20 246:11 311:19 313:15

**needed** 37:13 204:25 218:15 289:21 333:11,18 406:9

**negative** 75:12,13

**network** 13:21 17:2 124:22 140:25 141:1 302:25 373:12 376:9

**newbies** 271:5 297:23

**NEXO** 31:4

**nine-year-old** 235:9

**nodding** 18:16,17

**nominal** 188:22

**non-borrowers** 359:20

**nonaccredited** 353:3,5,9,18 354:4,

12

**nos** 18:18

**note** 420:15

**noted** 13:24 109:12

**notes** 23:2 216:8 228:22

**notice** 15:24 20:9 109:6,20 183:25 213:1 319:23

**notices** 102:18,22 108:9 212:18 213:1

**notification** 253:14 401:1,12 402:16

**notifications** 108:21 121:8,9,12 232:19

**notified** 107:25 111:12,23 180:6 232:23 320:18 400:24

**notify** 121:5

**noting** 163:20

**notion** 296:10

**November** 13:3,14 187:23 200:7

**novice** 264:13

**Noy** 42:1,3 198:9

**nuance** 236:12

**number** 26:16 29:8 36:18 39:19 41:9,10 70:9 90:1,8,15 103:6,14,21 195:20 220:12 224:4 243:4 244:10 262:12 265:6 268:22 278:5 286:25 301:5,18 327:20 343:18 344:24 345:3 346:17 358:12 360:4 363:16 410:8 421:2,11

**numbers** 91:4 104:15 113:19 124:3 135:22 351:13,14,15

**numerous** 394:2

---

**O**

**oath** 14:6 17:14,15

**object** 20:19 22:14 25:19 37:25 66:9 67:5 78:25 82:5 117:5,11 123:7 129:9 131:17 132:8 138:8 139:25 142:6,16 149:2 150:3 154:24 156:13 160:19 181:13 188:17 191:10,11 195:7 209:21 211:22 215:10 216:19 220:16 229:6 230:7 252:15 256:21 266:11 270:19 278:16 291:5 297:15 316:1 330:24 332:19 336:3 337:25 353:23 354:15 376:2 377:23 378:23 382:18 386:3 389:2 392:18 395:11 401:14 409:7 413:14 420:14,22

**objected** 27:16,25 392:16

**objection** 18:21 21:2 22:22 26:24
27:11 34:9 46:2,7 51:9 65:18 68:12,
23 70:18 71:25 74:4 76:7 77:6 78:12
79:12 83:2 84:1 86:14 87:18 88:12
89:22 91:1 93:5,15,20 94:4 95:18
96:17 104:8,19 106:2 107:1 108:18
109:24 110:24 112:25 118:24 119:16
122:1 125:8 126:6,18 127:8 133:11
139:14,21 141:8 143:2,23 145:25
147:7 148:1 150:24 151:11 153:12
154:10 155:12 157:24 158:23,24
161:13 164:24 167:22 170:12 171:1
172:24 182:9,18 191:7 195:15 199:9
200:21 201:17 203:1 206:23 215:8
218:19 221:24 222:23 223:23 231:11
232:11 233:10 234:5 235:14 243:17
244:25 246:5,19 248:12 249:10 250:7
251:6 252:1 254:12 255:10 257:23
259:17 261:12 263:1 264:22 267:8
269:16 271:25 272:12,25 274:4,16
275:24 277:8,20 279:2,23 283:8
285:12 288:23 292:21 293:12,19
294:15 296:11 298:4,25 299:16
300:10 301:9 302:4 303:2,22,23
305:4 306:3,21 307:4 310:1,15
312:23 314:20 316:16 317:21 319:10,
24 321:23 323:16 325:12 326:1,9,16,
24 327:10 328:19 329:1,14 330:11,23
332:8 334:3 337:7 338:23 339:17
340:7 341:13 343:7 344:9 346:3
347:7 349:14 350:7 352:8 353:19
355:20 356:19 358:20 360:12 361:12
363:8 365:17 366:18 369:6 370:9,21
373:5 375:22 378:10 380:20 382:15
383:18 388:9 390:20 391:13 393:11
394:10,18 396:7,12 397:13 398:9,12
399:6 400:11 401:4 402:21 406:3
409:24 410:25 412:21 415:5 416:23
417:16,22 419:7

**objections** 18:20 74:22 89:11 96:25
189:22 196:10,22 225:1 244:6 247:12
298:17 373:21 374:5 391:22 406:15
410:11 411:22 420:16

**obligated** 386:25

**obligation** 79:9 213:7,10 289:25
304:20,24 385:7

**obligations** 43:19 47:23 149:24
174:8,13,16 210:9 318:19 374:8

**observe** 72:14

**obtained** 215:3

**occasions** 85:2

**occurred** 65:17 79:18

**occurs** 33:22 265:20 418:12 420:19
421:17

**October** 54:15 200:2,7,13 225:3
364:7

**OFAC** 43:23

**Ofer** 42:5 124:1

**offer** 186:20 241:16 416:2

**offered** 69:25 216:2 319:21

**offering** 29:23,24 35:5 75:17 190:17
257:14 317:17 379:21

**offerings** 51:8,19

**offhand** 128:2,3

**office** 57:6 105:7 161:5,6 186:2
213:11 217:19,20 218:13,16 227:14
237:13 238:2,8,22 239:16 375:7

**officer** 17:3 21:1 42:13,25 43:4,9
44:4,7,10,19 45:23 47:15,21 48:13,
14,18,21,22,23,24 49:4,5,9,10 50:17,
23 51:13,14,16,17,18 52:13 53:3
55:20 62:22 63:1,16 84:8,15 87:4
88:20 173:12,14 187:1,3,7 208:2
209:25 210:5,13 211:8,13,15 212:8
213:9,10 214:23 225:7,11 233:17
289:14 379:8 380:16 381:13 382:11
383:24 384:12,19,25 385:21 388:23
389:7 390:12,19 392:23 409:3,12

**officers** 173:15 386:25

**offices** 30:14

**official** 16:22 23:21 50:21 51:3
123:16

**officially** 423:25

**oftentimes** 161:20 183:10

**omnibus** 144:18 146:8 157:9 229:20
259:1

**on-boarded** 385:10,17,19

**on-ramps** 263:19

**on-screen** 413:6,12

**on-the-record** 404:9 422:21

**onboarding** 241:11 242:6,9 389:9

**one's** 47:1 366:3

**one-sentence** 37:10

**one-to-one** 366:16,24 367:25

**ongoing** 88:7

**open** 125:16 145:18 321:2 414:19,22

**open-ended** 421:8

**opened** 30:14 168:18,22 177:16
231:22 281:7

**opening** 335:2

**operate** 236:1

**operated** 45:10 165:25 270:15 380:5

**operating** 48:20 235:24

**operation** 70:7,17 271:12 382:13

**operationally** 314:7

**operations** 30:8 37:22 243:12

**opinion** 345:20 349:9

**opportunity** 139:13

**opposed** 205:6 257:21 259:2

**opposite** 305:9

**opt** 236:9

**option** 317:17 414:23

**options** 248:2

**orally** 15:17 185:16

**order** 15:14 16:2,8 185:13,19,23
304:25 414:19,21 420:5,23

**ordinary** 244:21 329:12

**Oren** 13:23 14:5 17:1 20:24 40:1 47:3
86:10 88:3 101:6 143:3 196:24 296:3
315:11 407:18

**organization** 234:22 344:8

**organizations** 44:18 49:25 84:14
207:10

**organized** 372:10

**organizing** 58:23

**orient** 129:16

**originally** 237:1,11

**originated** 349:20,21,25 357:16
414:17 415:2,4,14

**originations** 210:14

**outbound** 183:13

**outcome** 54:6 286:13

**outlined** 120:19 165:18 178:10

**output** 166:13 306:13

**outreach** 178:23

**outset** 14:12 15:11 185:9 231:14,24

**overseas** 267:16

**overseeing** 174:15

**owed** 304:10,25 305:19

**owned** 190:3 288:5 343:20 344:3 360:6 361:10 386:1

**owner** 289:17 290:2 341:6,11 342:10,15,20 343:4 358:15 360:24 361:6 378:8

**owners** 342:3

**ownership** 20:7 149:11,12,20 150:10 251:4,9 252:13,25 265:16 267:7 269:14 277:19 278:15,25 286:21 287:24 292:20 343:5 378:13 388:8 390:7 395:9,22 397:4 400:8,9

**owning** 290:7

---

**P**

**p.m.** 132:14,20,22 152:18,22,24 184:21 185:2,3,5 226:24 227:4,6 280:16,20,22 295:9,13,15 308:20,24 324:18,22,24 423:22

**packaging** 209:6

**pages** 22:6 140:17 209:1 292:15 335:13,22 350:18

**paid** 167:11 188:5 217:13 228:10 305:24 306:1 349:18,23 350:1 357:12 408:5,18 414:14,15

**paid-off** 349:10

**paper** 57:14

**paragraph** 103:6,7 111:18 141:11 149:8 150:23 179:15 289:3 321:1,13 336:13 338:19 339:4,8,11,20 396:4

**Pardon** 132:9

**parlance** 278:23

**part** 45:13 58:11 62:15 63:13 85:24 123:24 138:16 141:19 143:5 152:1,4 164:1 167:11 168:12 176:12 188:20 220:15 223:2 241:10 247:3 250:21 274:24 276:14 278:20 331:3,4 344:15 349:7 367:3 375:17 377:18 382:4 421:4

**participant** 14:16,21 275:2 300:5

**participants** 300:8

**participate** 15:25 63:25 77:4 78:2 169:19 170:8 178:17 267:22 393:24

**participated** 48:11

**participating** 80:1

**parties** 33:22 43:7 53:20 265:20 418:12 420:19 421:17

**partner** 16:21 41:16 315:9,19 316:8, 15 318:24 319:21 320:18 322:19

**partners** 38:12 69:16 193:16 209:4 242:11 314:16 317:16 318:5 321:15, 21 322:14,21

**partnership's** 317:25

**partnerships** 38:22,23 206:8 318:1, 10 319:13,17 320:10,17

**parts** 55:23 56:2

**pass** 261:20 362:15

**passed** 114:9 226:11

**passing** 79:20 254:22

**past** 51:23 86:5 246:12 410:9 419:20, 23

**pasting** 118:16

**path** 156:21 163:5

**pause** 20:3 23:15 32:24 33:2 44:8 91:23 92:11,18 107:13,22 109:9 117:16,24 124:10 169:25 179:12 219:4 220:13 228:25 289:8 307:18 317:4 325:11,24 326:15 363:6,23 365:5 407:4 408:22 416:8

**Pavon** 41:24 42:18

**pay** 68:16 76:18 81:21 82:1 133:15 189:4 276:4 312:13,22 333:11 353:15 406:24

**payable** 148:17

**paying** 181:23 306:20 307:2 325:18 333:17

**payments** 206:2

**payout** 180:11 365:8

**payouts** 306:8

**peers** 188:6

**pegged** 261:3 302:22

**pending** 19:7,8 345:13 362:24 363:15,17

**penny** 406:18

**people** 18:9 21:14 24:23 31:4 32:17 36:12,18 37:6 46:17 47:4 56:14,17 58:16 59:5,12,14 62:5 70:13 71:20 72:19 75:8,23 87:2 90:9 91:3 93:23 94:2,13 96:1 100:2 102:10 104:17 105:21,24 106:18 108:2,5,10 109:3,4, 18 110:19 115:4,5 119:15 135:23

**people's** 93:24 282:17

**percent** 31:11 60:4 91:16,17 103:15 104:1,5,6,16,17,23 109:3 110:19,22 190:3 240:13,15 263:10 306:19 409:21 410:18,21 411:15,21 412:5,6, 15 413:8 415:18

**percentage** 89:19 90:13,17,20 103:22 105:15 108:2 167:5 220:11

**percentages** 103:14 240:8 402:3

**perception** 416:9

**perform** 135:15 163:9 166:11 176:4

**performed** 155:23 367:22

**performing** 282:25 318:24

**period** 35:15 52:23 78:22 81:20 110:11 146:14 148:20 178:12 179:9 180:3,7 198:22 212:11 213:4 258:7 379:7

**periodically** 144:16 176:14 311:8,12

**periods** 109:11 410:6

**person** 13:18 46:24 49:21 50:12 60:12 61:2 95:14 160:23,24 161:3 166:18 193:2 205:23 217:17 219:18 242:20,25 243:5 278:15 279:1 289:22 290:9 292:25 301:24 303:8,9 320:16 341:10 342:9 343:14 345:10,18,20 354:20 360:25 362:16 381:1 391:9 392:16,22 393:2 398:19 405:3

**person's** 308:21

**personal** 20:13,17,22 81:14 99:3 102:16,21 134:6 184:5 191:5 308:21 327:9 329:5 367:9 387:2

**personalized** 308:3 309:1 310:10 311:5

**personally** 31:22 191:18 271:14

**personnel** 375:6

**persons** 374:13

**perspective** 51:1 70:6 81:14 95:17 139:22 225:24 236:5 289:20 290:11 293:2 359:3,4 368:17 396:24 405:21

---

**petition** 89:10,17 105:14

**Phase** 106:9,10,11 109:17 111:8,10, 19,21 178:11,21 179:17

**phone** 394:12

**photography** 130:18

**phrase** 84:6 94:24 226:1 288:12

**phrased** 220:23

**pick** 69:24 204:9

**picked** 85:4 204:23,24

**pictured** 115:25 130:17

**piece** 57:14 86:5 107:25 160:1 161:21 245:24 246:2 294:6

**piping** 88:3

**place** 55:24 71:17 109:15 134:22 144:3 206:9 216:7 223:13 234:1 246:17 292:24 313:6,8 331:9 333:15 340:11 394:20 402:11 409:11 410:15

**places** 130:9 329:7

**plan** 51:2 63:18 88:16 188:11,13 206:8 235:12

**planning** 405:19

**plans** 58:24

**plate** 201:4 389:18

**platform** 34:25 35:2,3 49:17 92:17 136:13 141:13 159:6 172:5 173:24 190:17 193:5,10 203:13 215:25 228:6 230:20 238:11 267:16,18 268:9,17 296:17 303:9,10,13 395:4 406:18 408:15

**platforms** 118:5,15 193:14 264:8,15

**plausible** 309:4

**play** 32:1 250:16 412:8

**played** 56:18

**plenty** 422:12

**PMO** 161:5

**podcast** 185:17

**podcasts** 15:18

**point** 15:20 41:13 68:1 73:23 78:3 79:7 83:4 112:3,5 137:21 152:7 157:20 170:10 171:24 177:5 212:12 223:3 236:4 261:21 265:25 270:1,8 271:9 276:24 279:15 289:9 294:1 305:8,10 322:5 342:6 344:4 346:9,10 355:6 366:9 390:3 391:2 397:20 405:14 409:22 420:8

**points** 86:21 131:22 133:14 262:13 368:2

**policies** 246:16,24 247:4 409:5

**policy** 48:1 53:17 116:4 219:13 254:7

**pool** 314:11

**pooled** 144:18 146:8 157:10 229:20 311:17

**poor** 263:20

**pop-up** 113:22,25 114:23 116:9 125:17

**popped** 127:24

**populate** 105:5

**popup** 131:6

**portfolio** 178:1,2 179:21 411:20

**portion** 48:7 63:12 67:16 139:5,10, 15 317:9 406:19

**portions** 16:11

**pose** 294:14

**position** 36:22 191:21 212:3 344:3 345:23 359:16,18 370:2

**positive** 200:17,20 360:15

**possession** 212:3

**possibilities** 314:2

**possibility** 35:18 86:4 164:17,20 165:2,3,20

**possibly** 262:5

**post** 50:10

**post-pause** 325:7 326:8 362:20

**post-petition** 325:8 362:20 363:7

**posted** 134:16

**potential** 86:23 243:1

**potentially** 60:2 77:16 183:18 288:17 313:8 327:21

**practically** 158:14 352:13

**practice** 118:20 145:4 163:8 171:4 294:2 349:16 350:6,12 357:13,20,23 415:19

**practices** 275:13

**precipitously** 410:7

**predates** 122:3

**predominantly** 196:9,12 264:17

**prejudice** 422:4

**premised** 51:20

**prep** 22:13

**preparation** 21:22 23:3 24:5 252:20 298:23 299:15 320:4 348:17 413:17

**prepare** 21:6,9,16 27:24

**prepared** 27:8 307:12 380:14

**preparing** 166:25 217:14 300:8

**prepetition** 326:15 370:8,15

**present** 95:25 200:6

**presented** 104:25 115:18,20 118:6 123:6 125:25 128:24 254:1

**presenting** 168:6

**preserve** 94:17

**pretty** 22:16 38:23 44:22 45:1 52:8 58:10 72:3 120:20 152:6 165:3,7,8 168:13 199:16 205:4,19,20 206:16 208:6 213:14 252:6 257:8 263:12 268:10,25 270:24 293:3,5 313:4 339:21 353:6 376:11 409:1 421:9

**prevent** 312:19 313:9

**preventing** 183:4

**previous** 21:24 34:8 62:25 67:12 79:17 106:19 121:6 141:5 191:21 192:7 285:19 293:25 342:21 391:12, 19 395:19

**previously** 120:5 149:9 414:13

**price** 81:16 261:1 410:6

**prices** 412:2,10

**primarily** 30:7 43:19 47:5 258:3 318:16

**primary** 43:15 68:5 168:25 223:3 299:19 300:5,7 301:21

**prime** 137:6,17 301:18

**principal** 371:8

**principles** 235:25

**print** 240:2 276:6

**prior** 15:23 25:17 29:25 45:7 51:5,23 66:14 75:11 89:9 120:10 122:18 142:22 147:6 158:4 187:12 189:13, 18,20,25 190:7,12 206:1 215:16 224:19 225:18 288:19 289:6,18 342:10 385:6 397:5,10 400:24

**priority** 385:4

**privacy** 53:17 219:13 254:6

**private** 95:3 116:4

**privileged** 197:1 222:7 248:17

**pro** 280:7,11 281:4 324:1,9 325:6 371:18 392:13 419:17,19 421:2,9,24 422:11,22

**proactively** 120:25 121:3

**problem** 204:13 294:14

**problems** 165:13

**Procedure** 404:4,6 419:14

**procedures** 246:17,24 247:4 383:16 409:5,11

**proceed** 14:11

**PROCEEDINGS** 13:2

**proceeds** 408:4

**process** 36:11 48:16 53:8 61:14,20 62:15 72:8 114:4 115:19,23 116:23 122:16 124:16 127:2 162:22 163:3,12 164:1,20 165:6,25 166:3,9,23,25 167:21 170:11,18,24,25 171:20 176:12 202:2 232:24 241:11 242:10, 19 250:21 255:9 256:3,13 260:23 271:23 298:9 365:3 367:7 379:17,24 380:8 410:15,23 411:9,14,24

**processed** 168:17 363:22

**processes** 38:8,10 61:17 71:17 86:1 161:10 164:14 247:7 248:20

**processing** 60:15 242:13

**produce** 240:18,21

**product** 29:23 30:7,10,11 38:15,16, 21 40:12 41:3,4 48:13,14,21,23 49:4, 9,10,11,14,21 50:7,14,17,23 51:7,13, 14,16,17,18,25 54:3,4,8,13 57:22 58:1,6,8,14 59:1,3,6 60:2,3,4,5,9,11, 19 63:1,2,7 69:14 77:23 85:13,14 87:1 113:12 114:3,5 160:7,15,17 161:9 162:8,22 163:2,9,23 165:11 166:21 167:20 168:7,8 170:9,16,22 172:2 173:12,13,14,15 190:23 192:15 193:2,3,17,18 194:4,6 196:20 203:10, 14,19 204:8 205:7,9,10,17 206:19 207:6,19,23,25 208:1,3,14,19,21 209:9 225:6,10 258:8 272:16 275:15 300:24 322:25 344:14 398:7,14,16,21 399:2,5 405:5,18,22

**production** 30:12 62:7 114:15 205:1 206:19

**productize** 28:24

**products** 37:20 40:25 41:2,10 49:13, 16 50:1,2 51:21,23 54:22 58:16 60:15 62:24 88:25 89:6 190:25 197:21 202:1,22,24 203:6,8,17,18 204:22 206:3 207:11,13,14,17 230:18 273:12 372:22 385:25 389:17 405:3

**professional** 191:8,15

**professionals** 165:9 389:22

**program** 20:8 32:8 63:21 64:1 77:4 78:2 144:21 153:7,8 169:20 170:2,8 178:18 197:12 209:5 213:2 247:10 253:20 261:10 315:9,20 316:9,15 331:4,5,13,22 334:2,11 337:5 338:22 340:5,22 346:2 347:4 352:16 359:19 367:4 393:18,25 408:6

**programs** 267:23,25

**project** 56:21 57:6,11,16,25 58:1,8, 12,18,22 60:13 161:5,23 162:7 163:9 167:19 168:7

**projects** 204:24

**promise** 419:6

**promoted** 42:21 52:24

**promotional** 364:19

**prompt** 413:6,13

**prompted** 125:12 398:25

**prompts** 133:14

**pronounce** 42:8

**proof** 306:12

**properly** 333:21

**property** 80:4,22 83:1,11 153:7,10 335:1

**proposed** 421:25 422:1,7

**proposing** 230:19

**proprietary** 238:6 246:4 247:15,16

**prospective** 194:18 209:3

**protect** 16:12 156:2,3

**protection** 388:25

**protective** 15:14 16:2,8 185:13,19, 22

**protocols** 31:23

**provide** 25:6,23 128:8 132:1,5 133:8 151:13 183:24 218:17 235:21 306:25 309:11 328:17 401:10 406:2 419:17

**provided** 15:23 25:15 74:18 98:20, 23 109:5 110:15 112:17 115:11,16

119:8 127:20 139:12 234:18 259:15 419:18

**provider** 45:14 264:5 376:13,14,15

**providers** 90:6 233:3 247:21 265:2 270:4 369:22,23

**providing** 181:7 394:13

**public** 163:10 212:18 213:1 234:4, 13,14 235:6 392:21 416:9

**public-facing** 249:6

**publicly** 15:17 185:15

**published** 134:10,12 216:17

**pudding** 306:12

**pull** 100:1 240:20 307:22 321:2 396:4 398:2

**pulled** 101:25 212:24 312:12

**pulling** 131:20 295:19

**purchased** 82:2

**purchasing** 191:17

**purpose** 39:12 180:24 255:20

**purpose-built** 283:16

**purposes** 16:13 24:11 53:23 68:15 180:25 238:15,17 285:20 287:6,16 296:22

**purview** 52:12 97:5 384:18 385:20 386:1 387:17

**push** 72:19

**pushed** 61:13 62:6 108:10 114:14 266:1

**put** 31:3 60:10 73:8 74:13,15 77:18 99:18 130:25 146:11 204:19 233:2 312:18 392:10 406:19 414:24

**putting** 31:10 139:17

## Q

**Q1** 230:11

**Q2** 230:12

**QA** 60:15,23 61:3,14,20,22 62:10,12, 15 161:9 162:8,15,16,24 163:3,9,12 164:2,20 165:25

**qualified** 40:9,10 142:10 174:23

**qualities** 383:12

**Quality** 61:23

**quash** 404:20

**query** 240:20 307:22

**question** 17:7,13 18:24 19:1,7,8
34:2 39:7 46:25 47:3 59:15 67:9,11,
12 77:17 85:20 92:1 107:8,14 108:19,
24 112:2 117:6,21 122:21 129:24
130:7 133:2,3,5 138:2 145:9,10,12
151:3,6 153:4 172:19 181:18 210:11
214:24 217:12,21 218:11 227:23,25
237:24 239:17 244:13 245:17 269:6,7
272:14 274:6 278:9,20 285:18 287:21
298:11 310:19 311:24 316:10 321:13
322:11 323:22 325:7 327:24 330:1,6
331:14,17 332:3 336:22 339:3 341:18
344:2,19 350:16,24 351:20 353:21
354:23 356:7,10 358:3,6,8,11,25
362:18 363:11 366:3,14 368:15
370:13 373:24 374:20 375:12 390:4
392:3,7 393:6 394:17,23 396:14,15
398:24 402:22 416:6 422:7

**question's** 356:20

**questioners** 392:13

**questioning** 188:19 227:22 255:25
280:11 316:4 358:13 404:9 419:24

**questions** 17:6 18:20 23:20 24:18,
21,23,25 28:5,8,13,16,24 26:12,22
27:7,16 28:3,5 44:14 53:17 63:9
100:20 102:14 186:8,10 196:14
199:24 216:6 228:2 234:8,9 236:19
262:11 278:10 280:3,6 310:21 314:15
329:22 335:8 336:5 355:14 357:25
361:19 362:14 363:4 371:20 372:9,10
375:8 380:12 387:21 398:2 408:12
418:4 419:22 420:17 422:17

**quick** 132:11 294:23 324:12 336:8
362:4 392:12 404:23 405:25

**quickly** 70:8 140:22 173:24 412:9

**quotable** 91:4

**quote** 413:9

---

**R**

**raise** 187:8 188:1,2

**raised** 194:18

**Ramos** 36:17

**ran** 61:17 86:5 205:1 380:7

**range** 54:19

**ranges** 228:14

**ranging** 44:22

**rate** 31:13 76:18 268:12,15,19
304:10,18 305:15,17,18,20

**rates** 263:25 268:9 269:4 306:7,15,
16 398:18

**Rating** 273:8

**ratio** 409:21 412:7

**rationale** 208:9

**raw** 285:24

**re-reading** 289:2 338:3

**reach** 35:7 394:9

**reached** 34:17 121:1,3 413:9

**reaching** 215:4 277:25 393:22

**reaction** 93:18 96:22

**read** 64:9 127:25 133:1,3 137:1
148:14 219:22 275:22 276:12 277:3,
14 315:6,8,10,12,17 316:5 317:5,11
335:9 356:11,12 360:2,3,23 361:1,3,
16

**reading** 64:8 111:18 133:16 254:3
255:14 276:15 290:14 292:7 342:8,12
353:21 357:18 358:18 359:21 361:9,
21

**reading/reviewing** 20:3 23:15
107:13,22 109:9 117:16,24 124:10
179:12 219:4 289:8 317:4

**readings** 293:7

**real** 35:3 132:11 324:12

**realistic** 159:7

**realize** 394:17

**realtime** 332:6

**reason** 17:21 63:13 149:4 164:7,10
170:6 183:9 301:7,17 370:1 371:4

**reasonable** 174:9 276:2

**reasoning** 147:10

**reasons** 69:11 75:14 102:6 180:20
347:16 365:7

**rebuttal** 184:10

**recall** 218:2 249:4 259:11,12 400:18

**receive** 153:20 183:11 329:17

**received** 81:13 102:24 103:2 107:17
113:11 125:6 127:19 134:7 186:24
188:15 189:16 191:22 231:15 328:5
329:4 343:21 402:16

**receiving** 309:7 352:17,19

**recent** 262:13,14 414:1

**recently** 162:25 187:18 338:4

**recess** 15:5 97:16 132:19 152:21
227:3 280:19 295:12 324:21

**recheck** 107:20

**recognize** 98:2

**recollect** 388:4

**recollection** 116:24 178:21 251:17
379:9 384:20

**recommend** 35:3

**reconcile** 369:5

**reconciliation** 367:23 368:10

**reconciliations** 368:22

**record** 13:7,25 14:24 15:3,9 16:25
18:22 61:21 83:21 97:14,20 132:11,
15,25 139:3 152:14,16,19 153:2
182:3 184:16,19,22 185:8 214:10,20
215:15 222:18 226:22,25 227:9,13
236:25 237:4 239:1,24 244:22 255:24
280:13,17,23 287:7 295:6,10,16
299:23 304:2 315:23 324:2,12,14,20
325:2 327:7 335:9 336:11 337:9
350:22 356:11 362:7,9 371:21
392:11,22 403:6 404:15,17 407:12,25
418:10 420:14 421:21 423:5

**recorded** 15:16 185:15 245:8 367:2

**recordkeeping** 331:25 332:16

**records** 101:25 162:16 236:20 238:3
244:24 245:4 365:15

**recover** 149:19 150:10

**recovery** 63:17 88:16

**red** 289:5

**redeposit** 356:18

**redirected** 179:3,6

**redline** 131:15 132:1 139:7,8 140:8

**redlines** 98:23 101:18

**reduced** 224:6

**reducing** 171:5,7

**refamiliarized** 413:19

**refer** 146:20 270:23 308:19 396:3
400:13

**reference** 124:6 128:10 140:7
228:13 320:1 339:1 345:6

**referenced** 22:18 286:18

22-10964-mg Doc 1540-1 Filed 12/01/22 Entered 12/01/22 14:55:05 Exhibit G Pg 459 of 468

Celsius Network LLC
Oren Blonstein Deposition Transcript (Redacted)
Confidential

Oren Blonstein
November 22, 2022

**references** 278:5 345:5

**referencing** 381:12

**referred** 48:12 54:21 141:5 289:13 308:8

**referring** 54:1 87:13 103:6 124:3 130:5,13 135:22 275:9 288:11 355:18 360:16

**reflect** 112:8,10

**reflecting** 313:16

**refresh** 107:20 178:20 256:23 257:3 334:19

**refreshed** 338:3

**regain** 111:13,24 149:20

**region** 221:17

**regional** 30:13

**register** 104:24 373:18 374:3,8,9,24 375:10 376:18 377:9,10

**registered** 103:23 104:1,6 171:6 203:24 222:10,11 223:11,13 232:5,16 233:1 354:3 372:24 373:14 375:13, 19,25 377:16 390:14 402:6 406:1,6

**registering** 223:6 374:18 382:22

**registration** 115:23 372:12,16 375:1 376:11,20 377:14,19 383:5

**registrations** 406:9

**regular** 170:21 171:17 188:1 381:8

**regulated** 194:9,12,13 390:12,13

**regulation** 175:1 236:9

**regulations** 174:25 236:8 385:2

**regulator** 386:15

**regulators** 53:19 223:15 378:21 382:10 386:22

**regulatory** 38:21 39:24 40:19,20 41:15,19,23 44:20,22,25 45:2,3,15,25 46:6,20,25 47:7 54:5 60:2 85:3 114:6 115:6 116:21 143:6 160:22,25 161:2 174:19,22 175:13,17 181:16 194:22 196:7,13 206:13,14 213:17 221:22 222:15 223:4,16 225:25 226:5,12 232:6,10 235:13 236:4 319:15,17 322:8 359:7 384:2,4 387:4,8,12,14,18 389:20

**reinforce** 276:14

**reinforced** 85:7

**reject** 218:24 219:19 337:20

**rejected** 167:9 217:8 218:1

**related** 25:10 39:21 63:6 84:23 98:5, 7 107:6 192:24 238:16 247:6 258:2 300:21,23 325:7 328:23 329:23 344:2 364:23 366:19 398:16 402:22

**relates** 255:15 325:17 354:17 357:11

**relating** 107:9

**relational** 284:15

**relationship** 55:14 77:13 124:13 256:8 257:11 265:4,8,13 268:3 270:7 276:19 277:4 318:2 320:18 340:12 371:11 386:12

**relationships** 329:11

**relative** 89:18 90:4 261:1 383:8

**release** 55:4 56:6 77:9 85:10 163:25 170:1 176:8,9,15 258:8,10 276:8 322:25 338:13,16

**released** 54:14 61:25 62:2 84:10 85:17,22 93:11 151:9 163:10 176:2,3, 5 339:15

**releasing** 60:15

**relevant** 213:14 273:16 322:23

**relied** 71:22 74:12,20 102:2 406:9

**relinquish** 395:9

**relinquishing** 32:23 397:8

**rely** 70:15 236:10

**relying** 318:23

**remain** 92:5 130:3 253:5 261:3 337:2 342:22 345:14

**remained** 129:7 258:18 337:4

**remaining** 224:4

**remains** 335:1

**remedies** 149:23

**remember** 21:15 33:11,14 36:7 52:3 67:23,25 68:1,7 74:1 93:11,17 101:17,18 117:3 118:1 135:2 176:11 186:24 196:6 198:21 202:7 214:25 225:5 228:11 230:4 249:14 251:20,22 256:24 259:6,8 266:6 268:1 281:11 291:7 299:22 315:2 345:11 364:6,16 381:14 395:13

**remembered** 266:5

**remembering** 204:2

**remind** 178:4 185:10

**reminder** 127:17,21 151:14

**remote** 165:19

**remotely** 13:17

**removed** 122:5 248:10

**Removes** 147:20

**renewed** 380:15

**reorganization** 235:12

**repay** 154:18

**repayment** 338:9,11,15 339:16 354:14

**repeat** 34:2 129:11 227:23 260:11 274:6 373:23

**repeatedly** 277:16

**repeating** 67:8 304:1

**rephrase** 39:7 192:18 228:1 330:6, 15 398:23

**replacement** 44:6 213:19,23

**replacements** 212:17

**report** 42:12 47:13,15 105:10 240:1, 7,14,19 285:2 298:23 301:22 307:13, 21 309:21 402:3

**reported** 42:17 55:25 57:18 81:10 105:12 173:11 243:12 245:16 387:11, 14

**reporter** 14:1 18:4 19:21 307:10 421:22

**reporting** 171:17

**reports** 100:14 171:14 382:9

**represent** 16:22 288:1 341:3 343:18 344:21 371:9

**representation** 47:11 146:4 342:19 343:3 345:16 358:12,14 423:3

**representations** 95:13 318:23 341:2 360:5

**representative** 20:14,18

**represented** 120:14 212:22

**representing** 227:15 262:3

**request** 111:11,22 160:3 325:24

**requests** 33:23 161:19 421:18

**required** 122:17 163:7 321:16 373:18 374:3 376:17,18 380:17 381:3 385:24 386:24

**requirement** 377:19

**requirements** 41:15 48:2 62:8,10,13 163:15 205:18 206:11 208:25

**research** 32:14 61:11,12 99:5,13
193:16 237:2 320:9 401:17

**reservation** 421:6

**reserve** 184:9 291:19 423:10

**reserved** 291:12

**reserving** 139:24

**reside** 354:2

**residency** 241:3,25

**resigned** 215:13

**resolicit** 106:16 119:23 120:9 176:1

**resolicitation** 110:15 119:22 124:16
134:1 166:22 176:1 177:18

**resolicited** 105:22

**resoliciting** 108:12

**resolution** 137:4 243:9

**resolve** 243:9

**resolved** 213:18

**respect** 130:5 134:1 150:9 196:7
221:23 269:7

**respond** 35:11

**responded** 285:18 387:23 394:22
419:6

**response** 96:23 105:23 320:25
321:13 322:12 401:2

**responses** 25:17,24 26:10 347:13

**responsibilities** 37:22 38:2 43:11,
15,16 48:17 49:3 60:21 63:17 192:23
193:23,25 293:23

**responsibility** 50:25 63:2 206:6
385:15

**responsible** 49:15 80:25 193:4
197:10 205:14 217:17 224:11 364:25
383:10 384:5 401:19 421:25

**responsive** 25:16

**rest** 90:25 91:7,11 188:6

**restate** 17:10 18:11 20:16 74:8
103:20 353:25 354:1 360:19 370:12

**restating** 360:20

**restrictions** 343:24 344:6

**result** 159:21

**retail** 317:16 411:11

**retain** 95:21

**retained** 13:9 225:8,9,10

**retaining** 288:21

**retroactively** 385:4

**retrospect** 281:23

**return** 76:18 79:9 281:16 327:9
349:19,23 416:3

**returned** 231:6 326:7 350:2 357:14
415:12

**returns** 326:22

**revenues** 306:19

**reversal** 365:23

**reversed** 364:20

**review** 20:2 22:6 23:12 24:5 47:25
101:3 107:12 109:8 114:6 117:13
118:8 122:7 124:9 125:13 142:1
166:12,13 169:11 176:16 179:11
243:5,6 252:21 253:2 259:7 266:2,10
274:11,25 299:4 319:1 327:18 344:17
346:13 348:16 379:5 380:17 385:25
388:24 399:23

**reviewed** 22:5,7,19 53:8,14 83:9
92:7 98:22 100:25 101:1 131:9
139:22 140:11,14 170:21 219:23
220:6 265:24 266:22 281:14 293:4
299:12 341:21 387:25 391:20 393:4

**reviewer** 85:16

**reviewing** 21:23 25:9,14 69:21 79:19
118:14 162:24 163:14,15,16 167:11
169:5,20 238:19 252:17 273:22
288:17 301:15 334:20 379:10 383:11
395:14,18

**reward** 304:9,25 306:1

**rewards** 65:25 127:17,20 137:8
148:16 153:16,19,23 154:1 180:11
181:12,23 253:19 303:21 304:10
305:17,23 306:20 328:4 331:20
352:17,19 365:9

**rights** 66:25 149:11,12,19,21,23
291:13,19 317:18 319:22 395:22
397:4 400:7,9 421:7 422:5 423:11

**risk** 31:10 44:16 93:13,24 95:17,23
96:4 150:9 279:13 416:15

**risks** 96:8

**risky** 412:18

**role** 24:17,20 28:22 40:11 43:3 51:2
53:1,15 54:20 55:16 56:6,19 57:2
60:20 62:19,21 83:24 84:7 86:20
87:2,24 88:21 97:2 98:18 171:25

174:4,15 191:15 192:14,17 194:1,5
197:9,20 198:3 204:7,10 205:6
209:25 210:13,23 211:2,18,21 214:22
221:14 225:11,19 248:7 250:15
289:13 341:25 385:12,16 409:2

**roles** 49:8 51:13 186:13,17 192:23
201:16 225:10

**roll** 387:9

**rolled** 106:1

**rolling** 275:7

**rollout** 54:16 55:17 56:14 57:3,12
59:12 60:1,24 61:4 160:7,18 161:11
162:3

**rollouts** 59:18

**romanette** 149:16

**Ron** 42:5 99:23 124:1 198:4,25
199:7,18,21 211:17

**Roni** 41:24 42:17,18 47:6 55:25 59:9
99:23 123:25 160:12,21 165:6
175:14,15 198:11 211:16 387:14

**room** 18:6 350:17

**rough** 90:1 91:5 220:25 229:10

**roughly** 91:6,10 199:20 212:10
239:22 261:3 262:3 281:10 283:14
288:10,19

**rounds** 194:17

**routine** 85:9 86:8

**rule** 18:13

**rules** 43:23 175:10 236:13 404:3,6
418:25 419:9,13 421:7

**run** 61:18 216:9 238:23 242:15,16

**running** 34:18,20 38:16 70:7,16
224:24

**runs** 100:13 128:14

**rush** 268:13

**Rushing** 227:13

**Ryan** 227:11,13 229:24 230:21
232:1,9 233:6 234:2,24 236:17 244:3,
15 245:14 246:15 247:8 248:6 249:3,
24 250:14 251:12 252:11 253:4
255:2,20 256:1 257:17 258:20 260:7,
13 261:19

**résumé** 36:4

## S

**S-H-A-R-A** 186:4

**safe** 295:23

**safely** 71:23

**salad** 367:20

**salaries** 186:16

**salary** 186:21,24 187:3,15 189:13, 17,20 312:13

**sample** 277:1

**sanction** 318:25

**sanctions** 40:23 43:22,23 45:19 84:24 175:8 233:20 242:15 243:1 290:11 318:20 341:25 343:23 344:5, 22 381:24 382:5 385:2 389:14

**sanity** 102:4,15

**sat** 202:9 305:11

**satellite** 422:3

**savings** 416:19

**savvy** 390:18

**scale** 70:19 71:13 75:6

**scaling** 58:9

**scan** 252:3

**scenarios** 357:1

**scheduling** 420:22

**scope** 43:10 46:9 74:5,23 76:8 82:6 84:2 86:15 87:19 88:13 89:23 93:6,21 94:6 96:18 118:25 119:17 158:25 168:6 182:19 188:18 195:8,16 200:22 201:18 203:2 206:24 211:23 216:20 221:25 222:24 223:24 232:12 233:11 234:6 235:15 243:18 245:1 246:6,20 248:13 249:11 255:11 257:24 261:13 264:23 267:9 269:17 288:24 293:22 294:16 296:12 298:5 299:1,17 300:11 301:10 302:5 303:3,23 305:5 306:4, 22 307:5 310:2,16 312:24 314:21 316:2,17 317:22 319:11,25 323:17 325:13 326:2,10,17,25 327:11 329:2 330:12,24 332:9,20 337:8 340:8 341:14 343:8 344:10 347:8 349:15 354:16 355:21 356:20 363:9 366:19 369:7 373:6 376:3 377:24 378:24 382:19 383:1 388:10 389:5 391:14 393:12 406:4 409:8,25 411:1 412:22 413:15 415:6 417:4,23 419:25 422:15,16

**score** 38:4

**scrappy** 399:15

**scratch** 260:2

**screen** 108:4,6,14 113:23 114:24 115:21 118:6 125:17 127:24 136:6,8 138:6 141:6 177:1,2,10,11,15 178:5,7 179:21,22 239:12 249:17 294:23 307:8 315:13 317:11 336:2,7 348:13, 21 351:15 358:4,23 396:11

**screening** 318:25

**screens** 114:2 126:1 131:1,6

**screenshot** 112:13,22 135:23 295:21

**screenshots** 102:23 105:20 110:14, 21 112:8,10 113:3,5,9 255:22

**scroll** 357:24

**scrolled** 140:19

**scrolling** 118:16 358:3

**search** 214:2

**seats** 166:11,12

**Secrecy** 43:20 47:24 174:8 175:7 209:18 318:19 374:16 381:23 385:1

**Secretary** 375:2

**section** 111:19 122:15 123:11 289:12 292:17 336:13 338:9 341:2 344:11 348:24 362:1

**sections** 289:12 315:7

**secure** 76:16

**securing** 155:17

**securities** 273:6,12,25 274:13

**security** 227:15 345:6

**seek** 236:10 422:23

**seeking** 423:6

**segment** 50:5 115:9

**segmented** 317:17

**self-stable** 260:16

**sell** 65:14 79:4 260:20,21,25 384:18 413:9

**seller** 377:6

**selling** 65:4,6 260:25 261:5

**send** 95:6,14 119:14 160:2 182:16,20 183:15,21 250:12 252:10 304:3 357:4 395:15 414:20

**sending** 64:24 67:6,13 72:9 94:14 163:21 183:5 229:12 282:25 289:18, 22 314:24 342:10 416:12,13

**sense** 151:19 167:12,14 260:23 291:2 303:15 312:15 352:20,22 369:25 393:1 399:18

**sentence** 111:20 123:13 297:3 317:13 320:2

**sentences** 148:13

**separate** 49:19 144:7 146:9 156:11 229:4 305:23 308:18 351:2,12 363:7

**September** 42:24 43:1 52:18,23 171:15 210:12 224:2 251:10 384:13 385:18 386:6 395:20

**sequencing** 130:24

**Serbia** 208:4

**series** 17:5

**serves** 301:18

**service** 69:15 90:5,6 143:18,22 233:3 238:18 241:16 264:5 265:2 266:23 268:2 281:14 288:18 293:11, 18 294:4 319:23 320:15 349:8 351:5 352:1,2,6,21 353:11,12 354:6,8 355:7,12,18 357:10 369:22,23 372:24 373:17 374:2 376:12,13,15 378:13 379:22 383:14 385:19,25 387:15 391:21 393:20 395:8,23 396:6 399:1, 14 400:4 406:2

**services** 29:17,23 43:20 45:7,9 111:14,25 122:20 137:5 141:19 148:18 174:14 181:7 190:14 194:10 197:22 210:15 213:8 232:17 241:17 257:15 297:13 354:10 373:15 374:10 375:14 376:19 377:4,13 383:15 394:13 405:16 406:6

**ses** 421:2,10,24

**session** 23:3 237:19 239:8 282:21 283:3,20,24 284:11

**sessions** 284:3 285:19

**set** 35:16 41:4 46:12 49:16 254:22 304:18 305:17,18 318:2 335:13 375:8 398:17

**setting** 306:7 316:7 319:6,9 421:6

**settle** 326:14

**settled** 124:24

**setup** 229:17 314:7

**seven-month** 212:11

**shape** 66:1

**Shara** 186:2

**share** 53:19 282:4 294:23 307:8 336:2,7 348:13,21

**shared** 85:6 100:22

**sharing** 350:11

**shepherd** 38:7

**shift** 221:9

**shifted** 68:2 92:21

**shifting** 68:7 232:3 236:18

**shoppers** 268:19

**short** 35:14 36:2

**shortfall** 323:12

**shortly** 47:20 199:21

**show** 110:15,22 131:16 238:23 307:23

**showed** 348:8 363:25

**showing** 140:8 177:1,2 313:24 315:17 316:18 344:10

**shown** 105:21,24 121:16 136:8,11 137:12 138:6,13 145:6 164:22 358:22

**shows** 110:18 112:21

**side** 47:7 77:19 88:23 174:5 175:17 176:9 194:22 201:9 229:15 389:15

**sides** 96:8,9

**sign** 16:4 33:17 34:5 109:25 175:21 185:20 342:16,19 345:15 374:22 380:17

**sign-in** 170:11 172:16 175:21

**sign-off** 163:23

**sign-up** 115:19 172:21

**signed** 33:1 71:6 98:11 103:17 105:16 106:23 107:3,15,16 108:20 109:19 110:19 112:15,22 115:12 123:2 171:6 185:18,23 189:3 237:7 343:3 380:2 384:24 387:24 391:20

**significant** 56:19 63:12 72:4 80:11 187:14 221:9 268:10 393:17

**significantly** 80:17

**signing** 116:24 163:24 188:25 288:19 374:13,14 379:10 383:12

**signoff** 216:14,18

**signup** 174:17

**signups** 171:18 173:20

**similar** 49:24 116:2,8 121:15 194:6 204:17 221:14 229:16 234:8 262:23 264:20 265:8,12,16 267:5,25 271:23 272:8 312:9 328:9 331:16 340:20 341:18

**similarities** 193:22

**similarity** 266:7 273:11

**similarly** 322:17

**simpler** 314:8

**simplicity** 314:11

**simultaneous** 33:21 265:19 418:11 420:18 421:16

**simultaneously** 228:23

**single** 27:3 52:11 158:3,20 230:6 263:12 318:1 322:19 369:11 376:12 384:17,23

**sit** 146:6,15

**site** 150:11

**sitting** 146:22

**situation** 257:9 345:12 416:22 417:7

**six-** 212:10

**six-month** 212:10

**size** 71:19 73:4 202:3 294:11,12 389:8

**skills** 45:21

**skip** 133:15 169:10 177:7 276:11 356:6 387:20

**skipped** 106:20

**slightly** 151:5 419:5

**slow** 18:10 54:16 407:24

**slowly** 111:16

**small** 58:7 90:20 224:3

**smash** 279:20

**smooth** 208:20

**social** 173:19

**SOFA** 298:23 299:5 301:4,22 307:13, 21 309:21

**software** 45:14 62:16 104:24 161:16, 21 162:15 238:5 245:24 246:2,14 247:10,22,23 304:19 333:9

**sole** 95:23 337:21 341:6,11 342:9,14, 20 343:4 358:15 360:24 361:6

**solely** 386:1

**solicitation** 54:25 108:14 160:8 394:7

**solicited** 215:23 393:9

**son** 235:9

**sophisticated** 275:20 390:17

**sort** 60:9 161:14 267:6 363:1 366:3, 11 411:16

**sorts** 82:14,19

**sotto** 129:22

**sounds** 152:9 184:11 208:13 239:18 319:4 332:1

**source** 95:23

**sources** 102:1

**Southern** 13:13

**SOX** 163:6 194:14

**space** 29:15 355:19 356:1

**Spanish** 119:9

**sparse** 399:17

**speak** 18:8 111:16 138:18 204:6 215:16 251:2 275:3 294:5 347:14 371:4 379:13 392:20

**speaker** 33:24 111:15 421:19

**speakers** 403:17 404:13

**speaking** 65:20 102:13 115:5 118:12 129:22 158:15 188:10 263:18 283:11 403:19

**speaks** 260:16 346:20

**special** 332:4

**specialist** 46:22

**specialty** 84:16

**specific** 39:16 40:21 89:6,9 100:17, 19 101:17 143:17,20 144:20 157:2 256:14 285:4,5 299:21 307:20 315:1 384:22 423:8,9

**specifically** 45:18 103:11 204:7 267:14 276:10 284:25 312:11 321:12 372:21 375:24 378:21 386:23 397:3

**specifics** 40:3 61:16 92:14

**spectrum** 211:10

**speculation** 94:5 263:2 269:18

**speed** 63:4

**spell** 192:11 214:9

**spelled** 225:6 261:25 372:3 407:13

**spelling** 214:15

**spend** 69:20 197:18 273:4

**spending** 70:2 205:25 413:23

**spent** 40:24 45:6,17 63:11 248:25
273:5,14

**spin** 28:25 29:1

**spinning** 28:16

**split** 91:6 146:2 158:9

**spoke** 115:3 215:2

**spoken** 41:25 282:7

**sponsored** 54:4

**spot** 163:22

**spring** 32:5,12 33:4,7 64:3 203:20
251:16 281:8 380:9 381:25 395:1,4

**SQL** 284:15

**stable** 31:12 261:2 302:21

**staff** 36:3 99:6,15 113:6 115:6
116:19,20 123:21 401:18 410:18

**stage** 343:2

**staging** 61:18 163:17,18

**stakeholders** 37:5 163:24

**stamps** 147:17

**stand** 22:24 38:15

**standards** 348:1

**standing** 205:14

**standpoint** 388:25

**stands** 53:16

**start** 19:19,22 52:17 190:4 204:16
209:11 310:9 330:1,9 357:4 372:9
381:25 399:10

**started** 31:21 35:17 36:21 42:20 45:5
50:4 62:20 158:7 189:8 190:20 199:3
209:24 210:17,23 212:19 247:18
248:1,3 258:19 263:13 265:23 284:4
358:13 414:2

**starting** 46:8 180:5,8 186:17 253:8
393:15 405:14

**starts** 42:9 111:19 128:13 346:23

**startup** 188:11,13 399:13,15

**startups** 58:7 399:9

**state** 223:9 227:15 232:5,10,19,20
233:20,22 241:17 375:2,3,7,11 377:3,

4,11,17 386:21,22

**stated** 251:25 252:13

**statement** 270:18 275:23 290:5
294:20 299:8 316:12 317:24 402:23,
25 403:1

**statements** 245:12 290:6 296:24
389:1 422:22

**states** 13:12 186:3 212:19 221:18,23
222:22 232:22 233:8,9 262:4 314:23
349:2,13 354:3 373:19 374:4,19
375:13,18,25 379:20,23 380:24
415:16,22

**status** 254:18 358:18 362:24

**stay** 201:6

**stayed** 221:5

**stenographer** 14:19,23 33:23
111:15 152:13 232:7 260:10 324:11
372:13,17 373:1 388:5 403:18 404:14
407:23 419:1 421:14,18

**stenographic** 13:25

**step** 53:7 63:20 153:17 173:6 187:14
206:4

**stepped** 211:17 214:22

**stepping** 78:8 156:5

**steps** 156:7 303:19

**Steven** 42:6,7,10

**stick** 74:19

**stock** 130:17 272:21

**stocks** 271:17

**stood** 259:9

**stop** 84:8 85:10 181:7,9,23 365:8
370:12

**stopped** 181:5,11 333:16 352:19

**stops** 335:16

**stores** 105:12

**straightforward** 205:20 243:10

**strategy** 37:9 100:13

**stress** 84:20

**stretch** 230:24

**strictly** 230:23

**strike** 66:25 90:22 127:14 143:19
170:13 192:20 201:13 209:15 273:18
284:22

**strikethrough** 289:5 290:16

**strip** 113:21

**structure** 83:8 156:12 276:19 377:21
378:22

**stuck** 73:25 363:18

**stuff** 61:19 72:5,11 122:3 176:16
202:4,15 209:7 249:23 266:3 290:8
318:7,15 344:1 391:4

**sub-romanette** 150:15

**subcustody** 415:16

**subject** 80:4 148:19 236:7 317:18
343:22 344:5,21 353:10 354:6,10
383:5 410:10

**submit** 36:4 377:20

**submitted** 22:3 23:21 25:25 26:6,11
229:2 333:1 379:5

**submitting** 131:10

**subpoena** 404:2,17 419:12

**subsequent** 187:2 253:7 256:15
257:5

**subsequently** 105:1

**subset** 176:2

**substance** 52:2 101:10 114:20,23
131:13 136:11

**substances** 17:25

**substantial** 96:4

**substantially** 193:25

**success** 166:20 167:7,18 168:10

**sudden** 207:15

**suffered** 407:4

**sufficient** 156:2 306:15

**suggestions** 216:1

**suited** 45:21

**summarizing** 353:20,22

**summary** 37:10

**summed** 367:16

**summer** 42:23

**super** 70:3 202:18 317:10

**supervision** 384:1

**support** 30:12 180:2 193:9 219:14
254:7

**suppose** 25:1 312:17

**supposed** 19:1 37:11 49:12 200:9
257:13,14 348:2 370:19

**surprise** 399:21

**surprised** 260:4 281:25 347:25

**surprising** 199:6

**surprisingly** 72:2

**surrounding** 409:5

**suspend** 180:18 181:10,11,22

**suspended** 179:18,19 180:8 254:20,
25 255:7 256:16 257:7 368:20 369:2

**swap** 41:6 54:4,8,13,22 176:9 203:10
204:16 275:7 283:1,18 379:21

**swaps** 85:13 86:19 87:10 205:3,17
405:17

**swear** 14:2

**swept** 144:16 146:17 229:19 311:8
367:11

**switch** 194:24 199:23

**sworn** 14:5

**system** 105:7 161:15 217:20 218:13,
17,23 237:13,15 239:5 253:6 282:13,
22 380:23,24 381:4,7 401:21 402:11
410:19,20

**systems** 71:17 248:5 296:20 411:4

---

**T**

**T-O-R-A** 192:12

**T-O-R-R-I** 192:9

**T.D.** 271:15 272:2,18,23 273:24
274:13

**T.J.** 422:18

**table** 104:14 105:5 208:12,17 218:5
283:19,20,21 284:19,24 285:3 308:16

**tables** 217:5 240:21 283:16 284:8

**takes** 330:3,5,8 339:25 370:2

**taking** 31:10 50:24 55:24 79:10
80:21 95:9 128:23 156:7 166:2 188:2
193:5 225:18 228:22 279:12,13
282:25 341:10 345:21 352:5 359:15
360:10 361:1,5

**talk** 18:7 28:8 35:21 37:18 43:6 52:15
54:9,11 63:20 68:4 75:8 77:21 93:9
99:20,25 105:21 115:4 134:24 191:20
265:23 276:25 278:12,23 296:15,19
297:10 321:19 322:6 410:14

**talked** 25:3 26:3 35:22 49:5 53:13,24
68:10 84:12 105:18 118:14 129:3
144:23 150:6 175:24 200:25 260:5
290:19 291:8 363:13,14

**talking** 35:6 41:22 73:13,19 92:4
99:15 131:22 136:7 161:3 178:19
190:23 191:14 193:17 198:18,19
220:21 251:22 275:11 277:6 290:6
292:2 321:5 345:11 348:2 374:18
401:18

**talks** 345:7

**target** 88:9,17

**tasks** 37:23

**tax** 80:5,25 81:4,7,9,14 189:4 326:22
327:8,9 328:17,23 329:8,18

**taxed** 81:17 189:2

**taxes** 80:17 81:21,24 82:1 329:11

**team** 38:22,23 39:1,5,12,13,17,22,25
40:5,12 41:2,19,23 42:4 44:25 48:19
49:14 50:7,13,15 54:3 56:21 59:6
63:2 85:4,6 99:18 100:1,13,14 101:2
105:6 113:12,15 114:5,6,10 116:22
124:1 161:9,17 162:24 164:2 167:4
168:14 170:9,16,22 172:5,7 173:11
174:19,22 175:13 180:2 193:3,4
202:3 203:21 205:11,13 207:5,6,19
208:15,19,21 209:9 223:16 224:1,5,
22 226:5,6,12,16 238:16 240:6 242:1
243:7,12 317:25 319:13,16,17
320:11,17 322:8 364:25 384:1,2,4,5
387:4,5,11,12 389:9,20 401:10
411:11

**team's** 175:3

**teams** 46:20 50:5 54:6 85:13 172:9
174:3 207:23 319:18 359:8 387:9

**technical** 119:3,4 368:16,17,25

**technically** 158:3 368:16

**technology** 28:25 283:14

**Tel** 208:2,3

**telling** 124:12

**tells** 131:2

**tempted** 276:11

**tempting** 169:9

**tended** 322:21

**tenets** 235:24

**tens** 80:14 190:6 242:6 393:21

**tension** 207:4

**tenure** 216:11,16 221:13,20 225:19

**term** 95:16 123:5 143:12 216:12
230:25 231:2 238:21 259:22,24 285:9
331:25 341:5 346:17,23 371:3

**terminated** 338:18

**termination** 351:21 352:2,7,7,21
353:11 354:6

**terminology** 286:11 297:2,9 308:10

**terms** 15:14 16:1 22:8,9 26:1 32:19,
21 33:6,13,19 34:4,6 52:15,17,22
53:6 54:7,21,25 55:4,5 59:12,19 60:1,
7,10,24 64:8,9,12 66:11,12 69:6,8,14,
17,18 73:19 78:7 79:19 82:10 98:6,7
99:10,16,21 100:21 101:1 103:23
104:2,7 105:8,15 106:19 111:12,23
112:5 115:12,17 116:3,10,15 117:2,9,
10 118:2,7,23 119:9,24 120:2,10,15
121:6,7,14,18,21 122:11,18,24 123:3,
5,15 124:20 125:1,7,13,18 126:9,10,
16,17,22,25 127:6,21 128:18,25
134:9,15,17,20 137:1 139:8,9 140:9
141:16,20,22 142:15 143:7 145:17
148:7 150:18 153:15 160:9 161:11
164:22,23 167:6,9,17 169:3,20
175:19 177:18 179:17 180:25 181:6
183:22,25 185:12,22 198:16 216:12
217:3,8 219:12,19,23 221:23 228:7,
14 229:11 233:11 236:19,21,25
237:8,11,22,25 240:1,9,25 245:10
249:9 250:2,5,11,12,17,20 251:3,9,24
252:3,7,12,23 253:3,7,9,16,17,22
254:2,6,23 255:4 256:9,19 257:6
258:22,23 259:13 265:16,25 266:2,7,
8,9,13,23,25 268:2 269:1,3 270:13
271:11 273:11,21,22 274:1,9,14
275:9,10,21 276:9 277:3,15 278:2,4
281:14 282:9 283:1,7,21 284:12,17,
24 285:4,6 286:1,7 288:18 289:15
291:7 293:5,11,17 294:3,4,8,13
297:7,12 303:11 312:25 317:18
319:23 320:15 321:17 322:13 332:15
335:14 338:12 340:17 347:21 348:16
349:1 351:3,4,5,9 354:10 355:4
361:18 368:15,24 371:8 372:16,20,22
373:14 374:20 378:12 383:13,15
384:5 385:19,25 386:11,16,18 387:7,
15 388:1,24 389:1,24 391:20 392:16
393:3 395:8,19,21,23 396:3,6 397:10,
24 398:25 399:10,13,14,22 400:4,10,
23 401:19,23 402:5 406:8

**test** 176:4,5 407:1

**tested** 73:6

**testified** 14:7 250:4 302:6

**testify** 17:22 18:1 302:8

**testifying** 20:24,25

**testimony** 46:13 97:21 99:2 114:22
132:24 152:20 153:1 184:23 185:7
190:8 202:21 209:12 210:22 220:8,15
227:2,8 270:11 280:18,24,25 281:7
295:11,17 324:19 325:1 342:21
375:18 384:15 390:21 405:11 423:24

**testing** 163:17,18

**Texas** 227:14,15,16

**text** 60:10 115:24 118:9 253:25
361:16

**thing** 19:3 49:22 72:21 75:2 79:15
86:8 87:3 93:9 94:10 131:19 147:6
148:15 152:1 184:14 210:6 331:18
345:8 369:4,11 371:10 381:11 417:11

**things** 30:8 32:16 35:4 37:22 38:3,6
40:8,21 41:6 49:18 53:13,25 54:11
61:18 69:3 70:9 71:22 73:7,18 74:11,
19 76:1 79:18 82:15,19 84:24 86:24
99:12 102:6 114:8 131:6 156:6 169:8
172:13 173:19 176:15 193:20 194:20,
21,23 197:17 206:9 229:15 237:18
241:15,24 248:23 262:15 263:6,7
283:2 284:10 291:16 306:10 347:5
350:10 364:17,20 369:18 375:5
382:4,25 386:23 387:2 399:19

**thinking** 35:9 40:6 67:9 74:2 83:5,7
87:21,23 89:2,16 203:6,7 207:12
222:2 224:8 273:5 361:1

**third-party** 347:2,5

**thought** 66:13,18 73:22 88:24 91:18
174:20 188:10 238:21 260:23 276:7,
12 299:10 353:2 376:22

**thoughts** 16:6

**thousand** 408:11

**thousand-page** 139:20

**thousands** 75:5 159:15 242:6
327:21 389:11 393:21

**ticketing** 161:15

**tickets** 162:8

**tie** 146:23

**tied** 369:18

**time** 13:15 15:2,8 18:22 19:14 25:14
32:1 33:11,14,18,19,24 34:6,7 35:15
40:24 44:8 45:4 53:4 55:25 59:4
63:12 66:15 67:24 68:6,22 69:3,20
70:2,4 71:5 73:2 75:10,18 76:6 77:1
78:22 81:12,19,20 82:2 83:25 97:9,
13,18 102:19 103:25 106:24 108:17

110:12 111:7 120:24 121:2 122:3
131:10 132:14,22 134:8,15 135:3
141:21 146:14 151:14 152:18,24
167:3 169:23 173:9,15 176:6 178:12
180:7 182:2 184:21 185:5 188:25
189:2 193:21 196:2,3 197:18 198:13,
22 199:17 201:21 205:4 206:22 208:1
210:2 219:22 224:17 225:4,11 226:24
227:6 230:2 247:25 248:3,25 251:17,
19 256:25 261:20 273:4,7,14 280:9,
16,22 281:18 282:16 283:24 284:3,4,
5,6 288:19 291:13 295:9,15 313:17
316:24 318:3,10 324:2,3,8,17,24
334:19 358:5 362:4,7 363:23 367:13,
22 368:2 371:17,23 381:15,23 382:1
383:21 385:15 386:2 387:1 392:8
396:10 397:22 399:19 403:3 404:8
406:23 407:9 409:1,11,17 413:24
415:19 418:7,10 419:4 420:1,8,12
421:19 422:1 423:16,18,22

**time-intensive** 70:3

**timeline** 420:21

**timely** 326:21

**times** 41:11 64:17 80:16 114:12
122:17 155:2 202:21 249:17 288:2,14
290:17 292:13 341:20 362:23 411:25
412:4

**timestamp** 283:2,25 286:2

**timing** 173:4 255:3,20

**tiny** 90:2,13

**tired** 19:5

**title** 32:23 43:9 51:4 64:5,20,23 65:8,
11 78:10,14 79:10,21 82:3,13,24
106:8 147:19,25 148:23 153:8,18
161:2 173:13 187:25 252:9 281:16
286:7 291:2 330:2

**today** 16:7,13 17:6,14,17,22 18:5
19:2 20:10,13 27:9 52:14 98:11
138:21 186:8 199:25 202:22 213:22
214:2 215:17 220:22 226:19 233:12
281:7,12 282:8 286:18 292:13 297:21
302:24 313:1 372:8 383:20 389:4
407:19

**today's** 13:14 21:7 24:6 97:21
132:23 152:20 153:1 185:7 227:2,7
280:18,24 295:11,17 324:19,25
423:23

**token** 188:21 273:10 302:17,20

**tokens** 68:14 304:8

**told** 260:1 413:7

**tomorrow** 420:16

**ton** 37:3 202:3

**tons** 194:16

**tool** 161:23,24 162:13

**tools** 161:24 162:2

**top** 92:8 113:18,21 124:4 130:23
135:22 142:2 143:11 147:14,16 149:8
160:24 177:4 217:22 219:9 238:13
259:11 322:20

**topics** 186:10 320:5

**TORA** 29:17 45:8 191:16 192:10,19,
21 193:21 194:9

**Torrid** 192:8

**total** 189:23 308:13 407:21

**totally** 146:9 356:25

**touch** 255:7

**touched** 207:9

**trace** 157:1,5 158:5,11,20 159:14
303:7

**tracing** 302:25

**track** 121:4 161:9,18 162:8 167:8
170:9,16 282:14 285:3 314:9 402:11

**tracked** 120:15,25 221:4 284:14,19
401:22 402:12

**tracking** 56:3 58:24 146:24 161:25
167:5,8 282:15

**tracks** 105:7 237:14

**trade** 328:12

**trade-off** 281:21,22

**trading** 29:17 41:7 45:8 190:16
191:16 193:5 343:23 344:6

**traditional** 29:22 30:1,6 70:22 145:8
190:14 193:6

**transaction** 63:23 64:21 65:10,16
67:4 76:23 77:3,5,24 80:16 141:23
142:5,24 158:3,5 179:23 245:6,15
299:24 307:23 333:4,7,15,19 340:1
362:22 364:9 365:23,25 389:12

**transactions** 80:6,10 135:16 146:5
245:5 284:7 288:7,8 300:2 301:25
308:15 327:19,22 345:1,17

**transcript** 14:13,15 15:13 16:14

**transfer** 65:7 141:14 153:18 245:7
251:4,9 252:8 267:6 269:14 279:10
283:20 290:20 301:19 308:12 309:22
325:10 340:2,3,4,19 357:9 388:8
390:7 395:21 397:4 406:12

**transferred** 55:14 63:24 64:20 65:10 67:1 78:1,23 81:3 82:3 120:7 153:6,8,11 154:7 278:14 308:22 325:23 334:12 349:4,6,12 355:9,11 356:15,16

**transferring** 64:5,22 78:10,14 82:13 83:11 148:8 252:24 277:18 278:25 286:8 342:2 408:18

**transfers** 252:14 308:6,14 310:14 325:8,17 408:22

**transition** 51:2 63:15,16

**transitioning** 48:17

**transitions** 208:20

**translate** 118:22

**translated** 245:11

**transmission** 40:22 45:24 196:17 233:8 377:12 379:23

**transmitter** 233:20,23 377:4 379:18,19 382:2

**transparency** 379:16

**Treasury** 376:10

**treated** 155:6 157:25 158:16 303:11 322:16 328:9,11 334:14 338:20 339:7,11 357:5 366:12

**treatment** 331:6

**tree** 130:23 131:2 177:3

**tremendously** 49:6

**trepidation** 211:21

**trigger** 41:15

**tripled** 389:8

**tripling** 202:2

**true** 17:18 98:13 310:23,24 311:11,14 312:15 328:13

**Trunshedda** 36:16

**trust** 137:7,17 201:8

**trustee** 186:3 375:19

**truthfully** 17:22 18:1

**turn** 30:15 103:4 113:17 143:10 147:13 176:23 177:13 185:24 286:20 329:24 333:15 335:4 347:20

**turned** 291:16

**turning** 136:4 287:23 355:3

**turns** 272:10

**Tushar** 225:4,21,25

**Tweeting** 16:6

**Twitter** 15:18 173:22 185:16

**type** 68:21 69:2 76:4,11 89:2,9 113:8 116:8 173:25 238:4

**types** 300:1 377:11

**typical** 37:16 89:16 205:7 297:22

**typically** 123:14 278:12

**typos** 114:17

**U**

**U.S.** 30:23 40:14 55:15 90:24 91:7,9 92:23 120:7 124:14 181:3 210:4 221:1 223:8 241:17 250:1 256:10 257:12 265:3 267:17 270:4 322:22 323:9 353:18 354:5,12 355:5,6 357:3 373:19 374:4 380:25

**U.s.-based** 267:20 322:24 376:12,16

**Uber** 82:22

**UCC** 236:3 348:7 375:19 384:16 387:23 401:1 419:16

**Uh-huh** 23:13 29:12 39:8 52:10 59:7 82:21 105:9 108:15 110:17 117:15 125:23 168:5,9 192:22 194:24 201:3 207:8 211:11 218:9 219:15 221:3,7 289:7 290:24 312:16

**uh-huhs** 18:15

**UK** 45:12 55:15 120:6 124:13 181:2,8 182:8 233:4 256:10 257:11,15

**ultimate** 371:10

**ultimately** 32:24 158:22

**umbrella** 44:21 50:2 272:23

**unaccredited** 261:8 390:16

**unambiguous** 341:10 359:17 370:3 390:8,11

**unclear** 390:8

**uncommon** 383:23

**uncredited** 89:19

**undergone** 194:14

**underlined** 142:18

**underlying** 145:7 240:23 285:17,25 412:2

**underneath** 50:6

**understand** 17:7,13,16 20:12,21 26:2 43:7 46:11 55:7,11 62:14 64:7 65:3 66:22,23 67:3,19 68:9,20 76:5 78:17 79:13 83:3 87:7,9 95:15 104:22 110:7 123:24 210:7 228:3 230:15,17 270:1,8 271:8,12 275:21 277:2,17 279:5,15,17 281:6 283:15 290:14 293:6 297:4 310:22 328:14 342:6,12 343:25 346:5,10 357:18,23 363:10 368:21 378:19 386:10 391:1,4,5 397:6 417:7 419:21 423:16

**understanding** 40:18 41:14 44:3 56:10 61:13,22 63:22 68:2 76:22 77:10 78:5 89:18 91:5 103:13 104:14,22 111:5 112:9 115:15 116:12,16,17 123:19 133:17 134:14 135:9 136:10 137:14 145:15 155:8 156:15 162:20 166:6 169:5,16 174:9 177:19 180:16 182:11 198:21,25 200:19 213:16 231:13,24 246:9 251:15 252:5 254:15 256:7 260:8,15 265:14 270:13 277:22 278:1 279:4,7 283:12 285:23 287:10 310:13 311:16 320:13,14 323:5 325:15,20 332:12 352:12 355:17 356:13 359:6 374:7 380:18 382:17 386:15 401:20 402:1 409:18 419:16

**understood** 19:9 64:2,22 65:7 82:12 212:1 234:21 259:10 262:15 270:5 277:7 281:15 305:8 356:25 357:22 396:24 407:25 416:7

**undertaking** 68:22 159:10 379:17

**unilaterally** 179:24 183:6

**uninitiated** 342:18

**unique** 257:9

**Unit** 15:4,9 97:15,20 132:11,15,17,23 152:20,25 184:22 185:6 226:25 227:1,7 280:18,23 295:10,16 324:19,25 423:23

**United** 13:12 186:3 221:18,22 222:21 233:8 349:2,13 354:2 375:18

**units** 205:15

**unquote** 413:11

**unreportable** 33:21 265:19 418:11 420:18 421:16

**Unsecured** 16:23 23:22

**unsophisticated** 390:16

**unstructured** 36:14

**unworkable** 420:21

**update** 112:3 127:21 137:1 166:1 392:8 414:7

22-10964-mg Doc 1540-1 Filed 12/01/22 Entered 12/01/22 14:55:05 Exhibit Q
Pg 467 of 468
Oren Blonstein Deposition Transcript (Redacted)
Oren Blonstein
Confidential
November 22, 2022

**updated** 112:5 116:6,7 123:3 219:12 254:6

**updates** 110:11 123:15 257:5

**URLS** 394:13

**USD** 188:16

**USDC** 302:16 307:17 308:13 309:8

**user** 58:16 88:10 106:23 112:14,22 125:5 133:14 177:22 190:9 205:12 219:22 237:20,25 238:12 245:7 253:12 254:1 282:21 284:2 285:5 286:1 314:9 330:4,7 353:18 354:5 355:7 356:15 357:3

**user's** 181:22 183:17 285:9

**user-specific** 229:17,19

**users** 70:9 105:7,25 110:22 113:24 114:23 115:9,10,11,18 117:1,8 122:17 123:6,14 132:5 133:8,21 134:1 137:12 138:6,14 141:23 150:12 167:16 170:10,17,24 172:17,22 173:2 176:3,4,5 177:16 178:24 179:7 181:9 182:17 183:24 184:7 217:2,7 240:7,8, 25 242:12 253:5 267:17 282:9 323:7 325:9 349:1,13 354:13 355:4,5

**users'** 181:10,11 183:21

**UTXO** 157:14 158:2 159:3,9 243:16, 22 303:16

---

**V**

**V.J.** 100:3,4,6,10,13

**V.j.'s** 100:4

**vacation** 200:10,11

**validate** 72:16,17 242:12

**validates** 62:10,12

**validation** 242:23

**validity** 242:17

**validly** 288:6 344:25 345:4,16

**valuable** 171:10

**van** 13:8

**Vanguard** 272:6,20

**variety** 113:6 271:16 365:6 375:4 405:15

**vast** 43:24 159:5 169:12 242:4,8 250:20 264:3 381:22

**vein** 219:20

---

**vendor** 247:24 263:23

**vendors** 38:13 39:21 242:24 247:20

**venture** 29:18

**venues** 155:3

**verbally** 18:14

**verbatim** 339:22

**verge** 411:6

**verified** 102:17 241:2

**verify** 282:19 310:4 320:13 321:20

**verifying** 53:12

**Vermont** 314:17 315:2,20

**Vermont's** 315:6

**version** 24:9 33:13,15 34:4 55:5,10, 11,17 56:6,15 57:3 59:13,19 60:25 61:4 103:16,23 104:2,4,6,7,13,18,24 105:1,22 106:1,15,16,21,24 107:6,10, 15,16 108:3,5,17,22 109:4,6,13,15, 19,21,22 110:1,5,8,16,20 111:12,23 112:11,15,23 117:9 118:17 119:25 120:3,10,18 122:24,25 123:3,4,5 127:7 131:16 132:6,7 133:10,22,23 134:2,16 135:25 139:8,9 140:9,10 142:22 147:6 151:8 160:8,18 164:9 175:25 176:2 177:18 179:18 180:25 184:1 228:7,16 240:12,20 253:9 255:16,17,21 256:4,6 257:1,10 292:15 322:13,15,23 335:16 347:21 348:9,17 350:20 351:10 395:24,25 396:4 397:2,3 400:24 401:13 402:5, 15,17

**versions** 34:8 106:19 108:11 121:25 253:7 258:24 285:4 286:19 395:19 397:10 412:13,25

**versus** 79:10 90:25 91:11 130:6 136:17,21 217:24,25 218:24 221:1 260:17 261:2 333:13 355:19 356:1 369:1

**Vesnaver** 100:7

**vested** 189:8,9

**Victor** 100:7,10 403:24

**video** 13:11,15

**view** 65:23 125:6 134:20 146:21 179:19 211:8 236:5 275:18 285:22,24 344:19,22 353:15 354:11

**viewable** 239:15

**viewed** 43:16 75:19

**views** 236:12

---

**virtual** 376:15

**visible** 162:13

**Vlijmen** 13:8

**voce** 129:22

**volatile** 81:15

**volatility** 412:1

**volume** 92:16 144:15 412:7

**Volvo** 82:18

---

**W**

**Waack** 14:2

**walk** 186:15 204:10

**wallet** 64:25 143:13,21 144:2,8,13,20 145:20 146:7,8,9,15,19 147:5,11 154:14 156:11,18,20 157:10 229:4,5, 20 230:1,6 257:21 258:5,13,14,17 259:1,16,23 260:2 288:3,5,9,10,11 290:19,23 291:4 303:17 308:5,8 310:11,12 311:9,10,13,18 313:19 332:4,5 349:7 355:11 367:5,10,24 368:8,23

**wallets** 143:17 144:17,18 257:22 259:2 311:4,7

**wanted** 37:19 44:11 51:1 73:2 153:21 159:22 169:19 170:3 179:25 186:11 192:16 218:4 239:24 255:23 284:1 357:2 379:20 392:10

**warrant** 288:2 341:3 343:18

**Washington** 137:19 138:7,15

**watch** 392:8

**watched** 32:13 73:11

**watching** 34:21 68:3

**watercooler** 30:22 31:15,18 70:12 251:21

**Watkins** 196:9

**wearing** 200:25

**web** 135:1,3,8,14,24 136:9,18,24 138:5

**website** 32:19 64:14,16 134:10,13, 22,25 135:8,10,11 219:24 248:11

**Wednesday** 200:10

**week** 24:4 57:1 200:8 242:7 389:11, 12

**weekly** 137:8

**weeks** 91:23 92:10 187:22 199:14 206:1

**weigh** 142:11

**weight** 66:11

**well-funded** 399:12

**wheelhouse** 45:17

**White** 16:21 217:11

**wide** 44:22

**wide-ranging** 38:24 43:10 206:16

**wife** 57:21

**Wilmerhale** 196:4

**wise** 255:3

**withdraw** 66:2,3 72:17 159:22 179:8, 25 180:15 231:7 254:25 291:14 365:12 406:18

**withdrawal** 73:6 160:3 183:12 363:19,20 364:8 365:9 368:12

**withdrawals** 44:8 91:24 92:17,19 179:24 308:18 313:16,18 323:21 363:15,17,23 365:5 408:22

**withdrawing** 312:3 345:23,24,25

**withdrawn** 308:20 364:1,13

**withdrew** 92:23 308:25 406:22

**withhold** 366:8 368:20 369:2

**Wofford** 420:24,25 421:20,23

**wondering** 130:4 316:13 321:19

**word** 65:6 204:5 259:21 339:14 367:20

**words** 18:12 90:7 236:10 268:4 289:16 370:11 395:13 396:23 412:16 413:7 414:23 417:12

**work** 17:2 28:12 29:5 37:4 38:6,19 39:20 41:12 51:6 56:23 58:19,24 63:17 69:17 72:5 88:15 89:1 161:18 180:1 193:19 196:14 198:4 205:10,11 208:10 229:13 262:16 284:2 310:14 389:13

**worked** 29:7 30:24 47:5 54:5 56:9,14 70:21,23 72:1,11 73:5 114:4 116:23, 25 166:3 190:13 193:6 195:19 196:2, 4 202:25 271:13 313:5 318:6,7 359:8 383:2 399:8

**workflow** 167:16 168:4 177:4

**workflows** 130:25

**working** 29:14,16,25 30:1,23 31:16

33:12 34:22,23 38:11 39:11 43:14 45:5 75:3,8,25 172:1 193:12 194:12 202:23 203:9 206:2,13 229:23 235:10,12 264:13 322:14 376:16

**works** 62:16 95:1 422:13

**workstream** 161:11

**world** 40:13 90:25 91:7,11

**worm** 259:20

**worries** 235:2

**worry** 202:15 247:4

**worth** 81:22 189:3 190:6

**write** 87:10 205:9

**writing** 53:5 87:4 99:10 206:11 209:11 292:25

**written** 23:20 83:21 86:17 350:21 359:10 371:6

**wrong** 165:21 211:1 220:10 231:2 266:5 386:9

**wrote** 215:25 246:3,14

---

## Y

**YANEZ** 141:8 182:9

**Yarden** 42:1 47:6 99:23 123:25 160:14,15 161:1 175:15 198:9

**Yarden's** 42:2

**year** 186:22 248:11 251:4 261:11 281:5 328:25 408:4

**years** 30:3 45:6,18 58:5 163:2 188:24 247:19 326:23 327:3,20

**yeses** 18:17

**yesterday** 21:20 184:5

**yield** 67:14,21 68:6,8 70:1 74:17 79:25 83:13 268:23 286:16 291:25 305:13 333:12,17

**York** 13:4,13,19,20 124:23 137:18 138:7,14

---

## Z

**Zaryn** 100:3,12

**zoom** 13:17 14:16,21 185:11,20 192:2 234:23 324:16 348:21 372:4 407:13