**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) | (Jointly Administered) |

### ORDER REQUIRING DEBTORS TO ALLOW DANIEL FRISHBERG TO DEPOSE MR. BLONSTEIN FOR A LIMITED PERIOD AND SCOPE

The Debtors are ordered to make Mr. Blonstein available for up to one hour of deposition questioning by Daniel Frishberg limited to subjects relating to Blonstein's declaration and the factual issues raised in the briefs concerning the ownership of cryptocurrency in Earn Accounts. Mr. Frishberg may conduct the deposition by video using either Zoom or Teams. The deposition shall take place on Friday or Saturday, December 2 or 3.

Notice of the date and time of the deposition shall be posted on the case docket. After Mr. Frishberg concludes his questioning (or his one hour has expired), Counsel for the Debtors and for the Official Committee of Unsecured Creditors may conduct further examination of Mr. Blonstein for up to a total of 30 minutes limited to the subjects covered during Mr. Frishberg's questioning of Mr. Blonstein. No other counsel or *pro se* parties may question the witness during the deposition.

Because the Court concludes that Mr. Frishberg should have been provided with the opportunity to question Mr. Blonstein during his recently concluded deposition, the cost of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

court reporter, including preparation of an expedited transcript (which shall be completed by 7:00 p.m. prevailing Eastern Time, Sunday, December 4, 2022, shall be born entirely by the Debtors. This allocation of cost applies only to the resumption of Mr. Blonstein's deposition.

[*Remainder of page intentionally left blank*]

**IT IS SO ORDERED.**

Dated:   December 1, 2022
        New York, New York

                                                                          /s/ Martin Glenn
                                                                     MARTIN GLENN
                                            Chief United States Bankruptcy Judge