Case number: 22-10964
  Name:  William Jelbert
  Email:  wjelbert@gmail.com
  Phone:  3478026641

Dear Madam, Sir,

I wish to object to the debtors claiming title to the assets I deposited in Celsius earn program  Celsius LLC promised that I could withdraw my deposits at any time. Deposit being the key word here.

Celsius LLC pitched itself to me as a high interest account alternative to a bank.


Warm regards,

Will Jelbert