**Celsius Account Email:** wjelbert@gmail.com

**Creditor Name:** WILLIAM JELBERT

**Address 1:** 410 East 64th Street

**Province:** New York, New York 10065

Your claim is listed on Schedule **EF Part 2** as a General Unsecured claim comprising of the coin(s) listed in the table below. Your claim **IS NOT** subject to an offset.

| Coin | Earn Account | Custody Account | Withheld Account | Collateral on Loan Receivable |
|---|---|---|---|---|
| Bitcoin (BTC) | 1.61595311469869 | 0 | 0 | 0 |
| Ethereum (ETH) | 7.43260306401302 | 0 | 0 | 0 |
| USD Coin (USDC) | 37.0620039274009 | 0 | 0 | 0 |

Step 3: If you agree with the type and amount of your claim listed