# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Christopher S. Koenig
To Call Writer Directly:
+1 312 862 2372
chris.koenig@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

December 1, 2022

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re: *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Object to Debtors' Briefing Motion

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as Exhibit 1 to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181] and upon mutual agreement with the official committee of unsecured creditors (the "Committee"), we write to request confirmation of the extension of the deadline for the Committee to object to the *Debtors' Motion Seeking Entry of an Order (I) Setting A Briefing Schedule and (II) Granting Related Relief* [Docket No. 1338] (the "Briefing Motion") to Tuesday, December 6, 2022 at 12:00 p.m. (prevailing Eastern Time).

Sincerely,

/s/ Christopher S. Koenig

Christopher S. Koenig

Austin   Bay Area   Beijing   Boston   Brussels   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   New York   Paris   Salt Lake City   Shanghai   Washington, D.C.
KE 92231315

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

| | | |
|---|---|---|
| Christopher S. Koenig<br>To Call Writer Directly:<br>+1 312 862 2372<br>chris.koenig@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br><br>+1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

_____

cc:     Gregory F. Pesce, Counsel to the Committee

The request to extend the Committee's objection deadline on the *Debtors' Motion Seeking Entry of an Order (I) Setting A Briefing Schedule and (II) Granting Related Relief* [Docket No. 1338] (the "Briefing Motion") to Tuesday, December 6, 2022 at 12:00 p.m. (prevailing Eastern Time).is GRANTED.

MEMORANDUM ENDORSED

IT IS SO ORDERED.

Dated:  December 2, 2022
        New York, New York

                                   /s/ Martin Glenn
                                   MARTIN GLENN
                                   Chief United States Bankruptcy Judge