Immanuel Herrmann
*Pro se Celsius creditor*
Admin of the worldwide Celsius
Earn Customer Telegram group
immanuelherrmann@gmail.com
**https://t.me/celsiusearn**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

———————————————————————
                                                    )
In re:                                              )          Chapter 11
                                                    )
CELSIUS NETWORK LLC, *et al.,*[1]        )          Case No. 22-10964 (MG)
                                                    )
                        Debtors.                    )          (Jointly Administered.)
———————————————————————

**JOINDER OF THREE HUNDRED AND SEVENTY-FIVE CELSIUS EARN CREDITORS TO THE BORROWERS' LIMITED OBJECTION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN [D.R. 1475]**

We, the undersigned 375 Celsius Earn creditors,[2] would like to make it known that we agree with the above-mentioned filing, D.R. 1475, filed on behalf of the Borrowers.

This filing is consistent with our views and opinions on the issue of exclusivity. We strongly object to the Debtors' requested extension of exclusivity until March 31, 2023 to solicit votes on a plan until May 31, 2023. The amount of time is outrageous and a non-starter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Signatures and personal comments from the Earn creditors follow on pages 4-41.

We can, however, support a limited 60-day extension for the Debtor. Sixty days should be more than sufficient time to determine whether a sale of the Debtors' assets will actually occur. Additionally, this should provide sufficient time for the examiner to complete her report and for the Court to rule on certain threshold issues such as ownership of assets.

We therefore ask that the Court enter an order limiting the extension of exclusivity to, at the most, an additional 60 days–and the deadline to solicit votes to an additional 60 days thereafter.

We ask that the Debtor, including the Special Committee, and Chris Ferraro, along with the UCC, dramatically increase communication with creditors. Representatives from Earn, Loans, Custody and Withhold are talking constantly. Earn and Loans have already hashed out potential deals that creditors would agree to. Yet, none of the estate fiduciaries are involved in these discussions.

We agree with Mr. Adler and the Borrowers that the Debtors should be focused on creating a sale process where the prospective bidders can interact with creditor constituencies to assist the bidders in evaluating the assets and maximize the bidding for the benefit of the estate.

In conclusion, we agree to a significantly limited exclusivity extension, ***provided*** that all fiduciary parties openly and regularly communicate with Borrowers, Earn Customers, and other community representatives.

The individuals whose signatures appear below each state as follows: "I declare under penalty of perjury, pursuant to 28 U.S.C § 1746, that I am a Celsius Earn customer, that I am signing this joinder on behalf of myself, and that the information I have provided herein is true and correct to the best of my knowledge, information and belief."

Respectfully submitted,


Dated: December 2, 2022
Silver Spring, Maryland

/s/ Immanuel Herrmann
Immanuel Herrmann


[Remainder of this page intentionally left blank.]

S/ Rebecca Gallagher
Rebecca Gallagher
Dickson TN USA
2022/11/30 6:29:29 AM
EST

S/ Jeremy Cohen Hoffing
Jeremy Cohen Hoffing
Topanga, California
2022/11/30 10:18:10 AM
EST

S/ Bradley Giardiello
Bradley Giardiello
Laurel, Maryland
2022/11/30 4:14:39 PM
EST

S/ Greg Kaczkowski
Greg Kaczkowski
Boston, Massachusetts
2022/11/30 4:33:49 PM
EST

S/ Oliver Chilvers
Oliver Chilvers
Bristol, England
2022/11/30 4:51:34 PM
EST

S/ Paul Anthony Green
Paul Anthony Green
Cromer, Australia
2022/11/30 4:56:40 PM
EST

S/ Max Ryans
Max Ryans
Boston, MA
2022/11/30 5:01:12 PM
EST

S/ Valeriya Cherkashyna
Valeriya Cherkashyna
Boston, MA
2022/11/30 5:04:43 PM
EST

S/ Dr. Joseph Lalia
Dr. Joseph Lalia
Delray Beach FL
2022/11/30 5:04:54 PM
EST

S/ Stephen Adolfson
Stephen Adolfson
Sacramento, CA
2022/11/30 5:05:43 PM
EST

S/ Gary Bombaro
Gary Bombaro
Boynton beach, Florida
2022/11/30 5:07:14 PM
EST

S/ Doug freeman
Doug freeman
Mesquite NV
2022/11/30 5:09:57 PM
EST

S/ Femke Vessies
Femke Vessies
Esch, Noord Brabant, the Netherlands
2022/11/30 5:11:04 PM EST

S/ Roy Vranken
Roy Vranken
Esch, Noord Brabant, the Netherlands
2022/11/30 5:12:08 PM EST

S/ Robert Applegate
Robert Applegate
San Francisco
2022/11/30 5:15:54 PM EST

S/ Jong K Choi
Jong K Choi
Edmonton, Alberta, Canada
2022/11/30 5:15:55 PM EST

S/ Ben Eades
Ben Eades
Kennedy Town, Hong Kong
2022/11/30 5:25:13 PM EST

S/ Peter Stewart
Peter Stewart
Sydney, Australia
2022/11/30 5:26:25 PM EST

S/ Gerard Renner
Gerard Renner
Brooklyn, New York
2022/11/30 5:26:42 PM EST

S/ Ramon Gonzales
Ramon Gonzales
Salt Lake City, UT
2022/11/30 5:26:48 PM EST

S/ Christian Baus
Christian Baus
Vilamoura Portugal
2022/11/30 5:31:21 PM EST

S/ Bas de Bok
Bas de Bok
Berkel-Enschot, The Netherlands
2022/11/30 5:32:05 PM EST

S/ Kevin Joseph Spring
Kevin Joseph Spring
Angleton, Texas
2022/11/30 5:36:06 PM EST

S/ Paul white
Paul white
Manchester UK
2022/11/30 5:38:07 PM EST

S/ Jack Barraclough
Jack Barraclough
Tauranga, New Zealand
2022/11/30 5:40:03 PM
EST

S/ Douglas Ross Stringer
Douglas Ross Stringer
San Antonio, Texas
2022/11/30 5:41:12 PM
EST

S/ Catarina da Silva
Gonvßalves
Catarina da Silva
Gonvßalves
Campinas, Brazil
2022/11/30 5:42:05 PM
EST

S/ Nicholas Negri
Nicholas Negri
Albosaggia, Italy
2022/11/30 5:46:09 PM
EST

S/ On hui yin amelia
On hui yin amelia
Singapore
2022/11/30 5:48:08 PM
EST

S/ Jesse Zak
Jesse Zak
Ontario, Canada
2022/11/30 5:49:52 PM
EST

S/ IBRAHIM EAD
IBRAHIM EAD
St. Louis, MO
2022/11/30 5:50:52 PM
EST

S/ Robert Moretta
Robert Moretta
Astoria, New York
2022/11/30 5:50:55 PM
EST

S/ Wojciech Plichta
Wojciech Plichta
New York
2022/11/30 5:52:14 PM
EST

S/ Valentin Vanherpen
Valentin Vanherpen
Saint Denis
2022/11/30 5:52:24 PM
EST

S/ Troy c wadina
Troy c wadina
Waterford wi
2022/11/30 5:55:40 PM
EST

S/ Zaidong Yang
Zaidong Yang
La Habra, California
2022/11/30 5:55:52 PM
EST

S/  Charles abonce
Charles abonce
Las Vegas, Nevada
2022/11/30 5:56:40 PM
EST

S/  Lucas Ariel Martinez
Lucas Ariel Martinez
Steinmaur, Zurich,
Switzerland
2022/11/30 5:59:58 PM
EST

S/  Jean Dimitriadis
Jean Dimitriadis
Nonthaburi, Thailand
2022/11/30 6:05:07 PM
EST

S/  Becky Madsen
Becky Madsen
Las Vegas
2022/11/30 6:05:43 PM
EST

S/  Uri Eran
Uri Eran
HILO, HAWAII
2022/11/30 6:07:01 PM
EST

S/  Alberto Jimenez
Alberto Jimenez
Springfield, VA
2022/11/30 6:08:29 PM
EST

S/  Ana Laura Martinez
Ana Laura Martinez
Bahia Blanca, Buenos Aires,
Argentina
2022/11/30 6:09:11 PM
EST

S/  Jean Dimitriadis
Jean Dimitriadis
Nonthaburi, Thailand
2022/11/30 6:10:02 PM
EST

S/  Thomas Gargano
Thomas Gargano
Elkridge, MD
2022/11/30 6:11:00 PM
EST

S/  Phan Phi Long
Phan Phi Long
Singapore
2022/11/30 6:12:38 PM
EST

S/  Sharon A Smith
Sharon A Smith
Thunder Bay, Ontario
Canada
2022/11/30 6:12:43 PM
EST

S/  Peter Gray
Peter Gray
Newark, California
2022/11/30 6:14:18 PM
EST

S/  Patrick Bryant
Patrick Bryant
Wells, Maine
2022/11/30 6:14:22 PM
EST

S/  Martin K Pease
Martin K Pease
Fare, Huahine, French
Polynesia
2022/11/30 6:14:22 PM
EST

S/  GREGOR LUDGER
MALECKI
GREGOR LUDGER MALECKI
Alboraya, Spain
2022/11/30 6:16:15 PM
EST

S/  Lisa Lang
Lisa Lang
Green Valley, AZ
2022/11/30 6:17:02 PM
EST

S/  Mark Boolootian
Mark Boolootian
Santa Cruz, CA
2022/11/30 6:17:41 PM
EST

S/  William George Hewitt
William George Hewitt
South Africa
2022/11/30 6:18:26 PM
EST

S/  Carl Eckett
Carl Eckett
Wakefield
2022/11/30 6:18:41 PM
EST

S/  Deniz Levenberg
Deniz Levenberg
Austin TX
2022/11/30 6:19:28 PM
EST

S/  Rudi Bauknecht
Rudi Bauknecht
Philadelphia, PA
2022/11/30 6:20:04 PM
EST

S/  Nikhil Suri
Nikhil Suri
Canfield, Ohio
2022/11/30 6:20:17 PM
EST

S/  Aidan Jaye Goodchild
Aidan Jaye Goodchild
Perth, Australia
2022/11/30 6:21:40 PM
EST

S/  Olena Kozlova
Olena Kozlova
Steinmaur, Zurich,
Switzerland
2022/11/30 6:22:07 PM
EST

S/ Olena Kozlova
Olena Kozlova
Steinmaur, Zurich,
Switzerland
2022/11/30 6:22:35 PM
EST

S/ Paulina Marie Solis
Paulina Marie Solis
San Diego, California
2022/11/30 6:23:46 PM
EST

S/ Dario Javier Martinez
Dario Javier Martinez
Bahia Blanca, Buenos Aires,
Argentina
2022/11/30 6:27:34 PM
EST

S/ Nathaniel Dolbee
Nathaniel Dolbee
Quincy, Florida
2022/11/30 6:27:57 PM
EST

S/ Aidan Jaye Goodchild
Aidan Jaye Goodchild
Perth, Australia
2022/11/30 6:29:02 PM
EST

S/ Robert Wilsford
Robert Wilsford
The Colony
2022/11/30 6:29:30 PM
EST

S/ Janell Eckhardt
Janell Eckhardt
Bainbridge Island, WA
2022/11/30 6:31:39 PM
EST

S/ Mark Elzinga
Mark Elzinga
Den helder, Netherlands
2022/11/30 6:32:32 PM
EST

S/ Mark Elzinga
Mark Elzinga
Den helder, Netherlands
2022/11/30 6:33:53 PM
EST

S/ Ryan Carlos
Ryan Carlos
Chicago, IL
2022/11/30 6:34:11 PM
EST

S/ Eric Blizzard
Eric Blizzard
Cincinnati ohio
2022/11/30 6:34:18 PM
EST

S/ Niall McAndrew
Niall McAndrew
New Zealand
2022/11/30 6:35:06 PM
EST

S/  Ryan Carlos
Ryan Carlos
Chicago, IL
2022/11/30 6:35:50 PM
EST

S/  Katarina Stanisavljevic
Katarina Stanisavljevic
Chicago, Illinois
2022/11/30 6:36:10 PM
EST

S/  Viola Siu Ping Lo
Viola Siu Ping Lo
Harris Park, NSW, Australia
2022/11/30 6:36:27 PM
EST

S/  Zhang Wenchang
Zhang Wenchang
Singapore
2022/11/30 6:36:58 PM
EST

S/  Joshua McMahon
Joshua McMahon
Hayden, Idaho
2022/11/30 6:39:43 PM
EST

S/  Trong Phan
Trong Phan
Raleigh
2022/11/30 6:46:34 PM
EST

S/  Jonathan Wong
Jonathan Wong
Toronto, Canada
2022/11/30 6:47:43 PM
EST

S/  Steven Torres
Steven Torres
Simi Valley, California
2022/11/30 6:48:57 PM
EST

S/  Adam Egan
Adam Egan
Dublin, Ireland
2022/11/30 6:49:03 PM
EST

S/  Evan Fischer
Evan Fischer
Milwaukee, WI
2022/11/30 6:49:11 PM
EST

S/  Trong Phan
Trong Phan
Raleigh
2022/11/30 6:49:37 PM
EST

S/  Adam Egan
Adam Egan
Dublin , Ireland
2022/11/30 6:50:47 PM
EST

S/  Brian Barnes
Brian Barnes
Inglewood
2022/11/30 6:51:45 PM
EST

S/  Mitch shapero
Mitch shapero
San Jose, ca
2022/11/30 6:55:46 PM
EST

S/  Nelson Courtney Smith
Nelson Courtney Smith
Aurora, CO
2022/11/30 6:57:16 PM
EST

S/  KELLY L VOSTAL
KELLY L VOSTAL
Manasquan, NJ
2022/11/30 6:59:12 PM
EST

S/  Douglas F McLaughlin
Douglas F McLaughlin
Centennial, Colorado
2022/11/30 7:04:31 PM
EST

S/  Daxeshkumar Patel
Daxeshkumar Patel
Ajax, Ontario, Canada
2022/11/30 7:05:51 PM
EST

S/  Ryan Runchey
Ryan Runchey
San Jose, California
2022/11/30 7:06:58 PM
EST

S/  Shane O'Hare
Shane O'Hare
Chugiak, Alaska
2022/11/30 7:08:28 PM
EST

S/  Martin Robert
Martin Robert
Henderson, Nevada
2022/11/30 7:10:23 PM
EST

S/  Nicholas Thulin
Nicholas Thulin
La Center, Washington
2022/11/30 7:13:27 PM
EST

S/  Yong Chan
Yong Chan
Bournemouth, England
2022/11/30 7:17:17 PM
EST

S/  Richard E Oswald
Richard E Oswald
Shamong, New Jersey
2022/11/30 7:21:38 PM
EST

S/ Edouard Cordi
Edouard Cordi
Temecula, CA
2022/11/30 7:30:58 PM
EST

S/ Colin Valenta
Colin Valenta
Pittsburgh, Pennsylvania
2022/11/30 7:32:11 PM
EST

S/ Aryeh Newman
Aryeh Newman
Huntington Beach ca
2022/11/30 7:34:24 PM
EST

S/ Chris Roth
Chris Roth
Portland
2022/11/30 7:41:14 PM
EST

S/ Amber Roth
Amber Roth
Portland, OR
2022/11/30 7:41:52 PM
EST

S/ Alan E Rorie
Alan E Rorie
Eleverta California
2022/11/30 7:42:56 PM
EST

S/ John Heptonstall
John Heptonstall
Sydney Australia
2022/11/30 7:44:33 PM
EST

S/ Alan E Rorie
Alan E Rorie
Sacramento California
2022/11/30 7:44:53 PM
EST

S/ Bal Krishna Jha
Bal Krishna Jha
Lorton, Virginia
2022/11/30 7:46:55 PM
EST

S/ Benedict Y Hui
Benedict Y Hui
Seattle, Washington, USA
2022/11/30 7:47:11 PM
EST

S/ Constantine ochs
Constantine ochs
USA
2022/11/30 7:47:16 PM
EST

S/ Maximilian Frederick
Maximilian Frederick
Claremont, California
2022/11/30 7:47:44 PM
EST

S/  Sooin Lee
Sooin Lee
Branson, Missouri
2022/11/30 7:50:55 PM
EST

S/  Erick Gonzalez
Erick Gonzalez
Orlando, Florida
2022/11/30 7:52:39 PM
EST

S/  Christopher Paul
Birnbaum
 Christopher Paul Birnbaum
Saint Petersburg, Florida
2022/11/30 7:53:05 PM
EST

S/  Camila G Latorre
Camila G Latorre
Belo Horizonte, Brazil
2022/11/30 7:55:18 PM
EST

S/  John David Porter
John David Porter
Indianapolis, Indiana
2022/11/30 7:55:35 PM
EST

S/  Jonathan Malcolm Boyd
Jonathan Malcolm Boyd
Johor Bahru, Malaysia
2022/11/30 7:55:57 PM
EST

S/  Dawn Webster
Dawn Webster
Westville NJ
2022/11/30 7:56:11 PM
EST

S/  Robertino Stoicescu
Robertino Stoicescu
Sydney Australia
2022/11/30 7:57:55 PM
EST

S/  Caleb Ross
Caleb Ross
Jamaica, New York
2022/11/30 8:00:11 PM
EST

S/  Christian Simpson
Christian Simpson
Los Angeles
2022/11/30 8:04:27 PM
EST

S/  Gipsy Field
Gipsy Field
Pompano Beach
2022/11/30 8:16:11 PM
EST

S/  Curt Dell
Curt Dell
United States
2022/11/30 8:17:47 PM
EST

S/  Curt Dell
Curt Dell
United States
2022/11/30 8:18:56 PM
EST

S/  Dana Sandefur
Dana Sandefur
Dunnellon
2022/11/30 8:20:38 PM
EST

S/  Adam Ingersoll
Adam Ingersoll
White salmon, washington
2022/11/30 8:21:09 PM
EST

S/  Christopher McBride
Christopher McBride
O'Fallon, Illinois
2022/11/30 8:21:27 PM
EST

S/  Caitriona Harvey
Caitriona Harvey
Auckland, New Zealand
2022/11/30 8:22:59 PM
EST

S/  Jonathan Cantor
Jonathan Cantor
Morristown, New Jersey
2022/11/30 8:26:38 PM
EST

S/  Matej Konecny
Matej Konecny
Sydney, Australia
2022/11/30 8:27:40 PM
EST

S/  Brian Kenney
Brian Kenney
Toronto, Canada
2022/11/30 8:34:29 PM
EST

S/  Pablo Sturm Hernandez
Pablo Sturm Hernandez
Marbella, Spain
2022/11/30 8:34:42 PM
EST

S/  Thomas Metters
Thomas Metters
Jakarta, Indonesia
2022/11/30 8:35:13 PM
EST

S/  Geertje Anna Sinnema
Geertje Anna Sinnema
Marbella, Spain
2022/11/30 8:35:24 PM
EST

S/  Shane Owens
Shane Owens
Eldorado Springs, CO
2022/11/30 8:36:52 PM
EST

S/  Vijo Joseph
Vijo Joseph
Brookfield, Connecticut
2022/11/30 8:40:33 PM
EST

S/  Miroslav ≈†uvak
Miroslav ≈†uvak
Zagreb, Croatia
2022/11/30 8:40:36 PM
EST

S/  Brad Legassick
Brad Legassick
Gold Coast, Australia
2022/11/30 8:41:28 PM
EST

S/  Kevin Vogt
Kevin Vogt
Long Island, New York
2022/11/30 8:42:43 PM
EST

S/  Jeffrey Paul Duprex
Jeffrey Paul Duprex
Bayonne, New Jersey
2022/11/30 8:43:55 PM
EST

S/  Nigel John Kirkwood
Nigel John Kirkwood
Busselton, Western
Australia
2022/11/30 8:44:48 PM
EST

S/  Jason Deon Mayhew
Jason Deon Mayhew
Salt Lake
2022/11/30 8:46:22 PM
EST

S/  Nigel Mack
Nigel Mack
Brighton South Australia
2022/11/30 8:48:48 PM
EST

S/  Jeffrey Smith
Jeffrey Smith
Norfolk, Massachusetts
2022/11/30 8:49:15 PM
EST

S/  John Chinnick Root
John Chinnick Root
Rockport TX
2022/11/30 8:57:34 PM
EST

S/  Justin Maatubanh
Justin Maatubanh
San Marcos, CA
2022/11/30 9:05:16 PM
EST

S/  Jesse Lund
Jesse Lund
Coto de Caza, California
2022/11/30 9:06:15 PM
EST

S/  Peter Choi
Peter Choi
Richmond, VA
2022/11/30 9:18:43 PM
EST

S/  Miguel √Ångel Lozano
Chairez
Miguel √Ångel Lozano
Chairez
Mexicali, Mexico
2022/11/30 9:22:47 PM
EST

S/  Guillaume Beaulieu
Guillaume Beaulieu
Montr√©al, Quebec
2022/11/30 9:27:27 PM
EST

S/  Mark Stephens
Mark Stephens
Pensacola, Florida
2022/11/30 9:33:27 PM
EST

S/  Hani Gobran
Hani Gobran
Winchester, CA
2022/11/30 9:39:57 PM
EST

S/  Harrison Kinchler
Harrison Kinchler
Dunwoody, Georgia
2022/11/30 9:41:25 PM
EST

S/  Daniel Urribarri
Daniel Urribarri
FLUSHING, New York
2022/11/30 9:43:49 PM
EST

S/  Jefferson Touth
Jefferson Touth
Redlands, California
2022/11/30 9:49:24 PM
EST

S/  John Bodwell
John Bodwell
Lewisville, TX
2022/11/30 9:53:48 PM
EST

S/  Mahesh Patro
Mahesh Patro
Mumbai, India
2022/11/30 9:59:01 PM
EST

S/  Erik Whitlock
Erik Whitlock
Fort Worth, Texas
2022/11/30 9:59:58 PM
EST

S/  Stephan Richard
Stephan Richard
Halifax, Nova Scotia,
Canada
2022/11/30 10:01:22 PM
EST

S/  Christopher Harvey
Christopher Harvey
Queensland, Australia
2022/11/30 10:01:38 PM
EST

S/  Christopher Harvey
Christopher Harvey
Queensland, Australia
2022/11/30 10:02:29 PM
EST

S/  Carolyn Chamberlayne
Carolyn Chamberlayne
San Francisco
2022/11/30 10:06:16 PM
EST

S/  Anthony Robert Catley
Anthony Robert Catley
Perth, Western Australia
2022/11/30 10:07:30 PM
EST

S/  Danny Zaporozan
Danny Zaporozan
Castlegar, Canada
2022/11/30 10:08:30 PM
EST

S/  Jeff Pollock
Jeff Pollock
Cary,  North Carolina
2022/11/30 10:26:58 PM
EST

S/  Brian Katz
Brian Katz
Los Angeles, CA
2022/11/30 10:28:33 PM
EST

S/  Jared R Hamilton
Jared R Hamilton
Malvern
2022/11/30 10:29:03 PM
EST

S/  Tamati Te Oka
Tamati Te Oka
Auckland, New Zealand
2022/11/30 10:30:14 PM
EST

S/  Dario Savic
Dario Savic
Oshkosh, Wisconsin
2022/11/30 10:41:04 PM
EST

S/  Tan Chye Teck
Tan Chye Teck
Singapore
2022/11/30 10:44:08 PM
EST

S/  Simeon Berson
Simeon Berson
Melbourne, Australia
2022/11/30 10:49:34 PM
EST

S/  Justin Nicholson
Justin Nicholson
Green Cove Springs, FL
2022/11/30 10:51:35 PM
EST

S/  Joshua Lewis
Joshua Lewis
JACKSONVILLE
2022/11/30 10:52:16 PM
EST

S/  Guy Matthew Perry
Guy Matthew Perry
Santa Ana, CA
2022/11/30 10:52:44 PM
EST

S/  Ryan Pramer
Ryan Pramer
Celebration, Florida
2022/11/30 10:53:08 PM
EST

S/  Agustin Luis Gonzalez
Garrido
Agustin Luis Gonzalez
Garrido
Foshan, China
2022/11/30 10:53:25 PM
EST

S/  Gianni Vanni
Gianni Vanni
Waterville, Ohio
2022/11/30 10:59:53 PM
EST

S/  James larkin
James larkin
Lake Worth, Florida
2022/11/30 11:01:37 PM
EST

S/  Matthew Kurt Mosteller
Matthew Kurt Mosteller
Nashville, Tennessee
2022/11/30 11:01:59 PM
EST

S/  Cviko Savic
Cviko Savic
Oshkosh, Wisconsin
2022/11/30 11:03:02 PM
EST

S/  Yvan Clot-Goudard
Yvan Clot-Goudard
France
2022/11/30 11:04:28 PM
EST

S/  Shane Saunders
Shane Saunders
Gold Coast Australia
2022/11/30 11:05:17 PM
EST

S/  Aashita Kesarwani
Aashita Kesarwani
Pomona, CA
2022/11/30 11:05:50 PM
EST

S/  Vaibhav Pawar
Vaibhav Pawar
Arlington Heights, Illinois
2022/11/30 11:08:43 PM
EST

S/  Andrew Ong
Andrew Ong
San Francisco, CA
2022/11/30 11:08:55 PM
EST

S/  Juan Camilo Castillo
Giron
Juan Camilo Castillo Giron
Australia
2022/11/30 11:22:26 PM
EST

S/  Kurtis
Kurtis
Wellington, New Zealand
2022/11/30 11:25:01 PM
EST

S/  My Hanh Do
My Hanh Do
San Francisco
2022/11/30 11:26:04 PM
EST

S/  Kurtis
Kurtis
Wellington, New Zealand
2022/11/30 11:26:21 PM
EST

S/  Rohan Juneja
Rohan Juneja
Sydney, Australia
2022/11/30 11:34:59 PM
EST

S/  Dakotah Challacombe
Dakotah Challacombe
Costa Mesa, ca
2022/11/30 11:46:17 PM
EST

S/  Jason Brown
Jason Brown
Southfield, MI
2022/11/30 11:47:40 PM
EST

S/  Chuen Kang Gooi
Chuen Kang Gooi
Singapore
2022/11/30 11:48:26 PM
EST

S/  Tzvi miller
Tzvi miller
Cambridge, massachusetts
2022/11/30 11:55:15 PM
EST

S/  philippe hegi
philippe hegi
hong kong
2022/11/30 11:59:36 PM
EST

S/ Justin D. Smit
Justin D. Smit
Arlington, VA
2022/12/01 12:11:53 AM
EST

S/ Anuar Acosta
Anuar Acosta
Chicago
2022/12/01 12:12:22 AM
EST

S/ Jesus Ayala Jr.
Jesus Ayala Jr.
Chicago, IL
2022/12/01 12:17:13 AM
EST

S/ Sanja Jakovljevic
Sanja Jakovljevic
Oshkosh, Wisconsin
2022/12/01 12:20:29 AM
EST

S/ Mark Underhill
Mark Underhill
Stavanger, Norway
2022/12/01 12:32:30 AM
EST

S/ Peter Truss
Peter Truss
Los Angeles
2022/12/01 12:33:00 AM
EST

S/ Maki Hanawa
Maki Hanawa
Surrey, British Columbia
2022/12/01 12:33:28 AM
EST

S/ Indrajeet A. Vagha
Indrajeet A. Vagha
Bayonne New Jersey
2022/12/01 12:33:42 AM
EST

S/ Gabriel Meola
Gabriel Meola
Salt Lake City, Utah
2022/12/01 12:37:39 AM
EST

S/ Clive Allan Stewart
Clive Allan Stewart
Cape Town South Africa
2022/12/01 12:39:34 AM
EST

S/ Peter Konyves
Peter Konyves
Dunaujvaros
2022/12/01 12:40:48 AM
EST

S/ Christopher Berglund
Christopher Berglund
Surahammar, Sweden
2022/12/01 12:41:21 AM
EST

S/  Joey Hendrickson
Joey Hendrickson
Columbus, Ohio
2022/12/01 12:42:44 AM
EST

S/  Joey Hendrickson
Joey Hendrickson
Columbus, Ohio
2022/12/01 12:43:28 AM
EST

S/  Robert A Costanza
Robert A Costanza
Ojai, California
2022/12/01 12:46:51 AM
EST

S/  Eric Chan
Eric Chan
La Habra, California
2022/12/01 12:47:04 AM
EST

S/  Mario Maldonado
Rodr√≠guez
Mario Maldonado
Rodr√≠guez
las Palmas, Spain
2022/12/01 12:49:19 AM
EST

S/  Andrew Fenster
Andrew Fenster
San Francisco, CA
2022/12/01 12:50:32 AM
EST

S/  Jorge Chavarria
Jorge Chavarria
toronto, ontario, canada
2022/12/01 12:51:47 AM
EST

S/  Thomas Hawker
Thomas Hawker
Zeist, Netherlands
2022/12/01 1:04:31 AM
EST

S/  Doug Leung
Doug Leung
Lafayette, Indiana
2022/12/01 1:05:07 AM
EST

S/  Kirk Robison
Kirk Robison
Santa Clara, UT
2022/12/01 1:05:56 AM
EST

S/  Reeran Kim
Reeran Kim
Rancho Palos Verdes CA
2022/12/01 1:13:37 AM
EST

S/  Florian Mautendorfer
Florian Mautendorfer
Vienna, Austria
2022/12/01 1:14:45 AM
EST

S/  Frances Jones
Frances Jones
Sydney, Australia
2022/12/01 1:21:01 AM
EST

S/  Liam Nguyen-Jones
Liam Nguyen-Jones
Sydney, Australia
2022/12/01 1:30:47 AM
EST

S/  Leskv≥ Balv°zs
Leskv≥ Balv°zs
Budapest, Hungary
2022/12/01 1:36:35 AM
EST

S/  James Deglau
James Deglau
Larkspur
2022/12/01 1:36:45 AM
EST

S/  Johan Bronge
Johan Bronge
Dubai, United Arab
Emirates
2022/12/01 1:46:02 AM
EST

S/  David Schneider (all
rights reserved)
David Schneider (all rights
reserved)
Rogers, Arkansas
2022/12/01 1:47:11 AM
EST

S/  Vishesh Marwah
Vishesh Marwah
Melbourne, Australia
2022/12/01 1:53:53 AM
EST

S/  Grant Reid
Grant Reid
Duebendorf, Switzerland
2022/12/01 2:00:31 AM
EST

S/  Ognjen Markovic
Ognjen Markovic
Belgrade, Serbia
2022/12/01 2:01:33 AM
EST

S/  Neil Chopra
Neil Chopra
Oakland, California
2022/12/01 2:01:36 AM
EST

S/  Martijn Hinten
Martijn Hinten
Amsterdam, The
Netherlands
2022/12/01 2:03:16 AM
EST

S/  Jean-Paul Luijten
Jean-Paul Luijten
Amersfoort
2022/12/01 2:35:39 AM
EST

S/  Bernard Mutz
Bernard Mutz
Dayton, Ohio
2022/12/01 2:42:18 AM
EST

S/  Paul Crudgington
Paul Crudgington
Manchester, England
2022/12/01 2:44:04 AM
EST

S/  Andrea Marchiotto
Andrea Marchiotto
Rotterdam, The
Netherlands
2022/12/01 2:45:13 AM
EST

S/  Michael J. Lewis
Michael J. Lewis
Fremont CA
2022/12/01 2:46:09 AM
EST

S/  Russell Pentland Weetch
Russell Pentland Weetch
Harrow, United Kingdom
2022/12/01 2:49:10 AM
EST

S/  Marlies de Boer
Marlies de Boer
Amsterdam, the
Netherlands
2022/12/01 2:55:53 AM
EST

S/  Elaine Hartley
Elaine Hartley
Lancashire England
2022/12/01 2:56:53 AM
EST

S/  Ali Jamshid Far
Ali Jamshid Far
Sweden
2022/12/01 3:01:09 AM
EST

S/  Freerk Jelsma
Freerk Jelsma
Dokkum, The Netherlands
2022/12/01 3:11:45 AM
EST

S/  Robert Boolootian
Robert Boolootian
Santa Cruz California
2022/12/01 3:15:37 AM
EST

S/  Ptolemy Sinclair Petrie
Ptolemy Sinclair Petrie
Colorado Springs, Colorado
USA
2022/12/01 3:15:38 AM
EST

S/  Alessandro Muggianu
Alessandro Muggianu
Simaxis, Italy
2022/12/01 3:19:04 AM
EST

S/ Mahmanzar Moezzi
Mahmanzar Moezzi
Torrevieja, Alicante, Spain
2022/12/01 3:28:33 AM
EST

S/ Gerardo Miranda
Gerardo Miranda
Rancho Cucamonga, CA
2022/12/01 3:30:37 AM
EST

S/ Leticia Miranda
Leticia Miranda
Rancho Cucamonga, CA
2022/12/01 3:33:03 AM
EST

S/ Andrew Kennett
Andrew Kennett
London, England
2022/12/01 3:33:49 AM
EST

S/ Philip Charles Harding
Philip Charles Harding
Cardiff  United Kingdom
2022/12/01 3:45:07 AM
EST

S/ Mathew Rhys Harding
Mathew Rhys Harding
Cardiff, United Kingdom
2022/12/01 3:46:31 AM
EST

S/ RAVI V ALAPATI
RAVI V ALAPATI
ATLANTA, GA
2022/12/01 3:49:49 AM
EST

S/ Angelica Virginia
Mercado Paz
Angelica Virginia Mercado
Paz
Olite, Spain
2022/12/01 3:55:49 AM
EST

S/ Anthony Smith
Anthony Smith
Coulsdon
2022/12/01 4:01:15 AM
EST

S/ Chantal Barcelo
Chantal Barcelo
Canada
2022/12/01 4:10:28 AM
EST

S/ Volkan Altunbay
Volkan Altunbay
Antwerp, Belgium
2022/12/01 4:10:54 AM
EST

S/ Sheila Ferreira
Sheila Ferreira
Viana do Castelo, Portugal
2022/12/01 4:33:27 AM
EST

S/  Joel Kaiser
Joel Kaiser
Cully, Switzerland
2022/12/01 4:35:37 AM
EST

S/  Paul Webb
Paul Webb
Norfolk
2022/12/01 4:41:30 AM
EST

S/  Victor Dominguez Ortiz
Victor Dominguez Ortiz
Moxee Waa
2022/12/01 4:47:16 AM
EST

S/  Damien Debin
Damien Debin
Paris, France
2022/12/01 4:52:48 AM
EST

S/  Antonio Ballesteros
Cabezas
 Antonio Ballesteros
Cabezas
Conthey Switzerland
2022/12/01 4:55:25 AM
EST

S/  Raminta Didikaite
Raminta Didikaite
London
2022/12/01 5:10:04 AM
EST

S/  Benjamin Patton
 Benjamin Patton
Dorado, PR
2022/12/01 5:19:52 AM
EST

S/  Andreas Aeschlimann
 Andreas Aeschlimann
Heimberg, Switzerland
2022/12/01 5:23:27 AM
EST

S/  Norbert Wegrzynowski
 Norbert Wegrzynowski
Gloucester, England
2022/12/01 5:26:00 AM
EST

S/  Rien Vanmarcke
Rien Vanmarcke
Brugge, Belgium
2022/12/01 5:40:14 AM
EST

S/  Kunwar bir singh
Kunwar bir singh
Singapore, singapore
2022/12/01 5:52:22 AM
EST

S/  Damien Joseph Sherry
Damien Joseph Sherry
Rostrevor Northern Ireland
2022/12/01 6:03:15 AM
EST

S/  Simon Mitchell
Simon Mitchell
Laxey,  Isle of man
2022/12/01 6:05:13 AM
EST

S/  Paul Niehe
Paul Niehe
Den Haag, the Netherlands
2022/12/01 6:26:02 AM
EST

S/  Paul Croucher
Paul Croucher
Cayman Islands
2022/12/01 6:26:34 AM
EST

S/  Min Wilde
Min Wilde
United Kingdom
2022/12/01 6:30:40 AM
EST

S/  Elliott Russell
Elliott Russell
Mansfield, United Kingdom
2022/12/01 6:36:04 AM
EST

S/  Tyson Knowles
Tyson Knowles
Campbell River, BC, Canada
2022/12/01 6:36:15 AM
EST

S/  Danny Layton
Danny Layton
London, England
2022/12/01 6:37:57 AM
EST

S/  Jong Chol Lee
Jong Chol Lee
Deep River, Connecticut
2022/12/01 6:47:15 AM
EST

S/  Filip Klicek
Filip Klicek
Novi Marof, Croatia
2022/12/01 6:49:08 AM
EST

S/  Lisa Hartz-Lee
Lisa Hartz-Lee
Deep River, Connecticut
2022/12/01 6:50:49 AM
EST

S/  Liew Eng Chuan
Liew Eng Chuan
Selangor, Malaysia
2022/12/01 6:50:55 AM
EST

S/  Samuli LVðf
Samuli LVðf
Salo, Finland
2022/12/01 6:51:45 AM
EST

S/  Benoit Kuziora
Benoit Kuziora
Thunder Bay Canada
2022/12/01 7:01:55 AM
EST

S/  Benoit Kuziora
Benoit Kuziora
Thunder bay canada
2022/12/01 7:03:38 AM
EST

S/  Adam Velez
Adam Velez
Toms River, New Jersey
2022/12/01 7:05:50 AM
EST

S/  Todd Friedman
Todd Friedman
Park City, Utah
2022/12/01 7:15:35 AM
EST

S/  LAWRENCE CHARLES
PORTER II
LAWRENCE CHARLES
PORTER II
Miami Beach, Florida
2022/12/01 7:25:40 AM
EST

S/  Luca August
Luca August
Oakland, California
2022/12/01 7:26:32 AM
EST

S/  Christopher Little
Christopher Little
Brambleton, Virginia
2022/12/01 7:27:31 AM
EST

S/  Mike Sutton
Mike Sutton
Pickerington, ohio
2022/12/01 7:27:58 AM
EST

S/  Matthew Bolden
Matthew Bolden
Atlanta, GA
2022/12/01 7:29:10 AM
EST

S/  Nicholas Paul hammett
Nicholas Paul hammett
Exeter, england
2022/12/01 7:36:50 AM
EST

S/  E. Buitenman
E. Buitenman
Amsterdam, Netherlands
2022/12/01 7:42:10 AM
EST

S/  Daniel Frishberg
Daniel Frishberg
Hillsborough County,
Florida
2022/12/01 7:42:55 AM
EST

S/  Michael S Merson
Michael S Merson
Boynton Beach, Florida
2022/12/01 7:44:44 AM
EST

S/  Renaud Valkenberg
Renaud Valkenberg
Grez-Doiceau, Belgium
2022/12/01 7:51:54 AM
EST

S/  Ernest TRAN
Ernest TRAN
Paris, France
2022/12/01 7:55:07 AM
EST

S/  Alec Samuel Urrutia
Delgado
Alec Samuel Urrutia
Delgado
Opera
2022/12/01 8:00:05 AM
EST

S/  Alec Samuel Urrutia
Delgado
Alec Samuel Urrutia
Delgado
Opera, Italy
2022/12/01 8:00:52 AM
EST

S/  Sonda Cohen
Sonda Cohen
Bangkok Thailand
2022/12/01 8:05:33 AM
EST

S/  Aimee G. Urrutia D.
Aimee G. Urrutia D.
Panama, Panama
2022/12/01 8:12:05 AM
EST

S/  Richard Kris Robison
Richard Kris Robison
Provo, Utah
2022/12/01 8:18:44 AM
EST

S/  Michael Manansala
Michael Manansala
Chicago IL
2022/12/01 8:19:13 AM
EST

S/  William Travis Price
William Travis Price
Manton, MI
2022/12/01 8:24:15 AM
EST

S/  Clay Schile
Clay Schile
Greer, SC
2022/12/01 8:24:25 AM
EST

S/  Kim Nilsson Davidsson
Kim Nilsson Davidsson
Puerto Aventuras.
Quintana Roo. Mexico
2022/12/01 8:29:02 AM
EST

S/  Jefferson Nunn
Jefferson Nunn
Plano Texas
2022/12/01 8:33:04 AM
EST

S/  Mark Griffin
Mark Griffin
Dripping Springs, Texas
2022/12/01 8:34:34 AM
EST

S/  Mark Griffin
Mark Griffin
Dripping Springs, Texas
2022/12/01 8:35:30 AM
EST

S/  Robert Flores
Robert Flores
Waterloo Ia
2022/12/01 8:36:15 AM
EST

S/  Frederik Lauwers
Frederik Lauwers
Bellegem, Belgium
2022/12/01 8:37:13 AM
EST

S/  Philippe REYMOND
Philippe REYMOND
Gland, Switzerland
2022/12/01 8:44:28 AM
EST

S/  joanne evans
joanne evans
Palm Beach, Australia
2022/12/01 8:47:29 AM
EST

S/  Tom Jolley
Tom Jolley
Sheffield, England
2022/12/01 8:48:37 AM
EST

S/  Pierpaolo Urrutia
Delgado
Pierpaolo Urrutia Delgado
Fermo, Italy
2022/12/01 8:48:52 AM
EST

S/  Joseph Roman
Joseph Roman
Boca Raton, Florida
2022/12/01 8:56:07 AM
EST

S/  Marshall west
Marshall west
Houston, tx
2022/12/01 8:58:02 AM
EST

S/  Matthew Grusha
Matthew Grusha
Austin, Texas
2022/12/01 9:00:25 AM
EST

S/  Josh Bellingham
Josh Bellingham
North Vancouver, Canada
2022/12/01 9:11:20 AM
EST

S/  Paul Truba
Paul Truba
Grosse Pointe, Michigan
2022/12/01 9:12:02 AM
EST

S/  maarten robaeys
maarten robaeys
Merchtem, Vlaams-
Brabant, Belgium
2022/12/01 9:14:58 AM
EST

S/  David Bolt
David Bolt
Dickson Tennessee
2022/12/01 9:20:40 AM
EST

S/  Robert Citron
Robert Citron
Washington DC
2022/12/01 9:22:42 AM
EST

S/  REGINA  OSBORNE
REGINA  OSBORNE
Washington Court House,
Ohio
2022/12/01 9:31:43 AM
EST

S/  Tom Brown
Tom Brown
Fort Myers, Florida
2022/12/01 9:34:28 AM
EST

S/  Andy Gimino
Andy Gimino
Westford,Vermont
2022/12/01 9:49:11 AM
EST

S/  Stanley Marlow
Stanley Marlow
Anaheim, California
2022/12/01 9:49:52 AM
EST

S/  Enrico Pena
Enrico Pena
ParaV±aque, Philippines
2022/12/01 9:56:31 AM
EST

S/  Ng Tee Siang, Nixon
Ng Tee Siang, Nixon
Malaysia
2022/12/01 9:57:05 AM
EST

S/  Rafal Szymanski
Rafal Szymanski
Nashua NH
2022/12/01 9:58:25 AM
EST

S/  Carol summers
Carol summers
Pasadena Maryland
2022/12/01 9:59:54 AM
EST

S/  Ian Gabrielle
Ian Gabrielle
Egg Harbor Township, New
Jersey
2022/12/01 10:02:53 AM
EST

S/  Michael Garner
Wakefield
Michael Garner Wakefield
Bentonville, AR
2022/12/01 10:06:16 AM
EST

S/  Chris Jobse
Chris Jobse
Heemskerk, The
Netherlands
2022/12/01 10:09:39 AM
EST

S/  Ranjana Sarma
Ranjana Sarma
Edinburg, TX USA
2022/12/01 10:14:23 AM
EST

S/  Gerald D Van Eeckhout
Gerald D Van Eeckhout
Frisco
2022/12/01 10:19:02 AM
EST

S/  Cynthia E Perrulli
Cynthia E Perrulli
Bethlehem, PA
2022/12/01 10:19:05 AM
EST

S/  Yamil Molinar Rivera
Yamil Molinar Rivera
US, Chicago, Illinois
2022/12/01 10:24:15 AM
EST

S/  Lucia Ana Costa
Lucia Ana Costa
Bahia Blanca, Buenos Aires,
Argentina
2022/12/01 10:36:51 AM
EST

S/  Ryan Schleiger
Ryan Schleiger
Newport Beach, CA
2022/12/01 10:47:57 AM
EST

S/  Cameron Crews
Cameron Crews
Hoboken, New Jersey
2022/12/01 10:58:03 AM
EST

S/  Ian Perera
Ian Perera
Subang Jaya, Selangor,
Malaysia.
2022/12/01 11:03:14 AM
EST

S/  Raul Alfredo Martinez
Raul Alfredo Martinez
Bahia Blanca, Buenos Aires,
Argentina
2022/12/01 11:05:21 AM
EST

S/  L. Anne Yeilding
L. Anne Yeilding
Decatur, Georgia USA
2022/12/01 11:06:26 AM
EST

S/  Cameron Petts
Cameron Petts
Chatham
2022/12/01 11:15:08 AM
EST

S/  Alexander Dumbrique
Alexander Dumbrique
Montreal
2022/12/01 11:18:43 AM
EST

S/  Judith D Ferrara
Judith D Ferrara
Yardley, Pennsylvania
2022/12/01 11:22:52 AM
EST

S/  austin stratton
austin stratton
Santa Cruz California
2022/12/01 11:29:33 AM
EST

S/  Ryan Chilia
Ryan Chilia
Austin Texas
2022/12/01 11:31:15 AM
EST

S/  Jordan J Oglesby
Jordan J Oglesby
Los Angeles, California
2022/12/01 11:40:17 AM
EST

S/  Mark Souvigny
Mark Souvigny
Phoenixville, Pennsylvania
2022/12/01 11:41:17 AM
EST

S/  igor bekker
igor bekker
BROOKLYN, new york
2022/12/01 11:59:30 AM
EST

S/  James Martindale
James Martindale
Dallas, Texas
2022/12/01 12:11:19 PM
EST

S/  Jinesh Patel
Jinesh Patel
Belle Mead, NJ
2022/12/01 12:15:22 PM
EST

S/  Milin Patel

Milin Patel
San Francisco, CA
2022/12/01 12:15:30 PM
EST

S/  Andrew Swink

Andrew Swink
Laurel, MD
2022/12/01 12:33:52 PM
EST

S/  Abdus Samad Soliman

Abdus Samad Soliman
Sharjah, UAE
2022/12/01 12:45:28 PM
EST

S/  Alec Samuel Urrutia
Delgado

Alec Samuel Urrutia
Delgado
Opera, Italy
2022/12/01 12:57:32 PM
EST

S/  Christopher D Fay

Christopher D Fay
Plano Texas
2022/12/01 1:10:54 PM
EST

S/  Seungjun Park

Seungjun Park
Calgary
2022/12/01 1:12:26 PM
EST

S/  Jian Kai Goh

Jian Kai Goh
singapore
2022/12/01 1:14:06 PM
EST

S/  Jian Kai Goh

Jian Kai Goh
singapore
2022/12/01 1:14:16 PM
EST

S/  Jian Kai Goh

Jian Kai Goh
singapore
2022/12/01 1:14:24 PM
EST

S/  Carla Gravenkemper

Carla Gravenkemper
Plano, Texas
2022/12/01 1:17:11 PM
EST

S/  Ryan Schwallie

Ryan Schwallie
Cincinnati, Ohio
2022/12/01 1:21:05 PM
EST

S/  Timothy Hays

Timothy Hays
Houston
2022/12/01 1:37:37 PM
EST

S/ Carey Seip
Carey Seip
La Center, Washington
2022/12/01 1:48:01 PM
EST

S/ Yoshihiro Luk
Yoshihiro Luk
New York, New York
2022/12/01 1:51:09 PM
EST

S/ Sergey Kim C/O Richard Rosenblatt
Sergey Kim C/O Richard Rosenblatt
Rockville MD
2022/12/01 2:04:35 PM
EST

S/ Sandra Valencia Morley
Sandra Valencia Morley
Morton Grove, IL
2022/12/01 2:08:25 PM
EST

S/ John Collier
John Collier
Morton Grove IL
2022/12/01 2:12:15 PM
EST

S/ Cecilia Valencia
Cecilia Valencia
Morton Grove IL
2022/12/01 2:22:12 PM
EST

S/ Kinney B
Kinney B
TX, USA
2022/12/01 2:26:59 PM
EST

S/ Kinney B
Kinney B
TX,USA
2022/12/01 2:28:38 PM
EST

S/ Wendy valencia
Wendy valencia
Morton grove illinois
2022/12/01 2:32:02 PM
EST

S/ william marlett
william marlett
Bend, Oregon
2022/12/01 2:33:30 PM
EST

S/ Garry Scott
Garry Scott
Austin, TX
2022/12/01 2:40:48 PM
EST

S/ Mark Luckenbaugh
Mark Luckenbaugh
Hanover, PA
2022/12/01 2:44:24 PM
EST

S/  Kenneth Hartvig Taul       S/  Ryan Mackie            S/  Peggy Johnson
Kenneth Hartvig Taul          Ryan Mackie               Peggy Johnson
Greve, Denmark                Fife, Scotland             Sun City West, AZ
2022/12/01 2:48:01 PM         2022/12/01 2:48:38 PM      2022/12/01 2:50:50 PM
EST                           EST                        EST

[Remainder of this page intentionally left blank.]

**INDIVIDUAL COMMENTS FROM CELSIUS EARN CREDITORS**

The Debtors have had more than enough time to present a plan if they intended too. I have no faith that they are doing anything more than wasting what is left of my assets. There is no justifiable reason to delay real plans from others to be presented.   I have no faith in the current Celsius Management to do anything meaningful for retail investors like myself that in my personal view they have scammed.
*Peter Stewart, Sydney, Australia*

I wish this process would not take any longer and the exclusivity only makes the proces longer because nobody is expecting a re-org from Celsius itself anymore. We need other people (maybe Simon Dixons plan) to make anything work. But extending the period of exclusivity, is not helpful in my opinion.
*Bas de Bok, Berkel-Enschot, The Netherlands*

Please make a speedy ruling so we can move on from this
*Jesse Zak, Ontario, Canada*

The Debtor is exploiting bankruptcy law at the expense of creditor asset recovery. They have had plenty of time to submit a plan, as evidenced by how quickly BlockFi submitted one in their bankruptcy. The Debtor is hoping to pull the wool over this Court's eyes in anticipation that market conditions turn favorable in order to return assets valued at a very old point in time at little cost to them. This is too risky and irresponsible, costing many people their livelihood and some, their lives. Please deny the requested extension of exclusivity.
*Alberto Jimenez, Springfield, VA*

The money in my Celsius account is my personal life savings. I just want it back :( *Peter Gray, Newark, California*

I would like my coins back. Celsius had enough exclusivity period. We should not pay for their legal fees, salaries for such an extended period of time.
*Deniz Levenberg, Austin TX*

Celsius has wasted too much $$$ already in the past 5 months without any reorganisation plan. They burned more than $10 million per month. Compared to BlockFi who has a reorg plan within 1 week after filing bankruptcy.  Celsius just transferred creditors hard-earned $$ to their lawyers and staff pockets each day on a rapid scale. Time to stop that, not extend exclusivity. Hope the judge is alert to their plot. *Viola Siu Ping Lo, Harris Park, NSW, Australia*

Please. We (creditors) believed it was a savings account when we deposited our funds to Celsius. It has been months since this started. Celsius shows no progress on trying to reorg.
*Trong Phan, Raleigh*

Your Honor, our assets have been taken from us and being held hostage against our will. It shouldn't take this long to figure out that the celsius reorganization plan failed. These are OUR assets and not the property of Celsius.

An extension of 141 more days is just unnecessary. At this point it's just criminal and people need access to their funds more than ever especially with prices of everyday goods and services getting worse and worse. Do the right thing, be on the right side of history. Thank you for your time.
*Martin Robert, Henderson, Nevada*

Please end this nightmare for us and just return our assets.
*Aryeh Newman, Huntington Beach, CA*

Celsius' assets are their software or mining Hardware. Our deposits should not be treated as their earned assets.
*Bal Krishna Jha, Lorton, Virginia*

I am shocked we even have to submit this petition, they've had nearly six months and have shown absolutely nothing to this point. I have zero faith they are doing anything beyond dragging the process out thus forcing hands.
*Christopher Paul Birnbaum, Saint Petersburg, Florida*

I do not believe my Stablecoins are owned by Celsius.  They are custodians providing a service and interest payments.
*John David Porter, Indianapolis, Indiana*

I have absolutely no belief that the debtors have any intention of filing a good faith reorg plan, while they burn through what assets are left. They need to be compelled into a sale of the company. They have proven that they cannot be trusted.
*Jonathan Malcolm Boyd     Johor Bahru, Malaysia*

Celsius and Mashinsky don't have the necessary licenses to operate and after what happened no regulator will issue licenses. Please Your Honor Judge Martin Glenn have mercy on us. We've been through so much already.
*Robertino Stoicescu, Sydney Australia*

I join in requesting limited exclusivity for the Debtor.
*Curt Dell, United States*

I desperately need my life's savings back, it's intolerable watching this company fritter away everything I've worked for and saved over all these years. This is my livelihood.
*Jason Deon Mayhew, Salt Lake*

My family's  future has been erased. We made serious life choices based on our investments and now they are all destroyed.
*Christopher Harvey, Queensland, Australia*

Alex and Daniel should be in jail.
*Jared R Hamilton, Malvern*

Objection to extend the exclusivity as Celsius Network is still unable to provide re-org plans after the 120 days exclusivity already extended to them & keep burning away our assets to the lawyers, etc.
*Tan Chye Teck, Singapore*

I put my life savings in Celsius and am living in my car as a result of this bankruptcy. I am asking you PLEASE get this case moving so people like me can get the money back we desperately need.
*Justin Nicholson, Green Cove Springs, FL*

We want our assets back!
*Gianni Vanni Waterville, Ohio*

I believe this should not be extended at all, they had more than enough time and money to come up with a plan. They have repeatedly shown their utmost incompetence. Please end this!
*Yvan Clot-Goudard, France*

Your honor - We're just a group of normal people - families, kids, seniors who were trying to make an honest buck through a seemingly legitimate, seemingly well managed and seemingly transparent fund management system. If this group of people can't expect a fair trial from the American justice system, there is nowhere to go in this whole world for us. I truly hope that respected judges take into consideration the individual lives that'll be affected and not minor fluctuations in the net worth of the thieves who ran Celsius and who played with people's lives by treating valuable assets and life's savings as gambling artifacts.
*Vaibhav Pawar, Arlington Heights, Illinois*

God bless you, Judge.
*Juan Camilo Castillo, Giron, Australia*

It has been 6 months, Celsius has not provided anything even close to a plan. They haven't done any effort in finding a solution even temporarily to those suffering the most, those that had their life savings stolen from them. An ex employee Zach Wildes that was the person closest to Alex Mashinsky in the company, keeps tweeting that he has the ear, and is communicating  with celsius management for the reorg. This just goes to show how alex Mashinsky is still manipulating Chris Ferrarro the CFO as well as the Celsius entity, for his own gains against what is best for the creditors. Creditors deserve a quick solution. BlockFi, Voyager, all other companies have already come out with a plan when celsius has none. It is clearly bad faith that has only one goal: to string along creditors and make them desperate to accept any deal with a release for the criminals who stole our life savings. All insiders emptied their accounts before the freeze, when

we cannot even make rent, nor afford food for our children. This situation needs to end, and creditors must be given the chance to get out of ch11 ASAP. Thank you for listening.
*Philippe Hegi, Hong Kong*

The request for extension of exclusivity for another 142 days is ridiculous.  Celsius management has had plenty of time to come up with a Celsius restructuring plan.
*Eric Chan, La Habra, California*

Please get my life savings back!
*Jorge Chavarria, Toronto, Ontario, Canada*

The fact that this has dragged on for over 4 months with no progress should be reason enough to prevent an extension.
*Doug Leung  Lafayette, Indiana*

Please stop this Criminal Celsius Cartel ASAP. They have stolen enough of my family's hard-earned savings.
*Frances Jones, Sydney, Australia*

Please give me my coins back asap. I am 20 years old!
*Liam Nguyen-Jones, Sydney, Australia*

Please also rule that borrowers can pay back their loans and have collateral released from Celsius.
*Johan Bronge, Dubai, United Arab Emirates*

I am a military officer and single dad.  This has crippled me by about 3 years. Please do the right thing. Return the ownership of the coins to the people - not the corporations.
*Bernard Mutz, Dayton, Ohio*

It is our right to take back what we own.
*Andrea Marchiotto, Rotterdam, The Netherlands*

We waited long enough for them. All they do is take our money.
*Mahmanzar Moezzi Torrevieja, Alicante, Spain*

"Celsius have had plenty of time to come up with a Reorg plan  all the while burning our funds. No more time should be given.
*Philip Charles Harding, Cardiff  United Kingdom*

Limited Exclusivity is essential given the infamous mishandlings of CELSIUS that led us to this Bankruptcy.
*RAVI V. ALAPATI, ATLANTA, GA*

After all frauds committed, having exclusivity is perpetuating  them.
*Sheila Ferreira, Viana do Castelo, Portugal*

Please respect the voice of consensus of the actual creditors, particularly those with small but significant holdings.
*Joel Kaiser, Cully, Switzerland*

They messed around long enough and are not really doing anything for creditors or to come up with a reorganization plan. It's becoming clear that the only thing they are fighting for is to minimize the damage to Mashinsky and co. They are using our funds to pay for all this nonsense, while they pulled their own funds out of the company, while telling everyone everything is fine. Clear fraudsters.
*Rien Vanmarcke, Brugge, Belgium*

The amount of money being spent on attorneys and directors' salaries is obscene. There are plans to move forward but it's in the attorneys best interest to drag this out. Please do what is best for the victims of this fraud.
*Richard Kris Robison, Provo, Utah*

Extremely important case. Will set a precedent for future of digital assets and evolution. Protect the customers and creditors that have been mislead.
*Kim Nilsson Davidsson, Puerto Aventuras, Quintana Roo, Mexico*

Thank you for swift justice!
*Mark Griffin, Dripping Springs, Texas*

Celsius and Machinsky are just playing the "time card" (again), to grind what's left for their own sake while we struggle on a daily basis. Giving them more and more time for an hypothetical solution or plan, is just playing their game as they they never cared nor tried, to help/save their customer (=milking cow)
Philippe REYMOND, Gland, Switzerland

Why would Celsius Network need another 140 or more days of exclusivity in order to submit a recovery plan to the court? The company filed for Bankruptcy in July of 2022. March 2022 would be roughly 8 months of chapter 11 bankruptcy. I don't understand why a plan hasn't already been submitted.
*Stanley Marlow, Anaheim, California*

The debtors have been given ample time to develop a plan.  I can agree to a small extension but anything longer than 60 days is an unnecessary drain on the estate.
*Ryan Schleiger, Ryan Schleiger, Newport Beach, CA*

I am not a rich man. It took me many months to save up what I invested In the hope of making it one day. I hope the company finds a way to settle things amicably by returning what is owed to me and the rest of the people who have lost their livelihood through crypto. Thank you.
*Ian Perera, Subang Jaya, Selangor, Malaysia*

Trust in Celsius is gone. A reorganization will fail, other parties should have access so we can have more options.
*Jordan J Oglesby, Los Angeles, California*

Creditors and Borrowers first. Happy Holidays.
*Mark Souvigny, Phoenixville, Pennsylvania*

I was parking my USDC coins on the Celsius platform. My USDC coins are my property and should be released back to me.  USDC should be treated as a cash account.  No one should have the right to my cash account.
*igor bekker, BROOKLYN, new york*

I opted for the Celsius platform for two reasons. First, they led me to believe my coins were in fact my coins and second I could earn interest to cover my son's college education.
*Christopher D Fay, Plano, Texas*

Funds for son's college.
*Carla Gravenkemper, Plano, Texas*

Simon w/ BnktotheFuture's ideas align with my thinking. Please clean house and reduce time and cost anywhere possible.
*Kinney B., TX, USA*

Fully agree with content of the petition.
*Ryan Mackie, Fife, Scotland*