Immanuel Herrmann
*Pro se Celsius creditor*
Admin of the worldwide Celsius
Earn Customer Telegram group
immanuelherrmann@gmail.com
**https://t.me/celsiusearn**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered.) |

**THREE HUNDRED AND NINETY SEVEN CELSIUS CREDITORS RESPOND TO D.R. 1502: FORMAL EXPRESSION OF DISSATISFACTION WITH THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION TO THE DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS IN THE DEBTORS' EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE AND (III) GRANTING RELATED RELIEF**

We, the undersigned 397 Celsius creditors,[2] are writing to the Court to express our

dissatisfaction with the representation of our interests by the Unsecured Creditors'

Committee (UCC).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Signatures and personal comments follow on pages 4-42.

In their latest filing, *the Official Committee of Unsecured Creditors' Limited Objection to the Debtors' Amended Motion for Entry of an Order (i) Establishing Ownership of Assets in the Debtors' Earn Program, (ii) Permitting the Sale of Stablecoin in the Ordinary Course and (iii) Granting Related Relief*, D.R. 1502, the UCC has refused to take up the mantle of defending depositors' interests.

By endorsing the debtors' improper claim to title of depositors' assets, the UCC is abdicating their duty to represent depositors. Indeed, the single uniting focus for depositors is to recover as much of our assets as possible, as soon as possible. We want our assets back, not to fund the next Celsius misadventure or another four months of bankruptcy thumb-twiddling.

Literally every single piece of evidence other than the maliciously worded and surreptitiously edited terms of service show that Earn assets are depositor property.[3] Several of the undersigned have submitted compelling arguments which prove the title of our assets legally should remain with us, a position endorsed by the New Jersey Bureau of Consumer Affairs in their most recent filing, D.R. 1498.

It is clear the UCC does not represent our interests at this time. We expect the UCC to change its position on Earn account ownership. Furthermore, we ask that new committee members be added; ones that will actually communicate with fellow creditors and serve their constituency properly.

---

[3] Especially the statements of Alex Mashinsky. See Exhibit A (submitted by Immanuel Herrmann in his personal capacity.)

The individuals whose signatures appear below each state as follows: "I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I am a Celsius customer, that I am signing this filing on behalf of myself, and that the information I have provided herein is true and correct to the best of my knowledge, information, and belief."

Respectfully submitted,


Dated: December 2, 2022
Silver Spring, Maryland

/s/ Immanuel Herrmann
Immanuel Herrmann




**[Remainder of page intentionally left blank.]**

S/ Irina
Irina
Ventura County, CA
11/30/22 1:00

S/ Rebecca Gallagher
Rebecca Gallagher
Dickson TN USA
11/30/22 6:26

S/ Victor Ubierna de las Heras
Victor Ubierna de las Heras
Madrid, Spain
11/30/22 16:05

S/ Greg Kaczkowski
Greg Kaczkowski
Boston, Massachusetts
11/30/22 16:35

S/ Jong K Choi
Jong K Choi
Edmonton, Alberta, Canada
11/30/22 16:49

S/ Oliver Chilvers
Oliver Chilvers
Bristol, England
11/30/22 16:52

S/ Paul Anthony Green
Paul Anthony Green
Cromer, Australia
11/30/22 16:55

S/ Max Ryans
Max Ryans
Boston, MA
11/30/22 17:03

S/ Dr. Joseph Lalia
Dr. Joseph Lalia
Delray Beach
11/30/22 17:04

S/ Valeriya Cherkashyna
Valeriya Cherkashyna
Boston, MA
11/30/22 17:05

S/ Stephen Adolfson
Stephen Adolfson
Sacramento, CA
11/30/22 17:08

S/ Gary Bombaro
Gary Bombaro
Boynton Beach, Florida
11/30/22 17:08

S/ Doug Freeman
Doug Freeman
Mesquite NV
11/30/22 17:11

S/ Jong K Choi
Jong K Choi
Edmonton, Alberta, Canada
11/30/22 17:19

S/ Ben Eades
Ben Eades
Kennedy Town, Hong Kong
11/30/22 17:26

S/ Gerard Renner
Gerard Renner
Brooklyn, New York
11/30/22 17:29

S/ Ramon Gonzales
Ramon Gonzales
Salt Lake City, UT
11/30/22 17:29

S/ Christian Baus
Christian Baus
Vilamoura Portugal
11/30/22 17:32

S/ Kevin. Joseph Spring
Kevin. Joseph Spring
Angleton, Texas
11/30/22 17:37

S/ Jack Barraclough
Jack Barraclough
Tauranga, New Zealand
11/30/22 17:40

S/ Paul white
Paul white
Manchester U.K.
11/30/22 17:41

S/ Catarina da Silva
Gonvßalves
Catarina da Silva
Gonvßalves
Campinas, Brazil
11/30/22 17:43

S/ Nicholas Negri
Nicholas Negri
Albosaggia, Italy
11/30/22 17:45

S/ On hui yin amelia
On hui yin amelia
Singapore
11/30/22 17:49

S/  Robert Moretta
Robert Moretta
Astoria, New York
11/30/22 17:51

S/  IBRAHIM EAD
IBRAHIM EAD
St. Louis, MO
11/30/22 17:52

S/  Wojciech Plichta
Wojciech Plichta
New York
11/30/22 17:53

S/  Valentin Vanherpen
Valentin Vanherpen
Saint Denis, France
11/30/22 17:55

S/  Zaidong Yang
Zaidong Yang
La Habra, California
11/30/22 17:56

S/  Troy c wadina
Troy c wadina
Waterford wi
11/30/22 17:56

S/  Charles Abonce
Charles Abonce
Las Vegas, Nevada
11/30/22 17:58

S/  Omar bin Fazan
Omar bin Fazan
Ipoh, Malaysia
11/30/22 18:01

S/  Lucas Ariel Martinez
Lucas Ariel Martinez
Steinmaur, Zurich,
Switzerland
11/30/22 18:01

S/  Serban Adrian Duica
Serban Adrian Duica
Rosiori de Vede, Romania
11/30/22 18:03

S/  Becky Madsen
Becky Madsen
Las Vegas
11/30/22 18:06

S/  URI ERAN
URI ERAN
HILO , HAWAII
11/30/22 18:07

S/ Ana Laura Martinez
Ana Laura Martinez
Bahia Blanca, Buenos Aires,
Argentina
11/30/22 18:10

S/ Sharon A Smith
Sharon A Smith
Thunder Bay, Ontario
Canada
11/30/22 18:11

S/ Thomas Gargano
Thomas Gargano
Elkridge, MD
11/30/22 18:11

S/ Jean Dimitriadis
Jean Dimitriadis
Nonthaburi, Thailand
11/30/22 18:12

S/ Martin K Pease
Martin K Pease
Fare, Huahine, French
Polynesia
11/30/22 18:12

S/ Peter Gray
Peter Gray
Newark, California
11/30/22 18:13

S/ Phan Phi Long
Phan Phi Long
Singapore
11/30/22 18:13

S/ Bradley Giardiello
Bradley Giardiello
Laurel, Maryland
11/30/22 18:15

S/ William George Hewitt
William George Hewitt
South Africa
11/30/22 18:17

S/ Alberto Jimenez
Alberto Jimenez
Springfield, VA
11/30/22 18:19

S/ Carl Eckett
Carl Eckett
Wakefield
11/30/22 18:19

S/ GREGOR LUDGER
MALECKI
GREGOR LUDGER MALECKI
Alboraya, Spain
11/30/22 18:20

S/  Mark Boolootian
Mark Boolootian
Santa Cruz, CA
11/30/22 18:20

S/  Patrick Daniel Bryant
Patrick Daniel Bryant
Wells, Maine
11/30/22 18:21

S/  Rudi Bauknecht
Rudi Bauknecht
Philadelphia, PA
11/30/22 18:21

S/  Paulina Marie Solis
Paulina Marie Solis
San Diego, California
11/30/22 18:24

S/  Olena Kozlova
Olena Kozlova
Steinmaur, Zurich,
Switzerland
11/30/22 18:25

S/  Dario Javier Martinez
Dario Javier Martinez
Bahia Blanca, Buenos Aires,
Argentina
11/30/22 18:27

S/  Aidan Jaye Goodchild
Aidan Jaye Goodchild
Perth, Australia
11/30/22 18:27

S/  Nathaniel Dolbee
Nathaniel Dolbee
Quincy, Florida
11/30/22 18:28

S/  Andre Wyss
Andre Wyss
Jacksonville
11/30/22 18:29

S/  Eric Blizzard
Eric Blizzard
Cincinnati, ohio
11/30/22 18:30

S/  Robert Wilsford
Robert Wilsford
The Colony, Texas
11/30/22 18:30

S/  Alexander Medin
Alexander Medin
Newport Beach, California
11/30/22 18:31

S/  Mark Elzinga
Mark Elzinga
Den helder, Netherlands
11/30/22 18:34

S/  Ryan Carlos
Ryan Carlos
Chicago, IL
11/30/22 18:35

S/  Jeremy Huang
Jeremy Huang
Houston, Texas
11/30/22 18:37

S/  Niall McAndrew
Niall McAndrew
Christchurch, New Zealand
11/30/22 18:37

S/  Zhang Wenchang
Zhang Wenchang
Singapore
11/30/22 18:39

S/  Joshua McMahon
Joshua McMahon
Hayden, Idaho
11/30/22 18:40

S/  Katarina Stanisavljevic
Katarina Stanisavljevic
Chicago, Illinois
11/30/22 18:41

S/  Deniz Levenberg
Deniz Levenberg
Austin, TX
11/30/22 18:46

S/  Viola Siu Ping Lo
Viola Siu Ping Lo
Harris Park, NSW, Australia
11/30/22 18:47

S/  Evan Fischer
Evan Fischer
Milwaukee, WI
11/30/22 18:48

S/  Jonathan Wong
Jonathan Wong
Toronto, Canada
11/30/22 18:48

S/  Adam Egan
Adam Egan
Dublin, Ireland
11/30/22 18:50

S/  Steven Torres
Steven Torres
Simi Valley, California
11/30/22 18:50

S/  Brian Barnes
Brian Barnes
Inglewood
11/30/22 18:53

S/  Mitch shapero
Mitch shapero
San Jose, ca
11/30/22 18:55

S/  Nelson Courtney Smith
Nelson Courtney Smith
Aurora, CO
11/30/22 18:56

S/  Damien Joseph Sherry
Damien Joseph Sherry
Rostrevor Northern Ireland
11/30/22 19:00

S/  Shane O'Hare
Shane O'Hare
Chugiak, Alaska
11/30/22 19:02

S/  KELLY L VOSTAL
KELLY L VOSTAL
Manasquan, NJ
11/30/22 19:03

S/  Daxeshkumar Patel
Daxeshkumar Patel
Ajax,  Ontario, Canada
11/30/22 19:07

S/  Douglas F McLaughlin
Douglas F McLaughlin
Centennial, Colorado
11/30/22 19:08

S/  Martin Robert
Martin Robert
Las Vegas, Nevada
11/30/22 19:13

S/  Nicholas Thulin
Nicholas Thulin
La Center, Washington
11/30/22 19:16

S/  Yong Chan
Yong Chan
Bournemouth, England
11/30/22 19:18

S/ Harald Kenneth Haugan Jr
Harald Kenneth Haugan Jr
San Rafael, California
11/30/22 19:22

S/ Richard E Oswald
Richard E Oswald
Shamong, New Jersey
11/30/22 19:23

S/ Lisa R Lang
Lisa R Lang
Green Valley, AZ
11/30/22 19:23

S/ Ryan Runchey
Ryan Runchey
San Jose, California
11/30/22 19:32

S/ Edouard Cordi
Edouard Cordi
Temecula, CA
11/30/22 19:32

S/ Colin Valenta
Colin Valenta
Pittsburgh, Pennsylvania
11/30/22 19:34

S/ Janell Eckhardt
Janell Eckhardt
Bainbridge Island, WA
11/30/22 19:37

S/ Kwan Ho LIN
Kwan Ho LIN
Hong Kong
11/30/22 19:38

S/ Alan E Rorie
Alan E Rorie
Eleverta California
11/30/22 19:41

S/ Chris Roth
Chris Roth
Portland, OR
11/30/22 19:43

S/ Alan Rorie
Alan Rorie
Sacramento California
11/30/22 19:43

S/ Amber Roth
Amber Roth
Portland, OR
11/30/22 19:44

S/  Bal Krishna Jha
Bal Krishna Jha
Lorton, Virginia
11/30/22 19:44

S/  Nikhil Suri
Nikhil Suri
Canfield, Ohio
11/30/22 19:45

S/  John Heptonstall
John Heptonstall
Sydney Australia
11/30/22 19:46

S/  shawn steinborn
shawn steinborn
Phoenix, AZ
11/30/22 19:47

S/  Seat Chun Boon
Seat Chun Boon
Singapore
11/30/22 19:49

S/  Maximilian Frederick
Maximilian Frederick
Claremont, California
11/30/22 19:49

S/  Benedict Y Hui
Benedict Y Hui
Seattle, washinton, usa
11/30/22 19:49

S/  Carey Drake
Carey Drake
Atlanta, Georgia
11/30/22 19:50

S/  Morgan Bran Grossman
Morgan Bran Grossman
Woodbridge, VA
11/30/22 19:52

S/  Sooin Lee
Sooin Lee
Branson, Missouri
11/30/22 19:52

S/  Erick Gonzalez
Erick Gonzalez
Orlando, Florida
11/30/22 19:52

S/  Dawn Webster
Dawn Webster
Westville NJ
11/30/22 19:56

S/  John David Porter
John David Porter
Indianapolis, Indiana
11/30/22 19:57

S/  Caleb Ross
Caleb Ross
Jamaica, New York
11/30/22 19:58

S/  Christopher Paul Birnbaum
Christopher Paul Birnbaum
Saint Petersburg, Florida
11/30/22 20:01

S/  Jonathan Malcolm Boyd
Jonathan Malcolm Boyd
Johor Bahru, Malaysia
11/30/22 20:02

S/  Christian Simpson
Christian Simpson
Los Angeles
11/30/22 20:05

S/  Andrew Thompson
Andrew Thompson
Berwyn, Illinois
11/30/22 20:05

S/  Gipsy Field
Gipsy Field
Pompano Beach
11/30/22 20:07

S/  Michael A Joseph
Michael A Joseph
Austin
11/30/22 20:14

S/  Michael A Joseph
Michael A Joseph
Austin
11/30/22 20:14

S/  Mark woletsky
Mark woletsky
Bay shore, New York
11/30/22 20:15

S/  Brian McMullen
Brian McMullen
San Diego, California
11/30/22 20:18

S/  Curt Dell
Curt Dell
United States
11/30/22 20:21

S/  Dana Sandefur
Dana Sandefur
Dunnellon
11/30/22 20:23

S/  Christopher McBride
Christopher McBride
O'fallon, Illinois
11/30/22 20:23

S/  Norman Hirsch
Norman Hirsch
Juno Beach,Florida
11/30/22 20:23

S/  Caitriona Harvey
Caitriona Harvey
Auckland, new zealand
11/30/22 20:27

S/  Jonathan Cantor
Jonathan Cantor
Morristown, New Jersey
11/30/22 20:28

S/  Bradley McKinley
Bradley McKinley
Lousville, CO
11/30/22 20:28

S/  Allan Edgar Fong
Ramirez
Allan Edgar Fong Ramirez
Guatemala, Guatemala
11/30/22 20:29

S/  Norman Hirsch
Norman Hirsch
Juno Beach, Florida
11/30/22 20:29

S/  Matej Konecny
Matej Konecny
Sydney, Australia
11/30/22 20:30

S/  Pablo Sturm Hernandez
Pablo Sturm Hernandez
Marbella, Spain
11/30/22 20:31

S/  Geertje Anna Sinnema
Geertje Anna Sinnema
Marbella, Spain
11/30/22 20:32

S/  Brian Kenney
Brian Kenney
Toronto Canada
11/30/22 20:35

S/  Thomas Metters
Thomas Metters
Jakarta, Indonesia
11/30/22 20:36

S/  Housam majid jarrar
Housam majid jarrar
Corona, California
11/30/22 20:38

S/  Shane Owens
Shane Owens
Eldorado Springs, CO
11/30/22 20:38

S/  Miroslav ≈†uvak
Miroslav ≈†uvak
Zagreb, Croatia
11/30/22 20:39

S/  Vijo Joseph
Vijo Joseph
Brookfield, Connecticut
11/30/22 20:42

S/  Brad Legassick
Brad Legassick
Gold Coast, Australia
11/30/22 20:42

S/  Gwendolyn Mickens
Gwendolyn Mickens
Valrico, Florida
11/30/22 20:44

S/  Jeffrey Smith
Jeffrey Smith
Norfolk, Massachusetts
11/30/22 20:48

S/  Nigel Mack
Nigel Mack
Brighton South Australia
11/30/22 20:49

S/  David Ryan Long
David Ryan Long
Nashville, TN
11/30/22 20:52

S/  Jason Deon Mayhew
Jason Deon Mayhew
Salt Lake, Utah
11/30/22 20:55

S/  Nigel John Kirkwood
Nigel John Kirkwood
Busselton, Western
Australia
11/30/22 20:56

S/  John Chinnick  Root
John Chinnick  Root
Rockport Tx
11/30/22 20:59

S/  Justin Maatubang
Justin Maatubang
San Marcos, CA
11/30/22 21:06

S/  Peter Choi
Peter Choi
Richmond, VA
11/30/22 21:20

S/  Keri Taiaroa
Keri Taiaroa
Melbourne, Australia
11/30/22 21:25

S/  Frank Turner
Frank Turner
Severn, MD
11/30/22 21:31

S/  Douglas Ross Stringer
Douglas Ross Stringer
SAn Antonio, Texas
11/30/22 21:34

S/  Mark Stephens
Mark Stephens
Pensacola, Florida
11/30/22 21:34

S/  Hani Gobran
Hani Gobran
Winchester, California
11/30/22 21:42

S/  Harrison Kinchler
Harrison Kinchler
Dunwoody, Georgia
11/30/22 21:44

S/  Jefferson Touth
Jefferson Touth
Redlands, California
11/30/22 21:46

S/  NIKOLA BOSKOVSKI,MD,
NIKOLA BOSKOVSKI,MD,
Miami Beach
11/30/22 21:49

S/  John Bodwell
John Bodwell
Lewisville, TX
11/30/22 21:57

S/  Mahesh Patro
Mahesh Patro
Mumbai, India
11/30/22 22:00

S/  Erik Whitlock
Erik Whitlock
Fort Worth, Texas
11/30/22 22:00

S/  Stephan Richard
Stephan Richard
Halifax, Nova Scotia,
Canada
11/30/22 22:02

S/  Christopher Harvey
Christopher Harvey
Queensland, Australia
11/30/22 22:03

S/  Christopher Harvey
Christopher Harvey
Queensland, Australia
11/30/22 22:03

S/  Carolyn Chamberlayne
Carolyn Chamberlayne
San Francisco
11/30/22 22:08

S/  Danny Zaporozan
Danny Zaporozan
Castlegar, Canada
11/30/22 22:09

S/  Anthony Robert Catley
Anthony Robert Catley
Perth, Western Australia
11/30/22 22:11

S/  Thomas D Bindner
Thomas D Bindner
Dallas, Texas
11/30/22 22:23

S/  Jeff Pollock
Jeff Pollock
Cary,  North Carolina
11/30/22 22:28

S/  Brian Katz
Brian Katz
Los Angeles, CA
11/30/22 22:29

S/  Tamati Te Oka
Tamati Te Oka
Auckland, New Zealand
11/30/22 22:32

S/  Jared R Hamilton
Jared R Hamilton
Malvern, PA
11/30/22 22:32

S/  Dario Savic
Dario Savic
Oshkosh, Wisconsin
11/30/22 22:42

S/  Tan Chye Teck
Tan Chye Teck
Singapore
11/30/22 22:48

S/  Simeon Berson
Simeon Berson
Melbourne, Australia
11/30/22 22:49

S/  Joshua Lewis
Joshua Lewis
JACKSONVILLE
11/30/22 22:53

S/  Justin Nicholson
Justin Nicholson
Green Cove Springs, FL
11/30/22 22:53

S/  Ryan Pramer
Ryan Pramer
Celebration, Florida
11/30/22 22:55

S/  Guy Matthew Perry
Guy Matthew Perry
Santa Ana, CA
11/30/22 22:58

S/  Cviko Savic
Cviko Savic
Oshkosh, Wisconsin
11/30/22 23:03

S/  Shane Saunders
Shane Saunders
Gold Coast Australia
11/30/22 23:06

S/  Aashita Kesarwani
Aashita Kesarwani
Pomona, California
11/30/22 23:06

S/  Matthew Kurt Mosteller
Matthew Kurt Mosteller
Nashville, Tennessee
11/30/22 23:07

S/  Konstantin nikolau
Konstantin nikolau
New Jersey
11/30/22 23:08

S/  Andrew Ong
Andrew Ong
San Francisco
11/30/22 23:11

S/  Mason Miller
Mason Miller
Tempe, Arizona
11/30/22 23:15

S/  Juan Camilo Castillo Giron
Juan Camilo Castillo Giron
Australia
11/30/22 23:20

S/  My Hanh Do
My Hanh Do
San Francisco
11/30/22 23:27

S/  Rohan Juneja
Rohan Juneja
Sydney, Australia
11/30/22 23:35

S/  Paul Winnell
Paul Winnell
Melbourne, Australia
11/30/22 23:47

S/  Jason Brown
Jason Brown
Southfield, Michigan
11/30/22 23:48

S/  Cory Taylor
Cory Taylor
Baltimore, Maryland
11/30/22 23:57

S/  Chuen Kang Gooi
Chuen Kang Gooi
Singapore
12/1/22 0:03

S/  Vaibhav Pawar
Vaibhav Pawar
Arlington Heights, IL
12/1/22 0:12

S/  Justin D Smit
Justin D Smit
Arlington, VA
12/1/22 0:13

S/  Sanja Jakovljevic
Sanja Jakovljevic
Oshkosh, Wisconsin
12/1/22 0:21

S/  Jesus Ayala Jr.
Jesus Ayala Jr.
Chicago, IL
12/1/22 0:22

S/  Peter Truss
Peter Truss
Los Angeles
12/1/22 0:34

S/  Mark Underhill
Mark Underhill
Stavanger, Norway
12/1/22 0:34

S/  Maki Hanawa
Maki Hanawa
Surrey, British Columbia
12/1/22 0:35

S/  Christopher Berglund
Christopher Berglund
Surahammar, Sweden
12/1/22 0:40

S/  Clive Allan Stewart
Clive Allan Stewart
Cape Town South Africa
12/1/22 0:41

S/  Robert A Costanza
Robert A Costanza
Ojai, Calif.
12/1/22 0:47

S/  Eric Chan
Eric Chan
La Habra, California
12/1/22 0:49

S/  Mario Maldonado
Rodrⱴ≠guez
Mario Maldonado
Rodrⱴ≠guez
las Palmas, Spain
12/1/22 0:50

S/  Andrew Fenster
Andrew Fenster
San Francisco, CA
12/1/22 0:51

S/  Wojda
Wojda
Brugelette Bruxelles
12/1/22 0:53

S/  Peter Konyves
Peter Konyves
Dunaujvaros, Hungary
12/1/22 0:54

S/  Kirk Robison
Kirk Robison
Santa Clara, UT
12/1/22 1:07

S/  Doug Leung
Doug Leung
Lafayette, Indiana
12/1/22 1:07

S/  Jacen Knowlton
Jacen Knowlton
Phoenix, Arizona
12/1/22 1:08

S/  Thomas Hawker
Thomas Hawker
Zeist, Netherlands
12/1/22 1:11

S/  Reeran Kim
Reeran Kim
Rancho Palos Verdes CA
12/1/22 1:11

S/  Umesh Balani
Umesh Balani
Cerritos, California
12/1/22 1:14

S/  Florian Mautendorfer
Florian Mautendorfer
Vienna, Austria
12/1/22 1:18

S/  Frances Jones
Frances Jones
Sydney, Australia
12/1/22 1:29

S/  Liam Nguyen-Jones
Liam Nguyen-Jones
Sydney, Australia
12/1/22 1:30

S/  Taddeo Zacchini
Taddeo Zacchini
Switzerland
12/1/22 1:35

S/  James Deglau
James Deglau
Larkspur
12/1/22 1:35

S/  Bradley Machamer
Bradley Machamer
Tucson, AZ
12/1/22 1:41

S/  Vishesh Marwah
Vishesh Marwah
Melbourne, Australia
12/1/22 1:55

S/  David Schneider (all rights reserved)
David Schneider (all rights reserved)
Rogers, Arkansas
12/1/22 1:58

S/  Ognjen Markovic
Ognjen Markovic
Belgrade, Serbia
12/1/22 2:02

S/  Martijn Hinten
Martijn Hinten
Amsterdam, The Netherlands
12/1/22 2:04

S/  Grant Reid
Grant Reid
Duebendorf, Switzerland
12/1/22 2:05

S/  Jean-Paul Luijten
Jean-Paul Luijten
Amersfoort
12/1/22 2:36

S/  Bernard Mutz
Bernard Mutz
Dayton, Ohio
12/1/22 2:40

S/  Paul Crudgington
Paul Crudgington
Manchester, England
12/1/22 2:45

S/  Andrea Marchiotto
Andrea Marchiotto
Rotterdam, The Netherlands
12/1/22 2:46

S/  Michael J. Lewis
Michael J. Lewis
Fremont CA
12/1/22 2:46

S/  Russell Pentland Weetch
Russell Pentland Weetch
Harrow, United Kingdom
12/1/22 2:48

S/  Elaine Hartley
Elaine Hartley
Lancashire England
12/1/22 2:58

S/  Chris Brennan
Chris Brennan
London England
12/1/22 2:59

S/  Ali Jamshid Far
Ali Jamshid Far
Sweden
12/1/22 2:59

S/  Marlies de Boer
Marlies de Boer
Amsterdam, the
Netherlands
12/1/22 2:59

S/  Russell Chan
Russell Chan
Amersfoort, Utrecht,
Netherlands
12/1/22 3:00

S/  Lesk√≥ Bal√°zs
Lesk√≥ Bal√°zs
Budapest, Hungary
12/1/22 3:01

S/  Dani√´l Molle Koolstra
Dani√´l Molle Koolstra
Kil, Sweden
12/1/22 3:10

S/  Freerk Jelsma
Freerk Jelsma
Dokkum, The Netherlands
12/1/22 3:10

S/  Robert Boolootian
Robert Boolootian
Santa Cruz California
12/1/22 3:16

S/  Alessandro Muggianu
Alessandro Muggianu
Simaxis, Italy
12/1/22 3:22

S/  Gerardo Miranda
Gerardo Miranda
Rancho Cucamonga, CA
12/1/22 3:30

S/  Ptolemy Sinclair Petrie
Ptolemy Sinclair Petrie
Colorado Springs, Colorado
USA
12/1/22 3:30

S/  Leticia Miranda
Leticia Miranda
Rancho Cucamonga, CA
12/1/22 3:33

S/  Andrew Kennett
Andrew Kennett
London, England
12/1/22 3:34

S/  Ivica Orlic
Ivica Orlic
Croatia, Dubrovnik
12/1/22 3:45

S/  Philip Charles Harding
Philip Charles Harding
Cardiff, United Kingdom
12/1/22 3:53

S/  Mathew Rhys Harding
Mathew Rhys Harding
Cardiff United Kingdom
12/1/22 3:54

S/  Angelica Virginia
Mercado Paz
Angelica Virginia Mercado
Paz
Olite, Spain
12/1/22 3:57

S/  RAVI V ALAPATI
RAVI V ALAPATI
ATLANTA, GA
12/1/22 3:59

S/  Anthony Smith
Anthony Smith
Coulsdon
12/1/22 4:01

S/  Volkan Altunbay
Volkan Altunbay
Antwerp, Belgium
12/1/22 4:13

S/  Sheila Ferreira
Sheila Ferreira
Viana do Castelo
12/1/22 4:38

S/  Paul Webb
Paul Webb
Norwich UK
12/1/22 4:43

S/  Joel Kaiser
Joel Kaiser
Cully, Switzerland
12/1/22 4:45

S/  Victor Dominguez Ortiz
Victor Dominguez Ortiz
Moxee WA
12/1/22 4:50

S/  Damien Debin
Damien Debin
Paris, France
12/1/22 4:53

S/  Antonio Ballesteros
Cabezas
Antonio Ballesteros
Cabezas
Conthey Switzerland
12/1/22 4:56

S/  Raminta Didikaite
Raminta Didikaite
London
12/1/22 5:13

S/  Peter Mcloughlin
Peter Mcloughlin
Thomastown, Ireland
12/1/22 5:23

S/  Andreas Aeschlimann
Andreas Aeschlimann
Heimberg, Switzerland
12/1/22 5:25

S/  Benjamin Patton
Benjamin Patton
Dorado, PR
12/1/22 5:26

S/  Norbert Wegrzynowski
Norbert Wegrzynowski
Gloucester, England
12/1/22 5:27

S/  Vishal Thomas
Vishal Thomas
Brighton, England
12/1/22 5:42

S/  Rien Vanmarcke
Rien Vanmarcke
Brugge, Belgium
12/1/22 5:43

S/  Kunwar bir singh
Kunwar bir singh
Singapore singapore
12/1/22 5:53

S/  Andrew A Martin
Andrew A Martin
Norton Shores, Michigan
12/1/22 6:06

S/  Allan Albert van der Meer
Allan Albert van der Meer
Hamilton, Bermuda
12/1/22 6:28

S/  Paul Niehe
Paul Niehe
Den Haag, the Netherlands
12/1/22 6:29

S/  Min Wilde
Min Wilde
United Kingdom
12/1/22 6:32

S/  Elliott Russell
Elliott Russell
Mansfield, United Kingdom
12/1/22 6:37

S/  Danny Layton
Danny Layton
London, England
12/1/22 6:39

S/  James Engel
James Engel
Long Valley New Jersey
12/1/22 6:47

S/  Samuli Lvðf
Samuli Lvðf
Salo, Finland
12/1/22 6:49

S/  Jong Chol Lee
Jong Chol Lee
Deep River, Connecticut
12/1/22 6:49

S/  Vñmer Yafüf±z
Vñmer Yafüf±z
Ankara, Turkey
12/1/22 6:51

S/  Tyson Knowles
Tyson Knowles
Campbell River, Canada
12/1/22 6:52

S/  Liew Eng Chuan
Liew Eng Chuan
Selangor, Malaysia
12/1/22 6:52

S/  Benoit Kuziora
Benoit Kuziora
Thunder Bay Canada
12/1/22 7:04

S/  Adam Velez
Adam Velez
Toms River, New Jersey
12/1/22 7:07

S/  Todd Friedman
Todd Friedman
Park City, Utah
12/1/22 7:12

S/  Georges
Georges
Hiroshima, Japan
12/1/22 7:16

S/  Michael S Merson
Michael S Merson
Boynton Beach, Florida
12/1/22 7:17

S/  LAWRENCE CHARLES
PORTER II
LAWRENCE CHARLES
PORTER II
Miami Beach, Florida
12/1/22 7:24

S/  Matthew Bolden
Matthew Bolden
Atlanta, GA
12/1/22 7:26

S/  Matthew Bolden
Matthew Bolden
Atlanta, GA
12/1/22 7:26

S/  Christopher Little
Christopher Little
Brambleton, Virginia
12/1/22 7:29

S/  Michael Sutton
Michael Sutton
Pickerington, ohio
12/1/22 7:29

S/  Lucia August
Lucia August
Oakland, California
12/1/22 7:30

S/  Arwed Kubisch
Arwed Kubisch
Lvºneburg, Germany
12/1/22 7:37

S/  Daniel Frishberg
Daniel Frishberg
Hillsborough County,
Florida
12/1/22 7:43

S/  Jacob Radder
Jacob Radder
Buffalo, New York
12/1/22 7:43

S/  Renaud Valkenberg
Renaud Valkenberg
Grez-Doiceau, Belgium
12/1/22 7:53

S/  Alec Samuel Urrutia
Delgado
Alec Samuel Urrutia
Delgado
Opera, Italy
12/1/22 8:02

S/  Ernest TRAN
Ernest TRAN
Paris, France
12/1/22 8:03

S/  Sonda Cohen
Sonda Cohen
Bangkok Thailand
12/1/22 8:09

S/  Larry Gooch
Larry Gooch
Kitchener Ontario Canada
12/1/22 8:16

S/  Aim√©e G. Urrutia D.
Aim√©e G. Urrutia D.
Panam√°, Panam√°
12/1/22 8:26

S/  Kim Nilsson Davidsson
Kim Nilsson Davidsson
Puerto Aventuras.
Quintana Roo. Mexico
12/1/22 8:32

S/  Jefferson Nunn
Jefferson Nunn
Plano Texas
12/1/22 8:34

S/  Clay Schile
Clay Schile
Greer, SC
12/1/22 8:34

S/  Nikhil Suri
Nikhil Suri
Canfield, Ohio
12/1/22 8:35

S/  Gavin Pinto
Gavin Pinto
Canada
12/1/22 8:35

S/  Mark Griffin
Mark Griffin
Dripping Springs, TX
12/1/22 8:37

S/  Robert Flores
Robert Flores
Waterloo Ia
12/1/22 8:38

S/  Calum Ip
Calum Ip
Hong Kong, Hong Kong
12/1/22 8:39

S/  Frederik Lauwers
Frederik Lauwers
Bellegem, Belgium
12/1/22 8:40

S/  FUNG Tsz Ching Joanna
FUNG Tsz Ching Joanna
Hong Kong
12/1/22 8:41

S/  Philippe Hegi
Philippe Hegi
Hong kong
12/1/22 8:44

S/  David McDaniel New
David McDaniel New
Charlottesville, Va
12/1/22 8:44

S/  Philippe REYMOND
Philippe REYMOND
Gland, Switzerland
12/1/22 8:45

S/  Philippe Hegi
Philippe Hegi
Hong kong
12/1/22 8:46

S/  Tom Jolley
Tom Jolley
Sheffield, England
12/1/22 8:49

S/  joanne evans
joanne evans
Palm Beach, Australia
12/1/22 8:50

S/  Pierpaolo Urrutia Delgado
Pierpaolo Urrutia Delgado
Fermo, Italy
12/1/22 8:50

S/  Joseph Roman
Joseph Roman
Boca Raton, Florida
12/1/22 8:55

S/  Thibault Giffard
Thibault Giffard
Salford, England
12/1/22 9:01

S/  Richard Kris Robison
Richard Kris Robison
Provo, Utah
12/1/22 9:04

S/  maarten robaeys
maarten robaeys
Merchtem, Vlaams-
Brabant, Belgium
12/1/22 9:16

S/  Pak Yuk Man
Pak Yuk Man
Hong Kong, Hong Kong
12/1/22 9:18

S/  Robert Citron
Robert Citron
Washington DC
12/1/22 9:22

S/  David Bolt
David Bolt
Dickson Tennessee
12/1/22 9:23

S/  REGINA  OSBORNE
REGINA  OSBORNE
Washington Court House,
Ohio
12/1/22 9:33

S/  Tom Brown
Tom Brown
Fort Myers, Florida
12/1/22 9:37

S/  Chad Michael Otte
Chad Michael Otte
Morgantown, WV
12/1/22 9:39

S/  Mary McLoughlin
Mary McLoughlin
Thomastown, Ireland
12/1/22 9:45

S/  Andy Gimino
Andy Gimino
Westford, Vermont
12/1/22 9:48

S/  Bradley W Holloway
Bradley W Holloway
Murphy NC
12/1/22 9:50

S/  Lisa M Holloway
Lisa M Holloway
Murphy NC
12/1/22 9:51

S/  Gabriel Theron
Gabriel Theron
Bekasi, Indonesia
12/1/22 9:56

S/  Rafal Szymanski
Rafal Szymanski
Nashua Nh
12/1/22 9:59

S/  jaclyn balian
jaclyn balian
los angeles, ca
12/1/22 10:00

S/  Carol summers
Carol summers
Pasadena Maryland
12/1/22 10:00

S/  Enrico Pena
Enrico Pena
Parav±aque, Philippines
12/1/22 10:00

S/  Rami A Efal
Rami A Efal
New York, New York
12/1/22 10:01

S/  Ian Gabrielle
Ian Gabrielle
Egg Harbor Township, New
Jersey
12/1/22 10:04

S/  Stephen Edward Fuges
Stephen Edward Fuges
Doylestown Pennsylvania
12/1/22 10:04

S/  Michael Garner
Wakefield
Michael Garner Wakefield
Bentonville, AR
12/1/22 10:05

S/  Ranjana Sarma
Ranjana Sarma
Edinburg, TX, USA
12/1/22 10:13

S/ Thomas L White Jr
Thomas L White Jr
Virginia Beach, Virginia
12/1/22 10:19

S/ Gerald D Van Eeckhout
Gerald D Van Eeckhout
Frisco, Colorado
12/1/22 10:19

S/ Jeffrey R. Carenbauer
Jeffrey R. Carenbauer
Morgantown, WV
12/1/22 10:24

S/ Yamil Molinar Rivera
Yamil Molinar Rivera
US, Chicago, IL
12/1/22 10:25

S/ Cynthia E Perrulli
Cynthia E Perrulli
Bethlehem, PA
12/1/22 10:25

S/ Lucia Ana Costa
Lucia Ana Costa
Bahia Blanca, Buenos Aires,
Argentina
12/1/22 10:37

S/ Derrick Ehrhardt
Derrick Ehrhardt
Tega Cay, South Carolina
12/1/22 10:38

S/ Paul Cameron
Paul Cameron
Kimberley, Canada
12/1/22 10:41

S/ Michael Tarsi
Michael Tarsi
Lighthouse Point, FL US
12/1/22 10:51

S/ Cameron Crews
Cameron Crews
Hoboken, New Jersey
12/1/22 10:59

S/ L. Anne Yeilding
L. Anne Yeilding
Decatur, Georgia, USA
12/1/22 11:04

S/ Raul Alfredo Martinez
Raul Alfredo Martinez
Bahia Blanca, Buenos Aires,
Argentina
12/1/22 11:05

S/  Benjamin Baker
Benjamin Baker
Morgantown, West Virginia
12/1/22 11:09

S/  Cameron Petts
Cameron Petts
Chatham
12/1/22 11:12

S/  L. Anne Yeilding
L. Anne Yeilding
Decatur GA USA
12/1/22 11:14

S/  Alexander Dumbrique
Alexander Dumbrique
Montreal
12/1/22 11:19

S/  Ryan Schleiger
Ryan Schleiger
Newport Beach, CA
12/1/22 11:20

S/  Judith D Ferrara
Judith D Ferrara
Yardley, Pennsylvania
12/1/22 11:24

S/  austin stratton
austin stratton
Santa Cruz California
12/1/22 11:28

S/  Eric Joseph Avila
Eric Joseph Avila
Los Angeles, California
12/1/22 11:31

S/  Ryan Chilia
Ryan Chilia
Austin Texas
12/1/22 11:32

S/  Jordan J Oglesby
Jordan J Oglesby
Los Angeles, California
12/1/22 11:36

S/  Mark Souvigny
Mark Souvigny
Phoenixville, Pennsylvania
12/1/22 11:44

S/  Gary Hor
Gary Hor
Hong Kong, China
12/1/22 11:53

S/ igor bekker
igor bekker
BROOKLYN, new york
12/1/22 11:59

S/ James Martindale
James Martindale
Dallas, Texas
12/1/22 12:08

S/ Jinesh Patel
Jinesh Patel
Belle Mead, NJ
12/1/22 12:14

S/ Nicolas
Nicolas
Puerto Rico
12/1/22 12:15

S/ Milin Patel
Milin Patel
San Francisco, CA
12/1/22 12:16

S/ Andrew Swink
Andrew Swink
Laurel, MD
12/1/22 12:36

S/ Abdus Samad Soliman
Abdus Samad Soliman
Sharjah, UAE
12/1/22 12:47

S/ Michael Lohmann
Michael Lohmann
Tseung Kwan O, Hong Kong
12/1/22 12:51

S/ Alec Samuel Urrutia Delgado
Alec Samuel Urrutia Delgado
Opera, Italy
12/1/22 12:59

S/ Alejandro Carballo
Alejandro Carballo
Irvine, California
12/1/22 13:11

S/ Seungjun Park
Seungjun Park
Calgary
12/1/22 13:12

S/ Christopher D Fay
Christopher D Fay
Plano Texas
12/1/22 13:14

S/  waqas keen
waqas keen
San Francisco, California
12/1/22 13:17

S/  Carla Gravenkemper
Carla Gravenkemper
Plano Texas
12/1/22 13:19

S/  Ryan Schwallie
Ryan Schwallie
Cincinnati, Ohio
12/1/22 13:21

S/  Namrata
kannanthanathu
Namrata kannanthanathu
East Gosford, Australia
12/1/22 13:25

S/  Timothy Hays
Timothy Hays
Houston
12/1/22 13:38

S/  Carey Seip
Carey Seip
La Center, WA
12/1/22 13:49

S/  Yoshihiro Luk
Yoshihiro Luk
New York, New York
12/1/22 13:52

S/  Sergey Kim
Sergey Kim
Rockville MD
12/1/22 14:03

S/  Sergey Kim C/O Richard
Rosenblatt
Sergey Kim C/O Richard
Rosenblatt
Rockville MD
12/1/22 14:05

S/  Sandra Valencia Morley
Sandra Valencia Morley
Morton Grove IL
12/1/22 14:15

S/  John Collier
John Collier
Morton Grove IL
12/1/22 14:16

S/  Cecilia Valencia
Cecilia Valencia
Morton Grove IL
12/1/22 14:23

S/  Vincent DiMartino
Vincent DiMartino
Homosassa, FL
12/1/22 14:24

S/  Yiu Au
Yiu Au
Los Angeles, CA
12/1/22 14:31

S/  Kinney B
Kinney B
TX, USA
12/1/22 14:33

S/  Wendy valencia
Wendy valencia
Morton grove illinois
12/1/22 14:33

S/  Steven Gregory Dagg
Steven Gregory Dagg
Franklin, Tennessee
12/1/22 14:33

S/  william marlett
william marlett
Bend, Oregon
12/1/22 14:40

S/  Mark Luckenbaugh
Mark Luckenbaugh
Hanover, PA
12/1/22 14:45

S/  Kenneth Hartvig Taul
Kenneth Hartvig Taul
Denmark
12/1/22 14:46

S/  Ryan mackie
Ryan mackie
Fife Scotland
12/1/22 14:50

S/  Ryan Mackie
Ryan Mackie
Fully agree with the
content of the petition
12/1/22 14:51

S/  Peggy Johnson
Peggy Johnson
Sun City West,AZ
12/1/22 14:53

S/  Joseph Giarrusso
Joseph Giarrusso
New Hampshire
12/1/22 14:55

## PERSONAL COMMENTS FROM CELSIUS CUSTOMERS

Your Honor, we really need new UCC members who have been on the ground for months now and have done a ton of work that needs to be utilized. Thank you.
*Irina, Ventura County, CA*

Dear Judge, small Celsius users are suffering, please help us.
*Omar bin Fazan, Ipoh, Malaysia*

The money in my Celsius account is my personal life savings. I just want it back :(
*Peter Gray, Newark, California*

I absolutely detest the performance of our existing UCC. They have taken a back seat to more motivated creditors who have been forced to carry the weight they have dropped by submitting compelling motions against unlawful and unfair decisions requested by the Debtor. Celsius has been uncooperative during this bankruptcy and the UCC has done little more than push Alex Mashinsky out of his role of CEO. We need active and communicative representation by a UCC that has the majority of creditor desires in mind.
*Alberto Jimenez, Springfield, VA*

I held USDC as an alternative to my cash emergency fund under the assumption that my risk was tied to underlying fluctuation of USDC. Not to give Celsius the right to use my funds to pay other creditors.
*Alexander Medin, Newport Beach, California*

I want my assets back asap. I refuse to fund the next Celsius misadventure. Thank you!
*Deniz Levenberg, Austin, TX*

Is the UCC colluding with the debtor Celsius? They are working against creditors' interests. The UCC does not represent me. I am one of the top 10% creditors, so sad.
*Viola Siu Ping Lo, Harris Park, NSW, Australia*

Celsius can establish a claim on my asset if I had engaged in a sale of my asset. I have used Celsius as a Bank Account/Custodian where I was promised I would earn some interest by depositing my assets with them. I was not asked to sell my assets to them. They cannot choose to enforce a grab-all deposits tactic only after losing our assets because of their bad business acumen. Before that, they were treating our assets like they were custodians where we were free to take our assets elsewhere. The rules should not be enforced differently post and pre bankruptcy filing.
*Bal Krishna Jha, Lorton, Virginia*

Coins on Celsius are in the ownership of Celsius creditors.
*shawn steinborn, Phoenix, AZ*

Your Honor, throughout every AMA, email, YouTube video, post on blogs and Twitter, ownership of our coins prior to Celsius filing for CH11 had ever been in question - in fact the CEO himself regularly lured new customers on the back of Celsius features and the fact that no one ever had an issue withdrawing THEIR tokens! The audacity of this company to state that our funds suddenly belong to them AFTER they mismanaged them is absurd! I appreciate your consideration and hope you see that their actions do not warrant any further loss from us, the depositors (creditors), and maximum recovery should be of upmost importance - not more of our funds going to this failed, untrustworthy company.
*Christopher Paul Birnbaum, Saint Petersburg, Florida*

The UCC MUST represent all parties. There is clear legal precedent that our coins belong to us. We need to have a group that represents the large cohort of non US customers of Celsius. The UCC really needs to reconsider their current stance and the implications of not supporting our rights to our property.
*Jonathan Malcolm Boyd, Johor Bahru, Malaysia*

If the UCC supports the Estate on Earn ownership then the UCC is corrupt and has violated their responsibilities as a fiduciary in every capacity
*Curt Dell, United States*

1. No taxable event was triggered upon transfer from customer to debtor
2. Customers paid taxes on gains
3. Debtor would send customer back property with no taxable event
4. Interest was paid into EARN (which the debtor claims to also own?)
5. The Debtor was enticing more deposits with promotional codes and time specific incentives
6. The Debtor comingled funds from earn, borrow, custody and withhold
7. The Debtor changed its TOS seven times in their advantage after knowingly insolvent
8. The Debtor acted in bad faith to its customers
9. The Debtor made numerous public material misrepresentations
10. The Debtor was offering illegal unregistered securities to non-accredited investors
*Norman Hirsch, Juno Beach, Florida*

Alex Mashinsky stole my daughter's money.
*Pablo Sturm Hernandez, Marbella, Spain*

I can't believe this is even a serious question. Why would anyone willingly give up their life's savings?
*Jason Deon Mayhew, Salt Lake, Utah*

We seek only the return of our personal assets.
*Douglas Ross Stringer, San Antonio, Texas*

Customers' coins rightfully belong to the customers as also stated in BlockFi TOS.
*Tan Chye Teck, Singapore*

God bless you, please make the right decision for the creditors
*Juan Camilo Castillo Giron, Australia*

Your Honor - This is a group of normal everyday people. Families with kids, senior citizens - people who believed that this is a legitimate, well managed and transparent organization, where in reality the Celsius senior leaders were just gambling with literally the life's savings of hundreds of individuals.

I genuinely believe that the American justice system is the only place in this whole world where the judges could side with individual earn account holders/investors who will be impacted brutally and not Celsius which at this point is clear in its intention to loot the remaining funds.
*Vaibhav Pawar, Arlington Heights, IL*

My crypto is my property. I would not give away my life savings to Celsius. I would not be paying taxes on the interest earned on my crypto. My crypto has always belonged to me. Please don't let Celsius misrepresent this.
*Jesus Ayala Jr., Chicago, IL*

The crypto assets in Custody and Earn belong to the customers and not to Celsius management.  This is ridiculous that this is being called into question.
*Eric Chan, La Habra, California*

We have been paying taxes on these assets, if they were not our possessions then why issue 1099 forms?
*Doug Leung, Lafayette, Indiana*

Unfortunately Celsius has my family's assets. I'm a single mother with two sons. Please give OUR coins back asap.
*Frances Jones, Sydney, Australia*

I'm 20 years old. Please give my money back, I need it asap!
*Liam Nguyen-Jones Sydney, Australia*

I'm a military officer and single dad.  This has crippled me by about 3 years. Please do the right thing. Return the ownership of the coins to the people - not the corporations
*Bernard Mutz, Dayton, Ohio*

Honorable Judge Glenn, it is ludicrous that the UCC, the ones supposed to represent the creditors, are actually taking a stand against the creditors with regards to tittle ownership and property rights. There are too many people who have been completely wrecked as a result of scammer Mashinsky. Time is of the essence to get as many of us made as whole as possible. Please hold them accountable to return our assets.
*Ptolemy Sinclair Petrie, Colorado Springs, Colorado USA*

Celsius has mismanaged our funds and has now spent enough of our funds in this Ch11 process.
*Philip Charles Harding, Cardiff, United Kingdom*

The UCC has promised fair and open discussion on all major decisions which it is failing to abide by. I strongly feel the present Committee is biased and needs to be reorganized.
*RAVI V ALAPATI, ATLANTA, GA*

Owning my Earn account implies credibility, responsibility and professionalism; none of them recognised in Celsius.
*Sheila Ferreira, Viana do Castelo, Portugal*

Agreed and signed by R. D.
*Raminta Didikaite, London, England*

I do not support under any circumstances the debtors claiming ownership or investing the assets I deposited on Earn.
*Peter Mcloughlin, Thomastown, Ireland*

Your Honor, it seems incredible misleading and unfair that a company can coerce people to deposit their life savings into their platform under the notion they are a safe and secure way for depositors to not be taken advantage of by banks and then, later on, sneak in language in a lengthy updated terms of service that essentially says they now own the depositors coins. If this sort of behavior and deception isn't called out in a United States court then it will only continue and we will see other firms try similar tactics to separate people from their funds. Please prove to people that the US court system will uphold sovereignty of one's assets and do not allow businesses to victimize people through the use of quickly changing terms of service documents.
*Benjamin Patton, Dorado, PR*

The UCC has shown it is not working in the best interest of the unsecured creditors. Selling my coins to keep the circus going? Who in their right mind, knowing the facts we are all aware of now, would be giving Celsius what it wants. They stole my savings!
*Rien Vanmarcke, Brugge, Belgium*

Many in the community have stated that it is preferred to accept 50% of what is ours right now rather than to have these proceedings drag on any longer.  It is recognized that the longer this case goes on the more other entities (UCC, legal teams) will spend money from what is left to reward themselves for hours allegedly worked, all the while getting us no closer to some sort of recompense of what is rightfully and legally ours, despite attempts to prove otherwise.  We look forward to a favorable judgment on behalf of the many who trusted Celsius to act as good agents and dramatically proved otherwise.
*Todd Friedman, Park City, Utah*

Thank you so much for your help Judge Glenn! Please protect us from these scammers, at least we get something in return.
*Arwed Kubisch, Luneburg, Germany*

Celsius insists on "your coins" in all their marketing and promotional materials. The coins are ours.
*Calum Ip, Hong Kong, Hong Kong*

Mashinsky told us every week that the coins were ours, that Celsius was safer than a bank, that there was 0 risk, that it was like a savings account. That bank runs were impossible. I have videos to prove it. Lies week in week out for years. He used those lies to convince us to put our life savings on celsius. Now I can't make rent nor pay for my child s education.  While he pulled out all his money. The UCC is not acting in the best interest of creditors. No communication and taking stances that 90%creditors disagree with.
*Philippe Hegi, Hong Kong*

You will find the majority of creditors want nothing to do with anybody employed by Celsius. We have been deceived enough and now want the coins left in their current possession back. Allowing the choice of a reorganisation bid under new management would be preferred over chapter 7 as it may allow for potential upside in equity form.
*Thibault Giffard, Salford, England*

Justice
*maarten robaeys, Merchtem, Vlaams-Brabant, Belgium*

Multiple hours of searchable video, audio, and ad copy / print advertising dictated to customers these were our coins available to withdraw when we needed them. Acting in any manner otherwise is deceptive and despicable.
*Chad Michael Otte, Morgantown, WV*

Please help us keep our deposits! Thank you.
*Benjamin Baker, Morgantown, West Virginia*

Customer deposits are customer assets. Celsius was advertised as better than a bank
*Jordan J Oglesby, Los Angeles, California*

Creditors First.
*Mark Souvigny, Phoenixville, Pennsylvania*

I was parking my USDC coins on the Celcius platform. My USDC coins are my property and should be released back to me.  USDC should be treated as a cash account.  No one should have the right to my cash account.
*igor bekker, BROOKLYN, new york*

My life savings in Earn, Custody and Collateral belong to me. Alex (the former CEO of Celsius) misrepresented the actual risks he was taking. He made it seem like institutional loans were over collateralized and Earn was safe like a bank. Please return my life savings.
*Alejandro Carballo, Irvine, California*

Funds were for my son & daughter's college
*Christopher D Fay, Plano, Texas*

Celsius should not be allowed to burn through our coins/assets, especially considering those assets were obtained through repeated false and potentially fraudulent claims to us depositors
*waqas keen, San Francisco, California*

Sons college fund.
*Carla Gravenkemper, Plano, Texas*

Will you leave us with nothing sir!?
*Vincent DiMartino, Homosassa, FL*

UCC might need modifications to better align with what we have been lead to believe about Celsius.
*Kinney B, TX, USA*

I assumed when I deposit my cash into Celsius to purchase coins that I was the legal owner of those coins. I don't recall signing a Terms of Service Agreement when I made the deposits.
*Steven Gregory Dagg, Franklin, Tennessee*

Fully agree with the content of this petition
*Ryan mackie, Fife Scotland*

Celsius lied about how they ran their business. Celsius lied about the security of their platform and the cooperation with state officials. I put my life savings in Celsius as a non accredited investor in February and believed my money was going towards over collateralized p2p loans as that's what was marketed. I have no idea why or how my money dissipated in only 4 months. It makes no sense at all other than celsius was likely operating already insolvent and likely as a Ponzi and a fraud. I am not surprised that most insiders have nothing or very little on the platform outside of their fake token CEL. They took our money and lied. They do not get a single line in their TOC to hold up if the whole operation was a sham.
*Joseph Giarrusso, New Hampshire*

**EXHIBIT A - VIDEO: TRANSCRIPT OF CELSIUS NETWORK AMA, JULY 24, 2020**

Q: So Alex, this question is for you. It comes from Bob. Why is there no insurance offered for deposits of Bitcoin? How do I know you will be around to return the Bitcoin?

A: So, when you give us Bitcoin, it's not like it's ours, right? It's yours. Legally, it is still **your** Bitcoin. The only thing we do is when you lend us **your** Bitcoin, we lend them to people who pay us interest. When they return them, it goes back to the wallet, and it's still yours from that wallet. So the question is really: is the wallet insured? And you hear all over the place people saying: I have insurance… (Emphasis added.)

Source: Celsius Network AMA with Alex Mashinsky and  HFN's Roni Cohen Pavon, https://www.youtube.com/watch?v=kC-89USzxaM&t=4591s**,** at 1:16:31. Ends at 1:70:00.

**DECLARATION WITH RESPECT TO THE ABOVE TRANSCRIPT**

I, Immanuel Hermann, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the transcript appearing above is a true and correct transcript of the video linked above to the best of my knowledge, information, and belief.

<u>s/ Immanuel Herrmann</u>
Immanuel Herrmann
Silver Spring, MD
December 2, 2022