MILES & STOCKBRIDGE P.C.
Emily K. Devan
*Pro Hac Vice pending*
100 Light Street, 10th Floor
Baltimore, Maryland 21202
Tel: (410) 385-3413
Fax: (410) 385-3700
edevan@milesstockbridge.com

*Attorneys for Josh Tornetta*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | * | |
| **CELSIUS NETWORK, LLC.,** *et al.,*[1] | * | Case No.: 22-10964 (Chapter 11) |
| Debtors. | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022 a copy of the *Joinder of John Tornetta in Objections to Motion for Entry of an Order (i) Establishing Ownership of Assets in the Debtors EARN Program, (ii) Permitting the Sale of Stablecoin in the Ordinary Course, and (iii) Granting Related Relief* (related document(s)[1325]) (Dkt. No. 1503) was served via CMECF on the following:

David J. Adler at dadler@mccarter.com

Susan L Adler at nycsa@aol.com, susannycsa@gmail.com

Nelly Cessiska Almeida at nalmeida@milbank.com, jbrewster@milbank.com; aheine@milbank.com; mwyanez@milbank.com; nelly-almeida-8701@ecf.pacerpro.com

Andrea Amulic at andrea.amulic@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

Michael Andolina at mandolina@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

Darren T. Azman at dazman@mwe.com, mco@mwe.com;cgreer@mwe.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Alexandra Steinberg Barrage at abarrage@dwt.com

Malcolm M Bates at mbates@duanemorris.com

Ronit Berkovich at Ronit.Berkovich@weil.com

Jeffrey Bernstein at jbernstein@mdmc-law.com, kpatterson@mdmc-law.com

Michael P. Broadhurst at mbroadhurst@wgpllp.com

Dean Lindsay Chapman, Jr. at dchapman@akingump.com, AGSearch-Lit@akingump.com; kmanlove@akingump.com;nymco@akingump.com

Michael Chen at mchen@akingump.com

Shawn M. Christianson at schristianson@buchalter.com, cmcintire@buchalter.com

Jeffrey S. Cianciulli at jcianciulli@wgpllp.com, imarciniszyn@weirpartners.com

Marvin E. Clements, Jr. at agbanknewyork@ag.tn.gov

Hollace T. Cohen at hollace.cohen@fisherbroyles.com

Aaron Colodny at aaron.colodny@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com

Dawn R. Copley at dcopley@dickinsonwright.com, tcorey@dickinsonwright.com

Karen Cordry at kcordry@naag.org

Shara Claire Cornell at shara.cornell@usdoj.gov

Anthony J. DeGirolamo at tony@ajdlaw7-11.com

Roma N Desai at roma.desai@oag.texas.gov

Thomas Robert Dominczyk at tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

Daniel Eggermann at deggermann@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Stuart P. Gelberg at spg@13trustee.net

Jeffrey R. Gleit at jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com; alyssa.fiorentino@afslaw.com

Brian D. Glueckstein at gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com; brian-glueckstein-5384@ecf.pacerpro.com

Bonnie R. Golub at bgolub@wgpllp.com

Andrew R. Gottesman at gottesman@mintzandgold.com, gottesman@mintzandgold.com

Brian G. Hannon at bhannon@norgaardfirm.com, sferreira@norgaardfirm.com; kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Juandisha Harris at harrisj12@michigan.gov

Samuel P Hershey at shershey@whitecase.com, mco@whitecase.com,jdisanti@whitecase.com

Michael R. Herz at mherz@foxrothschild.com, cbrown@formanlaw.com

Mitchell Hurley at mhurley@akingump.com, bkemp@akingump.com;dkrasa@akingump.com

Monique Debrikka Jewett-Brewster at mjb@hopkinscarley.com, eamaro@hopkinscarley.com

Katherine Johnson at kjohnson3@ftc.gov, kaizpuru@ftc.gov

John Kane at jkane@akingump.com

Barry R. Kleiner at dkleiner@kkwc.com

Gregory Kopacz at gkopacz@sillscummis.com

Lawrence J. Kotler at ljkotler@duanemorris.com

Bryan Kotliar at bkotliar@teamtogut.com, eblander@teamtogut.com;jmcclain@teamtogut.com; gquist@teamtogut.com;astolp@teamtogut.com

Deborah Kovsky-Apap at deborah.kovsky@troutman.com, kay.kress@troutman.com

Erica Kravchenko at ekravchenko@bernsteinlaw.com

Tyler Nathaniel Layne at tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com

Vincent Edward Lazar at vlazar@jenner.com

Thomas Scott Leo at sleo@leolawpc.com, emartinez@leolawpc.com

Nicole A Leonard at nleonard@mdmc-law.com, sshidner@mdmc-law.com

Seth H. Lieberman at slieberman@pryorcashman.com, cfrench@pryorcashman.com

Mark A. Lindsay at mlindsay@bernsteinlaw.com

Edward J. LoBello at elobello@msek.com

Stephen Manning at stephen.manning@atg.wa.gov, GCEEF@atg.wa.gov

Hugh R. McCullough at hughmccullough@dwt.com, elainehuckabee@dwt.com;SEADocket@dwt.com

Joshua Mester at jmester@jonesday.com

Layla Milligan at Layla.Milligan@oag.texas.gov

Julie F. Montgomery at jmontgomery@brownconnery.com

Michael D. Morris at morrismd@doj.state.wi.us, radkeke@doj.state.wi.us

Steven Mulligan at smulligan@cp2law.com

Carl D. Neff at carl.neff@fisherbroyles.com

Mark Norgaard at mnorgaard@norgaardfirm.com, crose@norgaardfirm.com; sferreira@norgaardfirm.com

Kyle J. Ortiz at kortiz@teamtogut.com, dperson@teamtogut.com;aoden@teamtogut.com; aglaubach@teamtogut.com;eblander@teamtogut.com;bkotliar@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com;lebrahimi@teamtogut.com

Michael Todd Parker at todd.parker@parkerpohl.com

Arie Peled at aapeled@venable.com

Gregory F Pesce at gregory.pesce@whitecase.com, jdisanti@whitecase.com,

Richard J. Pilson at richardjpilson@aol.com

David M Pohl at david.pohl@parkerpohl.com

John Reding at john.reding@ilag.gov

Annemarie V. Reilly at annemarie.reilly@lw.com

Kyle William Roche at kyle@kyleroche.law, akaradjas@rochefreedman.com

Jennifer Rood at jennifer.rood@vermont.gov

000001\1009627\4894-3667-2576.v1

Abigail Ryan at abigail.ryan@oag.texas.gov

Jeffrey S. Sabin at jssabin@venable.com

Ray C Schrock at ray.schrock@weil.com, matthew.goren@weil.com

William D Schroeder, Jr at schroeder@jrlaw.org, healey@jrlaw.org

Paul R. Shankman at pshankman@fortislaw.com

Virginia T. Shea at vshea@mdmc-law.com, tcolombini@mdmc-law.com;mtaranto@mdmc-law.com

Paul N. Silverstein at paulsilverstein@huntonak.com

Scott D. Simon at ssimon@goetzfitz.com

Katherine Stadler at kstadler@gklaw.com, kboucher@gklaw.com

Catherine Steege at csteege@jenner.com, jeffrey_cross@discovery.com

Howard Steel at HSteel@goodwinlaw.com

Joshua Sussberg at jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Lucy Thomson at lucythomson_cpo@earthlink.net

David Turetsky at david.turetsky@whitecase.com, jdisanti@whitecase.com

United States Trustee at USTPRegion02.NYECF@USDOJ.GOV

Morris D. Weiss at morris.weiss@wallerlaw.com,sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Dina L. Yunker Frank at bcuyunker@atg.wa.gov

Evan J. Zucker at ezucker@blankrome.com, eDocketing@blankrome.com

           ___/s/ Emily K. Devan____
           Emily K. Devan, Esquire (*Pro Hac Vice Pending*)