**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                                         Case No.: _____

                                                                                                         Chapter ___

                                   Debtor

------------------------------------------------------------x

                                                                                         Adversary Proceeding No.: _____

                                   Plaintiff

                          v.

                                   Defendant

------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

      I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case    adversary proceeding.

      *I certify that I am a member in good standing* of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____

_____, New York                                                                             _____

                                                                                                        *Mailing Address*:

                                                                                                        _____

                                                                                                        _____

                                                                                                        _____

                                                                     *E-mail address*: _____com

                                                                    *Telephone number*: (____)_____