**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                    Case No.: __22-10964__ (MG)

 CELSIUS NETWORK LLC, et al.,                                Chapter __11__

                                                 Debtor s          Jointly Administered

---------------------------------------------------------------x

                                                                              Adversary Proceeding No.: _____

                                                 Plaintiff

                          v.

                                                 Defendant

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

          Upon the motion of _Mark A. Lindsay_____, to be admitted, ***pro hac vice***, to represent _Courtney Burks Steadman_____, (the "Client") a _creditor_____

in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _Pennsylvania_____ and, if applicable, the bar of the U.S. District Court for the _Western_____ District of _Pennsylvania_____, it is hereby

          **ORDERED**, that _Mark A. Lindsay_____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

                                                 UNITED STATES BANKRUPTCY JUDGE