**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

CELSIUS NETWORK LLC, et al.,

                                Debtor s

---------------------------------------------------------------x

                                Plaintiff

                    v.

                                Defendant

---------------------------------------------------------------x

Case No.: 22-10964 (MG)

Chapter 11

Jointly Administered

Adversary Proceeding No.: _____

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of Mark A. Lindsay, to be admitted, ***pro hac vice***, to represent Kim David Flora and Brett Flora, (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Western District of Pennsylvania, it is hereby

    **ORDERED**, that Mark A. Lindsay, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

UNITED STATES BANKRUPTCY JUDGE