## EXHIBIT A

### BITCOIN (BTC)[1]



### ETHEREUM (ETH)[2]



---

[1] Source: https://coinmarketcap.com/currencies/bitcoin/.
[2] Source: https://coinmarketcap.com/currencies/ethereum/.