**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF PUBLICATION

I, Adam B. Levin, being duly sworn, hereby certify that (a) I am Senior Account Executive at
Miller Advertising Agency, Inc. and (b) I caused to be published a banner advertisement in
*CoinDesk's Valid Points email newsletter* in the issues dated (1) **Wednesday,**
**November 16, 2022;** (2) **Wednesday, November 23, 2022;** and (3) **Wednesday,**
**November 30, 2022.** The advertisement linked those that clicked on it to the full-length
Notice of Auction. A copy of the advertisement and full newsletters are annexed.

X _____
(Signature)

_____
(Title)

Sworn to before me this: 30ᵗʰ day of November, 2022

_____
Notary Public

PETER EGLOFF
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 30, 2023

---

1    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending
LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554);
Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor
Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11
cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**Legal Notice**

# NOTICE OF AUCTION FOR THE POTENTIAL SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ANY AND ALL CLAIMS, INTERESTS, AND ENCUMBRANCES

## In re: CELSIUS NETWORK LLC, *et al.*

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

Chapter 11    Case No. 22-10964 (MG)

*Click here to read the full notice*

Celsius Network LLC, *et al.*, are soliciting offers for the purchase substantially all of their assets, including their Retail Platform and Mining Business, consistent with the bidding procedures approved by the U.S. Bankruptcy Court for the Southern District of New York, No. 22-10964 (MG) [Docket No. 1272]. All interested bidders should carefully read the bidding procedures and bidding procedures order. The deadline to submit final bids is December 12, 2022 at 4:00 p.m. ET.

 **CoinDesk**                                                          November 16, 2022

# Valid **Points** ☞

**Breaking down Ethereum's evolution and its impact on crypto markets**

Was this newsletter forwarded to you? <u>Sign up here</u>.

| <u>ETH Price</u> | <u>Market Cap</u> | <u>Volume (24H)</u> |
|:---:|:---:|:---:|
| $1,252.37 | $150.91B | $8.95B |

As of November 15, 2022 @ 23:55:23 UTC.
<u>ETH price % change over 24 hours</u>.

***Welcome to Valid Points. In today's issue, <u>Sam Kessler</u> explains that the real reason why the FTX failure hits so hard is not because the crypto industry was duped, but because it proved that the industry was vulnerable to being duped. For an extended version of this article, <u>visit the Valid Points web post here</u>.***

FTX wasn't the largest-ever crypto collapse in terms of money lost. But why does it feel so much more existential?

Maybe it's because crypto is already in the midst of a brutal bear market, making yet another blow feel heavier than it would have at the market's peak.

Perhaps it's because the key person behind the failure, FTX founder Sam Bankman-Fried (SBF), was until a week ago considered crypto's white knight, trusted by sophisticated investors and institutions as one of the most responsible actors in the space.

But, in this writer's opinion, the real reason why FTX was such a colossal failure is not because the crypto industry was duped, but because it proved that the industry was *vulnerable* to being duped.

This distinction, while seemingly minor, strikes at the core of what crypto is supposed to be – a foundation to build systems that are trustless.

We need to do a better job of differentiating between *Crypto* and the *Crypto Industry.*

- Capital-'C' *Crypto* will not be killed by FTX. The core technology undergirding platforms like Ethereum and Bitcoin are still working as advertised. FTX and its sister company Alameda Research *used* blockchains and cryptocurrency, but they were old-fashioned companies killed by old-fashioned fraud.

- As for the *Crypto Industry,* FTX will prove cataclysmic. We can talk all we want about the sanctity of "decentralized" and "trustless" technology, but so much of the attention and money that has poured into the space over the past several years has gone toward companies like FTX, BlockFi, Celsius and Voyager – unregulated, token-based extensions of traditional finance.

In spite of the recent turmoil, DeFi shows promise.

Decentralized finance (DeFi) – tools built on blockchains that allow people to trade and transact without centralized intermediaries – are pitched as a direct antidote to frauds like the one that seems to have been perpetrated by FTX.

These platforms, which require users to trust code rather than central parties, have generally proven resilient amidst the FTX turmoil.

As my former CoinDesk colleague Andrew Thurman noted on Twitter, DeFi platforms have seen big boosts in activity over the past week as their centralized counterparts have been experiencing record withdraws:



**Andrew T** ✔  ···
@Blockanalia

## Most DeFi protocols are up double digits in users and transactions this week; centralized exchanges have huge outflows

## "Crypto" as measured by onchain activity is doing great despite FTX fraud

## From a PR angle I know nobody cares abt nuance right now, but it's not complicated



(Andrew Thurman/Twitter)

But DeFi isn't a fix-all. DeFi did not fall apart as a result of FTX, but this week reminded us that incumbent DeFi ecosystems are not immune to rot from the wider, oligarchical crypto ecosystem.

As CoinDesk reported earlier this week, Solana's DeFi ecosystem, already struggling amid the market downturn of the past few months, was crushed by the failure of FTX.

This failure stemmed largely from the SBF-empire's massive stake in the Solana ecosystem – not only in terms of its token holdings, but in terms of the role that FTX developers played in building out the projects at the core of the network's DeFi ecosystem. For example, CoinDesk reported last week that Serum, a leading Solana DeFi platform, was built and maintained by FTX engineers, and suffered as a result.

The FTX-Solana contagion is not the only recent example of DeFi's corruptibility. Terra, which was ostensibly decentralized, has been accused of using venture money to rope in retail investors to fuel its $60 billion blowup.

Even more credibly decentralized platforms, like Uniswap, have faced scrutiny this week. The venture firm Andressen Horowitz and centralized exchange Binance have amassed a large amount of governance power within the leading decentralized exchange's governance system.

What needs to stop, however, is hero worship.

Before his spectacular fall from grace last week, SBF was a kind of crypto golden boy. Though he faced criticism in some corners of Crypto Twitter for his pro-regulation stance (which seems cynical in retrospect), when he spoke, people generally listened.

Despite long-standing questions about Alameda's relationship with FTX, savvy investors trusted SBF, poured billions into his custody and promoted his platform to retail investors.

The lionization of SBF in the mainstream press, crypto press and Crypto Twitter is undoubtedly a big reason why the FTX collapse was so painful.

Legal Notice

**NOTICE OF AUCTION FOR THE POTENTIAL SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ANY AND ALL CLAIMS, INTERESTS, AND ENCUMBRANCES**

In re: **CELSIUS NETWORK LLC,** *et al.*

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**
**Chapter 11      Case No. 22-10964 (MG)**

*Click here to read the full notice*

Celsius Network LLC, *et al*., are soliciting offers for the purchase substantially all of their assets, including their Retail Platform and Mining Business, consistent with the bidding procedures approved by the U.S. Bankruptcy Court for the Southern District of New York, No. 22-10964 (MG) [Docket No. 1272].  All interested bidders should carefully read the bidding procedures and bidding procedures order.  The deadline to submit final bids is December 12, 2022 at 4:00 p.m. ET.

3

# Pulse Check

The following is an overview of network activity on the Ethereum Beacon Chain over the past week. For more information about the metrics featured in this section, check out our 101 explainer on ETH metrics.



**Network Health**

Network Participation Rate
Weekly Range

## 99.34% - 99.60%

Number of Validators

**467,684 active** + 1.31%
**222 pending** + 169

Total ETH Deposited

**15,026,455 ETH** + 1.36%
**$18.75 billion** - 3.75%

Share of Total ETH Supply
Deposited

## 12.47%

*+ and - figures represent weekly changes to these metrics. Data as of November 15, 2022, 19:30:39 UTC. Source: BeaconScan, Etherscan*

*Disclaimer: All profits made from CoinDesk's Eth 2.0 staking venture will be donated to a charity of the company's choosing once transfers are enabled on the network.*



## Validated Takes

**Ether turns deflationary for the first time since the Merge.**

- Data from ultrasound.money shows the second-largest cryptocurrency's net issuance, or the annualized inflation rate, has dropped to -0.029%, indicating that the leading smart contract blockchain is now burning more ether than what's being minted. The negative inflation rate means ether's net supply has declined by 5,598 since Ethereum transitioned to a proof-of-stake (PoS) consensus mechanism of verifying transactions from a proof-of-work (PoW) mechanism on Sept. 15.

**The Solana Foundation not only invested in FTX but also held millions of dollars worth of  tokens on the exchange.**

- The Solana Foundation said Monday it has tens of millions of dollars in cryptocurrencies stranded on FTX - as well as 3.24 million common stock shares in Sam Bankman-Fried's bankrupt crypto exchange. The Foundation said it held 134.54 million SRM tokens and 3.43 million FTT tokens on FTX when withdrawals went dark on Nov. 6. These holdings point to deep financial ties between Solana and FTX.

**Crypto.com's preliminary glimpse of token reserves reveals 20% in Shiba Inu Coin**

- As large crypto exchanges push to prepare "proof-of-reserves" audits, an initial effort revealed just how much of Crypto.com's reserves are in the dog-inspired meme token, SHIB. Of the $2.88 billion in total assets in wallets, roughly $558 million or about 20%, are in SHIB. A Crypto.com spokesperson said, "The reason our Proof of Reserves include Shiba is because we hold customers' balances 1:1. Thus, our Proof of Reserves are dictated by our customer holdings."

# Factoid of the Week



Total gas fees on the Ethereum blockchain in the past 7 days stands at 26.9K ETH, up 70% from the previous week.

*(Nansen.ai)*



**JOIN THE MOST IMPORTANT CONVERSATION IN CRYPTO AND WEB3**

CONSENSUS 2023 by CoinDesk

April 26-28 » Austin, Texas

REGISTER NOW



Consensus is a place for the crypto and Web3 communities to come together, take stock of everything that is happening, talk through difficult challenges and figure out what is needed to make this industry stronger. We want you to be a part of that conversation. Use code CFA15 for 15% off. Register now.

# Open Comms

Valid Points incorporates information and data about CoinDesk's own Eth 2.0 validator. All profits made from this staking venture will be donated to a charity of our choosing once transfers are enabled on the network. For a full overview of the project, check out our announcement post.

You can verify the activity of the CoinDesk Eth 2.0 validator in real time through our public validator key, which is
0xad7fef3b2350d220de3ae360c70d7f488926b6117e5f785a8995487c46d323ddad0f574fdcc50eeefec34ed9d2

Search for it on any Ethereum block explorer site!



**Valid Points:** A newsletter from CoinDesk

Were you forwarded this newsletter? Sign up here.

Don't want this newsletter? Unsubscribe.

Copyright © 2022 CoinDesk, All rights reserved.

250 Park Avenue South New York, NY 10003, USA

See all of CoinDesk's newsletters | Manage subscriptions | Opt out

 **CoinDesk**

November 23, 2022



**Breaking down Ethereum's evolution and its impact on crypto markets**

Was this newsletter forwarded to you? Sign up here.

| **ETH Price** | **Market Cap** | **Volume (24H)** |
|:---:|:---:|:---:|
| $1,126.36 | $135.64B | $9.66B |

As of November 22, 2022 @ 21:32:23 UTC.
ETH price % change over 24 hours.

***Happy Thanksgiving to our American readers! Sam Kessler is out this week, but Ethereum reporter Margaux Nijkerk has returned to look into the angst that has been swirling within the Ethereum community following a change of wording on the Ethereum.org website. Loosen your belts and grab a drink. You're in good hands.***

Rumors emerged on Twitter last week claiming that the Ethereum Foundation is pushing back its timeline for staked ether (ETH) to be withdrawn from the Beacon Chain. In these volatile times for the crypto industry, when many services including FTX, BlockFi, and Genesis have halted crypto withdrawals and appear to be collapsing, it's understandable that stakers would be suspicious of any perceived delays in accessing their funds.

So what is going on?

Ethereum core developers generally agree that the aim was always for staked ETH withdrawals to be opened up as part of "Shanghai," the next upgrade on its development road map.

But a definitive date for withdrawals? That hasn't been set yet. Ethereum core developers have always been hesitant to ink in a date for the upgrade. After all, implementing any hard fork upgrade is not a simple task. Before the code gets shipped, it will have to run through tests, and developers will have to debug any problems in the implementation.

Anyone who has been following Ethereum at any point in its seven-year history knows the protocol is notorious for being perpetually behind schedule and for pushing deadlines farther and farther into the future.

Ethereum retired its old model, proof-of-work, which used miners to add new blocks of transactions to the ledger. Since the Merge on Sept. 15, the blockchain has adopted a proof-of-stake consensus mechanism, which uses validators to approve those blocks instead.

Validators began staking 32 ETH in the Beacon Chain prior to the Merge in order to participate in the block validation process: Part of the deal was that all that staked ether and any accrued rewards would remain locked up in the Beacon Chain smart contract until the next upgrade, which would happen at some point after the Merge.

That upgrade, Shanghai, is expected to include the mechanism by which those rewards will be released. There was a projected implementation for six to 12 months after the Merge, according to the Ethereum Foundation website. But last week followers noticed the language had changed: The Foundation website no longer had a proposed timeframe.

Tim Beiko, lead protocol support at the Ethereum Foundation (EF), told CoinDesk the original projection of "six to 12 months is the 'historical average' time between upgrades on Ethereum. I don't see why this upgrade would take longer, but we're not far enough in the process to talk about main net deployment dates."

This change in language, even if it is innocuous, isn't sitting well with ETH stakers right now. They want to know exactly when they will be able to access their funds, and the lack of specifics seems to be making them nervous.



(Duo Nine/Twitter)

"I don't track daily changes to Ethereum.org (which has contributions by hundreds of people, not just the EF), but there hasn't been any change to

Withdrawals' status: They are included in the next network upgrade, as can be seen in the specs for both the execution and consensus layer," said Beiko.

Ethereum developers say they are committed to making withdrawals a priority for Shanghai. "There's always discussions about timelines and moving things around, but I don't think there's ever been more consensus among core devs to move withdrawals back. It has and will always be included in the next fork," said Parithosh Jayanthi, a DevOps engineer at the Ethereum Foundation, to CoinDesk. "I don't see a scenario in which withdrawals don't get shipped in the next fork."

**More to Shanghai than staking?**

The Shanghai upgrade is the next in a long series of hard forks that are shaping the Ethereum ecosystem. And it is not necessarily a single-issue upgrade.

While staked ETH withdrawals seem to be universally agreed upon to be included in Shanghai, there are other Ethereum Improvement Proposals (EIP) that are under consideration for inclusion. For example, EIP-4844, also known as proto-danksharding, could be a first step toward making the network more scalable through sharding, a method that splits up the network into other databases, or "shards," as a way to increase its capacity and bring down gas fees.

But developers are still unsure whether proto-danksharding will be included in Shanghai or in a subsequent upgrade. They are collecting data now to see how difficult it is to implement EIP-4844.

"I think if EIP-4844 seems too difficult to achieve, we'll split it into a simple withdrawals fork + a bigger 4844 fork later in the year. Currently, our aim is to try and ship both together, pending data collection," Jayanthi said.

At this week's upcoming All Core Developers call, Ethereum developers are likely to decide which EIPs, including EIP-4844, make it into Shanghai. Then, once that decision is made, all the Shanghai EIPs will go through a rigorous testing process to make sure that the upgrade is ready for mainnet.

Progress on that front is already underway. In October, Shanghai's testnet, Shandong, went live. There, developers will have opportunities to ensure that the new code is secure and working properly.

**Legal Notice**

**NOTICE OF AUCTION FOR THE POTENTIAL SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ANY AND ALL CLAIMS, INTERESTS, AND ENCUMBRANCES**

In re: **CELSIUS NETWORK LLC,** *et al.*

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK**

**Chapter 11    Case No. 22-10964 (MG)**

*Click here to read the full notice*

Celsius Network LLC, *et al*., are soliciting offers for the purchase substantially all of their assets, including their Retail Platform and Mining Business, consistent with the bidding procedures approved by the U.S. Bankruptcy Court for the Southern District of New York, No. 22-10964 (MG) [Docket No. 1272].  All interested bidders should carefully read the bidding procedures and bidding procedures order.  The deadline to submit final bids is December 12, 2022 at 4:00 p.m. ET.

# Pulse Check

The following is an overview of network activity on the Ethereum Beacon Chain over the past week. For more information about the metrics featured in this section, check out our 101 explainer on ETH metrics.



# Network Health

**Network Participation Rate Weekly Range**

## 99.42% - 99.57%

**Number of Validators**

**473,509 active** + 1.25%
**87 pending** - 135

**Total ETH Deposited**

**15,238,711 ETH** + 1.41%
**17.17 billion** - 8.43%

**Share of Total ETH Supply Deposited**

## 12.64%

*+ and - figures represent weekly changes to these metrics. Data as of November 22, 2022, 20:02:00 UTC. Source: BeaconScan, Etherscan*



Disclaimer: All profits made from CoinDesk's Eth 2.0 staking venture will be donated to a charity of the company's choosing once transfers are enabled on the network.



## Validated Takes

**Ethereum validators saw a surge in MEV amid the FTX blowup.**

- **WHY IT MATTERS:** This month's collapse of FTX drove a dramatic increase in profitability of running the Ethereum network. Ethereum validators saw profits from MEV (maximal extractable value) spike as FTX faltered, according to data from Flashbots. MEV is a cornerstone of how crypto trades, measuring the amount of additional income that validators can earn by tinkering with and optimizing the order in which blockchain transactions are recorded. "The more action on the market, no matter if up- or downwards, the more MEV [is available]," said Toni Wahrstatter, an Ethereum researcher who has created his own MEV-Boost monitoring dashboard. *Read more here.*

**More than 50% of bitcoin addresses are in the red.**

- **WHY IT MATTERS:** Just over 51%, or 24.6 million bitcoin addresses of the total 47.9 million, are below purchase price on their investments, according to data provided by blockchain analytics firm IntoTheBlock. About 45% are in the money, which means they are boasting unrealized gains, while the rest are roughly at breakeven. Even though past data is no guarantee of future results, previous bear markets ended with the majority of addresses at a loss. The bearish momentum looks overdone, according to Luca Outumuro, head of research at IntoTheBlock. *Read more here.*

**Input Output Global (IOG), the firm behind the Cardano blockchain, to release a new privacy-focused blockchain called Midnight.**

- **WHY IT MATTERS:** Midnight, which is underpinned by zero-knowledge proof technology, is one of many side chains now being deployed around Cardano, IOG CEO Charles Hoskinson said on Friday. The system will walk the line between preserving privacy and allowing regulators and auditors a backdoor into the system when the permission is granted, he said. "This is a completely new way of writing and running private smart contracts and private computation. So you can have a private DEX (decentralized exchange or go mine an anonymous data set or these types of things." *Read more here.*

# Factoid of the Week



The amount of ETH deposited into the Beacon Chain deposit contract increased 47.43%, from 10.34 million to 15.24 million ETH between March 15 and Nov. 22.





Consensus is a place for the crypto and Web3 communities to come together, take stock of everything that is happening, talk through difficult challenges and figure out what is needed to make this industry stronger. We want you to be a part of that conversation. Use code CFA15 for 15% off. Register now.

# Open Comms

Valid Points incorporates information and data about CoinDesk's own Eth 2.0 validator. All profits made from this staking venture will be donated to a charity of our choosing once transfers are enabled on the network. For a full overview of the project, check out our announcement post.

You can verify the activity of the CoinDesk Eth 2.0 validator in real time through our public validator key, which

0xad7fef3b2350d220de3ae360c70d7f488926b6117e5f785a8995487c46d323ddad0f574fdcc50eeefec34ed9d2

Search for it on any Ethereum block explorer site!



**Valid Points:** A newsletter from CoinDesk

Were you forwarded this newsletter? <u>Sign up here</u>.

Don't want this newsletter? <u>Unsubscribe.</u>

Copyright © 2022 CoinDesk, All rights reserved.

250 Park Avenue South New York, NY 10003, USA

<u>See all of CoinDesk's newsletters</u> | <u>Manage subscriptions</u> | <u>Opt out</u>

 **CoinDesk**

November 30, 2022



**Breaking down Ethereum's evolution and its impact on crypto markets**

Was this newsletter forwarded to you? Sign up here.

| **ETH Price** | **Market Cap** | **Volume (24H)** |
|:---:|:---:|:---:|
| $1,219.64 | $146.99B | $7.06B |

As of November 29, 2022 @ 22:53:33 UTC.

ETH price % change over 24 hours.

***Welcome to Valid Points. In today's issue, Sam Kessler is back and focuses on the firestorm stemming from a recent revelation that MetaMask was sharing IP information with Infura. For an extended version of this article, visit the Valid Points web post here.***

Last week, the leading crypto wallet provider MetaMask came under fire for a change to its terms of service that revealed it was sharing user IP information with Infura, a piece of blockchain infrastructure created by MetaMask creator ConsenSys.

ConsenSys, a research and development company led by Ethereum co-founder Joe Lubin, built MetaMask to offer users a convenient way to store and trade their crypto without needing to trust centralized exchanges like Coinbase and Binance – platforms that store, or "custody," funds on a user's behalf.

Relative to "cold" wallets that allow users to custody their crypto keys on a kind of USB thumb drive, MetaMask, a "hot wallet," is installed on your phone or web browser and is continuously connected to the internet. While convenient –

1

you only need to keep track of a username and password, not a physical thumb drive – "hot wallets" are theoretically more vulnerable to attacks and information leaks because they are always connected to the Web.

But compared to centralized exchanges, hot wallets like MetaMask are, at least in theory, more private and secure than allowing someone else to manage your assets.

The revelation that MetaMask was sharing IP information with Infura set off a firestorm on Twitter, with many users upset to learn their identifying information could have leaked to Infura – meaning their transaction history was not as private as they once thought.

The FTX debacle, along with last week's MetaMask controversy, resurfaced a familiar refrain in the world of crypto: "not your keys, not your crypto."

If you hold your funds on a centralized platform, they risk being stolen or misappropriated (as happened in the case of FTX, which apparently loaned out user funds without users knowing).

Downloading a hot wallet was supposed to be a safer way to get around the "not your keys" problem – your MetaMask funds are only accessible to you. But when users realized that MetaMask, too, was vulnerable to centralizing parties, they scrambled to figure out how they might be able to use the wallet without connecting it to Infura – a so-called RPC service that MetaMask uses to communicate with the Ethereum blockchain.

While ConsenSys noted in a statement that it is technically possible to use MetaMask sans Infura, users quickly realized that doing so would be confusing and impractical – requiring one to jerry-rig a new solution for reading information from the Ethereum blockchain.

The MetaMask controversy – and the anti-centralization discourse that surrounded it – serves as a harsh reminder of a hard truth that the crypto industry must face as it rebuilds from the FTX rubble: Centralized intermediaries have seeped deep into the crypto user experience.

Celsius Network LLC, *et al*., are soliciting offers for the purchase substantially all of their assets, including their Retail Platform and Mining Business, consistent with the bidding procedures approved by the U.S. Bankruptcy Court for the Southern District of New York, No. 22-10964 (MG) [Docket No. 1272].  All interested bidders should carefully read the bidding procedures and bidding procedures order.  The deadline to submit final bids is December 12, 2022 at 4:00 p.m. ET.

# Pulse Check

The following is an overview of network activity on the Ethereum Beacon Chain over the past week. For more information about the metrics featured in this section, check out our 101 explainer on ETH metrics.



## Network Health

**Network Participation Rate
Weekly Range**

# 98.66% - 99.55%

**Number of Validators**

**480,086 active** + 1.39%
**37 pending**      - 50

**Total ETH Deposited**

**15,433,063 ETH** + 1.28%
**18.82 billion** + 9.61%

**Share of Total ETH Supply
Deposited**

# 12.81%

*+ and - figures represent weekly changes to these metrics. Data as of
November 29, 2022, 22:13:13 UTC. Source: BeaconScan, Etherscan*



*Disclaimer: All profits made from CoinDesk's Eth 2.0 staking venture will be donated to a
charity of the company's choosing once transfers are enabled on the network.*



## Validated Takes

**BlockFi files for bankruptcy protection.**

- **WHY IT MATTERS:** On Monday, the centralized crypto lender filed for bankruptcy protection, days after suspending withdrawals amid the ongoing fallout from exchange FTX's bankruptcy filing. According to the company's petition, BlockFi's executives estimate the company has more than 100,000 creditors as well as between $1 billion and $10 billion in both assets and liabilities. BlockFi's largest creditors include West Realm Shires Inc., the legal name for FTX US, and the Securities and Exchange Commission (SEC). *Read more here.*

**Aave community members voted to freeze 17 assets in its Ethereum liquidity pool.**

- **WHY IT MATTERS:** The proposal, written by decentralized finance (DeFi) infrastructure company Gauntlet Network, is meant to avoid the risk of Aave accruing bad debt. According to Gauntlet, the freeze will help the protocol transition to its third version by giving users the option to migrate their assets to the upgraded network. The Ethereum liquidity pool is the largest on Aave, which has $5.6 billion in liquidity locked across six chains on the protocol. *Read more here.*

**The Ethereum Name Service DAO has chosen Karpatkey DAO as its new fund manager.**

- **WHY IT MATTERS:** In a vote that closed on Nov. 22, ENS community members selected Karpatkey to manage the bulk of ENS's treasury composed of mostly USDC and ETH. The goal of the endowment fund, called ENS Endaoment, is to create a sustainable fund that can fuel continuous development regardless of macroeconomic conditions that may adversely affect revenue stemming from ENS registrations and renewals. Karpatkey said in its proposal, "The funds would be managed transparently and completely on-chain through a non-custodial solution." *Read more here.*

# Factoid of the Week



The Wrapped Ether smart contract is the second-largest account by ETH balance, with 3.75 million ETH, or 3.11% of the total supply.

*(Etherscan)*



Year after year, Consensus has had a dedicated purpose of bringing the industry together to process the year past and strategize for the year ahead. This year, that purpose is more critical than ever. We are extending this limited-time Buy One, Get Two Free offer as a way to bring more people into the most important conversation in crypto and Web3. Register now.

# Open Comms

Valid Points incorporates information and data about CoinDesk's own Eth 2.0 validator. All profits made from th staking venture will be donated to a charity of our choosing once transfers are enabled on the network. For a fu overview of the project, check out our announcement post.

You can verify the activity of the CoinDesk Eth 2.0 validator in real time through our public validator key, which

0xad7fef3b2350d220de3ae360c70d7f488926b6117e5f785a8995487c46d323ddad0f574fdcc50eeefec34ed9d2

Search for it on any Ethereum block explorer site!



**Valid Points:** A newsletter from CoinDesk

Were you forwarded this newsletter? Sign up here.

Don't want this newsletter? Unsubscribe.

Copyright © 2022 CoinDesk, All rights reserved.

250 Park Avenue South New York, NY 10003, USA

See all of CoinDesk's newsletters | Manage subscriptions | Opt out