**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Raniero D'Aversa, Jr.
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-3715
Facsimile: (212) 506-5151

*Counsel for Galaxy Digital Trading LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §§ 102, 342 and 1109(b), Rules 2002, 3017, 9007, 9010 of the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, the undersigned hereby enter an appearance in the above-captioned cases, on behalf of Galaxy Digital Trading LLC ("Galaxy"), a party in interest in the above captioned case, and request that copies of all notices and pleadings given or that are required to be given and all pleadings and orders that are served or required to be served in the above-captioned chapter 11 cases, or in proceedings related thereto, be served at the following addresses:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Raniero D'Aversa, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-3715
Facsimile: (212) 506-5151
Email: OHSCelsiusNotice@orrick.com

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices, pleadings, orders, and other papers referred to in the Bankruptcy Code sections and the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints, answering or reply papers, plans, disclosure statements, reports, and demands, including all amendments to the foregoing, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects these chapter 11 cases or any proceedings related thereto, the above-captioned Debtors, property in their possession, custody, or control, the administration of the Debtors' bankruptcy cases, or the rights of creditors or other parties in interest, or which affects.

**PLEASE TAKE FURTHER NOTICE** that Galaxy does not intend, nor shall it be deemed, through this Notice of Appearance and Request for Service of Notices and Documents, or any subsequent appearance, pleading, claim, suit, or conduct, to waive any substantive or procedural rights, including, without limitation, (i) its rights to have a United States District Judge determine de novo all non-core proceedings (and all core proceedings as to which the Bankruptcy Court lacks authority to enter judgments or final orders), (ii) its rights to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to these cases, (iii) its rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any right to object to the jurisdiction of the

Bankruptcy Court, or to venue in the Southern District of New York, for any purpose other than with respect to this Notice of Appearance and Request for Service of Notices and Documents, or (v) any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies Galaxy expressly reserves.

Dated:  December 3, 2022  **ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ *Raniero D'Aversa, Jr.*
Raniero D'Aversa, Jr.
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-3715
Facsimile: (212) 506-5151
Email: rdaversa@orrick.com

*Counsel for Galaxy Digital Trading LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2022, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Documents* to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the Electronic Mail Notice List.

*/s/ Raniero D'Aversa, Jr.*
Raniero D'Aversa, Jr.
Orrick, Herrington & Sutcliffe LLP
