Hearing Date: December 5, 2022 at 10:00 a.m. (prevailing Eastern Time)

| | |
|---|---|
| Joshua A. Sussberg, P.C. | Judson Brown, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | T.J. McCarrick (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Leah Hamlin (admitted *pro hac vice*) |
| 601 Lexington Avenue | **KIRKLAND & ELLIS LLP** |
| New York, New York 10022 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone: (212) 446-4800 | 1301 Pennsylvania Avenue NW |
| Facsimile: (212) 446-4900 | Washington, D.C. 20004 |
| | Telephone: (202) 389-5000 |
| | Facsimile: (202) 389-5200 |

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' WITNESS LIST AND**
**EXHIBIT LIST FOR MATTERS SET FOR HEARING DECEMBER 5, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing commencing on December 5, 2022, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") as follows.[2]

## Witnesses

The Debtors may call the following witnesses at the Hearing:[3]

i. Christopher Ferraro;

ii. Robert Campagna;

iii. Oren Blonstein.

## Exhibits

| No. | Description | Mark | Offer | Object | Admit | W/D | Docket No. |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Christopher Ferraro in Support of the Debtors' Motion Regarding Ownership of Earn Assets and the Sale of Stablecoin | | | | | | 1326 |
| 2. | Declaration of Oren Blonstein in Support of the Debtors' Motion Regarding Ownership of Earn Assets and the Sale of Stablecoin, including exhibits | | | | | | 1327 |
| 3. | Declaration of Robert Campagna in Support of the Debtors' Motion Regarding Ownership of Earn Assets and the Sale of Stablecoin, including exhibits | | | | | | 1328 |
| 4. | Supplemental Declaration of Oren Blonstein in Support of the Debtors' Motion Regarding Ownership of Earn Assets and the Sale of Stablecoin, including exhibits | | | | | | 1584 |

---

[2] The Debtors reserve the right to amend this Witness and Exhibit List after reviewing any responsive pleadings.

[3] The Debtors reserve the right to cross-examine any witness called by any other party at the Hearing.

| No. | Description | Mark | Offer | Object | Admit | W/D | Docket No. |
|---|---|---|---|---|---|---|---|
| 5. | Terms of Use attached as Exhibits A-1 through A-8 to Alex Mashinsky's Declaration on the Terms of Use [Docket No. 393] and referenced in the Declaration of Oren Blonstein [Docket No. 1327] | | | | | | |

The Debtors reserve the right to supplement or amend this Witness and Exhibit List and to identify additional exhibits, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the Hearing.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Washington, D.C.<br>Dated: December 3, 2022 | /s/ T.J. McCarrick<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Judson Brown, P.C. (admitted *pro hac vice*)<br>T.J. McCarrick (admitted *pro hac vice*)<br>Leah Hamlin (admitted *pro hac vice*)<br>1301 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Telephone:  (202) 389-5000<br>Facsimile:  (202) 389-5200<br>Email:  judson.brown@kirkland.com<br>        tj.mccarrick@kirkland.com<br>        leah.hamlin@kirkland.com<br><br>- and -<br><br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  patrick.nash@kirkland.com<br>        ross.kwasteniet@kirkland.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |