**EXHIBIT A**

**Extract of Deposition Transcript of Robert Campagna taken November 22, 2022**

**In the Matter Of:**

*In Re - Celsius Network LLC*

*ROBERT CAMPAGNA*

*November 22, 2022*



                                                                    1

1                 UNITED STATES BANKRUPTCY COURT

2                 SOUTHERN DISTRICT OF NEW YORK

3

4     In re                              )
                                          )
5       CELSIUS NETWORK LLC, et al.,      )
                                          ) Case No.
6                                         ) 22-10964 (MG)
                                Debtor.   )
7

8               C O N F I D E N T I A L

9                      H Y B R I D

10

11              Videotaped deposition of ROBERT

12    A. CAMPAGNA held at the offices of Kirkland &

13    Ellis, LLP, 601 Lexington Avenue, New York, New

14    York, before Elizabeth M. Kondor, Certified

15    Court Reporter and Notary Public of the State of

16    New York, held on Tuesday, November 22, 2022,

17    commencing at 9:09 a.m.

18

19

20

21

22

23

24

25    Job No. 2022-872747

22-10964-mg   Doc 1592-1   Filed 12/04/22   Entered 12/04/22 09:27:59   Exhibit A
In Re - Celsius Network LLC           Pg 4 of 5                          Robert Campagna
                                     Confidential                       November 22, 2022

48

```
 1       Q.    Okay.  And you state in your
 2   declaration that certain segments of the
 3   debtors' business may require additional
 4   liquidity as soon as January of 2023; is that
 5   correct?  And that's paragraph 8.
 6       A.    That's correct.
 7       Q.    Which certain segments of the
 8   business may require additional liquidity by
 9   January 2023?
10       A.    That refers to the mining segment of
11   the business.
12       Q.    Are there any other business segments
13   that may require additional liquidity before
14   March 2023?
15       A.    That's the one we're referring to.
16   I'm not aware of others.
17       Q.    And how do debtors intend to fund the
18   mining segment of the business?
19       A.    That's an open question at this
20   moment.
21       Q.    Okay.  When are the debtors projected
22   to run out of liquidity if the debtors sell the
23   proposed stablecoin?
24       A.    The proposed sale of stablecoin at
25   the level of roughly $18 million buys the
```

22-10964-mg    Doc 1592-1    Filed 12/04/22    Entered 12/04/22 09:27:59    Exhibit A
In Re - Celsius Network LLC              Pg 5 of 5                    Robert Campagna
                                         Confidential                 November 22, 2022

85

1              C E R T I F I C A T E

2              I, ELIZABETH M. KONDOR, a Certified

3    Court Reporter, No. 30XI00117200, Certified

4    LiveNote Reporter, No. 060907-14 and Notary

5    Public of the State of New York, do hereby

6    certify that prior to the commencement of the

7    examination, ROBERT A. CAMPAGNA was duly sworn

8    by me to testify the truth, the whole truth and

9    nothing but the truth.

10             I DO FURTHER CERTIFY that the

11   foregoing is a true and accurate transcript of

12   the testimony as taken stenographically by and

13   before me at the time, place and on the date

14   hereinbefore set forth.

15             I DO FURTHER CERTIFY that I am

16   neither a relative nor employee nor attorney nor

17   counsel of any of the parties to this action,

18   and that I am neither a relative nor employee of

19   such attorney or counsel, and that I am not

20   financially interested in the action.

21                    *[signature]*

22            _____

23            Notary Public of the State of New York

24            My Commission expires February 7, 2015.

25   Dated:   Wednesday, November 23, 0222