Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**SECOND AMENDED[2] AGENDA FOR HEARING TO BE HELD**
**DECEMBER 5, 2022 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | December 5, 2022, at 2:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Chief Judge Martin Glenn<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Courtroom No. 523<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted using Zoom for Government.  Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at |

---

1    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2    **Amended items appear in bold.**

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on December 2, 2022**.

Due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the 2:00 p.m., December 5, 2022 (prevailing Eastern Time) Hearing must connect to the Hearing beginning at 1:00 p.m., December 5, 2022 (prevailing Eastern Time). When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

Copies of Motions:  A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I.  **Contested Matters.**

1.  **KERP Motion**. Debtors' Amended Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1426].

    Objection Deadline: December 2, 2022, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    (1)   Victor Ubierna de las Heras Objection to Debtors' Amended Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1544].

    (2)   Objection of the United States Trustee to the Amended Motion of Debtors for Entry of Order Approving the Debtors' Key Employee Retention Plan [Docket No. 1551].

Related Documents:

(1)    Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1021].

(2)    Declaration of Christopher Ferraro, Acting Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1022].

(3)    Declaration of Josephine Gartrell in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1023].

(4)    The Official Committee of Unsecured Creditors' Statement with Respect to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1187].

(5)    Omnibus Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan and Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1202].

(6)    Objection of the United States Trustee to Motion of Debtors for Entry of Order Approving Debtors' Key Employee Retention Plan [Docket No. 1207].

(7)    Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief and Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan [Docket No. 1231].

(8)    Order Denying Debtors' KERP Sealing Motion and Denying Without Prejudice Debtors' KERP Motion [Docket No. 1268].

(9)    Supplemental Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Debtors' Amended Motion for Entry of an Order (I) Approving the Debtors'

3

Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1427].

(10)    Supplemental Declaration of Josephine Gartrell in Support of Debtors' Amended Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1428].

(11)    Omnibus Reply in Support of Debtors' Amended Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief and Related Motions [Docket No. 1591].

**Status**:   This matter is going forward.

2.    **KERP Sealing Motion.**  Debtors' Amended Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan [Docket No. 1425].

Objection Deadline:  December 2, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan [Docket No. 1020].

(2)    Omnibus Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan and Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1202].

(3)    Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief and Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan [Docket No. 1231].

(4)    Order Denying Debtors' KERP Sealing Motion and Denying Without Prejudice Debtors' KERP Motion [Docket No. 1268].

(5)     Omnibus Reply in Support of Debtors' Amended Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief and Related Motions [Docket No. 1591].

**Status**:   This matter is going forward.

3.      **Motion to Shorten Notice.**   Debtors' Motion to Schedule an Expedited Hearing and Shorten the Notice Period on the Debtors' (A) Amended Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief and (B) Amended Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan [Docket No. 1429].

Objection Deadline:  December 2, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)     Daniel Frishberg's Objection to the Debtors' Motion to Schedule an Expedited Hearing and Shorten the Notice Period on the Debtors' (A) Amended Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief and (B) Amended Motion for An Entry of An Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information Related to the Debtors' Key Employee Retention Plan [Docket No. 1466].

Related Documents:

(1)     Omnibus Reply in Support of Debtors' Amended Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief and Related Motions [Docket No. 1591].

**Status**:   This matter is going forward.

4.      **Motion to Extend Exclusivity.** Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1317].

Objection Deadline:  November 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The deadline for the Withhold Ad Hoc Group was extended to November 29, 2022, at 5:00 p.m. (prevailing Eastern Time).  The deadline for the Committee was extended to December 1, 2022, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)     Limited Objection of Certain Celsius Borrowers to Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1475].

(2)     Victor Ubierna de las Heras Objection to Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to file a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1476].

(3)     Irina Dukhon's Objection to Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to file a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1477].

(4)     Ad Hoc Group of Withhold Account Holders' Limited Objection to the Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1494].

Related Documents:

(1)     Request to Extend Deadline for the UCC to Object to Debtors' Exclusivity Motion [Docket No. 1433].

(2)     Memorandum Order Granting Request to Extend Deadline for the UCC to Object to Debtors' Exclusivity Motion [Docket No. 1434].

(3)     Request to Extend Deadline for Immanuel Herrmann to Object to the Debtors' Motion [Docket No. 1442].

(4)     Memorandum Order Denying Request to Extend Deadline for Immanuel Herrmann to Object to Debtors' Exclusivity Motion [Docket No. 1443].

(5)     Request to Extend Deadline for the Withhold Ad Hoc Group to Object to Debtors' Exclusivity Motion [Docket No. 1468].

(6)     Official Committee of Unsecured Creditors' Notice of Deposition of Alan Carr in Connection with the Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to

Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1470].

(7)    Memorandum Order Granting Request to Extend Deadline for the Withhold Ad Hoc Group to Object to Debtors' Exclusivity Motion [Docket No. 1473].

(8)    Request to Extend Deadline for the U.S. Trustee to Object to Debtors' Exclusivity Motion [Docket No. 1479].

(9)    Memorandum Order Granting Request to Request to Extend Deadline for the U.S. Trustee to Object to Debtors' Exclusivity Motion [Docket No. 1487].

(10)   Official Committee of Unsecured Creditors' Notice of Cancellation of Deposition of Alan Carr in Connection with the Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1513].

(11)   Statement of the Official Committee of Unsecured Creditors Regarding Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1536].

(12)   **Joinder of Three Hundred and Seventy-Five Celsius Earn Creditors to the Borrowers' Limited Objection to the Debtors' Motion for Entry of an Order Extending the Debtors' Exclusive Period to File a Chapter 11 Plan [D.R. 1475] [Docket No. 1553].**

(13)   Series B Preferred Holders' Statement Regarding the Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1579].

(14)   Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1587].

(15)   Notice of Filing of Revised Proposed Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit

Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1588].

**Status**:  This matter is going forward.

## II.     Uncontested Matters.

5.     **Fee Examiner Matters.** Notice of Presentment of Proposed Amended Interim Compensation and Fee Examiner Orders [Docket No. 1445].

Objection Deadline:  December 4, 2022, at 2:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals [Docket No. 1151].

(2)     Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief [Docket No. 521].

**Status**:  This matter is going forward.

## III.     Adversary Proceedings.

6.     **Celsius Network Limited** *et al.* **v. Stone** *et al.* **(Adv. Proc. No. 22-01139).**  Defendants' Motion to Dismiss the Complaint in the Adversary Proceeding [Docket No. 17].

Responses Received:

(1)     Plaintiffs' Brief in Opposition to Defendants' Motions to Dismiss [Docket No. 31].

(2)     Defendants' Reply Brief in Support of Its Motion to Dismiss [Docket No. 40].

Related Documents:

(1)     Defendants' Amended Motion to Dismiss the Complaint in the Adversary Proceeding [Docket No. 18].

    (2)     Defendants' Amended Motion to Dismiss the Complaint in the Adversary Proceeding [Docket No. 19].

    (3)     Joint Stipulation and Agreed Order Between the Committee, Plaintiffs and Defendants Regarding the Committee's Intervention in Adversary Proceeding No. 22-01139 [Docket No. 35].

    (4)     So Ordered Joint Stipulation and Agreed Order Between the Committee, Plaintiffs and Defendants Regarding the Committee's Intervention in Adversary Proceeding No. 22-01139 [Docket No. 36].

    (5)     Confidentiality Agreement and Stipulated Protective Order [Docket No. 39].

**Status**:  This matter is going forward.

7.    **Celsius Network Limited *et al*. v. Prime Trust, LLC (Adv. Proc. No. 22-01140).**    Motion to Approve Settlement with Prime Trust, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [Docket No. 13].

Objection Deadline:  November 28, 2022, at 4:00 p.m. (prevailing Eastern Time).    The deadline for the Committee was extended to November 30, 2022, at 12:00 p.m. (prevailing Eastern Time), and again to November 30, 2022, at 8:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

    (1)     Request to Extend Deadline for the UCC to Object to Debtors' Motion to Approve Settlement with Prime Trust, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [Docket No. 1447].

    (2)     Memorandum Order Granting Request to Extend Deadline for the UCC to Object to Debtors' Motion to Approve Settlement with Prime Trust, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [Docket No. 1448].

    (3)     Request to Extend Deadline for the UCC to Object to Debtors' Motion to Approve Settlement with Prime Trust, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [Docket No. 1518].

    (4)     Memorandum Order Granting Request to Extend Deadline for the UCC to Object to Debtors' Motion to Approve Settlement with

Prime Trust, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [Docket No. 1520].

(5)    Notice of Filing of Amended Stipulation and Proposed Order Granting Motion to Approve Settlement with Prime Trust, LLC Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [Docket No. 18]

**Status**:   This matter is going forward.

## IV.    **Adjourned Matters**.

8.    **Sale of GK8 Assets.**

Objection Deadline:  November 14, 2022 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter into A Definitive Purchase Agreement, and (III) Granting Related Relief [Docket No. 188].

(2)    Letter Re: Objection Deadline Extension [Docket No. 409].

(3)    Objection to Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter into a Definitive Purchase Agreement, and (III) Granting Related Relief [Docket No. 430].

(4)    Notice of Adjournment of Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing

the Debtors to Enter into A Definitive Purchase Agreement, and (III) Granting Related Relief [Docket No. 445].

(5)     Supplemental Notice of Hearing [Docket No. 626].

(6)     Notice of Filing of Revised Proposed Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief [Docket No. 665].

(7)     Notice of Filing of Further Revised Proposed Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief [Docket No. 677].

(8)     Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief [Docket No. 687].

(9)     Affidavit of Publication of Notice of Auction for the Potential Sale of Certain of the Debtors' Assets Free and Clear of Any and All Claims, Interests, and Encumbrances [Docket No. 727].

(10)    Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 748].

(11)    Affidavit of Publication of Notice of Auction for the Potential Sale of Certain of the Debtors' Assets Free and Clear of Any and All Claims, Interests, and Encumbrances [Docket No. 876].

(12)    Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 878].

(13)    Second Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 956].

(14)    Third Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1060].

(15)  Fourth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1299].

(16)  Fifth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1323].

(17)  Notice of Adjournment of Auction [Docket No. 1413].

(18)  Second Notice of Adjournment of Auction [Docket No. 1440].

(19)  Sixth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1460].

(20)  Seventh Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1461].

(21)  Eighth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1480].

(22)  Ninth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1522].

(23)  Notice of Cancellation of Auction [Docket No. 1548].

(24)  Notice of Successful Bidder [Docket No. 1549].

(25)  Notice of Filing of Asset Purchase Agreement [Docket No. 1586].

**Status**:  This matter has been adjourned to December 8, 2022 at 9:00 a.m. (prevailing Eastern Time).

9.  **DeFi Motion.**  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Decentralized Finance Loans and (II) Granting Related Relief [Docket No. 1360].

Objection Deadline:  November 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The deadline for the Committee was extended to Wednesday, November 30, 2022, at 5:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:  None.

**Status**: This matter is adjourned to December 8, 2022 at 9:00 a.m. (prevailing Eastern Time).

10.   **Motion to Set Briefing Schedule.**  Debtors' Motion Seeking Entry of an Order (I) Setting a Briefing Schedule and (II) Granting Related Relief [Docket No. 1338].

Objection Deadline:  December 2, 2022 at 4:00 p.m. (prevailing Eastern Time).  The deadline to object was extended for the Unsecured Creditors' Committee to December 6, 2022 at 12:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   The Official Committee of Unsecured Creditors' Objection to Debtors' Motion Seeking Entry of an Order (I) Setting a Briefing Schedule and (II) Granting Related Relief [Docket No. 1592].

Related Documents:

(1)   Request to Extend Deadline for the UCC to Object to Debtors' Motion Seeking Entry of an Order (I) Setting a Briefing Schedule and (II) Granting Related Relief  [Docket No. 1543].

(2)   Memorandum Order Granting Request to Extend Deadline for the UCC to Object to Debtors' Motion Seeking Entry of an Order (I) Setting a Briefing Schedule and (II) Granting Related Relief [Docket No. 1552].

**Status**: This matter is adjourned to December 8, 2022 at 9:00 a.m. (prevailing Eastern Time).

11.   **Celsius Network Limited *et al.* v. Stone *et al.* (Adv. Proc. No. 22-01139).**  Motion of Plaintiffs for Preliminary Injunction Pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure [Docket No. 20].

Objection Deadline:  November 28, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   Defendants Jason Stone and KeyFi Inc.'s Opposition to Motion for Preliminary Injunction [Docket No. 32].

Related Documents:

(1)   Memorandum in Support of Motion for Preliminary Injunction [Docket No. 21].

(2)    Declaration of Shiran Kleiderman in Support of Celsius' Motion for Preliminary Injunction [Docket No. 22].

(3)    Declaration of Ron Sabo in Support of Celsius' Motion for Preliminary Injunction [Docket No. 23].

(4)    Declaration of Mitchell P. Hurley in Support of Celsius' Motion for Preliminary Injunction [Docket No. 24].

(5)    Declaration of Patrick Holert in Support of Celsius' Motion for Preliminary Injunction [Docket No. 25].

(6)    *Ex-Parte* Motion for Entry of an Order Authorizing Celsius to Redact and File under Seal Certain Confidential Information Related to the Motion for Preliminary Injunction Pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure [Docket No. 26].

(7)    Corrected Declaration of Ron Sabo in Support of Celsius' Motion for Preliminary Injunction [Docket No. 27].

(8)    Order Scheduling Case Management Conference [Docket No. 30].

(9)    Corrected Declaration of Mitchell P. Hurley in Support of Celsius' Motion for Preliminary Injunction [Docket No. 1361].

(10)   Defendants' Jason Stone and KeyFi Inc.'s Opposition to Motion for Preliminary Injunction [Docket No. 32].

(11)   Affidavit of Jason Stone in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction [Docket No. 33].

(12)   Affidavit of Kyle Roche in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction [Docket No. 34].

(13)   Joint Stipulation and Agreed Order between the Committee, Plaintiffs and Defendants Regarding the Committee's Intervention in Adversary Proceeding No. 22-01139 [Docket No. 35].

(14)   Affidavit of Kyle Roche in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction [Docket No. 34].

(15)   Joint Stipulation and Agreed Order Between the Committee, Plaintiffs and Defendants Regarding the Committee's Intervention in Adversary Proceeding No. 22-01139 [Docket No. 35].

(16)   So Ordered Joint Stipulation and Agreed Order Between the Committee, Plaintiffs and Defendants Regarding the Committee's

Intervention in Adversary Proceeding No. 22-01139 [Docket No. 36].

(17)   Notice of Adjournment of Hearing [Docket no. 38].

(18)   Confidentiality Agreement and Stipulated Protective Order [Docket No. 39].

**Status**:  This matter is adjourned. The evidentiary hearing is scheduled for January 11, 2023, at 9:00 a.m. (prevailing Eastern Time) and January 12, 2023, at 9:00 a.m. (prevailing Eastern Time).

12.   **Gornitzky & Co Retention.**   The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Gornitzky & Co. as Israeli Counsel Effective as of November 2, 2022 [Docket No. 1298].

Objection Deadline:  November 28, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)   Notice of Adjournment of the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Gornitzky & Co. as Israeli Counsel Effective as of November 2, 2022 [Docket No. 1477].

**Status**:  This matter is adjourned to December 20, 2022, at 10:00 a.m. (prevailing Eastern Time).

[*Remainder of page intentionally left blank*]

New York, New York
Dated: December 4, 2022

/s/ Joshua A. Sussberg

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:            jsussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:            patrick.nash@kirkland.com
                  ross.kwasteniet@kirkland.com
                  chris.koenig@kirkland.com
                  dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*