| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | Dan Latona (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone:     (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile:     (212) 446-4900 | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone:     (312) 862-2000 |
| | Facsimile:     (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF DECEMBER 5, 2022, HEARING PRESENTATION**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file the presentation (the "Presentation"), attached hereto as **Exhibit A**, that may be used at the hearing that will take place on **Monday December 5, 2022 at 10:00 a.m., prevailing Eastern Time** (the "Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

KE 89535217

**PLEASE TAKE FURTHER NOTICE** that copies of the Presentation and any pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: December 5, 2022 | /s/ Joshua A. Sussberg<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:         jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:         patrick.nash@kirkland.com<br>                   ross.kwasteniet@kirkland.com<br>                   chris.koenig@kirkland.com<br>                   dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# Exhibit A

**Presentation**



# In re Celsius Network LLC

Case No. 22-10964
United States Bankruptcy Court for Southern District of New York
Honorable Chief Judge Martin Glenn
December 5, 2022

# Timeline of Terms of Use



Eight versions of the Terms of Use governed Account Holders' relationships with the Debtors prior to the Petition Date.





# Terms of Use Acceptance: 90.06% of Account Holders and 99.86% of Earn Liabilities

**Version of Terms of Use First Accepted**

| Version | Percentage of Account Holders |
|---|---|
| Version 1 | 4% |
| Version 2 | 1% |
| Version 3 | 1% |
| Version 4 | 4% |
| Version 5 | 45% |
| Version 6 | 3% |
| Version 7 | 39% |
| Version 8 | 2% |
| No Record | 1% |

**Acceptance of Terms of Use Version 6 or Later**

| Description | Percentage |
|---|---|
| Accept (by # of Account Holders) | 90.06% |
| Not Accept (by # of Account Holders) | 9.81% |
|  |  |
| Accept (by Earn Program Liabilities) | 99.86% |
| Not Accept (by Earn Program Liabilities) | 0.14% |

3

# Original Sign Up

4

# Terms of Use Website Interface: Prior to Version 8



5

# Terms of Use Website Interface: Version 8





6

# Terms of Use Mobile Interface: Prior to Version 8





7

# Terms of Use Mobile Interface: Version 8







8

# Version 6 "Push"

*To existing users as of July 21, 2021*

9

# Account Holder Website Notification





10

# Account Holder Mobile Notification







*Note: These appear as one long screen, not two screens, but have been split for readability.*

11

# Terms of Use: Unambiguous Celsius Ownership



Every version of the Terms of Use clearly grants the Debtors the right to "pledge and repledge from time to time" assets transferred to them.

Terms of Use Version 2 and onward explicitly state that the Debtors had "all attendant rights of ownership" to such assets.

**Terms of Use Version 1 [Representations and Warranties]**

"(c) User represents and warrants that is understands that Celsius may, **for its own account, pledge and repledge from time to time, without notice to the User, either separately or in common with other such cryptocurrency**, any or all of the Digital Currency that comprises the Deposited Amount held by Celsius for the benefit of User and that Celsius may do so without retaining in its possession or control for delivery, a like amount of similar cryptocurrency."

**Terms of Use Version 2 and 3 [Consent to Celsius' Use of Your Digital Assets]**

"In consideration for the rewards earned on your Account and the use of our Services, **you grant Celsius the right,** subject to applicable law, without further notice to you, **to hold the Digital Assets available in your account in Celsius' name or in another name, and to pledge, re-pledge, hypothecate, rehypothecate, sell, lend, or otherwise transfer or use any amount of such Digital Assets**, separately or together with other property, **with all attendant rights of ownership**, and for any period of time, and without retaining in Celsius' possession and/or control a like amount of Digital Assets or any other monies or assets, and to use or invest such Digital Assets at Celsius' own risk."

**Terms of Use Version 4 [Consent to Celsius' Use of Your Digital Assets]**

"In consideration for the rewards earned on your Account and the use of our Services, **you grant Celsius the right**, subject to applicable law, without further notice to you, **to hold the Digital Assets available in your account in Celsius' name or in another name, and to pledge, re-pledge, hypothecate, rehypothecate, sell, lend, or otherwise transfer or use any amount of such Digital Assets**, separately or together with other property, **with all attendant rights of ownership**, and for any period of time, and without retaining in Celsius' possession and/or control a like amount of Digital Assets or any other monies or assets, and to use or invest such Digital Assets."

12

# Terms of Use:  Unambiguous Celsius Ownership



### Terms of Use Version 5  [Consent to Celsius' Use of Your Digital Assets]

"In consideration for the rewards earned on your Celsius Wallet and the use of our Services, **you grant Celsius**, subject to applicable law and for the duration of the period during which the Digital Assets are available through your Celsius Wallet, **all right and title to such Digital Assets, including ownership rights, and the right**, without further notice to you, **to hold such Digital Assets in Celsius' own virtual wallet or elsewhere, and to pledge, re-pledge, hypothecate, rehypothecate, sell, lend, or otherwise transfer or use any amount of such Digital Assets**, separately or together with other property, **with all attendant rights of ownership**, and for any period of time, and without retaining in Celsius' possession and/or control a like amount of Digital Assets or any other monies or assets, and to use or invest such Digital Assets.

### Terms of Use Version 6 and 7  [Consent to Celsius' Use of Digital Assets]

"In consideration for the Rewards payable to you on your Celsius Account and the use of our Services, **you grant Celsius**, subject to applicable law and for the duration of the period during which the Eligible Digital Assets are loaned to us through your Celsius Account, **all right and title to such Digital Assets, including ownership rights, and the right**, without further notice to you, **to hold such Digital Assets in Celsius' own Virtual Wallet or elsewhere, and to pledge, re-pledge, hypothecate, rehypothecate, sell, lend, or otherwise transfer or use any amount of such Digital Assets**, separately or together with other property, **with all attendant rights of ownership**, and for any period of time, and without retaining in Celsius' possession and/or control a like amount of Digital Assets or any other monies or assets, and to use or invest such Digital Assets in Celsius' full discretion."

### Terms of Use Version 8  [Consent to Celsius' Use of Your Digital Assets]

"In consideration for the Rewards payable to you on the Eligible Digital Assets using the Earn Service, for us entering into any Loan Agreement, and the use of our Services, **you grant Celsius,** subject to applicable law and for the duration of the period during which you elect to utilize the Eligible Digital Assets in the Earn Service (if available to you) and thus loan such Eligible Digital Assets to us through your Celsius Account, or as collateral under the Borrow Service (if available to you)**, all right and title to such Eligible Digital Assets, including ownership rights, and the right**, without further notice to you, **to hold such Digital Assets in Celsius' own Virtual Wallet or elsewhere, and to pledge, re-pledge, hypothecate, rehypothecate, sell, lend, or otherwise transfer or use any amount of such Digital Assets**, separately or together with other property, **with all attendant rights of ownership,** and for any period of time, and without retaining in Celsius' possession and/or control a like amount of Digital Assets or any other monies or assets, and to use or invest such Digital Assets in Celsius' full discretion."

13

# Terms of Use:  Bankruptcy Risk



**Terms of Use Version 6  [Section 13. Consent to Celsius' Use of Digital Assets]**

"You acknowledge that with respect to Digital Assets used by Celsius pursuant to this paragraph:

(i)     You will not be able to exercise rights of ownership;

(ii)    Celsius may receive compensation in connection with lending or otherwise using Digital Assets in its business to which you have no claim or entitlement; and

(iii)   *In the event that Celsius becomes bankrupt, enters liquidation or is otherwise unable to repay its obligations, you may not be able to recover or regain ownership of such Digital Assets*, and other than your rights as a creditor of Celsius under any applicable laws, you may not have any legal remedies or rights in connection with Celsius' obligations to you."

**Terms of Use Version 7  [Section 13. Consent to Celsius' Use of Digital Assets]**

"You acknowledge that with respect to Digital Assets used by Celsius pursuant to this paragraph:

(i)     You will not be able to exercise rights of ownership;

(ii)    Celsius may receive compensation in connection with lending or otherwise using Digital Assets in its business to which you have no claim or entitlement; and

(iii)   *In the event that Celsius becomes bankrupt, enters liquidation or is otherwise unable to repay its obligations, you may not be able to recover or regain ownership of such Digital Assets*, and other than your rights as creditor of Celsius under any applicable laws, you may not have any legal remedies or rights in connection with Celsius' obligations to you."

14

# Terms of Use: Bankruptcy Risk



### Terms of Use Version 8  [Section 13. Consent to Celsius' Use of Your Digital Assets]

"You acknowledge that with respect to Digital Assets used by Celsius pursuant to this paragraph:

1.	You will not be able to exercise rights of ownership;

2.	Celsius may receive compensation in connection with lending or otherwise using Digital Assets in its business to which you have no claim or entitlement; and

3.	***In the event that Celsius becomes bankrupt, enters liquidation or is otherwise unable to repay its obligations, any Eligible Digital Assets used in the Earn Service or as collateral under the Borrow Service may not be recoverable***, and you may not have any legal remedies or rights in connection with Celsius' obligations to you other than your rights as a creditor of Celsius under any applicable laws."

15