Jarno Öberg

*Pro se creditor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Celsius Network LLC, et al., | ) ) | Case No. 22-10964 (MG) |
| Debtors | ) ) ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

On Friday, December 2, 2022, I filed a joinder to the respective objections of Eric Wohlwend (docket no. 1430) and Karen Cordry (docket no. 1492) to the debtor's "Stablecoin motion"[1].

I certify, that on December 4, 2022, I served a true and correct copy of that joinder to participants listed on the court's electronic mail notice list (Exhibit A below).

**Signature**

December 4, 2022                                        /s/ *Jarno Öberg*

                                                                    Jarno Öberg, pro se creditor

---

[1] The "Stablecoin motion" is the *Debtor's Amended motion for entry of an order (I) establishing ownership of assets in the debtors' earn program, (II) permitting the sale of stablecoin in the ordinary course and (III) granting related relief* (docket no. 1325).

Exhibit A: Participants listed on the court's electronic mail notice list

- **David J. Adler** dadler@mccarter.com
- **Susan L Adler** nycsa@aol.com, susannycsa@gmail.com
- **Nelly Cessiska Almeida** nalmeida@milbank.com, jbrewster@milbank.com, aheine@milbank.com; mwyanez@milbank.com; nelly-almeida8701@ecf.pacerpro.com
- **Andrea Amulic** andrea.amulic@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com
- **Michael Andolina** mandolina@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com
- **Darren T. Azman** dazman@mwe.com, mco@mwe.com, cgreer@mwe.com
- **Alexandra Steinberg Barrage** abarrage@dwt.com
- **Malcolm M Bates** mbates@duanemorris.com
- **Ronit Berkovich** Ronit.Berkovich@weil.com
- **Jeffrey Bernstein** jbernstein@mdmc-law.com
- **Michael P. Broadhurst** mbroadhurst@wgpllp.com
- **Dean Lindsay Chapman** dchapman@akingump.com, AGSearch-Lit@akingump.com, kmanlove@akingump.com, nymco@akingump.com
- **Michael Chen** mchen@akingump.com
- **Shawn M. Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **Jeffrey S. Cianciulli** jcianciulli@wgpllp.com, imarciniszyn@weirpartners.com
- **Marvin E. Clements** agbanknewyork@ag.tn.gov
- **Hollace T. Cohen** hollace.cohen@fisherbroyles.com
- **Aaron Colodny** aaron.colodny@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com
- **Dawn R. Copley** dcopley@dickinsonwright.com, tcorey@dickinsonwright.com
- **Karen Cordry** kcordry@naag.org
- **Shara Claire Cornell** shara.cornell@usdoj.gov
- **Anthony J. DeGirolamo** tony@ajdlaw7-11.com
- **Roma N Desai** roma.desai@oag.texas.gov
- **Thomas Robert Dominczyk** tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com
- **Daniel Eggermann** deggermann@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Stuart P. Gelberg** spg@13trustee.net
- **Jeffrey R. Gleit** jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com, alyssa.fiorentino@afslaw.com
- **Brian D. Glueckstein** gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com, brian-glueckstein-5384@ecf.pacerpro.com
- **Bonnie R. Golub** bgolub@wgpllp.com
- **Andrew R. Gottesman** gottesman@mintzandgold.com, gottesman@mintzandgold.com
- **Brian G. Hannon** bhannon@norgaardfirm.com, sferreira@norgaardfirm.com, kcimmino@norgaardfirm.com, crose@norgaardfirm.com
- **Juandisha Harris** harrisj12@michigan.gov
- **Samuel P Hershey** shershey@whitecase.com, mco@whitecase.com, jdisanti@whitecase.com
- **Mitchell Hurley** mhurley@akingump.com, bkemp@akingump.com, dkrasa@akingump.com
- **Monique Debrikka Jewett-Brewster** mjb@hopkinscarley.com, eamaro@hopkinscarley.com

- **Katherine Johnson** kjohnson3@ftc.gov, kaizpuru@ftc.gov
- **John Kane** jkane@akingump.com
- **Barry R. Kleiner** dkleiner@kkwc.com
- **Gregory Kopacz** gkopacz@sillscummis.com
- **Lawrence J. Kotler** ljkotler@duanemorris.com
- **Bryan Kotliar** bkotliar@teamtogut.com, eblander@teamtogut.com, jmcclain@teamtogut.com, gquist@teamtogut.com, astolp@teamtogut.com
- **Deborah Kovsky-Apap** deborah.kovsky@troutman.com, kay.kress@troutman.com
- **Erica Kravchenko** ekravchenko@bernsteinlaw.com
- **Tyler Nathaniel Layne** tyler.layne@wallerlaw.com
- **Vincent Edward Lazar** vlazar@jenner.com
- **Thomas Scott Leo** sleo@leolawpc.com, emartinez@leolawpc.com
- **Nicole A Leonard** nleonard@mdmc-law.com
- **Seth H. Lieberman** slieberman@pryorcashman.com, cfrench@pryorcashman.com
- **Edward J. LoBello** elobello@msek.com
- **Stephen Manning** stephen.manning@atg.wa.gov, GCEEF@atg.wa.gov
- **Hugh R. McCullough** hughmccullough@dwt.com SEADocket@dwt.com
- **Joshua Mester** jmester@jonesday.com
- **Layla Milligan** Layla.Milligan@oag.texas.gov
- **Julie F. Montgomery** jmontgomery@brownconnery.com
- **Michael D. Morris** morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- **Carl D. Neff** carl.neff@fisherbroyles.com
- **Mark Norgaard** mnorgaard@norgaardfirm.com, crose@norgaardfirm.com, sferreira@norgaardfirm.com
- **Kyle J. Ortiz** kortiz@teamtogut.com, dperson@teamtogut.com, aoden@teamtogut.com, aglaubach@teamtogut.com, eblander@teamtogut.com, bkotliar@teamtogut.com, gquist@teamtogut.com, astolp@teamtogut.com, lebrahimi@teamtogut.com
- **Michael Todd Parker** todd.parker@parkerpohl.com
- **Arie Peled** aapeled@venable.com
- **Gregory F Pesce** gregory.pesce@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com
- **Richard J. Pilson** richardjpilson@aol.com
- **David M Pohl** david.pohl@parkerpohl.com
- **John Reding** john.reding@ilag.gov
- **Annemarie V. Reilly** annemarie.reilly@lw.com
- **Kyle William Roche** kyle@kyleroche.law, akaradjas@rochefreedman.com
- **Jennifer Rood** jennifer.rood@vermont.gov
- **Abigail Ryan** abigail.ryan@oag.texas.gov
- **Jeffrey S. Sabin** jssabin@venable.com
- **Ray C Schrock** ray.schrock@weil.com, matthew.goren@weil.com
- **William D Schroeder** schroeder@jrlaw.org, healey@jrlaw.org
- **Paul R. Shankman** pshankman@fortislaw.com
- **Virginia T. Shea** vshea@mdmc-law.com, mtaranto@mdmc-law.com
- **Paul N. Silverstein** paulsilverstein@huntonak.com
- **Scott D. Simon** ssimon@goetzfitz.com
- **Katherine Stadler** kstadler@gklaw.com, kboucher@gklaw.com
- **Catherine Steege** csteege@jenner.com, jeffrey_cross@discovery.com
- **Howard Steel** HSteel@goodwinlaw.com
- **Joshua Sussberg** jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

- **Lucy Thomson** lucythomson_cpo@earthlink.net
- **David Turetsky** david.turetsky@whitecase.com, jdisanti@whitecase.com, mco@whitecase.com
- **United States Trustee** USTPRegion02.NYECF@USDOJ.GOV
- **Morris D. Weiss** morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com, annmarie.jezisek@wallerlaw.com
- **Dina L. Yunker Frank** bcuyunker@atg.wa.gov
- **Evan J. Zucker** ezucker@blankrome.com, eDocketing@blankrome.com