Immanuel Herrmann
*Pro se Celsius creditor*
Admin of the worldwide Celsius
Earn Customer Telegram group
immanuelherrmann@gmail.com
**https://t.me/celsiusearn**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered.) |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I served the true and correct copies of the following upon the the Chambers of the Honorable Chief Judge Martin Glenn, and the Core/2002 service list via electronic mail, and via the Court's *pro se* filing system:

**On December 2**

**D.R. 1553:** JOINDER OF THREE HUNDRED AND SEVENTY-FIVE CELSIUS EARN CREDITORS TO THE BORROWERS' LIMITED OBJECTION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN

**D.R. 1559:** THREE HUNDRED AND NINETY SEVEN CELSIUS CREDITORS RESPOND TO D.R. 1502: FORMAL EXPRESSION OF DISSATISFACTION WITH THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LIMITED OBJECTION TO THE DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

OWNERSHIP OF ASSETS IN THE DEBTORS' EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE AND (III) GRANTING RELATED RELIEF

**D.R. PENDING:** JOINDER OF FOUR HUNDRED AND FIFTY TWO EARN CREDITORS TO THE OBJECTIONS OF ERIC WOHLWEND, FILED BY HIS COUNSEL, ANTHONY J. DEGIROLAMO, AND REBECCA GALLAGHER, *PRO SE*, TO THE DEBTOR'S AMENDED MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS IN THE DEBTORS' EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE, AND (III) GRANTING RELATED RELIEF

**D.R. PENDING:** JOINDER OF THREE HUNDRED AND FORTY CELSIUS CREDITORS TO THE OBJECTION AND RESERVATION OF RIGHTS FILED BY MARK A. LINDSAY TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS IN THE DEBTORS' EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOINS IN THE ORDINARY COURSE AND (III) GRANTING RELATED RELIEF

**On November 29**

**D.R. 1519:** SUPPLEMENTAL OMNIBUS OBJECTION AND RESERVATION OF RIGHTS TO THE DEBTORS' PROPOSED SCHEDULING ORDER, AND THE DEBTORS' AMENDED MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS IN THE DEBTORS' EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE AND (III) GRANTING RELATED RELIEF

Respectfully submitted,

Dated: December 2, 2022
Silver Spring, Maryland

/s/ Immanuel Herrmann
Immanuel Herrmann