David J. Adler
McCARTER & ENGLISH, LLP
825 8th Avenue
Worldwide Plaza
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
E-mail: dadler@mccarter.com
*Attorneys for Ad Hoc Group of Borrowers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

**VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019**

In connection with the above-captioned chapter 11 cases (the "Chapter 11 Cases"), McCarter & English, LLP (the "McCarter Firm") hereby submits this verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") with respect to the McCarter Firm's representation of a group of account holders (the "*Ad Hoc* Group of Borrowers") in connection with such account holders' property held by Celsius Network LLC and/or certain of its affiliated debtors and debtors in possession (the "Debtors") in connection with the "Borrow" service offered by the Debtors.[2]

1. Attached hereto as Exhibit A is a list of the names and addresses of each member of the *Ad Hoc* Group of Borrowers, and each member's disclosable economic interests

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business is 121 River Street, PH05, Hoboken, New Jersey 07030.
[2] Each member of the *Ad Hoc* Group of Borrowers files this Statement exclusively on its own behalf and does not assume any fiduciary or other duties to any other member or to any other entity or individual.

in accordance with Bankruptcy Rule 2019, in the amount set forth in <u>Exhibit A</u>, as of July 13, 2022. The information contained in <u>Exhibit A</u> is based upon information provided by the members of the *Ad Hoc* Group of Borrowers and/or the Schedules filed by the Debtors and is subject to change.

2. On or about December 2, 2022, the initial members of the *Ad Hoc* Group of Borrowers retained the McCarter Firm to represent it in connection with the above- captioned Chapter 11 Cases.[3] Additional members are expected to join the *Ad Hoc* Group of Borrowers on an ongoing basis, and the McCarter Firm will file additional Statements as necessary to comply with Bankruptcy Rule 2019.

3. Each member of the *Ad Hoc* Group of Borrowers has consented to the McCarter Firm's representation of the group. The McCarter Firm does not represent any member of the *Ad Hoc* Group of Borrowers in his or her individual capacity or with respect to any property interests (or related claims) other than in connection with the "Borrow" service offered by the Debtors.

4. The information contained in this Statement and/or <u>Exhibit A</u> attached hereto is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose, including, without limitation, any restriction or limitation on the rights, abilities, or arguments of the *Ad Hoc* Group of Borrowers to recover their property held by the Debtors (or any third parties) in the "Borrow" Accounts. Nothing in this Statement or <u>Exhibit A</u> hereto, should be construed as (i) a limitation upon, or waiver of, any member's right to assert, file, and/or amend claims, if any, in accordance with applicable law and any orders entered in these Chapter 11 Cases, or (ii) an admission with respect to any fact or legal theory. The McCarter Firm reserves the right to amend or supplement this Statement on behalf of the *Ad Hoc* Group of

---

[3] Prior to December 2, 2022. the McCarter Firm represented Zaryn Dentzel, Gregory Kieser, Joseph Eduardo and Michael Conlan, each of whom is a member of the *Ad Hoc* Group of Borrowers.

Borrowers.

5. The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

DATED: December 5, 2022
New York, New York

*AD HOC* GROUP OF BORROWERS

By its Counsel

**McCARTER & ENGLISH, LLP**

By: */s/ David J. Adler*
David J. Adler
(A member of the Firm)
Email: dadler@mccarter.com
825 8th Avenue
Worldwide Plaza
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921

# **EXHIBIT A**

This Statement reflects the nature and amount of disclosable economic interests (*e.g.* the amounts of cryptocurrency assets as of July 13, 2022) in relation to the Debtors held by members of the *Ad Hoc* Group of Borrowers, as disclosed to the McCarter Firm based upon information provided by the members of the *Ad Hoc* Group of Borrowers and/or the Schedules filed by the Debtors.[4]

This Statement is intended solely to satisfy Bankruptcy Rule 2019, to the extent such rule is applicable to the various holdings of the *Ad Hoc* Group of Borrowers, and nothing set forth herein is intended to be or shall be an admission that any of the *Ad Hoc* Group of Borrowers interests in property held by the Debtors constitute disclosable economic interests for purposes of Bankruptcy Rule 2019. The values set forth herein are not intended to be a limitation on the form of recovery of the *Ad Hoc* Group of Borrowers, including, without limitation, their right to recover any property in kind. Nothing herein is or is intended to be a waiver of any arguments that any property held by the Debtors is not property of the estate under section 541 of the Bankruptcy Code.

---

[4] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Statement.

# LIST OF MEMBERS OF THE AD HOC GROUP OF BORROWERS

| Name[1] | Earn Account Balance | Custody Account Balance | Withhold Account Balance | Borrower's Collateral |
|---|---|---|---|---|
| Conlon, Michael | BTC 0.000001367140917932<br>CEL 0.000831263466145782<br>GUSD 0.00756847601924094 | | BTC 0.000000001626586449<br>CEL 1.14051896671453<br>GUSD 0.0326789789255594 | BTC 9.43506354199158 |
| Cioffolletti, John | ETH 0.000172212030175011<br>LINK 0.0251161158097805<br>USDC 0.0887015326861874 | ETH 0.0301948904062327<br>LINK 31.4905409533731<br>USDC 2.1983091751193 | | LINK 240903.227878976 |
| Dentzel, Zaryn | BTC 0.151771055041482<br>CEL 1.15056074499931 | | | BTC 799.4382 |
| Dernesch, Noel | BTC 0.0757477604487051<br>CEL 25.50013185598 | | | BTC 9.92425223955129 |
| Eduardo, Joseph F. | CEL 1967.58553911546<br>DOT 221.738012789155<br>ETH 0.00215497881060097<br>USDC 196.828023758213<br>USDT ERC20 690.786699438481 | | | DOT 3375.52714009869<br>ETH 530.999093835483 |

---

[1] The addresses and contact information for all members of the Ad Hoc Group of Borrowers is provided as McCarter & English, LLP, c/o David Adler, 825 8th Avenue, 31st Floor, New York, New York 10019.

1

| | | | | |
|---|---|---|---|---|
| Fahrney, David | BTC 0.000690024413333249<br>ETH 0.00143499756072495<br>LTC 0.0233059612059635 | BTC 5.12804355244434<br>ETH 1.01062203206708<br>LTC 55.1927442138644 | | BTC 50.1051008391274 |
| Foster, Michael | BTC 0.000138760434433483<br>ETH 0.079590593138518<br>MCDAI 15.6053077799173 | BTC 0.000000001317428654<br>MCDAI 5.640729 | | BTC 0.565057167154871 |
| Foster, Michael | BTC 0.114214759052055<br>ETH 20.5543836607467 | BTC 0.40231179043674 | | BTC 10.2961116769455 |
| Kieser, Greg[2] | BTC 6.88423000556071<br>CEL 28233.6870729457<br>USDC 287.521678 | | | BTC 7.27320959624026<br>ETH 8630.94776468648 |
| Licari, Melissa | BTC 0.000408573021993092<br>CEL 29.7161783581852<br>ETH 380.55121992054 | ETH 0.0117494089407481 | | ETH 2316.17545776394 |
| Licari, Pietro | BTC 0.0103410827543175<br>CEL 1178.44973856039<br>ETH 345.22397962013<br>LPT 17.5182157770284<br>OMG 4700.28750320428 | ETH 0.0545297790397515 | | ETH 2147.18574069558 |
| Masanto, Chris | ETH 0.97956366150695<br>USDC 254.578011074918<br>USDT ERC20 326.049530863386<br>ZEC 68.7249928264324 | | | ZEC 11286.6210169978 |

---

[2] Mr. Kieser also has a separate claim for a wrongful liquidation of a loan in June of 2022.

2

| | | | | |
|---|---|---|---|---|
| Schmidt, Erich | BTC 0.00163367094088883<br>CEL 4441.91329220343<br>DOT 155.072119895116<br>LINK 1197.20775571792<br>MATIC 14205.8240965653<br>PAXG 2.0210236888628<br>SNX 10.0112169680033<br>USDC 634.789645110485 | BTC 0.000000000643246447<br>MCDAI 31.1885948721635 | | BTC 9.24634946309385 |
| Suri, Nikhil | BTC 1.16010731100297<br>CEL 237.755610301929<br>ETH 27.3883235293657<br>MANA 2706.03365641531 | | | BTC 6.42158490912318<br>ETH 77.8808591848711 |
| Taiaroa, Keri | ADA 6.08864382240108<br>AVAX 603.741575347579<br>BNB 0.0000008991957827<br>BTC 13.2035415120611<br>BUSD 0.0808805655464793<br>CEL 362455.988742743<br>DOT 6074.14072464421<br>EOS 0.000089901977807488<br>LUNC 908.315550165007<br>MATIC 80371.6141707264<br>SGB 3083.88651959793<br>SOL 5145.24267806903<br>USDC 2248.73265507859<br>USDT ERC20 0.249139<br>XRP 0.000000396438038977 | | | ADA 269987.146675159<br>BTC 982.958014401605<br>ETH 907.10250962797<br>LINK 12057.2670122808<br>XRP 13100.5136252874 |

3

| Villinger, Chris | BCH 93.6920668007351<br>BTC 41.5651282511923<br>CEL 1080541.94582672<br>DASH 7.25152149698846<br>ETH 9283.61155850899<br>LTC 284.401199243091<br>SGB 49652.4190537076<br>USDC 170794.684956463<br>XLM 15652.7225938918<br>XRP 324795.801019155 | | | ETH 3374.61264944819 |
|---|---|---|---|---|