# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Dan Latona<br>To Call Writer Directly:<br>+1 312 862 3445<br>dan.latona@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br><br>+1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

December 2, 2022

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

    Re: *In re Celsius Network LLC,* No. 22-10964 (MG) – Application of the
       United States Trustee for an Order Authorizing the United States Trustee
       to Conduct A 2004 Examination of Willis Towers Watson
       [Docket No. 1392]

Dear Chief Judge Glenn:

  Pursuant to paragraph 27 of the Case Management Procedures, attached as <u>Exhibit 1</u> to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], and upon agreement with the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>"), we write to request confirmation of the extension of the deadline for Willis Towers Watson US LLC to object to the *Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct A 2004 Examination of Willis Towers Watson* [Docket No. 1392] (the "<u>Application</u>") to December 13, 2022, at 4:00 p.m. (prevailing Eastern Time), as the U.S. Trustee now expects to present the Application and proposed order for approval on December 20, 2022 at 4:00 p.m. (prevailing Eastern Time).

# KIRKLAND & ELLIS LLP

Sincerely,

*/s/ Dan Latona*

Dan Latona

cc:    Shara Cornell, Trial Attorney, Office of the United States Trustee

The request to extend the deadline for Willis Towers Watson US LLC to object to the *Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct A 2004 Examination of Willis Towers Watson* [Docket No. 1392] (the "Application") to December 13, 2022, at 4:00 p.m. (prevailing Eastern Time) is GRANTED.

MEMORANDUM ENDORSED

IT IS SO ORDERED.

Dated:  December 6, 2022
        New York, New York

          **/s/ Martin Glenn**
          MARTIN GLENN
          Chief United States Bankruptcy Judge