**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                           :

In re                              :        Chapter 11
                               :

CELSIUS NETWORK LLC, et al.,[1]     :        Case No. 22-10964 (MG)
                               :

            Debtors.          :        (Jointly Administered)
                               :
----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned counsel hereby appear in these chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtor and other jointly administered debtors (collectively, the "Debtors") for and on behalf of proposed lead plaintiffs (collectively, the "Proposed Lead Plaintiffs"),[2] in the pending securities class action litigation pending in the United States District Court for the District of New Jersey (Case No. 2:22-cv-04560-KM-ESK) (the "Securities Litigation"), pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel hereby request service of any and all notices given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in the Chapter 11 Cases, including all adversary proceedings and other related cases and proceedings (collectively, "Related Proceedings"), and request that the name and address of the undersigned counsel be added to all mailing matrices

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] The Proposed Lead Plaintiffs consist of Zack Kaplan, Michael Kaplan, Eli Kaplan, Ben Kaplan and Michael Mazzotta.

and service lists maintained in the Chapter 11 Cases.  Service may be made and directed as follows:

> Michael S. Etkin, Esq.
> Andrew Behlmann, Esq.
> **LOWENSTEIN SANDLER LLP**
> One Lowenstein Drive
> Roseland, New Jersey 07068
> 973-597-2500 (Telephone)
> 973-597-2400 (Facsimile)
> Email:   metkin@lowenstein.com
>              abehlmann@lowenstein.com
>
> - and -
>
> Phillip Khezri, Esq.
> **LOWENSTEIN SANDLER LLP**
> 1251 Avenue of the Americas, 17th Floor
> New York, New York 10020
> 212-262-6700 (Telephone)
> 212-262-7402 (Facsimile)
> Email:   pkhezri@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that the within request for service includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure (wherever applicable), and the United States Bankruptcy Code, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email, or electronic filing or otherwise filed or made with regard to the Chapter 11 Cases or any Related Proceedings, and for the purposes of CM/ECF.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by Proposed Lead Plaintiffs do not, shall not, and shall not be deemed to: (i) constitute a submission by the Proposed Lead Plaintiffs, either individually or for the class or any member thereof, to the jurisdiction of the Bankruptcy Court; (ii) constitute consent by the Proposed Lead Plaintiffs, either individually or for the class or any member thereof, to entry by the Bankruptcy Court of any final order in any non-core

proceeding, which consent is hereby withheld unless, and solely to the extent, expressly granted in the future with respect to a specific proceeding; or (iii) waive any substantive or procedural rights of the Proposed Lead Plaintiffs or the class or any member thereof, including but not limited to (a) the right to challenge the constitutional authority of the Bankruptcy Court to enter a final order or judgment on any matter; (b) the right to have final orders in non-core matters entered only after de novo review by a District Court judge; (c) the right to trial by jury in any proceedings so triable herein, in any Related Proceedings, in the Securities Litigation, or in any other case, controversy, or proceeding related to or arising from the Debtors, the Chapter 11 Cases, any Related Proceedings, or the Securities Litigation; (d) the right to have the reference withdrawn by a United States District Court in any matter subject to mandatory or discretionary withdrawal; or (e) all other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which the Proposed Lead Plaintiffs or the class or any member thereof are or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved, nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under any applicable law. rule, regulation, or order.

Dated:  December 6, 2022

**LOWENSTEIN SANDLER LLP**

By: /s/  *Michael S. Etkin*

Michael S. Etkin, Esq.
Andrew Behlmann, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
973-597-2500 (Telephone)
973-597-2400 (Facsimile)
Email: metkin@lowenstein.com
        abehlmann@lowenstein.com
- and-

Phillip Khezri, Esq.
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
212-262-6700 (Telephone)
212-262-7402 (Facsimile)
Email: pkhezri@lowenstein.com

*Counsel for the Proposed Lead Plaintiffs*