RE: PERSONAL LETTER TO ALEX MASHINKY, CEO CELSIUS NETWORK, LLC

Thomas A. Hall
12223 Highland Ave., 106-394
Rancho Cucamonga, CA 91739
(626) 347-8616

TO:

Alex Mashinsky, Celsius Network, LLC,
121 River Street, PH05
Haboken, NJ 07030

June 16, 2022

Dear Mr. Mashinsky,

Yesterday you should have received my formal response and demand letter for the immediate release of my funds in the amount of $35,322.08 in the form of cryptocurrency assets held in your company's custody on my behalf.

This letter serves as my "personal" response to you and your Executive Leadership Team and is my very brief story in the crypto/blockchain space starting in 2018.

I write this letter as a loyal Celsian (we met at your company's Meet Up in Las Vegas about a year ago), and as a father of two beautiful early teen girls, also a devoted husband to my wife of 17 years, and most recently, I write to you as someone who was just contacted to join the Celsius Ambassador Program and who gratefully accepted as it was my pleasure to help promote Celsius; who I believe stands for a noble cause of helping to bank the unbanked.

As a business and technology leader myself, I am very aware of the challenges and constraints you and the Celsius Organization may be under right now.

However, it has taken me several years since I started in crypto in 2018 to become a full bitcoiner and to also hold just under 10 ETH. Both of which were and still are strong personal financial goals for myself and my family. All those assets, sir, are under the custody and control of Celsius Network right now.

I also implore you sir; to reach deep into why you may have started Celsius in the first place, and that you and your Executive team do everything within your power to make your community of customers whole again.

The $35K above may not seem like a fortune to some; but it signifies part of my family's financial future set aside in what I still believe to be one of the most innovative technologies of our time and one of the largest asymmetrical financial investments I can make for my family's future generations right now.

I respectfully request your prompt attention to this request and I truly hope the Celsius Organization is here to stay for the long term and can continue to support the mission it was founded under.

Sincerely,

Thomas A. Hall
12223 Highland Ave., 106-394
Rancho Cucamonga, CA 91739
(626) 347-8616

Celsius Customer ID: 1486944066