Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) |
| | ) Case No. 22-10964 (MG) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

### AGENDA FOR HEARING TO BE HELD
### DECEMBER 8, 2022, AT 9:00 A.M. (PREVAILING EASTERN TIME)

Time and Date of Hearing:    December 8, 2022, at 9:00 a.m. (prevailing Eastern Time)

Location of Hearing:    The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance
Instructions:    In accordance with General Order M-543 ("General Order M-543"),
dated March 20, 2020, the Hearing will take place in a hybrid fashion
both in person and via Zoom for Government. Those wishing to
participate in the Hearing in person may appear before the Honorable
Martin Glenn, Chief United States Bankruptcy Judge, in the United
States Bankruptcy Court for the Southern District of New York, in

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. Those wishing to participate in the Hearing in person are required to wear a mask when not speaking or presenting. Parties wishing to appear at the Hearing live or via Zoom, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m. (prevailing Eastern Time) on December 7, 2022**.

Due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing scheduled to commence at 9:00 a.m., December 8, 2022 (prevailing Eastern Time), must connect to the Hearing beginning at 8:00 a.m., December 8, 2022 (prevailing Eastern Time). When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

Copies of Motions:    A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I.  Contested Matters.

1.    **Motion to Set Briefing Schedule**. Debtors' Motion Seeking Entry of an Order (I) Setting A Briefing Schedule and (II) Granting Related Relief [Docket No. 1338].

Objection Deadline: December 2, 2022, at 4:00 p.m. (prevailing Eastern Time). The deadline to object was extended by the Debtor for the Committee to December 6, 2022, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    The Official Committee of Unsecured Creditors' Objection to

Debtors' Motion Seeking Entry of an Order (I) Setting A Briefing Schedule and (II) Granting Related Relief [Docket No. 1592].

Related Documents:

(1)    Notice of Adjournment of Hearing on Certain Motions (Hybrid In Person and Remote Zoom Hearing) [Docket No. 1524].

(2)    Debtors' Request to Extend Deadline to Object to Debtors' Briefing Schedule [Docket No. 1543].

(3)    Memorandum Endorsed Order Granting Debtors' Request to Extend Deadline to Object to Debtors' Briefing Motion [Docket No. 1552].

(4)    Debtors' Reply in Support of Debtors' Motion Seeking Entry of an Order (I) Setting A Briefing Schedule and (II) Granting Related Relief [Docket No. 1619].

**Status**:   This matter is going forward.

2.    **Sale of GK8 Assets.**

Objection Deadline:   August 5, 2022, at 4:00 p.m. (prevailing Eastern Time).  The deadline to object was extended on several occasions by the Debtors to December 6, 2022 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Securities Lead Plaintiffs' Limited Objection to the Sale of the GK8 Assets [Docket No. 1617].

Related Documents:

(1)    Letter Re: Objection Deadline Extension [Docket No. 409].

(2)    Objection to Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter into a Definitive Purchase Agreement, and (III) Granting Related Relief [Docket No. 430].

(3)    Notice of Adjournment of Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice

Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter into A Definitive Purchase Agreement, and (III) Granting Related Relief [Docket No. 445].

(4)     Supplemental Notice of Hearing [Docket No. 626].

(5)     Notice of Filing of Revised Proposed Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief [Docket No. 665].

(6)     Notice of Filing of Further Revised Proposed Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief [Docket No. 677].

(7)     Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief [Docket No. 687].

(8)     Affidavit of Publication of Notice of Auction for the Potential Sale of Certain of the Debtors' Assets Free and Clear of Any and All Claims, Interests, and Encumbrances [Docket No. 727].

(9)     Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 748].

(10)    Affidavit of Publication of Notice of Auction for the Potential Sale of Certain of the Debtors' Assets Free and Clear of Any and All Claims, Interests, and Encumbrances [Docket No. 876].

(11)    Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 878].

(12)    Second Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 956].

(13)  Third Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1060].

(14)  Fourth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1299].

(15)  Fifth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1323].

(16)  Notice of Adjournment of Auction [Docket No. 1413].

(17)  Second Notice of Adjournment of Auction [Docket No. 1440].

(18)  Sixth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1460].

(19)  Seventh Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1461].

(20)  Eighth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1480].

(21)  Ninth Notice of Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets [Docket No. 1522].

(22)  Debtors' Notice of Adjournment of Hearing on Certain Motions (Hybrid In Person and Remote Zoom Hearing) [Docket No. 1524].

(23)  Notice of Cancellation of Auction [Docket No. 1548].

(24)  Notice of Successful Bidder [Docket No. 1549].

(25)  Notice of Filing of Asset Purchase Agreement [Docket No. 1586].

(26)    Notice of Filing of Proposed Order (I) Approving the Sale of the GK8 Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the GK8 Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 1615].

(27)    Debtors' Supplemental Motion Seeking Entry of (I) An Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) An Order Authorizing the Debtors to Enter Into a Definitive Purchase Agreement, and (III) Granting Related Relief [Docket No. 1620].

(28)    Debtors' Motion to Schedule an Expedited Hearing with Respect to the Debtors' Supplemental Motion Seeking Entry of (I) An Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) An Order Authorizing the Debtors to Enter Into a Definitive Purchase Agreement, and (III) Granting Related Relief [Docket No. 1621].

(29)    Declaration of Ryan Kielty in Support of Entry of an Order (I) Approving the Sale of the Debtors' GK8 Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement, (III) Assume and Assign Certain Executory Contracts and Unexpired Lease, and (IV) Granting Related Relief [Docket No. 1622].

**Status**:  This matter is going forward.

## II. **Uncontested Matters.**

3.    ***DeFi Motion.***  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Decentralized Finance Loans and (II) Granting Related Relief [Docket No. 1360].

Objection Deadline:  November 28, 2022, at 4:00 p.m. (prevailing Eastern Time).  The deadline to object was extended by the Debtor for the Committee to November 30, 2022, at 5:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Debtors' Request to Extend Deadline to Object to Debtors' DeFi Motion [Docket No. 1462].

(2)     Memorandum Endorsed Order Granting Debtors' Request to Extend Deadline to Object to Debtors' DeFi Motion [Docket No. 1472].

(3)     Debtors' Notice of Adjournment of Hearing on Certain Motions (Hybrid In Person and Remote Zoom Hearing) [Docket No. 1524].

**Status**:   This matter is going forward

New York, New York
Dated: December 6, 2022

*/s/ Joshua A. Sussberg*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            jsussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:            patrick.nash@kirkland.com
                      ross.kwasteniet@kirkland.com
                      chris.koenig@kirkland.com
                      dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*