| | |
|---|---|
| Michael S. Etkin, Esq. | Phillip Khezri, Esq. |
| Andrew Behlmann, Esq. | **LOWENSTEIN SANDLER LLP** |
| **LOWENSTEIN SANDLER LLP** | 1251 Avenue of the Americas |
| One Lowenstein Drive | 17th Floor |
| Roseland, New Jersey 07068 | New York, New York 10020 |
| Telephone: (973) 597-2500 | Telephone: (212) 262-6700 |
| Facsimile: (973) 597-2333 | Facsimile: (212) 262-7402 |

*Bankruptcy Counsel to Proposed Lead Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | : | Case No. 22-10964 (MG) |
| Debtors. | : | (Jointly Administered) |

---

## CERTIFICATION OF SERVICE

I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, counsel to the proposed lead plaintiffs in the securities fraud class action captioned as *Taylor Goines, Individually and on Behalf of Itself and All Others Similarly Situated v. Celsius Network, LLC, Celsius Lending, LLC, Celsius KeyFi LLC, Alexander Mashinsky, Shlomi "Daniel" Leon, David Barse, And Alan Jeffrey Carr*, Case No. 2:22-cv-04560-KM-ESK, pending in the United States District Court for the District of New Jersey, for the putative class he seeks to represent in the Securities Litigation, in the above-referenced chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

2. On December 6, 2022, I caused the following document to be electronically filed with the Court, using the Court's electronic filing system and served via the court's CM/ECF system on the parties that have consented to electronic service of all filings, as indicated on **Exhibit A**:

- *Securities Lead Plaintiffs' Limited Objection to the Sale of the GK8 Assets* [Docket No. 1617].

3. Also on December 6, 2022, I caused the foregoing document to be served by electronic mail on the parties listed on **Exhibit B**.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: December 7, 2022

      */s/ Elizabeth Lawler*
      Elizabeth Lawler

**EXHIBIT A**

File an answer to a motion:

22-10964-mg Celsius Network LLC

U.S. Bankruptcy Court

Southern District of New York

Notice of Electronic Filing

The following transaction was received from Michael S. Etkin entered on 12/6/2022 at 3:11 PM and filed on 12/6/2022
**Case Name:** Celsius Network LLC
**Case Number:** 22-10964-mg
**Document Number:** 1617

**Docket Text:**
Objection to Motion / *Securities Lead Plaintiffs' Limited Objection To The Sale Of The GK8 Assets* (related document(s)[188]) filed by Michael S. Etkin on behalf of Proposed Lead Plaintiffs In Securities Class Action Litigation. (Etkin, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Celsius - Limited Objection to Sale of GK8 Assets.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=12/6/2022] [FileNumber=20558543-0]
[3ae47d2fa91e0865e3bed89db0e0f47f22e2b0907f4a17a419198715caf64b06483d
083a9bcef181c944e4004ddbc1e34fd830aa2362e3a844b20d9363613144]]

**22-10964-mg Notice will be electronically mailed to:**

David J. Adler on behalf of Creditor Ad Hoc Group of Borrowers
dadler@mccarter.com

David J. Adler on behalf of Creditor Anabelle Dias
dadler@mccarter.com

David J. Adler on behalf of Creditor Christopher Little
dadler@mccarter.com

David J. Adler on behalf of Creditor Gregory Kieser
dadler@mccarter.com

David J. Adler on behalf of Creditor John Dzaran
dadler@mccarter.com

David J. Adler on behalf of Creditor Keith Suckno
dadler@mccarter.com

David J. Adler on behalf of Creditor Michael Conlon
dadler@mccarter.com

David J. Adler on behalf of Creditor Monika Kosa
dadler@mccarter.com

David J. Adler on behalf of Creditor Paola Leano Peralta
dadler@mccarter.com

David J. Adler on behalf of Creditor Zaryn Dentzel
dadler@mccarter.com

David J. Adler on behalf of Unknown Joseph Eduardo
dadler@mccarter.com

David J. Adler on behalf of Unknown Martin Langlois
dadler@mccarter.com

David J. Adler on behalf of Unknown Michael Conlon
dadler@mccarter.com

Susan L Adler on behalf of Stockholder Andersen Invest Luxembourg S.A SPF
nycsa@aol.com, susannycsa@gmail.com

Susan L Adler on behalf of Unknown Odette Wohlman
nycsa@aol.com, susannycsa@gmail.com

Nelly Cessiska Almeida on behalf of Stockholder Celsius New SPV Investors, LP
nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com

Nelly Cessiska Almeida on behalf of Stockholder Celsius SPV Investors, LP
nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com

Nelly Cessiska Almeida on behalf of Stockholder Community First Partners, LLC
nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com

Andrea Amulic on behalf of Creditor Committee The Official Committee of Unsecured Creditors
andrea.amulic@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

Michael Andolina on behalf of Creditor Committee The Official Committee of Unsecured Creditors
mandolina@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

Darren T. Azman on behalf of Interested Party Cred Inc. Liquidation Trust
dazman@mwe.com, mco@mwe.com;cgreer@mwe.com

Alexandra Steinberg Barrage on behalf of Unknown Ripple Labs Inc.
abarrage@dwt.com

Malcolm M Bates on behalf of Creditor Adrian Perez-Siam
mbates@duanemorris.com

Ronit Berkovich on behalf of Unknown Core Scientific, Inc.
Ronit.Berkovich@weil.com

Jeffrey Bernstein on behalf of Creditor The New Jersey Bureau of Securities
jbernstein@mdmc-law.com, kpatterson@mdmc-law.com

Jeffrey Bernstein on behalf of Interested Party New Jersey Bureau of Securities
jbernstein@mdmc-law.com, kpatterson@mdmc-law.com

Michael P. Broadhurst on behalf of Creditor Matthew Pinto
mbroadhurst@wgpllp.com

Dean Lindsay Chapman, Jr. on behalf of Plaintiff Celsius KeyFi LLC
dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr. on behalf of Plaintiff Celsius Network LLC
dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr. on behalf of Plaintiff Celsius Network Limited
dchapman@akingump.com, AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Michael Chen on behalf of Plaintiff Celsius KeyFi LLC
mchen@akingump.com

Michael Chen on behalf of Plaintiff Celsius Network Limited
mchen@akingump.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Jeffrey S. Cianciulli on behalf of Creditor Matthew Pinto
jcianciulli@wgpllp.com, imarciniszyn@weirpartners.com

Marvin E. Clements, Jr. on behalf of Creditor TN Dept of Commerce and Insurance
agbanknewyork@ag.tn.gov

Hollace T. Cohen on behalf of Creditor Vincent Theodore Goetten
hollace.cohen@fisherbroyles.com

Aaron Colodny on behalf of Creditor Committee The Official Committee of Unsecured Creditors
aaron.colodny@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

Dawn R. Copley on behalf of Unknown Thomas Shannon, D.D.S.
dcopley@dickinsonwright.com, tcorey@dickinsonwright.com

Karen Cordry on behalf of Interested Party Alabama, Arkansas, California, District of Columbia, Hawaii, Maine, Missouri, North Dakota, and Oklahoma
kcordry@naag.org

Shara Claire Cornell on behalf of U.S. Trustee United States Trustee
shara.cornell@usdoj.gov

Raniero D'Aversa on behalf of Interested Party Galaxy Digital Trading LLC
rdaversa@orrick.com, mperrigino@orrick.com;nymao@orrick.com;casestream@ecf.courtdrive.com

Anthony J. DeGirolamo on behalf of Creditor Eric Wohlwend
tony@ajdlaw7-11.com

Roma N Desai on behalf of Interested Party Texas State Securities Board
roma.desai@oag.texas.gov

Emily K. Devan on behalf of Unknown Josh Tornetta
edevan@milesstockbridge.com

Thomas Robert Dominczyk on behalf of Creditor AmTrust North America, Inc. on behalf of Associated Industries Insurance Company, Inc.
tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

Daniel Eggermann on behalf of Unknown Tether International Limited
deggermann@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Michael S. Etkin on behalf of Interested Party Proposed Lead Plaintiffs In Securities Class Action Litigation
metkin@lowenstein.com, mseymour@lowenstein.com

Stuart P. Gelberg on behalf of Creditor Brandon Voss
spg@13trustee.net

Stuart P. Gelberg on behalf of Creditor Clint Petty
spg@13trustee.net

Stuart P. Gelberg on behalf of Creditor Jyoti Sukhnani
spg@13trustee.net

Stuart P. Gelberg on behalf of Creditor Kyle Farmery
spg@13trustee.net

Stuart P. Gelberg on behalf of Creditor Yasmine Petty
spg@13trustee.net

Jeffrey R. Gleit on behalf of Interested Party Ashraf Elshafei
jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Brian D. Glueckstein on behalf of Creditor Alameda Research LLC
gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Bonnie R. Golub on behalf of Creditor Matthew Pinto
bgolub@wgpllp.com

Andrew R. Gottesman on behalf of Unknown Symbolic Capital Partners
gottesman@mintzandgold.com, gottesman@mintzandgold.com

Brian G. Hannon on behalf of Creditor Peter Polombo
bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Juandisha Harris on behalf of Creditor State of Michigan Department of Treasury
harrisj12@michigan.gov

Samuel P Hershey on behalf of Creditor Committee The Official Committee of Unsecured Creditors
shershey@whitecase.com, mco@whitecase.com,jdisanti@whitecase.com

Michael R. Herz on behalf of Creditor Nuno Saravia
mherz@foxrothschild.com, cbrown@formanlaw.com

Mitchell Hurley on behalf of Debtor Celsius Network LLC
mhurley@akingump.com, bkemp@akingump.com;dkrasa@akingump.com

Mitchell Hurley on behalf of Plaintiff Celsius KeyFi LLC
mhurley@akingump.com, bkemp@akingump.com;dkrasa@akingump.com

Mitchell Hurley on behalf of Plaintiff Celsius Network LLC
mhurley@akingump.com, bkemp@akingump.com;dkrasa@akingump.com

Mitchell Hurley on behalf of Plaintiff Celsius Network Limited
mhurley@akingump.com, bkemp@akingump.com;dkrasa@akingump.com

Monique Debrikka Jewett-Brewster on behalf of Creditor Jonathan Jerry Shroyer
mjb@hopkinscarley.com, eamaro@hopkinscarley.com

Katherine Johnson on behalf of Interested Party Federal Trade Commission
kjohnson3@ftc.gov, kaizpuru@ftc.gov

John Kane on behalf of Plaintiff Celsius Network LLC
jkane@akingump.com

John Kane on behalf of Plaintiff Celsius Network Limited
jkane@akingump.com

Barry R. Kleiner on behalf of Creditor Brendan White
dkleiner@kkwc.com

Gregory Kopacz on behalf of Creditor Illumiti Corp a/k/a Syntax Systems USA LP
gkopacz@sillscummis.com

Lawrence J. Kotler on behalf of Creditor Adrian Perez-Siam
ljkotler@duanemorris.com

Bryan Kotliar on behalf of Interested Party Ad Hoc Group of Custodial Account Holders
bkotliar@teamtogut.com, eblander@teamtogut.com;jmcclain@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com

Bryan Kotliar on behalf of Plaintiff Ad Hoc Group of Custodial Account Holders
bkotliar@teamtogut.com, eblander@teamtogut.com;jmcclain@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com

Deborah Kovsky-Apap on behalf of Interested Party Ad Hoc Group of Withhold Account Holders
deborah.kovsky@troutman.com, kay.kress@troutman.com

Erica Kravchenko on behalf of Creditor Keith Ryals
ekravchenko@bernsteinlaw.com

Erica Kravchenko on behalf of Creditor Stuart McLean
ekravchenko@bernsteinlaw.com

Tyler Nathaniel Layne on behalf of Creditor RH Montgomery Properties, Inc.
tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com

Vincent Edward Lazar on behalf of Examiner Shoba Pillay
vlazar@jenner.com

Thomas Scott Leo on behalf of Creditor GREAT AMERICAN INSURANCE COMPANY
sleo@leolawpc.com, emartinez@leolawpc.com

Nicole A Leonard on behalf of Creditor The New Jersey Bureau of Securities
nleonard@mdmc-law.com, sshidner@mdmc-law.com

Seth H. Lieberman on behalf of Creditor Thomas DiFiore
slieberman@pryorcashman.com, cfrench@pryorcashman.com

Mark A. Lindsay on behalf of Creditor Brett Flora
mlindsay@bernsteinlaw.com

Mark A. Lindsay on behalf of Creditor Courtney Burks Steadman
mlindsay@bernsteinlaw.com

Mark A. Lindsay on behalf of Creditor Keith Ryals
mlindsay@bernsteinlaw.com

Mark A. Lindsay on behalf of Creditor Kim David Flora
mlindsay@bernsteinlaw.com

Mark A. Lindsay on behalf of Creditor Stuart McLean
mlindsay@bernsteinlaw.com

Edward J. LoBello on behalf of Creditor Diana Thant
elobello@msek.com

Edward J. LoBello on behalf of Creditor Natakom Chulamorkodt
elobello@msek.com

Edward J. LoBello on behalf of Creditor Nol and Nhat Van Meyer
elobello@msek.com

Stephen Manning on behalf of Unknown State of Washington
stephen.manning@atg.wa.gov, GCEEF@atg.wa.gov

Hugh R. McCullough on behalf of Unknown Ripple Labs Inc.
hughmccullough@dwt.com, elainehuckabee@dwt.com;SEADocket@dwt.com

Joshua Mester on behalf of Stockholder CDP Investissements Inc.
jmester@jonesday.com

Layla Milligan on behalf of Interested Party Texas Department of Banking
Layla.Milligan@oag.texas.gov

Layla Milligan on behalf of Interested Party Texas State Securities Board
Layla.Milligan@oag.texas.gov

Julie F. Montgomery on behalf of Creditor SAP America, Inc.
jmontgomery@brownconnery.com

Michael D. Morris on behalf of Interested Party State of Wisconsin - Dep't of Financial Instutions
morrismd@doj.state.wi.us, radkeke@doj.state.wi.us

Steven Mulligan on behalf of Creditor Joe Breher
smulligan@cp2law.com

Carl D. Neff on behalf of Creditor MRK Spanish Ridge, LLC
carl.neff@fisherbroyles.com

Carl D. Neff on behalf of Creditor PREH Spanish Ridge, LLC
carl.neff@fisherbroyles.com

Carl D. Neff on behalf of Unknown New Spanish Ridge, LLC
carl.neff@fisherbroyles.com

Mark Norgaard on behalf of Creditor Peter Polombo
mnorgaard@norgaardfirm.com, crose@norgaardfirm.com;sferreira@norgaardfirm.com

Kyle J. Ortiz on behalf of Interested Party Ad Hoc Group of Custodial Account Holders
kortiz@teamtogut.com,
dperson@teamtogut.com;aoden@teamtogut.com;aglaubach@teamtogut.com;eblander@teamtogut.com;bkotliar@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.c

Kyle J. Ortiz on behalf of Plaintiff Ad Hoc Group of Custodial Account Holders
kortiz@teamtogut.com,
dperson@teamtogut.com;aoden@teamtogut.com;aglaubach@teamtogut.com;eblander@teamtogut.com;bkotliar@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.c

Michael Todd Parker on behalf of Unknown Bradley Condit
todd.parker@parkerpohl.com

Arie Peled on behalf of Creditor Ignat Tuganov
aapeled@venable.com

Joel L. Perrell, Jr. on behalf of Unknown Josh Tornetta
jperrell@milesstockbridge.com

Gregory F Pesce on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gregory.pesce@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce on behalf of Financial Advisor M3 Advisory Partners, LP
gregory.pesce@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce on behalf of Other Prof. Elementus Inc.
gregory.pesce@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

Richard J. Pilson on behalf of Creditor Lisa T Vickers
richardjpilson@aol.com

David M Pohl on behalf of Unknown Bradley Condit
david.pohl@parkerpohl.com

John Reding on behalf of Creditor Illinois Secretary of State
john.reding@ilag.gov

Annemarie V. Reilly on behalf of Debtor Celsius Network LLC
annemarie.reilly@lw.com

Kyle William Roche on behalf of Creditor KeyFi Inc.
kyle@kyleroche.law, akaradjas@rochefreedman.com

Kyle William Roche on behalf of Creditor Jason Stone
kyle@kyleroche.law, akaradjas@rochefreedman.com

Kyle William Roche on behalf of Defendant KeyFi, Inc.
kyle@kyleroche.law, akaradjas@rochefreedman.com

Kyle William Roche on behalf of Defendant Jason Stone
kyle@kyleroche.law, akaradjas@rochefreedman.com

Shaya Rochester on behalf of Interested Party Perella Weinberg Partners LP
shaya.rochester@katten.com, courtalertnyc@katten.com;nyc.bknotices@katten.com

Jennifer Rood on behalf of Creditor Vermont Dept. of Financial Regulation
jennifer.rood@vermont.gov

Abigail Ryan on behalf of Interested Party Texas State Securities Board
abigail.ryan@oag.texas.gov

Jeffrey S. Sabin on behalf of Creditor Ignat Tuganov
jssabin@venable.com

Ray C Schrock on behalf of Unknown Core Scientific, Inc.
ray.schrock@weil.com, matthew.goren@weil.com

William D Schroeder, Jr on behalf of Creditor EMCO Technology, Inc.
schroeder@jrlaw.org, healey@jrlaw.org

Paul R. Shankman on behalf of Creditor , Resources Connection, LLC, dba Resources Global Professionals, aka RGP
pshankman@fortislaw.com

Virginia T. Shea on behalf of Creditor The New Jersey Bureau of Securities

vshea@mdmc-law.com, tcolombini@mdmc-law.com;mtaranto@mdmc-law.com

Paul N. Silverstein on behalf of Interested Party Creditor Rights Coalition
paulsilverstein@huntonak.com

Scott D. Simon on behalf of Creditor Signature Bank
ssimon@goetzfitz.com

Katherine Stadler on behalf of Attorney Godfrey & Kahn, S.C.
kstadler@gklaw.com, kboucher@gklaw.com

Katherine Stadler on behalf of Examiner Fee Examiner Sontchi
kstadler@gklaw.com, kboucher@gklaw.com

Catherine Steege on behalf of Examiner Shoba Pillay
csteege@jenner.com, jeffrey_cross@discovery.com

Howard Steel on behalf of Defendant Prime Trust, LLC
HSteel@goodwinlaw.com

Joshua Sussberg on behalf of Debtor Celsius KeyFi LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius Lending LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius Mining LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius Network Inc.
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius Network LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius Network Limited
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius Networks Lending LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius US Holding LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Defendant Celsius Keyfi LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Defendant Celsius Lending LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Defendant Celsius Mining LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Defendant Celsius Network Inc.
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Defendant Celsius Network LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Defendant Celsius Network Limited
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Defendant Celsius Networks Lending LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Defendant Celsius US Holding LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Plaintiff Celsius KeyFi LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Plaintiff Celsius Network LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Plaintiff Celsius Network Limited
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Lucy Thomson on behalf of Consumer Privacy Ombudsman Consumer Privacy Ombudsman
lucythomson_cpo@earthlink.net

David Turetsky on behalf of Creditor Committee The Official Committee of Unsecured Creditors

david.turetsky@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Morris D. Weiss on behalf of Creditor RH Montgomery Properties, Inc.
morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Dina L. Yunker Frank on behalf of Creditor Washington State Taxing Agencies
bcuyunker@atg.wa.gov

Evan J. Zucker on behalf of Interested Party John Marchioni
ezucker@blankrome.com, eDocketing@blankrome.com

**22-10964-mg Notice will not be electronically mailed to:**

Andrew Evelyn
,
1446
,
1453
,
1456
,
1459
,
211
,
2966
,
3152
,
3483
,
462
,

Khaled Abolnaga
,

J. Freires Abuin
,

Ravi Abuvala
,

Adam M. Adler on behalf of Unknown Kroll Restructuring Administration LLC
Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
55 East 52nd Street
17th Floor
New York, NY 10055

Jovita K. Alphonse
,

Alfred C. Alspach,
,

Volkan Altunbay
,

Miguel Alvarado
,

Donald Angle
,

Tom Anusic
,

Sebastian Aroca

**EXHIBIT B**



## Core/2002 List
as of October 18, 2022

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | KORTIZ@TEAMTOGUT.COM |
| | | | | | | | | | | | BKOTLIAR@TEAMTOGUT.COM |
| | | | | | | | | | | | DPERSON@TEAMTOGUT.COM |
| | | | | | | | | | | | AODEN@TEAMTOGUT.COM |
| | | | | | | | | | | | AGLAUBACH@TEAMTOGUT.COM |
| | | | | | | | | | | | EBLANDER@TEAMTOGUT.COM |
| | | | | | | | | | | | ARODRIGUEZ@TEAMTOGUT.COM |
| | | | | | | | | | | | BKOTLIAR@TEAMTOGUT.COM |
| | | | | | | | | | | | GQUIST@TEAMTOGUT.COM |
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | ONE PENN PLAZA | SUITE 3335 | NEW YORK | NY | 10119 | | 212-594-5000 | | ASTOLP@TEAMTOGUT.COM |
| | | | | | | | | | | | DEBORAH.KOVSKY@TROUTMAN.COM |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | 4000 TOWN CENTER | SUITE 1800 | SOUTHFIELD | MI | 48075 | | 248-359-7331 | 248-731-1572 | KAY.KRESS@TROUTMAN.COM |
| | | ATTN: LAWRENCE J. KOTLER & MALCOLM M. | | | | | | | | | LJKOTLER@DUANEMORRIS.COM |
| ADRIAN PEREZ-SIAM | C/O DUANE MORRIS LLP | BATES | 30 S. 17TH STREET | | PHILADELPHIA | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | MBATES@DUANEMORRIS.COM |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | | 334-242-7300 | 334-242-2433 | CONSUMERINTEREST@ALABAMAAG.GOV |
| | | ATTN: ANDREW G. DIETDERICH, BRIAN D. | | | | | | | | | DIETDERICHA@SULLCROM.COM |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | GLUECKSTEIN, & BENJAMIN S. BELLER | 125 BROAD ST | | NEW YORK | NY | 10004 | | 212-558-4000 | 212-558-3588 | GLUECKSTEINB@SULLCROM.COM |
| | | | | | | | | | | | BELLERB@SULLCROM.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 | | 907-269-5100 | 907-276-3967 | ATTORNEY.GENERAL@ALASKA.GOV |
| ALTCOINTRADER (PTY) LTD | | 229 ONTDEKKERS RD, HORIZON | | | ROODEPOORT | | 1724 | SOUTH AFRICA | | | RICHARD@ALTCOINTRADER.CO.ZA |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN: THOMAS R. DOMINCZYK | 5 WALTER FORAN BLVD | SUITE 2007 | FLEMINGTON | NJ | 08822 | | 908-237-4550 | 908-237-4551 | TDOMINCZYK@MAURICEWUTSCHER.COM |
| | | | | | | | | | | | THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | | 602-542-5025 | 602-542-4085 | AGINFO@AZAG.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 | | 501-682-2007 | 501-682-8084 | OAG@ARKANSASAG.GOV |
| B2C2 LTD | | 86-90 PAUL ST | | | LONDON | | EC2A 4NE | UNITED KINGDOM | | | MIDDLEOFFICE@B2C2.COM |
| BAKER, DOMINIC JOHN | | ON FILE | | | | | | | | | |
| BRANDON VOSS | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY ROAD SUITE 410 | | | GARDEN CITY | NY | 11530 | | 516-228-4280 | | SPG@13TRUSTEE.NET |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | XAVIER.BECERRA@DOJ.CA.GOV |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG | 601 LEXINGTON AVE | | NEW YORK | NY | 10022 | | 212-446-4800 | 212-446-4900 | JSUSSBERG@KIRKLAND.COM |
| | | ATTN: PATRICK J. NASH, JR. & ROSS M. | | | | | | | | | PATRICK.NASH@KIRKLAND.COM |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | KWASTENIET | 300 N LASALLE ST | | CHICAGO | IL | 60654 | | 312-862-2000 | 312-862-2200 | ROSS.KWASTENIET@KIRKLAND.COM |
| CHANG, RICKIE | | ON FILE | | | | | | | | | |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| CLINT PETTY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | | 516-228-4280 | | SPG@13TRUSTEE.NET |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 | | 720-508-6000 | 720-508-6030 | CORA.REQUEST@COAG.GOV |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 165 CAPITOL AVE | | | HARTFORD | CT | 6106 | | 860-702-3125 | 860-808-5387 | ATTORNEY.GENERAL@CT.GOV |
| | | ATTN: RAY C. SCHROCK, P.C., DAVID J. LENDER, & | | | | | | | | | RAY.SCHROCK@WEIL.COM |
| CORE SCIENTIFIC, INC. | C/O WEIL GOTSHAL & MANGES LLP | RONIT J. BERKOVICH | 767 FIFTH AVE | | NEW YORK | NY | 10153 | | 212-310-8000 | 212-310-8007 | DAVID.LENDER@WEIL.COM |
| | | | | | | | | | | | RONIT.BERKOVICH@WEIL.COM |
| COVARIO AG | | LANDYS GYR STRASSE 1 | | | ZUG | | 6300 | SWITZERLAND | | | CELSIUSBANKRUPTCY@COVAR.IO |
| | | | | | | | | | | | MARK.BANNER@COVAR.IO |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | ONE VANDERBILT AVE | | NEW YORK | NY | 10017-3852 | | 212-547-5400 | 212-547-5444 | DAZMAN@MWE.COM |
| | | | | | | | | | | | GREER@MWE.COM |
| | | | | | | | | | | | MCO@MWE.COM |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | 333 SE 2ND AVE | SUITE 4500 | MIAMI | FL | 33131-2184 | | 305-358-3500 | 305-347-6500 | GSTEINMAN@MWE.COM |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | 1ST FLOOR | ARTEMIS HOUSE | GEORGE TOWN | | KY1-1102 | CAYMAN ISLANDS | | | C10_SPC@INVICTUSCAPITAL.COM |
| | | | | | | | | | | | DANIEL@INVICTUSCAPITAL.COM |
| DEFERRED 1031 EXCHANGE, LLC | | LAKELAND AVE. | | | DOVER | DE | 19901 | | 425-766-7107 | | CIADONISI@DEFERRED1031.COM |
| DEKKER, CARLOS C | | ON FILE | | | | | | | | | |
| DELAWARE DEPARTMENT OF JUSTICE | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | | 302-577-8400 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US |
| DENTZEL, ZARYN | | ON FILE | | | | | | | | | ATTORNEY.GENERAL@DELAWARE.GOV |
| DEPARTMENT OF TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | | |
| | | | | | | | | | | | ELOBELLO@MSEK.COM |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O MEYER, SUOZZI, ENGLISH & KLEIN, PC | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY | SUITE 1420 | NEW YORK | NY | 10018 | | 212-763-7030 | | JWEISS@MSEK.COM |
| DIFIORE, THOMAS ALBERT | | ON FILE | | | | | | | | | |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | 400 6TH STREET NW | | | WASHINGTON | DC | 20001 | | 202-727-3400 | 202-347-8922 | OAG@DC.GOV |
| DIXON, SIMON | | ON FILE | | | | | | | | | |
| DOWNS, BRADLEY JAMES | | ON FILE | | | | | | | | | |
| | | | | | | | | | | | JEFFREY.GLEIT@AFSLAW.COM |
| | | | | | | | | | | | ALLISON.WEISS@AFSLAW.COM |
| | | | | | | | | | | | LISA.INDELICATO@AFSLAW.COM |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS | 1301 AVENUE OF THE AMERICAS | 42ND FLOOR | NEW YORK | NY | 10019 | | 212-484-3900 | 212-484-3990 | ALYSSA.FIORENTINO@AFSLAW.COM |
| | | | | | | | | | | | SCHROEDER@JRLAW.ORG |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | 920 LENMAR DR | | | BLUE BELL | PA | 19422 | | 215-822-2728 | | HEALEY@JRLAW.ORG |
| FARR, NICHOLAS | | ON FILE | | | | | | | | | |
| | | | | | | | | | 202-326-2185 | | KJOHNSON3@FTC.GOV |
| FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON & KATHERINE AIZPURU | 600 PENNSYLVANIA AVE NW | MAIL STOP CC-9528 | | WASHINGTON | DC | 2058 | | 202-326-2870 | 202-326-3197 | KAIZPURU@FTC.GOV |
| FEINTISCH, ADAM MICHAEL | | ON FILE | | | | | | | | | |
| FITE, JACOB BENJAMIN | | ON FILE | | | | | | | | | |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL PL-01 | | | TALLAHASSEE | FL | 32399 | | 850-414-3300 | 850-410-1630 | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| | | | | | | | | | 404-656-3300 | | |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | | 404-458-3600 | 404-657-8733 | brosszer@law.ga.gov |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | 425 QUEEN ST | | | HONOLULU | HI | 96813 | | 808-586-1500 | 808-586-1239 | HAWAIIAG@HAWAII.GOV |
| ICB SOLUTIONS | | W ROYAL FOREST BLVD | | | COLUMBUS | OH | 43214 | | | | DUFFYS2@GMAIL.COM |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W JEFFERSON ST | SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | | 208-334-2400 | 208-854-8071 | STEPHANIE.GUYON@AG.IDAHO.GOV |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: ANDREW J. CURRIE | 600 MASSACHUSETTS AVE NW | | WASHINGTON | DC | 20001 | | 202-344-4586 | 202-344-8300 | AJCURRIE@VENABLE.COM |
| | | | | | | | | | | | JSSABIN@VENABLE.COM |
| | | ATTN: JEFFREY S. SABIN, CAROL WEINER LEVY, & | | | | | | | | | CWEINERLEVY@VENABLE.COM |
| IGNAT TUGANOV | C/O VENABLE LLP | ARIE PELED | 1270 AVENUE OF THE AMERICAS | 24TH FLOOR | NEW YORK | NY | 10020 | | 212-503-0896 | 212-307-5598 | APELED@VENABLE.COM |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | JAMES R. THOMPSON CENTER | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 | | 312-814-3000 | | INFO@LISAMADIGAN.ORG |
| ILLUMITI CORP A/K/A SYNTAX SYSTEMS USA LP | C/O SILLS CUMMIS & GROSS PC | ATTN: GREGORY A. KOPACZ | ONE RIVERFRONT PLAZA | | NEWARK | NJ | 07102 | | 973-643-7000 | | GKOPACZ@SILLSCUMMIS.COM |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | 317-232-6201 | 317-232-7979 | |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | | | GRAND CAYMAN | | KY1-1102 | CAYMAN ISLANDS | | | C20_SPC@INVICTUSCAPITAL.COM |
| | | | | | | | | | | | DANIEL@INVICTUSCAPITAL.COM |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | DES MOINES | IA | 50319 | | 515-281-5164 | 515-281-4209 | CONSUMER@AG.IOWA.GOV |
| | | | | | | | | | | | KYLE@ROCHEFREEDMAN.COM |
| JASON STONE AND KEYFI INC. | C/O ROCHE FREEDMAN LLP | ATTN: KYLE W. ROCHE, ESQ. | 99 PARK AVE | SUITE 1910 | NEW YORK | NY | 10016 | | 646-350-0527 | | AKARADJAS@ROCHEFREEDMAN.COM |
| JEFFRIES, DAVID | | ON FILE | | | | | | | | | |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| | | | | | | | | | | | EVAN.ZUCKER@BLANKROME.COM |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN: EVAN J. ZUCKER | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-885-5000 | 212-885-5001 | EDOCKETING@BLANKROME.COM |
| | | | | | | | | | | | MJB@HOPKINSCARLEY.COM |
| JONATHAN JERRY SHROYER | C/O HOPKINS & CARLEY, ALC | ATTN: MONIQUE D. JEWETT-BREWSTER | 70 S FIRST ST | | SAN JOSE | CA | 95113 | | 408-286-9800 | 408-998-4790 | EAMARO@HOPKINSCARLEY.COM |
| JYOTI SUKHNANI | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | | 516-228-4280 | | SPG@13TRUSTEE.NET |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 | | 785-296-2215 | 785-296-6296 | DEREK.SCHMIDT@AG.KS.GOV |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE | SUITE 118 | | FRANKFORT | KY | 40601 | | 502-696-5300 | 502-564-2894 | |
| KIBLER-MELBY, CORT | | ON FILE | | | | | | | | | |
| KIESER, GREGORY ALLEN | | ON FILE | | | | | | | | | |
| KOHJI, HIROKADO | | ON FILE | | | | | | | | | |
| KYLE FARMERY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | | 516-228-4280 | | SPG@13TRUSTEE.NET |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | 300 CAPITAL DR | | | BATON ROUGE | LA | 70802 | | 225-326-6705 | 225-326-6793 | ADMININFO@AG.STATE.LA.US |
| LYLLOFF, SANDER | | ON FILE | | | | | | | | | |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | | 207-626-8800 | | ATTORNEY.GENERAL@MAINE.GOV |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 | | 410-576-6300 | | OAG@OAG.STATE.MD.US |
| MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | | 1 ASHBURTON PLACE | 20TH FLOOR | | BOSTON | MA | 02108 | | 617-727-2200 | | |



Core/2002 List
as of October 18, 2022

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: BONNIE R. GOLUB | 667 MADISON AVE | 5TH FLOOR | NEW YORK | NY | 10065 | | 917-475-8885 | 917-475-8884 | BGOLUB@WGPLLP.COM |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: JEFFREY S. CIANCIULLI & MICHAEL P. BROADHURST | 1339 CHESTNUT ST | SUITE 500 | PHILADELPHIA | PA | 19107 | | 215-665-8181 | 215-665-8464 | JCIANCIULLI@WGPLLP.COM MBROADHURST@WGPLLP.COM |
| MCCLINTOCK, MICHAEL | | ON FILE | | | | | | | | | |
| MCMULLEN, BRIAN | | ON FILE | | | | | | | | | |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | | 525 W OTTAWA ST | | | LANSING | MI | 48906 | | 517-335-7622 | | |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: JUANDISHA HARRIS | CADILLAC PLACE BUILDING | 3030 W GRAND BLVD | SUITE 10-200 | DETROIT | MI | 48202 | | 313-456-0140 | | HARRISJ12@MICHIGAN.GOV |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 | | 651-296-3353 | 651-282-2155 | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST | PO BOX 220 | JACKSON | MS | 39201 | | 601-359-3680 | 601-359-4231 | |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | | 573-751-3321 | 573-751-5818 | CONSUMER.HELP@AGO.MO.GOV |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS | PO BOX 201401 | HELENA | MT | 59602 | | 406-444-2026 | 406-444-3549 | CONTACTDOJ@MT.GOV |
| MURPHY, JR, THOMAS PATRICK | | ON FILE | | | | | | | | | |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | | 402-471-2683 | 402-471-3297 | |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | | 775-684-1100 | 775-684-1108 | |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | | CONCORD | NH | 3301 | | 603-271-3658 | 603-271-2110 | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING | BOX 080 | TRENTON | NJ | 8611 | | 609-292-8740 | 609-292-3508 | |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | 408 GALISTEO ST | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | | 505-490-4060 | 505-490-4883 | HBALDERAS@NMAG.GOV |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ. | 60 E 42ND ST | SUITE 4700 | NEW YORK | NY | 10165 | | 212-792-0046 | 646-786-3170 | JOSHUA@LEVINEPSTEIN.COM |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 | | 518-474-7330 | 866-413-1069 | |
| NHAT VAN MEYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY, SUITE 1420 | | NEW YORK | NY | 10018 | | 212-763-7030 | | ELOBELLO@MSEK.COM JWEISS@MSEK.COM |
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY, SUITE 1420 | | NEW YORK | NY | 10018 | | 212-763-7030 | | ELOBELLO@MSEK.COM JWEISS@MSEK.COM |
| NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | | 919-716-6400 | 919-716-6050 | |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 | | 701-328-2210 | 701-328-2226 | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 201 VARICK ST | ROOM 1006 | | NEW YORK | NY | 10014 | | 212-510-0500 | 212-668-2361 | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | ATTN: CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON, MARK ROBINSON, & KEITH NOYES FOR COVARIO AG | | | | | | | | | CAROLINEGWARREN@GMAIL.COM TOMDIF@GMAIL.COM ICBSOLUTIONS@PROTON.ME CHRISTOPHER.J.COCO@GMAIL.COM CELSIUSBANKRUPTCYCASE@GMAIL.COM MARKROBINSON55@GMAIL.COM CELSIUSBANKRUPTCY@COVARI.IO |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST | SUITE 2700 | LOS ANGELES | CA | 90071 | | 213-620-7700 | 213-452-2329 | AARON.COLODNY@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-819-8200 | 212-354-8113 | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR | SUITE 5100 | CHICAGO | IL | 60606 | | 312-881-5400 | 312-881-5450 | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| OHIO OFFICE OF THE ATTORNEY GENERAL | | STATE OFFICE TOWER | 30 E BROAD ST | 14TH FLOOR | COLUMBUS | OH | 43215 | | 614-466-4986 | | |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | | 405-521-3921 | 405-521-6246 | QUESTIONS@OAG.OK.GOV |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET ST | SUITE 2900 | SAN FRANCISCO | CA | 94105-3493 | | 415-227-0900 | | SCHRISTIANSON@BUCHALTER.COM |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 | | 503-378-4400 | 503-378-4017 | ELLEN.ROSENBLUM@DOG.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | | 212-609-6847 | 212-645-1025 | DADLER@MCCARTER.COM |
| PARK, SEONG | | ON FILE | | | | | | | | | |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 | | 717-787-3391 | 717-787-8242 | |
| PERRY, BRETT ALAN | | ON FILE | | | | | | | | | |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. | 184 GRAND AVE | | ENGLEWOOD | NJ | 07631 | | 201-871-1333 | 201-871-3161 | BHANNON@NORGAARDFIRM.COM MNORGAARD@NORGAARDFIRM.COM CROSE@NORGAARDFIRM.COM KCIMMINO@NORGAARDFIRM.COM CROSE@NORGAARDFIRM.COM |
| PETERSON, STEPHEN PAUL | | ON FILE | | | | | | | | | |
| PHAROS USD FUND SP & PHAROS FUND SP | | LANDMARK SQUARE, 1ST FLOOR | 64 EARTH CLOSE | PO BOX 715 | GRAND CAYMAN | | KY-1107 | Cayman Islands | | | ADMIN@LANTERNVENTURES.COM |
| RAJ, RAFAEL | | ON FILE | | | | | | | | | |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | C/O FORTIS LLP | ATTN: PAUL R. SHANKMAN | 650 TOWN CENTER DR | SUITE 1530 | COSTA MESA | CA | 92626 | | 714-795-2092 | 714-795-2995 | PSHANKMAN@FORTISLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS | 100 CONGRESS AVE | 18TH FLOOR | AUSTIN | TX | 78704 | | 512-685-6400 | | MORRIS.WEISS@WALLERLAW.COM SHERRI.SAVALA@WALLERLAW.COM ANNMARIE.JEZISEK@WALLERLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE | 511 UNION ST | SUITE 2700 | NASHVILLE | TN | 37219 | | 615-244-6380 | 615-244-6804 | TYLER.LAYNE@WALLERLAW.COM CHRIS.CRONK@WALLERLAW.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 2903 | | 401-274-4400 | 401-274-3050 | AG@RIAG.RI.GOV |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH | 1251 SIXTH AVE | 21ST FLOOR | NEW YORK | NY | 10020 | | 206-622-3150 | | ABARRAGE@DWT.COM HUGHMCCULLOUGH@DWT.COM ELAINEHUCKABEE@DWT.COM SEADOCKET@DWT.COM |
| SAENZ, JESUS ARMANDO | | ON FILE | | | | | | | | | |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | C/O BROWN & CONNERY LLP | ATTN: JULIE F. MONTGOMERY, ESQ. | 6 N BROAD ST | SUITE 100 | WOODBURY | NJ | 08096 | | 856-812-8900 | 856-853-9933 | JMONTGOMERY@BROWNCONNERY.COM |
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | | WASHINGTON | DC | 20549 | | 202-942-8088 | 202-772-9317 202-772-9318 | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 | | 212-336-1100 | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | | NEW YORK | NY | 10281-1022 | | 212-336-1100 | 212-336-1320 | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST | ROOM 519 | COLUMBIA | SC | 29201 | | 803-734-3970 | 803-253-6283 | |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 1302 E HIGHWAY 14 | SUITE 1 | | PIERRE | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | | ONE ST. ANDREWS PLAZA | | | NEW YORK | NY | 10007 | | 212-637-2200 | | |
| STATES OF ALABAMA, ARKANSAS, CALIFORNIA, DISTRICT OF COLUMBIA, HAWAII, MAINE, MISSOURI, NEW YORK, NORTH DAKOTA AND OKLAHOMA | C/O NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY, BANKRUPTCY COUNSEL | 1850 M ST NW | 12TH FLOOR | WASHINGTON | DC | | | 301-933-3640 | | KCORDRY@NAAG.ORG |
| STEWART, RUSSELL GARTH | | ON FILE | | | | | | | | | |
| STROBILUS LLC | | ON FILE | | | | | | | | | |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | C/O MINTZ & GOLD LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. & AMIT SONDHI, ESQ. | 600 THIRD AVE | 25TH FLOOR | NEW YORK | NY | 10016 | | 212-696-4848 | 212-696-1231 | GOTTESMAN@MINTZANDGOLD.COM SONDHI@MINTZANDGOLD.COM |
| TAIAROA, KERI DAVID | | ON FILE | | | | | | | | | |
| TAN, RICHARD | | ON FILE | | | | | | | | | |
| TAN, YAN | | ON FILE | | | | | | | | | |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | | 615-741-1935 | 615-741-3334 | AGBANKNEWYORK@AG.TN.GOV |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | | 615-741-3491 | 615-741-2009 | |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD, ROMA N. DESAI, ASSISTANT ATTORNEYS GENERAL | PO BOX 12548 MC008 | | AUSTIN | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV JASON.BINFORD@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | 300 W 15TH ST | | | AUSTIN | TX | 78701 | | 512-463-2100 | 512-475-2994 | |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | PO BOX 12548 MC 008 | BANKRUPTCY & COLLECTIONS DIVISION | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | AUSTIN | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | JASON.BINFORD@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV |
| THE CAEN GROUP LLC | | ON FILE | | | | | | | | | |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 2 of 3



**Core/2002 List**
as of October 18, 2022

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 | | 212-421-4100 | 212-326-0806 | SLIEBERMAN@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM |
| TRUSSELL, MARK | | ON FILE | | | | | | | | | |
| TYCHALSKI, GEORGE | | | | | | | | | | | |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 N STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 | | 801-366-0260 | 801-538-1121 | UAG@UTAH.GOV |
| VAN, LOC TRUYEN | | ON FILE | | | | | | | | | |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. | 89 MAIN ST | 3RD FLOOR | | MONTPELIER | VT | 05620 | | 802-828-3307 | 802-828-1477 | JENNIFER.ROOD@VERMONT.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | 109 STATE ST | | | MONTPELIER | VT | 5609 | | 802-828-3173 | 802-828-3187 802-828-2154 | AGO.INFO@VERMONT.GOV |
| VICKERS, LISA T. | C/O BERLINER & PILSON, ESQS | ATTN: RICHARD J. PILSON, ESQ | 40 CUTTERMILL RD | SUITE 308 | GREAT NECK | NY | 11021 | | 516-304-5555 | 516-304-5556 | RPILSON@BERLINERPILSON.COM |
| VILLINGER, CHRISTOPHER | | ON FILE | | | | | | | | | |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES, LLP | ATTN: HOLLACE T. COHEN, ESQ. | 445 PARK AVE | 9TH FLOOR | NEW YORK | NY | 10022 | | 917-365-4871 | 212-423-0618 | HOLLACE.COHEN@FISHERBROYLES.COM |
| VINCENT, CAROLYN MARGARET | | ON FILE | | | | | | | | | |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N NINTH ST | | | RICHMOND | VA | 23219 | | 804-786-2071 | 804-225-4378 | MAIL@OAG.STATE.VA.US |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS UNIT | 800 FIFTH AVE | SUITE 2000 | SEATTLE | WA | 98104-3188 | | 206-389-2187 | 206-587-5150 | DINA.YUNKER@ATG.WA.GOV BCUYUNKER@ATG.WA.GOV |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 | | 206-464-6684 | | |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 | | 360-753-6200 | | |
| WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | ATTN: STEPHEN MANNING | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | PO BOX 40100 | OLYMPIA | WA | 98504-4010 | | 360-534-4846 | 360-664-0229 | STEPHEN.MANNING@ATG.WA.GOV BCUYUNKER@ATG.WA.GOV |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E | BUILDING 1 | ROOM E-26 | CHARLESTON | WV | 25305 | | 304-558-2021 | 304-558-0140 | CONSUMER@WVAGO.GOV |
| WEXLER, KEVIN JAY | | ON FILE | | | | | | | | | |
| WILCOX, WAYLON J | | ON FILE | | | | | | | | | |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | | 17 W MAIN ST | ROOM 114 EAST P | | MADISON | WI | 53702 | | 608-266-1221 | 608-267-2779 | |
| WOLSTENHOLME, MACGREGOR | | ON FILE | | | | | | | | | |
| WRIGHT, CHRISTOPHER | | ON FILE | | | | | | | | | |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 | | 307-777-7841 | 307-777-6869 | |
| YASMINE PETTY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | | 516-228-4280 | | SPG@13TRUSTEE.NET |
| YATES-WALKER, JOSH OISIN | | ON FILE | | | | | | | | | |
| YOON, ANDREW | | ON FILE | | | | | | | | | |
| ZIGLU LIMITED | | 1 POULTRY | | | LONDON | | EC2R8EJ | UNITED KINGDOM | | | CFO@ZIGLU.IO |