**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUPPLEMENTAL NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE OF THE DEBTORS AS SET FORTH ON EXHIBIT A ATTACHED HERETO.**

**PLEASE TAKE NOTICE** that on September 1, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief* [Docket No. 687] (the "Bidding Procedures Order"),[2] authorizing the Debtors to solicit offers for the purchase of certain of the Debtors' assets and, if necessary, to conduct an auction to select the party to purchase such assets.

**PLEASE TAKE FURTHER NOTICE** that, on December 2, 2022, the Debtors filed the *Notice of Successful Bidder* [Docket No. 1549] declaring Galaxy Digital Trading LLC as the Successful Bidder with respect to the GK8 Assets in accordance with the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that on December 2, 2022, the Debtors filed the *Notice of Filing of Asset Purchase Agreement* [Docket No. 1586].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 USA LLC (9450); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that on December 6, 2022, the Debtors filed the *Notice of Filing of Proposed Order (I) Approving the Sale of the GK8 Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the GK8 Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 1615].

**PLEASE TAKE FURTHER NOTICE** that on December 8, 2022, the Debtors filed the *Notice of Filing of Revised Proposed Order (I) Approving the Sale of the GK8 Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the GK8 Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 1640].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures and the terms of the Successful Bid, the Debtors **may** assume and assign to the Successful Bidder certain of the Assigned Contracts listed on the Assigned Contracts Schedule, attached hereto as **Exhibit A**, to which you are a counterparty, upon approval of the Sale. The Assigned Contracts Schedule can also be viewed on the Debtors' case website (https://cases.stretto.com/Celsius). The Debtors have conducted a review of their books and records and have determined that the cure amount for unpaid monetary obligations under such Assigned Contracts is as set forth on **Exhibit A** attached hereto (the "Cure Costs").

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Costs, object to a proposed assignment to the Successful Bidder of any Assigned Contract, or object to the ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Assigned Contract, your objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, Local Rules, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Costs, state the correct cure amount alleged to be owed to the objecting Contract Counterparty, together with any applicable and appropriate documentation in support thereof; and (iv) if you object to proposed Cure Costs or a proposed assignment to the Successful Bidder of any Assigned Contract, be filed with the Court **no later than December 21, 2022, at 4:00 p.m. (prevailing Eastern Time)** (the "Supplemental Cure Objection Deadline") and if you object to the ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Assigned Contract, be filed with the Court be filed **no later than 4:00 p.m. (prevailing Eastern Time)** on the date that is fourteen days following the date of service of this Supplemental Cure Notice , in each case, by the following parties: (a) counsel for the Debtors, Kirkland & Ellis LLP, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com) and Simon Briefel (simon.briefel@kirkland.com); and 300 North LaSalle, Chicago, Illinois 60654, Attn.: Patrick J. Nash, Jr., P.C. (patrick.nash@kirkland.com), Ross M. Kwasteniet, P.C. (ross.kwasteniet@kirkland.com), Christopher S. Koenig (chris.koenig@kirkland.com), and Dan Latona (dan.latona@kirkland.com) and (b) Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn.: Shara Cornell, Mark Bruh, and Brian S. Masumoto.

**PLEASE TAKE FURTHER NOTICE** that if no objection to (a) the Cure Costs(s), (b) the proposed assignment and assumption of any Assigned Contract, or (c) adequate assurance of the Successful Bidder's ability to perform is filed by the Supplemental Cure Objection Deadline, then (i) you will be deemed to have stipulated that the Cure Costs as determined by the Debtors are correct, (ii) you will be forever barred, estopped, and enjoined from asserting any additional cure amount under the proposed Assigned Contract, and (iii) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to the Successful Bidder on any grounds, including that the Successful Bidder has not provided adequate assurance of future performance as of the closing date of the Sale.

**PLEASE TAKE FURTHER NOTICE** that any Supplemental Cure Objection in connection with the Successful Bid that otherwise complies with these procedures yet remains unresolved as of the commencement of the Sale Hearing, shall be heard at a later date to be fixed by the Court.

**PLEASE THAT FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Assigned Contract on the Supplemental Cure Notice does not require or guarantee that such Assigned Contract will be assumed by the Debtors at any time or assumed and assigned, and all rights of the Debtors and the Successful Bidder with respect to such Assigned Contract are reserved. Moreover, the Debtors explicitly reserve their rights, in their reasonable discretion, to seek to reject or assume each Assigned Contract pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures allowing the Debtors and/or the Successful Bidder, as applicable, to designate any Assigned Contract as either rejected or assumed on a post-closing basis.

**PLEASE TAKE FURTHER NOTICE** that, nothing herein (i) alters in any way the prepetition nature of the Assigned Contracts or the validity, priority, or amount of any claims of a counterparty to any Assigned Contract against the Debtors that may arise under such Assigned Contract, (ii) creates a postpetition contract or agreement, or (iii) elevates to administrative expense priority any claims of a counterparty to any Assigned Contract against the Debtors that may arise under such Assigned Contract.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: December 8, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:            jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:            patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Initial Debtors and Debtors in Possession*<br><br>*Proposed Counsel to the GK8 Debtors and Debtors in Possession* |

# EXHIBIT A

## Potentially Assigned Contracts Schedule

| DEBTOR NAME | CONTRACT COUNTERPARTY | AGREEMENT[1] | CURE AMOUNT |
|---|---|---|---|
| GK8 Ltd. | 2ND MARKET | LICENSE AGREEMENT, DATED AS OF DECEMBER 2, 2021 | $0.00 |
| GK8 Ltd. | AARON GILMAN | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF JUNE 2, 2022 | $0.00 |
| GK8 Ltd. | ADAM SCHREIBER | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF JUNE 1, 2021 | $0.00 |
| GK8 Ltd. | AIG CORPORATEGUARD | CORPORATE GUARD DIRECTORS & OFFICERS LIABILITY INSURANCE POLICY, DATED AS OF OCTOBER 28, 2021 | $0.00 |
| GK8 Ltd. | ALGOTRADER AG | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF AUGUST 10, 2021 | $0.00 |
| GK8 Ltd. | AMDAX B.V. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF JULY 1, 2021 | $0.00 |
| GK8 Ltd. | ARAD GONEN | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF APRIL 24, 2022 | $0.00 |
| GK8 Ltd. | ASPIRATION CORPORATION | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF AUGUST 21, 2020 | $0.00 |
| GK8 Ltd. | AVIYA SHIMON | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF NOVEMBER 28, 2021 | $0.00 |
| GK8 Ltd. | B. SUMMIT (ERS) | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF NOVEMBER 25, 2020 | $0.00 |
| GK8 Ltd. | B3 DIGITAL ASSETS SERVICOS DIGITAIS LTDA | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF MAY 16, 2022 | $0.00 |
| GK8 Ltd. | BANK FRICK & CO AKTIENGESELLSCHAFT | CONFIDENTIALITY AGREEMENT, DATED AS OF MAY 25, 2020 | $0.00 |
| GK8 Ltd. | BANK HAPOALIM | BANK GUARANTEE | $0.00 |
| GK8 Ltd. | BANK HAPOALIM LTD. | DEBENTURE BY GK8 LTD. CREATING A LIEN ON A NIS 50,000 DEPOSIT | $0.00 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| | | IN FAVOR OF BANK HAPOALIM LTD. | |
|---|---|---|---|
| GK8 Ltd. | BCW TECHNOLOGIES LTD | REFERRAL AGREEMENT, DATED AS OF JANUARY 17, 2021 | $0.00 |
| GK8 Ltd. | BCW TECHNOLOGIES LTD. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF NOVEMBER 30, 2020 | $0.00 |
| GK8 Ltd. | BERNARD KULYSZ FATUCH | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF MARCH 8, 2021 | $0.00 |
| GK8 Ltd. | BETH KATZMAN, I.D. | RECRUITING SERVICES AGREEMENT, DATED AS OF FEBRUARY 2, 2022 | $0.00 |
| GK8 Ltd. | BITS OF GOLD LTD | LICENSE AGREEMENT -- EFFECTIVE DATE: AUGUST 4, 2021 | $0.00 |
| GK8 Ltd. | BITTWOC LTD. | LICENSE AGREEMENT, DATED SEPTEMBER 4, 2022 | $0.00 |
| GK8 Ltd. | BITTWOC LTD. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF AUGUST 12, 2020 | $0.00 |
| GK8 Ltd. | BLOCK DAEMON | UBIQUITY API PLATFORM ORDER FORM -- EFFECTIVE DATE: MARCH 29, 2022 | $0.00 |
| GK8 Ltd. | BLOCKDAEMON INC. | MASTER SERVICES AGREEMENT -- EFFECTIVE DATE: MARCH 29, 2022 | $0.00 |
| GK8 Ltd. | BLOCKDAEMON INC. | MUTUAL NON-DISCLOSURE AND CONFIDENTIALITY AGREEMENT, DATED AS OF SEPTEMBER 15, 2021 | $0.00 |
| GK8 Ltd. | BLOCKNOX GMBH | CONFIDENTIALITY AND INFORMATION USE AGREEMENT, DATED AS OF NOVEMBER 16, 2020 | $0.00 |
| GK8 Ltd. | BLONDE 2.0 | ARRANGEMENT CONCERNING PUBLIC RELATIONS SERVICES PURSUANT TO WORK ORDER, DATED NOVEMBER 18, 2020 | $0.00 |
| GK8 Ltd. | BLONDE 20 LTD. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF DECEMBER 9, 2019 | $0.00 |
| GK8 Ltd. | BOAZ SHARABI | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF NOVEMBER 25, 2021 | $0.00 |
| GK8 Ltd. | CANVAS | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF AUGUST 4, 2022 | $0.00 |
| GK8 Ltd. | CELSIUS NETWORK LIMITED | LICENSE AGREEMENT -- EFFECTIVE DATE: SEPTEMBER 1, 2021 | $0.00 |
| GK8 Ltd. | CELSIUS NETWORK LTD. | LICENSE AGREEMENT, DATED SEPTEMBER 1, 2021 | $0.00 |
| GK8 Ltd. | CHAINALYSIS INC. | INTEGRATION AND REFERRAL AGREEMENT -- EFFECTIVE DATE: SEPTEMBER 7, 2022 | $0.00 |
| GK8 Ltd. | COINBERRY LIMITED | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF MARCH 9, 2021 | $0.00 |
| GK8 Ltd. | COMMERZBANK AKTIENGESELLSCHAFT | CONFIDENTIALITY AGREEMENT, DATED AS OF FEBRUARY 27, 2020 | $0.00 |
| GK8 Ltd. | CONSENSYS | IMPLEMENTATION AND PARTNER AGREEMENT -- EFFECTIVE DATE: | $0.00 |

| | SOFTWARE INC. | FEBRUARY 2, 2022 | |
|---|---|---|---|
| GK8 Ltd. | D.N HASAMA HITECH LTD. | RECRUITING SERVICES AGREEMENT, DATED AS OF APRIL 29, 2022 | $0.00 |
| GK8 Ltd. | DANA HERMAN | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF APRIL 24, 2022 | $0.00 |
| GK8 Ltd. | DANIEL IBRAHIM | ALL RIGHTS OF SELLERS UNDER NON-DISCLOSURE OR CONFIDENTIALITY, NON-COMPETE, OR NON-SOLICITATION AGREEMENTS | $0.00 |
| GK8 Ltd. | DANIEL IBRAHIM | INDEPENDENT CONTRACTOR AGREEMENT -- EFFECTIVE DATE: FEBRUARY 7, 2022 | $0.00 |
| GK8 Ltd. | DANIEL MARKS | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF MAY 22, 2022 | $0.00 |
| GK8 Ltd. | DEUTSCHE BANK AG | MUTUAL CONFIDENTIALITY AGREEMENT, DATED AS OF FEBRUARY 19, 2021 | $0.00 |
| GK8 Ltd. | D-FINE GMBH | COOPERATION AND LICENSE AGREEMENT, DATED AS OF APRIL 28, 2020 | $0.00 |
| GK8 Ltd. | DMITRY DANILOV | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF JULY 18, 2021 | $0.00 |
| GK8 Ltd. | DOIT INTERNATIONAL | AWS ON-DEMAND SERVICES CONTRACT -- EFFECTIVE DATE: APRIL 18, 2022 | $0.00 |
| GK8 Ltd. | DOIT INTERNATIONAL | DOIT INTERNATIONAL SERVICES CONTRACT, DATED AS OF APRIL 18, 2022 | $0.00 |
| GK8 Ltd. | DOIT INTERNATIONAL | NON-DISCLOSURE AGREEMENT, DATED APRIL 18, 2022 | $0.00 |
| GK8 Ltd. | DV CHAIN, LLC | LICENSE AGREEMENT -- EFFECTIVE DATE: JUNE 1, 2022 | $0.00 |
| GK8 Ltd. | DZ BANK AG | CONFIDENTIALITY AGREEMENT, DATED JANUARY 31, 2022 | $0.00 |
| GK8 Ltd. | ECXX GLOBAL PTE. LTD. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF JULY 16, 2020 | $0.00 |
| GK8 Ltd. | EITAN NAOR | INDEMNIFICATION AGREEMENT, DATED AS OF OCTOBER 28, 2020 | $0.00 |
| GK8 Ltd. | ELAZ SANDOSI | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF MAY 18, 2021 | $0.00 |
| GK8 Ltd. | ELIE SIMON | ELIE SIMON -- EFFECTIVE DATE: JANUARY 1, 2020 | $0.00 |
| GK8 Ltd. | EMIRATES NBD BANK PJSC | MUTUAL CONFIDENTIALITY AGREEMENT | $0.00 |
| GK8 Ltd. | ERAN TROMER | SERVICES AGREEMENT -- EFFECTIVE DATE: JUNE 1, 2019 | $0.00 |
| GK8 Ltd. | ETORO LTD. | MASTER LICENSE, EQUIPMENT AND SERVICES PURCHASE AGREEMENT BY AND BETWEEN THE COMPANY AND ETORO X, DATED | $0.00 |

| | | | |
|---|---|---|---|
| | | JUNE 24, 2019, AND ASSIGNED TO ETORO LTD. PURSUANT TO THAT CERTAIN ASSIGNMENT AGREEMENT BETWEEN ETORO X AND ETORO LTD. DATED AUGUST 1, 2019, AND AS AMENDED BY THAT CERTAIN VARIATION AGREEMENT BY AND BETWEEN THE COMPANY AND ETORO LTD., DATED AS OF DECEMBER 22, 2021 (COLLECTIVELY, THE "ETORO AGREEMENT"). | |
| GK8 Ltd. | EVERTAS INSURANCE AGENCY LLC | LLOYD'S CERTIFICATE -- EFFECTIVE DATE: AUGUST 1, 2022 | $0.00 |
| GK8 Ltd. | EXPLORIUM LTD. | OFFICE RENT - DANIEL FISCH -- EFFECTIVE DATE: MARCH 10, 2022 | $0.00 |
| GK8 Ltd. | EXPLORIUM LTD. | SUBLEASE AGREEMENT, DATED AS OF 2022 | $0.00 |
| GK8 Ltd. | FALCONX LIMITED | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF JULY 6, 2021 | $0.00 |
| GK8 Ltd. | FINCLUSIVE CAPITAL, INC. | MUTUAL NONDISCLOSURE AGREEMENT, DATED JULY 18, 2021 | $0.00 |
| GK8 Ltd. | FIRSTRAND BANK LIMITED | CONFIDENTIALITY AGREEMENT, DATED AS OF AUGUST 25, 2021 | $0.00 |
| GK8 Ltd. | FRANKLIN TEMPLETON COMPANIES, LLC | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, DATED AS OF MAY 4, 2022 | $0.00 |
| GK8 Ltd. | GALI MAY MICHELSON | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF MARCH 15, 2020 | $0.00 |
| GK8 Ltd. | GIDON AVZIZ | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF JUNE 9, 2022 | $0.00 |
| GK8 Ltd. | GND CYBER SOLUTIONS PTD LTD. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF AUGUST 25, 2022 | $0.00 |
| GK8 Ltd. | GOTFRIENDS | EMPLOYEE PLACEMENT AGREEMENT, DATED AS OF DECEMBER 2018 | $0.00 |
| GK8 Ltd. | GUBERMAN CONSULTING | SERVICES AGREEMENT -- EFFECTIVE DATE: JANUARY 14, 2020 | $0.00 |
| GK8 Ltd. | GUY ITZHAKI | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF JUNE 6, 2021 | $0.00 |
| GK8 Ltd. | HAMILTON'S RESERVE INC. | LICENSE AGREEMENT -- EFFECTIVE DATE APRIL 20, 2022 | $0.00 |
| GK8 Ltd. | HEARTWORK, ID | RECRUITING SERVICES AGREEMENT, DATED AS OF MARCH 20, 2022 | $0.00 |
| GK8 Ltd. | HEDERA HASHGRAPH, LLC | HEDERA – GK8 TECHNICAL PARTNERSHIP AGREEMENT DATED AS OF MAY 11, 2021 | $0.00 |
| GK8 Ltd. | HIBURIM | RECRUITING SERVICES AGREEMENT, DATED APRIL 17, 2022 | $0.00 |
| GK8 Ltd. | HRMARKET LTD. | EMPLOYEE PLACEMENT AGREEMENT, DATED AS OF DECEMBER 19, 2018 | $0.00 |
| GK8 Ltd. | HRTECH LTD. | EMPLOYEE PLACEMENT AGREEMENT, DATED AS OF FEBRUARY 1, 2022 | $0.00 |

| GK8 Ltd. | I-AML | DISTRIBUTION AGREEMENT, DATED AS OF APRIL 4, 2021 | $0.00 |
|---|---|---|---|
| GK8 Ltd. | I-AML | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF DECEMBER 16, 2020 | $0.00 |
| GK8 Ltd. | IFINEX INC. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED APRIL 21, 2020 | $0.00 |
| GK8 Ltd. | INBOUNDJUNCTION LTD. | NON-DISCLOSURE AGREEMENT, DATED AS OF JULY 25, 2022 | $0.00 |
| GK8 Ltd. | INON PEER | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF JANUARY 20, 2022 | $0.00 |
| GK8 Ltd. | INX DIGITAL INC. | LICENSE AGREEMENT, DATED AS OF JUNE 7, 2021 | $0.00 |
| GK8 Ltd. | IOTA STIFTUNG (IOTA FOUNDATION | STATEMENT OF WORK -- EFFECTIVE DATE: APRIL 20, 2022 | $0.00 |
| GK8 Ltd. | IOTA STIFTUNG (IOTA FOUNDATION) | LICENSE AGREEMENT -- EFFECTIVE DATE: APRIL 19, 2022 | $0.00 |
| GK8 Ltd. | ISABELLA HARRY | MUTUAL NON-DISCLOSURE AGREEMENT, DATED JUNE 23, 2022 | $0.00 |
| GK8 Ltd. | ITAMAR ZIV-ON | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF AUGUST 1, 2021 | $0.00 |
| GK8 Ltd. | JASMINE DANINO | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF JANUARY 3, 2022 | $0.00 |
| GK8 Ltd. | JIC BANK | LICENSE AGREEMENT, DATED AS OF JANUARY 2, 2022 | $0.00 |
| GK8 Ltd. | KBC GROUP NV | NON-DISCLOSURE AGREEMENT, DATED OCTOBER 14, 2020 | $0.00 |
| GK8 Ltd. | KINGDOM TRUST COMPANY | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF JULY 20, 2020 | $0.00 |
| GK8 Ltd. | KIROBO LTD. | PARTNERSHIP AGREEMENT -- EFFECTIVE DATE: JULY 17, 2022 | $0.00 |
| GK8 Ltd. | KNABU DISTRIBUTED SYSTEMS LTD. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED APRIL 10, 2022 | $0.00 |
| GK8 Ltd. | KOMAINU HOLDINGS LIMITED | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF SEPTEMBER 30, 2021 | $0.00 |
| GK8 Ltd. | KOST FORER GABBAY & KASIERER, A MEMBER OF ERNST & YOUNG GLOBAL | LETTER AGREEMENT, DATED AS OF AUGUST 25, 2022 | $0.00 |
| GK8 Ltd. | KPMG LLP | MUTUAL NON-DISCLOSURE AGREEMENT, DATED OCTOBER 10, 2022 | $0.00 |
| GK8 Ltd. | LEADMETRIX | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF JULY 25, 2022 | $0.00 |
| GK8 Ltd. | LIOR LAMESH | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT , DATED AS OF OCTOBER 28, 2021 | $0.00 |

| | | | |
|---|---|---|---|
| GK8 Ltd. | LIOR LAMESH | INDEMNIFICATION AGREEMENT, DATED AS OF OCTOBER 31, 2018 | $0.00 |
| GK8 Ltd. | LIRON AVINERI | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF JANUARY 6, 2022 | $0.00 |
| GK8 Ltd. | LISHAY HIMI | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF APRIL 18, 2022 | $0.00 |
| GK8 Ltd. | LLOYD'S UNDERWRITER SYNDICATE | ERRORS AND OMISSIONS INSURANCE POLICY, WITH EXPIRATION DATE OF AUGUST 1, 2023 | $0.00 |
| GK8 Ltd. | MARK MAYERFELD | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF MARCH 24, 2020 | $0.00 |
| GK8 Ltd. | MASTERCARD INTERNATIONAL INCORPORATED | START PATH FOR DIGITAL ASSETS AND CRYPTO – GLOBAL AGREEMENT, DATED AS OF JULY 20, 2021 | $0.00 |
| GK8 Ltd. | MATAN ITZHAKI | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF OCTOBER 20, 2021 | $0.00 |
| GK8 Ltd. | MAVEN DIGITAL LTD. | AMENDED AND RESTATED LICENSE AGREEMENT, DATED AS OF JULY 21, 2022 | $0.00 |
| GK8 Ltd. | MCINRORITCH PR | NON-DISCLOSURE AGREEMENT, DATED AUGUST 24, 2019 | $0.00 |
| GK8 Ltd. | MENORAH MIVTACHIM | OFFICE INSURANCE POLICY, WITH EXPIRATION DATE OF NOVEMBER 30, 2022 | $0.00 |
| GK8 Ltd. | MICHAEL CIMO | ALL RIGHTS OF SELLERS UNDER NON-DISCLOSURE OR CONFIDENTIALITY, NON-COMPETE, OR NON-SOLICITATION AGREEMENTS | $0.00 |
| GK8 Ltd. | MICHAEL CIMO | LETTER AGREEMENT -- EFFECTIVE DATE: JANUARY 31, 2022 | $0.00 |
| GK8 Ltd. | MICHAL ANNA ROTMAN | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF JULY 25, 2022 | $0.00 |
| GK8 Ltd. | MÜNCHENER RÜCKVERSICHERUNGS-GESELLSCHAFT | CONFIDENTIALITY AGREEMENT, DATED AS OF MARCH 11, 2022 | $0.00 |
| GK8 Ltd. | NAGRAVISION S.A. | CO-MARKETING AND REFERRAL AGREEMENT, DATED AS OF APRIL 11, 2021 | $0.00 |
| GK8 Ltd. | NAMELESSSPACE LTD. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF JULY 13, 2020 | $0.00 |
| GK8 Ltd. | NATIONAL WESTMINSTER BANK PLC | CONFIDENTIALITY AGREEMENT, DATED AS OF MAY 10, 2020 | $0.00 |
| GK8 Ltd. | NATIXIS | NON-DISCLOSURE AGREEMENT, DATED OCTOBER 4, 2020 | $0.00 |

| GK8 Ltd. | NAVAD SCHLEIFER | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF MARCH 4, 2022 | $0.00 |
|---|---|---|---|
| GK8 Ltd. | NEOT AVIV LTD. | PARKING RIGHT AGREEMENT, DATED AS OF MARCH 27, 2022 | $0.00 |
| GK8 Ltd. | NIKI GA MANAGEMENT AND MAINTENANCE LTD | OFFICE CLEANING AGREEMENT | $0.00 |
| GK8 Ltd. | NOA WORTZMAN | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED JANUARY 14, 2021 | $0.00 |
| GK8 Ltd. | NOET AVIV LTD | CERTIFICATE OF LIABILITY INSURANCE -- EFFECTIVE DATE: AUGUST 24, 2022 | $0.00 |
| GK8 Ltd. | NTT DATA ITALIA SPA | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF APRIL 26, 2021 | $0.00 |
| GK8 Ltd. | OCEAN ONE LLC | LICENSE AGREEMENT, DATED AS OF JANUARY 21, 2021 | $0.00 |
| GK8 Ltd. | ODED GUZEVICH | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF MARCH 1, 2022 | $0.00 |
| GK8 Ltd. | OFEK SHEMER | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF SEPTEMBER 29, 2019 | $0.00 |
| GK8 Ltd. | OMRI KLEIN | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF DECEMBER 22, 2021 | $0.00 |
| GK8 Ltd. | OOBIT TECHNOLOGIES PTE. LTD | LICENSE AGREEMENT -- EFFECTIVE DATE: AUGUST 31, 2020 | $0.00 |
| GK8 Ltd. | OPHIR SHOHAM | INDEMNIFICATION AGREEMENT, DATED AS OF OCTOBER 28, 2020 | $0.00 |
| GK8 Ltd. | ORADE AMERICA, INC. | CONFIDENTIAL DISCLOSURE AGREEMENT FOR DEVELOPMENT/MANUFACTURING TRANSACTIONS, DATED MAY 27, 2020 | $0.00 |
| GK8 Ltd. | ORIAN ZINGER | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF AUGUST 11, 2021 | $0.00 |
| GK8 Ltd. | PAYWARD, INC. | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT, DATED AS OF MARCH 9, 2022 | $0.00 |
| GK8 Ltd. | POCKET NETWORK LTD. | LICENSE AGREEMENT, DATED AS OF MAY 18, 2021 | $0.00 |
| GK8 Ltd. | PROSEGUR CRYPTO | STATEMENT OF WORK -- EFFECTIVE DATE: JUNE 1, 2021 | $0.00 |
| GK8 Ltd. | PROSEGUR CRYPTO | STATEMENT OF WORK -- EFFECTIVE DATE: DECEMBER 1, 2021 | $0.00 |
| GK8 Ltd. | PROSEGUR CUSTODIA DE ACTIVOS DIGITALES S.L.U. | COLLABORATION FRAMEWORK AGREEMENT, DATED MAY 2, 2021 | $0.00 |
| GK8 Ltd. | PROSEGUR CUSTODIA | LICENSE AGREEMENT -- EFFECTIVE DATE: JULY 30, 2021 | $0.00 |

| | | | |
|---|---|---|---|
| | DE ACTIVOS DIGITALES S.L.U. | | |
| GK8 Ltd. | PROSEGUR GLOBAL CIT ROW S.L.U. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF DECEMBER 10, 2019 | $0.00 |
| GK8 Ltd. | PROTEGO TRUST COMPANY | NON-DISCLOSURE AGREEMENT, DATED AS OF FEBRUARY 18, 2021 | $0.00 |
| GK8 Ltd. | PROXIBIT | LICENSE AGREEMENT -- EFFECTIVE DATE: DECEMBER 5, 2021 | $0.00 |
| GK8 Ltd. | PROXIMA VENTURES LTD. | LICENSE AGREEMENT, DATED AS OF DECEMBER 5, 2021 | $0.00 |
| GK8 Ltd. | QUICK GOREM METAFEL | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF SEPTEMBER 2021 | $0.00 |
| GK8 Ltd. | REBLONDE PUBLIC RELATIONS | WORK ORDER -- EFFECTIVE DATE: NOVEMBER 18, 2020 | $0.00 |
| GK8 Ltd. | ROMAN ZOTS | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF OCTOBER 5, 2021 | $0.00 |
| GK8 Ltd. | RON DRORY CPA | MUTUAL NON-DISCLOSURE AGREEMENT | $0.00 |
| GK8 Ltd. | RONI OFEK | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF NOVEMBER 24, 2019 | $0.00 |
| GK8 Ltd. | SECURRENCY, INC | LICENSE AGREEMENT, DATED AS OF JUNE 4, 2021 | $0.00 |
| GK8 Ltd. | SHAHAR SHAMAI | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMEN, DATED AS OF OCTOBER 28, 2021 | $0.00 |
| GK8 Ltd. | SHAHAR SHAMAI | INDEMNIFICATION AGREEMENT, DATED AS OF OCTOBER 31, 2018 | $0.00 |
| GK8 Ltd. | SHANI ISRAEL | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF MAY 17, 2021 | $0.00 |
| GK8 Ltd. | SHEKEL OFEK INSURANCE AGENCY LTD. | PENSION AGENCY AGREEMENT, DATED AS OF DECEMBER 31, 2018 | $0.00 |
| GK8 Ltd. | SIGAL BIRAN NAGAR | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF JUNE 6, 2022 | $0.00 |
| GK8 Ltd. | SIMPLY VC LTD. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF OCTOBER 22, 2021 | $0.00 |
| GK8 Ltd. | SIX DIGITAL EXCHANGE AG | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF MARCH 14, 2021 | $0.00 |
| GK8 Ltd. | SMART CONTRACTS TECHNOLOGY AG | LICENSE AGREEMENT BY AND BETWEEN THE COMPANY AND IOTA STIFTUNG (IOTA FOUNDATION), DATED AS OF APRIL 19, 2022, AND RELATED STATEMENT OF WORK DATED AS OF APRIL 20, 2022, AS ASSIGNED TO SMART CONTRACTS TECHNOLOGY AG PURSUANT TO | $0.00 |

| | | THAT CERTAIN ASSIGNMENT AND ASSUMPTION AGREEMENT BY AND AMONG THE COMPANY, IOTA STIFTUNG (IOTA FOUNDATION), AND SMART CONTRACTS TECHNOLOGY AG DATED AS OF MAY 23, 2022 | |
|---|---|---|---|
| GK8 Ltd. | SMARTCONTRACT INC. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF SEPTEMBER 21, 2022 | $0.00 |
| GK8 Ltd. | SOLIDBLOCK INC. | LICENSE AGREEMENT, DATED AS OF NOVEMBER 8, 2021 | $0.00 |
| GK8 Ltd. | SOURCE FUNDS LTD. | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF JUNE 18, 2019 | $0.00 |
| GK8 Ltd. | TATA CONSULTANCY SERVICES LTD | MUTUAL CONFIDENTIALITY AGREEMENT, DATED MARCH 25, 2021 | $0.00 |
| GK8 Ltd. | TEL BENO SCLAR | EMPLOYEE PLACEMENT AGREEMENT, DATED AS OF FEBRUARY 23, 2022 | $0.00 |
| GK8 Ltd. | TEZOS FOUNDATION | GRANT AGREEMENT, DATED AS OF NOVEMBER 3, 2021 | $0.00 |
| GK8 Ltd. | TEZOS FOUNDATION | LICENSE AGREEMENT -- EFFECTIVE DATE: JANUARY 21, 2021 | $0.00 |
| GK8 Ltd. | THE BLOCK | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF FEBRUARY 1, 2021 | $0.00 |
| GK8 Ltd. | USI INSURANCE SERVICES LLC | CERTIFICATE OF LIABILITY INSURANCE -- EFFECTIVE DATE: AUGUST 24, 2022 | $0.00 |
| GK8 Ltd. | USI INSURANCE SERVICES LLC | COOPERATION AGREEMENT, DATED OCTOBER 17, 2022 | $0.00 |
| GK8 Ltd. | USI INSURANCE SERVICES LLC | MUTUAL NON-DISCLOSURE AGREEMENT, DATED AS OF MAY 3, 2021 | $0.00 |
| GK8 Ltd. | VAST BANK, NATIONAL ASSOCIATION | LICENSE AGREEMENT -- EFFECTIVE DATE: JULY 20, 2021 | $0.00 |
| GK8 Ltd. | XTRA MILE LTD. | NON-DISCLOSURE AGREEMENT, DATED AS OF AUGUST 1, 2022 | $0.00 |
| GK8 Ltd. | YAMIT COHEN ZEDEK | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF MARCH 10, 2021 | $0.00 |
| GK8 Ltd. | YESHAYAHU BLUMENFELD | MANUFACTURING AGREEMENT, DATED AS OF SEPTEMBER 15, 2021 | $0.00 |
| GK8 Ltd. | YOTAM AMIR | EMPLOYEE PROPRIETARY INFORMATION AND NON-COMPETITION AGREEMENT, DATED AS OF AUGUST 16, 2021 | $0.00 |
| GK8 Ltd. | YOVEL BEN-DAVID | CONFIDENTIALITY, NON-COMPETITION, NON-SOLICITATION AND ASSIGNMENT OF INVENTIONS UNDERTAKING AGREEMENT, DATED AS OF APRIL 17, 2022 | $0.00 |
| GK8 Ltd. | ZOOMINFO | AGREEMENT, DATED MARCH 23, 2022 | $0.00 |
| GK8 Ltd. | ZOOMINFO TECHNOLOGIES | PURCHASE ORDER -- EFFECTIVE DATE: MARCH 23, 2022 | $0.00 |