Case Name: Celsius Network LLC, et al.
Case No.: 22-10964
Southern District of New York
Honorable Martin Glenn;

Tendille Romuald
Pro Se Earn Creditor
France

Letter : Request for restitution of funds deposited under the Terms of Service Version 4 and prior.

Honorable Martin Glenn;

    The assets deposited prior to Celsius Terms of Use version 5 and untouched since that time (amounts deposited prior to ToS version 5 and still in earn) shouldn't be part of the estate as they were governed by different rules concerning ownership and shouldn't be part of the estate.

There is a major change in the terms of services between revision 4 and 5 that shouldn't be discarded and those assets should be returned.

A snapshot of the balances relative to ToS version 5 date and now could be easily taken.

I would also like to point you the transcript of the statements of ex-CEO Mr Mashinsky at that period of time.

Not only the ToS versions of funds deposited at that time specify there are ours, but the Ex-Ceo, Alex Mashinsky confirmed this on a number of occasions : *« So when you give us Bitcoin, it's not like it's ours, it's yours. Legally, it is still your bitcoins » (July 24 2020)*

https://www.youtube.com/watch?t=4591&v=kC-89USzxaM&t=4591s

With this letter, I'm asking you to rule that my coins deposited under Terms of Service Version 4 are not property of the estate and I'm asking for a full restitution of my concerned deposits at their current market value.

From France,

Mr. Tendille