Case Name: Celsius Network LLC, et al.
Case No.: 22-10964
Southern District of New York
Honorable Martin Glenn;

                                                                Tendille Romuald
                                           International Earn Creditor
                                                         France

Letter : Assets deposited prior to Terms of Service Version 5 and untouched since that date

Honorable Martin Glenn;

A very short letter since I know you're very busy and you might find that kind of letter more annoying than anything.

I'd just like to point out that the assets deposited prior to Celsius Terms of Use Version 5 and untouched since then (same current amount as deposited prior to ToS v5) shouldn't be part of the estate as they were governed by different rules concerning « attendant rights of ownership » and shouldn't be part of the estate.

I understand that by considering this aspect, it might interfere in the process of an equal recover for every creditor of the estate but this is a major change that should be considered.

It shouldn't comprise a too grand number of people and without adding much complexity. It should be very easy to compare the balance as of the old ToS date and balance at the current ToS date.



I would like also to point you the transcript of the AMA of Mr Mashinsky at that date :

**July 24 2020**
Alex Mashinsky :

« *So when you give us Bitcoin, it's not like it's ours, it's yours. Legally, it is still your bitcoins* »



https://www.youtube.com/watch?t=4591&v=kC-89USzxaM&t=4591s