UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: Celsius Network LLC, et al.

Case No.: 22-10964 MG

Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Carla O. Andres, request admission, **pro hac vice**, before the Honorable Martin Glenn, to represent the Honorable Christopher S Sontchi, a the Fee Examiner in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Wisconsin and, if applicable, the bar of the U.S. District Court for the Western District of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/12/2022
Appleton, Wisconsin

/s/ Carla O. Andres

*Mailing Address*:

Godfrey & Kahn, S.C.
100 West Lawrence Street
Appleton, WI 54911-5754

*E-mail address*: candres@gklaw.com
*Telephone number*: (920) 831-6362