UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: Celsius Network LLC, et al.

Debtor

-----------------------------------------------------------------x

Plaintiff

v.

Defendant

-----------------------------------------------------------------x

Case No.: 22-10964 MG

Chapter 11

Adversary Proceeding No.: _____

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Carla O. Andres , to be admitted, ***pro hac vice***, to represent  the Honorable Christopher S. Sontchi , (the "Client") a  the Fee Examiner  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Wisconsin  and, if applicable, the bar of the U.S. District Court for the  Western  District of  Wisconsin , it is hereby

**ORDERED**, that  Carla O. Andres , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York         /s/ _____

UNITED STATES BANKRUPTCY JUDGE