**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Celsius Network LLC, et al.

Case No.: 22-10964 MG

Chapter 11

Debtor

-------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark W. Hancock , request admission, ***pro hac vice***, before the Honorable Martin Glenn , to represent the Honorable Christopher S Sontchi , a the Fee Examiner in the above-referenced ☑ case ☐ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Wisconsin and, if applicable, the bar of the U.S. District Court for the Western District of Wisconsin .

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 12/12/2022

Madison, Wisconsin

/s/ Mark W. Hancock

*Mailing Address:*

Godfrey & Kahn, S.C.

One East Main Street, Suite 500

Madison, WI 53703-3300

*E-mail address*: mhancock@gklaw.com

*Telephone number*: ( 608 ) 284-2251