**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re: Celsius Network LLC, et al.

                            Debtor

----------------------------------------------------------------x

                            Plaintiff

            v.

                            Defendant

----------------------------------------------------------------x

Case No.: <u>22-10964</u> MG

Chapter <u>11</u>

Adversary Proceeding No.: _____

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>Mark W. Hancock</u>, to be admitted, ***pro hac vice***, to represent <u>the Honorable Christopher S. Sontchi</u>, (the "Client") a <u>the Fee Examiner</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Wisconsin</u> and, if applicable, the bar of the U.S. District Court for the <u>Western</u> District of <u>Wisconsin</u>, it is hereby

**ORDERED**, that <u>Mark W. Hancock</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York            /s/ _____

                                              UNITED STATES BANKRUPTCY JUDGE