**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re: Celsius Network LLC, et al.

                         Debtor

------------------------------------------------------------- x

                         Plaintiff

v.

                         Defendant

------------------------------------------------------------- x

Case No.: 22-10964 MG

Chapter 11

Adversary Proceeding No.: _____

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Mark W. Hancock**, to be admitted, *pro hac vice*, to represent **the Honorable Christopher S. Sontchi**, (the "Client") **the Fee Examiner** in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of **Wisconsin** and, if applicable, the bar of the U.S. District Court for the **Western** District of **Wisconsin**, it is hereby

**ORDERED**, that **Mark W. Hancock**, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 12/12/22
      New York, New York

                                                            **/s/Martin Glenn**
                                                  CHIEF UNITED STATES BANKRUPTCY JUDGE