**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re: Celsius Network LLC, et al.

Debtor

------------------------------------------------------------ x

Plaintiff

v.

Defendant

------------------------------------------------------------ x

Case No.: 22-10964 MG

Chapter 11

Adversary Proceeding No.: _____

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Carla O. Andres, to be admitted, *pro hac vice*, to represent the Honorable Christopher S. Sontchi, (the "Client") the Fee Examiner in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin and, if applicable, the bar of the U.S. District Court for the Western District of Wisconsin, it is hereby

**ORDERED**, that Carla O. Andres, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 12/12/2022
New York, New York

/s/Martin Glenn
CHIEF UNITED STATES BANKRUPTCY JUDGE