**Celsius Network**

**Weekly Cash Flow Forecast - CONSOLIDATED DEBTORS**

*Dated: December 12, 2022*

($000s)

| Week:<br>Period End Date: | 1<br>25-Nov-22 | 2<br>2-Dec-22 | 3<br>9-Dec-22 | 4<br>16-Dec-22 | 5<br>23-Dec-22 | 6<br>30-Dec-22 | 7<br>6-Jan-23 | 8<br>13-Jan-23 | 9<br>20-Jan-23 | 10<br>27-Jan-23 | 11<br>3-Feb-23 | 12<br>10-Feb-23 | 13<br>17-Feb-23 | Forecast<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | |
| BTC Sales | $ 1,594 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,837 | $ 1,932 | $ 2,059 | $ 2,059 | $ 2,059 | $ 2,059 | $ 2,347 | $ 2,347 | $ 24,693 |
| Other Receipts[1] | -- | 2,620 | -- | 2,620 | -- | 6,138 | -- | -- | 2,620 | -- | 2,620 | -- | 2,620 | 19,238 |
| **Total Receipts** | **1,594** | **4,220** | **1,600** | **4,220** | **1,600** | **7,975** | **1,932** | **2,059** | **4,679** | **2,059** | **4,679** | **2,347** | **4,967** | **43,930** |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | |
| Payroll | -- | (1,727) | (30) | (30) | (147) | (1,627) | (30) | (30) | (147) | (1,450) | (30) | (30) | (147) | (5,427) |
| Hosting[2] | (4,470) | -- | -- | (4,930) | -- | (5,327) | -- | (2,610) | -- | (6,654) | -- | (3,572) | -- | (27,563) |
| Other Operating Disbursements | (542) | (772) | (4,804) | (1,817) | (378) | (813) | (228) | (1,728) | (408) | (1,370) | (285) | (1,785) | (465) | (15,396) |
| **Total Operating Disbursements** | **(5,012)** | **(2,500)** | **(4,834)** | **(6,777)** | **(525)** | **(7,767)** | **(258)** | **(4,368)** | **(555)** | **(9,475)** | **(315)** | **(5,387)** | **(612)** | **(48,385)** |
| **Operating Cash Flow** | **(3,418)** | **1,720** | **(3,234)** | **(2,557)** | **1,075** | **208** | **1,674** | **(2,309)** | **4,123** | **(7,416)** | **4,364** | **(3,040)** | **4,355** | **(4,455)** |
| **NON-OPERATING ACTIVITIES** | | | | | | | | | | | | | | |
| Capital Expenditures[3] | (4,415) | (2,213) | (7,001) | (3,117) | (1,987) | (3,675) | (350) | -- | (9,732) | -- | -- | -- | (7,627) | (40,118) |
| Restructuring Activities | (1,336) | (1,266) | (7,628) | (5,598) | (239) | (20,866) | (459) | (3,489) | (239) | (14,226) | (957) | (3,100) | (10,272) | (69,677) |
| **Total Non-Operating Activities** | **(5,752)** | **(3,479)** | **(14,629)** | **(8,715)** | **(2,226)** | **(24,541)** | **(809)** | **(3,489)** | **(9,971)** | **(14,226)** | **(957)** | **(3,100)** | **(17,899)** | **(109,795)** |
| **Net Cash Flow** | **(9,170)** | **(1,759)** | **(17,863)** | **(11,273)** | **(1,152)** | **(24,333)** | **865** | **(5,798)** | **(5,848)** | **(21,642)** | **3,406** | **(6,140)** | **(13,544)** | **(114,250)** |
| **LIQUIDITY SCHEDULE** | | | | | | | | | | | | | | |
| Beginning Cash Balance | 182,012 | 172,842 | 171,083 | 153,220 | 141,947 | 140,796 | 116,462 | 117,327 | 111,529 | 105,681 | 84,039 | 87,446 | 81,306 | 182,012 |
| Net Cash Flow | (9,170) | (1,759) | (17,863) | (11,273) | (1,152) | (24,333) | 865 | (5,798) | (5,848) | (21,642) | 3,406 | (6,140) | (13,544) | (114,250) |
| **Ending Cash Balance** | **172,842** | **171,083** | **153,220** | **141,947** | **140,796** | **116,462** | **117,327** | **111,529** | **105,681** | **84,039** | **87,446** | **81,306** | **67,762** | **67,762** |
| Restricted Cash | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Minimum Cash Balance | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) |
| **Baseline Liquidity** | **$ 152,842** | **$ 151,083** | **$ 133,220** | **$ 121,947** | **$ 120,796** | **$ 96,462** | **$ 97,327** | **$ 91,529** | **$ 85,681** | **$ 64,039** | **$ 67,446** | **$ 61,306** | **$ 47,762** | **$ 47,762** |

**Notes:**
[1] Includes amortization payments from certain loan and note counterparties
[2] Includes mining related hosting costs and approx. $4mm of deposits and other non-recurring costs
[3] Includes S&U taxes, shipping and customs duties

**Celsius Network**
Assets by Coin Type as of November 25, 2022
(USD, $MMs)

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | | |
| | | Held at Fireblocks | | | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | GK8 Self Storage[1] | Total Coins in Possession | DeFi[2][3] | Staking[3] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEL | $ 184.4 | $ 136.2 | $ 0.0 | $ 0.0 | $ 7.5 | $ - | $ 1.0 | $ - | $ 329.1 | $ 0.1 | $ - | $ - | $ 0.1 | $ - | $ 329.4 | $ 140.1 |
| ETH** | 2.7 | 9.2 | 0.0 | 0.1 | 0.0 | - | 51.6 | 0.0 | 63.6 | 36.3 | 442.7 | 8.1 | 4.6 | - | 555.4 | 1,278.9 |
| stETH** | 495.1 | - | - | - | - | - | - | - | 495.1 | - | - | - | - | - | 495.1 | - |
| WBTC* | 375.1 | - | - | - | - | - | 0.0 | - | 375.1 | 7.4 | - | 3.0 | - | - | 385.6 | 1.8 |
| BTC* | 155.0 | 1.0 | - | - | - | 1.6 | 58.8 | - | 216.46 | - | - | 9.4 | 17.6 | 0.4 | 243.8 | 1,752.2 |
| USDC | 2.5 | 0.8 | 0.0 | - | - | - | 36.2 | - | 39.5 | 0.1 | - | 230.1 | 2.3 | 7.5 | 279.5 | 948.2 |
| MATIC | 7.5 | 6.8 | - | - | - | - | 5.7 | 1.0 | 21.0 | 0.0 | 39.3 | 3.9 | - | 13.8 | 78.1 | 212.3 |
| USDT ERC20 | 18.9 | 0.1 | 0.0 | - | - | - | 1.9 | - | 20.9 | - | - | 47.2 | - | - | 68.2 | 121.6 |
| ADA | 0.1 | 0.0 | 0.0 | 0.0 | - | - | 2.7 | 0.4 | 3.162 | - | 26.4 | 3.2 | - | 0.2 | 33.0 | 84.0 |
| LINK | 19.5 | 0.4 | - | - | 0.0 | - | 3.4 | - | 23.3 | 0.0 | - | 0.1 | - | - | 23.4 | 65.9 |
| WETH** | 0.0 | 0.1 | - | - | - | - | - | - | 0.1 | - | - | - | - | - | 0.1 | - |
| GUSD | - | 0.0 | - | - | - | - | 4.7 | - | 4.7 | 0.0 | - | 10.9 | - | - | 15.6 | 86.9 |
| DOT | 1.4 | 5.0 | 0.0 | - | 0.0 | - | 0.9 | - | 7.2 | 1.2 | 0.4 | 0.7 | 0.6 | - | 10.1 | 25.6 |
| LTC | 5.9 | 1.5 | - | - | - | - | 1.3 | - | 8.7 | - | - | 6.3 | - | - | 15.0 | 32.6 |
| FTT | 0.6 | 0.0 | - | - | - | - | - | - | 0.6 | - | - | - | 0.0 | - | 0.6 | (0.0) |
| MCDAI | 0.0 | 1.5 | 0.0 | - | 0.0 | - | 0.5 | - | 1.9 | 1.1 | - | 8.8 | - | - | 11.8 | 4.5 |
| AAVE | 0.0 | 0.1 | 0.0 | - | - | - | 0.3 | - | 0.4 | 5.7 | - | 0.4 | - | - | 6.4 | 7.6 |
| TGBP | 9.1 | 0.4 | - | - | - | - | 0.1 | - | 9.6 | - | - | - | - | - | 9.6 | 9.0 |
| BCH | 5.9 | 0.0 | - | - | - | - | 0.1 | - | 6.1 | - | - | - | - | - | 6.1 | 5.9 |
| UNI | 2.2 | 0.9 | 0.0 | - | 0.0 | - | 0.3 | - | 3.3 | 0.0 | - | 1.5 | - | - | 4.8 | 10.0 |
| SOL | 0.0 | 0.0 | - | - | - | - | 1.1 | - | 1.2 | - | - | 1.2 | - | 0.0 | 2.3 | 13.7 |
| XLM | 4.0 | 0.0 | 0.0 | - | 0.0 | - | 0.4 | - | 4.4 | - | - | - | 0.0 | - | 4.4 | 9.0 |
| BNB | 3.9 | 0.1 | - | 0.1 | - | - | 0.0 | - | 4.1 | - | - | 1.7 | - | - | 5.8 | 25.6 |
| EOS | 1.6 | 0.0 | 0.0 | - | - | - | 0.1 | - | 1.7 | - | - | 1.2 | - | - | 2.9 | 4.0 |
| SRM | 0.6 | - | - | - | - | - | - | - | 0.6 | - | - | - | 1.0 | - | 1.5 | (0.0) |
| **Top 25 Subtotal** | $ 1,296.0 | $ 164.2 | $ 0.0 | $ 0.1 | $ 7.5 | $ 1.6 | $ 171.0 | $ 1.3 | $ 1,641.8 | $ 51.9 | $ 508.8 | $ 337.7 | $ 26.2 | $ 21.9 | $ 2,588.4 | $ 4,839.6 |
| Other Coins | 17.8 | 6.5 | 0.0 | 1.2 | 0.0 | 0.4 | 8.6 | - | 34.6 | 2.3 | 0.5 | 9.0 | 0.1 | 3.5 | 49.9 | 214.2 |
| **Total Coin Value** | $ 1,313.8 | $ 170.7 | $ 0.0 | $ 1.4 | $ 7.5 | $ 2.0 | $ 179.6 | $ 1.3 | $ 1,676.4 | $ 54.2 | $ 509.4 | $ 346.7 | $ 26.3 | $ 25.4 | $ 2,638.3 | $ 5,053.9 |

| | | |
|---|---|---|
| Net Coin Position | | $ (2,415.5) |
| Net USD-Denominated Assets / (Liabilities) | | 1,564.2 |
| Reserves | | (402.8) |
| **Equity** | | **$ (1,254.2)** |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Memo: BTC Equiv.* | $ 530.1 | $ 1.0 | $ - | $ - | $ - | $ 1.6 | $ 58.8 | $ - | $ 591.6 | $ 7.4 | $ - | $ 12.4 | $ 17.6 | $ 0.4 | $ 629.4 | $ 1,754.0 |
| Memo: ETH Equiv.** | 497.8 | 9.3 | 0.0 | 0.1 | 0.0 | - | 51.6 | 0.0 | 558.8 | 36.3 | 442.7 | 8.1 | 4.6 | - | 1,050.6 | 1,278.9 |
| Memo: Stablecoins | 21.4 | 2.8 | 0.0 | 0.1 | 0.0 | 0.4 | 44.1 | - | 68.8 | 1.9 | - | 301.3 | 2.3 | 7.5 | 381.8 | 1,213.3 |

(1) These coins are owned by Celsius Network LLC
(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**
Assets by Coin Type as of November 25, 2022
*(# of coins in 000s)*

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Held at Fireblocks | | | | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | GK8 Self Storage[1] | Total Coins in Possession | DeFi[2][3] | Staking[3] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | 368,798 | 272,366 | 0 | 0 | 15,003 | - | 1,910 | - | 658,079 | 279 | - | - | 297 | - | 658,655 | 280,247 |
| ETH** | 2 | 8 | 0 | 0 | 0 | - | 42 | 0 | 52 | 30 | 364 | 7 | 4 | - | 456 | 1,051 |
| stETH** | 415 | - | - | - | - | - | - | - | 415 | - | - | - | - | - | 415 | - |
| WBTC* | 23 | - | - | - | - | - | 0 | - | 23 | 0 | - | 0 | - | - | 23 | 0 |
| BTC* | 9 | 0 | - | - | - | - | 4 | 0 | 13 | - | - | 1 | 1 | 0 | 15 | 105 |
| USDC | 2,507 | 764 | 2 | - | - | - | 36,124 | - | 39,397 | 114 | - | 229,730 | 2,265 | 7,477 | 278,982 | 946,634 |
| MATIC | 8,681 | 7,947 | - | - | - | - | 6,636 | 1,154 | 24,418 | 1 | 45,715 | 4,567 | - | 16,090 | 90,791 | 246,717 |
| USDT ERC20 | 18,848 | 107 | 0 | - | - | - | 1,939 | - | 20,894 | - | - | 47,187 | - | - | 68,081 | 121,479 |
| ADA | 216 | 39 | 0 | 0 | - | - | 8,546 | 1,101 | 9,901 | - | 82,606 | 10,161 | - | 606 | 103,274 | 263,114 |
| LINK | 2,827 | 59 | - | - | 0 | - | 496 | - | 3,382 | 0 | - | 7 | - | - | 3,389 | 9,547 |
| WETH** | 0 | 0 | - | - | - | - | - | - | 0 | - | - | - | - | - | 0 | - |
| GUSD | - | 25 | - | - | - | - | 4,639 | - | 4,664 | 1 | - | 10,822 | - | - | 15,487 | 86,571 |
| DOT | 257 | 932 | 0 | - | 0 | - | 161 | - | 1,350 | 222 | 76 | 127 | 122 | - | 1,896 | 4,807 |
| LTC | 79 | 20 | - | - | - | - | 17 | - | 116 | - | - | 84 | - | - | 200 | 434 |
| FTT | 439 | 0 | - | - | - | - | - | - | 439 | - | - | - | 0 | - | 439 | (0) |
| MCDAI | 0 | 1,476 | 0 | - | 0 | - | 469 | - | 1,945 | 1,070 | - | 8,802 | - | - | 11,816 | 4,548 |
| AAVE | 0 | 2 | 0 | - | - | - | 4 | - | 6 | 94 | - | 6 | - | - | 106 | 127 |
| TGBP | 7,565 | 334 | - | - | - | - | 78 | - | 7,977 | - | - | - | - | - | 7,977 | 7,448 |
| BCH | 51 | 0 | - | - | - | - | 1 | - | 53 | - | - | - | - | - | 53 | 52 |
| UNI | 393 | 162 | 0 | - | 0 | - | 46 | - | 601 | 0 | - | 271 | - | - | 872 | 1,828 |
| SOL | 0 | 2 | - | - | - | - | 79 | - | 81 | - | - | 80 | - | 0 | 161 | 954 |
| XLM | 44,198 | 8 | 1 | - | 0 | - | 4,221 | - | 48,428 | - | - | - | 1 | - | 48,429 | 99,230 |
| BNB | 13 | 0 | - | 0 | - | - | 0 | - | 13 | - | - | - | - | - | 19 | 83 |
| EOS | 1,731 | 0 | 0 | - | - | - | 92 | - | 1,824 | - | - | 1,303 | - | - | 3,127 | 4,272 |
| SRM | 2,019 | - | - | - | - | - | - | - | 2,019 | - | - | - | 3,548 | - | 5,567 | (0) |
| **Top 25 Subtotal** | 459,072 | 284,252 | 3 | 1 | 15,003 | 0 | 65,505 | 2,254 | 826,090 | 1,811 | 128,761 | 313,159 | 6,237 | 24,173 | 1,300,231 | 2,079,246 |
| Other Coins[4] | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| **Total Coin Quantity**[4] | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Memo: BTC Equiv.* | 32 | 0 | - | - | - | 0 | 4 | - | 36 | 0 | - | 1 | 1 | 0 | 38 | 105 |
| Memo: ETH Equiv.** | 417 | 8 | 0 | 0 | 0 | - | 42 | 0 | 467 | 30 | 364 | 7 | 4 | - | 871 | 1,051 |
| Memo: Stablecoins | 21,355 | 2,852 | 2 | 74 | 0 | 439 | 44,013 | - | 68,735 | 1,986 | - | 300,783 | 2,265 | 7,477 | 381,245 | 1,211,060 |

(1) These coins are owned by Celsius Network LLC
(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins
(4) As these other coins are comprised of various different coin denominations, a summation of different coin denominations would be meaningless, and hence these are reflected as N/A (Not Applicable)

**Celsius Network**

**Mining Activity Summary, October 2022**

|  | Coin Recap |
|---|---:|
| **BTC ROLL FORWARD** | |
| Beginning Balance | 301.97 |
| Mined BTC | 512.08 |
| Sold BTC | (700.02) |
| **Ending Balance** | **114.03** |

Notes:

Approximately 74,000 rigs deployed and 48,000 online hashing