**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 1680 |

<u>**CERTIFICATE OF SERVICE**</u>

I, Carol A. Weiner, counsel at the law firm of Venable LLP, hereby certify that, on

December 13, 2022, I caused a true and correct copy of the *Ignat Tuganov's Joinder and*

*Supplement to Motion Appointing A Mediator* [Dkt. No. 1680] to be served  via the Court's

CM/ECF system, by electronic mail, and by USPS first class mail in accordance with the

*Amended Final Order (I) Establishing Certain Notice, Case Management, And Administrative*

*Procedures, And (II) Granting Related Relief* [Dkt. No. 1181].

Dated: New York, New York
        December 13, 2022

                    VENABLE LLP

        By:    */s/ Carol A. Weiner*
               Carol A. Weiner
               1270 Avenue of the Americas, 24th Floor
               New York, New York 10020
               Telephone: (212) 503-0896
               Facsimile: (212) 307-5598
               Email: CWeinerLevy@venable.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.