UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                              Case No.: 22-10964 (MG)

CELSIUS NETWORK LLC, et al.,                        Chapter 11

                                  Debtor s         Jointly Administered

-------------------------------------------------------------x

                                                     Adversary Proceeding No.: _____

                                  Plaintiff

                       v.

                                  Defendant

-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mark A. Lindsay, to be admitted, *pro hac vice*, to represent Courtney Burks Steadman, (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Western District of Pennsylvania, it is hereby

**ORDERED**, that Mark A. Lindsay, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 12/15/2022
New York, New York

                                                     **/s/Martin Glenn**
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE