**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                   Case No.: __22-10964__ (MG)

 CELSIUS NETWORK LLC, et al.,                               Chapter 11__

                                              Debtor s          Jointly Administered

---------------------------------------------------------------x

                                                                 Adversary Proceeding No.: _____

                                              Plaintiff

                    v.

                                              Defendant

---------------------------------------------------------------x


### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

        Upon the motion of _Mark A. Lindsay_____, to be admitted, ***pro hac vice***, to

represent _Kim David Flora and Brett Flora_____, (the "Client") a _creditor_____

in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the

movant is a member in good standing of the bar in the State of _Pennsylvania_____ and, if

applicable, the bar of the U.S. District Court for the _Western_____ District of

_Pennsylvania_____, it is hereby


        **ORDERED**, that _Mark A. Lindsay_____, Esq., is admitted to practice, ***pro hac vice***,

in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: 12/15/2022

        New York, New York                         _____**/s/Martin Glenn**_____

                                                          CHIEF UNITED STATES BANKRUPTCY JUDGE