# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Dan Latona<br>To Call Writer Directly:<br>+1 312 862 3445<br>dan.latona@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br><br>+1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

December 15, 2022

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

      Re:    *In re Celsius Network LLC,* No. 22-10964 (MG) – Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct A 2004 Examination of Willis Towers Watson [Docket No. 1392]

Dear Chief Judge Glenn:

      Pursuant to paragraph 27 of the Case Management Procedures, attached as Exhibit 1 to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], and upon agreement with the United States Trustee for the Southern District of New York (the "U.S. Trustee"), we write to request confirmation of the extension of the deadline for Willis Towers Watson US LLC to object to the *Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct A 2004 Examination of Willis Towers Watson* [Docket No. 1392] (the "Application") to December 20, 2022, at 4:00 p.m. (prevailing Eastern Time), as the U.S. Trustee now expects to present the Application and proposed order for approval on December 23, 2022 at 12:00 p.m. (prevailing Eastern Time).

# KIRKLAND & ELLIS LLP

Sincerely,

*/s/ Dan Latona*

Dan Latona

cc:   Shara Cornell, Trial Attorney, Office of the United States Trustee

The deadline for Willis Towers Watson US LLC to object to the *Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct A 2004 Examination of Willis Towers Watson* [Docket No. 1392] is extended to December 20, 2022, at 4:00 p.m. (prevailing Eastern Time).

MEMORANDUM ENDORSED.  IT IS SO ORDERED.

DATED: 12/15/2022

**                /s/Martin Glenn                **

CHIEF UNITED STATES BANKRUPTCY JUDGE