AKIN GUMP STRAUSS HAUER & FELD LLP
Mitchell P. Hurley
Dean L. Chapman Jr.
John P. Kane
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1001

*Special Litigation Counsel for Debtors*

**UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF RATE INCREASE OF
AKIN GUMP STRAUSS HAUER & FELD LLP AS
SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

Pursuant to the *Order Authorizing the Retention and Employment Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 392] (the "Retention Order"),[2] Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), as special litigation counsel to the above-captioned debtors and debtors in possession (the "Debtors"), submits this notice of rate increase.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Retention Order.

As set forth in the Application, Akin Gump's hourly rates are subject to periodic adjustments (typically on January 1st of each year) to reflect economic and other conditions. *See* Application, ¶ 19. The Debtors have consented to such ordinary course rate increases. *See* Application, *Declaration of Chris Ferraro in Support of the Debtors' Application Authorizing the Retention and Employment Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date*, ¶ 4.

In the ordinary course, Akin Gump has adjusted the hourly rates charged by professionals and paraprofessionals. Effective as of January 1, 2023, some billing rates for Akin Gump attorneys and paraprofessionals have changed. The per hour rate range of Akin Gump for professionals and paraprofessionals employed in its domestic offices are provided below:

| Title | 2023 Billing Rate/Range |
|---|---|
| Partners | $1,320-$2,145 |
| Senior Counsel / Counsel | $940-$1,605 |
| Associates | $735-$1,250 |
| Paralegals | $215-$510 |

The rates above reflect the firm's standard 2023 rates, as applied to the particular skills and experience levels of the professionals and paraprofessionals involved with Akin Gump's work as special litigation counsel for the Debtors and is based on the customary compensation charged by comparably skilled practitioners. In addition, as set forth in the Application, Akin Gump agreed to provide a 10% discount to its standard billing rates for this engagement; the rates set forth above are Akin Gump's rates before the 10% discount is applied. Other than as forth herein, Akin Gump

and the Debtors have not agreed to any variations from, or alternatives to, Akin Gump standard billing arrangements.

Dated: New York, New York
December 15, 2022

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Mitchell P. Hurley*
Mitchell P. Hurley
Dean L. Chapman
John P. Kane
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
mhurley@akingump.com
dchapman@akingump.com
jkane@akingump.com

*Special Litigation Counsel
for Debtors*