Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Initial Debtors and Debtors in Possession*

*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**DEBTORS' STATEMENT
WITH RESPECT TO ADJOURNING CERTAIN DATES AND
DEADLINES FOR THE SALE OF POTENTIALLY ALL OF THE DEBTORS' ASSETS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") submit this statement to provide a brief update with respect to adjourning certain dates and deadlines under the *Order (I) Approving the Bidding Procedures In Connection With the Sale of Substantially All of the Debtors' Assets, (II) Scheduling Certain Dates With Respect Thereto,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*(III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief* [Docket No. 1272] (the "Order").[2]

On November 2, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the Order, which, among other things, approved certain dates, deadlines, and procedures for the solicitation of potential plan sponsor and sale proposals.

1. As a result of the Debtors' marketing process to-date, the Debtors received several proposals for transactions involving both their retail platform and mining business. The Debtors and their advisors, in consultation with the advisors to the Official Committee of Unsecured Creditors (the "Committee"), are thoroughly evaluating each bid to determine which bids, if any, are Qualified Bids, whether the bidders have the financial wherewithal to consummate a transaction, and whether certain bids face regulatory hurdles, among other considerations. The Committee has informed the Debtors that the Committee continues to reserve its rights regarding, among other things, any potential chapter 11 plan or other transaction.

2. The Debtors, after consultation with the Committee's advisors, believe that it is in the best interest of the Debtors and their estates to adjourn the auction and sale hearing to allow the Debtors and Committee's advisors to improve upon the bids received to date. This extra time will allow for further engagement with the bidders so that the Debtors can work to bring these chapter 11 cases to a value-maximizing conclusion.

3. The Debtors expect Christopher Ferraro, the Debtors' interim Chief Executive Officer, Chief Financial Officer, and Chief Restructuring Officer to provide the Court and all key stakeholders in the cases with a high-level business update at the hearing scheduled on Tuesday,

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order.

December 20, 2022. This update will include an update on the bidding process, the Debtors' mining business, and discussions regarding a standalone reorganization.

4. The Debtors are committed, now more than ever, in bringing these chapter 11 cases to a value-maximizing conclusion for all stakeholders. To that end, the Debtors believe that adjourning the certain dates and deadlines originally established by the Bidding Procedures is the best way to achieve that goal.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: December 15, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                    ross.kwasteniet@kirkland.com<br>                    chris.koenig@kirkland.com<br>                    dan.latona@kirkland.com<br><br>*Counsel to the Initial Debtors and Debtors in Possession*<br><br>*Proposed Counsel to the GK8 Debtors and Debtors in Possession* |