## Exhibit C
SUMMARY BY TIMEKEEPER

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|---|---|
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,595.00 | 67.70 | $107,981.50 |
| VINCENT E. LAZAR | Partner | 1990 | Restructuring & Bankruptcy | $1,540.00 | 96.10 | $147,994.00 |
| SHOBA PILLAY | Partner | 2003 | Data Privacy & Cybersecurity | $1,455.00 | 114.50 | $166,597.50 |
| GAIL H. MORSE | Partner | 1982 | Tax | $1,320.00 | 37.20 | $49,104.00 |
| DAVID M. GREENWALD | Partner | 1986 | Litigation | $1,275.00 | 0.50 | $637.50 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $1,265.00 | 88.70 | $112,205.50 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $1,185.00 | 167.80 | $198,843.00 |
| KAYVAN B. SADEGHI | Partner | 2003 | Securities Litigation & Enforcement | $1,150.00 | 47.10 | $54,165.00 |
| SARAH F. WEISS | Partner | 2010 | Investigations, Compliance & Defense | $1,090.00 | 56.40 | $61,476.00 |
| HANNA M. CONGER | Partner | 2012 | Energy | $1,085.00 | 1.00 | $1,085.00 |
| AARON R. COOPER | Partner | 2011 | Investigations, Compliance & Defense | $1,085.00 | 149.50 | $162,207.50 |
| CARL N. WEDOFF | Special Counsel | 2010 | Restructuring & Bankruptcy | $1,095.00 | 90.50 | $99,097.50 |
| EMILY M. SAVNER | Special Counsel | 2013 | Investigations, Compliance & Defense | $1,075.00 | 62.30 | $66,972.50 |
| LAURA E. PELANEK | Special Counsel | 2004 | Litigation | $905.00 | 209.80 | $189,869.00 |
| MICHELLE A. ONIBOKUN | Associate | 2018 | Government Contracts | $905.00 | 66.60 | $60,273.00 |
| PHILIP B. SAILER | Associate | 2018 | Investigations, Compliance & Defense | $905.00 | 64.40 | $58,282.00 |
| SARA M. STAPPERT | Associate | 2019 | Investigations, Compliance & Defense | $825.00 | 67.50 | $55,687.50 |
| ERIC E. PETRY | Associate | 2019 | Litigation | $825.00 | 39.30 | $32,422.50 |
| SOLANA R. GILLIS | Associate | 2020 | Corporate | $750.00 | 42.30 | $31,725.00 |
| ADINA HEMLEY-BRONSTEIN | Associate | 2021 | Litigation | $710.00 | 42.20 | $29,962.00 |
| COURTNEY B. SHIER | Associate | 2021 | Litigation | $700.00 | 35.50 | $24,850.00 |
| RAYMOND B. SIMMONS | Associate | 2021 | Litigation | $700.00 | 49.30 | $34,510.00 |
| PAMELA A. MARINO-GIAKOU | Staff Attorney | 2000 | Litigation | $595.00 | 20.70 | $12,316.50 |
| CONSTANCE J.B. PURTILL | Discovery Attorney | 2011 | Litigation | $330.00 | 17.90 | $5,907.00 |
| DAVID C. GUI | Discovery Attorney | 2013 | Litigation | $330.00 | 74.00 | $24,420.00 |

2

| MICHELLE A. MCDONALD | Project Discovery Attorney | 2005 | Litigation | $330.00 | 52.80 | $17,424.00 |
|---|---|---|---|---|---|---|
| LEAH J. STARKMAN | Discovery Attorney | 2002 | Litigation | $330.00 | 28.70 | $9,471.00 |
| STEFANO VIOLA | Discovery Attorney | 2013 | Litigation | $330.00 | 22.10 | $7,293.00 |
| DANIEL O. GARCIA | Senior Paralegal | N/A | | $560.00 | 69.50 | $38,920.00 |
| JAMES P. WALSH | Senior Research Librarian | N/A | | $405.00 | 1.50 | $607.50 |
| M. KRISTINA DEGUZMAN | Research Librarian | N/A | | $405.00 | 0.70 | $283.50 |
| PAUL S. RAMONAS | Senior Research Librarian | N/A | | $405.00 | 1.10 | $445.50 |
| **Sub-Total*** | | | | | 1,885.20 | $1,863,035.50 |
| Less 50% Discount on Non-working Travel Matter | | | | | | |
| Total | | | | | 1,885.20 | $1,863,035.50 |