**Exhibit D**
SUMMARY BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CELSIUS EXAMINER | 114.50 | $166,597.50 |
| CASE ADMINISTRATION | 119.10 | $123,462.50 |
| INVESTIGATION PLANNING AND COORDINATION | 385.60 | $461,283.50 |
| WITNESS INTERVIEWS | 20.30 | $21,806.50 |
| DOCUMENT MANAGEMENT AND REVIEW | 405.40 | $245,215.50 |
| COURT HEARINGS | 20.80 | $25,838.00 |
| CRYPTO ANALYSIS | 403.30 | $394,872.50 |
| TAX LAW COMPLIANCE | 107.90 | $116,829.50 |
| UTILITY OBLIGATIONS | 75.90 | $69,663.50 |
| REPORT PREPARATION AND DRAFTING | 87.30 | $85,212.50 |
| BILLING AND FEE APPLICATIONS | 44.30 | $54,405.00 |
| COMMUNICATIONS WITH PARTIES IN INTEREST | 100.80 | $97,849.00 |
| NON-WORKING TRAVEL TIME | | |
| **Sub-Total*** | 1,885.20 | $1,863,035.50 |
| Less 50% Discount on Non-Working Travel | | |
| **Total** | | $1,863,035.50 |