**Exhibit E**

SUMMARY OF JENNER & BLOCK LLP BLENDED HOURLY RATES
(CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES)

| Timekeeper Category | | Blended Hourly Rate | |
| --- | --- | --- | --- |
| | | Worked and Billed During Preceding 12 Months (excluding Restructuring lawyers) | Billed in this Fee Application |
| **Partner** | | 992 | 1,348 |
| | Partner – Sr. (20+ years) | 1,042 | 1,517 |
| | Partner – Mid (13-19 years) | 966 | 1,272 |
| | Partner – Jr. (0-12 years) | 851 | 1,086 |
| **Associate** | | 672 | 805 |
| | Associate – Sr. (5+ years) | 753 | N/A |
| | Associate – Mid (4-5years) | 683 | 905 |
| | Associate – Jr. (0-3 years) | 646 | 758 |
| **Special Counsel** | N/A | 746 | 982 |
| **Staff Attorney** | N/A | 508 | 595 |
| **Discovery Attorney** | N/A | 272 | 330 |
| **Paralegal** | N/A | 343 | 560 |
| **Blended Rate for All Attorneys in this Fee Application** | | | $1,005.73 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $988.24 |