**Exhibit F**
EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| B&W Copy | $433.71 |
| Color Copy | $236.50 |
| Lexis Research | $223.55 |
| Messenger Services | $30.56 |
| Pacer Charges | $128.50 |
| Federal Express | $43.82 |
| Westlaw Research | $38.45 |
| **TOTAL** | **$1,135.09** |