# Exhibit H
EXPENSE DETAIL

Law Offices

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**MATTER NUMBER - 10011**

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 9/29/22 | B&W Copy | 40.48 |
| 9/30/22 | Color Copy | 3.50 |
| 9/30/22 | B&W Copy | 91.08 |
| 10/03/22 | Color Copy | 205.00 |
| 10/04/22 | Color Copy | 25.50 |
| 10/04/22 | B&W Copy | .11 |
| 10/04/22 | B&W Copy | 38.61 |
| 10/05/22 | Pacer, Invoice 2567225-Q32022, 10/05/2022 | 128.50 |
| 10/07/22 | US Messenger ; 10/15/2022; Invoice No. 8912-51424 | 30.56 |
| 10/07/22 | B&W Copy | 146.63 |
| 10/10/22 | B&W Copy | 8.47 |
| 10/11/22 | Color Copy | 6.00 |
| 10/11/22 | B&W Copy | 90.20 |
| 10/17/22 | Federal Express; FEDEX; 10/17/2022 | 43.82 |
| 10/18/22 | B&W Copy | .99 |
| 10/19/22 | B&W Copy | .88 |
| 10/22/22 | B&W Copy | 5.39 |
| 10/26/22 | B&W Copy | 2.42 |
| 10/27/22 | B&W Copy | 4.95 |
| 10/31/22 | Lexis Research | 223.55 |
| 10/31/22 | Westlaw Research | 38.45 |
|  | TOTAL DISBURSEMENTS | $ 1,135.09 |

MATTER 10011 TOTAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$ 1,135.09

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE　　　　　　　　　　Federal Identification No. 36-2192554