# **EXHIBIT A**

**Martin Certification**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CELSIUS NETWORK, INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 22-10964(MG)

(Jointly Administered)

**CERTIFICATION UNDER LOCAL GUIDELINES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS
IN RESPECT OF THE FIRST INTERIM FEE APPLICATION
OF HURON CONSULTING SERVICES LLC FOR COMPENSATION
FOR PROFESSIONAL SERVICES RENDERED AS FINANCIAL ADVISORS TO THE
EXAMINER FROM OCTOBER 10, 2022 TO AND INCLUDING OCTOBER 31, 2022**

I, Timothy Martin, hereby certify that:

1. I am a Managing Director of Huron Consulting Services LLC, a financial advisory firm with offices located at 92 Hayden Ave, Lexington, MA 02421.

2. This certification is made in respect to Huron's compliance with *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases Pursuant to Local Rule 2016-1(a)* (as updated June 17, 2013) (the "**Local Guidelines**") in connection with interim application filed contemporaneously here within (the "**Application**") for compensation for the period commencing October 10, 2022 to and including October 31, 2022 in accordance with Local Guidelines.

3. In respect of Section B.1 of the Local Guidelines, I certify that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

      a.    I have read the Application;

      b.    To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees sought fall within the Local Guidelines;

      c.    The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Huron and generally accepted by Huron's clients; and

      d.    With respect to the expense reimbursement sought in the Application, Huron did not make a profit on account of such expenses incurred, where performed by Huron in-house or through a third party.

4.    I certify that Huron has provided the information required by the Local Guidelines in the Application and that the United States Trustee for the Southern District of New York, the Debtors, and the counsel for the Debtors are being provided with a copy of the Application.

Dated: December 15, 2022
       Lexington, MA                        Respectfully submitted,

                                                /s/ Timothy Martin
                                                Timothy Martin
                                                **HURON CONSULTING SERVICES LLC**
                                                92 Hayden Ave
                                                Lexington, MA 02421
                                                Tel: (617) 266-5530
                                                tmartin@hcg.com