# EXHIBIT C

## Summary of Time Billed by Project Category for the First Fee Period

| Task Code | Description | Hours | Fees |
|---|---|---|---|
| 1 | Crypto Analysis | 437.1 | 402,500.00 |
| 2 | Tax Analysis | 29.0 | 27,125.00 |
| 3 | Utility Obligations | 46.5 | 44,428.00 |
| 4 | Billing and Fee Applications | 18.3 | 17,972.00 |
| 5 | Investigation Planning and Coordination | 28.2 | 24,154.50 |
| 6 | Communications with Parties in Interest | 1.8 | 1,883.50 |
| **Total Professional Charges** | | **560.9** | **$518,063.00** |