## **Exhibit D**

**Budget and Staffing Plan**

## Budget and Staffing Plan

**(For Matter Categories for the Period Beginning on July 13, 2022 and Ending on October 31, 2022)**

### Budget

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Bankruptcy Preparation | | | |
| 23 | Non-Working Travel | 25 - 33 | $32,250 - $40,000 |
| Bankruptcy Proceedings | | | |
| 2 | Chapter 11 Bankruptcy Filing | 285 - 371 | $312,500 - $405,000 |
| 6 | Case Administration | 110 -143 | $125,000 - $165,000 |
| 10 | Official Committee Matters and Meetings | 655 - 852 | $750,000 - $975,000 |
| 15 | SOFAs and Schedules | 635 - 826 | $687,500 - $895,000 |
| 18 | Disclosure Statement, Plan, Confirmation | 1,360 - 1,768 | $1,500,000 - $1,950,000 |
| 20 | K&E Retention and Fee Matters | 355 - 462 | $375,000 - $490,000 |
| 21 | Non-K&E Retention and Fee Matters | 460 - 598 | $500,000 - $650,000 |
| 24 | U.S. Trustee Communications & Reporting | 205 - 267 | $250,000 - $325,000 |
| 43 | Examiner Matters | N/A | N/A |
| Operational Issues | | | |
| 5 | Business Operations | 555 - 722 | $625,000 - $815,000 |
| 7 | Cash Management and DIP Financing | 585 - 761 | $687,500 - $895,000 |
| 8 | Customer and Vendor Communications | 565 - 735 | $625,000 - $815,000 |
| 12 | Corp., Governance, & Securities Matters | 420 - 546 | $500,000 - $650,000 |
| 13 | Employee Matters | 635 - 826 | $750,000 - $975,000 |
| 17 | Insurance and Surety Matters | 220 - 286 | $250,000 - $325,000 |
| 22 | Tax Matters | 410 - 533 | $531,250 - $690,000 |
| Adversarial Matters | | | |
| 3 | Adversary Proceeding & Contested Matters | 675 - 878 | $750,000 - $975,000 |
| 4 | Automatic Stay Matters | 320 - 416 | $375,000 - $490,000 |
| 9 | Claims Administration and Objections | 345 - 449 | $375,000 - $490,000 |
| 16 | Hearings | 115 - 150 | $125,000 - $165,000 |
| 27 | Stone Litigation | N/A | N/A |
| 28 | Prime Trust Litigation | N/A | N/A |
| 30 | Stakehound Litigation | N/A | N/A |
| 31 | Badger DAO Litigation | N/A | N/A |
| 33 | Reliz Limited Litigation | N/A | N/A |
| 41 | Tether Limited Litigation | N/A | N/A |
| 42 | Core Scientific Litigation | N/A | N/A |

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Asset-Related Issues | | | |
| 11 | Use, Sale, and Disposition of Property | 795 - 1,034 | $875,000 - $1,140,000 |
| 14 | Executory Contracts and Unexpired Leases | 485 - 631 | $500,000 - $650,000 |
| 19 | International Issues | 215 - 280 | $250,000 - $325,000 |
| 26 | Special Committee Matters | 435 - 566 | $500,000 - $615,000 |
| | Total | | |

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 10 | $1,669 |
| Associate | 18 | $1,050 |
| Legal Assistant | 4 | $402 |
| **Total** | 32 | $1,127 |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.