# Exhibit E

**Voluntary Rate Disclosures**

- The blended hourly rate for all K&E domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on November 2021 and ending on October 2022 (the "Comparable Period") was, in the aggregate, approximately **$1,098.94** per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all K&E timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$1,038.64** per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at K&E | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partner | 1,496.69 | 1,545.13 |
| Of Counsel | 1,365.00 | 1,124.99 |
| Associate | 971.36 | 903.21 |
| Paralegal | 425.11 | 410.45 |
| Junior Paralegal | 289.96 | 262.34 |
| Support Staff | 373.50 | 409.18 |

---

[1] It is the nature of K&E's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within K&E's Restructuring Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which K&E domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by K&E domestic timekeepers who work primarily within K&E's Restructuring Group.

[2] K&E calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by K&E domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by K&E domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] K&E calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.