<u>**Exhibit F**</u>

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Aaron Lorber | Partner | Technology & IP Transactions | 2008 | 12,740.00 | 9.10 | N/A | 1,400.00 | 1,400.00 | 12,740.00 |
| Adnan Muhammad Hussain | Associate | Corporate - Debt Finance | 2021 | 13,674.00 | 17.20 | N/A | 795.00 | 795.00 | 13,674.00 |
| Alan Walker | Partner | Taxation | | 57,707.00 | 38.60 | N/A | 1,495.00 | 1,495.00 | 57,707.00 |
| Alex D. Pappas | Associate | Litigation - General | 2021 | 2,340.00 | 2.60 | N/A | 900.00 | 900.00 | 2,340.00 |
| Alex Straka | Associate | Corporate - Debt Finance | 2019 | 16,767.00 | 16.20 | N/A | 1,035.00 | 1,035.00 | 16,767.00 |
| Alex Xuan | Associate | Restructuring | | 145,068.00 | 219.80 | N/A | 660.00 | 660.00 | 145,068.00 |
| Alex Zapalowski | Associate | Technology & IP Transactions | | 49,394.50 | 44.30 | N/A | 1,115.00 | 1,115.00 | 49,394.50 |
| Alison Wirtz | Associate | Restructuring | 2016 | 1,014,039.00 | 866.70 | N/A | 1,170.00 | 1,170.00 | 1,014,039.00 |
| Allison Lullo | Partner | Litigation - General | 2011 | 330,375.00 | 264.30 | N/A | 1,250.00 | 1,250.00 | 330,375.00 |
| Amila Golic | Associate | Restructuring | 2021 | 463,246.50 | 582.70 | N/A | 795.00 | 795.00 | 463,246.50 |
| Angelina Moore | Associate | Litigation - General | 2019 | 27,580.00 | 28.00 | N/A | 985.00 | 985.00 | 27,580.00 |
| Anna Alekseeva | Associate | Restructuring | | 22,572.00 | 34.20 | N/A | 660.00 | 660.00 | 22,572.00 |
| Anna L. Grilley | Associate | Corporate - General | 2017 | 39,494.00 | 43.40 | N/A | 910.00 | 910.00 | 39,494.00 |
| Anna L. Grilley | Associate | Restructuring | 2017 | 25,298.00 | 27.80 | N/A | 910.00 | 910.00 | 25,298.00 |
| Anthony Antioch | Associate | Taxation | | 18,799.50 | 15.10 | N/A | 1,245.00 | 1,245.00 | 18,799.50 |
| Anthony Ji | Associate | ECEB - Executive Compensation | 2019 | 1,755.00 | 1.50 | N/A | 1,170.00 | 1,170.00 | 1,755.00 |
| Anthony Vincenzo Sexton | Partner | Taxation | 2011 | 95,211.00 | 63.90 | N/A | 1,490.00 | 1,490.00 | 95,211.00 |
| Asheesh Goel, P.C. | Partner | Litigation - General | 1995 | 71,004.00 | 38.80 | N/A | 1,830.00 | 1,830.00 | 71,004.00 |
| Ashton Taylor Williams | Associate | Restructuring | 2022 | 143,497.50 | 180.50 | N/A | 795.00 | 795.00 | 143,497.50 |
| Ben Isherwood | Associate | Restructuring | | 56,043.00 | 47.90 | N/A | 1,170.00 | 1,170.00 | 56,043.00 |
| Ben Wallace | Partner | Litigation - General | 2016 | 58,558.50 | 50.70 | N/A | 1,155.00 | 1,155.00 | 58,558.50 |
| Ben Wallace | Associate | Litigation - General | 2016 | 14,091.00 | 12.20 | N/A | 1,155.00 | 1,155.00 | 14,091.00 |
| Bryan D. Flannery | Partner | Corporate - Capital Markets | 2014 | 71,272.50 | 55.90 | N/A | 1,275.00 | 1,275.00 | 71,272.50 |
| Caitlin McAuliffe | Associate | Restructuring | 2021 | 95,400.00 | 120.00 | N/A | 795.00 | 795.00 | 95,400.00 |
| Caitlin McGrail | Associate | Restructuring | | 55,110.00 | 83.50 | N/A | 660.00 | 660.00 | 55,110.00 |
| Carla A.R. Hine | Partner | Antitrust/Competition | 2005 | 786.00 | 0.60 | N/A | 1,310.00 | 1,310.00 | 786.00 |
| Cassandra Catalano | Partner | Litigation - General | 2016 | 31,893.50 | 28.10 | N/A | 1,135.00 | 1,135.00 | 31,893.50 |
| Cassandra Catalano | Associate | Litigation - General | 2016 | 86,827.50 | 76.50 | N/A | 1,135.00 | 1,135.00 | 86,827.50 |

| Charlie Kassir | Associate | ECEB - Labor/Employment | 2019 | 28,302.00 | 35.60 | N/A | 795.00 | 795.00 | 28,302.00 |
|---|---|---|---|---|---|---|---|---|---|
| Chris Ceresa | Associate | Restructuring | 2020 | 284,004.00 | 274.40 | N/A | 1,035.00 | 1,035.00 | 284,004.00 |
| Chris Koenig | Partner | Restructuring | 2014 | 635,418.00 | 504.30 | N/A | 1,260.00 | 1,260.00 | 635,418.00 |
| Christie M. Alcala | Partner | ECEB - Labor/Employment | 2010 | 37,365.00 | 28.20 | N/A | 1,325.00 | 1,325.00 | 37,365.00 |
| Dan Latona | Partner | Restructuring | 2016 | 223,905.50 | 181.30 | N/A | 1,235.00 | 1,235.00 | 223,905.50 |
| Dan Latona | Associate | Restructuring | 2016 | 206,368.50 | 167.10 | N/A | 1,235.00 | 1,235.00 | 206,368.50 |
| Edwin S. del Hierro, P.C. | Partner | Corporate - Banking Regulatory | 1986 | 7,329.00 | 4.20 | N/A | 1,745.00 | 1,745.00 | 7,329.00 |
| Elizabeth Helen Jones | Associate | Restructuring | 2018 | 537,889.50 | 519.70 | N/A | 1,035.00 | 1,035.00 | 537,889.50 |
| Elizabeth N. Aghili | Associate | Litigation - General | | 11,880.00 | 13.20 | N/A | 900.00 | 900.00 | 11,880.00 |
| Emily C. Eggmann | Associate | Restructuring | 2021 | 172,263.00 | 189.30 | N/A | 910.00 | 910.00 | 172,263.00 |
| Emily Hogan | Partner | Corporate - Debt Finance | 2016 | 1,852.50 | 1.50 | N/A | 1,235.00 | 1,235.00 | 1,852.50 |
| Emily Hogan | Associate | Corporate - Debt Finance | 2016 | 29,146.00 | 23.60 | N/A | 1,235.00 | 1,235.00 | 29,146.00 |
| Emma L. Flett | Partner | Technology & IP Transactions | | 34,627.50 | 24.30 | N/A | 1,425.00 | 1,425.00 | 34,627.50 |
| Erik Hepler | Partner | Corporate - Debt Finance | 1990 | 6,012.50 | 3.70 | N/A | 1,625.00 | 1,625.00 | 6,012.50 |
| Gabriela Zamfir Hensley | Associate | Restructuring | 2018 | 153,870.00 | 138.00 | N/A | 1,115.00 | 1,115.00 | 153,870.00 |
| Gabrielle Christine Reardon | Associate | Restructuring | 2022 | 98,472.00 | 149.20 | N/A | 660.00 | 660.00 | 98,472.00 |
| Gelareh Sharafi | Associate | Restructuring | | 86,724.00 | 131.40 | N/A | 660.00 | 660.00 | 86,724.00 |
| Grace C. Brier | Associate | Litigation - General | 2017 | 376,179.00 | 338.90 | N/A | 1,110.00 | 1,110.00 | 376,179.00 |
| Hanaa Kaloti | Partner | Litigation - General | 2014 | 312,427.50 | 270.50 | N/A | 1,155.00 | 1,155.00 | 312,427.50 |
| Hannah C. Simson | Associate | Litigation - General | 2019 | 215,419.50 | 218.70 | N/A | 985.00 | 985.00 | 215,419.50 |
| Hannah Crawford | Partner | Restructuring | | 86,573.50 | 70.10 | N/A | 1,235.00 | 1,235.00 | 86,573.50 |
| Heidi Hockberger | Associate | Restructuring | 2017 | 678,132.00 | 579.60 | N/A | 1,170.00 | 1,170.00 | 678,132.00 |
| Ieuan Adrian List | Associate | Corporate - Capital Markets | 2016 | 617.50 | 0.50 | N/A | 1,235.00 | 1,235.00 | 617.50 |
| Isabel Falkner | Associate | Restructuring | | 34,007.50 | 30.50 | N/A | 1,115.00 | 1,115.00 | 34,007.50 |
| Isabel Gao | Associate | Restructuring | | 5,214.00 | 7.90 | N/A | 660.00 | 660.00 | 5,214.00 |
| Jack N. Bernstein | Of Counsel | ECEB - Employee Benefits | 1995 | 4,755.00 | 3.00 | N/A | 1,585.00 | 1,585.00 | 4,755.00 |
| Jacqueline Clover | Associate | Technology & IP Transactions | 2012 | 29,763.50 | 24.10 | N/A | 1,235.00 | 1,235.00 | 29,763.50 |
| Jai Mudhar | Associate | Restructuring | | 6,097.00 | 6.70 | N/A | 910.00 | 910.00 | 6,097.00 |
| Jeff Butensky | Associate | Corporate - General | 2017 | 145,327.00 | 159.70 | N/A | 910.00 | 910.00 | 145,327.00 |
| Jeffery S. Norman, P.C. | Partner | Technology & IP Transactions | 1992 | 62,302.50 | 35.10 | N/A | 1,775.00 | 1,775.00 | 62,302.50 |
| Jeffrey S. Quinn | Partner | ECEB - Employee Benefits | 1998 | 4,596.50 | 2.90 | N/A | 1,585.00 | 1,585.00 | 4,596.50 |

| Name | Role | Department | Year | Amount | Hours | N/A | Rate 1 | Rate 2 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Jenny Wilson | Partner | Technology & IP Transactions | | 33,022.50 | 25.50 | N/A | 1,295.00 | 1,295.00 | 33,022.50 |
| Jimmy Ryan | Associate | Restructuring | 2022 | 272,049.00 | 342.20 | N/A | 795.00 | 795.00 | 272,049.00 |
| Joanna Schlingbaum | Partner | Technology & IP Transactions | 2016 | 10,991.50 | 8.90 | N/A | 1,235.00 | 1,235.00 | 10,991.50 |
| Joanna Schlingbaum | Associate | Technology & IP Transactions | 2016 | 8,768.50 | 7.10 | N/A | 1,235.00 | 1,235.00 | 8,768.50 |
| Joanna Thomson | Partner | Technology & IP Transactions | | 255.00 | 0.20 | N/A | 1,275.00 | 1,275.00 | 255.00 |
| Joel McKnight Mudd | Associate | Restructuring | 2021 | 303,372.00 | 381.60 | N/A | 795.00 | 795.00 | 303,372.00 |
| Joey Daniel Baruh | Associate | Litigation - General | 2021 | 78,300.00 | 87.00 | N/A | 900.00 | 900.00 | 78,300.00 |
| John Poulos | Associate | Technology & IP Transactions | 2016 | 26,496.00 | 25.60 | N/A | 1,035.00 | 1,035.00 | 26,496.00 |
| Joseph A. D'Antonio | Associate | Litigation - General | 2021 | 366,750.00 | 407.50 | N/A | 900.00 | 900.00 | 366,750.00 |
| Josh Sussberg, P.C. | Partner | Restructuring | 2004 | 154,242.00 | 83.60 | N/A | 1,845.00 | 1,845.00 | 154,242.00 |
| Joshua Raphael | Associate | Restructuring | | 54,318.00 | 82.30 | N/A | 660.00 | 660.00 | 54,318.00 |
| Judson Brown, P.C. | Partner | Litigation - General | 2004 | 692,752.50 | 466.50 | N/A | 1,485.00 | 1,485.00 | 692,752.50 |
| Julian J. Seiguer, P.C. | Partner | Corporate - Capital Markets | 2013 | 67,706.00 | 38.80 | N/A | 1,745.00 | 1,745.00 | 67,706.00 |
| Kate Vera, P.C. | Partner | ECEB - Executive Compensation | 2016 | 712.50 | 0.50 | N/A | 1,425.00 | 1,425.00 | 712.50 |
| Katherine C. Nemeth | Associate | ECEB - Executive Compensation | 2018 | 17,433.00 | 14.90 | N/A | 1,170.00 | 1,170.00 | 17,433.00 |
| Kelby Roth | Associate | Restructuring | 2022 | 47,256.00 | 71.60 | N/A | 660.00 | 660.00 | 47,256.00 |
| Kelsey Fuller | Associate | Corporate - Debt Finance | 2018 | 9,315.00 | 9.00 | N/A | 1,035.00 | 1,035.00 | 9,315.00 |
| Kimberly Pageau | Associate | Restructuring | 2017 | 196,351.50 | 176.10 | N/A | 1,115.00 | 1,115.00 | 196,351.50 |
| Kon Asimacopoulos | Partner | Restructuring | | 91,696.50 | 49.70 | N/A | 1,845.00 | 1,845.00 | 91,696.50 |
| Krishan Patel | Associate | Taxation | | 11,605.00 | 11.00 | N/A | 1,055.00 | 1,055.00 | 11,605.00 |
| Kyle Nolan Trevett | Associate | Restructuring | 2020 | 62,884.50 | 79.10 | N/A | 795.00 | 795.00 | 62,884.50 |
| Lamina Bowen | Of Counsel | Litigation - General | 2016 | 3,844.50 | 3.30 | N/A | 1,165.00 | 1,165.00 | 3,844.50 |
| Leah A. Hamlin | Associate | Litigation - General | 2017 | 621,000.00 | 600.00 | N/A | 1,035.00 | 1,035.00 | 621,000.00 |
| Leah Davis Patrick | Partner | Taxation | 2011 | 10,895.50 | 7.70 | N/A | 1,415.00 | 1,415.00 | 10,895.50 |
| Lindsay Wasserman | Associate | Restructuring | 2021 | 468,832.00 | 515.20 | N/A | 910.00 | 910.00 | 468,832.00 |
| Logan Weissler | Associate | Corporate - Capital Markets | 2018 | 11,261.50 | 10.10 | N/A | 1,115.00 | 1,115.00 | 11,261.50 |
| Luci Hague | Partner | International Trade | 2015 | 247.00 | 0.20 | N/A | 1,235.00 | 1,235.00 | 247.00 |
| Marcia Hook | Partner | Energy Regulatory | 2014 | 647.50 | 0.50 | N/A | 1,295.00 | 1,295.00 | 647.50 |
| Marcus Thompson | Partner | Litigation - General | | 830.00 | 0.50 | N/A | 1,660.00 | 1,660.00 | 830.00 |
| Mark Filip, P.C. | Partner | Litigation - General | 1995 | 1,125.00 | 0.60 | N/A | 1,875.00 | 1,875.00 | 1,125.00 |
| Matthew C. Hutchinson | Associate | Corporate - M&A/Private Equity | 2018 | 169,034.00 | 151.60 | N/A | 1,115.00 | 1,115.00 | 169,034.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Matthew D. Turner | Partner | Corporate - Capital Markets | 2015 | 7,533.50 | 6.10 | N/A | 1,235.00 | 1,235.00 | 7,533.50 |
| Matthew Wood | Partner | ECEB - Executive Compensation | 2016 | 14,943.50 | 12.10 | N/A | 1,235.00 | 1,235.00 | 14,943.50 |
| Mavnick Nerwal | Partner | Taxation | | 34,571.00 | 19.10 | N/A | 1,810.00 | 1,810.00 | 34,571.00 |
| Meena Kandallu | Associate | Taxation | 2022 | 4,239.50 | 6.10 | N/A | 695.00 | 695.00 | 4,239.50 |
| Michael Berger | Associate | Restructuring | | 4,645.50 | 5.70 | N/A | 815.00 | 815.00 | 4,645.50 |
| Michael Dylan Thompson | Associate | ECEB - Executive Compensation | 2022 | 3,180.00 | 4.00 | N/A | 795.00 | 795.00 | 3,180.00 |
| Michael Kalis | Partner | Litigation - General | 2014 | 4,158.00 | 3.60 | N/A | 1,155.00 | 1,155.00 | 4,158.00 |
| Michael Lemm | Associate | Restructuring | 2019 | 443,290.50 | 428.30 | N/A | 1,035.00 | 1,035.00 | 443,290.50 |
| Michael Scian | Associate | Restructuring | 2022 | 235,690.00 | 259.00 | N/A | 910.00 | 910.00 | 235,690.00 |
| Michal Galayevich | Associate | ECEB - Executive Compensation | 2022 | 14,560.00 | 16.00 | N/A | 910.00 | 910.00 | 14,560.00 |
| Michelle Kilkenney, P.C. | Partner | Corporate - Debt Finance | 2002 | 6,271.50 | 3.70 | N/A | 1,695.00 | 1,695.00 | 6,271.50 |
| Michelle Six | Partner | Litigation - General | 2005 | 8,877.00 | 6.60 | N/A | 1,345.00 | 1,345.00 | 8,877.00 |
| Morgan Lily Phoenix | Associate | Litigation - General | | 32,825.00 | 50.50 | N/A | 650.00 | 650.00 | 32,825.00 |
| Nabil Sabki, P.C. | Partner | Corporate - Investment Funds | 1999 | 997.50 | 0.50 | N/A | 1,995.00 | 1,995.00 | 997.50 |
| Nicholas A. Binder | Associate | Restructuring | 2019 | 103,810.50 | 100.30 | N/A | 1,035.00 | 1,035.00 | 103,810.50 |
| Nicholas Benham | Associate | Litigation - General | 2021 | 27,630.00 | 30.70 | N/A | 900.00 | 900.00 | 27,630.00 |
| Nick Wetzeler | Associate | Corporate - Capital Markets | 2020 | 37,128.00 | 40.80 | N/A | 910.00 | 910.00 | 37,128.00 |
| Nima Malek Khosravi | Associate | Restructuring | | 147,906.00 | 224.10 | N/A | 660.00 | 660.00 | 147,906.00 |
| Nir A. Levin | Associate | Restructuring | 2020 | 5,175.00 | 5.00 | N/A | 1,035.00 | 1,035.00 | 5,175.00 |
| Parker Conway | Associate | Corporate - General | 2021 | 33,231.00 | 41.80 | N/A | 795.00 | 795.00 | 33,231.00 |
| Patricia Walsh Loureiro | Associate | Restructuring | 2020 | 439,978.50 | 425.10 | N/A | 1,035.00 | 1,035.00 | 439,978.50 |
| Patrick Forte | Associate | Litigation - General | 2021 | 62,640.00 | 69.60 | N/A | 900.00 | 900.00 | 62,640.00 |
| Patrick J. Nash Jr., P.C. | Partner | Restructuring | 1996 | 567,337.50 | 307.50 | N/A | 1,845.00 | 1,845.00 | 567,337.50 |
| Paul Goldsmith | Associate | Corporate - General | 2021 | 24,168.00 | 30.40 | N/A | 795.00 | 795.00 | 24,168.00 |
| Philipp Gnatzy | Associate | Antitrust/Competition | | 3,458.00 | 2.80 | N/A | 1,235.00 | 1,235.00 | 3,458.00 |
| Rebecca J. Marston | Associate | Restructuring | 2021 | 99,736.00 | 109.60 | N/A | 910.00 | 910.00 | 99,736.00 |
| Richard Husseini, P.C. | Partner | Taxation | 1991 | 5,166.00 | 2.80 | N/A | 1,845.00 | 1,845.00 | 5,166.00 |
| Ross M. Kwasteniet, P.C. | Partner | Restructuring | 2002 | 1,488,361.50 | 806.70 | N/A | 1,845.00 | 1,845.00 | 1,488,361.50 |
| Roy Michael Roman | Associate | Restructuring | | 79,926.00 | 121.10 | N/A | 660.00 | 660.00 | 79,926.00 |
| Samuel J. Seneczko | Associate | Restructuring | 2019 | 124,821.00 | 120.60 | N/A | 1,035.00 | 1,035.00 | 124,821.00 |
| Scott D. Price, P.C. | Partner | ECEB - Executive Compensation | 1998 | 9,516.00 | 5.20 | N/A | 1,830.00 | 1,830.00 | 9,516.00 |

| Seantyel Hardy | Associate | Litigation - General | 2019 | 132,376.50 | 127.90 | N/A | 1,035.00 | 1,035.00 | 132,376.50 |
| Seth Sanders | Associate | Restructuring | 2021 | 448,062.00 | 563.60 | N/A | 795.00 | 795.00 | 448,062.00 |
| Simon Briefel | Associate | Restructuring | 2018 | 670,672.50 | 601.50 | N/A | 1,115.00 | 1,115.00 | 670,672.50 |
| Stephanie Cohen | Associate | Restructuring | 2018 | 205,048.50 | 183.90 | N/A | 1,115.00 | 1,115.00 | 205,048.50 |
| Steve Toth | Partner | Corporate - M&A/Private Equity | 2005 | 118,833.00 | 83.10 | N/A | 1,430.00 | 1,430.00 | 118,833.00 |
| Steven M. Cantor | Partner | Taxation | 2017 | 18,400.50 | 14.10 | N/A | 1,305.00 | 1,305.00 | 18,400.50 |
| Steven M. Cantor | Associate | Taxation | 2017 | 37,323.00 | 28.60 | N/A | 1,305.00 | 1,305.00 | 37,323.00 |
| Sunil Shenoi | Partner | Litigation - General | 2009 | 2,331.00 | 1.80 | N/A | 1,295.00 | 1,295.00 | 2,331.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | 296,795.50 | 225.70 | N/A | 1,315.00 | 1,315.00 | 296,795.50 |
| Sydney Jones | Partner | ECEB - Labor/Employment | 2014 | 54,558.00 | 43.30 | N/A | 1,260.00 | 1,260.00 | 54,558.00 |
| T.J. McCarrick | Partner | Litigation - General | 2016 | 120,310.00 | 106.00 | N/A | 1,135.00 | 1,135.00 | 120,310.00 |
| Tamar Kofman | Associate | Restructuring | 2019 | 129,311.00 | 142.10 | N/A | 910.00 | 910.00 | 129,311.00 |
| Taylor E. Santori | Associate | Corporate - General | 2022 | 3,300.00 | 5.00 | N/A | 660.00 | 660.00 | 3,300.00 |
| Thad W. Davis, P.C. | Partner | Taxation | 2005 | 1,116.50 | 0.70 | N/A | 1,595.00 | 1,595.00 | 1,116.50 |
| Tommy Scheffer | Associate | Restructuring | 2019 | 862,341.00 | 773.40 | N/A | 1,115.00 | 1,115.00 | 862,341.00 |
| Tricia Schwallier Collins | Partner | Restructuring | 2015 | 2,346.50 | 1.90 | N/A | 1,235.00 | 1,235.00 | 2,346.50 |
| Tricia Schwallier Collins | Associate | Restructuring | 2015 | 235,638.00 | 190.80 | N/A | 1,235.00 | 1,235.00 | 235,638.00 |
| Victor Hollenberg | Associate | Litigation - General | 2021 | 53,087.50 | 68.50 | N/A | 775.00 | 775.00 | 53,087.50 |
| Wayne E. Williams | Partner | Corporate - Capital Markets | 2006 | 1,300.00 | 0.80 | N/A | 1,625.00 | 1,625.00 | 1,300.00 |
| William T. Pruitt | Partner | Litigation - General | 2004 | 23,787.50 | 17.30 | N/A | 1,375.00 | 1,375.00 | 23,787.50 |
| William Thompson | Associate | Restructuring | 2021 | 171,535.00 | 188.50 | N/A | 910.00 | 910.00 | 171,535.00 |
| Zach Heater | Associate | Litigation - General | 2021 | 35,727.50 | 46.10 | N/A | 775.00 | 775.00 | 35,727.50 |
| Zachary S. Brez, P.C. | Partner | Litigation - General | 2000 | 220,987.50 | 124.50 | N/A | 1,775.00 | 1,775.00 | 220,987.50 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Alli Beckett | Support Staff | Conflicts Analysis | N/A | 2,762.50 | 6.50 | N/A | 425.00 | 425.00 | 2,762.50 |
| Amy Donahue | Paralegal | Restructuring | N/A | 11,340.00 | 28.00 | N/A | 405.00 | 405.00 | 11,340.00 |
| Anna Makowski | Junior Paralegal | Corporate - Capital Markets | N/A | 1,681.50 | 5.70 | N/A | 295.00 | 295.00 | 1,681.50 |
| Carita D. Anderson | Paralegal | Corporate - Debt Finance | N/A | 365.00 | 1.00 | N/A | 365.00 | 365.00 | 365.00 |
| Casllen Timberlake | Junior Paralegal | Litigation - General | N/A | 4,480.00 | 16.00 | N/A | 280.00 | 280.00 | 4,480.00 |

| Cathy Alton | Paralegal | Litigation - General | N/A | 36,750.00 | 87.50 | N/A | 420.00 | 420.00 | 36,750.00 |
|---|---|---|---|---|---|---|---|---|---|
| Christina Losiniecki | Paralegal | Corporate - M&A/Private Equity | N/A | 1,350.50 | 3.70 | N/A | 365.00 | 365.00 | 1,350.50 |
| Danielle Walker | Junior Paralegal | Restructuring | N/A | 14,130.50 | 47.90 | N/A | 295.00 | 295.00 | 14,130.50 |
| Eric Nyberg | Support Staff | Conflicts Analysis | N/A | 13,537.50 | 47.50 | N/A | 285.00 | 285.00 | 13,537.50 |
| Gary A. Duncan | Paralegal | Litigation - General | N/A | 22,470.00 | 53.50 | N/A | 420.00 | 420.00 | 22,470.00 |
| Hunter Appler | Support Staff | Litigation & Practice Tech | N/A | 34,722.50 | 81.70 | N/A | 425.00 | 425.00 | 34,722.50 |
| Jacqueline Hahn | Junior Paralegal | Restructuring | N/A | 4,366.00 | 14.80 | N/A | 295.00 | 295.00 | 4,366.00 |
| Janet Bustamante | Paralegal | Litigation - General | N/A | 18,432.50 | 50.50 | N/A | 365.00 | 365.00 | 18,432.50 |
| Joanna Aybar | Paralegal | Corporate - M&A/Private Equity | N/A | 657.00 | 1.80 | N/A | 365.00 | 365.00 | 657.00 |
| Joanna Aybar | Paralegal | Restructuring | N/A | 5,511.50 | 15.10 | N/A | 365.00 | 365.00 | 5,511.50 |
| Julia R. Foster | Paralegal | Restructuring | N/A | 5,184.00 | 12.80 | N/A | 405.00 | 405.00 | 5,184.00 |
| Ken Sturek | Paralegal | Litigation - General | N/A | 45,120.00 | 94.00 | N/A | 480.00 | 480.00 | 45,120.00 |
| Kieran Smith McGovern | Junior Paralegal | Corporate - Investment Funds | N/A | 442.50 | 1.50 | N/A | 295.00 | 295.00 | 442.50 |
| Kimberly A.H. Chervenak | Paralegal | Litigation - General | N/A | 26,592.00 | 55.40 | N/A | 480.00 | 480.00 | 26,592.00 |
| Lib Legislative Research | Support Staff | Administrative Mgt - Office | N/A | 607.50 | 1.50 | N/A | 405.00 | 405.00 | 607.50 |
| Library Business Research | Support Staff | Administrative Mgt - Office | N/A | 810.00 | 2.00 | N/A | 405.00 | 405.00 | 810.00 |
| Library Document Retrieval | Support Staff | Administrative Mgt - Office | N/A | 120.00 | 0.40 | N/A | 300.00 | 300.00 | 120.00 |
| Library Factual Research | Support Staff | Administrative Mgt - Office | N/A | 7,614.00 | 18.80 | N/A | 405.00 | 405.00 | 7,614.00 |
| Library People Research | Support Staff | Administrative Mgt - Office | N/A | 810.00 | 2.00 | N/A | 405.00 | 405.00 | 810.00 |
| Lydia Yale | Junior Paralegal | Restructuring | N/A | 206.50 | 0.70 | N/A | 295.00 | 295.00 | 206.50 |
| Marta Dudyan | Support Staff | Conflicts Analysis | N/A | 9,547.50 | 33.50 | N/A | 285.00 | 285.00 | 9,547.50 |
| Maryam Tabrizi | Support Staff | Litigation & Practice Tech | N/A | 13,464.00 | 27.20 | N/A | 495.00 | 495.00 | 13,464.00 |
| Matthew Beach | Junior Paralegal | Litigation - General | N/A | 13,700.50 | 51.70 | N/A | 265.00 | 265.00 | 13,700.50 |
| Megan Bowsher | Paralegal | Litigation - General | N/A | 20,476.50 | 56.10 | N/A | 365.00 | 365.00 | 20,476.50 |
| Michael Y. Chan | Support Staff | Conflicts Analysis | N/A | 10,725.00 | 32.50 | N/A | 330.00 | 330.00 | 10,725.00 |
| Morgan Willis | Paralegal | Restructuring | N/A | 78,110.00 | 214.00 | N/A | 365.00 | 365.00 | 78,110.00 |
| Robert Orren | Paralegal | Restructuring | N/A | 121,632.00 | 253.40 | N/A | 480.00 | 480.00 | 121,632.00 |
| Tanzila Zomo | Junior Paralegal | Restructuring | N/A | 63,956.00 | 216.80 | N/A | 295.00 | 295.00 | 63,956.00 |