# Exhibit G

## Summary of Actual and Necessary Expenses for the Fee Period

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---:|
| Third Party Telephone Charges | | | 162.51 |
| Standard Copies or Prints | | | 7,086.60 |
| Color Copies or Prints | | | 10,319.10 |
| Large Format Copy/Print | | | 78.00 |
| Flash Drives | | | 160.00 |
| Postage | | | 91.53 |
| Outside Messenger Services | | | 1,131.15 |
| Local Transportation | | | 707.09 |
| Travel Expense | | | 7,598.07 |
| Airfare | | | 7,804.13 |
| Transportation to/from airport | | | 2,342.47 |
| Travel Meals | | | 528.48 |
| Other Travel Expenses | | | 1,018.49 |
| Filing Fees | | | 36,154.15 |
| Other Court Costs and Fees | | | 60.00 |
| Professional Fees | | | 20,982.76 |
| Process Server Fees | | | 485.30 |
| Court Reporter Fee/Trial | | | 5,865.55 |
| Outside Printing Services | | | 228.64 |
| Outside Copy/Binding Services | | | 21,457.26 |
| Working Meals/K&E Only | | | 427.35 |
| Outside Retrieval Service | | | 51,860.50 |
| Computer Database Research | | | 7,882.66 |
| Westlaw Research | | | 40,493.82 |
| LexisNexis Research | | | 27,635.48 |
| Overtime Transportation | | | 2,663.10 |
| Overtime Meals - Non-Attorney | | | 260.00 |
| Overtime Meals - Attorney | | | 1,200.00 |
| Overnight Delivery - Hard | | | 755.51 |
| Computer Database Research - Soft | | | 1,486.20 |
| **Total** | | | **258,925.90** |