# Exhibit H

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| Bankruptcy Preparation | | | | | | | |
| 23 | Non-Working Travel | 25 - 33 | 32 | $32,250 - $40,000 | 41,744.00 | N/A | 41,744.00 |
| Bankruptcy Proceedings | | | | | | | |
| 2 | Chapter 11 Bankruptcy Filing | 285 - 371 | 670 | $312,500 - $405,000 | 672,198.00 | N/A | 672,198.00 |
| 6 | Case Administration | 110 -143 | 1,197.30 | $125,000 - $165,000 | 1,101,466.00 | N/A | 1,101,466.00 |
| 10 | Official Committee Matters and Meetings | 655 - 852 | 1,050.90 | $750,000 - $975,000 | 1,121,401.00 | N/A | 1,121,401.00 |
| 15 | SOFAs and Schedules | 635 - 826 | 757.20 | $687,500 - $895,000 | 856,324.00 | N/A | 856,324.00 |
| 18 | Disclosure Statement, Plan, Confirmation | 1,360 - 1,768 | 252.40 | $1,500,000 - $1,950,000 | 302,219.50 | N/A | 302,219.50 |
| 20 | K&E Retention and Fee Matters | 355 - 462 | 783.50 | $375,000 - $490,000 | 692,748.00 | N/A | 692,748.00 |
| 21 | Non-K&E Retention and Fee Matters | 460 - 598 | 455.30 | $500,000 - $650,000 | 448,053.50 | N/A | 448,053.50 |
| 24 | U.S. Trustee Communications & Reporting | 205 - 267 | 365.90 | $250,000 - $325,000 | 393,103.50 | N/A | 393,103.50 |
| 43 | Examiner Matters | N/A | 401.80 | - | 451,359.50 | N/A | 451,359.50 |
| Operational Issues | | | | | | | |
| 5 | Business Operations | 555 - 722 | 556.50 | $625,000 - $815,000 | 646,265.50 | N/A | 646,265.50 |
| 7 | Cash Management and DIP Financing | 585 - 761 | 488.70 | $687,500 - $895,000 | 497,468.50 | N/A | 497,468.50 |
| 8 | Customer and Vendor Communications | 565 - 735 | 468.90 | $625,000 - $815,000 | 460,500.50 | N/A | 460,500.50 |
| 12 | Corp., Governance, & Securities Matters | 420 - 546 | 470.10 | $500,000 - $650,000 | 533,890.50 | N/A | 533,890.50 |
| 13 | Employee Matters | 635 - 826 | 995.50 | $750,000 - $975,000 | 1,115,752.50 | N/A | 1,115,752.50 |
| 17 | Insurance and Surety Matters | 220 - 286 | 55.40 | $250,000 - $325,000 | 62,976.00 | N/A | 62,976.00 |
| 22 | Tax Matters | 410 - 533 | 256.40 | $531,250 - $690,000 | 335,887.00 | N/A | 335,887.00 |
| Adversarial Matters | | | | | | | |
| 3 | Adversary Proceeding & Contested Matters | 675 - 878 | 1,657.80 | $750,000 - $975,000 | 1,716,651.50 | N/A | 1,716,651.50 |
| 4 | Automatic Stay Matters | 320 - 416 | 538.40 | $375,000 - $490,000 | 540,071.50 | N/A | 540,071.50 |
| 9 | Claims Administration and Objections | 345 - 449 | 448.80 | $375,000 - $490,000 | 440,170.50 | N/A | 440,170.50 |

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| 16 | Hearings | 115 - 150 | 836.10 | $125,000 - $165,000 | 851,667.00 | N/A | 851,667.00 |
| 27 | Stone Litigation | N/A | 22.70 | N/A | 33,092.50 | N/A | 33,092.50 |
| 28 | Prime Trust Litigation | N/A | 7.70 | N/A | 11,061.00 | N/A | 11,061.00 |
| 30 | Stakehound Litigation | N/A | 1.60 | N/A | 1,440.00 | N/A | 1,440.00 |
| 31 | Badger DAO Litigation | N/A | 3.40 | N/A | 3,519.00 | N/A | 3,519.00 |
| 33 | Reliz Limited Litigation | N/A | 0.50 | N/A | 922.50 | N/A | 922.50 |
| 41 | Tether Limited Litigation | N/A | 9.10 | N/A | 9,918.00 | N/A | 9,918.00 |
| 42 | Core Scientific Litigation | N/A | 894.40 | N/A | 894,567.00 | N/A | 894,567.00 |
| Asset-Related Issues | | | | | | | |
| 11 | Use, Sale, and Disposition of Property | 795 - 1,034 | 3,071.30 | $875,000 - $1,140,000 | 3,023,803.50 | N/A | 3,023,803.50 |
| 14 | Executory Contracts and Unexpired Leases | 485 - 631 | 290.80 | $500,000 - $650,000 | 282,309.50 | N/A | 282,309.50 |
| 19 | International Issues | 215 - 280 | 188.80 | $250,000 - $325,000 | 236,777.00 | N/A | 236,777.00 |
| 26 | Special Committee Matters | 435 - 566 | 1,876.50 | $500,000 - $615,000 | 2,064,686.00 | N/A | 2,064,686.00 |
| Expenses | | | | | | | |
| 25 | Expenses | N/A | N/A | N/A | N/A | 258,925.90 | N/A |
| **Totals** | | | **19,105.70** | | **19,844,014.00** | **258,925.90** | **20,102,939.90** |