Karen Cordry
D.C. Bar No. 278051
Bankruptcy Counsel,
National Association of Attorneys General
1850 M St., NW, 12th Floor
Washington, DC 20036
Telephone: (301) 933-3640
kcordry@naag.org

ATTORNEY FOR THE STATES OF ALABAMA, ARKANSAS,
DISTRICT OF COLUMBIA, HAWAII, IDAHO, MAINE,
NORTH DAKOTA, OKLAHOMA, AND SOUTH CAROLINA AND
THE CALIFORNIA DFPI

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
|  | : CHAPTER 11 |
| In re: | : |
|  | : Case No. 22-10964 |
| CELSIUS NETWORK LLC, *et al.*,[1] | : |
|  | : |
|  | : (Joint Administration Requested) |
| Debtors.[2] | : |

----------------------------------------------------------------x

# SUPPLEMENTAL NOTICE OF APPEARANCE AND REQUEST
# FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that Karen Cordry hereby appears as counsel for the States of Alabama, Arkansas, District of Columbia, Hawaii, Idaho, Maine, New York, North Dakota, Oklahoma and South Carolina, and the California Department of Financial Protection and Innovation ("DFPI"), pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Karen Cordry
Bankruptcy Counsel
National Association of Attorneys General
1850 M St., NW, 12th Floor
Washington, DC
Phone: 301-933-3640
Email: kcordry@naag.org

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: December 16, 2022                          Respectfully submitted,

                                                  Karen Cordry,

                                                  */s/ Karen Cordry*

                                                  Karen Cordry
                                                  Bankruptcy Counsel
                                                  National Association of Attorneys General
                                                  1850 M St., NW, 12th Floor

2

Washington, DC
Phone: 301-933-3640
kcordry@naag.org

ATTORNEY FOR THE STATES OF ALABAMA, ARKANSAS,
DISTRICT OF COLUMBIA, HAWAII, IDAHO, MAINE,
NEW YORK, NORTH DAKOTA, OKLAHOMA,
SOUTH CAROLINA, and the CALIFORNIA DFPI

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on December 16, 2022.

*/s/ Karen Cordry*
Karen Cordry,
Bankruptcy Counsel