**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FOURTH DECLARATION OF GREGORY F. PESCE IN SUPPORT OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR**
**ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF**
**WHITE & CASE LLP AS COUNSEL EFFECTIVE AS OF JULY 29, 2022**

I, Gregory F. Pesce, pursuant to 28 U.S.C. § 1746, hereby declare that the following

is true and correct to the best of my knowledge, information, and belief:

1. I am a partner of the firm of White & Case LLP ("**White & Case**" or the "**Firm**"),

an international law firm, which maintains offices for the practice of law at, among other locations,

111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606. Among other admissions, I am a

member in good standing of the Bar of the State of Illinois and I have been admitted to practice in

Illinois. I have been admitted *pro hac vice* in connection with the above-captioned cases. There

are no disciplinary proceedings pending against me in any jurisdiction.

2. I submit this fourth declaration (the "**Fourth Declaration**") pursuant to sections

328(a) and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) and

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules

2014-1, 2016-1 and Rule 9013-1 of the Local Rules for the United States Bankruptcy Court for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

the Southern District of New York (the "**Local Rules**") in support of the *Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of July 29, 2022* [Docket No. 603] (the "**Application**") for the Official Committee of Unsecured Creditors (the "**Committee**").[2]  My first declaration was submitted as Exhibit B to the Application (the "**First Declaration**").  My second declaration was filed on September 14, 2022 [Docket No. 814] (the "**Second Declaration**").  My third declaration was filed on October 27, 2022 [Docket No. 1215] (the "**Third Declaration**") (collectively, the "**Prior Declarations**").

3.      On September 15, 2022, the Court entered the *Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of July 29, 2022* [Docket No. 829] (the "**Retention Order**").

4.      To the extent that White & Case determines that any information disclosed herein requires amendment or modification upon White & Case's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be submitted to the Court reflecting same.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

5.      As noted in the Prior Declarations, White & Case has reviewed and will continue to review its files periodically during these chapter 11 cases with respect to known and newly-identified parties in interest.  If any new relevant facts or relationship are discovered or arise, White & Case will use reasonable efforts to identify such developments and will promptly file a supplemental declaration.

---

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3]     Certain of the disclosures herein relate to matters within the knowledge of attorneys or employees of White & Case and are based on information provided by them.

**Supplemental Disclosure Regarding Potential Parties in Interest**

6.      In connection with the First Declaration, the Debtors provided a list of names of potential parties in interest to White & Case (the "**Potential Parties in Interest**"), which were set out in Schedule 1 annexed thereto.  Thereafter, the U.S. Trustee's Office requested that White & Case identify connections to certain additional names.  Both the Second Declaration and Third Declaration identified additional Potential Parties in Interest, which were set out in Schedule 1 annexed thereto.  Thereafter, the Debtors provided White & Case with a list of names of additional Potential Parties in Interest, which are identified on **Schedule 1** annexed hereto (the "**Supplemental Parties in Interest**").[4]  The U.S. Trustee's Office requested that White & Case identify any connections to the Supplemental Parties in Interest.

7.      Prior to filing this Fourth Declaration, following the procedure set forth in my First Declaration, White & Case conducted a disclosure review with respect to the Firm's connections to the Supplemental Parties in Interest.  White & Case's disclosure review did not reveal connections to any of the Potential Parties in Interest identified on Schedule 1.[5]

**Supplemental Disclosure Regarding FTX-Related Matters**

8.      On November 11, 2022 and November 14, 2022, FTX Trading Ltd. and certain of its affiliates (collectively, the "**FTX Debtors**") commenced cases under chapter 11 of the

---

[4]    The term "client" means an entity listed as a client or affiliate of a client in an active or closed matter in White & Case's conflicts search system.  To the extent that a Potential Party in Interest falls under more than one category, such Potential Party in Interest may be disclosed below in only one category.  Furthermore, the inclusion of a Potential Party in Interest within one or more categories in the Application, this Declaration, or otherwise is for convenience only and is not, and shall not be construed as, an acknowledgement or admission regarding any Potential Party in Interest, including with respect to any claims or relationships that such Potential Party in Interest may have with the Debtors.

[5]    Certain account holders listed as Potential Parties in Interest in Schedule 1 have names similar to certain current or former clients of White & Case.  We are further investigating those names to see if they are the same individuals as the current or former clients.  For the avoidance of doubt, White & Case has not represented any person or entity in connection with account holdings on the Celsius platform.

3

Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware (collectively, the "**FTX Chapter 11 Cases**"). On November 15, 2022, Brian C. Simms, Kevin G. Cambridge, and Peter Greaves, in their capacities as joint provisional liquidators of FTX Digital Markets Ltd., a non-debtor affiliate of the FTX Debtors (in such capacities, the "**FTX Digital Markets JPLs**"), commenced a case under chapter 15 of the Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of New York (the "**FTX Digital Markets Chapter 15 Case**"). On November 22, 2022, the FTX Digital Markets JPLs consented to the transfer of the FTX Digital Markets Chapter 15 Case to the U.S. Bankruptcy Court for the District of Delaware.

9.      Following the commencement of the FTX Digital Markets Chapter 15 Case, White & Case was engaged by the FTX Digital Markets JPLs in connection with the FTX Chapter 11 Cases, the FTX Digital Markets Chapter 15 Case, and related matters (collectively, the "**FTX Matters**"). The Debtors may hold claims or causes of action against the FTX Debtors and their non-debtor affiliates. Accordingly, the FTX Digital Markets JPLs will utilize conflicts counsel for any matters that are adverse to the Debtors. Out of an abundance of caution, White & Case has established an ethical wall between the attorneys representing the FTX Digital Markets JPLs in connection with the FTX Matters and the attorneys representing the Committee in connection with these chapter 11 cases. To the extent that White & Case determines that it is appropriate under the Bankruptcy Code, the Bankruptcy Rules, or other applicable rules or law to modify that ethical wall with respect to any attorneys representing the FTX Digital Markets JPLs in connection with the FTX Matters and the attorneys representing the Committee in connection with these chapter 11 cases, White & Case will file a supplemental declaration. White & Case will not represent any entity, other than the Committee, in connection with these chapter 11 cases. Based on the foregoing, I do not believe that White & Case's representation of the FTX Digital Markets JPLs

4

in connection with the FTX Matters precludes White & Case from meeting the standard for the retention of Committee counsel under the Bankruptcy Code.

10.      In addition, on March 8, 2021, White & Case was engaged by Ledger Holdings, Inc. ("**Ledger**") to represent it in connection with its acquisition by West Realm Shire Services Inc. ("**FTX US**") (the "**Ledger Matter**").  FTX US's acquisition of Ledger was consummated on October 13, 2021, at which time Ledger became a wholly owned subsidiary of FTX US.  Prior to the petition date in these chapter 11 cases (the "**Petition Date**"), the Ledger Matter was completed and White & Case ceased performing any work for Ledger in connection with the Ledger Matter.  The Ledger Matter was unrelated to Celsius and these chapter 11 cases.  As of October 13, 2021, White & Case collected $1,227,589.50 in fees in connection with the Ledger Matter.

11.      As of the Petition Date, White & Case was not owed any fees or expenses on account of services rendered to Ledger in connection with the Ledger Matter. Under the engagement letter dated March 8, 2021, Ledger consented to White & Case's representation of other clients in connection with matters that are not substantially related to the Ledger Matter.  In November 2022, the FTX Debtors, including Ledger, commenced the FTX Chapter 11 Cases in the U.S. Bankruptcy Court for the District of Delaware.  Sullivan Cromwell LLP is representing the FTX Debtors, including Ledger, in connection with the FTX Chapter 11 Cases.  White & Case will not represent any entity, other than the Committee, in connection with these chapter 11 cases. Based on the foregoing, I do not believe that White & Case's former representation of Ledger in connection with the Ledger Matter precludes White & Case from meeting the standard for retention of Committee counsel under the Bankruptcy Code.

12.      On November 23, 2022, I discussed White & Case's proposed disclosures regarding the FTX Matters and the Ledger Matter with counsel to the U.S. Trustee via phone, and I shared a

draft of this Fourth Declaration with counsel to the U.S. Trustee on such date. On November 28, 2022 and December 1, 2022, I emailed counsel to the U.S. Trustee to request the U.S. Trustee's comments on this Fourth Declaration. On December 5, 2022, while attending in-person hearings in these chapter 11 cases, I discussed this Fourth Declaration with counsel to the U.S. Trustee and again requested comments from the U.S. Trustee. On December 14, 2022, the U.S. Trustee informed me that no feedback was coming at this time and that White & Case should file this Fourth Declaration as soon as practical.

### Required Disclosures Regarding Rate Increases

13.    The Retention Order provides: "Prior to any increases in White & Case's rates for any individual retained by White & Case and providing services in these cases, White & Case shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtors and the United States Trustee. The supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether White and Case's client has consented to the rate increase."

14.    I submit this Fourth Declaration to comply with the above requirement as it applies to White & Case's forthcoming hourly rate adjustment in the normal course of the Firm's business, effective on January 1, 2023.

15.    As disclosed in my First Declaration, for 2022, the hourly rates charged by White & Case in its U.S. offices range from $1,270 to $1,900 for partners, $1,210 for counsel, $680 to $1,170 for associates, and $200 to $595 for paraprofessionals (the "**2022 Rates**").

16.    Effective on January 1, 2023, the hourly rates charged by White & Case in its U.S. offices will range from $1,370 to $2,100 for partners, $1310 for counsel, $740 to $1,270 for associates, and $215 to $640 for paraprofessionals (the "**2023 Rates**").

17.    As set forth in my First Declaration with respect to the 2022 Rates, White & Case's hourly rates are subject to adjustment in the normal course of the Firm's business.  The 2023 Rates will be White & Case's standard rates in its U.S. offices.  The 2023 Rates are set at a level designed to fairly compensate White & Case for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.  It is White & Case's normal course of business to consider economic and other conditions.  Along such lines, with respect to the 2023 Rates, White & Case notes the high levels of inflation measured in 2022 that were not present at the time White & Case set its 2022 Rates and that White & Case has not raised its rates since January 1, 2022.  I submit that White & Case's 2023 Rates are consistent with the rates charged by other firms rendering comparable services.

18.    Before submitting this Fourth Declaration, I shared the 2023 Rates with the Committee, which has consented to the 2023 Rates.

19.    In accordance with section 330(a)(3)(F) of the Bankruptcy Code, I submit that the 2023 Rates, for the reasons set forth above, are reasonable based on the customary compensation charged by practitioners of comparable seniority, distinction, skill, and expertise in cases other than cases under the Bankruptcy Code, reflect economic and other conditions, and are consistent with rates charged by peer law firms.

### Disclosures Regarding Former Law Clerks

20.    White & Case has reviewed whether any of the attorneys with White & Case have served as law clerks to any of the judges to the United States Bankruptcy Court of the Southern District of New York within the past two years.

21.    Caitlin O'Connell is a White & Case associate who served as a law clerk to the Honorable Sean H. Lane in the United States Bankruptcy Court for the Southern District of New

York.  Ms. O'Connell served from October 1, 2020, through September 30, 2021, ending before the Petition Date.

22.     I do not believe that the above connection precludes White & Case from meeting the standard for retention of Committee counsel under the Bankruptcy Code.

## **Reaffirmation of Statement of Disinterestedness**

23.     Based on the foregoing, to the best of my knowledge and insofar as I have been able to ascertain, (a) White & Case is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) White & Case holds no interest adverse under section 1103(b) of the Bankruptcy Code, and (c) White & Case has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Application, the Prior Declarations, or this Fourth Declaration.  Accordingly, I respectfully submit that the requirements for White & Case's retention as attorneys for the Committee have been met.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge, information, and belief.

Dated: December 16, 2022
       Chicago, Illinois

                               */s/ Gregory F. Pesce*
                               Gregory F. Pesce
                               Partner, White & Case LLP

## <u>Schedule 1</u>

**Supplemental Parties in Interest**

| Category | Name |
|---|---|
| Legal Matters and Litigants | Abuin, Juan Antonio Freires |
| Legal Matters and Litigants | Adamson, Cheyenne Joseph |
| Legal Matters and Litigants | Akshay, Nayak |
| Legal Matters and Litigants | Anusic, Tom |
| Legal Matters and Litigants | Argo Innovations Labs, Inc. |
| Legal Matters and Litigants | Asher, Rishi |
| Legal Matters and Litigants | Bao, Adelaide |
| Legal Matters and Litigants | Barnouin, Pierre |
| Legal Matters and Litigants | Beekman, Nathaniel J. |
| Legal Matters and Litigants | Carrara, Diana |
| Legal Matters and Litigants | Carroccio, Brian C. |
| Legal Matters and Litigants | Cerqueira, Uno Gomes |
| Legal Matters and Litigants | Chan, Peter Lm |
| Legal Matters and Litigants | Condit, Bradley |
| Legal Matters and Litigants | Constance-Churcher, Camilla |
| Legal Matters and Litigants | Davis, Bethany |
| Legal Matters and Litigants | Dierna, Lindi |
| Legal Matters and Litigants | Dukler, Avinoam Aharon |
| Legal Matters and Litigants | Dunn, Michael |
| Legal Matters and Litigants | Esazadeh, Morteza |
| Legal Matters and Litigants | Fern, Shen-Jay |
| Legal Matters and Litigants | Fisher, Mark |
| Legal Matters and Litigants | Flynn, Justin |
| Legal Matters and Litigants | Frishberg, Daniel |
| Legal Matters and Litigants | Gallas, Matthias |
| Legal Matters and Litigants | Gates, Christopher |
| Legal Matters and Litigants | Goines, Taylor |
| Legal Matters and Litigants | Grubbe, Jacob |
| Legal Matters and Litigants | Guild, Benjamin |
| Legal Matters and Litigants | Guo, Yi Meng |
| Legal Matters and Litigants | Ishii-Moy, Mai |
| Legal Matters and Litigants | Kash, Loreta |
| Legal Matters and Litigants | Katoski, Kristin Freires |
| Legal Matters and Litigants | Kiani, Saad |
| Legal Matters and Litigants | Kunderevych, Volodymyr |
| Legal Matters and Litigants | Langley, Ray M. |
| Legal Matters and Litigants | Lazar, Angello |
| Legal Matters and Litigants | Lazar, Valentin |
| Legal Matters and Litigants | Le, Adrea T. |
| Legal Matters and Litigants | Levy, Apple |

| Category | Name |
|---|---|
| Legal Matters and Litigants | Levy, Damon |
| Legal Matters and Litigants | Liquidity Technologies Ltd D/B/A Coinflex |
| Legal Matters and Litigants | Majumdar, Dwaipayan |
| Legal Matters and Litigants | Maki, Todd Federick |
| Legal Matters and Litigants | Mara, Erin Claire |
| Legal Matters and Litigants | Martin, Daniel |
| Legal Matters and Litigants | Maxfield, Jason Lee |
| Legal Matters and Litigants | Meng, Brian |
| Legal Matters and Litigants | Minnick, Justin |
| Legal Matters and Litigants | Mitton, Hugh |
| Legal Matters and Litigants | Mozjesik, Sarah |
| Legal Matters and Litigants | Ney, Andrew |
| Legal Matters and Litigants | Nickels, Robert |
| Legal Matters and Litigants | Oren, Nazim |
| Legal Matters and Litigants | Pandya, Vishwaja |
| Legal Matters and Litigants | Park, Lisa Bokhee |
| Legal Matters and Litigants | Pedley, Christopher J |
| Legal Matters and Litigants | Pestrikov, Dmitri |
| Legal Matters and Litigants | Pikulenko, Inna |
| Legal Matters and Litigants | Plutus21 Blockchain Opportunities Fund I |
| Legal Matters and Litigants | Plutus21 Blockchain Opportunities Fund I L.P |
| Legal Matters and Litigants | Puccio, George W |
| Legal Matters and Litigants | Rebrook, Patrick |
| Legal Matters and Litigants | Shafir, Ziv |
| Legal Matters and Litigants | Simons, Scott |
| Legal Matters and Litigants | Singh, Amol Bikram |
| Legal Matters and Litigants | Sousa, Nelson Dos Santos De |
| Legal Matters and Litigants | Stanley, Chad |
| Legal Matters and Litigants | Tiong, Susana Ying Hie |
| Legal Matters and Litigants | Vizzutti, Nicholas Jeffrey |
| Legal Matters and Litigants | Weber, Brian |
| Legal Matters and Litigants | Wilson, Kanyla |
| Legal Matters and Litigants | Wohlman, Odette |
| Legal Matters and Litigants | Wright, Austin Lamar |
| Legal Matters and Litigants | Young, Christopher |
| Retail Customers | 007 Capital LLC |
| Retail Customers | A'Vard, Suzanne |
| Retail Customers | Abdolsalehi, Alvand |
| Retail Customers | Academic Health Research Group Inc |
| Retail Customers | Adam, Alexander |

| Category | Name |
|---|---|
| Retail Customers | AK Solutions Inc |
| Retail Customers | Alblooki, Noora |
| Retail Customers | Alchemy Capital Group LLC |
| Retail Customers | Alfi, Eldad M |
| Retail Customers | Allen Davis, Otis |
| Retail Customers | Allen-Narker, Rosalind |
| Retail Customers | Alliance Service, Inc |
| Retail Customers | Alshehhi, Ali |
| Retail Customers | Alshehhi, Sultan |
| Retail Customers | Alven Jerome Kroot Agreement Of Trust Dated July 16, 1990, As Amended, |
| Retail Customers | AM Ventures Holding Inc. |
| Retail Customers | Amaro, Johnny |
| Retail Customers | An Eye Toward Retirement LLC |
| Retail Customers | Anand, Kamaljit |
| Retail Customers | Andrews, Nik |
| Retail Customers | Andrianakos, Fotis |
| Retail Customers | Andrus, Brent W |
| Retail Customers | Aos Investments LLC |
| Retail Customers | Araújo, João Pedro |
| Retail Customers | Asaff, Glenn |
| Retail Customers | August , Lucia Kim |
| Retail Customers | Ayon, Brandon |
| Retail Customers | Bae, Peter |
| Retail Customers | Baggenstos, Thomas Stephan |
| Retail Customers | Bailey, Christoher |
| Retail Customers | Bailey, Jeremy Douglas |
| Retail Customers | Baillie, Robert |
| Retail Customers | Baker, Brian |
| Retail Customers | Baker, William Harold |
| Retail Customers | Baldwin, Kevin |
| Retail Customers | Balter, Lon |
| Retail Customers | Barrett, Bryan |
| Retail Customers | Barrett, Craig R |
| Retail Customers | Barry, Patrick |
| Retail Customers | Bartholf, John David |
| Retail Customers | Bartlett, Chris |
| Retail Customers | Baum, Joe |
| Retail Customers | Becin, Christopher Michael |
| Retail Customers | Bedard, Craig |
| Retail Customers | Beerda, Douwe |

| Category | Name |
|---|---|
| Retail Customers | Bellotte, Brent |
| Retail Customers | Benfanti, Michael Frederick |
| Retail Customers | Benotsch, Alan |
| Retail Customers | Bergman, Devon Aaron |
| Retail Customers | Bertsch, Kirk |
| Retail Customers | Betancourt, Leopoldo |
| Retail Customers | Beyer, Richard William |
| Retail Customers | Bfaller Rd LLC |
| Retail Customers | Bi, Mariam |
| Retail Customers | Biig LLC |
| Retail Customers | Biscontine, Stephen C |
| Retail Customers | Bits of Sunshine LLC |
| Retail Customers | Blackthorne, Jordan |
| Retail Customers | Block, Michael Henry |
| Retail Customers | Blum, Hugo |
| Retail Customers | Bnktothefuture |
| Retail Customers | Boari, Francesco |
| Retail Customers | Bofilis, Dimosthenis |
| Retail Customers | Bohnett, David Charles |
| Retail Customers | Bolger, Marilyn |
| Retail Customers | Bongiorno, John |
| Retail Customers | Bos, Stephen Richard |
| Retail Customers | Bosman, Andre |
| Retail Customers | Botlani Esfahani, Rana |
| Retail Customers | Bourell, Roy |
| Retail Customers | Bowman, Eric Lee |
| Retail Customers | Bradbury Jr, Josh Douglas |
| Retail Customers | Brechtl, Marques |
| Retail Customers | Bresson, Laurent |
| Retail Customers | Brida, Anthony |
| Retail Customers | Brigham, Gerrad William |
| Retail Customers | Broytman, Meyer M |
| Retail Customers | Brue, Chad |
| Retail Customers | Brunner, Hannes Oskar |
| Retail Customers | Bslater Ddo LLC |
| Retail Customers | Bugeja, Paul |
| Retail Customers | Buono, Ian |
| Retail Customers | Butendieck , Ronald |
| Retail Customers | Butryn, David |
| Retail Customers | Bveeder Rd LLC |

| Category | Name |
|---|---|
| Retail Customers | Byrd, Jeffery L |
| Retail Customers | Byrd, William Michael |
| Retail Customers | Byrne , Michael S |
| Retail Customers | Caceres, Santos |
| Retail Customers | Cadwell, Charles |
| Retail Customers | Caj Krogh Holding Aps |
| Retail Customers | Cannon, Andrew |
| Retail Customers | Caraballo, Christopher Richard |
| Retail Customers | Carmonatoscano, Rafael |
| Retail Customers | Caroulle, Irénée |
| Retail Customers | Carroz, Martial |
| Retail Customers | Carter, Micah |
| Retail Customers | Carter, William |
| Retail Customers | Cartmell, Brian |
| Retail Customers | Casal, Gerardo De La Caridad |
| Retail Customers | Castillo, Ryan |
| Retail Customers | Cech, Seikan |
| Retail Customers | Celeste, Beth |
| Retail Customers | Cetin, Edward |
| Retail Customers | Chambless, Jill |
| Retail Customers | Chan, Channing |
| Retail Customers | Chang, Christopher Bonyen |
| Retail Customers | Chang, Kai |
| Retail Customers | Chen, Yihong |
| Retail Customers | Chen, Yiyue |
| Retail Customers | Cheng , Anthony |
| Retail Customers | Cheng, Kwok Yuk |
| Retail Customers | Chester Church Buckenmaier 3rd |
| Retail Customers | Chetaud, Louis |
| Retail Customers | Chetchotisak, Chot |
| Retail Customers | Chi, Sang Keun |
| Retail Customers | Chiapuris , Paul Neil |
| Retail Customers | Chin, Jason |
| Retail Customers | Christensen, Chad R |
| Retail Customers | Chu, Pui Sum |
| Retail Customers | Church, Legacy City |
| Retail Customers | Chvalek, Jirka |
| Retail Customers | Claessens, Cris |
| Retail Customers | Clark, Nicholas |
| Retail Customers | Clark, Scott |

| Category | Name |
|---|---|
| Retail Customers | Coache, Philippe |
| Retail Customers | Cochran , Peter Mckinney |
| Retail Customers | Coin Meester B.V. |
| Retail Customers | Cole, John |
| Retail Customers | Cole, Joshua |
| Retail Customers | Coleman, Rasan A |
| Retail Customers | Collins, Cade Alexander Walker |
| Retail Customers | Conlin, Jon Collins |
| Retail Customers | Connolly, Thomas Joseph |
| Retail Customers | Cook, Daniel |
| Retail Customers | Corp, Prasine |
| Retail Customers | Corporation, Stellence |
| Retail Customers | Costa, John |
| Retail Customers | Côte, Damien |
| Retail Customers | Courtney, Tod Andrew |
| Retail Customers | Coward, Martin John |
| Retail Customers | Cowen, Clint |
| Retail Customers | Crab, Marijke |
| Retail Customers | Cromack, Brendan |
| Retail Customers | Crosby, Daniel Lee |
| Retail Customers | Croucher, Paul |
| Retail Customers | Cruz, Edmond Harada |
| Retail Customers | Cruz, Joshua Boda |
| Retail Customers | Cumenal, Pierre |
| Retail Customers | Cura, Nicolas |
| Retail Customers | Curran, Ryan |
| Retail Customers | Dailey, Jonathan |
| Retail Customers | Dan, Claudia |
| Retail Customers | Dan, Flaviu |
| Retail Customers | Dancs, Douglas |
| Retail Customers | Dang, Phuoc Trung |
| Retail Customers | Darby, Thomas |
| Retail Customers | Darschewski , Kenneth Edward |
| Retail Customers | Davey, Joseph |
| Retail Customers | Davison , Daniel Carson |
| Retail Customers | Decamp, Ryan Alan |
| Retail Customers | Dekker, Barbara |
| Retail Customers | Deleon, Michael A |
| Retail Customers | Deshotels, Kerry L |
| Retail Customers | Dezfuli-Arjomandi, Arman Ahmad |

| Category | Name |
|---|---|
| Retail Customers | Dhamani, Khairunnisa |
| Retail Customers | Dhillon, Jagatjit |
| Retail Customers | Difiore , Thomas Albert |
| Retail Customers | Difiore TSA Irrevocable GST Trust |
| Retail Customers | Dipaolo, William Richard |
| Retail Customers | Dobrajc, Rok |
| Retail Customers | Donaldson, Troy |
| Retail Customers | Donnelly, Stephen |
| Retail Customers | Downing, Marcus |
| Retail Customers | Drake, Cem Danial |
| Retail Customers | DSCA44 LLC |
| Retail Customers | Duffy, Jamie |
| Retail Customers | Dum, Joseph |
| Retail Customers | Dunnett, Darren |
| Retail Customers | Dzaran, John Peter |
| Retail Customers | Edgar, David |
| Retail Customers | Egnet, Eric |
| Retail Customers | Eigenberg-Gordon, Marlee |
| Retail Customers | El Achkar, David |
| Retail Customers | Elwell, Daniel Robert |
| Retail Customers | Engelin, Peter |
| Retail Customers | Etzold , Derrick Wayne |
| Retail Customers | Fagan, Peter |
| Retail Customers | Fang, Hsin Jan Sean |
| Retail Customers | Farley, John U |
| Retail Customers | Farnsworth, Darren Scott |
| Retail Customers | Farpella, Kevin Ray |
| Retail Customers | Fay, Christopher Derrick |
| Retail Customers | Finkle, James |
| Retail Customers | Finley, Patrick Westall |
| Retail Customers | Fisher, John |
| Retail Customers | FL3XX Gmbh |
| Retail Customers | Ford, Robert |
| Retail Customers | Forlini, Yoann |
| Retail Customers | Four Thirteen LLC |
| Retail Customers | Foy, Aixa |
| Retail Customers | Frangioni, Pierre |
| Retail Customers | Fraser , Daniel |
| Retail Customers | Freedman, Paul |
| Retail Customers | Fuller, Christopher Wayne |

| Category | Name |
|---|---|
| Retail Customers | Futuris Capital Inc |
| Retail Customers | Galindo, Cesar |
| Retail Customers | Gallagher , Rebecca |
| Retail Customers | Gallardo, Jorge |
| Retail Customers | Gamez, Arturo Rafael |
| Retail Customers | Gauch, Roger |
| Retail Customers | Gavrilovic, Nikola |
| Retail Customers | Gayle, Patrick C |
| Retail Customers | Genç, Raci |
| Retail Customers | Geoghegan , Alexei |
| Retail Customers | Gerbán, Dániel Jeno |
| Retail Customers | Gettner , Mark |
| Retail Customers | Ghiselli, Antonio |
| Retail Customers | Gi, Richard |
| Retail Customers | Giardiello, Bradley Edwin |
| Retail Customers | Gibbs, Jack |
| Retail Customers | Giese, Dale |
| Retail Customers | Giese, Jeannette |
| Retail Customers | Giesselman, Troy |
| Retail Customers | Giorgianni, Massimo |
| Retail Customers | Girod, John |
| Retail Customers | Glensgard, Dan |
| Retail Customers | Global Regency Limited |
| Retail Customers | Golcovs, Aleksandrs |
| Retail Customers | Goldsmith, Mary E |
| Retail Customers | Gollapudi, Shilpa Kamala |
| Retail Customers | Gololicic, Gregor |
| Retail Customers | Gonella, Damien |
| Retail Customers | Gonzales, Carlos |
| Retail Customers | Graham, Steven Neil |
| Retail Customers | Group, K1 Financial |
| Retail Customers | Haidukewych , George |
| Retail Customers | Haijen, Peter |
| Retail Customers | Hald, David Friis |
| Retail Customers | Hamilton, John |
| Retail Customers | Hammell, Robert Howard |
| Retail Customers | Hammond III, Edward Hopkins |
| Retail Customers | Hanchett, Dolores |
| Retail Customers | Hannagan, Cory |
| Retail Customers | Hansen, Frederik |

| Category | Name |
|---|---|
| Retail Customers | Hardy, Marie |
| Retail Customers | Hargrove, Kathy |
| Retail Customers | Haro Avila, Hector Manuel |
| Retail Customers | Harper, Lisa |
| Retail Customers | Hart, Dan |
| Retail Customers | Hawley, John Follen |
| Retail Customers | Hayes, Michael |
| Retail Customers | Haynie, Robert |
| Retail Customers | He, Yunzheng |
| Retail Customers | Heads, Michael Anthony |
| Retail Customers | Heavenly Scent Professionals LLC |
| Retail Customers | Hecht, Amara |
| Retail Customers | Hedin, Daniel |
| Retail Customers | Helfrich, Charles |
| Retail Customers | Heo, Jae Yong |
| Retail Customers | Hibbard, Dustin Kyle |
| Retail Customers | Hilson, James Wayne |
| Retail Customers | Hoan, Ly |
| Retail Customers | Hoefflin, Jeffrey David |
| Retail Customers | Hoffmann, David |
| Retail Customers | Hofland, Gerhard |
| Retail Customers | Hofstede, Jerry |
| Retail Customers | Hogan, Andrew |
| Retail Customers | Hollingshead, Thomas Leon |
| Retail Customers | Holmes, Lewis Robert |
| Retail Customers | Holmström, Christel |
| Retail Customers | Holt, Travon |
| Retail Customers | Holzhauer, Kyle Michael |
| Retail Customers | Horejsi, Adam |
| Retail Customers | Hoskyn, John Mark |
| Retail Customers | Hou, Chengyu |
| Retail Customers | House, Emanuel |
| Retail Customers | Hsu, Roger |
| Retail Customers | Huang, Chun |
| Retail Customers | Huang, Cuihua |
| Retail Customers | Huang, Gavryelle Xingbe |
| Retail Customers | Huang, Tak |
| Retail Customers | Huang, Xue Wen |
| Retail Customers | Hulst, Petrus Adrianus Maria |
| Retail Customers | Huo, Lan |

| Category | Name |
|---|---|
| Retail Customers | Hwang, Kevin |
| Retail Customers | Imokawa, Stuart |
| Retail Customers | Imtiaz , Lubna |
| Retail Customers | Izzo, Daniele |
| Retail Customers | Jackson III, Clifton Edward |
| Retail Customers | Jacobs, Chloe Merithe |
| Retail Customers | Jansen, Bob |
| Retail Customers | Jellestad Capital S.A. SPF |
| Retail Customers | Jimenez, Alex Rene |
| Retail Customers | Jimenez, Gustavo Alberto |
| Retail Customers | John Dzaran 401K Trust |
| Retail Customers | Jones, Beverly |
| Retail Customers | Jones, Diann |
| Retail Customers | Jones, Holly |
| Retail Customers | Jones, Matthew Ernest |
| Retail Customers | Jones, Roger Lee |
| Retail Customers | Jordan, Daniel T |
| Retail Customers | Jue, Tyrone Todd |
| Retail Customers | Juneau, Michael William |
| Retail Customers | Kan, Ivan |
| Retail Customers | Kaneseki, Akiko |
| Retail Customers | Kanngieäÿer, Stefan |
| Retail Customers | Kansomdee, Pronthip |
| Retail Customers | Katehis, Konstantinos |
| Retail Customers | Kauff, Steven Howard |
| Retail Customers | Kazius, Ronald |
| Retail Customers | KCA Holdings, LP |
| Retail Customers | Keasey, Anne |
| Retail Customers | Kedzior, Martin Enrico |
| Retail Customers | Kelly, Sean |
| Retail Customers | Kendrix, Adam |
| Retail Customers | Khare, Rahul Kumar |
| Retail Customers | Khattiya, Lany |
| Retail Customers | KHK Investments LP |
| Retail Customers | Khoo, Denis |
| Retail Customers | Kikko, John |
| Retail Customers | Kilpatrick, Keith H |
| Retail Customers | Kim , Eliot |
| Retail Customers | Kim, Jay |
| Retail Customers | Kim, Miae |

10

| Category | Name |
|---|---|
| Retail Customers | Kim, Peter |
| Retail Customers | Kingsford, Todd |
| Retail Customers | Kirsanov, Dimitry |
| Retail Customers | Kjellin, Erik |
| Retail Customers | KOALA 2 LLC |
| Retail Customers | KOALA3 LLC |
| Retail Customers | Kochalka, James |
| Retail Customers | Kogan, Dmitriy |
| Retail Customers | Kohan, Emil James |
| Retail Customers | Kohn, Lawrence H |
| Retail Customers | Komarovskiy, Valentin |
| Retail Customers | Kompaso Pty Ltd |
| Retail Customers | Kouzbari, Munear |
| Retail Customers | Kpham Rd LLC |
| Retail Customers | Krampf, Oleg |
| Retail Customers | Krener, Olivier |
| Retail Customers | Krienke, Gerri |
| Retail Customers | Kryuchkov, Ivan |
| Retail Customers | Kuijper, Ronald |
| Retail Customers | Kuipers, Jonathan Andrew |
| Retail Customers | Kumar, Tarun |
| Retail Customers | Kutty, Madhu Kumaran |
| Retail Customers | Lablanc , Brian |
| Retail Customers | Lacey, Peter |
| Retail Customers | Lai, Christopher |
| Retail Customers | Lakeside Oral & Facial Surgery Institute, LLC |
| Retail Customers | Landskov, Gregg Raymond |
| Retail Customers | Laski, Ludwik |
| Retail Customers | Laubjerg, Asker |
| Retail Customers | Lee, Edmund Wangkai |
| Retail Customers | Lee, Eunice Jungmin |
| Retail Customers | Lee, Keagan Hyunchul |
| Retail Customers | Lee, Yih Neng |
| Retail Customers | Lee, Yun Chin |
| Retail Customers | Leister, Thomas A |
| Retail Customers | Leon, Shlomi |
| Retail Customers | Lévy, Nicolas |
| Retail Customers | Li, Yifan |
| Retail Customers | Libertad Group LLC |
| Retail Customers | Liljenquist, Brandon |

| Category | Name |
|---|---|
| Retail Customers | Lim, Jong |
| Retail Customers | Lin, David |
| Retail Customers | Linevskiy, Anton |
| Retail Customers | Linkhorst, Martin |
| Retail Customers | Linton , Robert Brian |
| Retail Customers | Liu, Clark Haito |
| Retail Customers | Liu, Juqiang |
| Retail Customers | Llewellyn, Isaac |
| Retail Customers | Loh, Yuen Heng |
| Retail Customers | Lohmann, Michael Andrew |
| Retail Customers | Low, Ban Chai |
| Retail Customers | Lucraft, Peter |
| Retail Customers | Ludwig, Gerald |
| Retail Customers | Luk, Yoshihiro |
| Retail Customers | Luo, Jin |
| Retail Customers | Luo, Robert |
| Retail Customers | Luo, Xiangdong |
| Retail Customers | Ly., Eric |
| Retail Customers | Lynce, Gary Joseph |
| Retail Customers | M4-Tse Inc |
| Retail Customers | Macaluso , Sean A |
| Retail Customers | Mackler , Bradley |
| Retail Customers | Mahehswari, Bhavna |
| Retail Customers | Maheshwari, Pawan Kumar |
| Retail Customers | Main, Geoffrey |
| Retail Customers | Mak, Edwin |
| Retail Customers | Mandap, Stephen |
| Retail Customers | Mann, Jeffrey Brent |
| Retail Customers | Marciniec, Andrzej |
| Retail Customers | Marina Point Investments LLC |
| Retail Customers | Marinho, Fréderick |
| Retail Customers | Marlow, Daniel C |
| Retail Customers | Marroquin , Eric |
| Retail Customers | Martin, Jesse |
| Retail Customers | Martin, Patrick |
| Retail Customers | Martinez, Lucas |
| Retail Customers | Mason, Jeremy |
| Retail Customers | Mastrokoukos, George |
| Retail Customers | Mathews, William |
| Retail Customers | Matsumoto, Reid |

12

| Category | Name |
|---|---|
| Retail Customers | Matthews, Lee |
| Retail Customers | Maya, Rafael |
| Retail Customers | McCollor, John |
| Retail Customers | McCommons , Jeremiah Curtis |
| Retail Customers | McDaniel, Paul |
| Retail Customers | McDonald, Pat |
| Retail Customers | McElveen, Michael |
| Retail Customers | McFarland, Heidi |
| Retail Customers | McGurk, Jamie |
| Retail Customers | McKenney, Scott Herbert |
| Retail Customers | McLean, Stuart |
| Retail Customers | McNeil, Laura Faller |
| Retail Customers | Medeiros, Pablo |
| Retail Customers | Mellema, Kamiel |
| Retail Customers | Mendes De Carvalho, Junior Joao |
| Retail Customers | Mercuri, Tom |
| Retail Customers | Meridian Crypto Trust |
| Retail Customers | Meyer, Marvin |
| Retail Customers | Mghari, Rachid |
| Retail Customers | Michaels, Alexander |
| Retail Customers | Mick, Christopher |
| Retail Customers | Milbert, Chris |
| Retail Customers | Mildbrandt, Mark |
| Retail Customers | Mindell, David Paul |
| Retail Customers | Miroshnyk, Valentyn |
| Retail Customers | Mirpuri , Dinesh |
| Retail Customers | Misra, Upmanyu |
| Retail Customers | Mohr, Lance Randall |
| Retail Customers | Molly Spendthrift Trust |
| Retail Customers | Montford, Harold Kevin |
| Retail Customers | Moore, Daniel |
| Retail Customers | Moran, Jeffrey |
| Retail Customers | Most, Robert |
| Retail Customers | Moure, Brian Campbell |
| Retail Customers | Moutawakkil, Khalil |
| Retail Customers | Mr. Lock Inc |
| Retail Customers | Mukhtar, Saeed |
| Retail Customers | Muschinski , Eric |
| Retail Customers | MWR Investments Ltd |
| Retail Customers | Narang, Shantanu |

| Category | Name |
|---|---|
| Retail Customers | Neiman, Jason |
| Retail Customers | Neptune Digital Asset |
| Retail Customers | Nervo, Miriam |
| Retail Customers | Ngo, David |
| Retail Customers | Nguyen, Nam |
| Retail Customers | Nguyen, Phuong |
| Retail Customers | Nicol, Ronald |
| Retail Customers | Novatzky, Benjamin D |
| Retail Customers | Nung, Warren |
| Retail Customers | Ochisor, Nicolae |
| Retail Customers | Odonoghue, Kieran Terence |
| Retail Customers | Ogletree, Brian |
| Retail Customers | Olumide, Adedayo |
| Retail Customers | Orsinger, Drew Francis |
| Retail Customers | Ortega Arteaga , Daniel |
| Retail Customers | Ortiz, George Emmanuel J |
| Retail Customers | Osborn, Janine |
| Retail Customers | Oso, Kay |
| Retail Customers | Ostrye, Nate |
| Retail Customers | Otero Vila, Juan |
| Retail Customers | Ou, Amon |
| Retail Customers | Owen, Jason Bruce |
| Retail Customers | Owens, Shane |
| Retail Customers | Pagnanelli, Christopher Joseph |
| Retail Customers | Paholak , Thomas Daniel |
| Retail Customers | Pajeda, Nerijus |
| Retail Customers | Pak, Juno Kol |
| Retail Customers | Palmero, Claude |
| Retail Customers | Papadakis, Elizabeth |
| Retail Customers | Pappas, Alex |
| Retail Customers | Pappas, Eugenia |
| Retail Customers | Paraboschi, Gabriele |
| Retail Customers | Parsons, Aron William |
| Retail Customers | Patel, Mitesh |
| Retail Customers | Patel, Shital Kantilal |
| Retail Customers | Pearlman, Leah |
| Retail Customers | Pearson, Andrew John |
| Retail Customers | Perez, Julio |
| Retail Customers | Pham, Sophia |
| Retail Customers | Phan, Long |

| Category | Name |
|---|---|
| Retail Customers | Picinic, Nicholas |
| Retail Customers | Pick, Thomas |
| Retail Customers | Pinto, Matthew |
| Retail Customers | Pitta, Celso |
| Retail Customers | Plutus21 Blockchain Opportunities I, SP of Plutus21 Global, SPC |
| Retail Customers | Point LLC |
| Retail Customers | Pototschnik, Andrew Alexander |
| Retail Customers | Prabhu, Chetan |
| Retail Customers | Pratt, Folarin |
| Retail Customers | Premoli, Alessandro |
| Retail Customers | Profax Super Pty Ltd |
| Retail Customers | Quick, Tyson Lynn |
| Retail Customers | Quinn, Christopher Michael |
| Retail Customers | Qureshi, Ashar |
| Retail Customers | Rainthorpe, Robert |
| Retail Customers | Rakim, Kenneth |
| Retail Customers | Ramsey, Roy |
| Retail Customers | Ranchod , Pravin |
| Retail Customers | Randel Brown Crypto Ventures, LLC |
| Retail Customers | Rasmussen, Adam |
| Retail Customers | Rathna Yake, Samira Sandaruwan |
| Retail Customers | Reid, Robert W |
| Retail Customers | Reiss, Andrew Wesley |
| Retail Customers | Reph, Ryan Don |
| Retail Customers | Rianova Limited |
| Retail Customers | Richardson, Eric |
| Retail Customers | Rieu, Guillem |
| Retail Customers | Ritholz, Susan K |
| Retail Customers | Ritter, Dale |
| Retail Customers | Robert, Alexander |
| Retail Customers | Rodman, Kaori |
| Retail Customers | Rojas, Roberto R |
| Retail Customers | Roness, Philip Andrew |
| Retail Customers | Ronning, Donald |
| Retail Customers | Rooney, Alan |
| Retail Customers | Rooney, Derek |
| Retail Customers | Roos, Evert Christian |
| Retail Customers | Rueca, Jaydee Crissare Racho |
| Retail Customers | Rusanescu, Vlad |
| Retail Customers | Russell, Jr, Frank Charles |

| Category | Name |
|---|---|
| Retail Customers | Ruszkay, Andrew Conard |
| Retail Customers | Ryan, Robert |
| Retail Customers | S V Kandiah, Sivam |
| Retail Customers | Sabariaga, Jethro |
| Retail Customers | Sabba, Isaac |
| Retail Customers | Saker, Douglas |
| Retail Customers | Samaha, Georges Farah |
| Retail Customers | Samian, Mohammed |
| Retail Customers | Sandrana, Naidu Appalaswamy |
| Retail Customers | Sarwar, Shahzad |
| Retail Customers | Savich, Tatjana Tina |
| Retail Customers | Sayer, Carey |
| Retail Customers | Scalar Investments Corp. |
| Retail Customers | Schallmann, Justin |
| Retail Customers | Schardt, Natalie |
| Retail Customers | Schauder, Marco |
| Retail Customers | Schenk, Rolf |
| Retail Customers | Schile, Clay Jeremiah |
| Retail Customers | Schmid, Alan |
| Retail Customers | Schramm, Ryan Kristian |
| Retail Customers | Seldes, Richard |
| Retail Customers | Seneca, Michael James |
| Retail Customers | Sepp, Todd Edward |
| Retail Customers | Sevastopoulos, Haralambous |
| Retail Customers | Sevastopoulos, Konstantinos |
| Retail Customers | Sheehan, Todd Michael |
| Retail Customers | Shekhter , Dina |
| Retail Customers | Shepherd, Lloyd Thomas |
| Retail Customers | Shriver, Damien Jay |
| Retail Customers | Sigle, Manfred |
| Retail Customers | Simard, René-Marc |
| Retail Customers | Simonsen, Robert |
| Retail Customers | Simov, Svetoslav |
| Retail Customers | Sirjoo, Jitindra Wayne |
| Retail Customers | Siwik, Robert |
| Retail Customers | Skrocki , James A |
| Retail Customers | Slater, Brian Thomas |
| Retail Customers | Sleeper Hill Investments LLC |
| Retail Customers | Sleeper, Richard Daniel |
| Retail Customers | Smith, Bob |

| Category | Name |
|---|---|
| Retail Customers | Smith, Daniel W |
| Retail Customers | Smith, Ralph |
| Retail Customers | Snowman, Michael J |
| Retail Customers | Solyom, Andrew |
| Retail Customers | Sommer, Michael |
| Retail Customers | Soulier, Matthew Frost |
| Retail Customers | Southgate Superannuation Pty Ltd |
| Retail Customers | Spain, Betty J |
| Retail Customers | Spain, Court W |
| Retail Customers | Speterson Rd LLC |
| Retail Customers | Spriggs, Leeton |
| Retail Customers | Sprinkle, David |
| Retail Customers | Srisaikham, Palita |
| Retail Customers | Stefanski, John |
| Retail Customers | Steger, Reinhold |
| Retail Customers | Stein, Jason |
| Retail Customers | Steinberg, Michael |
| Retail Customers | Stephenson , Cecil |
| Retail Customers | Stevens, Ashleigh |
| Retail Customers | Stevenson, Nicholas |
| Retail Customers | Stjohn, Sean |
| Retail Customers | Stock , Jr., Darrell Lee |
| Retail Customers | Stolle, Diane |
| Retail Customers | Sublett, Sandra |
| Retail Customers | Suckno, Keith Michael |
| Retail Customers | Summers, Adam Neal |
| Retail Customers | Suskind, Joseph |
| Retail Customers | Sutedjo, Juwono |
| Retail Customers | Sutfin, Miller |
| Retail Customers | Sutton, Richard |
| Retail Customers | Sweeney, David |
| Retail Customers | Taibi, Charlie |
| Retail Customers | Tall Tree Consulting LLC |
| Retail Customers | Tanaka, Colleen Takeko |
| Retail Customers | Tanner, Delbert Hodges |
| Retail Customers | The Anna Pistey Family Trust |
| Retail Customers | The KNL Family Trust |
| Retail Customers | Thomann , Michael John |
| Retail Customers | Thomas, Michael Anthony |
| Retail Customers | Thornton, William Arthur |

| Category | Name |
|---|---|
| Retail Customers | Trahan, Ryan Michael |
| Retail Customers | Transparencyx LLC |
| Retail Customers | Trucksess, Cory |
| Retail Customers | Trundy, Cory Lane |
| Retail Customers | Truschel, Sante Kundermawan Arien |
| Retail Customers | Tsai, Jonathan P |
| Retail Customers | Tsang, Kwan Ming |
| Retail Customers | Tsang, Wai Nam |
| Retail Customers | Tsonis , Con |
| Retail Customers | Turpin, James Phillip |
| Retail Customers | Turtle, Ryan Michael |
| Retail Customers | Ughetta, Mark Richard |
| Retail Customers | Ulrey, Renard |
| Retail Customers | Untermeyer, Ricky |
| Retail Customers | Uppheim, Kristoffer |
| Retail Customers | Urata-Thompson, Harumi |
| Retail Customers | Ustymenko, Vadym |
| Retail Customers | Valdes , Stephen |
| Retail Customers | Valenzuela, Daniel Anthony |
| Retail Customers | Van De Weerd, Eugene |
| Retail Customers | Vance, Shawn Dylan |
| Retail Customers | Vanhoose , Derek Paul |
| Retail Customers | Vault12, Inc |
| Retail Customers | Vegancuts Inc. |
| Retail Customers | Venema, Wim |
| Retail Customers | Verheyen, Kenneth |
| Retail Customers | Vetsch, Richard |
| Retail Customers | Vidmar, Ziga |
| Retail Customers | Vivar, Emmanuel |
| Retail Customers | Vozzo, Mark Joseph |
| Retail Customers | Wade, Ryan Kenneth |
| Retail Customers | Walbeer Singh, Balwinder Singh |
| Retail Customers | Walker, Raphael |
| Retail Customers | Wang, Feiting |
| Retail Customers | Wangler, Mason Christian |
| Retail Customers | Watkins, Matthew |
| Retail Customers | Wator, Wojciech |
| Retail Customers | Weimert, Bradley Thomas |
| Retail Customers | Weiss, Allen Robert |
| Retail Customers | Weiss, Christoph |

18

| Category | Name |
|---|---|
| Retail Customers | Welby, Caitlin |
| Retail Customers | Wells, Jason |
| Retail Customers | Wendling, Vincent |
| Retail Customers | West, Darren |
| Retail Customers | Westhof, Tonia |
| Retail Customers | Wheeless, Daniel |
| Retail Customers | White, Brendan Battaglia |
| Retail Customers | Whittlinger, Ryan |
| Retail Customers | Wielzen, Fons |
| Retail Customers | Wierzbowski, Radoslaw Lech |
| Retail Customers | Williams, Brendan |
| Retail Customers | Williams, Charles |
| Retail Customers | Williams, Paul |
| Retail Customers | Witkin, Daniel |
| Retail Customers | Woltzenlogel Paleo, Bruno |
| Retail Customers | Wong, Eric Flores |
| Retail Customers | Wong, Jason |
| Retail Customers | Woo, Ken |
| Retail Customers | Woolsey, Jonathan |
| Retail Customers | Wright, Timothy |
| Retail Customers | Xiao, Ling |
| Retail Customers | Yang, Yen-Huoy |
| Retail Customers | Yarwood, Darren G |
| Retail Customers | Yoon , Tera Sahyun |
| Retail Customers | Young, Rudolph Paul |
| Retail Customers | Young, Timothy Shannon |
| Retail Customers | Younts, David |
| Retail Customers | Yu, Jenny |
| Retail Customers | Zaharieva, Katerina |
| Retail Customers | Zahra, Carmelo |
| Retail Customers | Zarchi, Meir |
| Retail Customers | Zhang, Kevin |
| Retail Customers | Zhang, Qinghua |
| Retail Customers | Zhao, Tianqi |
| Retail Customers | Zhou, William |
| Retail Customers | Zijlstra, Fayce |
| Retail Customers | Zimmermann, Oliver |
| Retail Customers | Zygas, Viktoras |
| Vendors | Adams, Jeffrey |
| Vendors | Advogados, Almeida |

| Category | Name |
|---|---|
| Vendors | Ai Fiori |
| Vendors | Andreou, Foteini |
| Vendors | Arce, John |
| Vendors | Auger, Matthew |
| Vendors | Avraham, Daniel |
| Vendors | Becerril, Jose Maria Caballero |
| Vendors | Begg, Yusuf |
| Vendors | Bowell, Reuben |
| Vendors | Bradley, Marc |
| Vendors | Braun, David |
| Vendors | Brown, Charlotte |
| Vendors | Brown, Oliver John |
| Vendors | Burns, Matthew |
| Vendors | Callaghan, Simon |
| Vendors | Castillo, Diana |
| Vendors | Chan, Kalvin |
| Vendors | Chang, Yung-Tang |
| Vendors | Charalambous, Alexia |
| Vendors | Charmant, Audrey |
| Vendors | Ching, Lam Wai |
| Vendors | Christodoulou, Antonis |
| Vendors | Christodoulou, Christodoulos |
| Vendors | Christou, Renos |
| Vendors | Coleman, Bradley K |
| Vendors | Costica, Tudor |
| Vendors | Dawson, Meryl |
| Vendors | Debak, Antun |
| Vendors | Dias, Eric |
| Vendors | Dinwiddie, Spencer |
| Vendors | Dreifuss, Itai |
| Vendors | Dreyfus, Fernando |
| Vendors | Eddison, Mark |
| Vendors | Eede, Jelle Van den |
| Vendors | Emmanuel, Alaina |
| Vendors | Enkur, Gokhan |
| Vendors | Estiatorio, Avra Madison |
| Vendors | Evaggelou, George |
| Vendors | Fintech, Lendit |
| Vendors | Florist, Lovin |
| Vendors | Fotis Skempes |

| Category | Name |
|---|---|
| Vendors | Frangeskidou, Angela |
| Vendors | Frediani, Jeremy |
| Vendors | Gabriel, Lilly |
| Vendors | Garcia, Adria |
| Vendors | Garcia, Migdalia |
| Vendors | Georgios, Retoudis |
| Vendors | Glushon, Jason |
| Vendors | Goodstein, Nicole |
| Vendors | Graham, Wendy |
| Vendors | Grozdanic, Jovana |
| Vendors | Grunsfeld, Gerry |
| Vendors | Guarano, Gabriele |
| Vendors | Guarascia, Ryan |
| Vendors | Hadjipanayi, Christina |
| Vendors | Haussmann, Christiaan |
| Vendors | Hobson, James Jonathan |
| Vendors | Ignatiades, George |
| Vendors | Iliescu, Alexandru |
| Vendors | Ioanitescu, Dan |
| Vendors | Ioannou, George |
| Vendors | Jansone, Kerija |
| Vendors | Kazaka, Krista |
| Vendors | Kerr, Bryan |
| Vendors | Knight, Derek |
| Vendors | Kokoni, Eirini |
| Vendors | Koutra, Athos |
| Vendors | Kozlowska, Kasandra |
| Vendors | Kunder, Nikhil |
| Vendors | Lackner, Joe |
| Vendors | Lau, Weyne |
| Vendors | Lenou, Neovi |
| Vendors | Leonard, Carleen Ann |
| Vendors | Li, Hsu Kang |
| Vendors | Lopez, Galo Fernandez |
| Vendors | Loucaides, Michael |
| Vendors | Lucas, Felipe |
| Vendors | Mak, Oleena |
| Vendors | Malamas, Vasileios |
| Vendors | Mamoulides, George |
| Vendors | McDonald, Tracey |

| Category | Name |
| --- | --- |
| Vendors | Michaels, Panayiotis |
| Vendors | Michailidou, Anna |
| Vendors | Moon, Eddie |
| Vendors | Morreale, James |
| Vendors | Mould, Darron John |
| Vendors | Muens, Philipp |
| Vendors | Mullholand, Lindsey R. |
| Vendors | Mulligan, Scott |
| Vendors | Mylona, Olimbia |
| Vendors | Nagy, Eniko Andrea |
| Vendors | Naidu, J Raag |
| Vendors | Nethercote, Holley |
| Vendors | Offord, Scott |
| Vendors | Ogilvy, David |
| Vendors | Panago, Constantine |
| Vendors | Paneva, Violina |
| Vendors | Papademetriou, Fotis |
| Vendors | Patchen, Aaron |
| Vendors | Piechocinska, Olga |
| Vendors | Pillakouris, Maria |
| Vendors | Prokopis, Konstantinos |
| Vendors | Pušonja, Mališa |
| Vendors | Raducioiu, Iulia |
| Vendors | Rahman, Kent |
| Vendors | Refaeli, Alon |
| Vendors | Rethy, Istvan-Levente |
| Vendors | Rhind, Ryan |
| Vendors | Ríos, David García |
| Vendors | Rubin, Jaclyn |
| Vendors | Russell, Jacob |
| Vendors | Saliba, Paul S |
| Vendors | Sawhney, Rajiv |
| Vendors | Seese, Dylan |
| Vendors | Setovich, Javier |
| Vendors | Sharma, Bharti |
| Vendors | Shitov, Alexey |
| Vendors | Shkedi, Jonathan |
| Vendors | Silva, Karl Da |
| Vendors | Silverman, Tyler |
| Vendors | Smith, Winston Royce |

| Category | Name |
|---|---|
| Vendors | Solomon, Levi |
| Vendors | Sopracasa, Erik |
| Vendors | Sposato, Dalila |
| Vendors | Tasker, Stephen |
| Vendors | Teng, Aaron |
| Vendors | Theocharous, George |
| Vendors | Thrasyvoulou, Olga |
| Vendors | Tinoco, Diana |
| Vendors | Tore, Alex |
| Vendors | Turley, Andrew |
| Vendors | Vandervelde, Jeffrey |
| Vendors | Varzea, Monica |
| Vendors | Vasileiou, Eirini |
| Vendors | Veliz, Jessica |
| Vendors | Vrazic, Michail |
| Vendors | Wang, Yuanbo |
| Vendors | Wingerden, Gerrit Van |
| Vendors | Wlosek, Ewa |
| Vendors | Yellin, Sruli |
| Vendors | Yiadom, Prince |
| Vendors | Zoeller, Arielle |