UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) ) Case No. 22-10964-MG |
| Debtors. | ) ) ) |

STATE OF WASHINGTON'S JOINDER TO RESPONSE OF COORDINATING STATES TO MOTION TO APPOINT CHAPTER 11 MEDIATOR

The Washington State Department of Financial Institutions ("Washington") hereby joins in the Response filed by the States of Alabama, Arkansas, California, Hawaii, Idaho, Maine, New York North Dakota, Oklahoma, South Carolina and the District of Columbia (the "Coordinating States") (Docket No. 1726) with respect to Immanuel Hermann's Motion for the Entry Of An Order (i) Appointing a Chapter 11 Mediator (ii) Directing Mandatory Mediation and (iii) Granting Related Relief (Docket No. 1630).

JOINDER

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtor's service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

1. For the reasons identified by the Coordinating States, Washington joins in the Response filed by the Coordinating States.

Dated: December 16, 2022

Respectfully submitted,

ROBERT FERGUSION
Attorney General of Washington

*/s/ Stephen Manning*
STEPHEN MANNING
Washington State Bar No. 36965
Attorney General of Washington
Government Enforcement and Compliance
P. O. Box 40100
Olympia, WA  98504-0100
Telephone: (360)
Facsimile: (360) 664-0229
stephen.manning@atg.wa.gov
Attorney for Washington State
Department of Financial Institutions

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on December 16, 2022.

*/s/ Stephen Manning*
STEPHEN MANNING
Assistant Attorney General