Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF**
**PATRICK J. NASH, JR. IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING**
**THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP**
**AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR**
**THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JULY 13, 2022**

I, Patrick J. Nash, Jr., being duly sworn, state the following under penalty of perjury:

1.     I am the president of Patrick J. Nash, Jr., P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, Illinois 60654, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").  I am a member in good standing of the Bar of the State of Illinois, and

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I have been admitted to practice in the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern District of Illinois, and the United States District Court for the Eastern District of Michigan.  There are no disciplinary proceedings pending against me.

**Background**

2.        On July 13, 2022 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a petition with this Court under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  On August 4, 2022, the Debtors filed an application to employ and retain Kirkland as counsel for the Debtors [Docket No. 360] (the "Application")[2] pursuant to sections 327(a) and 330 of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules").  My declaration in support of the Application (the "Original Declaration") was attached to the Application as Exhibit B.

3.        On August 30, 2022, in connection with the Application, I submitted the *First Supplemental Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 629] (the "First Supplemental Declaration" and, together with the Original Declaration, the "Prior Declarations") to provide additional disclosures in response to

---

[2]        Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

requests made by the United States Trustee for the Southern District of New York (the "U.S. Trustee") and in accordance with Bankruptcy Rules 2014(a) and 2016(b).

4.      I submit this supplemental declaration on behalf of Kirkland (the "Second Supplemental Declaration") in further support of the Application and to supplement the disclosures set forth in the Prior Declarations in accordance with Bankruptcy Rules 2014(a) and 2016(b) and as required under the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 845] (the "Retention Order").  Unless otherwise stated in this Second Supplemental Declaration, I have personal knowledge of the facts set forth herein.

## Additional Disclosures

5.      This Second Supplemental Declaration makes certain additional disclosures.

6.      In the Original Declaration, I disclosed Kirkland's billing rates in effect at that time for matters related to these chapter 11 cases.  I also disclosed that that the billing rates are subject to periodic adjustments to reflect economic and other conditions.  Pursuant to the Retention Order, Kirkland must provide notice of changes to its billing rates during these chapter 11 cases.

7.      In accordance with ordinary practice, some billing rates for partners and associates will change effective as of January 1, 2023.  The rates will change due to rate increases or promotion, although Kirkland does not typically disclose changes to billing rates resulting from promotion.  Kirkland's billing rates that will take effect on January 1, 2023 for matters related to these chapter 11 cases range as follows:[3]

---

[3]   For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars it is possible that certain rates may exceed the billing ranges listed in the chart herein.

| Billing Category | Range |
|---|---|
| Partners | $1,195 - $2,245 |
| Of Counsel | $820 - $2,125 |
| Associates | $685 - $1,395 |
| Paraprofessionals | $295 - $575 |

8.      As I stated in the Prior Declarations, Kirkland has searched its electronic database of representations for connections to parties in interest in these chapter 11 cases. Certain connections were disclosed in the Prior Declarations.   Since the filing of the Prior Declarations, Kirkland has updated those conflicts searches and has searched additional parties in interest in these chapter 11 cases of whom Kirkland has become aware.   In addition to the entities searched and disclosed in the Prior Declarations, Kirkland has searched its electronic database for the entities listed on **Schedule 1** attached hereto.   The following is a list of the additional categories that Kirkland has searched:[4]

| **Schedule** | **Category** |
|---|---|
| 1(a) | Current and Former Directors & Officers |
| 1(b) | Ad Hoc Group Members |
| 1(c) | Bankruptcy Professionals |
| 1(d) | Contract Counterparties |
| 1(e) | Fee Examiner & Professionals |
| 1(f) | GK8 Top Vendors |
| 1(g) | Insurance |
| 1(h) | Legal Matters and Litigants |
| 1(i) | Non-Bankruptcy Advisors and Ordinary Course Professionals |
| 1(j) | Notice of Appearance / Pro Hac Vice |
| 1(k) | Other Related Parties |
| 1(l) | Potential Transaction Counterparties |
| 1(m) | Retail Customers |
| 1(n) | Taxing Authority/Governmental/Regulatory Agencies |

---

[4]    Kirkland's inclusion of parties in the following schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

4

1(o)        U.S. Trustee Personnel, Judges, and Court contacts for the
            Southern District of New York
1(p)        UCC Members
1(q)        Vendors

9.      I have included the results of Kirkland's conflicts searches of the entities included

in the above-listed categories on **Schedule 2** to this Second Supplemental Declaration.[5]

In addition, Kirkland re-ran searches in its electronic database for the entities that were previously

reviewed in the Prior Declarations. The results of Kirkland's conflict searches from the entities

that were re-run are listed on **Schedule 3**. All current and prior representations of the parties

identified on **Schedule 2** and **Schedule 3** are in matters unrelated to the Debtors and these

chapter 11 cases.

10.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first

appear in a conflicts search. For example, if an entity already has been disclosed in the Prior

Declarations in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts

search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in

supplemental declarations unless the circumstances are such in the latter capacity that additional

disclosure is required.

11.     As set forth in the Prior Declarations and herein, Kirkland in the past may have

represented, may currently represent, and likely in the future will represent, entities that may be

---

[5]     As referenced in **Schedule 2** and **Schedule 3**, the term "current" means an entity listed as a client in Kirkland's
        conflicts search system to whom time was posted in the 12 months preceding the Petition Date. As referenced in
        **Schedule 2** and **Schedule 3**, the term "former" means an entity listed as a client in Kirkland's conflicts search
        system to whom time was posted between 12 and 36 months preceding the Petition Date. As referenced in
        **Schedule 2** and **Schedule 3**, the term "closed" means an entity listed as a client in Kirkland's conflicts search
        system to whom time was posted in the 36 months preceding the Petition Date, but for which the client
        representation has been closed. Whether an actual client relationship exists can only be determined by reference
        to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts
        search system. The list generated from Kirkland's conflicts search system is over-inclusive. As a general matter,
        Kirkland discloses connections with "former" or "closed" clients for whom time was posted in the last 36 months,
        but does not disclose connections if time was billed more than 36 months before the Petition Date.

parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed in the Prior Declarations and herein) to the Debtors and these chapter 11 cases. None of the representations set forth on **Schedule 2** are materially adverse to the interests of the Debtors' estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these chapter 11 cases.

### (a)    Confidential Parties

12.    Of the entities listed in **Schedule 2** and **Schedule 3**, only two represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on September 30, 2022. Specifically, the entities identified on **Exhibit A** attached hereto (the "Confidential Entities") are confidential sale parties who are in discussions with the Debtors regarding potential sale and/or financing transactions related to the Debtors and their businesses (as described in greater detail below), and the Confidential Entities and certain of their affiliates represented more than one percent of Kirkland's fee receipts during this twelve-month period (the specific percentage is set forth on **Exhibit A**). All prior and current representations of the Confidential Entities and certain of their affiliates have been in matters unrelated to the Debtors or these chapter 11 cases. The Confidential Entities have retained separate counsel to represent them in these chapter 11 cases. I do not believe Kirkland's former or current representations of the Confidential Entities and certain of their affiliates preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

13.    One Kirkland attorney has a personal connection to one of the Confidential Entities listed on **Schedule 1(l)** and **Schedule 2**. Out of an abundance of caution, Kirkland has instituted formal screening measures to screen this attorney from all aspects of Kirkland's representation of

the Debtors. This attorney has not and will not perform work in connection with Kirkland's representation of the Debtors and has not and will not have access to confidential information related to the representation.

14.    Kirkland has been asked to represent potential new clients who are adverse potential bidders in these chapter 11 cases (the "Confidential Bidders") in a separate matter unrelated to these chapter 11 cases. Kirkland has instituted formal measures to screen the attorneys handling such matters (together with previously screened attorneys, the "Screened Kirkland Attorneys") from all aspects of Kirkland's representation of the Debtors. I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code. The Screened Kirkland Attorneys have not and will not perform work in connection with Kirkland's representation of the Debtors and have not and will not have access to confidential information related to the representation. Kirkland's formal ethical screen as described in the Original Declaration provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

### (b)    Specific Disclosures

15.    Kirkland currently represents DRW Holdings LLC ("DRW") on an active matter. DRW is a customer of the Debtors. Kirkland's representation of DRW accounted for less than one percent of Kirkland's fee receipts for the twelve-month period preceding the Petition Date. Kirkland's representation of DRW is unrelated to the Debtors and these chapter 11 cases. Kirkland has not, and will not, represent DRW in matters related to the Debtors or their chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representations of DRW preclude it from meeting the disinterestedness standard under the Bankruptcy Code.

16.     The official committee of unsecured creditors (the "Committee") retained M-III Advisory Partners, LP ("M-III") as its financial advisor.  As disclosed on Schedule 1(c), Kirkland currently represents, and in the past has represented, M3 Acquisition II Corp. and certain of its affiliates in a variety of matters.  All current and prior Kirkland representations of M-III have been in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not represented, and will not represent, M-III in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representations of M-III precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

17.     The Committee also retained Perella Weinberg Partners LP ("Perella Weinberg") as its financial advisor.  As disclosed on Schedule 2, Kirkland currently represents, and in the past has represented, Perella Weinberg and certain of its affiliates in a variety of matters.  All current and prior Kirkland representations of Perella Weinberg have been in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not represented, and will not represent, Perella Weinberg in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representations of Perella Weinberg precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

18.     The preferred equity holders have engaged Houlihan Lokey Inc. ("Houlihan") as their investment banker.  As disclosed on Schedule 2, Kirkland currently represents, and in the past has represented, Houlihan and certain of its affiliates in a variety of matters.  All current and prior Kirkland representations of Houlihan have been in matters unrelated to the Debtors and these chapter 11 cases.  Kirkland has not represented, and will not represent, Houlihan in connection

with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representations of Houlihan precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

19.     Kirkland currently represents, and in the past has represented, Wave Equity Partners LLC ("Wave"). Mark Robinson, the Founder and Managing Director of Wave, is a member of the Committee. Kirkland's current and prior representations of Wave have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, Wave in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's prior representation of Wave precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

20.     Frances Ha, a Kirkland associate, was a judicial clerk for the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York from September 2019 to September 2020. Ms. Ha began working at Kirkland in October 2022 and had no connection with the Debtors' chapter 11 cases while working for the Court. I do not believe that Ms. Ha's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

21.     Nicole Cipriano, a Kirkland associate, was a judicial intern for the Honorable Cecelia G. Morris of the United States Bankruptcy Court for the Southern District of New York from May 2020 to August 2020. Ms. Cipriano began working at Kirkland in September 2022 and had no connection with the Debtors' chapter 11 cases while working for the Court. I do not believe that Ms. Cipriano's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

9

## **Affirmative Statement of Disinterestedness**

22.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates, and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Prior Declarations and herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated:  December 16, 2022                               Respectfully submitted,

                                                         /s/ Patrick J. Nash, Jr.
                                                         Patrick J. Nash, Jr.
                                                         as President of Patrick J. Nash, Jr., P.C., as
                                                         Partner of Kirkland & Ellis LLP; and as Partner
                                                         of Kirkland & Ellis International LLP

## SCHEDULE 1

The following lists contain the names of reviewed entities as described more fully in the *Second Supplemental Declaration of Patrick J. Nash in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* (the "Second Supplemental Declaration").  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Original Declaration, matching the incomplete or ambiguous name.

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Current and Former Directors & Officers |
| 1(b) | Ad Hoc Group Members |
| 1(c) | Bankruptcy Professionals |
| 1(d) | Contract Counterparties |
| 1(e) | Fee Examiner & Professionals |
| 1(f) | GK8 Top Vendors |
| 1(g) | Insurance |
| 1(h) | Legal Matters and Litigants |
| 1(i) | Non-Bankruptcy Advisors and Ordinary Course Professionals |
| 1(j) | Notice of Appearance / Pro Hac Vice |
| 1(k) | Other Related Parties |
| 1(l) | Potential Transaction Counterparties |
| 1(m) | Retail Customers |
| 1(n) | Taxing Authority/Governmental/Regulatory Agencies |
| 1(o) | U.S. Trustee Personnel, Judges, and Court contacts for the Southern District of New York |
| 1(p) | UCC Members |
| 1(q) | Vendors |

## SCHEDULE 1(a)

### Current and Former Directors & Officers

Albert, David
Alisie, Adrian
Ayalon, Amir
Barwick, Christy
Beaudry, Jeremie Robert
Fan, Jiayi
Ferraro, Chris
Holert, Patrick
Konduru, Subramaniam Vijay
Lawlor, Quinn
Mayerfeld, Mark
Sabo, Ron
Schreiber, Adam
Shalem, Yaron
Van Etten, Frank

## SCHEDULE 1(b)

### Ad Hoc Group Members

Anderson, Jan
Audeh, Ramzi
Banda, Santosh Praneeth
Benator, Ilene
Bierbaum, Cheryl
Bradley, Frank Malcom
Butryn, Robert K.
Calderone, Anthony
Castillo, Gilbert
Chan, Allison
Cherktyek Consulting LLC
Chiakulas, John
Cifani, Michael
Crespo, Frank
Dimetros, Jonandre
Dreikosen, Stephen
Fikar, Thomas Dean
Frederick, Paul
Gasso, Julius
Gilmore, Andrew
Griffin, Sargam Petra
Guillo, Adrien
Gurazada, Lakshmi Sai Lalitha
Haddad, Ghassan
Huang, Hsuan Yao
Lebor, Christine
Lindsay, Jacob
Little, David
Mansour, Ashley
McLain, Karen
Ralbovsky, Yanxing
Reyes, Eduardo
Reyes, Marino
Richardson, Harry B., Jr.
Robinson, Craig
Salyards, Jedidiah A.
Saunders, William
Schmeizer, Scott
Singer, Michael
Singh, Roshandip
Smith, Jason
Smith, Laura Dronen

Stearns, Aaron
Tuan, Joey
Turner, Elvin R.
Urbano, Melinda
Vejseli, Veton
Wong, Calvin
Yadav, Rishi Rav

## SCHEDULE 1(c)

### **Bankruptcy Professionals**

Cadwalader Wickersham & Taft LLP
Elementus Inc.
Houlihan Lokey Inc.
Huron Consulting Services LLC
Jenner & Block LLP
Kroll Restructuring Administration LLC
M-III Partners LLC
Paul Hastings LLP
Perella Weinberg Partners
Pillay, Shoba

# SCHEDULE 1(d)

## Contract Counterparties

2nd Market Capital Advisory Corp.
Bank Hapoalim BM
Bits of Gold Ltd.
Blockdaemon Inc.
eToro Ltd.
Explorium Ltd.
Guberman Consulting Ltd.
Hamilton's Reserve Inc.
Ibrahim, Daniel
IOTA Stiftung
Kirobo Ltd.
Maven Digital Ltd.
Neot Aviv Ltd.
Niki GA Management & Maintenance Ltd.
Oobit Technologies Pte. Ltd.
Prosegur Crypto
Prosegur Custodia de Activos Digitales SLU
ProxiBid
ReBlonde Public Relations
Simon, Elie
SolidBlock Inc.
Tezos Foundation, The
Tromer, Eran
Vast Bank NA
ZoomInfo Technologies Inc.

# SCHEDULE 1(e)

## Fee Examiner & Professionals

Delaware ADR LLC
Godfrey & Kahn SC
Sontchi, Christopher S.

# SCHEDULE 1(f)

## GK8 Top Vendors

10Bis
Cimo, Michael
DoiT International
G.E. Ehrlich (1995) Ltd.
Hovalot, Movilei
Ibrahim, Daniel
Israel Innovation Authority
Kost Forer Gabbay & Kasierer
Neot Aviv Ltd.
Sharfi, Yehuda
Shufersal Ltd.
Simon, Elie
TechEn Inc.
Tel Aviv, Municipality of (Israel)
Tromer, Eran
Xtra Mile Ltd.
YHM Technology Ltd.

# SCHEDULE 1(g)

## **Insurance**

Evertas Insurance Agency LLC
Menora Mivtachim Group
USI Insurance Services LLC

## SCHEDULE 1(h)

### Legal Matters and Litigants

Abuin, Juan Antonio Freires
Adamson, Cheyenne Joseph
Akshay, Nayak
Anusic, Tom
Argo Innovation Labs Inc.
Asher, Rishi
Bao, Adelaide
Barnouin, Pierre
Beekman, Nathaniel J.
Carrara, Diana
Carroccio, Brian C.
Cerqueira, Uno Gomes
Chan, Peter LM
Condit, Bradley
Constance-Churcher, Camilla
Davis, Bethany
Dierna, Lindi
Dukler, Avinoam Aharon
Dunn, Michael
Esazadeh, Morteza
Fern, Shen-Jay
Fisher, Mark
Flynn, Justin
Frishberg, Daniel
Gallas, Matthias
Gates, Christopher
Goines, Taylor
Grubbe, Jacob
Guild, Benjamin
Guo, Yi Meng
Ishii-Moy, Mai
Kash, Loreta
Katoski, Kristin Freires
Kiani, Saad
Kunderevych, Volodymyr
Langley, Ray M.
Lazar, Angello
Lazar, Valentin
Le, Adrea T.
Levy, Apple
Levy, Damon
Liquidity Technologies Ltd.

Majumdar, Dwaipayan
Maki, Todd Federick
Mara, Erin Claire
Martin, Daniel
Maxfield, Jason Lee
Meng, Brian
Minnick, Justin
Mitton, Hugh
Mozjesik, Sarah
Ney, Andrew
Nickels, Robert
Oren, Nazim
Pandya, Vishwaja
Park, Lisa Bokhee
Pedley, Christopher J.
Pestrikov, Dmitri
Pikulenko, Inna
Plutus21 Blockchain Opportunities Fund I
Plutus21 Blockchain Opportunities Fund I
    LP
Puccio, George W.
Rebrook, Patrick
Shafir, Ziv
Simons, Scott
Singh, Amol Bikram
Sousa, Nelson Dos Santos De
Stanley, Chad
Tiong, Susana Ying Hie
Vizzutti, Nicholas Jeffrey
Weber, Brian
Wilson, Kanyla
Wohlman, Odette
Wright, Austin Lamar
Young, Christopher

# SCHEDULE 1(i)

### Non-Bankruptcy Advisors and Ordinary Course Professionals

CMS Cameron McKenna Nabarro Olswang LLP
Conyers Dill & Pearman LLP

# SCHEDULE 1(j)

### Notice of Appearance / Pro Hac Vice

ArentFox Schiff LLP
Berliner & Pilson Esq.
Bernstein-Burkley PC
Blank Rome LLP
Brown & Connery LLP
Buchalter, A Professional Corp.
Cred Inc. Liquidation Trust
Davis Wright Tremaine LLP
Degirolamo, Anthony J.
Dickinson Wright PLLC
Duane Morris LLP
EMCO Technology Inc.
Farmery, Kyle
Federal Trade Commission
FisherBroyles LLP
Fortis Law Partners
Gelberg, Stuart P., Esq.
Goetten, Vincent Theodore
Hopkins & Carley
Jones Day
Law Offices of T. Scott Leo PC, The
Levin-Epstein & Associates PC
Maine, State of, Department of Professional
    & Financial Regulation, Office of
    Securities
Maurice Wutscher LLP
McCarter & English LLP
McCullough, Hugh
McDermott Will & Emery LLP
McLean, Stuart
Meyer Suozzi English & Klein PC
Michigan, State of, Department of Treasury
Mintz & Gold LLP
Missouri, State of, Secretary of State,
    Securities Division
MRK Spanish Ridge LLC
Myer, Nol
National Association of Attorneys General,
    The
Norgaard O'Boyle & Hannon
North Dakota, State of, Securities
    Department

Perez-Siam, Adrian
Petty, Clint
Pilacik, Emil, Jr.
Polombo, Peter
PREH Spanish Ridge LLC
Pryor Cashman LLP
RH Montgomery Properties Inc.
Roche Freedman LLP
SAP America Inc.
SAP National Security Services Inc.
Schroeder, William D., Jr.
Shannon, Thomas
Shroyer, Jonathan Jerry
Sills Cummis & Gross PC
Steege, Catherine L.
Sullivan & Cromwell LLP
Tennessee, State of, Attorney General's
    Office
Tennessee, State of, Department of
    Commerce & Insurance
Texas, State of, Department of Banking
Texas, State of, Office of the Attorney
    General
Togut Segal & Segal LLP
Troutman Pepper Hamilton Sanders LLP
Van Meyer, Nhat
Venable LLP
Vermont, State of, Department of Financial
    Regulation
Vickers, Lisa T.
Waller Lansden Dortch & Davis LLP
Washington, State of, Attorney General
Washington, State of, Department of
    Employment Security
Washington, State of, Department of
    Financial Institutions
Washington, State of, Department of Labor
    & Industries
Washington, State of, Department of
    Revenue
Weil Gotshal & Manges LLP
Weir Greenblatt Pierce LLP

Wisconsin, State of, Attorney General's
    Office
Wisconsin, State of, Department of
    Financial Institutions
Wisconsin, State of, Department of
Financial Institutions, Attorney
Wohlwend, Eric

# SCHEDULE 1(k)

## **Other Related Parties**

Fujii, Akiko
Landes, Aliza
Mashinsky, Krissy
Mashinsky, Rena

# SCHEDULE 1(l)

## Potential Transaction Counterparties

Galaxy Digital Trading LLC

[Remaining Parties Confidential]

# SCHEDULE 1(m)

## Retail Customers

007 Capital LLC
A'Vard, Suzanne
Abdolsalehi, Alvand
Academic Health Research Group Inc.
Adam, Alexander
AK Solutions Inc.
Alblooki, Noora
Alchemy Capital Group LLC
Alfi, Eldad M.
Allen-Narker, Rosalind
Alliance Service Inc.
Alshehhi, Ali
Alshehhi, Sultan
Alven Jerome Kroot Agreement of Trust
AM Ventures Holding Inc.
Amaro, Johnny
An Eye Toward Retirement LLC
Anand, Kamaljit
Andrews, Nik
Andrianakos, Fotis
Andrus, Brent W.
Anna Pistey Family Trust, The
Aos Investments LLC
Araújo, João Pedro
Arteaga, Daniel Ortega
Asaff, Glenn
August, Lucia Kim
Avila, Hector Manuel Haro
Ayon, Brandon
Bae, Peter
Baggenstos, Thomas Stephan
Bailey, Christoher
Bailey, Jeremy Douglas
Baillie, Robert
Baker, Brian
Baker, William Harold
Baldwin, Kevin
Balter, Lon
Barrett, Bryan
Barrett, Craig R.
Barry, Patrick
Bartholf, John David

Bartlett, Chris
Baum, Joe
Becin, Christopher Michael
Bedard, Craig
Beerda, Douwe
Bellotte, Brent
Benfanti, Michael Frederick
Benotsch, Alan
Bergman, Devon Aaron
Bertsch, Kirk
Betancourt, Leopoldo
Beyer, Richard William
Bfaller Rd LLC
Bi, Mariam
Biig LLC
Biscontine, Stephen C.
Bits of Sunshine LLC
Blackthorne, Jordan
Block, Michael Henry
Blum, Hugo
Bnk to the Future Ltd.
Boari, Francesco
Bofilis, Dimosthenis
Bohnett, David Charles
Bolger, Marilyn
Bongiorno, John
Bos, Stephen Richard
Boskovski, Nikola
Bosman, Andre
Botlani Esfahani, Rana
Bourell, Roy
Bowman, Eric Lee
Bradbury, Josh Douglas, Jr.
Brechtl, Marques
Bresson, Laurent
Brida, Anthony
Brigham, Gerrad William
Broytman, Meyer M.
Brue, Chad
Brunner, Hannes Oskar
Bslater Ddo LLC
Buckenmaier, Chester Church, III

Bugeja, Paul
Buono, Ian
Butendieck, Ronald
Butryn, David
Bveeder Rd LLC
Byrd, Jeffery L.
Byrd, William Michael
Byrne, Michael S.
Caceres, Santos
Cadwell, Charles
CAJ Krogh Holding ApS
Cannon, Andrew
Caraballo, Christopher Richard
Carmonatoscano, Rafael
Caroulle, Irénée
Carroz, Martial
Carter, Micah
Carter, William
Cartmell, Brian
Castillo, Ryan
Cech, Seikan
Celeste, Beth
Cetin, Edward
Chambless, Jill
Chan, Channing
Chang, Christopher Bonyen
Chang, Kai
Chen, Yihong
Chen, Yiyue
Cheng, Anthony
Cheng, Kwok Yuk
Chetaud, Louis
Chetchotisak, Chot
Chi, Sang Keun
Chiapuris, Paul Neil
Chin, Jason
Christensen, Chad R.
Chu, Pui Sum
Chvalek, Jirka
Claessens, Cris
Clark, Nicholas
Clark, Scott
Coache, Philippe
Cochran, Peter Mckinney
Coin Meester BV
Cole, John

Cole, Joshua
Coleman, Rasan A.
Collins, Cade Alexander Walker
Conlin, Jon Collins
Connolly, Thomas Joseph
Cook, Daniel
Costa, John
Côte, Damien
Courtney, Tod Andrew
Coward, Martin John
Cowen, Clint
Crab, Marijke
Cromack, Brendan
Crosby, Daniel Lee
Croucher, Paul
Cruz, Edmond Harada
Cruz, Joshua Boda
Cumenal, Pierre
Cura, Nicolas
Curran, Ryan
Dailey, Jonathan
Dan, Claudia
Dan, Flaviu
Dancs, Douglas
Dang, Phuoc Trung
Darby, Thomas
Darschewski, Kenneth Edward
Davey, Joseph
Davis, Otis Allen
Davison, Daniel Carson
de la Caridad Casal, Gerardo
Decamp, Ryan Alan
Dekker, Barbara
Deleon, Michael A.
Deshotels, Kerry L.
Dezfuli-Arjomandi, Arman Ahmad
Dhamani, Khairunnisa
Dhillon, Jagatjit
Difiore TSA Irrevocable GST Trust
Difiore, Thomas Albert
Dipaolo, William Richard
Dobrajc, Rok
Donaldson, Troy
Donnelly, Stephen
Downing, Marcus
Drake, Cem Danial

DSCA44 LLC
Duffy, Jamie
Dum, Joseph
Dunnett, Darren
Dzaran, John Peter
Edgar, David
Egnet, Eric
Eigenberg-Gordon, Marlee
El Achkar, David
Elwell, Daniel Robert
Engelin, Peter
Etzold, Derrick Wayne
Fagan, Peter
Fang, Hsin Jan Sean
Farley, John U.
Farnsworth, Darren Scott
Farpella, Kevin Ray
Fay, Christopher Derrick
Finkle, James
Finley, Patrick Westall
Fisher, John
FL3XX Gmbh
Ford, Robert
Forlini, Yoann
Four Thirteen LLC
Foy, Aixa
Frangioni, Pierre
Fraser, Daniel
Freedman, Paul
Fuller, Christopher Wayne
Futuris Capital Inc.
Galindo, Cesar
Gallagher, Rebecca
Gallardo, Jorge
Gamez, Arturo Rafael
Gauch, Roger
Gavrilovic, Nikola
Gayle, Patrick C.
Genç, Raci
Geoghegan, Alexei
Gerbán, Dániel Jeno
Gettner, Mark
Ghiselli, Antonio
Gi, Richard
Giardiello, Bradley Edwin
Gibbs, Jack

Giese, Dale
Giese, Jeannette
Giesselman, Troy
Giorgianni, Massimo
Girod, John
Glensgard, Dan
Global Regency Ltd.
Golcovs, Aleksandrs
Goldsmith, Mary E.
Gollapudi, Shilpa Kamala
Gololicic, Gregor
Gonella, Damien
Gonzales, Carlos
Graham, Steven Neil
Haidukewych, George
Haijen, Peter
Hald, David Friis
Hamilton, John
Hammell, Robert Howard
Hammond, Edward Hopkins, III
Hanchett, Dolores
Hannagan, Cory
Hansen, Frederik
Hardy, Marie
Hargrove, Kathy
Harper, Lisa
Hart, Dan
Hawley, John Follen
Hayes, Michael
Haynie, Robert
He, Yunzheng
Heads, Michael Anthony
Heavenly Scent Professionals LLC
Hecht, Amara
Hedin, Daniel
Helfrich, Charles
Heo, Jae Yong
Hibbard, Dustin Kyle
Hilson, James Wayne
Hoan, Ly
Hoefflin, Jeffrey David
Hoffmann, David
Hofland, Gerhard
Hofstede, Jerry
Hogan, Andrew
Hollingshead, Thomas Leon

Holmes, Lewis Robert
Holmström, Christel
Holt, Travon
Holzhauer, Kyle Michael
Horejsi, Adam
Hoskyn, John Mark
Hou, Chengyu
House, Emanuel
Hsu, Roger
Huang, Chun
Huang, Cuihua
Huang, Gavryelle Xingbe
Huang, Tak
Huang, Xue Wen
Hulst, Petrus Adrianus Maria
Huo, Lan
Hwang, Kevin
Imokawa, Stuart
Imtiaz, Lubna
Izzo, Daniele
Jackson, Clifton Edward, III
Jacobs, Chloe Merithe
Jansen, Bob
Jellestad Capital SA SPF
Jimenez, Alex Rene
Jimenez, Gustavo Alberto
John Dzaran 401K Trust
Jones, Beverly
Jones, Diann
Jones, Holly
Jones, Matthew Ernest
Jones, Roger Lee
Jordan, Daniel T.
Jue, Tyrone Todd
Juneau, Michael William
K1 Financial Group
Kan, Ivan
Kandiah, Sivam S. V.
Kaneseki, Akiko
Kanngieãÿer, Stefan
Kansomdee, Pronthip
Katehis, Konstantinos
Kauff, Steven Howard
Kazius, Ronald
KCA Holdings LP
Keasey, Anne

Kedzior, Martin Enrico
Kelly, Sean
Kendrix, Adam
Khare, Rahul Kumar
Khattiya, Lany
KHK Investments LP
Khoo, Denis
Kikko, John
Kilpatrick, Keith H.
Kim, Eliot
Kim, Jay
Kim, Miae
Kim, Peter
Kingsford, Todd
Kirsanov, Dimitry
Kjellin, Erik
KNL Family Trust, The
KOALA 2 LLC
KOALA3 LLC
Kochalka, James
Kogan, Dmitriy
Kohan, Emil James
Kohn, Lawrence H.
Komarovskiy, Valentin
Kompaso Pty. Ltd.
Kouzbari, Munear
Kpham Rd LLC
Krampf, Oleg
Krener, Olivier
Krienke, Gerri
Kryuchkov, Ivan
Kuijper, Ronald
Kuipers, Jonathan Andrew
Kumar, Tarun
Kutty, Madhu Kumaran
Lablanc, Brian
Lacey, Peter
Lai, Christopher
Lakeside Oral & Facial Surgery Institute
    LLC
Landskov, Gregg Raymond
Laski, Ludwik
Laubjerg, Asker
Lee, Edmund Wangkai
Lee, Eunice Jungmin
Lee, Keagan Hyunchul

Lee, Yih Neng
Lee, Yun Chin
Legacy City Church
Leister, Thomas A.
Leon, Shlomi
Lévy, Nicolas
Li, Yifan
Libertad Group LLC
Liljenquist, Brandon
Lim, Jong
Lin, David
Linevskiy, Anton
Linkhorst, Martin
Linton, Robert Brian
Liu, Clark Haito
Liu, Juqiang
Llewellyn, Isaac
Loh, Yuen Heng
Lohmann, Michael Andrew
Low, Ban Chai
Lucraft, Peter
Ludwig, Gerald
Luk, Yoshihiro
Luo, Jin
Luo, Robert
Luo, Xiangdong
Ly, Eric
Lynce, Gary Joseph
M4-Tse Inc.
Macaluso, Sean A.
Mackler, Bradley
Mahehswari, Bhavna
Maheshwari, Pawan Kumar
Main, Geoffrey
Mak, Edwin
Mandap, Stephen
Mann, Jeffrey Brent
Marciniec, Andrzej
Marina Point Investments LLC
Marinho, Fréderick
Marlow, Daniel C.
Marroquin, Eric
Martin, Jesse
Martin, Patrick
Martinez, Lucas
Mason, Jeremy

Mastrokoukos, George
Mathews, William
Matsumoto, Reid
Matthews, Lee
Maya, Rafael
McCollor, John
McCommons, Jeremiah Curtis
McDaniel, Paul
McDonald, Pat
McElveen, Michael
McFarland, Heidi
McGurk, Jamie
McKenney, Scott Herbert
McLean, Stuart
McNeil, Laura Faller
Medeiros, Pablo
Mellema, Kamiel
Mendes de Carvalho, Junior Joao
Mercuri, Tom
Meridian Crypto Trust
Meyer, Marvin
Mghari, Rachid
Michaels, Alexander
Mick, Christopher
Milbert, Chris
Mildbrandt, Mark
Mindell, David Paul
Miroshnyk, Valentyn
Mirpuri, Dinesh
Misra, Upmanyu
Mohr, Lance Randall
Molly Spendthrift Trust
Montford, Harold Kevin
Moore, Daniel
Moran, Jeffrey
Most, Robert
Moure, Brian Campbell
Moutawakkil, Khalil
Mr. Lock Inc.
Mukhtar, Saeed
Muschinski, Eric
MWR Investments Ltd.
Narang, Shantanu
Neiman, Jason
Neptune Digital Assets Corp.
Nervo, Miriam

Ngo, David
Nguyen, Nam
Nguyen, Phuong
Nicol, Ronald
Novatzky, Benjamin D.
Nung, Warren
Ochisor, Nicolae
O'Donoghue, Kieran Terence
Ogletree, Brian
Olumide, Adedayo
Orsinger, Drew Francis
Ortiz, George Emmanuel J.
Osborn, Janine
Oso, Kay
Ostrye, Nate
Ou, Amon
Owen, Jason Bruce
Owens, Shane
Pagnanelli, Christopher Joseph
Paholak, Thomas Daniel
Pajeda, Nerijus
Pak, Juno Kol
Paleo, Bruno Woltzenlogel
Palmero, Claude
Papadakis, Elizabeth
Pappas, Alex
Pappas, Eugenia
Paraboschi, Gabriele
Parsons, Aron William
Patel, Mitesh
Patel, Shital Kantilal
Pearlman, Leah
Pearson, Andrew John
Perez, Julio
Pham, Sophia
Phan, Long
Picinic, Nicholas
Pick, Thomas
Pinto, Matthew
Pitta, Celso
Plutus21 Blockchain Opportunities I
Point LLC
Pototschnik, Andrew Alexander
Prabhu, Chetan
Prasine Corp.
Pratt, Folarin

Premoli, Alessandro
Profax Super Pty. Ltd.
Profluent Trading Inc.
Quick, Tyson Lynn
Quinn, Christopher Michael
Qureshi, Ashar
Rainthorpe, Robert
Rakim, Kenneth
Ramsey, Roy
Ranchod, Pravin
Randel Brown Crypto Ventures LLC
Rasmussen, Adam
Reid, Robert W.
Reiss, Andrew Wesley
Reph, Ryan Don
Rianova Ltd.
Richardson, Eric
Rieu, Guillem
Ritholz, Susan K.
Ritter, Dale
Robert, Alexander
Rodman, Kaori
Rojas, Roberto R.
Roness, Philip Andrew
Ronning, Donald
Rooney, Alan
Rooney, Derek
Roos, Evert Christian
Rueca, Jaydee Crissare Racho
Rusanescu, Vlad
Russell, Frank Charles, Jr.
Ruszkay, Andrew Conard
Ryan, Robert
Sabariaga, Jethro
Sabba, Isaac
Saenz, Jesus Armando
Saker, Douglas
Samaha, Georges Farah
Samian, Mohammed
Sandrana, Naidu Appalaswamy
Sarwar, Shahzad
Savich, Tatjana Tina
Sayer, Carey
Scalar Investments Corp.
Schallmann, Justin
Schardt, Natalie

Schauder, Marco
Schenk, Rolf
Schile, Clay Jeremiah
Schmid, Alan
Schramm, Ryan Kristian
Seldes, Richard
Seneca, Michael James
Sepp, Todd Edward
Sevastopoulos, Haralambous
Sevastopoulos, Konstantinos
Sheehan, Todd Michael
Shekhter, Dina
Shepherd, Lloyd Thomas
Shriver, Damien Jay
Sigle, Manfred
Simard, René-Marc
Simonsen, Robert
Simov, Svetoslav
Singh, Balwinder
Singh, Walbeer
Sirjoo, Jitindra Wayne
Siwik, Robert
Skrocki, James A.
Slater, Brian Thomas
Sleeper Hill Investments LLC
Sleeper, Richard Daniel
Smith, Bob
Smith, Daniel W.
Smith, Ralph
Snowman, Michael J.
Solyom, Andrew
Sommer, Michael
Soulier, Matthew Frost
Southgate Superannuation Pty. Ltd.
Spain, Betty J.
Spain, Court W.
Speterson Rd LLC
Spriggs, Leeton
Sprinkle, David
Srisaikham, Palita
Stefanski, John
Steger, Reinhold
Stein, Jason
Steinberg, Michael
Stellence Corp.
Stephenson, Cecil

Stevens, Ashleigh
Stevenson, Nicholas
Stjohn, Sean
Stock, Darrell Lee, Jr.
Stolle, Diane
Sublett, Sandra
Suckno, Keith Michael
Summers, Adam Neal
Suskind, Joseph
Sutedjo, Juwono
Sutfin, Miller
Sutton, Richard
Sweeney, David
Taiaroa, Keri David
Taibi, Charlie
Tall Tree Consulting LLC
Tanaka, Colleen Takeko
Tanner, Delbert Hodges
Thomann, Michael John
Thomas, Michael Anthony
Thornton, William Arthur
Trahan, Ryan Michael
Transparencyx LLC
Trucksess, Cory
Trundy, Cory Lane
Truschel, Sante Kundermawan Arien
Trussell, Mark
Tsai, Jonathan P.
Tsang, Kwan Ming
Tsang, Wai Nam
Tsonis, Con
Turpin, James Phillip
Turtle, Ryan Michael
Ughetta, Mark Richard
Ulrey, Renard
Untermeyer, Ricky
Uppheim, Kristoffer
Urata-Thompson, Harumi
Ustymenko, Vadym
Valdes, Stephen
Valenzuela, Daniel Anthony
Van De Weerd, Eugene
Vance, Shawn Dylan
Vanhoose, Derek Paul
Vault12 Inc.
Vegan Cuts Inc.

Venema, Wim
Verheyen, Kenneth
Vetsch, Richard
Vidmar, Ziga
Vila, Juan Otero
Vivar, Emmanuel
Vozzo, Mark Joseph
Wade, Ryan Kenneth
Walker, Raphael
Wang, Feiting
Wangler, Mason Christian
Watkins, Matthew
Wątor, Wojciech
Weimert, Bradley Thomas
Weiss, Allen Robert
Weiss, Christoph
Welby, Caitlin
Wells, Jason
Wendling, Vincent
West, Darren
Westhof, Tonia
Wheeless, Daniel
White, Brendan Battaglia
Whittlinger, Ryan
Wielzen, Fons
Wierzbowski, Radoslaw Lech
Williams, Brendan
Williams, Charles
Williams, Paul
Witkin, Daniel
Wong, Eric Flores
Wong, Jason
Woo, Ken
Woolsey, Jonathan
Wright, Timothy
Xiao, Ling
Yake, Samira Sandaruwan Rathna
Yang, Yen-Huoy
Yarwood, Darren G.
Yoon, Tera Sahyun
Young, Rudolph Paul
Young, Timothy Shannon
Younts, David
Yu, Jenny
Zaharieva, Katerina
Zahra, Carmelo

Zarchi, Meir
Zhang, Kevin
Zhang, Qinghua
Zhao, Tianqi
Zhou, William
Zijlstra, Fayce
Zimmermann, Oliver
Zygas, Viktoras

# SCHEDULE 1(n)

### Taxing Authority/Governmental/Regulatory Agencies

Alaska, State of, Department of Finance, Division of Banking & Securities

Arkansas, State of, Securities Department

Autorite Des Marches Financiers

California, State of, Department of Financial Protection & Innovation

California, State of, Department of Justice Public Inquiry Unit

Financial Conduct Authority (UK)

Georgia, State of, Office of Secretary of State, Securities & Charities Division

Gibraltar, Government of, Financial Services Commission

Hawaii, State of, Department of Commerce and Consumer Affairs

Idaho, State of, Department of Finance

Illinois, State of, Securities Department

Massachusetts, Commonwealth of, Office of the Attorney General

Massachusetts, Commonwealth of, Securities Division

Minnesota, State of, Attorney General Office

Minnesota, State of, Department of Commerce

Mississippi, State of, Office of the Secretary of State

Missouri, State of, Office of the Attorney General

Montana, State of, Office of the Auditor

New Hampshire, State of, Bureau of Securities Regulation

New Jersey, State of, Office of the Attorney General

New York, State of, Office of the Attorney General, Division of Economic Justice

North Carolina, State of, Department of the Secretary of State

Oklahoma, State of, Department of Securities

Ontario, Province of (Canada), Securities Commission

Pennsylvania, Commonwealth of, Bureau of Securities Compliance and Examinations

Pennsylvania, Commonwealth, Department of Banking and Securities

Saskatchewan, Province of (Canada), Financial and Consumer Affairs Authority

South Carolina, State of, Office of The Attorney General

South Dakota, State of, Division of Insurance Securities Regulation

Tennessee, State of, Department of Commerce and Insurance, Financial Services Investigation Unit

United States, Government of the, Commodity Futures Trading Commission

Washington, D.C., Department of Insurance, Securities and Banking

West Virginia, Office of the Attorney General

# SCHEDULE 1(o)

**U.S. Trustee Personnel, Judges, and Court contacts for the Southern District of New York**

Allen, Joseph
Anderson, Deanna
Barajas, Andres
Black, Christine
Harrington, William K.
Leonhard, Alicia
Mastando, John P., III
Penpraze, Lisa
Riffkin, Linda
Schmitt, Kathleen
Slemmer, Daniel
Van Baalen, Guy A.
Ziesing, Annie

# SCHEDULE 1(p)

## UCC Members

Coco, Christopher
DiFiore, Thomas
Duffy, Scott
Noyes, Keith
Robinson, Mark
Warren, Caroline
Yoon, Andrew

## SCHEDULE 1(q)

### Vendors

A. Kfir Holdings
Adam Milo Ltd.
Adams, Jeffrey
Adobe Products
Advogados, Almeida
Ai Fiori
Altshuler Benefits
Andreou, Foteini
Andromeda
Arce, John
Ascential Events (Europe) Ltd.
Auger, Matthew
Avishar
Aviv Reut
Avraham, Daniel
Becerril, Jose Maria Caballero
Begg, Yusuf
Block Crypto Inc., The
Blockfrost.io
Bowell, Reuben
Bradley, Marc
Braun, David
Brown, Charlotte
Brown, Oliver John
Burns, Matthew
BuyMe
Callaghan, Simon
Castillo, Diana
Catz, Bari
Cellcom
Central Park Co. Ltd.
Chamber of Commerce Tel Aviv
Chan, Kalvin
Chang, Yung-Tang
Charalambous, Alexia
Charmant, Audrey
Ching, Lam Wai
Christodoulou, Antonis
Christodoulou, Christodoulos
Christou, Renos
Cimo, Michael
ClearGate

Cohen, Levy
Coleman, Bradley K.
Costica, Tudor
CTI Solutions
CyberForce Global Ltd.
Dawson, Meryl
Debak, Antun
deCODE Genetics
Dias, Eric
Diesenhaus
Dinwiddie, Spencer
DLC Distributed Ledger Consulting GmbH
DoiT
Dor Aviv
Dreifuss, Itai
Dreyfus, Fernando
Eddison, Mark
Eede, Jelle Van den
EMET
Emmanuel, Alaina
Enkur, Gokhan
Estiatorio, Avra Madison
Etherscan
Evaggelou, George
Evertas
Ferrante, Evan
Fintech, Lendit
Florist, Lovin
Frangeskidou, Angela
Frankfurt School
Frediani, Jeremy
Gabai, Asha
Gabriel, Lilly
Garcia, Adria
Garcia, Migdalia
Georgios, Retoudis
Glushon, Jason
Goodstein, Nicole
Gotfriends
Graham, Wendy
Grammarly Inc.
Grozdanic, Jovana

Grunsfeld, Gerry
Guarano, Gabriele
Guarascia, Ryan
Hadjipanayi, Christina
HaGal Hayarok
Hanoch Medical Service
Harel, Asher
Haussmann, Christiaan
Herman Systems
Hershkowitz, Asher
Hobson, James Jonathan
HOT Mobile
Howden Insurance Brokers Ltd.
HR Market
Ignatiades, George
Iliescu, Alexandra
Invoice Maven
Ioanitescu, Dan
Ioannou, George
Israel Electric Corp. Ltd., The
Israel Innovation Authority
Issaschar Brothers
Jansone, Kerija
Jobinfo
Jumbo Stock
Kasafot Magen
Kazaka, Krista
Kerr, Bryan
KINOLIFE LLC
Knight, Derek
Kokoni, Eirini
Kordomenos, James
Koutra, Athos
Kozlowska, Kasandra
Kulysz, Bernard
Kunder, Nikhil
Kuperpan
Lackner, Joe
Lau, Weyne
LeadMetrix
Lenou, Neovi
Leonard, Carleen Ann
Lermont Ltd.
Lev, Dana
Levy, Haim
Li, Hsu Kang

LinkedIn Corp.
Lopez, Galo Fernandez
Loucaides, Michael
Lucas, Felipe
Mak, Oleena
Malamas, Vasileios
Mamoulides, George
McDonald, Tracey
Mei Avivim
Michaels, Panayiotis
Michailidou, Anna
Mintz, Dalia
Mitugon
Moon, Eddie
Mor, Avner
Morreale, James
Mould, Darron John
Moya
Muens, Philipp
Mullholand, Lindsey R.
Mulligan, Scott
Mylona, Olimbia
Nachmias Grinberg
Nagy, Eniko Andrea
Naidu, J. Raag
Namlessplace
Nespresso
Nethercote, Holley
Niki-Nikayon
Nisha
Offord, Scott
Ogilvy, David
Panago, Constantine
Paneva, Violina
Papademetriou, Fotis
Partner Communications Co. Ltd.
Patchen, Aaron
Patentic
Piechocinska, Olga
Pillakouris, Maria
Pitzman, Anna
Praktal Computers
Prokopis, Konstantinos
Pušonja, Mališa
Raducioiu, Iulia
Rahman, Kent

Raziel, Anat
ReBlonde
Refaeli, Alon
Rethy, Istvan-Levente
Rhind, Ryan
Ríos, David García
Rozenthal, Noam
Rubin, Jaclyn
Russell, Jacob
Saliba, Paul S.
Sawhney, Rajiv
SecureLogic Ltd.
Seese, Dylan
Setovich, Javier
SFDC Ireland Ltd.
Shani Solutions
Sharma, Bharti
Shekel, Ofek
Sherfi Yehuda Construction
Shimrit
Shitov, Alexey
Shkedi, Jonathan
Shlofta
Shlomo Kezas
Shopen, Eitan
Silva, Karl Da
Silverman, Tyler
Skempes, Fotis
Slack
Smith, Winston Royce
Softsale
Solomon, Levi
Somech Hikin
Sopracasa, Erik
Sponja Cleaning
Sposato, Dalila
Statera Bellus
Stott & May
Super-Pharm
Switchup
Taieb, Yaniv
Tasker, Stephen
TDSD Ltd.
Team Netcon
Tel Aviv, Municipality of (Israel), Tax
Teng, Aaron

Theocharous, George
Thrasyvoulou, Olga
TimeClock 365
Tinoco, Diana
Tore, Alex
Tromer, Eran
Turley, Andrew
USA Strong Inc.
USI Insurance Services LLC
Value Financial Services
Vandervelde, Jeffrey
Varzea, Monica
Vasileiou, Eirini
Veliz, Jessica
Villacis, Jack
Vrazic, Michail
Wang, Yuanbo
Wingerden, Gerrit Van
Wlosek, Ewa
World Travel Inc.
Yellin, Sruli
Yeshayaho Blumfeld
YHM Technologies
Yiadom, Prince
Yigal Arnon
Zecharia, Natan
Zeplin Inc.
Zilberman, Pesach
Zoeller, Arielle
ZoomInfo Technologies Inc.
Zusman, Tomer

**SCHEDULE 2**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 10Bis | Grubhub Holdings Inc. | Closed |
| | Grubhub, Inc. | Current |
| Georgia, State of, Office of Secretary of State, Securities & Charities Division | State of Georgia | Current |
| HOT Mobile | Altice USA Inc. | Closed |
| | CSC Holdings Company | Closed |
| Houlihan Lokey Inc. | Houlihan Lokey EMEA, LLP | Current |
| Huron Consulting Services LLC | Huron Consulting Group | Closed |
| Illinois, State of, Securities Department | Illinois Executive Ethics Commission | Current |
| | Illinois Torture Inquiry and Relief Commission | Current |
| | Office of the Governor, State of Illinois | Current |
| Jenner & Block LLP | Jenner & Block LLP | Current |
| Minnesota, State of, Attorney General Office | Minnesota Department of Human Rights | Current |
| Minnesota, State of, Department of Commerce | Minnesota, State of, Office of the Attorney General | Current |
| Nespresso | Blue Bottle Coffee, Inc. | Closed |
| New York, State of, Office of the Attorney General, Division of Economic Justice | Empire State Development | Closed |
| | New York State Courts Access to Justice Program | Current |
| | State of New York | Closed |
| Oklahoma, State of, Department of Securities | Oklahoma Tax Commission | Closed |
| ProxiBid | TA Associates Management, L.P. | Current |
| Pennsylvania, Commonwealth of, Bureau of Securities Compliance and Examinations | Office of the General Counsel of Pennsylvania | Current |
| Pennsylvania, Commonwealth, Department of Banking and Securities | Office of the Governor of Pennsylvania | Current |

| | Office of the Secretary of State of Pennsylvania | Current |
|---|---|---|
| | Pennsylvania Higher Education Assistance Agency | Current |
| | Pennsylvania, Commonwealth of, Office of the Secretary | Closed |
| Perella Weinberg Partners | Perella Weinberg Partners LP | Current |
| | Tudor, Pickering, Holt & Co. | Former |
| Scalar Investments Corp. | Scalar LLC | Current |
| USI Insurance Services LLC | Caisse de dépôt et placement du Québec | Current |
| | Ivanhoé Cambridge Inc. | Current |
| USI Insurance Services LLC | KKR Asia Limited | Current |
| | KKR Credit Advisors (EMEA) LLP | Current |
| | KKR Credit Advisors (UK) LLP | Closed |
| | KKR Credit Advisors (US) LLC | Current |
| | KKR Financial Services Company LLC | Current |
| | KKR Real Estate Select Trust Inc. | Former |
| | Kohlberg Kravis Roberts & Co. LP | Current |
| | Peter Stavros | Closed |
| | Pillarstone Europe LLP | Closed |
| | Pillarstone Italy S.p.A. | Current |
| | Terrence Ing | Current |
| ZoomInfo Technologies Inc. | ZoomInfo Technologies LLC | Current |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |

| [Confidential] | [Confidential] | [Confidential] |
|---|---|---|
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |

**SCHEDULE 3**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Alvarez & Marsal Holdings LLC | A&M Opportunities Fund | Current |
| Cumberland DRW LLC | DRW Holdings LLC | Current |
| | Flow Traders NV | Current |
| Spectrum<br>Spectrum Enterprises Inc. | Spectrum RSN LLC | Current |
| StarStone Insurance | Eagle Point Income Company Inc. | Current |
| Wynn Las Vegas | Wynn Resorts Holdings LLC | Current |

## Exhibit A

[Filed Under Seal]