JENNER & BLOCK LLP
Catherine L. Steege (admitted *pro hac vice*)
Vincent E. Lazar
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350

Richard Levin
Kayvan Sadeghi
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**NOTICE OF JENNER & BLOCK LLP, COUNSEL TO THE EXAMINER,**
**OF RATE INCREASES EFFECTIVE JANUARY 1, 2023**

Jenner & Block LLP ("**Jenner & Block**"), counsel to Shoba Pillay, Examiner in these chapter 11 cases (the "**Examiner**"), hereby submits this notice in accordance with the *Order Authorizing Employment of Jenner & Block LLP as Attorneys for the Examiner Effective as of September 29, 2022* (Dkt. 1259), and respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1.  As of January 1, 2023, the hourly rates of Jenner & Block attorneys working on matters in these chapter 11 cases will increase generally, reflecting firm-wide annual rate increases and/or increases in individual attorneys' seniority.

2.  The 2023 hourly rate ranges for Jenner attorneys and paraprofessionals in its U.S. offices are as follows:

| Title | 2023 Billing Rate |
|---|---|
| Partner | $785–$2,130 |
| Special Counsel | $820–$1,195 |
| Associate | $745–$1,235 |
| Staff Attorney | $630–$715 |
| Discovery Attorney | $365 |
| Paralegal | $320–590 |

3.  As set forth in the Declaration of Vincent E. Lazar, attached hereto as **Exhibit A**, the Examiner has authorized the rate increases detailed herein.

(*Signature page follows.*)

Dated: December 16, 2022 　　　　　　　　Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ *Vincent E. Lazar*
Catherine L. Steege (admitted *pro hac vice*)
Vincent E. Lazar
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
vlazar@jenner.com
csteege@jenner.com

Richard Levin
Kayvan Sadeghi
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
rlevin@jenner.com
ksadeghi@jenner.com

*Counsel to the Examiner*

**<u>Exhibit A</u>**
Declaration of Vincent E. Lazar

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**DECLARATION OF VINCENT E. LAZAR IN SUPPORT OF**
**THE NOTICE OF JENNER & BLOCK LLP, COUNSEL TO THE**
**EXAMINER, OF RATE INCREASES EFFECTIVE JANUARY 1, 2023**

I, Vincent E. Lazar, hereby certify the following:

1. I am a partner in the firm of Jenner & Block LLP ("**Jenner & Block**") and have been duly admitted to practice law in the States of Illinois and New York.

2. I represent Shoba Pillay, Examiner in these chapter 11 cases (the "**Examiner**"). I am authorized to submit this certification in support of the *Notice of Jenner & Block LLP, Counsel to the Examiner, of Rate Increases Effective January 1, 2023* (the "**Notice**"), filed contemporaneously herewith. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. The Examiner authorized the rate increases identified in the Notice.

4. On an annual basis, Jenner & Block evaluates the hourly rates charged by its billing professionals to determine whether those rates should be increased based on a timekeepers' developing skills and experience, and consistent with changes in market hourly rates. In making

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

2

this evaluation, Jenner & Block obtains third-party consultant information to assist it in determining an appropriate rate schedule for its billing professionals.

    I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief formed after reasonable inquiry.

Executed on December 16, 2022

                                          */s/ Vincent E. Lazar*
                                          Vincent E. Lazar