JENNER & BLOCK LLP
Catherine L. Steege (admitted *pro hac vice*)
Vincent E. Lazar
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350

Richard Levin
Kayvan Sadeghi
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF FIRST INTERIM FEE
## APPLICATIONS OF EXAMINER'S PROFESSIONALS

Please take notice that Shoba Pillay, Examiner in these chapter 11 cases (the "**Examiner**"),

Jenner & Block LLP, counsel to the Examiner ("**Jenner & Block**"), and Huron Consulting

Partners LLC, financial advisor to the Examiner ("**Huron**," and together with the Examiner and

Jenner & Block, the "**Professionals**"), filed their first interim fee applications at Docket Nos. 1717

and 1719 (the "**Interim Fee Applications**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Please take further notice that any responses or objections to the Interim Fee Applications for any party other than the United States Trustee or the Fee Examiner must be filed on or before **January 5, 2023 at 12:00 p.m. (Eastern Standard Time)**. At the same time, you must serve a copy of the objection or response on the applicable Professionals.

Please take further notice that the United States Trustee and the Fee Examiner may review and object to the Interim Fee Applications by February 15, 2023 in accordance with the fee review schedule set forth in the proposed *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures For the Review of Fee Applications of Retained Professionals* [Dkt. 1445].

Please take further notice that a hearing on the Interim Fee Applications has not yet been scheduled.

Please take further notice that copies of the Interim Fee Applications and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*(Signature page follows.)*

Dated: December 18, 2022

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ *Vincent E. Lazar*
Catherine L. Steege (admitted *pro hac vice*)
Vincent E. Lazar
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
vlazar@jenner.com
csteege@jenner.com

Richard Levin
Kayvan Sadeghi
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
rlevin@jenner.com
ksadeghi@jenner.com

*Counsel to the Examiner*