# EXHIBIT A



Gartner Inc.
13200 Paul J Doherty Parkway
Ft. Myers, FL 33913

Telephone: +1 239.561.4000
Remittance: CashApplications@gartner.com

# Invoice

Bill-to:

Trunshedda Ramos
01
CELSIUS LENDING LLC
221 RIVER ST FL 9
Hoboken, NJ 07030-5990

P.O. No :
Client Tax Id :

Invoice No : 1162499
Date : 04/20/2022
Client : 19314615

| Description | Amount |
|---|---:|
| Gartner for HR Leaders (Midsize) Reference Member (05/2022 - 08/2022) | |
| Gartner for HR Leaders (Midsize) Team Leader (05/2022 - 08/2022) | |
| Talent Neuron   Regional (05/2022 - 08/2022) | |
| Subtotal | 37,200.00 |
| NJ Sales Tax: | 2,464.50 |
| **Total Amount Due**      USD | **39,664.50** |

**Terms:  30 Days from Invoice Date**

**Remit Payment to:**
Gartner Inc.
P.O. Box 911319
Dallas, TX 75391-1319
USA

**Wire/ACH Payments To:**
JP Morgan Chase Bank, NA
Redacted
Account Name: Gartner
Account No. Redacted
ABA no: Redacted
Swift: Redacted

Federal Tax ID: Redacted
**Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Gartner contract.**
**Please reference your invoice number when remitting payment**

If you receive instructions to change Gartner payment instructions, please contact
our Treasury department at treasury@gartner.com to confirm the details.

Original