# EXHIBIT B

22-10964-mg    Doc 1744-2    Filed 12/19/22    Entered 12/19/22 11:51:54    Exhibit B
Pg 1 of 2



Gartner Inc.
13200 Paul J Doherty Parkway
Ft. Myers, FL 33913

Telephone: +1 239.561.4000
Remittance: CashApplications@gartner.com

# Invoice

Bill-to:

Trunshedda Ramos
01
CELSIUS LENDING LLC
221 RIVER ST FL 9
Hoboken, NJ 07030-5990

P.O. No :
Client Tax Id :

Invoice No : 1172858
Date : 08/02/2022
Client : 19314615

| Description | Amount |
|---|---|
| Gartner for HR Leaders (Midsize) Reference Member (09/2022 - 12/2022) | |
| Gartner for HR Leaders (Midsize) Team Leader (09/2022 - 12/2022) | |
| Talent Neuron   Regional (09/2022 - 12/2022) | |
| Subtotal | 37,199.98 |
| NJ Sales Tax: | 2,464.50 |
| **Total Amount Due** USD | **39,664.48** |

**Terms:** 30 Days from Invoice Date

**Remit Payment to:**
Gartner Inc.
P.O. Box 911319
Dallas, TX 75391-1319
USA

**Wire/ACH Payments To:**
JP Morgan Chase Bank, NA
Redacted
Account Name: Gartner
Account No. Redacted
ABA no: Redacted
Swift: Redacted

**Federal Tax ID:** Redacted
Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Gartner contract.
Please reference your invoice number when remitting payment

If you receive instructions to change Gartner payment instructions, please contact
our Treasury department at treasury@gartner.com to confirm the details.

Original