**Hearing Date: December 20, 2022 at 10:00 a.m.**

**MCELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP**
Jeffrey Bernstein
570 Broad Street
Newark, NJ 07102
Telephone: (973) 565-2183
Facsimile: (973) 622-5314
E-mail: jbernstein@mdmc-law.com

-and-

**MCELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP**
Nicole Leonard
225 Liberty Street, 36th Floor
New York, NY 10281
Telephone: (973) 565-2048
E-mail: nleonard@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK, LLC, *et al.*[1], | ) Case No. 22-10964-MG |
| | ) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATION OF SERVICE**

    **I HEREBY CERTIFY** that on Monday, December 19, 2022 a true and correct copy of the *Joinder and Response of the New Jersey Bureau of Securities to Motion to Appoint Chapter 11 Mediator [Doc No. 1630] and Joinder Requesting New Jersey Be directed to Participate in*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LL (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, NJ 07030.

*Mediation [Doc. No. 1680] and Reservation of Rights* was e-filed and served via ECF notification to all parties registered to receive notification of such filings.

A true and correct copy of the above-referenced filing was also sent via e-mail on December 19, 2022 to counsel to the Debtors and the United States Trustee at the following e-mail addresses:

>CelsiusRx@kirkland.com
>Shara.Cornell@usdoj.gov
>Mark.Bruh@usdoj.gov
>Brian.Masumoto@usdoj.gov

        **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated:  December 19, 2022      */s/ Jeffrey Bernstein*
                                                Jeffrey Bernstein