**Hearing Date:  December 19, 2022**
**Hearing Time: 10:00 a,m,**

David J. Adler
McCARTER & ENGLISH, LLP
825 8th Avenue
Worldwide Plaza
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
E-mail: dadler@mccarter.com
*Attorneys for the ad hoc group or Borrowers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.,*[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

**PARTIAL JOINDER AND RESPONSE OF THE AD HOC GROUP
OF BORROWERS IN THE MOTION FOR THE ENTRY OF AN ORDER (I)
APPOINTING A CHAPTER ELEVEN MEDIATOR (II) DIRECTING MANDATORY
MEDIATION AND (III) GRANTING RELATED RELIEF [DOC. NO. 1630]**

The ad hoc Group of Borrowers (collectively, the "Borrowers")[2], by and through their

counsel, McCarter & English, LLP, hereby file this partial joinder and response to the Motion

For The Entry Of An Order (I) Appointing A Chapter Eleven Mediator (II) Directing Mandatory

Mediation And (III) Granting Related Relief [Doc. No. 1630] (the "Mediation Motion") and

respectfully state as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business is 121 River Street, PH05, Hoboken, New Jersey 07030.
[2]. The Borrowers consist of persons who deposited their cryptocurrency as collateral against loans provided by Celsius Lending, LLC.

## **PARTIAL JOINDER**

The ad hoc Group of Borrowers join in the Mediation Motion.   While other parties have

raised objections to the scope of the mediation, the ad hoc Group of Borrowers believe that the

subject matter of the mediation should include, at a minimum, plan related issues between Earn

and the borrowers, the two largest creditor constituencies in this bankruptcy case.

**WHEREFORE,** the Borrowers respectfully requests that the Court enter an appropriate

order granting the Mediation Motion.

Dated: New York, New York
      December 19, 2022

                      **McCARTER & ENGLISH, LLP**

              By:   */s/ David J. Adler*
                   David J. Adler
                   (A member of the Firm)
                   Email: dadler@mccarter.com
                   825 8th Avenue
                   Worldwide Plaza
                   New York, New York 10019
                   Telephone: (212) 609-6847
                   Facsimile: (212) 609-6921

                   *Attorneys for ad hoc Group of Borrowers*

2