**fred shanks &lt;fmspds@gmail.com&gt;**

## [Celsius Network] Re: Unfreeze account - Fmspds@gmail.com
3 messages

**Celsius Network** &lt;support@celsius.network&gt;  Tue, Jun 14, 2022 at 3:10 AM
Reply-To: Celsius Network &lt;support@celsius.network&gt;
To: fred shanks &lt;fmspds@gmail.com&gt;

##- Please type your reply above this line -##

Your request (#1013477) has been updated. To add additional comments, reply to this email.

 **Uros Stojanovic** (Celsius Network)
Jun 14, 2022, 09:10 UTC

Hello Fred,

Thank you for reaching out.

We would love to help out but I'm afraid your inquiry is not clear to us as your account is not frozen.
Could you please clarify your request so that we can make sure this gets to the right Celsius personnel and that it is resolved as soon as possible.

Looking forward to hearing back from you.

For additional assistance, please reply to this email or simply call us at 1-866-HODL-NOW (1-866-463-5669).
We are looking forward to your call!
Best regards and HODL on!
Uros Stojanovic
Customer Care Expert
| CelsiusRead our FAQs and learn more from our Help Center https://support.celsius.network/hc/en-us

This email is a service from Celsius Network. Delivered by Zendesk

[MQQRLV-55Z5L]

---

**fmspds** <fmspds@gmail.com>                                                                                                   Tue, Jun 14, 2022 at 5:17 AM
To: Celsius Network <support@celsius.network>

Celsius has frozen all accounts preventing me from transferring the required number of coins to cover the margin call. Unless Celsius unfreeze the account I CAN NOT meet the requirements of the loan fir the margin call.

Sent from my Galaxy

[Quoted text hidden]

---

**fmspds** <fmspds@gmail.com>                                                                                                   Tue, Jun 14, 2022 at 5:29 AM
To: Celsius Network <support@celsius.network>

I need to transfer the correct amount of BTC into my account to cover the margin call

Sent from my Galaxy

-------- Original message --------
From: Celsius Network <support@celsius.network>
Date: 6/14/22 3:10 AM (GMT-07:00)
To: fred shanks <fmspds@gmail.com>
Subject: [Celsius Network] Re: Unfreeze account - Fmspds@gmail.com

[Quoted text hidden]



**Screenshot_20220614-052458_Celsius.jpg**
360K