November 17th, 2022

Honorable Judge Martin Glenn

US Bankruptcy Court of the Southern District of New York

RE: Case Number 22-10964

NOV 29 2022

Dear Honorable Judge Glenn,

I am writing you today as I sit here feeling completely helpless and in the dark with this entire situation that Celsius has us all in. It's a real shame that it has come to this, and I trust that you will consider making us depositors your main priority and made whole before any institutions or directors are paid.

We depositors were led to believe that our hard-earned life savings were in secure custody held at Celsius. This wrong needs to be made right as millions of depositors will be financially ruined and will suffer greatly.

I currently have a balance held on Celsius in the amount of $66,891.09 and if I do not get my funds back it will cause a great deal of financial hardship for me and my family of 7. I felt as though I did my due diligence before setting up and account with Celsius, who would have dreamed that an exchange would have the right to freeze your account and pause all trading, withdrawals, and swaps. To make matters worse they continued to allow us to make deposits, so in short, they allowed more money to flow in but paused all outgoing withdrawals, this is downright absurd.

I also had a collateralized loan with Celsius and was notified in June that my loan would need to be paid off as my note was being called due to the market downturn. I then made several withdrawals from another exchange and deposited those funds into Celsius in order to pay off that loan. They took my withdrawals and wouldn't allow me to swap the coins into the currency I needed to in order to pay off my loan and froze my account, talk about a money grab!!! Now they have more of my money and I cant gain access to any of it, this is fraudulent business practice and they should be ashamed of themselves.

With the more recent news of FTX becoming insolvent and filing for bankruptcy the cryptocurrency market is suffering greatly as a whole. I just want to retain the remaining funds I have and secure them, so I don't run the risk of having to file for bankruptcy myself.

I appreciate you taking the time to read my plea for help and explanation of my current situation, please let me know if you have any questions or need any supporting documentation to help with this ongoing case.

Respectfully submitted,

Brock Johnson

*Brock Johnson*     11/17/2022

brockryanjohnson@gmail.com

3470 Huntington Springs Dr.
Rockingham, VA 22801

November 17th, 2022

Honorable Judge Martin Glenn

US Bankruptcy Court of the Southern District of New York

RE: Case Number 22-10964

Dear Honorable Judge Glenn,

I am writing you today as I've been feeling completely helpless and in the dark with this entire situation that Celsius has us in. It's a total shame that it has come to this, and I hope that you will consider making us depositors your main priority and made whole before any institutions or directors are paid.

We depositors were led to believe that our funds and the savings were in secure custody held at Celsius. This wrong needs to be made right as [illegible] greatly.

I currently have a balance held on Celsius in the amount of $56,893.[illegible] and if I do not get my funds back it will cause a great deal of financial hardship for me and my family of [illegible]. I felt as though I did my due diligence before setting up and account with Celsius, who would have dreamed that an exchange would have the right to freeze your account and pause all trading, withdrawals, and swaps. To make matters worse they continued to allow me to make deposits, so in short, they allowed more money to flow in but paused all outgoing withdrawals, this is downright absurd.

I also had a collateralized loan with Celsius and was notified in June that my loan would need to be paid off as my note was being called due to the market downturn. I then made several withdrawals from another exchange and deposited these funds into Celsius in order to pay off that loan. They took my withdrawals and wouldn't allow me to swap the coins into the currency I needed to in order to pay off my loan and froze my account, talk about a money grab!!! Now they have more of my money and I can't gain access to any of it. This is fraudulent business practice and they should be ashamed of themselves.

With the more recent news of FTX becoming insolvent and filing for bankruptcy the cryptocurrency market is suffering greatly as a whole. I just want to retain the remaining funds I have and secure them, so I don't run the risk of having to file for bankruptcy myself.

I appreciate you taking the time to read my plea for help and explanation of my current situation, please let me know if you have any questions or need any supporting documentation to help with this ongoing case.

Respectfully submitted,

Brock Johnson

[signature] 11/17/2022

[illegible]

[illegible] Harrington Springs Dr
Rockingham, VA 22801