UNITED DTATES BANKRUPCY COURT  
SOUTHERN DISTRICT OF NEW YOUK IN RE:  
CELSIUS NETWORK, LLC, et al, Debtors

Dec 11,2022

Case No. 22-10964 (MG)

To the Judge in charge of the overall case, Martin Glenn:

Just for the record, I was led to believe my deposit with Celsius was safe and secured. It was NOT to be lent or put at risk in any fashion. I had a SECURED claim to withdraw my deposits at any time.

I want my COINS RETURNED. I want the SAME coins, not some fake substitutes. I don't want cash in lieu of my coins. At minimum, I WANT A CHOICE with what is left.

Celsius was operated in a fraudulent manor, without the proper disclosures and licenses. The people responsible should be made to pay heavily, including jail time.

Regards,

Suzanne Kleiman  
23023 Kingfisher Dr.  
Indian Land, SC 29707

DEC 16 2022

SUZANNE ELLEN KLEIMAN
23023 KINGFISHER DRIVE
INDIAN LAND, SC 29707

**Celsius Account Email:** suzykleiman@gmail.com

**Celsius Network LLC** has listed your claim on Schedule **EF Part 2** as a **General Unsecured** claim comprising of the coin(s) listed in the table below. If you agree with the characterization, amount of your claim, and your claim is not listed as Contingent, Unliquidated, Disputed, you do not need to submit a claim form.

| SCHEDULE F LINE | | 3.1.538652 | | |
|---|---|---|---|---|
| INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | | | | |
| IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | | | | |
| EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON LOAN RECEIVABLE | |
| BTC 0.624015059645067<br>ETH 8.01661865167526<br>SOL 41.9985496480561 | | | | |

More information about filing your claim can be found in the enclosed Bar Date Notice.