B2100A (Form 210A) (12/15)

# Xclaim

**United States Bankruptcy Court**
**Southern District of New York**

In re **Celsius Network LLC, et al.**                              Case No. **22-10964 (MG)**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Dylan Jones** | **Serrur Investment Partners, LP** |
| Address of Transferor: | Address of Transferee: |
| 2210 Hudson Dr<br>Santa Barbara CA 93109 | 197 Freeman Street #3C<br>Brooklyn, NY 11222<br>ezra@serrurco.com |

Filed Claim #: **4880**
Transferred Claim Amount: **$165,205.79**
Date Claim Filed: **08/02/2022**

Scheduled Claim #: **3.1.158107**
Transferred Claim Amount: **as listed on schedule F (attached)**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DocuSigned by:
*Ezra Surrur*                                              12/08/2022
—278BB92F06BE41B...
Transferee / Transferee's Agent                             Date

[FILED 2022 DEC 15 P 1:0[?] U.S. BANKRUPTCY COURT S.D. OF N.Y.]

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                 Clerk of the Court

| SCHEDULE F LINE | CUSTOMER NAME | ADDRESS | INDUSTRY CLAIM INVESTMENT UNLIQUIDATED (YES/NO) | IS THE CLAIM SUBJECT TO OFFSET (YES/NO) | MAIN ACCOUNT | CUSTODY ACCOUNT |
|---|---|---|---|---|---|---|
| 3.1.158107 | DYLAN JONES | ADDRESS REDACTED | | | BTC 0.576249365295974<br>ETH 14.3862445423398<br>USDC 113542.949421634 | USDC 15000 |

Annex A

# EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**DYLAN JONES**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **SERRUR INVESTMENT PARTNERS, LP**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against Celsius Network LLC, et al., in the United States Bankruptcy Court, Southern District of New York, Case No. 22-10964

| Schedule/Claim Number | Claim Amount |
|---|---|
| 4880 | $165,205.79 |
| 3.1.158107 | as listed on schedule F (attached) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

Buyer:

**SERRUR INVESTMENT PARTNERS, LP**

By: Ezra Serrur

*DocuSigned by: Ezra Serrur*
278BB92F06BE41B...

Date: 12/08/2022

Seller:

**DYLAN JONES**

By: Dylan Jones

*DocuSigned by: Dylan Jones*
98384D8501314F5...

Date: 12/08/2022



UNITED STATES
BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

# 207959      - KH

December 15, 2022
13:14:35

TRANSFER OF CLAI
22-10964-MG11
Debtor: CELSIUS NETWORK, LLC
Judge: MARTIN GLENN
Trustee: Ronald Cohen
Amount:                $26.00

Total-> $26.00

FROM: 22-10964

```
UNITED STATES
BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

# 207959        - KH

December 15, 2022
13:16:35

TRANSFER OF CLAI
22-10964-MG11
Debtor: CELSIUS NETWORK, LLC
Judge: MARTIN GLENN
Trustee: Ronald Cohen
Amount:                    $26.00 CC



Total->    $26.00



FROM: 22-10964
```