# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

| | 300 North LaSalle | |
|---|---|---|
| Dan Latona | Chicago, IL 60654 | |
| To Call Writer Directly: | United States | Facsimile: |
| +1 312 862 3445 | +1 312 862 2000 | +1 312 862 2200 |
| dan.latona@kirkland.com | | |
| | www.kirkland.com | |

December 20, 2022

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

        Re:    *In re Celsius Network LLC,* No. 22-10964 (MG) – Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct A 2004 Examination of Willis Towers Watson [Docket No. 1392]

Dear Chief Judge Glenn:

        Pursuant to paragraph 27 of the Case Management Procedures, attached as Exhibit 1 to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], and upon agreement with the United States Trustee for the Southern District of New York (the "U.S. Trustee"), we write to request confirmation of the extension of the deadline for Willis Towers Watson US LLC to object to the *Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct A 2004 Examination of Willis Towers Watson* [Docket No. 1392] (the "Application") to January 5, 2023, at 4:00 p.m. (prevailing Eastern Time), as the U.S. Trustee now expects to present the Application and proposed order for approval on January 11, 2023 at 12:00 p.m. (prevailing Eastern Time).

Austin  Bay Area  Beijing  Boston  Brussels  Dallas  Hong Kong  Houston  London  Los Angeles  Munich  New York  Paris  Salt Lake City  Shanghai  Washington, D.C.

# KIRKLAND & ELLIS LLP

Sincerely,

*/s/ Dan Latona*

Dan Latona

cc:    Shara Cornell, Trial Attorney, Office of the United States Trustee