**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  david.turetsky@whitecase.com
         sam.hershey@whitecase.com
         azatz@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
         gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF FOURTH MONTHLY FEE STATEMENT
OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS
ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed its *Fourth Monthly Fee Statement of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From November 1, 2022 Through November 30, 2022* (the "**Monthly Fee Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients.[2] *See First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745] (the "**Interim Compensation Procedures**") ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Fee Statement, if any, shall: (a) conform to the title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the Interim Compensation Procedures; (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Fee Statement**, by (i) Elementus Inc. and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Fee Statement is served, the Debtors

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Compensation Procedures.

2

shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Fee Statement to Elementus.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Fee Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Fee Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

| | |
|---|---|
| Dated:  December 21, 2022<br>          New York, New York | Respectfully submitted, |

*/s/ Gregory F. Pesce*
_____
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
         sam.hershey@whitecase.com
         azatz@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
         gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
        sam.hershey@whitecase.com
        azatz@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
        gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO**
**FOURTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR**
**INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Name of Applicant: | Elementus Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | November 1, 2022 – November 30, 2022 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $597,530 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $478,024 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $119,506 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $50,752.51 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $648,282.51 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $528,776.51 |

This is a <u>monthly</u> fee invoice.

2



## Professional Hours Tracker - November 2022

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 1 December 2022

### Hours Summary

| Name | Role | Rate | Communications with M3, W+C, A+M, and external parties | Internal Development | Administrative Tasks | Total (hrs) | Cost |
|---|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 1.3 | 99.1 | 0 | 100.4 | $100,400 |
| Matt Lam | Senior Data Scientist | $900 | 0.4 | 83.1 | 0 | 83.5 | $75,150 |
| Sabrina Wang | Vice President | $900 | 0 | 51.9 | 0 | 51.9 | $46,710 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 4.7 | 91.9 | 0 | 96.6 | $86,940 |
| Sirish Jetti | Vice President | $800 | 0 | 56.5 | 0 | 56.5 | $45,200 |
| Hwasoo Lee | Senior Data Scientist | $900 | 0 | 55.9 | 0 | 55.9 | $50,310 |
| Bryan Oliveira | Senior Software Engineer | $900 | 0 | 43.4 | 0 | 43.4 | $39,060 |
| Matt Austin | Vice President | $800 | 0 | 43.2 | 1.1 | 44.3 | $35,440 |
| Bryan Young | Vice President | $800 | 2.8 | 60.8 | 0 | 63.6 | $50,880 |
| Nicholas Shaker | Project Manager | $600 | 19.4 | 52.5 | 1.6 | 73.5 | $44,100 |
| Robert MacKinnon | Project Manager | $600 | 0 | 38.9 | 0 | 38.9 | $23,340 |
| **Labor Totals** | | | | | | **708.5** | **$597,530** |

### Other Expenses

| Description | Date | Cost |
|---|---|---|
| Amazon Web Services Costs | | $ 38,004.11 |
| Google Cloud Platform | | $ 12,748.40 |
| **Other Expenses Totals** | | **$ 50,752.51** |
| **October 2022 Grand Total** | | **$ 648,282.51** |

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 1.3 |
| Internal Development | 99.1 |
| **Total** | **100.4** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/1/22 | Tuesday | 2.3 | SOFA-4 Review with Team | Internal Development |
| 11/2/22 | Wednesday | 5 | SOFA-4 Phase II Investigation Work | Internal Development |
| 11/3/22 | Thursday | 4.5 | Custody Wallet Data Review with Team and Audit | Internal Development |
| 11/3/2022 | Thursday | 2.4 | Token Burn Transaction Collection and Analysis Decomp with Team | Internal Development |
| 11/4/2022 | Friday | 1.3 | Internal call re: Custody Wallets | Internal Development |
| 11/7/2022 | Monday | 2.3 | Custody Wallets with No Funding Data Collection Review | Internal Development |
| 11/7/2022 | Monday | 1 | SOFA-4 Research re: final round of insiders | Internal Development |
| 11/8/22 | Tuesday | 11.3 | Interested Party Funding Activity and Transaction Analysis | Internal Development |
| 11/9/22 | Wednesday | 12.5 | Interested Party Investigation and Analaysis | Internal Development |
| 11/10/2022 | Thursday | 14.2 | Interested Party Data Confirmation and Wallet Analysis | Internal Development |
| 11/11/22 | Friday | 12.4 | Continuation of Interested PartyAnalysis | Internal Development |
| 11/12/22 | Saturday | 9.4 | Data Sanity Checking for Interested Party Transfers | Internal Development |
| 11/14/22 | Monday | 0.5 | Call with White and Case re: Interested Party fund transfers | Communications |
| 11/14/22 | Monday | 0.4 | Internal Call re: transaction monitoring | Internal Development |
| 11/15/2022 | Tursday | 3 | Prep for UCC Briefing | Internal Development |
| 11/16/2022 | Tuesday | 0.8 | UCC Briefing re: Interested Party/Celsius Connections | Communications |
| 11/15/22 | Tuesday | 2.1 | crypto transaction Data Review | Internal Development |
| 11/17/2022 | Thursday | 2.2 | Analysis of Interested Party and Celsius Transactions | Internal Development |
| 11/18/2022 | Friday | 0.4 | Internal Call re: crypto transaction Scheme Allegations | Internal Development |
| 11/18/2022 | Friday | 3 | Wallet Activity Data Review for team | Internal Development |
| 11/21/2022 | Monday | 0.5 | Internal call re: Insider wallet activity | Internal Development |
| 11/22/2022 | Tuesday | 4.1 | Interested Party Token Holdings Analysis | Internal Development |
| 11/28/2022 | Monday | 0.5 | Internal Call re: crypto transaction Allegations and Media Reporting TXNs | Internal Development |
| 11/29/2022 | Tuesday | 3.8 | Staked Ethereum Session with Team | Internal Development |
| 11/30/2022 | Wednesday | 0.5 | Internal call re crypto transaction and Staked Ethereum | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Lam | Senior Data Scientist |

**Summary**

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0.4 |
| Internal Development | 83.1 |
| **Total** | **83.5** |

**Details**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/1/22 | Tuesday | 2.3 | SOFA-4 Review with Team | Internal Development |
| 11/1/2022 | Tuesday | 4.6 | Custody Wallet Funding Investigation | Internal Development |
| 11/2/2022 | Wednesday | 3.3 | SOFA-4 Investigation Hand-Off with Team | Internal Development |
| 11/3/2022 | Thursday | 2.8 | Custody Wallet Data Review and Call Preparation | Internal Development |
| 11/4/2022 | Friday | 1.3 | Internal call re: Custody Wallets | Internal Development |
| 11/7/2022 | Monday | 6.4 | Custody Wallets with No Funding Data Collection | Internal Development |
| 11/8/22 | Tuesday | 9.5 | Interested Party Funding Activity and Transaction Analysis | Internal Development |
| 11/9/22 | Wednesday | 10.2 | Interested Party Investigation and Analaysis | Internal Development |
| 11/9/2022 | Wednesday | 0.4 | Call with M3 regarding interested party | Communications |
| 11/10/2022 | Thursday | 13.1 | Interested Party Data Collection, Wallet Clustering | Internal Development |
| 11/11/22 | Friday | 10.5 | Interested Party Wallet Clustering Algorithms | Internal Development |
| 11/23/22 | Wednesday | 6.5 | Catch-up re: crypto transaction and Media Reporting Transactions | Internal Development |
| 11/23/22 | Wednesday | 2.2 | Attribution Updates for Known Celcius Addresses | Internal Development |
| 11/28/2022 | Monday | 0.5 | Internal Call re: crypto transaction Allegations and Media Reporting TXNs | Internal Development |
| 11/28/2022 | Monday | 5.3 | Crypto transaction Staked Etherem Holdings Investigation | Internal Development |
| 11/29/2022 | Tuesday | 4.1 | Media Reporting TXNS Attributions Clustering Algorithm Research | Internal Development |
| 11/30/2022 | Wednesday | 0.5 | Internal call re crypto transactionand Staked Ethereum | Internal Development |

| Employee Name | Role |
|---|---|
| Sabrina Wang | Vice President |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 51.9 |
| Administrative Tasks | 0 |
| **Total** | **51.9** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/8/22 | Tuesday | 10.9 | Interested Party Activity and Transaction Analysis | Internal Development |
| 11/9/22 | Wednesday | 12.5 | Interested Party Data Visualizations and Analysis | Internal Development |
| 11/10/2022 | Thursday | 11.3 | Interested Party Data Visualization Iteration | Internal Development |
| 11/11/22 | Friday | 13.4 | Transaction Data Visualizations and UI Changes | Internal Development |
| 11/29/2022 | Tuesday | 3.8 | Staked Ethereum Session with Team | Internal Development |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 4.7 |
| Internal Development | 91.9 |
| **Total** | **96.6** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/1/2022 | Tuesday | 2 | Omnibus Hearing | Communications |
| 11/1/22 | Tuesday | 2.3 | SOFA-4 Review with Team | Internal Development |
| 11/2/2022 | Wednesday | 3.3 | SOFA-4 Investigation Hand-Off with Team | Internal Development |
| 11/2/2022 | Wednesday | 0.4 | Internal call re: transaction alerting | Internal Development |
| 11/2/2022 | Wednesday | 4.6 | Buy Back Investigation Data Finalization | Internal Development |
| 11/3/2022 | Thursday | 3.5 | Token Burn Transaction Collection and Analysis | Internal Development |
| 11/4/2022 | Friday | 1.9 | Call with Examiners re: Custody Wallets | Communications |
| 11/4/2022 | Friday | 1.3 | Internal call re: Custody Wallets | Internal Development |
| 11/7/2022 | Monday | 1.6 | Voyager Research and Analysis | Internal Development |
| 11/7/2022 | Monday | 2.2 | SOFA-4 Research re: final round of insiders | Internal Development |
| 11/8/22 | Tuesday | 10.9 | Interested Party Funding Activity and Transaction Analysis | Internal Development |
| 11/9/2022 | Wednesday | 0.4 | Call with M3 regarding Interested Party Withdrawals | Communications |
| 11/9/22 | Wednesday | 10.1 | Interested Party Investigation and Analayis | Internal Development |
| 11/9/2022 | Wednesday | 0.4 | Call with M3 regarding Interested Party and Transactions | Communications |
| 11/10/2022 | Thursday | 12 | Interested Party Data Collection and Wallet Generation | Internal Development |
| 11/11/22 | Friday | 13.1 | Tweak and Test Alrogithms for Wallet Clustering | Internal Development |
| 11/12/22 | Saturday | 7.4 | Data Collection for Interested Party Transfers | Internal Development |
| 11/14/22 | Monday | 0.4 | Internal Call re: transaction monitoring | Internal Development |
| 11/15/22 | Tuesday | 3.5 | Transaction Alerting Analysis | Internal Development |
| 11/16/22 | Wednesday | 0.5 | Internal Call re: current workflow status | Internal Development |
| 11/16/2022 | Wed | 2.4 | Crypto Transaction Investigation | Internal Development |
| 11/18/2022 | Friday | 0.4 | Internal Call re: Crypto Transaction | Internal Development |
| 11/18/2022 | Friday | 3.1 | Prep for Wallet Activity and Media Reporting Calls | Internal Development |
| 11/21/2022 | Monday | 0.5 | Internal call re: Insider wallet activity | Internal Development |
| 11/22/2022 | Tuesday | 3.6 | Insider Wallet Activity Number Collection | Internal Development |
| 11/28/2022 | Monday | 0.5 | Internal Call re: Crypto Transactions and Media Reporting TXNs | Internal Development |
| 11/29/2022 | Tuesday | 3.8 | Staked Ethereum Session with Team | Internal Development |
| 11/30/2022 | Wednesday | 0.5 | Internal call re Crypto Transaction and Staked Ethereum | Internal Development |

| Employee name | Role |
|---|---|
| Sirish Jetti | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 56.5 |
| **Total** | **56.5** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/8/22 | Tuesday | 10.9 | Interested Party Funding Activity and Transaction Analysis | Internal Development |
| 11/9/22 | Wednesday | 11.4 | Interested Party Collapse Data Visualizations and Analysis | Internal Development |
| 11/10/2022 | Thursday | 10.9 | Interested Party Data Visualization Interation | Internal Development |
| 11/11/22 | Friday | 12.1 | Interested Party Token Pathways Research | Internal Development |
| 11/14/2022 | Monday | 7.4 | Interested Party Data Collection and Summarization, Hand-Off | Internal Development |
| 11/29/2022 | Tuesday | 3.8 | Staked Ethereum Session with Team | Internal Development |

| Employee Name | Role |
|---|---|
| Hwasoo Lee | Senior Data Scientist |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 55.9 |
| **Total** | **55.9** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/2/2022 | Wednesday | 0.4 | Internal call re: transaction alerting | Internal Development |
| 11/2/2022 | Wednesday | 3.3 | SOFA-4 Investigation Hand-Off with Team | Internal Development |
| 11/8/22 | Tuesday | 10.9 | Interested Party Funding Activity and Transaction Analysis | Internal Development |
| 11/9/22 | Wednesday | 12.1 | Interested Party Data Visualizations and Analysis | Internal Development |
| 11/10/2022 | Thursday | 12.9 | Interested Party Data Collection and Verification | Internal Development |
| 11/11/22 | Friday | 12.5 | Transaction Token Attributions and Analysis | Internal Development |
| 11/29/2022 | Tuesday | 3.8 | Staked Ethereum Session with Team | Internal Development |

| Employee Name | Role |
|---|---|
| Bryan Oliveira | Senior Software Engineer |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 43.4 |
| **Total** | **43.4** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/8/22 | Tuesday | 10.9 | Interested Party Funding Activity and Transaction Analysis | Internal Development |
| 11/9/22 | Wednesday | 9.3 | Interested Party Data Visualizations and Analysis | Internal Development |
| 11/10/2022 | Thursday | 12 | Interested Party Data Collection and Verification | Internal Development |
| 11/11/22 | Friday | 11.2 | Transaction Token Alerting Engine | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 43.2 |
| Administrative Tasks | 1.1 |
| **Total** | **44.3** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/8/22 | Tuesday | 10.9 | Interested Party Funding Activity and Transaction Analysis | Internal Development |
| 11/9/22 | Wednesday | 10.1 | Interested Party Collapse Data Visualizations and Analysis | Internal Development |
| 11/10/2022 | Thursday | 12.9 | Interested Party Data Analysis and Summary | Internal Development |
| 11/11/22 | Friday | 9.3 | Interested Party Structure Research/Alameda Interactions | Internal Development |
| 11/14/2022 | Monday | 1.1 | Administrative Tasks re: billable hours and expense reporting | Administrative Tasks |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 2.8 |
| Internal Development | 60.8 |
| Administrative Tasks | 0 |
| **Total** | **63.6** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/8/22 | Tuesday | 12.3 | Interested Party Analysis | Internal Development |
| 11/9/22 | Wednesday | 13 | Interested Party Collapse Data Visualizations and Analysis | Internal Development |
| 11/10/2022 | Thursday | 12.9 | Interested Party Collapse Analysis, Data Confirmation | Internal Development |
| 11/11/22 | Friday | 13.2 | Interested Party Collapse Chart Collection, Transaction Token Analysis | Internal Development |
| 11/12/2022 | Saturday | 0.8 | Call with White and Case re: Interested Party | Communications |
| 11/12/22 | Saturday | 8.4 | Interested PartyTransaction Analysis | Internal Development |
| 11/14/22 | Monday | 0.5 | Call with White and Case re: Interested Party fund transfers | Communications |
| 11/15/2022 | Tuesday | 0.5 | Interested Party/Celsius Transaction Data Review | Internal Development |
| 11/15/2022 | Tuesday | 0.8 | UCC Briefing re: Interested Party/Celsius Connections | Communications |
| 11/16/22 | Wednesday | 0.5 | Internal Call re: current workflow status | Internal Development |
| 11/21/2022 | Monday | 0.7 | All Advisors Bi-Weekly Call re: Interested Party Fallout | Communications |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 19.4 |
| Internal Development | 52.5 |
| Administrative Tasks | 1.6 |
| **Total** | **73.5** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 11/1/2022 | Tuesday | 2 | Omnibus Hearing | Communications |
| 11/1/2022 | Tuesday | 0.2 | Call with M3 re: buy backs and transaction monitoring | Communications |
| 11/2/2022 | Wednesday | 2.6 | UCC Call re: project progress and instigative workflows | Communications |
| 11/2/2022 | Wednesday | 0.4 | Internal call re: transaction alerting | Internal Development |
| 11/3/2022 | Thursday | 0.6 | All Advisors Bi-Weekly Call re: GK8 and liquidity | Communications |
| 11/4/2022 | Friday | 2.4 | VIP Transaction Analysis | Internal Development |
| 11/4/2022 | Friday | 1 | Call with Examiners re: Custody Wallets | Communications |
| 11/4/2022 | Friday | 1.3 | Internal call re: Custody Wallets | Internal Development |
| 11/7/2022 | Monday | 1.6 | Voyager Research and Analysis | Internal Development |
| 11/7/2022 | Monday | 1 | Insider Transaction Analysis | Internal Development |
| 11/7/2022 | Monday | 0.6 | All Advisors Bi-Weekly Call re: cash on hand | Communications |
| 11/7/2022 | Monday | 0.5 | SOFA 4 Missing Transactions Compillation and Reporting | Internal Development |
| 11/8/2022 | Tuesday | 1.9 | UCC Call re: project progress and instigative workflows | Communications |
| 11/8/22 | Tuesday | 9.2 | Interested Party Collapse Analysis | Internal Development |
| 11/9/2022 | Wednesday | 0.4 | Call with M3 regarding Interested Party Withdrawals | Communications |
| 11/9/22 | Wednesday | 9.4 | Interested Party Collapse Data Visualizations and Analysis | Internal Development |
| 11/9/2022 | Wednesday | 0.4 | Call with M3 regarding Interested Party and Transaction Holdings | Communications |
| 11/10/2022 | Thursday | 10.7 | Interested Party/Celsius Data Structuring | Internal Development |
| 11/10/2022 | Thursday | 0.5 | All Advisors Bi-Weekly Call re: Interested Party | Communications |
| 11/11/2022 | Friday | 6.5 | Insider TXN compiliation and reporting, slide generation, progress report creation | Internal Development |
| 11/14/2022 | Monday | 1.6 | Administrative Tasks re: billable hours and expense reporting | Administrative Tasks |
| 11/14/22 | Monday | 0.4 | Internal Call re: transaction monitoring | Internal Development |
| 11/14/22 | Monday | 0.3 | All Advisors Bi-Weekly Call re: Interested Party and Transaction Holdings | Communications |
| 11/15/2022 | Tuesday | 0.2 | Call with M3 re: customer withdrawals during preference period | Internal Development |
| 11/15/2022 | Tuesday | 0.5 | Interested Party/Celsius Transaction Data Review | Internal Development |
| 11/15/2022 | Tuesday | 0.8 | UCC Briefing re: Interested Party/Celsius Connections | Communications |
| 11/15/2022 | Tuesday | 0.4 | Call with M3 re: Interested Party/Celsius Connections | Communications |
| 11/16/22 | Wednesday | 0.5 | Internal Call re: current workflow status | Internal Development |
| 11/16/2022 | Wednesday | 0.5 | Call with M3 re: Media reporting transactions analysis | Communications |
| 11/17/2022 | Thursday | 2.2 | Analysis of Interested Party and Celsius Transactions | Internal Development |
| 11/18/2022 | Friday | 0.4 | Internal Call re: Crypto Transaction Allegations | Internal Development |
| 11/21/2022 | Monday | 0.5 | Internal call re: Insider wallet activity | Internal Development |
| 11/21/2022 | Monday | 0.7 | All Advisors Bi-Weekly Call re: Interested Party | Communications |
| 11/23/2022 | Wednesday | 3.9 | UCC Call re: sale options, legal proceedings, general crypto-community concerns | Communications |
| 11/28/2022 | Monday | 0.5 | Internal Call re: Crypto Transaction and Media Reporting TXNs | Internal Development |
| 11/28/2022 | Monday | 0.4 | Call with M3 re: media reporting transactions confirmation needs | Communications |
| 11/28/2022 | Monday | 0.4 | All Advisors Bi-Weekly Call re: upcoming UCC briefing | Communications |
| 11/29/2022 | Tuesday | 3.8 | Staked Ethereum Session with Team | Internal Development |
| 11/30/22 | Wednesday | 1.6 | UCC Briefing re: current workstreams and Celsius coin holdings | Communications |
| 11/30/2022 | Wednesday | 0.5 | Internal call re Crypto Transaction and Staked Etherium | Internal Development |
| 11/30/2022 | Wednesday | 0.2 | Progress call with M3 regarding relationship between Interested Party and Celsius, and Crypto Transcation | Communications |

| Employee Name | Role |
|---|---|
| Robert MacKinnon | Project Manager |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 38.9 |
| Administrative Tasks | 0 |
| **Total** | **38.9** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/8/22 | Tuesday | 7.2 | Interested Party Funding Activity and Transaction Analysis | Internal Development |
| 11/9/22 | Wednesday | 9.7 | Interested Party Collapse Data Visualizations and Analysis | Internal Development |
| 11/10/2022 | Thursday | 11.9 | Interested Party Data Work - Alameda Data Gathering | Internal Development |
| 11/11/22 | Friday | 10.1 | Alameda Loans Data Summary, Timeline Drafting | Internal Development |