Thomas Kanschat

3322 Mentone Ave, Apt 15 Los Angeles CA 90034

December 22nd, 2022

Honorable Judge Martin Glenn

RE: Case 22-10964

Dear Honorable Judge Glenn,

I am writing to you regarding the accidental transfer of assets made after Celsius' bankruptcy filing date. On November 6th, 2022 I transferred ETH accidentally from an external wallet into to my Celsius account. This occurred due to my Celsius deposit address being selected by mistake under my saved addresses. Once initiated, I was not able to stop the transaction, although I did try.

I received a confirmation email from Celsius confirming the successful deposit of said assets into my "Custody Account." My balance within the Celsius application also reflects this amount.

After reaching out to Celsius Customer Support, they stated "Under the Bankruptcy Code, which is U.S. federal law, transfers of digital assets to the Celsius Platform after the Petition Date may receive different legal treatment than those assets transferred before the Petition Date."

I respectfully ask for clarification on this issue and whether these funds will be returned in full and/or are excluded from the Estate. Thank you for your time.

Respectfully,

*Thomas Kanschat*

Thomas Kanschat