UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Contrarian Funds, LLC, Attn: Alpa Jimenez at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1033]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1195]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1642]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1664]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1696]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1033]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Bradford Capital Holdings, LP, Attn: Brian L. Barger at PO Box 4353, Clifton, NJ 07012:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1034]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1279]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1034]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on SLFAQ, LLC, Attn: Jarred Herzberg at 670 White Plains Road, Penthouse Suite, Scarsdale, NY 10583:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1035]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1329]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Stutt, Josh at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1035]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Cherokee Debt Acquisition, LLC, Attn: Vladimir Jelisavcic at 1384 Broadway, Suite 906, New York, NY 10018:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1061]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1170]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1233]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1663]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Foti, Mario at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1061]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Invictus Global Management, LLC, Attn: Cindy Chen Delano at 310 Comal Street, Building A, Suite 229, Austin, TX 78702:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1074]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1075]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1415]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1678]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Moure, Brian at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1074]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Moure, Madison at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1075]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Raymond, Anthony at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1170]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on NovaWulf Digital Parallel Master Fund, L.P., Attn: Michael Abbate at 9 Federal Street, Easton, MD 21601:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1180]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1365]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on MHT Super Pty Ltd. at 30 Coobowie St, Broadbeach Waters, 4218, Australia:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1180]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1195]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Buysse, Michael at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1233]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1279]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Friedman, Andrew at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1329]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Giorgianni, Massimo at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1365]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Wicks, Tom at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1415]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on KB507 LLC, Attn: Thomas Braziel at 10830 SW 69 Ave, Pinecrest, FL 33156:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1598]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1600]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1598]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit F**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1600]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Sommer-Buechler, Casey at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1642]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Oliva, Kevin at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1663]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Pak, Alexis Sehak at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1664]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Cheung, Kenny Chi Hang at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1678]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Martin, Arthur Charles at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 1696]**

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Serrur Investment Partners, LP at 197 Freeman Street, #3C, Brooklyn, NY 11222:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1770]**

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on December 22, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jones, Dylan at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 1770]**

Dated: December 27, 2022

Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 27th day of December, 2022, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| JOSEPH PASSALACQUA | ADDRESS REDACTED |
| PASSALACQUA, JOSEPH | ADDRESS REDACTED |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| RUIZ, DAMIAN | ADDRESS REDACTED |
| RUIZ, DAMIAN | ADDRESS REDACTED |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1

# **<u>Exhibit C</u>**



## Exhibit C

Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| WEXLER, MICHAEL | ADDRESS REDACTED |
| WEXLER, MICHAEL | ADDRESS REDACTED |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1

# **<u>Exhibit D</u>**



**Exhibit D**
Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| SAINT-ETIENNE, FRANCK | ADDRESS REDACTED |
| SAINT-ETIENNE, FRANCK | ADDRESS REDACTED |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1

# Exhibit E

**STRETTO**

**Exhibit E**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF; INVICTUS CAPITAL FINANCIAL TECHNOLOGIES; SPC | | ARTEMIS HOUSE, 67 FORT STREET, 1ST FLOOR | GEORGE TOWN | GRAND CAYMAN | KY1-1102 | CAYMAN ISLANDS |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC - CRYPTO10 SP | C/O WEST BAY GLOBAL SERVICES LTD | ARTEMIS HOUSE, 67 FORT STREET | GEORGE TOWN | | | CAYMAN ISLANDS |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1

# Exhibit F

STRETTO

**Exhibit F**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC - CRYPTO20 SP | C/O WEST BAY CORPORATE SERVICES LIMITED | ARTEMIS HOUSE | 67 FORT STREET | GEORGE TOWN | | CAYMAN ISLANDS |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC - CRYPTO20 SP | | 67 FORT STREET | | GRAND CAYMAN | KY1-1102 | CAYMAN ISLANDS |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1