# Exhibit 3

**Exhibit A**

**Corporate Organizational Structure**

(*See attached*)

# Celsius Organizational Structure
*Filing Entity Analysis*

**Legend:**
- Non-Filing Entity (light gray)
- Filing Entity (dark blue)

**Celsius Network Inc. (Del.)** [Filing Entity]
├── **Celsius Networks Lending LLC (Del.)** [Filing Entity]
└── **Celsius Network Limited (UK)** [Filing Entity]
    ├── Celsius Network Europe d.o.o. Beograd (Serbia)
    ├── Celsius EU UAB (Lithuania)
    ├── Celsius Network IL Ltd (Israel)
    │   ├── Celsius Network IL Ltd. – Bulgaria Branch
    │   └── GK8 Ltd (Israel)
    │       ├── GK8 USA LLC (Del.)
    │       └── GK8 UK Limited (UK)
    ├── **Celsius US Holding LLC (Del.)** [Filing Entity]
    │   ├── **Celsius Mining LLC (Del.)** [Filing Entity]
    │   │   └── Celsius Mining IL Ltd (Israel)
    │   ├── **Celsius Network LLC (Del.)** [Filing Entity]
    │   ├── **Celsius Lending LLC (Del.)** [Filing Entity]
    │   ├── Celsius US LLC (Del.)
    │   │   └── Celsius Management Corp (Del.)
    │   ├── Celsius Operations LLC (Del.)
    │   ├── **Celsius KeyFi LLC (Del.)** [Filing Entity]
    │   └── KN Media Manager, LLC (Del.)
    ├── Celsius Services CY Ltd (Cyprus)
    ├── Celsius (AUS) Pty Ltd. (Australia)
    └── Celsius Network Limited (Gibraltar)