# Exhibit 4

Open in app ↗                                                                                                              Sign up    Sign In

Search Medium

Celsius  Follow
Jun 23, 2021 · 3 min read · ▶ Listen

Save

# Celsius Community Update — June 23, 2021



At Celsius, we pride ourselves on our commitment to you — the community. As part of that commitment, we will always do our best to be as transparent as possible. Celsius is scaling globally at an exponential pace, and we're focused on making strategic, sustainable decisions that allow us to keep providing our unprecedented services to as many people as possible.

Celsius provides global services to customers around the world, while our business operations have been based out of the United Kingdom. Due to the increased regulatory uncertainty happening in the UK and recent news from the industry

♥ 517    💬 6

overall, we at Celsius have been evaluating our options to do what's in the best interest of our ever-growing community.

After careful consideration, we are excited to share that we will be migrating our main business activity and headquarters from the United Kingdom to the United States and where applicable, to several other jurisdictions. This will provide Celsius and its community with more stability, clarity, and development opportunities to continue expanding our global impact and infrastructure.

This decision also means that we have chosen to withdraw our application from the UK Financial Conduct Authority's (FCA) temporary registration regime for crypto asset firms. Instead, our efforts will be focused on securing licenses and registrations in the US and other jurisdictions that will ensure the long-term viability of Celsius and its community.

**For the avoidance of doubt, all Celsius services for all existing customers remain unchanged.** Because Celsius business activities will no longer be based in the United Kingdom, we have closed registration for new customers residing in the UK until further notice. If you are located in the United Kingdom and you have questions or require additional assistance, please reach out to our team directly at UKsupport@celsius.network.

Our team has been working diligently to chart the path for the future of Celsius, and we share this news with the utmost transparency and timeliness and with a clear path ahead. In the coming weeks, we will be sharing our detailed migration plan with the community, which will include updates to our Terms of Use and Privacy Policy. Thank you for your continued support as we work to bring the next 100 million people into crypto. We look forward to this exciting move, and we will be sharing additional information as it becomes available.

## About Celsius

Celsius is a democratized reward-earning and crypto lending platform accessible via web and mobile app. Built on the belief that financial services should only do what is

in the best interests of the community, Celsius is a modern platform where membership provides access to curated financial services that are not available through traditional financial institutions. Crypto holders can earn rewards by transferring their coins to their Celsius account and can borrow USD or stablecoins against their crypto collateral at interest rates starting at 1% APR.

Download the Celsius app and start earning rewards on your crypto today!

## Stay Connected!

Follow Celsius on Facebook, Twitter, LinkedIn, Reddit, Instagram, and YouTube.

About    Help    Terms    Privacy

Get the Medium app

