# Exhibit 5

**In the Matter Of:**

*In Re - Celsius Network LLC*

*OREN BLONSTEIN*

*November 22, 2022*



```
                                                                    1

 1                  UNITED STATES BANKRUPTCY COURT

 2                  SOUTHERN DISTRICT OF NEW YORK

 3

 4    In re                            )
                                       )
 5    CELSIUS NETWORK LLC,             )
      et al.,                          )  Case No.
 6                                     )  22-10964 (MG)
                  Debtor.              )
 7                                     )

 8

 9

10
                         ** CONFIDENTIAL **
11
                _____
12

13              VIDEO RECORDED EXAMINATION OF

14                        OREN BLONSTEIN

15              _____

16                           TAKEN ON

17
                     TUESDAY, NOVEMBER 22, 2022
18

19

20

21

22
     CERTIFIED STENOGRAPHER:
23     JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
       CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24     CCR-WA (No. 21007264), CSR-CA (No. 14420),
       REALTIME SYSTEMS ADMINISTRATOR
25     JOB NO.:  872582
```

22-10964-mg    Doc 1798-5    Filed 12/28/22    Entered 12/28/22 23:22:08    Exhibit 5
In Re - Celsius Network LLC              Pg 4 of 10                    Oren Blonstein
                                      Confidential                 November 22, 2022

178

```
 1   portfolio, what we called the kind of home
 2   page or the main portfolio page.
 3        Q.   Okay.  And what would happen if
 4   they clicked "remind me later"?
 5        A.   They would have seen this screen
 6   on the right.
 7        Q.   And so once they see this screen
 8   on the right, what would happen if they
 9   clicked "continue anyway"?
10        A.   Like, what was outlined in the
11   declaration about, like, Phase 2 and 3,
12   there would have been a period of time
13   where they would have been able to continue
14   to access the app.
15             But, you know, then eventually
16   they would have been -- they would lose --
17   lose the ability to earn -- to participate
18   in the earn program.
19        Q.   So I think you're talking
20   about -- and I'll have to refresh my
21   recollection on the dates -- but Phase 1
22   was beginning on July 22.  The initial
23   outreach happened, and then they had --
24   users had until August 5, 2021, to accept
25   it, or they would lose access.
```

22-10964-mg    Doc 1798-5    Filed 12/28/22    Entered 12/28/22 23:22:08    Exhibit 5
In Re - Celsius Network LLC         Pg 5 of 10                    Oren Blonstein
                              Confidential                       November 22, 2022

179

1         In between July 22 and August 5,
2    if they clicked "continue anyway," they
3    would be redirected to the main Celsius
4    app?
5         A.   Correct.
6         Q.   And when they were redirected to
7    the main Celsius app, could users then
8    withdraw their coins?
9         A.   Yeah, there was some period of --
10   yeah, if you could just give me a minute to
11   review this again.
12             (Pause for reading/reviewing.)
13        A.   Yeah, so this is kind of covered
14   in page 7, item -- or No. 19, that
15   paragraph where it says, "On August 5,
16   2021," which was the commencement of
17   Phase 2, "accounts who did not accept terms
18   of use Version 6 were suspended.  And once
19   suspended, accountholders could view their
20   account dashboard" -- that's what I was
21   calling the portfolio screen or the main
22   kind of home screen -- "but could not
23   conduct any transaction including
24   withdrawals unilaterally."
25             So if they wanted to withdraw

22-10964-mg   Doc 1798-5   Filed 12/28/22   Entered 12/28/22 23:22:08   Exhibit 5
In Re - Celsius Network LLC         Pg 6 of 10                    Oren Blonstein
                                  Confidential                 November 22, 2022

180

1  funds, they would need to work with our
2  customer support team to do that.
3        Q.   And that's for the period between
4  July 22 on, or was that after July 22?
5        A.   That was starting on August 5.
6  So basically people were notified they had
7  a period of time to accept.  Then they were
8  suspended starting August 5, if they had
9  not accepted.
10             And then on August 19, we
11 discontinued the payout of rewards to those
12 accounts.
13       Q.   So between July 22 and August 5,
14 if you clicked "continue anyway," could you
15 access your app and withdraw your funds?
16       A.   That's my understanding, yes.
17       Q.   And then why did the company
18 suspend accounts after August 5?
19       A.   Because of the -- I'm just trying
20 to think of this -- the reasons for making
21 the change in the Celsius entity that we
22 were -- that the customers -- sorry.
23             Let me say that more efficiently.
24             The whole purpose of -- or one of
25 the main purposes of the Version 6 terms of

22-10964-mg   Doc 1798-5   Filed 12/28/22   Entered 12/28/22 23:22:08   Exhibit 5
In Re - Celsius Network LLC          Pg 7 of 10                    Oren Blonstein
Confidential                                                  November 22, 2022

181

1  use was changing the company that the
2  customers were engaging with from the UK
3  entity to the U.S. entity.
4          It was important that we
5  stopped -- if customers were not accepting
6  the new terms of use, it was important that
7  we stop providing services to them from
8  the -- you know, as a UK company.
9      Q.   And why did you stop users -- or
10 suspend users' accounts?  Why did Celsius
11 suspend users' accounts before they stopped
12 them from earning rewards?
13         MS. BRIER:  Object to form.
14         THE WITNESS:  Yeah.  I think
15     definitely, like, someone with, you
16     know, more of the legal and regulatory
17     background may be better to answer that
18     question.
19         But generally, we were -- I think
20     that there was -- there's generally a
21     lag between when we -- when we would
22     suspend a user's account and when we
23     would stop paying them rewards.  But I
24     don't -- I don't know the background
25     for why that decision was being made.

182

1              MS. BRIER:  And, Aaron, just as a
2         time check, I think you have about five
3         minutes left on the record for the
4         three hours.
5    BY MR. COLODNY:
6         Q.   After this date, Celsius
7    continued to do all of its investing
8    activities through the UK company, correct?
9              MS. YANEZ:  Objection.
10             THE WITNESS:  That is my
11        understanding, yes.  Correct.
12   BY MR. COLODNY:
13        Q.   Can Celsius -- you mentioned
14   before that you can see where people come
15   in from.
16             Can Celsius send coins back to
17   users without their consent?
18             MS. BRIER:  Objection to form.
19        Outside the scope.
20             THE WITNESS:  Can we send them
21        back to them?
22             I'm not aware of any instance
23        where we did.  I mean, we had the
24        ability to do that, but -- because
25        we're in control of the coins.

183

1            But, yeah, I'm not aware of a
2       case where we did that.
3    BY MR. COLODNY:
4       Q.   But there's nothing preventing
5    Celsius from sending the three Bitcoins I
6    deposited on it unilaterally back to my
7    address where I deposited them from?
8       A.   Yeah.  And there's a very good
9    reason why you wouldn't want to do that,
10   which is that, you know, oftentimes the
11   address from which we receive the coins
12   from may be the withdrawal -- like, the
13   outbound address, for example, of an
14   exchange.
15           And if you were to send the coins
16   back to that address, it's not the
17   user's -- that's not the actual user's
18   address.  So you could potentially cause
19   the customer to lose their coins.
20      Q.   Did Celsius make any attempt to
21   send users' assets back to them that did
22   not accept the terms of use?
23      A.   Not to my knowledge.
24      Q.   Did Celsius provide users with
25   advance notice of the terms of use

                                                                              184

1  Version 6, or was the first email sent on
2  July 22?
3       A.   Yeah.  Like I was saying earlier,
4  I just checked -- and I think that was
5  yesterday -- in my personal email, and I
6  got the email on July 22.
7       Q.   Okay.  Do you know why users --
8            MR. COLODNY:  Well, I think I'll
9       reserve my two minutes for any
10      rebuttal, if I have it.
11           MS. BRIER:  Sounds good.
12           MR. COLODNY:  Thank you very
13      much.
14           THE WITNESS:  Sure thing.
15           MS. BRIER:  Do you want to go off
16      the record?
17           MR. COLODNY:  Yes.
18           MS. BRIER:  Awesome.
19           We can go off the record.
20           THE VIDEOGRAPHER:  All right.
21      The time is currently 1:19 p.m., and we
22      are going off the record for Media Unit
23      No. 2 of this testimony.
24  ///
25  ///