# Exhibit 9

Join the Most Important Conversation - Register

☰   CoinDesk

## Business

# Celsius Network Series B Expands to $750M

The crypto lender said in October that the $400 million it raised then would reassure regulators of the credibility of its businesses.

By Eliza Gkritsi

Nov 25, 2021 at 12:24 a.m. EST
Updated Nov 29, 2021 at 10:56 a.m. EST



*Celsius CEO Alex Mashinsky (CoinDesk Archives)*



Join the most important conversation in crypto and Web3 taking place in Austin, Texas, April 26-28.

**Secure Your Seat**

Celsius Network's Series B was expanded to $750 million, up from $400 million at a $3.25 billion valuation announced in October.

The news was first reported by Blockworks late on Nov. 24. The crypto lender's CEO, Alex Mashinsky, and the company's official account both tweeted the story, while the Celsius team confirmed the story to CoinDesk in a message.

Celsius closed a $400 million Series B in October led by growth equity firm WestCap, and Caisse de dépôt et placement du Québec (CDPQ), bringing its valuation to $3 billion. The company at the time stressed that the round would boost their

credibility with regulators.

The lender has been targeted by regulators in Alabama, Kentucky, New Jersey and Texas over alleged securities laws violations.

*Read more:* 3 States: Alabama Securities Commission Also Claims Celsius Violated Securities Laws

*UPDATE (Nov. 25, 05:23 UTC):* Clarifies that valuation was in October in first paragraph.

---

**Read more about**

Celsius   Lending   Policy   Regulation

| | | | |
|---|---|---|---|
| BTC | $16,665.01 | ▼ 1.00% | → |
| ETH | $1,209.65 | ▼ 0.55% | → |
| BNB | $245.72 | ▲ 1.38% | → |
| XRP | $0.36894951 | ▲ 0.70% | → |
| BUSD | $0.99988652 | ▲ 0.03% | → |

View All Prices

---

**Sign up for The Node, our daily newsletter bringing you the biggest crypto news and ideas.**

Email address

**Sign Up**

By signing up, you will receive emails about CoinDesk product updates, events and marketing and you agree to our *terms of services* and *privacy policy*.

**DISCLOSURE**

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.



**Eliza Gkritsi**

Eliza Gkritsi is CoinDesk's crypto mining reporter based in Asia.

Follow @egreechee on Twitter

---

**Trending**

**1** **CoinDesk Podcast Network**

Sam Bankman-Fried Borrowed From Alameda to Buy Robinhood Shares; DeGods and Y00ts to Migrate Chains

Dec 27, 2022



**2** **Sponsored Content**

The Blockchain Can Get So Private It Can't Be Audited – Until Now

Dec 27, 2022



**3** **Negocios**

Las DeFi son el camino a seguir, pero necesitan evolucionar

Dec 27, 2022



**4** **CoinDesk**

Ellison and Wang Will Be 'Game Changers' in Bankman-Fried's Trial, Lawyer Says

Dec 27, 2022

---



### About

About
Masthead
Contributors
Careers
Company News

### Stay Updated

Consensus
Newsletters
Follow

### Get In Touch

Contact Us
Advertise
Accessibility Help
Sitemap

### The Fine Print

Ethics Policy
Privacy
Terms Of Use
Do Not Sell My Personal Information

---

Please note that our **privacy policy**, **terms of use**, **cookies**, and **do not sell my personal information** has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a **strict set of editorial policies**. CoinDesk is an independent operating subsidiary of **Digital Currency Group**, which invests in **cryptocurrencies** and blockchain **startups**. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of **stock appreciation rights**, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

©2022 CoinDesk                                                                                                                                                 English