UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CELSIUS NETWORK LLC, et al.,

Debtors

Chapter 11

No. 22-10964 (MG)

(Jointly Administered)

CHEROKEE ACQUISITION

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:
**Miles Taliaferro**

Name and Current Address of Transferor:

**Miles Taliaferro
(Redacted)**

Name of Transferee:
**Contrarian Funds, LLC**

Name and Address where notices and payments to transferee should be sent:

**Contrarian Funds, LLC
Attn: Alpa Jimenez
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F Line (3.1.404450) | Miles Taliaferro | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Keith McCormack*
Transferee/Transferee's Agent

Date: December 29, 2022

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1.404450 | MILES TALIAFERRO | ADDRESS REDACTED | | | BTC 0.61566729470479<br>CEL 0.412581680930979<br>DOT 0.171283701800618<br>ETH 0.00112062804845821<br>LINK 0.011780449607016<br>SGB 0.0738999004815184<br>SNX 1.11275562770802<br>UNI 0.0715879517595041<br>USDC 207054.806338075<br>XRP 0.483408015753833 | B<br>C<br>U |
| 3.1.404451 | MILES TRINIMAN | ADDRESS REDACTED | | | ADA 779.747509356308 | |

| | | | |
|---|---|---|---|
| BTC 0.61566729470479<br>CEL 0.412581680930979<br>DOT 0.171283701800618<br>ETH 0.00112062804845821<br>LINK 0.011780449607016<br>SGB 0.0738999004815184<br>SNX 1.11275562770802<br>UNI 0.0715879517595041<br>USDC 207054.806338075<br>XRP 0.483408015753833 | BTC 0.00003034<br>CEL 0.0000809978665 27383<br>USDC 11.91 | | |