**Carla L. Marshall**
16 Maryhill Drive
Ladue, MO 63124
Tel: 314-503-6428

FILED
U.S. BANKRUPTCY COURT

2023 JAN -3  A 9: 46

S.D.N.Y.

## TO WHOM IT MAY CONCERN:

## THIS PACKAGE CONTAINS TWO SETS OF CORRESPONDENCE WHICH INCLUDE:

1. NOTARIZED CLAIM LETTER TO
   THE HONORABLE MARTIN GLENN
   CHIEF UNITED STATES BANKRUPTCYJUDGE
   UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK
   ONE BOWLING GREEN
   NEW YORK, NY 10004-1408

2. NINE EXHIBITS OF EVIDENCE

3. SELF-ADDRESSED STAMPED ENVELOPE FOR
   RETURN RECEIPT

## THESE ITEMS MUST BE RECEIVED BY THE ADDRESSEE AND RECORDED NO LATER THAN TUESDAY JANUARY 3, 2023!

THANK YOU,

*Carla L. Marshall*

CARLA L. MARSHALL

FILED
U.S. BANKRUPTCY COURT

2023 JAN -3  A 9: 46

S.D.N.Y.

**Carla Marshall**
16 Maryhill Lane
Ladue, MO 63124
Mobile: 314-503-6428

December 30, 2022

The Honorable Martin Glenn
Chief US Bankruptcy Judge
The United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Celsius Network, LLC, et al.
Chapter 11
Bankruptcy Claim
Case #22-10964

Dear Judge Glenn,

I have learned that the Court approved the Debtor's motion to allow certain Custody Assets and Withhold Assets to be returned to customers now. I am writing to tell you that there is one other category of Account ownership similarly situated, held by me as a client of Celsius Network, LLC. That category is called: "Frozen". My history is as follows:

06/04/21 – I originally opened an Earn Account, but did not deposit any funds. (Ex.#2)

08/03/21 – I received a reminder about accepting Celsius's "Terms of Use Agreement" by August 19, 2021, or I would lose services provided in the Celsius app. I had no money in the account and did not respond. (Ex.#3)

08/19/21 – I received a notice stating that as of that date my account was ineligible to continue earning rewards until I accepted the updates. The notice stated I could close it, but I chose to keep it open to see how Celsius was progressing. **I did not sign the Terms of Use Agreement, which Celsius acknowledged nor did I fund the account.** (Ex.#4)

On December 1 through 9, 2021, I finally thought it was safe to send Celsius some crypto, but **I was still uncomfortable with their Terms of Use Agreement, and did not sign it even after making the below listed deposits:**

-2-

12/01/21 – I sent 7.23244871 ETH acknowledged by Celsius (Ex.#5)
12/03/21 – I sent 0.20921578 ETH acknowledged by Celsius (Ex.#6)
12/09/21 – I sent 13.985 ETH acknowledged by Celsius. (Ex.#8)

12/09/21 – I received a notice that a new login was made to my account, and was advised to freeze my account immediately, which I proceeded to do. I also changed my passwords, as advised. I was so intimidated, that I never touched my account again.

12/09/21 – As a result of me freezing my account, I received a notice stating that my account would be "temporarily suspended", and that Celsius had taken the following measures:
  " **Access to my account is denied.**
  **All pending transactions have been cancelled.**
  **All active sessions have been logged out.**
To regain access to your account, please contact Celsius Support and we will assist you with further instructions".  (Ex.#9)

This indicated to me that **no one, including Celsius, had any access to my account for any purposes whatsoever, and that I retained ownership of my account's assets**.  My account remains in its "Frozen" status today.

From December 6, 2021 through June 13, 2022, I received a reward of $5.92, (Ex.#7) in direct contradiction of Celsius's statement that they would not give rewards to me unless I signed their agreement, which I never did.  The rewards also contradicted the statement that "all pending transactions were cancelled." According to their agreement, they should never have placed any rewards into my account, and I am not interested in keeping them.

In summary:

1.  I never signed the Celsius Terms of Use and Privacy Policy, which Celsius acknowledged, and was not subject to its restrictions.

2.  Within one hour and 32 minutes of depositing by ETH assets, I froze my account, and was assured that no one, including Celsius, had access to my account.

3.  Celsius has acknowledged that the existence of my account is undisputed, and is listed as containing ETH 22.0573710708645 in a Frozen Earn account.(Ex.#1)

4.  As a client with assets that were Frozen from inception to the present date, I believe that I had unambiguous ownership of the digital assets contained in my Frozen Earn account.

-3-

Therefore, I request that the Court please consider ordering any one of All the Debtors in this case to return my original deposit amounts to me in the same manner as they are being returned to those who hold Custody Assets and Withhold Assets. This has been quite a shock at 81 years of age. Thank you for your consideration.

Respectfully Submitted this 30th day of December, 2022,

*Carla L. Marshall*

Carla L. Marshall
Celsius Account Owner

## CERTIFICATE OF SERVICE

ONLINE EMAIL

I certify that all of the above and attached statements are true, and that copies of this filing have been sent via ~~Federal Express Overnight~~ to Celsius Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**IN WITNESS WHEREOF**, I have executed this Document in the County of St. Louis, State of Missouri, this 31st day of _December_, 20 22.

*Carla L. Marshall*
CARLA L. MARSHALL

**CARLA L. MARSHALL** is known to me, is eighteen years of age or older, of sound mind and voluntarily signs this Document in my presence.

_____
Notary Signature

Print Name _____ TIMOTHY R. BOYLE

Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 13403015
My Commission Expires Jul 23, 2025

Seal:



CARLA MARSHALL
16 MARYHILL LANE
LADUE, MO 63124

**Celsius Account Email:** gwcpllc@aol.com

**Celsius Network LLC** has listed your claim on Schedule **EF Part 2** as a **General Unsecured** claim comprising of the coin(s) listed in the table below. If you agree with the characterization, amount of your claim, and your claim is not listed as Contingent, Unliquidated, Disputed, you do not need to submit a claim form.

| SCHEDULE F LINE | 3.1.086262 | | |
|---|---|---|---|
| INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | | | |
| IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | | | |
| EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON LOAN RECEIVABLE |
| ETH 22.0573710708645 | | | |

**More information about filing your claim can be found in the enclosed Bar Date Notice.**

**From:** app@celsius.network,
**To:** gwcpllc@aol.com,
**Subject:** [Celsius Network] Successful PIN Activation - June 4, 2021 8:05 PM (UTC)
**Date:** Fri, Jun 4, 2021 3:05 pm

EXHIBIT #2

# Successful PIN Activation

Your request to set a PIN code on your account has been successful.

If you did not make this request please contact Celsius Support.

Click here to freeze your wallet immediately

**Celsius Network Limited,** The Harley Building,
77 - 79 New Cavendish Street,
London, W1W 6XB, United Kingdom
© Celsius 2021



EXHIBIT #2

**From:** app@celsius.network,
**To:** gwcpllc@aol.com,
**Subject:** [Celsius Network] Identity Verification Completed - June 4, 2021 8:13 PM (UTC)
**Date:** Fri, Jun 4, 2021 3:13 pm

# Identity Verification Completed

You are all set to make your first deposit, earn interest on your holdings, get USD and coin loans and so much more.

If you have any questions, please be sure to check out our Help Center page or contact Celsius Support.

**Celsius Network Limited,** The Harley Building,
77 - 79 New Cavendish Street,
London, W1W 6XB, United Kingdom
© Celsius 2021



11/14/22, 1:32 PM    22-10964-mg    Doc 181   IMPORTANT - 2 days to go. Please accept Celsius's Terms of Use by August 5, 2021   Filed 01/03/23   Entered 01/03/23 11:05:14   Main Document

Pg 8 of 19

EXHIBIT #3

**From:** hello@celsius.network,

**To:** gwcpllc@aol.com,

**Subject:** IMPORTANT - 2 days to go. Please accept Celsius's Terms of Use by August 5, 2021

**Date:** Tue, Aug 3, 2021 9:07 am

# Hi Carla,

This is a reminder to please review and accept our updated Terms of Use and Privacy Policy at your earliest convenience. To review and accept these updates, log in to your Celsius account on mobile or desktop and follow the in-app prompts.

If you do not accept our updated Terms of Use and Privacy Policy by **August 5, 2021**, you will lose access to the services provided in the Celsius app, and withdrawals will only be processed by reaching out to our customer support team. You will continue to earn rewards as before, and any active loans will not be affected.

If you do not accept by **August 19, 2021**, your account will no longer be eligible to earn rewards.

You can always withdraw your funds at any time and without any fees, and you will still be able to accept the updates and regain normal access to your Celsius account.

**The main changes to our Terms of Use include:**

- Your engagement will be with Celsius Network LLC, A Delaware company;

- Your relationship with us will be subject to the governing laws of New York;

- Disputes will be settled by arbitration;

These are not all of the changes in the updated documents, and you are requested to carefully read and make sure you understand the new terms.

If you do not agree to the updated Terms of Use or Privacy Policy, please contact our support team at app@celsius.network to withdraw your funds and close your account.

**Reminder:** Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

EXHIBIT #3

Go to your account

Made with ♡ by HODLers, for HODLers.

Celsius Network LLC
221 River Street, 9th Floor
Hoboken, NJ 07030

Celsius EU UAB
Gedimino pr. 20
Vilnius 01103, Lithuania

Celsius Network Limited
The Harley Building, 77-79 New Cavendish Street
London W1W 6XB, United Kingdom

Celsius Lending LLC
221 River Street, 9th Floor
Hoboken, NJ 07030 USA

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this website be viewed as an offer or inducement to make any financial decisions.

©2021 Celsius Network
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

©2021 Celsius Lending LLC - NMLS ID: 2063747

Unsubscribe

From: hello@celsius.network,

To: gwcpllc@aol.com,

Subject: IMPORTANT - Your Celsius account is no longer earning rewards.

Date: Thu, Aug 19, 2021 11:26 am

EXHIBIT #4

# Hi there,

Based on our records, you have not yet accepted the latest updates to Celsius's Terms of Use and Privacy Policy.

**As of today, your account is ineligible to continue earning rewards until you accept the updates.**

The rewards earned until today will be delivered to your account on Monday, but as of tonight (August 19th, 23:59 Central Time) rewards will no longer be calculated for your account until such time you choose to accept the changes.

You can accept these updates at any time through the Celsius app on mobile or desktop to regain normal access to your Celsius account. If you accept the changes at a later time, you will regain access to the services through our app and will resume earning rewards, **but you will not retroactively get the rewards for the period between August 19 and the time of your acceptance of the changes.**

**The main changes to our Terms of Use include:**

- Your engagement will be with Celsius Network LLC, A Delaware company;

- Your relationship with us will be subject to the governing laws of New York;

- Disputes will be settled by arbitration;

To review and accept these updates, log in to your Celsius account on mobile or desktop. These are not all of the changes in the updated documents, and you are requested to carefully read and make sure you understand the new terms.

If you do not agree to the updated Terms of Use or Privacy Policy, please contact our support team at tou@celsius.network to withdraw your funds and close your account.

**Reminder:** Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

EXHIBIT #4

Go to your account

Please Note: If you have already accepted the updated Terms of Use and Privacy Policy through our mobile or web app, it is possible that your acceptance was not recorded in our system for technical reasons, and we advise that you login to your account to confirm. If you have regular access to your account and do not see a page prompting you to accept the changes, then your acceptance was recorded. If this is the case, please disregard this email.

Made with ♡ by HODLers, for HODLers.

Celsius Network LLC
221 River Street, 9th Floor
Hoboken, NJ 07030

Celsius EU UAB
Gedimino pr. 20
Vilnius 01103, Lithuania

Celsius Network Limited
The Harley Building, 77-79 New Cavendish Street
London W1W 6XB, United Kingdom

Celsius Lending LLC
221 River Street, 9th Floor
Hoboken, NJ 07030 USA

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this website be viewed as an offer or inducement to make any financial decisions.

©2021 Celsius Network
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

©2021 Celsius Lending LLC - NMLS ID: 2063747

Unsubscribe

**From:** app@celsius.network,
**To:** gwcpllc@aol.com,
**Subject:** [Celsius] New Login 76.236.246.170
**Date:** Wed, Dec 1, 2021 4:21 pm

# Successful Login

We detected a new login to your Celsius account from:

**IP:**                                                                         76.236.246.170


**Location:**                                                              United States


If you did not make this request please contact Celsius Support.


Click here to freeze your account immediately


| **Celsius Network LLC** | **Celsius EU UAB** | **Celsius Network Limited** | **Celsius Lending LLC** |
|---|---|---|---|
| 221 River Street, 9th Floor Hoboken, NJ 07030 USA | Gedimino pr. 20 Vilnius 01103, Lithuania | The Harley Building, 77-79 New Cavendish Street London W1W 6XB, United Kingdom | 221 River Street, 9th Floor Hoboken, NJ 07030 USA |


© Celsius 2021                                                 

From: app@celsius.network,
To: gwcpllc@aol.com,
Subject: [Celsius] You've received ETH in your account
Date: Wed, Dec 1, 2021 4:45 pm

EXHIBIT #5

# You have received ETH!



You have received
## **7.23244871** ETH
in your account.

Your new ETH balance is **7.23244871 ETH**

If you have any questions, check out our Help Center or contact Celsius Support.

If you cannot access the buttons above, please see the below direct links you can click or copy and paste into your browser.

Help Center: https://support.celsius.network/hc/en-us

Celsius Support: https://support.celsius.network/hc/en-us/requests/new

| **Celsius Network LLC** | **Celsius EU UAB** | **Celsius Network Limited** | **Celsius Lending LLC** |
|---|---|---|---|
| 221 River Street, 9th Floor Hoboken, NJ 07030 USA | Gedimino pr. 20 Vilnius 01103, Lithuania | The Harley Building, 77-79 New Cavendish Street London W1W 6XB, United Kingdom | 221 River Street, 9th Floor Hoboken, NJ 07030 USA |

© Celsius 2021

  

EXHIBIT #6

**From:** app@celsius.network,
**To:** gwcpllc@aol.com,
**Subject:** [Celsius] You've received ETH in your account
**Date:** Fri, Dec 3, 2021 12:39 am

---

# You have received ETH!



You have received
## 0.20921578 ETH
in your account.

Your new ETH balance is **7.44166449 ETH**

If you have any questions, check out our Help Center or contact Celsius
Support.

If you cannot access the buttons above, please see the below direct links you can click or
copy and paste into your browser.

Help Center: https://support.celsius.network/hc/en-us

Celsius Support: https://support.celsius.network/hc/en-us/requests/new

| **Celsius Network LLC** | **Celsius EU UAB** | **Celsius Network Limited** | **Celsius Lending LLC** |
|---|---|---|---|
| 221 River Street, 9th Floor Hoboken, NJ 07030 USA | Gedimino pr. 20 Vilnius 01103, Lithuania | The Harley Building, 77-79 New Cavendish Street London W1W 6XB, United Kingdom | 221 River Street, 9th Floor Hoboken, NJ 07030 USA |

© Celsius 2021

  

EXHIBIT #7

**From:** app@celsius.network,
**To:** gwcpllc@aol.com,
**Subject:** [Celsius] Reward Payment Received
**Date:** Mon, Dec 6, 2021 1:57 am

# Rewards Received!



Your weekly rewards have been added to your account.
This week you earned:

## $5.92

Check Out Our Weekly Rates          ( **View Account Balance** )

If you have any questions, please be sure to check out our **Help Center**
page or contact **Celsius Support**.

# Rewards Explorer

If you want to learn more about your rewards distribution, go to one of
our Proof of Community platforms, Rewards Explorer.

## How to access Rewards Explorer?

→ Go to web app / All Transactions

→ Go to mobile app / Total earnings

→ Go to mobile app / Transaction details

EXHIBIT #7

( ▶ See how to get to Rewards Explorer )

If you cannot access the buttons above, please see the below direct links you can click or copy and paste into your browser.

Our weekly rates: https://celsius.network/rates/

View account balance: https://celsius.onelink.me/pYBy/account

Rewards Explorer: https://www.youtube.com/watch?v=8iJ-llh-Gow&ab_channel=CelsiusNetwork

**Celsius Network LLC**

221 River Street, 9th Floor
Hoboken, NJ 07030 USA

**Celsius EU UAB**

Gedimino pr. 20
Vilnius 01103, Lithuania

**Celsius Network Limited**

The Harley Building, 77-79
New Cavendish Street
London W1W 6XB, United
Kingdom

**Celsius Lending LLC**

221 River Street, 9th Floor
Hoboken, NJ 07030 USA

© Celsius 2021

f    

From: app@celsius.network,
To: gwcpllc@aol.com,
Subject: [Celsius] You've received ETH in your account
Date: Thu, Dec 9, 2021 11:05 am

EXHIBIT # 8

# You have received ETH!



You have received
## 13.985 ETH
in your account.

Your new ETH balance is **21.42796927 ETH**

If you have any questions, check out our Help Center or contact Celsius Support.

If you cannot access the buttons above, please see the below direct links you can click or copy and paste into your browser.

Help Center: https://support.celsius.network/hc/en-us

Celsius Support: https://support.celsius.network/hc/en-us/requests/new

| Celsius Network LLC | Celsius EU UAB | Celsius Network Limited | Celsius Lending LLC |
|---|---|---|---|
| 221 River Street, 9th Floor Hoboken, NJ 07030 USA | Gedimino pr. 20 Vilnius 01103, Lithuania | The Harley Building, 77-79 New Cavendish Street London W1W 6XB, United Kingdom | 221 River Street, 9th Floor Hoboken, NJ 07030 USA |

© Celsius 2021

f   

**From:** app@celsius.network,
**To:** gwcpllc@aol.com,
**Subject:** [Celsius] New Login 76.236.246.170
**Date:** Thu, Dec 9, 2021 12:01 pm

# Successful Login

We detected a new login to your Celsius account from:

**IP:**                                                     76.236.246.170

**Location:**                                               United States

If you did not **make this request please** contact Celsius Support.

Click here to freeze your account immediately

| Celsius Network LLC | Celsius EU UAB | Celsius Network Limited | Celsius Lending LLC |
|---|---|---|---|
| 221 River Street, 9th Floor Hoboken, NJ 07030 USA | Gedimino pr. 20 Vilnius 01103, Lithuania | The Harley Building, 77-79 New Cavendish Street London W1W 6XB, United Kingdom | 221 River Street, 9th Floor Hoboken, NJ 07030 USA |

© Celsius 2021

  

**From:** app@celsius.network,
**To:** gwcpllc@aol.com,
**Subject:** [Celsius] Your Account Has Been Temporarily Suspended
**Date:** Thu, Dec 9, 2021 12:37 pm

# Your Account Has Been Temporarily Suspended

**You are receiving this message because you have chosen to temporarily suspend activity on your account.**

We have taken the following measures:

- Access to your account is denied
- All pending transactions have been canceled
- All active sessions have been logged out

Please do the following <u>before</u> asking to activate your account:

- Change your Celsius account password to a unique and strong password
- Change your email password to a unique and strong password

To regain access to your account, please contact Celsius Support and we will assist you with further instructions.

Celsius Network LLC        Celsius EU UAB        Celsius Network Limited        Celsius Lending LLC