Cameron Crews                                                                December 30th, 2022
*Pro se litigant*
camcrews@proton.me

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Celsius Network LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) Jointly Administered |

**FORMAL NOTICE DECLARING CELSIUS NETWORK OPERATED**
**AS A PONZI SCHEME FROM 2021-2022**

Pursuant to IRS Revenue Ruling 2009-9 and Revenue Procedure 2009-20, this notice establishes 2022 as a valid discovery year for interested Celsius Network customers to claim Ponzi Investment Scheme relief.

This notice is not intended to influence the Court schedule as, indeed, attorneys interested in the case have generally elected to pretend Celsius Network operated as a legitimate business fallen on hard times. Such suspension of disbelief was presumably necessary for interested parties to reach an expedient conclusion to this bankruptcy case, not

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

to mention it allows them to pay themselves from what would effectively otherwise be the proceeds of crime.

Nonetheless, the evidence is clear that Celsius Network lacked revenue to fulfill rewards to customers and materially lied about their financial health to dupe customers into keeping their funds on the platform. Withdrawals from the platform (including rewards) were funded substantially by incoming deposits, which meets the definition of Ponzi Scheme.

> A **Ponzi scheme** *is an investment fraud that pays existing investors with funds collected from new investors.*[2]

**A Preponderance of Evidence affirms Celsius Network Operated as a Ponzi Scheme Since 2021**

Celsius claims to have paid out over $1B dollars to its "community." However, this figure was deceptive because much of these rewards were not withdrawn from the platform. Alarmingly, Celsius did not have the capacity to fulfill these rewards and so turned to tactics to encourage deposits, discourage withdrawals, and offload obligations to their fraudulent self-issued shitcoin, known as CEL token.

**Celsius Network Performance January 1, 2021 - July 13, 2022**

| | |
|---|---|
| Operations Costs[3] | $500,000,000 |
| Cryptocurrency Losses[4] | $300,000,000 |
| Revenue[5] | $98,944,227 |
| Profit (Loss) before rewards | **($701,055,773)** |
| | |
| Rewards "Paid"[6] | $700,000,000 |
| Profit (Loss) after rewards | **($1,401,055,227)** |

---

[2] https://www.investor.gov/protect-your-investments/fraud/types-fraud/ponzi-scheme
[3] Ferraro Deposition on 11/21/22 docket 1489-1, p96 (AKA docket 1489 p102) "There was operating expenses for 2021 and 2022 that totaled, off of memory, about a half a billion."
[4] Ibid. Cryptocurrency Losses estimated at $300M were described as "Losses in which we had to go back and purchase cryptocurrencies for the accounts so we didn't have a directional position."
[5] Statement of Financial Affairs (SOFA) docket 973, p20 lists Celsius Network LLC revenue at $37,676,924.23 for 2022 and $61,267,302.89 for 2021)
[6] Celsius announced crossing $1B in rewards in January of 2022. With AUM swelling from $400M in December 2020 to $20B in August of 2021 (as announced on their webpage, via the Internet Archive) we can estimate $700M in rewards credited to customers between 2021 and 2022.

While Celsius told their customers that business was going well through attestations on their website, marketing emails, and representations from company representatives, the company was hemorrhaging value at an alarming rate. Their operations costs appear to have exceeded their revenue by at least five-times, based upon court filings.

Celsius claimed to pay out 80% of their revenue to customers, creating the illusion that their Monday rewards were sourced from genuine economic activity. This was a lie. In his 11/21/22 deposition, interim CEO Chris Ferraro acknowledged that rewards payouts "exceeded 80%" of revenue. But he stopped short of explaining that these rewards payouts had zero justification at all; reward credits exceeded a mind-boggling 700% of revenue! Celsius had no capacity to fulfill these rewards other than to cannibalize principal and solicit new deposits. Celsius also consciously set their rates to be higher than competitors to solicit funds from other platforms.[7]

As further proof of their malfeasance, we can look to inefficiencies in "asset deployment" where Celsius solicited deposits and earned no return on those funds while racking up rewards obligations to customers. Firstly, we can look to approximately 40,000 BTC that Celsius transferred to Tether as collateral for a $900M USDT loan.[8] Celsius was paying 5-6%

---

[7] Oren Blonstein Deposition 11/22/22 docket 1489-2 p268 (1489 p735), "anytime there was a change in earn rates from platform to platform, you would see pretty significant movements of coins between them. So if BlockFi lowered their interest rate, we would see a rush of people coming from BlockFi to Celsius."

[8] https://tether.to/en/tether-discloses-celsius-loan-liquidation-process/ Details of Celsius's Tether loan suggest it was liquidated at $22k/BTC on July 8th 2022, which would require approximately 40k BTC to cover the ~$900M loan. While the loan was partially paid down (reportedly $840M was outstanding), inefficiencies associated with a mass-liquidation event suggest 40k BTC is a reasonable estimate of the collateral position size.

interest on this loan[9] and offering customers 6.2% APY on their first Bitcoin, 3.51% on balances beyond 1BTC, effectively accruing charges both on collateral and principal.  Meanwhile $600M of the proceeds was plowed into an ill-considered Bitcoin mining operation that wound up blowing up spectacularly as the investment was unhedged.

Celsius failed to protect their investment from downturns in the price of Bitcoin.  They inexplicably built their financial projections around a base case of Bitcoin price remaining stable with a "base case" of reaching $74.4k by 2024.[10] They further assumed "cost structure and capital expenditure kept constant" and disclosed their model "assumes BTC price is not hedged." This eventually resulted in the liquidation of 40,000 BTC collateral at a market price of approximately $22k in July of 2022, triggering further huge losses.

How Celsius deployed stablecoins more broadly continues the story of corporate malfeasance. In addition to the $600M plowed into mining, Celsius spent $500M on operations, $300M on covering cryptocurrency losses, and a mere $400M funding retail loans. To the extent Celsius was able to monetize collateral from the retail loans that were funded, only 22% of their stablecoins were being utilized for activities beneficial for the business.

Approximately $1B of those stablecoins were received from customer deposits, which Celsius was incurring 8% rewards fees on. They were not generating returns on these coins to fulfill their obligations to customers. In the six months since closing their platform, Celsius has never explained how they have been able to substantiate their rewards. Absent evidence of

---

[9] https://www.bloomberg.com/news/features/2021-10-07/crypto-mystery-where-s-the-69-billion-backing-the-stablecoin-tether The $900M USDT loan was first revealed in this October 2021 Bloomberg article covering Tether, where Alex Mashinsky revealed they paid 5-6% interest.
[10] See docket 1796, Exhibit D p105 "Base case model assumes BTC price will reach $74.4k by 2024"

economic activity justifying these rewards, with ample evidence of assets generating negative returns, the only reasonable conclusion is that Celsius operated as a Ponzi scheme.

Analysis of on-chain transactions shows that withdrawals were substantially funded by incoming deposits. This further evidence that Celsius's operated Ponzi scheme, showing that the rewards were not funded by equity or other more-legitimate sources. Analysis of Celsius's funding "frictional" wallets shows they funded an outflow of $2.1B in Ethereum network withdrawals across stablecoins USDC, USDT, GUSD, BUSD, DAI and Ethereum. These appear to have been primarily funded by incoming deposits, as evidenced by my exhibit in Docket 1515, reproduced below, which shows the typical pattern of an incoming deposit being used to fund withdrawals (including rewards).



The analysis of totals funding frictional wallets for withdrawals across these coins are shown below. Detailed breakdowns per frictional wallets are included in Exhibit A.

| Withdrawals | Volume | Price | Value |
|---|---|---|---|
| USDC | 1087235992 | 1 | 1087235992 |
| USDT | 267719454 | 1 | 267719454 |
| GUSD | 41853060.3 | 1 | 41853060.3 |
| BUSD | 53088449.8 | 1 | 53088449.8 |
| DAI | 7235621.43 | 1 | 7235621.43 |
| ETH | 572179.134 | 1200 | 686614961 |
| | | | 2143747538 |

As argued in Docket 1515, Celsius failed to protect customers by attempting to hide their insolvency, thereby violating NY Debtor Consumer laws 273 and 274. The Court is encouraged to proceed however it feels would be in the best interests of the innocent customers caught up in the fraud of Celsius Network.

This notice has established the key facts of how Celsius operated as a Ponzi scheme which enables taxpayers to claim relief in their 2022 tax filings. To summarize, Celsius lacked revenue anywhere close to being capable of funding their rewards and any rewards that fulfilled paid were substantially from incoming customer withdrawals.

Because Celsius operated a menagerie of business lines including DeFi, staking, Bitcoin Mining, consumer lending, which roughly netted out to revenue neutral, Celsius could best be described as a Rube Goldberg Ponzi Scheme, with inconsequential business lines arranged around a central Ponzi scheme of their Earn program – this model should henceforth be known as a "Mashin-scheme".

Happy Holidays,

/s/Cameron Crews

# Exhibit A

# Detailed Withdrawals for USDC, USDT, GUSD, and ETH

## USDC Withdrawals

| Date | 0x6474bf7e1 | 0x4529d1ea | 0xd86c6ae3 | 0x3b7b918f1 | 0xb31f8caff7 | 0x1bc70eebf | Total |
|---|---|---|---|---|---|---|---|
| 6/13/22 | 272746.056 | 367425.189 | 159973.773 | 67035.4583 | 0 | 64027.5019 | 931207.978 |
| 6/12/22 | 7014559.15 | 5310528.1 | 7004296.71 | 6075036.54 | 38151495.6 | 6266293.45 | 69822209.5 |
| 6/11/22 | 6428765.69 | 5834077.72 | 5722536.04 | 6475874.45 | 45855474.8 | 8770807.06 | 79087535.8 |
| 6/10/22 | 3249316 | 2300580.8 | 3219345.09 | 3781694.98 | 20669111.9 | 3201743.68 | 36421792.4 |
| 6/9/22 | 1641616.82 | 1688940.63 | 1625628.72 | 740482.08 | 21285076.5 | 1495307.21 | 28477052 |
| 6/8/22 | 722805.886 | 740424.215 | 1978429.93 | 1134465.58 | 0 | 1197546.83 | 5773672.44 |
| 6/7/22 | 1792803.11 | 6809990 | 12885498.2 | 1887921.41 | 7682262.55 | 1258409.1 | 32316884.3 |
| 6/6/22 | 2599678.7 | 1794646 | 2403488.4 | 2663796.35 | 1926433.88 | 2346477.31 | 13734520.6 |
| 6/5/22 | 0 | 1248703.55 | 1248703.55 | 1608711.86 | 768841.882 | 0 | 4874960.84 |
| 6/4/22 | 733820.442 | 720503.644 | 0 | 738313.556 | 0 | 746839.096 | 2939476.74 |
| 6/3/22 | 1521159.43 | 1540097.83 | 0 | 1528601.34 | 3769600.22 | 1512596.47 | 9872055.3 |
| 6/2/22 | 0 | 723979.27 | 0 | 0 | 0 | 747902.256 | 1471881.53 |
| 6/1/22 | 3108792.04 | 792402.64 | 0 | 1643790.64 | 1517759.24 | 907218.844 | 7969963.41 |
| 5/31/22 | 772973.953 | 0 | 9227311.95 | 1653463.77 | 10549035.9 | 0 | 22202785.6 |
| 5/30/22 | 2595283.66 | 2630479.6 | 2428257.65 | 5358634.17 | 3385636.56 | 2441367.3 | 18839658.9 |
| 5/29/22 | 796530.619 | 835068.452 | 0 | 798449.247 | 0 | 0 | 2430048.32 |
| 5/28/22 | 4395317.56 | 0 | 0 | 2110678.44 | 5501462.35 | 3284016 | 15291474.3 |
| 5/27/22 | 740166.908 | 4771185.72 | 4807278.6 | 4606487.08 | 720751.051 | 5450459.81 | 21096329.2 |
| 5/26/22 | 0 | 3051101.68 | 0 | 3009215.61 | 2489017.41 | 0 | 8549334.7 |
| 5/25/22 | 3451981.41 | 780264.494 | 4184760.42 | 864495.385 | 2560566.38 | 4194147.12 | 16036215.2 |
| 5/24/22 | 0 | 772330.204 | 736144.646 | 733206.309 | 0 | 796395.994 | 3038077.15 |
| 5/23/22 | 2814312.67 | 798138.081 | 3264717.24 | 2021739.15 | 3339122.69 | 0 | 12238029.8 |
| 5/22/22 | 0 | 0 | 0 | 0 | 755295.807 | 0 | 755295.807 |
| 5/21/22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5/20/22 | 4007494.31 | 1431154.43 | 2945695.69 | 967313.677 | 912267.827 | 0 | 10263925.9 |
| 5/19/22 | 2086536.62 | 3743728.72 | 755814.2 | 3325452.52 | 3437677.08 | 3440777.99 | 16789987.1 |
| 5/18/22 | 2287763.48 | 4052209.37 | 0 | 0 | 1463000 | 965182.758 | 8768155.61 |
| 5/17/22 | 756630.944 | 1557349.99 | 3579857.02 | 0 | 2490812.91 | 0 | 8384650.87 |
| 5/16/22 | 5274837.6 | 5126003.3 | 13563178.9 | 18462074.6 | 7064094.71 | 17027326.7 | 66517525.9 |
| 5/15/22 | 2114562.1 | 2848532.47 | 1323238.22 | 4444504.25 | 1959577.38 | 2885767 | 15576181.4 |
| 5/14/22 | 2382765.87 | 3912804.38 | 2493719.38 | 2672652.9 | 2242628.45 | 1940637.94 | 15645208.9 |
| 5/13/22 | 3825562.58 | 3050257.38 | 3251293.17 | 1544010.46 | 4614905.07 | 1248517.44 | 17534546.1 |
| 5/12/22 | 11973499.5 | 40643354.4 | 15706239 | 9636487.32 | 14140877.3 | 14922417.6 | 107022875 |
| 5/11/22 | 9596405.78 | 55604916.3 | 46373951.3 | 47049421 | 1999999.98 | 1999999.98 | 162624694 |
| 5/10/22 | 6848292.65 | 6725836.26 | 7005285.95 | 10240815.2 | 0 | 0 | 30820230 |
| 5/9/22 | 4899986.59 | 10519060.6 | 4489602.83 | 10273637.9 | 0 | 0 | 30182288 |
| 5/8/22 | 1558387.45 | 1544072.78 | 1483021.94 | 767247.799 | 0 | 0 | 5352729.96 |
| 5/7/22 | 389730.82 | 1484164.25 | 0 | 1551003.53 | 0 | 0 | 3424898.6 |
| 5/6/22 | 1299438.4 | 2015160.39 | 2743015.58 | 1418432.64 | 0 | 0 | 7476047.01 |
| 5/5/22 | 1654741.29 | 2293779.54 | 1504778.89 | 1949789.42 | 0 | 0 | 7403089.14 |
| 5/4/22 | 1461581.97 | 7898195.27 | 1006217.9 | 721000.499 | 0 | 0 | 11086995.6 |
| 5/3/22 | 986566.572 | 934227.78 | 1268995.53 | 1042794.92 | 0 | 0 | 4232584.8 |
| 5/2/22 | 3190507.25 | 3926631.76 | 2279439.4 | 3272994.95 | 0 | 0 | 12669573.4 |
| 5/1/22 | 1696228.65 | 1230469.48 | 1121024.77 | 3678985.46 | 0 | 0 | 7726708.36 |
| 4/30/22 | 1663216.59 | 1123882.14 | 1540244.1 | 1532909.35 | 0 | 0 | 5860252.18 |
| 4/29/22 | 348011.539 | 3350213.81 | 662871.685 | 3220258.45 | 0 | 0 | 7581355.49 |
| 4/28/22 | 709307.06 | 589703.88 | 362834.61 | 309116.67 | 0 | 0 | 1970962.22 |
| 4/27/22 | 2006654.63 | 2228501.27 | 2072894.78 | 2496680.03 | 0 | 0 | 8804730.72 |
| 4/26/22 | 2636608 | 1039543.26 | 2068201.17 | 1934371.25 | 0 | 0 | 7678723.68 |
| 4/25/22 | 452339.25 | 1820156.63 | 2184991.72 | 2172863.23 | 0 | 0 | 6630350.83 |
| 4/24/22 | 0 | 770215.309 | 731535.87 | 735769.544 | 0 | 0 | 2237520.72 |
| 4/23/22 | 4226179.18 | 734089.161 | 4250455.97 | 172012.12 | 0 | 0 | 9382736.42 |
| 4/22/22 | 735943.026 | 1490410.25 | 2268844.7 | 2294500.01 | 0 | 0 | 6789697.98 |
| 4/21/22 | 1531005.74 | 2197750.04 | 724225.095 | 784037.58 | 0 | 0 | 5237018.45 |
| 4/20/22 | 1551325.94 | 2297732.78 | 1941033.63 | 1521198.95 | 0 | 0 | 7311291.31 |
| 4/19/22 | 789080.339 | 1999992 | 1538564.87 | 2577845.39 | 0 | 0 | 6905482.6 |
| 4/18/22 | 1798618.09 | 3697309.85 | 3724808.21 | 3697349.31 | 0 | 0 | 12918085.5 |
| 4/17/22 | 299997 | 299997 | 499999 | 299997 | 0 | 0 | 1399990 |
| 4/16/22 | 617615.347 | 44975.1602 | 690684.608 | 467261.023 | 0 | 0 | 1820536.14 |
| 4/15/22 | 4277715.24 | 2295856.72 | 2132377.69 | 1673045.51 | 0 | 0 | 10378995.2 |
| 4/14/22 | 4262306.77 | 3062178.19 | 3390802.64 | 9939616.77 | 0 | 0 | 20654904.4 |

**USDT Withdrawals**

| | 0x03f19c331 | 0x2a9613ba | 0x7d08520b | 0x8df9efbf7 | Total |
|---|---|---|---|---|---|
| 6/13/22 | 0 | 0 | 0 | 0 | 0 |
| 6/12/22 | 3873695.05 | 6094306.76 | 0 | 0 | 9968001.81 |
| 6/11/22 | 3218976.66 | 2815948.77 | 0 | 0 | 6034925.43 |
| 6/10/22 | 1998162.97 | 1045973.42 | 0 | 0 | 3044136.39 |
| 6/9/22 | 2603263.97 | 4116636.18 | 0 | 0 | 6719900.15 |
| 6/8/22 | 1676235.81 | 1878697.52 | 0 | 0 | 3554933.33 |
| 6/7/22 | 734077.964 | 1343558.99 | 0 | 0 | 2077636.96 |
| 6/6/22 | 769299.816 | 777987.198 | 0 | 0 | 1547287.01 |
| 6/5/22 | 0 | 787070.966 | 0 | 0 | 787070.966 |
| 6/4/22 | 723006.999 | 0 | 0 | 0 | 723006.999 |
| 6/3/22 | 777610.976 | 784153.111 | 0 | 0 | 1561764.09 |
| 6/2/22 | 0 | 0 | 0 | 0 | 0 |
| 6/1/22 | 720182.335 | 1036206.42 | 0 | 0 | 1756388.76 |
| 5/31/22 | 799369.747 | 0 | 0 | 0 | 799369.747 |
| 5/30/22 | 3769644.4 | 3093138.31 | 0 | 0 | 6862782.71 |
| 5/29/22 | 791114.133 | 0 | 0 | 0 | 791114.133 |
| 5/28/22 | 728606.118 | 0 | 0 | 0 | 728606.118 |
| 5/27/22 | 3528261.89 | 2277726.74 | 0 | 0 | 5805988.63 |
| 5/26/22 | 733531.452 | 498416.73 | 0 | 0 | 1231948.18 |
| 5/25/22 | 499900 | 1493840.14 | 0 | 0 | 1993740.14 |
| 5/24/22 | 0 | 0 | 0 | 0 | 0 |
| 5/23/22 | 600000 | 600000 | 0 | 0 | 1200000 |
| 5/22/22 | 722200.652 | 726234.731 | 0 | 0 | 1448435.38 |
| 5/21/22 | 0 | 1110750.57 | 0 | 0 | 1110750.57 |
| 5/20/22 | 0 | 794902.012 | 0 | 0 | 794902.012 |
| 5/19/22 | 1721422.2 | 1719162.05 | 0 | 0 | 3440584.25 |
| 5/18/22 | 1295799.09 | 2292739.25 | 0 | 0 | 3588538.33 |
| 5/17/22 | 1237743.64 | 1473292.61 | 0 | 0 | 2711036.24 |
| 5/16/22 | 1996058.45 | 2865549.59 | 0 | 0 | 4861608.04 |
| 5/15/22 | 3860993.01 | 2796674.31 | 0 | 0 | 6657667.32 |
| 5/14/22 | 2810051.07 | 3152892.01 | 0 | 0 | 5962943.09 |
| 5/13/22 | 9272246.66 | 13535971.8 | 0 | 0 | 22808218.4 |
| 5/12/22 | 43383579.7 | 20821499 | 20000 | 0 | 64225078.6 |
| 5/11/22 | 7930697.31 | 13034188.4 | 0 | 0 | 20964885.7 |
| 5/10/22 | 2428801.98 | 3341603.6 | 0 | 0 | 5770405.58 |
| 5/9/22 | 6228459.42 | 4036960.81 | 0 | 0 | 10265420.2 |
| 5/8/22 | 1510753.68 | 1681387.87 | 0 | 0 | 3192141.55 |
| 5/7/22 | 0 | 771867.438 | 0 | 0 | 771867.438 |
| 5/6/22 | 1573036.69 | 2612527.42 | 0 | 0 | 4185564.11 |
| 5/5/22 | 6505486.35 | 1908022.71 | 0 | 0 | 8413509.05 |
| 5/4/22 | 1201137.76 | 1375647.11 | 0 | 0 | 2576784.87 |
| 5/3/22 | 1163661.03 | 877549.598 | 0 | 0 | 2041210.63 |
| 5/2/22 | 1047239.49 | 0 | 0 | 0 | 1047239.49 |
| 5/1/22 | 746828.485 | 963600.24 | 0 | 0 | 1710428.72 |
| 4/30/22 | 0 | 772845.132 | 0 | 0 | 772845.132 |
| 4/29/22 | 1754244.64 | 1796923.49 | 0 | 0 | 3551168.13 |
| 4/28/22 | 0 | 0 | 0 | 0 | 0 |
| 4/27/22 | 1876757.67 | 2034439.55 | 0 | 0 | 3911197.21 |
| 4/26/22 | 4230515.46 | 1634373.21 | 0 | 0 | 5864888.67 |
| 4/25/22 | 771039.753 | 1056367.82 | 0 | 0 | 1827407.58 |
| 4/24/22 | 0 | 0 | 0 | 0 | 0 |
| 4/23/22 | 748821.281 | 721752.162 | 0 | 0 | 1470573.44 |
| 4/22/22 | 730619.347 | 753867.315 | 0 | 0 | 1484486.66 |
| 4/21/22 | 766545.008 | 777285.854 | 0 | 0 | 1543830.86 |
| 4/20/22 | 939996.875 | 736209.002 | 0 | 0 | 1676205.88 |
| 4/19/22 | 764163.276 | 733337.001 | 0 | 300000 | 1797500.28 |
| 4/18/22 | 1518513.75 | 761510.814 | 0 | 0 | 2280024.57 |
| 4/17/22 | 724929.007 | 0 | 0 | 0 | 724929.007 |
| 4/16/22 | 799996.881 | 958056.553 | 0 | 0 | 1758053.43 |
| 4/15/22 | 250000 | 736003.187 | 0 | 0 | 986003.187 |
| 4/14/22 | 1540721.49 | 791797.16 | 0 | 0 | 2332518.65 |

**GUSD Withdrawals**

| Date | 0x2d187a56( | 0xb2631463! | Total |
|---|---|---|---|
| 6/13/22 | 0 | 0 | 0 |
| 6/12/22 | 280888.15 | 378857.52 | 659745.67 |
| 6/11/22 | 1485385.67 | 1186072.71 | 2671458.38 |
| 6/10/22 | 0 | 366519.56 | 366519.56 |
| 6/9/22 | 0 | 0 | 0 |
| 6/8/22 | 379753.12 | 372353.39 | 752106.51 |
| 6/7/22 | 0 | 0 | 0 |
| 6/6/22 | 271765.75 | 0 | 271765.75 |
| 6/5/22 | 397879.15 | 405969.29 | 803848.44 |
| 6/4/22 | 0 | 0 | 0 |
| 6/3/22 | 303748.92 | 263634.15 | 567383.07 |
| 6/2/22 | 0 | 0 | 0 |
| 6/1/22 | 366594.08 | 369209.29 | 735803.37 |
| 5/31/22 | 0 | 1175166.21 | 1175166.21 |
| 5/30/22 | 325140.31 | 0 | 325140.31 |
| 5/29/22 | 390869.42 | 362769.52 | 753638.94 |
| 5/28/22 | 365990.03 | 380528.78 | 746518.81 |
| 5/27/22 | 0 | 0 | 0 |
| 5/26/22 | 728047.5 | 260467.49 | 988514.99 |
| 5/25/22 | 373004.94 | 0 | 373004.94 |
| 5/24/22 | 0 | 0 | 0 |
| 5/23/22 | 768219.25 | 3030650.18 | 3798869.43 |
| 5/22/22 | 0 | 365624.41 | 365624.41 |
| 5/21/22 | 60000 | 0 | 60000 |
| 5/20/22 | 1249611.08 | 1263720.5 | 2513331.58 |
| 5/19/22 | 378800.34 | 221333.77 | 600134.11 |
| 5/18/22 | 0 | 240000 | 240000 |
| 5/17/22 | 395719.53 | 0 | 395719.53 |
| 5/16/22 | 570477.16 | 801444.64 | 1371921.8 |
| 5/15/22 | 503998.79 | 819060.8 | 1323059.59 |
| 5/14/22 | 398933.76 | 373990.09 | 772923.85 |
| 5/13/22 | 123560.09 | 2094843 | 2218403.09 |
| 5/12/22 | 1573675.46 | 1547389.5 | 3121064.96 |
| 5/11/22 | 836461.31 | 862568.41 | 1699029.72 |
| 5/10/22 | 388771.34 | 8906.77 | 397678.11 |
| 5/9/22 | 2054527.17 | 798771.82 | 2853298.99 |
| 5/8/22 | 753515.27 | 0 | 753515.27 |
| 5/7/22 | 0 | 0 | 0 |
| 5/6/22 | 0 | 0 | 0 |
| 5/5/22 | 798094.73 | 0 | 798094.73 |
| 5/4/22 | 193070.95 | 721372.02 | 914442.97 |
| 5/3/22 | 0 | 0 | 0 |
| 5/2/22 | 0 | 0 | 0 |
| 5/1/22 | 0 | 0 | 0 |
| 4/30/22 | 0 | 0 | 0 |
| 4/29/22 | 748311.67 | 251850.65 | 1000162.32 |
| 4/28/22 | 0 | 0 | 0 |
| 4/27/22 | 0 | 0 | 0 |
| 4/26/22 | 740585.9 | 775306.25 | 1515892.15 |
| 4/25/22 | 0 | 0 | 0 |
| 4/24/22 | 0 | 0 | 0 |
| 4/23/22 | 0 | 0 | 0 |
| 4/22/22 | 0 | 0 | 0 |
| 4/21/22 | 0 | 737045.77 | 737045.77 |
| 4/20/22 | 731352.69 | 0 | 731352.69 |
| 4/19/22 | 0 | 0 | 0 |
| 4/18/22 | 0 | 0 | 0 |
| 4/17/22 | 200000 | 0 | 200000 |
| 4/16/22 | 0 | 737080.19 | 737080.19 |
| 4/15/22 | 0 | 0 | 0 |
| 4/14/22 | 1174121.71 | 369678.35 | 1543800.06 |

**ETH Withdrawals**

| | 0xc04a71f2a | 0x59a7f0779 | 0x278f4dd76 | 0xcb8bbfa45 | 0x873482298 | 0xc602dc3fb | 0x451c1eacb | 0xc7b2e3421 | 0x11889c10c | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/13/22 | 436.835086 | 166.514884 | 146.700654 | 79.042203 | 109.349031 | 51.5019628 | 150.029975 | 83.981518 | 0 | 1223.95531 |
| 6/12/22 | 0 | 3256.97032 | 3864.00145 | 3908.33086 | 4240.61508 | 3184.52714 | 1763.65095 | 11279.7489 | 3438.2199 | 34936.0646 |
| 6/11/22 | 0 | 4523.55782 | 4569.47663 | 4412.67378 | 3528.99847 | 4462.7519 | 2405.11098 | 9267.00238 | 11179.5284 | 44349.1003 |
| 6/10/22 | 178.587489 | 1291.95319 | 1841.47613 | 2032.88995 | 1782.60673 | 1845.07524 | 5882.73432 | 9638.33662 | 11683.6237 | 36177.2833 |
| 6/9/22 | 82.363729 | 499.578778 | 826.061131 | 861.967118 | 877.727514 | 406.090483 | 1255.36325 | 2017.54643 | 1840.55742 | 8667.25585 |
| 6/8/22 | 361.171189 | 900.090962 | 860.092798 | 405.280663 | 805.457297 | 896.395473 | 0 | 0 | 0 | 4228.48838 |
| 6/7/22 | 0 | 0 | 420.268114 | 0 | 774.299662 | | 335 | 1763.15319 | 0 | 3292.72096 |
| 6/6/22 | 951.970764 | 0 | 0 | 0 | 0 | 802.158708 | 1229.57816 | 0 | 0 | 2983.70763 |
| 6/5/22 | 0 | 0 | 0 | 0 | 0 | 399.718213 | 0 | 0 | 0 | 399.718213 |
| 6/4/22 | 0 | 0 | 0 | 0 | 0 | 5603.35303 | 422.648887 | 0 | 5178.16562 | 11204.1675 |
| 6/3/22 | 487.124843 | 0 | 0 | 0 | 0 | 400.087212 | 403.11478 | 0 | 832.871571 | 2123.19841 |
| 6/2/22 | 327.583642 | 2140.76742 | 0 | 0 | 0 | 0 | 0 | 1703.2176 | 728.011969 | 4899.58064 |
| 6/1/22 | 326.462603 | 0 | 867.647804 | 761.346651 | 1132.03528 | 1317.63902 | 797.135215 | 0 | 1196.33552 | 6398.60209 |
| 5/31/22 | 1000 | 3537.80239 | 1522.54767 | 4290.08655 | 4023.4983 | 1184.66622 | 1559.65809 | 2030.10844 | 3537.80239 | 22686.1701 |
| 5/30/22 | 0 | 1072.70884 | 4617.71692 | 1050.38357 | 4801.823 | 4120.61136 | 4367.15797 | 4254.20966 | 1040.22915 | 25324.8405 |
| 5/29/22 | 0 | 0 | 1068.88362 | 419.25087 | 0 | 99.0456675 | 917.55076 | 22.673942 | 428.143654 | 2955.54852 |
| 5/28/22 | 0 | 1220.99475 | 114.699895 | 0 | 444.705463 | 562.503784 | 1276.7359 | 591.905458 | 1228.29105 | 5439.83629 |
| 5/27/22 | 0 | 1331.97134 | 2038.52584 | 1876.93355 | 718.503182 | 0 | 594.139011 | 547.381497 | 951.703231 | 8059.15766 |
| 5/26/22 | 614.270243 | 0 | 0 | 2738.14561 | 0 | 1621.65381 | 0 | 0 | 2435.16804 | 7409.23771 |
| 5/25/22 | 0 | 0 | 0 | 369.305186 | 0 | 0 | 0 | 0 | 387.058001 | 756.363187 |
| 5/24/22 | 0 | 0 | 0 | 406.269386 | 0 | 0 | 0 | 0 | 0 | 406.269386 |
| 5/23/22 | 723.42 | 0 | 0 | 368.073525 | 0 | 0 | 0 | 0 | 0 | 1091.49352 |
| 5/22/22 | 0 | 0 | 0 | 381.747347 | 0 | 0 | 0 | 0 | 0 | 381.747347 |
| 5/21/22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5/20/22 | 466.04 | 5300.07067 | 1182.12492 | 6351.37336 | 1889.56087 | 6018.01314 | 0 | 5669.29145 | 5380.66227 | 32257.1367 |
| 5/19/22 | 600 | 1679.23881 | 0 | 2177.56192 | 0 | 593.810221 | 0 | 2594.41167 | 2380.08866 | 10025.1113 |
| 5/18/22 | 600 | 1757.53121 | 0 | 0 | 0 | 0 | 0 | 1018.06037 | 752.735153 | 4128.32673 |
| 5/17/22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1085.84527 | 765.314249 | 1851.15952 |
| 5/16/22 | 1198.2918 | 0 | 9748.57316 | 0 | 9723.58155 | 9531.77987 | 15361.5544 | 9639.4929 | 1351.59517 | 56554.8688 |
| 5/15/22 | 0 | 0 | 1879.02988 | 0 | 927.67814 | 874.109417 | 1660.79975 | 0 | 1306.07201 | 6647.68919 |
| 5/14/22 | 0 | 0 | 1126.0409 | 0 | 0 | 0 | 0 | 0 | 381.96323 | 1508.00413 |
| 5/13/22 | 351.191621 | 0 | 706.845624 | 0 | 0 | 0 | 1246.54247 | 0 | 0 | 2304.57971 |
| 5/12/22 | 2092 | 0 | 0 | 0 | 0 | 0 | 824.210119 | 0 | 0 | 2916.21012 |
| 5/11/22 | 0 | 20071.2052 | 9250.58031 | 19603.8892 | 9272.08369 | 21794.9144 | 9275.88885 | 28336.8937 | 20128.0474 | 137733.503 |
| 5/10/22 | 757.259187 | 569.109422 | 0 | 738.117216 | 0 | 897.230347 | 0 | 780.726124 | 9953.64167 | 13696.084 |
| 5/9/22 | 1500 | 621.796475 | 0 | 637.421819 | 0 | 589.916195 | 0 | 438.381533 | 978.514112 | 4766.03013 |
| 5/8/22 | 0 | 0 | 0 | 610.651649 | 0 | 620.12188 | 0 | 0 | 0 | 1230.77353 |
| 5/7/22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5/6/22 | 0 | 1485.43659 | 0 | 1754.89325 | 0 | 1490.64461 | 0 | 1200 | 1101.84409 | 7032.81855 |
| 5/5/22 | 200 | 179.931851 | 0 | 820.164826 | 0 | 1075.82202 | 0 | 744.824353 | 785.879316 | 3806.62236 |
| 5/4/22 | 0 | 687.289697 | 0 | 621.14779 | 0 | 151.625316 | 0 | 359.087933 | 254.476942 | 2073.62768 |
| 5/3/22 | 0 | 455.943424 | 0 | 561.078807 | 0 | 281.862817 | 0 | 0 | 348.917591 | 1647.80264 |
| 5/2/22 | 742.034326 | 1003.89275 | 0 | 1334.5705 | 0 | 832.048367 | 0 | 1142.18802 | 1193.086 | 6247.81997 |
| 5/1/22 | 0 | 600.646461 | 0 | 577.857494 | 0 | 1008.48718 | 0 | 613.381111 | 789.415855 | 3589.7881 |
| 4/30/22 | 0 | 0 | 0 | 0 | 0 | 536.045698 | 0 | 632.289234 | 556.255365 | 1724.5903 |
| 4/29/22 | 0 | 804.999832 | 0 | 0 | 0 | 561.280647 | 0 | 533.286283 | 572.790553 | 2472.35732 |
| 4/28/22 | 0 | 440.94714 | 0 | 0 | 0 | 0 | 0 | 264.384883 | 0 | 705.332023 |
| 4/27/22 | 0 | 621.505486 | 0 | 0 | 0 | 931.280813 | 0 | 502.072692 | 315.121235 | 2369.98023 |
| 4/26/22 | 250 | 241.287833 | 0 | 0 | 0 | 5 | 0 | 301.746256 | 0 | 798.034089 |
| 4/25/22 | 0 | 656.442441 | 0 | 2331.67432 | 0 | 4041.34239 | 0 | 660.277034 | 785.509604 | 8475.24579 |
| 4/24/22 | 0 | 108.561351 | 0 | 0 | 0 | 354.182103 | 0 | 0 | 0 | 462.743453 |
| 4/23/22 | 0 | 299.591472 | 0 | 0 | 0 | 243.280571 | 0 | 0 | 0 | 542.872044 |
| 4/22/22 | 0 | 742.385343 | 0 | 1975.51295 | 0 | 1881.0521 | 0 | 1783.57954 | 1757.33263 | 8139.86256 |
| 4/21/22 | 0 | 495.452661 | 0 | 253.369889 | 0 | 414.977891 | 0 | 315.609245 | 476.074979 | 1955.48467 |
| 4/20/22 | 0 | 488.104068 | 0 | 0 | 0 | 0 | 0 | 242.516721 | 242.025151 | 972.645941 |
| 4/19/22 | 500 | 737.007228 | 0 | 1003.46838 | 0 | 922.851865 | 0 | 528.526216 | 428.903113 | 4120.7568 |
| 4/18/22 | 0 | 251.471146 | 0 | 519.372336 | 0 | 248.447384 | 0 | 249.160735 | 487.575413 | 1756.02701 |
| 4/17/22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4/16/22 | 0 | 0 | 0 | 240.738769 | 0 | 247.452661 | 0 | 0 | 262.151969 | 750.343398 |
| 4/15/22 | 0 | 0 | 0 | 241.286471 | 0 | 528.871227 | 0 | 0 | 0 | 770.157699 |
| 4/14/22 | 0 | 0 | 0 | 506.033479 | 0 | 244.204036 | 0 | 0 | 0 | 750.237514 |