12-30-2022

Daron Stevens

Pro se creditor

To:

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Daron Stevens hereby respectfully submits this motion for entry of an order to rule that (1) ownership of ALL the coins he deposited into the Celsius Earn platform belong to him and not the Debtors, (2) that the coins are due to him in kind as AVAX, BTC, CEL, ETH, LINK, MATIC, USDC and not in another form, and (3) that the 'Earn' account receives equal standing (seniority/preference) in bankruptcy proceedings with 'Custody' Accounts.

I respectfully state as follows:

1. I have been an account holder at Celsius Network since June 17, 2021 with my first deposit of cryptocurrency on July 2, 2021. My assets totaling over $2.2MM as of Celsius Network's Bankruptcy filing, were in an 'Earn' account except for $2,500 in a  'Custody' account.  Because most of my assets were in USDC, despite the decline in value of my other assets, my Celsius value today is over $2.1MM.  As you can see on my attached Celsius ledger below, I was literally in the process of transferring all of my crypto assets from 'Earn' to 'Custody' at the moment Celsius halted all transfers on June 13, 2022.  I made a test transfer of $2,500 USDC to make sure I was doing things correctly.  It worked.  My next request for over $1,000,000 was not permitted due to the Celsius' freezing of all accounts.  I thought I was doing something wrong and tried multiple times.  I serve this motion and request a hearing to ensure that my deposits are deemed my property and that an 'Earn' account receives equal standing (seniority/preference) in bankruptcy proceedings with 'Custody' Accounts. **My Celsisus account holdings at the time of asset freezing (and today) is presented in Exhibit A**.

2. Digital assets in Earn accounts are customer assets. The deposit of digital assets into Celsius' network for earning rewards does not convert these assets into Celsius' assets.  Celsius did not treat my deposits of digital assets as a disposal of property or a transfer of title. Instead, I paid taxes on the deposited  assets to the IRS based on the 1099 forms generated *by Celsius*. This tax treatment demonstrated that I retained ownership of the assets and that I was in constructive receipt of interest paid as it was deposited into my account by Celsius. **My Celsius account 1099 form for 2021 is presented in Exhibit B**.

a. At my account opening, there were no separate 'Earn' or 'Custody' wallets but only personal Celsius wallets.

*b.* The returns (rewards) on my deposited assets (AVAX, BTC, CEL, ETH, LINK, MATIC) were not exorbitant but rather in the range of 3-6%. Celsius' 'Terms of Use' and web AMAs (Ask Me Anything with CEO) indicated that customer assets can be lent out to carefully vetted over-collateralized institutional borrowers. Based on my understanding, this is similar to E*TRADE or Fidelity loaning customer shares to institutions (e.g. short selling) and in the process returning interest on ones shares. (Please refer to **Celsius' email in Exhibit A denoting BTC and ETH returns of 4.03% and 3.8% respectively for a sample week**).

c. I paid taxes for the rewards earned on the digital assets deposited at Celsius to IRS for tax years 2021 and assume I'll have to pay taxes on my 2022 rewards of $123,663.28 even though these rewards are not in my possession due to Celsius freezing the assets.  I am overwhelmed that I will have to pay the roughly 40% taxes (about $50,000) on rewards I did not receive. **My rewards for 2022 are presented in Exhibit A**. Celsius itself generated 1099 forms for income earned. My Earn assets should not now be treated as Celsius' (estate) assets for settlement and/or distribution while Custody or other accounts are treated as their own assets and given better treatment in these bankruptcy proceedings.

3. To the extent any 'Terms of Use' were updated and modified, these changes were made in an inconspicuous manner. Any such clauses (or change to clauses) with material impact on customers with respect to, for example, use of the assets, or the transfer of ownership to Celsius', or limitations on exercising certain ownership rights were obfuscated and were never expressly or conspicuously disclosed.  The week before Celsius froze accounts, Alex Mashinsky, CEO of Celsius at the time, said specifically on a live video I was watching that my assets were safe and they were mine.  Had I known that the assets held in my Celsius accounts were deemed Celsius property, I would have immediately withdrawn my assets immediately.

a. At account opening and initial transfer of our personal digital assets to Celsius Network, 'Terms of Use Version 1' was applicable. The entire 'Terms of Use Version 1' does not have any mention of transfer of ownership rights to Celsius.  In fact, Section 14 is entitled, "Consent to Celsius's Use of **Your** Digital Assets." (emphasis added).

b. Also, the 'Terms of Use Version 1 paragraph 31' expressly stated that the notice of changes to the 'Terms of Use' would be provided with the specific additions, deletions or subtractions to the 'Terms of Use'. Celsius did not send me any email for 'Change in Terms'. Even if it had done so, it would have been imperative to communicate expressly and unambiguously any material changes and to ask the customer to explicitly accept the changed 'Terms of Use'.

4. I believe I was misled on Celsius' regulatory compliance and at the time of creation of Custody accounts (April 2022), I was grandfathered into continuing with an Earn account without any option to transfer assets into a Custody account, thus giving Custody account holders an advantage to my detriment. Celsius' email (April 12, 2022) regarding the upcoming changes to my account failed to mention that I would have less favorable rights than Custody but instead merely advised I did not need to transfer my assets to the new Custody account. The emails also do not mention the 'Cease and Desist' orders from certain jurisdictions leading to the Custody account creation. The emails did not convey the differences between Earn and Custody accounts or that Earn Accounts have higher risks than Custody accounts or could have lower priority in a bankruptcy proceeding.

a. On April 12, 2022, I received an email from my Celsius Corporate & HNW Account Manager, Zach Wildes. On a phone call with him he stated I needed to be an accredited investor in order to continue to earn rewards. He said nothing was changing other than the account type and I could withdraw the assets any time—it was just a regulatory move to abide to U.S. regulations.  I also received an email from Celsius regarding upcoming changes to Celsius' 'Terms of Use'

b. Celsius' email indicates that the changes are being made in consultation with United States regulators concerning Earn accounts/product.

c. Celsius' email had a section explaining the impact of the changes under the heading "how these changes impact you". But the details within the section obfuscate the most material impacts to my Celsius account.

There is no mention of any possible impairment of my ownership rights or risks associated with "New Earn Accounts" or how these "New Earn Accounts" would differ from newly-created Custody accounts.

d. Celsius' email also states that my "All coins transferred to Celsius by users in the United States prior to April 15, 2022 will continue to earn rewards. Those existing coins will continue to earn rewards from April 15th and onward, for as long as they remain in their Earn accounts" but fail to mention the added risk of Earn accounts compared to Custody accounts.

i. The Court now knows that thousands of other Earn accounts similar to mine, but held by residents of other states/jurisdictions, were transferred into Custody. As per Celsius, my account remained in Earn solely per regulatory requirements of my state. It is unconscionable that I may have been burdened with additional risks to the other Earn account holders whose assets were transferred into Custody.

ii. If there was no explicit approval from California (tax state on my account) regarding Earn or Custody products, I should have been permitted to withdraw my funds and the account should have moved to "withhold" status in the interim.

iii. It is particularly significant that many of the other accounts transferred from Earn to Custody were internal Celsius accounts (held by employees, executives, investors, etc.) or people with advance inside knowledge of the financial difficulties at Celsius who wrongfully received and apparently may now be enjoying preferential treatment.
e. The Custody FAQ on Celsius' website also described Custody solution as similar to a typical Earn account/product. **Please refer to the Custody FAQ in the Exhibit B**.

f. These Celsius emails and 'Terms of Use' clearly indicate that as an account holder, my account was transferred to Earn without any other option provided to us. The emails also fail to disclose any additional risks for Earn accounts over Custody accounts. Also as an Earn account holder for years, I did not undertake any additional risks to the other accountholders whose account were transferred into Custody automatically by Celsius. Finally, as a non-accredited depositor, I should have been made aware of 'Cease and Desist' orders and offered a Custody or Withdrawal option.

g. Please **refer to Celsius' emails in Exhibit B supporting the above statements**.

5. Argument against 'Terms of Use' implying assets deposited to Celsius Earn program by customers are Celsius' assets. Celsius inconspicuously inserted clauses in various 'Terms of Use' versions that claim the deposit of assets into Celsius grants Celsius the ownership. Yet there are also contradictory clauses in the Terms of Use (all versions) regarding ownership and withdrawals. Any ambiguity should be construed against Celsius as the drafter.

a. Celsius' Terms of Use clearly state that customers can withdraw their digital assets at any time. If these were Celsius' assets, these will not be accessible for us to withdraw.

b. The ability to be able to withdraw our assets and also having paid taxes on the deposited

digital assets (based on Celsius generated 1099 forms) clearly demonstrate that the assets were indeed my property. And that I possessed ownership rights and access to these digital assets at all times.

c. Please refer to the specific paragraph 12 from 'Terms of Use Version 5' pertaining to withdrawals:

**"12. Withdrawals You may make a complete or partial withdrawal of Eligible Digital Assets from your Celsius Wallet at any time.** Celsius initiates the withdrawal process immediately following a withdrawal request when possible; however, we may require up to three (3) days after you submit your withdrawal request to process

the withdrawal."

d. Please refer to the specific paragraph 11 from 'Terms of Use Version Apr 14th 2022' pertaining to withdrawals:

**11. Withdrawals**

Subject to these Terms, for **any of your Eligible Digital Assets** that you elect to utilize in the Earn Service (if available to you), you **have a call option on all loans made to Celsius to demand immediate, complete or partial repayment of any loan at any time** through (i) transfer to a Custody Wallet, if available to you, or (ii) **a complete or partial withdrawal of Eligible Digital Assets from your Celsius Account balance at any time.** Such repayment will terminate in whole or in part your loan to Celsius and you shall no longer accrue Rewards on the amount of loans as of the time of your exercise of the call option. Celsius initiates the withdrawal process immediately following a withdrawal request when possible; however, we may require up to three (3) days after you submit your withdrawal request to process the withdrawal.

**Reservation of Rights**

I, as Movant/Declarant, fully reserve all of my rights and claims to fully supplement this Motion. I hereby assert a lack of due process in determining my property rights in this bankruptcy proceeding. I further maintain that the issue of whether my Earn Account assets constitutes property of theses estates is not properly before this Court at this time.

I do not permit any of my coins to be sold to fund the debtors operations.

I ask to be excluded from the forced participation in a re-organization by a company that has lied, deceived and cheated its customers. No reasonably intelligent person would trust Celsius ever again after the discovery they attempted to steal customer assets. There is no future for Celsius, so let's stop the burn of remaining customer funds.

I reserve the right to ask for a share of equity in any illiquid assets that customer funds have been used to purchase, a share in any future insider clawbacks and a share in the return of loaned or staked assets to fill any shortfall in my original deposit.

Daron Stevens

Pro Se Celsius Creditor

**Exhibit A**

**1. My Celsisus account holdings at the time of asset freezing (and today) from snail mail document from Stretto.**

DARON ROBERT STEVENS

**Celsius Account Email:** ████████@gmail.com

**Celsius Network LLC** has listed your claim on Schedule **EF Part 2** as a **General Unsecured** claim comprising of the coin(s) listed in the table below. If you agree with the characterization, amount of your claim, and your claim is not listed as Contingent, Unliquidated, Disputed, you do not need to submit a claim form.

| SCHEDULE F LINE | 3.1.132091 | | |
|---|---|---|---|
| **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED** | | | |
| **IS THE CLAIM SUBJECT TO OFFSET? (YES/NO)** | | | |
| **EARN ACCOUNT** | **CUSTODY ACCOUNT** | **WITHHELD ACCOUNT** | **COLLATERAL ON LOAN RECEIVABLE** |
| AVAX 0.0328754159963819<br>BTC 11.7180567895457<br>CEL 48.4387377220336<br>ETH 63.9298794647945<br>LINK 2843.91505977738<br>MATIC 24.3085636968993<br>USDC 1879339.77325845 | USDC 2500 | | |

**More information about filing your claim can be found in the enclosed Bar Date Notice.**

**2. Current account holding from Stretto email verification.**

## M Gmail

Daron Stevens <▇▇▇▇▇▇▇@gmail.com>

### Celsius Network LLC Scheduled Claim Request
1 meage

**Celsius Network LLC Restructuring** <no-reply@cases-cr.stretto-services.com>    Mon, Nov 7, 2022 at 10:34 PM
To: ▇▇▇▇▇▇▇@gmail.com

**To:** DARON ROBERT STEVENS

You are receiving this email because you recently requested your scheduled
claim information from Stretto at **cases.stretto.com/celsius.**

**Step 1: Review the amount of your claim listed in the Schedules of
Assets and Liabilities. The details about your claim are here:**

**Celsius Account Email:** ▇▇▇▇▇▇@gmail.com
**Creditor Name:** DARON ROBERT STEVENS

Your claim is listed on Schedule **EF Part 2** as a General Unsecured claim comprising
of the coin() lited in the table below  Your claim i not ubject to a etoff

| Coin | Earn Account | Custody Account | Withheld Account | Collateral on Loan Receivable |
|---|---|---|---|---|
| **Avalanche (AVAX)** | 0.0328754159963819 | 0 | 0 | 0 |
| **Bitcoin (BTC)** | 11.7180567895457 | 0 | 0 | 0 |
| **Celsius (CEL)** | 48.4387377220336 | 0 | 0 | 0 |
| **Ethereum (ETH)** | 63.9298794647945 | 0 | 0 | 0 |
| **ChainLink (LINK)** | 2843 91505977738 | 0 | 0 | 0 |
| **Polygon (MATIC)** | 24.3085636968993 | 0 | 0 | 0 |
| **USD Coin (USDC)** | 1879339.77325845 | 2500 | 0 | 0 |

**Step 2: If you agree with the type and amount of your claim listed
above, you do not need to file a claim and no further action is
required at this time.**

22-10964-mg    Doc 1813    Filed 12/31/22    Entered 01/03/23 14:19:15    Main Document
Pg 7 of 29

Customers do not need to submit a Proof of Claim in these chapter 11 cases if their claim is listed on the Schedules filed by the Debtors, provided that (i) the Claim is not scheduled as "disputed," "contingent," or "unliquidated"; (ii) the claimant does not di agree with the amount, nature, and priority of the Claim a et forth in the Schedules; and (iii) the claimant does not dispute that the Claim is an obligation only of the specific Debtor against which the Claim is listed in the Schedules.

**Step 3: If you disagree with your scheduled claim listed above, or your claim was scheduled as "Contingent," "Unliquidated," or "Disputed," you must file a proof of claim once the bar date motion is approved by the court.**

The Debtor  have reque ted that the court approve a proof of claim form which will make it easier for customers to submit information related to their crypto holdings. That form has not yet been approved.

The bankruptcy court has not established a deadline to submit a Proof of Claim.

**You will receive another email from Stretto containing the form and comprehensive instructions within 7-10 days after it is approved by the Court.**

**For questions related to submitting your Proof of Claim, you can contact Stretto at:**
Toll-Free: (855) 423-1530
International: (949) 669-5873
Email  cel iu  inquirie  @  tretto com

Please click here for additional information about this Notice and what it means for you.

410 Exchange, Ste 100 Irvine, CA 92602

un  ub  cribe

**3. Celsius Account Verification Complete Email**



**Daron Stevens <▓▓▓▓▓▓▓@gmail.com>**

**Welcome to Celsius!**
1 message

**Celsius** <hello@celsius.network>                                    Thu, Jun 17, 2021 at 10:56 PM
Reply To  Cel iu    hello@cel iu   network
To: ▓▓▓▓▓▓▓@gmail.com



Thank you for choosing Celsius   the first and only financial platform built in
your best interest.

**We're on a mission to put unparalleled economic
freedom in the hands of the people.**

---

**Getting Started with Celsius**

With the Celsius app, you can earn yield, borrow cash, and buy crypto
easier, faster, and more secure than ever before

                            

**ID Verification**              **Transfer Crypto**              **Learn More**

You mu t complete          Buy crypto in the Cel iu        E  plore our library of
identity verification         app or transfer coins to        resources designed to
(KYC) to start using          your account and start          help you achieve your
Celsius.                      earning instantly!              goals.

                            

**Got questions?** Learn more in the Celsius Help Center, join the Celsius community on Twitter, and check out our playlist of FAQs

---

### Security Tips

At Celsius, your security is our number one priority. We recommend taking the following actions to ensure your account remains secure:

**Enable 2FA on your account**

**Add whitelisted withdrawal address**

**Activate HODL Mode**

Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity

**Read more security tips →**

Built by HODLers for HODLers

Unsubscribe

Celsius
221 River Street, 9th Floor
Hoboken, NJ 07030

Celsius is not a depository institution, and your Celsius wallet is not a deposit account. Eligible digital assets are not legal tender. Eligible digital assets in your Celsius wallet are not insured by the Federal Deposit Insurance Corporation (FDIC) or the Securities Investor Protection Corporation (SIPC). This is not an offer or solicitation of any offer to buy or sell any security, investment or other product. Celsius Network reserves the right to monitor and retain all incoming and outgoing communications as permitted by applicable law. Interest rates are variable subject to change at our discretion, at any time. No minimum balance required.

Copyright ©2021 Celsius, All rights reserved.

Unbank Yourself

**4. Accredited Investor Status Confirmed Email**



Daron Stevens <███████████@gmail.com>

**[Celsius] Accredited Investor Status Confirmed**

1 me  age

**Celsius** <app@celsius.network>                                        Tue, May 3, 2022 at 2:33 AM
To: ████████████@gmail.com



# Accredited Investor Status Confirmed

**Your accredited investor status with Celsius has been confirmed. Head to the Celsius web or mobile application to check your status.**

Your accredited investor status is valid with Celsius for one year after its issue date.

Go to Account

As an accredited investor with Celsius, you'll have the flexibility to Earn in-Kind or in-CEL rewards on 40+ cryptocurrencies. You'll also unlock access to the Celsius Earn product, full benefits of the CEL Loyalty Program and get premium support with your dedicated account manager

Please note that your continued use of the Celsius Earn service is an exempt offering from SEC registration requirements under rule 506(c) of the Securities Act of 1933

Subject to **Celsius' Terms of Use**  Celsius' services, any products or services mentioned, may not be available in all jurisdictions.

 n case the button above does not work, here is the link that you can click or manually paste into your browser to access Celsius app **https://celsius.onelink.me/pYBy/account**

If you did not make this request please contact **Customer Care**.

**Click here to freeze your account** immediately.

---

**Celsius Network LLC**

121 River   t, PH05
Hoboken, NJ 07030 U  A

**Celsius EU UAB**

Gedimino pr  20
Vilnius 01103, Li huania

**Celsius Network Limited**

The Harley Building, 77 79
New Cavendish   treet
London W1W 6  B, United
Kingdom

**Celsius Lending LLC**

121 River   t, PH05
Hoboken, NJ 07030 U  A

© Celsius 2022

## 5. All Celsius transactions spreadsheet sent from Celsius

| Last 4 digits of Internal ID | Date and time | Transaction type | Coin type | Coin amount | USD Value | Original Reward Coin | Reward Amount In Original Coin | Confirmed |
|---|---|---|---|---|---|---|---|---|
| c3b0 | 7/8/2022 5:00 | Reward | AVAX | 2.3677E-05 | 0.000485982 | AVAX | | Yes |
| 3641 | 7/8/2022 5:00 | Reward | CEL | 0.050930256 | 0.037072351 | CEL | | Yes |
| 2414 | 7/8/2022 5:00 | Reward | MATIC | 0.032642718 | 0.019070037 | MATIC | | Yes |
| d2c6 | 7/8/2022 5:00 | Reward | ETH | 0.045428858 | 57.00842915 | ETH | | Yes |
| ba48 | 7/8/2022 5:00 | Reward | BTC | 0.003174088 | 69.91590881 | BTC | | Yes |
| dd2e | 7/8/2022 5:00 | Reward | USDC | 2473.316761 | 2473.316761 | USDC | | Yes |
| c667 | 7/8/2022 5:00 | Reward | LINK | 0.951036112 | 6.445257974 | LINK | | Yes |
| 4dc2 | 7/1/2022 5:00 | Reward | LINK | 0.950717987 | 5.80782033 | LINK | | Yes |
| 7462 | 7/1/2022 5:00 | Reward | ETH | 0.04539865 | 47.67263411 | ETH | | Yes |
| 34cf6 | 7/1/2022 5:00 | Reward | CEL | 0.050876659 | 0.032158322 | CEL | | Yes |
| 25e2 | 7/1/2022 5:00 | Reward | BTC | 0.003173477 | 61.7112877 | BTC | | Yes |
| 8c9c | 7/1/2022 5:00 | Reward | MATIC | 0.032598835 | 0.015222552 | MATIC | | Yes |
| 690b | 7/1/2022 5:00 | Reward | USDC | 2470.058185 | 2470.058185 | USDC | | Yes |
| ab01 | 7/1/2022 5:00 | Reward | AVAX | 2.366E-05 | 0.000386229 | AVAX | | Yes |
| 5722 | 6/24/2022 5:00 | Reward | MATIC | 0.032555011 | 0.01943849 | MATIC | | Yes |
| 5dfc0 | 6/24/2022 5:00 | Reward | USDC | 2466.803901 | 2466.803901 | USDC | | Yes |
| 6302 | 6/24/2022 5:00 | Reward | AVAX | 2.36429E-05 | 0.000458685 | AVAX | | Yes |
| 712a | 6/24/2022 5:00 | Reward | BTC | 0.003172867 | 66.79521499 | BTC | | Yes |
| e385 | 6/24/2022 5:00 | Reward | CEL | 0.050823119 | 0.052560328 | CEL | | Yes |
| e887 | 6/24/2022 5:00 | Reward | ETH | 0.045368463 | 52.12945075 | ETH | | Yes |
| bb6c | 6/24/2022 5:00 | Reward | LINK | 0.950399969 | 6.730406871 | LINK | | Yes |
| e43e | 6/17/2022 5:00 | Reward | LINK | 0.950082057 | 6.213536651 | LINK | | Yes |
| 54ac | 6/17/2022 5:00 | Reward | AVAX | 2.36259E-05 | 0.000382267 | AVAX | | Yes |
| ae25 | 6/17/2022 5:00 | Reward | USDC | 2464.903921 | 2464.903921 | USDC | | Yes |
| 7cd2 | 6/17/2022 5:00 | Reward | MATIC | 0.032511246 | 0.012781504 | MATIC | | Yes |
| 394f8 | 6/17/2022 5:00 | Reward | CEL | 0.050769635 | 0.0282532 | CEL | | Yes |
| 30fd7 | 6/17/2022 5:00 | Reward | BTC | 0.003172257 | 65.28822528 | BTC | | Yes |
| 4d86 | 6/17/2022 5:00 | Reward | ETH | 0.045338295 | 49.44095778 | ETH | | Yes |
| d3a4 | 6/13/2022 1:51 | | USDC | 2500 | 2500 | | | Yes |
| 7912f | 6/13/2022 1:51 | | USDC | -2500 | -2500 | | | Yes |
| c869 | 6/10/2022 5:00 | Reward | MATIC | 0.032467539 | 0.021016887 | MATIC | | Yes |
| 79aaf | 6/10/2022 5:00 | Reward | BTC | 0.003158645 | 95.04364097 | BTC | | Yes |
| 135c | 6/10/2022 5:00 | Reward | USDC | 2465.670729 | 2465.670729 | USDC | | Yes |
| f8d3 | 6/10/2022 5:00 | Reward | ETH | 0.045308148 | 81.2230109 | ETH | | Yes |
| 7e7a | 6/10/2022 5:00 | Reward | LINK | 0.949764251 | 8.842305177 | LINK | | Yes |
| ae8e | 6/10/2022 5:00 | Reward | AVAX | 3.51805E-05 | 0.000862625 | AVAX | | Yes |
| 41e1 | 6/10/2022 5:00 | Reward | CEL | 0.050716207 | 0.031285713 | CEL | | Yes |
| 35f58 | 6/4/2022 14:34 | | BTC | 0.3383 | 10025.76 | | | Yes |
| 8cbe | 6/4/2022 14:34 | | BTC | -0.3383 | -10025.76 | | | Yes |
| c90d | 6/4/2022 14:15 | Swap out | USDC | -10000 | -10000 | | | Yes |
| debe | 6/4/2022 14:15 | Swap in | BTC | 0.3383 | 10000 | | | Yes |
| ac57 | 6/4/2022 7:24 | | USDC | 10000 | 10000 | | | Yes |
| ee87 | 6/4/2022 7:24 | | USDC | -10000 | -10000 | | | Yes |
| 56dc | 6/3/2022 5:00 | Reward | ETH | 0.045278021 | 82.41143111 | ETH | | Yes |
| 88ab | 6/3/2022 5:00 | Reward | CEL | 0.050662836 | 0.041094957 | CEL | | Yes |
| 34cec | 6/3/2022 5:00 | Reward | BTC | 0.003105995 | 94.66761434 | BTC | | Yes |
| 6e28 | 6/3/2022 5:00 | Reward | LINK | 0.949446552 | 6.665114792 | LINK | | Yes |
| ee6e | 6/3/2022 5:00 | Reward | MATIC | 0.320131047 | 0.19570027 | MATIC | | Yes |
| 5ef6 | 6/3/2022 5:00 | Reward | USDC | 2473.526567 | 2473.526567 | USDC | | Yes |
| 5ac9 | 6/3/2022 5:00 | Reward | AVAX | 3.51426E-05 | 0.000837448 | AVAX | | Yes |
| 3a2f5 | 5/27/2022 7:59 | Withdrawal | MATIC | -12304.88859 | -7226.759508 | | | Yes |
| 1c2f9 | 5/27/2022 7:55 | | MATIC | 12304.88859 | 7220.03 | | | Yes |
| 8921 | 5/27/2022 7:55 | | MATIC | -12304.88859 | -7220.03 | | | Yes |
| c25c | 5/27/2022 5:00 | Reward | ETH | 0.063234402 | 111.004182 | ETH | | Yes |
| 9f17 | 5/27/2022 5:00 | Reward | BTC | 0.003105398 | 89.97051548 | BTC | | Yes |
| 0e43 | 5/27/2022 5:00 | Reward | USDC | 2471.723491 | 2471.723491 | USDC | | Yes |
| 31f60 | 5/27/2022 5:00 | Reward | CEL | 0.050609521 | 0.02988725 | CEL | | Yes |
| 6b1c | 5/27/2022 5:00 | Reward | LINK | 0.949128958 | 6.094250599 | LINK | | Yes |
| 2b3a | 5/27/2022 5:00 | Reward | MATIC | 23.79861294 | 13.88430216 | MATIC | | Yes |
| a8ac | 5/27/2022 5:00 | Reward | AVAX | 0.032690883 | 0.727379967 | AVAX | | Yes |
| 7985 | 5/26/2022 7:52 | Withdrawal | MATIC | -6150 | -3920.2068 | | | Yes |
| e9ad | 5/26/2022 7:48 | | MATIC | 6150 | 3928.56 | | | Yes |
| fd09 | 5/26/2022 7:48 | | MATIC | -6150 | -3928.56 | | | Yes |
| 31b4 | 5/26/2022 7:45 | Withdrawal | AVAX | -34.82859938 | -895.791576 | | | Yes |
| 25cc | 5/26/2022 7:42 | Withdrawal | ETH | -31 | -59608.97 | | | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| 46ee | 5/26/2022 7:41 | | AVAX | 34.82859938 | 890.22 | Yes |
| :fa32 | 5/26/2022 7:41 | | AVAX | -34.82859938 | -890.22 | Yes |
| 97e6 | 5/26/2022 7:35 | | ETH | 31 | 59643.33 | Yes |
| 5ba1 | 5/26/2022 7:35 | | ETH | -31 | -59643.33 | Yes |
| 8e3f | 5/20/2022 14:23 | Withdrawal | USDC | -20000 | -20000 | Yes |
| 8a21 | 5/20/2022 14:16 | | USDC | 20000 | 20000 | Yes |
| cd63 | 5/20/2022 14:16 | | USDC | -20000 | -20000 | Yes |
| b4e9 | 5/20/2022 5:00 | Reward | MATIC | 24.80972144 | 16.21691256 MATIC | Yes |
| :f175 | 5/20/2022 5:00 | Reward | USDC | 2495.289949 | 2495.289949 USDC | Yes |
| f5dd | 5/20/2022 5:00 | Reward | CEL | 0.050556262 | 0.041659829 CEL | Yes |
| 91c2 | 5/20/2022 5:00 | Reward | BTC | 0.0031048 | 93.38074062 BTC | Yes |
| 7c58 | 5/20/2022 5:00 | Reward | AVAX | 0.037400539 | 1.117101476 AVAX | Yes |
| 4e06 | 5/20/2022 5:00 | Reward | ETH | 0.065819074 | 132.8624729 ETH | Yes |
| e253 | 5/20/2022 5:00 | Reward | LINK | 0.948811472 | 6.708627772 LINK | Yes |
| 92a3 | 5/16/2022 15:04 | Withdrawal | USDC | -3000 | -3000 | Yes |
| 3b14 | 5/16/2022 14:59 | | USDC | 3000 | 3000 | Yes |
| 1ddd | 5/16/2022 14:59 | | USDC | -3000 | -3000 | Yes |
| d52c | 5/13/2022 5:00 | Reward | BTC | 0.003104204 | 94.63164463 BTC | Yes |
| 3b06 | 5/13/2022 5:00 | Reward | MATIC | 24.77636864 | 17.1339243 MATIC | Yes |
| la2ac | 5/13/2022 5:00 | Reward | AVAX | 0.037360376 | 1.290053791 AVAX | Yes |
| 06d7 | 5/13/2022 5:00 | Reward | USDC | 2509.727017 | 2509.727017 USDC | Yes |
| dca4 | 5/13/2022 5:00 | Reward | CEL | 0.050503059 | 0.05004939 CEL | Yes |
| d029 | 5/13/2022 5:00 | Reward | ETH | 0.065775308 | 137.1836128 ETH | Yes |
| 9076 | 5/13/2022 5:00 | Reward | LINK | 0.948494091 | 6.829157454 LINK | Yes |
| 1e18 | 5/12/2022 4:12 | Withdrawal | USDC | -14000 | -14000 | Yes |
| 0b5e | 5/12/2022 4:00 | | USDC | 14000 | 14000 | Yes |
| :a84f | 5/12/2022 4:00 | | USDC | -14000 | -14000 | Yes |
| fdf4a | 5/6/2022 5:00 | Reward | USDC | 2492.554474 | 2492.554474 USDC | Yes |
| b0b5 | 5/6/2022 5:00 | Reward | ETH | 0.065731571 | 180.2841342 ETH | Yes |
| 8eeb | 5/6/2022 5:00 | Reward | AVAX | 0.037320257 | 2.173217144 AVAX | Yes |
| 908c | 5/6/2022 5:00 | Reward | BTC | 0.003103607 | 113.0021792 BTC | Yes |
| :712f | 5/6/2022 5:00 | Reward | MATIC | 24.74306067 | 26.44405354 MATIC | Yes |
| 44d3 | 5/6/2022 5:00 | Reward | LINK | 0.948176816 | 10.35950388 LINK | Yes |
| b91c | 5/6/2022 5:00 | Reward | CEL | 0.018653736 | 0.037800834 CEL | Yes |
| 1c78f | 5/3/2022 14:55 | | CEL | 47.92145325 | 102.24 | Yes |
| 68b1 | 5/3/2022 14:55 | | CEL | -47.92145325 | -102.24 | Yes |
| 4b06 | 5/3/2022 14:54 | | USDC | 19998.4942 | 19998.49 | Yes |
| 3257 | 5/3/2022 14:54 | | USDC | -19998.4942 | -19998.49 | Yes |
| :82fe | 5/3/2022 12:34 | Promo Code Reward | CEL | 47.92145325 | 100 | Yes |
| c6a9 | 4/29/2022 7:58 | Withdrawal | USDC | -90750 | -90750 | Yes |
| ed4c | 4/29/2022 5:00 | Reward | AVAX | 0.037280181 | 2.494536513 AVAX | Yes |
| 1389 | 4/29/2022 5:00 | Reward | MATIC | 24.70979749 | 30.33948225 MATIC | Yes |
| bc79 | 4/29/2022 5:00 | Reward | USDC | 2479.532599 | 2479.532599 USDC | Yes |
| d9d9 | 4/29/2022 5:00 | Reward | BTC | 0.003888919 | 154.0494406 BTC | Yes |
| 9e7a | 4/29/2022 5:00 | Reward | LINK | 0.947859648 | 11.93696511 LINK | Yes |
| 24c4 | 4/29/2022 5:00 | Reward | ETH | 0.072833109 | 213.0963072 ETH | Yes |
| :7b7f | 4/28/2022 16:35 | Transfer | USDC | 110748.4942 | 110748.4942 | Yes |
| 11c1 | 4/23/2022 3:53 | Withdrawal | USDC | -108080 | -108080 | Yes |
| 93e8 | 4/23/2022 3:53 | Withdrawal | USDC | -108082 | -108082 | Yes |
| 8a62 | 4/23/2022 3:36 | Withdrawal | USDC | -108078 | -108078 | Yes |
| 06e0 | 4/23/2022 0:47 | Withdrawal | USDC | -10 | -10 | Yes |
| 42ae | 4/22/2022 5:00 | Reward | MATIC | 24.67657901 | 34.79397641 MATIC | Yes |
| 1487 | 4/22/2022 5:00 | Reward | ETH | 0.072784679 | 219.1321055 ETH | Yes |
| :cc16 | 4/22/2022 5:00 | Reward | AVAX | 0.037240148 | 2.846636882 AVAX | Yes |
| 8570 | 4/22/2022 5:00 | Reward | LINK | 0.947542585 | 13.07608768 LINK | Yes |
| lce4f | 4/22/2022 5:00 | Reward | USDC | 2783.195015 | 2783.195015 USDC | Yes |
| 8147 | 4/22/2022 5:00 | Reward | BTC | 0.003900686 | 158.4302693 BTC | Yes |
| c169 | 4/20/2022 5:42 | | USDC | -324250 | -324250 | Yes |
| :3f14 | 4/20/2022 5:42 | | USDC | 324250 | 324250 | Yes |
| 690e | 4/15/2022 5:00 | Reward | USDC | 2899.795999 | 2899.795999 USDC | Yes |
| 28cb | 4/15/2022 5:00 | Reward | AVAX | 0.037200157 | 2.901240277 AVAX | Yes |
| :2dfb | 4/15/2022 5:00 | Reward | ETH | 0.072736282 | 220.8448074 ETH | Yes |
| 0f1a3 | 4/15/2022 5:00 | Reward | MATIC | 24.6434052 | 34.25433323 MATIC | Yes |
| 8693 | 4/15/2022 5:00 | Reward | LINK | 0.947225629 | 13.21379753 LINK | Yes |
| 5135 | 4/15/2022 5:00 | Reward | BTC | 0.003899569 | 156.6066826 BTC | Yes |
| d7d8 | 4/8/2022 5:00 | Reward | ETH | 0.072687916 | 237.415335 ETH | Yes |
| d40d | 4/8/2022 5:00 | Reward | BTC | 0.003898452 | 170.3722772 BTC | Yes |
| b6ce | 4/8/2022 5:00 | Reward | USDC | 2895.975539 | 2895.975539 USDC | Yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| c04e | 4/8/2022 5:00 | Reward | AVAX | 0.03716021 | 3.30726375 AVAX | | Yes |
| Ja1fa | 4/8/2022 5:00 | Reward | MATIC | 24.61027598 | 37.62826255 MATIC | | Yes |
| 205d | 4/8/2022 5:00 | Reward | LINK | 0.946908778 | 15.01800726 LINK | | Yes |
| Ifc59 | 4/1/2022 5:00 | Reward | AVAX | 0.052966744 | 4.924847902 AVAX | | Yes |
| 0c03 | 4/1/2022 5:00 | Reward | MATIC | 24.5771913 | 39.32350608 MATIC | | Yes |
| 2602 | 4/1/2022 5:00 | Reward | USDC | 2892.160113 | 2892.160113 USDC | | Yes |
| ece5 | 4/1/2022 5:00 | Reward | LINK | 1.60991691 | 26.59582735 LINK | | Yes |
| 502c | 4/1/2022 5:00 | Reward | ETH | 0.072639583 | 236.2907518 ETH | | Yes |
| 0069 | 4/1/2022 5:00 | Reward | BTC | 0.003897335 | 174.3589731 BTC | | Yes |
| 21ac | 3/25/2022 5:00 | Reward | LINK | 1.609001017 | 25.90491637 LINK | | Yes |
| b302 | 3/25/2022 5:00 | Reward | USDC | 2888.349713 | 2888.349713 USDC | | Yes |
| 0658 | 3/25/2022 5:00 | Reward | AVAX | 0.052885585 | 4.584651403 AVAX | | Yes |
| b417 | 3/25/2022 5:00 | Reward | BTC | 0.003896219 | 171.4569949 BTC | | Yes |
| 4d30 | 3/25/2022 5:00 | Reward | MATIC | 24.5441511 | 40.00696629 MATIC | | Yes |
| a523 | 3/25/2022 5:00 | Reward | ETH | 0.072591282 | 227.7217544 ETH | | Yes |
| 8136 | 3/18/2022 5:00 | Reward | BTC | 0.003895102 | 158.3437062 BTC | | Yes |
| 5b90 | 3/18/2022 5:00 | Reward | MATIC | 24.51115531 | 35.0509521 MATIC | | Yes |
| 4002 | 3/18/2022 5:00 | Reward | LINK | 1.608085645 | 22.88305873 LINK | | Yes |
| :f859 | 3/18/2022 5:00 | Reward | ETH | 0.072543013 | 201.8298954 ETH | | Yes |
| 3c2a | 3/18/2022 5:00 | Reward | AVAX | 0.052804551 | 4.183486739 AVAX | | Yes |
| 2149 | 3/18/2022 5:00 | Reward | USDC | 2884.544333 | 2884.544333 USDC | | Yes |
| l37df | 3/11/2022 5:00 | Reward | BTC | 0.003893987 | 150.0873902 BTC | | Yes |
| e3c6 | 3/11/2022 5:00 | Reward | MATIC | 24.47820386 | 34.82652383 MATIC | | Yes |
| 4c42 | 3/11/2022 5:00 | Reward | AVAX | 0.05272364 | 3.854881489 AVAX | | Yes |
| lbfde | 3/11/2022 5:00 | Reward | LINK | 1.607170794 | 20.67382044 LINK | | Yes |
| :018f | 3/11/2022 5:00 | Reward | ETH | 0.072494776 | 184.1840685 ETH | | Yes |
| 985b | 3/11/2022 5:00 | Reward | USDC | 2880.743965 | 2880.743965 USDC | | Yes |
| 4a03 | 3/10/2022 18:31 | Collateral | BTC | -10.21871074 | -400000 | | No |
| b4b1 | 3/4/2022 5:00 | Reward | AVAX | 0.052642854 | 4.104737679 AVAX | | Yes |
| :8c4c | 3/4/2022 5:00 | Reward | BTC | 0.006690243 | 276.9292129 BTC | | Yes |
| 659c | 3/4/2022 5:00 | Reward | ETH | 0.072446571 | 197.7726185 ETH | | Yes |
| 9031 | 3/4/2022 5:00 | Reward | LINK | 1.606256463 | 22.96546677 LINK | | Yes |
| 74b8 | 3/4/2022 5:00 | Reward | USDC | 3421.288752 | 3421.288752 USDC | | Yes |
| l25f4 | 3/4/2022 5:00 | Reward | MATIC | 30.44179968 | 46.84379394 MATIC | | Yes |
| | | | | | | | |
| | | | | | | | |
| 'ef25 | 2/25/2022 5:00 | Reward | LINK | 1.605342653 | 21.36711071 LINK | | Yes |
| 6ed4 | 2/25/2022 5:00 | Reward | MATIC | 30.39083658 | 43.76280468 MATIC | | Yes |
| 0874 | 2/25/2022 5:00 | Reward | USDC | 3415.928373 | 3415.928373 USDC | | Yes |
| 7aab | 2/25/2022 5:00 | Reward | BTC | 0.006039771 | 234.4276803 BTC | | Yes |
| e91e | 2/25/2022 5:00 | Reward | ETH | 0.072398398 | 190.1058859 ETH | | Yes |
| 4ceb | 2/25/2022 5:00 | Reward | AVAX | 0.04493158 | 3.391967553 AVAX | | Yes |
| 63cb | 2/24/2022 14:02 | Transfer | BTC | 1.2269 | 43781.9265 | | Yes |
| c650 | 2/18/2022 5:00 | Reward | BTC | 0.005973103 | 242.9421621 BTC | | Yes |
| 79ca | 2/18/2022 5:00 | Reward | LINK | 1.604429362 | 25.38207251 LINK | | Yes |
| 7192 | 2/18/2022 5:00 | Reward | MATIC | 30.33995881 | 50.97113079 MATIC | | Yes |
| :cfde | 2/18/2022 5:00 | Reward | AVAX | 0.044872727 | 3.975957444 AVAX | | Yes |
| e239 | 2/18/2022 5:00 | Reward | ETH | 0.072350257 | 209.2470998 ETH | | Yes |
| 5303 | 2/18/2022 5:00 | Reward | USDC | 3410.576391 | 3410.576391 USDC | | Yes |
| :f89a | 2/11/2022 5:00 | Reward | MATIC | 30.2891662 | 55.8113244 MATIC | | Yes |
| 41d1 | 2/11/2022 5:00 | Reward | USDC | 3405.232795 | 3405.232795 USDC | | Yes |
| a982 | 2/11/2022 5:00 | Reward | AVAX | 0.044813952 | 3.971542421 AVAX | | Yes |
| eb90 | 2/11/2022 5:00 | Reward | BTC | 0.005969647 | 257.4168209 BTC | | Yes |
| 13e2 | 2/11/2022 5:00 | Reward | LINK | 1.603516591 | 27.77599567 LINK | | Yes |
| 2689 | 2/11/2022 5:00 | Reward | ETH | 0.072302149 | 221.8958361 ETH | | Yes |
| 91d7 | 2/4/2022 5:00 | Reward | USDC | 3399.897578 | 3399.897578 USDC | | Yes |
| 511b | 2/4/2022 5:00 | Reward | ETH | 0.072254072 | 194.3893249 ETH | | Yes |
| 338d | 2/4/2022 5:00 | Reward | AVAX | 0.044139381 | 3.00770781 AVAX | | Yes |
| 3be3 | 2/4/2022 5:00 | Reward | LINK | 1.60260434 | 25.80518688 LINK | | Yes |
| 972d | 2/4/2022 5:00 | Reward | MATIC | 30.23845864 | 46.86961088 MATIC | | Yes |
| ?cfe8 | 2/4/2022 5:00 | Reward | BTC | 0.005966194 | 223.1416089 BTC | | Yes |
| cad2 | 1/28/2022 8:18 | Transfer | AVAX | 23.90709 | 1532.257541 | | Yes |
| 0cb0 | 1/28/2022 5:00 | Reward | MATIC | 30.18783596 | 49.80992933 MATIC | | Yes |
| b7a5 | 1/28/2022 5:00 | Reward | AVAX | 0.013383441 | 0.874251577 AVAX | | Yes |
| 8ad8 | 1/28/2022 5:00 | Reward | ETH | 0.072206027 | 176.0433486 ETH | | Yes |
| 2110 | 1/28/2022 5:00 | Reward | BTC | 0.005659793 | 210.5103425 BTC | | Yes |
| dd12 | 1/28/2022 5:00 | Reward | LINK | 1.601692607 | 24.47386303 LINK | | Yes |
| .6af9 | 1/28/2022 5:00 | Reward | USDC | 2096.84807 | 2096.84807 USDC | | Yes |
| 26f4 | 1/26/2022 23:36 | Withdrawal | USDC | -100000 | -100000 | | Yes |
| 68dc | 1/24/2022 22:55 | Transfer | USDC | 1701528.84 | 1701528.84 | | Yes |

| ID | Date/Time | Type | Currency | Amount | Balance | | Flag |
|---|---|---|---|---|---|---|---|
| 02c8 | 1/23/2022 19:10 | Transfer | BTC | 10.04545 | 352859.4873 | | Yes |
| 1350 | 1/23/2022 11:11 | Withdrawal | BTC | -9.80913172 | -352510.7666 | | Yes |
| a4ec | 1/22/2022 16:55 | Withdrawal | BTC | -0.19669338 | -6916.151581 | | Yes |
| a9ab | 1/22/2022 12:59 | Referrer Award | BTC | 0.001395639 | 50 | | Yes |
| b81c | 1/21/2022 5:00 | Reward | MATIC | 30.13729803 | 57.86361221 | MATIC | Yes |
| f317 | 1/21/2022 5:00 | Reward | ETH | 0.072158014 | 207.3778036 | ETH | Yes |
| e1c4 | 1/21/2022 5:00 | Reward | BTC | 0.005935737 | 231.3275441 | BTC | Yes |
| d509 | 1/21/2022 5:00 | Reward | USDC | 882.0546672 | 882.0546672 | USDC | Yes |
| 1367 | 1/21/2022 5:00 | Reward | LINK | 1.600781393 | 31.13519809 | LINK | Yes |
| b740 | 1/21/2022 5:00 | Reward | AVAX | 0.005573056 | 0.423523631 | AVAX | Yes |
| 04f1 | 1/18/2022 7:00 | Transfer | AVAX | 10.19881 | 887.6782105 | | Yes |
| 722d | 1/14/2022 5:00 | Reward | BTC | 0.005770042 | 246.6701395 | BTC | Yes |
| cce6 | 1/14/2022 5:00 | Reward | LINK | 1.599870697 | 39.89021351 | LINK | Yes |
| f0ab | 1/14/2022 5:00 | Reward | USDC | 443.0915445 | 443.0915445 | USDC | Yes |
| 3ee2 | 1/14/2022 5:00 | Reward | MATIC | 30.0868447 | 68.52077038 | MATIC | Yes |
| dda3 | 1/14/2022 5:00 | Reward | ETH | 0.089638178 | 293.693886 | ETH | Yes |
| 4cf2 | 1/11/2022 0:27 | Transfer | ETH | 6.1503 | 18888.41249 | | Yes |
| d7be | 1/10/2022 21:56 | Transfer | ETH | 0.69538348 | 2139.966168 | | Yes |
| 777d | 1/10/2022 21:20 | Transfer | BTC | 0.53340781 | 22300.0265 | | Yes |
| 2573 | 1/10/2022 18:54 | Transfer | USDC | 560913.25 | 560913.25 | | Yes |
| 66ca | 1/7/2022 7:46 | Withdrawal | USDC | -52035 | -52035 | | Yes |
| 5348 | 1/7/2022 7:42 | Withdrawal | USDC | -138000 | -138000 | | Yes |
| 10b4 | 1/7/2022 7:42 | Withdrawal | USDC | -139000 | -139000 | | Yes |
| aa23 | 1/7/2022 7:40 | Withdrawal | USDC | -140000 | -140000 | | Yes |
| 4ebc | 1/7/2022 7:23 | Withdrawal | USDC | -469036.2942 | -469036.2942 | | No |
| b964 | 1/7/2022 5:00 | Reward | LINK | 1.59896052 | 37.59156182 | LINK | Yes |
| d5da | 1/7/2022 5:00 | Reward | ETH | 0.086416288 | 276.6332302 | ETH | Yes |
| 3d89 | 1/7/2022 5:00 | Reward | BTC | 0.005620383 | 233.5550024 | BTC | Yes |
| 7f2a | 1/7/2022 5:00 | Reward | USDC | 736.026181 | 736.026181 | USDC | Yes |
| 2c77 | 1/7/2022 5:00 | Reward | MATIC | 30.03647584 | 63.97245061 | MATIC | Yes |
| 268d | 12/31/2021 5:00 | Reward | ETH | 0.086329793 | 324.3246284 | ETH | Yes |
| 8aaf | 12/31/2021 5:00 | Reward | BTC | 0.005617131 | 266.3868314 | BTC | Yes |
| 42e5 | 12/31/2021 5:00 | Reward | MATIC | 29.98619131 | 76.46478783 | MATIC | Yes |
| 5ae6 | 12/31/2021 5:00 | Reward | USDC | 734.8729957 | 734.8729957 | USDC | Yes |
| 792f | 12/31/2021 5:00 | Reward | LINK | 1.59805086 | 32.12082229 | LINK | Yes |
| 09a5 | 12/24/2021 5:00 | Reward | BTC | 0.005613882 | 287.4082852 | BTC | Yes |
| 8844 | 12/24/2021 5:00 | Reward | LINK | 1.456497634 | 32.40707237 | LINK | Yes |
| 7d7e | 12/24/2021 5:00 | Reward | ETH | 0.086243383 | 354.335253 | ETH | Yes |
| 50e5 | 12/24/2021 5:00 | Reward | USDC | 733.7216152 | 733.7216152 | USDC | Yes |
| 070f | 12/24/2021 5:00 | Reward | MATIC | 29.93599096 | 77.83357648 | MATIC | Yes |
| 4712 | 12/20/2021 9:12 | Transfer | LINK | 545.00206 | 10060.73803 | | Yes |
| 63ba | 12/17/2021 5:00 | Reward | BTC | 0.00557079 | 267.2140716 | BTC | Yes |
| 7f9f8 | 12/17/2021 5:00 | Reward | ETH | 0.08511259 | 339.0894109 | ETH | Yes |
| d816 | 12/17/2021 5:00 | Reward | USDC | 1111.000883 | 1111.000883 | USDC | Yes |
| 5ba0 | 12/17/2021 5:00 | Reward | MATIC | 29.54371392 | 62.26657149 | MATIC | Yes |
| 5956 | 12/17/2021 5:00 | Reward | LINK | 1.284748114 | 24.63779468 | LINK | Yes |
| 009e | 12/15/2021 14:26 | Withdrawal | USDC | -40000 | -40000 | | Yes |
| 8107 | 12/15/2021 14:21 | Withdrawal | USDC | -139000 | -139000 | | Yes |
| 93ea | 12/14/2021 17:14 | Transfer | BTC | 0.10689 | 5010.78942 | | Yes |
| 69fd | 12/14/2021 17:00 | Transfer | ETH | 1.32607 | 4995.076545 | | Yes |
| be18 | 12/10/2021 15:26 | Transfer | ETH | 2.494 | 10137.16228 | | Yes |
| 6237 | 12/10/2021 9:16 | Transfer | ETH | 1.42151 | 5812.597035 | | Yes |
| 4993 | 12/10/2021 8:30 | Transfer | LINK | 127.172 | 2486.2126 | | Yes |
| 112a | 12/10/2021 5:00 | Reward | BTC | 0.004988981 | 241.1197208 | BTC | Yes |
| 75a6 | 12/10/2021 5:00 | Reward | MATIC | 29.49482058 | 65.16096328 | MATIC | Yes |
| 3dc4 | 12/10/2021 5:00 | Reward | ETH | 0.07860175 | 325.6583871 | ETH | Yes |
| 13ab | 12/10/2021 5:00 | Reward | USDC | 1776.864722 | 1776.864722 | USDC | Yes |
| fe53 | 12/10/2021 5:00 | Reward | LINK | 1.213177724 | 24.34792474 | LINK | Yes |
| c49c | 12/10/2021 3:22 | Transfer | BTC | 0.81636 | 39601.6236 | | Yes |
| 2570 | 12/8/2021 22:54 | Withdrawal | USDC | -74000 | -74000 | | Yes |
| 5684 | 12/8/2021 22:53 | Withdrawal | USDC | -140000 | -140000 | | Yes |
| aae2 | 12/8/2021 22:52 | Withdrawal | USDC | -130000 | -130000 | | Yes |
| f342 | 12/5/2021 8:09 | Transfer | BTC | 0.30238 | 14959.64574 | | Yes |
| a286 | 12/5/2021 7:58 | Transfer | ETH | 3.30873 | 13948.91085 | | Yes |
| 79e1 | 12/5/2021 5:34 | Withdrawal | USDC | -140000 | -140000 | | Yes |
| 8d32 | 12/4/2021 8:20 | Transfer | BTC | 0.3783 | 18033.1827 | | Yes |
| 0d87 | 12/4/2021 8:01 | Transfer | ETH | 7.57184 | 29355.11506 | | Yes |
| 86da | 12/3/2021 5:00 | Reward | BTC | 0.004628634 | 262.0269493 | BTC | Yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| bfcf6 | 12/3/2021 5:00 | Reward | MATIC | 29.44600816 | 62.71999739 | MATIC | Yes |
| 5594 | 12/3/2021 5:00 | Reward | LINK | 1.212487539 | 29.92419246 | LINK | Yes |
| 40d7 | 12/3/2021 5:00 | Reward | USDC | 2069.391493 | 2069.391493 | USDC | Yes |
| 89b7 | 12/3/2021 5:00 | Reward | ETH | 0.06985621 | 317.0438045 | ETH | Yes |
| 7a60 | 11/29/2021 8:19 | Transfer | BTC | 0.18504 | 10640.32846 | | Yes |
| 2141 | 11/26/2021 5:00 | Reward | USDC | 2065.593978 | 2065.593978 | USDC | Yes |
| d003 | 11/26/2021 5:00 | Reward | MATIC | 29.39727652 | 54.51730486 | MATIC | Yes |
| ecd1 | 11/26/2021 5:00 | Reward | ETH | 0.069786289 | 308.4062625 | ETH | Yes |
| 1618 | 11/26/2021 5:00 | Reward | LINK | 1.211797746 | 31.62985191 | LINK | Yes |
| 3158 | 11/26/2021 5:00 | Reward | BTC | 0.004566908 | 264.6340358 | BTC | Yes |
| ab59 | 11/19/2021 5:00 | Reward | BTC | 0.005426317 | 305.3822701 | BTC | Yes |
| 99c4 | 11/19/2021 5:00 | Reward | USDC | 2061.803433 | 2061.803433 | USDC | Yes |
| bd70 | 11/19/2021 5:00 | Reward | ETH | 0.066502221 | 269.9424898 | ETH | Yes |
| b5a7 | 11/19/2021 5:00 | Reward | LINK | 1.211108346 | 32.61514776 | LINK | Yes |
| a77f | 11/19/2021 5:00 | Reward | MATIC | 29.04651513 | 44.150703 | MATIC | Yes |
| 796e | 11/18/2021 17:17 | Transfer | BTC | 0.07824 | 4463.313505 | | Yes |
| 3343 | 11/18/2021 7:35 | Transfer | BTC | 0.07764 | 4636.642857 | | Yes |
| 4c15 | 11/17/2021 4:22 | Transfer | BTC | 0.08423 | 4970.842085 | | Yes |
| 3619 | 11/17/2021 3:45 | Transfer | MATIC | 258.25312 | 395.1272736 | | Yes |
| 01f83 | 11/16/2021 16:35 | Transfer | ETH | 1.16312 | 5011.534146 | | Yes |
| 7ea8 | 11/16/2021 7:28 | Transfer | ETH | 2.19126 | 9503.99861 | | Yes |
| a1d4 | 11/14/2021 23:50 | Transfer | ETH | 0.446207572 | 2063.202135 | | Yes |
| 7579 | 11/14/2021 21:02 | Transfer | ETH | 2.63463 | 12017.94378 | | Yes |
| ecb9 | 11/12/2021 5:00 | Reward | USDC | 1832.351414 | 1832.351414 | USDC | Yes |
| 7d67 | 11/12/2021 5:00 | Reward | MATIC | 28.87315932 | 50.98276958 | MATIC | Yes |
| 6b25 | 11/12/2021 5:00 | Reward | LINK | 1.210419338 | 42.06875467 | LINK | Yes |
| 3d02 | 11/12/2021 5:00 | Reward | ETH | 0.063208736 | 302.296128 | ETH | Yes |
| ada1 | 11/12/2021 5:00 | Reward | BTC | 0.005396377 | 351.4316452 | BTC | Yes |
| 96a8 | 11/11/2021 16:13 | Referrer Award | BTC | 0.000889325 | 50 | | No |
| 7d2a | 11/5/2021 5:00 | Reward | MATIC | 28.82537571 | 55.37830686 | MATIC | Yes |
| 2688 | 11/5/2021 5:00 | Reward | USDC | 1829.3576 | 1829.3576 | USDC | Yes |
| a08b | 11/5/2021 5:00 | Reward | ETH | 0.063145469 | 286.8914575 | ETH | Yes |
| 3178 | 11/5/2021 5:00 | Reward | BTC | 0.005390268 | 335.4005716 | BTC | Yes |
| 398a | 11/5/2021 5:00 | Reward | LINK | 1.209730722 | 38.04869576 | LINK | Yes |
| | | | | | | | |
| ab25 | 11/1/2021 16:19 | Transfer | BTC | 0.00769617 | 473.3413628 | | Yes |
| 11aa | 10/29/2021 5:00 | Reward | ETH | 0.060614799 | 264.5603697 | ETH | Yes |
| 9385 | 10/29/2021 5:00 | Reward | MATIC | 28.77013238 | 59.40286478 | MATIC | Yes |
| fee6 | 10/29/2021 5:00 | Reward | LINK | 1.209042498 | 38.45023875 | LINK | Yes |
| 5c31 | 10/29/2021 5:00 | Reward | BTC | 0.005384123 | 332.0035593 | BTC | Yes |
| ad98 | 10/29/2021 5:00 | Reward | USDC | 1826.368677 | 1826.368677 | USDC | Yes |
| 0f17 | 10/25/2021 19:30 | Transfer | ETH | 4.7509 | 19895.47189 | | Yes |
| c853 | 10/22/2021 5:55 | Transfer | ETH | 3.38829 | 13974.51634 | | Yes |
| 3fa39 | 10/22/2021 5:36 | Transfer | MATIC | 1262.62872 | 1969.700803 | | Yes |
| da5f | 10/22/2021 5:00 | Reward | USDC | 1823.384638 | 1823.384638 | USDC | Yes |
| 3df4 | 10/22/2021 5:00 | Reward | MATIC | 26.64047206 | 41.82554113 | MATIC | Yes |
| 001a | 10/22/2021 5:00 | Reward | ETH | 0.054709848 | 227.8594051 | ETH | Yes |
| 118e | 10/22/2021 5:00 | Reward | LINK | 1.208354665 | 35.34437396 | LINK | Yes |
| 50e7 | 10/22/2021 5:00 | Reward | BTC | 0.005380553 | 340.4383328 | BTC | Yes |
| d7b8 | 10/15/2021 9:09 | Transfer | ETH | 6.65429 | 25126.13324 | | Yes |
| deb4 | 10/15/2021 5:00 | Reward | ETH | 0.048159731 | 184.1680992 | ETH | Yes |
| ea1cf | 10/15/2021 5:00 | Reward | BTC | 0.005376985 | 321.0432507 | BTC | Yes |
| 2269 | 10/15/2021 5:00 | Reward | USDC | 1820.405475 | 1820.405475 | USDC | Yes |
| 52ad | 10/15/2021 5:00 | Reward | LINK | 1.207667224 | 32.34848824 | LINK | Yes |
| 701f | 10/15/2021 5:00 | Reward | MATIC | 29.61659808 | 40.90752498 | MATIC | Yes |
| 7e43 | 10/11/2021 5:51 | Transfer | MATIC | 1477.20324 | 1886.436636 | | Yes |
| f412 | 10/8/2021 5:00 | Reward | LINK | 1.206980174 | 32.09664178 | LINK | Yes |
| 5d4e | 10/8/2021 5:00 | Reward | USDC | 1817.431179 | 1817.431179 | USDC | Yes |
| 2cef9 | 10/8/2021 5:00 | Reward | BTC | 0.00354645 | 191.3716493 | BTC | Yes |
| dd92 | 10/8/2021 5:00 | Reward | MATIC | 27.95393202 | 36.01907353 | MATIC | Yes |
| efa2 | 10/8/2021 5:00 | Reward | ETH | 0.035026222 | 125.2842247 | ETH | Yes |
| 33c9 | 10/8/2021 3:15 | Transfer | ETH | 9.80149 | 34947.27942 | | Yes |
| 33a0 | 10/7/2021 18:16 | Transfer | BTC | 2.94337 | 159568.9178 | | Yes |
| 47c0 | 10/7/2021 18:14 | Transfer | ETH | 3.60383 | 13007.16298 | | Yes |
| 9465 | 10/1/2021 5:00 | Reward | BTC | 0.003419551 | 149.2394582 | BTC | Yes |
| 2fca | 10/1/2021 5:00 | Reward | LINK | 1.142888782 | 27.14360856 | LINK | Yes |
| 95ee | 10/1/2021 5:00 | Reward | ETH | 0.031419919 | 94.37789591 | ETH | Yes |
| 3ec9 | 10/1/2021 5:00 | Reward | USDC | 1814.461742 | 1814.461742 | USDC | Yes |
| 41e5 | 10/1/2021 5:00 | Reward | MATIC | 26.8012027 | 30.28535906 | MATIC | Yes |

| ID | Date/Time | Type | Asset | Amount | Value | | |
|---|---|---|---|---|---|---|---|
| ?36cf | 9/26/2021 9:19 | Transfer | MATIC | 1838.48664 | 1932.709215 | | Yes |
| b189 | 9/26/2021 9:11 | Transfer | ETH | 10.41738 | 29081.76207 | | Yes |
| 29b9 | 9/24/2021 17:19 | Transfer | LINK | 1519.739837 | 34366.89933 | | Yes |
| b059 | 9/24/2021 5:00 | Reward | MATIC | 20.04421405 | 23.91108589 | MATIC | Yes |
| i34df | 9/24/2021 5:00 | Reward | LINK | 0.18785375 | 4.624615875 | LINK | Yes |
| 7ab4 | 9/24/2021 5:00 | Reward | USDC | 1811.497157 | 1811.497157 | USDC | Yes |
| 5cea | 9/24/2021 5:00 | Reward | BTC | 0.001881634 | 83.4183782 | BTC | Yes |
| b0a6 | 9/24/2021 5:00 | Reward | ETH | 0.024200397 | 74.74736086 | ETH | Yes |
| 624a | 9/20/2021 8:42 | Transfer | BTC | 4.39985 | 198315.8085 | | Yes |
| c872 | 9/20/2021 8:29 | Transfer | LINK | 599.3 | 15133.8579 | | Yes |
| e50b | 9/20/2021 8:04 | Transfer | MATIC | 4985 | 6016.89099 | | Yes |
| 8004 | 9/17/2021 5:00 | Reward | BTC | 0.001530614 | 73.56708674 | BTC | Yes |
| 4592 | 9/17/2021 5:00 | Reward | ETH | 0.024176175 | 86.53875725 | ETH | Yes |
| 9501 | 9/17/2021 5:00 | Reward | USDC | 1808.537416 | 1808.537416 | USDC | Yes |
| 1b9d | 9/17/2021 5:00 | Reward | MATIC | 14.71346001 | 20.41638303 | MATIC | Yes |
| 2554 | 9/12/2021 0:17 | Withdrawal | BTC | -8.17173537 | -370457.519 | | Yes |
| 47a3 | 9/10/2021 5:00 | Reward | USDC | 1802.318136 | 1802.318136 | USDC | Yes |
| 3479 | 9/10/2021 5:00 | Reward | ETH | 0.024151976 | 83.72354471 | ETH | Yes |
| bbb2 | 9/10/2021 5:00 | Reward | BTC | 0.005915863 | 276.587266 | BTC | Yes |
| dda7 | 9/10/2021 5:00 | Reward | MATIC | 5.999222884 | 8.511544645 | MATIC | Yes |
| 2773 | 9/9/2021 21:57 | Transfer | USDC | 2085.368818 | 2085.368818 | | Yes |
| 5b0c | 9/7/2021 11:24 | Transfer | MATIC | 5160 | 7889.215859 | | Yes |
| cb19 | 9/7/2021 2:17 | Transfer | MATIC | 2485 | 4074.845894 | | Yes |
| 9576 | 9/3/2021 5:00 | Reward | USDC | 1799.230557 | 1799.230557 | USDC | Yes |
| 3097 | 9/3/2021 5:00 | Reward | ETH | 0.024127802 | 91.87010827 | ETH | Yes |
| bb3e | 9/3/2021 5:00 | Reward | BTC | 0.005911941 | 293.8302576 | BTC | Yes |
| 8d38 | 8/27/2021 5:00 | Reward | BTC | 0.006604397 | 309.7274676 | BTC | Yes |
| 0dea | 8/27/2021 5:00 | Reward | USDC | 1796.290858 | 1796.290858 | USDC | Yes |
| d560 | 8/27/2021 5:00 | Reward | ETH | 0.024103652 | 74.79174848 | ETH | Yes |
| 3598 | 8/21/2021 10:24 | Withdrawal | BTC | -6 | -293208 | | Yes |
| J923f | 8/20/2021 5:00 | Reward | USDC | 1793.355962 | 1793.355962 | USDC | Yes |
| 8e95 | 8/20/2021 5:00 | Reward | ETH | 0.024079526 | 77.62364705 | ETH | Yes |
| 7b34 | 8/20/2021 5:00 | Reward | BTC | 0.009881772 | 465.9057383 | BTC | Yes |
| c034 | 8/13/2021 5:00 | Reward | USDC | 1790.425861 | 1790.425861 | USDC | Yes |
| .abf9 | 8/13/2021 5:00 | Reward | BTC | 0.00987522 | 446.2996408 | BTC | Yes |
| 45be | 8/13/2021 5:00 | Reward | ETH | 0.024055425 | 74.99789615 | ETH | Yes |
| 7950 | 8/6/2021 5:00 | Reward | USDC | 1787.500548 | 1787.500548 | USDC | Yes |
| 1b8e | 8/6/2021 5:00 | Reward | BTC | 0.010029432 | 402.5101891 | BTC | Yes |
| 9e58 | 8/6/2021 5:00 | Reward | ETH | 0.024031347 | 66.64791872 | ETH | Yes |
| a970 | 7/31/2021 8:09 | Withdrawal | BTC | -1.5 | -62400.4178 | | Yes |
| if795 | 7/30/2021 5:00 | Reward | USDC | 1784.580014 | 1784.580014 | USDC | Yes |
| 75bff | 7/30/2021 5:00 | Reward | BTC | 0.010856555 | 431.4908292 | BTC | Yes |
| ad41 | 7/30/2021 5:00 | Reward | ETH | 0.024007294 | 57.87584082 | ETH | Yes |
| 421a | 7/23/2021 5:00 | Reward | BTC | 0.010849357 | 354.7442026 | BTC | Yes |
| ib9f9 | 7/23/2021 5:00 | Reward | ETH | 0.023983264 | 49.8072498 | ETH | Yes |
| 9a1b | 7/23/2021 5:00 | Reward | USDC | 1781.664252 | 1781.664252 | USDC | Yes |
| b853 | 7/16/2021 5:00 | Reward | BTC | 0.010842164 | 346.6071905 | BTC | Yes |
| e221 | 7/16/2021 5:00 | Reward | ETH | 0.023959259 | 46.71030433 | ETH | Yes |
| :ac9e | 7/16/2021 5:00 | Reward | USDC | 1778.753261 | 1778.753261 | USDC | Yes |
| 6179 | 7/9/2021 5:00 | Reward | USDC | 521.9861381 | 521.9861381 | USDC | Yes |
| 4159 | 7/9/2021 5:00 | Reward | BTC | 0.003174535 | 104.8692172 | BTC | Yes |
| 8882 | 7/9/2021 5:00 | Reward | ETH | 0.007862967 | 16.86454571 | ETH | Yes |
| :8f30 | 7/7/2021 3:48 | Transfer | BTC | 15.59371 | 537561.773 | | Yes |
| c3ee | 7/7/2021 3:40 | Transfer | USDC | 1086369.265 | 1086369.265 | | Yes |
| 41de | 7/7/2021 3:15 | Withdrawal | USDC | -10 | -10 | | Yes |
| 621e | 7/6/2021 21:50 | Transfer | ETH | 23.90540894 | 55032.74339 | | Yes |
| 5469 | 7/5/2021 1:11 | Withdrawal | USDC | -20 | -20 | | Yes |
| a07d | 7/2/2021 6:39 | Transfer | USDC | 38.51 | 38.51 | | Yes |

6. **Withdrawal request email of USDC (my first withdrawal)**

                                       Daron Stevens <██████████@gmail.com>

**[Celsius Network] Withdrawal Request Completed - July 5, 2021 1:12 AM (UTC)**
1 me   age

**Celsius Network** <app@celsius.network>                                    Sun, Jul 4, 2021 at 3:12 PM
To: ██████████@gmail.com

# Your Withdrawal Request Has Been Completed



We would like to confirm that your request to send

**20** USDC

from your account to

**0x6f**████████████████████████**394**

has been completed.

Your new USDC balance is **18.51 USDC**

See Transaction Details

---

**Celsius Network Limited,** The Harley Building,
77 - 79 New Cavendish Street,
London, W1W 6XB, United Kingdom
© Cel  iu   2021

   

7. **Rate of return email for BTC and ETH returns of 4.03% and 3.8% respectively for a sample week**



**8. Rewards email**



Daron Stevens <█████████@gmail.com>

**[Celsius] Reward Payment Received**
1 me   age

**Celsius** <app@celsius.network>                                     Sun, Jul 3, 2022 at 11:55 PM
To: █████████@gmail.com



# Rewards Received!

**Your weekly rewards have been added to your account.**
**This week you earned:**



# $2585.29

View Your Rewards

If you have any questions, please connect with Customer Care at 1-866-HODL-NOW (1-866-463-5669) or use the Customer Care web form.

If you earned in CEL token   you could have earned 30% more

Check out our weekly rates to see how to earn more in CEL on your holdings.

**Exhibit B**

1.  **My Celsius account 1099 form for 2021 taxes for CELSIUS NETWORK LLC**

CELSIUS NETWORK LLC
221 RIVER STREET
9TH FLOOR
HOBOKEN, NJ 07030

DARON STEVENS

<table>
<tr><td colspan="3">☐ CORRECTED (if checked)</td></tr>
<tr>
<td rowspan="2">PAYER'S name, street address, city or town, state or province, country, Z P or foreign postal code, and telephone no.<br>CELSIUS NETWORK LLC<br>221 RIVER STREET<br>9TH FLOOR<br>HOBOKEN, NJ 07030</td>
<td>1 Rents</td>
<td>OMB No. 1545-0115</td>
<td rowspan="3"><b>2021</b><br>Form <b>1099-MISC</b></td>
<td rowspan="3"><b>Miscellaneous Information</b></td>
</tr>
<tr>
<td>2 Royalties</td>
<td></td>
</tr>
<tr>
<td>3 Other income<br>$52,622.85</td>
<td>4 Federal income tax withheld</td>
</tr>
</table>

| PAYER'S T N<br>87-1192148 | REC PIENT'S TIN<br>*****3558 | 5 Fishing boat proceeds | 6 Medical and health care payments | Copy B<br>For Recipient |
| --- | --- | --- | --- | --- |
| REC PIENT'S name, street address (including apt. no.), city or town, state or province, country, and Z P or foreign postal code<br>DARON STEVENS | | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the RS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Crop insurance proceeds | 10 Gross proceeds paid to an attorney | |
| | | 11 Fish purchased for resale | 12 Section 409A deferrals | |
| Account number (see instructions)<br>L         YW | FATCA filing requirement ☐ | 13 Excess golden parachute payments | 14 Nonqualified deferred compensation | |
| | | 15 State tax withheld | 16 State/Payer's state no.   UT | 17 State income |

Form **1099-MISC**          (keep for your records)     www.irs.gov/Form1099MISC          Department of the Treasury - Internal Revenue Service

Page 1 of 2

2. **My Celsius account 1099 form for 2021 taxes for CELSIUS NETWORK Limited**

CELSIUS NETWORK LIMITED
THE HARLEY BUILDING
77-79 NEW CAVENDISH STREET
LONDON W1W 6XB
UNITED KINGDOM

DARON STEVENS

| CORRECTED (if checked) | | |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, Z P or foreign postal code, and telephone no.<br>CELSIUS NETWORK LIMITED<br>THE HARLEY BUILDING<br>77-79 NEW CAVENDISH STREET<br>LONDON W1W 6XB<br>UNITED KINGDOM | 1 Rents<br><br>2 Royalties<br><br>3 Other income            $2,815.79 | OMB No. 1545-0115<br>**2021**<br>Form 1099-MISC<br>**Miscellaneous Information** |
| PAYER'S T N<br>98-1528554 | REC PIENT'S TIN<br>*****3558 | 5 Fishing boat proceeds | Copy B<br>For Recipient |
| REC PIENT'S name, street address (including apt. no.), city or town, state or province, and Z P or foreign postal code<br>DARON STEVENS | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale | | This is important tax information and is being furnished to the  RS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

| 4 Federal income tax withheld | |
|---|---|
| 6 Medical and health care payments | |
| 8 Substitute payments in lieu of dividends or interest | |
| 9 Crop insurance proceeds | 10 Gross proceeds paid to an attorney |
| 11 Fish purchased for resale | 12 Section 409A deferrals |
| 13 Excess golden parachute payments | 14 Nonqualified deferred compensation |
| Account number (see instructions)<br>L          YW | FATCA filing requirement | 15 State tax withheld | 16 State/Payer's state no.     UT | 17 State income |

Form **1099-MISC**         (keep for your records)    www.irs.gov/Form1099MISC         Department of the Treasury - Internal Revenue Service

Page 1 of 2

**a) Celsius emails regarding "Important Celsius Update For Our U.S. Clients" My assets are to remain in Earn if I do not take action. The email fails to mention (obfuscates) the added risk for Earn account holders over Custody or any such clauses in the new 'Terms of Use'.**

**Note that there is no mention of the 'Cease and Desist' orders from certain states. Instead the email implies that Celsius is working closely with regulators around the works and the changes to the Earn account are being made in consultation with the regulators.**





If you have questions or require additional assistance, contact us at 1-866-HODL-NOW (1-866-463-5669). Our Customer Care Center is available Monday - Saturday, from 10AM - 11PM EST or contact us at https://celsius.network/customer-care

Sincerely,
The Celsius Team

3.   My Celsius app account screen shots 12-23-2022









