**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK, LLC, *et al.* | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |
| | **This Request Concerns Celsius Network, LLC, debtor in case no. 22-10964** |

**<u>REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE</u>**

**<u>BYA2E, ALSO KNOWN AS ANYTHING2EVERTHING</u>**

Creditor A2E, ALSO KNOWN AS ANYTHING2EVERTHING ("A2E"), files this Request for Payment of Administrative Expenses and requests payment of the amount of $3,067.59 pursuant to this Request based upon the following:

1. On July 13, 2022, Celsius Network, LLC ("Debtor") filed a voluntary petition commencing case no. 22-10964 before the above-entitled Court.

2. On January 3, 2023, A2E filed a proof of claim in the Debtor's Chapter 11 case, as true and correct copy of which is attached hereto as **<u>Exhibit 1</u>**, and is incorporated herein by reference as though fully set forth.

3. As set forth in the attached proof of claim, A2E holds a claim against the Debtor in the amount of $3,067.59 pursuant to 11 U.S.C. section 503(b)(9) and 11 U.S.C. section 507(a)(2) for good delivered to the Debtor within 20 days of the petition date. The value of those goods is $3,067.59.

4. A2E's section 503(b)(9) claim was included in A2E's proof of claim pursuant to the Notice of Deadline Requiring Submission of Proofs of Claim in the above-referenced consolidated cases, which was dated November 16, 2022. However, the instructions for filing proofs of claim online stated that administrative expense claims needed to be filed under 11

U.S.C. section 503, rather than on the proof of claim form.  As such, this Request also is being filed out of an abundance of caution.

WHEREFORE, A2E hereby requests Celsius pay A2E its administrative expense claim in the amount of $3,067.59.

Dated: January 3, 2023

HILL, FARRER & BURRILL, LLP

By  /s/  Daniel J. McCarthy
Daniel J. McCarthy (CA Bar No. 101081)
300 S. Grand Avenue, 37th Floor
Los Angeles, California 90071
Telephone: (213) 620-0460
Facsimile:  (213) 624-4840
email:      dmccarthy@hillfarrer.com

# EXHIBIT 1

Fill in this information to identify the case:

Debtor: Celsius Network LLC

United States Bankruptcy Court for the District of: Southern District of New York

Case number: 22-10964

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

   A2E

   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor: Anything2Everything

2. **Has this claim been acquired from someone else?**

   ☑ No

   ☐ Yes. From whom?

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| A2E<br>Daniel J. McCarthy<br>300 S. Grand Ave, 37th Floor<br>Los Angeles, CA, CA 90071<br>United States<br>**P:** (213) 621-0802<br>**F:** (213) 624-4840<br>**E:** dmccarthy@hillfarrer.com | A2E<br>Tim Heckendorf<br>12001 Ventura Place<br>#410<br>Studio City, CA 91604<br>United States<br>**P:** (626) 755-5280<br>**E:** tim@teama2e.com |

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

4. **Does this claim amend one already filed?**

   ☑ No

   ☐ Yes. Claim number on court claims registry (if known) ________ Filed on ________ MM/DD/YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ☑ No

   ☐ Yes. Who made the earlier filing?

COPY

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ______

7. **How much is a claim?** $ 52,316.31

Does this amount include interest or other charges?

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Promotional goods sold to Celsius Network, LLC

9. **Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property

**Nature of property**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A)with this Proof of Claim.
☐ Motor vehicle.
☐ Other. Describe: ______

**Basis for perfection:** ______

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** ______

**Amount of the claim that is secured:** ______

**Amount of the claim that is unsecured:** ______ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** ______

**Annual Interest Rate (when case was filed)** ______ %

☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ ______

11. **Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ______

COPY

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A Claim may be partly priority and partly nonpriority.For example, law limits the amount entitled to priority.

☐ No

☑ Yes. Check one:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(2) that applies. | $ 3,067.59 |

*Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time: 01/03/2023 at 10:06 am PT
MM / DD / YYYY HH : MM

/s/Daniel Joseph McCarthy
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Daniel (First Name) Joseph (Middle Name) McCarthy (Last Name)

Title: Attorney

Company: A2E
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: 12001 Ventura Place (Number) #410 (Street)
Studio City (City) CA (State) 91604 (ZIP Code)

Contact phone: 2136210802

Email: dmccarthy@hillfarrer.com

COPY

**Rider to Proof of Claim of AE2**

A2E, also known as Anything2 Everything ("A2E") sold various promotional goods to Celsius Network, LLC ("Debtor") that the Debtor ordered from A2E. The following chart summarizes the invoices and the priority asserted by AE2 regarding its claim against the Debtor.

| Invoice Date | Invoice Number | Invoice Amount | Priority |
|---|---|---|---|
| 19501 | 04/29/2022 | $42,059.73 | Non-priority: $42,059.73 |
| 19532 | 05/19/2022 | $ 4,287.09 | Non-priority: $4,287.09 |
| 19638 | 06/28/2022 | $ 411.90 | Non-priority: $411.90 |
| 20142 | 12/19/2022 | $ 5,557.69 (reduced from $5,808.66) | Non-priority: $2,490.00<br>503(b)(9): $3,067.59 |
| Total | | $52,316.31 | Non-priority: $49,248.72<br>503(b)(9): $3,067.59 |

A true and correct copy of invoice no. 19501 and proof of shipping and delivery of the goods described by invoice no. 19501 is attached hereto as **Exhibit A**. The goods were delivered in four shipments on between April 7 and 26, 2022.

A true and correct copy of invoice no. 19532 and proof of delivery of the goods described by invoice no. 19532 is attached hereto as **Exhibit C**. The goods were delivered on May 9, 2022.

A true and correct copy of invoice no. 19638 and proof of delivery of the goods described by invoice no. 19638 is attached hereto as **Exhibit D**. The goods were delivered on May 12, 2022.

A true and correct copy of invoice no. 20142 and proof of delivery of part of the goods (the Denik notebooks) described in invoice no. 20142 is attached hereto as **Exhibit D**. A2E issued the invoice for those goods on December 19, 2022, although they were produced for the Debtor before June 23, 2022. The goods described on invoice no. 20142 were Denik notebooks and socks. A2E received a positive response from the Debtor to ship the Denik notebooks. The Denik were delivered to the Debtor in Monaco on June 23, 2022. Because those goods were delivered to Debtor within 20 days of the July 13, 2022 petition date (i.e., on June 23, 2022), A2E has a priority claim against the Debtor for those goods pursuant to 11 U.S.C. section 503(b)(9) and 11 U.S.C. section 507(a)(2). As set forth on invoice no. 20142, the value of the Denik notebooks was $3,067.59, which includes the cost of shipping the notebooks to the Debtor in Monaco.

The balance of the goods described in invoice no. 20142 were socks. The Debtor did not respond to inquiries from A2E to confirm that the socks should be shipped. A true and correct copy of the email communications between A2E and the Debtor regarding those inquiries is attached here as **Exhibit E**. Because the Debtor did not confirm that the socks should be shipped, they were shipped to A2E's warehouse, where they are being stored at a cost to A2E for delivery to the Debtor upon receipt of instructions from the Debtor. A true and correct copy of the proof of delivery of the socks to A2E's warehouse is attached hereto as **Exhibit F**. Because those goods were custom socks made for the

Debtor, they have no value to A2E.  As set forth on invoice no. 20142, the value of the socks was $2,490.00.  The $251.07 cost of shipping the socks to Monaco was not incurred, so that has been deducted from A2E's claim in the chart set forth above.

In summary, A2E has a general unsecured claim against the Debtor for $49,248.72 and a priority claim under 11 U.S.C. section 503(b)(9) and 11 U.S.C. section 507(a)(2) for $3,067.59 for the Denik notebooks that were delivered to the Debtor on June 23, 2022.

# EXHIBIT A

a2e

# Invoice

| Date | 4/29/2022 |
|---|---|
| Invoice # | **19501** |

Bill To

Celsius Network LLC
121 River Street, Ste PH05
Hoboken NJ 07030

Ship To

Paris Blockchain Week Summit
Maimouna Kone (Ph#: 07 68 38 87 28)
61, Av. Charles de Gaulle
92200 Neuilly-sur-Seine
France

| | P.O. Number | Terms | Due Date |
|---|---|---|---|
| | | Deposit Req... | 4/29/2022 |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Celsius. Bethany Davis - Paris Bitcoin Event Swag | | | |
| Stickers - 2.8" x 1"<br>Die Cut "Celsius" logo in full-color | 300 | 1.40 | 420.00T |
| Shipping - Stickers | 1 | 89.22 | 89.22 |
| Denik Notebooks - Classic 5.25" x 8.25" Layflat w/ "Celsius" logo in full-color | 200 | 7.20 | 1,440.00T |
| Shipping - Notebooks | 1 | 627.95 | 627.95 |
| Custom Socks w/ Top Wrap<br>Design 4.1 | 300 | 10.50 | 3,150.00T |
| Shipping - Socks | 1 | 602.32 | 602.32 |
| BAGedge Canvas Sling Tote in Canvas w/ "Celsius" logo in full-color on both sides | 500 | 5.99 | 2,995.00T |
| Setup Fee - full-color/2 location heat transfer | 2 | 70.00 | 140.00 |
| Rush Charge | 1 | 150.00 | 150.00 |
| Bella + Canvas Unisex Jersey T-Shirt in Royal<br>Left Chest: "Celsius Lockup" logo in White<br>Left Sleeve" "C" logo in White<br>Back Center: "QR Code + #Your Home For Crypto" logo in PMS 232 + White<br><br>S: 250<br>M: 250<br>L: 250<br>XL: 150 | 900 | 12.79 | 11,511.00T |
| 2XL: 100 | 100 | 14.29 | 1,429.00T |

| **Invoice Total** | **Payments** | **Balance Due** |
|---|---|---|

Remit Payment to:

**a2e | 12001 Ventura Pl., Ste 410 | Studio City, CA 91604 | 818.308.7000**

a2e

# Invoice

| Date | 4/29/2022 |
| --- | --- |
| Invoice # | **19501** |

Bill To

Celsius Network LLC
121 River Street, Ste PH05
Hoboken NJ 07030

Ship To

Paris Blockchain Week Summit
Maimouna Kone (Ph#: 07 68 38 87 28)
61, Av. Charles de Gaulle
92200 Neuilly-sur-Seine
France

| | P.O. Number | Terms | Due Date |
| --- | --- | --- | --- |
| | | Deposit Req... | 4/29/2022 |

| Description | Quantity | Price Each | Amount |
| --- | --- | --- | --- |
| Bella + Canvas Unisex Jersey T-Shirt in White<br>Left Chest: "Celsius Lockup" logo in PMS 2756<br>Left Sleeve" "C" logo in PMS 2756<br>Back Center: "QR Code + #Your Home For Crypto" logo in PMS 232 + PMS 2756<br><br>S: 250<br>M: 250<br>L: 250<br>XL: 150 | 900 | 12.79 | 11,511.00T |
| 2XL: 100 | 100 | 14.29 | 1,429.00T |
| Setup Fee<br>1 color/1 location imprint on chest<br>1 color/1 location imprint on sleeve<br>2 color/1 location imprint on back | 1 | 245.00 | 245.00 |
| Rush Charge | 1 | 250.00 | 250.00 |
| Shipping - T-Shirts + Tote Bags | 1 | 10,537.86 | 10,537.86 |
| Shipping to arrive on or before 4/12 to Paris | | | |

| **Invoice Total** | $46,527.35 | **Payments** | -$4,467.62 | **Balance Due** | **$42,059.73** |
| --- | --- | --- | --- | --- | --- |

**Remit Payment to:**

**a2e | 12001 Ventura Pl., Ste 410 | Studio City, CA 91604 | 818.308.7000**



July 19, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 571962912041

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | N.NGUESON CVD | **Delivery Location:** | |
| **Service type:** | FedEx International Economy | | |
| **Special Handling:** | Deliver Weekday | | NEUILLY-SUR-SEINE, |
| | | **Delivery date:** | Apr 7, 2022 10:19 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 571962912041 | **Ship Date:** | Apr 1, 2022 |
| | | **Weight:** | |

**Recipient:**

NEUILLY-SUR-SEINE, FR,

**Shipper:**

SANTA CLARITA, CA, US,

**Reference** PO #25909

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx



July 19, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 567892466685

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | P.PAUL | **Delivery Location:** | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday; Airbill Automation | | NEUILLY-SUR-SEINE, |
| | | **Delivery date:** | Apr 15, 2022 09:56 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 567892466685 | **Ship Date:** | Apr 1, 2022 |
| | | **Weight:** | |

**Recipient:**

NEUILLY-SUR-SEINE, FR,

**Shipper:**

SAN LEANDRO, CA, US,

**Reference** 295297

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZX4X4506718821358

**Weight**

19.00 LBS

**Service**

UPS Worldwide Expedited®

**Shipped / Billed On**

04/01/2022

**Delivered On**

**Delivered To**

NEUILLY SUR SEINE, FR

**Received By**

ALEX

**Left At**

Reception

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/19/2022 7:21 P.M. EST

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z9V72356792183811

**Weight**

33.00 LBS

**Service**

UPS Worldwide Expedited®
with UPS Carbon Neutral

**Shipped / Billed On**

03/29/2022

**Delivered On**

04/26/2022 1:22 P.M.

**Delivered To**

PARIS, FR

**Received By**

ID ACCUEIL

**Left At**

Reception

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/19/2022 7:19 P.M. EST

# EXHIBIT B

a2e

# Invoice

| Date | 5/19/2022 |
|---|---|
| Invoice # | **19532** |

Bill To

Celsius Network LLC
121 River Street, Ste PH05
Hoboken NJ 07030

Ship To

Celsius
Attn: Shanica Eddy
1447 Peachtree Street
Suite 700
Atlanta, GA 30309

| | P.O. Number | Terms | Due Date |
|---|---|---|---|
| | | Deposit Req... | 5/19/2022 |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Celsius. Bethany Davis - Atlanta GA Event Swag | | | |
| Denik Notebooks - Classic 5.25" x 8.25" Layflat w/ "Celsius" logo in full-color | 200 | 7.95 | 1,590.00T |
| Shipping - Notebooks | 1 | 109.86 | 109.86 |
| Custom Socks w/ Top Wrap<br>Design 4.1 | 200 | 12.45 | 2,490.00T |
| Shipping - Socks | 1 | 97.23 | 97.23 |

| **Invoice Total** | $4,287.09 | **Payments** | $0.00 | **Balance Due** | **$4,287.09** |
|---|---|---|---|---|---|

**Remit Payment to:**

**a2e | 12001 Ventura Pl., Ste 410 | Studio City, CA 91604 | 818.308.7000**


July 19, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 272993878017

**Denik Notebooks**
**Shipped and Delivered in Atlanta, GA**
**Tracking# 272993878017**

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | S.EDDY | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | ATLANTA, GA, |
| | | **Delivery date:** | May 11, 2022 14:34 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 272993878017 | **Ship Date:** | May 10, 2022 |
| | | **Weight:** | 37.0 LB/16.80 KG |

**Recipient:**
ATLANTA, GA, US,

**Shipper:**
Lindon, UT, US,

| | |
|---|---|
| **Reference** | A8587380 |
| **Invoice** | 32574 |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx

# Proof of Delivery

**Socks**
**Shipped and Delivered to Atlanta, GA**
**Tracking# 1ZX4X4501305688084**

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZX4X4501305688084

**Weight**

25.00 LBS

**Service**

UPS Next Day Air Saver®

**Shipped / Billed On**

05/06/2022

**Delivered On**

05/09/2022 12:55 P.M.

**Delivered To**

ATLANTA, GA, US

**Received By**

OFFICE

**Left At**

Office

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/19/2022 7:12 P.M. EST

# EXHIBIT C

a2e

# Invoice

| Date | 6/28/2022 |
|---|---|
| Invoice # | **19638** |

Bill To

Celsius Network LLC
121 River Street, Ste PH05
Hoboken NJ 07030

Ship To

c/o The Expo Group
ABF Freight
14045 South Military Trail
Delray Beach, FL 33484

| | P.O. Number | Terms | Due Date |
|---|---|---|---|
| | | Deposit Req... | 6/28/2022 |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Celsius. Bethany Davis - DAS Permissionless, Florida | | | |
| Stickers - 2.8" x 1" | 1,000 | 0.35 | 350.00T |
| Die Cut "Celsius" logo in full-color | | | |
| Shipping | 1 | 34.95 | 34.95 |
| Total sales tax calculated by AvaTax | | 26.95 | 26.95 |

| **Invoice Total** | $411.90 | **Payments** | $0.00 | **Balance Due** | **$411.90** |
|---|---|---|---|---|---|

Remit Payment to:

**a2e | 12001 Ventura Pl., Ste 410 | Studio City, CA 91604 | 818.308.7000**

# Proof of Delivery

Stickers
Shipped and Delivered to FL
Tracking# 1Z9298731240689750

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z9298731240689750

**Weight**

3.00 LBS

**Service**

UPS 3 Day Select®

**Shipped / Billed On**

05/09/2022

**Delivered On**

05/12/2022 12:25 P.M.

**Delivered To**

DELRAY BEACH, FL, US

**Received By**

LANCE

**Left At**

Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 07/19/2022 7:14 P.M. EST

# EXHIBIT D

a2e

# Invoice

| Date | 12/19/2022 |
|---|---|
| Invoice # | **20142** |

Bill To

Celsius Network LLC
121 River Street, Ste PH05
Hoboken NJ 07030

Ship To

FAIRMONT MONTE CARLO HOTEL
Quai des marchandises
Tunnel Boulevard Louis II
98000 Monaco
REFERENCE : GLOBAL FAMILY OFFICE INVESTME

| | P.O. Number | Terms | Due Date |
|---|---|---|---|
| | | Deposit Req... | 12/19/2022 |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Celsius. Bethany Davis - Monaco Event Swag | | | |
| Denik Notebooks - Classic 5.25" x 8.25" Layflat w/ "Celsius" logo in full-color | 200 | 7.95 | 1,590.00T |
| Shipping - Notebooks to Event to arrive on or before 6/23<br><br>FAIRMONT MONTE CARLO HOTEL<br>Quai des marchandises<br>Tunnel Boulevard Louis II<br>98000 Monaco<br>REFERENCE : GLOBAL FAMILY OFFICE INVESTMENT CONFERENCE MONACO<br>Celsius / c/o Stephen Wundke | 1 | 1,477.59 | 1,477.59 |
| Custom Socks w/ Top Wrap<br>Design 4.1 | 200 | 12.45 | 2,490.00T |
| Shipping - Socks to Event to arrive on or before 6/23<br><br>FAIRMONT MONTE CARLO HOTEL<br>Quai des marchandises<br>Tunnel Boulevard Louis II<br>98000 Monaco<br>REFERENCE : GLOBAL FAMILY OFFICE INVESTMENT CONFERENCE MONACO<br>Celsius / c/o Stephen Wundke | 1 | 251.07 | 251.07 |

| **Invoice Total** | $5,808.66 | **Payments** | $0.00 | **Balance Due** | **$5,808.66** |
|---|---|---|---|---|---|

Remit Payment to:

**a2e | 12001 Ventura Pl., Ste 410 | Studio City, CA 91604 | 818.308.7000**



fedex.com/trackingCal/retrievePDF.jsp?accountNbr=&anon=true&appType=&destCountry=&locale=en_U...

retrievePDF.jsp 1 / 1 98%

December 19, 2022

FedEx

Dear Customer,

**Denik Notebooks**
**Shipped to and delivered in Monaco**
**Tracking# 274590201045**

The following is the proof-of-delivery for tracking number: 274590201045

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | M.AURELIEN | **Delivery Location:** | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | MONACO, MC, |
| | | **Delivery date:** | Jun 23, 2022 11:15 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 274590201045 | **Ship Date:** | Jun 21, 2022 |
| | | **Weight:** | |

**Recipient:**
MONACO, MC, FR,

**Shipper:**
LOGAN, UT, US,

**Reference** 802177332270

# EXHIBIT E

**From:** Lindsey R. Mullholand
**To:** Noah Snow
**Cc:** Monica Jean; Annika Morris
**Subject:** Re: Celsius Event & Merch | June 27-29, 2022 | Monaco
**Date:** Sunday, June 26, 2022 11:15:52 AM
**Attachments:** image001.png

---

Hi Noah -
Thanks for this update, what items are ready? We will need to reroute our shipping for this existing order.

LM

On Thu, Jun 23, 2022 at 12:53 PM Noah Snow <noah@teama2e.com> wrote:

> Hi Lindsey,
>
> We are going to go ahead and ship the socks to the warehouse. However, I do have good news! The notebook vendor ended up shipping the order and it actually made it through customs and has delivered! Here is tracking: https://www.fedex.com/fedextrack/?trknbr=2745-9020-1045&trkqual=2459752000~274590201045~FX
>
> **Noah Snow**
>
> he/him/his
> Account Manager
>
> noah@teama2e.com
> 619.977.2683
>
> ---
>
> **From:** Noah Snow <noah@teama2e.com>
> **Date:** Tuesday, June 21, 2022 at 11:16 AM
> **To:** Lindsey Mullholand <lindsey.mullholand@celsius.network>
> **Cc:** Monica Jean <Monica@teama2e.com>, Annika Morris <Annika@teama2e.com>
> **Subject:** Re: Celsius Event & Merch | June 27-29, 2022 | Monaco
>
> Hi Lindsey,

Got it. We will need it no later than 3pm/pst today for these to go out in time! We can always ship to our warehouse to store for the next event.

**Noah Snow**

he/him/his

Account Manager

noah@teama2e.com

619.977.2683

---

**From:** Lindsey Mullholand <lindsey.mullholand@celsius.network>
**Date:** Friday, June 17, 2022 at 7:20 PM
**To:** Noah Snow <noah@teama2e.com>
**Cc:** Monica Jean <Monica@teama2e.com>, Annika Morris <Annika@teama2e.com>
**Subject:** Re: Celsius Event & Merch | June 27-29, 2022 | Monaco

Hi Noah-

I mentioned on another email that we're still waiting. If the window closes, we won't ship there.

LM

On Jun 17, 2022, at 7:43 PM, Noah Snow <noah@teama2e.com> wrote:

Hi Lindsey,

Just following up for contact info for the shipment going to Monaco.

**Noah Snow**

he/him/his

Account Manager

noah@teama2e.com
619.977.2683

---

**From:** Lindsey Mullholand <lindsey.mullholand@celsius.network>
**Date:** Friday, June 17, 2022 at 11:45 AM
**To:** Noah Snow <noah@teama2e.com>
**Cc:** Monica Jean <Monica@teama2e.com>, Annika Morris
<Annika@teama2e.com>
**Subject:** Re: Celsius Event & Merch | June 27-29, 2022 | Monaco

Thank you so much!

LM

On Jun 17, 2022, at 12:36 PM, Noah Snow <noah@teama2e.com>
wrote:

Hi Lindsey,

Happy Friday! Please note, our vendors will need the contact info no
later than 2pm/pst in order to get the swag shipped in time to arrive in
Monaco.

**Noah Snow**

he/him/his
Account Manager

noah@teama2e.com
619.977.2683

---

**From:** Lindsey Mullholand <lindsey.mullholand@celsius.network>
**Date:** Wednesday, June 15, 2022 at 4:18 PM
**To:** Noah Snow <noah@teama2e.com>
**Cc:** Monica Jean <Monica@teama2e.com>, Annika Morris <Annika@teama2e.com>
**Subject:** Re: Celsius Event & Merch | June 27-29, 2022 | Monaco

Hi Noah-

Determining attendance at this event, please standby!

Thank you!

LM

On Jun 15, 2022, at 5:05 PM, Noah Snow <noah@teama2e.com> wrote:

Hi Lindsey,

Just following up on the below:

- Need recipient phone# and email address
- Do you have a VAT/EORI number

**Noah Snow**

he/him/his
Account Manager

noah@teama2e.com
619.977.2683

---

**From:** Noah Snow <noah@teama2e.com>
**Date:** Monday, June 13, 2022 at 4:38 PM
**To:** Lindsey Mullholand
<lindsey.mullholand@celsius.network>
**Cc:** Monica Jean <Monica@teama2e.com>, Annika
Morris <Annika@teama2e.com>
**Subject:** Re: Celsius Event & Merch | June 27-29,
2022 | Monaco

Hi Lindsey,


Another question so I'm pulling everything into a single
email. Questions below are listed based on importance.


- Notebook proof attached for approval
- Need recipient phone# and email address
- Do you have a VAT/EORI number


**Noah Snow**

he/him/his
Account Manager

noah@teama2e.com
619.977.2683

---

**From:** Noah Snow <noah@teama2e.com>
**Date:** Monday, June 13, 2022 at 4:10 PM
**To:** Lindsey Mullholand
<lindsey.mullholand@celsius.network>
**Cc:** Monica Jean <Monica@teama2e.com>, Annika

Morris <Annika@teama2e.com>
**Subject:** Re: Celsius Event & Merch | June 27-29, 2022 | Monaco

Hi Lindsey,

Notebook proof attached for approval.

**Noah Snow**

he/him/his
Account Manager

noah@teama2e.com
619.977.2683

---

**From:** Noah Snow <noah@teama2e.com>
**Date:** Monday, June 13, 2022 at 3:56 PM
**To:** Lindsey Mullholand <lindsey.mullholand@celsius.network>
**Cc:** Monica Jean <Monica@teama2e.com>, Annika Morris <Annika@teama2e.com>
**Subject:** Re: Celsius Event & Merch | June 27-29, 2022 | Monaco

I'm working with the vendors now to triple confirm timeline, but yes, contact info tomorrow for the shipment is perfect.

**Noah Snow**

he/him/his
Account Manager

noah@teama2e.com
619.977.2683

---

**From:** Lindsey Mullholand <lindsey.mullholand@celsius.network>
**Date:** Monday, June 13, 2022 at 3:55 PM
**To:** Noah Snow <noah@teama2e.com>
**Cc:** Monica Jean <Monica@teama2e.com>, Annika Morris <Annika@teama2e.com>
**Subject:** Re: Celsius Event & Merch | June 27-29, 2022 | Monaco

Great, I will get this to you soon! Are we still in the window to send if we send tomorrow as well?

LM

On Jun 13, 2022, at 4:43 PM, Noah Snow <noah@teama2e.com> wrote:

Hi Lindsey,

Thanks so much for sending! Can you please confirm the phone# and email address for the recipient? FedEx/UPS require this information to ship internationally.

**Noah Snow**

he/him/his
Account Manager

---

noah@teama2e.com
619.977.2683

---

**From:** Lindsey R. Mullholand <lindsey.mullholand@celsius.network>
**Date:** Sunday, June 12, 2022 at 7:17 PM
**To:** Noah Snow <noah@teama2e.com>
**Cc:** Monica Jean <Monica@teama2e.com>, Annika Morris <Annika@teama2e.com>
**Subject:** Re: Celsius Event & Merch | June 27-29, 2022 | Monaco

Hi Everyone -

Checking in, I'd sent over the invoice #5058 on May 3rd, and have the address for this order:

**FAIRMONT MONTE CARLO HOTEL**
Quai des marchandises
Tunnel Boulevard Louis II
98000 Monaco
REFERENCE : GLOBAL FAMILY OFFICE INVESTMENT CONFERENCE MONACO
Celsius / c/o Stephen Wundke

Please let me know if there's anything further you require from me. This shipment should arrive in advance of this conference, which starts on June 27th.

Thank you for your assistance!

LM

On Tue, May 3, 2022 at 4:13 PM Lindsey R. Mullholand <lindsey.mullholand@celsius.network> wrote:

> Great, we'll send this over for processing ASAP.
>
> Thank you for your help, and we'll check back shortly.

LM

On Mon, May 2, 2022 at 5:23 PM Noah Snow <noah@teama2e.com> wrote:

> Thank you, Monica!
>
> Lindsey, attached is estimate# 5058 for approval. Currently, the only cost not reflected are the shipping costs which will be updated with actuals once these go out. The good news is, we have plenty of time for production and Ground shipping to the warehouse and International Economy going to the event as long as we get the order in by next week, 5/11 by 4pm/pst.
>
> **Noah Snow**
>
> he/him/his
>
> Account Manager
>
> noah@teama2e.com
>
> 619.977.2683
>
> ---
>
> **From:** Monica Jean <Monica@teama2e.com>
> **Date:** Monday, May 2, 2022 at 1:48 PM
> **To:** Noah Snow <noah@teama2e.com>, Lindsey R. Mullholand <lindsey.mullholand@celsius.network>, Annika Morris <Annika@teama2e.com>
> **Subject:** Re: Celsius Event & Merch |

June 27-29, 2022 | Monaco

Hi Noah,

I see no current customs restriction for those two items (socks, notebooks) exporting to Monaco.

I would only note that Country of Origin be clearly marked on the export paperwork in the description line for the "Socks" and that the notebooks be described in-line as "Journals" not notebooks.

Best,

**Monica Jean**

Account Operations Manager

monica@teama2e.com

323.371.2714

---

**From:** Noah Snow
<noah@teama2e.com>
**Date:** Monday, May 2, 2022 at 11:25 AM
**To:** "Lindsey R. Mullholand"
<lindsey.mullholand@celsius.network>, Annika Morris
<Annika@teama2e.com>

**Cc:** "monica@teama2e.com" <Monica@teama2e.com>
**Subject:** Re: Celsius Event & Merch | June 27-29, 2022 | Monaco

+ Monica from our team

Hi Lindsey,

Love that we're getting ahead of it since customs can be such a wildcard. Since we have time, I recommend we ship these items to our warehouse first and bulk ship everything together. This way, our team has complete control over the paperwork that is submitted and should help reduce the amount of back and forth if customs does require any additional info.

Monica, do you foresee any issues with customs for the socks and notebooks going to Monaco?

**Noah Snow**

he/him/his
Account Manager

noah@teama2e.com
619.977.2683

**From:** Lindsey R. Mullholand <lindsey.mullholand@celsius.network>
**Date:** Monday, May 2, 2022 at 12:39

PM
**To:** Annika Morris <Annika@teama2e.com>, Noah Snow <noah@teama2e.com>
**Subject:** Celsius Event & Merch | June 27-29, 2022 | Monaco

Hello Annika and Noah-

We're looking to have socks and notebooks made for an upcoming event in Monaco, from June 27th to 29, 2022 and are looking to arrange in advance, to prevent delays from customs.

We'd like to order:

- 200 Celsius notebooks

- 200 pairs of Celsius socks

Our shipping address is still forthcoming for Monaco.

Please let me know if you have any questions.

Best,

--

**Lindsey R. Mullholand**

**Marketing Manager, Events** | Celsius

lindsey.mullholand@celsius.network

*Download the Celsius app today!*

Reminder: Be aware of phishing sites and always make sure you are visiting the

official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

--

**Lindsey R. Mullholand**

**Marketing Manager, Events** | Celsius

lindsey.mullholand@celsius.network

*Download the Celsius app today!*

--

**Lindsey R. Mullholand**

**Marketing Manager, Events** | Celsius

lindsey.mullholand@celsius.network

*Download the Celsius app today!*

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street,  Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street,  Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

--

**Lindsey R. Mullholand**

**Marketing Manager, Events** | Celsius

lindsey.mullholand@celsius.network

*Download the Celsius app today!*

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

# EXHIBIT F

**Socks**
**Shipped and Delivered to a2e Warehouse**
**Client failed to provide updated shipping instructions to Monaco**
**Tracking# 1ZX4X4500332172689**

**ATTN :** MONICA JEAN
**PHONE :** (323)371-2714

## DELIVERY NOTIFICATION

**INQUIRY FROM:** **MAX WILLIAMSON**
**SOCK CLUB ENTERPRISES**
**8800 S NC HIGHWAY 87**
**GRAHAM NC 27253**

**SHIPMENT TO:** **N/A**
**26321 FERRY CT**
**SANTA CLARITA CA 91350**

Shipper Number..........................**X4X450** Tracking Identification Number...**1ZX4X4500332172689**

According to our records **1** parcel was delivered on **07/05/22** at **12:42 P.M.**. The shipment was received by **KLEVIN.**

NTY5FHY:000A0000