**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered.) |
|  | ) |  |

## Affidavit Of Service

I, Daniel A. Frishberg, hereby certify that I served the attached (via link) Objection to the relevant parties on the master list (including the parties not on the list who's emails I could find) via email. I also certify that I served my Objection by it being posted to Stretto (Docket No. 1823).

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174901042380000000086.pdf

Respectfully Signed,

Daniel Frishberg, *Pro Se*

01/04/2023

Broward County, Florida, USA,

*/s/Daniel A. Frishberg*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.