UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER DENYING DANIEL FRISHBERG'S REQUEST FOR
AN EVIDENTIARY HEARING ON JANUARY 24, 2023**

Daniel Frishberg has filed a motion for reconsideration (the "Motion," ECF Doc. # 1794) of the order approving the GK8 Sale. (ECF Doc. # 1686.) He has requested that the January 24, 2023 hearing on the Motion be designated as an evidentiary hearing. That request is DENIED.

**IT IS SO ORDERED.**

Dated:  January 5, 2023
         New York, New York

                                              /s/ Martin Glenn
                                           MARTIN GLENN
                                    Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.