**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER DENYING LUCAS HOLCOMB'S MOTION TO BE CONSIDERED A SECURED CREDITOR

Pending before the Court is the motion (the "Motion," ECF Doc. # 965) of Lucas

Holcomb ("Holcomb"), a Celsius Earn Account[2] holder, seeking a determination that he is a

secured creditor of the above captioned Debtors.  On November 1, 2022, the Court held a

hearing on the Motion.  At the hearing, the Court directed the Debtors to provide detailed

transaction information for Holcomb's account.  Per the Court's direction, the Debtors filed

transaction information (the "Transaction History," ECF Doc. # 1449) for Holcomb's account on

November 23, 2022.  The Transaction History shows transactions related to Custody and Earn

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]  All capitalized terms not otherwise defined shall have the meanings ascribed to them in the *Memorandum Opinion and Order Regarding Ownership of Earn Account Assets* (the "Earn Opinion," ECF Doc. # 1822.)

Assets.  (*See* Transaction History, Exhibit 2.)[3]  However, the Debtors' schedules indicate that Holcomb currently only has assets in an Earn Account.[4]

On January 4, 2022, the Court entered the Earn Opinion.  For the reasons discussed in the Earn Opinion, as an Earn Account holder, Holcomb is not a secured creditor.  *See*, *e.g.*,  Earn Opinion at 30 ("[Earn] Account Holders have unsecured claims against the Debtors  . . . .").  Accordingly, Holcomb's Motion is DENIED.

**IT IS SO ORDERED.**

Dated:  January 6, 2023
     New York, New York

_____**/s/ Martin Glenn**_____
MARTIN GLENN
Chief United States Bankruptcy Judge

---

[3]    For the avoidance of doubt, Holcomb's rights with regard to any assets in Custody or Withhold Accounts, to the extent he has any such assets, are expressly reserved and nothing in this Order is a determination as to his rights with respect to such assets.

[4]    *See* Schedules of Assets and Liabilities (ECF Doc. #  974) at Lines 3.1.344025, 3.1.344026 and 3.1.344027.