**SAUL EWING LLP**
Lucian B. Murley (Delaware No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898
luke.murley@saul.com

*Attorneys for Willis Towers Watson US LLC*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lucian B. Murley, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Willis Towers Watson US LLC, a party in interest in the above-referenced cases.

***I certify that I am a member in good standing*** of the Bars of the Commonwealth of Pennsylvania and the States of Delaware and New Jersey, and, if applicable, the bar of the U.S. District Court for the District of Delaware.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  January 9, 2023

                                          */s/ Lucian B. Murley*
                                          Lucian B. Murley
                                          **SAUL EWING LLP**
                                          1201 North Market Street, Suite 2300
                                          P.O. Box 1266
                                          Wilmington, DE 19899
                                          Telephone: (302) 421-6898
                                          Email:  luke.murley@saul.com