**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

**ORDER GRANTING LUCIAN B. MURLEY ADMISSION**
**TO PRACTICE *PRO HAC VICE***

Upon the motion of Lucian B. Murley, Esquire, to be admitted, ***pro hac vice***, to represent Willis Towers Watson US LLC (the "Client"), a party in interest in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the States of Delaware and New Jersey, and, if applicable, the bar of the U.S. District Court for the District of Delaware, it is hereby

**ORDERED**, that Lucian B. Murley, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 10, 2023
New York, New York

                                                    **/s/Martin Glenn**
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE