# Exhibit A

PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## ORDER EXTENDING DEADLINE FOR EXAMINER'S FINAL REPORT

Upon the *Examiner's Motion to Extend Deadline for Examiner's Final Report* (the "**Motion**") [Dkt. _]; and due and proper notice of the Motion having been given having been given under the circumstances; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought by the Examiner, as set forth in the Motion, is necessary and in the best interest of the Debtors, their estates, creditors, and all parties-in-interest; and after due deliberation and finding good cause to grant the Motion, it is hereby

**ORDERED** that the deadline to for the examiner to file her Final Report is extended to January 30, 2023.

Dated: January ___, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Martin Glenn
　　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge