To Judge Martin Glenn,

Thank you for reviewing letters from community members. I'm a Celsius depositor because I believed in what Alex Mashinsky told investor. He frequently claimed on his weekly "Ask Me Anything" YouTube Live shows that the company is:
- Better than conventional banks.
- They have more enough money to back every investor.
- They have over 2 billions in their balance sheet.
- They also raised 750 millions to secure customer assets if something went wrong.

Everything proofs are on his videos.

I beg you to make this company return all assets in crypto coins and money currency to every individual investors. As a US citizen, please let your constituents know that they can still trust in the justice system. I can't image how many other investors have lost all their life savings, properties, and even their lives after Celsius collapsed.

Sincerely,
Long