UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
IN RE:

GK8 Ltd.,
GK8 UK Limited,
GK8 USA LLC,

   Debtor.
------------------------------------------------------x

CASE NOS.
22-11643 (MG)
22-11645 (MG)
22-11644 (MG)

CHAPTER 11
Jointly Administered

## INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

 The Section 341 Meeting of Creditors for the above-captioned case is scheduled for January 26, 2023, at 11:00 a.m. (the "Designated Meeting Time"). The meeting will be conducted by telephone conference.

 All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

### Call-in Information:

 On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

  **Meeting Dial-in No: (877) 496-9126, and when prompted, enter the Participant Code: 8354206 followed by #.**

 To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Date: January 13, 2023

William K. Harrington
United States Trustee for Region 2

By: /s/ *Shara Claire Cornell*
Shara Claire Cornell
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
One Bowling Green
New York, New York 10004