## Exhibit A

This Statement reflects the nature and amount of disclosable economic interests in relation to the Debtors held by members of the Ad Hoc Group of Withhold Account Holders and Other Transferees, as disclosed to the Troutman Firm, based on the market prices of various cryptocurrency assets as of July 13, 2022.[1]

This Statement is intended solely to satisfy Bankruptcy Rule 2019, to the extent such rule is applicable to the various holdings of the Ad Hoc Group of Withhold Account Holders and Other Transferees, and nothing set forth herein is intended to be or shall be an admission that any of the Ad Hoc Group of Withhold Account Holders and Other Transferees' interests in property held by the Debtors constitute disclosable economic interests for purposes of Bankruptcy Rule 2019. The values set forth herein are not intended to be a limitation on the form of recovery of the Ad Hoc Group of Withhold Account Holders and Other Transferees, including, without limitation, their right to recover any property in kind. Nothing herein is or is intended to be a waiver of any arguments that any property held by the Debtors is not property of the estate under section 541 of the Bankruptcy Code.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Statement.

#129188429 v6

| Name[2] | Withhold Account Balance[3] | Custody Account Balance | Earn Account Balance[4] |
|---|---|---|---|
| Larry Fulton | $96,890.79 | $0.00 | $76.38 |
| Benny Wong | $47,085.73 | $0.00 | $24.42 |
| Shane Coolen | $23,316.40 | $0.00 | $19.30 |
| Travis Schilling | $74,573.19 | $0.00 | $32.35 |
| Robert Riskin | $57,858.20 | $0.00 | $95.48 |
| Ryan Holz | $138,188.38 | $0.00 | $18.41 |
| Alvaro Drevon | $11,354.90 | $0.00 | $14,370.51 |
| Scott Reina | $20,638.79 | $0.00 | $16,709.03 |
| Kaveh Bastani | $86,841.39 | $0.00 | $83.53 |
| Manuel Martinez | $64,895.00 | $0.00 | $67.80 |
| Gavin Hoffman | $619,133.08 | $0.00 | $9.83 |
| Chris Lovette | $24,513.02 | $0.00 | $29.03 |
| Antonio Johnson | $221,136.43 | $0.00 | $166.71 |
| Paul Jones | $0.00 | $9.87 | $0.17 |
| Stephen Riley | $0.00 | $0.00 | $115,214.78 |

---

[2] The addresses and contact information for all members of the Ad Hoc Group of Withhold Account Holders is provided as c/o Troutman Pepper Hamilton Sanders LLP, 875 Third Avenue, New York, New York 10022.

[3] Upon information and belief, "Withhold Account" refers to a type of non-functional holding account that the Debtors used in states where they were not licensed to offer custody services.

[4] The Debtors also maintained an earn program (the "Earn Program"), where users who transfer certain cryptocurrencies to the Debtors earn rewards in the form of payment-in-kind interest or CEL Tokens on their assets. This 2019 Statement does not include any collateral held by the Debtors relating to the Celsius "Borrow" program, and certain of the members of the Ad Hoc Group of Withhold Account Holders may owe the Debtors pursuant to the Borrow program.

#129188429 v6