Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel.:   (860) 251-5000
Fax:   (860) 251-5218
Email: egoldstein@goodwin.com
*Counsel for Gartner, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                                               Chapter 11

    CELSIUS NETWORK LLC, et al.[1]                  Case No. 22-10964 (MG)

    Debtor.                                            (Jointly Administered)
---------------------------------------------------------------X

## WITHDRAWAL OF LIMITED OBJECTION

Gartner, Inc. ("Gartner") hereby withdraws its *Limited Objection to Supplemental Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* dated December 19, 2022 [Dkt. No. 1744] (the "Limited Objection"). On December 19, 2022, Celsius Network LLC (together with its affiliated debtors, the "Debtors") filed the *Notice of Rejection of Certain Executory Contracts* dated December 19, 2022 [Dkt. No. 1753], pursuant to which the Debtors rejected the contract with Gartner, which was the subject of the Limited Objection.

Hartford, Connecticut                            By: /s/ Eric S. Goldstein
January 19, 2023                                      Eric S. Goldstein
                                                              Shipman & Goodwin LLP
                                                               One Constitution Plaza
                                                               Hartford, CT 06103
                                                               Tel.:     (860) 251-5000
                                                               Fax:     (860) 251-5218
                                                               Email: egoldstein@goodwin.com
                                                               *Counsel for Gartner, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System. In addition, I hereby certify that I have served a copy of the foregoing via electronic mail upon the below-listed parties.

| | |
|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Joshua A. Sussberg, P.C.<br>(joshua.sussberg@kirkland.com)<br>Tommy Scheffer<br>(tommy.scheffer@kirkland.com)<br><br>*Counsel for the Debtors* | Kirkland & Ellis LLP<br>300 North LaSalle, Chicago, Illinois 60654,<br>Attn.: Patrick J. Nash, Jr., P.C.<br>(patrick.nash@kirkland.com)<br>Ross M. Kwasteniet, P.C.<br>(ross.kwasteniet@kirkland.com)<br>Christopher S. Koenig<br>(chris.koenig@kirkland.com)<br>Dan Latona<br>(dan.latona@kirkland.com)<br><br>*Counsel for the Debtors* |
| Office of the United States Trustee for the Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn.: Shara Cornell<br>Mark Bruh<br>Brian S. Masumoto<br>shara.cornell@usdoj.gov<br>mark.bruh@usdoj.gov<br>brian.masumoto@usdoj.gov | |

/s/ Eric S. Goldstein
Eric S. Goldstein

12540712