**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
sam.hershey@whitecase.com
azatz@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FIRST MONTHLY STATEMENT OF GORNITZKY & CO. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ISRAELI COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 2, 2022 THROUGH DECEMBER 31, 2022**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that on the date hereof, Gornitzky & Co. ("**GNY**") filed its *First Monthly Statement of Gornitzky & Co. for Interim Compensation and Reimbursement of Expenses as Israeli Counsel for the Official Committee of Unsecured Creditors for the Period From November 2, 2022 Through December 31, 2022* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 1745 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to the title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Granting Related Relief* [Docket No. 1745] (the "**Interim Compensation Procedures**")[2]; (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Statement**, to (i) GNY and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Compensation Procedures.

promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to GNY.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

Dated:   January 20, 2023

Respectfully submitted,

*/s/ Gregory F. Pesce*
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
          sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
          gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| Debtors. | ) | (Jointly Administered) |

**FIRST MONTHLY STATEMENT OF GORNITZKY & CO. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ISRAELI COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 2, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | Gornitzky & Co. ("**GNY**") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | December 20, 2022 [Docket No. 1760], *Effective as of* November 2, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | November 2, 2022 – December 31, 2022 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $68,728.72 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $54,982.98 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $13,745.74 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $0 |

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Total Interim Compensation and Reimbursement of Expenses Sought: | $68,728.72 |
|---|---|
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $54,982.976 |

This is a monthly fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, GNY, as Israeli Counsel to the Committee of the Debtors, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $54,982.98, consisting of 80% of the $68,728.72 in fees earned.

## Background

1. On July 13, 2022, Celsius Network LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") commenced with this Court these voluntary cases under chapter 11 of title 11 of the U.S. Code.[3]

2. On November 7, 2022, the Official Committee of Unsecured Creditors (the "**Committee**") filed *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Gornitzky & Co. as Israeli Counsel Effective as of November 2, 2022* [Docket No. 1298] (the "**Retention Application**").

3. On December 20, 2022, the Court entered the *Order Authorizing the Employment*

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

[3] Debtors GK8 Ltd., GK8 USA LLC, and GK8 UK each commenced their voluntary cases on December 7, 2022, and on December 8, 2022, this Court ordered for each of their cases to be jointly administered with the Debtors' cases. [Docket No. 1648].

*and Retention of Gornitzky & Co. as Israeli Counsel Effective as of November 2, 2022* [Docket No. 1760] (the "**Retention Order**") thereby granting the Retention Application.

4. The Retention Order approved, among other things, GNY's Monthly Fee. Retention Order ¶ 3.

**Professional Services Rendered and Expense Disbursements Incurred**

5. For the Compensation Period, GNY:

a. Earned monthly fees in the amount of $68,728.72; and

b. In accordance with the Interim Compensation Procedures, seeks payment in the amount of $54,982.98 (representing 80% of the amount of GNY's monthly fees earned during the Compensation Period).

6. An invoice detailing the monthly fee earned by GNY during the Compensation Period is attached hereto as **Exhibit A**.

7. The amount of fees and out-of-pocket expenses sought in this Monthly Statement and GNY's compensation practices are consistent with market practices both in and out of a bankruptcy context. GNY has maintained contemporaneous time records in 0.1 and 0.25 hour increments. Time records with respect to the 168.45 hours expended by GNY professionals in providing services are provided in **Exhibit B.** A summary of the total amount of hours expended by GNY professionals during the Compensation Period is provided in Exhibit B.

**Reservation of Rights**

8. Although GNY has made every effort to include all fees and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. GNY reserves the right to seek payment of such expenses not included herein.

**Notice**

9. GNY will provide notice of this Monthly Statement to the Monthly Fee Statement Recipients [*see* Docket No. 1745 ¶ 3.a.] in accordance with the Interim Compensation Order.

Dated: January 20, 2022
Tel Aviv, Israel

Respectfully submitted,

*/s/ Amnon Biss*
Amnon Biss
Partner, Gornitzky & Co.

# **Exhibit A**

**Invoice**

GORNITZKY
THERE IS ALWAYS A WAY

VAT No.: 557294543

To:
gregory pesce
gregory.pesce@whitecase.com

Client VAT No.:
Date: 04/01/2023
Client ID: 9350

# Invoice for Legal Services No. 65365

Statement of account for period between November 2, 2022 – December 31, 2022.

For the representation as Israeli counsel of the unsecured creditors committee of Celsius, including in the sale of Celsius Israeli subsidiary, GK8, to Galaxy.

| Type | Amount before VAT | VAT | Total Due |
|---|---|---|---|
| Fees | $58,742.50 | $9,986.22 | $68,728.72 |
| | **$58,742.50** | **$9,986.22** | **$68,728.72** |

| | |
|---|---|
| **Invoice Total** | $68,728.72 |
| **Paid on account** | $0.00 |
| **Total amount due** | **$68,728.72** |

**Yours sincerely,**

**Gornitzky & Co., Advocates**

Gornitzky & Co., Advocates | Vitania Tel-Aviv Tower, 20 HaHarash St., TLV Israel
**Zip:** 6761310 | **Tel:** +972-3-7109191 | **Fax:** +972-3-5606555 | **Email:** office@gornitzky.com | **EST. 1938**

**Exhibit B**

**Time Records**



# Appendix to Invoice No. 65365

the unsecured creditors committee of Celsius - 9350

the unsecured creditors committee of Celsius - General - 43076

| Date | Name | Description | Billed Hours | Rate | Total |
|---|---|---|---|---|---|
| 02/11/2022 | Maya Ben Meir | Calls and correspondence with regard to the list of questions sent from the UCC ; research re IIA | 5.10 | $350.00 | $1,785.00 |
| 02/11/2022 | Assaf Y Prussak | Review and analyze list of questions to US counsel re deal + call with L. Shamir re same + call with A. Biss and M. Ben Meir re same | 0.50 | $450.00 | $225.00 |
| 02/11/2022 | Amnon Biss | Call with white & case + F&B re GK8 Sale; analyze materials re same | 4.25 | $450.00 | $1,912.50 |
| 02/11/2022 | Lilach Shamir | Tax review of Bid SPA; prepare responses for tax questions for conference call with US Counsel | 3.25 | $300.00 | $975.00 |
| 03/11/2022 | Assaf Y Prussak | Call with A. Biss re GK8 sale; correspond with FBC re same; call with FBC re same; correspondence with client re same | 1.25 | $450.00 | $562.50 |
| 03/11/2022 | Amnon Biss | Call with F&B re GK8 sale | 1.00 | $450.00 | $450.00 |
| 03/11/2022 | Maya Ben Meir | Research and analyze recognition of the chapter 11 proceeding in Israel; review and analyze materials re same; call with FBC re GK8 transaction | 3.00 | $350.00 | $1,050.00 |
| 03/11/2022 | Lilach Shamir | Conference call with FBC re GK8 sale | 0.50 | $300.00 | $150.00 |
| 03/11/2022 | Lilach Shamir | Call with A. Prussak re GK8 sale; draft correspondence will client re same | 1.00 | $300.00 | $300.00 |
| 04/11/2022 | Assaf Y Prussak | Review and analyze correspondence with client | 0.25 | $450.00 | $112.50 |
| 04/11/2022 | Maya Ben Meir | Correspond with client re call with FBC; review and revise GNY retention application; review and analyze documents in data room | 6.00 | $350.00 | $2,100.00 |
| 05/11/2022 | Maya Ben Meir | Review and analyze documents in the data room | 0.60 | $350.00 | $210.00 |
| 06/11/2022 | Assaf Y Prussak | Correspondence with L. Shamir re document review | 0.25 | $450.00 | $112.50 |
| 06/11/2022 | Maya Ben Meir | Internal meeting re IMOD and IIA approvals; review and revise the retention application; review and analyze the asset purchase agreement | 6.50 | $350.00 | $2,275.00 |
| 06/11/2022 | Nathan Rothstein | Research re department of defense approvals; correspond with M. Ben Meir re same | 3.00 | $100.00 | $300.00 |



# Appendix to Invoice No. 65365

| Date | Name | Description | Billed Hours | Rate | Total |
|---|---|---|---|---|---|
| 06/11/2022 | Amnon Biss | Internal meeting re IMOD and IIA approvals; review and revise the retention application; review and analyze the asset purchase agreement | 5.00 | $450.00 | $2,250.00 |
| 07/11/2022 | Nathan Rothstein | Research re department of defense approvals; analyze documents re same | 1.25 | $100.00 | $125.00 |
| 07/11/2022 | Assaf Y Prussak | Analyze correspondence re tax issues | 0.25 | $450.00 | $112.50 |
| 07/11/2022 | Nathan Rothstein | Research re possible financial sanctions from sale transaction, return of funding and royalties. | 5.75 | $100.00 | $575.00 |
| 07/11/2022 | Maya Ben Meir | Review and revise retention Application; internal meeting re IIA and IMOD approvals; research re recognition proceeding | 1.30 | $350.00 | $455.00 |
| 07/11/2022 | Amnon Biss | Research and analyze issues re IIA approval | 2.00 | $450.00 | $900.00 |
| 08/11/2022 | Nathan Rothstein | Review and analyze updates on auction etc. | 0.25 | $100.00 | $25.00 |
| 08/11/2022 | Maya Ben Meir | Review documents sent from FBC; legal research re recognition proceedings, IIA, and IMOD; internal call re purchase and sale agreement; call with W&C re Israeli insolvency law | 5.10 | $350.00 | $1,785.00 |
| 08/11/2022 | Amnon Biss | Review and analyze purchase and sale agreement; call with W&C re Israeli insolvency law | 4.00 | $450.00 | $1,800.00 |
| 09/11/2022 | Assaf Y Prussak | Discussion with L. Shamir and A. Biss re repayment of capital notes and tax analysis; draft email to client re same | 1.75 | $450.00 | $787.50 |
| 09/11/2022 | Maya Ben Meir | Research re recognition of foreign proceeding in Israel; internal meeting re IMOD and IIA approvals and fines; research re same; correspond with clients re same and re capital notes | 4.80 | $350.00 | $1,680.00 |
| 09/11/2022 | Yehonatan Raff | Review and analyze APA | 2.00 | $450.00 | $900.00 |
| 09/11/2022 | Nathan Rothstein | Review and analyze materials re sale transaction | 0.25 | $100.00 | $25.00 |
| 09/11/2022 | Assaf Harel | Call with A. Biss re encryption licenses | 0.20 | $450.00 | $90.00 |
| 09/11/2022 | Amnon Biss | Correspond with client re IIA and department of defense approvals; analyze issues re same | 4.00 | $450.00 | $1,800.00 |
| 09/11/2022 | Lilach Shamir | Internal call re capital notes; draft email to client re same | 1.75 | $300.00 | $525.00 |

gornitzky.com
Gornitzky & Co., Advocates | Vitania Tel-Aviv Tower, 20 HaHarash St., TLV Israel
Zip: 6761310 | Tel: +972-3-7109191 | Fax: +972-3-5606555 | Email: office@gornitzky.com | EST.1938






# Appendix to Invoice No. 65365

| Date | Name | Description | Billed Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/11/2022 | Maya Ben Meir | Correspond with W&C re IIA, IMOD approval; review UST questions to the retention application; call with W&C re Celsius terms of use | 3.00 | $350.00 | $1,050.00 |
| 10/11/2022 | Assaf Y Prussak | Correspond with client re tax question from client; call with A. Biss re same | 0.75 | $450.00 | $337.50 |
| 10/11/2022 | Amnon Biss | Correspond with W&C re IIA, IMOD approval; review UST questions to the retention application | 3.00 | $450.00 | $1,350.00 |
| 11/11/2022 | Maya Ben Meir | Correspond with W&C re IMOD and IIA approvals | 0.25 | $350.00 | $87.50 |
| 12/11/2022 | Assaf Y Prussak | Draft email to client re tax issues; Discuss with D. Goldman re VAT exposure | 1.00 | $450.00 | $450.00 |
| 12/11/2022 | David Goldman | Call with A. Prussak re VAT issues; review and analyze materials re same | 0.50 | $450.00 | $225.00 |
| 14/11/2022 | Maya Ben Meir | Analyze data room for non-compete agreements; Internal call re non compete agreements; correspond with GNY employment team re same | 1.10 | $350.00 | $385.00 |
| 14/11/2022 | Sagi Padureanu | Review and analyze non compete and employment matters | 1.00 | $450.00 | $450.00 |
| 15/11/2022 | Maya Ben Meir | Correspond with W&C re non-competition agreements; internal calls re same; research the data room for founders agreements | 1.50 | $350.00 | $525.00 |
| 15/11/2022 | Sagi Padureanu | Review and analyze non compete and employment matters | 3.00 | $450.00 | $1,350.00 |
| 16/11/2022 | Maya Ben Meir | Correspond with W&C re non-compete provisions; analyze correspondence re Galaxy bid | 0.60 | $350.00 | $210.00 |
| 16/11/2022 | Amnon Biss | Correspond with W&C re employment issues; analyze materials re same | 3.00 | $450.00 | $1,350.00 |
| 17/11/2022 | Maya Ben Meir | Correspond re Interim compensation; analyze order re same | 1.25 | $350.00 | $437.50 |
| 20/11/2022 | Ido Malin | Call with A. Biss re crypto analysis | 0.65 | $450.00 | $292.50 |
| 22/11/2022 | Maya Ben Meir | Internal calls re GK8; review and analyze asset purchase agreement; review and analyze summary of sale | 1.75 | $350.00 | $612.50 |
| 22/11/2022 | Assaf Y Prussak | Review tax calculation from sale of assets; calls with L. Shamir re same; correspond re same | 0.50 | $450.00 | $225.00 |
| 22/11/2022 | Lilach Shamir | Review and analyze update presentation re tax issues; research re same | 3.25 | $300.00 | $975.00 |

Gornitzky & Co., Advocates | Vitania Tel-Aviv Tower, 20 HaHarash St., TLV Israel
Zip: 6761310 | Tel: +972-3-7109191 | Fax: +972-3-5606555 | Email: office@gornitzky.com | EST.1938



# Appendix to Invoice No. 65365

| Date | Name | Description | Billed Hours | Rate | Total |
|---|---|---|---|---|---|
| 22/11/2022 | Amnon Biss | Review and revise new APA | 2.00 | $450.00 | $900.00 |
| 23/11/2022 | Assaf Y Prussak | Correspond with client re issue with tax calculation; discussion with S. Zieder re shareholder liability for taxes of company; calls with L. Shamir re same | 1.50 | $450.00 | $675.00 |
| 23/11/2022 | Maya Ben Meir | Review and analyze APA, sale summary, and issues list; review and revise GNY retention application; internal meeting re same; correspond with client re sale summary and APA | 2.80 | $350.00 | $980.00 |
| 23/11/2022 | Shlomo Aviad Zider | Call with A. Prussak re Section 911a | 0.25 | $450.00 | $112.50 |
| 23/11/2022 | Lilach Shamir | Review and analyze tax issues of capital gain tax calculation; correspond with client re tax risks | 1.25 | $300.00 | $375.00 |
| 23/11/2022 | Amnon Biss | Review and revise new APA | 4.00 | $450.00 | $1,800.00 |
| 24/11/2022 | Maya Ben Meir | Review and revise GNY retention application | 0.10 | $350.00 | $35.00 |
| 27/11/2022 | Maya Ben Meir | Correspond with W&C and A. Biss re GNY retention application; calls with same re same | 0.90 | $350.00 | $315.00 |
| 28/11/2022 | Maya Ben Meir | Draft issues list for call with Debtors' Israeli counsel | 0.50 | $350.00 | $175.00 |
| 29/11/2022 | Maya Ben Meir | Review potential parties in interest for conflict check; correspond with W&C and A. Biss re same; calls with same re same; correspond re issues list to Debtors' counsel | 0.50 | $350.00 | $175.00 |
| 29/11/2022 | Lilach Shamir | Research re fine deduction in tax return | 1.75 | $300.00 | $525.00 |
| 30/11/2022 | Assaf Y Prussak | Call with FBC re tax issues with respect to the sale of assets; correspond with same re same; internal discussion with GNY team re same; correspond with client re same | 2.00 | $450.00 | $900.00 |
| 30/11/2022 | Maya Ben Meir | Correspond with client and FBC re Galaxy deal; call with FBC re Galaxy deal; review and analyze revised APA | 3.00 | $350.00 | $1,050.00 |
| 30/11/2022 | Amnon Biss | call with FBC re APA; review and revise APA | 3.00 | $450.00 | $1,350.00 |
| 30/11/2022 | Lilach Shamir | Research re fine deduction in tax return; correspond with client re same | 2.75 | $300.00 | $825.00 |
| 01/12/2022 | Maya Ben Meir | Review and analyze revised APA; review motion to appoint GK8 as foreign representative | 0.80 | $350.00 | $280.00 |



# Appendix to Invoice No. 65365

| Date | Name | Description | Billed Hours | Rate | Total |
|---|---|---|---|---|---|
| 02/12/2022 | Maya Ben Meir | Review and analyze motion to appoint GK8 as foreign representative; correspond with A. Biss re motion and Galaxy APA; calls with same re same | 1.00 | $350.00 | $350.00 |
| 05/12/2022 | Maya Ben Meir | Review and analyze final APA | 0.50 | $350.00 | $175.00 |
| 07/12/2022 | Maya Ben Meir | Review Celsius docket for GK8 pleadings | 0.20 | $350.00 | $70.00 |
| 08/12/2022 | Maya Ben Meir | Review docket for GK8 filings; correspond re GK8 sale | 0.40 | $350.00 | $140.00 |
| 08/12/2022 | Amnon Biss | Correspond with client re the procedure in Israel | 1.50 | $450.00 | $675.00 |
| 11/12/2022 | Maya Ben Meir | Internal call re recognition motion; correspond with FBC re same | 0.25 | $350.00 | $87.50 |
| 12/12/2022 | Maya Ben Meir | Conduct conflict check | 0.30 | $350.00 | $105.00 |
| 13/12/2022 | Maya Ben Meir | Review and analyze conflict check; calls and correspondence re conflict check and retention application; review and analyze budget and staffing memo; calls and correspond re same | 2.50 | $350.00 | $875.00 |
| 13/12/2022 | Amnon Biss | Correspond re conflict check | 1.50 | $450.00 | $675.00 |
| 14/12/2022 | May mor | Conduct conflict checks of parties in interest | 12.00 | $100.00 | $1,200.00 |
| 14/12/2022 | Maya Ben Meir | Review and analyze staffing and budget plan; review and revise Amnon declaration for GNY retention; calls and correspondence re same | 2.30 | $350.00 | $805.00 |
| 15/12/2022 | Maya Ben Meir | Correspond and calls re affidavit and budget plan | 0.25 | $350.00 | $87.50 |
| 15/12/2022 | Maya Ben Meir | Review and revise recognition motion; correspond with regard to GNY retention | 2.50 | $350.00 | $875.00 |
| 16/12/2022 | Maya Ben Meir | Correspond and calls re conflict check and recognition motion | 0.50 | $350.00 | $175.00 |
| 16/12/2022 | Amnon Biss | Review and analyze recognition motion to court | 2.00 | $450.00 | $900.00 |
| 18/12/2022 | Maya Ben Meir | Review and revise recognition motion; review W&C comments, call and correspond with FBC | 2.50 | $350.00 | $875.00 |
| 18/12/2022 | Amnon Biss | Review and analyze recognition motion to court | 2.00 | $450.00 | $900.00 |
| 19/12/2022 | Maya Ben Meir | Review and revise the Hebrew version of the recognition motion; calls and correspondences with client and FBC re same; | 4.75 | $350.00 | $1,662.50 |




# Appendix to Invoice No. 65365

| Date | Name | Description | Billed Hours | Rate | Total |
|---|---|---|---|---|---|
| 19/12/2022 | Amnon Biss | Review and analyze recognition motion to court | 2.00 | $450.00 | $900.00 |
| 20/12/2022 | Maya Ben Meir | Correspond with client re recognition motion and next steps | 0.20 | $350.00 | $70.00 |
| | | **Total** | **168.45** | | **$58,742.50** |

## Matter Summary:

| Name | Type | Total Billed Hours | Total Unbilled Hours | Total |
|---|---|---|---|---|
| Assaf Y Prussak | Time | 10.00 | 0.00 | $4,500.00 |
| Lilach Shamir | Time | 15.50 | 0.00 | $4,650.00 |
| Yehonatan Raff | Time | 2.00 | 0.00 | $900.00 |
| Assaf Harel | Time | 0.20 | 0.00 | $90.00 |
| Sagi Padureanu | Time | 4.00 | 0.00 | $1,800.00 |
| Maya Ben Meir | Time | 68.60 | 0.00 | $24,010.00 |
| Shlomo Aviad Zider | Time | 0.25 | 0.00 | $112.50 |
| Amnon Biss | Time | 44.25 | 0.00 | $19,912.50 |
| May mor | Time | 12.00 | 0.00 | $1,200.00 |
| David Goldman | Time | 0.50 | 0.00 | $225.00 |
| Nathan Rothstein | Time | 10.50 | 0.00 | $1,050.00 |
| Ido Malin | Time | 0.65 | 0.00 | $292.50 |
| **Total Hours** | | **168.45** | **0.00** | **$58,742.50** |

**Note: The above amounts do not include VAT**


