**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
        sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
        gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF FIFTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed its *Fifth Monthly Fee Statement of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From December 1, 2022 Through December 31, 2022* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 1745 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Fee Statement**, by (i) Elementus Inc. and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Fee Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Elementus.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

| | |
|---|---|
| Dated:  January 20, 2023<br>New York, New York | Respectfully submitted, |

*/s/ Gregory F. Pesce*
_____
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
            sam.hershey@whitecase.com
            azatz@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
            gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

4

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO**
**FIFTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR**
**INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2

| | |
|---|---|
| Name of Applicant: | Elementus Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | December 1, 2022 – December 31, 2022 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $346,700.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $277,360.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $69,340.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $55,525.13 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $402,225.13 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $332,885.13 |

This is a <u>monthly</u> fee invoice.



## Professional Hours Tracker - December 2022

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 2 January 2023

### Hours Summary

| Name | Role | Rate | Communications with M3, W+C, A+M, and external parties | Internal Development | Administrative Tasks | Total (hrs) | Cost |
|---|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 0 | 71.5 | 0 | 71.5 | $71,500 |
| Matt Lam | Senior Data Scientist | $900 | 0 | 42.3 | 0 | 42.3 | $38,070 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 1.2 | 46 | 0 | 47.2 | $42,480 |
| Sirish Jetti | Vice President | $800 | 0 | 51.6 | 0 | 51.6 | $41,280 |
| Hwasoo Lee | Senior Data Scientist | $900 | 0 | 29.1 | 0 | 29.1 | $26,190 |
| Bryan Oliveira | Senior Software Engineer | $900 | 0 | 32.8 | 0 | 32.8 | $29,520 |
| Matt Austin | Vice President | $800 | 0 | 7 | 6.5 | 13.5 | $10,800 |
| Bryan Young | Vice President | $800 | 7.6 | 41.2 | 0 | 48.8 | $39,040 |
| Nicholas Shaker | Project Manager | $600 | 16.9 | 54 | 8.8 | 79.7 | $47,820 |
| **Labor Totals** | | | | | | **416.5** | **$346,700** |

| Other Expenses | | |
|---|---|---|
| Description | Date | Cost |
| Amazon Web Services Costs | | $ 45,373.76 |
| Google Cloud Platform | | $ 10,151.37 |
| **Other Expenses Totals** | | **$ 55,525.13** |

| | |
|---|---|
| **October 2022 Grand Total** | **$ 402,225.13** |

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 71.5 |
| **Total** | **71.5** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 12/1/2022 | Thursday | 1.4 | stETH Research sanity checking | Internal Development |
| 12/2/2022 | Friday | 0.5 | Internal Call re: stETH and Crypto Transaction | Internal Development |
| 12/6/2022 | Tuesday | 2.3 | Resource Planning and Tech Team Sync re: Celsius project | Internal Development |
| 12/7/2022 | Wednesday | 1.6 | Internal Call re: Media transcations and Interested Party/Celsius Transfers | Internal Development |
| 12/9/2022 | Friday | 3.5 | Celsius<>Interested Party transaction data review and sanity checking | Internal Development |
| 12/9/2022 | Friday | 0.5 | Internal Call re: deliverables status | Internal Development |
| 12/9/2022 | Friday | 7.5 | Celsius<>Party Transaction Output review | Internal Development |
| 12/12/2022 | Tuesday | 3.7 | Liquid Exchange Investigation Data Verification | Internal Development |
| 12/12/2022 | Monday | 0.5 | Internal call re: buy backs and Salt/Liquid exchange | Internal Development |
| 12/15/22 | Thursday | 4.9 | Celsius Exchange relationship regeneration review | Internal Development |
| 12/16/22 | Friday | 8.8 | Interested party outgoing TXNs review | Internal Development |
| 12/19/22 | Monday | 6.2 | Interested party Relationship Mapping review, round 2 | Internal Development |
| 12/19/2022 | Monday | 0.5 | Internal call re stETH and WBTC | Internal Development |
| 12/21/2022 | Wednesday | 4.3 | Insider Buy Back Data Algorithms | Internal Development |
| 12/21/2022 | Wednesday | 0.5 | CEL Token Pumping Allegations Sync | Internal Development |
| 12/22/2022 | Thursday | 8.5 | Insider Buy Back Data Algorithms, part 2 | Internal Development |
| 12/22/2022 | Thursday | 7.3 | Interested parties - Celsius lending relationship data review and revisions | Internal Development |
| 12/22/2022 | Thursday | 4.7 | Internal End of Year Data Review and Status Meeting | Internal Development |
| 12/22/2022 | Thursday | 1.8 | Interested parties - Celsius lending relationship investigation review | Internal Development |
| 12/29/2022 | Thursday | 2.5 | Insider CEL Sales and Purchases Data Collection and Insider Address review | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Lam | Senior Data Scientist |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 42.3 |
| **Total** | **42.3** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 12/1/2022 | Thursday | 0.8 | stETH Research | Internal Development |
| 12/2/2022 | Friday | 0.5 | Internal Call re: stETH and Crypto Transaction | Internal Development |
| 12/6/2022 | Tuesday | 2.3 | Resource Planning and Tech Team Sync re: Celsius project | Internal Development |
| 12/7/2022 | Wednesday | 1.6 | Internal Call re: Media transcations and Interested Party/Celsius Transfers | Internal Development |
| 12/8/2022 | Thursday | 1.5 | Interested Party Transaction Investigation | Internal Development |
| 12/8/2022 | Thursday | 5.2 | Celsius<>Interested Party transaction analysis, round 1 | Internal Development |
| 12/9/2022 | Friday | 4.3 | Celsius<>Interested Party transaction analysis, round 2 | Internal Development |
| 12/9/2022 | Friday | 0.5 | Internal Call re: deliverables status | Internal Development |
| 12/9/2022 | Friday | 2.6 | Company Buy Backs Activity Research | Internal Development |
| 12/12/2022 | Monday | 0.5 | Internal call re: buy backs and Salt/Liquid exchange | Internal Development |
| 12/16/2022 | Friday | 1.6 | Wrapped BTC Interested Party Transactions | Internal Development |
| 12/16/2022 | Friday | 3.6 | stETH and WBTC Investigation Research | Internal Development |
| 12/19/2022 | Monday | 1.4 | stETH and WBTC Investigation Handover | Internal Development |
| 12/19/2022 | Monday | 0.5 | Internal call re stETH and WBTC | Internal Development |
| 12/21/2022 | Wednesday | 2.6 | Insider Sales on Liquid Exchange Data Collection | Internal Development |
| 12/21/2022 | Wednesday | 5.8 | CEL Token Pumping Allegations Investigation | Internal Development |
| 12/21/2022 | Wednesday | 0.5 | CEL Token Pumping Allegations Sync | Internal Development |
| 12/22/2022 | Thursday | 4.7 | Internal End of Year Data Review and Status Meeting | Internal Development |
| 12/22/2022 | Thursday | 1.8 | Interested Parties - Celsius lending relationship investigation review | Internal Development |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 1.2 |
| Internal Development | 46 |
| **Total** | **47.2** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 12/1/2022 | Thursday | 3.4 | stETH research and analysis | Internal Development |
| 12/1/2022 | Thursday | 0.5 | Call with M3 re: stETH | Communications |
| 12/2/2022 | Friday | 0.5 | Internal Call re: stETH and Crypto Transaction | Internal Development |
| 12/6/2022 | Tuesday | 2.3 | Resource Planning and Tech Team Sync re: Celsius project | Internal Development |
| 12/7/2022 | Wednesday | 1.6 | Internal Call re: Media transcations and Interested Party/Celsius Transfers | Internal Development |
| 12/8/2022 | Thursday | 0.3 | Interested Party Transaction Investigation Sanity Check | Internal Development |
| 12/9/2022 | Friday | 0.5 | Internal Call re: deliverables status | Internal Development |
| 12/12/2022 | Monday | 3.2 | Liquid Exchange Celsius Relationship Mapping | Internal Development |
| 12/12/2022 | Monday | 0.5 | Internal call re: buy backs and Salt/Liquid exchange | Internal Development |
| 12/12/2022 | Tuesday | 4.2 | Liquid Exchange CEL Token Investigation | Internal Development |
| 12/15/22 | Thursday | 4.6 | Celsius Exchange relationship regeneration based on new parameters | Internal Development |
| 12/16/22 | Friday | 1.1 | Interested Party outgoing TXNs confirmation | Internal Development |
| 12/19/22 | Monday | 4.3 | Interested Party Relationship Mapping with USD | Internal Development |
| 12/19/2022 | Monday | 0.5 | Internal call re stETH and WBTC | Internal Development |
| 12/21/2022 | Wednesday | 0.7 | Interested Parties Call with M3 and White and Case | Communications |
| 12/21/2022 | Wednesday | 1.2 | Interested Parties Relationship Data Collection | Internal Development |
| 12/21/2022 | Wednesday | 1.8 | Attribution and Clustering Collateral Generation | Internal Development |
| 12/21/2022 | Wednesday | 0.5 | CEL Token Pumping Allegations Sync | Internal Development |
| 12/22/2022 | Thursday | 6.2 | Interested Parties - Celsius lending relationship investigation | Internal Development |
| 12/22/2022 | Thursday | 4.7 | Internal End of Year Data Review and Status Meeting | Internal Development |
| 12/29/2022 | Thursday | 4.6 | Insider CEL Sales and Purchases Data Collection and Insider Address Sanity Check | Internal Development |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 16.9 |
| Internal Development | 54 |
| Administrative Tasks | 8.8 |
| **Total** | **79.7** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 12/1/2022 | Thursday | 0.5 | Call with M3 re: stETH | Communications |
| 12/2/2022 | Friday | 0.4 | All Advisors Call re: GK-8 sale | Communications |
| 12/2/2022 | Friday | 0.5 | Call with White and Case regarding SOFA 4 deliverables | Communications |
| 12/2/2022 | Friday | 0.5 | Internal Call re: stETH and Crypto Transaction | Internal Development |
| 12/2/2022 | Friday | 2.4 | Progress report writing and slide generation | Internal Development |
| 12/5/2022 | Monday | 1.7 | Celsius Bridge Line Hearing | Communications |
| 12/5/2022 | Monday | 4.5 | November Billable Hour Gathering and Formatting | Administrative Tasks |
| 12/7/2022 | Wednesday | 1.6 | Internal Call re: Media transcations and Interested Party/Celsius Transfers | Internal Development |
| 12/7/2022 | Wednesday | 0.2 | Call with M3 about Interested Party/Celsius Transfers | Communications |
| 12/8/2022 | Thursday | 0.6 | Interested Party Transaction Investigation | Internal Development |
| 12/8/2022 | Thursday | 0.9 | All Advisors Call re: Purchase Proposals | Communications |
| 12/9/2022 | Friday | 0.9 | Call with White and Case regarding Tether Loans | Communications |
| 12/9/2022 | Friday | 2.5 | Progress report writing and slide generation | Internal Development |
| 12/9/2022 | Friday | 3.2 | Celsius<>Interested Party Transaction Review and reporting | Internal Development |
| 12/9/2022 | Friday | 1.1 | UCC Call re: Elementus project progress | Communications |
| 12/9/2022 | Friday | 0.5 | Internal Call re: deliverables status | Internal Development |
| 12/11/22 | Monday | 0.5 | All Advisors Call re: Purchase Proposals | Communications |
| 12/12/2022 | Monday | 1.3 | VIP Buy Back Research | Internal Development |
| 12/12/2022 | Monday | 0.5 | Internal call re: buy backs and Salt/Liquid exchange | Internal Development |
| 12/12/2022 | Tuesday | 1.5 | Liquid Exchange Investigation Data Organization | Internal Development |
| 12/12/2022 | Tuesday | 1 | UCC Call regarding Elementus Project Progress | Communications |
| 12/12/2022 | Tuesday | 0.2 | Call with M3 regarding Dirty Bubble Media Reporting | Communications |
| 12/14/2022 | Wednesday | 2.8 | Wrapped BTC Interested Party Transactions round 1 | Internal Development |
| 12/16/2022 | Friday | 2.2 | Wrapped BTC Interested Party Transactions round 2 | Internal Development |
| 12/16/2022 | Friday | 3 | Reporting and Slide Generation | Communications |
| 12/19/2022 | Monday | 2.5 | stETH and WBTC Investigation Write Up | Internal Development |
| 12/19/2022 | Monday | 1.8 | Interested Party Relationship Mapping with USD | Internal Development |
| 12/19/2022 | Monday | 0.5 | Internal call re stETH and WBTC | Internal Development |
| 12/19/2022 | Monday | 0.3 | Call with M3 re: Celsius BTC transactions | Communications |
| 12/20/2022 | Tuesday | 1.2 | Bridge Line Hearing | Communications |
| 12/20/2022 | Tuesday | 0.8 | UCC Meeting | Communications |
| 12/20/2022 | Tuesday | 1.4 | Interested Party Data Collection | Communications |
| 12/21/2022 | Wednesday | 1.5 | Insider Sales on Liquid Exchange Data Formatting and Handover | Internal Development |
| 12/21/2022 | Wednesday | 1.3 | Interested Parties Relationship Research | Internal Development |
| 12/21/2022 | Wednesday | 0.7 | Interested Parties Relationship Call with M3 and White and Case | Communications |
| 12/21/2022 | Wednesday | 5.9 | Attribution and Clustering Collateral Generation | Internal Development |
| 12/21/2022 | Wednesday | 0.5 | CEL Token Pumping Allegations Sync | Internal Development |
| 12/22/2022 | Thursday | 0.5 | All Advisors Call re: Purchase Proposals | Communications |
| 12/22/2022 | Thursday | 3.5 | Interested Parties- Celsius lending relationship investigation | Internal Development |
| 12/22/2022 | Friday | 4.7 | Internal End of Year Data Review and Status Meeting | Internal Development |
| 12/22/2022 | Friday | 3.1 | Reporting and Slide Generation | Internal Development |
| 12/26/2022 | Monday | 3.4 | Interested Party Exposure Analysis | Internal Development |
| 12/26/2022 | Monday | 0.5 | Call with M3 regardng Interested Party Exposure | Communications |
| 12/26/2022 | Monday | 0.6 | Call with White and Case regarding Interested Party Exposure | Communications |
| 12/27/2022 | Tuesday | 3.6 | Complete Insider Address Collection and Verification | Internal Development |
| 12/29/2022 | Thursday | 2.1 | Insider CEL Sales and Purchases Data Cleaning and formatting | Internal Development |
| 12/21/2022 | Saturday | 4.3 | Monthly hour collection and logging | Administrative Tasks |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 7.6 |
| Internal Development | 41.2 |
| Administrative Tasks | 0 |
| **Total** | **48.8** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 12/2/2022 | Friday | 0.4 | All Advisors Call re: GK-8 sale | Communications |
| 12/2/2022 | Friday | 0.5 | Internal Call re: stETH and Crypto Transaction | Internal Development |
| 12/2/2022 | Friday | 1 | Report and slides review | Internal Development |
| 12/5/2022 | Monday | 1.7 | Celsius Bridge Line Hearing | Communications |
| 12/6/2022 | Tuesday | 2.3 | Resource Planning and Tech Team Sync re: Celsius project | Internal Development |
| 12/7/2022 | Wednesday | 1.6 | Internal Call re: Media transcations and Interested Party/Celsius Transfers | Internal Development |
| 12/7/2022 | Wednesday | 4.4 | Media Transaction Address and Exchange Investigation | Internal Development |
| 12/8/2022 | Thursday | 1.8 | Interested Party Investigation Review | Internal Development |
| 12/8/2022 | Thursday | 0.9 | All Advisors Call re: Purchase Proposals | Communications |
| 12/9/2022 | Friday | 1 | Report and slides review | Internal Development |
| 12/9/2022 | Friday | 0.5 | Internal Call re: deliverables status | Internal Development |
| 12/12/22 | Monday | 0.5 | All Advisors Call re: Purchase Proposals | Communications |
| 12/12/2022 | Monday | 4.6 | VIP Buy Back Project Set up and data gathering | Internal Development |
| 12/12/2022 | Monday | 0.5 | Internal call re: buy backs and Salt/Liquid exchange | Internal Development |
| 12/14/2022 | Wednesday | 6.9 | Wrapped BTC Interested Party Project Data Collection | Internal Development |
| 12/15/2022 | Thursday | 3.1 | Celsius Exchange Relationship open source data collection | Internal Development |
| 12/16/2022 | Friday | 1 | Report and slide review | Communications |
| 12/19/2022 | Monday | 3.2 | stETH and WBTC Investigation Wrap up | Internal Development |
| 12/19/2022 | Monday | 0.5 | Internal call re stETH and WBTC | Internal Development |
| 12/20/2022 | Tuesday | 1.2 | Bridge Line Hearing | Communications |
| 12/20/2022 | Tuesday | 1.4 | Interested Party Data Collection | Communications |
| 12/21/2022 | Wednesday | 3.1 | Insider Sales Review, formatting, data joining | Internal Development |
| 12/21/2022 | Wednesday | 0.5 | CEL Token Pumping Allegations Sync | Internal Development |
| 12/22/2022 | Thursday | 0.5 | All Advisors Call re: Purchase Proposals | Communications |
| 12/22/2022 | Friday | 4.7 | Internal End of Year Data Review and Status Meeting | Internal Development |
| 12/22/2022 | Friday | 1 | Report and Slide Review | Internal Development |

| Employee name | Role |
|---|---|
| Sirish Jetti | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 51.6 |
| **Total** | **51.6** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 12/1/2022 | Thursday | 0.8 | stETH Research | Internal Development |
| 12/2/2022 | Friday | 0.5 | Internal Call re: stETH and Crypto Transaction | Internal Development |
| 12/6/2022 | Tuesday | 2.3 | Resource Planning and Tech Team Sync re: Celsius project | Internal Development |
| 12/7/2022 | Wednesday | 1.6 | Internal Call re: Media transcations and Interested Party/Celsius Transfers | Internal Development |
| 12/7/2022 | Wednesday | 2.8 | Interested Party Transaction Investigation Planning | Internal Development |
| 12/8/2022 | Thursday | 8.1 | Attribution Code Refresh | Internal Development |
| 12/9/2022 | Friday | 2.6 | Celsius<>Interested Party transaction review | Internal Development |
| 12/9/2022 | Friday | 0.5 | Internal Call re: deliverables status | Internal Development |
| 12/9/2022 | Friday | 4.5 | Company Buy Backs Activity Troubleshooting | Internal Development |
| 12/12/2022 | Monday | 0.5 | Internal call re: buy backs and Salt/Liquid exchange | Internal Development |
| 12/13/2022 | Tuesday | 8.5 | Attribution Code, revisions, push to staging | Internal Development |
| 12/15/2022 | Thursday | 5.2 | Staked Coins Investigation Planning and Mapping | Internal Development |
| 12/16/2022 | Friday | 7.5 | Attribution Code, bug testing and push to production | Internal Development |
| 12/19/2022 | Monday | 0.5 | Internal call re stETH and WBTC | Internal Development |
| 12/21/2022 | Wednesday | 1 | Insider Sales and Price Pumping Review | Internal Development |
| 12/22/2022 | Thursday | 4.7 | Internal End of Year Data Review and Status Meeting | Internal Development |

| Employee Name | Role |
|---|---|
| Hwasoo Lee | Senior Data Scientist |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 29.1 |
| **Total** | **29.1** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 12/6/2022 | Tuesday | 2.3 | Resource Planning and Tech Team Sync re: Celsius project | Internal Development |
| 12/8/2022 | Thursday | 5.5 | SOFA 4 Revisions | Internal Development |
| 12/9/2022 | Friday | 6.7 | SOFA 5 Revisions, 2 | Internal Development |
| 12/14/2022 | Wednesday | 6.5 | Attribution Code review, and bug testing | Internal Development |
| 12/16/2022 | Friday | 3.4 | Attribution Code, bug testing round 2 | Internal Development |
| 12/22/2022 | Thursday | 4.7 | Internal End of Year Data Review and Status Meeting | Internal Development |

| Employee Name | Role |
|---|---|
| Bryan Oliveira | Senior Software Engineer |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 32.8 |
| **Total** | **32.8** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 12/1/2022 | Thursday | 0.8 | stETH Research | Internal Development |
| 12/2/2022 | Friday | 0.5 | Internal Call re: stETH and Crypto Transaction | Internal Development |
| 12/6/2022 | Tuesday | 2.3 | Resource Planning and Tech Team Sync re: Celsius project | Internal Development |
| 12/7/2022 | Wednesday | 1.6 | Internal Call re: Media transcations and Interested Party/Celsius Transfers | Internal Development |
| 12/9/2022 | Friday | 0.5 | Internal Call re: deliverables status | Internal Development |
| 12/8/2022 | Thursday | 7.2 | Company Buy Backs Code Drafting | Internal Development |
| 12/9/2022 | Friday | 5 | Company Buy Backs Code Editing and Publishing | Internal Development |
| 12/12/2022 | Monday | 0.5 | Internal call re: buy backs and Salt/Liquid exchange | Internal Development |
| 12/15/2022 | Thursday | 4.5 | Staked coins query drafting and edting | Internal Development |
| 12/16/2022 | Friday | 2.5 | Attribution Code, bug testing and pull requests | Internal Development |
| 12/19/2022 | Monday | 0.5 | Internal call re stETH and WBTC | Internal Development |
| 12/21/2022 | Wednesday | 2.2 | Insider Sales and Price Pumping Review | Internal Development |
| 12/22/2022 | Thursday | 4.7 | Internal End of Year Data Review and Status Meeting | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 7 |
| Administrative Tasks | 6.5 |
| **Total** | **13.5** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 12/6/2022 | Tuesday | 2.3 | Resource Planning and Tech Team Sync re: Celsius project | Internal Development |
| 12/15/2022 | Thursday | 3 | Interim Filing Fee Application Coordination and Review | Administrative Tasks |
| 12/16/2022 | Friday | 2 | Interim Filing Fee Application Coordination and Review | Administrative Tasks |
| 12/22/2022 | Friday | 4.7 | Internal End of Year Data Review and Status Meeting | Internal Development |
| 12/29/2022 | Thursday | 1.5 | Interim Filing Fee Application Expense Aggregation and Support | Administrative Tasks |