| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | Dan Latona (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone:     (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile:     (212) 446-4900 | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone:     (312) 862-2000 |
| | Facsimile:     (312) 862-2200 |

*Counsel to the Initial Debtors and Debtors in Possession*

*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND SUPPLEMENTAL NOTICE OF ADDITIONAL PHISHING ATTEMPTS**

**PLEASE TAKE NOTICE** that the Debtors became aware that phishing text messages[2] were being sent to certain of the Debtors' customers on January 5, 2023, purporting to be customer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] On November 30, 2022, the Debtors filed the *Notice of Phishing Attempts* [Docket No. 1527] (the "Original Notice") to inform parties in interest of phishing emails sent to certain of the Debtors' customers purporting to be from restructuring associates at Kirkland & Ellis LLP and requesting that customers submit their wallet addresses and other account information to receive claim distributions. Copies of such emails are attached to the Original Notice as Exhibit A. Additionally, on December 13, 2022, the Debtors filed the *Supplemental Notice of Phishing Attempts* [Docket No. 1681] (the "Supplemental Notice") to inform parties in interest of third-party reports of these and similar phishing emails targeting cryptocurrency users and their potential sources. Copies of such reports are attached to the Supplemental Notice as Exhibit A.

support staff of the Debtors and requesting to "take another look" at customers' accounts and "review [the customer's] account issue." A copy of one such text message is attached to this notice as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that on January 20, 2023, the Debtors also became aware that phishing emails were being sent to certain of the Debtors' customers by an individual purporting to be a senior manager at Stretto, Inc., and requesting that customers submit their official personal identification, cryptocurrency wallet addresses, bank accounts, and contact information to receive claim distributions, and pay a purported "filing fee" and "tax fee." Copies of three such emails are attached to this notice as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that these emails and text messages are ***not authorized messages*** from the Debtors or Stretto, Inc., the Debtors' claims agent, and are ***strongly suspected to be phishing scams aimed at inducing payments of fraudulent "fees," obtaining personally identifiable information, account information of customers, and stealing financial assets***.

**PLEASE TAKE FURTHER NOTICE** that neither the Debtors nor their advisors will **ever** contact you by email, telephone call, or otherwise to request account information or other personal information absent an (i) order by the United States Bankruptcy Court for the Southern District of New York (the "Court") or (ii) on-the-record instruction from the Court; *provided*, that in connection with the Court's *Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief* [Docket No. 1767] (the "Withdrawal Order"), prior to the Debtors' reopening of withdrawals, the Debtors will provide notice to parties in interest with

2

respect to the process for withdrawing digital assets off of the Debtors' platform in accordance with the procedures set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, if you receive any message purporting to be from the Debtors or their advisors and requesting account information or personal information, we ask that you please contact the Debtors *immediately* at CelsiusCreditorQuestions@kirkland.com or the Debtors' claims agent, Stretto, at CelsiusInquiries@stretto.com.

**PLEASE TAKE FURTHER NOTICE** that copies of the Original Notice, the Supplemental Notice, the Withdrawal Order, and all other documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: January 22, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:           joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Initial Debtors and Debtors in Possession*<br><br>*Proposed Counsel to the GK8 Debtors and Debtors in Possession* |

# Exhibit A

**Phishing Text Message**



## Exhibit B

**Phishing Emails**

**From:** Stretto - Celcius Case 22-10943 <celsius@cases.stretto.restructuring.ltd>
**Sent:** Friday, January 20, 2023 11:01 AM
**To:** [redacted]
**Subject:** Celcius Case - Additional Information Needed

> ***This is an EXTERNAL email. STOP. THINK! DON'T click links or open files unless you know the sender!***

Dear [redacted]

I am writing to inform you that [Celcius Network LLC] has filed for bankruptcy and now currently undergoing the process of liquidation and under the protection of United States Bankruptcy Court - Case No. 22-10964. And as a result, We need additional information related to your claim against [Celcius Network LLC], which has filed for bankruptcy.

In addition, please provide us with the following information to process the payment:
* A copy of a valid ID
* Bank account information (wire transfer) or
* Crypto Wallet Address (ETH/USDT-ERC20)
* Contact information (phone number and email address)

As a creditor of the company, You will need to pay a filling fee (Chapter 7 bankruptcy) and tax fee (5% if You are US citizen and 10% if you are not US Citizen). Below are the payment details and you must pay them before **February 15, 2023** or you will be deemed to have withdrawn from the case.

* Case Number: **22-10964.**
* Debtor: **Celcius Network LLC.**
* Creditor: [redacted]
* Claim Amount: [redacted]
* Tax fee: **5%**
* Tax Amount: [redacted]
* Pay to (Crypto Wallet): (ETH/USDT-ERC20)
**0x36Ea670bDB878332B7f279F960aC4464377d1D27**
* Due Date: **Febuary 15 2023**

After you send the tax fee payment, Please reply this email along with your Transaction hash link (etherscan) or screenshot of it and your additional information. You will receive a notice of important dates and claim distribution related to the bankruptcy case No.22-10964.

Please be sure to keep an eye out for any such notices and respond promptly if required.
If you have any questions or concerns, please don't hesitate to contact me who is handling the case.

Regards
**Emily A. Baum**
Senior Manager
Security Risk Management

©2023 Stretto. All rights reserved.
410 Exchange, STE 100
Irvine, CA 92602

1

On Fri, 20 Jan 2023, 12:54 Stretto - Celcius Case 22-10943, <celsius@cases.stretto.restructuring.ltd> wrote:

Dear ▉

I am writing to inform you that [Celcius Network LLC] has filed for bankruptcy and now currently undergoing the process of liquidation and under the protection of United States Bankruptcy Court - Case No. 22-10964. And as a result, We need additional information related to your claim against [Celcius Network LLC], which has filed for bankruptcy.

In addition, please provide us with the following information to process the payment:
* A copy of a valid ID
* Bank account information (wire transfer) or
* Crypto Wallet Address (ETH/USDT-ERC20)
* Contact information (phone number and email address)

As a creditor of the company, You will need to pay a filling fee (Chapter 7 bankruptcy) and tax fee (5% if You are US citizen and 10% if you are not US Citizen). Below are the payment details and you must pay them before **February 15, 2023** or you will be deemed to have withdrawn from the case.

* Case Number: **22-10964.**
* Debtor: ▉
* Creditor: **XXXXXXXXXXXXX**
* Claim Amount: ▉
* Tax fee: **10%**
* Tax Amount: ▉
* Pay to (Crypto Wallet): (ETH/USDT-ERC20)
**0x36Ea670bDB878332B7f279F960aC4464377d1D27**
* Due Date: **Febuary 15 2023**

After you send the tax fee payment, Please reply this email along with your Transaction hash link (ETH) or screenshot of it and your additional information. You will receive a notice of important dates and claim distribution related to the bankruptcy case No.22-10964.

Please be sure to keep an eye out for any such notices and respond promptly if required.
If you have any questions or concerns, please don't hesitate to contact me who is handling the case.

Regards
**Emily A. Baum**
Senior Manager
Security Risk Management

©2023 Stretto. All rights reserved.
410 Exchange, STE 100
Irvine, CA 92602

2

From: Stretto - Celcius Case 22-10943 <celsius@cases.stretto.restructuring.ltd>
Date: January 21, 2023 at 12:53:04 EST
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Subject: Celcius Case - Final order and Additional Information Needed

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I am writing to inform you that [Celcius Network LLC] has filed for bankruptcy and now currently undergoing the process of liquidation and under the protection of United States Bankruptcy Court - Case No. 22-10964. And you are now egible and confirmed as a creditor [**Final Creditor List**].

And as a result, We need additional information related to your claim against [Celcius Network LLC], which has filed for bankruptcy according to latest announcement about the "**[1] FINAL ORDER (I) AUTHORIZING THE PAYMENT OF CERTAIN TAXES AND FEES AND (II) GRANTING RELATED RELIEF**"

In addition, please provide us with the following information to process the payment:
* **A copy of a valid ID**
* **Bank account information (wire transfer) or**
* **Crypto Wallet Address (ETH/USDT-ERC20)**
* **Contact information (Latest phone number and email address)**

And as a creditor of the company, You will need to pay a filing fee and tax fee (5% if You are US citizen and 10% if you are not US Citizen). Below are the payment details and you must pay them before **February 15, 2023** or you will be deemed to have withdrawn from the case. According to related documents above [1].

* Case Number: **22-10964.**
* Debtor: **Celcius Network LLC.**
* Creditor: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
* Claim Amount: ▮▮▮▮▮▮▮▮▮▮
* Tax & Filing fee: **5%**
* Tax Amount: ▮▮▮▮▮▮▮▮▮▮
* Pay to (Crypto Wallet): (ETH/USDT-ERC20)
**0x36Ea670bDB878332B7f279F960aC4464377d1D27**
* Due Date: **Febuary 15 2023**

After you send the tax fee payment, Please reply this email along with your Transaction hash link (etherscan) or screenshot of it and your additional information. You will receive a notice of important dates and claim distribution related to the bankruptcy case No.22-10964.

Please be sure to keep an eye out for any such notices and respond promptly if required.
If you have any questions or concerns, please don't hesitate to contact me who is handling the case.

Regards
**Emily A. Baum**
Senior Manager
Security Risk Management

---

©2023 Stretto. All rights reserved.
410 Exchange, STE 100
Irvine, CA 92602

3