**Celsius Network**

**Weekly Cash Flow Forecast - <span style="color:red">CONSOLIDATED DEBTORS</span>**

*Dated: January 20, 2023*
($000s)

| | Week: 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Forecast Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period End Date: | 20-Jan-23 | 27-Jan-23 | 3-Feb-23 | 10-Feb-23 | 17-Feb-23 | 24-Feb-23 | 3-Mar-23 | 10-Mar-23 | 17-Mar-23 | 24-Mar-23 | 31-Mar-23 | 7-Apr-23 | 14-Apr-23 | |
| **RECEIPTS** | | | | | | | | | | | | | | |
| Total Receipts[1] | $ 2,620 | $ 20,594 | $ 2,673 | $ -- | $ 2,620 | $ 53 | $ 2,620 | $ -- | $ 2,620 | $ -- | $ 6,046 | $ -- | $ 2,620 | $ 42,465 |
| BTC Sales | -- | 2,000 | 987 | 1,262 | 1,262 | 1,262 | 1,262 | 1,885 | 1,885 | 1,885 | 1,885 | 2,133 | 2,319 | 20,026 |
| **Total Operating Disbursements** | **2,620** | **22,594** | **3,659** | **1,262** | **3,882** | **1,314** | **3,882** | **1,885** | **4,505** | **1,885** | **7,931** | **2,133** | **4,939** | **62,492** |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | |
| Payroll | (475) | (1,686) | (15) | (305) | (140) | (1,379) | (15) | (15) | (15) | (1,379) | (15) | (15) | (15) | (5,469) |
| Hosting[2] | (27) | (1,834) | (375) | (2,128) | -- | (2,375) | -- | (2,584) | (15) | -- | (375) | -- | (4,845) | (14,543) |
| Other Operating Disbursements | (856) | (445) | (2,330) | (460) | (1,445) | (323) | (853) | (403) | (1,388) | (323) | (795) | (285) | (1,435) | (11,341) |
| **Total Operating Disbursements** | **(1,358)** | **(3,965)** | **(2,720)** | **(2,893)** | **(1,585)** | **(4,077)** | **(868)** | **(3,002)** | **(1,403)** | **(1,702)** | **(1,185)** | **(300)** | **(6,295)** | **(31,353)** |
| **Operating Cash Flow** | **1,262** | **18,629** | **939** | **(1,631)** | **2,297** | **(2,762)** | **3,014** | **(1,118)** | **3,102** | **183** | **6,746** | **1,833** | **(1,356)** | **31,139** |
| **NON-OPERATING ACTIVITIES** | | | | | | | | | | | | | | |
| Capital Expenditures[3] | (322) | (4,556) | (1,131) | (281) | (7,624) | (281) | (781) | -- | -- | -- | (5,512) | -- | (10,589) | (14,976) |
| Restructuring Activities | (247) | (6,135) | (120) | (10,027) | (1,262) | (5,212) | (382) | (10,749) | (512) | (1,462) | (5,512) | (10,589) | (10,547) | (62,756) |
| **Total Restructuring Activities** | **(569)** | **(10,691)** | **(1,251)** | **(10,308)** | **(8,886)** | **(5,493)** | **(1,163)** | **(10,749)** | **(512)** | **(1,462)** | **(5,512)** | **(10,589)** | **(10,547)** | **(77,732)** |
| **Net Cash Flow** | **692** | **7,938** | **(312)** | **(11,938)** | **(6,589)** | **(8,255)** | **1,851** | **(11,866)** | **2,590** | **(1,279)** | **1,234** | **(8,756)** | **(11,902)** | **(46,593)** |
| **LIQUIDITY SCHEDULE** | | | | | | | | | | | | | | |
| Beginning Cash Balance | 134,848 | 135,540 | 143,478 | 143,166 | 131,228 | 124,639 | 116,384 | 118,235 | 106,368 | 108,958 | 107,679 | 108,913 | 100,157 | 134,848 |
| Net Cash Flow | 692 | 7,938 | (312) | (11,938) | (6,589) | (8,255) | 1,851 | (11,866) | 2,590 | (1,279) | 1,234 | (8,756) | (11,902) | (46,593) |
| **Ending Cash Balance** | **135,540** | **143,478** | **143,166** | **131,228** | **124,639** | **116,384** | **118,235** | **106,368** | **108,958** | **107,679** | **108,913** | **100,157** | **88,255** | **88,255** |
| Minimum Cash Balance | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) |
| **Baseline Liquidity** | **$ 115,540** | **$ 123,478** | **$ 123,166** | **$ 111,228** | **$ 104,639** | **$ 96,384** | **$ 98,235** | **$ 86,368** | **$ 88,958** | **$ 87,679** | **$ 88,913** | **$ 80,157** | **$ 68,255** | **$ 68,255** |

**Notes:**
[1] Includes sales of stablecoins and amortization payments from certain loan and note counterparties
[2] Includes mining related hosting costs and approx. $2mm of deposits and other non-recurring costs
[3] Includes S&U taxes, shipping and customs duties

**Celsius Network**
Assets by Coin Type as of December 30, 2022
*(USD, $MMs)*

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | | |
| | Held at Fireblocks | | | | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Held at GK8(1) | Total Coins in Possession | DeFi(2)(3) | Staking(3) | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEL | $ 170.5 | $ 126.0 | $ 0.0 | $ 0.0 | $ 6.9 | $ - | $ 0.9 | $ - | $ 304.3 | $ 0.1 | $ - | $ - | $ - | $ - | $ 304.4 | $ 129.5 |
| ETH** | 2.7 | 13.9 | 0.0 | 0.1 | 0.0 | - | 50.7 | - | 67.4 | 22.6 | 437.1 | 8.0 | 0.0 | - | 535.0 | 1,257.0 |
| stETH** | 494.9 | - | - | - | - | - | - | - | 494.9 | - | - | - | - | - | 494.9 | - |
| WBTC* | 375.1 | - | - | - | - | - | 0.0 | - | 375.1 | 4.2 | - | 3.0 | - | - | 382.3 | 1.8 |
| BTC* | 154.3 | 8.1 | - | - | - | 1.7 | 58.6 | - | 222.68 | - | - | 4.9 | 9.6 | 0.4 | 242.1 | 1,744.2 |
| USDC | 2.5 | 3.4 | 0.0 | - | - | - | 36.2 | - | 42.1 | 0.1 | - | 230.0 | - | 7.5 | 279.7 | 944.5 |
| MATIC | 6.6 | 6.9 | - | - | - | - | 5.0 | - | 18.5 | 0.0 | 34.6 | 3.5 | - | 12.2 | 68.7 | 186.5 |
| USDT ERC20 | 18.9 | 0.1 | 0.0 | - | - | - | 1.9 | - | 20.9 | - | - | 47.2 | - | - | 68.2 | 121.6 |
| ADA | 0.1 | 0.3 | 0.0 | 0.0 | - | - | 2.1 | - | 2.430 | - | 20.3 | 2.5 | - | 0.1 | 25.4 | 64.5 |
| LINK | 15.3 | 0.3 | - | - | 0.0 | - | 2.7 | - | 18.4 | 0.0 | - | 0.0 | - | - | 18.4 | 51.8 |
| WETH** | 0.0 | 0.1 | - | - | - | - | - | - | 0.1 | 13.3 | - | - | - | - | 13.4 | - |
| GUSD | - | 0.0 | - | - | - | - | 4.6 | - | 4.7 | 0.0 | - | 10.8 | - | - | 15.5 | 86.4 |
| DOT | 1.1 | 4.0 | 0.0 | - | 0.0 | - | 0.7 | - | 5.8 | 1.0 | 0.3 | 0.5 | 0.5 | - | 8.2 | 20.8 |
| LTC | 5.3 | 1.3 | - | - | - | - | 1.2 | - | 7.9 | - | - | 5.7 | - | - | 13.6 | 29.5 |
| FTT | 0.4 | 0.0 | - | - | - | - | - | - | 0.4 | - | - | - | 0.0 | - | 0.4 | (0.0) |
| MCDAI | 0.0 | 1.5 | 0.0 | - | 0.0 | - | 0.5 | - | 1.9 | 1.1 | - | 8.8 | - | - | 11.8 | 4.5 |
| AAVE | 0.0 | 0.1 | 0.0 | - | - | - | 0.2 | - | 0.3 | 4.9 | - | 0.3 | - | - | 5.5 | 6.6 |
| TGBP | 9.2 | 0.4 | - | - | - | - | 0.1 | - | 9.7 | - | - | - | - | - | 9.7 | 9.0 |
| BCH | 5.0 | 0.0 | - | - | - | - | 0.1 | - | 5.2 | - | - | - | - | - | 5.2 | 5.0 |
| UNI | 2.0 | 0.8 | 0.0 | - | 0.0 | - | 0.2 | - | 3.1 | 0.0 | - | 1.4 | - | - | 4.4 | 9.3 |
| SOL | 0.0 | 0.0 | - | - | - | - | 0.8 | - | 0.8 | - | - | 0.8 | - | 0.0 | 1.6 | 9.3 |
| XLM | 3.2 | 0.0 | 0.0 | - | 0.0 | - | 0.3 | - | 3.5 | - | - | - | 0.0 | - | 3.5 | 7.1 |
| BNB | 3.1 | 0.1 | - | 0.0 | - | - | 0.0 | - | 3.2 | - | - | 1.4 | - | - | 4.6 | 20.3 |
| EOS | 1.5 | 0.0 | 0.0 | - | - | - | 0.1 | - | 1.6 | - | - | 1.1 | - | - | 2.7 | 3.7 |
| SRM | 0.3 | - | - | - | - | - | - | - | 0.3 | - | - | - | 0.5 | - | 0.8 | (0.0) |
| Top 25 Subtotal | $ 1,271.9 | $ 167.5 | $ 0.0 | $ 0.1 | $ 6.9 | $ 1.7 | $ 166.9 | $ - | $ 1,615.1 | $ 47.2 | $ 492.4 | $ 334.3 | $ 10.7 | $ 20.2 | $ 2,519.9 | $ 4,713.0 |
| Other Coins | 16.5 | 6.2 | 0.0 | 1.2 | 0.0 | 0.4 | 7.9 | | 32.3 | 3.3 | 0.3 | 8.1 | 0.0 | 1.8 | 45.9 | 195.8 |
| Total Coin Value | $ 1,288.4 | $ 173.7 | $ 0.0 | $ 1.3 | $ 6.9 | $ 2.2 | $ 174.8 | $ - | $ 1,647.3 | $ 50.5 | $ 492.8 | $ 342.4 | $ 10.7 | $ 22.1 | $ 2,565.8 | $ 4,908.8 |

| | | |
|---|---|---|
| Net Coin Position | $ | (2,343.0) |
| Net USD-Denominated Assets / (Liabilities) | | 1,510.0 |
| Reserves | | (401.2) |
| **Equity** | **$** | **(1,234.2)** |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Memo: BTC Equiv.** | $ 529.4 | $ 8.1 | $ - | $ - | $ - | $ 1.7 | $ 58.6 | $ - | $ 597.8 | $ 4.2 | $ - | $ 12.4 | $ 9.6 | $ 0.4 | $ 624.4 | $ 1,746.1 |
| *Memo: ETH Equiv.*** | 497.6 | 14.0 | 0.0 | 0.1 | 0.0 | - | 50.7 | - | 562.4 | 35.8 | 437.1 | 8.0 | 0.0 | - | 1,043.1 | 1,257.0 |
| *Memo: Stablecoins* | 21.4 | 5.5 | 0.0 | 0.1 | 0.0 | 0.4 | 44.0 | - | 71.4 | 1.3 | - | 301.1 | - | 7.5 | 381.3 | 1,208.9 |

(1) These coins are owned by Celsius
(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**

Assets by Coin Type as of December 30, 2022

*(USD, $MMs)*

| Coin Type | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | Total Coin Assets | Total Coin Liabilities |
| | Held at Fireblocks | | | | | | | | | | | | | | | |
| | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Held at GK8(1) | Total Coins in Possession | DeFi(2)(3) | Staking(3) | Loans | Exchanges & Trusts | Other Assets | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEL | 368,898 | 272,564 | 0 | 0 | 15,003 | - | 1,910 | - | 658,377 | 279 | - | - | - | - | 658,656 | 280,247 |
| ETH** | 2 | 12 | 0 | 0 | 0 | - | 42 | - | 56 | 19 | 365 | 7 | 0 | - | 447 | 1,051 |
| stETH** | 419 | - | - | - | - | - | - | - | 419 | - | - | - | - | - | 419 | - |
| WBTC* | 23 | - | - | - | - | - | 0 | - | 23 | 0 | - | 0 | - | - | 23 | 0 |
| BTC* | 9 | 0 | - | - | - | 0 | 4 | - | 13 | - | - | 1 | 1 | 0 | 15 | 105 |
| USDC | 2,507 | 3,402 | 2 | - | - | - | 36,124 | - | 42,035 | 141 | - | 229,730 | - | 7,477 | 279,382 | 943,383 |
| MATIC | 8,681 | 9,126 | - | - | - | - | 6,636 | - | 24,443 | 1 | 45,826 | 4,567 | - | 16,111 | 90,948 | 246,717 |
| USDT ERC20 | 18,848 | 132 | 0 | - | - | - | 1,939 | - | 20,919 | - | - | 47,187 | - | - | 68,106 | 121,509 |
| ADA | 216 | 1,147 | 0 | 0 | - | - | 8,546 | - | 9,909 | - | 82,870 | 10,161 | - | 606 | 103,546 | 263,115 |
| LINK | 2,827 | 59 | - | - | 0 | - | 496 | - | 3,382 | 0 | - | 7 | - | - | 3,389 | 9,547 |
| WETH** | 0 | 0 | - | - | - | - | - | - | 0 | 11 | - | - | - | - | 11 | - |
| GUSD | - | 25 | - | - | - | - | 4,639 | - | 4,664 | 1 | - | 10,822 | - | - | 15,487 | 86,571 |
| DOT | 257 | 932 | 0 | - | 0 | - | 161 | - | 1,350 | 222 | 76 | 127 | 121 | - | 1,896 | 4,807 |
| LTC | 79 | 20 | - | - | - | - | 17 | - | 116 | - | - | 84 | - | - | 200 | 434 |
| FTT | 439 | 0 | - | - | - | - | - | - | 439 | - | - | - | 0 | - | 439 | (0) |
| MCDAI | 0 | 1,476 | 0 | - | 0 | - | 469 | - | 1,945 | 1,070 | - | 8,802 | - | - | 11,817 | 4,548 |
| AAVE | 0 | 2 | 0 | - | - | - | 4 | - | 6 | 94 | - | 6 | - | - | 106 | 127 |
| TGBP | 7,565 | 334 | - | - | - | - | 78 | - | 7,977 | - | - | - | - | - | 7,977 | 7,448 |
| BCH | 51 | 0 | - | - | - | - | 1 | - | 53 | - | - | - | - | - | 53 | 52 |
| UNI | 393 | 162 | 0 | - | 0 | - | 46 | - | 601 | 0 | - | 271 | - | - | 872 | 1,828 |
| SOL | 0 | 2 | - | - | - | - | 79 | - | 81 | - | - | 80 | - | 0 | 161 | 955 |
| XLM | 44,198 | 8 | 1 | - | 0 | - | 4,221 | - | 48,428 | - | - | - | 1 | - | 48,429 | 99,230 |
| BNB | 13 | 0 | - | 0 | - | - | 0 | - | 13 | - | - | 6 | - | - | 19 | 83 |
| EOS | 1,731 | 0 | 0 | - | - | - | 92 | - | 1,824 | - | - | 1,303 | - | - | 3,127 | 4,272 |
| SRM | 2,019 | - | - | - | - | - | - | - | 2,019 | - | - | - | 3,548 | - | 5,567 | (0) |
| **Top 25 Subtotal** | **459,176** | **289,405** | **3** | **1** | **15,003** | **0** | **65,505** | **-** | **829,093** | **1,837** | **129,138** | **313,159** | **3,671** | **24,194** | **1,301,092** | **2,076,026** |
| Other Coins | 8,826,358 | 405,036 | 1 | 1,362 | 0 | 439 | 44,044 | - | 9,277,240 | 4,899 | 32,721 | 14,322 | 8 | 15,013 | 9,344,203 | 628,450 |
| **Total Coin Value** | **9,285,534** | **694,441** | **4** | **1,362** | **15,003** | **439** | **109,549** | **-** | **10,106,333** | **6,737** | **161,859** | **327,481** | **3,679** | **39,207** | **10,645,296** | **2,704,476** |

Net Coin Position

Net USD-Denominated Assets / (Liabilities)

Reserves

**Equity**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Memo: BTC Equiv.** | *32* | *0* | *-* | *-* | *-* | *0* | *4* | *-* | *36* | *0* | *-* | *1* | *1* | *0* | *38* | *105* |
| *Memo: ETH Equiv.*** | *421* | *12* | *0* | *0* | *0* | *-* | *42* | *-* | *475* | *30* | *365* | *7* | *0* | *-* | *877* | *1,051* |
| *Memo: Stablecoins* | *21,355* | *5,514* | *2* | *74* | *0* | *439* | *44,013* | *-* | *71,397* | *2,012* | *-* | *300,783* | *-* | *7,477* | *381,669* | *1,207,838* |

(1) These coins are owned by Celsius

(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks

(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**

**Mining Activity Summary, November 2022**

| | Coin Recap |
|---|---|
| **BTC ROLL FORWARD** | |
| Beginning Balance | 114.03 |
| Mined BTC | 474.34 |
| Sold BTC | (500.00) |
| **Ending Balance** | **73.28** |

Notes:

Approximately 51,000 rigs online hashing

**Celsius Network**

## Mining Activity Summary, December 2022

|  | Coin Recap |
|---|---|
| **BTC ROLL FORWARD** | |
| Beginning Balance | 73.28 |
| Mined BTC | 465.56 |
| Sold BTC | (420.00) |
| **Ending Balance** | **118.85** |

Notes:

Approximately 65,000 rigs online hashing