Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
Ney York, New York 10004-1408

Re: Celsius Network LLC, et al, ("Celsius"), Case Number 22-10964-MG

Dear Chief Judge Glenn,
When you buy a stock, you may get one that pays you dividends. These stocks are a good way to fund your retirement. In the crypto universe there are also coins you can invest in that will pay you dividends also. These coins can be pledged to be used to give a validator the ability to vote on the direction the coin management will take in its business model. This is called staking your coins. You pledge your coins to a validator. The validator has your coins locked in your account until you request that they be unlocked so you can withdraw or reallocate them. The staking payments are deposited by the validator to the same account and locked until you request to transfer them out. Could this be the same as giving your proxy vote to a stock board of director for voting? These coins are on the blockchain in your personal account and it is well documented that they are not the validators to sell, they can only have them locked (delegated) for their voting power. Some coin management boards will go out on the blockchain and document the address where all their coins are at a certain date and time. They will then "AIRDROP" come coins to reward the owners of those coins for their loyalty. The owners of any coins that are on an exchange address are also sent airdrops but the exchange is expected to distribute them to the individual owners. The exchange is not allowed to take the coins because they have not earned the rewards. These people are able to see our coins and recognize they are still ours – only "delegated" to Celsius. But now Celsius wants you to let them send these airdropped coins to our accounts because they have been told our coins are their coins and they want more of our money. **Because of your judgement you may have invalidated the ability to safely get paid dividends on stocks and get paid staking fees on coins.** There have been other exchanges that are as large or larger than Celsius that have been forced to file for Chapter 11 since Celsius has filed. Several of them are also involved with the USA securities for earn accounts they have. One of these is BlockFi. I received an email Monday, December 19,2022 from BlockFi, they stated and I quote (my bold typeface)" Today, we took an important step toward our goal of returning assets to clients

through our chapter 11 cases. **It is our belief that clients unambiguously own the digital assets in their BlockFi Wallet Accounts.** As such, we filed a motion requesting authority from the U.S. Bankruptcy Court to allow clients to withdraw digital assets that are held in their BlockFi Wallet Accounts. We will be seeking similar relief from the Supreme Court of Bermuda with respect to BlockFi Wallet Accounts held at BlockFi International Ltd. This motion does not impact withdrawals or transfers from BlockFi Interest Accounts, which remain paused at this time."  There are several other exchanges that have been forced to pause their withdrawals from their earn accounts also after the value of all crypto plummeted so much. They know their depositors own the coins they deposited but are waiting to see what happens here in your courtroom. Celsius has documented that they originally were based in London. The authorities there had some issue with their business practices and required an accounting. Celsius transferred their business and base to New York just in time to avoid this accounting. They also started to change click wrap wording a little at time to shift the blame for the mismanagement away from them to us the depositors. I understand that they were doing their best trying to make a profit and pay us a dividend also but now they are trying to take our hard-earned investments to pay for their mistakes. I am just a poor pensioner with no legal training at all so I defer to your expertise but I humbly submit that you may want to reconsider the ramifications of your opinion as to the ownership of our deposits. As I said before you are our "public defender" with many years of experience sitting as a respected Judge on the Court in New York. I think the entire world is watching and paying very close attention to your rulings.

Best regards,
David Dalhart
1931 Myrta Drive
Wooster, Ohio USA
dalhart.1@buckeyemail.osu.edu