David J. Adler
McCARTER & ENGLISH, LLP
825 8th Avenue
Worldwide Plaza
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
E-mail: dadler@mccarter.com
*Attorneys for Ad Hoc Group of Borrowers*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

**FIRST SUPPLEMENTAL VERIFIED STATEMENT
PURSUANT TO BANKRUPTCY RULE 2019**

In connection with the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), McCarter & English, LLP (the "**McCarter Firm**") hereby submits this First Supplemental Verified Statement (the "**First Supplemental Statement**") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rule 2019**") with respect to the McCarter Firm's representation of a group of account holders (the "***Ad Hoc* Group of Borrowers**") in connection with such account holders' property held by Celsius Network LLC and/or certain of its affiliated debtors and debtors in possession (the "**Debtors**") in connection with the "Borrow" service offered by the Debtors.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Each member of the *Ad Hoc* Group of Borrowers files this First Supplemental Statement exclusively on its own behalf and does not assume any fiduciary or other duties to any other member or to any other entity or individual.

1

1. Attached hereto as Exhibit A is a list of the names and addresses of each member of the *Ad Hoc* Group of Borrowers, and each member's disclosable economic interests in accordance with Bankruptcy Rule 2019, in the amount set forth in Exhibit A, as of July 13, 2022. The information contained in Exhibit A is based upon information provided by the members of the *Ad Hoc* Group of Borrowers and/or the Schedules filed by the Debtors and is subject to change.

2. On or about December 2, 2022, the initial members of the *Ad Hoc* Group of Borrowers retained the McCarter Firm to represent it in connection with the above- captioned Chapter 11 Cases.[3] Additional members are expected to join the *Ad Hoc* Group of Borrowers on an ongoing basis, and the McCarter Firm will file additional supplemental statements as necessary to comply with Bankruptcy Rule 2019.

3. Each member of the *Ad Hoc* Group of Borrowers has consented to the McCarter Firm's representation of the group. The McCarter Firm does not represent any member of the *Ad Hoc* Group of Borrowers in his or her individual capacity or with respect to any property interests (or related claims) other than in connection with the "Borrow" service offered by the Debtors.

4. The information contained in this First Supplemental Statement and/or Exhibit A attached hereto is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose, including, without limitation, any restriction or limitation on the rights, abilities, or arguments of the *Ad Hoc* Group of Borrowers to recover their property held by the Debtors (or any third parties) in the "Borrow" Accounts. Nothing in this First Supplemental Statement or Exhibit A hereto, should be construed as (i) a limitation upon, or waiver of, any member's right to assert, file, and/or amend claims, if any, in accordance with applicable law

---

[3] Prior to December 2, 2022. the McCarter Firm represented Zaryn Dentzel, Gregory Kieser, Joseph Eduardo and Michael Conlan, each of whom is a member of the *Ad Hoc* Group of Borrowers.

and any orders entered in these Chapter 11 Cases, or (ii) an admission with respect to any fact or legal theory. The McCarter Firm reserves the right to amend or supplement this First Supplemental Statement on behalf of the *Ad Hoc* Group of Borrowers.

5. The undersigned verifies that the foregoing is true and correct to the best of his knowledge.

Dated: January 23, 2023
    New York, New York

        *AD HOC* **GROUP OF BORROWERS**
        By its Counsel

        **McCARTER & ENGLISH, LLP**

By: */s/ David J. Adler*
    David J. Adler
    (A member of the Firm)
    Email: dadler@mccarter.com
    825 8th Avenue
    Worldwide Plaza
    New York, New York 10019
    Telephone: (212) 609-6847
    Facsimile: (212) 609-6921

# **EXHIBIT A**

This Statement reflects the nature and amount of disclosable economic interests (*e.g.* the amounts of cryptocurrency assets as of July 13, 2022) in relation to the Debtors held by members of the *Ad Hoc* Group of Borrowers, as disclosed to the McCarter Firm based upon information provided by the members of the *Ad Hoc* Group of Borrowers and/or the Schedules filed by the Debtors.[4]

This Statement is intended solely to satisfy Bankruptcy Rule 2019, to the extent such rule is applicable to the various holdings of the *Ad Hoc* Group of Borrowers, and nothing set forth herein is intended to be or shall be an admission that any of the *Ad Hoc* Group of Borrowers interests in property held by the Debtors constitute disclosable economic interests for purposes of Bankruptcy Rule 2019. The values set forth herein are not intended to be a limitation on the form of recovery of the *Ad Hoc* Group of Borrowers, including, without limitation, their right to recover any property in kind. Nothing herein is or is intended to be a waiver of any arguments that any property held by the Debtors is not property of the estate under section 541 of the Bankruptcy Code.

---

[4] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Statement.

# FIRST SUPPLEMENTAL LIST OF MEMBERS OF THE AD HOC GROUP OF BORROWERS

| Name[1] | Earn Account Balance | Custody Account Balance | Withhold Account Balance | Borrower's Collateral |
|---|---|---|---|---|
| Balani, Umesh | BTC 0.0739161223969047<br>USDC 732.222588312012 | | | BTC 50.2533494483336 |
| Barcelo, Chantal | BTC 0.0015827163941345<br>CEL 1161.60963356829<br>ETH 45.584704895595<br>MATIC 11137.8378495822<br>SNX 569.731392909762<br>USDC 2354.36258380407 | | | ETH 215.8654141085 |
| Barnes, Brian | BTC 0.000782424624416741 | BTC 1.03142146448238 | | BTC 172.419653279918 |
| Bronge, Johan | ADA 2918.35444917669<br>BTC 0.00766915018381361<br>CEL 34650.4755353775<br>DASH 9.33056137622503<br>DOT 11.8012184391215<br>EOS 189.723234647483<br>ETH 7.25513028590786<br>LINK 242.46723210627<br>LTC 0.00008067<br>MATIC 6384.06368622623<br>PAXG 4.02971115174349<br>UNI 95.38<br>USDT ERC20 918.964165877911 | | | BTC 19.7324626921934 |

---

[1] The addresses and contact information for all members of the Ad Hoc Group of Borrowers is provided as McCarter & English, LLP, c/o David Adler, 825 8th Avenue, 31st Floor, New York, New York 10019.

1

ME1 44003499v.1

|  |  |  |  |  |
|---|---|---|---|---|
|  | XLM 5674.71833525504<br>ZEC 12.996014628593 |  |  |  |
| Buenviaje, Eduardo | AAVE 9.43373897413424<br>BAT 30.9122198093588<br>BCH 0.0248356478065991<br>BSV 0.01298802191437429<br>BTC 4.60945031697223<br>CEL 15315.4993124592<br>COMP 0.11794604466926<br>DOT 1556.40096776676<br>EOS 5.52957841320536<br>ETH 1.62002146080356<br>GUSD 14.9119668228705<br>LINK 92.0678668005222<br>MATIC 14.8486297358629<br>MCDAI 68.9950156218185<br>SGB 13.2080501158728<br>SNX 0.971594566992465<br>USDC 3.15683303114267<br>USDT ERC20 312.776546571393<br>XLM 1.02229810102786<br>XRP 0.032780538852718<br>ZEC 15.8328804265341 |  |  | BTC 84.1084859873377 |
| Conlon, Michael | BTC 0.000001367140917932<br>CEL 0.000831263466145782<br>GUSD 0.00756847601924094 |  | BTC 0.000000001626586449<br>CEL 1.14051896671453<br>GUSD 0.0326789789255594 | BTC 9.43506354199158 |
| Cioffolletti, John | ETH 0.000172212030175011<br>LINK 0.0251161158097805<br>USDC 0.0887015326861874 | ETH 0.0301948904062327<br>LINK 31.4905409533731<br>USDC 2.1983091751193 |  | LINK 240903.227878976 |

2

| | | | | |
|---|---|---|---|---|
| Clark, Josh | BTC 0.0394004572779359<br>MCDAI 23.183521133395<br>USDC 0.539355932193403 | BTC 0.015503398820993 | | BTC 0.211501445875301 |
| Coleman, Stefan | BTC 0.0000766065272210902<br>CEL 58995.2227641245<br>COMP 107.076190662061<br>EOS 4022.25571622252<br>ETH 0.754397584917812<br>LINK 350.093834319058<br>SGB 1466.39441928126<br>UNI 6263.38278036725<br>USDC 1.32449293188662<br>XLM 33012.4517759488<br>XRP 9592.25671372225 | BTC 0.000000008784717684<br>USDC 24182.3446052812 | | BTC 162.165536290949 |
| Dentzel, Zaryn | BTC 0.151771055041482<br>CEL 1.15056074499931 | | | BTC 799.4382 |
| Dernesch, Noel | BTC 0.0757477604487051<br>CEL 25.50013185598 | | | BTC 9.92425223955129 |
| Eduardo, Joseph F. | CEL 1967.58553911546<br>DOT 221.738012789155<br>ETH 0.00215497881060097<br>USDC 196.828023758213<br>USDT ERC20 690.786699438481 | | | DOT 3375.52714009869<br>ETH 530.999093835483 |
| Fahrney, David | BTC 0.000690024413333249<br>ETH 0.00143499756072495<br>LTC 0.0233059612059635 | BTC 5.12804355244434<br>ETH 1.01062203206708<br>LTC 55.1927442138644 | | BTC 50.1051008391274 |

3

| | | | | |
|---|---|---|---|---|
| Foster, Michael | BTC 0.000138760434433483<br>ETH 0.079590593138518<br>MCDAI 15.6053077799173 | BTC 0.000000001317428654<br>MCDAI 5.640729 | | BTC 0.565057167154871 |
| Foster, Michael | BTC 0.114214759052055<br>ETH 20.5543836607467 | BTC 0.40231179043674 | | BTC 10.2961116769455 |
| Goodchild, Aidan | BTC 0.374720601060006<br>CEL 10421.6024667135<br>DOT 37.70003779<br>ETH 0.0594757538509064<br>USDC 8.851946 | | | BTC 5.49248473584745 |
| Kibler-Melby, Cort | BTC 3.62101377588594<br>CEL 1828.17791770953<br>USDC 45414.3510804142 | | | BTC 291.237430153797 |
| Kieser, Greg[2] | BTC 6.88423000556071<br>CEL 28233.6870729457<br>USDC 287.521678 | | | BTC 7.27320959624026<br>ETH 8630.94776468648 |
| Lalia, Joseph Dr. | AAVE 0.0132078529950962<br>BTC 3.86291112183131<br>CEL 1.15116892753898<br>ETH 0.008668640257880216<br>LTC 0.00480733327765134<br>SNX 0.570869897554735<br>UNI 0.0591361737600895<br>USDC 7.16651983907977 | BTC 0.0013629351607388<br>USDC 26.2400008394598 | | BTC 6.65911812581457 |

---

[2] Mr. Kieser also has a separate claim for a wrongful liquidation of a loan in June of 2022.

4

| | | | | |
|---|---|---|---|---|
| Licari, Melissa | BTC 0.000408573021993092<br>CEL 29.7161783581852<br>ETH 380.55121992054 | ETH 0.0117494089407481 | | ETH 2316.17545776394 |
| Licari, Pietro | BTC 0.0103410827543175<br>CEL 1178.44973856039<br>ETH 345.22397962013<br>LPT 17.5182157770284<br>OMG 4700.28750320428 | ETH 0.0545297790397515 | | ETH 2147.18574069558 |
| Masanto, Chris | ETH 0.97956366150695<br>USDC 254.578011074918<br>USDT ERC20 326.049530863386<br>ZEC 68.7249928264324 | | | ZEC 11286.6210169978 |
| Ofenbock, Herman | BTC 0.405721875756634<br>USDC 5241.21170902645 | | | BTC 33.0763239056256 |
| Paganelli, Chris | BCH 154.42052753943<br>BTC 25.6342920850075<br>CEL 33.1214229984992<br>ETC 2965.43512858926<br>ETH 0.486938329755103<br>LTC 368.209695041937 | BTC 0.7396609<br>OMG 324.11466923<br>USDC 2124.147017 | | ETH 2014.30329501015 |
| Rollins, Clayton | BTC 0.265532258202235<br>CEL 1.13430938281492<br>MATIC 70.8425252074895<br>SNX 0.0392985316887494<br>USDC 1.8478875275029 | | | BTC 8.14278624229363 |

5

| | | | | |
|---|---|---|---|---|
| Shachtman, Marc | BTC 0.00149988511092708<br>CEL 1.14477127846201<br>ETH 0.006581774471368614<br>LTC 0.505814815548179 | BTC 0.000000007745842555<br>CEL 129.929019776496 | | BTC 51.6225127469155 |
| Schmidt, Erich | BTC 0.00163367094088883<br>CEL 4441.91329220343<br>DOT 155.072119895116<br>LINK 1197.20775571792<br>MATIC 14205.8240965653<br>PAXG 2.0210236888628<br>SNX 10.0112169680033<br>USDC 634.789645110485 | BTC 0.000000000643246447<br>MCDAI 31.1885948721635 | | BTC 9.24634946309385 |
| Sensese, Raffaele | BTC 0.00194631600640157<br>CEL 19603.5767611499<br>ETH 58.3360833128191 | | | ETH 158.805824400159 |
| Spivey, Dan | BTC 0.000569491925154854<br>LINK 0.000125684826611835<br>USDC 3.05271004130175 | | BTC 0.000000008875740781<br>USDC 1766.6445210678 | BTC 11.0780505428776 |
| Suri, Nikhil | BTC 1.16010731100297<br>CEL 237.755610301929<br>ETH 27.3883235293657<br>MANA 2706.03365641531 | | | BTC 6.42158490912318<br>ETH 77.8808591848711 |
| Taiaroa, Keri | ADA 6.08864382240108<br>AVAX 603.741575347579<br>BNB 0.0000008991957827<br>BTC 13.2035415120611<br>BUSD 0.0808805655464793<br>CEL 362455.988742743<br>DOT 6074.14072464421 | | | ADA 269987.146675159<br>BTC 982.958014401605<br>ETH 907.10250962797<br>LINK 12057.2670122808<br>XRP 13100.5136252874 |

|   |   |   |   |   |
|---|---|---|---|---|
|  | EOS 0.0000899019778074888<br>LUNC 908.315550165007<br>MATIC 80371.6141707264<br>SGB 3083.88651959793<br>SOL 5145.24267806903<br>USDC 2248.73265507859<br>USDT ERC20 0.249139<br>XRP 0.0000003964380389777 |  |  |  |
| Villinger, Chris | BCH 93.6920668007351<br>BTC 41.5651282511923<br>CEL 1080541.94582672<br>DASH 7.25152149698846<br>ETH 9283.61155850899<br>LTC 284.401199243091<br>SGB 49652.4190537076<br>USDC 170794.684956463<br>XLM 15652.7225938918<br>XRP 324795.801019155 |  |  | ETH 3374.61264944819 |
| Wilcox, Austin | BTC 1.4572279230928<br>CEL 6.79561410616963<br>ETH 0.0002290271739500643<br>LINK 0.00009888503361207<br>MCDAI 4.46206580786919<br>UNI 23.4661255747721 | BTC 0.665912202275036 |  | BTC 49.8487464516468 |

7