**Original Hearing Date and Time: December 20th, 2022 at 10amET**
**Amended Hearing Date and Time Deadline: January 24th, 2023 at 10amET**

Michael Benzaken
*Pro se Celsius creditor*
michael.benzaken@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, [1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered.) |

**NOTICE to WITHDRAW MICHAEL BENZAKEN'S AMENDED MOTION SEEKING A RULING FROM THIS COURT THAT THE STABLECOINS ARE NOT PROPERTY OF THE ESATE, THAT THE ASSETS AND COLLATERAL IN HIS EARN ACCOUNT ARE NOT PROPERTY OF THE ESTATE, AND THAT ALL OF THE ASSETS HELD WITHIN HIS EARN ACCOUNT OUGHT NOT BE TREATED DIFFERENTLY THAN THOSE ASSETS HELD WITHIN CUSTODY ACCOUNTS UNDER 11 USC § 541.**

**PLEASE TAKE NOTICE** that the above-captioned pro se Celsius creditor, hereby withdraws Michael Benzaken's Amended Motion Seeking a Ruling From This Court That the Stablecoins Are Not Property of The Estate, That the Assets and Collateral in His Earn Account Are Not Property of The Estate, and That All The Assets Held Within His Earn Account Ought Not Be Treated Differently Than Those Assets Held Within Custody Accounts Under 11 USC § 541 of the Bankruptcy Code [Docket No. 1814], which was filed on January 2nd, 2023.

**Dated: January 20, 2023**
**Fort Lee, New Jersey**

                                                                            **/s/ Michael Benzaken**
                                                                            **Michael Benzaken**
                                                                            **michael.benzaken@gmail.com**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.