MILES & STOCKBRIDGE P.C.
Joel L. Perrell Jr., Esq. (JP1376)
100 Light Street, 10th Floor
Baltimore, Maryland 21202
Tel: (410) 385-3762
Fax: (410) 385-3700
jperrell@milesstockbridge.com
*Attorneys for Josh Tornetta*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | * | |
| **CELSIUS NETWORK, LLC.,** *et al.,*[1] | * | Case No.: 22-10964 |
| | | **(Chapter 11)** |
| **Debtors.** | * | **(Jointly Administered)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Joel L. Perrell Jr., individually, as counsel of record for Josh Tornetta ("Tornetta") in this proceeding. Mr. Perrell requests that he be removed from all service lists in this case as he is leaving Miles & Stockbridge P.C. and joining another firm. Please note that Emily Devan (admitted *pro hac vice* in this case at Doc. No. 1614) and the law firm of Miles & Stockbridge P.C. will remain as counsel for Tornetta in this case.

DATED: January 24, 2023

/s/ *Joel L. Perrell, Jr.*
Joel L. Perrell Jr. (JP1376)
100 Light Street, 10th Floor
Baltimore, Maryland 21202
Direct Dial: (410) 385-3762
Facsimile: (410) 385-3700
Email: jperrell@milesstockbridge.com

*Attorneys for Josh Tornetta*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

117052\000002\4880-4051-0796.v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of January 2023, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* to be served via this Court's CM/ECF system to parties registered to receive electronic notice.


DATED: January 24, 2023                                   */s/ Joel L. Perrell Jr.*
                                                                            Joel L. Perrell Jr.