UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, *et al.*,[1] | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------X

### ORDER (i) AUTHORIZING THE ISSUANCE OF *SUBPOENA DUCES TECUM* AND (ii) AN ORDER COMPELLING WILLIS TOWERS WATSON TO APPEAR FOR EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004

Upon the Application dated November 17, 2022 (the "**Application**") of the United States Trustee, William K. Harrington ("**United States Trustee**") for an order, pursuant to Bankruptcy Rule 2004 and 9016 (a) authorizing the issuance of a *subpoena duces tecum* to Willis Towers Watson US LLC ("**Willis Towers Watson**"); (b) compelling Willis Towers Watson to produce the requested documents; and (c) compelling Willis Towers Watson to appear for an examination; and, after due deliberation, the Court having concluded that the United States Trustee has established sufficient cause for the relief granted herein; and the Court noting the limited objection filed by Willis Towers Watson at Docket no. 1829; and the Court being informed that Willis Towers Watson has voluntarily produced the documents requested in the Application, and that the United States Trustee does not anticipate taking a deposition of Willis Towers Watson at this time; now, therefore, it is hereby

ORDERED that:

1. The Application is granted;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

2. The United States Trustee is authorized to issue a *subpoena duces tecum* to Willis Towers Watson, which *subpoena duces tecum* is satisfied through Willis Towers Watson's document production; and

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

Dated: January 24, 2023
       New York, New York

                                            **/s/ Martin Glenn**
                                            MARTIN GLENN
                                   Chief United States Bankruptcy Judge