**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK, LLC, *et al.* | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

# NOTICE OF WITHDRAWAL OF REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE BY A2E, ALSO KNOWN AS ANYTHING2EVERTHING (DOCKET NO. 1815)

Creditor A2E, ALSO KNOWN AS ANYTHING2EVERTHING, hereby withdraws the Request for Payment of Administrative Expenses that was filed on its behalf on January 3, 2023, as docket no. 1815.

Dated: January 24, 2023

HILL, FARRER & BURRILL, LLP

By /s/ Daniel J. McCarthy
Daniel J. McCarthy (CA Bar No. 101081)
300 S. Grand Avenue, 37th Floor
Los Angeles, California 90071
Telephone: (213) 620-0460
Facsimile: (213) 624-4840
email: dmccarthy@hillfarrer.com