Annemarie V. Reilly
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

John J. Sikora (admitted *pro hac vice*)
Heather A. Waller (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

*Special Counsel to the Initial Debtors and
Debtors in Possession*

*Proposed Special Counsel to the GK8 Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FOURTH SUPPLEMENTAL DECLARATION OF JOHN J. SIKORA
IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORITY TO
RETAIN AND EMPLOY LATHAM & WATKINS LLP AS SPECIAL COUNSEL
TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, John J. Sikora, declare as follows:

1.      I am a partner in the law firm of Latham & Watkins LLP ("L&W"), an international

law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in,

and a member in good standing of the state bar of Illinois, and there are no disciplinary proceedings

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending
LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited
(8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209);
GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's
principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison
Street, Suite 209F, Hoboken, New Jersey 07030.

pending against me.  I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein.

2.     I submit this fourth supplemental declaration (the "Fourth Supplemental Declaration") in further support of the *Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date* [D.I. 363 & 1030] (the "Application")[2] and to supplement the disclosures set forth in the Sikora Declaration attached as Exhibit B to the Application (the "Initial Declaration"), the first supplemental Sikora declaration filed on August 12, 2022 [D.I. 440 & 1031], the second supplemental Sikora declaration filed on August 31, 2022 [D.I. 647], and the third supplemental Sikora declaration filed on December 15, 2022 [D.I. 1711] (collectively, the "Prior Declarations").

3.     All facts set forth in this Fourth Supplemental Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents.  To the extent any information disclosed herein requires amendment or modification as additional information becomes available to L&W, an additional supplemental declaration will be submitted to this Court reflecting such amended or modified information.

4.     Since the Application was filed, L&W has continued to review its connections to parties in interest in the Chapter 11 Cases using the disclosure procedures described in paragraphs 11 and 12 of the Initial Declaration.  Specifically, L&W searched its Client Database for connections to the parties listed on Appendix 1 hereto (collectively, the "Supplemental Parties in Interest").  In addition, L&W re-ran searches in its Client Database for entities that were previously searched in connection with the Prior Declarations.  These inquiries revealed that certain of the

---

[2]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

parties in interest are current or former clients of L&W, or were clients of L&W attorneys while

such attorneys were at a prior firm.  Such parties in interest, and their relationship to L&W, are

listed on Appendix 2 to this Fourth Supplemental Declaration.  Through the information generated

by this computer inquiry, and through follow-up inquiries with L&W attorneys as necessary, it

was determined that the representation of the parties in interest disclosed on Appendix 2 hereto

concerned matters in which such clients were not adverse to the Debtors or the Debtors' estates

with respect to the L&W Services.

5.     Further, of those entities listed on Appendix 2, only one entity, listed on Exhibit A

hereto, accounted for one percent (1%) or more of L&W's total client billings for the 12 months

ending November 30, 2022 (on a consolidated basis).  None of the entities represented more than

two percent (2%) of L&W's total client billings for such period.  The entity listed on Exhibit A is

a confidential sale party that is in discussions with the Debtors regarding potential sale and/or

financing transactions related to the Debtors and their businesses.  All representations of the entity

listed on Exhibit A and any of its affiliates have been in matters unrelated to the L&W Services.

Under section 327(e) of the Bankruptcy Code, L&W is not disqualified from acting as the Debtors'

special counsel merely because it represents parties in interest in matters unrelated to the L&W

Services.

6.     Based on the information available to me, I believe that L&W: (a) has no

connection to the Debtors, their creditors, or their related parties except as may be disclosed herein

or in the Prior Declarations, and (b) does not hold or represent any interest adverse to the interests

of the Debtors or their estates with respect to the matters on which L&W is to be employed in these

Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 25th day of January, 2023.

_/s/ John J. Sikora_
John J. Sikora

## **Appendix 1**

**Supplemental Parties in Interest List**

## Supplemental Parties in Interest List

| Appendix | Category |
| --- | --- |
| 1(a) | Current and Former Directors & Officers |
| 1(b) | Ad Hoc Group Members |
| 1(c) | Bankruptcy Professionals |
| 1(d) | Contract Counterparties |
| 1(e) | Fee Examiner & Professionals |
| 1(f) | GK8 Top Vendors |
| 1(g) | Insurance |
| 1(h) | Legal Matters and Litigants |
| 1(i) | Non-Bankruptcy Advisors and Ordinary Course Professionals |
| 1(j) | Notice of Appearance / Pro Hac Vice |
| 1(k) | Other Related Parties |
| 1(l) | Potential Transaction Counterparties |
| 1(m) | Retail Customers |
| 1(n) | Taxing Authority/Governmental/Regulatory Agencies |
| 1(o) | U.S. Trustee Personnel, Judges, and Court contacts for the Southern District of New York |
| 1(p) | UCC Members |
| 1(q) | Vendors |

## APPENDIX 1(a)

### Current and Former Directors & Officers

Albert, David
Alisie, Adrian
Ayalon, Amir
Barwick, Christy
Beaudry, Jeremie Robert
Fan, Jiayi
Ferraro, Chris
Holert, Patrick
Konduru, Subramaniam Vijay
Lawlor, Quinn
Mayerfeld, Mark
Sabo, Ron
Schreiber, Adam
Shalem, Yaron
Van Etten, Frank

**APPENDIX 1(b)**

**Ad Hoc Group Members**

Anderson, Jan
Audeh, Ramzi
Banda, Santosh Praneeth
Benator, Ilene
Bierbaum, Cheryl
Bradley, Frank Malcom
Butryn, Robert K.
Calderone, Anthony
Castillo, Gilbert
Chan, Allison
Cherktyek Consulting LLC
Chiakulas, John
Cifani, Michael
Crespo, Frank
Dimetros, Jonandre
Dreikosen, Stephen
Fikar, Thomas Dean
Frederick, Paul
Gasso, Julius
Gilmore, Andrew
Griffin, Sargam Petra
Guillo, Adrien
Gurazada, Lakshmi Sai Lalitha
Haddad, Ghassan
Huang, Hsuan Yao
Lebor, Christine
Lindsay, Jacob
Little, David
Mansour, Ashley
McLain, Karen
Ralbovsky, Yanxing
Reyes, Eduardo
Reyes, Marino
Richardson, Harry B., Jr.
Robinson, Craig
Salyards, Jedidiah A.
Saunders, William
Schmeizer, Scott
Singer, Michael
Singh, Roshandip
Smith, Jason
Smith, Laura Dronen
Stearns, Aaron

Tuan, Joey
Turner, Elvin R.
Urbano, Melinda
Vejseli, Veton
Wong, Calvin
Yadav, Rishi Rav

## APPENDIX 1(c)

### **Bankruptcy Professionals**

Cadwalader Wickersham & Taft LLP
Elementus Inc.
Houlihan Lokey Inc.
Huron Consulting Services LLC
Jenner & Block LLP
Kroll Restructuring Administration LLC
M-III Partners LLC
Paul Hastings LLP
Perella Weinberg Partners
Pillay, Shoba

**APPENDIX 1(d)**

**Contract Counterparties**

2nd Market Capital Advisory Corp.
Bank Hapoalim BM
Bits of Gold Ltd.
Blockdaemon Inc.
eToro Ltd.
Explorium Ltd.
Guberman Consulting Ltd.
Hamilton's Reserve Inc.
Ibrahim, Daniel
IOTA Stiftung
Kirobo Ltd.
Maven Digital Ltd.
Neot Aviv Ltd.
Niki GA Management & Maintenance Ltd.
Oobit Technologies Pte. Ltd.
Prosegur Crypto
Prosegur Custodia de Activos Digitales SLU
ProxiBid
ReBlonde Public Relations
Simon, Elie
SolidBlock Inc.
Tezos Foundation, The
Tromer, Eran
Vast Bank NA
ZoomInfo Technologies Inc.

## APPENDIX 1(e)

### Fee Examiner & Professionals

Delaware ADR LLC
Godfrey & Kahn SC
Sontchi, Christopher S.

**APPENDIX 1(f)**

**GK8 Top Vendors**

10Bis
Cimo, Michael
DoiT International
G.E. Ehrlich (1995) Ltd.
Hovalot, Movilei
Ibrahim, Daniel
Israel Innovation Authority
Kost Forer Gabbay & Kasierer
Neot Aviv Ltd.
Sharfi, Yehuda
Shufersal Ltd.
Simon, Elie
TechEn Inc.
Tel Aviv, Municipality of (Israel)
Tromer, Eran
Xtra Mile Ltd.
YHM Technology Ltd.

## APPENDIX 1(g)

### __Insurance__

Evertas Insurance Agency LLC
Menora Mivtachim Group
USI Insurance Services LLC

### APPENDIX 1(h)

### Legal Matters and Litigants

Abuin, Juan Antonio Freires
Adamson, Cheyenne Joseph
Akshay, Nayak
Anusic, Tom
Argo Innovation Labs Inc.
Asher, Rishi
Bao, Adelaide
Barnouin, Pierre
Beekman, Nathaniel J.
Carrara, Diana
Carroccio, Brian C.
Cerqueira, Uno Gomes
Chan, Peter LM
Condit, Bradley
Constance-Churcher, Camilla
Davis, Bethany
Dierna, Lindi
Dukler, Avinoam Aharon
Dunn, Michael
Esazadeh, Morteza
Fern, Shen-Jay
Fisher, Mark
Flynn, Justin
Frishberg, Daniel
Gallas, Matthias
Gates, Christopher
Goines, Taylor
Grubbe, Jacob
Guild, Benjamin
Guo, Yi Meng
Ishii-Moy, Mai
Kash, Loreta
Katoski, Kristin Freires
Kiani, Saad
Kunderevych, Volodymyr
Langley, Ray M.
Lazar, Angello
Lazar, Valentin
Le, Adrea T.
Levy, Apple
Levy, Damon
Liquidity Technologies Ltd.
Majumdar, Dwaipayan

Maki, Todd Federick
Mara, Erin Claire
Martin, Daniel
Maxfield, Jason Lee
Meng, Brian
Minnick, Justin
Mitton, Hugh
Mozjesik, Sarah
Ney, Andrew
Nickels, Robert
Oren, Nazim
Pandya, Vishwaja
Park, Lisa Bokhee
Pedley, Christopher J.
Pestrikov, Dmitri
Pikulenko, Inna
Plutus21 Blockchain Opportunities Fund I
Plutus21 Blockchain Opportunities Fund I
    LP
Puccio, George W.
Rebrook, Patrick
Shafir, Ziv
Simons, Scott
Singh, Amol Bikram
Sousa, Nelson Dos Santos De
Stanley, Chad
Tiong, Susana Ying Hie
Vizzutti, Nicholas Jeffrey
Weber, Brian
Wilson, Kanyla
Wohlman, Odette
Wright, Austin Lamar
Young, Christopher

## APPENDIX 1(i)

### **Non-Bankruptcy Advisors and Ordinary Course Professionals**

CMS Cameron McKenna Nabarro Olswang LLP
Conyers Dill & Pearman LLP

## APPENDIX 1(j)

### Notice of Appearance / Pro Hac Vice

ArentFox Schiff LLP
Berliner & Pilson Esq.
Bernstein-Burkley PC
Blank Rome LLP
Brown & Connery LLP
Buchalter, A Professional Corp.
Cred Inc. Liquidation Trust
Davis Wright Tremaine LLP
Degirolamo, Anthony J.
Dickinson Wright PLLC
Duane Morris LLP
EMCO Technology Inc.
Farmery, Kyle
Federal Trade Commission
FisherBroyles LLP
Fortis Law Partners
Gelberg, Stuart P., Esq.
Goetten, Vincent Theodore
Hopkins & Carley
Jones Day
Law Offices of T. Scott Leo PC, The
Levin-Epstein & Associates PC
Maine, State of, Department of Professional
    & Financial Regulation, Office of
    Securities
Maurice Wutscher LLP
McCarter & English LLP
McCullough, Hugh
McDermott Will & Emery LLP
McLean, Stuart
Meyer Suozzi English & Klein PC
Michigan, State of, Department of Treasury
Mintz & Gold LLP
Missouri, State of, Secretary of State,
    Securities Division
MRK Spanish Ridge LLC
Myer, Nol
National Association of Attorneys General,
    The
Norgaard O'Boyle & Hannon
North Dakota, State of, Securities
    Department
Perez-Siam, Adrian

Petty, Clint
Pilacik, Emil, Jr.
Polombo, Peter
PREH Spanish Ridge LLC
Pryor Cashman LLP
RH Montgomery Properties Inc.
Roche Freedman LLP
SAP America Inc.
SAP National Security Services Inc.
Schroeder, William D., Jr.
Shannon, Thomas
Shroyer, Jonathan Jerry
Sills Cummis & Gross PC
Steege, Catherine L.
Sullivan & Cromwell LLP
Tennessee, State of, Attorney General's
    Office
Tennessee, State of, Department of
    Commerce & Insurance
Texas, State of, Department of Banking
Texas, State of, Office of the Attorney
    General
Togut Segal & Segal LLP
Troutman Pepper Hamilton Sanders LLP
Van Meyer, Nhat
Venable LLP
Vermont, State of, Department of Financial
    Regulation
Vickers, Lisa T.
Waller Lansden Dortch & Davis LLP
Washington, State of, Attorney General
Washington, State of, Department of
    Employment Security
Washington, State of, Department of
    Financial Institutions
Washington, State of, Department of Labor
    & Industries
Washington, State of, Department of
    Revenue
Weil Gotshal & Manges LLP
Weir Greenblatt Pierce LLP
Wisconsin, State of, Attorney General's
    Office

Wisconsin, State of, Department of
    Financial Institutions
Wisconsin, State of, Department of
    Financial Institutions, Attorney
Wohlwend, Eric

## APPENDIX 1(k)

### <u>Other Related Parties</u>

Fujii, Akiko
Landes, Aliza
Mashinsky, Krissy
Mashinsky, Rena

## APPENDIX 1(l)

### <u>Potential Transaction Counterparties</u>

Galaxy Digital Trading LLC

[Remaining Parties Confidential]

## APPENDIX 1(m)

### Retail Customers

007 Capital LLC
A'Vard, Suzanne
Abdolsalehi, Alvand
Academic Health Research Group Inc.
Adam, Alexander
AK Solutions Inc.
Alblooki, Noora
Alchemy Capital Group LLC
Alfi, Eldad M.
Allen-Narker, Rosalind
Alliance Service Inc.
Alshehhi, Ali
Alshehhi, Sultan
Alven Jerome Kroot Agreement of Trust
AM Ventures Holding Inc.
Amaro, Johnny
An Eye Toward Retirement LLC
Anand, Kamaljit
Andrews, Nik
Andrianakos, Fotis
Andrus, Brent W.
Anna Pistey Family Trust, The
Aos Investments LLC
Araújo, João Pedro
Arteaga, Daniel Ortega
Asaff, Glenn
August, Lucia Kim
Avila, Hector Manuel Haro
Ayon, Brandon
Bae, Peter
Baggenstos, Thomas Stephan
Bailey, Christoher
Bailey, Jeremy Douglas
Baillie, Robert
Baker, Brian
Baker, William Harold
Baldwin, Kevin
Balter, Lon
Barrett, Bryan
Barrett, Craig R.
Barry, Patrick
Bartholf, John David
Bartlett, Chris

Baum, Joe
Becin, Christopher Michael
Bedard, Craig
Beerda, Douwe
Bellotte, Brent
Benfanti, Michael Frederick
Benotsch, Alan
Bergman, Devon Aaron
Bertsch, Kirk
Betancourt, Leopoldo
Beyer, Richard William
Bfaller Rd LLC
Bi, Mariam
Biig LLC
Biscontine, Stephen C.
Bits of Sunshine LLC
Blackthorne, Jordan
Block, Michael Henry
Blum, Hugo
Bnk to the Future Ltd.
Boari, Francesco
Bofilis, Dimosthenis
Bohnett, David Charles
Bolger, Marilyn
Bongiorno, John
Bos, Stephen Richard
Boskovski, Nikola
Bosman, Andre
Botlani Esfahani, Rana
Bourell, Roy
Bowman, Eric Lee
Bradbury, Josh Douglas, Jr.
Brechtl, Marques
Bresson, Laurent
Brida, Anthony
Brigham, Gerrad William
Broytman, Meyer M.
Brue, Chad
Brunner, Hannes Oskar
Bslater Ddo LLC
Buckenmaier, Chester Church, III
Bugeja, Paul
Buono, Ian

Butendieck, Ronald
Butryn, David
Bveeder Rd LLC
Byrd, Jeffery L.
Byrd, William Michael
Byrne, Michael S.
Caceres, Santos
Cadwell, Charles
CAJ Krogh Holding ApS
Cannon, Andrew
Caraballo, Christopher Richard
Carmonatoscano, Rafael
Caroulle, Irénée
Carroz, Martial
Carter, Micah
Carter, William
Cartmell, Brian
Castillo, Ryan
Cech, Seikan
Celeste, Beth
Cetin, Edward
Chambless, Jill
Chan, Channing
Chang, Christopher Bonyen
Chang, Kai
Chen, Yihong
Chen, Yiyue
Cheng, Anthony
Cheng, Kwok Yuk
Chetaud, Louis
Chetchotisak, Chot
Chi, Sang Keun
Chiapuris, Paul Neil
Chin, Jason
Christensen, Chad R.
Chu, Pui Sum
Chvalek, Jirka
Claessens, Cris
Clark, Nicholas
Clark, Scott
Coache, Philippe
Cochran, Peter Mckinney
Coin Meester BV
Cole, John
Cole, Joshua
Coleman, Rasan A.

Collins, Cade Alexander Walker
Conlin, Jon Collins
Connolly, Thomas Joseph
Cook, Daniel
Costa, John
Côte, Damien
Courtney, Tod Andrew
Coward, Martin John
Cowen, Clint
Crab, Marijke
Cromack, Brendan
Crosby, Daniel Lee
Croucher, Paul
Cruz, Edmond Harada
Cruz, Joshua Boda
Cumenal, Pierre
Cura, Nicolas
Curran, Ryan
Dailey, Jonathan
Dan, Claudia
Dan, Flaviu
Dancs, Douglas
Dang, Phuoc Trung
Darby, Thomas
Darschewski, Kenneth Edward
Davey, Joseph
Davis, Otis Allen
Davison, Daniel Carson
de la Caridad Casal, Gerardo
Decamp, Ryan Alan
Dekker, Barbara
Deleon, Michael A.
Deshotels, Kerry L.
Dezfuli-Arjomandi, Arman Ahmad
Dhamani, Khairunnisa
Dhillon, Jagatjit
Difiore TSA Irrevocable GST Trust
Difiore, Thomas Albert
Dipaolo, William Richard
Dobrajc, Rok
Donaldson, Troy
Donnelly, Stephen
Downing, Marcus
Drake, Cem Danial
DSCA44 LLC
Duffy, Jamie

Dum, Joseph
Dunnett, Darren
Dzaran, John Peter
Edgar, David
Egnet, Eric
Eigenberg-Gordon, Marlee
El Achkar, David
Elwell, Daniel Robert
Engelin, Peter
Etzold, Derrick Wayne
Fagan, Peter
Fang, Hsin Jan Sean
Farley, John U.
Farnsworth, Darren Scott
Farpella, Kevin Ray
Fay, Christopher Derrick
Finkle, James
Finley, Patrick Westall
Fisher, John
FL3XX Gmbh
Ford, Robert
Forlini, Yoann
Four Thirteen LLC
Foy, Aixa
Frangioni, Pierre
Fraser, Daniel
Freedman, Paul
Fuller, Christopher Wayne
Futuris Capital Inc.
Galindo, Cesar
Gallagher, Rebecca
Gallardo, Jorge
Gamez, Arturo Rafael
Gauch, Roger
Gavrilovic, Nikola
Gayle, Patrick C.
Genç, Raci
Geoghegan, Alexei
Gerbán, Dániel Jeno
Gettner, Mark
Ghiselli, Antonio
Gi, Richard
Giardiello, Bradley Edwin
Gibbs, Jack
Giese, Dale
Giese, Jeannette

Giesselman, Troy
Giorgianni, Massimo
Girod, John
Glensgard, Dan
Global Regency Ltd.
Golcovs, Aleksandrs
Goldsmith, Mary E.
Gollapudi, Shilpa Kamala
Gololicic, Gregor
Gonella, Damien
Gonzales, Carlos
Graham, Steven Neil
Haidukewych, George
Haijen, Peter
Hald, David Friis
Hamilton, John
Hammell, Robert Howard
Hammond, Edward Hopkins, III
Hanchett, Dolores
Hannagan, Cory
Hansen, Frederik
Hardy, Marie
Hargrove, Kathy
Harper, Lisa
Hart, Dan
Hawley, John Follen
Hayes, Michael
Haynie, Robert
He, Yunzheng
Heads, Michael Anthony
Heavenly Scent Professionals LLC
Hecht, Amara
Hedin, Daniel
Helfrich, Charles
Heo, Jae Yong
Hibbard, Dustin Kyle
Hilson, James Wayne
Hoan, Ly
Hoefflin, Jeffrey David
Hoffmann, David
Hofland, Gerhard
Hofstede, Jerry
Hogan, Andrew
Hollingshead, Thomas Leon
Holmes, Lewis Robert
Holmström, Christel

Holt, Travon
Holzhauer, Kyle Michael
Horejsi, Adam
Hoskyn, John Mark
Hou, Chengyu
House, Emanuel
Hsu, Roger
Huang, Chun
Huang, Cuihua
Huang, Gavryelle Xingbe
Huang, Tak
Huang, Xue Wen
Hulst, Petrus Adrianus Maria
Huo, Lan
Hwang, Kevin
Imokawa, Stuart
Imtiaz, Lubna
Izzo, Daniele
Jackson, Clifton Edward, III
Jacobs, Chloe Merithe
Jansen, Bob
Jellestad Capital SA SPF
Jimenez, Alex Rene
Jimenez, Gustavo Alberto
John Dzaran 401K Trust
Jones, Beverly
Jones, Diann
Jones, Holly
Jones, Matthew Ernest
Jones, Roger Lee
Jordan, Daniel T.
Jue, Tyrone Todd
Juneau, Michael William
K1 Financial Group
Kan, Ivan
Kandiah, Sivam S. V.
Kaneseki, Akiko
Kanngieāÿer, Stefan
Kansomdee, Pronthip
Katehis, Konstantinos
Kauff, Steven Howard
Kazius, Ronald
KCA Holdings LP
Keasey, Anne
Kedzior, Martin Enrico
Kelly, Sean

Kendrix, Adam
Khare, Rahul Kumar
Khattiya, Lany
KHK Investments LP
Khoo, Denis
Kikko, John
Kilpatrick, Keith H.
Kim, Eliot
Kim, Jay
Kim, Miae
Kim, Peter
Kingsford, Todd
Kirsanov, Dimitry
Kjellin, Erik
KNL Family Trust, The
KOALA 2 LLC
KOALA3 LLC
Kochalka, James
Kogan, Dmitriy
Kohan, Emil James
Kohn, Lawrence H.
Komarovskiy, Valentin
Kompaso Pty. Ltd.
Kouzbari, Munear
Kpham Rd LLC
Krampf, Oleg
Krener, Olivier
Krienke, Gerri
Kryuchkov, Ivan
Kuijper, Ronald
Kuipers, Jonathan Andrew
Kumar, Tarun
Kutty, Madhu Kumaran
Lablanc, Brian
Lacey, Peter
Lai, Christopher
Lakeside Oral & Facial Surgery Institute
    LLC
Landskov, Gregg Raymond
Laski, Ludwik
Laubjerg, Asker
Lee, Edmund Wangkai
Lee, Eunice Jungmin
Lee, Keagan Hyunchul
Lee, Yih Neng
Lee, Yun Chin

Legacy City Church
Leister, Thomas A.
Leon, Shlomi
Lévy, Nicolas
Li, Yifan
Libertad Group LLC
Liljenquist, Brandon
Lim, Jong
Lin, David
Linevskiy, Anton
Linkhorst, Martin
Linton, Robert Brian
Liu, Clark Haito
Liu, Juqiang
Llewellyn, Isaac
Loh, Yuen Heng
Lohmann, Michael Andrew
Low, Ban Chai
Lucraft, Peter
Ludwig, Gerald
Luk, Yoshihiro
Luo, Jin
Luo, Robert
Luo, Xiangdong
Ly, Eric
Lynce, Gary Joseph
M4-Tse Inc.
Macaluso, Sean A.
Mackler, Bradley
Mahehswari, Bhavna
Maheshwari, Pawan Kumar
Main, Geoffrey
Mak, Edwin
Mandap, Stephen
Mann, Jeffrey Brent
Marciniec, Andrzej
Marina Point Investments LLC
Marinho, Fréderick
Marlow, Daniel C.
Marroquin, Eric
Martin, Jesse
Martin, Patrick
Martinez, Lucas
Mason, Jeremy
Mastrokoukos, George
Mathews, William

Matsumoto, Reid
Matthews, Lee
Maya, Rafael
McCollor, John
McCommons, Jeremiah Curtis
McDaniel, Paul
McDonald, Pat
McElveen, Michael
McFarland, Heidi
McGurk, Jamie
McKenney, Scott Herbert
McLean, Stuart
McNeil, Laura Faller
Medeiros, Pablo
Mellema, Kamiel
Mendes de Carvalho, Junior Joao
Mercuri, Tom
Meridian Crypto Trust
Meyer, Marvin
Mghari, Rachid
Michaels, Alexander
Mick, Christopher
Milbert, Chris
Mildbrandt, Mark
Mindell, David Paul
Miroshnyk, Valentyn
Mirpuri, Dinesh
Misra, Upmanyu
Mohr, Lance Randall
Molly Spendthrift Trust
Montford, Harold Kevin
Moore, Daniel
Moran, Jeffrey
Most, Robert
Moure, Brian Campbell
Moutawakkil, Khalil
Mr. Lock Inc.
Mukhtar, Saeed
Muschinski, Eric
MWR Investments Ltd.
Narang, Shantanu
Neiman, Jason
Neptune Digital Assets Corp.
Nervo, Miriam
Ngo, David
Nguyen, Nam

Nguyen, Phuong
Nicol, Ronald
Novatzky, Benjamin D.
Nung, Warren
Ochisor, Nicolae
O'Donoghue, Kieran Terence
Ogletree, Brian
Olumide, Adedayo
Orsinger, Drew Francis
Ortiz, George Emmanuel J.
Osborn, Janine
Oso, Kay
Ostrye, Nate
Ou, Amon
Owen, Jason Bruce
Owens, Shane
Pagnanelli, Christopher Joseph
Paholak, Thomas Daniel
Pajeda, Nerijus
Pak, Juno Kol
Paleo, Bruno Woltzenlogel
Palmero, Claude
Papadakis, Elizabeth
Pappas, Alex
Pappas, Eugenia
Paraboschi, Gabriele
Parsons, Aron William
Patel, Mitesh
Patel, Shital Kantilal
Pearlman, Leah
Pearson, Andrew John
Perez, Julio
Pham, Sophia
Phan, Long
Picinic, Nicholas
Pick, Thomas
Pinto, Matthew
Pitta, Celso
Plutus21 Blockchain Opportunities I
Point LLC
Pototschnik, Andrew Alexander
Prabhu, Chetan
Prasine Corp.
Pratt, Folarin
Premoli, Alessandro
Profax Super Pty. Ltd.

Profluent Trading Inc.
Quick, Tyson Lynn
Quinn, Christopher Michael
Qureshi, Ashar
Rainthorpe, Robert
Rakim, Kenneth
Ramsey, Roy
Ranchod, Pravin
Randel Brown Crypto Ventures LLC
Rasmussen, Adam
Reid, Robert W.
Reiss, Andrew Wesley
Reph, Ryan Don
Rianova Ltd.
Richardson, Eric
Rieu, Guillem
Ritholz, Susan K.
Ritter, Dale
Robert, Alexander
Rodman, Kaori
Rojas, Roberto R.
Roness, Philip Andrew
Ronning, Donald
Rooney, Alan
Rooney, Derek
Roos, Evert Christian
Rueca, Jaydee Crissare Racho
Rusanescu, Vlad
Russell, Frank Charles, Jr.
Ruszkay, Andrew Conard
Ryan, Robert
Sabariaga, Jethro
Sabba, Isaac
Saenz, Jesus Armando
Saker, Douglas
Samaha, Georges Farah
Samian, Mohammed
Sandrana, Naidu Appalaswamy
Sarwar, Shahzad
Savich, Tatjana Tina
Sayer, Carey
Scalar Investments Corp.
Schallmann, Justin
Schardt, Natalie
Schauder, Marco
Schenk, Rolf

Schile, Clay Jeremiah
Schmid, Alan
Schramm, Ryan Kristian
Seldes, Richard
Seneca, Michael James
Sepp, Todd Edward
Sevastopoulos, Haralambous
Sevastopoulos, Konstantinos
Sheehan, Todd Michael
Shekhter, Dina
Shepherd, Lloyd Thomas
Shriver, Damien Jay
Sigle, Manfred
Simard, René-Marc
Simonsen, Robert
Simov, Svetoslav
Singh, Balwinder
Singh, Walbeer
Sirjoo, Jitindra Wayne
Siwik, Robert
Skrocki, James A.
Slater, Brian Thomas
Sleeper Hill Investments LLC
Sleeper, Richard Daniel
Smith, Bob
Smith, Daniel W.
Smith, Ralph
Snowman, Michael J.
Solyom, Andrew
Sommer, Michael
Soulier, Matthew Frost
Southgate Superannuation Pty. Ltd.
Spain, Betty J.
Spain, Court W.
Speterson Rd LLC
Spriggs, Leeton
Sprinkle, David
Srisaikham, Palita
Stefanski, John
Steger, Reinhold
Stein, Jason
Steinberg, Michael
Stellence Corp.
Stephenson, Cecil
Stevens, Ashleigh
Stevenson, Nicholas

Stjohn, Sean
Stock, Darrell Lee, Jr.
Stolle, Diane
Sublett, Sandra
Suckno, Keith Michael
Summers, Adam Neal
Suskind, Joseph
Sutedjo, Juwono
Sutfin, Miller
Sutton, Richard
Sweeney, David
Taiaroa, Keri David
Taibi, Charlie
Tall Tree Consulting LLC
Tanaka, Colleen Takeko
Tanner, Delbert Hodges
Thomann, Michael John
Thomas, Michael Anthony
Thornton, William Arthur
Trahan, Ryan Michael
Transparencyx LLC
Trucksess, Cory
Trundy, Cory Lane
Truschel, Sante Kundermawan Arien
Trussell, Mark
Tsai, Jonathan P.
Tsang, Kwan Ming
Tsang, Wai Nam
Tsonis, Con
Turpin, James Phillip
Turtle, Ryan Michael
Ughetta, Mark Richard
Ulrey, Renard
Untermeyer, Ricky
Uppheim, Kristoffer
Urata-Thompson, Harumi
Ustymenko, Vadym
Valdes, Stephen
Valenzuela, Daniel Anthony
Van De Weerd, Eugene
Vance, Shawn Dylan
Vanhoose, Derek Paul
Vault12 Inc.
Vegan Cuts Inc.
Venema, Wim
Verheyen, Kenneth

Vetsch, Richard
Vidmar, Ziga
Vila, Juan Otero
Vivar, Emmanuel
Vozzo, Mark Joseph
Wade, Ryan Kenneth
Walker, Raphael
Wang, Feiting
Wangler, Mason Christian
Watkins, Matthew
Wątor, Wojciech
Weimert, Bradley Thomas
Weiss, Allen Robert
Weiss, Christoph
Welby, Caitlin
Wells, Jason
Wendling, Vincent
West, Darren
Westhof, Tonia
Wheeless, Daniel
White, Brendan Battaglia
Whittlinger, Ryan
Wielzen, Fons
Wierzbowski, Radoslaw Lech
Williams, Brendan
Williams, Charles
Williams, Paul
Witkin, Daniel
Wong, Eric Flores
Wong, Jason
Woo, Ken
Woolsey, Jonathan
Wright, Timothy
Xiao, Ling
Yake, Samira Sandaruwan Rathna
Yang, Yen-Huoy
Yarwood, Darren G.
Yoon, Tera Sahyun
Young, Rudolph Paul
Young, Timothy Shannon
Younts, David
Yu, Jenny
Zaharieva, Katerina
Zahra, Carmelo
Zarchi, Meir
Zhang, Kevin

Zhang, Qinghua
Zhao, Tianqi
Zhou, William
Zijlstra, Fayce
Zimmermann, Oliver
Zygas, Viktoras

## APPENDIX 1(n)

### Taxing Authority/Governmental/Regulatory Agencies

Alaska, State of, Department of Finance, Division of Banking & Securities

Arkansas, State of, Securities Department

Autorite Des Marches Financiers

California, State of, Department of Financial Protection & Innovation

California, State of, Department of Justice Public Inquiry Unit

Financial Conduct Authority (UK)

Georgia, State of, Office of Secretary of State, Securities & Charities Division

Gibraltar, Government of, Financial Services Commission

Hawaii, State of, Department of Commerce and Consumer Affairs

Idaho, State of, Department of Finance

Illinois, State of, Securities Department

Massachusetts, Commonwealth of, Office of the Attorney General

Massachusetts, Commonwealth of, Securities Division

Minnesota, State of, Attorney General Office

Minnesota, State of, Department of Commerce

Mississippi, State of, Office of the Secretary of State

Missouri, State of, Office of the Attorney General

Montana, State of, Office of the Auditor

New Hampshire, State of, Bureau of Securities Regulation

New Jersey, State of, Office of the Attorney General

New York, State of, Office of the Attorney General, Division of Economic Justice

North Carolina, State of, Department of the Secretary of State

Oklahoma, State of, Department of Securities

Ontario, Province of (Canada), Securities Commission

Pennsylvania, Commonwealth of, Bureau of Securities Compliance and Examinations

Pennsylvania, Commonwealth, Department of Banking and Securities

Saskatchewan, Province of (Canada), Financial and Consumer Affairs Authority

South Carolina, State of, Office of The Attorney General

South Dakota, State of, Division of Insurance Securities Regulation

Tennessee, State of, Department of Commerce and Insurance, Financial Services Investigation Unit

United States, Government of the, Commodity Futures Trading Commission

Washington, D.C., Department of Insurance, Securities and Banking

West Virginia, Office of the Attorney General

## APPENDIX 1(o)

### U.S. Trustee Personnel, Judges, and Court contacts for the Southern District of New York

Allen, Joseph
Anderson, Deanna
Barajas, Andres
Black, Christine
Harrington, William K.
Leonhard, Alicia
Mastando, John P., III
Penpraze, Lisa
Riffkin, Linda
Schmitt, Kathleen
Slemmer, Daniel
Van Baalen, Guy A.
Ziesing, Annie

## APPENDIX 1(p)

### UCC Members

Coco, Christopher
DiFiore, Thomas
Duffy, Scott
Noyes, Keith
Robinson, Mark
Warren, Caroline
Yoon, Andrew

## APPENDIX 1(q)

### Vendors

A. Kfir Holdings
Adam Milo Ltd.
Adams, Jeffrey
Adobe Products
Advogados, Almeida
Ai Fiori
Altshuler Benefits
Andreou, Foteini
Andromeda
Arce, John
Ascential Events (Europe) Ltd.
Auger, Matthew
Avishar
Aviv Reut
Avraham, Daniel
Becerril, Jose Maria Caballero
Begg, Yusuf
Block Crypto Inc., The
Blockfrost.io
Bowell, Reuben
Bradley, Marc
Braun, David
Brown, Charlotte
Brown, Oliver John
Burns, Matthew
BuyMe
Callaghan, Simon
Castillo, Diana
Catz, Bari
Cellcom
Central Park Co. Ltd.
Chamber of Commerce Tel Aviv
Chan, Kalvin
Chang, Yung-Tang
Charalambous, Alexia
Charmant, Audrey
Ching, Lam Wai
Christodoulou, Antonis
Christodoulou, Christodoulos
Christou, Renos
Cimo, Michael
ClearGate
Cohen, Levy

Coleman, Bradley K.
Costica, Tudor
CTI Solutions
CyberForce Global Ltd.
Dawson, Meryl
Debak, Antun
deCODE Genetics
Dias, Eric
Diesenhaus
Dinwiddie, Spencer
DLC Distributed Ledger Consulting GmbH
DoiT
Dor Aviv
Dreifuss, Itai
Dreyfus, Fernando
Eddison, Mark
Eede, Jelle Van den
EMET
Emmanuel, Alaina
Enkur, Gokhan
Estiatorio, Avra Madison
Etherscan
Evaggelou, George
Evertas
Ferrante, Evan
Fintech, Lendit
Florist, Lovin
Frangeskidou, Angela
Frankfurt School
Frediani, Jeremy
Gabai, Asha
Gabriel, Lilly
Garcia, Adria
Garcia, Migdalia
Georgios, Retoudis
Glushon, Jason
Goodstein, Nicole
Gotfriends
Graham, Wendy
Grammarly Inc.
Grozdanic, Jovana
Grunsfeld, Gerry
Guarano, Gabriele

Guarascia, Ryan

Hadjipanayi, Christina

HaGal Hayarok

Hanoch Medical Service

Harel, Asher

Haussmann, Christiaan

Herman Systems

Hershkowitz, Asher

Hobson, James Jonathan

HOT Mobile

Howden Insurance Brokers Ltd.

HR Market

Ignatiades, George

Iliescu, Alexandru

Invoice Maven

Ioanitescu, Dan

Ioannou, George

Israel Electric Corp. Ltd., The

Israel Innovation Authority

Issaschar Brothers

Jansone, Kerija

Jobinfo

Jumbo Stock

Kasafot Magen

Kazaka, Krista

Kerr, Bryan

KINOLIFE LLC

Knight, Derek

Kokoni, Eirini

Kordomenos, James

Koutra, Athos

Kozlowska, Kasandra

Kulysz, Bernard

Kunder, Nikhil

Kuperpan

Lackner, Joe

Lau, Weyne

LeadMetrix

Lenou, Neovi

Leonard, Carleen Ann

Lermont Ltd.

Lev, Dana

Levy, Haim

Li, Hsu Kang

LinkedIn Corp.

Lopez, Galo Fernandez

Loucaides, Michael

Lucas, Felipe

Mak, Oleena

Malamas, Vasileios

Mamoulides, George

McDonald, Tracey

Mei Avivim

Michaels, Panayiotis

Michailidou, Anna

Mintz, Dalia

Mitugon

Moon, Eddie

Mor, Avner

Morreale, James

Mould, Darron John

Moya

Muens, Philipp

Mullholand, Lindsey R.

Mulligan, Scott

Mylona, Olimbia

Nachmias Grinberg

Nagy, Eniko Andrea

Naidu, J. Raag

Namlessplace

Nespresso

Nethercote, Holley

Niki-Nikayon

Nisha

Offord, Scott

Ogilvy, David

Panago, Constantine

Paneva, Violina

Papademetriou, Fotis

Partner Communications Co. Ltd.

Patchen, Aaron

Patentic

Piechocinska, Olga

Pillakouris, Maria

Pitzman, Anna

Praktal Computers

Prokopis, Konstantinos

Pušonja, Mališa

Raducioiu, Iulia

Rahman, Kent

Raziel, Anat

ReBlonde

Refaeli, Alon
Rethy, Istvan-Levente
Rhind, Ryan
Ríos, David García
Rozenthal, Noam
Rubin, Jaclyn
Russell, Jacob
Saliba, Paul S.
Sawhney, Rajiv
SecureLogic Ltd.
Seese, Dylan
Setovich, Javier
SFDC Ireland Ltd.
Shani Solutions
Sharma, Bharti
Shekel, Ofek
Sherfi Yehuda Construction
Shimrit
Shitov, Alexey
Shkedi, Jonathan
Shlofta
Shlomo Kezas
Shopen, Eitan
Silva, Karl Da
Silverman, Tyler
Skempes, Fotis
Slack
Smith, Winston Royce
Softsale
Solomon, Levi
Somech Hikin
Sopracasa, Erik
Sponja Cleaning
Sposato, Dalila
Statera Bellus
Stott & May
Super-Pharm
Switchup
Taieb, Yaniv
Tasker, Stephen
TDSD Ltd.
Team Netcon
Tel Aviv, Municipality of (Israel), Tax
Teng, Aaron
Theocharous, George
Thrasyvoulou, Olga

TimeClock 365
Tinoco, Diana
Tore, Alex
Tromer, Eran
Turley, Andrew
USA Strong Inc.
USI Insurance Services LLC
Value Financial Services
Vandervelde, Jeffrey
Varzea, Monica
Vasileiou, Eirini
Veliz, Jessica
Villacis, Jack
Vrazic, Michail
Wang, Yuanbo
Wingerden, Gerrit Van
Wlosek, Ewa
World Travel Inc.
Yellin, Sruli
Yeshayaho Blumfeld
YHM Technologies
Yiadom, Prince
Yigal Arnon
Zecharia, Natan
Zeplin Inc.
Zilberman, Pesach
Zoeller, Arielle
ZoomInfo Technologies Inc.
Zusman, Tomer

## **Appendix 2**

**Client Match List**

**Client Match List**

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Cadwalader Wickersham & Taft | Bankruptcy Professionals | Prior Client |
| Houlihan Lokey | Bankruptcy Professionals | Current Client, Prior Client |
| Huron Consulting Services LLC | Bankruptcy Professionals | Current Client, Prior Client |
| Kroll Restructuring Administration LLC | Bankruptcy Professionals | Current Client, Prior Client |
| Paul Hastings LLP | Bankruptcy Professionals | Prior Client |
| Perella Weinberg Partners | Bankruptcy Professionals | Current Client, Prior Client |
| Bank Hapoalim | Contract Counterparties | Former Client, Prior Client |
| Blockdaemon Inc. | Contract Counterparties | Current Client |
| Chainalysis Inc. | Contract Counterparties | Current Client, Prior Client |
| DV Chain, LLC | Contract Counterparties | Prior Client |
| eToro Ltd. | Contract Counterparties | Current Client, Prior Client |
| Prosegur Crypto | Contract Counterparties | Current Client, Prior Client |
| Prosegur Custodia de Activos Digitales S.L.U. | Contract Counterparties | Current Client, Prior Client |
| ProxiBit | Contract Counterparties | Prior Client |
| Tezos Foundation | Contract Counterparties | Prior Client |
| ZoomInfo Technologies Inc. | Contract Counterparties | Prior Client |
| Alameda Research Ltd | Institutional Customers | Current Client |
| Menora Mivtachim Group | Insurance | Prior Client |
| USI Insurance Services, LLC | Insurance | Prior Client |
| Conyers Dill & Pearman LLP | Non-Bankruptcy Advisors and Ordinary Course Professionals | Current Client |
| ArentFox Schiff LLP | Notice of Appearance/Pro Hac Vice | Prior Client |
| Blank Rome LLP | Notice of Appearance/Pro Hac Vice | Current Client |
| Federal Trade Commission | Notice of Appearance/Pro Hac Vice | Prior Client |
| Great American Insurance Company | Notice of Appearance/Pro Hac Vice | Prior Client |
| Jones Day | Notice of Appearance/Pro Hac Vice | Prior Client |
| Ripple Labs Inc. | Notice of Appearance/Pro Hac Vice | Current Client, Prior Client |
| SAP America, Inc. | Notice of Appearance/Pro Hac Vice | Current Client, Prior Client |

---

[1]    The term "Current Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter.  The term "Former Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years but all matters for such client have since been closed.  The term "Prior Client" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm.

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Galaxy Digital Trading LLC | Potential Transaction Counterparties | Current Client, Prior Client |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| [Confidential] | Potential Transaction Counterparties | [Confidential] |
| AM Ventures Holding Inc. | Retail Customers | Current Client |
| Bnktothefuture | Retail Customers | Prior Client |
| Four Thirteen LLC | Retail Customers | Former Client |
| Gonzales, Carlos | Retail Customers | Prior Client |

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Commonwealth of Massachusetts Office of the Attorney General | Taxing Authority/ Governmental/Regulatory Agencies | Prior Client |
| State of New York Office of the Attorney General, Division of Economic Justice | Taxing Authority/ Governmental/Regulatory Agencies | Prior Client |
| Adobe products | Vendors | Current Client, Prior Client |
| Ascential Events (Europe) Limited | Vendors | Current Client, Prior Client |
| Central Park | Vendors | Prior Client |
| Evertas - USI Insurance Services | Vendors | Prior Client |
| Frankfurt School | Vendors | Prior Client |
| Gogo Air | Vendors | Current Client, Prior Client |
| Grammerly | Vendors | Current Client |
| Howden Insurance Brokers Limited | Vendors | Current Client, Prior Client |
| Linkedin | Vendors | Prior Client |
| Onfido | Vendors | Current Client, Prior Client |
| SFDC Ireland Limited | Vendors | Prior Client |
| Slack | Vendors | Former Client, Prior Client |
| Smartcontract Inc. | Vendors | Current Client |
| Snowflake Inc. | Vendors | Prior Client |
| The Block Crypto | Vendors | Current Client |
| Yigal Arnon | Vendors | Prior Client |
| ZoomInfo | Vendors | Prior Client |

**<u>Exhibit A</u>**

[Filed Under Seal]