Dear Judge Martin Glenn,

Please do not allow Celsius Network to payout the creditors who have locked assets above a certain threshold to receive an asset share token (AST). This would dilute the creditors below the threshold and cause an unfair payout based on the value of assets locked. Please protect the small retail customers who have their life savings locked in celsius, and not create an unfair outcome to customers above a specific threshold. The AST is supposed to reflect the value of the customers assets which essentially would pay them back in their entirety, diluting Celsius's customers who's account is below the value threshold. I beg of you to not allow this to happen. Thanks for considering our letters.

Alex Brown