Daniel A. Frishberg, *Pro Se*[1]

Georges Georgiou, *Pro Se*

Immanuel J. Herrmann, *Pro Se*

Kulpreet Khanuja, *Pro Se*

Christopher J. Little, *Pro Se*

Luke P. Nowak, *Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[2] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the Appellant(s):**

Kwok Mei Po, pro se creditor, would like to join as one of the appellants, alongside with Daniel A. Frishberg, Georges Georgiou, Immanuel J. Herrmann, Kulpreet Khanuja, Christopher J. Little, and Luke P. Nowak, *pro se* Celsius Network LLC, *et al.* creditors ("the *pro se* Appellants") who filed this joint notice of appeal, pursuant to FRBP 8002 (a)(1), 8003(a)(1) and 8003(b)(1).

---

[1] Mr. Frishberg still maintains that he should not be a creditor, but for judicial economy, and efficiency/ease of reading, he will be referred to as a Creditor, all rights reserved.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**Part 2: Identify the subject of this appeal:**

This appeal is from the *Memorandum Opinion and Order Regarding Ownership of Earn Account Assets* (the "Earn Decision.")

The Order was rendered on January 4, 2023. A copy of the order is attached as Exhibit A.

**Part 3: Identify the other parties to the appeal**

The names of all other parties to the Decision[3], and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

KIRKLAND & ELLIS LLP
*Attorneys for the Celsius Debtors*
601 Lexington Avenue
New York, NY 10022
By:  Joshua Sussberg, Esq.
     Patrick J. Nash, Jr., Esq.
     Ross M. Kwasteniet, Esq.
     Christopher S. Koenig, Esq.
     Dan Latona, Esq.
     Phone: 212-446-4800

WHITE & CASE LLP
*Attorneys for the Official Committee of Unsecured Creditors*
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
By:  Gregory Pesce, Esq.
     Andrea Amulic, Esq.
     Michael Andolina, Esq.
     Aaron Colodny, Esq. Samuel P. Hershey, Esq.
     David Turetsky, Esq.
     Keith Wofford, Esq.
     Phone: 312-881-5400

OFFICE OF THE UNITED STATES TRUSTEE
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

---

[3] Numerous *pro se* parties made or joined in objections. The names of these creditors are identified in the *Memorandum Opinion and Order Regarding Ownership of Earn Account Assets*.

By:    Shara Cornell, Esq.
        Brian Masumoto, Esq.
        Mark Bruh, Esq.
        Phone: 212-510-0500

MILBANK LLP
*Attorneys for Community First Partners,*
*LLC Celsius SPV Investors, LP, and*
*Celsius New SPV Investors, LP*
55 Hudson Yards New York, NY 10001
By:    Dennis F. Dunne, Esq.
        Nelly Almeida, Esq.
        Phone: 212-530-5000

1850 K Street, NW, Suite 1100
Washington, DC 20006
By:    Andrew M. Leblanc, Esq.
        Melanie Westover Yanez, Esq.
        Phone: 202-835-7500

JONES DAY
*Attorneys for CDP Investissements, Inc.*
555 South Flower Street, 50th Fl.
Los Angeles, CA 90071
By:    Joshua M. Mester, Esq
        Phone: 213-489-3939

TEXAS STATE SECURITIES BOARD AND THE TEXAS DEPARTMENT OF BANKING
P. O. Box 12548
Austin, Texas 78711
By:    Layla D. Milligan, Esq.
        Abigail R. Ryan, Esq.
        Roma N. Desai, Esq.
        Phone: 512-305-8300

VERMONT DEPARTMENT OF FINANCIAL REGULATION
*Attorneys for the State of Vermont*
89 Main Street
Montpelier, VT 05620
By:    Jennifer Rood, Esq.

      Phone: 802-828-3301

MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP
*Attorneys for the New Jersey Bureau of Securities*
570 Broad Street
Newark, NJ 07102
By:    Jeffrey Bernstein, Esq.
        Phone: 973-622-7711

225 Liberty Street, 36th Fl. New York, NY 10281
By:    Nicole Leonard, Esq.
        Phone: 212-483-9490

THE STATE OF WASHINGTON
P.O. Box 40100
Olympia, WA 98504
By:    Robert Ferguson, Esq.
        Stephen Manning, Esq.
        Phone: 360-357-2852

NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
*Attorneys for the States of Alabama, Arkansas, California, District Of Columbia, Hawaii, Idaho, Maine, North Dakota, Oklahoma, and South Carolina*
1850 M St., NW, 12th Fl.
Washington, DC 20036
By:    Karen Cordry, Esq.
        Phone: 301-933-3640

COAN, PAYTON & PAYNE, LLC
*Attorneys for Joe Breher*
999 18th Street, Suite S3100
Denver, CO 80202
By:    Steven T. Mulligan, Esq.
        Phone: 303-861-8888

BERNSTEIN-BURKLEY, P.C.
*Attorneys for Stuart McLean, Keith Ryals, Jennifer Ryals, Kim David Flora, Brett Flora, and Courtney Burks Steadman*
601 Grant Street, 9th Fl.
Pittsburgh, PA 15219

By:    Mark A. Lindsay, Esq.
        Phone: 412-456-8100

FOX ROTHSCHILD LLP
*Attorneys for Nuno Saraiva*
49 Market Street
Morristown, NJ 07960
By:    Michael R. Herz, Esq.
        Phone: 973-992-4800

WEIR GREENBLATT PIERCE LLC
*Attorneys for Matthew Pinto*
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
By:    Bonnie R. Golub, Esq.
        Jeffrey S. Ciancuilli, Esq.
        Michael P. Broadhurst, Esq.
        Phone: 215-735-1600

MILES & STOCKBRIDGE P.C.
*Attorneys for Josh Tornetta*
100 Light Street, 10th Fl.
Baltimore, MD 21202
By:    Joel L. Perrell Jr., Esq.
        Phone: 410-727-6464

VENABLE LLC
*Attorneys for Ignat Tuganov*
1270 Avenue of the Americas, 24th Fl.
New York, NY 10020
By:    Jeffrey S. Sabin, Esq.
        Carol Weiner Levy, Esq.
        Arie Peled, Esq.
        Phone: 212-307-5500

600 Massachusetts Avenue, NW
Washington, DC 20001
By:    Andrew J. Currie, Esq.
        Phone: 202-344-4000

**Part 4: Optional election to have appeal heard by District Court:**

Appellants elect to have the appeal heard by the United States District Court.

**Part 5: Sign below**

*/s/ Kwok Mei Po*
Kwok Mei Po
*Pro Se*
January 29, 2023

With regard to the order related to, but not limited to court docket 1822, 1833.

*/s/ Immanuel Herrmann*
Immanuel Herrmann
*Pro Se*
January 18, 2023

*/s/ Daniel A. Frishberg*
Daniel A. Frishberg
*Pro Se*
January 18, 2023

*/s/ Christopher J. Little*
Christopher J. Little
*Pro Se*
January 18, 2023

*/s/ Luke P. Nowak*
Luke P. Nowak
*Pro Se*
January 18, 2023

*/s/ Georges Georgiou*
Georges Georgiou
*Pro Se*
January 18, 2023

*/s/ Kulpreet Khanuja*
Kulpreet Khanuja
*Pro Se*
January 18, 2023

Alongside other appealents as noted in court docket 1894.

*Each appellant electronically signed on behalf of themselves*