<div style="display: flex;">
<div>
Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
</div>
<div>
Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
</div>
</div>

*Counsel to the Initial Debtors and Debtors in Possession*

*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**STATEMENT OF AMOUNTS PAID
BY THE DEBTORS TO ORDINARY COURSE
PROFESSIONALS FROM OCTOBER 1, 2022 THROUGH DECEMBER 31, 2022**

**PLEASE TAKE NOTICE** that, pursuant to the *Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business*, dated August 17, 2022 [Docket No. 519] (the "OCP Order"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit their second statement, annexed hereto as **Exhibit A** (the "OCP Statement"), of fees paid to certain professionals utilized in the ordinary

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

course of business (each, an "OCP"). The OCP Statement provides: (a) the name of each OCP; and (b) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that OCP during the fee period starting October 1, 2022, and ending December 31, 2022 (the "Fee Period"); and (c) a general description of the services rendered by each OCP.

**PLEASE TAKE FURTHER NOTICE** that the OCP Order requires the Debtors to file and serve OCP Statements at three-month intervals, setting forth: (a) the name of each OCP, (b) the aggregate amounts paid as compensation for the services rendered and reimbursement of expenses incurred by each OCP during the preceding three-month period; and (c) a general description of the services rendered by each OCP.

**PLEASE TAKE FURTHER NOTICE** that the Debtors may pay or recognize payments of certain amounts for services rendered and expenses incurred by any OCP during the Fee Period at a later time, and any such payments will be disclosed in future statements.

**PLEASE TAKE FURTHER NOTICE** that copies of the OCP Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of the motions and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: January 30, 2023 | /s/ Joshua A. Sussberg<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Initial Debtors and Debtors in Possession*<br><br>*Proposed Counsel to the GK8 Debtors and Debtors in Possession* |

**Exhibit A**

**Payments from October 1, 2022 to December 31, 2022**

| Ordinary Course Professional | Total Compensation | Services Provided |
|---|---|---|
| Jackson Lewis P.C. | $5,320.00 | Legal Services |
| McCarthy Tetrault LLP | $65,528.00 | Legal Services |
| Advokatu Kontora Sorainen Ir Partneriai | $2,261.48 | Legal Services |
| Taylor Wessing LLP | $493,257.11[1] | Legal Services |
| Walker Morris LLP | $6,708.04 | Legal Services |

---

[1] The amount paid to Taylor Wessing LLP includes $448,428.23 in fees and $44,829.88 in expenses related to ongoing arbitration in the United Kingdom. The Tier 1 Monthly OCP Cap is calculated over a rolling three-month period and is calculated based on "fees, exclusive of expenses." OCP Order ¶ 2(e).