# **APPENDIX 2**

# **CELSIUS EXECUTIVE DIRECTORS, EXECUTIVE LEADERSHIP AND OTHER KEY EMPLOYEES**

# APPENDIX 2

## CELSIUS EXECUTIVE DIRECTORS, EXECUTIVE LEADERSHIP AND OTHER KEY EMPLOYEES

*Notes:*

*The following table provides key employees of Celsius Network, Inc. and its subsidiaries.*

Key employees of Celsius Mining are specifically identified.

The employment status of the individuals listed below is based on the information known to the Examiner as of January 14, 2023. Some employees may be listed below as current employees who are no longer employed by Celsius as of the present date.

* Indicates the individual was interviewed by the Examiner.

| Individual (Last Name, First Name) | Title |
|---|---|
| *Executive Directors* | |
| Barse, David | Executive Director |
| Carr, Alan | Executive Director |
| Leon, Daniel | Former Executive Director; Former Chief Strategy Officer; Celsius Co-Founder |
| Mashinsky, Alex* | Former Executive Director; Former Chief Executive Officer; Celsius Co-Founder |
| Tosi, Lawrence | Former Director |
| *Executive Leadership* | |
| Albert, David* | Chief Administrative Officer, Celsius Mining |
| Alisie, Adrian* | Chief Compliance Officer; Former Global Head of Business Processes and Controls Optimization; Former Head of Internal Audit |
| Ayalon, Amir | Former Chief Executive Officer, Celsius Mining |
| Bacalu, Ronit | Former Chief Financial Officer |
| Barwick, Christy | Former Chief Financial Officer, Celsius Mining |
| Baumwald, Keith | Former Chief Marketing Officer |
| Beaudry, Jeremie | Former Chief Compliance Officer |
| Blonstein, Oren* | Chief Compliance Officer; Former Head of Innovation |
| Bodnar, Guillermo | Chief Technology Officer |
| Bolger, Rod* | Former Chief Financial Officer |
| Cohen-Pavon, Roni* | Chief Revenue Officer; Head of Strategy |
| Denizkurdu, Aslihan | Former Chief Operating Officer |

# APPENDIX 2

## CELSIUS EXECUTIVE DIRECTORS, EXECUTIVE LEADERSHIP AND OTHER KEY EMPLOYEES

| Individual (Last Name, First Name) | Title |
|---|---|
| Fan, Jenny* | Chief Financial Officer, Celsius Mining |
| Fazli, Syed | Former Chief Technology Officer |
| Ferraro, Chris | Chief Executive Officer; Chief Financial Officer; Chief Restructuring Officer; Former Head of Financial Planning and Analysis and Investor Relations |
| Goldstein, Nuke* | Chief Technology Officer; Celsius Co-Founder |
| Holert, Patrick* | Chief Operating Officer, Celsius Mining; Former Celsius Financial Risk Officer |
| Kleiderman, Shiran | Chief Security Officer |
| Konduru, Vijay | Former Chief Marketing Officer |
| Lawlor, Quinn* | Chief Strategy Officer, Celsius Mining; Former Mining Consultant, Celsius Mining |
| Nadkarni, Tushar | Former Chief Marketing Officer; Former Chief Growth and Product Officer |
| Ramos, Trunshedda | Chief Human Resources Officer; Vice President of People |
| Shalem, Yaron | Former Chief Financial Officer |
| Sunada-Wong, Rodney* | Former Chief Risk Officer |
| Strauss, Brian* | Former Chief Credit Officer |
| Urata-Thompson, Harumi | Former Chief Investment Officer; Former Chief Financial Officer |
| van Etten, Frank | Former Chief Investment Officer |
| *Other Key Employees* | |
| Ahmed, Adeel* | Middle Office Operations |
| Almog, Or | Former Tax Manager |
| Antal, Tamás | Head of Model Risk and Quantitative Analytics |
| Bentov, Tal | Vice President of Lending; Director of Lending Operations |
| Chan, Tat | Head of Operational Risk |
| Constance-Churcher, Camila | Former Global Head of Business Development |
| Davis, Bethany | Former Chief of Staff to the Chief Executive Officer; Former Chief of Staff, Growth & Product |
| Dej, Shawn | Former Head of Communications |
| Deutsch, Ron | General Counsel; Head of M&A |
| Ficht, Gabe | Former Senior Manager of Analytics |
| Gantz, Kimberly | Former Manager of Marketing Operations |

# APPENDIX 2

## CELSIUS EXECUTIVE DIRECTORS, EXECUTIVE LEADERSHIP AND OTHER KEY EMPLOYEES

| Individual (Last Name, First Name) | Title |
|---|---|
| Graham, Peter | Head of Intelligence; Credit Officer |
| Harrell, Ashley* | Former Vice President of Finance and Director of Operations |
| Kaplan, Vered | Former Senior Tax Manager |
| Kattula, Jennifer | Former Vice President of Marketing |
| Kimia, Tami | Former U.S. Tax Analyst |
| Knipfelberg, Steven | Former Legal Team Member |
| Koprivica, Stevan | Former Engineer |
| Koren, Lior* | Vice President of Finance and Tax; Former Director of Global Taxation |
| Landes, Aliza | Former Vice President of Retail Lending |
| Lang, Paul | Former Portfolio Manager |
| Layiwola, Juwon* | Director of Custody Operations |
| Maglic, Stevan* | Head of Liquidity Risk and Analytics Infrastructure |
| Mak, Oleena* | Lifestyle Marketing Manager |
| Martin, Matthew | Former Innovation Team |
| McCarthy, Tom* | Former Head of Production; Former Video Producer |
| Morgan, Jeff* | U.S. Senior Tax Manager |
| Nolan, Connor* | Head of Institutional Lending; Head of Coin Deployment |
| Noy, Yarden* | Former Head of Regulations |
| Ogilvy, David | Former Head of Custody Innovation |
| Osadetz, Katie* | Senior Manager of Product Planning |
| Perman, Jason* | Former Vice President of Treasury |
| Peter, Shahar* | Product Manager, Product and Growth Teams |
| Rabban, Liz | Former Vice President of Global Business Development and Sales |
| Rahman, Kent | Director of Product Design |
| Rubin, Jackie | Head of Strategic Communications |
| Sabo, Ron | Head of Research |
| Sawhney, Rajiv | Head of DeFi Quant & Strategy |
| Tang, Kai* | Vice President of Controllership and Financial Planning and Analysis; Former Head of Valuations and Analysis for Deployment |
| Tappen, Dean* | Coin Deployment Specialist |
| Treutler, Johannes | Head of Trading Desk |
| Vavilikolanu, Seshu* | Vice President of Data |

# APPENDIX 2

## CELSIUS EXECUTIVE DIRECTORS, EXECUTIVE LEADERSHIP AND OTHER KEY EMPLOYEES

| Individual (Last Name, First Name) | Title |
|---|---|
| Wildes, Zach | Community Manager and Corporate & VIP Account Manager |
| Williams, Glenn | Former Finance Manager; Former Financial Analyst |
| Wohlman, Odette | Former Director of Operations |
| Workman, Lissa | Senior Director of Operations |