# APPENDIX 3

## CELSIUS CORPORATE STRUCTURE

# APPENDIX 3

# CELSIUS CORPORATE STRUCTURE

