# APPENDIX 4

# MAPPING OF DEBTOR'S CRYPTO ASSETS

# APPENDIX 4
## MAPPING OF DEBTOR'S CRYPTO ASSETS

**Appendix 4**
Mapping of Debtor's Crypto Assets [1,A]

| CEL | Symbol | Other Coins | Symbol |
|---|---|---|---|
| Celsius | CEL | 1inch Network | 1INCH |
| | | Aave | AAVE |
| **BTC & Equivalents** | **Symbol** | Acala | ACA |
| Bitcoin | BTC | Alchemix | ALCX |
| Wrapped Bitcoin | WBTC | ALICE | ALICE |
| | | Alpha Venture DAO | ALPHA |
| **ETH & Equivalents** [2] | **Symbol** | Ampleforth | AMPL |
| Binance ETH | BETH | ANGLE | ANGLE |
| Ether | ETH | ANKR | ANKR |
| Staked Ether | stETH | Avalanche | AVAX |
| Wrapped Ether | WETH | Badger DAO | BADGER |
| | | Balancer | BAL |
| **USD/Stable Coins** | **Symbol** | Bancor | BNT |
| 3Crv | 3CRV | BarnBridge | BOND |
| Alchemix USD | alUSD | Basic Attention Token | BAT |
| AnchorUST | aUST | BENQI | QI |
| Angle Protocol | agEUR | BENQI Liquid Staked AVAX | sAVAX |
| Binance USD | BUSD | Binance | BNB |
| Fei USD | FEI | Bitcoin Cash | BCH |
| Frax | FRAX | Bitcoin Gold | BTG |
| Gemini dollar | GUSD | Bitcoin SV | BSV |
| H2O DAO | H2O | Boba Network | BOBA |
| Liquity USD | LUSD | BoringDAO | BOR |
| Magic Internet Money | MIM | BoringDAO | BORING |
| MAI | miMATIC | BT.Finance | BT |
| Dai | DAI | Cardano | ADA |
| Origin Dollar | OUSD | ChainLink | LINK |
| Pax Dollar | USDP | Compound | COMP |
| STASIS EURO | EURS | Convex | CVX |
| sUSD | SUSD | Cream Finance | CREAM |
| Tether | USDT | Curve DAO Token | CRV |
| Tether EURt | EURT | cxADA | cxADA |
| TrueUSD | TUSD | cxBTC | cxBTC |
| USD | USD | cxDOGE | cxDOGE |
| USD Coin | USDC | cxETH | cxETH |
| YUSD Stablecoin | yUSD | Dash | DASH |
| ZUSD | ZUSD | Decentraland | MANA |
| | | DIGG | DIGG |

# MAPPING OF DEBTOR'S CRYPTO ASSETS

**Appendix 4**
Mapping of Debtor's Crypto Assets [1,A]

| Other Coins (Continued) | Symbol | Other Coins (Continued) | Symbol |
| --- | --- | --- | --- |
| DNotes | NOTE | Ren | REN |
| Dogecoin | DOGE | XRP | XRP |
| Polkadot | DOT | Rook | ROOK |
| eCash | XEC | Serum | SRM |
| Ellipsis | EPS | Solana | SOL |
| EOS | EOS | Songbird | SGB |
| Ethereum Classic | ETC | SparkLab | SPARK |
| Everest | EVRT | SpookySwap | BOO |
| Fantom | FTM | StaFi | FIS |
| FTX Token | FTT | Star Atlas | ATLAS |
| Harvest Finance | FARM | Star Atlas DAO | POLIS |
| Hermez Network | HEZ | Stellar Lumens | XLM |
| JOE | JOE | Sugar Exchange | SGR |
| Juggernaut | JGN | SushiSwap | SUSHI |
| Kin | KIN | SWAPP Protocol | SWAPP |
| Kyber Network Crystal v2 | KNC | Synthetix | SNX |
| Lido DAO | LDO | Terra Classic | LUNC |
| Litecoin | LTC | Tether Gold | XAUT |
| Livepeer | LPT | Tezos | XTZ |
| Loopring | LRC | tfTUSD | tfTUSD |
| LQTY | LQTY | Thales | THALES |
| Terra | LUNA | THORChain | RUNE |
| Maker | MKR | TrueAUD | TAUD |
| Maple | MPL | TrueCAD | TCAD |
| Marinade Staked SOL | MSOL | TrueFi | TRU |
| Marscoin | MARS | TrueGBP | TGBP |
| Polygon | MATIC | TrueHKD | THKD |
| MELT | MELT | UMA | UMA |
| OMG Network | OMG | Uniswap | UNI |
| Orbs | ORBS | TerraClassicUSD | USTC |
| Origin Protocol | OGN | Vesper | VSP |
| ownix | ONX | wDGLD | WDGLD |
| 0x | ZRX | yearn.finance | YFI |
| Paxos Gold | PAXG | YF Link | YFL |
| Pickle Finance | PICKLE | yveCRV-DAO | yveCRV-DAO |
| pNetwork | PNT | Zcash | ZEC |
| Qredo | QRDO | | |
| Raydium | RAY | | |

Notes:
[1]  Mapping as provided in Debtor's Coin Reports
[2]  Customers do not hold BETH, stETH or any of the other ETH equivalents in Earn, Custody or Withheld accounts.

Sources:
[A]  Cryptocurrency names as listed on Coinbase.com