# APPENDIX 5

## TABLE OF SERIES A AND SERIES B INVESTORS

## APPENDIX 5
## TABLE OF SERIES A AND SERIES B INVESTORS

| CELSIUS NETWORK LIMITED | | | | | | |
|---|---|---|---|---|---|---|
| **Shareholder** | Ordinary B Shares | Preferred A Shares | Preferred A1 Shares | Preferred B Shares | Total I/O | Total I/O % |
| Celsius Network Inc. | 100,000 | | | | 100,000 | 64.63% |
| Tether International Limited | | 4,167 | 5,208 | 2,581 | 11,956 | 7.73% |
| Intership Ltd. | | 416 | | | 416 | 0.27% |
| Michael Mowry | | 104 | 130 | | 234 | 0.15% |
| Sandra Knuth Walsh | | 125 | 156 | | 281 | 0.18% |
| James Kordomenos | | 125 | 156 | 17 | 298 | 0.19% |
| Thomas Connolly | | 83 | 104 | | 187 | 0.12% |
| Johannes Treutler | | 104 | 130 | | 234 | 0.15% |
| BNK to the Future Non-US Portfolio | | 5,780 | | | 5,780 | 3.74% |
| BNK to the Future US Portfolio | | 2,522 | | | 2,522 | 1.63% |
| Gumi Cryptos Capital LLC | | 208 | 260 | | 468 | 0.30% |
| Artus Capital GmbH & Co. KGaA | | 542 | | | 542 | 0.35% |
| tokentus Investment AG | | 292 | | 49 | 341 | 0.22% |
| European Media Finance Limited | | 303 | | | 303 | 0.20% |
| WestCap SOF Celsius 2021 Aggregator, LP | | | | 7,328 | 7,328 | 4.74% |
| WestCap Celsius Co-Invest 2021, LLC | | | | 14,125 | 14,125 | 9.13% |
| CDP Investissements Inc. | | | | 7,328 | 7,328 | 4.74% |
| WestCap SOF II IEQ 2021 Co-Invest, LP | | | | 722 | 722 | 0.47% |
| David Barse | | | | 49 | 49 | 0.03% |
| Juan Cruz Caceres | | | | 15 | 15 | 0.01% |
| JR Investment Trust | | | | 32 | 32 | 0.02% |
| Jad Jubayli | | | | 25 | 25 | 0.02% |
| David Hoffman | | | | 43 | 43 | 0.03% |
| Yaron Remen | | | | 15 | 15 | 0.01% |
| Alan L. Mauldin and Michelle E. Mauldin | | | | 18 | 18 | 0.01% |
| Anhminh Tran | | | | 20 | 20 | 0.01% |
| Craig Barrett | | | | 15 | 15 | 0.01% |
| Andersen Invest Luxembourg S.A Spf | | | | 75 | 75 | 0.05% |
| Estefano Isaias | | | | 35 | 35 | 0.02% |
| John Gialamas | | | | 15 | 15 | 0.01% |

**APPENDIX 5**
**TABLE OF SERIES A AND SERIES B INVESTORS**

| CELSIUS NETWORK LIMITED | | | | | | |
|---|---|---|---|---|---|---|
| **Shareholder** | Ordinary B Shares | Preferred A Shares | Preferred A1 Shares | Preferred B Shares | Total I/O | Total I/O % |
| Heliad Equity Partners GmbH & Co. KGaA | | | | 49 | 49 | 0.03% |
| William Douglas Carter | | | | 15 | 15 | 0.01% |
| Ylan Kazi | | | | 15 | 15 | 0.01% |
| Robert Pistey | | | | 20 | 20 | 0.01% |
| Dung Bui | | | | 17 | 17 | 0.01% |
| Altshuler Shaham Trusts Ltd. (held f/b/of Lior Lamesh and Shahar Shamai) | | | | 146 | 146 | 0.09% |
| Lior Lamesh | | | | 73 | 73 | 0.05% |
| Shahar Shamai | | | | 73 | 73 | 0.05% |
| Advanced Technology Fund XXI LLC | | | | 500 | 500 | 0.32% |
| BullPerks BVI Corp. | | | | 15 | 15 | 0.01% |
| Fabric Ventures Group Sarl | | | | 391 | 391 | 0.25% |
| ESOP (granted and reserved) | | | | | 0 | 0.00% |
| **TOTAL** | | **14,771** | **6,144** | **33,821** | **154,736** | **100.00%** |