# APPENDIX 6

## SUMMARY OF CEL TOKEN PURCHASES 2018-2022

# SUMMARY OF CEL TOKEN PURCHASES 2018-2022

**Appendix 6**
**Summary of CEL Token Purchases 2018 - 2022**
(Tokens and USD in ,000s)

| | | Combined CEL Purchases, by Year | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2019 | | 2020 | | 2021 | | 2022 | | Total | |
| | Tokens | USD | Tokens | USD | Tokens | USD | Tokens | USD | Tokens | USD | Tokens | USD |
| **Source:** | | | | | | | | | | | | |
| IDEX | 7,809.04 $ | 715.19 | 6,119.06 $ | 406.60 | - $ | - | - $ | - | - $ | - | 13,928.10 $ | 1,121.79 |
| Liquid | - | - | 18,628.54 | 1,249.85 | 53,604.23 | 58,110.36 | 15,918.26 | 81,234.49 | 381.37 | 894.93 | 88,532.39 | 141,489.63 |
| FTX | - | - | - | - | - | - | 44,546.63 | 237,206.17 | 70,779.43 | 174,077.86 | 115,326.06 | 411,284.03 |
| Wintermute | - | - | - | - | - | - | 0.30 | 1.50 | 5,258.89 | 4,571.15 | 5,259.19 | 4,572.64 |
| | 7,809.04 | 715.19 | 24,747.60 | 1,656.45 | 53,604.23 | 58,110.36 | 60,465.19 | 318,442.16 | 76,419.69 | 179,543.94 | 223,045.75 | 558,468.09 |
| | | | | | | | | | | | | |
| Tokens received from | | | | | | | | | | | | |
| Unidentified Wallets | 15,036.72 | 2,168.53 | 89,428.74 | 6,579.22 | 53,352.70 | 14,624.11 | 13,023.29 | 79,428.90 | 37.07 | 96.15 | 170,878.51 | 102,896.91 |
| | | | | | | | | | | | | |
| | 22,845.76 $ | 2,883.72 | 114,176.33 $ | 8,235.67 | 106,956.92 $ | 72,734.47 | 73,488.48 $ | 397,871.06 | 76,456.76 $ | 179,640.09 | 393,924.26 $ | 661,365.01 |

Notes:

The transfers above represent direct CEL token transfers between the indicated entity and Celsius wallets as well as transfers through intermediary wallets/contracts where a direct relationship was identifiable. To identify relevant intermediary wallets/contracts, Huron analyzed the movement of CEL tokens through these wallets/contracts. In instances where the corresponding activity created a direct path to a known Celsius wallet, Huron included those transfers. The above likely does not represent the entire amount of CEL tokens transferred from the above entities to Celsius during this period.

The US Dollar value of each transfer is based on the number of transferred tokens multiplied by the closing price on the corresponding day as indicated by CoinMarketCap. If a closing price was not available, the most recent preceding closing price was utilized (see transfers prior to November 2018).

The time periods noted above reflect the full year of activity except for 2018 (April 11 (Token Generation Event) - December 31) and 2022 (January 1 - July 13 (Petition Date)).

Sources:
CEL Token Activity (https://etherscan.io/token/0xaaaebe6fe48e54f431b0c390cfaf0b017d09d42d)
Celsius Network provided cryptocurrency wallet listing
CEL Token closing prices obtained from CoinMarketCap via Yahoo Finance (https://finance.yahoo.com/quote/CEL-USD/history?p=CEL-USD).