# APPENDIX 7

## SUMMARY OF A. MASHINSKY CEL TOKEN ACTIVITY (ON-CHAIN)

Appendix 7
**Summary of A. Mashinsky CEL Token Activity (On-Chain)**
(Tokens and USD in ,000s)

| | A. Mashinsky, et. al.: CEL Token Activity, by Year | | | | | | | | | | | | | |
| | 2018 | | 2019 | | 2020 | | 2021 | | 2022 | | 2022 (Post Petition) | | Total | |
| | Tokens | USD | Tokens | USD | Tokens | USD | Tokens | USD | Tokens | USD | Tokens | USD | Tokens | USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sources of CEL Tokens** | | | | | | | | | | | | | | |
| Celsius Wallets | 542,339.93 | $118,668.86 | 82,541.50 | $3,198.41 | 15,232.32 | $10,966.88 | 5,696.10 | $34,218.18 | 3,458.98 | $5,000.09 | - | $  - | 649,268.83 | 172,052.42 |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Unidentified Sources | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Swap Transactions | - | - | - | - | 1,444.57 | 3,350.72 | 3,908.93 | 24,527.70 | 55.70 | 119.07 | - | - | 5,409.20 | 27,997.49 |
| Liquid Exchange | - | - | - | - | 349.99 | 137.39 | - | - | - | - | - | - | 349.99 | 137.39 |
| FTX Exchange | - | - | - | - | - | - | 1,000.08 | 6,875.87 | - | - | - | - | 1,000.08 | 6,875.87 |
| | 542,339.93 | 118,668.86 | 82,541.50 | 3,198.41 | 17,026.88 | 14,454.99 | 10,605.12 | 65,621.75 | 3,514.68 | 5,119.16 | - | - | 656,028.11 | 207,063.17 |
| **Uses of CEL Tokens** | | | | | | | | | | | | | | |
| Transfers to Celsius (Non-Deposit Wallets) | 529,388.39 | 13,983.54 | 20.00 | 1.01 | 1,811.64 | 1,086.32 | - | - | 6.15 | 15.10 | - | - | 531,226.18 | 15,085.96 |
| Deposits to Celsius | 97.90 | 5.92 | 77,000.01 | 6,064.60 | - | - | - | - | - | - | - | - | 77,097.91 | 6,070.52 |
| Swap Transactions | - | - | - | - | 6,418.28 | 12,917.78 | 8,765.62 | 52,564.01 | 826.38 | 2,054.19 | 1,903.86 | 1,128.72 | 17,914.14 | 68,664.70 |
| Third Party Disbursements | 11,565.20 | 517.24 | - | - | 659.73 | 383.03 | 85.24 | 426.13 | 111.03 | 222.48 | - | - | 12,421.20 | 1,548.88 |
| Unidentified Disbursements | 1,288.43 | 281.92 | 1,888.58 | 212.77 | 2,612.60 | 433.17 | 12.32 | 69.17 | 216.27 | 656.57 | 1,342.72 | 1,154.61 | 7,360.92 | 2,808.21 |
| Liquid Exchange | - | - | 3,631.30 | 298.42 | 5,526.12 | 889.74 | - | - | - | - | - | - | 9,157.43 | 1,188.16 |
| FTX Exchange | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 542,339.93 | 14,788.62 | 82,539.90 | 6,576.80 | 17,028.37 | 15,710.03 | 8,863.18 | 53,059.32 | 1,159.83 | 2,948.34 | 3,246.58 | 2,283.33 | 655,177.78 | 95,366.44 |
| **Transfers between Mashinsky Wallets** | 66.87 | 14.63 | 71,810.11 | 2,702.20 | 16,677.56 | 12,040.99 | 554.30 | 3,825.30 | - | - | 650.12 | 723.95 | 89,758.96 | 19,307.07 |

Notes:

The above information is based on the transfers of CEL tokens to, and from, wallet addresses associated with A. Mashinsky and K. Mashinsky.  The wallets addresses were identified through information produced by Celsius, analyses of on-chain activity, a review of various court filings, and other publicly available information.

The US Dollar value of each transfer is based on the number of tokens transferred multiplied by the closing price on the corresponding day as indicated by CoinMarketCap. If a closing price was not available, the most recent prior closing price was used.

The time periods noted above reflect the full year of activity except for 2018 which includes April 11 (Token Generation Event) through December 31.

Sources:

CEL Token Activity (https://etherscan.io/token/0xaaaebe6fe48e54f431b0c390cfaf0b017d09d42d)

Celsius, Celsius Wallets 2023.01.23 vShare.xls, Spreadsheet (January 23, 2023)

CEL Token closing prices obtained from CoinMarketCap via Yahoo Finance (https://finance.yahoo.com/quote/CEL-USD/history?p=CEL-USD).