# APPENDIX 8

## CEL TOKEN BURNS

**APPENDIX 8
CEL TOKEN BURNS**

**Appendix 8**
CEL Token Burns (All)

| Date | From | Quantity |
|---|---|---:|
| 02/28/19 | Celsius Network "TBD" | 4,336,356.62 |
| 01/24/20 | Celsius Network "TBD" | 5,482.41 |
| 09/30/21 | Celsius Network "TBD" | 1.00 |
| 10/01/21 | Celsius Network "TBD" | 52,682.00 |
| 10/08/21 | Celsius Network "TBD" | 52,326.28 |
| 10/15/21 | Celsius Network "TBD" | 51,847.00 |
| 10/22/21 | Celsius Network "TBD" | 52,859.00 |
| 10/29/21 | Celsius Network "TBD" | 56,054.00 |
| 11/05/21 | Celsius Network "TBD" | 57,842.00 |
| 11/12/21 | Celsius Network "TBD" | 63,123.00 |
| 11/19/21 | Celsius Network "TBD" | 59,620.00 |
| 11/26/21 | Celsius Network "TBD" | 60,213.00 |
| 12/03/21 | Celsius Network "TBD" | 61,516.00 |
| 12/06/21 | Celsius Network UK - Treasury-CEL Burn Vault | 1.00 |
| 12/10/21 | Celsius Network UK - Treasury-CEL Burn Vault | 63,502.00 |
| 12/17/21 | Celsius Network UK - Treasury-CEL Burn Vault | 62,929.00 |
| 12/24/21 | Celsius Network UK - Treasury-CEL Burn Vault | 61,822.00 |
| 01/03/22 | Celsius Network UK - Treasury-CEL Burn Vault | 61,917.00 |
| 01/07/22 | Celsius Network UK - Treasury-CEL Burn Vault | 55,300.00 |
| 01/14/22 | Celsius Network UK - Treasury-CEL Burn Vault | 63,677.00 |
| 01/21/22 | Celsius Network UK - Treasury-CEL Burn Vault | 68,209.00 |
| 01/28/22 | Celsius Network UK - Treasury-CEL Burn Vault | 70,735.00 |
| 02/04/22 | Celsius Network UK - Treasury-CEL Burn Vault | 84,065.00 |
| 02/11/22 | Celsius Network UK - Treasury-CEL Burn Vault | 75,942.00 |
| 02/18/22 | Celsius Network UK - Treasury-CEL Burn Vault | 76,631.00 |
| 02/25/22 | Celsius Network UK - Treasury-CEL Burn Vault | 77,843.00 |
| 03/04/22 | Celsius Network UK - Treasury-CEL Burn Vault | 82,304.00 |
| 03/11/22 | Celsius Network UK - Treasury-CEL Burn Vault | 85,881.00 |
| 03/18/22 | Celsius Network UK - Treasury-CEL Burn Vault | 77,767.00 |
| 03/25/22 | Celsius Network UK - Treasury-CEL Burn Vault | 79,120.00 |
| 04/01/22 | Celsius Network UK - Treasury-CEL Burn Vault | 84,297.00 |
| 04/08/22 | Celsius Network UK - Treasury-CEL Burn Vault | 86,503.00 |
| 04/15/22 | Celsius Network UK - Treasury-CEL Burn Vault | 87,602.00 |
| 04/23/22 | FTX | 2.49 |
| 04/21/22 | FTX | 1.00 |
| 04/26/22 | Celsius Network UK - Treasury-CEL Burn Vault | 105,826.00 |
| 04/29/22 | Celsius Network UK - Treasury-CEL Burn Vault | 1.00 |
| 04/29/22 | Celsius Network UK - Treasury-CEL Burn Vault | 30,680.19 |
| 05/06/22 | Celsius Network UK - Treasury-CEL Burn Vault | 104,014.00 |
| 05/13/22 | Celsius Network UK - Treasury-CEL Burn Vault | 100,620.00 |
| 05/20/22 | Celsius Network UK - Treasury-CEL Burn Vault | 142,068.00 |
| 05/27/22 | Celsius Network UK - Treasury-CEL Burn Vault | 138,267.00 |
| 06/06/22 | Celsius Network UK - Treasury-CEL Burn Vault | 1.00 |
| 06/06/22 | Celsius Network UK - Treasury-CEL Burn Vault | 172,955.00 |
| 06/10/22 | Celsius Network UK - Treasury-CEL Burn Vault | 136,157.00 |
| | | 7,246,562.00 |

Source:

https://etherscan.io/token/0xaaaebe6fe48e54f431b0c390cfaf0b017d09d42d?a=0x000000 0000000000000000000000000000000000