# APPENDIX 9

## SCHEDULE OF ASSETS AND LIABILITIES

**Celsius Network Inc. and Subsidiaries**
**Schedule of Assets and Liabilities[1]**
($ in $000's)

|  | 2018 | 2019 | 2020 | Q1 2021 | Q2 2021 |
|---|---:|---:|---:|---:|---:|
| Cash & Cash Equivalent | $ 510 | $ 3,186 | $ 19,646 | $ 32,967 | $ 33,349 |
| Cryptocurrency Holdings[2] | 35,345 | 194,691 | 2,811,717 | 2,049,021 | 6,416,008 |
| CEL Treasury | - | 24,821 | 1,493,856 | 1,498,439 | 1,710,751 |
| Non-Treasury CEL in excess of CEL Liabilities | - | unknown | unknown | unknown | 144,148 |
| Retail & Institutional Loans | 10,341 | 110,877 | 574,755 | 682,076 | 1,386,810 |
| Loan Receivables | - | - | - | - | - |
| Posted Collaterals | - | 30,227 | 594,051 | 682,506 | 2,407,694 |
| Inventory | - | - | - | - | - |
| Other Receivables | 452 | 188 | 28,751 | 174,571 | 965,331 |
| Investments | 2,123 | 41,535 | 674,502 | 1,085,113 | 732,964 |
| Total Current Assets | $ 48,771 | $ 405,526 | $ 6,197,278 | $ 6,204,693 | $ 13,797,054 |
| Fixes Assets | $ - | $ 6 | $ 51 | $ 40,327 | $ 58,610 |
| Long-Term Collateral Receivable | - | - | - | - | - |
| Total Non-Current Assets | $ - | $ 6 | $ 51 | $ 40,327 | $ 58,610 |
| Total Assets | $ 48,771 | $ 405,533 | $ 6,197,329 | $ 6,245,020 | $ 13,855,665 |
| Account Payables | $ 164 | $ 320 | $ 759 | $ 8,518 | $ 1,710 |
| Other Payables | 9,251 | 363 | 7,192 | 8,934 | 11,214 |
| User Liabilities | 22,493 | 280,650 | 3,916,874 | 3,916,874 | 9,121,265 |
| Collaterals Payable | 17,790 | 86,847 | 252,885 | 873,434 | 2,406,017 |
| Institutional & DeFi Borrowing | - | 10,418 | 214,961 | 234,648 | 1,319,258 |
| Total Current Liabilities | $ 49,698 | $ 378,598 | $ 4,392,669 | $ 5,042,408 | $ 12,859,466 |
| Long-Term Payable[3] | - | 16,217 | 322,436 | 374,438 | 364,651 |
| Total Liabilities | $ 49,698 | $ 394,815 | $ 4,715,105 | $ 5,416,846 | $ 13,224,117 |
| Net Equity / (Deficit) | $ (927) | $ 10,718 | $ 1,482,224 | $ 828,174 | $ 631,548 |

**Celsius Network Inc. and Subsidiaries**
**Schedule of Assets and Liabilities[1]**
($ in $000's)

|  |  | Q3 2021 |  | Q4 2021 |  | Q1 2022 |  | Q2 2022 |
|---|---|---:|---|---:|---|---:|---|---:|
| Cash & Cash Equivalent | $ | 30,401 | $ | 251,492 | $ | 208,353 | $ | 149,129 |
| Cryptocurrency Holdings[2] |  | 13,001,310 |  | 13,916,463 |  | 15,165,869 |  | 4,155,376 |
| CEL Treasury |  | 1,364,178 |  | 1,227,339 |  | 908,941 |  | 178,525 |
| Non-Treasury CEL in excess of CEL Liabilities |  | 168,756 |  | 227,161 |  | 193,076 |  | 63,243 |
| Retail & Institutional Loans |  | 2,929,615 |  | 3,585,929 |  | 3,482,650 |  | 507,645 |
| Loan Receivables |  | - |  | - |  | - |  | - |
| Posted Collaterals |  | 3,031,552 |  | 2,225,241 |  | 1,072,084 |  | 134,190 |
| Inventory |  | - |  | 31 |  | 31 |  | 31 |
| Other Receivables |  | 1,128,616 |  | 1,382,738 |  | 1,023,430 |  | 430,155 |
| Investments |  | 437,280 |  | 445,927 |  | 84,700 |  | 31,601 |
| Total Current Assets | $ | 22,091,708 | $ | 23,262,322 | $ | 22,139,134 | $ | 5,649,895 |
| Fixes Assets | $ | 50,495 | $ | 77,269 | $ | 243,102 | $ | 294,873 |
| Long-Term Collateral Receivable |  | - |  | - |  | - |  | - |
| Total Non-Current Assets | $ | 50,495 | $ | 77,269 | $ | 243,102 | $ | 294,873 |
| Total Assets | $ | 22,142,203 | $ | 23,339,591 | $ | 22,382,236 | $ | 5,944,768 |
| Account Payables | $ | 2,072 | $ | 1,934 | $ | 3,254 | $ | 18,087 |
| Other Payables |  | 9,714 |  | 132,959 |  | 134,657 |  | 117,450 |
| User Liabilities |  | 13,244,181 |  | 14,860,166 |  | 14,280,646 |  | 4,385,692 |
| Collaterals Payable |  | 3,984,490 |  | 5,003,071 |  | 4,862,999 |  | 959,579 |
| Institutional & DeFi Borrowing |  | 4,168,889 |  | 3,053,833 |  | 3,035,233 |  | 1,000,334 |
| Total Current Liabilities | $ | 21,409,345 | $ | 23,051,963 | $ | 22,316,789 | $ | 6,481,142 |
| Long-Term Payable[3] |  | 349,250 |  | 395,902 |  | 395,902 |  | 395,902 |
| Total Liabilities | $ | 21,758,595 | $ | 23,447,865 | $ | 22,712,691 | $ | 6,877,044 |
| Net Equity / (Deficit) | $ | 383,608 | $ | (108,274) | $ | (330,455) | $ | (932,276) |

## SCHEDULE OF ASSETS AND LIABILITIES

**Celsius Network Inc. and Subsidiaries**
**Notes to Schedule of Assets and Liabilities[1]**

1. Basis of Presentation - Celsius entities maintain accounting records using QuickBooks which is an accounting software package that is geared mainly toward small and medium-sized businesses. The following Celsius entities' records are maintained within QuickBooks: Celsius Pty Ltd., Celsius EU UAB, Celsius KeyFi LLC, Celsius Lending LLC, Celsius Mining LLC, Celsius Network (Europe), Celsius Network (Gibraltar) Ltd., Celsius Network Inc., Celsius Network LLC, Celsius Network Ltd. (Israel), Celsius Network Ltd. (UK), Celsius Network Lending LLC, Celsius Services CY LTD, Celsius US Holdings LLC, and GK8 Ltd.

    2018 - 2020: Celsius did not consolidate its balance sheet or income statements for the years 2018 - 2020. The accompanying financial information is presented on a combined, rather than a consolidated basis using the financial records downloaded from the QuickBooks system. Intercompany receivables and payables did not offset on combined basis for 2019 and 2020, with intercompany receivables exceeding intercompany payables by $113k in 2019 and intercompany payables exceeding intercompany receivables by $119.7M in 2020. The accompanying financial statements may differ from financial statements previously prepared by Celsius as a result of subsequently recorded accounting entries. Additionally, the financial statements remain subject to change as Celsius and its advisors continue to review the accounting.

    2021 - 2022: Celsius began presenting balance sheets and income statements on a consolidated basis in the second quarter of 2021. Celsius provided summary consolidated financial statements for Q2 2021 through Q2 2022 but was unable to provide the contemporaneously prepared consolidation files associated with the summary financial statements. Rather, Celsius retroactively prepared consolidation files from its historical accounting records. Huron prepared the financial statements used in this analysis from the QuickBooks records for each of the Celsius entities and consolidated them consistent with the procedures used by Celsius. In certain instances, the financial statements prepared by Huron differ from the summary financial statements prepared by Celsius, primarily due to the timing of adjusting entries booked by Celsius. For example, several entries in the QuickBooks general ledger are dated as of the last day of the respective quarters but were not included in the balances on Celsius's summary financial statements. The adjusting entities are included within the balances presented herein, and may not entirely relate to activity within the same quarter.

2. Cryptocurrency Holdings includes non-treasury holdings of cryptocurrency assets, including CEL tokens. For presentation purposes, non-Treasury CEL in excess of customer obligations payable in CEL has been identified separately. The amount of non-Treasury CEL in excess of customer obligations was not available for prior periods.

3. For 2020 though Q2 2022 the Long-Term Payable balance consists primarily of deferred tax liabilities. Celsius is reviewing the tax liability and it is subject to revision.