# APPENDIX 11

# ANALYSIS OF CRYPTO ASSETS REVENUE AND REWARDS

# APPENDIX 11
## ANALYSIS OF CRYPTO ASSETS REVENUE AND REWARDS

Celsius Network Inc. and Subsidiaries
Analysis of Cryptocurrency Revenue and Rewards [1]
($ in $000's)

| | | 2018 | 2019 | 2020 | 2021 | Six Months Ended June 30, 2022 |
|---|---|---:|---:|---:|---:|---:|
| **Revenues and Other Sources:** | | | | | | |
| Exchanges | $ | 350 | 3,467 | 25,874 | 189,164 | (20,100) |
| DeFi | | - | - | 815 | 119,020 | (776) |
| EAM | | - | - | - | 25,138 | (1,283) |
| Staking | | - | - | - | 53,144 | 44,180 |
| Retail Lending | | 80 | 1,227 | - | 23,781 | 19,973 |
| Institutional Lending | | 103 | 2,108 | 21,158 | 186,889 | 63,019 |
| Lending | | (3) | 4,465 | 46,522 | - | - |
| Mining | | - | - | - | 150,192 | 91,252 |
| CEL Treasury (Bonus & Rewards) | | - | (4) | - | 42,419 | - |
| CEL Token OTC | | - | - | - | - | 1,653 |
| CEL Token - Treasury & OTC | | - | - | - | 62,287 | - |
| Other | | 11 | - | - | 566 | 12,713 |
| Total Revenues and Other Sources: | $ | 541 | 11,263 | 94,369 | 852,599 | 210,629 |
| | | | | | | |
| **Less: Adjustments to Crypto Related Revenue** [3] | | | | | | |
| Mining | $ | - | - | - | 150,192 | 91,252 |
| CEL Treasury (Bonus & Rewards) | | - | (4) | - | 42,419 | - |
| CEL Token OTC | | - | - | - | - | 1,653 |
| CEL Token - Treasury & OTC | | - | - | - | 62,287 | - |
| Other | | 11 | - | - | 566 | 12,713 |
| Increase (Decrease) in Investment in Celsius Mining [4] | | | | | 227,932 | 49,724 |
| Total Adjustments to Crypto Related Revenue | $ | 11 | (4) | - | 483,395 | 155,341 |
| **Crypto Asset Related Revenue** | $ | 531 | 11,267 | 94,369 | 369,204 | 55,288 |
| | | | | | | |
| **Less: Adjustments for Operating Expenses and Write-Offs** [5] | | | | | | |
| R&D | $ | 985 | 1,673 | 4,435 | 24,771 | 26,979 |
| S&M | | 2,986 | 2,516 | 4,343 | 55,639 | 42,569 |
| Doubtful Debt & Write-Off | | - | - | - | 476,759 | 76,268 |
| G&A | | 2,836 | 3,527 | 34,410 | 245,512 | 43,815 |
| Total Adjustments for Overhead Expenses | $ | 6,807 | 7,717 | 43,189 | 802,680 | 189,631 |
| | | | | | | |
| **Add: Net ICO Related Receipts** | | | | | | |
| Revenue from ICO (CEL) [6] | | 25,032 | 8,981 | 5,722 | - | - |
| Development Costs from ICO Revenue | | 1,363 | - | - | - | - |
| | $ | 23,668 | 8,981 | 5,722 | - | - |
| | | | | | | |
| **Crypto Related Revenue, Net of Overhead** | $ | 17,392 | 12,531 | 56,901 | (433,476) | (134,343) |
| | | | | | | |
| **Less: Rewards Expense** | $ | 150 | 6,957 | 45,705 | 582,232 | 245,377 |
| | | | | | | |
| Net Crypto Asset Revenue, Less Rewards | $ | 17,242 | 5,573 | 11,196 | (1,015,708) | (379,720) |
| Cumulative Surplus / (Deficit) | $ | 17,242 | 22,815 | 34,011 | (981,696) | (1,361,416) |

# ANALYSIS OF CRYPTO ASSETS REVENUE AND REWARDS

**Celsius Network Inc. and Subsidiaries**
**Notes to Analysis of Cryptocurrency Revenue and Rewards**

1. Basis of Presentation - Celsius entities maintain accounting records using QuickBooks which is an accounting software package that is geared mainly toward small and medium-sized businesses. The following Celsius entities' records are maintained within QuickBooks: Celsius Pty Ltd., Celsius EU UAB, Celsius KeyFi LLC, Celsius Lending LLC, Celsius Mining LLC, Celsius Network (Europe), Celsius Network (Gibraltar) Ltd., Celsius Network Inc., Celsius Network LLC, Celsius Network Ltd. (Israel), Celsius Network Ltd. (UK), Celsius Network Lending LLC, Celsius Services CY LTD, Celsius US Holdings LLC, and GK8 Ltd.

   2018 - 2020: Celsius did not consolidate its balance sheet or income statements for the years 2018 - 2020. The accompanying financial information is presented on a combined, rather than a consolidated basis using the financial records downloaded from the QuickBooks system. Intercompany receivables and payables did not offset on combined basis for 2019 and 2020, with intercompany receivables exceeding intercompany payables by $113k in 2019 and intercompany payables exceeding intercompany receivables by $18.6M in 2020. The accompanying financial statements may differ from financial statements previously disclosed by Celsius as a result of subsequently recorded accounting entries.

   2021 - 2022: Celsius began presenting balance sheets and income statements on a consolidated basis during 2021. Celsius provided summary consolidated financial statements for Q2 2021 through Q2 2022 but were unable to provide the contemporaneously prepared consolidation files associated with the summary financial statements. Rather, Celsius retroactively prepared consolidation files from its historical accounting records. Huron prepared the financial statements used in this analysis from the QuickBooks records for each of the Celsius entities and consolidating them consistent with the procedures used by Celsius. In certain instances, the financial statements prepared by Huron differ from the summary financial statements prepared by Celsius, primarily due to the timing of adjusting entries booked by Celsius. For example, several entries in the QuickBooks general ledger are dated as of the last day of the respective quarters but were not included in the balances on Celsius's summary financial statements. These adjusting entities are included within the balances presented herein.

2. Adjustments to Crypto Related Revenue represent reductions to total revenues for funds generated from sources other than the deployment of non-CEL related cryptocurrency assets.

3. Loans from Celsius entites to Celsius Mining LLC. Amounts subtracted from revenue as they were not available to pay customer rewards.

4. Amounts adjusted from crypto related revenue as they were required for purposes other than re

5. Amount of revenue from ICO is per the entity general ledgers. Company documents have represented the actual proceeds to be between $32 million and $50 million.