# APPENDIX 12

## GRAYSCALE BITCOIN TRUST LOSS ANALYSIS

# GRAYSCALE BITCOIN TRUST LOSS ANALYSIS

## Appendix 12
## Grayscale Bitcoin Trust Loss Analysis and Implied Loss Based on Sale at Lock Up Expiration

| Trans Date | Vintage | Adj Lockup | Days Deferred | Grayscale Asset | Base Asset | Grayscale Asset Purchase Shares | $/Share | Total $ | Grayscale Asset Sale Shares | $/Share | Total $ | Base Asset for Purchase Quantity | Price $ | Total $ | Base Asset on Sale Quantity | Current Price | Var. Price | Total $ | Cumulative Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/30/2020 | 7/30/2020 | | | GBTC | BTC | 1,112,532 | $ 10.65 | $ 11,844,550 | | | | 1,066.00 | $ 11,111.21 | $ 11,844,550 | | | | | $ (11,844,550) |
| 11/4/2020 | 11/4/2020 | | | GBTC | BTC | 7,869,103 | $ 13.47 | $ 106,002,825 | | | | 7,500.00 | $ 14,133.71 | $ 106,002,825 | | | | | $ (117,847,375) |
| 1/15/2021 | 1/15/2021 | | | GBTC | BTC | 3,686,562 | $ 37.20 | $ 137,155,655 | | | | 3,500.00 | $ 39,187.33 | $ 137,155,655 | | | | | $ (255,003,030) |
| 2/18/2021 | 2/18/2021 | | | GBTC | BTC | 527,633 | $ 48.97 | $ 25,839,900 | | | | 500.00 | $ 51,679.80 | $ 25,839,900 | | | | | $ (280,842,930) |
| 6/24/2021 | 7/30/2020 | 1/29/2021 | 146 | GBTC | BTC | | | | 100,000 | $ 25.11 | $ 2,510,997 | | | | 95.82 | $ 34,520.50 | $ 23,409.29 | $ (2,243,019) | $ (280,574,952) |
| 7/12/2021 | 7/30/2020 | 1/29/2021 | 164 | GBTC | BTC | | | | 300,716 | $ 27.51 | $ 8,272,775 | | | | 288.14 | $ 33,155.85 | $ 22,044.64 | $ (6,351,909) | $ (278,654,085) |
| 7/14/2021 | 7/30/2020 | 1/29/2021 | 166 | GBTC | BTC | | | | 509,871 | $ 26.74 | $ 13,634,646 | | | | 488.55 | $ 32,702.03 | $ 21,590.82 | $ (10,548,098) | $ (275,567,537) |
| 7/14/2021 | 7/30/2020 | 1/29/2021 | 166 | GBTC | BTC | | | | 201,945 | $ 27.01 | $ 5,454,486 | | | | 193.50 | $ 32,822.35 | $ 21,711.14 | $ (4,201,075) | $ (274,314,125) |
| 7/14/2021 | 11/4/2020 | 5/6/2021 | 69 | GBTC | BTC | | | | 445,823 | $ 27.01 | $ 12,041,573 | | | | 424.91 | $ 32,822.35 | $ 18,688.64 | $ (7,941,018) | $ (270,213,571) |
| 7/15/2021 | 11/4/2020 | 5/6/2021 | 70 | GBTC | BTC | | | | 325,000 | $ 25.46 | $ 8,273,678 | | | | 309.76 | $ 31,927.81 | $ 17,794.10 | $ (5,511,825) | $ (267,451,718) |
| 12/15/2021 | 11/4/2020 | 5/6/2021 | 223 | GBTC | BTC | | | | 250,000 | $ 36.66 | $ 9,165,403 | | | | 238.27 | $ 48,937.00 | $ 34,803.29 | $ (8,292,707) | $ (266,579,022) |
| 12/28/2021 | 12/28/2021 | | | GBTC | BTC | 100,000 | $ 36.77 | $ 3,677,460 | | | | 93.20 | $ 48,748.00 | $ 4,543,314 | | | | | $ (270,256,482) |
| 1/3/2022 | 1/3/2022 | | | GBTC | BTC | 150,000 | $ 35.51 | $ 5,327,010 | | | | 139.71 | $ 47,556.00 | $ 6,644,049 | | | | | $ (275,583,492) |
| 1/14/2022 | 1/14/2022 | | | GBTC | BTC | 150,000 | $ 30.90 | $ 4,635,045 | | | | 139.50 | $ 43,043.00 | $ 6,004,499 | | | | | $ (280,218,537) |
| 1/19/2022 | 1/19/2022 | | | GBTC | BTC | 150,000 | $ 29.00 | $ 4,350,435 | | | | 139.50 | $ 41,913.00 | $ 5,846,864 | | | | | $ (284,568,972) |
| 1/24/2022 | 11/4/2020 | 5/6/2021 | 263 | GBTC | BTC | | | | 450,000 | $ 23.65 | $ 10,641,411 | | | | 428.89 | $ 35,586.00 | $ 21,452.29 | $ (9,200,728) | $ (283,128,290) |
| 1/25/2022 | 11/4/2020 | 5/6/2021 | 264 | GBTC | BTC | | | | 250,000 | $ 25.16 | $ 6,290,943 | | | | 238.27 | $ 36,961.00 | $ 22,827.29 | $ (5,439,142) | $ (282,276,489) |
| 1/26/2022 | 11/4/2020 | 5/6/2021 | 265 | GBTC | BTC | | | | 300,000 | $ 26.37 | $ 7,909,610 | | | | 285.93 | $ 37,712.00 | $ 23,578.29 | $ (6,741,703) | $ (281,108,582) |
| 1/27/2022 | 11/4/2020 | 5/6/2021 | 266 | GBTC | BTC | | | | 400,000 | $ 24.47 | $ 9,788,150 | | | | 381.24 | $ 36,050.00 | $ 21,916.29 | $ (8,355,320) | $ (279,675,751) |
| 1/28/2022 | 11/4/2020 | 5/6/2021 | 267 | GBTC | BTC | | | | 500,000 | $ 25.08 | $ 12,540,186 | | | | 476.55 | $ 37,254.00 | $ 23,120.29 | $ (11,017,912) | $ (278,153,478) |
| 2/1/2022 | 11/4/2020 | 5/6/2021 | 271 | GBTC | BTC | | | | 200,000 | $ 26.24 | $ 5,247,853 | | | | 190.62 | $ 39,018.00 | $ 24,884.29 | $ (4,743,417) | $ (277,649,041) |
| 2/7/2022 | 11/4/2020 | 5/6/2021 | 277 | GBTC | BTC | | | | 450,000 | $ 30.41 | $ 13,684,295 | | | | 428.89 | $ 43,740.00 | $ 29,606.29 | $ (12,697,919) | $ (276,662,665) |
| 2/8/2022 | 11/4/2020 | 5/6/2021 | 278 | GBTC | BTC | | | | 300,000 | $ 30.24 | $ 9,072,524 | | | | 285.93 | $ 43,383.00 | $ 29,249.29 | $ (8,363,203) | $ (275,953,344) |
| 2/9/2022 | 11/4/2020 | 5/6/2021 | 279 | GBTC | BTC | | | | 500,000 | $ 30.90 | $ 15,449,121 | | | | 476.55 | $ 43,973.00 | $ 29,839.29 | $ (14,219,834) | $ (274,724,056) |
| 2/10/2022 | 11/4/2020 | 5/6/2021 | 280 | GBTC | BTC | | | | 500,000 | $ 32.10 | $ 16,050,818 | | | | 476.55 | $ 45,178.00 | $ 31,044.29 | $ (14,794,073) | $ (273,467,312) |
| 2/16/2022 | 11/4/2020 | 5/6/2021 | 286 | GBTC | BTC | | | | 700,000 | $ 30.76 | $ 21,532,240 | | | | 667.17 | $ 43,708.00 | $ 29,574.29 | $ (19,730,968) | $ (271,666,040) |
| 2/17/2022 | 11/4/2020 | 5/6/2021 | 287 | GBTC | BTC | | | | 800,000 | $ 29.05 | $ 23,237,641 | | | | 762.48 | $ 41,663.00 | $ 27,529.29 | $ (20,990,415) | $ (269,418,814) |
| 2/18/2022 | 11/4/2020 | 5/6/2021 | 288 | GBTC | BTC | | | | 500,000 | $ 27.43 | $ 13,715,730 | | | | 476.55 | $ 40,083.51 | $ 25,949.80 | $ (12,366,308) | $ (268,069,392) |
| 2/24/2022 | 11/4/2020 | 5/6/2021 | 294 | GBTC | BTC | | | | 800,000 | $ 24.98 | $ 19,981,098 | | | | 762.48 | $ 36,517.46 | $ 22,383.75 | $ (17,067,066) | $ (265,155,360) |
| 2/25/2022 | 11/4/2020 | 5/6/2021 | 295 | GBTC | BTC | | | | 198,280 | $ 26.99 | $ 5,352,323 | | | | 188.98 | $ 39,439.00 | $ 25,305.29 | $ (4,782,184) | $ (264,585,221) |
| 2/25/2022 | 1/15/2021 | 7/17/2021 | 223 | GBTC | BTC | | | | 101,720 | $ 26.99 | $ 2,745,805 | | | | 96.57 | $ 39,439.00 | $ 251.67 | $ (24,304) | $ (261,863,719) |
| 2/28/2022 | 1/15/2021 | 7/17/2021 | 226 | GBTC | BTC | | | | 700,000 | $ 28.56 | $ 19,992,598 | | | | 664.58 | $ 41,183.38 | $ 1,996.05 | $ (1,326,527) | $ (243,197,648) |
| 3/1/2022 | 1/15/2021 | 7/17/2021 | 227 | GBTC | BTC | | | | 900,000 | $ 30.31 | $ 27,282,551 | | | | 854.45 | $ 43,681.94 | $ 4,494.61 | $ (3,840,440) | $ (219,755,538) |
| 3/2/2022 | 1/15/2021 | 7/17/2021 | 228 | GBTC | BTC | | | | 600,000 | $ 30.59 | $ 18,355,166 | | | | 569.64 | $ 44,231.00 | $ 5,043.67 | $ (2,873,058) | $ (204,273,430) |
| 3/3/2022 | 1/15/2021 | 7/17/2021 | 229 | GBTC | BTC | | | | 600,000 | $ 28.61 | $ 17,168,012 | | | | 569.64 | $ 42,363.00 | $ 3,175.67 | $ (1,808,977) | $ (188,914,395) |
| 3/8/2022 | 1/15/2021 | 7/17/2021 | 234 | GBTC | BTC | | | | 100,000 | $ 25.47 | $ 2,546,907 | | | | 94.94 | $ 39,038.00 | $ (149.33) | $ 14,177 | $ (186,353,310) |
| 3/10/2022 | 1/15/2021 | 7/17/2021 | 236 | GBTC | BTC | | | | 300,000 | $ 26.44 | $ 7,932,289 | | | | 284.82 | $ 38,364.00 | $ (823.33) | $ 234,499 | $ (178,186,521) |
| 3/18/2022 | 1/15/2021 | 7/17/2021 | 244 | GBTC | BTC | | | | 100,000 | $ 27.40 | $ 2,740,076 | | | | 94.94 | $ 40,955.00 | $ 1,767.67 | $ (167,822) | $ (175,614,267) |
| 3/24/2022 | 1/15/2021 | 7/17/2021 | 250 | GBTC | BTC | | | | 200,000 | $ 29.68 | $ 5,935,230 | | | | 189.88 | $ 43,915.00 | $ 4,727.67 | $ (897,684) | $ (170,576,722) |
| 3/25/2022 | 1/15/2021 | 7/17/2021 | 251 | GBTC | BTC | | | | 84,842 | $ 30.93 | $ 2,624,430 | | | | 80.55 | $ 44,785.00 | $ 5,597.67 | $ (450,884) | $ (168,403,176) |
| 3/25/2022 | 2/18/2021 | 8/20/2021 | 217 | GBTC | BTC | | | | 115,158 | $ 30.93 | $ 3,562,199 | | | | 109.13 | $ 44,785.00 | $ (6,894.80) | $ 752,409 | $ (164,088,568) |
| 4/6/2022 | 2/18/2021 | 8/20/2021 | 229 | GBTC | BTC | | | | 300,000 | $ 30.09 | $ 9,025,754 | | | | 284.29 | $ 44,194.00 | $ (7,485.80) | $ 2,128,127 | $ (152,934,687) |
| 4/7/2022 | 2/18/2021 | 8/20/2021 | 230 | GBTC | BTC | | | | 112,475 | $ 30.01 | $ 3,375,684 | | | | 106.58 | $ 43,481.00 | $ (8,198.80) | $ 873,865 | $ (148,685,139) |
| 4/7/2022 | 12/28/2021 | 6/29/2022 | - | GBTC | BTC | | | | 100,000 | $ 30.01 | $ 3,001,275 | | | | 93.20 | $ 43,481.00 | $ (5,267.00) | $ 490,884 | $ (145,192,980) |
| 4/7/2022 | 1/3/2022 | 7/5/2022 | - | GBTC | BTC | | | | 150,000 | $ 30.01 | $ 4,501,912 | | | | 139.71 | $ 43,481.00 | $ (4,075.00) | $ 569,318 | $ (140,121,749) |
| 4/8/2022 | 1/14/2022 | 7/16/2022 | - | GBTC | BTC | | | | 37,525 | $ 30.01 | $ 1,126,228 | | | | 34.90 | $ 43,481.00 | $ 438.00 | $ (15,285) | $ (139,010,806) |
| 4/11/2022 | 1/14/2022 | 7/16/2022 | - | GBTC | BTC | | | | 112,475 | $ 28.27 | $ 3,179,528 | | | | 104.60 | $ 40,647.00 | $ (2,396.00) | $ 250,626 | $ (135,580,652) |
| 4/11/2022 | 1/19/2022 | 7/21/2022 | - | GBTC | BTC | | | | 150,000 | $ 28.27 | $ 4,240,313 | | | | 139.50 | $ 40,647.00 | $ (1,266.00) | $ 176,607 | $ (131,163,732) |

# GRAYSCALE BITCOIN TRUST LOSS ANALYSIS

| Trans Date | Vintage | Adj Lockup | Days Deferred | Grayscale Asset | Base Asset | Grayscale Asset Purchase ||| Base Asset for Purchase ||| Asset Sale on Adjusted Lockup Date |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Shares | $/Share | Total $ | Quantity | Price $ | Total $ | Adj. $/Share | Adj. Total $ | Adj. Base Price | Adj. Base Total | Cumulative Gain |
| 7/30/2020 | 7/30/2020 | | | GBTC | BTC | 1,112,532 | $ 10.65 | $ 11,844,550 | 1,066.00 | $ 11,111.21 | $ 11,844,550 | | | | $ | (11,844,550) |
| 11/4/2020 | 11/4/2020 | | | GBTC | BTC | 7,869,103 | $ 13.47 | $ 106,002,825 | 7,500.00 | $ 14,133.71 | $ 106,002,825 | | | | $ | (117,847,375) |
| 1/15/2021 | 1/15/2021 | | | GBTC | BTC | 3,686,562 | $ 37.20 | $ 137,155,655 | 3,500.00 | $ 39,187.33 | $ 137,155,655 | | | | $ | (255,003,030) |
| 2/18/2021 | 2/18/2021 | | | GBTC | BTC | 527,633 | $ 48.97 | $ 25,839,900 | 500.00 | $ 51,679.80 | $ 25,839,900 | | | | $ | (280,842,930) |
| 6/24/2021 | 7/30/2020 | 1/29/2021 | 146 | GBTC | BTC | | | | | | | $ 34.69 | $ 3,469,000 | $ 34,316.39 | $ (2,223,462) | $ (279,597,392) |
| 7/12/2021 | 7/30/2020 | 1/29/2021 | 164 | GBTC | BTC | | | | | | | $ 34.69 | $ 10,431,838 | $ 34,316.39 | $ (6,686,305) | $ (275,851,859) |
| 7/14/2021 | 7/30/2020 | 1/29/2021 | 166 | GBTC | BTC | | | | | | | $ 34.69 | $ 17,687,424 | $ 34,316.39 | $ (11,336,786) | $ (269,501,220) |
| 7/14/2021 | 7/30/2020 | 1/29/2021 | 166 | GBTC | BTC | | | | | | | $ 34.69 | $ 7,005,472 | $ 34,316.39 | $ (4,490,170) | $ (266,985,918) |
| 7/14/2021 | 11/4/2020 | 5/6/2021 | 69 | GBTC | BTC | | | | | | | $ 45.21 | $ 20,153,430 | $ 56,396.51 | $ (17,957,950) | $ (264,790,439) |
| 7/15/2021 | 11/4/2020 | 5/6/2021 | 70 | GBTC | BTC | | | | | | | $ 45.21 | $ 14,691,626 | $ 56,396.51 | $ (13,091,146) | $ (263,189,959) |
| 12/15/2021 | 11/4/2020 | 5/6/2021 | 223 | GBTC | BTC | | | | | | | $ 45.21 | $ 11,301,251 | $ 56,396.51 | $ (10,070,112) | $ (261,958,821) |
| 12/28/2021 | 12/28/2021 | | | GBTC | BTC | 100,000 | $ 36.77 | $ 3,677,460 | 93.20 | $ 48,748.00 | $ 4,543,314 | | | | $ | (265,636,281) |
| 1/3/2022 | 1/3/2022 | | | GBTC | BTC | 150,000 | $ 35.51 | $ 5,327,010 | 139.71 | $ 47,556.00 | $ 6,644,049 | | | | $ | (270,963,291) |
| 1/14/2022 | 1/14/2022 | | | GBTC | BTC | 150,000 | $ 30.90 | $ 4,635,045 | 139.50 | $ 43,043.00 | $ 6,004,499 | | | | $ | (275,598,336) |
| 1/19/2022 | 1/19/2022 | | | GBTC | BTC | 150,000 | $ 29.00 | $ 4,350,435 | 139.50 | $ 41,913.00 | $ 5,846,864 | | | | $ | (279,948,771) |
| 1/24/2022 | 11/4/2020 | 5/6/2021 | 263 | GBTC | BTC | | | | | | | $ 45.21 | $ 20,342,251 | $ 56,396.51 | $ (18,126,202) | $ (277,732,722) |
| 1/25/2022 | 11/4/2020 | 5/6/2021 | 264 | GBTC | BTC | | | | | | | $ 45.21 | $ 11,301,251 | $ 56,396.51 | $ (10,070,112) | $ (276,501,583) |
| 1/26/2022 | 11/4/2020 | 5/6/2021 | 265 | GBTC | BTC | | | | | | | $ 45.21 | $ 13,561,501 | $ 56,396.51 | $ (12,084,135) | $ (275,024,217) |
| 1/27/2022 | 11/4/2020 | 5/6/2021 | 266 | GBTC | BTC | | | | | | | $ 45.21 | $ 18,082,001 | $ 56,396.51 | $ (16,112,179) | $ (273,054,396) |
| 1/28/2022 | 11/4/2020 | 5/6/2021 | 267 | GBTC | BTC | | | | | | | $ 45.21 | $ 22,602,501 | $ 56,396.51 | $ (20,140,224) | $ (270,592,119) |
| 2/1/2022 | 11/4/2020 | 5/6/2021 | 271 | GBTC | BTC | | | | | | | $ 45.21 | $ 9,041,000 | $ 56,396.51 | $ (8,056,090) | $ (269,607,209) |
| 2/7/2022 | 11/4/2020 | 5/6/2021 | 277 | GBTC | BTC | | | | | | | $ 45.21 | $ 20,342,251 | $ 56,396.51 | $ (18,126,202) | $ (267,391,160) |
| 2/8/2022 | 11/4/2020 | 5/6/2021 | 278 | GBTC | BTC | | | | | | | $ 45.21 | $ 13,561,501 | $ 56,396.51 | $ (12,084,135) | $ (265,913,794) |
| 2/9/2022 | 11/4/2020 | 5/6/2021 | 279 | GBTC | BTC | | | | | | | $ 45.21 | $ 22,602,501 | $ 56,396.51 | $ (20,140,224) | $ (263,451,517) |
| 2/10/2022 | 11/4/2020 | 5/6/2021 | 280 | GBTC | BTC | | | | | | | $ 45.21 | $ 22,602,501 | $ 56,396.51 | $ (20,140,224) | $ (260,989,240) |
| 2/16/2022 | 11/4/2020 | 5/6/2021 | 286 | GBTC | BTC | | | | | | | $ 45.21 | $ 31,643,501 | $ 56,396.51 | $ (28,196,314) | $ (257,542,053) |
| 2/17/2022 | 11/4/2020 | 5/6/2021 | 287 | GBTC | BTC | | | | | | | $ 45.21 | $ 36,164,002 | $ 56,396.51 | $ (32,224,359) | $ (253,602,411) |
| 2/18/2022 | 11/4/2020 | 5/6/2021 | 288 | GBTC | BTC | | | | | | | $ 45.21 | $ 22,602,501 | $ 56,396.51 | $ (20,140,224) | $ (251,140,134) |
| 2/24/2022 | 11/4/2020 | 5/6/2021 | 294 | GBTC | BTC | | | | | | | $ 45.21 | $ 36,164,002 | $ 56,396.51 | $ (32,224,359) | $ (247,200,491) |
| 2/25/2022 | 11/4/2020 | 5/6/2021 | 295 | GBTC | BTC | | | | | | | $ 45.21 | $ 8,963,248 | $ 56,396.51 | $ (7,986,807) | $ (246,224,051) |
| 2/25/2022 | 1/15/2021 | 7/17/2021 | 223 | GBTC | BTC | | | | | | | $ 26.20 | $ 2,665,064 | $ 31,533.07 | $ 739,190 | $ (242,819,797) |
| 2/28/2022 | 1/15/2021 | 7/17/2021 | 226 | GBTC | BTC | | | | | | | $ 26.20 | $ 18,340,001 | $ 31,533.07 | $ 5,086,836 | $ (219,392,960) |
| 3/1/2022 | 1/15/2021 | 7/17/2021 | 227 | GBTC | BTC | | | | | | | $ 26.20 | $ 23,580,001 | $ 31,533.07 | $ 6,540,218 | $ (189,272,741) |
| 3/2/2022 | 1/15/2021 | 7/17/2021 | 228 | GBTC | BTC | | | | | | | $ 26.20 | $ 15,720,001 | $ 31,533.07 | $ 4,360,145 | $ (169,192,595) |
| 3/3/2022 | 1/15/2021 | 7/17/2021 | 229 | GBTC | BTC | | | | | | | $ 26.20 | $ 15,720,001 | $ 31,533.07 | $ 4,360,145 | $ (149,112,449) |
| 3/8/2022 | 1/15/2021 | 7/17/2021 | 234 | GBTC | BTC | | | | | | | $ 26.20 | $ 2,620,000 | $ 31,533.07 | $ 726,691 | $ (145,765,758) |
| 3/10/2022 | 1/15/2021 | 7/17/2021 | 236 | GBTC | BTC | | | | | | | $ 26.20 | $ 7,860,000 | $ 31,533.07 | $ 2,180,073 | $ (135,725,685) |
| 3/18/2022 | 1/15/2021 | 7/17/2021 | 244 | GBTC | BTC | | | | | | | $ 26.20 | $ 2,620,000 | $ 31,533.07 | $ 726,691 | $ (132,378,994) |
| 3/24/2022 | 1/15/2021 | 7/17/2021 | 250 | GBTC | BTC | | | | | | | $ 26.20 | $ 5,240,000 | $ 31,533.07 | $ 1,453,382 | $ (125,685,612) |
| 3/25/2022 | 1/15/2021 | 7/17/2021 | 251 | GBTC | BTC | | | | | | | $ 26.20 | $ 2,222,860 | $ 31,533.07 | $ 616,539 | $ (122,846,213) |
| 3/25/2022 | 2/18/2021 | 8/20/2021 | 217 | GBTC | BTC | | | | | | | $ 39.58 | $ 4,557,954 | $ 49,339.18 | $ 255,425 | $ (118,032,834) |
| 4/6/2022 | 2/18/2021 | 8/20/2021 | 229 | GBTC | BTC | | | | | | | $ 39.58 | $ 11,874,001 | $ 49,339.18 | $ 665,411 | $ (105,493,422) |
| 4/7/2022 | 2/18/2021 | 8/20/2021 | 230 | GBTC | BTC | | | | | | | $ 39.58 | $ 4,451,761 | $ 49,339.18 | $ 249,474 | $ (100,792,188) |
| 4/7/2022 | 12/28/2021 | 6/29/2022 | - | GBTC | BTC | | | | | | | $ 30.01 | $ 3,001,275 | $ 43,481.00 | $ 490,884 | $ (97,300,029) |
| 4/7/2022 | 1/3/2022 | 7/5/2022 | - | GBTC | BTC | | | | | | | $ 30.01 | $ 4,501,912 | $ 43,481.00 | $ 569,318 | $ (92,228,798) |
| 4/7/2022 | 1/14/2022 | 7/16/2022 | - | GBTC | BTC | | | | | | | $ 30.01 | $ 1,126,228 | $ 43,481.00 | $ (15,285) | $ (91,117,855) |
| 4/11/2022 | 1/14/2022 | 7/16/2022 | - | GBTC | BTC | | | | | | | $ 28.27 | $ 3,179,528 | $ 40,647.00 | $ 250,626 | $ (87,687,701) |
| 4/11/2022 | 1/19/2022 | 7/21/2022 | - | GBTC | BTC | | | | | | | $ 28.27 | $ 4,240,313 | $ 40,647.00 | $ 176,607 | $ (83,270,781) |