# APPENDIX 13

# CELSIUS WATERFALL REPORT – COINS, MAY 27, 2022

**Appendix 13**
**Celsius Waterfall Report – Coins, May 27, 2022**

| Coin | number of coins | USD amount | Colateral USD | % of AUM | APY % | weighted CoF | % NIM | $NIM | coin CoF % | undeployed coins | undeployed USD value | undeployed percentege |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $10,743,822,332 | | | | | | | | | | |
| BTC | 130,376.31 | $3,765,052,671 | $2,528,544,618 | 35.04% | 0.41% | 0.68% | -0.27% | -$3,364,258 | 1.89% | 7,651 | $220,941,562 | 5.87% |
| Stable Coins | 2,993,296,170.00 | $3,003,695,241 | | 27.96% | 2.78% | 9.34% | -6.55% | -$196,861,713 | 9.36% | 135,086,270 | $135,555,575 | 4.51% |
| ETH | 1,422,261.24 | $2,518,174,882 | $1,218,710,032 | 23.44% | 2.74% | 1.65% | 1.09% | $14,209,328 | 3.19% | 37,891 | $67,088,357 | 2.66% |
| CEL | 658,999,365.90 | $380,668,435 | $0 | 3.54% | 0.00% | 3.23% | -3.22% | -$12,272,973 | 6.57% | 17,627,418 | $10,182,410 | 2.67% |
| MATIC | 329,694,584.50 | $190,341,585 | $58 | 1.77% | 9.73% | 6.93% | 2.80% | $5,335,543 | 6.93% | 4,405,587 | $2,543,464 | 1.34% |
| ADA | 293,424,365.70 | $134,938,956 | $0 | 1.26% | 4.11% | 2.29% | 1.82% | $2,451,946 | 2.29% | 34,037,409 | $15,653,003 | 11.60% |
| SRM | 124,016,522.20 | $127,325,222 | $16,742 | 1.19% | 1.46% | 0.00% | 1.46% | $1,857,208 | 0.00% | 36,175,150 | $37,140,285 | 29.17% |
| FTT | 3,709,666.84 | $100,212,149 | $52,070,552 | 0.93% | 1.05% | 0.00% | 1.05% | $504,919 | N/A | 2,305 | $62,266 | 0.06% |
| LINK | 11,909,793.72 | $77,532,724 | $66,994,964 | 0.72% | 1.07% | 0.22% | 0.85% | $90,061 | 1.58% | 49,282 | $320,826 | 0.41% |
| XRP | 176,124,515.40 | $68,929,187 | $0 | 0.64% | 4.38% | 1.78% | 2.60% | $1,790,988 | 1.78% | 3,049,591 | $1,193,507 | 1.73% |
| BCH | 349,250.57 | $62,573,569 | $50,882,933 | 0.58% | 0.49% | 0.04% | 0.45% | $280,826 | 0.21% | 7,335 | $1,314,256 | 2.10% |
| SOL | 1,085,265.78 | $44,519,335 | $0 | 0.41% | 9.74% | 5.13% | 4.61% | $2,052,329 | 5.13% | 17,899 | $734,258 | 1.65% |
| DOT | 5,565,356.77 | $54,060,503 | $0 | 0.50% | 13.11% | 6.63% | 6.48% | $3,500,498 | 6.63% | 86,038 | $835,750 | 1.55% |
| LTC | 481,824.41 | $30,263,745 | $0 | 0.28% | 4.01% | 1.60% | 2.41% | $728,930 | 1.60% | 10,622 | $667,173 | 2.20% |
| BNB | 95,351.54 | $28,628,086 | $0 | 0.27% | 10.40% | 4.77% | 5.63% | $1,613,029 | 4.77% | 1,426 | $428,190 | 1.50% |
| SNX | 8,944,462.59 | $21,529,452 | $0 | 0.20% | 82.59% | 13.97% | 68.62% | $14,773,244 | 13.97% | 367,690 | $885,036 | 4.11% |
| AAVE | 185,940.95 | $17,538,795 | $0 | 0.16% | 0.96% | 4.25% | -3.29% | -$577,377 | 4.25% | 2,883 | $271,976 | 1.55% |
| XLM | 120,427,734.80 | $14,645,217 | $0 | 0.14% | 3.18% | 0.93% | 2.25% | $329,505 | 0.93% | 12,083,136 | $1,469,430 | 10.03% |
| AVAX | 487,671.77 | $10,649,088 | $5,282 | 0.10% | 18.27% | 5.85% | 12.42% | $1,322,087 | 5.86% | 21,819 | $476,451 | 4.47% |
| UNI | 2,190,897.14 | $10,540,635 | $2,113,795 | 0.10% | 3.55% | 2.05% | 1.50% | $158,611 | 2.56% | 57,232 | $275,347 | 2.61% |
| ZEC | 103,467.32 | $8,889,628 | $0 | 0.08% | 0.38% | 0.36% | 0.02% | $1,460 | 0.36% | 78,035 | $6,704,574 | 75.42% |
| MANA | 8,537,094.81 | $8,068,941 | $0 | 0.08% | 13.25% | 0.21% | 13.04% | $1,052,288 | 0.21% | 215,163 | $203,364 | 2.52% |
| 1INCH | 6,986,206.90 | $6,306,343 | $0 | 0.06% | 0.00% | 4.99% | -4.99% | -$314,916 | 4.99% | 149,761 | $135,187 | 2.14% |
| DASH | 108,254.35 | $6,110,239 | $0 | 0.06% | 1.84% | 1.67% | 0.17% | $10,250 | 1.67% | 2,176 | $122,844 | 2.01% |
| EOS | 4,904,006.98 | $6,053,248 | $0 | 0.06% | 6.08% | 4.37% | 1.71% | $103,521 | 4.37% | 224,170 | $276,704 | 4.57% |
| ETC | 242,187.65 | $5,511,449 | $0 | 0.05% | 3.03% | 2.38% | 0.65% | $36,076 | 2.38% | 13,451 | $306,111 | 5.55% |
| BAT | 14,335,732.31 | $5,253,538 | $328,641 | 0.05% | 2.85% | 0.95% | 1.90% | $99,784 | 1.02% | 3,532,577 | $1,294,564 | 24.64% |
| ZRX | 12,257,082.27 | $4,572,623 | $0 | 0.04% | 1.62% | 0.49% | 1.13% | $51,606 | 0.49% | 6,285,759 | $2,344,963 | 51.28% |
| SRM_LOCKED | 3,509,442.66 | $3,603,073 | $624,878 | 0.03% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 0 | $0 | 0.00% |
| TGBP | 1,764,787.19 | $2,222,220 | $0 | 0.02% | 0.00% | 0.00% | 0.00% | $0 | N/A | 1,583,576 | $1,994,039 | 89.73% |
| PAXG | 2,043.71 | $3,811,154 | $0 | 0.04% | 0.00% | 5.52% | -5.52% | -$210,350 | 5.52% | 1,558 | $2,905,001 | 76.22% |
| COMP | 42,990.94 | $2,455,213 | $773,798 | 0.02% | 3.68% | 1.24% | 2.44% | $59,986 | 1.81% | 4,011 | $229,053 | 9.33% |
| KNC | 1,447,009.35 | $2,669,003 | $0 | 0.02% | -1.42% | 0.42% | -1.84% | -$49,003 | 0.42% | 125,853 | $232,135 | 8.70% |
| CRV | 1,763,321.97 | $2,059,231 | $0 | 0.02% | 6.40% | 0.00% | 6.40% | $131,865 | N/A | 29,702 | $34,686 | 1.68% |
| OMG | 756,719.27 | $1,807,771 | $0 | 0.02% | 9.10% | 0.47% | 8.64% | $156,151 | 0.47% | 44,718 | $106,830 | 5.91% |
| BNT | 1,296,050.08 | $1,603,092 | $0 | 0.01% | 6.03% | 5.75% | 0.27% | $4,384 | 5.75% | 164,448 | $203,407 | 12.69% |
| XTZ | 787,285.71 | $1,429,542 | $0 | 0.01% | 4.58% | 0.00% | 4.58% | $65,529 | 0.00% | 146,365 | $265,768 | 18.59% |
| BSV | 30,694.83 | $1,466,599 | $0 | 0.01% | 1.10% | 2.26% | -1.16% | -$17,060 | 2.26% | 17,978 | $858,978 | 58.57% |
| TCAD | 1,934,331.64 | $1,517,483 | $0 | 0.01% | 0.00% | 0.00% | 0.00% | $0 | N/A | 1,928,216 | $1,512,685 | 99.68% |
| SUSHI | 977,350.20 | $1,444,009 | $0 | 0.01% | 3.88% | 5.12% | -1.24% | -$17,901 | 5.12% | 189,888 | $280,554 | 19.43% |
| XAUT | 808.58 | $1,502,642 | $0 | 0.01% | 0.00% | 5.91% | -5.91% | -$88,829 | 5.91% | 237 | $441,173 | 29.36% |
| 3CRV | 1,088,766.43 | $1,112,719 | $0 | 0.01% | 3.85% | 0.00% | 3.85% | $42,792 | N/A | 0 | $0 | 0.00% |
| UMA | 118,752.76 | $356,777 | $0 | 0.00% | 0.00% | 0.99% | -0.99% | -$3,530 | 0.99% | 108,714 | $326,616 | 91.55% |
| THKD | 2,472,974.16 | $315,057 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 2,390,459 | $304,544 | 96.66% |
| BADGER | 38,758.73 | $224,831 | $0 | 0.00% | 37.45% | 0.00% | 37.45% | $84,203 | N/A | 488 | $2,833 | 1.26% |
| CVX | 25,817.89 | $243,979 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 1,670 | $15,781 | 6.47% |
| LPT | 14,304.28 | $176,262 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 10,021 | $123,482 | 70.06% |
| DIGG | 9.43 | $79,481 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 0 | $0 | 0.00% |
| TAUD | 88,288.10 | $63,020 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 84,700 | $60,459 | 95.94% |
| ALPHA | 565,340.43 | $81,017 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 0 | $0 | 0.00% |
| BTG | 3,925.73 | $86,927 | $0 | 0.00% | 2.29% | 0.00% | 2.29% | $1,993 | 0.00% | 0 | $0 | 0.00% |
| REN | 621,642.84 | $83,140 | $0 | 0.00% | 8.04% | 0.00% | 8.04% | $6,687 | N/A | 121,643 | $16,269 | 19.57% |

| Coin | precentege of total undeployed | underdeployed coins | under deployed USD value | undeployed percentege | precentege of total undeployed | Weekly income | Weekly cost | Net (Full COFA) | weighted average | WA net (expected) | | Carry % | Cofa - carry | Tsy subsiday |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BTC | 42.52% | 0.00 | $0 | 0.00% | 0.00% | $297,037 | $1,369,534 | -$1,072,497 | $494,034 | -$196,997 | 0.33% | 1.95% | -0.06% | -$702,635 |
| Stable Coins | 26.09% | 2,004,322.15 | $2,011,285 | 0.07% | 30.79% | $1,608,301 | $5,404,450 | -$3,796,150 | $5,394,103 | -$3,785,802 | 2.23% | 0.00% | 9.36% | $281,031,418 |
| ETH | 12.91% | 1,195.38 | $2,116,468 | 0.08% | 32.40% | $1,326,351 | $1,544,121 | -$217,770 | $796,820 | $529,531 | 1.65% | 0.00% | 3.19% | $41,434,617 |
| CEL | 1.96% | 0.00 | $0 | 0.00% | 0.00% | $181 | $480,814 | -$480,633 | $236,200 | -$236,019 | 0.00% | 0.00% | 6.57% | |
| MATIC | 0.49% | 8.67 | $5 | 0.00% | 0.00% | $356,288 | $253,682 | $102,607 | $253,682 | $102,607 | 6.93% | 7.62% | -0.69% | -$1,319,145 |
| ADA | 3.01% | 0.00 | $0 | 0.00% | 0.00% | $106,582 | $59,429 | $47,153 | $59,429 | $47,153 | 2.29% | 2.07% | 0.22% | $299,278 |
| SRM | 7.15% | 0.00 | $0 | 0.00% | 0.00% | $35,720 | $0 | $35,720 | $0 | $35,720 | 0.00% | 2.20% | -2.20% | -$2,800,786 |
| FTT | 0.01% | 29.02 | $784 | 0.00% | 0.01% | $20,212 | #VALUE! | #VALUE! | $0 | $20,212 | 0.00% | 2.20% | #VALUE! | #VALUE! |
| LINK | 0.06% | 0.00 | $0 | 0.00% | 0.00% | $15,954 | $23,627 | -$7,673 | $3,211 | $12,743 | 0.22% | 1.74% | -0.16% | -$16,698 |
| XRP | 0.23% | 0.00 | $0 | 0.00% | 0.00% | $57,995 | $23,553 | $34,442 | $23,553 | $34,442 | 1.78% | 1.94% | -0.16% | -$112,939 |
| BCH | 0.25% | 0.00 | $0 | 0.00% | 0.00% | $5,865 | $2,487 | $3,378 | $465 | $5,401 | 0.04% | 0.23% | -0.02% | -$2,192 |
| SOL | 0.141% | 0.00 | $0 | 0.00% | 0.000% | $83,352 | $43,884 | $39,468 | $43,884 | $39,468 | 5.13% | 5.60% | -0.47% | -$208,877 |
| DOT | 0.16% | 0.00 | $0 | 0.00% | 0.00% | $136,287 | $68,969 | $67,317 | $68,969 | $67,317 | 6.63% | 7.25% | -0.62% | -$335,578 |
| LTC | 0.13% | 0.00 | $0 | 0.00% | 0.00% | $23,310 | $9,292 | $14,018 | $9,292 | $14,018 | 1.60% | 1.74% | -0.14% | -$43,356 |
| BNB | 0.08% | 0.00 | $0 | 0.00% | 0.00% | $57,256 | $26,236 | $31,020 | $26,236 | $31,020 | 4.77% | 5.23% | -0.46% | -$132,269 |
| SNX | 0.17% | 0.00 | $0 | 0.00% | 0.00% | $341,943 | $57,843 | $284,101 | $57,843 | $284,101 | 13.97% | 14.79% | -0.82% | -$175,708 |
| AAVE | 0.05% | 10,040.44 | $947,060 | 5.40% | 14.50% | $3,231 | $14,334 | -$11,103 | $14,334 | -$11,103 | 0.77% | 4.17% | 0.08% | $13,243 |
| XLM | 0.28% | 0.00 | $0 | 0.00% | 0.00% | $8,943 | $2,606 | $6,337 | $2,606 | $6,337 | 0.93% | 1.02% | -0.09% | -$13,553 |
| AVAX | 0.092% | 0.00 | $0.01 | 0.00% | 0.000% | $37,410 | $11,991 | $25,419 | $11,985 | $25,425 | 5.85% | 6.43% | -0.58% | -$61,327 |
| UNI | 0.05% | 165,744.22 | $797,413 | 7.57% | 12.21% | $7,199 | $5,189 | $2,010 | $4,149 | $3,050 | 2.05% | 2.27% | 0.29% | $24,211 |
| ZEC | 1.290% | 0.00 | $0 | 0.00% | 0.000% | $644 | $616 | $28 | $616 | $28 | 0.36% | 0.05% | 0.32% | $28,016 |
| MANA | 0.04% | 0.00 | $0 | 0.00% | 0.00% | $20,560 | $324 | $20,236 | $324 | $20,236 | 0.21% | 0.23% | -0.02% | -$1,406 |
| 1INCH | 0.026% | 0.00 | $0 | 0.00% | 0.000% | $0 | $6,056 | -$6,056 | $6,056 | -$6,056 | 0.00% | 5.49% | -0.49% | -$31,149 |
| DASH | 0.024% | 0.00 | $0 | 0.00% | 0.000% | $2,157 | $1,960 | $197 | $1,960 | $197 | 1.67% | 0.44% | 1.23% | $75,102 |
| EOS | 0.05% | 0.00 | $0 | 0.00% | 0.00% | $7,076 | $5,085 | $1,991 | $5,085 | $1,991 | 4.37% | 4.50% | -0.14% | -$8,179 |
| ETC | 0.059% | 0.00 | $0 | 0.00% | 0.000% | $3,214 | $2,520 | $694 | $2,520 | $694 | 2.38% | 2.55% | -0.17% | -$9,506 |
| BAT | 0.249% | 0.00 | $0 | 0.00% | 0.000% | $2,883 | $1,029 | $1,855 | $964 | $1,919 | 0.95% | 1.12% | -0.10% | -$4,856 |
| ZRX | 0.451% | 0.00 | $0 | 0.00% | 0.000% | $1,426 | $434 | $992 | $434 | $992 | 0.49% | 0.19% | 0.30% | $13,819 |
| SRM_LOCKED | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 0.00% | 0.00% | $0 |
| TGBP | 0.384% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 1.06% | #VALUE! | #VALUE! |
| PAXG | 0.559% | 0.00 | $0 | 0.00% | 0.000% | $0 | $4,045 | -$4,045 | $4,045 | -$4,045 | 0.00% | 0.64% | 4.88% | $185,870 |
| COMP | 0.044% | 0.01 | $0 | 0.00% | 0.000% | $1,738 | $853 | $885 | $584 | $1,154 | 1.24% | 1.86% | -0.05% | -$904 |
| KNC | 0.045% | 356,368.07 | $657,320 | 24.63% | 10.064% | -$728 | $214 | -$942 | $214 | -$942 | -1.13% | 0.12% | 0.30% | $8,013 |
| CRV | 0.007% | 0.00 | $0 | 0.00% | 0.000% | $2,536 | #VALUE! | #VALUE! | $0 | $2,536 | 0.00% | 16.43% | #VALUE! | #VALUE! |
| OMG | 0.021% | 0.00 | $0 | 0.00% | 0.000% | $3,165 | $162 | $3,003 | $162 | $3,003 | 0.47% | 0.50% | -0.04% | -$656 |
| BNT | 0.039% | 0.00 | $0 | 0.00% | 0.000% | $1,858 | $1,773 | $84 | $1,773 | $84 | 5.75% | 6.10% | -0.34% | -$5,514 |
| XTZ | 0.051% | 0.00 | $0.00 | 0.00% | 0.000% | $1,260 | $0 | $1,260 | $0 | $1,260 | 0.00% | 3.83% | -3.83% | -$54,756 |
| BSV | 0.165% | 0.00 | $0 | 0.00% | 0.000% | $310 | $638 | -$328 | $638 | -$328 | 0.88% | 0.54% | 1.73% | $25,303 |
| TCAD | 0.291% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 2.43% | #VALUE! | #VALUE! |
| SUSHI | 0.054% | 0.00 | $0 | 0.00% | 0.000% | $1,077 | $1,422 | -$344 | $1,422 | -$344 | 3.10% | 3.68% | 1.44% | $20,798 |
| XAUT | 0.085% | 0.00 | $0 | 0.00% | 0.000% | $0 | $1,708 | -$1,708 | $1,708 | -$1,708 | 0.00% | 4.12% | 1.80% | $26,993 |
| 3CRV | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $823 | #VALUE! | #VALUE! | $0 | $823 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| UMA | 0.063% | 0.00 | $0 | 0.00% | 0.000% | $0 | $68 | -$68 | $68 | -$68 | 0.00% | 0.04% | 0.95% | $3,388 |
| THKD | 0.059% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 3.55% | #VALUE! | #VALUE! |
| BADGER | 0.001% | 0.00 | $0 | 0.00% | 0.000% | $1,619 | #VALUE! | #VALUE! | $0 | $1,619 | 0.00% | 16.50% | #VALUE! | #VALUE! |
| CVX | 0.003% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 1.93% | #VALUE! | #VALUE! |
| LPT | 0.024% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 1.63% | #VALUE! | #VALUE! |
| DIGG | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 2.20% | #VALUE! | #VALUE! |
| TAUD | 0.012% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 4.76% | #VALUE! | #VALUE! |
| ALPHA | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 2.20% | #VALUE! | #VALUE! |
| BTG | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $38 | $0 | $38 | $0 | $38 | 0.00% | 0.00% | 0.00% | $0 |
| REN | 0.003% | 0.00 | $0 | 0.00% | 0.000% | $129 | #VALUE! | #VALUE! | $0 | $129 | 0.00% | 2.08% | #VALUE! | #VALUE! |

## CELSIUS WATERFALL REPORT – COINS, MAY 27, 2022

| Coin | number of coins | USD amount | Collteral USD | % of AUM | APY % | weighted CoF | % NIM | $NIM | coin CoF % | undeployed coins | undeployed USD value | undeployed percentege |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WDGLD | 456.47 | $82,539 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 456 | $82,539 | 100.00% |
| LUNA | 459,213,742.50 | $71,585 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 441,375,271 | $68,805 | 96.12% |
| LDO | 74,240.21 | $80,699 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 0 | $0 | 0.00% |
| BAL | 10,582.93 | $71,128 | $1 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 5,533 | $37,186 | 52.28% |
| QI | 4,451,012.44 | $56,823 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 0 | $0 | 0.00% |
| FARM | 572.04 | $24,228 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 0 | $0 | 0.00% |
| YFI | 2.50 | $19,386 | $134 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 2 | $19,252 | 99.31% |
| yveCRV-DAO | 20,007.24 | $17,294 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 0 | $0 | 0.00% |
| ORBS | 186,214.49 | $8,970 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 186,214 | $8,970 | 100.00% |
| LQTY | 4,611.25 | $5,672 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 1 | $2 | 0.03% |
| VSP | 5,541.79 | $4,608 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 6 | $5 | 0.10% |
| ALCX | 104.10 | $3,094 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 0 | $0 | 0.00% |
| LRC | 3,184.93 | $1,522 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 3,185 | $1,522 | 100.00% |
| ANKR | 38,823.75 | $1,384 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 38,824 | $1,384 | 100.00% |
| TRU | 15,033.06 | $1,269 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 15,033 | $1,269 | 100.00% |
| AMPL | 10,679.46 | $9,809 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 201 | $185 | 1.88% |
| BOND | 273.85 | $931 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 0 | $1 | 0.09% |
| FTM | 2,266.02 | $804 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 1,710 | $607 | 75.46% |
| FIS | 3,080.02 | $971 | $0 | 0.00% | 0.02% | 0.00% | 0.02% | $0 | N/A | 0 | $0 | 0.00% |
| CREAM | 15,372.93 | $359,726 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 5 | $118 | 0.03% |
| SGR | 92.04 | $112 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 92 | $112 | 100.00% |
| ONX | 648.87 | $49 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | N/A | 0 | $0 | 0.00% |
| RAY | 0.11 | $0 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 0 | $0 | 0.00% |
| ATLAS | 9.94 | $0 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 0 | $0 | 0.00% |
| KIN | 1,111.23 | $0 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 0 | $0 | 0.00% |
| POLIS | 0.04 | $0 | $0 | 0.00% | 0.00% | 0.00% | 0.00% | $0 | 0.00% | 0 | $0 | 0.00% |
| PNT | 0.00 | $0 | $0 | 0.00% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | N/A | #DIV/0! | $0 | #DIV/0! |
| ROOK | 0.00 | $0 | $0 | 0.00% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | N/A | #DIV/0! | $0 | #DIV/0! |
| WBTC | 0.00 | $0 | $0 | 0.00% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | 3.50% | #DIV/0! | $0 | #DIV/0! |
| MKR | 28.31 | | $0 | 0.00% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | N/A | #DIV/0! | $32,893 | #DIV/0! |
| BOBA | 0.00 | $0 | $0 | 0.00% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | 0.00% | #DIV/0! | $0 | #DIV/0! |
| BOR | 0.00 | $0 | $0 | 0.00% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | N/A | #DIV/0! | $0 | #DIV/0! |
| ALICE | 0.00 | $0 | $0 | 0.00% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | 0.00% | #DIV/0! | $0 | #DIV/0! |
| | | $10,743,822,332 | | | | | | | | | | |

CELSIUS WATERFALL REPORT – COINS, MAY 27, 2022

| Coin | precentege of total undeployed | underdeployed coins | under deployed USD value | undeployed percentege | precentege of total undeployed | Weekly income | Weekly cost | Net (Full COFA) | weighted average | WA net (expected) | | Carry % | Cofa - carry | Tsy subsiday |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WDGLD | 0.016% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 5.96% | #VALUE! | #VALUE! |
| LUNA | 0.01% | 0.00 | $0 | 0.00% | 0.00% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| LDO | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 2.20% | #VALUE! | #VALUE! |
| BAL | 0.007% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| QI | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 0.00% | 0.00% | $0 |
| FARM | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| YFI | 0.004% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| yveCRV-DAO | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 0.00% | 0.00% | $0 |
| ORBS | 0.002% | 0.00 | $0 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 0.00% | 0.00% | $0 |
| LQTY | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| VSP | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| ALCX | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 2.20% | #VALUE! | #VALUE! |
| LRC | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 0.00% | 0.00% | $0 |
| ANKR | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| TRU | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 2.20% | -2.20% | -$28 |
| AMPL | 0.000% | 1,194.64 | $1,097 | 11.19% | 0.017% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| BOND | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| FTM | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 2.20% | -2.20% | -$18 |
| FIS | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| CREAM | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 0.00% | 0.00% | $0 |
| SGR | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 0.00% | 0.00% | $0 |
| ONX | 0.000% | 0.00 | $0 | 0.00% | 0.000% | $0 | #VALUE! | #VALUE! | $0 | $0 | 0.00% | 0.00% | #VALUE! | #VALUE! |
| RAY | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 0.00% | 0.00% | $0 |
| ATLAS | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 0.00% | 0.00% | $0 |
| KIN | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 0.00% | 0.00% | $0 |
| POLIS | 0.000% | 0.00 | $0.00 | 0.00% | 0.000% | $0 | $0 | $0 | $0 | $0 | 0.00% | 0.00% | 0.00% | $0 |
| PNT | 0.000% | #DIV/0! | | $0 | #DIV/0! | 0.000% | #DIV/0! | #VALUE! | #DIV/0! | #DIV/0! | #DIV/0! | 0.00% | #VALUE! | #VALUE! |
| ROOK | 0.000% | #DIV/0! | | $0 | #DIV/0! | 0.000% | #DIV/0! | #VALUE! | #DIV/0! | #DIV/0! | #DIV/0! | 0.00% | #VALUE! | #VALUE! |
| WBTC | 0.000% | #DIV/0! | | $0 | #DIV/0! | 0.000% | #DIV/0! | | $0 | #DIV/0! | #DIV/0! | #DIV/0! | 3.84% | -0.33% | $0 |
| MKR | 0.006% | #DIV/0! | | $0 | #DIV/0! | 0.000% | #DIV/0! | #VALUE! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | 0.00% | #VALUE! | #VALUE! |
| BOBA | 0.000% | #DIV/0! | | $0.00 | #DIV/0! | 0.000% | #DIV/0! | | $0 | #DIV/0! | #DIV/0! | #DIV/0! | 0.00% | 0.00% | $0 |
| BOR | 0.000% | #DIV/0! | | $0.00 | #DIV/0! | 0.000% | #DIV/0! | #VALUE! | #DIV/0! | #DIV/0! | #DIV/0! | 0.00% | #VALUE! | #VALUE! |
| ALICE | 0.000% | #DIV/0! | | $0.00 | #DIV/0! | 0.000% | #DIV/0! | | $0 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | 0.00% | 0.00% | $0 |
| | | | | | | | | | | | | 0.00% | | |
| | | | | | | | | | | | | 0.00% | | |
| | | | | | | | | | | | | 0.00% | | |