# APPENDIX 14

# EXAMPLE OF THE LR/MLO REPORT

**APPENDIX 14**
**EXAMPLE OF THE LR/MLO REPORT[1]**

## 9. Risk - Liquidity Reserve / Modeled Liquidity Outflow (LR/MLO)

- Recently rolled out change to refine user balance withdrawal risk, reducing MLO / increasing LR
- Next Steps:
  - Roll out changes for rollover risk, open term loan closure risk, wrapped BTC split out from BTC and code up optimization playbook
  - Create Celsius specific stress

**LR / MLO Reporting - General Market Stress**
*as of Oct 26 2021 09:17 AM*

| Liquidity Tiers (# of Coins) | BTC | ETH | CEL | MATIC | SRM | FTT | ADA | LINK | XRP | DOT | Stable Coins | USDC | USD | USDT ERC20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tier 1 (Immediate) | 25,861.8 | 84,474.7 | 606,999,513.4 | 27,050,943.5 | 1.0 | 2,756,978.2 | 8,985,259.2 | 222,607.0 | 16,156,866.6 | 447,179.2 | 101,344,951.7 | 50,030,266.9 | 110,487,331.1 | 25,550,726.3 |
| Tier 2 (1 Day) | 14,002.3 | 315,482.2 | 0.0 | 476,216.8 | 0.0 | 0.0 | 0.0 | 4,609,591.5 | 0.0 | 0.0 | 56,614,475.2 | 5,842,969.7 | 0.0 | 19,266,579.2 |
| Tier 3 (2-3 Days) | 91.4 | 92,562.7 | 0.0 | 0.0 | 0.0 | 0.0 | 44,680,212.3 | 500,002.3 | 5,001,310.9 | 0.0 | 487,899.4 | 200.0 | 2,715,378.8 | 487,699.4 |
| Tier 4 (3-7 Days) | 52,355.0 | 176,853.7 | 48,525,472.4 | 34,420,640.8 | 87,449,533.0 | 7,529,053.8 | 53,390,130.4 | 5,936,289.8 | 178,027,478.8 | 671,155.0 | 1,704,755,147.9 | 1,239,690,569.2 | 110,534,863.9 | 412,222,651.7 |
| Liquidity Reserve (LR) | 92,310.6 | 669,373.3 | 655,524,985.8 | 61,947,801.1 | 87,449,534.0 | 10,286,032.0 | 107,055,601.9 | 11,268,490.6 | 199,185,656.3 | 1,118,334.2 | 1,863,202,474.3 | 1,295,564,005.9 | 223,737,573.8 | 457,527,656.6 |
| Tier 5 (>7 Days) | 60,855.0 | 1,001,049.3 | 197,143.1 | 350,101,278.8 | 0.0 | 0.0 | 107,401,916.0 | 1,880,348.3 | 6,488,494.0 | 3,872,991.5 | 457,698,275.9 | 255,079,626.3 | 522,637,696.7 | 139,261,327.0 |
| Total Coin Balance | 153,165.6 | 1,670,422.6 | 655,722,128.9 | 412,049,079.9 | 87,449,534.0 | 10,286,032.0 | 214,457,517.9 | 13,148,838.9 | 205,674,150.3 | 4,991,325.7 | 2,320,900,750.2 | 1,550,643,632.2 | 746,375,270.5 | 596,788,983.6 |
| Tier 5 as % of Coin Balance | 39.7% | 59.9% | 0.0% | 85.0% | 0.0% | 0.0% | 50.1% | 14.3% | 3.2% | 77.6% | 19.7% | 16.4% | 70.0% | 23.3% |
| *Retail User Balance | 132,738.6 | 1,547,312.6 | 285,059,712.4 | 411,472,874.7 | 0.0 | 0.0 | 145,847,332.9 | 13,274,071.8 | 185,041,481.1 | 4,935,188.9 | 1,476,950,613.4 | 1,079,150,178.5 | 0.0 | 190,093,932.5 |
| Modeled Liquidity Outflow (MLO) | BTC | ETH | CEL | MATIC | SRM | FTT | ADA | LINK | XRP | DOT | Stable Coins | USDC | USD | USDT ERC20 |
| Margin Stress | 20,809.6 | 96,808.1 | 0.0 | 0.0 | -29,002,274.5 | -4,445,312.8 | 0.0 | 1,234,522.0 | -12,993,428.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| User Balance Withdrawal Risk | 17,290.9 | 260,652.4 | 27,981,999.6 | 57,219,657.4 | 0.0 | 0.0 | 9,202,966.7 | 1,283,234.3 | 13,569,816.4 | 532,038.7 | 294,181,390.2 | 170,044,045.7 | 0.0 | 56,734,076.7 |
| Sleeper Collateral | 47.0 | 653.4 | 0.0 | 0.0 | 0.0 | 69,826.6 | 0.0 | 0.0 | 0.0 | 0.0 | 943,016.9 | 943,016.9 | 0.0 | 0.0 |
| Retail Loan Liquidations | 180.4 | 692.6 | 982,747.4 | 0.0 | 0.0 | 0.0 | 150,295.7 | 0.0 | 15,953.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total MLO | 38,327.9 | 358,806.4 | 28,964,747.0 | 57,219,657.4 | -29,002,274.5 | -4,375,486.3 | 9,353,262.4 | 2,517,756.3 | 592,341.6 | 532,038.7 | 295,124,407.0 | 170,987,062.5 | 0.0 | 56,734,076.7 |
| LR / MLO | 240.8% | 186.6% | 2263.2% | 108.3% | 0.0% | 0.0% | 1144.6% | 447.6% | 33626.8% | 210.2% | 631.3% | 757.7% | 0.0% | 806.4% |
| LR Excess / (Deficit) | 53,982.6 | 310,566.9 | 626,560,238.9 | 4,728,143.7 | 116,451,808.5 | 14,661,518.2 | 97,702,339.5 | 8,750,734.3 | 198,593,314.6 | 586,295.5 | 1,568,078,067.2 | 1,124,576,943.4 | 223,737,573.8 | 400,793,579.9 |
| LR / MLO Optimization | BTC | ETH | CEL | MATIC | SRM | FTT | ADA | LINK | XRP | DOT | Stable Coins | USDC | USD | |
| USDT Facility Collateral Optimization | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Return of Open Term Stablecoin Borrows | | | | | | tbd | | | | | | | | |
| Closing Open Term Loans | | | | | | | | | | | | | | |
| LR Excess / (Deficit) Post Optimization | 53,982.6 | 310,566.9 | 626,560,238.9 | 4,728,143.7 | 116,451,808.5 | 14,661,518.2 | 97,702,339.5 | 8,750,734.3 | 198,593,314.6 | 586,295.5 | 1,568,078,067.2 | 1,124,576,943.4 | 223,737,573.8 | |

Note:

---

[1] Celsius, PowerPoint (October 27, 2021), CEL-UCC-00042651.