# APPENDIX 15

## DETAILED ANALYSIS OF COIN SURPLUS / DEFICIT

APPENDIX 15

22-10964-mg    Doc 1956-15    Filed 01/31/23    Entered 01/31/23 02:17:35    Appendix 15
DETAILED ANALYSIS OF COIN SURPLUS / DEFICIT
Pg 2 of 5

# Appendix 15
## Assets Under Management by Liquidity Tier, Excluding CEL in Treasury

| Freeze Report Date | All Coins, excl. Treasury CEL | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Assets Under Management: Crypto Assets Value ($USD 000s) by Liquidity Tier | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | nan | Total |
| 02/28/22 | $ 2,119,937 | $ 3,951,968 | $ 1 | $ 4,522,631 | $ 4,606,379 | $ 2,951,520 | $ 213,486 | $ 18,365,923 |
| 03/18/22 | 2,349,606 | 3,128,798 | 1,215,099 | 4,262,389 | 5,493,189 | 2,245,733 | 63,204 | 18,758,017 |
| 03/30/22 | 2,793,955 | 7,411,342 | 1,325,756 | 2,237,787 | 5,746,218 | 2,445,139 | 45,989 | 22,006,185 |
| 04/01/22 | 2,502,092 | 7,201,689 | 1,360,768 | 2,157,357 | 5,786,908 | 2,589,853 | 47,436 | 21,646,103 |
| 04/15/22 | 2,040,296 | 6,094,841 | 1,064,497 | 1,938,195 | 5,356,546 | 2,380,018 | 42,372 | 18,916,765 |
| 04/18/22 | 1,812,414 | 5,896,607 | 1,030,259 | 1,900,864 | 5,313,385 | 2,442,438 | 41,222 | 18,437,189 |
| 05/02/22 | 1,567,585 | 5,852,476 | 1,009,795 | 1,807,195 | 5,109,533 | 2,601,347 | 2,304 | 17,950,235 |
| 05/04/22 | 1,445,851 | 5,883,360 | 888,582 | 1,811,707 | 5,381,316 | 2,625,504 | 11,018 | 18,047,338 |
| 05/27/22 | 712,041 | 2,561,139 | 160,122 | 396,935 | 4,715,091 | 1,918,777 | 17,502 | 10,481,607 |
| 06/06/22 | 707,961 | 2,509,544 | 132,665 | 372,934 | 4,970,083 | 1,979,980 | 5 | 10,673,171 |
| 06/08/22 | 709,699 | 2,227,473 | 125,829 | 296,396 | 5,019,733 | 1,924,514 | 6,544 | 10,310,189 |
| 06/10/22 | 721,503 | 2,210,476 | 137,846 | 285,320 | 4,202,943 | 1,926,845 | 6,782 | 9,491,715 |
| 06/13/22 | 259,057 | 1,303,704 | 19,301 | 180,281 | 4,264,993 | 1,598,668 | 109 | 7,626,112 |
| 06/15/22 | 404,339 | 1,287,457 | 56,886 | 172,608 | 1,538,573 | 2,088,116 | 105 | 5,548,084 |
| 06/20/22 | 455,201 | 1,283,058 | 61,132 | 93,801 | 1,588,815 | 2,332,716 | 2 | 5,814,725 |

| Freeze Report Date | BTC Equivalent | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Assets Under Management: Crypto Assets Value ($USD 000s) by Liquidity Tier | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | nan | Total |
| 02/28/22 | $ 380,797 | $ 1,486,215 | $ - | $ 1,964,396 | $ 2,558,670 | $ 170,636 | $ - | $ 6,560,715 |
| 03/18/22 | 498,505 | 885,965 | 89,324 | 2,108,479 | 2,838,180 | 138,257 | 20,711 | 6,579,420 |
| 03/30/22 | 388,479 | 2,567,847 | 106,431 | 966,555 | 3,346,339 | 148,525 | - | 7,524,176 |
| 04/01/22 | 512,151 | 2,352,577 | 103,151 | 844,827 | 3,342,496 | 143,667 | - | 7,298,869 |
| 04/15/22 | 301,122 | 1,951,899 | 87,053 | 734,922 | 3,198,083 | 101,928 | - | 6,375,008 |
| 04/18/22 | 308,858 | 1,864,209 | 85,454 | 720,039 | 3,200,396 | 99,973 | - | 6,278,929 |
| 05/02/22 | 218,168 | 1,778,160 | 43,612 | 668,110 | 3,331,858 | 106,888 | 0 | 6,146,795 |
| 05/04/22 | 155,819 | 1,598,488 | 28,330 | 658,384 | 3,575,568 | 109,090 | - | 6,125,680 |
| 05/27/22 | 209,575 | 832,104 | 37 | 10,149 | 2,529,517 | 97,847 | - | 3,679,229 |
| 06/06/22 | 123,113 | 887,894 | 5 | 4,959 | 2,745,282 | 106,405 | - | 3,867,658 |
| 06/08/22 | 112,524 | 678,265 | 5 | 3,761 | 2,815,600 | 104,889 | - | 3,715,044 |
| 06/10/22 | 113,720 | 649,273 | 5 | 4,975 | 2,834,205 | 106,436 | - | 3,708,614 |
| 06/13/22 | 3,780 | 214,927 | 4 | 1,395 | 2,620,487 | 89,306 | - | 2,929,898 |
| 06/15/22 | 17,023 | 103,724 | 3 | 1,114 | 1,257,307 | 57,824 | - | 1,436,994 |
| 06/20/22 | 3,396 | 96,599 | 3 | 1,170 | 1,102,337 | 61,001 | - | 1,264,506 |

| | ETH Equivalent | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Assets Under Management: Crypto Assets Value ($USD 000s) by Liquidity Tier | | | | | | | |
| Freeze Report Date | 1 | 2 | 3 | 4 | 5 | 6 | nan | Total |
| 02/28/22 | $ 309,155 | $ 1,725,078 | $ 1 | $ 771,642 | $ 1,082,666 | $ 320,042 | $ 144,014 | $ 4,352,598 |
| 03/18/22 | 189,939 | 790,219 | 583,137 | 796,190 | 1,816,582 | 649,941 | 19,330 | 4,845,340 |
| 03/30/22 | 680,285 | 1,526,898 | 660,438 | 752,826 | 1,453,322 | 736,783 | 23,046 | 5,833,597 |
| 04/01/22 | 340,989 | 1,506,287 | 690,254 | 788,880 | 1,464,254 | 883,387 | 23,041 | 5,697,092 |
| 04/15/22 | 428,415 | 1,050,108 | 539,414 | 782,328 | 1,257,834 | 892,051 | 20,206 | 4,970,358 |
| 04/18/22 | 279,223 | 1,020,561 | 524,017 | 759,647 | 1,221,196 | 960,585 | 19,610 | 4,784,838 |
| 05/02/22 | 249,077 | 1,175,433 | 461,118 | 742,560 | 908,853 | 1,125,452 | 2 | 4,662,495 |
| 05/04/22 | 186,977 | 1,371,725 | 331,931 | 733,327 | 927,366 | 1,147,006 | 2,067 | 4,700,400 |
| 05/27/22 | 112,670 | 243,715 | 18,277 | 112,700 | 1,251,250 | 755,908 | 459 | 2,494,980 |
| 06/06/22 | 132,180 | 226,887 | 7,666 | 77,597 | 1,352,574 | 824,688 | 5 | 2,621,596 |
| 06/08/22 | 181,160 | 153,834 | 7,227 | 13,424 | 1,209,369 | 780,653 | 6 | 2,345,673 |
| 06/10/22 | 220,889 | 151,176 | 11,818 | 13,226 | 422,703 | 783,581 | 10 | 1,603,403 |
| 06/13/22 | 14,151 | 81,224 | 8,663 | 1,969 | 850,649 | 568,924 | 7 | 1,525,587 |
| 06/15/22 | 10,884 | 39,931 | 7 | 1,791 | 145,642 | 497,781 | 4 | 696,040 |
| 06/20/22 | 9,794 | 27,832 | 8 | 1,894 | 205,426 | 890,079 | 2 | 1,135,036 |

| | CEL | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Assets Under Management: Crypto Assets Value ($USD 000s) by Liquidity Tier Excluding CEL in Treasury | | | | | | | |
| Freeze Report Date | 1 | 2 | 3 | 4 | 5 | 6 | nan | Total |
| 02/28/22 | $ 1,091,089 | $ 412 | $ - | $ 12,491 | $ - | $ 581 | $ - | $ 1,104,572 |
| 03/18/22 | 1,225,475 | 8,661 | - | 19,443 | - | 656 | - | 1,254,236 |
| 03/30/22 | 1,259,703 | 13,645 | - | 7,643 | 8,777 | 675 | - | 1,290,443 |
| 04/01/22 | 1,208,670 | 14,975 | - | 7,331 | 8,422 | 648 | - | 1,240,046 |
| 04/15/22 | 821,051 | 14,397 | - | 4,961 | 7,690 | 434 | - | 848,534 |
| 04/18/22 | 748,017 | 13,597 | - | 4,541 | 7,030 | 397 | - | 773,583 |
| 05/02/22 | 785,556 | 8,409 | - | 4,641 | 7,376 | 417 | 429 | 806,827 |
| 05/04/22 | 803,948 | 9,544 | - | 4,751 | 7,549 | 426 | 439 | 826,658 |
| 05/27/22 | 182,936 | 2,096 | - | 0 | 289 | 114 | 161 | 185,596 |
| 06/06/22 | 237,389 | 3,746 | - | 0 | 382 | 151 | - | 241,668 |
| 06/08/22 | 210,010 | 3,325 | - | 0 | 339 | 134 | - | 213,808 |
| 06/10/22 | 162,113 | 2,567 | - | 1,021 | 262 | 103 | - | 166,066 |
| 06/13/22 | 55,906 | 753 | - | 353 | 92 | 36 | - | 57,140 |
| 06/15/22 | 185,225 | 2,479 | - | 1,163 | - | 422 | - | 189,289 |
| 06/20/22 | 268,671 | 3,418 | - | 199 | 1,576 | 610 | - | 274,473 |

| USD/Stable Coins | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Assets Under Management: Crypto Assets Value ($USD 000s) by Liquidity Tier | | | | | | | |
| Freeze Report Date | 1 | 2 | 3 | 4 | 5 | 6 | nan | Total |
| 02/28/22 | $ 135,880 | $ 485,270 | $ - | $ 1,099,648 | $ 614,337 | $ 916,244 | $ - | $ 3,251,380 |
| 03/18/22 | 263,925 | 365,973 | 37,898 | 547,602 | 600,649 | 1,129,842 | 3,288 | 2,949,176 |
| 03/30/22 | 212,703 | 1,358,891 | 39,270 | 59,307 | 636,837 | 1,153,482 | - | 3,460,491 |
| 04/01/22 | 211,870 | 1,378,400 | 39,203 | 65,223 | 636,837 | 1,162,861 | 1,370 | 3,495,765 |
| 04/15/22 | 234,587 | 1,590,070 | 24,632 | 80,701 | 634,505 | 1,219,849 | 2,035 | 3,786,379 |
| 04/18/22 | 247,994 | 1,557,893 | 24,227 | 95,883 | 635,546 | 1,221,361 | 2,063 | 3,784,967 |
| 05/02/22 | 157,383 | 1,514,588 | 156,634 | 124,181 | 653,549 | 1,229,680 | 874 | 3,836,889 |
| 05/04/22 | 169,231 | 1,475,087 | 160,521 | 134,158 | 653,450 | 1,224,008 | 1,999 | 3,818,454 |
| 05/27/22 | 113,545 | 1,001,049 | 5,479 | 151,343 | 655,160 | 1,032,663 | - | 2,959,238 |
| 06/06/22 | 67,589 | 913,981 | 1,062 | 161,983 | 674,775 | 1,000,630 | - | 2,820,020 |
| 06/08/22 | 83,518 | 910,626 | 1,017 | 154,240 | 686,226 | 994,782 | - | 2,830,409 |
| 06/10/22 | 80,558 | 934,713 | 1,014 | 157,275 | 683,127 | 991,060 | 98 | 2,847,845 |
| 06/13/22 | 52,167 | 682,536 | 0 | 85,245 | 681,141 | 906,979 | 98 | 2,408,165 |
| 06/15/22 | 38,844 | 906,681 | 0 | 81,792 | 37,755 | 1,477,645 | 98 | 2,542,816 |
| 06/20/22 | 37,893 | 920,911 | 0 | 75,682 | 16 | 1,328,084 | - | 2,362,585 |

| Other Coins | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Assets Under Management: Crypto Assets Value ($USD 000s) by Liquidity Tier | | | | | | | |
| Freeze Report Date | 1 | 2 | 3 | 4 | 5 | 6 | nan | Total |
| 02/28/22 | $ 203,017 | $ 254,994 | $ 0 | $ 674,453 | $ 350,706 | $ 1,544,017 | $ 69,472 | $ 3,096,658 |
| 03/18/22 | 171,762 | 1,077,980 | 504,740 | 790,675 | 237,778 | 327,037 | 19,875 | 3,129,846 |
| 03/30/22 | 252,785 | 1,944,060 | 519,618 | 451,455 | 300,943 | 405,674 | 22,943 | 3,897,478 |
| 04/01/22 | 228,412 | 1,949,449 | 528,160 | 451,096 | 334,898 | 399,291 | 23,025 | 3,914,332 |
| 04/15/22 | 255,121 | 1,488,367 | 413,397 | 335,283 | 258,433 | 165,755 | 20,131 | 2,936,487 |
| 04/18/22 | 228,322 | 1,440,347 | 396,561 | 320,754 | 249,216 | 160,121 | 19,550 | 2,814,871 |
| 05/02/22 | 157,402 | 1,375,887 | 348,432 | 267,703 | 207,897 | 138,910 | 999 | 2,497,229 |
| 05/04/22 | 129,875 | 1,428,516 | 367,800 | 281,088 | 217,382 | 144,973 | 6,512 | 2,576,146 |
| 05/27/22 | 93,315 | 482,174 | 136,329 | 122,744 | 278,876 | 32,245 | 16,882 | 1,162,564 |
| 06/06/22 | 147,691 | 477,035 | 123,933 | 128,395 | 197,071 | 48,107 | 0 | 1,122,231 |
| 06/08/22 | 122,487 | 481,423 | 117,581 | 124,970 | 308,199 | 44,057 | 6,538 | 1,205,254 |
| 06/10/22 | 144,224 | 472,747 | 125,010 | 108,822 | 262,646 | 45,664 | 6,674 | 1,165,787 |
| 06/13/22 | 133,053 | 324,265 | 10,635 | 91,318 | 112,624 | 33,422 | 4 | 705,321 |
| 06/15/22 | 152,363 | 234,643 | 56,875 | 86,747 | 97,870 | 54,444 | 3 | 682,945 |
| 06/20/22 | 135,447 | 234,298 | 61,121 | 14,855 | 279,462 | 52,942 | 0 | 778,124 |

**APPENDIX 15**
**DETAILED ANALYSIS OF COIN SURPLUS / DEFICIT**

| Freeze Report Date | Liabilities: Crypto Asset Value ($USD 000s) | | | | | |
|---|---|---|---|---|---|---|
| | CEL | BTC Equivalent | ETH Equivalent | USD/Stable Coins | Other Coins | Total Liabilities |
| 02/28/22 | $ (996,693) | $ (6,770,370) | $ (4,559,063) | $ (4,825,908) | $ (3,257,982) | $ (20,410,017) |
| 03/18/22 | (1,062,947) | (6,364,187) | (4,778,696) | (4,718,783) | (2,670,325) | (19,594,938) |
| 03/30/22 | (1,066,692) | (7,076,428) | (5,596,755) | (4,723,252) | (3,814,182) | (22,277,309) |
| 04/01/22 | (1,040,602) | (7,164,740) | (5,550,727) | (4,706,288) | (4,049,208) | (22,511,564) |
| 04/15/22 | (729,614) | (6,137,807) | (4,961,545) | (4,854,919) | (2,944,016) | (19,627,901) |
| 04/18/22 | (660,079) | (6,170,985) | (4,912,807) | (4,841,909) | (2,925,364) | (19,511,144) |
| 05/02/22 | (674,010) | (5,827,205) | (4,594,920) | (4,809,380) | (2,481,669) | (18,387,184) |
| 05/04/22 | (689,863) | (6,031,985) | (4,777,417) | (4,808,374) | (2,725,474) | (19,033,112) |
| 05/27/22 | (157,667) | (3,781,610) | (2,504,902) | (3,791,704) | (1,190,889) | (11,426,771) |
| 06/06/22 | (206,701) | (3,938,106) | (2,600,812) | (3,681,750) | (1,167,046) | (11,594,415) |
| 06/08/22 | (195,833) | (3,754,565) | (2,440,242) | (3,691,809) | (1,274,564) | (11,357,014) |
| 06/10/22 | (135,588) | (3,551,084) | (2,135,031) | (3,636,578) | (1,023,184) | (10,481,465) |
| 06/13/22 | (99,760) | (2,707,102) | (1,429,288) | (2,437,364) | (744,226) | (7,417,741) |
| 06/15/22 | (163,793) | (2,484,245) | (1,320,298) | (2,352,331) | (762,112) | (7,082,779) |
| 06/20/22 | (285,065) | (2,193,088) | (1,188,374) | (2,105,805) | (725,017) | (6,497,350) |

Sources:
- Coin Stats worksheets from Celsius Freeze Reports
- Pivot Data worksheets from Celsius Waterfall Reports

Notes:

- All assets exclude CEL held in Treasury and Custody-related assets and reserves.