# **APPENDIX 16**

# **ANALYSIS OF WITHDRAWAL FUNDING SOURCES FOR SELECT COINS**

**Appendix 16**
**Analysis of Withdrawal Funding Sources for Select Coins**

| Coin | | | Wallet Name | | | | |
|---|---|---|---|---|---|---|---|
| **MATIC** | Main | Frictional | Frictional 2 | Frictional 3 | Frictional 4 | Swaps Wintermute | Total |
| **June 9, 2022** | | | | | | | |
| Balance | 3,204,398.44 | 433,029.22 | 681,468.20 | 348,460.08 | 854,287.06 | 646,397.73 | 6,168,040.73 |
| **June 10, 2022** | | | | | | | |
| User Deposits | 83,357.03 | - | - | - | - | - | 83,357.03 |
| Internal Transfers | - | - | - | - | - | - | - |
| Frictional Funding | (1,226,203.54) | 618,078.71 | - | 608,124.84 | - | - | - |
| Withdrawals | (165,257.88) | (381,189.04) | (501,341.73) | (680,175.53) | (404,969.47) | (125,626.08) | (2,258,559.72) |
| Ending Balance | 1,896,294.05 | 669,918.89 | 180,126.48 | 276,409.39 | 449,317.60 | 520,771.64 | 3,992,838.04 |
| **June 11, 2022** | | | | | | | |
| User Deposits | 60,608.78 | - | - | - | - | - | 60,608.78 |
| Internal Transfers | 5,000,000.00 | - | - | - | - | - | 5,000,000.00 |
| Frictional Funding | (6,939,302.65) | 248,261.22 | 761,352.81 | 5,260,264.15 | 669,424.46 | - | (0.00) |
| Withdrawals | - | (918,163.62) | (941,404.69) | (2,224,005.95) | (1,118,732.84) | - | (5,202,307.10) |
| Ending Balance | 17,600.18 | 16.49 | 74.59 | 3,312,667.59 | 9.22 | 520,771.64 | 3,851,139.72 |
| **June 12, 2022** | | | | | | | |
| User Deposits | 132,934.77 | - | - | - | - | - | 132,934.77 |
| Internal Transfers | 11,738,925.81 | - | - | - | - | - | 11,738,925.81 |
| Frictional Funding | (9,492,967.61) | 2,741,527.41 | 2,105,656.96 | - | 4,645,783.24 | - | - |
| Withdrawals | - | (1,795,811.02) | (1,310,238.41) | (2,831,896.32) | (3,836,089.26) | - | (9,774,035.01) |
| Ending Balance | 2,396,493.14 | 945,732.89 | 795,493.14 | 480,771.27 | 809,703.20 | 520,771.64 | 5,948,965.28 |
| **June 13, 2022** | | | | | | | |
| User Deposits | 94,030.07 | - | - | - | - | - | 94,030.07 |
| Internal Transfers | - | - | - | - | - | 1,182,981.75 | 1,182,981.75 |
| Frictional Funding | (21,280.50) | - | - | - | - | 21,280.50 | - |
| Withdrawals | (2,466,812.66) | (267,187.42) | (250,716.80) | - | (87,855.65) | (1,701,850.45) | (4,774,422.99) |
| Ending Balance | 2,430.04 | 678,545.47 | 544,776.33 | 480,771.27 | 721,847.55 | 23,183.45 | 2,451,554.12 |

# APPENDIX 16
## ANALYSIS OF WITHDRAWAL FUNDING FOR SELECT COINS

**Appendix 16**
**Analysis of Withdrawal Funding Sources for Select Coins**

| Coin | Wallet Name | | | |
|---|---|---|---|---|
| **GUSD** | Main | Frictional | Frictional 2 | Total |
| **June 9, 2022** | | | | |
| Balance | 1,597,197.82 | 48,244.15 | 321,838.68 | 1,967,280.65 |
| **June 10, 2022** | | | | |
| User Deposits | 1,652,839.61 | - | - | 1,652,839.61 |
| Internal Transfers | - | - | - | - |
| Frictional Funding | (366,519.56) | 366,519.56 | - | - |
| Withdrawals | (70,565.84) | (105,583.80) | (169,584.08) | (345,733.72) |
| Ending Balance | 2,812,952.03 | 309,179.91 | 152,254.60 | 3,274,386.54 |
| **June 11, 2022** | | | | |
| User Deposits | 423,619.54 | - | - | 423,619.54 |
| Internal Transfers | - | - | - | - |
| Frictional Funding | (2,671,458.38) | 1,186,072.71 | 1,485,385.67 | - |
| Withdrawals | - | (1,129,713.83) | (826,322.58) | (1,956,036.41) |
| Ending Balance | 565,113.19 | 365,538.79 | 811,317.69 | 1,741,969.67 |
| **June 12, 2022** | | | | |
| User Deposits | 103,447.69 | - | - | 103,447.69 |
| Internal Transfers | - | - | - | - |
| Frictional Funding | (659,745.67) | 378,857.52 | 280,888.15 | - |
| Withdrawals | - | (533,041.58) | (964,068.98) | (1,497,110.56) |
| Ending Balance | 8,815.21 | 211,354.73 | 128,136.86 | 348,306.80 |
| **June 13, 2022** | | | | |
| User Deposits | 449,176.01 | - | - | 449,176.01 |
| Internal Transfers | - | - | - | - |
| Frictional Funding | - | - | - | - |
| Withdrawals | - | (89,884.27) | (54,999.44) | (144,883.71) |
| Ending Balance | 457,991.22 | 121,470.46 | 73,137.42 | 652,599.10 |

**Appendix 16**
**Analysis of Withdrawal Funding Sources for Select Coins**

| Coin | Wallet Name | | | | | |
|---|---|---|---|---|---|---|
| **USDC** | Main | Frictional USDC | Frictional USDC 2 | Frictional USDC 3 | Frictional USDC 4 | Frictional 11 |
| **June 9, 2022** | | | | | | |
| Balance | 5,128,080.58 | 94,309.81 | 617,764.77 | 684,621.08 | 732,282.11 | 664,725.12 |
| **June 10, 2022** | | | | | | |
| User Deposits | 9,085,802.44 | - | - | - | - | - |
| Internal Transfers | 25,905,227.95 | - | - | - | - | - |
| Frictional Funding | (36,421,792.44) | 3,781,694.98 | 3,249,316.00 | 3,219,345.09 | 2,300,580.80 | 3,201,743.68 |
| Withdrawals | (3,537,193.71) | (3,488,752.74) | (3,569,721.50) | (3,609,236.00) | (2,647,914.60) | (3,674,835.75) |
| Ending Balance | 160,124.82 | 387,252.05 | 297,359.27 | 294,730.17 | 384,948.31 | 191,633.05 |
| **June 11, 2022** | | | | | | |
| User Deposits | 11,455,342.46 | - | - | - | - | - |
| Internal Transfers | 87,661,484.46 | - | - | - | - | - |
| Frictional Funding | (79,087,535.78) | 6,475,874.45 | 6,428,765.69 | 5,722,536.04 | 5,834,077.72 | 8,770,807.06 |
| Withdrawals | - | (6,765,196.86) | (6,174,646.97) | (5,725,082.09) | (5,705,183.01) | (8,885,312.96) |
| Ending Balance | 20,189,415.96 | 97,929.64 | 551,477.99 | 292,184.12 | 513,843.01 | 77,127.16 |
| **June 12, 2022** | | | | | | |
| User Deposits | 13,618,503.25 | - | - | - | - | - |
| Internal Transfers | 50,147,391.62 | - | - | - | - | - |
| Frictional Funding | (69,822,209.51) | 6,075,036.54 | 7,014,559.15 | 7,004,296.71 | 5,310,528.10 | 6,266,293.45 |
| Withdrawals | - | (5,810,424.84) | (6,951,819.87) | (6,619,380.95) | (5,196,699.13) | (5,976,683.57) |
| Ending Balance | 14,133,101.32 | 362,541.34 | 614,217.27 | 677,099.87 | 627,671.99 | 366,737.04 |
| **June 13, 2022** | | | | | | |
| User Deposits | 1,978,533.93 | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - | - |
| Frictional Funding | (931,207.98) | 67,035.46 | 272,746.06 | 159,973.77 | 367,425.19 | 64,027.50 |
| Withdrawals | (14,229,412.18) | (355,886.31) | (481,546.79) | (641,468.51) | (584,965.73) | (366,055.27) |
| Ending Balance | 951,015.09 | 73,690.49 | 405,416.53 | 195,605.14 | 410,131.45 | 64,709.27 |

**Appendix 16**
**Analysis of Withdrawal Funding Sources for Select Coins**

| Coin | | |
|---|---|---|
| USDC | Frictional 12 | Total |

| | | |
|---|---:|---:|
| **June 9, 2022** | | |
| Balance | 298,848.86 | 8,220,632.32 |
| | | |
| **June 10, 2022** | | |
| User Deposits | - | 9,085,802.44 |
| Internal Transfers | - | 25,905,227.95 |
| Frictional Funding | 20,669,111.89 | - |
| Withdrawals | (20,828,463.10) | (41,356,117.39) |
| Ending Balance | 139,497.64 | 1,855,545.32 |
| | | |
| **June 11, 2022** | | |
| User Deposits | - | 11,455,342.46 |
| Internal Transfers | - | 87,661,484.46 |
| Frictional Funding | 45,855,474.82 | - |
| Withdrawals | (45,604,173.71) | (78,859,595.61) |
| Ending Balance | 390,798.75 | 22,112,776.63 |
| | | |
| **June 12, 2022** | | |
| User Deposits | - | 13,618,503.25 |
| Internal Transfers | - | 50,147,391.62 |
| Frictional Funding | 38,151,495.56 | - |
| Withdrawals | (37,742,294.32) | (68,297,302.68) |
| Ending Balance | 800,000.00 | 17,581,368.82 |
| | | |
| **June 13, 2022** | | |
| User Deposits | - | 1,978,533.93 |
| Internal Transfers | - | - |
| Frictional Funding | - | 0.00 |
| Withdrawals | (249,990.00) | (16,909,324.78) |
| Ending Balance | 550,010.00 | 2,650,577.98 |

# ANALYSIS OF WITHDRAWAL FUNDING FOR SELECT COINS

Appendix 16
Analysis of Withdrawal Funding Sources for Select Coins

| Coin<br>BTC | Main | Frictional | Frictional 11 | Frictional 12 | Frictional 15 | Frictional 16 | Frictional 17 | Frictional 18 |
|---|---|---|---|---|---|---|---|---|
| **June 9, 2022** | | | | | | | | |
| Balance | 304.03 | 16.50 | 25.31 | 10.84 | - | - | - | - |
| **June 10, 2022** | | | | | | | | |
| User Deposits | 97.46 | - | - | - | - | - | - | - |
| Internal Transfers | 1,213.03 | - | - | - | - | - | - | - |
| Frictional Funding | (1,228.75) | 112.37 | 116.57 | 90.22 | - | - | - | - |
| Withdrawals | (20.56) | (104.74) | (114.11) | (79.38) | - | - | - | - |
| Ending Balance | 365.21 | 24.13 | 27.76 | 21.68 | - | - | - | - |
| **June 11, 2022** | | | | | | | | |
| User Deposits | 78.43 | - | - | - | - | - | - | - |
| Internal Transfers | 3,493.46 | - | - | - | - | - | - | - |
| Frictional Funding | (3,076.67) | 798.10 | 331.97 | 117.39 | 79.08 | 54.92 | 77.77 | 54.93 |
| Withdrawals | - | (778.07) | (257.15) | (128.55) | (34.94) | (54.62) | (43.40) | (50.70) |
| Ending Balance | 860.42 | 44.16 | 102.58 | 10.52 | 44.15 | 0.30 | 34.37 | 4.23 |
| **June 12, 2022** | | | | | | | | |
| User Deposits | 87.44 | - | - | - | - | - | - | - |
| Internal Transfers | 604.19 | - | - | - | - | - | - | - |
| Frictional Funding | (1,544.64) | 60.76 | 38.43 | 86.95 | 99.75 | 132.46 | 47.19 | 105.78 |
| Withdrawals | - | (104.90) | (140.73) | (97.45) | (143.88) | (132.75) | (81.54) | (110.01) |
| Ending Balance | 7.42 | 0.01 | 0.28 | 0.02 | 0.01 | 0.01 | 0.01 | 0.01 |
| **June 13, 2022** | | | | | | | | |
| User Deposits | 112.13 | - | - | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - | - | - | - |
| Frictional Funding | (107.50) | 8.30 | 3.09 | 13.38 | 5.19 | 2.12 | 16.58 | 8.42 |
| Withdrawals | - | - | - | (0.00) | - | (0.00) | - | - |
| Ending Balance | 12.05 | 8.31 | 3.37 | 13.40 | 5.20 | 2.13 | 16.59 | 8.43 |

**Appendix 16**
**Analysis of Withdrawal Funding Sources for Select Coins**

| Coin | | | Wallet Name | | |
|---|---|---|---|---|---|
| **BTC** | _Frictional 19 | _Frictional 20 | _Frictional AAVE and BTC | _Frictional AAVE and BTC 2 | _Frictional BAT, BTC, ADA |
| **June 9, 2022** | | | | | |
| Balance | - | - | 22.77 | 26.48 | 1.96 |
| **June 10, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - |
| Frictional Funding | - | - | 90.09 | 96.15 | 118.17 |
| Withdrawals | - | - | (75.60) | (91.23) | (92.87) |
| Ending Balance | - | - | 37.26 | 31.40 | 27.27 |
| **June 11, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - |
| Frictional Funding | 44.94 | 105.05 | 392.48 | 153.63 | 152.29 |
| Withdrawals | (44.83) | (36.94) | (403.87) | (117.12) | (156.36) |
| Ending Balance | 0.11 | 68.11 | 25.87 | 67.91 | 23.20 |
| **June 12, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - |
| Frictional Funding | 85.20 | 84.56 | 51.07 | 14.98 | 353.31 |
| Withdrawals | (85.30) | (152.66) | (76.91) | (82.86) | (373.22) |
| Ending Balance | 0.01 | 0.01 | 0.02 | 0.03 | 3.29 |
| **June 13, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - |
| Frictional Funding | 1.84 | 2.17 | 8.51 | 2.63 | - |
| Withdrawals | (0.00) | - | - | (0.00) | - |
| Ending Balance | 1.85 | 2.18 | 8.53 | 2.66 | 3.29 |

**APPENDIX 16**
22-10964-mg   Doc 1956-16   Filed 01/31/23   Entered 01/31/23 02:17:35   Appendix 16
Pg 8 of 17

**ANALYSIS OF WITHDRAWAL FUNDING FOR SELECT COINS**

Appendix 16
Analysis of Withdrawal Funding Sources for Select Coins

| Coin<br>BTC | _Frictional BAT, BTC, ADA 2 | _Frictional MATIC | _Frictional MATIC 2 | _Frictional ETH and BTC | Swaps_Wintermute |
|---|---|---|---|---|---|
| **June 9, 2022** | | | | | |
| Balance | 11.10 | 3.61 | 11.78 | 24.99 | 6.66 |
| **June 10, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - |
| Frictional Funding | 209.66 | 133.19 | 119.49 | 131.46 | 11.37 |
| Withdrawals | (203.32) | (124.83) | (102.57) | (85.89) | (11.37) |
| Ending Balance | 17.44 | 11.97 | 28.70 | 70.56 | 6.66 |
| **June 11, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - |
| Frictional Funding | 60.60 | 116.10 | 157.62 | 379.78 | - |
| Withdrawals | (77.58) | (87.99) | (114.98) | (439.64) | (6.66) |
| Ending Balance | 0.47 | 40.08 | 71.34 | 10.71 | 0.00 |
| **June 12, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - |
| Frictional Funding | 171.42 | 92.60 | 62.75 | 57.43 | - |
| Withdrawals | (167.06) | (132.67) | (134.08) | (68.10) | - |
| Ending Balance | 4.83 | 0.01 | 0.02 | 0.04 | 0.00 |
| **June 13, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | 164.00 |
| Frictional Funding | - | 3.11 | 16.58 | 15.59 | - |
| Withdrawals | - | (0.00) | (0.00) | (0.00) | (163.88) |
| Ending Balance | 4.83 | 3.12 | 16.60 | 15.63 | 0.12 |

**Appendix 16**
**Analysis of Withdrawal Funding Sources for Select Coins**

| Coin | |
|---|---|
| BTC | Total |

| | |
|---|---:|
| **June 9, 2022** | |
| Balance | 466.02 |
| | |
| **June 10, 2022** | |
| User Deposits | 97.46 |
| Internal Transfers | 1,213.03 |
| Frictional Funding | (0.00) |
| Withdrawals | (1,106.46) |
| Ending Balance | 670.05 |
| | |
| **June 11, 2022** | |
| User Deposits | 78.43 |
| Internal Transfers | 3,493.46 |
| Frictional Funding | - |
| Withdrawals | (2,833.40) |
| Ending Balance | 1,408.52 |
| | |
| **June 12, 2022** | |
| User Deposits | 87.44 |
| Internal Transfers | 604.19 |
| Frictional Funding | 0.00 |
| Withdrawals | (2,084.13) |
| Ending Balance | 16.03 |
| | |
| **June 13, 2022** | |
| User Deposits | 112.13 |
| Internal Transfers | 164.00 |
| Frictional Funding | 0.00 |
| Withdrawals | (163.88) |
| Ending Balance | 128.29 |

# ANALYSIS OF WITHDRAWAL FUNDING FOR SELECT COINS

Analysis of Withdrawal Funding Sources for Select Coins

| Coin ETH | Main | _Frictional | _Frictional 2 | _Frictional 13 | _Frictional 14 | _Frictional AAVE and BTC |
|---|---|---|---|---|---|---|
| **June 9, 2022** | | | | | | |
| Balance | 88,070.41 | 2.50 | 2.69 | 216.32 | 400.99 | 1.98 |
| **June 10, 2022** | | | | | | |
| User Deposits | 906.30 | - | - | - | - | - |
| Internal Transfers | 3,958.00 | - | - | - | - | - |
| Frictional Funding | (36,197.28) | - | - | 1,841.48 | 1,782.61 | - |
| Withdrawals | (42,000.00) | - | - | (2,000.25) | (1,786.83) | - |
| Ending Balance | 14,737.43 | 2.50 | 2.69 | 57.55 | 396.76 | 1.98 |
| **June 11, 2022** | | | | | | |
| User Deposits | 2,967.38 | - | - | - | - | - |
| Internal Transfers | 40,320.00 | - | - | - | - | - |
| Frictional Funding | (44,369.10) | - | - | 4,569.48 | 3,529.00 | - |
| Withdrawals | - | - | - | (4,448.74) | (3,775.72) | - |
| Ending Balance | 13,655.71 | 2.50 | 2.69 | 178.29 | 150.03 | 1.98 |
| **June 12, 2022** | | | | | | |
| User Deposits | 6,399.62 | - | - | - | - | - |
| Internal Transfers | 14,945.00 | - | - | - | - | - |
| Frictional Funding | (34,956.06) | 5.00 | 5.00 | 3,864.00 | 4,240.62 | 5.00 |
| Withdrawals | - | - | - | (4,040.12) | (4,388.86) | - |
| Ending Balance | 44.27 | 7.50 | 7.69 | 2.17 | 1.79 | 6.98 |
| **June 13, 2022** | | | | | | |
| User Deposits | 2,296.70 | - | - | - | - | - |
| Internal Transfers | 5.00 | - | - | - | - | - |
| Frictional Funding | (1,228.96) | - | - | 146.70 | 109.35 | - |
| Withdrawals | (972.00) | - | - | (5.61) | (5.25) | - |
| Transaction Fees (06/10 - 06/13) | (5.88) | (2.21) | (2.55) | (1.56) | (1.53) | (1.49) |
| Ending Balance | 139.13 | 5.29 | 5.14 | 141.71 | 104.36 | 5.49 |

APPENDIX 16
22-10964-mg Doc 1956-16 Filed 01/31/23 Entered 01/31/23 02:17:35 Appendix 16 Pg 11 of 17
ANALYSIS OF WITHDRAWAL FUNDING FOR SELECT COINS
Appendix 16
Analysis of Withdrawal Funding Sources for Select Coins

| Coin | | | | | Wallet Name |
|---|---|---|---|---|---|
| ETH | _Frictional AAVE and BTC 2 | _Frictional BAT, BTC, ADA | _Frictional BAT, BTC, ADA 2 | _Frictional ETH 2 | _Frictional ETH 3 |
| **June 9, 2022** | | | | | |
| Balance | 1.83 | 538.44 | 243.93 | 371.82 | 323.81 |
| **June 10, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - |
| Frictional Funding | - | 9,638.34 | 5,882.73 | 2,032.89 | 1,291.95 |
| Withdrawals | - | (9,697.44) | (1,782.06) | (2,364.61) | (1,435.38) |
| Ending Balance | 1.83 | 479.34 | 4,344.60 | 40.10 | 180.39 |
| **June 11, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - |
| Frictional Funding | - | 9,267.00 | 2,405.11 | 4,412.67 | 4,523.56 |
| Withdrawals | - | (9,640.01) | (5,137.23) | (3,970.48) | (4,181.01) |
| Ending Balance | 1.83 | 106.33 | 1,612.49 | 482.30 | 522.93 |
| **June 12, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - |
| Frictional Funding | 5.00 | 11,279.75 | 1,763.65 | 3,908.33 | 3,256.97 |
| Withdrawals | - | (11,329.68) | (3,374.19) | (4,389.12) | (3,778.33) |
| Ending Balance | 6.83 | 56.39 | 1.94 | 1.51 | 1.58 |
| **June 13, 2022** | | | | | |
| User Deposits | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - |
| Frictional Funding | - | 83.98 | 150.03 | 84.04 | 166.51 |
| Withdrawals | - | - | (5.15) | (4.93) | (5.05) |
| Transaction Fees (06/10 - 06/13) | (1.12) | (0.16) | (1.78) | (1.48) | (1.51) |
| Ending Balance | 5.71 | 140.22 | 145.04 | 79.14 | 161.52 |

# ANALYSIS OF WITHDRAWAL FUNDING FOR SELECT COINS

Appendix 16
Analysis of Withdrawal Funding Sources for Select Coins

| Coin<br>ETH | _Frictional ETH 4 | _Frictional ETH and BTC | _Frictional USDC 3 | _Frictional USDC 4 | _Frictional USDT ERC20 2 | _Gas Vault 009 |
|---|---|---|---|---|---|---|
| **June 9, 2022** | | | | | | |
| Balance | 204.53 | 259.87 | 2.23 | 1.14 | 1.35 | 1.14 |
| **June 10, 2022** | | | | | | |
| User Deposits | - | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - | - |
| Frictional Funding | 11,683.62 | 1,845.08 | - | 5.00 | 5.00 | - |
| Withdrawals | (7,806.50) | (1,778.52) | - | - | - | (0.13) |
| Ending Balance | 4,081.66 | 326.43 | 2.23 | 6.14 | 6.35 | 1.02 |
| **June 11, 2022** | | | | | | |
| User Deposits | - | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - | - |
| Frictional Funding | 11,179.53 | 4,462.75 | 5.00 | - | - | 5.00 |
| Withdrawals | (13,604.33) | (4,337.02) | - | - | - | (0.25) |
| Ending Balance | 1,656.86 | 452.16 | 7.23 | 6.14 | 6.35 | 5.77 |
| **June 12, 2022** | | | | | | |
| User Deposits | - | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - | - |
| Frictional Funding | 3,438.22 | 3,184.53 | - | - | - | - |
| Withdrawals | (4,766.01) | (3,634.62) | - | - | - | (0.05) |
| Ending Balance | 329.06 | 2.07 | 7.23 | 6.14 | 6.35 | 5.72 |
| **June 13, 2022** | | | | | | |
| User Deposits | - | - | - | - | - | - |
| Internal Transfers | - | - | - | - | - | - |
| Frictional Funding | - | 51.50 | - | - | - | - |
| Withdrawals | (130.00) | (5.53) | - | - | - | (0.08) |
| Transaction Fees (06/10 - 06/13) | (0.06) | (1.51) | (3.43) | (3.18) | (1.83) | (0.02) |
| Ending Balance | 199.00 | 46.53 | 3.81 | 2.96 | 4.52 | 5.62 |

Appendix 16
Analysis of Withdrawal Funding Sources for Select Coins

| Coin ETH | _Gas Vault 012 | _Gas Vault 014 | _Gas Vault 015 | _Gas Vault 019 | Swaps Wintermute | Total |
|---|---|---|---|---|---|---|
| **June 9, 2022** | | | | | | |
| Balance | 1.10 | 1.03 | 1.12 | 1.09 | 31.89 | 90,681.23 |
| **June 10, 2022** | | | | | | |
| User Deposits | - | - | - | - | - | 906.30 |
| Internal Transfers | - | - | - | - | - | 3,958.00 |
| Frictional Funding | 5.00 | 5.00 | - | - | 178.59 | 0.00 |
| Withdrawals | (0.20) | (0.13) | (0.05) | (0.08) | (178.59) | (70,830.75) |
| Ending Balance | 5.90 | 5.91 | 1.07 | 1.01 | 31.89 | 24,714.78 |
| **June 11, 2022** | | | | | | |
| User Deposits | - | - | - | - | - | 2,967.38 |
| Internal Transfers | - | - | - | - | - | 40,320.00 |
| Frictional Funding | - | - | 5.00 | 5.00 | - | 0.00 |
| Withdrawals | (0.15) | (0.25) | (0.30) | (0.18) | - | (49,095.67) |
| Ending Balance | 5.75 | 5.66 | 5.77 | 5.84 | 31.89 | 18,906.49 |
| **June 12, 2022** | | | | | | |
| User Deposits | - | - | - | - | - | 6,399.62 |
| Internal Transfers | - | - | - | - | - | 14,945.00 |
| Frictional Funding | - | - | - | - | - | (0.00) |
| Withdrawals | (0.03) | (0.13) | (0.15) | (0.10) | - | (39,701.39) |
| Ending Balance | 5.72 | 5.53 | 5.62 | 5.74 | 31.89 | 549.72 |
| **June 13, 2022** | | | | | | |
| User Deposits | - | - | - | - | - | 2,296.70 |
| Internal Transfers | - | - | - | - | 3,000.00 | 3,005.00 |
| Frictional Funding | - | - | - | - | 436.84 | - |
| Withdrawals | (0.08) | (0.13) | (0.15) | (0.08) | (3,209.49) | (4,343.52) |
| Transaction Fees (06/10 - 06/13) | (0.02) | (0.03) | (0.03) | (0.02) | (0.03) | (31.44) |
| Ending Balance | 5.63 | 5.38 | 5.44 | 5.64 | 259.21 | 1,476.46 |

# APPENDIX 16
## ANALYSIS OF WITHDRAWAL FUNDING FOR SELECT COINS

Appendix 16
Analysis of Withdrawal Funding Sources for Select Coins

| Coin | Wallet Name | | | |
|---|---|---|---|---|
| LINK | Main | Frictional LINK | Frictional LINK 2 | Total |
| **June 9, 2022** | | | | |
| Balance | 345,978.83 | 31,301.21 | 114,743.59 | 492,023.64 |
| **June 10, 2022** | | | | |
| User Deposits | 2,291.21 | - | - | 2,291.21 |
| Internal Transfers | - | - | - | - |
| Frictional Funding | (222,114.55) | 222,114.55 | - | - |
| Withdrawals | (119,672.37) | (252,941.55) | (100,384.77) | (472,998.70) |
| Ending Balance | 6,483.12 | 474.21 | 14,358.82 | 21,316.15 |
| **June 11, 2022** | | | | |
| User Deposits | 8,011.98 | - | - | 8,011.98 |
| Internal Transfers | 790,129.59 | - | - | 790,129.59 |
| Frictional Funding | (557,100.56) | 359,893.46 | 197,207.10 | - |
| Withdrawals | - | (252,089.08) | (192,325.56) | (444,414.63) |
| Ending Balance | 247,524.13 | 108,278.59 | 19,240.36 | 375,043.08 |
| **June 12, 2022** | | | | |
| User Deposits | 2,011.29 | - | - | 2,011.29 |
| Internal Transfers | - | - | - | - |
| Frictional Funding | (225,255.92) | 115,182.69 | 110,073.23 | - |
| Withdrawals | - | (161,270.58) | (92,259.60) | (253,530.18) |
| Ending Balance | 24,279.50 | 62,190.70 | 37,053.99 | 123,524.19 |
| **June 13, 2022** | | | | |
| User Deposits | 2,701.08 | - | - | 2,701.08 |
| Internal Transfers | - | - | - | - |
| Frictional Funding | (10,420.90) | - | 10,420.90 | - |
| Withdrawals | - | (27,505.90) | (27,169.53) | (54,675.43) |
| Ending Balance | 16,559.69 | 34,684.80 | 20,305.36 | 71,549.85 |

**APPENDIX 16**
**ANALYSIS OF WITHDRAWAL FUNDING FOR SELECT COINS**

22-10964-mg    Doc 1956-16    Filed 01/31/23    Entered 01/31/23 02:17:35    Appendix 16
Pg 15 of 17

Appendix 16
Analysis of Withdrawal Funding Sources for Select Coins

| Coin | Wallet Name | | | |
| --- | --- | --- | --- | --- |
| **TUSD** | Main | Frictional | Frictional 2 | Total |
| **June 9, 2022** | | | | |
| Balance | 204,788.11 | 363,888.20 | 399,945.85 | 968,622.17 |
| **June 10, 2022** | | | | |
| User Deposits | - | - | - | - |
| Internal Transfers | 2,000,500.00 | - | - | 2,000,500.00 |
| Frictional Funding | (1,740,977.00) | 870,488.50 | 870,488.50 | - |
| Withdrawals | - | (73,082.46) | (891,411.77) | (964,494.23) |
| Ending Balance | 464,311.11 | 1,161,294.24 | 379,022.58 | 2,004,627.94 |
| **June 11, 2022** | | | | |
| User Deposits | 24,091.90 | - | - | 24,091.90 |
| Internal Transfers | - | - | - | - |
| Frictional Funding | - | - | - | - |
| Withdrawals | - | (110,217.78) | (17,333.86) | (127,551.63) |
| Ending Balance | 488,403.01 | 1,051,076.46 | 361,688.72 | 1,901,168.20 |
| **June 12, 2022** | | | | |
| User Deposits | 204,661.81 | - | - | 204,661.81 |
| Internal Transfers | 449,999.00 | - | - | 449,999.00 |
| Frictional Funding | (843,225.94) | 63,650.00 | 779,575.94 | - |
| Withdrawals | - | (1,072,072.92) | (183,305.22) | (1,255,378.14) |
| Ending Balance | 299,837.89 | 42,653.55 | 957,959.44 | 1,300,450.88 |
| **June 13, 2022** | | | | |
| User Deposits | 1,689.84 | - | - | 1,689.84 |
| Internal Transfers | - | - | - | - |
| Frictional Funding | - | - | - | - |
| Withdrawals | (299,837.89) | - | - | (299,837.89) |
| Ending Balance | 1,689.84 | 42,653.55 | 957,959.44 | 1,002,302.83 |

# APPENDIX 16
## ANALYSIS OF WITHDRAWAL FUNDING FOR SELECT COINS

Appendix 16
Analysis of Withdrawal Funding Sources for Select Coins

| Coin | Wallet Name | | | |
|---|---|---|---|---|
| USDT_ERC20 | Main | Frictional | Frictional 2 | Total |
| **June 9, 2022** | | | | |
| Balance | 5,701,907.74 | 800,000.00 | 1,059,632.87 | 7,561,540.61 |
| **June 10, 2022** | | | | |
| User Deposits | 1,631,053.72 | - | - | 1,631,053.72 |
| Internal Transfers | - | - | - | - |
| Frictional Funding | (3,044,136.39) | 1,045,973.42 | 1,998,162.97 | - |
| Withdrawals | (7,254.20) | (578,240.45) | (2,937,902.84) | (3,523,397.49) |
| Ending Balance | 4,281,570.87 | 1,267,732.97 | 119,893.00 | 5,669,196.84 |
| **June 11, 2022** | | | | |
| User Deposits | 2,620,598.64 | - | - | 2,620,598.64 |
| Internal Transfers | 2,960,032.21 | - | - | 2,960,032.21 |
| Frictional Funding | (6,034,925.43) | 2,815,948.77 | 3,218,976.66 | - |
| Withdrawals | - | (3,672,288.20) | (2,685,075.31) | (6,357,363.51) |
| Ending Balance | 3,827,276.29 | 411,393.55 | 653,794.35 | 4,892,464.18 |
| **June 12, 2022** | | | | |
| User Deposits | 2,974,438.28 | - | - | 2,974,438.28 |
| Internal Transfers | 4,000,000.00 | - | - | 4,000,000.00 |
| Frictional Funding | (9,968,001.81) | 6,094,306.76 | 3,873,695.05 | - |
| Withdrawals | - | (6,214,509.42) | (4,137,226.76) | (10,351,736.18) |
| Ending Balance | 833,712.76 | 291,190.88 | 390,262.64 | 1,515,166.28 |
| **June 13, 2022** | | | | |
| User Deposits | 891,022.41 | - | - | 891,022.41 |
| Internal Transfers | - | - | - | - |
| Frictional Funding | - | - | - | - |
| Withdrawals | (1,068,314.51) | (112,245.21) | (164,691.12) | (1,345,250.84) |
| Ending Balance | 656,420.65 | 178,945.68 | 225,571.52 | 1,060,937.85 |

**Appendix 16**
**Analysis of Withdrawal Funding Sources for Select Coins**

Notes:
The information presented within this Appendix was obtained from transaction information provided by Fireblocks. The wallet names listed on the preceding pages are based on a wallet listing provided by Celsius. June 9, 2022 wallet balance information was obtained from open-source blockchain explorers.

Sources:
Wallet level blockchain balance and activity sourced from https://etherscan.io and https://www.blockchair.com
Fireblocks Transaction History for June 2022
Celsius, Celsius Wallets 2023.01.23 vShare.xls, Spreadsheet (January 23, 2023)