# APPENDIX 21

## CELSIUS FREEZE REPORT – SUMMARY BY BUSINESS LINE WITH CEL, MAY 27, 2022

Celsius Freeze Report - Summary by Business Line
May 27, 2022

| | Assets | | | | Liabilities | |
|---|---|---:|---|---|---|---:|
| Bank | Bank - Balances | $51,147,480.35 | | Users | User Balances | -$6,376,381,862.91 |
| Fireblocks | Celsius Network Limited (UK) | $230,150,305.44 | | | User Balances in CEL | -$126,327,851.47 |
| | Celsius Network LLC (US) | $251,980,802.53 | | | User Collateral | -$1,678,955,457.97 |
| | Celsius Network EU UAB (LT) | $1,713,064.73 | | | Locked | -$9,615,925.83 |
| | Celsius OTC | $10,997,900.87 | | Institutional (Liability) | Inst Collateral | -$728,594,877.71 |
| | Celsius Network Finance | $20,202.60 | | | Inst Borrows | -$952,254,388.11 |
| | CEL Treasury | $151,657,068.85 | | Defi Borrows - Borrows | Defi Borrows - Borrows | -$1,157,299,400.20 |
| | CEL Users | $157,134,324.91 | | Defi Asset - Borrows | Defi Asset - Borrows | -$36,228,493.98 |
| Institutional (receivable) | Loans Out | $1,552,143,523.39 | | Exchanges APi Borrows | FTX - Borrow | -$163,269,910.84 |
| | Posted Collateral | $1,086,385,686.87 | | Deribit Liabilities | Deribit Liabilities | $4,245,692.16 |
| DeFi Borrows - Assets | DeFi Borrows - Collateral | $2,466,746,968.61 | | Manual Adjustment | Others - Liability | -$59,494,511.34 |
| DeFi Borrows - Assets | DeFi Borrows - Tokens | $52,877.67 | | | | |
| DeFi Assets - Assets | DeFi Assets - Assets | $644,839,850.28 | | | | |
| PrimeTrust | PrimeTrust | $46,938,665.66 | | | | |
| Retail | Loans | $780,306,177.58 | | | | |
| Trusts | Grayscale | $0.00 | | | | |
| | Osprey | $24,011,640.54 | | | | |
| Exchanges - API | FTX | $641,842,677.73 | | | | |
| Deribit - API | Deribit - API | $7,495,465.02 | | | | |
| Staking | Stakehound | $26,836,988.24 | | | | |
| | Kraken Staking | $218,190.09 | | | | |
| | Direct Staking | $760,082,395.94 | | | | |
| Mining | Mining | $656,057,944.13 | | | | |
| External Assets Manager | EAM - Balances | $0.00 | | | | |
| Manual Adjustment | Others - Asset | $76,290,658.84 | | | | |
| Exchanges - Fireblocks | BITFINEX | $310,327,367.80 | | | | |
| | COINBASEPRO | $152,490.48 | | | | |
| | DERIBIT | $5,047,109.28 | | | | |
| | LIQUID | $1,917,179.19 | | | | |
| | custodian reserve | $42,473,321.89 | | | | |
| | Investments | $226,389,391.21 | | | | |
| | **Total** | **$10,211,357,720.73** | | | **Total** | **$11,284,176,988.21** |
| | custody-not on B/S | $164,714,398.16 | | | custody-not on B/S | -146,840,199.02 |
| | | | | Net | -$1,072,819,267.48 | |

# APPENDIX 21

## CELSIUS FREEZE REPORT – SUMMARY BY BUSINESS LINE WITH CEL, MAY 27, 2022


