# APPENDIX 24

# PORTION OF "WEEKLY" WORKSHEET FROM WEEKLY P&L FILE

# APPENDIX 24
## PORTION OF "WEEKLY" WORKSHEET FROM WEEKLY P&L FILE

|  |  | Trading P&L (realized) | | | | Net Buy/Sell CEL | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | $0 | -$614,619 |  | -$614,619 | 29,071,671 | 0 |  | 29,350,953 |
| start | end | OTC Total P&L | FTX P&L | Quickswap P&L | Total P&L | FTX | OTC | Quickswap | Total Net Buy/Sell |
| 01/01/2022 | 01/07/2022 | 0 | 0 |  | $0 | 1,521,693 | 0 | 0 | 1,521,693 |
| 01/08/2022 | 01/14/2022 | 0 | 0 |  | $0 | 833,187 | 0 | 0 | 833,187 |
| 01/15/2022 | 01/21/2022 | 0 | -16,690 |  | -$16,690 | 1,993,521 | 0 | 0 | 1,993,521 |
| 01/22/2022 | 01/28/2022 | 0 | 0 |  | $0 | 3,081,826 | 0 | 0 | 3,081,826 |
| 01/29/2022 | 02/04/2022 | 0 | 0 |  | $0 | 622,985 | 0 | 0 | 622,985 |
| 02/05/2022 | 02/11/2022 | 0 | 0 |  | $0 | 804,938 | 0 | 0 | 804,938 |
| 02/12/2022 | 02/18/2022 | 0 | 0 |  | $0 | 842,212 | 0 | 0 | 842,212 |
| 02/19/2022 | 02/25/2022 | 0 | 0 |  | $0 | 996,045 | 0 | 0 | 996,045 |
| 02/26/2022 | 03/04/2022 | 0 | 0 |  | $0 | 765,540 | 0 | 0 | 765,540 |
| 03/05/2022 | 03/11/2022 | 0 | 0 |  | $0 | 944,671 | 0 | 0 | 944,671 |
| 03/12/2022 | 03/18/2022 | 0 | 0 |  | $0 | 855,436 | 0 | 0 | 855,436 |
| 03/19/2022 | 03/25/2022 | 0 | 0 |  | $0 | 1,900,254 | 0 | 0 | 1,900,254 |
| 03/26/2022 | 04/01/2022 | 0 | 0 |  | $0 | 927,247 | 0 | 0 | 927,247 |
| 04/02/2022 | 04/08/2022 | 0 | 0 |  | $0 | 955,982 | 0 | 0 | 955,982 |
| 04/09/2022 | 04/15/2022 | 0 | 0 |  | $0 | 1,948,515 | 0 | 0 | 1,948,515 |
| 04/16/2022 | 04/22/2022 | 0 | 0 |  | $0 | 1,164,062 | 0 | 0 | 1,164,062 |
| 04/23/2022 | 04/29/2022 | 0 | 0 | $0 | $0 | 965,467 | 0 | 203,127 | 1,168,594 |
| 04/30/2022 | 05/06/2022 | 0 | 0 | $0 | $0 | 1,144,140 | 0 | 0 | 1,144,140 |
| 05/07/2022 | 05/13/2022 | 0 | -15,051 | $0 | -$15,051 | 5,154,860 | 0 | 76,155 | 5,231,015 |
| 05/14/2022 | 05/20/2022 | 0 | 0 |  | $0 | 266,955 | 0 | 0 | 266,955 |
| 05/21/2022 | 05/27/2022 | 0 | 0 |  | $0 | 141,614 | 0 | 0 | 141,614 |
| 05/28/2022 | 06/03/2022 | 0 | 0 |  | $0 | 852,916 | 0 | 0 | 852,916 |
| 06/04/2022 | 06/10/2022 | 0 | -46,331 |  | -$46,331 | 0 | 0 | 0 | 0 |
| 06/11/2022 | 06/17/2022 | 0 | -387,118 |  | -$387,118 | 387,604 | 0 | 0 | 387,604 |
| 06/18/2022 | 06/24/2022 | 0 | 0 |  | $0 | 0 | 0 | 0 | 0 |
| 06/25/2022 | 07/01/2022 | 0 | 0 |  | $0 | 0 | 0 | 0 | 0 |
| 07/02/2022 | 07/08/2022 | 0 | 0 |  | $0 | 0 | 0 | 0 | 0 |
| 07/09/2022 | 07/15/2022 | 0 | -149,429 |  | -$149,429 | 0 | 0 | 0 | 0 |
| 07/16/2022 | 07/22/2022 | 0 | 0 |  | $0 | 0 | 0 | 0 | 0 |
| 07/23/2022 | 07/29/2022 | 0 | 0 |  | $0 | 0 | 0 | 0 | 0 |
| 07/30/2022 | 08/05/2022 | 0 | 0 |  | $0 | 0 | 0 | 0 | 0 |

# APPENDIX 24
## PORTION OF "WEEKLY" WORKSHEET FROM WEEKLY P&L FILE

|  |  | Proceeds (USD) | | | | CEL Burn | | CEL Rewards | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | -$70,733,963 | $0 | -$549,588 | -$71,283,551 | 2,714,542 | $5,223,072 | 27,347,987 | $51,281,635 |
| start | end | FTX | OTC | Quickswap | Total Proceeds | CEL Tokens Burned | CEL Burn $ | Rewards Payment in CEL | Rewards Payment $ |
| 01/01/2022 | 01/07/2022 | -$5,261,027 | $0 | $0 | -$5,261,027 | 55,300 | $253,829 | 636,772 | $2,056,775 |
| 01/08/2022 | 01/14/2022 | -$2,712,902 | $0 | $0 | -$2,712,902 | 63,677 | $205,040 | 682,086 | $2,307,708 |
| 01/15/2022 | 01/21/2022 | -$6,100,457 | $0 | $0 | -$6,100,457 | 68,209 | $230,883 | 707,370 | $2,148,643 |
| 01/22/2022 | 01/28/2022 | -$6,899,570 | $0 | $0 | -$6,899,570 | 70,737 | $215,035 | 840,651 | $1,756,261 |
| 01/29/2022 | 02/04/2022 | -$1,575,471 | $0 | $0 | -$1,575,471 | 84,065 | $175,695 | 759,418 | $1,881,041 |
| 02/05/2022 | 02/11/2022 | -$2,515,144 | $0 | $0 | -$2,515,144 | 75,942 | $188,335 | 766,313 | $2,630,968 |
| 02/12/2022 | 02/18/2022 | -$2,829,963 | $0 | $0 | -$2,829,963 | 76,631 | $263,019 | 778,440 | $2,529,041 |
| 02/19/2022 | 02/25/2022 | -$3,009,436 | $0 | $0 | -$3,009,436 | 77,844 | $253,769 | 823,041 | $2,466,887 |
| 02/26/2022 | 03/04/2022 | -$2,441,866 | $0 | $0 | -$2,441,866 | 82,304 | $246,912 | 858,813 | $2,550,674 |
| 03/05/2022 | 03/11/2022 | -$2,907,096 | $0 | $0 | -$2,907,096 | 85,881 | $255,067 | 777,672 | $2,399,888 |
| 03/12/2022 | 03/18/2022 | -$2,749,121 | $0 | $0 | -$2,749,121 | 77,767 | $239,988 | 791,202 | $2,547,670 |
| 03/19/2022 | 03/25/2022 | -$5,894,363 | $0 | $0 | -$5,894,363 | 79,120 | $254,766 | 842,971 | $2,756,516 |
| 03/26/2022 | 04/01/2022 | -$3,134,314 | $0 | $0 | -$3,134,314 | 84,297 | $275,651 | 865,031 | $2,828,651 |
| 04/02/2022 | 04/08/2022 | -$2,980,650 | $0 | $0 | -$2,980,650 | 86,503 | $282,865 | 876,029 | $2,670,578 |
| 04/09/2022 | 04/15/2022 | -$5,077,759 | $0 | $0 | -$5,077,759 | 87,603 | $267,054 | 1,058,262 | $2,275,262 |
| 04/16/2022 | 04/22/2022 | -$2,606,927 | $0 | $0 | -$2,606,927 | 105,826 | $227,526 | 1,062,386 | $2,246,031 |
| 04/23/2022 | 04/29/2022 | -$2,050,327 | $0 | -$429,246 | -$2,479,573 | 30,682 | $64,739 | 1,040,149 | $2,192,293 |
| 04/30/2022 | 05/06/2022 | -$2,394,921 | $0 | $0 | -$2,394,921 | 104,015 | $219,228 | 1,006,203 | $2,039,019 |
| 05/07/2022 | 05/13/2022 | -$6,576,723 | $0 | -$120,342 | -$6,697,065 | 100,620 | $203,900 | 1,420,685 | $1,407,923 |
| 05/14/2022 | 05/20/2022 | -$199,084 | $0 | $0 | -$199,084 | 142,068 | $140,792 | 1,382,680 | $1,139,369 |
| 05/21/2022 | 05/27/2022 | -$71,536 | $0 | $0 | -$71,536 | 138,268 | $113,936 | 1,729,576 | $1,021,395 |
| 05/28/2022 | 06/03/2022 | -$624,539 | $0 | $0 | -$624,539 | 172,958 | $102,139 | 1,361,566 | $1,104,429 |
| 06/04/2022 | 06/10/2022 | $0 | $0 | $0 | $0 | 136,157 | $110,443 | 1,661,094 | $1,024,692 |
| 06/11/2022 | 06/17/2022 | -$120,766 | $0 | $0 | -$120,766 | 166,109 | $102,469 | 1,316,394 | $732,570 |
| 06/18/2022 | 06/24/2022 | $0 | $0 | $0 | $0 | 131,639 | $73,257 | 915,948 | $947,256 |
| 06/25/2022 | 07/01/2022 | $0 | $0 | $0 | $0 | 91,595 | $94,725 | 1,227,106 | $775,634 |
| 07/02/2022 | 07/08/2022 | $0 | $0 | $0 | $0 | 122,711 | $77,563 | 1,160,129 | $844,463 |
| 07/09/2022 | 07/15/2022 | $0 | $0 | $0 | $0 | 116,013 | $84,446 | 0 | $0 |
| 07/16/2022 | 07/22/2022 | $0 | $0 | $0 | $0 | 0 |  |  |  |
| 07/23/2022 | 07/29/2022 | $0 | $0 | $0 | $0 | 0 |  |  |  |
| 07/30/2022 | 08/05/2022 | $0 | $0 | $0 | $0 | 0 |  |  |  |

# APPENDIX 24
## PORTION OF "WEEKLY" WORKSHEET FROM WEEKLY P&L FILE

|  |  | OTC General | | | OTC Internal | | | FTX CEL | FTX CEL |
|---|---|---|---|---|---|---|---|---|---|
|  |  | 0 | $0 | $0 | 0 | $0 | $0 | 27,860,725 | -$67,584,051 |
| start | end | Net Buy/Sell (Celsius perspective) | Net Proceeds $ | Trading P&L | Net Buy/Sell (Celsius perspective) | Net Proceeds $ | Trading P&L | Net Buy/Sell (Celsius perspective) | Net Proceeds $ |
| 01/01/2022 | 01/07/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 1,221,693 | -4,182,920 |
| 01/08/2022 | 01/14/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 833,187 | -$2,712,902 |
| 01/15/2022 | 01/21/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 2,043,521 | -$6,262,957 |
| 01/22/2022 | 01/28/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 2,291,788 | -$5,088,396 |
| 01/29/2022 | 02/04/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 452,078 | -$1,152,339 |
| 02/05/2022 | 02/11/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 804,938 | -$2,515,144 |
| 02/12/2022 | 02/18/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 842,212 | -$2,829,963 |
| 02/19/2022 | 02/25/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 996,045 | -$3,009,436 |
| 02/26/2022 | 03/04/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 765,540 | -$2,441,866 |
| 03/05/2022 | 03/11/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 944,671 | -$2,907,096 |
| 03/12/2022 | 03/18/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 855,436 | -$2,749,121 |
| 03/19/2022 | 03/25/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 1,900,254 | -$5,894,363 |
| 03/26/2022 | 04/01/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 927,247 | -$3,134,314 |
| 04/02/2022 | 04/08/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 955,982 | -$2,980,650 |
| 04/09/2022 | 04/15/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 1,948,515 | -$5,077,759 |
| 04/16/2022 | 04/22/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 1,164,062 | -$2,606,927 |
| 04/23/2022 | 04/29/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 965,467 | -$2,050,327 |
| 04/30/2022 | 05/06/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 1,144,140 | -$2,394,921 |
| 05/07/2022 | 05/13/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 5,154,860 | -$6,576,723 |
| 05/14/2022 | 05/20/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 266,955 | -$199,084 |
| 05/21/2022 | 05/27/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 141,614 | -$71,536 |
| 05/28/2022 | 06/03/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 852,916 | -$624,539 |
| 06/04/2022 | 06/10/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 0 | $0 |
| 06/11/2022 | 06/17/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 387,604 | -$120,766 |
| 06/18/2022 | 06/24/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 0 | $0 |
| 06/25/2022 | 07/01/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 0 | $0 |
| 07/02/2022 | 07/08/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 0 | $0 |
| 07/09/2022 | 07/15/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 0 | $0 |
| 07/16/2022 | 07/22/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 0 | $0 |
| 07/23/2022 | 07/29/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 0 | $0 |
| 07/30/2022 | 08/05/2022 | 0 | $0 | $0 | 0 | $0 | $0 | 0 | $0 |

# APPENDIX 24
## PORTION OF "WEEKLY" WORKSHEET FROM WEEKLY P&L FILE

| | | FTX CEL | FTX CEL | FTX Kairon | FTX Kairon | FTX Kairon | FTX Kairon | FTX CnC | FTX CnC |
|---|---|---|---|---|---|---|---|---|---|
| | | 960,946 | -$2,234,306 | 31,189 | -$213,318 | -154,423 | #DIV/0! | 250,000 | -$915,607 |
| start | end | Net Buy/Sell (CEL/BTC) | Net Proceeds $ | Net Buy/Sell (Celsius perspective) | Net Proceeds $ | Net Buy/Sell (CEL/BTC) | Net Proceeds $ | Net Buy/Sell (Celsius perspective) | Net Proceeds $ |
| 01/01/2022 | 01/07/2022 | 0 | $0 | 89,454 | -$335,684 | 0 | $0 | 300,000 | -$1,078,107 |
| 01/08/2022 | 01/14/2022 | 0 | $0 | -4,984 | $18,044 | 2,174 | -$6,904 | 0 | $0 |
| 01/15/2022 | 01/21/2022 | 0 | $0 | -1,125 | $3,631 | -220 | $713 | -50,000 | $162,500 |
| 01/22/2022 | 01/28/2022 | 790,038 | -$1,811,174 | 0 | $0 | 9,591 | -$22,975 | 0 | $0 |
| 01/29/2022 | 02/04/2022 | 170,907 | -$423,131 | 0 | $0 | -8,099 | $20,544 | 0 | $0 |
| 02/05/2022 | 02/11/2022 | 0 | $0 | -2,090 | $6,771 | -12,408 | $38,226 | 0 | $0 |
| 02/12/2022 | 02/18/2022 | 0 | $0 | -7,047 | $23,934 | -3,233 | $11,252 | 0 | $0 |
| 02/19/2022 | 02/25/2022 | 0 | $0 | 0 | $0 | -6,018 | $19,488 | 0 | $0 |
| 02/26/2022 | 03/04/2022 | 0 | $0 | -256 | $796 | 2,873 | -$8,960 | 0 | $0 |
| 03/05/2022 | 03/11/2022 | 0 | $0 | -23,059 | $73,259 | -2,810 | $8,665 | 0 | $0 |
| 03/12/2022 | 03/18/2022 | 0 | $0 | -812 | $2,553 | -934 | $4,024 | 0 | $0 |
| 03/19/2022 | 03/25/2022 | 0 | $0 | -1,501 | $4,857 | 11,037 | -$35,736 | 0 | $0 |
| 03/26/2022 | 04/01/2022 | 0 | $0 | 0 | $0 | 6,997 | -$22,759 | 0 | $0 |
| 04/02/2022 | 04/08/2022 | 0 | $0 | 1,964 | -$5,881 | -5,122 | $14,973 | 0 | $0 |
| 04/09/2022 | 04/15/2022 | 0 | $0 | 4,807 | -$14,231 | 10,591 | -$28,971 | 0 | $0 |
| 04/16/2022 | 04/22/2022 | 0 | $0 | 0 | $0 | -22,879 | $53,785 | 0 | $0 |
| 04/23/2022 | 04/29/2022 | 0 | $0 | 0 | $0 | -20,054 | $43,679 | 0 | $0 |
| 04/30/2022 | 05/06/2022 | 0 | $0 | 0 | $0 | -11,960 | $25,227 | 0 | $0 |
| 05/07/2022 | 05/13/2022 | 0 | $0 | 0 | $0 | 79,725 | -$104,190 | 0 | $0 |
| 05/14/2022 | 05/20/2022 | 0 | $0 | -7,535 | $6,463 | -90,421 | $80,490 | 0 | $0 |
| 05/21/2022 | 05/27/2022 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 |
| 05/28/2022 | 06/03/2022 | 0 | $0 | 0 | $0 | -50,531 | $36,493 | 0 | $0 |
| 06/04/2022 | 06/10/2022 | 0 | $0 | 0 | $0 | 60,623 | -$33,558 | 0 | $0 |
| 06/11/2022 | 06/17/2022 | 0 | $0 | -16,626 | $2,171 | -63,908 | $38,820 | 0 | $0 |
| 06/18/2022 | 06/24/2022 | 0 | $0 | 0 | $0 | -39,437 | $23,482 | 0 | $0 |
| 06/25/2022 | 07/01/2022 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 |
| 07/02/2022 | 07/08/2022 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 |
| 07/09/2022 | 07/15/2022 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 |
| 07/16/2022 | 07/22/2022 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 |
| 07/23/2022 | 07/29/2022 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 |
| 07/30/2022 | 08/05/2022 | 0 | $0 | 0 | $0 | 0 | $0 | 0 | $0 |

**APPENDIX 24**

**PORTION OF "WEEKLY" WORKSHEET FROM WEEKLY P&L FILE**

| | | Quickswap | Quickswap | Quickswap | FTX CEL | FTX CnC | Kairon P&L |
|---|---|---|---|---|---|---|---|
| | | 279,282 | -549,588 | 210 | -$600,349 | -$14,270 | #DIV/0! |
| start | end | Net Buy/Sell CEL | Net Proceeds in USD + ETH | Net Proceeds in ETH | P&L | P&L | P&L |
| 01/01/2022 | 01/07/2022 | 0 | 0 | | $0 | $0 | -$150,304 |
| 01/08/2022 | 01/14/2022 | 0 | 0 | | $0 | $0 | -$25,083 |
| 01/15/2022 | 01/21/2022 | 0 | 0 | | -$2,420 | -$14,270 | -$104,808 |
| 01/22/2022 | 01/28/2022 | 0 | 0 | | $0 | $0 | -$55,673 |
| 01/29/2022 | 02/04/2022 | 0 | 0 | | $0 | $0 | $80,376 |
| 02/05/2022 | 02/11/2022 | 0 | 0 | | $0 | $0 | $81,276 |
| 02/12/2022 | 02/18/2022 | 0 | 0 | | $0 | $0 | -$3,752 |
| 02/19/2022 | 02/25/2022 | 0 | 0 | | $0 | $0 | -$6,063 |
| 02/26/2022 | 03/04/2022 | 0 | 0 | | $0 | $0 | -$5,478 |
| 03/05/2022 | 03/11/2022 | 0 | 0 | | $0 | $0 | $14,069 |
| 03/12/2022 | 03/18/2022 | 0 | 0 | | $0 | $0 | $31,052 |
| 03/19/2022 | 03/25/2022 | 0 | 0 | | $0 | $0 | -$5,070 |
| 03/26/2022 | 04/01/2022 | 0 | 0 | | $0 | $0 | -$8,430 |
| 04/02/2022 | 04/08/2022 | 0 | 0 | | $0 | $0 | -$42,481 |
| 04/09/2022 | 04/15/2022 | 0 | 0 | | $0 | $0 | -$110,173 |
| 04/16/2022 | 04/22/2022 | 0 | 0 | | $0 | $0 | -$22,645 |
| 04/23/2022 | 04/29/2022 | 203,127 | -$429,246 | 150 | $0 | $0 | -$4,816 |
| 04/30/2022 | 05/06/2022 | 0 | 0 | | $0 | $0 | -$6,196 |
| 05/07/2022 | 05/13/2022 | 76,155 | -$120,342 | 60 | -$15,051 | $0 | -$158,715 |
| 05/14/2022 | 05/20/2022 | 0 | $0 | 0 | $0 | $0 | $8,995 |
| 05/21/2022 | 05/27/2022 | | | | $0 | $0 | -$20,803 |
| 05/28/2022 | 06/03/2022 | | | | $0 | $0 | $19,451 |
| 06/04/2022 | 06/10/2022 | | | | -$46,331 | $0 | -$26,681 |
| 06/11/2022 | 06/17/2022 | | | | -$387,118 | $0 | $13,601 |
| 06/18/2022 | 06/24/2022 | | | | $0 | $0 | -$8,647 |
| 06/25/2022 | 07/01/2022 | | | | $0 | $0 | $8,859 |
| 07/02/2022 | 07/08/2022 | | | | $0 | $0 | -$3,901 |
| 07/09/2022 | 07/15/2022 | | | | -$149,429 | $0 | $464 |
| 07/16/2022 | 07/22/2022 | | | | $0 | $0 | -$2,194 |
| 07/23/2022 | 07/29/2022 | | | | $0 | $0 | -$6,365 |
| 07/30/2022 | 08/05/2022 | | | | $0 | $0 | -$1,927 |

**APPENDIX 24**

**PORTION OF "WEEKLY" WORKSHEET FROM WEEKLY P&L FILE**

| start | end | Treasury Stable (USD) Stable (USD) Funding Cost % | Treasury ETH ETH Funding Cost % | FTX Stable (USD) Stable (USD) Funding Cost $ | OTC Stable (USD) Stable (USD) Funding Cost $ | Quickswap ETH ETH Funding Cost $ |
|---|---|---|---|---|---|---|
| 01/01/2022 | 01/07/2022 | 0.00% | 0.00% | $0 | $0 | $0 |
| 01/08/2022 | 01/14/2022 | 0.00% | 0.00% | $0 | $0 | $0 |
| 01/15/2022 | 01/21/2022 | 0.00% | 0.00% | $0 | $0 | $0 |
| 01/22/2022 | 01/28/2022 | 0.00% | 0.00% | $0 | $0 | $0 |
| 01/29/2022 | 02/04/2022 | 8.07% | 3.18% | -$34,997 | $0 | $0 |
| 02/05/2022 | 02/11/2022 | 8.09% | 2.58% | -$39,012 | $0 | $0 |
| 02/12/2022 | 02/18/2022 | 8.50% | 2.52% | -$45,597 | $0 | $0 |
| 02/19/2022 | 02/25/2022 | 7.74% | 2.75% | -$45,986 | $0 | $0 |
| 02/26/2022 | 03/04/2022 | 0.00% | 0.00% | $0 | $0 | $0 |
| 03/05/2022 | 03/11/2022 | 8.33% | 3.56% | -$58,074 | $0 | $0 |
| 03/12/2022 | 03/18/2022 | 7.88% | 3.50% | -$59,103 | $0 | $0 |
| 03/19/2022 | 03/25/2022 | 7.97% | 3.04% | -$68,851 | $0 | $0 |
| 03/26/2022 | 04/01/2022 | 8.26% | 3.54% | -$76,295 | $0 | $0 |
| 04/02/2022 | 04/08/2022 | 7.50% | 3.57% | -$73,574 | $0 | $0 |
| 04/09/2022 | 04/15/2022 | 8.77% | 3.72% | -$94,596 | $0 | $0 |
| 04/16/2022 | 04/22/2022 | 8.95% | 3.80% | -$101,025 | $0 | $0 |
| 04/23/2022 | 04/29/2022 | 8.43% | 3.67% | -$98,479 | $0 | -$298 |
| 04/30/2022 | 05/06/2022 | 8.29% | 3.91% | -$100,662 | $0 | -$304 |
| 05/07/2022 | 05/13/2022 | 7.55% | 3.45% | -$101,225 | $0 | -$279 |
| 05/14/2022 | 05/20/2022 | 7.31% | 3.12% | -$98,287 | $0 | -$247 |
| 05/21/2022 | 05/27/2022 | 8.14% | 3.43% | -$109,559 | $0 | -$239 |
| 05/28/2022 | 06/03/2022 | 6.83% | 3.37% | -$92,748 | $0 | -$241 |
| 06/04/2022 | 06/10/2022 | 7.10% | 2.90% | -$96,414 | $0 | -$195 |
| 06/11/2022 | 06/17/2022 | 7.06% | 3.55% | -$96,035 | $0 | -$156 |
| 06/18/2022 | 06/24/2022 | 7.06% | 3.55% | -$96,035 | $0 | -$175 |
| 06/25/2022 | 07/01/2022 | 7.06% | 3.55% | -$96,035 | $0 | -$152 |
| 07/02/2022 | 07/08/2022 | 6.59% | 3.55% | -$89,642 | $0 | -$174 |
| 07/09/2022 | 07/15/2022 | 6.59% | 3.55% | -$89,642 | $0 | -$176 |
| 07/16/2022 | 07/22/2022 | 6.59% | 3.54% | -$89,642 | $0 | -$220 |
| 07/23/2022 | 07/29/2022 | 6.59% | 3.55% | -$89,642 | $0 | -$247 |
| 07/30/2022 | 08/05/2022 | 6.59% | 3.54% | -$89,642 | $0 | -$248 |