# APPENDIX 25

**CORE SCIENTIFIC INVOICE & PAYMENT TRACKING**

**APPENDIX 25**
**CORE SCIENTIFIC INVOICE & PAYMENT TRACKING**

| Order No.[1] | Invoice # | Nature of Expense | Date | Due Date | Contractual Prepayment | Hosting (kWh x Rate) | Estimated Usage Prepayment | Reverse Usage Prepayment | Infrastructure Cost (kWh x unit price ($0.0116)) | Replacement Service | OPEX Fee (rate x units) | Power Pass Through Cost | Reimbursable Costs | Premium Support Services | Equipment Sales | Equipment Sales (Reversal) | Interest for Late Payment | Tax | Total Due per Invoice | Pmt Date | Total Paid per Celsius | Balance Outstanding | Notes per Invoice | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order 4 | 40754 | Reimburseable Items | 10/29/20 | 1/15/21 | - | - | - | - | - | - | - | - | 2,496,875 | - | - | - | - | - | 2,496,875 | 1/14/21 | 2,496,875 | - | Final 50% payment for 2,125 Antminer S19 units @ $2,350.00/Unit | |
| Order 1 | 40935 | Equipment Sale - Advance Payment | 12/18/20 | 1/15/21 | - | - | - | - | - | - | - | - | - | - | 2,441,188 | - | - | - | 2,441,188 | 1/14/21 | 2,441,188 | - | Second 30% payment for March 2021 batch of Antminer units | |
| Order 2 | 40939 | Equipment Sale - Advance Payment | 12/18/20 | 1/15/21 | - | - | - | - | - | - | - | - | - | - | 2,829,750 | - | - | - | 2,829,750 | 1/14/21 | 2,829,750 | - | Second 30% payment for April 2021 batch of Antminer units | |
| Order 3 | 40943 | Equipment Sale - Advance Payment | 12/18/20 | 1/15/21 | - | - | - | - | - | - | - | - | - | - | 2,960,480 | - | - | - | 2,960,480 | 1/14/21 | 2,960,480 | - | Second 30% payment for May 2021 batch of Antminer units | |
| Order 4 | 40947 | Equipment Sale - Advance Payment | 12/18/20 | 1/15/21 | - | - | - | - | - | - | - | - | - | - | 2,960,480 | - | - | - | 2,960,480 | 1/14/21 | 2,960,480 | - | Second 30% payment for June 2021 batch of Antminer units | |
| Order 5 | 40951 | Equipment Sale - Advance Payment | 12/18/20 | 1/15/21 | - | - | - | - | - | - | - | - | - | - | 3,359,436 | - | - | - | 3,359,436 | 1/14/21 | 3,359,436 | - | Second 30% payment for July 2021 batch of Antminer units | |
| Order 6 | 40955 | Equipment Sale - Advance Payment | 12/18/20 | 1/15/21 | - | - | - | - | - | - | - | - | - | - | 1,931,676 | - | - | - | 1,931,676 | 1/14/21 | 1,931,676 | - | Second 30% payment for August 2021 batch of Antminer units | |
| Order 7 | 40959 | Equipment Sale - Advance Payment | 12/18/20 | 1/15/21 | - | - | - | - | - | - | - | - | - | - | 3,133,971 | - | - | - | 3,133,971 | 1/14/21 | 3,133,971 | - | Second 30% payment for September 2021 batch of Antminer units | |
| Order 1 | 40936 | Equipment Sale - Advance Payment | 12/18/20 | 2/15/21 | - | - | - | - | - | - | - | - | - | - | 4,068,646 | - | - | - | 4,068,646 | 2/15/21 | 4,068,646 | - | Final 50% payment for March 2021 batch of Antminer units | |
| Order 2 | 40940 | Equipment Sale - Advance Payment | 12/18/20 | 3/15/21 | - | - | - | - | - | - | - | - | - | - | 4,716,250 | - | - | - | 4,716,250 | 3/15/21 | 4,716,250 | - | FBO Celsius Core LLC for Order 2: final 50% payment for April 2021 batch of Antminer units | |
| Order 3 | 40944 | Equipment Sale - Advance Payment | 12/18/20 | 4/15/21 | - | - | - | - | - | - | - | - | - | - | 4,934,133 | - | - | - | 4,934,133 | 4/15/21 | 4,934,133 | - | FBO Celsius Core LLC for Order 3: final 50% payment for May 2021 batch of Antminer units | |
| Order 4 | 40948 | Equipment Sale - Advance Payment | 12/18/20 | 5/14/21 | - | - | - | - | - | - | - | - | - | - | 4,934,133 | - | - | - | 4,934,133 | 5/12/21 | 4,934,133 | - | Equipment sales - advance payment: (1) final 50% payment for 3,000 Units Antminer S19 (June 2021 Bitmain manufacturing batch) @ $2,695.00/unit and (2) final 50% payment for 500 Units Antminer S19 Pro (June 2021 Bitmain manufacturing batch) @$3,566.53/Unit | |
| Order 5 | 40952 | Equipment Sale - Advance Payment | 12/18/20 | 6/15/21 | - | - | - | - | - | - | - | - | - | - | 5,599,060 | - | - | - | 5,599,060 | 6/1/21 | 5,599,060 | - | Final 50% payment for July 2021 batch of Antminer units | |
| Order 6 | 40956 | Equipment Sale - Advance Payment | 12/18/20 | 7/15/21 | - | - | - | - | - | - | - | - | - | - | 3,219,425 | - | - | - | 3,219,425 | 7/15/21 | 3,219,425 | - | Final 50% payment for August 2021 batch of Antminer units | |
| Order 7 | 40960 | Equipment Sale - Advance Payment | 12/18/20 | 8/15/21 | - | - | - | - | - | - | - | - | - | - | 5,223,284 | - | - | - | 5,223,284 | 8/19/21 | 5,223,284 | - | FBO Celsius Core LLC for Order 7, equipment sales - advance payment: (1) final 50% payment for 2,450 Antminer S19J units (September 2021 Bitmain manufacturing batch) @ $2,799.53/unit and (2) final 50% payment for 1,000 Antminer S19J Pro units (September 2021 Bitmain manufacturing batch) @ $3,587.72/unit | |
| Order 3 | 41064 | Contractual Prepayment | 1/4/21 | 1/15/21 | 251,227 | - | - | - | - | - | - | - | - | - | - | - | - | - | 251,227 | 1/4/21 | 251,227 | - | Hosting contractual prepayments | |
| Order 4 | 40756 | Contractual Prepayment | 2/1/21 | 2/15/21 | 236,953 | - | - | - | - | - | - | - | - | - | - | - | - | - | 236,953 | 2/1/21 | 236,953 | - | Hosting contractual prepayments | |
| Order 3-4 | 41140 | January 2021 Actual, March 2021 Estimate | 2/15/21 | 2/25/21 | - | - | 497,542 | - | 1,998 | - | - | - | - | - | - | - | - | - | 499,540 | 2/15/21 | 499,540 | - | January 2021 hosting fee and March 2021 hosting estimate prepayment | |
| Order 3-4 | 41263 | February 2021 Actual, Reverse February 2021 Estimate, April 2021 Prepayment | 3/16/21 | 3/26/21 | - | (251,227) | 481,492 | - | 94,293 | - | - | - | - | - | - | - | - | - | 324,559 | 3/16/21 | 324,559 | - | Hosting for February 2021 (actual usage), April 2021 estimated usage prepayment, and reverse of February 2021 prepayment (Invoice 41064) | |
| | 41248 | 7% Sales Tax | 3/18/21 | 3/27/21 | - | - | - | - | - | - | - | - | - | - | - | - | - | 37,776 | 37,776 | 3/18/21 | 37,776 | - | Sales tax for Invoice 40751 and Invoice 40752 (January 2021) | |
| | 41247 | 7% Sales Tax | 3/19/21 | 3/27/21 | - | - | - | - | - | - | - | - | - | - | - | - | - | 267,870 | 267,870 | 3/19/21 | 267,870 | - | Sales tax for Invoice 40751 and Invoice 40752 (January 2021) | |
| Order 1 | 40937 | Contractual Prepayment Setup Fees | 4/5/21 | 4/15/21 | 416,100 | - | - | - | 45,360 | - | - | - | - | - | - | - | - | - | 461,460 | 4/5/21 | 461,460 | - | Hosting contractual prepayments and hosting actual usage | |
| Order 3-4 | 41379 | March 2021 Actual, Reverse March 2021 Prepayment, May 2021 | 4/16/21 | 4/26/21 | - | (236,953) | 497,542 | (497,542) | 376,762 | - | - | - | - | - | - | - | - | - | 139,809 | 4/16/21 | 139,809 | - | Hosting for March 2021 (actual usage), May 2021 estimate usage prepayments, and reverse of March 2021 prepayment (Invoice 41140 and Invoice 40756) | |
| Order 1 | 41460 | 6% Sales Tax on Order 1 | 5/3/21 | 5/14/21 | - | - | - | - | - | - | - | - | - | - | - | - | - | 14,654 | 14,654 | 5/3/21 | 14,654 | - | Sales tax for Invoices 40934, 40935, and 40936 (March 2021) | |
| Order 2 | 40941 | Contractual Prepayment Setup Fees | 5/5/21 | 5/14/21 | 484,773 | - | - | - | 52,500 | - | - | - | - | - | - | - | - | - | 537,273 | 5/5/21 | 537,273 | - | Hosting contractual prepayments and hosting actual usage | |
| Order 3-4 | 41648 | April 2021 Actual, Reverse April 2021 Prepayment, June 2021 Prepayment | 5/17/21 | 5/27/21 | - | - | 481,492 | (481,492) | 476,767 | - | - | - | - | - | - | - | - | - | 476,767 | 5/17/21 | 476,767 | - | Hosting for April 2021 (actual usage), June 2021 estimate usage prepayments, and reverse of April 2021 prepayment (Invoice 41263) | |
| Order 1 | 41649 | April 2021 Actual, June 2021 Prepayment | 5/17/21 | 5/27/21 | - | - | 393,435 | - | 224,711 | - | - | - | - | - | - | - | - | - | 618,146 | 5/17/21 | 618,146 | - | Hosting for April 2021 (actual usage) and June 2021 estimated usage prepayment | |
| Order 2 | 41692 | FBO Order 2 Sales Tax Calvert City, KY (6.0%) | 6/7/21 | 6/15/21 | - | - | - | - | - | - | - | - | - | - | - | - | - | 227,512 | 227,512 | 6/7/21 | 227,512 | - | Sales tax for Invoices 40938, 40939, 40940 (April 2021) | |
| Order 2 | 41693 | FBO Order 2 Sales Tax Marble, NC (Exempt) | 6/7/21 | 6/15/21 | - | - | - | - | - | - | - | - | - | - | 3,153,150 | (3,153,150) | - | - | - | | | - | FBO Order 2 Sales Tax Marble, NC (exempt), equipment sales: reverse of Antminer units deployed in May 2021 (April 2021 Bitmain manufacturing batch) | |
| Order 3 | 40945 | Contractual Prepayment Setup Fees | 6/7/21 | 6/15/21 | 484,773 | - | - | - | 52,500 | - | - | - | - | - | - | - | - | - | 537,273 | 6/7/21 | 537,273 | - | Hosting contractual prepayments and hosting actual usage | |
| Order 1-2 | 41706 | May 2021 Actual, Reverse May 2021 Prepayment, July 2021 Prepayment | 6/15/21 | 6/25/21 | - | (416,100) | 877,092 | - | 550,678 | - | - | - | - | - | - | - | - | - | 1,011,670 | 6/24/21 | 1,011,670 | - | Hosting for May 2021 (actual usage), July 2021 estimated usage prepayment, and reverse of May 2021 prepayment (Invoice 40937) | |
| Order 3-4 | 41705 | May 2021 Actual, Reverse May 2021 Prepayment, July 2021 Prepayment | 6/15/21 | 6/25/21 | - | - | 497,542 | (497,542) | 492,307 | - | - | - | - | - | - | - | - | - | 492,307 | 6/24/21 | 492,307 | - | Hosting for May 2021 (actual usage), July 2021 estimated usage prepayment, and reverse of May 2021 prepayment (Invoice 41379) | |
| Order 2 | 41734 | FBO Order 2 Sales Tax Calvert City, KY (6.0%) | 7/6/21 | 7/15/21 | - | - | - | - | - | - | - | - | - | - | - | - | - | 148,602 | 148,602 | | | 148,602 | Sales tax for Invoices 40938, 40939, and 40940 (April 2021) | No payment evidence provided. |
| Order 2 | 41735 | FBO Order 2 Sales Tax Marble, NC (Exempt) | 7/6/21 | 7/15/21 | - | - | - | - | - | - | - | - | - | - | 10,780 | (10,780) | - | - | - | | | - | FBO Order 2 Sales Tax Marble, NC (Exempt), equipment sales: application of advanced payment for assets deployed in June 2021 | |
| Order 3 | 41739 | FBO Order 3 Sales Tax Marble, NC (Exempt) | 7/6/21 | 7/15/21 | - | - | - | - | - | - | - | - | - | - | 9,868,265 | (9,868,265) | - | - | - | | | - | FBO Order 3 Sales Tax Marble, NC (Exempt), equipment sales: application of advanced payment for assets deployed in June 2021 | |
| Order 4 | 40949 | Contractual Prepayment Setup Fees | 7/6/21 | 7/15/21 | 484,773 | - | - | - | 52,500 | - | - | - | - | - | - | - | - | - | 537,273 | 7/15/21 | 537,273 | - | Hosting contractual prepayments and setup fees | |
| Order 4 | 41763 | FBO Order 4 Sales Tax Marble, NC (Exempt) | 7/6/21 | 7/15/21 | - | - | - | - | - | - | - | - | - | - | 513,580 | (513,580) | - | - | - | | | - | FBO Order 4 Sales Tax Marble, NC (Exempt), equipment sales: application of advanced payment for assets deployed in June 2021 (Invoices 40946, 40947, and 40948) | |
| Order 1-4 | 41776 | June 2021 Actual, Reverse June 2021 Prepayment, August 2021 Prepayment | 7/15/21 | 7/26/21 | - | (484,773) | 1,818,177 | (393,435) | 1,121,258 | - | - | - | - | - | - | - | - | - | 2,061,228 | 7/23/21 | 2,061,228 | - | Hosting for June 2021 (actual usage), August 2021 estimated usage prepayment, and reverse of June 2021 prepayment (Invoice 41649 and 40941) | |
| Order 3-4 | 41777 | June 2021 Actual, Reverse June 2021 Prepayment, August 2021 Prepayment | 7/15/21 | 7/26/21 | - | - | 497,542 | (481,492) | 477,918 | - | - | - | - | - | - | - | - | - | 493,968 | 7/23/21 | 493,968 | - | Hosting for June 2021 (actual usage), August 2021 estimated usage prepayment, and reverse of June 2021 prepayment (Invoice 41648) | |
| Order 4 | 41818 | FBO Order 4 Sales Tax - GA ST-CE1-Exemption | 8/2/21 | 8/15/21 | - | - | - | - | - | - | - | - | - | - | 5,109,720 | (5,109,720) | - | - | - | | | - | FBO Order 4 Sales Tax - GA ST-CE1-Exemption, equipment sales: application of advanced payment for assets deployed in June 2021 (Invoices 40946, 40947, and 40948) | |
| Order 4 | 41819 | FBO Order 4 Sales Tax Marble, NC (Exempt) | 8/2/21 | 8/15/21 | - | - | - | - | - | - | - | - | - | - | 2,724,985 | (2,724,985) | - | - | - | | | - | FBO Order 4 Sales Tax Marble, NC (Exempt), equipment sales: application of advanced payment for June 2021 Bitmain (Invoices 40946, 40947, and 40948) | |
| Order 5 | 40953 | Contractual Prepayment Setup Fees | 8/2/21 | 8/16/21 | 528,456 | - | - | - | 60,000 | - | - | - | - | - | - | - | - | - | 588,456 | 8/12/21 | 588,456 | - | Hosting contractual prepayments and hosting actual usage | |

**APPENDIX 25**
**CORE SCIENTIFIC INVOICE & PAYMENT TRACKING**

| Order No.[1] | Invoice # | Nature of Expense | Date | Due Date | Contractual Prepayment | Hosting (kWh x Rate) | Estimated Usage Prepayment | Reverse Usage Prepayment | Infrastructure Cost (kWh x unit price ($0.0116)) | Replacement Service | OPEX Fee (rate x units) | Power Pass Through Cost | Reimbursable Costs | Premium Support Services | Equipment Sales | Equipment Sales (Reversal) | Interest for Late Payment | Tax | Total Due per Invoice | Pmt Date | Total Paid per Celsius | Balance Outstanding | Notes per Invoice | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order 1-4 | 41830 | July 2021 Actual, Reverse July 2021 Prepayment, September 2021 Prepayment | 8/16/21 | 8/26/21 | - | (969,546) | 1,759,526.50 | (877,091.78) | 1,520,972 | - | - | - | - | - | - | - | - | - | 1,433,861 | 8/25/21 | 1,433,861 | - | Hosting for July 2021 (actual usage), September 2021 estimated usage prepayment, and reverse of July 2021 prepayment (Invoices 41706, 40945 and 40949) | |
| Order 3-4 | 41831 | July 2021 Actual, Reverse July 2021 Prepayment, September 2021 Prepayment | 8/16/21 | 8/26/21 | - | - | 481,492 | (497,542) | 493,601 | - | - | - | - | - | - | - | - | - | 477,551 | 8/25/21 | 477,551 | - | Hosting for July 2021 (actual usage), September 2021 estimated usage and prepayment, and reverse of July 2021 prepayment (Invoice 41705) | |
| Order 9 | 41867 | FBO Celsius Core, Order 9 | 8/16/21 | 8/19/21 | - | - | - | - | - | - | - | - | - | - | 12,842,925 | (11,198,120) | - | - | 1,644,805 | 8/20/21 | 1,644,805 | - | July 2021 equipment prepayment and reverse of July 2021 Bitmain manufacturing batch first 20%, second 30%, and final 50% (Invoices 40950, 40951, and 40952) | |
| Order 9 | Credit Memo 10127 | Credit Memo: Reverse Order 5, Order 9 Credit Contractual Prepayment Configuration Fee | 8/16/21 | | (75,126) | - | - | - | (10,905) | - | - | - | - | - | - | - | - | - | (86,031) | | | (86,031) | Credit memo: reverse Order 5 hosting contractual prepayments and add Order 9 contractual prepayment + configuration fee (Invoice 40953) | To be credited against future monthly invoices; reversed $86,031. See Celsius Mining, Core Scientific Hosting Services and Mining Equipment Spreadsheet (August 26, 2021). |
| Order 6 | 40957 | Contractual Prepayment Setup Fees | 9/6/21 | 9/15/21 | 303,862 | - | - | - | 34,500 | - | - | - | - | - | - | - | - | - | 338,362 | 9/14/21 | 338,362 | - | Hosting contractual prepayments and hosting actual | |
| Order 10 | 41995 | Contractual Prepayment Configuration Fees | 9/14/21 | 9/30/21 | 10,296,903 | - | - | - | 439,350 | - | - | - | - | - | - | - | - | - | 10,736,253 | 10/5/21 | 10,736,253 | - | First 35% March-December 2022 contractual prepayment (5 months), Second 35% September 2021 and March 2022 contractual prepayment (5 months), final 30% September 2021 contractual prepayment (5 months), and actual usage hosting configuration fees for September 2021 and March-December 2022 | $439,350 in "Batch Configuration Fees" are included under the "Infrastructure Cost" column. |
| Order 1-4 | 41968 | August 2021 Actual, Reverse August 2021 Prepayment, October 2021 Prepayment | 9/15/21 | 9/24/21 | - | - | 1,818,177 | (1,818,177) | 1,787,564 | - | - | - | - | - | - | - | - | - | 1,787,564 | 9/23/21 | 1,787,564 | - | Hosting for August 2021 (actual usage), October 2021 estimated usage prepayment, and reverse of August 2021 prepayment (Invoice 41776) | |
| Order 3-4 | 41969 | August 2021 Actual, Reverse August 2021 Prepayment, October 2021 Prepayment | 9/15/21 | 9/24/21 | - | - | 497,542 | (497,542) | 487,816 | - | - | - | - | - | - | - | - | - | 487,816 | 9/23/21 | 487,816 | - | Hosting for August 2021 (actual usage), October 2021 estimated usage prepayment, and reverse of August 2021 prepayment (Invoice 41777) | |
| Order 7 | 40961 | Contractual Prepayment Setup Fees | 10/4/21 | 10/15/21 | 451,531 | - | - | - | 51,750 | - | - | - | - | - | - | - | - | - | 503,281 | 10/20/21 | 503,281 | - | Hosting contractual prepayments and hosting actual usage | |
| Order 10 | 42004 | Contractual Prepayment | 10/4/21 | 10/20/21 | 1,342,548 | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,342,548 | 10/20/21 | 1,342,548 | - | Second 35% payment for Order 10 (April 2021) | |
| Order 1-4, 9 | 42063 | September 2021 Actual, Reverse September 2021 Prepayment, November 2021 Prepayment | 10/15/21 | 10/25/21 | - | - | 2,185,357 | (1,759,527) | 2,022,312 | - | - | - | - | 11,714 | - | - | - | - | 2,459,857 | 10/25/21 | 2,459,857 | - | Hosting for September 2021 (actual usage), November 2021 estimated usage prepayment, and reverse of September 2021 prepayment (Invoice 41830). Premium support services for October and November 2021 | |
| Order 3-4 | 42064 | September 2021 Actual, Reverse September 2021 Prepayment, November 2021 Prepayment | 10/15/21 | 10/25/21 | - | - | 481,492 | (481,492) | 468,991 | - | - | - | - | - | - | - | - | - | 468,991 | 10/25/21 | 468,991 | - | Hosting for September 2021 (actual usage), November 2021 estimated usage prepayment, and reverse of September 2021 prepayment (Invoice 41831). | |
| Order 7 | 42093 | FBO Celsius Core, Order 7 (ADJ) | 11/1/21 | 11/12/21 | - | - | - | - | - | - | - | - | - | - | 1,320,936 | - | - | - | 1,320,936 | 11/10/21 | 1,320,936 | - | Additional unit costs and shipping for equipment sale for September 2021 Bitmain manufacturing batch | |
| Order 6 | 42097 | FBO Order 6 Sales Tax Calvert City, KY (6.0%) | 11/1/21 | 11/15/21 | - | - | - | - | - | - | - | - | - | - | - | - | - | 277,155 | 277,155 | 11/10/21 | 277,155 | - | Sales tax for Invoices 40954, 40955, and 40956 (August 2021) | |
| Order 10 | 42005 | Contractual Prepayment | 11/1/21 | 11/19/21 | 669,848 | - | - | - | - | - | - | - | - | - | - | - | - | - | 669,848 | 11/19/21 | 669,848 | - | Second 35% Payment for Order 10 - May 2022 (5 month) | |
| Order 1-4, 6, 9 | 42116 | Oct 2021 Actual, Reverse October 2021 Prepayment, December 2021 Prepayment | 11/15/21 | 11/24/21 | - | (453,330) | 2,551,718 | (1,818,177) | 2,540,123 | - | - | - | - | (11,714) | - | - | - | - | 2,808,619 | 11/24/21 | 2,808,619 | - | Hosting for October 2021 (actual usage), December 2021 estimated usage prepayment, and reverse of October 2021 prepayment (Invoice 41968 and Credit Memo 10127). Reverse of premium support services for October and November 2021. | November 24, 2022 payment of $3,280,650.1 includes payment of two invoices (Invoice 42116 and Invoice 42118). |
| Order 3-4 | 42118 | October 2021 Actual, Reverse October 2021 Prepayment, December 2021 Prepayment | 11/15/21 | 11/24/21 | - | - | 497,542 | (497,542) | 472,031 | - | - | - | - | - | - | - | - | - | 472,031 | 11/24/21 | 472,031 | - | Hosting for October 2021 (actual usage), December 2021 estimated usage and prepayment, and reverse of October 2021 prepayment (Invoice 41969) | November 24, 2022 payment of $3,280,650.1 includes payment of two invoices (Invoice 42116 and Invoice 42118). |
| Order 10 | 42006 | Contractual Prepayment | 12/1/21 | 12/20/21 | 669,848 | - | - | - | - | - | - | - | - | - | - | - | - | - | 669,848 | 12/17/21 | 669,848 | - | Second 35% payment for Order 10 - June 2022 (5 months) | |
| Order 6 | 42158 | FBO Order 6 Sales Tax Calvert City, KY (6.0%) | 12/3/21 | 12/20/21 | - | - | - | - | - | - | - | - | - | - | - | - | - | 95,579 | 95,579 | 12/17/21 | 95,579 | - | Sales tax for Invoices 40954, 40955, and 40956 (August 2021) | |
| Order 6 | 42180 | FBO Order 7 Sales Tax Calvert City, KY (6.0%) | 12/3/21 | 12/20/21 | - | - | - | - | - | - | - | - | - | - | - | - | - | 202,137 | 202,137 | 12/17/21 | 202,137 | - | Sales tax for Invoices 42093 and 40958 (November 2021) | |
| Order 9 | 42157 | Sales Tax on Order 9 November 2021 Deployment | 12/3/21 | 12/20/21 | - | - | - | - | - | - | - | - | - | - | - | - | - | 33,196 | 29,146 | 12/17/21 | 29,146 | - | Sales tax for Invoice 41867 (July 2021). Invoice itemizes amount due as $29,146.19. | An unidentified credit for $4,050 appears to have been applied to this invoice as the total due was only $29,146 while the subparts add up to $33,196. |
| Order 1-4, 6, 7, 9, 1-A | 42206 | November 2021 Actual, Reverse November 2021 Prepayment, January 2022 Prepayment | 12/15/21 | 12/23/21 | - | (303,862) | 3,459,999 | (2,185,357) | 2,797,654 | - | - | - | - | - | - | - | - | - | 3,768,434 | 12/22/21 | 3,768,434 | - | Hosting for November 2021 (actual usage), January 2022 estimated usage prepayment, and reverse of November 2021 prepayment (Invoices 42063 and 40957) | |
| Order 3-4 | 42220 | November 2021 Actual, December 2021 Actual (12/1-12/8) Reverse November 2021 Prepayment | 12/15/21 | 12/23/21 | - | - | - | (481,492) | 598,512 | - | - | - | - | - | - | - | - | - | 117,020 | 12/22/21 | 117,020 | - | Hosting for November 2021 (actual usage), December 2021 (actual from 12/1-12/08), and reverse of November 2021 prepayment (Invoice 42064) | |
| Order 7 | 42225 | 6% Tax on Equipment | 1/4/22 | 1/20/22 | - | - | - | - | - | - | - | - | - | - | 3,274 | (3,274) | - | 196 | 196 | 1/20/22 | 196.44 | - | 6% tax on equipment sales. The equipment sales themselves ($3,274) were prepaid (Invoices 42093, 40958, and 40959) | January 20, 2022 payment of $670,043.94 includes two invoices (Invoice 42007 and Invoice 42225). |
| Order 10 | 42007 | Contractual Prepayment | 1/4/22 | 1/20/22 | 669,848 | - | - | - | - | - | - | - | - | - | - | - | - | - | 669,848 | 1/20/22 | 669,847.50 | - | Hosting services: second 35% Payment for Order 10 (2,350 M30S+ units or equivalent transferred in July 2021 batch). Contractual payment (5 months) - $1,913,850.00 applied as credit for hosting services as they become due | January 20, 2022 payment of $670,043.94 includes two invoices (Invoice 42007 and Invoice 42225). |
| Orders 1-4, 6, 7, 9, 10 | 42275 | December 2021 Actual, Reverse December 2021 Prepayment, February 2022 Prepayment | 1/18/22 | 1/25/22 | - | (451,531) | 3,125,160 | (3,049,260) | 3,478,560 | - | - | - | - | - | - | - | - | - | 3,102,929 | 1/24/22 | 3,102,928.58 | - | Hosting for December 2021 (actual usage), minus December 2021 contractual and estimated prepayments (Invoices 42116, 40961, and 42118), plus February 2022 estimated usage prepayment | |
| Order 10 | 42008 | Contractual Prepayment | 2/7/22 | 2/21/22 | 669,848 | - | - | - | - | - | - | - | - | - | - | - | - | - | 669,848 | 2/23/22 | 669,847.50 | - | Second 35% payment for Order 10 (2,350 M30S+ units or equivalent transferred in August 2020 batch). Contractual payment (5 months) - $1,913,850.00 applied as credit for hosting services as they become due | February 23, 2022 payment of $1,488,322.5 includes two invoices (Invoice 42008 and Invoice 42013). Also ties to contractual amount. |
| Order 10 | 42013 | Contractual Prepayment | 2/7/22 | 2/21/22 | 818,475 | - | - | - | - | - | - | - | - | - | - | - | - | - | 818,475 | 2/23/22 | 818,475.00 | - | Final 30% payment for Order 10 (3,530 M30S5+ units or equivalent transferred in March 2022 batch). Contractual payment $2,728,250.00 applied as credit for hosting services as they become due | February 23, 2022 payment of $1,488,322.5 includes two invoices (Invoice 42008 and Invoice 42013). Also ties to contractual amount. |
| Orders 1-4, 6, 7, 9, 10 | 42308 | January 2022 Actual, Reverse January 2022 Prepayment, March 2022 Prepayment | 2/15/22 | 2/25/22 | - | (337,160) | 3,459,999 | (3,459,999) | 3,972,555 | 4,392 | 17,213 | - | - | - | - | - | - | 1,291 | 3,658,291 | 2/23/22 | 3,658,290.86 | - | Hosting for January 2022 (actual usage), March 2022 usage prepayment, replacement parts and service for various locations, and reverse of January 2022 estimated prepayments and Order 10 contractual prepayment (1st out of 5 - Invoices 42206 and 41995) | |

**APPENDIX 25**
**CORE SCIENTIFIC INVOICE & PAYMENT TRACKING**

| Order No.[1] | Invoice # | Nature of Expense | Date | Due Date | Contractual Prepayment | Hosting (kWh x Rate) | Estimated Usage Prepayment | Reverse Usage Prepayment | Infrastructure Cost (kWh x unit price ($0.0116)) | Replacement Service | OPEX Fee (rate x units) | Power Pass Through Cost | Reimbursable Costs | Premium Support Services | Equipment Sales | Equipment Sales (Reversal) | Interest for Late Payment | Tax | Total Due per Invoice | Pmt Date | Total Paid per Celsius | Balance Outstanding | Notes per Invoice | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order 10 | 42009 | Contractual Prepayment | 3/7/22 | 3/21/22 | 669,848 | - | - | - | - | - | - | - | - | - | - | - | - | - | 669,848 | 3/22/22 | 669,847.50 | - | Second 35% payment for Order 10 (2,350 M3OS5+ units or equivalent transferred in September 2022 batch). Contractual payment - $1,913,850.00 applied as credit for hosting services as they become due | March 22, 2022 payment of $1,820,602.50 includes two invoices (Invoice 42009 and Invoice 42014). |
| Order 10 | 42014 | Contractual Prepayment | 3/7/22 | 3/21/22 | 1,150,755 | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,150,755 | 3/22/22 | 1,150,755.00 | - | Final 30% payment for Order 10 (4,710 M3OS5+ units or equivalent transferred in April 2022 batch). Contractual payment - $3,835,850.00 applied as credit for hosting services as they become due | March 22, 2022 payment of $1,820,602.50 includes two invoices (Invoice 42009 and Invoice 42014). |
| Orders 1-4, 6, 7, 9, 10 | 42397 | February 2022 Actual, Reverse February 2022 Prepayment, April 2022 Prepayment | 3/15/22 | 3/25/22 | - | (337,160) | 3,348,386 | (3,125,160) | 3,324,726 | 6,414 | 35,605 | - | - | - | - | - | - | 2,688 | 3,255,499 | 3/22/22 | 3,255,498.56 | - | Hosting for February 2022 (actual usage), April 2022 prepayment estimate, replacement parts and service (February 7, 2022 - March 6, 2022), and reverse of February 2022 prepayment (Invoices 42275 and 41995) | |
| Order 10 | 42010 | Contractual Prepayment | 4/4/22 | 4/20/22 | 669,848 | - | - | - | - | - | - | - | - | - | - | - | - | - | 669,848 | 4/14/22 | 669,847.50 | - | Second 35% payment for Order 10 (2,350 M3OS5+ units or equivalent transferred in October 2022 batch). Contractual payment - $1,913,850.00 applied as credit for hosting services as they become due | April 14, 2022 payment of $1,244,002.5 includes two invoices (Invoices 42010 and 42015). |
| Order 10 | 42015 | Contractual Prepayment | 4/4/22 | 4/20/22 | 574,155 | - | - | - | - | - | - | - | - | - | - | - | - | - | 574,155 | 4/14/22 | 574,155.00 | - | Final 30% payment for Order 10 (2,350 M3OS5+ units or equivalent transferred in May 2022 batch). Contractual payment - $1,913,850.00 applied as credit for hosting services as they become due | April 14, 2022 payment of $1,244,002.5 includes two invoices (Invoices 42010 and 42015). |
| Orders 1-4, 6, 7, 9, 10 | 42427 | March 2022 Actual, Reverse March 2022 Prepayment, May 2022 Prepayment | 4/15/22 | 4/25/22 | - | (337,160) | 3,459,999 | (3,459,999) | 3,927,106 | 6,290 | 49,845 | - | - | - | - | - | - | 3,599 | 3,649,680 | 4/22/22 | 3,649,679.76 | - | Hosting for March 2022 (actual usage), May 2022 prepayment estimate, replacement parts and service (March 7, 2022 - April 4, 2022), and reverse of March 2022 prepayment (Invoices 42308 and 41995) | |
| Order 10 | No Invoice | Contractual Prepayment | 5/1/22 | | 669,848 | | | | | | | | | | | | | | 669,848 | | | 669,848 | Hosting services - 35% prepayment (May 2022) | Disputed contractual prepayment. |
| Order 10 | No Invoice | Contractual Prepayment | 5/1/22 | | 574,155 | | | | | | | | | | | | | | 574,155 | | | 574,155 | Hosting services - 30% prepayment (May 2022) | Disputed contractual prepayment. |
| Orders 1-4, 6, 7, 9, 10 | 42474 | April 2022 Actual, Reverse April 2022 Prepayment, June 2022 Prepayment | 5/16/22 | 5/26/22 | - | (337,160) | 3,661,577 | (3,348,386) | 3,980,087 | 5,927 | 31,825 | - | 2,933 | - | - | - | - | 2,338 | 3,999,141 | 5/26/22 | 3,999,140.71 | - | Hosting for April 2022 (actual usage), June 2022 prepayment estimate, replacement parts and service (April 4, 2022- May 2, 2022), and reverse of April 2022 prepayment estimate (Invoices 42397 and 41995) | |
| Order 10 | No Invoice | Contractual Prepayment | 6/1/22 | | 669,848 | | | | | | | | | | | | | | 669,848 | | | 669,848 | Hosting services - 35% prepayment (June 2022) | Disputed contractual prepayment. |
| Order 10 | No Invoice | Contractual Prepayment | 6/1/22 | | 574,155 | | | | | | | | | | | | | | 574,155 | | | 574,155 | Hosting services - 30% prepayment (June 2022) | Disputed contractual prepayment. |
| Orders 1-4, 6, 7, 9, 10 | 42520 | May 2022 Actual, Reverse May 2022 Prepayment, July 2022 Prepayment | 6/17/22 | 6/27/22 | - | (337,160) | 3,783,630 | (3,459,999) | 4,165,141 | 7,919 | 33,576 | - | - | - | - | - | - | 2,494 | 4,195,599 | 6/27/22 | 4,195,599.19 | - | Hosting for May 2022 (actual usage), July 2022 prepayment estimate, replacement parts and service (May 2, 2022- June 3, 2022), and reverse of May 2022 prepayment (Invoices 42427 and 41995) | |
| Order 10 | No Invoice | Contractual Prepayment | 7/1/22 | | 574,155 | | | | | | | | | | | | | | 574,155 | | | 574,155 | Hosting services - 30% prepayment (July 2022) | Disputed contractual prepayment. |
| Orders 1-4, 6, 7, 9, 10 | 42583 | June 2022 Actual, Reverse June 2022 Prepayment, August 2022 Prepayment | 7/15/22 | 7/25/22 | - | - | 3,783,630 | (3,661,577) | 3,490,280 | 5,994 | 23,488 | 911,430 | - | - | - | - | - | 1,737 | 4,554,981 | 7/25/22 | 3,783,629.61 | 771,351 | Hosting for June 2022 (actual usage), August 2022 prepayment estimate, May 2022 and June 2022 Power Costs Pass-through, replacement parts and service for various locations, and reverse of June 2022 prepayment (Invoice 42474) | "[A]mounts differ from invoice because we did not pay pre-petition." Email from Alvarez & Marsal to the Examiner re Celsius Examiner Document Requests (December 1, 2022). |
| Order 10 | No Invoice | Contractual Prepayment | 8/1/22 | | 574,155 | | | | | | | | | | | | | | 574,155 | | | 574,155 | Hosting services - 30% prepayment (September 2022) | Disputed contractual prepayment. |
| Orders 1-4, 6, 7, 9, 10 | 42658 | July 2022 Actual, Reverse July 2022 Prepayment, September 2022 Prepayment | 8/16/22 | 8/26/22 | - | - | 4,714,367 | (3,783,630) | 3,482,443 | 12,504 | 44,501 | 1,031,169 | 8,767 | - | - | - | - | 3,357 | 5,513,479 | 8/26/22 | 5,184,266.52 | 329,212 | Hosting for July 2022 (actual usage), September 2022 prepayment estimate, July 2022 Power Costs Pass-through, replacement parts and service for various locations, and reverse of July 2022 prepayment (Invoice 42520) | "[A]mounts differ from invoice because we did not pay pre-petition." Email from Alvarez & Marsal to the Examiner re Celsius Examiner Document Requests (December 1, 2022). |
| Order 10 | No Invoice | Contractual Prepayment | 9/1/22 | | 574,155 | | | | | | | | | | | | | | 574,155 | | | 574,155 | Hosting services - final 30% payment for Order 10 | Disputed contractual prepayment. |
| Orders 1-4, 6, 7, 9, 10 | 42672 | August 2022 Actual, Reverse August 2022 Prepayment, October 2022 Prepayment | 9/15/22 | 9/26/22 | - | - | 4,871,512 | (3,783,630) | 3,575,140 | 18,025 | 54,669 | 1,740,896 | - | - | - | - | - | 4,403 | 6,481,015 | 9/29/22 | $3,843,774.67 | 2,637,240 | Hosting for August 2022 (actual usage), October 2022 prepayment estimate, August 2022 Power Costs Pass-through, replacement parts and service for various locations, and reverse of August 2022 prepayment (Invoice 42583) | "[A]mounts differ from invoice because we removed power cost pass through and credited previous paid power cost pass throughs." Email from Alvarez & Marsal to the Examiner re Celsius Examiner Document Requests (December 1, 2022). |
| Order 1-4, 6, 7, 9, 10 | 42724 | September 2022 Actual, Reverse September 2022 Prepayment, November 2022 Prepayment | 10/17/22 | 10/27/22 | - | - | 4,419,719 | (4,714,367) | 3,716,898 | 12,688 | 42,381 | 1,505,940 | - | - | - | - | - | 3,346 | 4,986,605 | 10/27/22 | 3,480,665.00 | 1,505,940 | Hosting for September 2022 (actual usage), November 2022 prepayment estimate, September 2022 Power Costs Pass-through, replacement parts and service for various locations, and reverse of September 2022 prepayment (Invoice 42658) | Disputed power costs pass-through. |
| Order 1-4, 6, 7, 9, 10 | 42778 | October 2022 Actual, Reverse October 2022 Prepayment, December 2022 Prepayment | 11/15/22 | 11/25/22 | - | - | 4,567,043 | (4,871,512) | 4,694,811 | 13,444 | 61,176 | 1,521,007 | - | - | - | - | - | 4,819 | 5,990,788 | 11/23/22 | 4,469,780.70 | 1,521,007 | Hosting for October 2022 (actual usage), December 2022 prepayment estimate, October 2022 Power Costs Pass-through, replacement parts and service for various locations, and reverse of October 2022 prepayment (Invoice 42672) | Disputed power costs pass-through. |
| | 42773 | Interest for Late Payment | 11/15/22 | 11/25/22 | - | - | - | - | - | - | - | - | - | - | - | - | 97,890 | - | 97,890 | | | 97,890 | Interest for Late Payment - Invoices 42658, 42672, and 42724; interest: 19.56%/year | Disputed interest. |
| Order 1-4, 6, 7, 9, 10 | 42818 | November 2022 Actual, Reverse November 2022 Prepayment, January 2023 Prepayment | 12/15/22 | 12/26/22 | - | - | 4,719,404 | (4,419,719) | 4,531,047 | 12,530 | 47,546 | 843,129 | - | - | - | - | - | 3,578 | 5,737,516 | 12/22/22 | 4,894,386.19 | 843,129 | Hosting for November 2022 (actual usage), January 2023 prepayment estimate, November 2022 Power Costs Pass-through, replacement parts and service for various locations, and reverse of November 2022 prepayment Invoice 42724) | Disputed power costs pass-through. |
| | 42819 | Interest for Late Payment | 12/15/22 | 12/26/22 | - | - | - | - | - | - | - | - | - | - | - | - | 74,637 | - | 74,637 | | | 74,637 | Interest for Late Payment - Invoices 42658, 42672, 42724, and 42778; interest: 19.56%/year | Disputed interest. |
| **Totals:** | | | | | **$25,979,712** | **($5,253,122)** | **$67,689,129** | **($58,402,682)** | **$64,122,617** | **$106,125** | **$441,825** | **$7,553,572** | **$2,508,575** | **$0** | **$87,859,524** | **($32,581,874)** | **$172,528** | **$1,338,327** | **$161,530,204** | | **$149,476,755** | **$12,053,449** | | |

Footnotes and Source Documents:
[1] Order 8 invoices and related payments were excluded since Order 8 was canceled and all payments were credited.
[2] All invoice details are sourced from Core Scientific invoices provided by Celsius and identified by the invoice number, except where noted.
[3] Payment detail included in the analysis is sourced from the Celsius's books and records, per the following files:
  i. Celsius Mining, Payment Evidence Spreadsheet (November 1, 2022).
  ii. Celsius Mining, Core Scientific 2H21 Payment List Spreadsheet (received November 30, 2022).
  iii. Celsius Mining, Core Scientific Paid to Date Spreadsheet (June 25, 2021).
  iv. Celsius Mining, Core Scientific Hosting Services and Mining Equipment Spreadsheet (August 26, 2021).
  v. Celsius Mining, Examiner Data Spreadsheet (December 27, 2022).
  vi. Celsius Mining, Core Scientific Payment Evidence Spreadsheet (received January 5, 2023).
  vii. Celsius Mining, Celsius Mining Bank Transactions (November 10, 2022) [CEL-UCC-00207019].