# APPENDIX 26

## EZ BLOCKCHAIN INVOICE & PAYMENT TRACKING

**APPENDIX 26**
**EZ BLOCKCHAIN INVOICE & PAYMENT TRACKING**

| Invoice No. | Nature of Expense | Date | Due Date | Miners | kWh | Hosting (kWh x Rate) | Pre-pay Hosting (kWh x Rate) | Less Hosting Prepayment | Infrastructure Cost (kWh x unit price ($0.0116)) | Equipment Setup Charge | OPEX Fee (rate x units) | Deposit | Less Deposit Discount | Contractual Prepayment | Less Contract Prepayment | Total Due per Invoice | Pmt Date | Total Paid per Celsius | Balance Outstanding | Notes per Invoice | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Per Contract | N/A | 1/28/22 | 1/28/22 | | | | - | - | - | - | - | 1,751,940 | - | 875,970 | - | 2,627,910 | 1/28/22 | 2,627,910 | - | | Per January 27, 2022 hosting agreement: deposit and 1st month prepayment. |
| Per Contract | N/A | 2/23/22 | 2/23/22 | | | | - | - | - | 60,000 | - | 1,138,925 | - | 569,462 | - | 1,768,387 | 2/23/22 | 1,768,387 | - | | Per February 22, 2022 hosting agreement: deposit, 1st month prepayment, and equipment setup charge. |
| Per Contract | N/A | 3/18/22 | 3/18/22 | | | | - | - | - | 66,000 | - | 1,156,447 | - | 578,223 | - | 1,800,670 | 3/18/22 | 1,800,670 | - | | Per March 15, 2022 hosting agreement: deposit, 1st month prepayment, and equipment setup charge. |
| 3039 | April Estimate | 3/23/22 | 3/24/22 | 2,991 | 6,985,330 | 0.0800 | 558,826 | - | - | - | 15,450 | - | (97,330) | - | (476,946) | - | | - | April prepayment based on 2,991 Miners and estimated kWh of 6,985,330 at a Billing Rate of $0.080/kWh. Security charge = $13,200 for 24 hours per day security to protect miners from 3/1/22 through 3/11/22. Monitoring software = $1,500 for 3,000 miners at $0.50 in April 2022 and $750 for 3,000 miners for half of March 2022. Apply 1st month prepayment. | |
| 3044 | March Actual | 3/31/22 | 3/31/22 | | 4,288,932 | 0.0816 | - | - | 350,046 | - | - | - | - | - | (350,046) | - | | - | March 2022 actual hosting services based on kWh of 4,288,932 at a Billing Rate of $0.08161613/kWh. Apply 1st month prepayment. | |
| 3054 | May Estimate | 4/22/22 | 4/25/22 | 2,991 | 7,032,139 | 0.0800 | 562,571 | - | - | - | - | - | (97,330) | - | (48,978) | 416,264 | 4/28/22 | 416,264 | - | May 2022 prepayment based on 2,991 Miners and estimated kWh of 7,032,139 at a Billing Rate of $0.080/kWh. Apply 1st month prepayment. | |
| 3056 | April Actual | 4/30/22 | 5/1/22 | | 7,478,820 | 0.1122 | - | (558,826) | 839,020 | - | - | - | - | - | - | 280,193 | 5/13/22 | 280,193 | - | April 2022 actual hosting services based on 7,478,820 at a Billing Rate of $0.100944. Apply April prepayment (Invoice 3039). | |
| 3063 | June Estimate | 5/25/22 | 5/25/22 | | 7,478,820 | 0.1122 | 839,020 | - | - | - | - | - | (97,330) | - | - | 741,690 | 5/26/22 | 741,690 | - | June 2022 prepayment based on most recent actuals of April 2022 kWh of 7,478,820 at a Billing Rate of $0.1121861/kWh. | |
| 3066 | May Actual | 5/31/22 | 6/1/22 | | 7,453,051 | 0.1335 | - | (562,571) | 994,920 | - | 1,500 | - | - | - | - | 433,849 | 6/3/22 | 433,849 | - | May 2022 actual hosting services based on 7,453,051.20 kWh at a Billing Rate of $0.13349166. Monitoring software = $1,500 for 3,000 miners in May 2022. Apply May prepayment (Invoice 3054). | |
| 3075 | July Estimate | 6/21/22 | 6/21/22 | 3,000 | 7,118,280 | 0.0800 | 569,462 | - | - | - | - | - | (63,273) | - | (506,189) | - | | - | July prepayment based on 3,000 Miners and estimated kWh of 7,118,280 at a Billing Rate of $0.080/kWh - Location West Point, GA. Apply 1st month prepayment. | |
| 3082 | June Actual | 6/30/22 | 6/30/22 | 2,400 | 2,921,096 | 0.1513 | - | - | 441,935 | - | 1,200 | - | - | - | (63,273) | 379,863 | 7/11/22 | 379,863 | - | June 2022 actual hosting services based on 2,921,096 kWh at a Billing Rate of $0.151291. Monitoring software = $1,200 for 2,400 miners. Apply 1st month prepayment. | |
| | | | | Totals: | | | $2,529,880 | ($1,121,398) | $2,625,922 | $126,000 | $18,150 | $4,047,312 | ($355,263) | $2,023,655 | ($1,445,432) | $8,448,826 | | $8,448,826 | - | | |

Footnotes and Source Documents:

[1] All invoice details are sourced from EZ Blockchain invoices provided by Celsius and identified by the invoice number, except where noted. Where noted, entry details are sources from Celsius Mining's contracts with EZ Blockchain. *See* EZ Blockchain Hosting Agreement (January 26, 2022); EZ Blockchain Hosting Agreement (February 22, 2022); EZ Blockchain Hosting Agreement (March 15, 2022).

[2] Payment detail included in the analysis is sourced from the Celsius's books and records, per the following files:
   i. Celsius Mining, Payment Evidence Spreadsheet (November 1, 2022).
   ii. Celsius Mining, Celsius Mining Bank Transactions (November 10, 2022) [CEL-UCC-00207019].