# APPENDIX 27

# LUNA SQUARES INVOICE & PAYMENT TRACKING

**APPENDIX 27**
**LUNA SQUARES INVOICE & PAYMENT TRACKING**

| Invoice No. | Nature of Expense | Date | Due Date | kWh | Rate | Hosting (kWh x Rate) | Power Deposit | Less Deposit Paid | Infrastructure Cost (kWh x unit price ($0.0116)) | Operating Margin | OPEX Fee (rate x units) | Curtailment Charges | Sales Tax | Total Due per Invoice | Pmt Date | Total Paid per Celsius | Total Paid per Luna[3] | Balance Outstanding | Notes per Invoice | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Invoice Expense Detail[1]* | | | | | | | | | *Payment Detail[2]* | | | | | |
| 275 | March Deposit | 3/31/22 | 4/14/22 | | | - | 541,952 | - | - | - | - | - | - | 541,952 | 4/14/22 | 541,952 | 541,952 | - | Power Deposit on 2,000 units | |
| 292 | April Deposit | 4/13/22 | 4/27/22 | | | - | 1,083,904 | - | - | - | - | - | - | 1,083,904 | 5/3/22 | 1,083,904 | 1,083,904 | - | Power Deposit on 4,000 units | May 3, 2022 payment of $2,709,760 includes payment of two invoices: Invoice 292 and Invoice 293. |
| 293 | May Deposit | 4/21/22 | 5/5/22 | | | - | 1,625,856 | - | - | - | - | - | - | 1,625,856 | 5/3/22 | 1,625,856 | 1,625,856 | - | Power Deposit on 6,000 units | May 3, 2022 payment of $2,709,760 includes payment of two invoices: Invoice 292 and Invoice 293. |
| 312 | June Deposit | 5/17/22 | 5/24/22 | | | - | 3,522,688 | - | - | - | - | - | - | 3,522,688 | 5/25/22 | 3,522,688 | 3,522,688 | - | Power Deposit on 13,000 units | |
| 326 | April Actual | 6/9/22 | 6/23/22 | 1,542,399 | 0.084 | 129,870 | - | - | 32,668 | - | - | - | 9,752 | 172,290 | 6/27/22 | 172,290 | 172,290 | - | | June 27, 2022 payment of $859,746.35 includes payment of two invoices: Invoice 324 and Invoice 326. |
| 324 | May Actual | 6/9/22 | 6/23/22 | 6,154,338 | 0.084 | 518,195 | - | - | 130,349 | - | - | - | 38,913 | 687,457 | 6/27/22 | 687,456 | 687,457 | - | | June 27, 2022 payment of $859,746.35 includes payment of two invoices: Invoice 324 and Invoice 326. |
| 331 | March, April, May, and June Additional Deposit | 6/17/22 | 7/1/22 | | | - | 4,931,333 | - | - | - | - | - | - | 4,931,333 | 6/24/22 | 4,931,333 | 4,931,333 | - | Additional Power Deposit on: (1) Invoice 275 - 2,000 units for March 2022 ($394,506.60), (2) Invoice 292 - 4,000 units for April 2022 ($789,013.20), (3) Invoice 293 - 6,000 units for May 2022 ($1,183,519.80), (4) Invoice 312 - 13,000 units for June 2022 ($2,564,292.90) | |
| 340 | June 2022 Hosting Services | | | | | 1,297,457 | | | | | | | | 1,297,457 | | | - | 1,297,457 | | No invoice provided. Appears in the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases as cure amounts. [4] Listed as "Open" by Luna Squares. |
| 335 | July Deposit | 7/5/22 | 7/12/22 | | | - | 5,027,400 | (1,404,688) | - | - | - | - | - | 3,622,712 | 7/8/22 | 3,622,712 | 3,622,712 | - | Power Deposit on 8,820 units for 3 months ($5,027,400) less deposit ($1,404,687.90) | |
| 357 | July Actual | 8/8/22 | 8/9/22 | 7,528,037 | 0.074 | 557,075 | - | - | 87,325 | 64,440 | - | - | 46,075 | 754,915 | 8/15/22 | 754,915 | 754,915 | - | | |
| 362 | July Actual (GA) | 8/31/22 | 9/1/22 | 707,457 | 0.097 | 68,784 | - | - | 8,207 | 7,699 | - | - | - | 84,689 | 9/9/22 | 84,689 | 84,689 | - | | September 9, 2022 payment of $771,385.04 includes payment of two invoices: Invoice 362 and Invoice 365. |
| 356 | July 2022 Hosting Services - (July 1 -13) (PA site) | | | | | 545,216 | | | | | | | | 545,216 | | | - | 545,216 | | No invoice provided. Appears in the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases as cure amounts. [4] Listed as "Open" by Luna Squares. |
| 365 | August Actual (GA) | 9/7/22 | 9/8/22 | 5,430,858 | 0.103 | 561,271 | - | - | 62,998 | 62,427 | - | - | - | 686,696 | 9/9/22 | 686,696 | 686,696 | - | | September 9, 2022 payment of $771,385.04 includes payment of two invoices: Invoice 362 and Invoice 365. |
| 367 | August Actual (PA) | 9/13/22 | 9/14/22 | 14,306,625 | 0.081 | 1,163,479 | - | - | 165,957 | 132,944 | - | - | 95,055 | 1,557,435 | 9/16/22 | 1,557,435 | 1,557,435 | - | | |
| 378 | September Actual (GA) | 10/7/22 | 10/8/22 | 6,665,903 | 0.086 | 574,225 | - | - | 77,324 | 65,155 | - | - | - | 716,704 | 10/14/22 | 716,704 | 716,704 | - | | |
| 379 | September 2022 (PA) | 10/18/22 | 10/19/22 | 14,870,354 | 0.070 | 1,038,933 | - | - | 172,496 | 121,143 | - | - | 86,617 | 1,419,190 | 10/21/22 | 1,419,190 | 1,419,190 | - | | |
| 384 | October Actual (PA) | 11/9/22 | 11/10/22 | 14,890,172 | 0.061 | 905,755 | - | - | 172,726 | 107,848 | - | - | 77,111 | 1,263,441 | 11/10/22 | 1,263,441 | | - | | No data provided by Luna Squares post-September 2022. |
| 386 | October Actual (GA) | 11/21/22 | 12/5/22 | 2,121,313 | 0.072 | 152,435 | - | - | 24,607 | 32,151 | 21,697 | 122,774 | - | 353,665 | 12/9/22; 12/16/22 | 290,640.86 | | 63,024 | OPEX Fee (rate x units: 8,820 * $2.46); Curtailment Charges (days x daily rate: 21*$5,846.40) | Partial payment of $194,746.29 made on December 9, 2022. December 16, 2022 payment of $1,397,012.32 includes payment of three invoices: Invoice 386 (remainder), Invoice 397, and Invoice 398. No data provided by Luna Squares post-September 2022. |
| Credit Memo 25 | Curtailment Charges Refund | 12/13/22 | 12/13/22 | | | (57,295) | | | - | (5,729) | | | - | (63,024) | | | (63,024) | | Credit against balance on Invoice 386 for disputed curtailment charges. No data provided by Luna Squares post-September 2022. |
| 397 | November Actual (PA) | 12/13/22 | 12/14/22 | 13,851,796 | 0.059 | 815,685 | - | - | 160,681 | 97,637 | - | - | 64,440 | 1,138,443 | 12/16/22 | 1,138,443 | | - | | December 16, 2022 payment of $1,397,012.32 includes payment of three invoices: Invoice 386 (remainder), Invoice 397, and Invoice 398. No data provided by Luna Squares post-September 2022. |
| 398 | November Actual (GA) | 12/14/22 | 12/15/22 | - | - | - | - | - | - | 14,789 | 30,958 | 116,928 | - | 162,674.82 | 12/16/22 | 162,675 | | - | | December 16, 2022 payment of $1,397,012.32 includes payment of three invoices: Invoice 386 (remainder), Invoice 397, and Invoice 398. No data provided by Luna Squares post-September 2022. |
| | **Totals:** | | | | | $8,271,086 | $16,733,133 | ($1,404,688) | $1,095,338 | $700,503 | $52,655 | $239,702 | $417,963 | $25,943,017 | | $24,100,344 | $21,407,820 | $1,842,673 | | |

Footnotes and Source Documents:
[1] All invoice details are sourced from Luna Squares' invoices provided by Celsius and identified by the invoice number, except where noted.
[2] Payment detail included in the analysis is sourced from Celsius's books and records, per the following files:
  i. Celsius Mining, Payment Evidence Spreadsheet (November 1, 2022).
  ii. Celsius Mining, Luna Squares Payment Evidence Spreadsheet (received January 5, 2023).
  iii. Celsius Mining, Examiner Data Spreadsheet (December 27, 2022).
  iv. Celsius Mining, Celsius Mining Bank Transactions (November 10, 2022) [CEL-UCC-00207019].
  v. Celsius Mining, Luna Squares Payment Evidence 2 Spreadsheet (received January 18, 2023).
[3] Mawson Infrastructure Group, Celsius Payment Schedule Spreadsheet (received November 23, 2022).
[4] Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases (November 7, 2022) (Dkt. 1300), at 14.