# APPENDIX 28

# MIDLAND ENERGY PROVIDERS INVOICE & PAYMENT TRACKING (ONCOR, CONSTELLATION AND MOTHERSHIP)

**APPENDIX 28**
**MIDLAND ENERGY PROVIDERS INVOICE & PAYMENT TRACKING (ONCOR, CONSTELLATION AND MOTHERSHIP)**

| Provider | Transaction ID or Invoice No. | Nature of Expense | Date | Due Date | Site | kWh | Hosting (kWh x Rate) | Contract or Block Charges (kWh x rate) | Block Credit | Infrastructure Cost (kWh x unit price ($0.0116)) | Settlement True-up | OPEX Fee (rate x units) | Renewal Energy Credit | Retail Adder | TDSP Charges | UDC Charges | Tax Charges | Market Charges | Adjustment Charges | Transaction Line Charges | Relocation Cost | Total Due per Invoice / Total New Charges | Pmt Date | Total Paid per Celsius | Balance Outstanding | Notes per Invoice | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oncor | 18601 | Facilities Relocation | 5/25/22 | | | | | | | | | | | | | | | | | | 68,100 | 68,100 | 6/17/22 | 68,100 | - | | Cost to relocate facilities at customer's request crossing St Hwy 15 |
| Constellation | 63195599701 | 8/5/22 - 8/15/22 | 8/16/22 | 9/6/22 | Garden City | - | 0.0035 | - | - | - | - | - | - | - | - | 137 | 9 | - | - | - | - | 146 | 9/16/22 | 146 | - | | |
| Constellation | 63432340002 | 8/15/22 - 9/14/22 | 9/20/22 | 10/11/22 | Garden City | 1,316 | 0.0035 | 5 | - | - | - | - | - | - | - | 492 | 40 | 122 | (1,014) | 6 | - | (349) | 10/14/22 | 669 | (1,018) | Reflects Reversal of Previous Invoice634323400 | |
| Constellation | 63659114901 | 9/14/22 - 10/13/22 | 10/17/22 | 11/7/22 | Garden City | 3,564,836 | 0.0035 | 12,477 | - | - | - | - | - | - | - | 57,037 | 19,088 | 218,185 | - | 11,634 | - | 318,420 | 11/10/22 | 318,420 | - | | |
| Constellation | 63808112701 | 10/13/22 - 11/3/22 | 11/5/22 | 11/26/22 | Garden City | 4,494,336 | 0.0035 | 15,730 | - | - | - | - | - | - | - | 42,666 | 17,113 | 199,977 | - | 10,892 | - | 286,379 | 1/26/22 | 286,379 | - | | January 26, 2023 payment of $251,422.17 reflects payment/credit on five invoices: 63808112701 (dated November 5, 2022), 63195599703 (dated December 13, 2022), 63808112702 (dated December 14, 2022), 63432340003 (dated December 14, 2022), and 63659114902 (dated December 14, 2022). |
| Constellation | 63195599703 | 8/5/22 - 8/15/22 | 12/13/22 | 1/3/23 | Garden City | - | - | - | - | - | - | - | - | - | - | 257 | 17 | - | (150) | - | - | 123 | 1/26/22 | 123 | - | Reflects Reversal of Previous Invoice631955997 | January 26, 2023 payment of $251,422.17 reflects payment/credit on five invoices: 63808112701 (dated November 5, 2022), 63195599703 (dated December 13, 2022), 63808112702 (dated December 14, 2022), 63432340003 (dated December 14, 2022), and 63659114902 (dated December 14, 2022). |
| Constellation | 63432340003 | 8/15/22 - 9/14/22 | 12/14/22 | 1/4/23 | Garden City | - | - | 5 | - | - | - | - | - | - | - | 689 | 53 | 122 | (665) | 6 | - | 210 | 1/26/22 | 210 | - | Reflects Reversal of Previous Invoice634323400 | January 26, 2023 payment of $251,422.17 reflects payment/credit on five invoices: 63808112701 (dated November 5, 2022), 63195599703 (dated December 13, 2022), 63808112702 (dated December 14, 2022), 63432340003 (dated December 14, 2022), and 63659114902 (dated December 14, 2022). |
| Constellation | 63659114902 | 9/14/22 - 10/13/22 | 12/14/22 | 1/4/23 | Garden City | - | - | 12,477 | - | - | - | - | - | - | - | 38,015 | 17,872 | 218,185 | (318,420) | 11,634 | - | (20,237) | 1/26/22 | (20,237) | - | Reflects Reversal of Previous Invoice636591149 | January 26, 2023 payment of $251,422.17 reflects payment/credit on five invoices: 63808112701 (dated November 5, 2022), 63195599703 (dated December 13, 2022), 63808112702 (dated December 14, 2022), 63432340003 (dated December 14, 2022), and 63659114902 (dated December 14, 2022). |
| Constellation | 63808112702 | 10/13/22 - 11/3/22 | 12/14/22 | 1/4/23 | Garden City | - | - | 15,730 | - | - | - | - | - | - | - | 28,491 | 16,210 | 200,002 | (286,379) | 10,893 | - | (15,053) | 1/26/22 | (15,053) | - | Reflects Reversal of Previous Invoice638081127 | January 26, 2023 payment of $251,422.17 reflects payment/credit on five invoices: 63808112701 (dated November 5, 2022), 63195599703 (dated December 13, 2022), 63808112702 (dated December 14, 2022), 63432340003 (dated December 14, 2022), and 63659114902 (dated December 14, 2022). |
| Mothership | CelsGCy_1 | 11/1/22 - 1/2/23 | 10/31/22 | 11/1/22 | Garden City | 43,440,000 | 0.0498 | - | - | 2,163,312 | - | 429,200 | 4,060 | 84,106 | 131,937 | - | 44,166 | - | - | - | - | 2,856,781 | 10/31/22 | 2,856,781 | - | | |
| Mothership | CelsGCy_1a | 11/1/22 - 1/2/23 | 11/1/22 | 11/4/22 | Garden City | 43,200,000 | 0.0513 | 2,214,000 | - | (2,163,312) | - | - | - | - | - | - | 263 | - | - | - | - | 50,951 | 11/2/22 | 50,951 | - | Adjustment to Block Charges for Nov 2, 2022-Jan 2, 2023 period | |
| Mothership | CelsGCy_1 | 11/1/22 - 11/2/23 | 11/3/22 | 11/3/22 | Garden City | 480,000 | 0.0256 | - | (12,300) | - | - | (13,048) | (128) | (2,659) | (4,271) | - | (1,365) | - | - | - | - | (33,771) | 11/23/22 | (33,771) | - | Supply and Index Credit, and Block Credit | Nov 23, 2022 payment of $4,409,887 reflects payment/credit on three invoices: CelsGCy_1 (dated Nov 3, 2022), CelsRbl_1 (dated Nov 17, 2022), and CelsStl_1 (dated Nov 17, 2022). |
| Mothership | CelsRbl_1 | 11/21/22 - 1/23/23 | 11/17/22 | 11/18/21 | Rebel | - | - | - | - | - | - | 1,896,566 | - | 143,235 | 275,263 | - | 153,535 | - | - | - | - | 2,468,599 | 11/23/22 | 2,468,599 | - | | Nov 23, 2022 payment of $4,409,887 reflects payment/credit on three invoices: CelsGCy_1 (dated Nov 3, 2022), CelsRbl_1 (dated Nov 17, 2022), and CelsStl_1 (dated Nov 17, 2022). |
| Mothership | CelsStl_1 | 11/21/22 - 1/23/23 | 11/17/22 | 11/18/21 | Stiles | - | - | - | - | - | - | 1,517,254 | - | 114,588 | 220,378 | - | 122,839 | - | - | - | - | 1,975,059 | 11/23/22 | 1,975,059 | - | | Nov 23, 2022 payment of $4,409,887 reflects payment/credit on three invoices: CelsGCy_1 (dated Nov 3, 2022), CelsRbl_1 (dated Nov 17, 2022), and CelsStl_1 (dated Nov 17, 2022). |
| Mothership | CelsGCy_2 | 1/3/23 - 2/2/23 | 12/9/22 | 12/14/22 | Garden City | - | - | - | - | - | (153,730) | 123,073 | 1,909 | 39,558 | 64,411 | - | 15,509 | - | - | - | - | 90,731 | 12/15/22 | 90,731 | - | | |
| Mothership | CelsRbl_2 | 1/1/23 - 1/23/23 | 12/16/22 | 12/19/22 | Rebel | 90,600,000 | 0.0569 | 5,155,140 | - | - | - | - | - | - | - | - | 350,286 | - | - | - | - | 5,505,426 | 12/16/22 | 5,505,426 | - | | |
| Mothership | CelsStl_2 | 1/24/23 - 2/28/23 | 12/23/22 | 12/29/23 | Stiles | - | - | - | - | - | (723,808) | 692,416 | 2,640 | 46,416 | 106,355 | - | 65,672 | - | - | - | - | 189,691 | 12/29/22 | 189,691 | - | | |
| | | | | | Totals: | 7,425,563 | | (12,300) | - | (877,538) | 4,645,461 | 8,481 | 425,244 | 794,073 | 167,784 | 821,306 | 836,594 | - | 45,065 | 68,100 | 13,741,206 | | 13,742,224 | (1,018) | | |

Footnotes and Source Documents:

[1] All invoice details are sourced from Oncor, Constellation, and Mothership invoices provided by Celsius and identified by the invoice number, except where noted.
[2] Payment detail included in the analysis is sourced from the Celsius's books and records, per the following files:
   i. Celsius Mining, Payment Evidence Spreadsheet (November 1, 2022).
   ii. Celsius Mining, Mothership Payments Spreadsheet (November 30, 2022).
   iii. Celsius Mining, Constellation Payment Evidence Spreadsheet (received January 5, 2023).
   iv. Celsius Mining, Celsius Mining Bank Transactions (November 10, 2022) [CEL-UCC-00207019].
   v. Celsius Mining, Mothership Payment Evidence Spreadsheet (received January 24, 2023).
   vi. Email from Alvarez & Marsal to the Examiner (January 26, 2023).