# APPENDIX 31

## SUMMARY OF INSIDER CEL TOKEN SWAPS (OFF PLATFORM) BY MONTH
## 2020 – 2022

Appendix 31
Summary of Insider CEL Token Swaps (Off Platform) by Month 2020 – 2022
(in ,000s)

| Tokens | Mashinsky | | Goldstein | | Leon | |
|---|---|---|---|---|---|---|
| | CEL Sent | CEL Received | CEL Sent | CEL Received | CEL Sent | CEL Received |
| **2020** | | | | | | |
| January | - | - | 374.25 | 145.15 | - | - |
| February | - | - | - | - | - | - |
| March | - | - | - | - | - | - |
| April | 28.00 | - | - | - | - | - |
| May | - | - | - | - | - | - |
| June | - | - | - | - | - | - |
| July | 367.00 | 10.00 | 20.01 | - | - | - |
| August | 481.48 | - | 120.00 | - | - | - |
| September | 1,025.25 | 55.37 | 117.49 | - | - | - |
| October | 1,115.59 | 542.63 | 13.68 | - | 96.52 | 0.29 |
| November | 1,722.05 | 150.72 | 81.50 | 1.50 | 250.01 | 0.22 |
| December | 1,678.92 | 685.86 | 201.87 | 16.87 | 400.01 | - |
| | 6,418.28 | 1,444.57 | 928.79 | 163.52 | 746.54 | 0.51 |
| **2021** | | | | | | |
| January | 1,199.04 | 980.19 | 50.00 | - | 129.03 | 0.17 |
| February | 815.99 | 79.14 | - | - | - | - |
| March | 594.70 | 105.43 | - | - | 35.22 | 0.04 |
| April | 731.00 | 442.39 | 48.00 | - | 84.80 | - |
| May | 2,130.85 | 1,670.01 | - | 40.61 | - | - |
| June | 903.88 | 514.54 | - | - | - | - |
| July | 852.00 | - | - | - | - | - |
| August | 690.80 | - | - | - | 0.70 | - |
| September | 466.30 | - | - | - | - | - |
| October | 344.08 | - | - | 4.14 | - | - |
| November | - | 58.33 | - | - | - | - |
| December | 36.98 | 58.91 | 4.08 | 0.94 | - | - |
| | 8,765.62 | 3,908.93 | 102.08 | 45.69 | 249.76 | 0.21 |
| **2022 (Pre-Petition)** | | | | | | |
| January | 21.69 | 36.38 | 2.65 | 3.28 | - | - |
| February | 10.00 | - | 65.00 | - | - | - |
| March | 381.99 | - | 86.23 | 0.60 | - | - |
| April | 117.16 | - | 29.64 | 0.14 | - | - |
| May | 295.54 | 19.31 | 50.00 | - | - | - |
| June | - | - | - | 0.25 | - | - |
| July | - | - | - | - | - | - |
| | 826.38 | 55.70 | 233.53 | 4.28 | - | - |
| **2022 (Post-Petition)** | | | | | | |
| July | - | - | - | - | - | - |
| August | 17.48 | - | - | - | - | - |
| September | 3.48 | - | - | - | - | - |
| October | 282.81 | - | - | - | - | - |
| November | 1,600.09 | - | - | - | - | - |
| December | - | - | - | - | - | - |
| | 1,903.86 | - | - | - | - | - |
| **Total** | 17,914.14 | 5,409.20 | 1,264.40 | 213.49 | 996.30 | 0.71 |

Appendix 31
Summary of Insider CEL Token Swaps (Off Platform) by Month 2020 – 2022
($ in ,000s)

| USD | Mashinsky CEL Sent | Mashinsky CEL Received | Goldstein CEL Sent | Goldstein CEL Received | Leon CEL Sent | Leon CEL Received |
|---|---:|---:|---:|---:|---:|---:|
| **2020** | | | | | | |
| January | $ - | $ - | $ 51.75 | $ 22.35 | $ - | $ - |
| February | - | - | - | - | - | - |
| March | - | - | - | - | - | - |
| April | 2.26 | - | - | - | - | - |
| May | - | - | - | - | - | - |
| June | - | - | - | - | - | - |
| July | 141.11 | 3.73 | 8.15 | - | - | - |
| August | 197.42 | - | 50.51 | - | - | - |
| September | 793.12 | 38.97 | 73.61 | - | - | - |
| October | 1,417.70 | 650.22 | 14.96 | - | 118.18 | 0.36 |
| November | 3,780.67 | 373.04 | 150.23 | 3.09 | 623.23 | 0.42 |
| December | 6,585.50 | 2,284.75 | 933.57 | 37.05 | 1,790.44 | - |
|  | 12,917.78 | 3,350.72 | 1,282.79 | 62.48 | 2,531.85 | 0.78 |
| **2021** | | | | | | |
| January | 6,408.47 | 4,982.61 | 314.65 | - | 821.98 | 1.05 |
| February | 4,410.27 | 432.42 | - | - | - | - |
| March | 2,956.19 | 492.75 | - | - | 170.33 | 0.20 |
| April | 4,229.14 | 3,002.96 | 340.27 | - | 421.22 | - |
| May | 14,434.09 | 11,458.89 | - | 260.86 | - | - |
| June | 6,184.00 | 3,701.66 | - | - | - | - |
| July | 5,041.67 | - | - | - | - | - |
| August | 4,219.38 | - | - | - | 4.35 | - |
| September | 2,604.94 | - | - | - | - | - |
| October | 1,919.47 | - | - | 19.54 | - | - |
| November | - | 253.10 | - | - | - | - |
| December | 156.39 | 203.31 | 16.15 | 3.58 | - | - |
|  | 52,564.01 | 24,527.70 | 671.06 | 283.99 | 1,417.87 | 1.25 |
| **2022 (Pre-Petition)** | | | | | | |
| January | 89.85 | 103.86 | 6.78 | 7.50 | - | - |
| February | 31.42 | - | 207.83 | - | - | - |
| March | 1,236.97 | - | 267.27 | 2.00 | - | - |
| April | 332.16 | - | 61.89 | 0.31 | - | - |
| May | 363.79 | 15.22 | 88.97 | - | - | - |
| June | - | - | - | 0.15 | - | - |
| July | - | - | - | - | - | - |
|  | 2,054.19 | 119.07 | 632.75 | 9.95 | - | - |
| **2022 (Post-Petition)** | | | | | | |
| July | - | - | - | - | - | - |
| August | 28.45 | - | - | - | - | - |
| September | 5.63 | - | - | - | - | - |
| October | 272.77 | - | - | - | - | - |
| November | 821.87 | - | - | - | - | - |
| December | - | - | - | - | - | - |
|  | 1,128.72 | - | - | - | - | - |
| **Total** | $ 68,664.70 | $ 27,997.49 | $ 2,586.59 | $ 356.42 | $ 3,949.72 | $ 2.03 |

**Appendix 31**
**Summary of Insider CEL Token Swaps (Off Platform) by Month 2020 – 2022**

Notes:
Analysis based on transfers of CEL tokens to, and from, wallet addresses associated with A. Mashinsky, N. Goldstien and S. Leon and decentralized exchange platforms (Airswap, Uniswap, Loopring, etc.). Wallet addresses identified through information produced by Celsius, analyses of on-chain activity, a review of various court filings, and other publicly available information.

Sources:
CEL Token activity sourced from (https://etherscan.io/token/0xaaaebe6fe48e54f431b0c390cfaf0b017d09d42d).
Wallet names sourced from "Celsius Wallets 2023.01.23 vShare.xls", Spreadsheet (January 23, 2023)
CEL Token closing prices obtained from CoinMarketCap via Yahoo Finance (https://finance.yahoo.com/quote/CEL-USD/history?p=CEL-USD).