**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel: 212-390-9000
jselendy@selendygay.com
fgay@selendygay.com
cobrien@selendygay.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.,* | Case No. 22-10964 (MG) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Selendy Gay Elsberg PLLC hereby appears in the above-referenced case pursuant to rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), as proposed co-counsel for the Official Committee of Unsecured Creditors (the "**Committee**"), and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given or required to be given in this case and all papers served or required to be served in this case

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

be given to and served upon the undersigned at the following office addresses, telephone numbers, and e-mail addresses:

Jennifer M. Selendy
Faith E. Gay
Claire O'Brien
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, New York 10104
Tel: 212-390-9000
jselendy@selendygay.com
fgay@selendygay.com
cobrien@selendygay.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the Committee's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the Committee expressly reserves, or (5) to any and all defenses or objections the Committee may have to any claims asserted against it in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued. The

2

undersigned certifies that the parties listed in the first paragraph are admitted to practice before this Court.

Dated: New York, New York
         January 31, 2023

Respectfully submitted,

By: */s/ Jennifer M. Selendy*
**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel: 212-390-9000
jselendy@selendygay.com
fgay@selendygay.com
cobrien@selendygay.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*