2-2-23

To the Honorable Judge Martin Glenn,

My name is Jon Dimetros, a member of the Custody ad-hoc group in the Celsius bankruptcy case. Because I'm active on social media I usually receive 10/20 inquiries a day from former Celsius retail users terrified of retail preference claims (on top of keeping "dirty" Custody creditors abreast of any news.) The individuals that withdrew funds are often dealing with life savings, or monies already spent on ordinary goods. I try to assure them that we have extremely strong defenses against preferences and not to worry, but that alone doesn't cut it for the most part. The irony is that while I hold title to my coins, they are still locked in the estate. These people contacting me already withdrew from Celsius and are asking me questions about personal bankruptcy, moving to other Countries, selling all their assets and discussing self-harm if preferences are ever granted. With that said I tell them I cannot give them legal advice and encourage them to seek counseling/online support via internet forums if they are overwhelmed of consumed with anxiety/fear. In essence I lend an empathetic ear, but it is becoming difficult for me to work full time, and have a part time job fielding inquiries from hundreds of current and former Celsius depositors. All this said I am requesting that **you kindly expedite the <u>commencement of Phase 2</u> since Kirkland seem to be dragging their feet on providing the cases needed to engage the process. We are far past the deadline they provided Togut initially.** Let us please argue retail clawbacks in court **fairly and promptly** so as not to cause undue mental anguish to the 40,000 plus creditors who could potentially be affected, and in the process provide dirty Custody an insight into what the future holds.

I chose to go into the Custody program as soon as it was offered as I felt the benefits of holding title and control of my coins far outweighed any yield in earn. I had to click yes to leaving earn 3 times and review multiple documents. (I was scammed via a $500 bonus code into signing up in April 2022-3BTC minimum) My total personal yield on $90,0000 was $50 for the brief time I was in earn before Custody was available to me in Illinois.

Thank you for reading this.

God Bless.


Jon