**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND SUPPLEMENTAL
DECLARATION OF
MARC PUNTUS IN SUPPORT
OF DEBTORS' APPLICATION FOR ENTRY OF
AN ORDER (I) AUTHORIZING THE EMPLOYMENT
AND RETENTION OF CENTERVIEW PARTNERS LLC AS
INVESTMENT BANKER FOR THE DEBTORS EFFECTIVE AS OF
JULY 13, 2022, (II) APPROVING THE TERMS OF THE CENTERVIEW
AGREEMENT, (III) WAIVING CERTAIN REPORTING REQUIREMENTS
PURSUANT TO LOCAL RULE 2016-2, AND (IV) GRANTING RELATED RELIEF**

I, Marc Puntus, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.        I am a Partner in and Co-Head of the Debt Advisory and Restructuring Practice of Centerview Partners LLC ("Centerview").[2]  I am authorized to submit this second supplemental declaration (the "Second Supplemental Declaration") on behalf of Centerview to supplement my prior declarations that have been submitted in connection with Centerview's retention in these chapter 11 cases.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Application, the Engagement Letter, or the Prior Declarations, as applicable.

2.    On August 4, 2022, the Debtors filed the *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022 (II) Approving the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief* [Docket No. 362] (the "Application").  On August 4, 2022, in connection with the Application, I submitted the *Declaration of Marc Puntus in Support of Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022, (II) Approving the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief* (the "Original Declaration").  On September 12, 2022, I submitted the *First Supplemental Declaration of Marc Puntus in Support of Debtors' Application for Entry of an Order (I) Authorizing The Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022, (II) Approving the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief* [Docket No. 784] (the "First Supplemental Declaration" and, together with the Original Declaration, the "Prior Declarations") to provide additional disclosures in response to requests made by the United States Trustee for the Southern District of New York (the "U.S. Trustee") and to supplement my Original Declaration in support of the Application in these chapter 11 cases.  Capitalized terms used herein and not otherwise defined shall have the respective meanings set forth in the Prior Declarations.

3.    On September 16, 2022, the Court entered the *Order (I) Authorizing the Employment and Retention of Centerview Partners LLC As Investment Banker for the Debtors*

*Effective as of July 13, 2022, (II) Approving the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief* [Docket No. 846] (the "Retention Order").

4.    The facts set forth in this Second Supplemental Declaration are based upon my personal knowledge, upon information and belief, or upon client matter records kept in the ordinary course of business that were reviewed either by me or by employees of Centerview under my supervision and direction.   If called and sworn as a witness, I could and would testify competently to the facts set forth herein.

5.    I submit this Second Supplemental Declaration on behalf of Centerview in further support of the Application and to supplement the disclosures set forth in the Prior Declarations in accordance with Bankruptcy Rules 2014(a) and 2016(b) and as required under the Retention Order.

**Additional Disclosures**

6.    This Second Supplemental Declaration makes certain additional disclosures.

7.    Subsequent to the filing of the Declarations, the Debtors informed Centerview of additional potential parties in interest (the "Additional Potential Parties-In-Interest").   A categorized summary of the Additional Potential Parties-in-Interest is provided on **Schedule 1** attached hereto.

8.    Generally, it is Centerview's policy to disclose entities in the capacity that they first appear in a relationships search.  For example, if an entity already has been disclosed in the Prior Declarations in one capacity (*e.g.*, a customer), and the entity appears in a subsequent relationships search in a different capacity (*e.g.*, a vendor), Centerview does not disclose the same entity again in supplemental declarations unless the circumstances are such in the latter capacity that additional disclosure is required.

9.      To the best of my knowledge, information, and belief, Centerview has not represented any Additional Potential Parties-in-Interest in connection with matters relating to the Debtors, their estates, assets, or businesses and will not represent other entities which are creditors of, or have other relationships to, the Debtors in matters relating to these cases.

10.     As part of this inquiry, Centerview entered the names of the Additional Potential Parties-in-Interest into its computer database of existing and prior client and similar relationships. The list generated from Centerview's client database is over-inclusive.  Through this process, Centerview determined that it currently has and/or formerly had a relationship with certain of the Additional Potential Parties-in-Interest (and/or their affiliates or entities that Centerview believes to be affiliates, as the case may be) on matters wholly unrelated to the Debtors or these chapter 11 cases.  To the best of my knowledge, information and belief, and based on such internal review process, **Schedule 2** lists Additional Potential Parties-in-Interest (and/or their apparent affiliates or entities that Centerview believes to be affiliates, as the case may be) with which Centerview currently has or formerly had a client or similar relationship on matters wholly unrelated to the Debtors or these chapter 11 cases, including but not limited to engagements to provide financial advisory services (including situations where the Additional Potential Party-in-Interest is or was only a member of a group of lenders, creditors or equity owners that Centerview represented) and entities with whom Centerview has engaged in or is currently engaged in an ordinary course business development dialogue.  Moreover, Centerview has in the past and may continue to provide financial advisory services to certain private equity firms, affiliates of which are Additional Potential Parties-in-Interest and listed on Schedule 2, and/or certain of their portfolio companies and other entities in which they have investments, in matters unrelated to these chapter 11 cases.  I note that the entities listed on Schedule 2 are all confidential sale parties who

have been in discussions with the Debtors regarding potential sale and/or financing transactions related to the Debtors and their businesses (the "Confidential Entities").  **Exhibit A**, which is filed under seal, lists the names of the Confidential Entities.

11.    As part of Centerview's diverse business, Centerview appears or may appear as a financial advisor or an investment banker in numerous cases, proceedings, or transactions involving attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and Additional Potential Parties-in-Interest or be claimants and Additional Potential Parties-in-Interest in these cases. Further, Centerview (including its professionals through their prior employment) has in the past, and may in the future, be represented by attorneys and law firms, some of whom may be involved in these cases.  In addition, Centerview (including its professionals through their prior employment) has in the past and will likely in the future be working with, against or for other professionals involved in these cases in matters unrelated to these cases.  In addition, Centerview has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these chapter 11 cases in which it works with or against or has mutual clients with other professionals involved in these chapter 11 cases. In particular, Centerview may also be engaged to represent, or may have been engaged to represent in the past, committees or groups of lenders, creditors, or equity owners in matters unrelated to the Debtors or these chapter 11 cases, some of which are included on the Additional Potential Parties-in-Interest list.  Furthermore, as set forth on **Schedule 3**, Centerview has vendor relationships with certain of the entities listed as Additional Potential Parties-in-Interest, including law firms, unrelated to the Debtors or these chapter 11 cases.  To the extent that any of the entities included on **Schedule 3** are Confidential Entities, they are listed by name on **Exhibit B**, which is filed under seal.  Based on our current knowledge of the entities listed as Additional Potential

Parties-in-Interest in these chapter 11 cases and the professionals involved, none of these business relations constitute interests materially adverse to the Debtors in matters upon which Centerview is to be engaged in these cases.

12.      Other than as referenced herein or set forth on **Schedule 2**, I am unaware of any existing or prior client or similar relationships that Centerview has had with the Additional Potential Parties-in-Interest.  Centerview has not been engaged to assist any entity or person other than the Debtors on matters relating to, or in connection with, these cases.  Centerview will not accept any engagement or perform any services in relation to these cases for any entity or person other than the Debtors. Centerview is a global investment banking and advisory firm.  Given the size of Centerview and the breadth of Centerview's client base, it is possible that Centerview may now or in the future be engaged by one or more of the Additional Potential Parties-in-Interest in matters unrelated to the Debtors or these cases without my knowledge.  In addition, the Debtors may have customers, creditors, competitors, and other parties with whom they maintain business relationships that are not listed as Additional Potential Parties-in-Interest and with whom Centerview may now or in the future have engagements or maintain material commercial or other professional relationships.  To the extent that Centerview discovers any, or enters into any new material commercial or other professional relationship with Additional Potential Parties-in-Interest, it will use reasonable efforts to supplement this disclosure to the Court.

13.      Further, as noted in the Original Declaration, Centerview has legal and separate affiliates and related parties (the "Corporate Group Entities") that engage in a variety of investment activities.  The Corporate Group Entities operate Centerview Capital Consumer, a consumer-focused private equity and investment business and Centerview Capital Technology, a technology focused private and growth equity business.  The Corporate Group Entities do not reside in the

same corporate structure as Centerview.  The Centerview employees providing services in connection with these chapter 11 cases have no control over investment or business decisions made for the Corporate Group Entities, and because of physical and electronic information barriers and other compliance policies and procedures, have no access to any confidential information of the Corporate Group Entities. Likewise, the investment professionals responsible for the Corporate Group Entities' day-to-day portfolio management have no access to any confidential information relating to Centerview's work for the Debtors.  Nevertheless, none of the Corporate Group Entities hold an ownership interest in, or debt of, any of the Debtors or the other Additional Potential Parties-in-Interest.[3]  Based upon my understanding from Centerview's internal compliance group, Centerview's internal compliance group, which sits above Centerview's investment banking deal teams and the investment professionals within Corporate Group Entities, has real-time access to the identities of the companies in which the Corporate Group Entities invest.  As part of Centerview's search for relationships between any of the Corporate Group Entities and the companies in which they are invested, on the one hand, and the Additional Potential Parties-in-Interest, on the other hand, Centerview's internal compliance group compared the Corporate Group Entities and the companies in which they are invested to the list of Additional Potential Parties-in-Interest.  Centerview's internal compliance group, consistent with its standard practice, did not inform any of the Corporate Group Entities that it was conducting this comparison. Furthermore, were any of the Corporate Group Entities to make a new investment, Centerview's internal compliance group would be made aware before the investment is made and would be in a position to review that investment against the Additional Potential Parties-in-Interest and update Centerview's prior disclosures or take other action as necessary.  Based on the foregoing, I believe

---

[3]     Vehicles sponsored by Centerview Capital Consumer and Centerview Capital Technology currently have only one (1) and four (4) investments, respectively.

that the Corporate Group Entities' investment activities do not present a conflict of interest with respect to Centerview's retention by the Debtors in these chapter 11 cases. If any of the Corporate Group Entities subsequently invest in any of the Additional Potential Parties-in-Interest, or if Centerview becomes aware that any entity in which any of the Corporate Group Entities is invested subsequently becomes a Potential Party-in-Interest, Centerview will use reasonable efforts to file a supplemental declaration, as required by Bankruptcy Rule 2014(a). Moreover, I note that certain of the Additional Potential Parties-in-Interest may now or in the future invest in funds that are managed by the Corporate Group Entities or co-invest with the Corporate Group Entities, but I do not believe that these potential relationships create a conflict of interest for Centerview regarding the Debtors or these chapter 11 cases.

14.     Certain employees of Centerview may have mortgages, deposits, consumer loans, investment accounts, brokerage accounts, or other banking, brokerage or customer relationships with the Debtors or institutions that are creditors, equity holders or other Additional Potential Parties-in-Interest in these chapter 11 cases.  I do not believe that these relationships create a conflict of interest regarding the Debtors or their chapter 11 cases.

15.     Certain employees of Centerview were formerly employed by other investment banking, financial services or other professional services firms that are among, or represent other parties that are among, the creditors, equity holders, or other Additional Potential Parties-in-Interest in these cases in connection with matters unrelated to the Debtors and the cases.  I do not believe that these matters create a conflict of interest regarding the Debtors or the cases.

16.     Certain employees of Centerview and certain of such persons' relatives may directly or indirectly hold, in the ordinary course, debt or equity securities of certain of the Additional Potential Parties-in-Interest.  However, based upon the information that has been

provided to me, I believe that any such holdings are insignificant and, to my knowledge, none of these investors controls or has any influence on such Additional Potential Parties-in-Interest. Further, I do not believe these investments, considered separately or collectively, are material or create a conflict of interest regarding the Debtors or these chapter 11 cases.

17.    Finally, I note that Yossi Cohen, a senior advisor to Centerview, is the head of an entity that is an affiliate of one of the Confidential Entities.  As a senior advisor, Mr. Cohen is a part-time independent contractor.  Mr. Cohen is not an employee of Centerview, does not share in any of the profits of Centerview (including any fees that may be paid by the Debtors to Centerview) and has no role in the governance of Centerview in any respect.  Further, Mr. Cohen does not have access to confidential information relating to Centerview's work for the Debtors, and is not physically located in any Centerview office.  Accordingly, I believe that Mr. Cohen's position with an affiliate of one of the Confidential Entities does not present a conflict of interest regarding the Debtors or these chapter 11 cases.

18.    In light of the number of the Debtors' creditors, Potential Parties-in-Interest, and potential additional parties-in-interest, neither I nor Centerview am able conclusively to identify all potential relationships at this time, and we reserve the right to supplement this disclosure as additional material relationships come to our attention. In particular, among other things, Centerview may have relationships with persons who are beneficial owners of Additional Potential Parties-in-Interest and persons whose beneficial owners include Additional Potential Parties-in-Interest or persons who otherwise have relationships with Additional Potential Parties-in-Interest. Moreover, Centerview employees may have relationships with Additional Potential Parties-in-Interest, persons that may become parties-in-interest in this case, or persons that have business relationships with the Debtors or are competitors of the Debtors.

19.     Based on the foregoing, to the best of my knowledge and insofar as I have been able to ascertain after reasonable inquiry, Centerview is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent any interest materially adverse to the Debtors' estates.

*[Remainder of page left intentionally blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 3, 2023.

Respectfully submitted,

*/s/ Marc Puntus*
Marc Puntus
Partner
Centerview Partners LLC

## Schedule 1

**Additional Potential Parties in Interest**

**Ad-Hoc Group**

Anderson, Jan
Audeh, Ramzi
Banda, Santosh Praneeth
Benator, Ilene
Bierbaum, Cheryl
Bradley, Frank Malcom
Butryn, Robert K.
Calderone, Anthony
Castillo, Gilbert
Chan, Allison
Cherktyek Consulting, LLC
Chiakulas, John
Cifani, Michael
Crespo, Frank
Dimetros, Jonandre
Dreikosen, Stephen
Fikar, Thomas Dean
Frederick, Paul
Gasso, Julius
Gilmore, Andrew
Griffin, Sargam Petra
Guillo, Adrien
Gurazada, Lakshmi Sai Lalitha
Haddad, Ghassan
Huang, Hsuan Yao
Lebor, Christine
Lindsay, Jacob
Little, David
Mansour, Ashley
McLain, Karen
Ralbovsky, Yanxing
Reyes, Eduardo
Reyes, Marino
Richardson Jr., Harry B.
Robinson, Craig
Salyards, Jedidiah A.
Saunders, William
Schmeizer, Scott
Singer, Michael
Singh, Roshandip
Smith, Jason
Smith, Laura Dronen

Stearns, Aaron
Tuan, Joey
Turner, Elvin R.
Urbano, Melinda
Vejseli, Veton
Wong, Calvin
Yadav, Rishi Rav

**Bankruptcy Examiner and Professionals**

Huron Consulting Services LLC
Jenner & Block LLP
Shoba Pillay

**Bankruptcy Judges**

Beckerman, Lisa G.
Chapman, Shelley C.
Drain, Robert D.
Garrity, James L., Jr.
Jones, David S.
Lane, Sean H.
Mastando III, John P.
Morris, Cecelia G.
Wiles, Michael E

**Bankruptcy Professionals - Other**

Houlihan Lokey
Kroll Restructuring

**Contract Counter-Parties**

2nd Market
Bank Hapoalim
Bits of Gold LTD
Blockdaemon Inc.
Chainalysis Inc.
DV Chain, LLC
eToro Ltd.
Explorium Ltd.
Guberman Consulting
Hamilton's Reserve Inc.
Ibrahim, Daniel
IOTA Stiftung (IOTA Foundation)
Kirobo Ltd.
Maven Digital Ltd
Niki GA Management and Maintenance Ltd
Noet Aviv Ltd
Oobit Technologies Pte. Ltd
Prosegur Crypto

Prosegur Custodia De Activos
Digitales S.L.U.

ProxiBit

Reblonde Public Relations

Simon, Elie

SolidBlock Inc

Tezos Foundation

Tromer, Eran

Vast Bank, National Association

ZoomInfo Technologies

**Counsel to Former Executives**

Cadwalader Wickersham & Taft

Paul Hastings LLP

**Director/Officer**

Albert, David

Alisie, Adrian

Ayalon, Amir

Barwick, Christy

Beaudry, Jeremie Robert

Fan, Jiayi "Jenny"

Ferraro, Chris

Holert, Patrick

Konduru, Subramaniam Vijay

Lawlor, Quinn

Mayerfeld, Mark

Sabo, Ron

Schreiber, Adam

Shalem, Yaron

Van Etten, Frank

**Fee Examiner and Professionals**

Delaware ADR, LLC

Godfrey & Kahn, S.C.

Sontchi, Christopher S.

**GK8 Top 20 Vendors**

10Bis

Daniel Ibrahim

Elie Simon

Eran Tromer

G. E. Ehrlich (1995) LTD.

Israel Innovation Authority

Kost Forer Gabbay & Kasierer

Michael Cimo

Movilei Hovalot

Neot Aviv

Shufersal

Techen

Tel Aviv Municipality

Xtra Mile Ltd

Yehuda Sharfi

YHM Technology LTD

**Insurance**

Evertas Insurance Agency LLC

Menora Mivtachim Group

USI Insurance Services, LLC

**Legal Matters and Disputes**

Abuin, Juan Antonio Freires

Adamson, Cheyenne Joseph

Akshay, Nayak

Anusic, Tom

Argo Innovations Labs, Inc.

Asher, Rishi

Bao, Adelaide

Barnouin, Pierre

Beekman, Nathaniel J.

Carrara, Diana

Carroccio, Brian C.

Cerqueira, Uno Gomes

Chan, Peter Lm

Condit, Bradley

Constance-Churcher, Camilla

Davis, Bethany

Dierna, Lindi

Dukler, Avinoam Aharon

Dunn, Michael

Esazadeh, Morteza

Fern, Shen-Jay

Fisher, Mark

Flynn, Justin

Frishberg, Daniel

Gallas, Matthias

Gates, Christopher

Goines, Taylor

Grubbe, Jacob

Guild, Benjamin

Guo, Yi Meng

Ishii-Moy, Mai

Kash, Loreta

Katoski, Kristin Freires

Kiani, Saad

Kunderevych, Volodymyr

Langley, Ray M.

Lazar, Angello

Lazar, Valentin

Le, Adrea T.

Levy, Apple

Levy, Damon

Liquidity Technologies Ltd D/B/A Coinflex

Majumdar, Dwaipayan

Maki, Todd Federick

Mara, Erin Claire

Martin, Daniel

Maxfield, Jason Lee

Meng, Brian

Minnick, Justin

Mitton, Hugh

Mozjesik, Sarah

Ney, Andrew

Nickels, Robert

Oren, Nazim

Pandya, Vishwaja

Park, Lisa Bokhee

Pedley, Christopher J

Pestrikov, Dmitri

Pikulenko, Inna

Plutus21 Blockchain Opportunities Fund I

Plutus21 Blockchain Opportunities Fund I L.P

Puccio, George W

Rebrook, Patrick

Shafir, Ziv

Simons, Scott

Singh, Amol Bikram

Sousa, Nelson Dos Santos De

Stanley, Chad

Tiong, Susana Ying Hie

Vizzutti, Nicholas Jeffrey

Weber, Brian

Wilson, Kanyla

Wohlman, Odette

Wright, Austin Lamar

Young, Christopher

**Non-Bankruptcy Advisors and Ordinary Course Professionals**

Conyers Dill & Pearman

**Notice of Appearance / Pro Hac Vice**

Adrian Perez-Siam

ArentFox Schiff LLP

Attorney For State Of Wisconsin Department Of Financial Institutions

Berliner & Pilson, Esqs.

Bernstein-Burkley P.C.

Blank Rome LLP

Brown & Connery, LLP

Buchalter, A Professional Corporation

Clint Petty

Cred Inc. Liquidation Trust

Degirolamo, Anthony J.

Dickinson Wright PLLC

Duane Morris LLP

EMCO Technology

Emil Pilacik, Jr.

Eric Wohlwend

Federal Trade Commission

FisherBroyles, LLP

Fortis Law Partners

Great American Insurance Company

Hopkins & Carley

Hugh McCullough of Davis Wright Tremaine LLP

Jonathan Jerry Shroyer

Jones Day

Kyle Farmery

Levin-Epstein & Associates, P.C.

Lisa T. Vickers

Maine Office of Securities

Maurice Wutscher LLP

McCarter & English, LLP

McDermott Will & Emery LLP

Mclean, Stuart

Meyer, Suozzi, English & Klein, P.C.

Michigan Department of Treasury

Mintz & Gold, LLP

Missouri Securities Division

MRK Spanish Ridge, LLC

National Association Of Attorneys General
Nhat Van Meyer
Norgaard O'Boyle & Hannon
North Dakota Securities Department
Office of the Attorney General of Texas
Office Of The Attorney
General Of Washington
Pepper Hamilton LLP
Peter Polombo
PREH Spanish Ridge, LLC
Pryor Cashman LLP
RH Montgomery Properties, Inc.
Ripple Labs Inc.
Roche Freedman LLP, A Professional
Corporation
SAP National Security Services
Sills Cummis & Gross P.C.
State of Washington
Department of Employment Security
State of Washington
Department of Labor & Industries
State of Washington
Department of Revenue
Steege, Catherine L.
Stuart P. Gelberg, Esq
Stuart P. Gelberg, Esq.
SULLIVAN & CROMWELL LLP
Texas Department of Banking
The Law Offices Of T. Scott Leo PC
Thomas Shannon, D.D.S., M.D.S
TN Attorney General's Office
TN Dept of Commerce and Insurance
Togut Segal & Segal LLP
Togut, Segal & Segal
Troutman Pepper Hamilton Sanders LLP
Van Meyer, Nol
Venable LLP
Vermont Department of
Financial Regulation
Vincent Theodore Goetten
Waller Lansden Dortch & Davis, LLP
Washington State Department of Financial
Institutions
Weil, Gotshal & Manges LLP
Weir Greenblatt Pierce LLP

William D. Schroeder, Jr.
Wisconsin Attorney General's Office
Wisconsin Department of Financial Institutions

**Other Related Parties**

Fujii, Akiko
Landes, Aliza
Mashinsky, Krissy
Mashinsky, Rena

**Potential Bidding Party**

Galaxy
Galaxy Digital
Galaxy Digital Trading LLC
[Remaining Parties Confidential]

**Potential Bidding Party - (GK8)**

[Confidential]

**Retail Customers**

007 Capital LLC
A'Vard, Suzanne
Abdolsalehi, Alvand
Abeliuk, Eduardo
Abuvala, Ravi Ryan
Academic Health Research Group Inc
Adam, Alexander
Adams, Darryl Thomas
AK Solutions Inc
Al Khoori, Mohamed Yousif Ahmed H
Alblooki, Noora
Alchemy Capital Group LLC
Alexander, Alena
Alfi, Eldad M
Ali, Khaleef
Ali, Yanush
Allen Davis, Otis
Allen-Narker, Rosalind
Alliance Service, Inc
Alshehhi, Ali
Alshehhi, Sultan
AltCoinTrader (Pty) Ltd
Alven Jerome Kroot
Agreement Of Trust Dated July 16, 1990, As
Amended,
AM Ventures Holding Inc.
Amaro, Johnny

Amm, Andreas
An Eye Toward Retirement LLC
Anand, Kamaljit
Andari Co Ltd
Andrews, Nik
Andrianakos, Fotis
Andrus, Brent W
Ankeney, John Charles
Aos Investments LLC
Araújo, João Pedro
Asaff, Glenn
Ashizaki, Yuki
August, Lucia Kim
Ayon, Brandon
Backhausen, Martin
Bae, Peter
Baer, Matthew David
Baggenstos, Thomas Stephan
Bailey, Christoher
Bailey, Jeremy Douglas
Baillie, Robert
Baker, Brian
Baker, Dominic John
Baker, William Harold
Baldwin, Kevin
Balter, Lon
Barrett, Bryan
Barrett, Craig R
Barry, Patrick
Bartholf, John David
Bartlett, Chris
Baum, Joe
Bauman, Simon
Becin, Christopher Michael
Bedard, Craig
Beerda, Douwe
Bellotte, Brent
Benfanti, Michael Frederick
Bennett, Danyal
Benotsch, Alan
Berg, Henry Guyer
Bergman, Devon Aaron
Berrada, Amin

Bertsch, Kirk
Betancourt, Leopoldo
Beyer, Richard William
Bfaller Rd LLC
Bi, Mariam
Biig LLC
Biscontine, Stephen C
Bits of Sunshine LLC
BJ Investment Holdings, LLC
Blackthorne, Jordan
Block, Michael Henry
Blum, Hugo
Bnktothefuture
Boari, Francesco
Bofilis, Dimosthenis
Bohnett, David Charles
Bolger, Marilyn
Bongiorno, John
Boroff, Dustin Charles
Bos, Stephen Richard
Boskovski , Nikola
Boskovski, Nikola
Bosman, Andre
Botlani Esfahani, Rana
Bourell, Roy
Bowman, Eric Lee
Bradbury Jr, Josh Douglas
Braibant, Olivier
Brechtl, Marques
Bressler, David Jason
Bresson, Laurent
Brian T. Slater Revocable Living Trust
Brida, Anthony
Brigham, Gerrad William
Bright, Nicolas John
BROAD REACH CONSULTING LLC
Brooks, Gary
Broytman, Meyer M
Bru Textiles NV
Brue, Chad
Brunner, Hannes Oskar
Bslater Ddo LLC
Bugeja, Paul

Buono, Ian
Burkgren, Eric Alan
Butendieck , Ronald
Butryn, David
Bveeder Rd LLC
Byrd, Jeffery L
Byrd, William Michael
Byrne, Michael S
Caceres, Santos
Cadwell, Charles
Caj Krogh Holding Aps
Campos, John JR
Cannon, Andrew
Caraballo, Christopher Richard
Carmonatoscano, Rafael
Carolyn Vincent Superannuation Fund
Caroulle, Irénée
Carroz, Martial
Carter, Luke Armstrong
Carter, Micah
Carter, William
Cartmell, Brian
Casal, Gerardo De La Caridad
Castillo, Ryan
Cech, Seikan
Celeste, Beth
Cetin, Edward
Chambless, Jill
Champigny, Edward William
Chan, Channing
Chang, Christopher Bonyen
Chang, Kai
Chang, Rickie
Chen, Yihong
Chen, Yiyue
Cheng, Anthony
Cheng, Kwok Yuk
Chester Church Buckenmaier 3rd
Chetaud, Louis
Chetchotisak, Chot
Chi, Sang Keun
Chiapuris , Paul Neil
Chin, Jason

Chiu, James Lee
Chiu, Yee Lai
Choi, Linda Yi
Choi, Luke Kyung Goo
Christensen, Chad R
Christiansen, Robert Nathan
Chu, Cindy
Chu, Pui Sum
Chulamorkodt, Natakom
Chung, Ting Kong Terence
Church, Legacy City
Chvalek, Jirka
Cipolloni, Mark J
Claessens, Cris
Clark, Nicholas
Clark, Scott
Coache, Philippe
Cochran, Peter Mckinney
Coffey, Matthew
Cohen Pavon , Roni
Coin Meester B.V.
Coinmerce BV
Cole, John
Cole, Joshua
Coleman, Rasan A
Collins, Cade Alexander Walker
Collins, Nic
Conklin, Jennifer Walter
Conlin, Jon Collins
Connolly, Thomas Joseph
Cook, Daniel
Corp, Prasine
Corporation, Stellence
Costa, John
Côte, Damien
Courtney, Tod Andrew
Coward, Martin John
Cowen, Clint
Crab, Marijke
Cromack, Brendan
Crosby, Daniel Lee
Croucher, Paul
Cruz, Edmond Harada

Cruz, Joshua Boda
Crypto10 SP -Segregated
Portfolio of Invictus Capital Financial
Technologies SPC
Cumenal, Pierre
Cura, Nicolas
Curran, Ryan
Custódio, João
Dailey, Jonathan
Damp, Steven Charles
Dan, Claudia
Dan, Flaviu
Dancs, Douglas
Dang, Phuoc Trung
Danz, James William
Darby, Thomas
Darschewski , Kenneth Edward
Davey, Joseph
Davis, Otis
Davison, Daniel Carson
Decamp, Ryan Alan
Deferred 1031 Exchange, LLC
Dekker, Barbara
Dekker, Carlos C
Delargy, Colin C
Deleon, Michael A
Demirtas, Ali
Deshotels, Kerry L
Dezfuli-Arjomandi, Arman Ahmad
DGL INVESTMENTS LLC
Dhamani, Khairunnisa
Dhillon, Jagatjit
Dhiraj, Mandeep
Difiore , Thomas Albert
DiFiore ASA Irrevocable GST Trust
Difiore TSA Irrevocable GST Trust
Dipaolo, William Richard
Dixon, James
Dixon, Simon
Dobrajc, Rok
Donaldson, Troy
Donnelly, Stephen
Donofrio, John

Downing, Marcus
Downs, Bradley James
Drake, Cem Danial
Druk Holding & Investments Limited –
Druk Project Fund
DSCA44 LLC
Duffy, Jamie
Dum, Joseph
Dunnett, Darren
Duprex, Jeffrey Paul
Dzaran, John Peter
Ecko, Marc
Edgar, David
Egnet, Eric
Eigenberg-Gordon, Marlee
El Achkar, David
Eller, Phillip Brian
Ellington, Brian
Elshafei, Ashraf
Elwell, Daniel Robert
Eng Chuan, Liew
Engelin, Peter
Eriks, Dennis
Etzold , Derrick Wayne
Fagan, Peter
Fang, Hsin Jan Sean
Farley, John U
Farnsworth, Darren Scott
Farpella, Kevin Ray
Farr, Nicholas
Fay, Christopher Derrick
Feintisch, Adam Michael
Fertik, Michael Benjamin Selkowe
Finkle, James
Finley, Patrick Westall
Fisher, John
Fite, Jacob Benjamin
FL3XX Gmbh
Fletcher, Brett
FLOATZEN D.O.O.
Ford, Robert
Forlini, Yoann
Four Thirteen LLC

Foy, Aixa

Frangioni, Pierre

Fraser, Daniel

Freedman, Paul

Fuller, Christopher Wayne

Futuris Capital Inc

Galindo, Cesar

Gallagher, Rebecca

Gallardo, Jorge

Gamez, Arturo Rafael

Garner, Phillip Wayne Jr

Gaston, Paul

Gatt, Raymond

Gauch, Roger

Gavrilovic, Nikola

Gayle, Patrick C

Genç, Raci

Geoghegan, Alexei

Gerbán, Dániel Jeno

Gettner , Mark

Ghiselli, Antonio

Gi, Richard

Giardiello, Bradley Edwin

Gibbs, Jack

Giese, Dale

Giese, Jeannette

Giesselman, Troy

Gilmer, George Hudson

Giorgianni, Massimo

Girod, John

Glensgard, Dan

Global Regency Limited

Goh, Jian Kai

Golcovs, Aleksandrs

Goldsmith, Mary E

Gollapudi, Shilpa Kamala

Gololicic, Gregor

Gonella, Damien

Gonzales, Carlos

Graham, Steven Neil

Gray, Jill Marie

Group, K1 Financial

GuljaÅ¡, JanoÅ¡

H Trussell Investments PTY LTD

Haidukewych , George

Haijen, Peter

Hald, David Friis

Halikias, Thomas T

Hamilton, John

Hamilton, Nathan

Hammell, Robert Howard

Hammond III, Edward Hopkins

Hanchett, Dolores

Hannagan, Cory

Hansen, Frederik

Hardy, Marie

Hargrove, Kathy

Haro Avila, Hector Manuel

Harper, Lisa

Harrell, Ashley Anne

Hart, Dan

Hartley, James

Hawley, John Follen

Hayes, Michael

Haynie, Robert

He, Yunzheng

Heads, Michael Anthony

Heavenly Scent Professionals LLC

Hecht, Amara

Hedin, Daniel

Helfrich, Charles

Hennuyer, Fabien

Heo, Jae Yong

Herring, Stephen Ashley

Hewes, Joshua

Hibbard, Dustin Kyle

Hibbert, Adrian

Hilson, James Wayne

Ho, Quoc Tri

Hoan, Ly

Hoefflin, Jeffrey David

Hoermann, Stefan

Hoffmann, David

Hofland, Gerhard

Hofstede, Jerry

Hogan, Andrew

Hollingshead, Thomas Leon
Holmes, Lewis Robert
Holmström, Christel
Holt, Jonathon James
Holt, Travon
Holzhauer, Kyle Michael
HOME 007 LLC
Horejsi, Adam
Hoskyn, John Mark
Hou, Chengyu
House, Emanuel
Hsu, Roger
Huang, Chun
Huang, Cuihua
Huang, Gavryelle Xingbe
Huang, Tak
Huang, Xue Wen
Hughes, Gary
Hughes, Stephen
Hulst, Petrus Adrianus Maria
Humphreys, Steven C
Hunt, Bryan J
Huo, Lan
Hwang, Kevin
Imokawa, Stuart
Imtiaz, Lubna
InfoObjects Inc
Invictus Capital Financial Technologies SPC
Isaias, Estefano Emilio
Izzo, Daniele
Jackson III, Clifton Edward
Jacobs, Chloe Merithe
Jahizi, Oliver
Jansen, Bob
Jellestad Capital S.A. SPF
Jensen, Joseph
Jimenez, Alex Rene
Jimenez, Gustavo Alberto
John Dzaran 401K Trust
Jonas, Leah Nicole
Jones, Beverly
Jones, Diann
Jones, Holly

Jones, Matthew Ernest
Jones, Roger Lee
Jordan, Daniel T
Joseph, Sebastian
Jue, Tyrone Todd
Juiris, Peter Casimir
Juneau, Michael William
Kalynovskyi, Dmytro
Kan, Ivan
Kaneseki, Akiko
Kanngieãỹer, Stefan
Kansomdee, Pronthip
Kap, Ethan Garet
Katehis, Konstantinos
Kauff, Steven Howard
Kazius, Ronald
KCA Holdings, LP
Keasey, Anne
Kedzior, Martin Enrico
Keiser, Marc Vito
Kelly, James Patrick
Kelly, Sean
Kendrix, Adam
Khare, Rahul Kumar
Khattiya, Lany
KHK Investments LP
Khoo, Denis
Kikko, John
Kilpatrick, Keith H
Kim, Eliot
Kim, Jay
Kim, Miae
Kim, Peter
Kim, Sungyoun
King, Christopher Scott
Kingsford, Todd
Kirsanov, Dimitry
Kjellin, Erik
Koala 1 LLC
KOALA 2 LLC
KOALA3 LLC
Kochalka, James
Kogan, Dmitriy

Kohan, Emil James

Kohji, Hirokado

Kohn, Lawrence H

Komarovskiy, Valentin

Kompaso Pty Ltd

Kordomenos, James Nick

Kouzbari, Munear

Koyama, Osamu

Kpham Rd LLC

Krampf, Oleg

Krener, Olivier

Krienke, Gerri

Kryuchkov, Ivan

Ku, Yuehsu

Kuijper, Ronald

Kuipers, Jonathan Andrew

Kumar, Tarun

Kutty, Madhu Kumaran

Labenek, Andrew

Lablanc , Brian

Lacey, Peter

Lai, Christopher

Lakeside Oral & Facial Surgery Institute, LLC

Lamplough, Howard

Landskov, Gregg Raymond

Langslet, Robert

Laski, Ludwik

Laubjerg, Asker

Lee, Edmund Wangkai

Lee, Eunice Jungmin

Lee, Keagan Hyunchul

Lee, Yih Neng

Lee, Yun Chin

Lehrfeld, Joseph S

Leister, Thomas A

Leon, Shlomi

Lévy, Nicolas

Lewis Davies, Ryan Wynn

Lewis, Howard

Li, Yifan

Liao, Guoping

Libertad Group LLC

Liljenquist, Brandon

Lim, Jane

Lim, Jong

Lin, David

Linevskiy, Anton

Linkhorst, Martin

Linton, Robert Brian

Liu, Clark Haito

Liu, Juqiang

Liu, Nanxi Nanqian

Llewellyn, Isaac

Loc Truyen Van

Loh, Yuen Heng

Lohmann, Michael Andrew

Low, Ban Chai

Lucraft, Peter

Ludwig, Gerald

Luk, Yoshihiro

Luo, Edward

Luo, Jin

Luo, Robert

Luo, Xiangdong

Ly., Eric

Lylloff, Sander

Lynce, Gary Joseph

M4-Tse Inc

Macaluso, Sean A

Mackler, Bradley

Mahehswari, Bhavna

Maheshwari, Pawan Kumar

Mahoney, Justin Michael

Main, Geoffrey

Mak, Edwin

Mandap, Stephen

Manea, Mircea

Mann, Jeffrey Brent

Manzke, Holger

Marchioni, John P

Marciniec, Andrzej

Marina Point Investments LLC

Marinho, Fréderick

Market, Sheeld

Marlow, Daniel C

Marroquin, Eric

Martin, Jesse
Martin, Patrick
Martin, Patrick Victor Josef
Martinez, Lucas
Mason, Jeremy
Mastrokoukos, George
MASTROPIERI, BENGI
Mathews, William
Matsumoto, Reid
Matsumura, Fumihiko
Matthews, Andrew
Matthews, Lee
Mattina, Christopher W
Maya, Rafael
McCarty, John Edward
McClintock, Michael
McCollor, John
McCommons , Jeremiah Curtis
McDaniel, Paul
McDonald, Pat
McElveen, Michael
McFarland, Heidi
McGarry, Brian Thomas
McGurk, Jamie
MCINTYRE, DEVERICK
McKenney, Scott Herbert
McKeon, Brian Joseph
Mclean, Stuart
McMullen, Brian
McNeil, James W
McNeil, Laura Faller
Medeiros, Pablo
Meehan, Kristine M
Mellein, John Gabriel
Mellema, Kamiel
Mendes De Carvalho, Junior Joao
Mercola, Joseph Michael
Mercuri, Tom
Meridian Crypto Trust
Messall, Patrick
Meyer, Marvin
Mghari, Rachid
MHT Super Pty Ltd

Michaels, Alexander
Mick, Christopher
Milbert, Chris
Mildbrandt, Mark
Miller Jr, Samuel Garfield
Mindell, David Paul
Miroshnyk, Valentyn
Mirpuri, Dinesh
Misra, Upmanyu
Mohamed Naser Baslaib, Mohamed Ali
Mohan, Arun
Mohr, Lance Randall
Molly Spendthrift Trust
Montford, Harold Kevin
Moon, Wang Sik
Moore, Daniel
Moran, Jeffrey
Moser, Christopher M
Most, Robert
Moure, Brian Campbell
Moutawakkil, Khalil
Mowry, Michael Shane
Mr. Lock Inc
Mukhtar, Saeed
Munro, Ian
Murphy, Thomas Patrick Jr
Muschinski, Eric
Musumeci, Antonio
MWR Investments Ltd
Narang, Shantanu
Neiman, Gary
Neiman, Jason
Neptune Digital Asset
Nervo, Miriam
Neste, Bradley
Ngo, David
Nguyen, Nam
Nguyen, Phuc
Nguyen, Phuong
Nicol, Ronald
Novatzky, Benjamin D
Nung, Warren
Ochisor, Nicolae

Odonoghue, Kieran Terence

Ogletree, Brian

Olumide, Adedayo

Orsinger, Drew Francis

Ortega Arteaga, Daniel

Ortiz, George Emmanuel J

Osborn, Janine

Oso, Kay

Ostrye, Nate

Otero Vila, Juan

Ou, Amon

Owen, Jason Bruce

Owens, Shane

Padalytsya, Daryna

Pae, Mitchell Chon

Pagnanelli, Christopher Joseph

Pagnanelli, Victor Carl

Paholak , Thomas Daniel

Pajeda, Nerijus

Pak, Juno Kol

Palm, Travis John

Palmero, Claude

Papadakis, Elizabeth

Papadakis, Georgios

Pappas, Alex

Pappas, Eugenia

Paraboschi, Gabriele

Paris Castle IV LLC

Park, Seong

Parsons, Aron William

Patel, Mitesh

Patel, Shilla Natvarbhai

Patel, Shital Kantilal

Patil, Abhitabh Aneel

Pearlman, Leah

Pearson, Andrew John

Perez, Julio

Perry, Brett Alan

Peterson, Stephen Paul

Pham, Khai Trinh

Pham, Sophia

Phan, Long

Phonamenon Management Group LLC

Picinic, Nicholas

Pick, Thomas

Pierce, James

Pierson, Justin T

Pinto, Matthew

Pitta, Celso

Piura, Luis

Plutus21 Blockchain Opportunities I, SP of Plutus21 Global, SPC

Plutus21 Blockchain Opportunities II SP of Plutus21 Global, SPC

Plutus21 Blockchain Yield I, S.P. of Plutus21 Global, SPC

Point LLC

Pomeranz, Alex Aaron

Pototschnik, Andrew Alexander

Potts, Shaun

Prabhu, Chetan

Pratt, Folarin

Premoli, Alessandro

Profax Super Pty Ltd

Profluent Trading Inc.

Pronker, Anna

Pundisto, Lalana

Pusnei, Alexandru

Quick, Tyson Lynn

Quinlan, Thomas

Quinn, Christopher Michael

Qureshi, Ashar

Radeckas, Domantas

Rainthorpe, Robert

Raj, Rafael

Rakim, Kenneth

Ramsey, Roy

Ranchod , Pravin

Randel Brown Crypto Ventures, LLC

Rasmussen, Adam

Rathna Yake, Samira Sandaruwan

Reid, Robert W

Reiss, Andrew Wesley

Reitz, Spencer Mcdowell

Reph, Ryan Don

RHMP Properties Inc

Rianova Limited

Richardson, Eric
Rieu, Guillem
Ritholz, Susan K
Ritter, Dale
Ritter, David
Ritter, Linda J
Ritter, Paul
Robert, Alexander
Robert, Joseph Murdoch
Robinson, Andrew Douglas
Rodman, Kaori
Rojas, Roberto R
Roness, Philip Andrew
Ronning, Donald
Rooney, Alan
Rooney, Derek
Roos, Evert Christian
Rueca, Jaydee Crissare Racho
Rusanescu, Vlad
Russell, Jr, Frank Charles
Ruszkay, Andrew Conard
Ryan, Robert
S V Kandiah, Sivam
Sabariaga, Jethro
Sabba, Isaac
Saenz, Jesus Armando
Saker, Douglas
Salera, Manuel
Samaha, Georges Farah
Samian, Mohammed
Sandrana, Naidu Appalaswamy
Sarwar, Shahzad
Savich, Tatjana Tina
Sayer, Carey
Scalar Investments Corp.
Schallmann, Justin
Schardt, Natalie
Schauder, Marco
Schenk, Rolf
Schile, Clay Jeremiah
Schmid, Alan
Schramm, Ryan Kristian
Schroeder, Jesse

Seldes, Richard
Seneca, Michael James
Sepp, Todd Edward
Sese, LLC
Sevastopoulos, Haralambous
Sevastopoulos, Konstantinos
Shar, Stephen Phillip
Sheehan, Todd Michael
Shekhter , Dina
Shepherd, Lloyd Thomas
Shriver, Damien Jay
Sidibe, Aissata
Sigle, Manfred
Simard, René-Marc
Simonsen, Robert
Simov, Svetoslav
Singh, Balbahadur
Sirjoo, Jitindra Wayne
Siwik, Robert
Skrocki , James A
Slater, Brian Thomas
Slater, Glen Brian
Sleeper Hill Investments LLC
Sleeper, Richard Daniel
Sleeping1 LLC
Smith, Bob
Smith, Daniel W
Smith, David Silva
Smith, Nelson Courtney
Smith, Ralph
Snowman, Michael J
Solyom, Andrew
Sommer, Michael
Sondhi, Tarun
Souders, Jack Trayes
Soulier, Matthew Frost
Southgate Superannuation Pty Ltd
Spain, Betty J
Spain, Court W
Speterson Rd LLC
Spriggs, Leeton
Sprinkle, David
Srisaikham, Palita

Stapleton, Paul

Stefanski, John

Steger, Reinhold

Stein, Jason

Steinberg, Michael

Steinborn, Steven Harold

Stephenson, Cecil

Stevens, Ashleigh

Stevens, Daron Robert

Stevenson, Nicholas

Stewart, Russell Garth

Stjohn, Sean

Stock , Jr., Darrell Lee

Stolle, Diane

Stringer, Douglas Ross

Strobilus LLC

Sublett, Sandra

Suckno, Keith Michael

Summers, Adam Neal

Sun, Siqi

Suskind, Joseph

Sutedjo, Juwono

Sutfin, Miller

Sutton, Richard

Sutton, Sebastian

Sweeney, David

Swyftx Pty Ltd

Sypniewski, Christian

Taiaroa, Keri David

Taibi, Charlie

Tall Tree Consulting LLC

Tan, Richard

Tan, Yan

Tanaka, Colleen Takeko

Tanner, Delbert Hodges

Tap Root, LP

Thayer, Craig William

The Anna Pistey Family Trust

The CAEN Group LLC

The Kevin Batteh Trust

The KNL Family Trust

The MSL Family Trust

Thomann, Michael John

THOMAS DIFIORE CHILDRENS GST
INVESTMENT IRRV TR

Thomas, Michael Anthony

Thornton, William Arthur

Tincher, Steven Jess

Tirupattur Narayanan, Swathi Lakshmi

Tobias, Scott Jeffrey

Trahan, Ryan Michael

Tran, Anhminh Le

Transparencyx LLC

Trebtow, Jens

Tremann, Christopher Ernest

Trucksess, Cory

Trundy, Cory Lane

Truschel, Sante Kundermawan Arien

Trussell, Mark

Tsai, Jonathan P

Tsang, Kwan Ming

Tsang, Wai Nam

Tsonis, Con

Tuganov, Ignat

Turpin, James Phillip

Turtle, Ryan Michael

Tychalski, George

Tyler, Craig Edward

Ubuntu Love Pty  Ltd

Ughetta, Mark Richard

Ulrey, Renard

Untermeyer, Ricky

Uppheim, Kristoffer

Urata-Thompson, Harumi

Ustymenko, Vadym

Valdes, Stephen

Valenzuela, Daniel Anthony

Valkenberg, Renaud

Van De Weerd, Eugene

Vance, Shawn Dylan

Vanhoose , Derek Paul

Vault12, Inc

Vegancuts Inc.

Vendrow, Vlad

Venema, Wim

Verheyen, Kenneth

Vetsch, Richard

Vidmar, Ziga

Villinger, Christopher

Vincent, Carolyn Margaret

Vivar, Emmanuel

Vivas, Rafael

Vozzo, Mark Joseph

Wade, Ryan Kenneth

Wagner, Thomas Nichols

Walbeer Singh, Balwinder Singh

Walcott, Robert

Walker, Raphael

Walkey, Thomas

Wang, Feiting

Wang, Yidi

Wangler, Mason Christian

Watkins, Matthew

Wątor, Wojciech

Weimert, Bradley Thomas

Weiss, Allen Robert

Weiss, Christoph

Welby, Caitlin

Wells, Jason

Wendling, Vincent

West, Darren

Westhof, Tonia

Wexler, Kevin Jay

Wheeless, Daniel

White, Brendan Battaglia

White, David

Whittlinger, Ryan

Wielzen, Fons

Wierman, Duncan Craig

Wierzbowski, Radoslaw Lech

Wilcox, Waylon J

Williams II, Robert

Williams, Brendan

Williams, Charles

Williams, Charles W.

Williams, Paul

Williamson, Hiram

Wiseman, Timothy

Witkin, Daniel

Wolf, Cody Lee

Wolstenholme, MacGregor

Woltzenlogel Paleo, Bruno

Wong, Eric Flores

Wong, Jason

Woo, Ken

Woodward, Laurie

Woolsey, Jonathan

Wright, Christopher

Wright, Timothy

Wu, Xinhan

Xiao, Ling

Yang, Yen-Huoy

Yao, Mark

Yarwood, Darren G

Yates-Walker, Josh Oisin

Yeung, Tak H

Yoon , Tera Sahyun

Yoon, Andrew

Young, John Martin

Young, Rudolph Paul

Young, Timothy Shannon

Younts, David

YU, BYUNG DEOK

Yu, Jenny

Zaharieva, Katerina

Zahra, Carmelo

Zarchi, Meir

Zhang, Kevin

Zhang, Qinghua

Zhang, Xi

Zhao, Tianqi

Zhong, Jimmy

Zhou, William

Ziglu  Limited

Zijlstra, Fayce

Zimmermann, Oliver

Zipmex Asia Pte Ltd.

Zwick , Matthew James

Zygas, Viktoras

### Significant Equity Holders

Craig Barrett

**Taxing Authority/Governmental/Regulatory Agencies**

Alaska Division of Banking & Securities

Arkansas Securities Department

Autorite Des Marches Financiers (AMF) - Canadian Securities Administrators

California Department of Financial Protection and Innovation

Commodity Futures Trading Commission

Commonwealth of Massachusetts Office of The Attorney General

Commonwealth of Massachusetts Securities Division

District of Columbia Department of Insurance, Securities and Banking

Financial and Consumer Affairs Authority

Financial Conduct Authority

Georgia Office of Secretary of State Securities & Charities Division

Gibraltar Financial Services Commission

Hawaii Department of Commerce and Consumer Affairs

Illinois Securities Department

Minnesota Attorney General Office

Minnesota Department of Commerce

Mississippi Secretary of State Office

New Hampshire Bureau of Securities Regulation

New Jersey Office of The Attorney General

North Carolina Department of The Secretary of State

Office of The Attorney General of Missouri

Office of The Montana State Auditor

Office The Attorney General of West Virginia

Pennsylvania Bureau of Securities Compliance and Examinations

Pennsylvania Department of Banking and Securities

South Carolina Office of The Attorney General

South Dakota Division of Insurance Securities Regulation

State of California Department of Justice Public Inquiry Unit

State of Idaho Department of Finance

State of New York Office of The Attorney General, Division of Economic Justice

State of Oklahoma Department of Securities

Tennessee Department of Commerce and Insurance Financial Services Investigation Unit

The Ontario Securities Commission (The OSC)

**U.S. Trustee Personnel, Judges, and Court contacts for the Southern District of New York**

Allen, Joseph

Anderson, Deanna

Barajas, Andres

Black, Christine

Leonhard, Alicia

Penpraze, Lisa

Schmitt, Kathleen

Slemmer, Daniel

Van Baalen, Guy A.

Ziesing, "Frances" Annie

**UCC Members**

Andrew Yoon

Coco, Christopher

Keith Noyes

Robinson, Mark

Scott Duffy

Thomas DiFiore

Warren, Caroline

**UCC Professionals**

Elementus

Kroll Restructuring Administration LLC

M-III Partners, LLC

Perella Weinberg Partners

**Vendors**

A. Kfir holdings

Adam Milo

Adams, Jeffrey

Advogados, Almeida

Ai Fiori

Altsholer benefits

Anat Raziel

Andreou, Foteini

Andromeda

Anna Pitzman

Arce, John

Ascential Events (Europe) Limited

Asha Gabai

Asher Harel

Asher Hersgkowitz

Auger, Matthew

Avishar

Aviv Reut

Avner Mor

Avraham, Daniel

Bari Catz

Becerril, Jose Maria Caballero

Begg, Yusuf

Bernard Kulysz

Blockfrost.io

Bowell, Reuben

Bradley, Marc

Braun, David

Brown, Charlotte

Brown, Oliver John

Burns, Matthew

BuyMe

Callaghan, Simon

Castillo, Diana

Cellcom

Central Park

Chamber of Commerce Tel Aviv

Chan, Kalvin

Chang, Yung-Tang

Charalambous, Alexia

Charmant, Audrey

Ching, Lam Wai

Christodoulou, Antonis

Christodoulou, Christodoulos

Christou, Renos

Cleargate

Coleman, Bradley K

Costica, Tudor

CTI Solutions

Cyberforce Global Limited

Dalia Mintz

Dana Lev

Dawson, Meryl

Debak, Antun

Decode

Dias, Eric

Diesenhaus

Dinwiddie, Spencer

DLC Distributed Ledger Consulting GmbH

Doit

Dor-aviv.

Dreifuss, Itai

Dreyfus, Fernando

E.C electricity

Eddison, Mark

Eede, Jelle Van den

Eitan Shopen

EMET

Emmanuel, Alaina

Enkur, Gokhan

Eran Tromer

Estiatorio, Avra Madison

Etherscan

Evaggelou, George

Evan Ferrante

Evertas - USI Insurance Services

Fintech, Lendit

Florist, Lovin

Fotis Skempes

Frangeskidou, Angela

Frankfurt School

Frediani, Jeremy

Gabriel, Lilly

Garcia, Adria

Garcia, Migdalia

Georgios, Retoudis

Glushon, Jason

Goodstein, Nicole

Gorfriends

Graham, Wendy

Grammerly

Grozdanic, Jovana

Grunsfeld, Gerry

Guarano, Gabriele

Guarascia, Ryan

Hadjipanayi, Christina

Hagal Hayarok

Haim Levy

Hanoch medical service

Haussmann, Christiaan

Herman systems

Hobson, James Jonathan

Holley Nethercote Pty Ltd.

Hot Mobile

Howden Insurance Brokers Limited

HR Marketing

Ignatiades, George

Iliescu, Alexandru

Invoice Maven

Ioanitescu, Dan

Ioannou, George

Israeli Innovation Authority

Issaschar brothers

Jack Villacis

Jansone, Kerija

Jobinfo

Jumbo stock

Kasafot Magen

Kazaka, Krista

Kerr, Bryan

KINOLIFE LLC

Knight, Derek

Kokoni, Eirini

Koutra, Athos

Kozlowska, Kasandra

Kunder, Nikhil

kuperpan

Lackner, Joe

Lau, Weyne

Leadmetrix

Lenou, Neovi

Leonard, Carleen Ann

Lermont Ltd.

Levy Cohen

Li, Hsu Kang

Lopez, Galo Fernandez

Loucaides, Michael

Lucas, Felipe

Mak, Oleena

Malamas, Vasileios

Mamoulides, George

McDonald, Tracey

Mei Avivim

Michael Cimo (Statera Bellus)

Michaels, Panayiotis

Michailidou, Anna

Mitugon

Moon, Eddie

Morreale, James

Mould, Darron John

Moya

Muens, Philipp

Mullholand, Lindsey R.

Mulligan, Scott

Mylona, Olimbia

Nachmias Grinberg

Nagy, Eniko Andrea

Naidu, J Raag

Namlessplace

Natan Zecharia

Nespresso

Nethercote, Holley

Niki-nikayon

Nisha

Noam Rozenthal

Offord, Scott

Ogilvy, David

Panago, Constantine

Paneva, Violina

Papademetriou, Fotis

Patchen, Aaron

Patentic

Patrner

Pesach Zilberman

Piechocinska, Olga

Pillakouris, Maria

Praktal computers

Prokopis, Konstantinos

Pušonja, Mališa

Raducioiu, Iulia

Rahman, Kent

Reblonde

Refaeli, Alon

Rethy, Istvan-Levente

Rhind, Ryan

Ríos, David García

Rubin, Jaclyn

Russell, Jacob

Saliba, Paul S

Sawhney, Rajiv

Securelogic Ltd.

Seese, Dylan

Setovich, Javier

SFDC Ireland Limited

Shani solutions

Sharma, Bharti

Shekel Ofek

Sherfi Yehuda, construction

Shimrit

Shitov, Alexey

Shkedi, Jonathan

Shlomo Kezas

Shloofta

Silva, Karl Da

Silverman, Tyler

Smith, Winston Royce

Softsale

Solomon, Levi

Somech Hikin

Sopracasa, Erik

Sponja cleaning

Sposato, Dalila

Stot and May

Superpharm

Switchup

Tasker, Stephen

TDSD Ltd.

Team Netcon

Tel Aviv city tax

Teng, Aaron

The Block Crypto

Theocharous, George

Thrasyvoulou, Olga

Timeclock 365

Tinoco, Diana

Tomer Zusman

Tore, Alex

Turley, Andrew

USA Strong Inc

Value financial services

Vandervelde, Jeffrey

Varzea, Monica

Vasileiou, Eirini

Veliz, Jessica

Vrazic, Michail

Wang, Yuanbo

Wingerden, Gerrit Van

Wlosek, Ewa

World travel

Yaniv Taieb

Yellin, Sruli

Yeshayaho Blumfeld

YHM Technologies

Yiadom, Prince

Yigal Arnon

Zeplin Unc.

Zoeller, Arielle

ZoomInfo

**#N/A**

A. Georgiou & Co LLC

Abriano, Victor

Advokatu Kontora Sorainen IR Partneriai

Arbeit, Susan

Bruh, Mark

Buckley LLP

C Street Advisory Group

Caroline Warren

Christopher Coco

CMS Cameron McKenna Nabarro Olswang LLP

Cohen-Pavon, Roni

Cornell, Shara

Covario AG

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

Gannone, James

Glenn, Martin

Harrington, William K.

Higgins, Benjamin J.

ICB Solutions

Joseph, Nadkarni

Mark Robinson

Masumoto, Brian S.

Mendoza, Ercilia A.

Moroney, Mary V.

Morrissey, Richard C.

Ogunleye, Alaba

Riffkin, Linda

Rodriguez, Ilusion

Schwartz, Andrea B.

Schwartzberg, Paul K.

Scott, Shannon

Sharp, Sylvester

Tiantian, Tara

Uría Menéndez Abogados, S.L.P

Velez-Rivera, Andy

Vescovacci, Madeleine

Wells, Annie

Zipes, Greg M.

**Schedule 2**

| Additional Potential Party In Interest | Relationship to Debtors |
| --- | --- |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |

| Additional Potential Party In Interest | Relationship to Debtors |
|---|---|
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |

| Additional Potential Party In Interest | Relationship to Debtors |
|---|---|
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |

**Schedule 3**

| Additional Potential Party In Interest | Relationship to Debtors |
|---|---|
| Autorite Des Marches Financiers (AMF) – Canadian Securities Administrators | Taxing Authority/Governmental/Regulatory Agencies |
| Cadwalader Wickersham & Taft | Counsel to Former Executives |
| [Confidential] | Potential Bidding Party |
| [Confidential] | Potential Bidding Party |
| McDermott Will & Emery LLP | Notice of Appearance / Pro Hac Vice |
| Sullivan & Cromwell LLP | Notice of Appearance / Pro Hac Vice |
| The Ontario Securities Commission | Taxing Authority/Governmental/Regulatory Agencies |
| Weil, Gotshal & Manges LLP | Notice of Appearance / Pro Hac Vice |

**Exhibit A**

[Filed Under Seal]

**<u>Exhibit B</u>**

[Filed Under Seal]