Hearing Date: February 6, 2023, at 2:00 p.m. (prevailing Eastern Time)

| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900 | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200 |

*Counsel to the Initial Debtors and Debtors in Possession*

*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' WITNESS LIST AND EXHIBIT LIST FOR**
**ACCOUNT HOLDERS' CLAIMS ISSUES SET FOR HEARING FEBRUARY 6, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing commencing on February 6, 2023, at 2:00 p.m. (prevailing Eastern Time) (the "Hearing") as follows:

## Witnesses

The Debtors do not intend to call witnesses at the Hearing.[2]

## Exhibits

| No. | Description | Mark | Offer | Object | Admit | W/D | Docket No. |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Alex Mashinsky on the Terms of Use and Terms of Use attached as Exhibits A-1 through A-8 to [Docket No. 393] | | | | | | |
| 2. | Celsius Network Organizational Structure Chart attached as Exhibit A to Debtors' Opening Brief Regarding Account Holders' Claims Issues [Docket No. 1799] | | | | | | |
| 3. | Declaration of Status as a Substantial Shareholder (CDP Investissements Inc.) [Docket No. 336] | | | | | | |
| 4. | Declaration of Status as a Substantial Shareholder (Celsius New SPV Investors, LP; Celsius SPV Investors, LP; Community First Partners, LLC) [Docket No. 444] | | | | | | |
| 5. | Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 23] | | | | | | |
| 6. | Celsius Community Update, June 23, 2021, https://celsiusnetwork.medium.com/celsiuscommunity-update-june-23-2021-a28fca899091 | | | | | | |
| 7. | Monthly Operating Report [Docket No. 1903] | | | | | | |

---

[2] The Debtors reserve the right to cross-examine any witness called by any other party at the Hearing.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8. | Declaration of Christopher Ferraro, Director and Chief Financial Officer of GK8 Ltd., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 1629] | | | | | |
| 9. | Celsius Network – Organizational Chart as of 7/15/2021 [PREF_EQ_0000722] | | | | | |
| 10. | Nyman Libson Paul LLP, Celsius Network Limited Annual Report and Financial Statements for the Period Ended 31 December 2020, dated October 8, 2021 [PREF_EQ_0000061][3] | | | | | |

[*Remainder of page intentionally left blank*]

---

[3] The Official Committee of Unsecured Creditors ("UCC") objects to Exhibit 10 on grounds of relevance but does seek to preclude the Debtors from entering it into evidence.

| | |
|---|---|
| New York, New York<br>Dated: February 5, 2023 | /s/ Joshua A. Sussberg<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                    ross.kwasteniet@kirkland.com<br>                    chris.koenig@kirkland.com<br>                    dan.latona@kirkland.com<br><br>*Counsel to the Initial Debtors and Debtors in Possession*<br><br>*Proposed Counsel to the GK8 Debtors and Debtors in Possession* |