Dennis F. Dunne
Nelly Almeida
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Tel:  (212) 530-5000
Fax: (212) 660-5219

Joshua M. Mester (admitted *pro hac vice*)
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel: (213) 489-3939
Fax: (213) 243-2539

Andrew M. Leblanc
Melanie Westover Yanez
**MILBANK LLP**
1850 K Street, NW, Suite 1100
Washington, DC 20006
Tel: (202) 835-7500
Fax: (202) 263-7586

*Counsel to CDP Investissements Inc.*

*Counsel to Community First Partners, LLC,*
*Celsius SPV Investors, LP, and Celsius*
*New SPV Investors, LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) )  Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | )  Case No. 22-10964 (MG) |
| Debtors. | )  (Jointly Administered) |

<u>**NOTICE OF FILING OF FEBRUARY 6, 2023, HEARING PRESENTATION**</u>

　　　　**PLEASE TAKE NOTICE** that Community First Partners, LLC, Celsius SPV

Investors, LP, Celsius New SPV Investors, LP, and CDP Investissements Inc. hereby file the

presentation (the "<u>Presentation</u>"), attached hereto as **<u>Exhibit A</u>**, that will be used at the hearing

---

[1]　　The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

that will take place on **Monday, February 6, 2023 at 2:00 p.m., prevailing Eastern Time**,

before the Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States

Bankruptcy Court for the Southern District of New York.

        **PLEASE TAKE FURTHER NOTICE** that copies of the Presentation and any

pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting

the website of Stretto at http://www.cases.stretto.com/celsius.  You may also obtain copies of any

pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the

procedures and fees set forth therein.

Dated: February 5, 2023
      New York, New York

/s/ Dennis F. Dunne
Dennis F. Dunne
Nelly Almeida
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Tel:  (212) 530-5000
Fax: (212) 660-5219
Email: ddunne@milbank.com
      nalmeida@milbank.com

– and –

Andrew M. Leblanc
Melanie Westover Yanez
**MILBANK LLP**
1850 K Street, NW, Suite 1100
Washington, DC 20006
Tel:  (202) 835-7500
Fax: (202) 263-7586
Email: aleblanc@milbank.com
      mwyanez@milbank.com

*Counsel to Community First Partners, LLC,*
*Celsius SPV Investors, LP, and Celsius*
*New SPV Investors, LP*

/s/ Joshua M. Mester
Joshua M. Mester
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel:  (213) 489-3939
Fax: (213) 243-2539
Email: jmester@jonesday.com

*Counsel to CDP Investissements Inc.*

**<u>Exhibit A</u>**



# Milbank

February 6, 2023

# Evidentiary Hearing:
## In re Celsius Network LLC

*Counsel to the Series B Preferred Holders*

# LLC is the only Debtor Liable to Customers Under the Terms of Use

The plain reading of the Terms of Use and the overwhelming evidence are consistent with LLC being the only Debtor liable.





# The Terms of Use Unambiguously Limit Liability to LLC

Milbank

# The Terms of Use Unambiguously Limit Customer Liability to LLC

Section 25 of the Terms of Use carves Affiliates out of liability, leaving only LLC liable.

## 25. Indemnification and Limitation of Liability; Legal Fees and Costs for Lawsuits

kind. Except for any setoff permitted by applicable law and Section 9 of these Terms, any obligations of ours may be satisfied solely from the assets of Celsius. Without limiting the generality of the foregoing, in no event shall you have any recourse, whether by setoff or otherwise, with respect to our obligations, to or against any assets of any person or entity other than Celsius, including, without limitation, any member, shareholder, Affiliate, investor, employee, officer, director, agent or advisor of Celsius. For the avoidance of doubt, the foregoing shall not limit any setoff permitted by applicable law and Section 9 of these Terms.



Source: Exhibit SBPH 22 (Mashinsky TOU Decl., Dkt. No. 393)

4

# The Terms of Use Distinguish Between LLC and its Affiliates

When the terms Celsius and Affiliate(s) are used in the same phrase, the context is clear that Celsius refers to only LLC.

- Contrary to the Committee's assertion, the Terms of Use provide that "[c]apitalized terms shall have the meanings assigned to them in the[] Terms [of Use], *unless the context requires otherwise*."



Source: Exhibit SBPH 22 (Mashinsky TOU Decl., Dkt. No. 393)



# Migration of Customer Liabilities from CNL to LLC

| June 2021 | July 2021 | August 2021 |
|---|---|---|

**June 2021**

- CNL informs FCA it will migrate its business from CNL to LLC

- Plan to migrate publicly announced via "Celsius Community Update"

> After careful consideration, we are excited to share that we will be migrating our main business activity and headquarters from the United Kingdom to the United States and where applicable, to several other jurisdictions. This will provide Celsius and its community with more stability, clarity, and development opportunities to continue expanding our global impact and infrastructure.

> Our team has been working diligently to chart the path for the future of Celsius, and we share this news with the utmost transparency and timeliness and with a clear path ahead. In the coming weeks, we will be sharing our detailed migration plan with the community, which will include updates to our Terms of Use and Privacy Policy. Thank you for your continued support as we work to bring the next 100 million people into crypto. We look forward to this exciting move, and we will be sharing additional information as it becomes available.

**July 2021**

- CNL signs Direction Agreement with FCA re migration of customers' contractual relationship

- Terms of Use Version 6 adopted

- Customers required to agree or otherwise terminate their relationship with CNL



**August 2021**

- CNL transfers customer assets and liabilities to LLC to complete migration

> **ARTICLE I**
> **THE TRANSACTION**
>
> I.1    Transfer and Assumption.  Upon the terms and subject to the conditions set forth in this Agreement and effective upon the execution hereof, Transferee shall accept and assume from Transferor, and Transferor shall transfer and assign to Transferee, the Transferred Assets and Liabilities.

> **Exhibit 1 – Transferred Assets and Liabilities**
>
> Except as otherwise provided, the Transferred Assets and Liabilities are as follows:
>
> 1.    All of Transferor's obligations related to or resulting from the Consenting Users' use of the Celsius App, including any obligation of Transferor to return collateral following repayment of a loan made to a Consenting User, all obligations to repay loans of cryptographic assets made by Consenting Users to Transferor prior to the Effective Date and obligations to pay financing fees (known as "Rewards" on the Celsius App) to Consenting Users in respect of loans made by Consenting Users through the Celsius App.

- CNL stops providing services to customers on August 23



*Sources: Exhibit SBPH 20 (Community Update); Exhibit SBPH 1 (Blonstein Decl., Dkt. No. 1327); Exhibit SBPH 15 (Asset Transfer Agreement, dated as of Aug. 19, 2021)*

6

# The Evidence Supports the Plain Reading of the Terms of Use

# The Parties Did Not Intend for All Debtors to Be Liable

The plain reading of the Terms of Use is consistent with the intent to migrate customers' contractual relationship from CNL to LLC and that Affiliates would continue to be carved out of liability.

The documents also support the plain reading:



Communications to customers

Mining S-1

Direction Agreement effectuating the migration plan

Communications to the Board

Asset Transfer Agreement

Post-petition filings

Assignments and Amendments of Omnibus Wallet Agreements

Milbank

8

# Extrinsic Evidence: Communications to Customers

Pursuant to the migration plan agreed to by the FCA, customers were notified of the migration and required to either agree to Terms of Use Version 6 or otherwise terminate their relationship with CNL.





**Milbank**

*Sources: Exhibit SBPH 20 (Community Update); Exhibit SBPH 1 (Blonstein Decl., Dkt. No. 1327)*

9

# Extrinsic Evidence: Direction Agreement

Pursuant to the Direction Agreement, CNL agreed with the FCA that it would migrate its contractual relationship with customers.

registration or on-boarding of any ...

**Requirement to notify existing customers**

2. Celsius will notify all of its existing customers of the migration of their customer's contractual relationship to Celsius Network LLC or Celsius EU UAB, as appropriate, by 23:00 New York time on Thursday 22 July 2021 ("the Migration Date").

3. Celsius will ensure that customers that do not wish to migrate their customer's contractual relationship are provided with an option to withdraw their cryptoassets and to close their accounts and those customers will not migrate.

e) The total value of asset...  ...lsius.

**Temporary Registration and registration application**

11. Celsius agrees that on 23 August 2021 at 23:59:59 New York time:

a) It will be removed from the Temporary Registration Regime; and

b) It will withdraw its application for registration as a Cryptoasset exchange provider and custodian wallet provider and will not conduct any of the services within regulation 14A (Cryptoasset exchange providers and custodian wallet providers) of the MLRs.

Signed by: ..Roni Cohen Pavon………. Position: …Chief Revenue Officer………
Name: ………Roni Cohen Pavon…

For and on behalf of Celsius Network Limited (Celsius)

Date: …July 21, 2021………………………

**Annex 1**

1. The agreed timeline is as follows:

This Schedule shall come into force on the Migration Date.

i. Weeks 0-2: On the Migration Date, all clients will receive an email explaining the migration process and will be invited either to accept new Terms of Use or close their accounts. All clients will be able to close their accounts and withdraw their cryptoassets, with no extra costs. In parallel, for a period of two weeks after the Migration Date, all clients who have not agreed to the migration, nor closed their accounts ("Remaining Users") will receive a pop-up each time they connect to the app, allowing them to accept new terms or terminate the relationship. In addition, during these first 2 weeks, the ignore button will also be available.

ii. Weeks 3-4:*

*Celsius will continue to pay interest to its users in accordance with Celsius' interest calculation cycle in line with Celsius' agreement with its customers until Friday 20 August 2021 ("the Interest Cutoff Time")

During this period, Remaining Users will not be able to access their accounts, unless they have taken their choice of action. The 'ignore' button will disappear from the pop-up within the app, which will hide the full screen, leaving customers the choice to either accept new terms or terminate the relationship.



# Extrinsic Evidence: Assignments of Omnibus Wallet Agreements

Certain agreements with "omnibus partners" were also migrated from CNL to LLC.

- Those assignment agreements are "subject to" updated Terms of Use with LLC.

**ASSIGNMENT AND AMENDMENT TO OMNIBUS WALLET SERVICE AGREEMENT**

THIS ASSIGNMENT AND AMENDMENT TO OMNIBUS WALLET SERVICE AGREEMENT (this "**Amendment**") dated August 19, 2021 is made by and between **Celsius Network Limited** ("**Celsius UK**"), Celsius Network LLC ("**Celsius US**"), Celsius EU UAB ("**Celsius EU**") and Voyager Digital LLC, ("**Partner**") (each, a "**Party**" and collectively, the "**Parties**" and Partner and Celsius UK, the "**Original Parties**"). Any capitalized terms used but not defined herein shall have the meanings given to them in the Agreement.

2. <u>Terms of Use</u>. Partner understands and acknowledges that, in connection with the Migration, the Services will be subject to updated terms of use with Celsius US and Celsius EU, and that Celsius US and Celsius EU may, at any time and in their sole discretion, modify their terms of use as available at their website (http://celsius.network). Celsius US and Celsius EU shall endeavor, but shall not be obligated, to provide Partner advance notice of any updates or changes to Celsius US' and Celsius EU's terms of use.



*Source: Exhibit SBPH 18 (Omnibus Wallet Service Assignment Agreement, dated Aug. 19, 2021)*

11

# Extrinsic Evidence: Transfer Agreement

CNL (Transferor) and LLC (Transferee) executed an Asset Transfer so that CNL could stop providing services to or contracting with customers.

### RECITALS

WHEREAS, as of the Effective Date, Transferor maintains a democratized reward payment and lending activity which is accessible via a mobile app owned by the Transferor's affiliate (the "**Celsius App**"), where membership provides access to financial services enabling cryptographic assets holders to earn rewards by transferring their cryptographic assets to their Celsius accounts and borrow USD against their cryptographic assets collateral at low interest rates (the "**Business**");

WHEREAS, in June 2021, Transferor learned of certain regulatory limitations and requirements as they relate to the operation of the Business by Transferor with respect to the provision of services to retail users of the Celsius App (the "**Users**");

WHEREAS, Between July 22, 2021 and August 23, 2021 (the "**Transfer Period**"), Transferor offered its Users the ability to transfer their respective services from Transferor to Transferee in order to address such regulatory limitations and requirements (each User that agreed to such transfer, a "**Consenting User**" and collectively, the "**Consenting Users**");

WHEREAS, Transferor has, based on input received from the applicable regulatory bodies in the United Kingdom, and following input and advice of counsel, determined to stop providing services to or contracting with the Consenting Users;

WHEREAS, Transferor, in order to no longer provide services to or contract with the Consenting Users, wishes to transfer the assets and liabilities of the Business that relate specifically to the Consenting Users and which are the subject of regulatory limitations and requirements;

### AGREEMENT

NOW, THEREFORE, in consideration of the mutual and dependent promises set forth herein, the sufficiency of which is hereby acknowledged, the parties hereby agree as follows:

### ARTICLE I
### THE TRANSACTION

I.1    **Transfer and Assumption.**  Upon the terms and subject to the conditions set forth in this Agreement and effective upon the execution hereof, Transferee shall accept and assume from Transferor, and Transferor shall transfer and assign to Transferee, the Transferred Assets and Liabilities.

### Exhibit 1 – Transferred Assets and Liabilities

Except as otherwise provided, the Transferred Assets and Liabilities are as follows:

1.    All of Transferor's obligations related to or resulting from the Consenting Users' use of the Celsius App, including any obligation of Transferor to return collateral following repayment of a loan made to a Consenting User, all obligations to repay loans of cryptographic assets made by Consenting Users to Transferor prior to the Effective Date and obligations to pay financing fees (known as "Rewards" on the Celsius App) to Consenting Users in respect of loans made by Consenting Users through the Celsius App.

2.    The business relationship with the Consenting Users.

3.    All of Transferor's rights related to or resulting from the balances of the Consenting Users in the Celsius App, including the right to use any collateral used to secure loans to Consenting Users and all cryptographic assets loaned by the Consenting Users to Transferor prior to the Effective Date.

4.    A copy of the list of Consenting Users and their information.



*Source: Exhibit SBPH 15 (Asset Transfer Agreement, dated as of Aug. 19, 2021)*

# Extrinsic Evidence: Mining S-1

The confidential S-1 statement for Celsius Mining Inc. filed with the SEC did not disclose obligations related to customer liabilities.

- The Debtors do not dispute this omission.  Instead, the Debtors assert that "if there was an IPO of Celsius Mining, Celsius could have amended the Terms of Use to remove liability from that entity as part of the IPO." *(Debtors' Response Brief, Dkt. No. 1962)*





*Source: Exhibit SBPH 8 (Mining S-1, submitted Feb. 14, 2022)*

13

# Extrinsic Evidence: Communications to the Board

The Debtors described the migration to the Board as an agreement where CNL would no longer be providing customer-facing services and noted that the migration was completed in August 2021.



Milbank

# Extrinsic Evidence: Customers Proofs of Claims

Of the 10,210 proofs of claims filed prior to the Bar Date Order, less than 0.3% could have possibly been filed against all Debtors.

| *Proofs of Claims Filed Against Debtors through Nov. 15, 2022, as Listed on Stretto Jan. 30, 2023* | | |
|---|---|---|
| **Debtor** | **# of Claims** | **% of Claims** |
| Celsius Network LLC | 9707 | 95.07% |
| Celsius Lending LLC | 137 | 1.34% |
| Celsius US Holding LLC | 114 | 1.12% |
| Celsius Network Inc. | 107 | 1.05% |
| Celsius Network Limited | 73 | 0.71% |
| Celsius KeyFi LLC | 20 | 0.20% |
| Celsius Networks Lending LLC | 23 | 0.23% |
| Celsius Mining LLC | 18 | 0.18% |
| All Debtors | 11 | 0.11% |
| **Totals** | **10210** | **100.00%** |



# The Debtors' and Committee's Interpretation Is Not Plausible

Milbank

# The Debtors' and Committee's Interpretation Is Not Plausible

The Debtors and Committee argue that all Debtors are liable because Celsius should be interpreted to include all entities in the Debtors' corporate structure.

This interpretation:

 Violates principles of contract interpretation

 Is completely different than the historical relationship between Affiliates and customers

 Undermines the parties' clear intent

 Is not supported by any document, witness, declaration, or other form of evidence



*Sources: Debtors' Opening Brief, Dkt. No. 1799; Committee's Opening Brief, Dkt. No 1797*

17

# The Debtors' and Committee's Interpretation Is Not Plausible (Cont'd)

The Debtors' and Committee's interpretation cannot be harmonized with the provisions that distinguish between Celsius and its Affiliate(s), including the Limitation of Liability provision.





# The Debtors' and Committee's Interpretation Is Not Plausible (Cont'd)

The Debtors also argue that the Limitation of Liability provision only carves out Affiliates that are outside the corporate structure.

- This would require adding in words to the Limitation of Liability provision:

---

### Debtors' Interpretation of Limitation of Liability Provision

". . . in no event shall you have any recourse . . . to or against any person or entity other than Celsius, including, without limitation, . . . any Affiliate **[that is outside the Company's corporate structure]** . . . of Celsius."

---

Milbank    *Source: Debtors' Opening Brief, Dkt. No. 1799*

# The Debtors' and Committee's Interpretation Is Not Plausible (Cont'd)

Even the Debtors' own hypothetical Affiliate of LLC's Affiliates that is outside the Company's corporate structure does not work.





20

# The Debtors' and Committee's Interpretation Is Not Plausible (Cont'd)

The Debtors and Committee assert that the specific provision that controls is section 13.

That assertion is both factually and legally correct:

- Section 13 provides that
    - Customers have no rights to assets in the Earn or Borrow program, and
    - In bankruptcy, customers may not have any remedies or rights other than rights they may or may not have as a creditor.
- That section does not purport to (and does not) create any liability.

The only section that directly addresses liability is the Limitation of Liability provision.

### 13. Consent to Celsius' Use of Digital Assets

3. In the event that Celsius becomes bankrupt, enters liquidation or is otherwise unable to repay its obligations, any Eligible Digital Assets used in the Earn Service or as collateral under the Borrow Service may not be recoverable, and you may not have any legal remedies or rights in connection with Celsius' obligations to you other than your rights as a creditor of Celsius under any applicable laws.



*Sources: Debtors' Opening Brief, Dkt. No. 1799; Committee's Response Brief, Dkt. No 1965; Exhibit SBPH 22 (Mashinsky TOU Decl., Dkt. No. 393)*

# The Evidence Does Not Support the Debtors' and Committee's Interpretation

The lack of evidence relied on by the Debtors and Committee is telling.

 They point to a total of three pieces of evidence:

- Annual Report and Financial Statements for the period ended December 31, 2020

- Certain drafting history (*i.e.*, the change in the definition of Celsius from version 5 to 6)

- Social media statements

None of the purported evidence has any bearing on customer liability.

 In fact, neither the Debtors nor the Committee even argue that in the event of ambiguity, they have extrinsic evidence sufficient to support their interpretation.



*Sources: Debtors' Opening and Response Briefs, Dkt. Nos. 1799, 1962; Committee's Opening and Response Briefs, Dkt. Nos 1797, 1965*