**WHITE & CASE LLP**
David M. Turetsky
Kimberly A. Havlin
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email: david.turetsky@whitecase.com
       kim.havlin@whitecase.com
       sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email: mandolina@whitecase.com
       gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Claire O'Brien
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
Email: jselendy@selendygay.com
       fgay@selendygay.com
       cobrien@selendygay.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

|  |  )  |  |
|---|---|---|
|  |  )  |  |
| Debtors. |  )  | (Jointly Administered) |
|  |  )  |  |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EXHIBIT LIST FOR MATTERS SET FOR HEARING ON FEBRUARY 6, 2023 REGARDING DEBTORS THAT ARE LIABLE TO ACCOUNT HOLDERS UNDER THE GLOBAL CONTRACT (THE "TERMS OF USE") BETWEEN CELSIUS AND ACCOUNT HOLDERS**

Pursuant to the *Order (I) Setting a Briefing Schedule and (II) Granting Related Relief* [Docket No. 1747], the Official Committee of Unsecured Creditors (the "**Committee**"), appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**" and, together with their non-Debtor affiliates, "**Celsius**"), by and through its undersigned counsel, hereby submits this exhibit list (the "**Exhibit List**") for the hearing commencing on February 6, 2023 (the "**Hearing**"):

## Exhibit List

| No. | Description | Objection | Response |
|---|---|---|---|
| 1. | *Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, Providing Terms of Use Dating Back to February 18, 2018* [Docket No. 393]. | | |
| 2. | Debtors' Schedules [Docket Nos. 4, 5, 6, 7, 973, 974] | | |
| 3. | *Declaration of Alexander Mashinsky, Chief Executive Officer of Celsius Network LLC, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 23]. | | |
| 4. | Celsius Network article posted on Medium and titled *Celsius Community Update –June 23, 2021* available at https://celsiusnetwork.medium.com/celsius-community-update-june-23-2021-a28fca899091 (last accessed on December. 21, 2022). | | |
| 5. | Deposition transcript of Oren Blonstein, Chief Innovation Officer and Compliance Officer of the Debtors, dated November 22, 2022. | | |
| 6. | Transcript of the continued section 341(a) meeting held on October 13, 2022. | | |
| 7. | New Jersey Bureau of Securities Cease and Desist Order, dated September 17, 2021 available at https://www.nj.gov/oag/newsreleases21/Celsius-Order-9.17.21.pdf (last accessed on Dec. 23, 2022). | | |
| 8. | PR Newswire article titled *Celsius Network* | | |

| No. | Description | Objection | Response |
|---|---|---|---|
|  | *Announces an Investment Led by WestCap and CDPQ at a Valuation More than US $3 Billion*, dated October 12, 2021 available at https://www.prnewswire.com/news- releases/celsius-network-announces-an- investment-ledby-westcap-and-cdpq-at-a-valuation-more-than-us-3-billion-301397834.html (last accessed December 26, 2022). |  |  |
| 9. | CoinDesk article titled *Celsius Network Series B Expands to $750M*, dated November 24, 2021 available at https://www.coindesk.com/business/2021/11/25/celsius-networkseries-b-expands-to-750m-at-325b-valuation/ (last accessed December 22, 2022). |  |  |
| 10. | *Debtors' Responses and Objections to Official Committee of Unsecured Creditors' First Set of Requests for the Production of Documents and Interrogatories to Debtors Regarding Debtors That Are Liable to Account Holders Under the Global Contract (the "Terms of Use") Between Celsius and Account Holders* dated January 10, 2023. |  |  |
| 11. | *Series B Preferred Holders' Responses and Objections to the Official Committee of Unsecured Creditors' First Set of Requests for the Production of Documents and Interrogatories to Series B Preferred Holders Regarding Debtors That Are Liable to Account Holders Under the Global Contract (the "Terms of Use") Between Celsius and Account Holder* dated January 11, 2023. |  |  |
| 12. | Celsius Network, uploaded June 28, 2021, *Celsius mining Bitcoin helps the company and the community* [video] (available at https://www.youtube.com/watch?app=desktop&v=nQ352qf1fzI) |  |  |
| 13. | Celsius Network, uploaded Feb. 7, 2022, *What Does Investment in Bitcoin Mining Mean for Celsius?* [video] (available at https://www.youtube.com/watch?v=ymHIfpxXv04). |  |  |

2

The Committee reserves the right to (i) rely on any exhibits any other party introduces into evidence, (ii) supplement or amend this Exhibit List and (iii) identify additional exhibits, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the Hearing.

[*Remainder of This Page Intentionally Left Blank*]

Dated: February 5, 2023
       New York, New York

Respectfully submitted,

*/s/ Samuel P. Hershey*
**WHITE & CASE LLP**
David M. Turetsky
Kimberly A. Havlin
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
      kim.havlin@whitecase.com
      sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
      gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay

4

Claire O'Brien
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
Email: jselendy@selendygay.com
        fgay@selendygay.com
        cobrien@selendygay.com

*Proposed Co-Counsel to the Official
Committee of Unsecured Creditors*