Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Initial Debtors and Debtors in Possession*

*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AMENDED[2] AGENDA FOR HEARING TO BE HELD**
**FEBRUARY 6, 2023, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   February 6, 2023, at 2:00 p.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]   **Amended items appear in bold.**

| | |
|---|---|
| Hearing Attendance: Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. Those wishing to participate in the Hearing in person are required to wear a mask when not speaking or presenting. Parties wishing to appear at the Hearing live or via Zoom, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m. (prevailing Eastern Time) on February 3, 2023.**<br><br>Due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing scheduled to commence at 2:00 p.m., February 6, 2023 (prevailing Eastern Time), must connect to the Hearing beginning at 1:00 p.m., February 6, 2023 (prevailing Eastern Time).<br><br>When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

**I.    Contested Matters.**

1.  **Customer Claims Briefed Legal Issue**.  Notice of Evidentiary Hearing on the Customer Claims Briefed Legal Issue [Docket No. 1953].

    Response Brief Deadline:  January 31, 2023, at 11:59 p.m. (prevailing Eastern Time).

    Responses Received:

    (1)  Series B Preferred Holders' Opening Brief on the Issue of Which Debtors Are Liable to Customers Under the Terms of Use [Docket No. 1795].

    (2)  The Official Committee of Unsecured Creditors' Opening Brief Regarding Debtors that Are Liable to Account Holders Under the Global Contract [Docket No. 1797].

    (3)  Debtors' Opening Brief Regarding Account Holders' Claims Issues [Docket No. 1799].

    (4)  Series B Preferred Holders' Responsive Brief on the Issue of Which Debtors Are Liable to Customers Under the Terms of Use [Docket No. 1960].

    (5)  Debtors' Response Brief Regarding Account Holders' Claims Issues [Docket No. 1962].

    (6)  The Official Committee of Unsecured Creditors' Responsive Brief Regarding Debtors that Are Liable to Account Holders Under the Global Contract [Docket No. 1965].

    Related Documents:

    (1)  Debtors' Motion Seeking Entry of an Order (I) Setting a Briefing Schedule and (II) Granting Related Relief [Docket No. 1338].

    (2)  Letter Request to Extend Deadline for the Unsecured Creditors' Committee to Object to Debtors' Briefing Schedule [Docket No. 1543].

    (3)  Memorandum Endorsed Order Granting Letter Request to Extend Deadline for the Unsecured Creditors' Committee to Object to Debtors' Briefing Schedule [Docket No. 1552].

    (4)  The Official Committee of Unsecured Creditors' Objection to Debtors' Motion Seeking Entry of an Order (I) Setting a Briefing Schedule and (II) Granting Related Relief [Docket No. 1592].

(5) Debtors' Reply in Support of Debtors' Motion Seeking Entry of an Order (I) Setting a Briefing Schedule and (II) Granting Related Relief [Docket No. 1619].

(6) Series B Preferred Holders' Statement (A) In Support of Debtors' Motion Seeking Entry of an Order (I) Setting a Briefing Schedule and (II) Granting Related Relief and (B) In Response to the Committee's Objection [Docket No. 1631].

(7) Notice of Filing of Revised Proposed Order (I) Setting a Briefing Schedule and (II) Granting Related Relief [Docket No. 1729].

(8) Order (I) Setting a Briefing Schedule and (II) Granting Related Relief [Docket No. 1747].

(9) Declaration of Melanie Westover Yanez in Support of Series B Preferred Holders' Opening Brief on the Issue of Which Debtors Are Liable to Customers Under the Terms of Use [Docket No. 1796].

(10) Declaration of Aaron Colodny in Support of the Official Committee of Unsecured Creditors' Opening Brief Regarding Debtors that are Liable to Account Holders Under the Global Contract (the "Terms of Use") Between Celsius and Account Holders [Docket No. 1798].

(11) Joint Stipulation of Undisputed Facts [Docket No. 1955].

(12) Declaration of Melanie Westover Yanez in Support of Series B Preferred Holders' Response Brief on the Issue of Which Debtors Are Liable to Customers Under the Terms of Use [Docket No. 1961].

(13) **Debtors' Witness List and Exhibit List for Account Holders' Claims Issues Set for Hearing February 6, 2023 [Docket No. 1986].**

(14) **Series B Preferred Holders' Witness and Exhibit List [Docket No. 1987].**

(15) **Notice of Filing of February 6, 2023, Hearing Presentation [Docket No. 1988].**

(16) **The Official Committee of Unsecured Creditors' Exhibit List for Matters Set for Hearing on February 6, 2023 Regarding Debtors That Are Liable to Account Holders Under the Global Contract (The "Terms of Use") Between Celsius and Account Holders [Docket No. 1989].**

(17) **Notice of Filing of Debtors' February 6, 2023, Hearing Presentation [Docket No. 1990].**

**Status**: This matter is going forward.

*[Remainder of page intentionally left blank]*

5

| | |
|---|---|
| New York, New York<br>Dated:  February 6, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                         ross.kwasteniet@kirkland.com<br>                         chris.koenig@kirkland.com<br>                         dan.latona@kirkland.com<br><br>*Counsel to the Initial Debtors and Debtors in Possession*<br><br>*Proposed Counsel to the GK8 Debtors and Debtors in Possession* |