**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND SUPPLEMENTAL DECLARATION OF ELIZABETH HARVEY**
**IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I)**
**AUTHORIZING THE RETENTION AND EMPLOYMENT OF ERNST & YOUNG LLP**
**AS TAX COMPLIANCE AND TAX ADVISORY SERVICES PROVIDER, EFFECTIVE**
**AS OF JULY 13, 2022, AND (II) GRANTING RELATED RELIEF**

I, Elizabeth Harvey, hereby declare under penalty of perjury, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure as follows:

1. I am a Partner of EY LLP.[2] I submit this second supplemental declaration (this "Second Supplemental Declaration") on behalf of EY LLP in further support of *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Compliance and Tax Advisory Services Provider, Effective as of July 13, 2022 and (II) Granting Related Relief* [Docket No. 1404] (the "Application"). This Second Supplemental Declaration supplements the disclosures set forth in my original declaration that was filed with this Court on November 18, 2022 [Docket No. 1404, Ex. B] (the "Original Declaration") and my first supplemental declaration that was filed with this Court on January 13, 2023 [Docket No.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings set forth in the Application (as defined in paragraph 2 herein) or the Previous Declarations (as defined in paragraph 2 herein).

1861] (the "First Supplemental Declaration," and together with the Original Declaration, the "Previous Declarations").

2. The facts set forth in this Second Supplemental Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of EY LLP or employees of other EYGL member firms under my supervision and direction.

3. On January 5 and January 6, 2023, Debtors' counsel provided EY LLP with the names of additional parties in interest that had not been shared with EY LLP at the time of the Original Declaration (the "Additional Parties in Interest").

4. EY LLP caused the names of the Additional Parties in Interest to be run through the Database. The disclosure schedule annexed hereto as **Schedule 1** lists the names of the Additional Parties in Interest and whether they are currently engaging, or have engaged during the last three years, EY LLP or any other EYGL member firm in a client matter, as shown in the Database.

5. In addition, Schedule 1 updates **Exhibit B-1** to the Original Declaration to the extent that Schedule 1 identifies certain entities that were marked as "no connection" on Exhibit B-1 as connections, following the entry of the January 17, 2023 order of the United States Bankruptcy Court for the District of Delaware approving the debtors' retention of EY LLP in the proceeding captioned, *In re FTX Trading Ltd.*, Case No. 22-11068. An asterisk is next to those entities' names on Schedule 1.

6. To the best of my knowledge, information, and belief, based on the information set forth in the Database, none of the services rendered to Additional Parties in Interest by EY LLP or any other EYGL member firm have been in connection with the Debtors or these chapter 11 cases,

except for the services that the Court approved EY LLP to perform for the Debtors in these chapter 11 proceedings [Docket No. 1766] and as stated in the First Supplemental Declaration.

7.  EY LLP conducted a search to determine whether EY US LLP (but not any other member firm of EYGL) has paid any of the Additional Parties in Interest that is specified as a Party-Retained Professional to provide professional services during the last three years. Based on its search of that database, EY LLP has determined EY US LLP has paid the following Additional Parties in Interest that are specified as Party-Retained Professionals during the last three years for professional services: Huron Consulting Services LLC and Pepper Hamilton LLP.[3]

---

[3]  On information and belief, Pepper Hamilton LLP merged with another law firm in 2020, and the combined law firm is named Troutman Pepper Hamilton Sanders LLP.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 6, 2023

/s/ Elizabeth Harvey
ELIZABETH HARVEY, PARTNER
Ernst & Young LLP

## Schedule 1

Additional Parties in Interest

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 2624 | Debtors | GK8 Ltd (Israel) | X | |
| 2625 | Debtors | GK8 UK Limited | X | |
| 2626 | Debtors | GK8 USA LLC | X | |
| 2627 | Known Affiliates - JV | Celsius (AUS) Pty Ltd. (Australia) | X | |
| 2628 | Known Affiliates - JV | Celsius KeyFi LLC | X | |
| 2629 | Known Affiliates - JV | Celsius Lending LLC | X | |
| 2630 | Known Affiliates - JV | Celsius Management Corp | X | |
| 2631 | Known Affiliates - JV | Celsius Mining IL Ltd | X | |
| 2632 | Known Affiliates - JV | Celsius Mining LLC | X | |
| 2633 | Known Affiliates - JV | Celsius Network (Gibraltar) Limited | X | |
| 2634 | Known Affiliates - JV | Celsius Network Europe d.o.o. Beograd (Serbia) | X | |
| 2635 | Known Affiliates - JV | Celsius Network IL Ltd. – Bulgaria Branch | X | |
| 2636 | Known Affiliates - JV | Celsius Network IL Ltd. (Israel) | X | |
| 2637 | Known Affiliates - JV | Celsius Network Inc. | X | |
| 2638 | Known Affiliates - JV | Celsius Network LLC | X | |
| 2639 | Known Affiliates - JV | Celsius Networks Lending LLC | X | |
| 2640 | Known Affiliates - JV | Celsius Operations LLC | X | |
| 2641 | Known Affiliates - JV | Celsius Services CY Ltd (Cyprus) | X | |
| 2642 | Known Affiliates - JV | Celsius US Holding LLC | X | |
| 2643 | Known Affiliates - JV | Celsius US LLC (Formerly Celsius Money) | X | |
| 2644 | Known Affiliates - JV | Celsius Network Limited (UK) | X | |
| 2645 | Known Affiliates - JV | KN Media Manager, LLC | X | |
| 2646 | Director/Officer | Lamesh, Lior | | X |
| 2647 | Director/Officer | Shamai, Shahar | | X |
| 2648 | Bankruptcy Examiner and Professionals | Huron Consulting Services LLC | | X |
| 2649 | Bankruptcy Professionals - Other | C Street Advisory Group | | X |
| 2650 | Bankruptcy Professionals - Other | Houlihan Lokey | X | |
| 2651 | Bankruptcy Professionals - Other | Pepper Hamilton LLP | X | |
| 2652 | Bankruptcy Professionals - Other | Perella Weinberg Partners | X | |
| 2653 | Bankruptcy Professionals - Other | Togut, Segal & Segal | | X |
| 2654 | Bankruptcy Professionals - Retained | Centerview Partners | X | |
| 2655 | Bankruptcy Professionals - Retained | Kirkland & Ellis LLP | X | |
| 2656 | Contract Counter-Parties | 2nd Market | | X |
| 2657 | Contract Counter-Parties | Bank Hapoalim | X | |
| 2658 | Contract Counter-Parties | Bits of Gold LTD | X | |
| 2659 | Contract Counter-Parties | Blockdaemon Inc. | | X |
| 2660 | Contract Counter-Parties | Chainalysis Inc. | X | |
| 2661 | Contract Counter-Parties | ConsenSys Software Inc. | X | |
| 2662 | Contract Counter-Parties | DoIt International | X | |
| 2663 | Contract Counter-Parties | DV Chain, LLC | | X |
| 2664 | Contract Counter-Parties | eToro Ltd. | X | |
| 2665 | Contract Counter-Parties | Explorium Ltd. | | X |
| 2666 | Contract Counter-Parties | Guberman Consulting | | X |
| 2667 | Contract Counter-Parties | Hamilton's Reserve Inc. | | X |
| 2668 | Contract Counter-Parties | Ibrahim, Daniel | | X |
| 2669 | Contract Counter-Parties | IOTA Stiftung (IOTA Foundation) | X | |
| 2670 | Contract Counter-Parties | Kirobo Ltd. | | X |
| 2671 | Contract Counter-Parties | Maven Digital Ltd | | X |
| 2672 | Contract Counter-Parties | Niki GA Management and Maintenance Ltd | | X |
| 2673 | Contract Counter-Parties | Noet Aviv Ltd | | X |
| 2674 | Contract Counter-Parties | Oobit Technologies Pte. Ltd | | X |
| 2675 | Contract Counter-Parties | Prosegur Crypto | | X |
| 2676 | Contract Counter-Parties | Prosegur Custodia De Activos Digitales S.L.U. | | X |
| 2677 | Contract Counter-Parties | ProxiBit | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 2678 | Contract Counter-Parties | Reblonde Public Relations | | X |
| 2679 | Contract Counter-Parties | Simon, Elie | | X |
| 2680 | Contract Counter-Parties | SolidBlock Inc | | X |
| 2681 | Contract Counter-Parties | Tezos Foundation | | X |
| 2682 | Contract Counter-Parties | Tromer, Eran | | X |
| 2683 | Contract Counter-Parties | Vast Bank, National Association | | X |
| 2684 | Contract Counter-Parties | ZoomInfo Technologies | | X |
| 2685 | Director/Officer | Mayerfeld, Mark | | X |
| 2686 | Director/Officer | Schreiber, Adam | | X |
| 2687 | Fee Examiner and Professionals | Delaware ADR, LLC | | X |
| 2688 | Fee Examiner and Professionals | Godfrey & Kahn, S.C. | | X |
| 2689 | Fee Examiner and Professionals | Sontchi, Christopher S. | | X |
| 2690 | GK8 Top 20 Vendors | 10Bis | X | |
| 2691 | GK8 Top 20 Vendors | Daniel Ibrahim | | X |
| 2692 | GK8 Top 20 Vendors | DoiT International | X | |
| 2693 | GK8 Top 20 Vendors | Elie Simon | | X |
| 2694 | GK8 Top 20 Vendors | Eran Tromer | | X |
| 2695 | GK8 Top 20 Vendors | G. E. Ehrlich (1995) LTD. | | X |
| 2696 | GK8 Top 20 Vendors | Israel Innovation Authority | X | |
| 2697 | GK8 Top 20 Vendors | Kost Forer Gabbay & Kasierer | X | |
| 2698 | GK8 Top 20 Vendors | Michael Cimo | | X |
| 2699 | GK8 Top 20 Vendors | Movilei Hovalot | | X |
| 2700 | GK8 Top 20 Vendors | Neot Aviv | | X |
| 2701 | GK8 Top 20 Vendors | Shufersal | X | |
| 2702 | GK8 Top 20 Vendors | Techen | | X |
| 2703 | GK8 Top 20 Vendors | Tel Aviv Municipality | X | |
| 2704 | GK8 Top 20 Vendors | Xtra Mile Ltd | | X |
| 2705 | GK8 Top 20 Vendors | Yehuda Sharfi | | X |
| 2706 | GK8 Top 20 Vendors | YHM Technology LTD | | X |
| 2707 | Institutional Customers | Alameda Research Ltd.* | X | |
| 2708 | Insurance | Evertas Insurance Agency LLC | | X |
| 2709 | Insurance | Menora Mivtachim Group | X | |
| 2710 | Insurance | USI Insurance Services, LLC | | X |
| 2711 | Notice of Appearance / Pro Hac Vice | Attorney For State Of Wisconsin Department Of Financial Institutions | | X |
| 2712 | Notice of Appearance / Pro Hac Vice | Bernstein-Burkley P.C. | | X |
| 2713 | Notice of Appearance / Pro Hac Vice | Degirolamo, Anthony J. | | X |
| 2714 | Notice of Appearance / Pro Hac Vice | Dickinson Wright PLLC | | X |
| 2715 | Notice of Appearance / Pro Hac Vice | Jones Day | X | |
| 2716 | Notice of Appearance / Pro Hac Vice | Maine Office of Securities | | X |
| 2717 | Notice of Appearance / Pro Hac Vice | Missouri Securities Division | | X |
| 2718 | Notice of Appearance / Pro Hac Vice | National Association Of Attorneys General | | X |
| 2719 | Notice of Appearance / Pro Hac Vice | North Dakota Securities Department | | X |
| 2720 | Notice of Appearance / Pro Hac Vice | Office Of The Attorney General Of Washington | | X |
| 2721 | Notice of Appearance / Pro Hac Vice | Steege, Catherine L. | | X |
| 2722 | Notice of Appearance / Pro Hac Vice | The Law Offices Of T. Scott Leo PC | | X |
| 2723 | Notice of Appearance / Pro Hac Vice | Wisconsin Attorney General's Office | | X |
| 2724 | Notice of Appearance / Pro Hac Vice | Wisconsin Department of Financial Institutions | | X |
| 2725 | Potential Bidding Party | REDACTED | | X |
| 2726 | Potential Bidding Party | REDACTED | | X |
| 2727 | Potential Bidding Party | REDACTED | | X |
| 2728 | Potential Bidding Party | REDACTED | | X |
| 2729 | Potential Bidding Party | Galaxy Digital LLC | X | |
| 2730 | Potential Bidding Party | Galaxy Digital Trading LLC | X | |

Results of Connection Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 2731 | Potential Bidding Party | REDACTED | X | |
| 2732 | Potential Bidding Party | REDACTED | | X |
| 2733 | Potential Bidding Party | REDACTED | X | |
| 2734 | Potential Bidding Party - DIP Financing | REDACTED | X | |
| 2735 | Top 50 Unsecured Creditors | Alameda Research Ltd.* | X | |
| 2736 | UCC Members | Caroline Warren | | X |
| 2737 | UCC Members | Christopher Coco | | X |
| 2738 | UCC Members | Covario AG | | X |
| 2739 | UCC Members | ICB Solutions | | X |
| 2740 | UCC Members | Mark Robinson | | X |
| 2741 | UCC Professionals | White & Case LLP | X | |
| 2742 | Vendors | A. Kfir holdings | X | |
| 2743 | Vendors | Adam Milo | | X |
| 2744 | Vendors | Adobe products | X | |
| 2745 | Vendors | Altsholer benefits | X | |
| 2746 | Vendors | Anat Raziel | | X |
| 2747 | Vendors | Andromeda | X | |
| 2748 | Vendors | Anna Pitzman | | X |
| 2749 | Vendors | Ascential Events (Europe) Limited | X | |
| 2750 | Vendors | Asha Gabai | | X |
| 2751 | Vendors | Asher Harel | | X |
| 2752 | Vendors | Asher Hersgkowitz | | X |
| 2753 | Vendors | Avishar | | X |
| 2754 | Vendors | Aviv Reut | | X |
| 2755 | Vendors | Avner Mor | | X |
| 2756 | Vendors | Bari Catz | | X |
| 2757 | Vendors | Bernard Kulysz | | X |
| 2758 | Vendors | Blockfrost.io | | X |
| 2759 | Vendors | BuyMe | | X |
| 2760 | Vendors | Cellcom | X | |
| 2761 | Vendors | Central Park | X | |
| 2762 | Vendors | Chamber of Commerce Tel Aviv | | X |
| 2763 | Vendors | Cleargate | | X |
| 2764 | Vendors | CTI Solutions | | X |
| 2765 | Vendors | Cyberforce Global Limited | | X |
| 2766 | Vendors | Dalia Mintz | | X |
| 2767 | Vendors | Dana Lev | | X |
| 2768 | Vendors | Decode | X | |
| 2769 | Vendors | Diesenhaus | X | |
| 2770 | Vendors | DLC Distributed Ledger Consulting GmbH | | X |
| 2771 | Vendors | Doit | X | |
| 2772 | Vendors | Dor-aviv. | | X |
| 2773 | Vendors | E.C electricity | | X |
| 2774 | Vendors | Eitan Shopen | | X |
| 2775 | Vendors | EMET | X | |
| 2776 | Vendors | Eran Tromer | | X |
| 2777 | Vendors | Etherscan | | X |
| 2778 | Vendors | Evan Ferrante | | X |
| 2779 | Vendors | Evertas - USI Insurance Services | | X |
| 2780 | Vendors | Frankfurt School | | X |
| 2781 | Vendors | Gorfriends | | X |
| 2782 | Vendors | Grammerly | | X |
| 2783 | Vendors | Gsuite | | X |
| 2784 | Vendors | Hagal Hayarok | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 2785 | Vendors | Haim Levy | | X |
| 2786 | Vendors | Hanoch medical service | | X |
| 2787 | Vendors | Herman systems | | X |
| 2788 | Vendors | Hot Mobile | X | |
| 2789 | Vendors | Howden Insurance Brokers Limited | X | |
| 2790 | Vendors | HR Marketing | | X |
| 2791 | Vendors | Invoice Maven | | X |
| 2792 | Vendors | Israeli Innovation Authority | X | |
| 2793 | Vendors | Issaschar brothers | | X |
| 2794 | Vendors | Jack Villacis | | X |
| 2795 | Vendors | Jetbrains | X | |
| 2796 | Vendors | Jobinfo | | X |
| 2797 | Vendors | Juliet International Limited | | X |
| 2798 | Vendors | Jumbo stock | | X |
| 2799 | Vendors | Kasafot Magen | | X |
| 2800 | Vendors | KINOLIFE LLC | | X |
| 2801 | Vendors | kuperpan | | X |
| 2802 | Vendors | Leadmetrix | | X |
| 2803 | Vendors | Lermont Ltd. | | X |
| 2804 | Vendors | Levy Cohen | | X |
| 2805 | Vendors | Linkedin | X | |
| 2806 | Vendors | Mei Avivim | | X |
| 2807 | Vendors | Michael Cimo (Statera Bellus) | | X |
| 2808 | Vendors | Mitugon | | X |
| 2809 | Vendors | Moya | | X |
| 2810 | Vendors | Nachmias Grinberg | | X |
| 2811 | Vendors | Namlessplace | | X |
| 2812 | Vendors | Natan Zecharia | | X |
| 2813 | Vendors | Nespresso | X | |
| 2814 | Vendors | Niki-nikayon | | X |
| 2815 | Vendors | Nisha | | X |
| 2816 | Vendors | Noam Rozenthal | | X |
| 2817 | Vendors | Patentic | | X |
| 2818 | Vendors | Patrner | X | |
| 2819 | Vendors | Pesach Zilberman | | X |
| 2820 | Vendors | Praktal computers | | X |
| 2821 | Vendors | Reblonde | | X |
| 2822 | Vendors | Securelogic Ltd. | | X |
| 2823 | Vendors | SFDC Ireland Limited | X | |
| 2824 | Vendors | Shani solutions | | X |
| 2825 | Vendors | Shekel Ofek | | X |
| 2826 | Vendors | Sherfi Yehuda, construction | | X |
| 2827 | Vendors | Shimrit | | X |
| 2828 | Vendors | Shlomo Kezas | | X |
| 2829 | Vendors | Shloofta | | X |
| 2830 | Vendors | Slack | X | |
| 2831 | Vendors | Softsale | | X |
| 2832 | Vendors | Somech Hikin | | X |
| 2833 | Vendors | Sponja cleaning | | X |
| 2834 | Vendors | Stot and May | | X |
| 2835 | Vendors | Superpharm | X | |
| 2836 | Vendors | Switchup | X | |
| 2837 | Vendors | TDSD Ltd. | | X |
| 2838 | Vendors | Team Netcon | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 2839 | Vendors | Tel Aviv city tax |  | X |
| 2840 | Vendors | The Block Crypto |  | X |
| 2841 | Vendors | Timeclock 365 | X |  |
| 2842 | Vendors | Tomer Zusman |  | X |
| 2843 | Vendors | Value financial services |  | X |
| 2844 | Vendors | World travel |  | X |
| 2845 | Vendors | Yaniv Taieb |  | X |
| 2846 | Vendors | Yeshayaho Blumfeld |  | X |
| 2847 | Vendors | YHM Technologies |  | X |
| 2848 | Vendors | Yigal Arnon | X |  |
| 2849 | Vendors | Zeplin Unc. |  | X |
| 2850 | Vendors | ZoomInfo |  | X |