UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUPPLEMENTAL DECLARATION OF MARTIN FLASHNER IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF ERNST & YOUNG LLP AS TAX COMPLIANCE AND TAX ADVISORY SERVICES PROVIDER, EFFECTIVE AS OF JULY 13, 2022, AND (II) GRANTING RELATED RELIEF**

I, Martin Flashner, hereby declare under penalty of perjury, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure as follows:

1. I am a tax professional and retired EY LLP[2] partner and a part-time independent contractor retained by EY Israel. I hold a CPA license from Connecticut.

2. The facts set forth in this declaration are based upon my personal knowledge, upon information and belief, and upon records kept and reviewed by me.[3]

3. Paragraph 6 of my November 18, 2022 Declaration [Docket No. 1404, Ex. D] (the "First Flashner Declaration") disclosed that my review of the additional names from the Supplemental PIIL was ongoing. I have since completed my review of the Supplemental PIIL.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Terms defined in the First Flashner Declaration (as defined in paragraph 3 herein) have the same definitions herein.

[3] I do not have copies of client matter records from my time as an EY LLP partner.

4. In addition, I understand that on January 5 and January 6, 2023, Debtors' counsel provided EY LLP with the names of additional Parties in Interest that had not been shared with EY LLP at the time of the First Flashner Declaration (the "Additional Parties in Interest").

5. Based on a review of my personal files and my recollections, in my capacity as an EY LLP partner and/or as an independent contractor to EY Israel, I have not provided services to the Parties in Interest listed on the Supplemental PIIL that I reviewed after the filing of the First Flashner Declaration or to the Additional Parties in Interest, except for the services that the Court approved EY LLP to perform for the Debtors in these chapter 11 proceedings [Docket No. 1766].

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 6, 2023

/s/ Martin Flashner
MARTIN FLASHNER