# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 13, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A** and on one (1) Confidential Party[2] not included herein, and via electronic mail on the service list attached hereto as **Exhibit B** and on one (1) Confidential Party[2] not included herein:

- **Instructions for Telephonic Section 341 Meeting of Creditors** (Docket No. 1857)

Dated: January 20, 2023

_____
Ana M. Galvan

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 7th day of February 2023, by Ana M. Galvan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 202_

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] The Debtors are authorized pursuant to The Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Potential Sale of Certain Assets [Docket No. 697] to redact as to the names and identifiable information of the confidential parties.

# Exhibit A



# Exhibit A

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 10BIS | | DERECH BEGIN 146 | | TEL AVIV | | | ISRAEL |
| 2ND MARKET | | R SILVA JATAHY 982 | | FORTALEZA, CE | | | BRAZIL |
| AARON GILMAN | | ON FILE | | | | | |
| ADAM SCHREIBER | | ON FILE | | | | | |
| AIG CORPORATEGUARD | | 1271 AVE OF THE AMERICAS FL 41 | | NEW YORK | NY | 10020-1304 | UNITED STATES |
| ALGOTRADER AG | | LETZIGRABEN 89 | 8003 | ZURICH | | | SWITZERLAND |
| AMDAX B.V. | | GUSTAV MAHLERPLEIN 45 | 1082 MS | AMSTERDAM | | | NETHERLANDS |
| ARAD GONEN | | ON FILE | | | | | |
| ASPIRATION CORPORATION | | SHIROYAMA TRUST TOWER 4F | 4-3-1 TORANOMON, MINATO-KU | TOKYO | | | JAPAN |
| AVIYA SHIMON | | ON FILE | | | | | |
| B. SUMMIT (ERS) | | 4 BAR KOCHVA | BNEI BRAK | TEL AVIV | | | ISRAEL |
| B3 DIGITAL ASSETS SERVICOS DIGITAIS LTDA | | PRACA ANTONIO PRADO, 48 | RUA XV DE NOVEMBRO | SAO PAULO | | | BRASIL |
| BANK FRICK & CO AKTIENGESELLSCHAFT | | LANDSTRASSE 14 | 9496 BALZERS | | | | LIECHTENSTEIN |
| BANK HAPOALIM LTD. | ATTN: HADAR YOSEPH | PINKHAS ROSEN ST 28 | | TEL AVIV-YAFO | | 69512 | ISRAEL |
| BCW TECHNOLOGIES LTD | | GLOBAL GATEWAY 8, RUE DE LA PERLE | | PROVIDENCE, MAHE | | | SEYCHELLES |
| BERNARD KULYSZ FATUCH | | ON FILE | | | | | |
| BETH KATZMAN, I.D. | | ON FILE | | | | | |
| BITS OF GOLD LTD | | ACHUZAT BAYIT 1ST | | TEL-AVIV | | | ISRAEL |
| BITTWOC LTD. | | 26 HAROKMIM | | HOLON | | 5885849 | ISRAEL |
| BLOCKDAEMON INC. | | 1055 WEST 7TH STREET | | LOS ANGELES | CA | 90017 | |
| BLOCKNOX GMBH | | BÖRSENSTRASSE 4 | D-70174 | STUTTGART | | | GERMANY |
| BLONDE 2.0 | | ZEEV JABOTINSKY ST 2 | | RAMAT GAN | | | ISRAEL |
| BLONDE 20 LTD. | | 1 HABARZEL | | TEL AVIV | | | ISRAEL |
| BOAZ SHARABI | | ON FILE | | | | | |
| CANVAS | | LEVEL 2, 222 PITT STREET | | SYDNEY | NSW | 2000 | AUSTRALIA |
| CELSIUS NETWORK LTD. | | THE HARLEY BUILDING | 77-79 NEW CAVENDISH ST | LONDON | | W1W 6XB | UNITED KINGDOM |
| CHAINALYSIS INC. | | 11 26TH STREET, 10TH FLOOR | | NEW YORK | NY | 10010 | |
| CIMO, MICHAEL | | ON FILE | | | | | |
| COINBERRY LIMITED | | 100 DESIGNERS WALK LN | | TORONTO | ON | M5R 1K6 | CANADA |
| COMMERZBANK AKTIENGESELLSCHAFT | | KAISERSTR. 16 60311 | | FRANKFURT AM MAIN, HESSEN | | | GERMANY |
| CONSENSYS SOFTWARE INC. | | 41 BOGART ST., SUITE 22 | | BROOKLYN | NY | 11206 | |
| D.N HASAMA HITECH LTD. | | 4 ELIEZER MAZAL ST. | | RISHON LEZION | | | ISRAEL |
| DANA HERMAN | | ON FILE | | | | | |
| DANIEL MARKS | | ON FILE | | | | | |
| DEUTSCHE BANK AG | | COLUMBUS CIRCLE | | NEW YORK | NY | 10019-8735 | UNITED STATES |
| D-FINE GMBH | | 7 AN DER HAUPTWACHE | | FRANKFURT AM MAIN | | 60313 | GERMANY |
| DMITRY DANILOV | | ON FILE | | | | | |
| DOIT INTERNATIONAL | | DAVID ELAZAR 12 | | TEL AVIV | | | ISRAEL |
| DOR AVIV LTD. | | MALAKA 6 | | ROSH HA'EIN | | | ISRAEL |
| DV CHAIN, LLC | | 425 S FINANCIAL PL., SUITE 2800 | | CHICAGO | IL | 60605 | |
| DZ BANK AG | | PLATZ DER REPUBLIK FRANKFURT AM MAIN | | FRANKFURT AM MAIN | | 60265 | GERMANY |
| ECXX GLOBAL PTE. LTD. | | 60 PAYA LEBAR ROAD PAYA LEBAR SQUARE | | | | 409051 | SINGAPORE |
| EITAN NAOR | | 94TH YIGAL ALON ST | | TEL AVIV | | 6789139 | ISRAEL |
| ELAZ SANDOSI | | ON FILE | | | | | |
| ELIE SIMON | | ON FILE | | | | | |
| ELIE SIMON | | ON FILE | | | | | |
| EMIRATES NBD BANK PJSC | | PO BOX 2923, BANIYAS ROAD, DEIRA | | DUBAI | | | UNITED ARAB EMIRATES |
| ERAN TROMER | | ON FILE | | | | | |
| ERAN TROMER | | ON FILE | | | | | |
| ETORO LTD. | | CHAMPION TOWER BUSINESS CENTER, DERECH | | BNEI BRAK | | 5120261 | ISRAEL |
| EVERTAS INSURANCE AGENCY LLC | | 2400 E. COMMERCIAL BLVD. #600 | | FORT LAUDERDALE | FL | 33308 | |
| EXPLORIUM LTD. | | DANIEL FRISCH 3 | | TEL AVIV | | | ISRAEL |
| FALCONX LIMITED | | LEVEL G, (OFFICE 1/1191) | QUANTUM HOUSE 75, ABATE RIGORD ST | TA'XBIEX | | XBX1120 | MALTA |
| FINCLUSIVE CAPITAL, INC. | | 99 PARK AVE FL 3 | | NEW YORK CITY | NY | 10016 | UNITED STATES |
| FIRSTRAND BANK LIMITED | | 4 MERCHANT PLACE, CORNER FREDMAN DRIVE & | | SANDTON | | 2196 | SOUTH AFRICA |
| FRANKLIN TEMPLETON COMPANIES, LLC | | 280 PARK AVENUE | | NEW YORK | NY | 10017 | UNITED STATES |
| G. E. EHRLICH (1995) LTD. | | THE ROGOVIN-TIDHAR TOWER 15TH FLOOR | 11 MENACHEM BEGIN ROAD | RAMAT-GAN | | 5268104 | ISRAEL |
| GALI MAY MICHELSON | | ON FILE | | | | | |
| GIDON AVZIZ | | ON FILE | | | | | |
| GND CYBER SOLUTIONS PTD LTD. | | OXLEY @ RAFFLES | 30 RAFFLES PLACE, #23-01 | | | 48622 | SINGAPORE |
| GOTFRIENDS | | ROGOVIN-TIDHAR BUILDING, 11 MENACHEM BEGIN | | RAMAT GAN | | 52521 | ISRAEL |
| GUBERMAN CONSULTING | | 12 YAD HARUTZIM RD | | TEL- AVIV | | | ISRAEL |
| GUY ITZHAKI | | ON FILE | | | | | |
| HAMILTON'S RESERVE INC. | | 30 N GOULD STREET, STE R | | SHERIDAN | WY | 82801 | |
| HEARTWORK, ID | | IRIS 6 | | BEIT DAGAN | | | ISRAEL |
| HEDERA HASHGRAPH, LLC | | 3400 N. CENTRAL EXPRESSWAY, STE. 470B | | RICHARDSON | TX | 75080 | |
| HIBURIM | ATTN: ANAT RAZIEL | 25 ESHEL ST. | | MAZKERERT BATYA | | | ISRAEL |
| HRMARKET LTD. | | 7 HATZAV ST. RAMAT HASHARON 4724544 | | HERZLIYA | | 4672501 | |
| HRTECH LTD. | | 1ST FLOOR, STERLING INSURANCE BLD | #11 TRIAL STREET, CHAGUANAS | | | | TRINIDAD & TOBAGO |
| I-AML | | 55 YAEL HAGIBORE ST | | MODIIN | | | ISRAEL |
| IFINEX INC. | | THIRD FLOOR, JAYLA PLACE | WICKHAMS CAY I | ROAD TOWN | | VG 1110 | VIRGIN ISLANDS |



# Exhibit A
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| INBOUNDJUNCTION LTD. | | SE'ADYA GA'ON ST 24, 6TH FLOOR | | TEL AVIV | | 6713519 | ISRAEL |
| INON PEER | | ON FILE | | | | | |
| INX DIGITAL INC. | | 9711 WASHINGTONIAN BLVD., STE 550 | | GAITHERSBURG | MD | 20878 | |
| IOTA STIFTUNG (IOTA FOUNDATION) | | PAPPELALLEE 78/79 | | BERLIN | | 10437 | GERMANY |
| ISABELLA HARRY | | | | | | | |
| ISRAEL INNOVATION AUTHORITY | | TECHNOLOGY PARK, DERECH AGUDAT SPORT | HA'POEL 2 | JERUSALEM | | 95102 | ISRAEL |
| ITAMAR ZIV-ON | | ON FILE | | | | | |
| JASMINE DANINO | | ON FILE | | | | | |
| JIC BANK | | 268 PONCE DE LEON | | SAN JUAN | PR | | |
| KBC GROUP NV | | HAVENLAAN 2 | | BRUSSEL | | 1080 | BELGIUM |
| KINGDOM TRUST COMPANY | | 4300 SOUTH LOUISE AVE | SUITE 107 | SIOUX FALLS | SD | 57106 | UNITED STATES |
| KIROBO LTD. | | 146 DERECH MENACHEM BEGIN STREET | | TEL AVIV | | 6492102 | ISRAEL |
| KNABU DISTRIBUTED SYSTEMS LTD. | | 114, WESTBOURNE STUDIOS | 242 ACKLAM RD | LONDON | | W10 5JJ | UNITED KINGDOM |
| KOMAINU HOLDINGS LIMITED | | 3RD FLOOR, 2 HILL ST | ST HELIER | JERSEY | | JE2 4UA | UNITED KINGDOM |
| KOST FORER GABBAY & KASIERER, A MEMBER | | 144 MENACHEM BEGIN RD, 6492102, | | TEL AVIV | | | ISRAEL |
| KPMG LLP | | KPMG MILLENNIUM TOWER | 17 HA'ARBA'A STREET | TEL AVIV | | 64739 | ISRAEL |
| LEADMETRIX | | 30 HAMATEIM | | TEL MOND | | 406000 | ISRAEL |
| LIOR LAMESH | | ON FILE | | | | | |
| LIRON AVINERI | | ON FILE | | | | | |
| LISHAY HIMI | | ON FILE | | | | | |
| LLOYD'S UNDERWRITER SYNDICATE | | ONE LIME STREET | | LONDON | | EC3M 7HA | UNITED KINGDOM |
| MARK MAYERFELD | | ON FILE | | | | | |
| MASTERCARD INTERNATIONAL INCORPORATED | | 114 FIFTH AVENUE | | NEW YORK | NY | 10011 | |
| MATAN ITZHAKI | | ON FILE | | | | | |
| MAVEN DIGITAL LTD. | | VISTRA CORPORATE SERVICES CENTRE, | | TORTOLA | | VG1110 | BRITISH VIRGIN ISLANDS |
| MCINRORITCH PR | | BEN GURION RD. 2 | | RAMAT GAN | | | ISRAEL |
| MICHAEL CIMO | | ON FILE | | | | | |
| MICHAEL CIMO | | ON FILE | | | | | |
| MICHAL ANNA ROTMAN | | ON FILE | | | | | |
| MÜNCHENER RÜCKVERSICHERUNGS- | | KONIGINSTRABE 107 | | MUNICH | | 80802 | GERMANY |
| NAGRAVISION S.A. | | 22-24 RTE DE GENÈVE | | CHESEAUXSUR- | | 1033 | SWITZERLAND |
| NAMELESSSPACE LTD. | | 30 N. GOULD ST., STE N | | SHERIDAN | WY | 82801 | UNITED STATES |
| NATIONAL WESTMINSTER BANK PLC | | 250 BISHOPSGATE | | LONDON | | EC2M 4AA | UNITED KINGDOM |
| NATIXIS | | 888 BOYLSTON STREET | | BOSTON | MA | 2199 | UNITED STATES |
| NAVAD SCHLEIFER | | ON FILE | | | | | |
| NEOT AVIV | | IBN GABIROL 30 | | TEL AVIV | | | ISRAEL |
| NEOT AVIV LTD. | | IBN GABIROL 30 | | TEL AVIV | | | ISRAEL |
| NIKI GA MANAGEMENT AND MAINTENANCE LTD | | 23 BAR KOCHVA | | BNEI BRAK | | 5126002 | ISRAEL |
| NOA WORTZMAN | | ON FILE | | | | | |
| NOET AVIV LTD | | 30 IBN GRIVOL ST | | TEL- AVIV | | | ISRAEL |
| NTT DATA ITALIA SPA | | VIA VALENTINO MAZZOLA, 66 | | ROMA RM | | 142 | ITALY |
| OCEAN ONE LLC | | 298 SE WALNUT AVENUE | | DALLAS | TX | 97338 | UNITED STATES |
| OFEK SHEMER | | ON FILE | | | | | |
| OMRI KLEIN | | ON FILE | | | | | |
| OOBIT TECHNOLOGIES PTE. LTD | | 50 RAFFLES | | LAND TOWER | | 48623 | SINGAPORE |
| OPHIR SHOHAM | | 10, HAPELEG ST | | BINYAMINA | | 3054626 | ISRAEL |
| ORACLE AMERICA, INC. | | 500 ORACLE PARKWAY | | REDWOOD CITY | CA | 94065 | |
| ORACLE AMERICA, INC. | ATTN: MARK RAKHMILEVICH | 488 ALADEN BOULEVARD | | SAN JOSE | CA | 95110 | |
| ORIAN ZINGER | | ON FILE | | | | | |
| PAYWARD, INC. | | 1099 FOLSOM ST | | SAN FRANCISCO | CA | 94103 | UNITED STATES |
| POCKET NETWORK LTD. | | 802 E WHITING ST | | TAMPA | FL | 33602 | UNITED STATES |
| PROSEGUR CRYPTO | | 24, PAJARITOS ST | | MADRID | | | SPAIN |
| PROSEGUR CUSTODIA DE ACTIVOS DIGITALES | | 24, PAJARITOS ST | | MADRID | | | SPAIN |
| PROSEGUR GLOBAL CIT ROW S.L.U. | | 24, PAJARITOS ST | | MADRID | | | SPAIN |
| PROTEGO TRUST COMPANY | | 5608 17TH AVENUE NW #905 | | SEATTLE | WA | 98107 | UNITED STATES |
| PROXIBIT | | 35 MONTIFIORI ST | | TEL AVIV | | | ISRAEL |
| PROXIMA VENTURES LTD. | | 35 MONTEFIORE ST | | TEL AVIV | | 65201 | ISRAEL |
| QUICK GOREM METAFEL | ATTN: VICTORIA STARK BEN D | KFAR SAVA | | | | | ISRAEL |
| REBLONDE PUBLIC RELATIONS | | 2 ZE'EV JABOTINSKY ST | | RAMAT GAN | | | ISRAEL |
| ROMAN ZOTS | | ON FILE | | | | | |
| RONI OFEK | | ON FILE | | | | | |
| SECURRENCY, INC | | 110 N. CORCORAN STREET, FIFTH FLOOR | | DURHAM | NC | 27701 | |
| SHAHAR SHAMAI | | ON FILE | | | | | |
| SHANI ISRAEL | | ON FILE | | | | | |
| SHEKEL OFEK INSURANCE AGENCY LTD. | | YEGI'A KAPAYIM ST 21 | | PETAH TIKVA | | | ISRAEL |
| SHERFI YEHUDA, CONSTRUCTION | | DAM HAMACCABIM 11 | | | | | ISRAEL |
| SHUFERSAL | | 30 SHMOTKIN BENYAMIN STREET PO BOX 15103 | | RISHON LE-ZION | | | ISRAEL |
| SIGAL BIRAN NAGAR | | ON FILE | | | | | |
| SIMPLY VC LTD. | | 28, CENTRE PLACE, OFFICE 2, EDGAR BERNARD | | GZIRAGZR | | 1702 | MALTA |
| SIX DIGITAL EXCHANGE AG | | PFINGSTWEIDSTRASSE 110 | | ZÜRICH | | 8005 | SWITZERLAND |
| SMART CONTRACTS TECHNOLOGY AG | | PAPPELALLEE 78/79 | | BERLIN | | 10437 | GERMANY |



## Exhibit A
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| SMARTCONTRACT INC. | | 1250 BROADWAY, 36TH FLOOR | | NEW YORK | NY | 10001 | |
| SOLIDBLOCK INC. | | 500B GRAND ST., SUITE 6E, | | NEW YORK | NY | 10002 | |
| SOURCE FUNDS LTD. | | 5TH HABARON HIRSH ST | | TEL AVIV | | 69462 | ISRAEL |
| TATA CONSULTANCY SERVICES LTD | | TCS HOUSE, RAVELINE STREET, FORT | | MUMBAI | | 400001 | INDIA |
| TECHEN | | DANIEL FRISCH 3 | | TEL AVIV | | | ISRAEL |
| TEL AVIV MUNICIPALITY | | SHLOMO IBN GABIROL ST 69 | | TEL AVIV | | | ISRAEL |
| TEL BENO SCLAR | | STEINSCHNEIDER 8 | | TEL AVIV | | | ISRAEL |
| TEZOS FOUNDATION | | DAMMSTRASSE 16 | | ZUG | | 6300 | SWITZERLAND |
| THE BLOCK | | 11 PARK PLACE | | NEW YORK | NY | 10007 | |
| USI INSURANCE SERVICES LLC | | 2400 EAST COMMERCIAL BLVD SUITE 600 | | FORT LAUDERDALE | FL | 33308 | |
| VAST BANK, NATIONAL ASSOCIATION | | 110 NORTH ELGIN AVENUE | | TULSA | OK | 74120 | |
| XTRA MILE LTD. | | HATAMAR 75 | | NEVE YAMIN | | 4492000 | ISRAEL |
| YAMIT COHEN ZEDEK | | ON FILE | | | | | |
| YESHAYAHU BLUMENFELD | | HASMONA'IM 100 ST. (HASMONA'IM TOWER) | | TEL AVIV | | | ISRAEL |
| YHM TECHNOLOGY LTD | | DERECH BEGIN 132 | | TEL AVIV | | | ISRAEL |
| YOTAM AMIR | | ON FILE | | | | | |
| YOVEL BEN-DAVID | | ON FILE | | | | | |
| ZOOMINFO TECHNOLOGIES | | 805 BROADWAY STREET, SUITE 900 | | VANCOUVER | WA | 98660 | |

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| 10BIS | INFO@10BIS.CO.IL |
| 10BIS | CARDS@10BIS.CO.IL |
| AARON GLAZER | ON FILE |
| ALGOTRADER AG | INFO@WYDEN.IO |
| AMDAX B.V. | HELLO@AMDAX.COM |
| AMIR, YOTAM | ON FILE |
| ANDROMEDA | TAL@ANDROMEDACS.COM |
| ANNA PISMAN | ON FILE |
| ASCENTIAL EVENTS (EUROPE) LIMITED | EUROPE@MONEY2020.COM |
| AVENRI, LIRON | ON FILE |
| AVSHALOM LAVSKI | ON FILE |
| AVZIZ, GIDON | ON FILE |
| BARI CATZ | ON FILE |
| BAR-NISSIM, AVI | ON FILE |
| BEN-DAVID, YOVEL | ON FILE |
| BLOCKDAEMON INC. | ACCOUNTING@BLOCKDAEMON.COM |
| BLOCKFROST.IO | CONTACT@BLOCKFROST.IO |
| CIMO, MICHAEL | ON FILE |
| CLEARGATE | INFO@CLEAR-GATE.COM |
| CTI SOLUTIONS | INFO-IL@CTI-INTL.COM |
| CYBERFORCE GLOBAL LIMITED | INFO@CYBERFORCEGLOBAL.COM |
| DANA LEV | ON FILE |
| DANILOV, DMITRY | ON FILE |
| DANINO, JASMINE | ON FILE |
| EITAN SHOPEN | ON FILE |
| ELDAN FAHIMA | ON FILE |
| ELIE SIMON | ON FILE |
| ERAN TROMER | ON FILE |
| FATUCH, BERNARD KULYSZ | ON FILE |
| G. E. EHRLICH (1995) LTD. | INFO@IPATENT.CO.IL |
| GAL SHENKAR | ON FILE |
| GILMAN, AARON | ON FILE |
| GONEN, ARAD | ON FILE |
| GUBERMAN CONSULTING | INFO@GUBERMAN.CO.IL |
| HAGGAI LEVY | ON FILE |
| HELEN SVIDLER | ON FILE |
| HERMAN, DANA | ON FILE |
| HIMI, LISHAY | ON FILE |
| HOT MOBILE | SERVICE@HOTMOBILE.CO.IL |



**Exhibit B**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| HR MARKETING | RUTH@HRMARKET.CO.IL |
| INVOICE MAVEN | SUPPORT@INVOICE-MAVEN.CO.IL |
| ISRAEL INNOVATION AUTHORITY | CONTACTUS@INNOVATIONISRAEL.ORG.IL |
| ISRAEL, SHANI | ON FILE |
| ISRAELI INNOVATION AUTHORITY | CONTACTUSENG@INNOVATIONISRAEL.ORG.IL |
| ITZHAKI, GUY | ON FILE |
| ITZHAKI, MATAN | ON FILE |
| JOBINFO | CUSTOMER@JOBINFO.CO.IL |
| JULIET INTERNATIONAL LIMITED | SYLVAINE@JULIETMEDIA.COM |
| KLEIN, OMRI | ON FILE |
| LAMESH, LIOR | ON FILE |
| LEADMETRIX | GIL@LEADMETRIX.COM |
| LERMONT LTD. | LERMTOV@GMAIL.COM |
| LEVY COHEN | YOSSI@LEVY-COHEN.CO.UK |
| MARKS, DANIEL | ON FILE |
| MAYERFELD, MARK | ON FILE |
| MICHAEL PORTNOV | ON FILE |
| MICHELSON, MAY | ON FILE |
| MOVILEI HOVALOT | ON FILE |
| NAMLESSPLACE | STUDIO@NAMELESSPACE.COM |
| NEOT AVIV | OFFICE@KERET.CO.IL |
| NETALI LEVY | ON FILE |
| NETALI OZ YECHESKEL | ON FILE |
| NIKI GA MANAGEMENT AND MAINTENANCE LTD | INFO@NIKI-NIKAYON.COM |
| NISHA | INFO@NISHA.CO.IL |
| NOET AVIV LTD | OFFICE@KERET.CO.IL |
| ODED GUZEVICH | ON FILE |
| OFEK, RONI | ON FILE |
| OFIR AHARONI | ON FILE |
| PATENTIC | SHARON@PATENTICK.COM |
| PEER, INON | ON FILE |
| PRAKTAL COMPUTERS | OFFICE@FRACTAL.CO.IL |
| REBLONDE | MOTTI@REBLONDE.COM |
| REBLONDE PUBLIC RELATIONS | NOY@REBLONDE.COM |
| RON DRORY CPA | RON@DRORY-CPA.CO.IL |
| ROTEM FINKELMAN | ON FILE |
| ROTMAN, MICHAL ANNA | ON FILE |
| SANDOSI, ELAZ | ON FILE |
| SCHLEIFER, NADAV | ON FILE |



**Exhibit B**

Served via Electronic Mail

| NAME | EMAIL |
| --- | --- |
| SCHREIBER, ADAM | ON FILE |
| SECURELOGIC LTD. | INFO@SECURELOGIC.CO.IL |
| SHAMAI, SHAHAR | ON FILE |
| SHARABI, BOAZ | ON FILE |
| SHEMER, OFEK | ON FILE |
| SHIMON, AVIYA | ON FILE |
| SHOSHAN DAGANI | ON FILE |
| SIGABIRAN-NAGAR | ON FILE |
| STOTANDMAY | LONDON@STOTTANDMAY.COM |
| SWITCHUP | SALES@SWITCHUP.TEAM |
| TEL AVIV MUNICIPALITY | REINACH_J@MAIL.TEL-AVIV.GOV.IL |
| TEL BENO SCLAR | TAL@ANDROMEDACS.COM |
| TOMER ZUSMAN | ON FILE |
| WORLD TRAVEL | SALES@WORLDTRAVELINC.COM |
| WORTZMAN, NOA | ON FILE |
| XTRA MILE LTD. | INFO@XTRA-MILE.CO |
| YANIV TAIEB | ON FILE |
| YARDEN EVRON | ON FILE |
| YHM TECHNOLOGY LTD | OFFICE@YHMTECH.CO.IL |
| YIGAL ARNON | INFO@ARNON.CO.IL |
| YONADV VINOGRAD | ON FILE |
| ZEDEK, YAMIT COHEN | ON FILE |
| ZINGER, ORIAN | ON FILE |
| ZIV, ITAMAR | ON FILE |
| ZOTS, ROMAN | ON FILE |