UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:                                          :       Chapter 11
                                                :
CELSIUS NETWORK LLC, *et al.*,                  :       Case No. 22-10964 (MG)
                                                :
                        Debtors.                :       (Jointly Administered)
-----------------------------------------------------X

## ORDER REQUIRING DEBTORS TO FILE INFORMATION REGARDING INTERCOMPANY CLAIMS

On February 6, 2023 the Court held a hearing, pursuant to the *Order (I) Setting a Briefing Schedule and (II) Granting Related Relief* (the "Scheduling Order," ECF Doc. # 1747), on the issue (the "Issue") of "which Debtor entities are liable to the account holders under the above captioned debtors' (the "Debtors" and each debtor entity, a "Debtor") Terms of Use[1]. At the hearing, the parties discussed certain intercompany claims between Celsius Network LLC ("LLC") and its affiliates that would need to be resolved prior to the Debtors' exit from these Chapter 11 Cases.

It is hereby **ORDERED** that **by 5:00 P.M (prevailing eastern time) on Thursday, February 16, 2023** the Debtors shall file on the docket information regarding the amount and type of any potential intercompany claims held by LLC against Debtor affiliates.

**IT IS SO ORDERED.**

Dated:  February 9, 2023
        New York, New York

                                        /s/ Martin Glenn
                                        MARTIN GLENN
                                        Chief United States Bankruptcy Judge

---

[1]     All capitalized terms not otherwise defined shall have the meaning ascribed to them in the Scheduling Order.