LAYLA D. MILLIGAN
Texas State Bar No. 24026015
ABIGAIL R. RYAN
Texas Bar No. 24035956
ROMA N. DESAI
S.D.N.Y. Bar Number RD8227
Texas Bar No. 24095553
AUTUMN D. HIGHSMITH
Texas Bar No. 24048806
Assistant Attorneys General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
P: (512) 463-2173/F: (512) 936-1409
layla.milligan@oag.texas.gov
abigail.ryan@oag.texas.gov
roma.desai@oag.texas.gov
autumn.highsmith@oag.texas.gov

ATTORNEYS FOR THE TEXAS STATE SECURITIES BOARD
AND
TEXAS DEPARTMENT OF BANKING

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter: 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**JOINDER OF THE TEXAS STATE SECURITIES BOARD AND TEXAS DEPARTMENT OF BANKING TO THE UNITED STATES TRUSTEE'S LIMITED OBJECTION TO THE DEBTOR'S SECOND MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT**

The Texas State Securities Board (the "**SSB**") and Texas Department of Banking ("**DOB**"), by and through the Office of the Texas Attorney General, hereby files this Joinder (the "**Joinder**") to the *United States Trustee's Limited Objection to the Debtors' Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement* [D.E. 2010] (the "**Objection**"). In support of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

the Joinder, the SSB and DOB respectfully state as follows:[2]

1. The SSB and DOB support and join the Objection filed by William K. Harrington, United States Trustee for Region 2 ("**U.S. Trustee**"), to the *Debtor's Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement* (the "**Exclusivity Motion**").

2. In addition to the arguments set forth in the Objection, the facts and circumstances of this case, including the number of and effect on impacted consumer creditors, the Debtors' historic wrongdoing set forth in the Final Report of the Examiner[3], the mounting administrative costs, and the Debtors' lack of liquidity, support the denial of the Exclusivity Motion.

3. The SSB and DOB reserve the right to supplement this Joinder at or prior to the Hearing, or any other relevant hearing.

WHEREFORE premise considered, the SSB and DOB request that the Court deny the relief requested in the Exclusivity Motion and grant such other and further relief, both at law and in equity, to which the SSB and DOB may justly be entitled.

*[Remainder of Page Intentionally Left Blank]*

---

[2] Capitalized terms not otherwise defined or provided herein have the meanings ascribed to them in the Motion or D.E. 23 (the "First Day Declaration.").
[3] *See* D.E. 1956.

2

Dated: February 13, 2023,

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Layla D. Milligan*
LAYLA D. MILLIGAN
Texas State Bar No. 24026015
ABIGAIL R. RYAN
Texas State Bar No. 24035956
ROMA N. DESAI
S.D.N.Y. Bar No. RD8227
Texas Bar No. 24095553
AUTUMN D. HIGHSMITH
Texas Bar No. 24048806
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
layla.milligan@oag.texas.gov
abigail.ryan@oag.texas.gov
roma.desai@oag.texas.gov
autumn.highsmith@oag.texas.gov

ATTORNEYS FOR THE TEXAS STATE SECURITIES BOARD
AND
TEXAS DEPARTMENT OF BANKING

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on February 13, 2023.

                                          */s/ Layla D. Milligan*
                                          LAYLA D. MILLIGAN