2/13/23

Please retract my document # 2025 submitted 2/9/23.

Thank you.

John Root.