UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:
In re                                                          :    Chapter 11
:
CELSIUS NETWORK LLC, *et al.*,[1]               :    Case No. 22-10964 (MG)
:
:    Jointly Administered
Debtors.              :
---------------------------------------------------------- x

# ORDER DIRECTING DEBTORS TO SHOW CAUSE
# WHY THEY SHOULD NOT RETAIN WILLIS TOWER WATSON

Upon the United States Trustee's Motion for Order to Show Cause Why the Debtors Should Not Retain Willis Towers Watson, this Court:

1.  **HEREBY ORDERS THAT**, by no later than five (5) business days from the date of entry of this Order, Celsius Network LLC and its affiliated debtors ("Debtors") shall file with this Court a writing as to why Willis Towers Watson should not be retained in these bankruptcy cases; it is further

2.  **ORDERED,** that all pleadings or documents filed in response to or support of this Order shall be served on the United States Trustee and the Official Committee of Unsecured Creditors, both through counsel; and it is further

3.  **ORDERED,** that a hearing on this Order shall be held on _____, 2023; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

4. **ORDERED**, that business representatives for both the Debtors and Willis Towers Watson with decision-making authority over the subject matter of this Order are hereby directed to appear at such hearing.

Dated:
New York, New York

                                                Hon. Martin Glenn
                                                Chief United States Bankruptcy Judge