WILLIAM K. HARRINGTON  
United States Trustee  
U.S. Department of Justice  **Hearing Date:** February 15, 2023
Office of the United States Trustee  **Hearing Time**: 10:00 a.m.
One Bowling Green  
New York, NY 10004  
Tel. (212) 510-0500  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

------------------------------------------------- x  
*In re*                                                                  : Chapter 11  
                                                                             :  
CELSIUS NETWORK LLC., *et al.*,[1]            : Case No. 22-10964 (MG)  
                                                                             :  
                               Debtors.                          : (Jointly Administered)  
------------------------------------------------- x  

## NOTICE OF HEARING FOR THE UNITED STATES TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE WHY THE DEBTORS SHOULD NOT RETAIN WILLIS TOWERS WATSON

**PLEASE TAKE NOTICE** that upon this Notice of Hearing, the United States Trustee for Region 2 (the "United States Trustee"), will move this Court before the Honorable Martin Glenn, Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on **February 15, 2023 at 10:00 a.m.**, (the "Hearing") or as soon thereafter as counsel can be heard, for the United States Trustee's Motion for Order to Show Cause Why the Debtors Should Not Retain Willis Towers Watson [ECF Dkt. No. 2042] (the "Motion"). The original Motion is on file with the Clerk of the Bankruptcy Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

**PLEASE TAKE FURTHER NOTICE**, that the Hearing will be held via Zoom for Government. Participants are required to register their appearance by 4:00 PM the day before the Hearing by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, http://www.nysb.uscourts.gov/content/judge-martin-glenn.

Dated: New York, New York
      February 13, 2023

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By:    */s/ Shara Claire Cornell*
       Shara Claire Cornell
       Trial Attorney
       Office of the United States Trustee
       One Bowling Green
       New York, NY 10004
       Tel. (212) 510-0500