**WIGGIN AND DANA LLP**
James I. Glasser
437 Madison Ave. Floor 35
New York, NY 10022
Telephone: (203) 498-4313
jglasser@wiggin.com


*Counsel for Connor Nolan*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| | : | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC, *et al.*[1], | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |


### NOTICE OF APPLICATION OF CONNOR NOLAN PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4) FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL FEES AND EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

**PLEASE TAKE NOTICE**, that on February 13, 2023, Connor Nolan filed an

Application Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance of Payment of

Professional Fees and Expenses Incurred in Making a Substantial Contribution to these

proceedings (the "Application").  A hearing on the Application is scheduled to be heard before

the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of

New York (the "Bankruptcy Court"), in Room 523, One Bowling Green, New York, New York

10004, **on April 18, 2023 at 10:00 a.m. EST (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the

Application (each, an "Objection") shall: (a) be in writing; (b) conform to the Federal Rules of

Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and

all General Orders applicable to Chapter 11 cases in the United States Bankruptcy Court for the

Southern District of New York; and (c) be filed with the Bankruptcy Court on the docket of *In re

Celsius Network LLC*, No. 22-10964 (MG) by registered users of the Court's electronic filing

system and in accordance with General Order M-399; and (d) be served so as to be actually

received no later than on April 11, 2023 at 10:00 a.m. (prevailing Eastern Time) (the "Objection

Deadline") on (i) the entities on the Master Service List available on the case website of the

above-captioned debtors and debtors in possession (the "Debtors") at

https://cases.stretto.com/celsius and (ii) any person or entity with a particularized interest in the

subject matter of the Application.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are

timely filed, served, and received will be considered at the Hearing.  Failure to file a timely

objection may result in entry of a final order granting the Motion as requested by Connor Nolan.

2

PLEASE TAKE FURTHER NOTICE that if no Objections or other responses are timely filed and served with respect to the Application, Mr. Nolan may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form annexed as **Exhibit B** to the Application, which order the Bankruptcy Court may enter without further notice or opportunity to be heard.

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Motion and other pleadings filed in these Chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

DATED: February 13, 2023

Respectfully submitted,

By: */s/ James I. Glasser*
WIGGIN AND DANA LLP
James I. Glasser
437 Madison Ave. Floor 35
New York, NY 10022
Telephone:     (203) 498-4313
jglasser@wiggin.com

*Counsel for Connor Nolan*