UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: CELSIUS NETWORK LLC, et al.,

Case No.: 22-10964 MG

Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Marvin E. Clements, Jr.          , request admission, ***pro hac vice***, before the Honorable Martin Glenn          , to represent TN Dept of Commerce & Insurance, a creditor          in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Tennessee          and, if applicable, the bar of the U.S. District Court for the Eastern          District of Tennessee          .

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 2/14/2023

Southern District          , New York

/s/ Marvin E. Clements, Jr.

*Mailing Address*:

TN Attorney General, Bankruptcy Div.

P.O. Box 20207

Nashville, TN 37202-0207

*E-mail address*: marvin.clements@ag.tn.g

*Telephone number*: ((615) 741-1935

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 22-10964 (MG) |
| | ) | |
| **CELSIUS NETWORK LLC, *et al*.,** | ) | |
| | ) | Chapter 11 |
| | ) | |
| **Debtors.** | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION FOR**
**MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE***

**ORDERED**, that Marvin E. Clements, Jr., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
   New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE