**Exhibit A**

*Alexander Mashinsky*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount[1] |
|---|---|---|---|---|---|
| Sunday, May 15, 2022 | Alexander Mashinsky | Alexander Mashinsky | ETH | Withdrawal | $208 |
| Sunday, May 15, 2022 | Alexander Mashinsky | Alexander Mashinsky | USDC | Withdrawal | 3 |
| Sunday, May 15, 2022 | Alexander Mashinsky | Alexander Mashinsky | ETH | Withdrawal | 124,274 |
| Sunday, May 15, 2022 | Alexander Mashinsky | Alexander Mashinsky | BTC | Withdrawal | 30 |
| Sunday, May 15, 2022 | Alexander Mashinsky | Alexander Mashinsky | ETH | Withdrawal | 778,485 |
| Sunday, May 15, 2022 | Alexander Mashinsky | Alexander Mashinsky | BTC | Withdrawal | 186,136 |
| Monday, May 16, 2022 | Alexander Mashinsky | Alexander Mashinsky | USDC | Withdrawal | 1,299,827 |
| Monday, May 16, 2022 | Alexander Mashinsky | Alexander Mashinsky | USDC | Withdrawal | 492,428 |
| **Total** | | | | | **$2,881,391** |

*Shlomi Daniel Leon*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|---|---|---|---|---|---|
| Thursday, July 15, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | BTC | Withdrawal | $31,447 |
| Sunday, July 18, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | ETH | Withdrawal | 1,916 |
| Sunday, July 18, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 11 |
| Monday, July 19, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | ETH | Withdrawal | 69,320 |
| Tuesday, July 20, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 476,431 |
| Sunday, August 8, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 636,462 |
| Thursday, August 12, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 31 |
| Friday, August 13, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 642,466 |
| Tuesday, September 14, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 5 |
| Tuesday, September 14, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 104,200 |
| Tuesday, September 21, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 102,616 |
| Wednesday, September 22, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | BTC | Withdrawal | 1,355,123 |
| Monday, September 27, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 177,575 |
| Wednesday, October 6, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 113,800 |
| Thursday, October 21, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 184,800 |
| Thursday, December 2, 2021 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 206,208 |

[1] Amount in USD based on market prices as of the date of the applicable transfer.

*Shlomi Daniel Leon*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|---|---|---|---|---|---|
| Tuesday, March 29, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 64,030 |
| Monday, April 4, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 69,280 |
| Monday, April 11, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | $265,576 |
| Wednesday, April 13, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | USDC | Withdrawal | 2 |
| Wednesday, April 13, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | USDC | Withdrawal | 50 |
| Thursday, April 14, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | USDC | Withdrawal | 2,200,000 |
| Tuesday, April 26, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 41 |
| Tuesday, April 26, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | CEL | Withdrawal | 79,599 |
| Sunday, May 29, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | USDC | Withdrawal | 100 |
| Sunday, May 29, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | USDC | Withdrawal | 2,370,534 |
| Tuesday, May 31, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | BTC | Withdrawal | 100 |
| Tuesday, May 31, 2022 | Shlomi Daniel Leon | Shlomi Daniel Leon | BTC | Withdrawal | 423,276 |
| **Total** | | | | | **$9,574,999** |

*Hanoch Goldstein*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|---|---|---|---|---|---|
| Thursday, August 12, 2021 | Hanoch Goldstein | Hanoch Goldstein | ETH | Withdrawal | $4,269 |
| Wednesday, October 27, 2021 | Hanoch Goldstein | Hanoch Goldstein | USDC | Withdrawal | 100,000 |
| Thursday, October 28, 2021 | Hanoch Goldstein | Hanoch Goldstein | USDT ERC20 | Withdrawal | 2,828 |
| Saturday, December 4, 2021 | Hanoch Goldstein | Hanoch Goldstein | USDC | Withdrawal | 250,000 |
| Friday, March 4, 2022 | Hanoch Goldstein | Hanoch Goldstein | ETH | Withdrawal | 682,381 |
| Friday, March 4, 2022 | Hanoch Goldstein | Hanoch Goldstein | CEL | Withdrawal | 152,000 |
| Sunday, April 17, 2022 | Hanoch Goldstein | Hanoch Goldstein | CEL | Withdrawal | 44,270 |
| Friday, May 6, 2022 | Hanoch Goldstein | Hanoch Goldstein | ETH | Withdrawal | 539,225 |
| Wednesday, May 11, 2022 | Hanoch Goldstein | Hanoch Goldstein | ETH | Withdrawal | 617,984 |
| **Total** | | | | | **$2,392,957** |

*Jeremie Beaudry*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|------|---------------------|------------------|-------|------------------|-------:|
| Friday, July 16, 2021 | Jeremie Beaudry | Jeremie Beaudry | BTC | Withdrawal | $100 |
| Friday, July 16, 2021 | Jeremie Beaudry | Jeremie Beaudry | BTC | Withdrawal | 147,929 |
| Monday, July 19, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 15,000 |
| Friday, July 23, 2021 | Jeremie Beaudry | Jeremie Beaudry | CEL | Withdrawal | 58 |
| Friday, July 23, 2021 | Jeremie Beaudry | Jeremie Beaudry | CEL | Withdrawal | 508,723 |
| Saturday, July 31, 2021 | Jeremie Beaudry | Jeremie Beaudry | CEL | Withdrawal | 62 |
| Sunday, August 1, 2021 | Jeremie Beaudry | Jeremie Beaudry | CEL | Withdrawal | 984,489 |
| Wednesday, August 4, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 850,000 |
| Monday, August 9, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 35,000 |
| Friday, August 13, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 41,000 |
| Friday, August 20, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 400,000 |
| Saturday, October 16, 2021 | Jeremie Beaudry | Jeremie Beaudry | ETH | Withdrawal | 453,879 |
| Wednesday, November 10, 2021 | Jeremie Beaudry | Jeremie Beaudry | CEL | Withdrawal | 1,931,392 |
| Wednesday, November 17, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 30,000 |
| Wednesday, December 1, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 42,000 |
| Wednesday, December 1, 2021 | Jeremie Beaudry | Jeremie Beaudry | BAT | Withdrawal | $61 |
| Thursday, December 2, 2021 | Jeremie Beaudry | Jeremie Beaudry | BCH | Withdrawal | 16,615 |
| Thursday, December 2, 2021 | Jeremie Beaudry | Jeremie Beaudry | BTC | Withdrawal | 37,702 |
| Thursday, December 2, 2021 | Jeremie Beaudry | Jeremie Beaudry | DASH | Withdrawal | 8 |
| Thursday, December 2, 2021 | Jeremie Beaudry | Jeremie Beaudry | UNI | Withdrawal | 9,352 |
| Thursday, December 2, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 100,000 |
| Friday, December 3, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDT ERC20 | Withdrawal | 28 |
| Friday, December 3, 2021 | Jeremie Beaudry | Jeremie Beaudry | BTC | Withdrawal | 13,987 |
| Friday, December 3, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 6,000 |
| Friday, December 3, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 21,000 |
| Saturday, December 4, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 40,000 |
| Saturday, December 4, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 400,000 |
| Sunday, December 5, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 30,000 |
| Monday, December 6, 2021 | Jeremie Beaudry | Jeremie Beaudry | BTC | Withdrawal | 31 |
| Monday, December 6, 2021 | Jeremie Beaudry | Jeremie Beaudry | BCH | Withdrawal | 10 |
| Monday, December 6, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 37,000 |
| Thursday, December 9, 2021 | Jeremie Beaudry | Jeremie Beaudry | UNI | Withdrawal | 3 |
| Thursday, December 9, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 40,000 |
| Friday, December 10, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 50,000 |

*Jeremie Beaudry*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|---|---|---|---|---|---:|
| Sunday, December 12, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 50,000 |
| Monday, December 13, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 20,000 |
| Wednesday, December 15, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 42,000 |
| Friday, December 17, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 25,050 |
| Monday, December 20, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 50,000 |
| Monday, December 20, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 10,000 |
| Wednesday, December 22, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 30,000 |
| Thursday, December 23, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 13,000 |
| Tuesday, December 28, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 20,000 |
| Wednesday, December 29, 2021 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 25,000 |
| Saturday, January 1, 2022 | Jeremie Beaudry | Jeremie Beaudry | CEL | Withdrawal | 150,289 |
| Saturday, January 1, 2022 | Jeremie Beaudry | Jeremie Beaudry | ETH | Withdrawal | 500 |
| Sunday, January 2, 2022 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 16,607 |
| Monday, January 3, 2022 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 76 |
| Wednesday, January 5, 2022 | Jeremie Beaudry | Jeremie Beaudry | CEL | Withdrawal | 149,838 |
| Wednesday, January 5, 2022 | Jeremie Beaudry | Jeremie Beaudry | CEL | Withdrawal | $140,059 |
| Thursday, January 6, 2022 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 245,000 |
| Friday, January 7, 2022 | Jeremie Beaudry | Jeremie Beaudry | CEL | Withdrawal | 149,236 |
| Friday, January 7, 2022 | Jeremie Beaudry | Jeremie Beaudry | ETH | Withdrawal | 321,528 |
| Friday, January 7, 2022 | Jeremie Beaudry | Jeremie Beaudry | ETH | Withdrawal | 480,847 |
| Friday, January 7, 2022 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 866 |
| Monday, January 10, 2022 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 79 |
| Monday, January 10, 2022 | Jeremie Beaudry | Jeremie Beaudry | ETH | Withdrawal | 87 |
| Monday, January 17, 2022 | Jeremie Beaudry | Jeremie Beaudry | BTC | Withdrawal | 49 |
| Wednesday, March 2, 2022 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 100,000 |
| Friday, March 4, 2022 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 50,000 |
| Saturday, March 5, 2022 | Jeremie Beaudry | Jeremie Beaudry | USDC | Withdrawal | 50,001 |
| **Total** | | | | | **$8,381,541** |

*Harumi Urata-Thompson*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|---|---|---|---|---|---|
| Monday, September 6, 2021 | Harumi Urata-Thompson | Harumi Urata-Thompson | CEL | Withdrawal | $6 |
| Monday, September 6, 2021 | Harumi Urata-Thompson | Harumi Urata-Thompson | CEL | Withdrawal | 854,721 |
| Tuesday, January 18, 2022 | Harumi Urata-Thompson | Harumi Urata-Thompson | CEL | Withdrawal | 608,126 |
| Thursday, May 12, 2022 | Harumi Urata-Thompson | Harumi Urata-Thompson | CEL | Withdrawal | 34 |
| Saturday, June 11, 2022 | Harumi Urata-Thompson | Harumi Urata-Thompson | CEL | Withdrawal | 7,898 |
| Sunday, June 12, 2022 | Harumi Urata-Thompson | Harumi Urata-Thompson | CEL | Withdrawal | 9,521 |
| **Total** | | | | | **$1,480,306** |

*Aliza Landes*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|---|---|---|---|---|---|
| Tuesday, August 17, 2021 | Aliza Landes | Shlomi Daniel Leon | USDC | Withdrawal | $50 |
| Tuesday, August 17, 2021 | Aliza Landes | Shlomi Daniel Leon | USDC | Withdrawal | 100 |
| Monday, August 23, 2021 | Aliza Landes | Shlomi Daniel Leon | USDC | Withdrawal | 100 |
| Tuesday, August 31, 2021 | Aliza Landes | Shlomi Daniel Leon | USDC | Withdrawal | 690,000 |
| Wednesday, October 20, 2021 | Aliza Landes | Shlomi Daniel Leon | USDC | Withdrawal | 370,000 |
| Monday, January 24, 2022 | Aliza Landes | Shlomi Daniel Leon | USDC | Withdrawal | 20 |
| Monday, January 24, 2022 | Aliza Landes | Shlomi Daniel Leon | USDC | Withdrawal | 400,000 |
| Tuesday, February 15, 2022 | Aliza Landes | Shlomi Daniel Leon | USDC | Withdrawal | 125,600 |
| Tuesday, May 31, 2022 | Aliza Landes | Shlomi Daniel Leon | USDC | Withdrawal | 333,548 |
| **Total** | | | | | **$1,919,418** |

*Kristine Meehan Mashinsky*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|---|---|---|---|---|---|
| Wednesday, April 6, 2022 | Kristine Meehan Mashinsky | Alexander Mashinsky | CEL | Withdrawal | $20 |
| Sunday, April 10, 2022 | Kristine Meehan Mashinsky | Alexander Mashinsky | CEL | Withdrawal | 2,946,336 |
| Tuesday, May 31, 2022 | Kristine Meehan Mashinsky | Alexander Mashinsky | CEL | Withdrawal | 8 |
| Tuesday, May 31, 2022 | Kristine Meehan Mashinsky | Alexander Mashinsky | CEL | Withdrawal | 2,027,331 |
| **Total** | | | | | **$4,973,695** |

*AM Ventures Holding Inc.*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|---|---|---|---|---|---|
| Wednesday, July 28, 2021 | AM Ventures Holding Inc. | Alexander Mashinsky | CEL | Withdrawal | $584 |
| Wednesday, July 28, 2021 | AM Ventures Holding Inc. | Alexander Mashinsky | CEL | Withdrawal | 6,592,283 |
| Thursday, October 7, 2021 | AM Ventures Holding Inc. | Alexander Mashinsky | CEL | Withdrawal | 5,591,165 |
| **Total** | | | | | **$12,184,032** |

*Koala1 LLC*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|---|---|---|---|---|---|
| Friday, May 27, 2022 | Koala1 LLC | Alexander Mashinsky | BTC | Withdrawal | $10 |
| Friday, May 27, 2022 | Koala1 LLC | Alexander Mashinsky | BTC | Withdrawal | 411,139 |
| Friday, May 27, 2022 | Koala1 LLC | Alexander Mashinsky | ETH | Withdrawal | 10 |
| Friday, May 27, 2022 | Koala1 LLC | Alexander Mashinsky | USDC | Withdrawal | 10 |
| Friday, May 27, 2022 | Koala1 LLC | Alexander Mashinsky | BTC | Withdrawal | 1,573,922 |
| Friday, May 27, 2022 | Koala1 LLC | Alexander Mashinsky | ETH | Withdrawal | 1,496,932 |
| Friday, May 27, 2022 | Koala1 LLC | Alexander Mashinsky | USDC | Withdrawal | 1,638,293 |
| **Total** | | | | | **$5,120,316** |

*Alchemy Capital Partners LP*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|---|---|---|---|---|---|
| Thursday, April 14, 2022 | Alchemy Capital Group LLC | Shlomi Daniel Leon | USD | Loan | $4,000,000 |

*Bits of Sunshine LLC*

| Date | Entity / Individual | Associated Party | Asset | Transaction Type | Amount |
|---|---|---|---|---|---|
| Monday, February 7, 2022 | Bits of Sunshine LLC | Hanoch Goldstein | CEL | Withdrawal | $150,000 |
| Wednesday, February 23, 2022 | Bits of Sunshine LLC | Hanoch Goldstein | CEL | Withdrawal | 154,500 |
| Wednesday, April 27, 2022 | Bits of Sunshine LLC | Hanoch Goldstein | CEL | Withdrawal | 105,845 |
| Monday, May 9, 2022 | Bits of Sunshine LLC | Hanoch Goldstein | CEL | Withdrawal | 161,791 |
| **Total** | | | | | **$572,136** |