*Immanuel Herrmann*
*Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered.) |

### LETTER FROM FIVE HUNDRED AND FOURTEEN CELSIUS CREDITORS OPPOSING EXCLUSIVITY EXTENSION

I hereby submit the following letter signed by 514[2] Celsius creditors opposing an extension of exclusivity for the Debtors as a supplemental exhibit to *Immanuel Herrmann's Objection to the Debtors' Second Motion for Entry of an Order (i) Extending the Debtors Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (ii) Granting Related Relief.* [D.R. 2015.]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] As of 10am ET on 2/14/2023. Signatures continue to come in.

Pursuant to 28 U.S.C § 1746, I hereby declare as follows: The undersigned have electronically signed the letter I have attached as Exhibit A, and have authorized me to submit their signatures and comments to the Court. The individuals whose signatures appear in the letter below each state as follows: "I declare under penalty of perjury, pursuant to 28 U.S.C § 1746, that I am a Celsius customer, that I am signing this letter on behalf of myself, and that the information I have provided herein is true and correct to the best of my knowledge, information and belief."[3]

Respectfully submitted,

_s/ Immanuel Herrmann_
Immanuel Herrmann
_Pro Se_
February 14, 2023

---

[3] Signatures on this letter were collected at:
https://docs.google.com/forms/d/103NlY3D8jmuKX1FD6pdwcuVgfOGh_dNrIgNbyKJ7rOQ

**EXHIBIT A: LETTER TO THE COURT**

Dear Chief Judge Glenn:

We are Celsius creditors writing to say **enough is enough.** We oppose any more extensions of exclusivity for the Debtors. The withhold *ad hoc* has filed a reasonable proposal that would allow the UCC, along with current and future *ad hoc* groups, to submit their own plans, and we ask that you do just that.

As the withhold *ad hoc* said in its objection, D.R. 2008, "The Debtors have been chasing their tails in these cases for six months. The Debtors' professionals have burned through tens of millions of dollars' of customers' hard-earned savings trapped on the Debtors' platform, yet we seem to be no closer to an exit than we were when the Debtors first sought to extend their exclusive control over these cases three months ago. There is not so much as a plan term sheet on file. We have heard nothing but vague descriptions of some kind of 'recovery corporation'—effectively, a hedge fund into which customers would be forced to contribute all of their cryptocurrency in exchange for some regulatorily-questionable tokenized security." We agree.

The U.S. Trustee, the UCC, the *ad hoc* withhold group, the borrowers, and several earn customers, have ***all*** objected to the exclusivity extension that was requested. The Debtors claim their communication with creditors is good. However, in their filings on the docket, earn customers, withhold customers, and borrowers all seem to disagree.

Last time exclusivity came up for renewal, hundreds of creditors agreed to give the Debtors a bit more time to put forward a plan. In exchange, we asked the Debtor, including the Special Committee, and Chris Ferraro, along with the UCC, to dramatically increase communication with creditors. That has not happened **at all**. The *ad hoc* group of borrowers note in their objection, D.R. 2013, that they "have not had any meaningful dialogue with the Debtors concerning the Borrowers or how it intends to treat that group under plan proposals that are currently under consideration." Neither have we.

It is time to allow customers to propose their own plans for the assets that they were defrauded into investing with Celsius. Please deny the Debtors' Second Motion to Extend Exclusivity, or, at the very least, extend exclusivity to include the UCC plus all current and future *ad hoc* groups.

Sincerely,

[SIGNATURES WITH COMMENTS FOLLOW]

| | | | |
|---|---|---|---|
| Jovanni Torres | Tampa, FL | 2/13/2023 12:18:51 | Please reject the extension |
| Wayne Purser | Essex, England | 2/13/2023 12:20:17 | I have no faith in Celsius and do not support anything they Plan to do in the future. We have waited long enough |
| Shawn steinborn | Phx, AZ | 2/13/2023 12:23:39 | Please end Celsius exclusivity now. Creditors want a creditor led reorg now before K&E bleed us dry. Thank you |
| E. Buitenman | A'dam, Netherlands | 2/13/2023 12:37:00 | There are two camps amongst creditors: Pro Mashinsky and Anti Mashinsky. We fight on all sorts of things. There is, however, ONE THING we all agree on: NONE OF US WANTS ANOTHER EXTENSION of EXCLUSIVITY! This alignment demonstrates how fed up we all are with the lack of progress. Especially when compared to other BKchp11 cases having started later but are way further ahead. We all have had enough! |
| Michael Garner Wakefield | Bentonville, AR | 2/13/2023 13:31:39 | Celsius is a Fraud/Ponzi Scheme and should not be allowed to continue to operate in any way, shape or form. |
| Jason Mayhew | Salt Lake | 2/13/2023 13:36:29 | Thank you for hearing us |
| Kyle Tilev | Denver, Colorado | 2/13/2023 13:36:43 | Celsius is using our system of law to further defraud its creditors and act in their own benefit. I implore the court to respect our frights for speedy trial and the return of any customer funds that remain from these crooks. Thank you for your time. |
| Tyler J Tworek | Nederland, Colorado | 2/13/2023 13:39:32 | There are many appealing 3rd Party Bids that I would be thrilled to see executed on. |
| Shane Brandolini | Flagstaff, Arizona | 2/13/2023 13:42:18 | The Examiners Report has proven that Celsius is a fraudulent company. They cannot be trusted with a ReOrg. I will not vote in favor of any plan created by this "Ponzi -Like" Company. |

| | | | |
|---|---|---|---|
| Heather Kadar | Flagstaff, Arizona | 2/13/2023 13:42:23 | The Examiners Report has proven that Celsius is a fraudulent company. They cannot be trusted with a Re Org. I will not vote in favor of any plan created by this "Ponzi -Like" Company. |
| Sarah | South Africa | 2/13/2023 13:43:39 | Had no option to adjust from earn to custody not being a US citizen. Was left to believe this platform was 100 percent safe. Lost everything I owned. |
| Christian Simpson | Los Angeles | 2/13/2023 13:43:53 | This is enough. The exercise is now just using our money to line the pockets of lawyers. Other proceedings have wrapped up in 6 months. This is no more complex. The court is becoming a laughing stock in the community. Again, ENOUGH. |
| Mark Cipolloni | Robbinsville, New Jersey | 2/13/2023 13:46:29 | I oppose any more extensions of exclusivity for the Debtors |
| Chris Roth | Portland | 2/13/2023 13:48:04 | Please help us recover what was lost on false promises of safe "over collateralized" investing |
| Jason Goldwater | San Diego, CA | 2/13/2023 13:48:47 | I have a substantial claim including approximately $150,000 in stablecoin. |
| Juan Mangione | Villefranche-sur-Saône, France | 2/13/2023 13:49:00 | I do not agree with the exclusive extension of celsius Network. |
| Tony Gill | Hastings on Hudson, NY | 2/13/2023 13:52:25 | Celsius Network have had more than enough time to submit a re-org plan — please, no more extensions! |
| Alejandro Guerra Manzanares | Syria, Barcelona, Spain | 2/13/2023 13:52:43 | They stole our savings playing with our trust. Please make justice. |
| Sumeshen Naidoo | East London, South Africa | 2/13/2023 13:53:36 | Please Judge, allow us to end this as soon as possible to reduce any more of our funds that are being wasted to pay for lawyers and other fees that are not getting us an outcome to this case. Please do not allow another exclusivity extension. |
| James Gutoskey | Fort Wayne, Indiana | 2/13/2023 13:53:59 | My retirement savings are in limbo. Please speed this process up with no further delay. |

| Ashwin Luhar | Rosemead , California , USA | 2/13/2023 13:54:17 | Do not prolong. Just it over and give us access to all of assets back ASAP. |
|---|---|---|---|
| Luis Rivera Jr | Mesa, Arizona | 2/13/2023 13:59:28 | Your honor, the time has passed for Celsius to come up with a plan that could restore faith in any service they could provide. Effort should be put forth in using the new findings from the examiner to dissolve the protections and come up with a plan that doesn't include a new company. Poor faith in ethics and in following the law should be enough to stop Celsius from using funds that could restore its creditors at any level. |
| Curt Dell | Aliso Viejo, Ca | 2/13/2023 14:01:33 | Please deny exclusivity extension for a criminal organization manipulating the court process for their personal gains |
| Mahmanzar Moezzi | Torrevieja, Alicante, Spain | 2/13/2023 14:04:45 | Please end exclusivity and set us free from anything to do with Celsius ever again. I want my coins back....Thanks |
| CHRISTOPHER D FAY | Plano | 2/13/2023 14:10:07 | Thank you Judge for your hard work. I hope you will agree it is time to end exclusivity for Debitors, demand their plan for Reorg and allow creditors to vote. Respectfully, Chris Fay |
| Thomas R DeLong | Rio Tinto, Portugal | 2/13/2023 14:10:50 | Celsius has had more than enough time, especially considering the obscene millions in legal fees draining away from account holders. Please please do not grant an extension. My retirement is gone, I need a resolution and soon. Have mercy. |
| uri eran | HILO | 2/13/2023 14:11:03 | Please do not allow this fraudulent corporation an exclusivity extension. |

| | | | |
|---|---|---|---|
| Jason R Jones | Providence, UTAH | 2/13/2023 14:15:04 | I am very frustrated. I made two deposits to the Celsius Platform both within 10 days of Celsius halting withdrawals. The total of these two deposits was at the time greater than $136,000 and VERY significant to me and my family (wife and 4 children). I would never have done this had Celsius disclosed the insolvency they were in when I made these deposits in early June 2022. I have been unable to access these funds and they are part of this bankruptcy proceedings. It is time to end extensions of exclusivity to the debtors. It is time for the Celsius SCAM to end and for debtors to have returned to them as much of their capital as possible. I likely did agree to the Terms of Service (that I never actually read), which led to your ruling that the earn assets are part of the estate. However, where is the accountability of Alex Mashinshy and his many, many, many public lies (Twitter, YouTube, etc) regarding liquidity, that the coins I deposited would be returned to me in the event of bankruptcy, that the coins are owned by depositors (now creditors), that Celsius was in good financial shape, etc.??? It is time for Celsius and Alex Mashinsky to be held to account and for creditors to be returned as much of our capital as possible. Respectfully, Jason Jones |
| KELLY L VOSTAL | Manasquan, NJ | 2/13/2023 14:18:06 | Please! Let's get on with this. Move to Chapter 7 |
| Blake Douglas | Golden, CO | 2/13/2023 14:20:06 | While I don't know the best plan for resolution, I simply want to keep progressing towards one. The Exclusivity Extension would simply allow the Debtor to avoid putting a plan in place and actually working towards executing it. |
| Frances Jones, Jones Asset | Sydney, Australia | 2/13/2023 14:20:15 | Stop this disaster and return our money asap please. We have been lied to and stolen from |

| Protection Trust | | | for years by Celsius, we don't want anything more to do with them. We will never trust them again. |
|---|---|---|---|
| Michael Mogley | Redondo Beach, California | 2/13/2023 14:20:44 | Absolutely no extension. They have not made any good faith progress toward a plan. The proof of that - other than still not having one after 8 months - is virtually zero interaction with regulators. |
| Jefferson Nunn | Plano, TX | 2/13/2023 14:20:55 | Please rule in the interest of the people instead of the lawyers |
| Michaël Kiliaan Trouw | Amsterdam, The Netherlands | 2/13/2023 14:29:11 | Your Honor, I do not want to be part of anything related to future Celsius plans to "Do Better", in whichever form this will be. I want MY assets (that were unconscionably legally transferred due to a clever hidden terms of use change) to be returned to me as Celsius Network and it's board of directors have shown that they have absolutely no overlap with sane business and financial practice. They have lost my business with their fraudulent behaviour and so I would ask you to consider this motion to deny exclusivity extension to the Debtors. |
| Alexander Simmons | Haverfordwest, United Kingdom | 2/13/2023 14:37:40 | What the heck is going on in this case, in UK Celsius would have had exclusivity stopped long before now and trustee appointed, court seems to be siding with debtors not creditors, its a terrible situation, worse than before sadly for us! |
| Aryeh Newman | Huntington Beach, California | 2/13/2023 14:51:44 | Please end this process so we can get our money back and begin to rebuild our lives |
| Ryan Quinley | Milpitas, California | 2/13/2023 14:59:48 | Please help us bring this nightmare to a close before Celsius and lawyers take more of our money |
| Norman Hirsch | Juno Beach, Florida | 2/13/2023 14:59:56 | They've already wasted too much time and money without producing anything. Time to move on |

| Mark Elzinga | Den helder, netherlands | 2/13/2023 15:13:37 | Judge please end this mess, and make them liquidate to give us back whatever is left over |
|---|---|---|---|
| Sophie Keller | Santa Monica | 2/13/2023 15:15:28 | Many of us have lost our money for a house, college for our kids and retirement. Please make the best decision for us. Thank you |
| MR ROBERT CUNNION | Dundee | 2/13/2023 15:17:59 | 6 years British Army, 27 years Police. Retired. Pension lump sum invested in crypto. Persuaded by charismatic individual backed by evidence of successful business history to deposit in Celsius for safe keeping, better than a bank. Now ashamed & constantly berating myself for not 'seeing' this fraudster & charlatan in time to save my families financial future. Devastated. Loss of personal confidence, personal integrity & painfully aware of loss of respect from family. Please hold these criminals to account. |
| Cody Wolf | Windthorst, Texas (USA) | 2/13/2023 15:48:42 | Please put an end to this. People are suffering and the examiner report clearly shows the debtor has engaged in fraud. |
| Kim David Flora | Tulare , California | 2/13/2023 15:59:03 | The examiners report has collaborated what many of us expressed in our personal letters to the court. I find it hard to understand why you continue to side with the celsius group who defrauded all of us. |
| Rebecca White | Pittsburgh, PA | 2/13/2023 16:02:39 | Please help us get our crypto back. |
| Rick Alexander | Southport, NC | 2/13/2023 16:04:07 | Please put an end to the madness |
| Bakti brahim | Bordeaux , France | 2/13/2023 16:28:01 | Bonjour monsieur le juge cette histoire avec Celsius faut que sa s arrête et retrouver de vrai personne pour prendre la relève ou trouver une solutions pour pouvoir nous rendre nos fond bloqué depuis maintenant plus de 6 mois tout mais économie sont dedans Celsius ne cherche pas à nous rendre nos actif mais à prolonger le plus possible pour vider le maximum de fond des clients sous protections |

| | | | |
|---|---|---|---|
| | | | de votre chapitre 11 ainsi que de votre accord donner les plein pouvoir à une vrai structure qui sera faite remonter la pente et à vous de mettre tout c'est escroc en prison il ne mérite que sa |
| David Heiliger | Arvada Colorado | 2/13/2023 16:36:44 | Please side with us not Celsius |
| Siu Ping Viola Lo | Harris Park | 2/13/2023 16:41:29 | Judge Glenn, Please have some consideration and sympathy to Celsius victims who are seeing our funds burned everyday by astronomical expenses of lawyers fees until we get peanuts back. Your decisions ruin many families, lost their homes,, kids education opportunities, retirees livihood. Poor gets poorer and rich get richer. Even a 5 years old cannot see justice in this crooked judicial system. |
| Jeffrey Miller | Canton, Georgia | 2/13/2023 16:42:54 | No more delays please. People need these funds |
| Peter Gray | Newark, California | 2/13/2023 16:47:55 | Judge Glenn, Please understand that myself, and thousands of others of retail Celsius users, are out a significant amount of net worth due to everything happening with Celsius. Many have lost their life savings. Please do not allow any further extensions |
| Emmanuel grand | Lisbon Portugal | 2/13/2023 16:58:43 | From the leak of Tiffany Gong, we are now all aware of great bids like Binance and Bank to the Future, but we've already wasted too much money on lawyers, time, and too many lies. So, no more extensions, this is insanity |
| Max li | Vaughan | 2/13/2023 17:06:48 | This is ridiculous please put an end to this madness |
| Douglas Ross Stringer | San Antonio, Texas | 2/13/2023 17:34:58 | The Debtors were not honest before bankruptcy and are still trying to avoid giving us the truth. Please, Judge Glenn, end exclusivity. |
| Jay Patel | Columbus , OH | 2/13/2023 | This was my life savings, any sort of speed is |

| | | 17:49:40 | case is very much appreciated!. |
|---|---|---|---|
| Christopher P. Birnbaum | Pinellas Park, FL | 2/13/2023 18:02:49 | Celsius & Co have made no sincere effort to expedite bringing an end to CH11 process, nor have they at anytime throughout the process made any decision that benefits the creditor(s) in anyway. They have continuously kicked the proverbial "can down the road" with nothing to show for it to this point. As with the original company and it's founder(s), they can NO LONGER BE TRUSTED. |
| vicki June fisk | Yuma Arizona | 2/13/2023 18:12:50 | Celsius= The Titanic. We creditors = the passengers trying to get on a life boat. It's time we all get on a life boat ( recovered money) and as far removed from the sinking ship as possible. You , your honor, have a rather large decision to make. |
| Alex Nketia | Las Vegas, Nevada | 2/13/2023 18:14:06 | I object to the exclusivity extension on the grounds that Celsius has had enough time to come up with the framework for a viable plan to present to creditors. |
| Emily Conkey | Boulder, CO | 2/13/2023 18:18:33 | Please stop allowing delays to take place. This was my life savings for graduate school and I'm having to borrow money from others to pay tuition. Please, please help! |
| Alberto Jimenez | Springfield, VA | 2/13/2023 18:31:31 | The Debtor has been dishonest about working on a reorganization plan for long enough. Exclusivity should be denied so that the process may advance. Enough of us creditors are coming to the conclusion that the duration of this bankruptcy is lengthened on purpose to bleed the estate dry for the benefit of the lawyers involved. Creditors deserve better than this. |
| Courtney Steadman | Morgantown, West Virginia | 2/13/2023 19:08:02 | Celsius has been given too much time/money to reorganize the company, when NOT one single creditor would choose to voluntarily participate in anything with them ever again. I believed in that company and have now lost |

| | | | |
|---|---|---|---|
| | | | my life savings. It is time to sell everything and scrape together what is left of our assets/property. This has been a painfully traumatic experience and it is time to move on. |
| Robert Silvestro Spilabotte | Los Angeles | 2/13/2023 19:09:46 | I no longer believe that Celsius has the ability to develop a plan in which would satisfy the creditors. I do not believe they should be given any further extensions and we should move forward with creating a plan that works best for us. After being defrauded by Celaius, I know they only have their best interests in mind and do not care for the creditors. Please consider stopping all further extensions and let the creditors have more of a say in what value we can get back from the Celsius. This is a company that lied to its customers about its business operations and any further good faith to resolve the issue would be unjust. |
| Nikhil Pillarisetti Rao | Portland, Oregon | 2/13/2023 19:14:02 | From the beginning it has remained clear that the reason we are in bankruptcy--while in part due to broader market challenges and external events--has been driven by the fact that the underlying business entity was engaging in unsound practices, fraudulent accounting, and serving to enrich the owners at the expense of the earn members. Since Ch 11 has been filed, not a single one of their moves has in any way increased viability--something plain on the face of it. Rather it has been to further the decline of the value of the estate in order to benefit the founds and key players in the company. There is no potential for this business to become a going concern again, and exclusivity needs to end immediately. |
| Gavin Spencer | Sydney Australia | 2/13/2023 19:27:08 | Please think of the creditors and their plight. |
| David Alexander Keith Mitchell | Tsing Yi, Hong Kong | 2/13/2023 19:34:16 | Celsius has had more than enough time. |

| | | | |
|---|---|---|---|
| Amanda Gan | Brisbane, Queensland, Australia | 2/13/2023 19:52:49 | Please put a stop to the debtor/Celsius and legal reps burning thro our assets |
| Robert Applegate | San Francisco, CA | 2/13/2023 20:09:35 | My savings were entrusted to Celsius due to Alex Mashinksy's AMAs and fraudulent claims that even in the event of bankruptcy, coins would be returned in-kind. This is especially damning, personally, given that I have brain cancer and wanted to leave behind as much as I could to my wife. |
| Alexander Fernandez | Palo Alto, California | 2/13/2023 20:21:23 | Please Judge, do the right thing |
| philippe hegi | hong kong | 2/13/2023 20:31:43 | Celsius should not be allowed to extend the suffering of the victims from who they stole their life savings. The managing body at celsius are tainted, they have all been appointed by alex mashinsky while he was preparing to exit his scam. Other companies that filed well after celsius already have a plan to present. It is the proof that Alex Mashinsky's puppets are trying to stretch this process as long as possible to keep him out of jail at the expense of creditors. Many people have already suicided due to Celsius' Lack of morals, please make it stop |
| Jorge Chavarria | Richmond hill, Ontario, canada | 2/13/2023 20:45:37 | I lost my life savings!! |
| Ricky Woodard Jr | Wallkill, New York | 2/13/2023 20:56:20 | Celsius and lawyers are bleeding customers funds dry and have not shown good faith in their progression in 7-8 months. |
| Matthew David Baer | Evergreen, Colorado | 2/13/2023 20:59:56 | Given the examiner's report and the ongoing wasted time and money, it's clear that Celsius has been and is currently operating in bad faith. |
| Stephen I Levenberg | Austin. Texasi | 2/13/2023 21:11:02 | I am a retired senior with much of my retirement funds in Celsius. Please we are all hurting. Enough iscenough! |

| Ted Brenner | Redding, California | 2/13/2023 21:39:10 | We were all defrauded by Mashinski and tired of our funds going to Lawyers. |
|---|---|---|---|
| Mark Boolootian | Santa Cruz, CA | 2/13/2023 22:14:47 | I invested the money I received when my mother died into stable coins at Celsius where I was assured a generous interest rate, with the claim that these coins were backed by USD, and free from speculation or fluctuation. That money was intended to help cover the costs of my father who is in assisted care and who will run out of his own money within the next three months. I hope (need, really) to recoup as much of what I thought was a safe investment as possible. Please help us move forward. |
| Nigel John Kirkwood | Busselton, Australia | 2/13/2023 22:26:53 | Honourable judge Glen, it is glaringly obvious with the damning evidence returned from the examiners report, that Celsius has neither the willingness, compassion for, or interest in the well-being of creditors. These blatant stalling tactics are a disgrace and insult to the courts time, all the while many creditors are suffering greatly on numerous levels, and suicide is a ongoing battle in extreme cases. Please end the debtors exclusivity rights, and allow creditors in partnership with the UCC, and other relevant parties with a genuine agenda to expedite a high integrity settlement as soon as possible. |
| Chad Otte | Morgantown, WV | 2/13/2023 22:34:05 | Your honor, it is time for us to end this painful process. Every creditor can look around and see all of these other companies who entered Chapter 11 after Celsius almost all had a recovery plan put forth quickly. The fact nothing substantial has been proposed is a sign they never intend to do so. Please put an end to this so we can move on with our lives, and bring anyone guilty of criminal acts to justice. |

| | | | |
|---|---|---|---|
| Frances A Bono | Pasadena, California | 2/13/2023 22:40:41 | I completely object to an extension to the exclusivity beyond the February 15 deadline previously given. In light of the Final Examiner's Report, It's obviously clear to me as a debtor that Celcius does not have my best interest nor have they been acting in good faith to deserve an extension. I just want my coins back even if it means at a significant haircut. Thank you. |
| Jacen Knowlton | Phoenix, Arizona | 2/13/2023 22:46:53 | This is ridiculous |
| Shawn vance | Powell, Ohio | 2/13/2023 22:59:50 | Shawn Vance |
| Lim yu Zheng | Malaysia | 2/13/2023 23:25:09 | I need my coins back asap |
| Cheyenne Joseph Adamson | Missoula, MT | 2/13/2023 23:44:30 | There is zero trust left in Celsius, and even less trust in the current Celsius management; we want off this ride, and we want our crypto back ASAP. |
| Mr Mark Harris | Cardiff, Wales | 2/14/2023 0:02:51 | Your Honour, I am writing to express my disappointment and frustration with the ongoing Chapter 11 bankruptcy proceedings. Despite being initiated with the intention of providing relief and resolution to creditors, this process has been a disgrace from its inception. The only parties who seem to be benefiting from this are the legal firms and the executives and staff of Celsius, who continue to receive payment at the expense of the creditors. Since the start of this process, we creditors have been subjected to a pattern of misinformation and false promises. Despite nearly 6 months having passed, there has been no tangible progress towards a resolution and the situation only seems to be getting worse. Our hard-earned funds are being eroded with |

| | | | no benefit to us, and this must come to an end. I respectfully request that the court take immediate action to bring this chapter to a close, so that the people affected by Celsius's deception may have a chance to recover some of their funds and move forward from this incredibly stressful situation. Thank you for your time and consideration. |
|---|---|---|---|
| Sonda Cori Cohen | Bangkok, Thailand | 2/14/2023 0:27:29 | Celsius has had more than enough time to restructure a plan! |
| Wade Cayton | Winston-Salem, North Carolina | 2/14/2023 0:33:17 | No more Exclusivity!! It's appalling it's even a thought. Justice for creditors. |
| ASHISHBHAI PRAMESHKUM AR GANDHI | Ahmedabad, Gujarat, INDIA | 2/14/2023 0:49:27 | Celsius is merely wasting people's money and time. No more trust on them. |
| Vicki Hudson | Hermanus, Western Cape, South Africa | 2/14/2023 1:49:37 | I strongly oppose any more extensions of exclusivity for the Debtors. We have been through enough and this just come to an end now |
| Philip Charles Harding | Cardiff, United Kingdom | 2/14/2023 2:54:45 | Dear Judge Glenn, Please do not grant further exclusivity to these proven bad actors. Creditors and their families need to be given hope of a release from this forced nightmare and allowed a chance to get on with their lives. Thank you. |
| Mathew Rhys Harding | Cardiff, United Kingdom | 2/14/2023 2:56:35 | Dear Judge Glenn, Please do not grant further exclusivity to these proven bad actors. Creditors and their families need to be given hope of a release from this forced nightmare and allowed a chance to get on with their lives. Thank you. |
| Omar bin Fazan | Ipoh, Malaysia | 2/14/2023 3:57:17 | Please stop the exclusivity |
| Martin Williams | Javea, Spain | 2/14/2023 3:58:11 | The Debtor has had more than enough time to pull together a valid plan but just doesn't seem to be getting any further forward than what |

| | | | was proposed by various Twitter users 6 months ago! |
|---|---|---|---|
| rafael de la hoz | Madrid, Spain | 2/14/2023 3:58:45 | NO, they are using my life savings, day by day. |
| Tristan Feeney | Oceanside, CA | 2/14/2023 4:17:53 | Celsius has not shown any true effort to make a plan that actually reflects getting any of the creditors assets back to them. Please deny the extension so plans that have been around since the beginning of the bankruptcy can go into motion. |
| Christopher Floyd Cheung | Hong Kong | 2/14/2023 4:32:48 | We just simply want our money back as soon as possible |
| Tan Galant Tanson | Singapore, Singapore | 2/14/2023 4:35:42 | With the current world economic situations and raging inflation rates, Celsius Network has not been showing any goodwill nor urgency in making depositors' assets available to the depositors as soon as possible, while in the first place families' lives and futures have been ruined by Celsius Network mismanagement and fraudulent acts. Please do your best to help Celsius Network depositors taking back control of their lives, even if not 100%, immediately. |
| Yani Burmeister | Sydney, Australia | 2/14/2023 4:39:12 | I strongly oppose another extension for Celsius! |
| Oscar Lancine traore | Australia | 2/14/2023 4:46:25 | End exclusivity now for the best of creditors |
| Bert Willem Torreman | Groningen , netherlands | 2/14/2023 4:55:56 | They intentionally delay and drain our funds. They screwed up. Give us our coins back of what is left. No more extensions. |
| david clark | London, England | 2/14/2023 5:08:00 | They have had enough time to file and start a plan , they are time wasting and time is up for them, we need to see action and stop the bleed of money on admin. |
| DAVID ROY PAYNE | CORSHAM, ENGLAND | 2/14/2023 5:08:09 | I look forward to a fair and successful judgment. |

| | | | |
|---|---|---|---|
| Paul Webb | Norfolk, England | 2/14/2023 5:17:59 | Please restore my faith in the American justice system and do what is right for all creditors. Thank you |
| Kim Richard Nelzon Nilsson Davidsson | Puerto Aventuras, Mexico | 2/14/2023 5:19:04 | Celsius funded their failed business model and investment with our money. They mismanaged our funds, poor risk management, poor investments, misrepresented and lied. This has now been proven with facts with the examiners report. Celsius has "frozen" their operations since JUNE - 2022. Celsius employees keep getting paid, lawyers and legal are getting paid, with creditors hard earned money, that technically was defrauded from their users. Lies upon lies from the company for years. It's time to end this case, cut the losses or give the power to other plans or the UCC. Celsius has had their chance to do right... |
| Fung Yi Clara Hau | Hong Kong | 2/14/2023 5:38:42 | No more extension for Celsius at the expense of creditors' blood and sweat |
| Royston Wise | UK | 2/14/2023 5:40:25 | Please end this farce. The management were never sincere about a rescue plan from day 1 |
| Scott Kortright | Houston, TX United States | 2/14/2023 5:40:35 | I am a victim. Nearly a quarter million in value. I bought into the lies. Even added more investment after they announced a deadline to add more into earn. They lied. The entire business was a lie. Everything out of Alex's mouth was a lie. I would have never invested if I knew they were investigating our funds in high risk ventures. Current debtors were handpicked by Alex. They have no shot at s viable plan. |
| Simon Radford | Nottinghamshire, England. | 2/14/2023 5:43:17 | Celsius have been proven to be acting illegally in many many ways and in addition have been allowed to burn through tens of millions in client funds, this needs to be stopped now. |

| | | | |
|---|---|---|---|
| Mahim Gupta | Kendall Park, New Jersey | 2/14/2023 5:51:52 | Please understand that we are losing all of our protections, rights and capital if Celsius continues or even hard liquidate. We need our own solid plan we can trust. I sincerely hope all of our capital that was cheated away, like force liquidation after the pause for people who are forced to file capital gains on them. (We received a 1099B because of Celsius.) |
| Alexander Graham | Mellor, Blackburn, England UK | 2/14/2023 6:03:10 | As Per Chapter 11 deemed considerations in quotations<br><br>- To end Exclusivity is completely in `the interests of all creditors`<br>Commensurate to this<br>- Is to allow the consideration of other Compelling Bids submitted together with plans completed and yet still to be tendered by the UCC.<br>Creditors believe these `objections are consistent with the goals of providing a fair and orderly resolution of the case` |
| Rien Vanmarcke | Brugge, Belgium | 2/14/2023 6:03:12 | Give me my coins back, in-kind 🙂 |
| Scott J Connor | Garland, Texas | 2/14/2023 6:17:37 | I, Scott J Connor, do oppose any more extensions of exclusivity for the Debtors. Thank you. |
| Alexander Adam | Dresden | 2/14/2023 6:18:46 | I strongly support to "Oppose another exclusivity extension" for Celsius. |
| Minqi Bao, MBAO RD LLC | San Jose, CA | 2/14/2023 6:20:32 | I really want to my share of remaining crypto back and I don't want have anything to do with Celsius. |
| Mark Rosolini | Melbourne, Australia | 2/14/2023 6:32:50 | My entire life savings are with Celsius because they were supposedly "safer then a bank" They have no interest to do what is best for creditors, anyone can see this whole circus has been legalized theft of our money without any progress for a re-org .It is disgusting and quite sickening that after defrauding ans lying |

| | | | |
|---|---|---|---|
| | | | to investors this process has been allowed .Enough is enough NO MORE EXTENSION |
| Jason deutsch | Tampa, Florida | 2/14/2023 7:08:56 | This has gone on long enough. Stop letting everyone pick the pockets of Celsius customers. Clawback from Mashinsky. |
| Rasan A. Coleman | Erie, Pennsylvania | 2/14/2023 7:12:46 | Hello Sir. I take full responsibility, and accountability, for giving my funds to Celsius. Lesson learned.<br><br>Celsius has lost 60%-%70 of my funds, and now want to force invest the remaining 30%-%40 in a new high risk startup company. This is insane. Seeing that Celsius marketed it's original Earn product to be the equivalent to a low-risk savings account, which was a lie, Celsius should not be allowed to continue holding my deposit and allow me to withdraw my funds.<br><br>Due to misrepresentations, deceit, and incompetence...I do not trust Celsius and only ask that you deny Exclusivity so I can possibly receive my remaining funds in order to rebuild my financial life.<br><br>Thank you and God Bless! |
| Kouakou kossonou | Atlanta, Georgia, USA | 2/14/2023 7:22:37 | Mashinsky is a liar and scammer. We want our coin back |
| thomas bull, Bst ventures pty ltd | Perth, Australia | 2/14/2023 7:26:17 | The tax office is calling me asking for their money and it's all in Celsius. I'm afraid of losing my house, why's it taking so long? |
| Hugh William Gallivan | Champaign, Illinois | 2/14/2023 7:53:31 | Enough is enough. Please deny the Debtors' Second Motion to Extend Exclusivity, |
| Martin N Robert | Las Vegas | 2/14/2023 8:27:55 | Exclusivity will only waste more funds. I am against this as celsius had more than enough time to come up with reorganization. |

| | | | |
|---|---|---|---|
| Roger Miller | Middletown ca | 2/14/2023 8:41:48 | Please consider Bank to the future's recovery plan . I believe this is the best plan for the creditors in this case |
| Grant Carstensen | Houston, Texas | 2/14/2023 8:43:51 | I have put my life savings into this and now I am at zero. This has been horrible for me and my family. |
| Matthijs Cremers | Amersfoort, the Netherlands | 2/14/2023 8:44:04 | Enough is enough. This has been taking way too long without any updates at all. ALL TRUST IS LOST AND WON'T COME BACK. GIVE ME MY HARD EARNED MONEY BACK! |
| Grant Carstensen | Houston, Texas | 2/14/2023 8:44:36 | I have put my life savings into this and now it is at zero. This has been horrible for me and my family. |
| Patricia Vaughn | Ave Maria, Florida | 2/14/2023 9:08:05 | Please no more extensions, and do not liquidate, consider the bids. |
| Simone Stanton | Australia | 2/14/2023 9:10:12 | I'd like my money returned, Celsius has ruined me financially as a single Mum |
| Dong sun | Cupertino, CA | 2/14/2023 9:33:16 | Struggling with daily living costs since a big chunk of money is locked at Celsius. Return my coin pls asap. |
| Derek Airdrie | Callander, Canada | 2/14/2023 9:42:09 | Alex Mashinsky is a criminal and belongs in jail. |
| david little | Houston | 2/14/2023 9:46:38 | Please end exclusivity, Celsius mgmt has no intention to successfully reorganize. Allow other bidders or the UCC to take over and please get us out of bankruptcy |

[SIGNATURES WITHOUT COMMENTS FOLLOW]

| | | |
|---|---|---|
| Ka Chun Leung | Atlanta | 2/13/2023 12:15:36 |
| Ian scully | Dublin ireland | 2/13/2023 12:17:13 |
| Shane Owens | Eldorado Springs, CO | 2/13/2023 12:17:18 |
| Filip Klicek | Novi Marof, Croatia | 2/13/2023 12:17:22 |
| Jason Miller | Holbrook, NY | 2/13/2023 12:17:48 |

| | | |
|---|---|---|
| Ryan Tinney | Vancouver, Washington | 2/13/2023 12:19:23 |
| Pieter Fouche | Netherlands | 2/13/2023 12:21:03 |
| Irina Dukhon | Ventura County, CA | 2/13/2023 12:23:15 |
| Terezija Bosilj | Varazdin, Croatia | 2/13/2023 12:23:16 |
| Daniel Freeman | Basildon | 2/13/2023 12:23:47 |
| Georges Georgiou | Hiroshima, Japan | 2/13/2023 12:25:00 |
| Jad Mroue | Montréal, Québec, Canada | 2/13/2023 12:28:40 |
| Andrew Harris | Weymouth, England | 2/13/2023 12:35:01 |
| Ryan Runchey | San Jose, California | 2/13/2023 12:38:03 |
| Andrew Harris | Weymouth, England | 2/13/2023 12:38:18 |
| Chris Wheeler | Bristol, England | 2/13/2023 12:39:16 |
| John Schuck | Scottsdale, AZ | 2/13/2023 12:40:56 |
| Karm Choudhry, Karma Organization | Chicago, IL | 2/13/2023 12:49:26 |
| Xavier Rubio | Littleton, Colorado | 2/13/2023 12:52:19 |
| Mark Andrew McKay | Wrexham, United Kingdom | 2/13/2023 13:14:10 |
| Paulina Marie Solis | San Diego, California | 2/13/2023 13:15:07 |
| Colin Valenta | Pittsburgh, Pennsylvania | 2/13/2023 13:17:39 |
| Robert Moretta | Kings Park, New York | 2/13/2023 13:17:40 |
| Roger Sels, Zentak | Kortenberg, Vlaams-Brabant, Belgium | 2/13/2023 13:20:16 |
| Roger Sels | Kortenberg, Vlaams-Brabant, Belgium | 2/13/2023 13:21:13 |
| Rebecca Gallagher | Dickson, Tennessee | 2/13/2023 13:21:35 |
| Tamara Slock | Kortenberg, Vlaams-Brabant, Belgium | 2/13/2023 13:21:38 |
| Oliver López Otero | Zuerich, Switzerland | 2/13/2023 13:22:06 |
| Susan Lipscombe | Christchurch, United Kingdom | 2/13/2023 13:22:58 |
| Pablo Sturm Hernandez | Santander, Spain | 2/13/2023 13:24:16 |
| Robert Wilsford | The Colony, Texas | 2/13/2023 13:24:41 |
| Maximilian Paul Frederick | Claremont, California | 2/13/2023 13:25:54 |
| Paul Catalfio Truba | Grosse Pointe, Michigan | 2/13/2023 13:27:28 |
| Po Chee Leung | Ojai, California | 2/13/2023 13:27:32 |
| Darrell Andre Hass | Ojai, California | 2/13/2023 13:28:25 |
| Milin Patel | San Francisco, CA | 2/13/2023 13:29:29 |

| | | |
|---|---|---|
| Emmanuel Butterworth | Dundee, United Kingdom | 2/13/2023 13:31:30 |
| Jeremy Lau | Placentia, California | 2/13/2023 13:32:02 |
| Mark A Ewachiw JR | Washington, DC | 2/13/2023 13:32:35 |
| John Root | ROCKPORT TEXAS | 2/13/2023 13:33:00 |
| Loren Osborn | New York, New York | 2/13/2023 13:33:05 |
| Jeffrey Hoptroff | Atlanta, GA | 2/13/2023 13:34:27 |
| Andree Loyo | Houston, Texas | 2/13/2023 13:34:30 |
| Bradley Giardiello | Washington D.C. | 2/13/2023 13:35:12 |
| Lucas Alberts | St. Louis, Missouri | 2/13/2023 13:35:12 |
| Gianni Vanni | Waterville, Ohio | 2/13/2023 13:35:42 |
| Daniel Howitt | Newark, Nottinghamshire | 2/13/2023 13:36:39 |
| Wayne Buchanan | Manteca, California | 2/13/2023 13:36:48 |
| Edouard Cordi | Temecula, CA | 2/13/2023 13:37:30 |
| Luigi Verbist | Barcelona, Spain | 2/13/2023 13:38:01 |
| matthew kurt mosteller | nashville, tn | 2/13/2023 13:38:44 |
| Richard Oswald | Shamong, New Jersey | 2/13/2023 13:38:57 |
| Andrew Ong | San Francisco | 2/13/2023 13:39:08 |
| Jonathan Scudder | Greater Manchester, England | 2/13/2023 13:39:53 |
| Mario Maldonado | Vecindario, Sta. Lucia, Spain | 2/13/2023 13:40:13 |
| Josef Rainer | Atlanta, Georgia | 2/13/2023 13:40:31 |
| Dario Savic | Oshkosh, Wisconsin | 2/13/2023 13:41:09 |
| Jeremy Huang | Houston, Texas | 2/13/2023 13:43:13 |
| Sanja Jakovljevic | Oshkosh, Wisconsin | 2/13/2023 13:43:27 |
| Paul Cameron | Kimberley, Canada | 2/13/2023 13:43:32 |
| Nikhil Suri | Canfield, Ohio | 2/13/2023 13:43:36 |
| Yamil Molinar Rivera | Chicago, Illinois | 2/13/2023 13:44:41 |
| Brad Legassick | ARUNDEL - AUSTRALIA | 2/13/2023 13:44:50 |
| Alec Samuel Urrutia Delgado | Opera, Italy | 2/13/2023 13:45:06 |
| Brad Legassick, The Legassick Family Trust | ARUNDEL - AUSTRALIA | 2/13/2023 13:45:24 |
| Gregor Ludger Malecki | Alboraya, Spain | 2/13/2023 13:45:42 |
| John W Pillitteri | Ramsey, New Jersey | 2/13/2023 13:45:43 |
| Benjamin Young | Newark | 2/13/2023 13:46:07 |
| Lucia Kim August | Casper, Wyoming | 2/13/2023 13:46:50 |

| | | |
|---|---|---|
| Taddeo Zacchini | Switzerland | 2/13/2023 13:47:13 |
| Allan Albert van der Meer | Hamilton, Bermuda | 2/13/2023 13:47:46 |
| Jong K Choi | Edmonton, Alberta, Canada | 2/13/2023 13:48:08 |
| Ian Gabrielle | Egg Harbor Township | 2/13/2023 13:49:24 |
| Stig Jellestad | Norway | 2/13/2023 13:50:36 |
| Lisa Hartz-Lee | Connecticut, usa | 2/13/2023 13:52:48 |
| SCOTT B DAWKINS | Madison, Mississippi | 2/13/2023 13:52:48 |
| Jong Chol Lee | Connecticut, USA | 2/13/2023 13:53:32 |
| Bohdan Reshetnykov | Montreal, Canada | 2/13/2023 13:53:34 |
| Erika Truscott, Diamond Hands Foundation | Mauritius | 2/13/2023 13:54:30 |
| Stig Jellestad, Jellestad Capital S.A. SPF | Luxembourg, Luxembourg | 2/13/2023 13:54:35 |
| Caleb J Ross | Jamaica, New York | 2/13/2023 13:54:38 |
| Danny Layton | London, England | 2/13/2023 13:54:44 |
| Andrew Dochterman | Pennsylvania | 2/13/2023 13:54:44 |
| Laurie-Ann O'Connor | Venice, Florida | 2/13/2023 13:57:44 |
| Casper Fabian Hillestrøm Pold | Copenhagen, Denmark | 2/13/2023 13:59:01 |
| Patrick Bryant | Wells, Maine | 2/13/2023 13:59:30 |
| Samuel Uhlik | Loubersan, France | 2/13/2023 14:00:22 |
| Sean Doyle | Clermont | 2/13/2023 14:02:28 |
| Zully Doyle | Clermont | 2/13/2023 14:02:56 |
| Kristoffer Grong | Bergen, Norway | 2/13/2023 14:03:42 |
| Matt Bolden | Athens, GA | 2/13/2023 14:04:02 |
| Ramon Gonzales | Salt Lake City, UT | 2/13/2023 14:04:15 |
| Mukesh bhatla | Palatine, il | 2/13/2023 14:06:20 |
| Tsung Ling Yang | West Covina, California | 2/13/2023 14:07:02 |
| Andrea Marchiotto | Rotterdam, The Netherlands | 2/13/2023 14:07:06 |
| Benedict Hui | Seattle, wa | 2/13/2023 14:08:10 |
| Anubhav Richards | New York, New York | 2/13/2023 14:08:18 |
| Joseph Hendrickson | Columbus, Ohio | 2/13/2023 14:09:20 |
| Chris Fay | Plano | 2/13/2023 14:10:52 |
| Josh Bellingham | Vancouver, Canada | 2/13/2023 14:11:13 |
| Matej Konecny | Sydney, Australia | 2/13/2023 14:15:32 |

| | | |
|---|---|---|
| Jefferson Touth | Redlands, California | 2/13/2023 14:18:00 |
| Łukasz Bartosik | Warszawa, POLAND | 2/13/2023 14:20:19 |
| Richard Morison | Brisbane, Australia | 2/13/2023 14:20:24 |
| Popescu Dragos Claudiu | Suceava, Romania | 2/13/2023 14:23:08 |
| Robert W Micsak | Denver, Colorado | 2/13/2023 14:25:19 |
| Lio Cesar De Mendonca | Zurich, Switzerland | 2/13/2023 14:25:26 |
| Chantal Barcelo | Calgary, Canada | 2/13/2023 14:26:18 |
| Janaka | Ja-ela | 2/13/2023 14:27:22 |
| Rodger Jeffery | Escondido, CA | 2/13/2023 14:28:00 |
| Christin Jill Bummer | Pittsburgh, PA | 2/13/2023 14:29:27 |
| Kamil Stebra | Deventer | 2/13/2023 14:32:16 |
| Damien Sherry | Rostrevor U.K. | 2/13/2023 14:35:16 |
| Manmohan Kaur | Oceanside | 2/13/2023 14:37:15 |
| Gail Jeffery | ESCONDIDO California | 2/13/2023 14:37:23 |
| Robert Citron | Washington DC | 2/13/2023 14:38:03 |
| Stanley Joseph Prime | Alta Loma Ca. | 2/13/2023 14:39:21 |
| Christopher J. Little | Brambleton, Virginia | 2/13/2023 14:41:18 |
| william marlett | Bend, Oregon | 2/13/2023 14:42:10 |
| adam p kryskow | Alton Bay, NH | 2/13/2023 14:43:15 |
| Marlies de Boer | Amsterdam, the Netherlands | 2/13/2023 14:43:24 |
| Ashley giles | Willunga, south Australia, Australia | 2/13/2023 14:43:31 |
| Greg Kaczkowski | Boston, Massachusetts | 2/13/2023 14:44:54 |
| Carey K Drake | Atlanta, Georgia | 2/13/2023 14:46:25 |
| Alessandro Muggianu | Simaxis, Oristano, italy | 2/13/2023 14:46:58 |
| Klaas Van Praet | Dendermonde, East-Flanders, Belgium. | 2/13/2023 14:49:34 |
| Mahesh Patro | Mumbai, India | 2/13/2023 14:51:01 |
| Guillaume Beaulieu | Ste-Anne-des-Plaines, Quebec | 2/13/2023 14:51:36 |
| Ryan Chilia | Austin, Texas | 2/13/2023 14:55:17 |
| Andrew Fenster | San Francisco, CA | 2/13/2023 15:01:27 |
| Lorraine Lee-Ang | Manhattan Beach | 2/13/2023 15:04:36 |
| Eddy Ang | Manhattan Beach | 2/13/2023 15:04:55 |
| Mark Underhill | Stavanger, Norway | 2/13/2023 15:05:22 |

| | | |
|---|---|---|
| Barry Pockay | Toronto, Ontario, Canada | 2/13/2023 15:05:53 |
| Jarry Chen | Paris, France | 2/13/2023 15:06:13 |
| Mikko Savolainen | Tikkakoski, Finland | 2/13/2023 15:08:01 |
| Dan Waters | Kernersville, NC | 2/13/2023 15:09:49 |
| Daxeshkumar Patel | Ajax, Ontario, Canada | 2/13/2023 15:10:57 |
| David Gordon | Bristol, England | 2/13/2023 15:12:48 |
| Kiana Asgari | Harborside, Maine | 2/13/2023 15:12:54 |
| David Gordon, Rianova Limited | Bristol, England | 2/13/2023 15:14:30 |
| Mihaela Costea | Switzerland | 2/13/2023 15:16:43 |
| Peter Hill | Cooma, Australia | 2/13/2023 15:20:43 |
| Kevin Joseph Spring | Angleton, Texas | 2/13/2023 15:25:48 |
| Donna Melvin | Hesperia | 2/13/2023 15:26:07 |
| Jeffrey Manner | Vancouver Canada | 2/13/2023 15:26:27 |
| Peter Konyves | Dunaujvaros, Hungary | 2/13/2023 15:29:56 |
| Nicholas J Shappell | Tampa, Florida | 2/13/2023 15:30:46 |
| Mohammad Denno | United Kingdom | 2/13/2023 15:33:46 |
| Oleksandr Leonenko | Chula Vista California | 2/13/2023 15:34:09 |
| Wesley Mitsuo Yamada | Orinda, California | 2/13/2023 15:35:34 |
| Nicholas Thulin | La Center, WA | 2/13/2023 15:38:28 |
| Kristy Sweat | Guntown, Ms | 2/13/2023 15:39:08 |
| Robert Costanza | United States | 2/13/2023 15:39:31 |
| Niall Fagan | Dublin, Ireland | 2/13/2023 15:41:47 |
| Groener Roman | Rapperswil, Switzerland | 2/13/2023 15:41:59 |
| Fumagalli Irene | Rapperswil, Switzerland | 2/13/2023 15:43:03 |
| Raminta Didikaite | London | 2/13/2023 15:46:09 |
| David Schneider | Rogers, Arkansas | 2/13/2023 15:49:52 |
| Simon Ulrich | Ara Damansara, Malaysia | 2/13/2023 15:50:02 |
| Freerk Jelsma | Dokkum, The Netherlands | 2/13/2023 15:50:11 |
| Preston Park | Avondale, Arizona | 2/13/2023 15:55:07 |
| Anuar acosta | Chicago | 2/13/2023 15:55:36 |
| Joshua Betts | Nashville, TN | 2/13/2023 15:57:52 |
| Yvonne Adams | New South Wales, Australia | 2/13/2023 15:57:58 |
| Andreas Jordan | Munich, Germany | 2/13/2023 15:59:25 |

| Rebecca White | Pittsburgh, PA | 2/13/2023 16:03:37 |
|---|---|---|
| Sayfe Tayeh | Cleveland, OH | 2/13/2023 16:08:08 |
| Jeff Hoffard | Brisbane, Australia | 2/13/2023 16:13:07 |
| Michael Tarsi | Lighthouse Point, Florida | 2/13/2023 16:15:33 |
| Sooin Lee | Branson, Missouri | 2/13/2023 16:22:18 |
| Daniel Schuldt | Hastings, Nebraska | 2/13/2023 16:22:35 |
| Serban Adrian Duica | Rosiori de Vede, Teleorman, Romania | 2/13/2023 16:24:41 |
| Joshua Lewis | JACKSONVILLE | 2/13/2023 16:32:20 |
| Omar Chamblee | Stockton, Ca | 2/13/2023 16:35:43 |
| Antonio Ruiz Montoya | Monzon, Spain | 2/13/2023 16:36:32 |
| Joanne Alice Falvey | KARABAR, Australia | 2/13/2023 16:37:44 |
| Jeremy Schanaker | Sacramento, California | 2/13/2023 16:44:53 |
| Anumeet Priyadarshi | Nashville, Tennessee | 2/13/2023 16:45:15 |
| Daniel Fraser | Aberdeen, Scotland | 2/13/2023 16:46:48 |
| Tito Vidinha | Vilamoura, Portugal | 2/13/2023 16:58:07 |
| David Rosales Parral | Krakow | 2/13/2023 16:58:24 |
| Benoit Kuziora | Thunder bay | 2/13/2023 17:00:58 |
| Daniel Isaac Núñez López | Mexico City, Mexico. | 2/13/2023 17:04:11 |
| Dana Sandefur | Dunnellon | 2/13/2023 17:05:53 |
| Laura Gilberti | Maserada sul Piave, Italia | 2/13/2023 17:05:56 |
| Mitchell Shapero | San Jose, CA | 2/13/2023 17:06:25 |
| Bruno Brunati | Maserada sul Piave, Italia | 2/13/2023 17:06:29 |
| Maria Nani | Merate, Italia | 2/13/2023 17:11:15 |
| Diego Davila | San Diego, CA | 2/13/2023 17:12:06 |
| Liam Noon | Foulridge, UK | 2/13/2023 17:12:47 |
| Valentin Vanherpen | St Denis, France | 2/13/2023 17:17:59 |
| Andrew Bisignano | Endeavour Hills | 2/13/2023 17:19:14 |
| Thomas Krochock | Minneapolis, Minnesota | 2/13/2023 17:22:33 |
| Yohannes Afework | Hercules, California | 2/13/2023 17:22:43 |
| Elena Stepanova | Hattiesburg, Mississippi | 2/13/2023 17:30:42 |
| Kyle Klingbeil | Los Angeles, California | 2/13/2023 17:30:51 |
| Steven torres | Simi Valley, CA | 2/13/2023 17:37:03 |
| Derek Hammeke | Joplin, Missouri | 2/13/2023 17:38:27 |

| Linyue Wang | Stamford, CT | 2/13/2023 17:39:14 |
|---|---|---|
| Timothy Crane | Los Angeles, California | 2/13/2023 17:42:00 |
| Lisa R Lang, Stillahn-Lang Trust | Green Valley, AZ | 2/13/2023 17:46:16 |
| Timothy ozanich | Berkley, Michigan | 2/13/2023 17:47:02 |
| Lisa R Lang, Science of Business Inc Defined Benefit Pension Plan and Trust | Green Valley, AZ | 2/13/2023 17:47:12 |
| Thomas Gargano | Elkridge, Maryland | 2/13/2023 17:56:48 |
| Hany Ishak | Ajax, Canada | 2/13/2023 17:57:21 |
| Ekaterina Markova Karakoleva | Gabrovo, Bulgaria | 2/13/2023 17:58:19 |
| Glynn Leary | Greater Manchester, England | 2/13/2023 18:02:27 |
| Andres Villasmil | Miami, Florida | 2/13/2023 18:03:26 |
| Phan Phi Long | Singapore | 2/13/2023 18:06:15 |
| Forrest Formsma | Indianapolis, Indiana | 2/13/2023 18:07:32 |
| Hani Gobran | Winchester, CA | 2/13/2023 18:09:12 |
| Mela Stewart | Morgantown West Virginia | 2/13/2023 18:18:00 |
| Andrew A Martin | Norton Shores, MI | 2/13/2023 18:21:27 |
| Nayan Modi | Toronto Canada | 2/13/2023 18:25:55 |
| Raphaël Cao | Charneca de Caparica, Portugal | 2/13/2023 18:32:58 |
| Al Kaplun | Chicago, IL | 2/13/2023 18:35:58 |
| Henrique José Nascimento Costa | Povoa de Santa Iria, Portugal | 2/13/2023 18:36:28 |
| On hui yin amelia | Singapore | 2/13/2023 18:41:29 |
| Chan Yan Jin | Singapore | 2/13/2023 18:41:49 |
| Simeon Berson | Melbourne, Australia | 2/13/2023 18:42:45 |
| Ben Eades | Causeway Bay, Hong Kong | 2/13/2023 18:45:05 |
| richard langley | London | 2/13/2023 18:46:46 |
| Jeffrey Carrillo Proano | New York, New York | 2/13/2023 18:47:50 |
| Robert Piccolo | Melbourne, Australia | 2/13/2023 18:50:26 |
| Carolyn Chamberlayne | San Francisco, CA | 2/13/2023 18:55:54 |
| Pedro Bittencourt lima | Brazil | 2/13/2023 18:56:57 |
| robin chapas | Lynnwood, wa | 2/13/2023 19:05:44 |
| Gipsy Field | Pompano Beach, FL | 2/13/2023 19:06:17 |

| Mehdad Hussain | London | 2/13/2023 19:19:38 |
| Michael Jason Lewis | Fremont, California | 2/13/2023 19:28:23 |
| Giordano Fontana | Rome, Italy | 2/13/2023 19:34:41 |
| Judith D Ferrara | Yardley, Pennsylvania | 2/13/2023 19:39:02 |
| STANLEY HASTINGS | Middletown, CA | 2/13/2023 19:42:05 |
| Samuel Safyan | San Francisco | 2/13/2023 19:53:18 |
| Jamie Quarrell | Brisbane, Queensland, Australia | 2/13/2023 19:54:44 |
| Joshua Michael Sedore | Doral, Florida | 2/13/2023 19:56:33 |
| Amanda Gan | Brisbane, Queensland, Australia | 2/13/2023 19:57:23 |
| Shaterah Hall | Fairfax, VIrginia | 2/13/2023 20:10:47 |
| Brian Jones | San Francisco, California | 2/13/2023 20:17:53 |
| Kevin Michael Vogt Jr | Levittown, New York | 2/13/2023 20:18:32 |
| Antonio Ballesteros Cabezas | Valais Switzerland | 2/13/2023 20:19:34 |
| Nadav Ilan | Otago, New Zealand | 2/13/2023 20:28:45 |
| Mena Moussa | Ontario, California | 2/13/2023 20:32:51 |
| Joe cleinmark | Lander, Wyoming | 2/13/2023 20:48:33 |
| Anthony Catley | Eden Hill, Perth, Western Australia | 2/13/2023 20:54:14 |
| Deniz E Levenberg | Austin, Texas | 2/13/2023 20:55:46 |
| James Martindale | Dallas, Texas | 2/13/2023 21:08:28 |
| Tyson Knowles | Campbell River, Canada | 2/13/2023 21:11:37 |
| Andy Gimino | Westford, Vermont | 2/13/2023 21:13:04 |
| Blake Munro | Perth, Australia | 2/13/2023 21:19:58 |
| Nuke Munro | Perth, Australia | 2/13/2023 21:20:09 |
| Jasjit Bindra | Downers Grove, Illinois | 2/13/2023 21:21:44 |
| Praneeth K Bajjuri | Allen | 2/13/2023 21:33:30 |
| Paul Bertozzi | Mansfield, Massachusetts | 2/13/2023 21:49:16 |
| Jonathan Cantor | Morristown, New Jersey | 2/13/2023 21:56:42 |
| Sharon Ann Smith | Thunder Bay Ontario Canada | 2/13/2023 22:09:03 |
| Matthew Hamilton McIlhenny | Hendersonville, North Caroina | 2/13/2023 22:23:02 |
| Thomas Hall | Rancho Cucamonga | 2/13/2023 22:30:10 |
| Angelica Virginia Mercado Paz | Olite, Spain | 2/13/2023 22:37:03 |

| | | |
|---|---|---|
| Gabriel Theron | Bekasi, Indonesia | 2/13/2023 22:38:12 |
| Yvan Clot-Goudard | Villard de Lans, France | 2/13/2023 22:41:42 |
| Leonard Yambo | Upper Marlboro, Maryland | 2/13/2023 22:48:32 |
| Christopher R. Keel | Charleston, SC | 2/13/2023 22:50:15 |
| Andrew Jame Moule | Cronulla, Australia | 2/13/2023 22:55:32 |
| Angela Moule | CRONULLA, Australia | 2/13/2023 22:56:11 |
| Santiago Rivera Torres | San Diego, California | 2/13/2023 23:00:12 |
| Sean M Logan | Pasadena, California | 2/13/2023 23:00:15 |
| Shrenik Navin Gala | San Jose, California | 2/13/2023 23:27:06 |
| Rabeca Madsen | Las Vegas; NV | 2/13/2023 23:39:49 |
| Ivan Matala | Miami, Florida | 2/14/2023 0:05:10 |
| Gerardo Miranda | Rancho Cucamonga, CA | 2/14/2023 0:06:22 |
| Leticia Miranda | Rancho Cucamonga, CA | 2/14/2023 0:07:52 |
| Jesse Grunther | Phoenix, Arizona | 2/14/2023 0:11:05 |
| Mollie Tinney | Vancouver, Washington | 2/14/2023 0:26:25 |
| Daniel Niggemann | Houston, TX | 2/14/2023 0:29:18 |
| Jacek Czajka | Walbrzych, Poland | 2/14/2023 0:38:12 |
| Sean Harris | Hilversum | 2/14/2023 0:38:33 |
| Wahed bassir | Orange county, California | 2/14/2023 1:04:00 |
| Richard Kris Robison | Provo, Utah | 2/14/2023 1:15:20 |
| Peggy Johnson | Sun City West, Arizona | 2/14/2023 1:28:53 |
| Anders Stigsson | Ljungskile, Sweden | 2/14/2023 1:30:10 |
| Ting Huang | Sammamish, Washington | 2/14/2023 1:39:41 |
| Eduardo Buenviaje | Santa Barbara, CA | 2/14/2023 1:49:13 |
| Vicki Hudson | Hermanus, Western Cape, South Africa | 2/14/2023 1:49:37 |
| Chye Teck Tan | Singapore | 2/14/2023 1:50:03 |
| Joseph Lalia | Delray Beach FL | 2/14/2023 1:50:33 |
| RAVI V ALAPATI | ATLANTA, GA | 2/14/2023 1:56:17 |
| Gerhard Dinhof | Austria | 2/14/2023 1:56:25 |
| Martijn Hinten | Amsterdam, Netherlands | 2/14/2023 1:57:30 |
| NADIA R KANHAI | Aurora, Illinois | 2/14/2023 2:00:42 |
| Brian Hourihan | Port Saint Lucie, Florida | 2/14/2023 2:01:21 |

| | | |
|---|---|---|
| Femke Vessies | Esch, the Netherlands | 2/14/2023 2:17:08 |
| Roy Vranken | Esch, the Netherlands | 2/14/2023 2:17:50 |
| Brett Wayne Ray Wilks | Planland Australia | 2/14/2023 2:18:21 |
| Immanuel Herrmann | Silver Spring, MD | 2/14/2023 2:19:44 |
| Lucas Ariel Martinez | Steinamur, Switzerland | 2/14/2023 2:47:25 |
| Laurence Fish | The Hague, Netherlands | 2/14/2023 2:49:14 |
| Luke Walters | Adelaide, Australia | 2/14/2023 3:09:21 |
| Patrick Slattery | Wichita, Kansas | 2/14/2023 3:12:51 |
| Ivan Gurschler | Dubai, UAE | 2/14/2023 3:20:38 |
| Andrew Hill | Dubai, UAE | 2/14/2023 3:33:33 |
| carl sherry | United Kingdom Newry | 2/14/2023 3:40:32 |
| Kendal Brenneman | Brummen, the Netherlands | 2/14/2023 3:53:13 |
| Christoffer dahlstrom | Stockholm, sweden | 2/14/2023 3:54:02 |
| Christopher Lycksell | London, England | 2/14/2023 3:54:40 |
| Oluwaseun Harris | Houston, Texas | 2/14/2023 3:57:02 |
| Matthew Toner | Swansea | 2/14/2023 3:58:18 |
| Muhammad Shiraz Shafqat | Ho Chi Minh City, Vietnam | 2/14/2023 3:58:39 |
| Renaud Valkenberg | Grez-Doiceau, Belgium | 2/14/2023 3:59:48 |
| Bernard Okereke | United Kingdom | 2/14/2023 4:01:34 |
| Phan Phi Long | Singapore | 2/14/2023 4:02:59 |
| Nenad Mirazic | Belgrade, Serbia | 2/14/2023 4:05:37 |
| Nancy McLaughlin | Deltona, Florida | 2/14/2023 4:16:43 |
| Berndt Magnus Schmeikal | Alingsås, Sweden | 2/14/2023 4:19:53 |
| ARUN B M | Kollam, Kerala, INDIA | 2/14/2023 4:24:27 |
| Colin Hammond | Ramsgate, Kent, England | 2/14/2023 4:26:01 |
| Yvan Versyp | Bruges, Belgium | 2/14/2023 4:26:14 |
| Omprasad Nepali | Hong kong | 2/14/2023 4:26:51 |
| Sindy Heinrich | Rotterdam, Netherlands | 2/14/2023 4:27:05 |
| Petri Heinanen | Vantaa, Finland | 2/14/2023 4:29:51 |
| Charlotte Louise Courtney | Ramsgate, Kent, England | 2/14/2023 4:30:10 |

| | | |
|---|---|---|
| Clive Stewart | Cape Town, South Africa | 2/14/2023 4:31:05 |
| Stephen Young | Manchester, England, UK | 2/14/2023 4:41:30 |
| Antonio Pinyol Vargas | London, England | 2/14/2023 4:43:35 |
| Joel Kaiser | Cully, Switzerland | 2/14/2023 4:49:42 |
| Joris Dirickx | Lier, Belgium | 2/14/2023 5:00:20 |
| Nicolas Bright | Mountain lakes, nj | 2/14/2023 5:07:43 |
| NIKOLA BOSKOVSKI | Miami Beach, Florida | 2/14/2023 5:08:45 |
| Olena Kozlova | Steinmaur, Switzerland | 2/14/2023 5:09:14 |
| Ana Laura Martinez | Bahia Blanca, Argentina | 2/14/2023 5:10:24 |
| Dario Javier Martinez | Bahia Blanca, Argentina | 2/14/2023 5:11:17 |
| Lucia Ana Costa | Bahia Blanca, Argentina | 2/14/2023 5:12:05 |
| Raul Alfredo Martinez | Bahia Blanca, Argentina | 2/14/2023 5:12:45 |
| Lloyd Cooke | Wolverhampton, United Kingdom | 2/14/2023 5:13:10 |
| Michael Fisher | Jena, Germany | 2/14/2023 5:13:25 |
| Viktoria Karimova | Zaporizhzhia, Ukraine | 2/14/2023 5:13:54 |
| JENNIFIER HARPER | CORSHAM, BATH, UNITED KINGDOM | 2/14/2023 5:14:19 |
| David Senes | Orlando, Florida | 2/14/2023 5:20:28 |
| Miguel Sousa | Viana do Castelo, Portugal | 2/14/2023 5:21:12 |
| Aziz Kabyshev | Almaty, Kazakhstan | 2/14/2023 5:23:24 |
| Zoltan Bakro | Lisbon, Portugal | 2/14/2023 5:40:11 |
| Jean Dimitriadis | Nonthaburi, Thailand | 2/14/2023 5:44:03 |
| Geoffrey Cirkel | Netherlands | 2/14/2023 5:55:10 |
| Alex Richardson | Sydney, Australia | 2/14/2023 6:01:04 |
| Ivan Simac | Zagreb | 2/14/2023 6:05:34 |
| Mina Abdelmalak | Kuwait, Kuwait | 2/14/2023 6:20:59 |
| Alessio Lecce | Italy | 2/14/2023 6:25:26 |
| Simon Mitchell | Isle of man | 2/14/2023 6:29:29 |
| David R Stahler Jr. | Wheelock, Vermont | 2/14/2023 6:33:54 |
| Cristian Alborghetti | Bergamo, Italia | 2/14/2023 6:37:38 |

| | | |
|---|---|---|
| Ralph T Struewing | Tipp City. OH USA | 2/14/2023 6:39:43 |
| Dianne Momirovski | Melbourne Australia | 2/14/2023 6:55:16 |
| Sebastian Wegerer | Dronten, the Netherlands | 2/14/2023 6:55:17 |
| PAUL MONTGOMERY | Hamilton, Scotland | 2/14/2023 6:55:59 |
| Brian Howard | East Helena, Montana | 2/14/2023 7:12:33 |
| Jai Patel | Meerut, Uttar Pradesh, India | 2/14/2023 7:25:37 |
| Carol Bull | Perth, Australia | 2/14/2023 7:27:03 |
| Tom Mercuri | Clermont-Ferrand, France | 2/14/2023 7:29:29 |
| Steven Giannetti | Grosse Pointe Woods, MI | 2/14/2023 7:35:59 |
| Howard Yu | USA | 2/14/2023 7:48:09 |
| Kristopher Broberg | Minneapolis, Minnesota, United States | 2/14/2023 7:52:40 |
| Jason Snyder | Colorado Springs, Colorado | 2/14/2023 7:53:51 |
| Robert Flores | Waterloo Iowa | 2/14/2023 7:53:56 |
| Subhash Sharma | York UNITED KINGDOM | 2/14/2023 8:00:45 |
| Ernest TRAN | Paris, France | 2/14/2023 8:10:16 |
| Thibault Giffard | Manchester | 2/14/2023 8:16:19 |
| Frank Bergman | Luxembourg, Luxembourg | 2/14/2023 8:17:46 |
| Paul Chen | Rancho Cucamonga California | 2/14/2023 8:22:16 |
| Zhang Wenchang | Singapore | 2/14/2023 8:23:02 |
| Brennan Nykreim | Issaquah, Washington | 2/14/2023 8:27:55 |
| Alvin Lee | Singapore | 2/14/2023 8:30:33 |
| Asbjørn skøtt | Odense, denmark | 2/14/2023 8:31:08 |
| David Ryan Long | Nashville Tennessee | 2/14/2023 8:45:37 |
| Koh Jun Sheng | Singapore | 2/14/2023 8:49:31 |
| Larry Gooch | Kitchener On Canada | 2/14/2023 8:49:52 |
| Ryan Schwallie | Cincinnati, Ohio | 2/14/2023 8:52:14 |
| Douglas McKenzie | Michigan USA | 2/14/2023 8:53:11 |
| Charles abonce | Las Vegas, Nevada | 2/14/2023 8:57:35 |
| Rudi Bauknecht | Philadelphia, PA | 2/14/2023 9:16:16 |

| | | |
|---|---|---|
| Timon mitrakas | Montgomery Village MD USA | 2/14/2023 9:23:45 |
| Angelice Mitrakas | Montgomery Village MD USA | 2/14/2023 9:24:21 |
| Christopher Williams | Warsaw, Poland | 2/14/2023 9:24:31 |
| Randall Hunt | Amherst New Hampshire | 2/14/2023 9:30:23 |
| Brian McKeon | Peachtree Corners, Georgia | 2/14/2023 9:31:44 |
| Trigg Thorstenson | Chicago, IL | 2/14/2023 9:39:51 |
| Aleksey Shekochikhin | Ada, Ohio | 2/14/2023 9:48:51 |
| James Holmes | London, England | 2/14/2023 9:55:45 |
| HUY PHAN | SANTA ROSA BEACH, FL | 2/14/2023 9:59:38 |
| Justin Gaulrapp | Anoka, Minnesota | 2/14/2023 9:59:40 |