**Hearing Date: February 15, 2022 at 10:00 a.m.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*[1], | ) Case No. 22-10964-MG |
| Debtors. | ) (Jointly Administered) |

**JOINDER OF THE NEW JERSEY BUREAU OF SECURITIES TO (A) THE UNITED STATES TRUSTEE'S LIMITED OBJECTION TO THE DEBTORS' SECOND MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT [DOC. 2010] AND (B) THE JOINDER OF THE TEXAS STATE SECURITIES BOARD AND TEXAS DEPARTMENT OF BANKING [DOC. 2038]; AND RESERVATION OF RIGHTS**

The New Jersey Bureau of Securities (the "Bureau"), by and through its undersigned counsel, files this Joinder (the "Joinder") to: (A) the *United States Trustee's Limited Objection to the Debtors' Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement* [Doc. 2010] and (B) the *Joinder of the Texas State Securities Board and Texas Department of Banking* [Doc. 2038]; and Reservation of Rights and respectfully states the following:

1. The Bureau supports and joins the Objection filed by William K. Harrington, United States Trustee for Region 2 [Doc. 2010] (the "US Trustee Objection") to the *Debtor's*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

*Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement* [Doc. 1940] (the "Exclusivity Motion").

2. The Bureau also joins the joinder filed by the Texas State Securities Board and the Texas Department of Banking [Doc. 2038] to the US Trustee Objection to the Exclusivity Motion.

**RESERVATION OF RIGHTS**

3. The Bureau reserves the right to supplement and/or amend this Joinder at or prior to the Hearing, or any other relevant hearing and to join in arguments made by any other party prior to or at the Hearing or any other relevant hearing.

WHEREFORE, The New Jersey Bureau of Securities respectfully requests entry of an Order consistent with the relief requested in this Joinder and for such other relief as the Court shall deem just and proper.

Dated: February 14, 2022                Respectfully submitted,

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

*/s/ Jeffrey Bernstein*
Jeffrey Bernstein
570 Broad Street
Newark, NJ 07102
Telephone: (973) 565-2183
Facsimile: (973) 622-5314
E-mail: jbernstein@mdmc-law.com

**-AND-**

Nicole Leonard, Esq.
225 Liberty Street, 36th Floor
New York, NY 10281
Telephone: (973) 565-2048
E-mail: nleonard@mdmc-law.com

*Counsel for the New Jersey Bureau of Securities*