**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 22-10964 (MG) |
| | ) | |
| **CELSIUS NETWORK LLC, *et al.*,** | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

## ORDER GRANTING MOTION FOR ADMISSION FOR MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE*

Upon the motion of  Marvin E. Clements, Jr. , to be admitted, pro hac vice, to represent  TN Dept of Commerce & Insurance , (the "Client") a  creditor  in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Tennessee  and, if applicable, the bar of the U.S. District Court for the  Eastern  District of  Tennessee , it is hereby,

**ORDERED**, that Marvin E. Clements, Jr., is admitted to practice, *pro hac vice*, in the above referenced case, to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  February 14, 2023
         New York, New York

                                             /s/Martin Glenn
                                             CHIEF UNITED STATES BANKRUPTCY JUDGE