Kulpreet Khanuja, *Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**APPELLANTS' STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD OF APPEAL**

I respectfully submit this statement of the issues to be presented and designation of items to be included in the record on appeal under Federal Rule of Bankruptcy Procedure 8009(a)(1), with respect to Appellant's appeal from the "**ORDER DENYING KULPREET KHANUJA'S MOTION SEEKING A RULING THAT PERSONAL EARN ASSETS ARE NOT PROPERTY OF THE DEBTORS' ESTATES**" entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), on 25 January 2023. (See Docket No. 1934).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**QUESTIONS ON APPEAL**

1.  Whether the Bankruptcy Court erred in limiting its determination of whether Earn
    Account assets were estate property to an examination of certain "Terms of Use," without
    regard to extrinsic and contrary evidence on contract formation and  enforceability and
    tax treatment of assets ?

2.  Whether the Bankruptcy Court erred in holding that certain "Terms of Use" were
    unambiguous, and that the Debtors' estates presumptively held title to such assets?

3.  Whether the Bankruptcy Court erred in holding that Earn Account assets were  assets of
    the Debtor's estates based on a limited review of certain Terms of Use" and prior to
    issuance of court-appointed Examiner's Report that highlights  Celsius' persistent, public
    representations that title to assets remained with the customer and assets would be
    returned in any bankruptcy?

4.  Whether the Bankruptcy Court erred and/or abused its discretion with regards to
    Appellants' due process rights when it ruled on the issue of title to Earn Account assets
    without the procedural safeguards of an adversary proceeding, instead imposing an *ad
    hoc* process that deprived Appellants of a full and fair opportunity to conduct discovery,
    enter evidence into the record, and be heard in a meaningful way?

5.  Whether the Bankruptcy Court erred in characterizing contract formation questions and
    issues as contract "defenses?"

6.  Whether the Bankruptcy Court erred when it relegated the issue of whether customers'
    purported Earn Account "contracts" were void, enforceable, or binding to the claims
    resolution process, thereby denying Appellants their right to be heard timely to their
    prejudice?

7.  Whether the Bankruptcy Court violated Appellant's entitlement to equal protection and
    due process  by holding Custody Account holders owners of their account assets while
    denying Earn Account holders a meaningful opportunity  to prove asset ownership?

## DESIGNATION OF RECORD ON APPEAL

The Appellant designates the following items for inclusion in the record on appeal. Each

designated item shall also include any and all exhibits and documents annexed to and referenced

within such items.

The following docket items and transcripts from the docket in the jointly-administered

bankruptcy case no. 22-10964 (MG) and associated adversary proceedings, including the

complete transcripts, are referenced below by docket number. Although transcript access is

restricted, on information and belief, all listed transcripts are available for submission to the

District Court.

## DOCUMENTS

| | |
|---|---|
| 23 | Affidavit Pursuant to LR 1007-2 / Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, in Support of Chapter 11 Petitions and First Day Motions Filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 45 | Statement/First Day Hearing Presentation filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| 120 | Letter to The Honorable Martin Glenn, dated 7/21/2022 Re: request you throw out the ToS that Celsius deceptively states that depositors lent our cryptocurrency to Celsius, as this was never advertised this way; hold Celsius Network accountable for misrepresenting delta-neutral risk and hold Celsius accountable for misrepresenting to customers its balance sheet insolvency position since 2021, and incorrectly stating to customers that it had enough reserves to meet obligations. Filed by Brandon Lipin. (Suarez, Aurea) |
| 121 | Letter to The Honorable Martin Glenn, dated 7/21/2022 Re: Encourage the court to request and view these AMA's as they are blatantly the opposite of what they are saying now. Filed by William Ennis. (Suarez, Aurea) |
| 123 | Letter to The Honorable Martin Glenn, dated 7/21/2022 Re: Pointing out the incompetencies, fraud, and Ponzi nature of Celsius Network, and putting the interest of unsecured creditors first and do what is right for those that have risked their life savings with Celsius. The harm that Celsius has caused is staggering. Filed by Kevin Vong. (Suarez, Aurea) |
| 124 | Letter dated 7/21/2022 Re: Please take into consideration my and many others' thoughts and concerns. The money I deposited is meant as my life savings and I know I'm one of many in this situation. Filed by Stephen Richardson. (Suarez, Aurea) |
| 126 | Letter to The Honorable Martin Glenn, dated 7/21/2022 Re: Request that all funds be seized and removed from Mr. Mashinsky control, and that the 120 days should be denied and immediately turn over control of all funds to the Trustee. Filed by Robert J. Cominos. (Suarez, Aurea) |
| 129 | Letter dated 7/21/2022 Re: In recent months they have intensified the payment for referrals (similar to a ponzi scheme) and invited several people to be "ambassadors" in this project to publicize the platform, and large payments made to major creditors before filing for bankruptcy. Filed by Felipe Lordelo. (Suarez, Aurea) |
| 153 | Letter to Judge Glenn dated 7/22/2022 Re: Request to Not Allow Celsius to Implement Recovery Plan under Alex Mashinsky; Request to Allow the Simon Dixon Plan for Recovery Filed by Pablo Sturm Hernandez. (Acosta, Annya) |
| 187 | Motion to Authorize / Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC |

| | |
|---|---|
| 188 | Motion to Approve / Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter into A Definitive Purchase Agreement, and (III) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 301 | Order, Signed on 8/1/2022, That Debtors File Terms of Use. (related document(s)[23]) |
| 371 | [Re: Bitcoin sale] Objection to Motion Objection of the Texas State Securities Board to Debtors' Motion Seeking Entry of an Order (related document(s)[187]) filed by Layla Milligan on behalf of Texas State Securities Board |
| 390 | Statement / The Official Committee of Unsecured Creditors' Statement Regarding These Chapter 11 Cases filed by David Turetsky on behalf of The Official Committee of Unsecured Creditors |
| 393 | Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, Providing Terms of Use Dating Back to February 18, 2018 filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 394 | Statement / Notice of Filing of Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, Providing Terms of Use Dating Back to February 18, 2018 (related document(s)[301]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 400 | [Re: Bitcoin sale, etc.] Objection to Motion (related document(s)[189]) filed by Shara Claire Cornell on behalf of United States Trustee |
| 428 | Objection to Motion Seeking Entry of an Order (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief (related document(s)[187]) filed by David Turetsky on behalf of The Official Committee of Unsecured Creditors |
| 430 | Objection to Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter into a Definitive Purchase Agreement, and (III) Granting Related Relief (related document(s)[188]) filed by David Turetsky on behalf of The Official Committee of Unsecured Creditors. (Attachments: # (1) Exhibit A: Official Committee of Unsecured Creditor's Proposed Modifications) (Turetsky, David) |
| 453 | [Re: Bitcoin sale] Objection Supplemental Exhibit to the Objection of the Texas State Securities Board to Debtors' Motion Seeking Entry of an Order (related document(s)[371]) filed by Layla Milligan on behalf of Texas State Securities Board |

| | |
|---|---|
| 514 | Order, Signed on 8/17/2022, (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Granting Related Relief (Related Doc # [187]) |
| 662 | [Custody accounts]¬†Adversary case 22-01142. Complaint against Celsius Network LLC, Celsius Keyfi LLC, Celsius Lending LLC, Celsius Mining LLC, Celsius Network Inc., Celsius Network Limited, Celsius Networks Lending LLC, Celsius US Holding LLC (Fee Amount $ 350.). Nature(s) of Suit: (91 (Declaratory judgment)) Filed by Bryan Kotliar, Kyle J. Ortiz on behalf of Ad Hoc Group of Custodial Account Holders |
| 670 | Motion to Authorize / Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 737 | Motion for Relief from Stay/Ad Hoc Group of Withhold Account Holders' Motion for Relief from The Automatic Stay filed by Deborah Kovsky-Apap on behalf of Ad Hoc Group of Withhold Account Holders |
| 738 | Letter to The Honorable Martin Glenn, dated 8/29/2022 Re: Request to order Celsius to return my cryptocurrencies. Filed by Andreas Kumar. (Suarez, Aurea) |
| 739 | Letter to The Honorable Martin Glenn, dated 9/1/2022 Re: Return of full invested funds maintained in both "Custody" and "Earn" portions of my account. Filed by Corey D. Dahlquist |
| 740 | Letter to The Honorable Martin Glenn, dated 9/2/2022 Re: Request to release to us, the account holders, our cryptocurrency, and any further debt shall be that of Celsius and its investors, etc. Filed by Dean & Cheryl Pick |
| 753 | Objection (related document(s)[670]) filed by John Smith |
| 797 | Letter to The Honorable Martin Glenn, dated 9/8/2022 Re: Seeking justice for my son and requesting return of all banked cryptocurrency with Celsius. Filed by Rasika Harshey |
| 832 | Motion to Approve / Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of Stablecoin in the Ordinary Course and (II) Granting Related Relief (related document(s)[528]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 835 | Letter Dated 9/12/2022 to Judge Martin Glenn In Re: Return of Celsius Life Savings Filed by Marc Herouard |
| 853 | Objection (related document(s)[832]) filed by Georgios Papadakis |
| 877 | Motion to Approve /Motion Seeking a Ruling of Full Title of Ownership of Funds With Respect to Users Who Have Been Blocked Access By Debtor Prior to Bankruptcy and to Request Disclosure From Debtor on the Number and Amount of Suspended/Closed Accounts Which Funds Still Kept by Debtor. filed by Kwok Mei Po |

| | |
|---|---|
| 877 | Motion to Approve/Motion Seeking a Ruling of Full Title of Ownership of Funds With Respect to Users Who Have Been Blocked Access By Debtor Prior to Bankruptcy and to Request Disclosure From Debtor on the Number and Amount of Suspended/Closed Accounts Which Funds Still Kept by Debtor. filed by Kwok Mei Po. |
| 882 | Order Signed on 9/23/2022, Setting Hearing Schedule on Motion Filed by Kwok Mei Po. (ECF DOC. # 877). Hearing to be held on 11/1/2022 at 11:00 AM at Videoconference (ZoomGov) (MG). |
| 901 | Objection (related document(s)[832]) filed by Rebecca Gallagher |
| 913 | Letter to The Honorable Martin Glenn, dated 9/28/2022 Re: Request to Make All Account Holders the FIRST and PRIMARY Creditors In This Case and for Celsius to Not Have the Opportunity to Secure All of Our Assets at the Market Bottom For Pennies on the Dollar, etc. Filed by Travis Rodgers |
| 914 | Objection (related document(s)[737], [670], [662]) filed by Cameron Crews |
| 922 | [Re: Stablecoin sale] Objection to Motion Objection of the Texas State Securities Board and the Texas Department of Banking to Debtors' Motion Seeking Entry of an Order (related document(s)[832]) filed by Layla Milligan on behalf of Texas Department of Banking, Texas State Securities Board |
| 925 | Objection to Motion to Sell Stablecoin in the Ordinary Course and for Related Relief (related document(s)[832]) filed by Jennifer Rood on behalf of Vermont Dept. of Financial Regulation |
| 929 | Motion to Approve / Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 933 | [Re: Debtor's Custody motion and Stablecoin sale] Omnibus Objection to Motion (related document(s)[670], [832]) filed by Shara Claire Cornell on behalf of United States Trustee |
| 950 | Motion to Allow/Motion To Consider All USDC Investors And Account Holders of Celsius Network, LLC As Secured Creditors Instead of Unsecured Creditors filed by Nicole Barstow |
| 951 | Motion to Join (related document(s)[914]) filed by Jarno Oberg |
| 954 | Objection /Omnibus Objection (related document(s)[737], [662], [760], [855]) filed by Immanuel Herrmann |
| 965 | Motion to Allow/Motion to Consider Stablecoin Creditors as Secured Creditors. filed by Lucas Holcomb |

| | |
|---|---|
| 967 | Objection to Motion Joining Texas and Vermont's Objections to Debtors' Motion to Sell Stablecoin (related document(s)[832]) filed by Michael D. Morris on behalf of State of Wisconsin - Dep't of Financial Instutions |
| 970 | Motion to Join (related document(s)[922], [925], [967], [832], [933]) filed by Victor Ubierna de las Heras |
| 988 | Notice of Proposed Order / Letter and Proposed Joint Stipulation and Agreed Scheduling Order by and Among the Debtors, the Committee, and the Ad Hoc Groups with Respect to the Custody and Withhold Issues (related document(s)[737], [670]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 990 | Motion to Allow/Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors. filed by Douglas Saker |
| 1040 | Objection to Motion for an Order Approving Bidding Procedures and for Related Relief (related document(s)[929]) filed by Jennifer Rood on behalf of Vermont Dept. of Financial Regulation |
| 1043 | Response /Supplemental Response, Declaration and Request For Relief (related document(s)[954]) filed by Immanuel Herrmann |
| 1044 | Joint Stipulation and Agreed Scheduling Order signed on 10/11/2022 By and Among the Debtors, the Committee, and the Ad Hoc Groups with Respect to the Custody and Withhold Issues. Status Conference to be held on 11/22/2022 at 10:00 AM at Videoconference (ZoomGov) (MG) |
| 1046 | Statement/The Official Committee of Unsecured Creditors' Statement with Respect to the Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief (Related Document(s)[929]) filed by Gregory F Pesce on behalf of The Official Committee of Unsecured Creditors. (Pesce, Gregory) |
| 1047 | Objection to Motion (related document(s)[929]) filed by Shara Claire Cornell on behalf of United States Trustee |
| 1051 | Motion to Join Objection Filed by Vermont to Debtors' Motion For An Order Approving Bid Procedures and Related Relief (related document(s)[1040]) filed by Victor Ubierna de las Heras |
| 1054 | Objection /Omnibus Objection (related document(s)[929]) filed by Daniel Frishberg |
| 1056 | Objection to Motion /Limited Objection (related document(s)[929]) filed by Immanuel Herrmann |

| | |
|---|---|
| 1058 | Response /AMENDED Supplemental Response, Declaration and Request For Relief (related document(s)[1043], [954]) filed by Immanuel Herrmann |
| 1059 | Objection to Motion Limited Objection of the Texas State Securities Board and the Texas Department of Banking to Debtor's Motion Seeking Entry of an Order (related document(s)[929]) filed by Layla Milligan on behalf of Texas Department of Banking, Texas State Securities Board |
| 1062 | Letter To The Honorable Martin Glenn, dated 10/14/2022 Re: Urging that Celsius release at least some Custody account assets in whole, and not treat them the same as all other Celsius account holders. Filed by James Steven Liepa |
| 1063 | Objection to Motion (Limited Objection of Vincent Theodore Goetten) (related document(s)[929]) filed by Hollace T. Cohen on behalf of Vincent Theodore Goetten |
| 1065 | Objection to Motion filed by Karen Cordry on behalf of Alabama, Arkansas, California, District of Columbia, Hawaii, Maine, Missouri, North Dakota, and Oklahoma |
| 1069 | Letter To The Honorable Martin Glenn, dated 10/14/2022 Re: Requesting return of crypto assets to the individual creditors. Filed by Natasha Ramsoomair |
| 1073 | Digital Assets: Consultation Paper Signed on 10/17/2022 by Chief Judge Martin Glenn |
| 1076 | Letter to The Honorable Martin Glenn, dated 10/15/2022 Re: Difference Between the Stablecoin Holders and Holders of Other Cryptocurrencies. Filed by Susan Kendall |
| 1085 | Objection to Motion Seeking Entry of an Order (I) Permitting the Sale of Stablecoin in the Ordinary Course and (II) Granting Related Relief (related document(s)[832]) filed by Stephen Manning on behalf of State of Washington |
| 1104 | Motion to Authorize IGNAT TUGANOVS (A) RESPONSE TO EXAMINERS MOTION TO APPROVE WORK PLAN, AND (B) MOTION TO CLARIFY OR EXPAND SCOPE OF EXAMINERS INVESTIGATION filed by Jeffrey S. Sabin on behalf of Ignat Tuganov with hearing to be held on 11/1/2022 at 11:00 AM at Videoconference (ZoomGov) (MG). (Attachments: # (1) Exhibit A - Proposed Order) (Sabin, Jeffrey) |
| 1106 | Objection to Motion / Debtors' Objection to Creditor's Notice of Motion and Motion Seeking for Ruling of Full Title of Ownership of Funds with Respect to Users Who Have Been Blocked Access by Debtor Prior to Bankruptcy and to Request Disclosure from Debtor on the Number and Amount of Suspended/Closed Accounts Which Funds Still Kept by Debtor (related document(s)[877]) filed by Joshua Sussberg on behalf of Celsius Network LLC |

| | |
|---|---|
| 1106 | DEBTORS‚Äô OBJECTION TO CREDITOR‚ÄôS NOTICE OF MOTION AND MOTION SEEKING FOR RULING OF FULL TITLE OF OWNERSHIP OF FUNDS WITH RESPECT TO USERS WHO HAVE BEEN BLOCKED ACCESS BY DEBTOR PRIOR TO BANKRUPTCY AND TO REQUEST DISCLOSURE FROM DEBTOR ON THE NUMBER AND AMOUNT OF SUSPENDED/CLOSED ACCOUNTS WHICH FUNDS STILL KEPT BY DEBTOR |
| 1121 | Motion to Join (related document(s)[877]) filed by Luca Zara |
| 1121 | JOINDER TO MOTION SEEKING FOR RULING OF FULL TITLE OF OWNERSHIP OF FUNDS WITH RESPECT TO USERS WHO HAVE BEEN BLOCKED ACCESS BY DEBTOR PRIOR TO BANKRUPTCY AND TO REQUEST DISCLOSURE FROM DEBTOR ON THE NUMBER AND AMOUNT OF SUSPENDED/CLOSED ACCOUNTS WHICH FUNDS STILL KEPT BY DEBTOR |
| 1162 | Letter to The Honorable Martin Glenn, dated 10/20/2022 Re: investigate Alex Mashinskys handling of affairs and his AMA (Ask Me Anything) videos, etc. Filed by Damien Raymond |
| 1185 | Omnibus Objection to Motion / Omnibus Objection of the Official Committee of Unsecured Creditors to (I) Motion to Consider USDC Investors as Secured Creditors, (II) Motion to Consider Stablecoin Creditors as Secured Creditors, and (III) Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors (related document(s)[950], [990], [965]) filed by David Turetsky on behalf of The Official Committee of Unsecured Creditors |
| 1186 | Objection to Motion / The Official Committee of Unsecured Creditors' Objection to the Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of Stablecoin in the Ordinary Course and (II) Granting Related Relief (related document(s)[832]) filed by David Turetsky on behalf of The Official Committee of Unsecured Creditors |
| 1188 | Objection / Debtors' Omnibus Objection to (I) Nicole Barstow's Motion to Consider USDC Investors as Secured Creditors, (II) Lucas Holcomb's Motion to Consider Stablecoin Creditors as Secured Creditors, and (III) Douglas Saker's Motion to Consider Tethergold (Xaut) Creditors as Secured Creditors (related document(s)[950], [990], [965]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1192 | Declaration / Declaration of Oren Blonstein, Head of Innovation and Chief Compliance Officer of Celsius Network Limited, with Respect to Certain Phase I Issues Pursuant to the Joint Stipulation and Agreed Scheduling Order by and Among the Debtors, the Committee, and the Ad Hoc Groups with Respect to the Custody and Withhold Issues filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1201 | Objection (related document(s)[1185]) filed by Jack Cel |

| | |
|---|---|
| 1213 | Motion to Allow/Objection to (related document(s) 1185, 1188), and Motion To Consider All USDC Investors And Account Holders of Celsius Network, LLC As Secured Creditors Instead of Unsecured Creditors and for Such Other and Further Relief filed by Jack Cel |
| 1221 | Response/Statement in Regards to Ignat Tuganov's (A) Response to Examier's Motion to Approve Work Plan, and (B) Motion to Clarify or Expand Scope of the Investigation (Dk. 1104) (related document(s)[1104] filed by Victor Ubierna. (Ho, Amanda) |
| 1222 | Motion to Join/Partial Joinder and Response to Ignat Tuganov's (A) Response to Examiner's Motion to Approve Work Plan, and (B) Motion to Clarify or Expand Scope of the Investigation filed by Immanuel Herrmann. (Ho, Amanda) |
| 1223 | Motion to Allow/Motion to Include "Control on Collateral" as part of Security Perfection in Re-Considering Stablecoin Holders as Secured Creditors filed by Jack C. |
| 1228 | Statement Regarding November 1 Hearing on Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of Stablecoin in the Ordinary Course and (II) Granting Related Relief (related document(s)[832]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1229 | Statement and Reservation of Rights Regarding (I) The Examiner's Motion to Confirm Examination Scope or Alternatively for Expansion of the Scope of the Examination and (II) Ignat Tuganov's (A) Response to Examiner's Motion to Approve Work Plan, and (B) Motion to Clarify or Expand Scope of Examiner's Investigation (related document(s)[1112], [1104]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Gomez, Jessica) |
| 1237 | Reply to Motion / Reply of Ignat Tuganov to the Official Committee of Unsecured Creditors' Omnibus Response to Motions Relating to the Scope of the Examination, and the Debtors Statement and Reservation of Rights Re:[1229][1230] filed by Jeffrey S. Sabin on behalf of Ignat Tuganov. (Sabin, Jeffrey) |
| 1249 | Letter /Demand Letter dated 6/15/2022 sent to Alex Mashinsky, Celsius, Inc., et al, prior to the filing of Bankruptcy Filed by Thomas A. Hall |
| 1251 | Objection (related document(s)[1106], [877]) filed by Kwok Mei Po |
| 1251 | Objection (related document(s)[1106], [877]) filed by Kwok Mei Po. |
| 1253 | Response (related document(s)[1228], [832]) filed by Kulpreet Khanuja |
| 1263 | Response (related document(s)[1228]) filed by Immanuel Herrmann |

| | |
|---|---|
| 1276 | Amended Motion to Allow/AMENDED Motion To Include a Request that all Unaccredited Investors in Celsius Network, LLC, et al, to be Allowed to Have Priority Unsecured, Rather than General Unsecured, Creditor Status for the Reasons Outlined in this Motion, and Response to the Objections of the Debtor, etc. (related document(s)950, 1185) filed by Nicole Barstow |
| 1277 | Statement /Reservation of Rights Over Crypto Assets I Deposited Into Celsius Network, LLC., etc., (related document(s)[319]) filed by Travis Rodgers |
| 1280 | Transcript regarding Hearing Held on 11/1/2022 at 11:15am RE: Status Conference RE: Debtors Motion seeking Entry of an Order (I) Permitting the Sale of Stablecoin in the Ordinary Course and (II) Granting Related Relief; et al. Remote electronic access to the transcript is restricted until 2/2/2023. The transcript may be viewed at the Bankruptcy Court Clerks Office |
| 1289 | Memorandum of Law / Ad Hoc Group of Withhold Account Holders' Phase I Brief Pursuant to the Joint Stipulation and Agreed Scheduling Order By and Among the Debtors, the Committee, and the Ad Hoc Groups With Respect to the Custody and Withhold Issues (related document(s)1044) filed by Deborah Kovsky-Apap on behalf of Ad Hoc Group of Withhold Account Holders |
| 1290 | Statement /The Official Committee of Unsecured Creditors' (A) Opening Brief on Phase I Custody and Withhold Issues and (B) Statement in Partial Support of and Limited Objection to Debtors' Custody and Withhold Motion (related document(s)[670]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Attachments: # (1) Exhibit A - Illustrative Coin Movement Schematic) |
| 1291 | Memorandum of Law / Debtors' Memorandum of Law Regarding Phase I Custody and Withhold Issues (related document(s)[1044]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1292 | Memorandum of Law /Ad Hoc Group of Custodial Account Holders' (A) Phase I Opening Brief and (B) Limited Objection to the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief (related document(s)[670], [1044]) filed by Kyle J. Ortiz on behalf of Ad Hoc Group of Custodial Account Holders |
| 1307 | Objection to Motion / Debtors' Supplemental Objection to Creditor's Notice of Motion and Motion Seeking a Ruling of Full Title of Ownership of Funds With Respect to Users Who Have Been Blocked Access By Debtor Prior to Bankruptcy and to Request Disclosure From Debtor on the Number and Amount of Suspended/Closed Accounts Which Funds Still Kept by Debtor (related document(s)[877]) filed by Joshua Sussberg on behalf of Celsius Network LLC |

| | |
|---|---|
| 1307 | DEBTORS‚Äô SUPPLEMENTAL OBJECTION TO CREDITOR‚Äôs NOTICE OF MOTION AND MOTION SEEKING FOR RULING OF FULL TITLE OF OWNERSHIP OF FUNDS WITH RESPECT TO USERS WHO HAVE BEEN BLOCKED ACCESS BY DEBTOR PRIOR TO BANKRUPTCY AND TO REQUEST DISCLOSURE FROM DEBTOR ON THE NUMBER AND AMOUNT OF SUSPENDED/CLOSED ACCOUNTS WHICH FUNDS STILL KEPT BY DEBTOR |
| 1311 | Statement /Joinder of Adrian Perez-Siam to RH Montgomery Properties, Inc.s Limited Objection to the Debtors Motion Seeking Entry of an Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief (related document(s)[1293], [670]) filed by Lawrence J. Kotler on behalf of Adrian Perez-Siam |
| 1324 | Notice of Filing of Proposed Scheduling Order Regarding Title to Earn Program Assets and the Sale of Certain Stablecoins |
| 1325 | Notice of Hearing on Debtors‚Äô Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors‚Äô Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief |
| 1326 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Debtors' Motion Regarding Ownership of Earn Assets and the Sale of Stablecoin |
| 1327 | Declaration of Oren Blonstein, Head of Innovation and Chief Compliance Officer of the Debtors, in Support of the Debtors' Motion Regarding Ownership of Earn Assets and the Sale of Stablecoin |
| 1328 | Declaration of Robert Campagna, Managing Director of Alvarez & Marsal North America, LLC, in Support of the Debtors' Motion Regarding Ownership of Earn Assets and the Sale of Stablecoin |
| 1340 | Order, Signed on 11/14/2022, Requiring Debtors to Provide Kwok Mei Po With Account Transaction Records. (related document(s)[1307], [877]) |
| 1340 | Order, Signed on 11/14/2022, Requiring Debtors to Provide Kwok Mei Po With Account Transaction Records. (related document(s)[1307], [877]) |
| 1343 | Stipulation and Agreed Order, Signed on 11/14/2022, Modifying Scope of Examiner Order. (related document(s)[1341]) (Anderson, Deanna) |
| 1345 | Statement / Official Committee of Unsecured Creditors' Written Deposition Questions for the Debtors in Connection with the Debtors' Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors' Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course of Business and (III) Granting Related Relief (related document(s)[1328], [1324]) filed by Samuel P Hershey on behalf of The Official Committee of Unsecured Creditors |

| | |
|---|---|
| 1346 | Motion to Allow/Motion and request a hearing to ensure that my digital assets (Earn program deposits) are deemed my property (property of creditor/customer) and so that my Earn account receives equal standing (seniority/preference) in bankruptcy proceedings with Custody Accounts. filed by Kulpreet Khanuja |
| 1347 | Statement of Reservation of Rights filed by Daniel Frishberg |
| 1373 | Supplemental Motion to Approve /SUPPLEMENTAL Motion Seeking a Ruling of Full Title of Ownership of Funds With Respect to Users Who Have Been Blocked Access By Debtor Prior to Bankruptcy and to Request Disclosure From Debtor on the Number and Amount of Suspended/Closed Accounts Which Funds Still Kept by Debtor (related document(s)[877]) ; and Response to (related document(s)[1307]) filed by Kwok Mei Po |
| 1373 | Supplemental Motion to Approve /SUPPLEMENTAL Motion Seeking a Ruling of Full Title of Ownership of Funds With Respect to Users Who Have Been Blocked Access By Debtor Prior to Bankruptcy and to Request Disclosure From Debtor on the Number and Amount of Suspended/Closed Accounts Which Funds Still Kept by Debtor (related document(s)[877]) ; and Response to (related document(s)[1307]) filed by Kwok Mei Po. |
| 1374 | Letter to The Honorable Martin Glenn, dated 11/16/2022 Re: Supporting Creditors Who Have Assets in Suspended Earn Accounts. Filed by Jarno Oberg |
| 1374 | LETTER TO JUDGE GLENN IN SUPPORT OF CREDITORS WHO HAVE ASSETS IN SUSPENDED EARN ACCOUNTS |
| 1389 | Notice to Take Depositions / Notice of Deposition of Christopher Ferraro in connection with Debtors' Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors' Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief (related document(s)[1325]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors |
| 1400 | Objection (related document(s)[1325], [1324]) filed by Daniel Frishberg |
| 1401 | Motion to Join (related document(s)[1373], [1251], [877]) filed by Immanuel Herrmann |
| 1401 | Motion to Join (related document(s)[1373], [1251], [877]) filed by Immanuel Herrmann |
| 1406 | Response to Motion / Debtors Responses and Objections to Official Committee of Unsecured Creditors Written Deposition Questions for the Debtors in Connection with the Debtors Amended Motion for Entry of Order (I) Establishing Ownership Assets in the Debtors Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief (related document(s)[1325]) filed by Joshua Sussberg on behalf of Celsius Network LLC |

| 1411 | Examiner's Report /Interim Report of Shoba Pillay, Examiner Filed by Vincent Edward Lazar on behalf of Shoba Pillay |
| --- | --- |
| 1412 | Statement of the Unsecured Creditors' Committee in Response to Daniel A. Frishberg's Objection to Debtors' Proposed Scheduling Order Regarding Title to Earn Program Assets and the Sale of Certain Stablecoins filed by Andrea Amulic on behalf of The Official Committee of Unsecured Creditors |
| 1414 | Response / Debtors' Response to Daniel A. Frishberg's Objection to Debtors' Proposed Scheduling Order Regarding Title to Earn Program Assets and the Sale of Certain Stablecoins (related document(s)[1400], [1412]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1416 | Objection (related document(s)[1325], [1324]) filed by Rebecca Gallagher |
| 1417 | Objection /OMNIBUS Objection and Reservation of Rights (related document(s)[1276], [1324]) filed by Immanuel Herrmann |
| 1418 | Notice to Take Depositions / Official Committee of Unsecured Creditors' Notice of Deposition of Robert Campagna in connection with Debtors' Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors' Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief (related document(s)[1325]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors |
| 1430 | Objection to Motion -Objection to Debtors' Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors' EARN Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course, and (III) Granting Related Relief (related document(s)[1325]) filed by Anthony J. DeGirolamo on behalf of Eric Wohlwend |
| 1453 | Affidavit of Service re: Debtors Ex Parte Motion for Entry of an Order (I) Authorizing All Parties to Redact and File Under Seal the Names of Certain Confidential Parties in Interest Related to the Potential Sale of Certain or Substantially All of the Debtors Assets and the Potential Procurement of Debtor-In-Possession Financing and (II) Granting Related Relief (Docket No. 1402), Notice of Presentment on Debtors Application for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Compliance and Tax Advisory Services Provider, Effective as of July 13, 2022, and (II) Granting Related Relief (Docket No. 1404), Debtors Responses and Objections to Official Committee of Unsecured Creditors Written Deposition Questions for the Debtors in Connection With the Debtors Amended Motion for Entry of Order (I) Establishing Ownership Assets in the Debtors Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief (Docket No. 1406), and Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of September 1, 2022 |

| | |
|---|---|
| | Through September 30, 2022 (Docket No. 1407) (related document(s)[1402], [1407], [1404], [1406]) filed by Stretto, Inc.(Klamser, Robert) |
| 1463 | Objection to Motion /Objection To The Debtors' Amended Motion For Entry Of An Order (I) Establishing Ownership Of Assets In Debtors' Earn Program, (II) Permitting Sale of Stablecoins In Ordinary Course And (III) Granted Related Relief (related document(s)[1325]) filed by Christopher Little |
| 1464 | Objection to Motion To Sell Any Coins (related document(s)[1325]) filed by K. David Flora |
| 1484 | Objection to Motion to Establish Ownership of Assets in the Earn Program, Sell Stablecoin in the Ordinary Course and for related relief filed by Jennifer Rood on behalf of Vermont Dept. of Financial Regulation |
| 1485 | Objection to Motion and Joinder of Nuno Saraiva to Objections of Other Earn Program Account Holders to Debtors' Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors' Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Relating Relief (related document(s)[1325]) filed by Michael R. Herz on behalf of Nuno Saraiva |
| 1486 | Objection to Motion (related document(s)[1325], [1430]) filed by Steven Mulligan on behalf of Joe Breher |
| 1489 | Objection to Motion to Sell Stablecoin in the Ordinary Course (related document(s)[1325]) filed by Shara Claire Cornell on behalf of United States Trustee |
| 1490 | Objection to Motion (Objection and Reservation of Rights to the Debtors Motion For Entry of an Order Establishing Ownership of Assets in the Debtors Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief) (related document(s)[1325]) filed by Mark A. Lindsay on behalf of Keith Ryals |
| 1491 | Objection to Motion (Objection and Reservation of Rights to the Debtors Motion For Entry of an Order Establishing Ownership of Assets in the Debtors Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief) (related document(s)[1325]) filed by Mark A. Lindsay on behalf of Stuart McLean |
| 1492 | Objection to Motion to Sell Stablecoin (related document(s)[1325]) filed by Karen Cordry on behalf of Alabama, Arkansas, California, District of Columbia, Hawaii, Maine, Missouri, North Dakota, and Oklahoma |
| 1493 | Statement and Reservation of Rights in Connection with The Debtors' Amended Motion for an Order Establishing Ownership of Assets In The Debtors' Earn Program and Permitting the Sale of Stablecoin in the Ordinary Course (related document(s)[1325]) filed by Nelly Cessiska Almeida on behalf of Celsius New SPV Investors, LP, Celsius SPV Investors, LP, Community First Partners, LLC |

| | |
|---|---|
| 1495 | Objection to Motion (related document(s)[1325]) filed by Jeffrey S. Sabin on behalf of Ignat Tuganov. (Attachments: # (1) Exhibit 1 - Excerpts of Robert Campagna Deposition) (Sabin, Jeffrey) |
| 1496 | Objection to Motion Objection of the Texas State Securities Board and the Texas Department of Banking to Debtors Amended Motion Seeking Entry of an Order (related document(s)[1325]) filed by Layla Milligan on behalf of Texas Department of Banking, Texas State Securities Board |
| 1497 | Objection and Joinder to Limited Objection of the Coordinating States and Vermont With Respect to the Debtors Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors Earn Program, (Ii) Permitting the Sale of Stablecoin in the Ordinary Course and (Iii) Granting Related Relief (related document(s)[1492]) filed by Stephen Manning on behalf of State of Washington |
| 1498 | [Re: Earn ownership and Stablecoin motion] Response to Motion filed by Jeffrey Bernstein on behalf of New Jersey Bureau of Securities |
| 1499 | Objection to Motion Joinder of Matthew Pinto in Objections to Debtors' Amended Motion for Entry of an Order (1) Establishing Ownership of Assets in the Debtors' Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course, and (III) Granting Related Relief (related document(s)[1325]) filed by Jeffrey S. Cianciulli on behalf of Matthew Pinto |
| 1502 | Objection to Motion /The Official Committee of Unsecured Creditors' Limited Objection with respect to the Debtors Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief (related document(s)[1325]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors |
| 1503 | Objection to Motion for Entry of an Order (i) Establishing Ownership of Assets in the Debtors EARN Program, (ii) Permitting the Sale of Stablecoin in the Ordinary Course, and (iii) Granting Related Relief (related document(s)[1325]) filed by Joel L. Perrell Jr. on behalf of Josh Tornetta |
| 1504 | Declaration / Declaration of Aaron Colodny in support of The Official Committee of Unsecured Creditors' Limited Objection with respect to the Debtors' Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief (related document(s)[1502]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors |
| 1505 | Motion to Allow Secured Creditor Status And Deny Debtors' Request To Deem My Loan to Them as Unsecured, and Deny the Debtors the Ability to Sell My Assets in the Earned Program 'Free and Clear" of the Lien/Security Interest of a Secured Party. filed by Nicole Barstow |
| 1506 | Objection to Motion (related document(s)[1325]) filed by Jeremy Cohen Hoffing |

| 1507 | Objection to Motion (related document(s)[1325]) filed by Josh Medley |
| 1508 | Motion to Authorize /Motion for entry of an order to rule that ownership of ALL the coins she deposited into the Celsius Earn platform belong to her and not the Debtors, and that she retains all rights of title due to fraudulent misrepresentation, oral modification to the terms of service, the terms of service being ambiguous and not plain, and because Celsius was operating illegally by selling unregistered securities (related document(s)[1325], [901], [1416], [136]) filed by Rebecca Gallagher |
| 1510 | Motion to Approve /Motion Seeking a Ruling From This Court That Stablecoins and Assets in Earn Currently Held by Celsius et. al. are not property of the estate, that Michael Benzakens Returned Collateral, Outstanding Collateral, as well as all Assets on his Celsius User Account, Are Not, Nor Have They Ever Been, Nor Ought They Ever Be Property of the Estate Under 11 USC ¬ß 541 filed by Marc Benzaken |
| 1511 | Objection to Motion (related document(s)[1325], [832]) filed by Volkan Altunbay |
| 1512 | Motion to Approve a ruling that the stablecoins and assets in earned accounts are not property of the estate, that the assets and collateral on account are also not property of the estate, and that all of the digital assets held within his earn account be re-categorized and treated no differently than those assets held within his custody accounts under 11 USC ¬ß 541. filed by Michael Benzaken |
| 1515 | Objection to Motion (related document(s)[1325]) filed by Cameron Crews |
| 1516 | Objection TO DEBTORS AMENDED MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS IN THE DEBTORS EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE AND (III) GRANTING RELATED RELIEF, INCLUDING THE AMENDED MOTION ITSELF (related document(s)[1325], [832]) filed by Volkan Altunbay |
| 1517 | Objection TO THE DEBTORS AMENDED MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OWNERSHIP OF ASSETS IN THE DEBTORS EARN PROGRAM, (II) PERMITTING THE SALE OF STABLECOIN IN THE ORDINARY COURSE AND (III) GRANTING RELATED RELIEF (related document(s)[1325]) filed by George Georgious |
| 1519 | Objection to Motion Supplemental Omnibus Objection And Reservation Of Rights To The Debtors' Proposed Scheduling Order And The Debtors' Amended Motion For Entry Of An Order (I) Establishing Ownership Of Assets In The Debtors' Earn Program (II) Permitting The Sale Of Stablecoin In The Ordinary Course And (III) Granting Related Relief (related document(s)[1325]) filed by Immanuel Herrmann |

| | |
|---|---|
| 1531 | Declaration / Supplemental Declaration of Oren Blonstein, Head of Innovation and Chief Compliance Officer of Celsius Network Limited, with Respect to Certain Phase I Issues Pursuant to the Joint Stipulation and Agreed Scheduling Order by and among the Debtors, the Committee, and the Ad Hoc Groups with Respect to the Custody and Withhold Issues (related document(s)[1192], [1044]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1532 | Declaration / Supplemental Declaration of Oren Blonstein, Head of Innovation and Chief Compliance Officer of Celsius Network Limited, with Respect to the Custody and Withhold Issues (related document(s)[1192], [670], [1044]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1533 | Motion to Join (related document(s)[1489], [1430], [1485], [1490]) filed by Daniel Frishberg |
| 1534 | Letter to The Honorable Martin Glenn, dated 12/1/2022 Re: Depositions Filed by Daniel Frishberg. (Suarez, Aurea) |
| 1535 | Objection to Motion (related document(s)[1325]) filed by Victor Ubierna de las Heras |
| 1537 | Objection (Joinder in Various Objections and Reservation of Rights to the Debtors Motion For Entry of an Order Establishing Ownership of Assets in the Debtors Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief filed by Stuart McLean at Document No. 1491) (related document(s)[1325], [1491]) filed by Mark A. Lindsay on behalf of Courtney Burks Steadman |
| 1538 | Objection (Joinder in Various Objections and Reservation of Rights to the Debtors Motion For Entry of an Order Establishing Ownership of Assets in the Debtors Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief filed by Stuart McLean at Document No. 1491) (related document(s)[1491], [1325]) filed by Mark A. Lindsay on behalf of Brett Flora, Kim David Flora |
| 1540 | Letter / Response Regarding Additional Deposition Time for Oren Blonstein in Connection with Celsius' Motion to Sell Stablecoin (related document(s)[1325]) Filed by Joshua Sussberg on behalf of Celsius Network LLC. (Attachments: # (1) Exhibit A - Oren Blonstein Deposition Transcript (Redacted) # (2) Exhibit B - Christopher Ferraro Deposition Transcript (Redacted))(Sussberg, Joshua) |
| 1542 | Order signed on 12/1/2022 Requiring Debtors to Allow Daniel Frishberg to Depose Mr. Blonstein for a Limited Period and Scope. (Gomez, Jessica) |
| 1545 | Letter dated 11/30/2022 Re: Objection to Debtors claiming title to the assets I deposited in Celsius earn program. Filed by William Jelbert |
| 1553 | Motion to Join (related document(s)[1475]) filed by Immanuel Herrmann. (Suarez, Aurea) |

| | |
|---|---|
| 1554 | Letter to The Honorable Martin Glenn, dated 12/2/2022 Re: Opposing to the sale of assets, asking for ownership of my assets and full restitution. Filed by Tendille Romuald |
| 1559 | Response (related document(s)[1502]) filed by Immanuel Herrmann |
| 1561 | Certificate of Service for Joinder to Objection to Motion for Entry of an Order (i) Establishing Ownership of Assets in the Debtors EARN Program, (ii) Permitting the Sale of Stablecoin in the Ordinary Course, and (iii) Granting Related Relief (related document(s)[1503]) Filed by Emily K. Devan on behalf of Josh Tornetta |
| 1563 | Joint Stipulation and Agreed Order, signed on 12/2/2022, By and Among the Debtors and the Withhold Ad Hoc Group Regarding Cryptocurrency Amounts to Satisfy Withhold Liabilities. (related document(s)[1550]) |
| 1565 | Omnibus Reply to Motion / Debtors' Omnibus Reply in Support of Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief (related document(s)[670]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1567 | Memorandum of Law / Debtors' Responsive Brief on Phase I Custody and Withhold Issues (related document(s)[670]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1571 | Response / The Official Committee of Unsecured Creditors' Response Brief on Phase I Custody and Withhold Issues (related document(s)[1044]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors |
| 1572 | Response /Ad Hoc Group of Custodial Account Holders' Response to the Debtors' and the Creditors' Committee's Phase I Opening Briefs (related document(s)[1291], [1290]) filed by Kyle J. Ortiz on behalf of Ad Hoc Group of Custodial Account Holders |
| 1573 | Opposition Brief / Ad Hoc Group of Withhold Account Holders' Phase I Response Brief with Respect to the Custody and Withhold Issues filed by Deborah Kovsky-Apap on behalf of Ad Hoc Group of Withhold Account Holders |
| 1574 | Response to the Debtors' and Creditors' Committee Phase I Opening Briefs and in Support of RH Montgomery's Limited Objection (related document(s)[1291], [1290], [1293]) filed by Tyler Nathaniel Layne on behalf of RH Montgomery Properties, Inc. |
| 1576 | Affidavit / Third Supplemental Verified Statement Pursuant to Bankruptcy Rule 2019 (related document(s)[1288], [736], [632]) Filed by Deborah Kovsky-Apap on behalf of Ad Hoc Group of Withhold Account Holders |
| 1577 | Notice to Take Depositions / Daniel Frishberg's Notice of Deposition of Oren Blonstein (related document(s)[1542]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |

| | |
|---|---|
| 1578 | Reply to Motion / Debtors' Reply in Support of Debtors' Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors' Earn Program, (II) Permitting the Sale of Stablecoin in the Ordinary Course, and (III) Granting Related Relief and Response to Certain Objections Thereto (related document(s)[1325]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1579 | Statement / Series B Preferred Holders' Statement Regarding The Debtors' Motion for Entry of an Order (I) Extending The Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of The Bankruptcy Code and (II) Granting Related Relief (related document(s)[1317]) filed by Nelly Cessiska Almeida on behalf of Celsius New SPV Investors, LP, Celsius SPV Investors, LP, Community First Partners, LLC |
| 1580 | Stipulation / Joint Stipulation and Agreed Order by and Among the Debtors, the Ad Hoc Groups, and the Official Committee of Unsecured Creditors Regarding the Admissibility of the Interim Examiner Report for the Phase I Issues Hearing Filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1581 | Stipulation / Joint Stipulation and Agreed Order by and Among the Debtors and the Withhold Ad Hoc Group Regarding Certain Transfers Between Earn and Withhold Accounts Filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1584 | Supplemental Declaration of Oren Blonstein, Head of Innovation and Chief Compliance Officer of the Debtors, in Support of the Debtors' Motion Regarding Ownership of Earn Assets and the Sale of Stablecoin (related document(s)[1325]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1590 | Statement / Debtors' Witness List and Exhibit List for Matters Set for Hearing December 5, 2022 (Hearing to be Held in a Hybrid Fashion Both in Person and via Zoom for Government) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1592 | Objection to Motion / The Official Committee of Unsecured Creditors' Objection to Debtors' Motion Seeking Entry of an Order (I) Setting A Briefing Schedule and (II) Granting Related Relief (related document(s)[1338]) filed by Gregory F Pesce on behalf of The Official Committee of Unsecured Creditors |
| 1593 | Statement / Debtors' Witness List and Exhibit List for Matters Set for Hearing December 5, 2022 (Hearing to be Held in a Hybrid Fashion Both in Person and via Zoom for Government) filed by Joshua Sussberg on behalf of Celsius Network LLC. with hearing to be held on 12/5/2022 at 10:00 AM at Videoconference (ZoomGov) (MG) (Sussberg, Joshua) |
| 1595 | Notice of Agenda / Second Amended Agenda for Hearings on Debtors' Amended Earn/Stablecoin Motion to be Held December 5, 2022 at 10:00 a.m. and December 6, 2022 at 10:00 a.m. (Hearing to Take Place in a Hybrid Fashion Both in Person and via Zoom for Government) filed by Joshua Sussberg on behalf of Celsius Network LLC. with hearing to be held on 12/5/2022 at 10:00 AM at Videoconference (ZoomGov) (MG) (Sussberg, Joshua) |

| | |
|---|---|
| 1597 | Statement / Notice of Filing December 5, 2022, Hearing Presentation filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1599 | Motion to Join (related document(s)[1416], [1430]) filed by Immanuel Herrmann |
| 1602 | Motion to Join (related document(s)[1490]) filed by Immanuel Herrmann |
| 1603 | Motion to Join (related document(s)[1430], [1492]) filed by Jarno Oberg |
| 1618 | Letter /Personal Letter Between Thomas Hall and Alex Mashinsky, Re: Release of my funds on 06/15/2022 one month prior to filing for Chapter 11. Filed by Thomas A. Hall |
| 1623 | Stipulation / Joint Stipulation and Agreed Order by and Among the Debtors, the Ad Hoc Groups, and the Official Committee of Unsecured Creditors Regarding the Phase I Issues Hearing Filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1631 | Statement / Series B Preferred Holders' Statement (A) In Support of Debtors' Motion Seeking Entry of an Order (I) Setting a Briefing Schedule and (II) Granting Related Relief and (B) In Response to The Committee's Objection (related document(s)[1338], [1592]) filed by Nelly Cessiska Almeida on behalf of Celsius New SPV Investors, LP, Celsius SPV Investors, LP, Community First Partners, LLC |
| 1649 | Motion to Authorize /Motion to Release Loan Repayment or Collateral Due Upon Loan Completion. filed by Vincent Burniske |
| 1652 | Adversary case 22-01179. Complaint against Celsius Network LLC, Celsius Keyfi LLC, Celsius Mining LLC, Celsius Network Inc., Celsius Network Limited, Celsius Networks Lending LLC, Celsius US Holding LLC (Fee Amount $ 350.) (Receipt Number 61416.). Nature(s) of Suit: (11 (Recovery of money/property - 542 turnover of property)), (12 (Recovery of money/property - 547 preference)), (13 (Recovery of money/property - 548 fraudulent transfer)), (14 (Recovery of money/property - other)) Filed by Daniel Frishberg |
| 1656 | Transcript regarding Hearing Held on 12/05/2022 At 9:57 AM RE: Debtor's Motion Seeking Entry Of An Order (I) Permitting The Sale Of Stablecoin In The Ordinary Course And (II) Granting Related Relief.; Etc. Remote electronic access to the transcript is restricted until 3/9/2023 |
| 1657 | Letter to The Honorable Martin Glenn, dated 12/9/2022 Re: Request for restitution of funds deposited under the Terms of Service Version 4 and prior. Filed by Romuald Tendille |
| 1659 | Letter to The Honorable Martin Glenn, dated 12/7/2022 Re: Assets deposited prior to Terms of Service Version 5 and untouched since that date. Filed by Romuald Tendille |
| 1680 | Statement / Ignat Tuganov's Joinder and Supplement to Motion Appointing a Mediator (related document(s)[1630]) filed by Jeffrey S. Sabin on behalf of Ignat Tuganov. (Sabin, Jeffrey) |

| | |
|---|---|
| 1684 | Transcript regarding Hearing Held on 12/07/2022 At 9:00 AM RE: Phase I Of Hybrid Trial RE: Withhold Account Holders.; Motion Seeking Entry Of An Order (I) Authorizing The Debtors To Reopen Withdrawals For Certain Customers With Respect To Certain Assets Held In The Custody Program And Withhold Accounts And (II) Granting Related Relief. Remote electronic access to the transcript is restricted until 3/13/2023 |
| 1697 | Letter to The Honorable Martin Glenn, dated 12/14/2022 Re: I would like my percentage of cryptocoins back and take the chance that the market will come back eventually. Filed by David Dalhart |
| 1747 | Order, Signed on 12/19/2022, (I) Setting A Briefing Schedule and (II) Granting Related Relief. (related document(s)[1338], [1729]) |
| 1755 | Notice of Proposed Order / Notice of Filing Revised Proposed Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief (related document(s)[670]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1767 | Order, Signed on 12/20/2022, (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers With Respect to Certain Assets held in the Custody Program and Withhold Accounts and (II) Granting Related Relief (Related Doc # [670], [1755]) |
| 1768 | Letter to The Honorable Martin Glenn, dated 11/29/2022 Re: Return of balance held by Celsius. Filed by Brock Johnson |
| 1769 | Letter to The Honorable Martin Glenn, dated 12/11/22 Re: Return of Coins investment Filed by Suzanne Kleiman |
| 1780 | Motion to Approve /Motion for entry of an order to rule that (1) ownership of ALL the coins deposited by me into the Celsius Earn platform belong to me and not the Debtors, (2) that the coins are due to me in kind as BTC, MATIC, OMG and not in another form, and (3) that the Earn account receives equal standing (seniority/preference) in bankruptcy proceedings with Custody Accounts. filed by Connie Kwan |
| 1795 | Memorandum of Law / Series B Preferred Holders' Opening Brief on the Issue of which Debtors are Liable to Customers Under the Terms of Use filed by Nelly Cessiska Almeida on behalf of Celsius New SPV Investors, LP, Celsius SPV Investors, LP, Community First Partners, LLC |
| 1796 | Declaration of Melanie Westover Yanez in Support of Series B Preferred Holders' Opening Brief on the Issue of which Debtors are Liable to Customers Under the Terms of Use (related document(s)[1795]) filed by Nelly Cessiska Almeida on behalf of Celsius New SPV Investors, LP, Celsius SPV Investors, LP, Community First Partners, LLC |

| | |
|---|---|
| 1797 | Memorandum of Law / The Official Committee of Unsecured Creditors' Opening Brief Regarding Debtors that are Liable to Account Holders Under the Global Contract (the "Terms of Use") between Celsius and Account Holders (related document(s)[1747]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors |
| 1798 | Declaration of Aaron Colodny in support of The Official Committee of Unsecured Creditors' Opening Brief Regarding Debtors that are Liable to Account Holders Under the Global Contract (the "Terms of Use") between Celsius and Account Holders (related document(s)[1797]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors |
| 1799 | Memorandum of Law / Debtors' Opening Brief Regarding Account Holders' Claims Issues filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1809 | Letter to The Honorable Martin Glenn, dated 12/3/2022 Re: Not provided the option to contest the sale of Celsius assets, etc. Filed by Stephen James Petlenk |
| 1811 | Letter To The Honorable Martin Glenn, dated 12/30/2022 Re: Requesting return of original deposit amounts in the same manner as they are being returned to those who hold Custody Assets and Withhold Assets. Filed by L. Carla Marshall. (Suarez, Aurea) |
| 1812 | Statement /Notice Declaring Celsius Network Operated as a Ponzi Scheme From 2021-2022. filed by Cameron Crews |
| 1813 | Motion to Authorize /Motion for entry of an order to rule that (1) ownership of ALL the coins he deposited into the Celsius Earn platform belong to him and not the Debtors, (2) that the coins are due to him in kind as AVAX, BTC, CEL, ETH, LINK, MATIC, USDC and not in another form, and (3) that the Earn account receives equal standing (seniority/preference) in bankruptcy proceedings with Custody Accounts. filed by Daron Stevens |
| 1814 | Amended Motion to Approve a ruling that the stablecoins and assets in earned accounts are not property of the estate, that the assets and collateral on account are also not property of the estate, and that all of the digital assets held within his earn account be re-categorized and treated no differently than those assets held within his custody accounts under 11 USC ¬ß 541. (related document(s)[1510]) filed by Michael Benzaken |
| 1816 | Amended Motion to Allow/Amended Verified Motion Seeking to Preserve My Right For Determination That My Personal Earn Program Assets Receive The Same Atanding as Custody Accounts and Are Not Property of These Estates and Request For Hearing (related document(s)1346) filed by Kulpreet Khanuja |
| 1822 | Memorandum Opinion and Order, Signed on 1/4/2023, Regarding Ownership of Earn Account Assets. (related document(s)[1325], [832] |
| 1830 | Order, Signed on 1/6/2023, Denying Douglas Saker's Motion to be Considered to be a Secured Creditor (Related Doc # [990]) |

| | |
|---|---|
| 1831 | Order, Signed on 1/6/2023, Denying Lucas Holcomb's Motion to be Considered a Secured Creditor (Related Doc # [965]) |
| 1832 | Order, Signed on 1/6/2023, Denying Nicole Barstow's Motions to be Considered a Secured Creditor (Related Doc # [950], Doc # [1276], Doc # [1505]) |
| 1833 | Order, Signed on 1/6/2023, Denying Kwok Mei Pos Motion Seeking a Ruling of Full Ownership of Funds (Related Doc ## [877], [1307], [1373], [1822]) |
| 1833 | Order, Signed on 1/6/2023, Denying Kwok Mei Pos Motion Seeking a Ruling of Full Ownership of Funds |
| 1839 | Letter to The Honorable Martin Glenn, dated 1/5/2023 Re: Request my Celsius account be considered a Custody account, which in fact it originally was. I also hope that Celsius deceitful and unscrupulous actions regarding the handling of Earn accounts be carefully traced back and investigated. Filed by Godfrey Thomson |
| 1854 | Letter to The Honorable Martin Glenn, dated 1/11/2023 Re: Return all assets in crypto and money currency to every individual investors. Filed by Long Ngo. (Suarez, Aurea) |
| 1868 | Letter to The Honorable Martin Glenn Re: Why the exact cryptocurrencies themselves should be returned in full, because of the trust arrangement, and the maxims of equity. Filed by Perry T. Plotkin |
| 1872 | Objection / Debtors' Omnibus Objection to Certain Motions Set for the January 24, 2023 Omnibus Hearing (related document(s)[1510], [1508], [1346], [1512], [1816], [1814]) filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1877 | Transcript regarding Hearing Held on 1/11/2023 at 9:00am RE: Motion of Plaintiffs for Preliminary Injunction Pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure. Remote electronic access to the transcript is restricted until 4/18/2023 |
| 1891 | Letter to The Honorable Martin Glenn, dated 1/6/2023 Re: Ruling on who owns the assest, and my concerns, etc. Filed by Travis Cleary |
| 1908 | Response (related document(s)[1508], [1872]) filed by Rebecca Gallagher |
| 1909 | Response /Reply (related document(s)[1872], [1816]) filed by Kulpreet Khanuja |
| 1910 | Letter to The Honorable Martin Glenn, dated 1/22/2023 Re: Request to reconsider the ramifications of your opinion as to the ownership of our deposits. Filed by David Dalhart |
| 1926 | Notice of Withdrawal (related document(s)[1510]) filed by Michael Benzaken. (Suarez, Aurea) |
| 1933 | Order, Signed on 1/25/2023, Denying Rebecca Gallagher's Motion Seeking a Ruling That all the Coins Deposited in Celsius Earn are her Property (Related Doc # [1508]) |

| | |
|---|---|
| 1934 | Order, Signed on 1/25/2023, Denying Kulpreet Khanuja's Motion Seeking a Ruling That Personal Earn Assets are not Property of the Debtors' Estates (Related Doc # [1816]) |
| 1935 | Order, Signed on 1/25/2023, Denying Marc Benzaken's Motion Seeking a Ruling That Earn Assets in his Account are not Property of the Debtors' Estates (Related Doc # [1510]) |
| 1949 | Statement / Notice of Filing of Transcript from Omnibus Hearing Held on January 24, 2023 filed by Joshua Sussberg on behalf of Celsius Network LLC |
| 1956 | Examiner's Report / Final Report of Shoba Pillay, Examiner Filed by Vincent Edward Lazar on behalf of Shoba Pillay |
| 1894 | Notice of Appeal (related document(s)[1822]) filed by Kulpreet Khanuja, Georges Georgiou, Luke P. Nowak, Christopher J. Little, Daniel A. Frishberg, Immanuel Herrmann |
| Adversary Case #22-01139 D.R. 64 | Transcript regarding Hearing Held on 1/10/2023 at 10:57am RE: Status Conference. Remote electronic access to the transcript is restricted until 4/13/2023. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/20/2023. Statement of Redaction Request Due By 2/3/2023. Redacted Transcript Submission Due By 2/13/2023. Transcript access will be restricted through 4/13/2023. (Garcia, Pedro) |
| Adversary Case #22-01139 D.R. 67 | Transcript regarding Hearing Held on 1/11/2023 at 9:00am RE: Motion of Plaintiffs for Preliminary Injunction Pursuant to Rule 7065 of the Federal Rules of Bankruptcy Procedure. Remote electronic access to the transcript is restricted until 4/18/2023. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) [22], [34], [20], [32], [58], [52], [28], [29], [21], [53], [24], [51], [43], [44], [27], [33], [23], [42], [57], [25], [45]). Notice of Intent to Request Redaction Deadline Due By 1/25/2023. Statement of Redaction Request Due By 2/8/2023. Redacted Transcript Submission Due By 2/21/2023. Transcript access will be restricted through 4/18/2023. (Garcia, Pedro) |
| Adversary Case #22-01142, D.R. 10 | Notice of Proposed Order / Notice of Filing of Revised Proposed Joint Stipulation and Agreed Scheduling Order by and Among the Debtors, the Committee, and the Ad Hoc Groups with Respect to the Custody and Withhold Issues (related document(s)[9]) filed by Joshua Sussberg on behalf of Celsius Keyfi LLC, Celsius Lending LLC, Celsius Mining LLC, Celsius Network Inc., Celsius Network LLC, Celsius Network Limited, Celsius Networks Lending LLC, Celsius US Holding LLC. (Sussberg, Joshua) |

| | |
|---|---|
| Adversary Case #22-01142, D.R. 11 | Transcript regarding Hearing Held on 10/7/2022 at 10:03am RE: Ad Hoc Group of Withhold Account Holders Motion for Relief from The Automatic Stay. Remote electronic access to the transcript is restricted until 1/9/2023. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) [4], [7], [8], [1], [6]). Notice of Intent to Request Redaction Deadline Due By 10/18/2022. Statement of Redaction Request Due By 11/1/2022. Redacted Transcript Submission Due By 11/14/2022. Transcript access will be restricted through 1/9/2023. (Garcia, Pedro) |
| Adversary Case #22-01142, D.R. 9 | Notice of Proposed Order/Letter and Proposed Joint Stipulation and Agreed Scheduling Order by and Among the Debtors, the Committee, and the Ad Hoc Groups with Respect to the Custody and Withhold Issues (Related Document(s)[1]) filed by Joshua Sussberg on behalf of Celsius Keyfi LLC, Celsius Lending LLC, Celsius Mining LLC, Celsius Network Inc., Celsius Network LLC, Celsius Network Limited, Celsius Networks Lending LLC, Celsius US Holding LLC. (Sussberg, Joshua) |
| 1974 | Notice of Appeal (related document(s)[1934]) filed by Kulpreet Khanuja. (Rouzeau, Anatin) |
| 2001 | Adversary case 23-01007. Complaint against Celsius Network LLC (Fee Amount $ 350.). Nature(s) of Suit: (91 (Declaratory judgment)), (21 (Validity, priority or extent of lien or other interest in property)), (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))), (14 (Recovery of money/property - other)) Filed by David J. Adler on behalf of Ad Hoc Group of Borrowers. (Adler, David) |

## Depositions

Deposition of Christopher Ferraro, November 21, 2022

Deposition of Oren Blonstein, November 22, 2022

Deposition of Robert Campagna, November 22, 2022

Deposition of Oren Blonstein, December 2, 2022

Respectfully submitted,

*/s/ Kulpreet Khanuja*

Kulpreet Khanuja
*Pro Se*
February 14, 2023


**CERTIFICATE OF SERVICE**

I certify that on Tuesday, February 14, 2023, a true and correct copy of the *Appellant's Statement*

*of Issues to Be Presented and Designation of Items to Be Included in the Record of Appeal* was

filed with the Clerk of the United States Bankruptcy Court in the Southern District of New York

served upon the Core/2002 service list by electronic mail, in accordance with the SDNY

Bankruptcy Court's *Amended Final Order (I) Establishing Certain Notice, Case Management,*

*And Administrative Procedures, And (II) Granting Related Relief* (ECF Docket No. 1181)


*/s/ Kulpreet Khanuja*
Kulpreet Khanuja
*Pro Se*
February 14, 2023