**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors | Case No. 22-10964 (MG)<br>Ch. 11<br><br>Jointly Administered |

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Melissa L. Van Eck, to be admitted, ***pro hac vice***, to represent, the Commonwealth of Pennsylvania, Department of Revenue (the "Client") a creditor in the above referenced bankruptcy cases, and upon the movant's certification that the movant is a member of good standing of the bars of the Commonwealth of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, and the United States District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED**, that Melissa L. Van Eck, Esq., is admitted to practice, ***pro hac vice***, in the above referenced bankruptcy cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____        /s/ _____
New York, New York                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4114); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.