Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Initial Debtors and Debtors in Possession*

*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### FOURTH SUPPLEMENTAL NOTICE OF ADDITIONAL PHISHING ATTEMPTS

**PLEASE TAKE NOTICE** that, on February 14, 2023, the Debtors became aware that additional phishing emails[2] purported to be from Stretto, Inc. were being sent to certain of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] On November 30, 2022, the Debtors filed the *Notice of Phishing Attempts* [Docket No. 1527] (the "Original Notice") to inform parties in interest of phishing emails sent to certain of the Debtors' customers purporting to be from restructuring associates at Kirkland & Ellis LLP and requesting that customers submit their wallet addresses and other account information to receive claim distributions. Copies of such emails are attached to the Original Notice as Exhibit A. Additionally, on December 13, 2022, the Debtors filed the *Supplemental Notice of Phishing Attempts* [Docket No. 1681] (the "Supplemental Notice") to inform parties in interest of third-party reports of these and similar phishing emails targeting cryptocurrency users and their potential sources. Copies of such reports are attached to the Supplemental Notice as Exhibit A. On January 22, 2023, the Debtors filed the *Second*

Debtors' customers advertising an alleged opportunity to receive "1 of 5000 NFT valued at .1 ETH" and containing a suspicious hyperlink. A copy of such an email is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that these emails are ***not authorized messages*** from the Debtors or Stretto, Inc., the Debtors' claims agent, and are ***strongly suspected to be phishing scams containing links to malware or otherwise seeking to obtain personally identifiable information and account information of customers***.

**PLEASE TAKE FURTHER NOTICE** that neither the Debtors nor their advisors will ***ever*** contact you by email, telephone call, or otherwise to request account information or other personal information absent an (i) order by the Court or (ii) on-the-record instruction from the Court; *provided* that, in connection with the Court's *Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief* [Docket No. 1767] (the "Withdrawal Order"), prior to the Debtors' reopening of withdrawals, the Debtors will provide notice to parties in interest with respect to the process for withdrawing digital assets off of the Debtors' platform in accordance with the procedures set forth in the *Notice of Schedule of Custody Users Entitled to Withdraw Certain Assets* [Docket No. 1958] (the "Withdrawal Notice").

---

*Supplemental Notice of Additional Phishing Attempts* [Docket No. 1904] (the "Second Supplemental Notice") to inform parties in interest of phishing texts and emails sent to certain of the Debtors' customers purporting to be a senior manager at Stretto, Inc., and requesting that customers submit their official personal identification, cryptocurrency wallet addresses, bank accounts, and contact information to receive claim distributions, and pay a purported "filing fee" and "tax fee." Copies of such texts and emails were attached to the Second Supplemental Notice as Exhibit A and Exhibit B, respectively. On February 6, 2023, the Debtors filed the *Third Supplemental Notice of Additional Phishing Attempts* [Docket No. 1992] (the "Third Supplemental Notice") to inform parties in interest of similar phishing emails sent to certain of the Debtors' customers purporting to be a senior manager at Stretto, Inc., that contained a hyperlink to a ***falsified*** order (the "Falsified Order") purportedly from the United States Bankruptcy Court for the Southern District of New York (the "Court"). A copy of such emails, a redline showing the differences between the Falsified Order and the correct copy of the *Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 526], and a copy of the Falsified Order were attached to the Third Supplemental Notice as Exhibit A, Exhibit B, and Exhibit C, respectively.

**PLEASE TAKE FURTHER NOTICE** that, if you receive any message purporting to be from the Debtors or their advisors and requesting account information, personal information, or payment, we ask that you please contact the Debtors ***immediately*** at CelsiusCreditorQuestions@kirkland.com or the Debtors' claims agent, Stretto, at CelsiusInquiries@stretto.com.

**PLEASE TAKE FURTHER NOTICE** that copies of, the Original Notice, the Supplemental Notice, the Second Supplemental Notice, the Withdrawal Order, the Withdrawal Notice, the Third Supplemental Notice, and all other documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: February 15, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>ross.kwasteniet@kirkland.com<br>chris.koenig@kirkland.com<br>dan.latona@kirkland.com<br><br>*Counsel to the Initial Debtors and Debtors in Possession*<br><br>*Proposed Counsel to the GK8 Debtors and Debtors in Possession* |

# Exhibit A

# Phishing Email

