UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
: 
In re : Chapter 11
:
CELSIUS NETWORK LLC, *et al.*,[1] : Case No. 22-10964 (MG)
:
: Jointly Administered
Debtors. :
---------------------------------------------------------- x

## ORDER DIRECTING DEBTORS TO SHOW CAUSE
## WHY THEY SHOULD NOT RETAIN WILLIS TOWERS WATSON

Upon the United States Trustee's Motion for Order to Show Cause Why the Debtors Should Not Retain Willis Towers Watson [ECF Dkt. No. 2042], this Court:

1. **HEREBY ORDERS THAT**, by no later than March 1, 2023, Celsius Network LLC and its affiliated debtors ("**Debtors**") shall file with this Court a writing as to why Willis Towers Watson should not be retained in these bankruptcy cases; it is further

2. **ORDERED,** that all pleadings or documents filed in response to or in support of this Order shall be served on the United States Trustee and the Official Committee of Unsecured Creditors, both through counsel; and it is further

3. **ORDERED,** that a hearing on this Order shall be held on **March 8, 2023 at 11:00 a.m. EST Using Zoom for Government**.[i]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**IT IS SO ORDERED.**

Dated:  February 16, 2023
        New York, New York

                                                **/s/ Martin Glenn**
                                                MARTIN GLENN
                                   Chief United States Bankruptcy Judge

---

[i] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing.  Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time on March 7, 2023.  After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.