Kwok Mei Po

*Pro se Celsius creditor*

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

_____

) In re: ) ) CELSIUS NETWORK LLC, *et al.*, [1] ) ) Debtors. )

_____

Chapter 11
Case No. 22-10964 (MG)

**NOTICE to WITHDRAW Kwok Mei Po's Amended Notice of Appeal (court docket 1952)**

**PLEASE TAKE NOTICE that the above-captioned pro se Celsius creditor, hereby withdraws Kwok Mei Po's Amended Notice of Appeal (court docket 1952), which was filed on January 30th, 2023.**

/s/ Kwok Mei Po
Kwok Mei Po Pro Se
15th February, 2023