**Exhibit A**

**Timekeeper Summary**

| Timekeeper Name | Title | Year of Admission | Area of Expertise | Sum of Hours | Average of Rate | Sum of Amount |
|---|---|---|---|---|---|---|
| **Amulic, Andrea** | Associate | 2017 | Financial Restructuring & Insolvency (FRI) Practice | 93.9 | $1,060.00 | $99,534.00 |
| **Andolina, Michael** | Partner | 1999 | Commercial Litigation Practice | 10.3 | $1,470.00 | $15,141.00 |
| **Ash, Nikita** | Associate | 2021 | Commercial Litigation Practice | 19.6 | $770.00 | $15,092.00 |
| **Branson, Ariell** | Law Clerk | N/A | Pool Associates - Litigation | 32.7 | $680.00 | $22,236.00 |
| **Cange, Gloria** | Law Clerk | N/A | Commercial Litigation Practice | 19.3 | $680.00 | $13,124.00 |
| **Chemborisov, Gleb** | Litigation Specialist | N/A | Timekeeper Pool | 27.4 | $355.00 | $9,727.00 |
| **Chen, Tony** | Project Manager - Litigation Support | N/A | Timekeeper Pool | 41.0 | $355.00 | $14,555.00 |
| **Colodny, Aaron** | Partner | 2013 | Financial Restructuring & Insolvency (FRI) Practice | 166.9 | $1,270.00 | $211,963.00 |
| **Curtis, Lucas** | Associate | 2020 | Commercial Litigation Practice | 161.9 | $770.00 | $124,663.00 |
| **Diamond, Colin** | Partner | 2000 | Securities Practice | 3.7 | $1,810.00 | $6,697.00 |
| **Dufner, Emily** | Law Clerk | N/A | Pool Associates - Litigation | 8.5 | $680.00 | $5,780.00 |
| **Edgington, Christopher** | Associate | 2016 | Financial Restructuring & Insolvency (FRI) Practice | 6.8 | $1,090.00 | $7,412.00 |
| **Eliaszadeh, Chante** | Associate | 2021 | Bank Advisory Practice | 70.3 | $770.00 | $54,131.00 |
| **Ericksen, A.J.** | Partner | 2005 | Securities Practice | 15.8 | $1,350.00 | $21,330.00 |
| **Greenagel, Kelsey** | Law Clerk | N/A | Pool Associates - Litigation | 21.2 | $680.00 | $14,416.00 |
| **Gundersen, Kathryn** | Associate | 2022 | Commercial Litigation Practice | 14.9 | $680.00 | $10,132.00 |
| **Gurland, Carolyn** | Partner | 1995 | Commercial Litigation Practice | 94.2 | $1,270.00 | $119,634.00 |
| **Haqqani, Mira** | Associate | 2022 | Financial Restructuring & Insolvency (FRI) Practice | 91.8 | $680.00 | $62,424.00 |
| **Havlin, Kim** | Partner | 2008 | Commercial Litigation Practice | 20.2 | $1,350.00 | $27,270.00 |
| **Hershey, Samuel** | Partner | 2013 | Commercial Litigation Practice | 104.2 | $1,270.00 | $132,334.00 |
| **Jaoude, Michael** | Associate | 2018 | Commercial Litigation Practice | 157.7 | $1,060.00 | $167,162.00 |
| **Jones, Charlotte** | Trainee Lawyer | N/A | Financial Restructuring & Insolvency (FRI) Practice | 9.8 | $500.00 | $4,900.00 |
| **Kava, Sam** | Associate | 2020 | Financial Restructuring & Insolvency (FRI) Practice | 57.3 | $770.00 | $44,121.00 |
| **Konstantynovski, Alex** | Associate | 2022 | Financial Restructuring & Insolvency (FRI) Practice | 25.6 | $770.00 | $19,712.00 |
| **Koster, Charles** | Partner | 2009 | Financial Restructuring & Insolvency (FRI) Practice | 5.1 | $1,270.00 | $6,477.00 |
| **Kozakevich, Esther** | Associate | 2022 | Commercial Litigation Practice | 7.7 | $680.00 | $5,236.00 |
| **Kuethman, Kathryn** | Associate | 2021 | Commercial Litigation Practice | 12.0 | $770.00 | $9,240.00 |
| **Landy, Douglas** | Partner | 1994 | Bank Advisory Practice | 70.2 | $1,700.00 | $119,340.00 |

| Lingle, Barrett | Associate | 2020 | Financial Restructuring & Insolvency (FRI) Practice | 120.2 | $890.00 | $106,978.00 |
|---|---|---|---|---|---|---|
| Litz, Dominic | Associate | 2018 | Financial Restructuring & Insolvency (FRI) Practice | 104.1 | $940.00 | $97,854.00 |
| Mahjoub, Samer | Associate | 2012 | EIPF Practice | 14.5 | $980.00 | $14,210.00 |
| Mederos, Rudy | Project Manager - Litigation Support | 2001 | Timekeeper Pool | 31.6 | $595.00 | $18,802.00 |
| O'Connell, Caitlin | Associate | 2018 | Financial Restructuring & Insolvency (FRI) Practice | 58.0 | $940.00 | $54,520.00 |
| Ofner, Charlie | Partner | 2007 | EIPF Practice | 20.4 | $1,270.00 | $25,908.00 |
| Pesce, Gregory | Partner | 2011 | Financial Restructuring & Insolvency (FRI) Practice | 173.9 | $1,350.00 | $234,765.00 |
| Pico, Gabriella | Associate | 2022 | Commercial Litigation Practice | 62.8 | $680.00 | $42,704.00 |
| Quinn, Logan | Associate | 2021 | Commercial Litigation Practice | 11.5 | $890.00 | $10,235.00 |
| Radek, Mariel | Associate | 2022 | Commercial Litigation Practice | 8.1 | $680.00 | $5,508.00 |
| Ramirez, John | Associate | 2009 | Financial Restructuring & Insolvency (FRI) Practice | 31.7 | $1,170.00 | $37,089.00 |
| Repel, Noah | Associate | 2021 | Commercial Litigation Practice | 51.7 | $680.00 | $35,156.00 |
| Rogers, Jonathan | Partner | 2006 | Financial Institutions Advisory Practice | 2.6 | $1,350.00 | $3,510.00 |
| Rudolph, Andrew | Associate | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 109.3 | $770.00 | $84,161.00 |
| Seck, Ndeye Aita | Law Clerk | N/A | Pool Associates - Litigation | 4.5 | $680.00 | $3,060.00 |
| Shabir, Zarka | Law Clerk | N/A | Pool Associates - Litigation | 8.0 | $680.00 | $5,440.00 |
| Sinai, Leel | Associate | 2013 | Bank Advisory Practice | 18.0 | $1,090.00 | $19,620.00 |
| Smith, Trudy | Associate | 2016 | Financial Restructuring & Insolvency (FRI) Practice | 15.4 | $1,060.00 | $16,324.00 |
| Spencer, Paige | Project Manager - Litigation Support | 2014 | Practice Technology - Disputes | 30.5 | $595.00 | $18,147.50 |
| Sutherland-Smith, Kathryn | Associate | 2014 | Financial Restructuring & Insolvency (FRI) Practice | 10.8 | $1,090.00 | $11,772.00 |
| Swingle, Adam | Associate | 2018 | Financial Restructuring & Insolvency (FRI) Practice | 128.5 | $940.00 | $120,790.00 |
| Taylor, Miles | Associate | 2019 | Financial Restructuring & Insolvency (FRI) Practice | 22.0 | $940.00 | $20,680.00 |
| Telemi, Romer | Associate | 2021 | Commercial Litigation Practice | 95.6 | $890.00 | $85,084.00 |
| Turetsky, David | Partner | 2003 | Financial Restructuring & Insolvency (FRI) Practice | 132.6 | $1,620.00 | $214,812.00 |
| Urschel, Eric | Associate | 2015 | Tax Practice | 6.2 | $1,090.00 | $6,758.00 |
| Venes, Aileen | Legal Assistant | N/A | Financial Restructuring & Insolvency (FRI) Practice | 36.2 | $355.00 | $12,851.00 |
| Walker, Cecilia | Associate | 2014 | Commercial Litigation Practice | 75.5 | $1,130.00 | $85,315.00 |
| Warren, Gregory | Associate | 2016 | Financial Restructuring & Insolvency (FRI) Practice | 146.8 | $1,060.00 | $155,608.00 |
| Waterfield, Amy | Project Manager - Litigation Support | 1997 | Practice Technology - Disputes | 27.9 | $595.00 | $16,600.50 |
| Wofford, Keith | Partner | 1994 | Financial Restructuring & Insolvency (FRI) Practice | 146.0 | $1,810.00 | $264,260.00 |
| Zatz, Andrew | Partner | 2008 | Financial Restructuring & Insolvency (FRI) Practice | 13.6 | $1,350.00 | $18,360.00 |
| **Grand Total** | | | | 3088.5 | | $3,210,665.00 |