## Exhibit B

## Project Summary

| CODE | PHASE | Hours | Amount |
|---|---|---|---|
| B01 | Asset Analysis / Disposition | 262.9 | $322,298.00 |
| B02 | Automatic Stay Issues | 0.0 | $0.00 |
| B03 | Avoidance Actions | 11.4 | $11,532.00 |
| B04 | Bitcoin Mining, Crypto Matters, and Business Operations | 77.5 | $101,900.00 |
| B05 | Case Administration | 248.2 | $212,268.00 |
| B06 | Case Strategy | 39.1 | $49,838.50 |
| B07 | Claims Administration and Objections | 40.3 | $38,114.50 |
| B08 | Committee Meetings / Communications | 106.8 | $121,494.00 |
| B09 | Communications with Account Holders | 16.2 | $14,689.00 |
| B10 | Corporate / Securities Issues | 62.0 | $96,696.00 |
| B11 | Customer Issues | 337.5 | $340,605.00 |
| B12 | Discovery | 615.6 | $545,134.50 |
| B13 | Employee issues | 8.4 | $6,771.00 |
| B14 | Executory Contracts / Unexpired Leases | 2.4 | $1,964.00 |
| B15 | Financing Matters | 0.5 | $585.00 |
| B16 | First Day Pleadings | 0.0 | $0.00 |
| B17 | Hearings and Court Matters | 110.0 | $144,451.50 |
| B18 | Insurance Issues | 3.7 | $4,363.00 |
| B19 | Lien Review / Investigation | 480.2 | $478,395.00 |
| B20 | Nonworking Travel Time Billed | 0.0 | $0.00 |
| B21 | Plan / Disclosure Statement | 136.2 | $171,321.00 |
| B22 | Reports and Schedules Review | 2.2 | $2,068.00 |
| B23 | Tax Issues | 10.5 | $13,440.00 |
| B24 | Utilities Issues | 0.0 | $0.00 |
| B25 | Retention/Fee statements - W&C | 118.8 | $115,011.00 |
| B26 | Responding to Fee Objections or Comments | 0.5 | $470.00 |
| B27 | Expense Reimbursement for Committee Members | 0.0 | $0.00 |
| B28 | Retention/Fee statements - Others | 64.6 | $62,851.00 |
| B29 | Examiner | 4.2 | $5,326.00 |
| B30 | Custody & Withhold Matters | 278.0 | $282,680.00 |
| B31 | Core Mining Issues | 50.8 | $66,399.00 |
|  | **Grand Total** | **3088.5** | **$3,210,665.00** |