## Exhibit D

### Expense Summary & Detail

| Category | Sum of Amount |
|---|---|
| Airfare | $3,510.96 |
| Conference Room Dining | $146.98 |
| Courier Service | $271.58 |
| Deposition Transcripts | $4,244.25 |
| E-Discovery Data Hosting / Storage | $1,600.38 |
| E-Discovery User Fees | $1,875.00 |
| Express Mail | $52.50 |
| Hotel Expense | $1,137.67 |
| Miscellaneous Other | $914.40 |
| Taxi - Business | $280.80 |
| Taxi - Overtime | $27.57 |
| **Grand Total** | **$14,062.09** |

| Work Date | Timekeeper | English Narrative | Cost Description | WIP Amount |
|---|---|---|---|---|
| 12/12/2022 | Venes, Aileen | Veritext, LLC. Invoice Date: 09 December 2022. Transcript Services - Certified Transcript | Miscellaneous Other | 408.00 |
| 12/13/2022 | Venes, Aileen | Veritext, LLC. Invoice Date: 12 December 2022. Transcript Services - Certified Transcript Job Date 12/8/2022 | Miscellaneous Other | 154.80 |
| 12/13/2022 | Venes, Aileen | Veritext, LLC. Invoice Date: 12 December 2022. Transcript Services - Certified Transcript - Job Date 12/07/2022 | Miscellaneous Other | 351.60 |
| 12/14/2022 | Hirshorn, Deanna | Delivery Services: 12/05/2022 - FROM White & Case New York Office TO Chief Judge Martin G United States Bankruptcy Court One Bowling Green New York NY US | Express Mail | 24.14 |
| 12/23/2022 | Colodny, Aaron | Roundtrip, economy airfare on American Airlines from Los Angeles to New York Kennedy for A. Colodny on 11/21/22. | Airfare | 1,157.21 |
| 12/23/2022 | Colodny, Aaron | Taxi - Airport / Hotel - Attend Blonstein Deposition - 21-Nov-2022 | Taxi - Business | 75.47 |
| 12/23/2022 | Colodny, Aaron | Lodging - Attend Blonstein Deposition - 22-Nov-22 | Hotel Expense | 175.00 |
| 12/1/2022 | Sullivan, Janet | E-Discovery User Fees | E-Discovery User Fees | 1,875.00 |
| 12/1/2022 | Sullivan, Janet | E-Discovery Data Hosting / Storage | E-Discovery Data Hosting / Storage | 1,600.38 |
| 12/5/2022 | Hershey, Samuel | One-way, economy airfare on Jet Blue Airlines from Washington to New York for S. Hershey on 11/01/22. | Airfare | 882.60 |
| 12/6/2022 | Hershey, Samuel | Jeffrey Pratt - Videotaped Deposition | Deposition Transcripts | 1,560.40 |
| 12/6/2022 | Hershey, Samuel | Monica Xia - Videotaped Deposition | Deposition Transcripts | 1,520.00 |
| 12/6/2022 | Hershey, Samuel | Jeffrey Pratt - Videotaped Deposition | Deposition Transcripts | 1,025.85 |
| 12/25/2022 | Hershey, Samuel | FLIK - 11/30/2022 - 346625 - Celsius / Carr Deposition (10 pax). | Conference Room Dining | 146.98 |
| 12/30/2022 | Lau, Elaine | Delivery Services: 12/16/2022 TRACKING# - FROM White & Case New York Office TO Judge Martin Glenn United States Bankruptcy Court One Bowling Green New York NY US | Express Mail | 28.36 |
| 12/12/2022 | Wofford, Keith | 11/01/2022 - 3330835 Weil Gotshal 2001 M St NW Washington 20036 TO 701 13th St NW Washington 20005 | Courier Service | 31.08 |
| 12/30/2022 | Studebaker, Henry | Apex Legal Services. Invoice Date: 23 December 2022. Messenger Services 40 Lbs. O/T & Fuel Surcharge - Delivery to AARON COLODNY | Courier Service | 240.50 |
| 12/6/2022 | Pesce, Gregory | One-way, economy airfare on United Airlines from New York to Chicago for G. Pesce on 11/14/22. | Airfare | 195.60 |

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 12/6/2022 | Pesce, Gregory | One-way, economy airfare on United Airlines from Chicago to New York for G. Pesce on 11/14/22. | Airfare | 235.35 |
| 12/12/2022 | Pesce, Gregory | Taxi - Airport/Hotel - NY Celsius Trip - 28-Nov-2022 | Taxi - Business | 155.33 |
| 12/12/2022 | Pesce, Gregory | Hotel stay by G. Pesce at Le Meredien in New York for 1 night. | Hotel Expense | 362.67 |
| 12/19/2022 | Pesce, Gregory | One-way, economy airfare on United Airlines from Houston to Austin for G. Pesce on 11/17/22. | Airfare | 273.60 |
| 12/19/2022 | Pesce, Gregory | One-way, economy airfare on United Airlines from Chicago to New York for G. Pesce on 12/13/22 | Airfare | 266.60 |
| 12/12/2022 | Pesce, Gregory | Roundtrip, economy airfare on United Airlines from Chicago to New York for G. Pesce on 11/27/22. | Airfare | 500.00 |
| 12/13/2022 | Pesce, Gregory | Hotel stay by G. Pesce at The Beekman in New York for 2 nights. | Hotel Expense | 600.00 |
| 12/23/2022 | Pesce, Gregory | Veritext, LLC. Invoice Date: 22 December 2022. | Deposition Transcripts | 138.00 |
| 12/29/2022 | Litz, Dominic | Car Service - White & Case New York Office to 1 Bowling Green - Travel to courthouse with hearing binders/materials for partners - 07-Dec-2022 | Taxi - Business | 25.00 |
| 12/29/2022 | Litz, Dominic | Car Service - 1 Bowling Green to White & Case New York Office - Travel back to office after court hearing with hearing binders/materials - 07-Dec-2022 | Taxi - Business | 25.00 |
| 12/6/2022 | Eliaszadeh, Chante | Overtime Transportation - Celsius Bankruptcy Meetings - 08-Aug-22 – From Office to Home | Taxi - Overtime | 27.57 |
| **TOTAL** | | | | **$14,062.09** |