Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Initial Debtors and Debtors in Possession*

*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) |
| | ) Case No. 22-10964 (MG) |
| Debtors. | ) |
| | ) (Jointly Administered) |

**NOTICE OF HEARING ON**
**DEBTORS' FIRST OMNIBUS OBJECTION TO CERTAIN**
**(A) AMENDED CLAIMS, (B) DUPLICATE CLAIMS, (C) NON-DEBTOR CLAIMS,**
**(D) UNSUPPORTED CLAIMS, AND (E) INACCURATELY SUPPORTED CLAIMS**

**PLEASE TAKE NOTICE** that a hearing on the *Debtors' First Omnibus Objection to Certain (A) Amended Claims, (B) Duplicate Claims, (C) Non-Debtor Claims, (D) Unsupported Claims, and (E) Inaccurately Supported Claims* (the "Objection,") will be held on **March 21, 2023, at 10:00 a.m., prevailing Eastern Time** (the "Hearing") before the Honorable Martin

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Glenn, Chief United States Bankruptcy Judge. In accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m., prevailing Eastern Time, the business day before the hearing (*i.e.*, on March 20, 2023)**.

   **PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 10:00 a.m., prevailing Eastern Time on March 21, 2023 must connect to the Hearing beginning at 9:00 a.m., prevailing Eastern Time on March 21, 2023. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the relief requested in the Objection shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable

to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC*, No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); (d) be filed in accordance with the *Order (I) Approving (A) Omnibus Claims Objection Procedures, (B) Omnibus Substantive Claims Objections and Form of Notice, and (C) Satisfaction Procedures and Form of Notice and (II) Modifying Bankruptcy Rule 3007(e)(6)* [Docket No. 2090] (the "Objection Procedures Order"); and (e) be served in accordance with the Objection Procedures Order by **March 14, 2023, at 4:00 p.m., prevailing Eastern Time**, to (i) the Debtors, (ii) the official committee of unsecured creditors; and (iii) the United States Trustee for the Southern District of New York.

      **PLEASE TAKE FURTHER NOTICE** that only those responses that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely response may result in entry of a final order granting the Objection as requested by the Debtors.

      **PLEASE TAKE FURTHER NOTICE** that copies of the Objection and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Objection and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

New York, New York
Dated: February 19, 2023

*/s/ Joshua A. Sussberg*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:           jsussberg@kirkland.com

  - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:           patrick.nash@kirkland.com
                     ross.kwasteniet@kirkland.com
                     chris.koenig@kirkland.com
                     dan.latona@kirkland.com

*Counsel to the Initial Debtors and Debtors in Possession*
*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Initial Debtors and Debtors in Possession*

*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### DEBTORS' FIRST OMNIBUS OBJECTION TO CERTAIN (A) AMENDED CLAIMS, (B) DUPLICATE CLAIMS, (C) NON-DEBTOR CLAIMS, (D) UNSUPPORTED CLAIMS, AND (E) INACCURATELY SUPPORTED CLAIMS

> **YOU SHOULD LOCATE YOUR NAME AND YOUR CLAIM(S) ON THE SCHEDULES ATTACHED TO <u>EXHIBIT A</u> HERETO. PLEASE TAKE NOTICE THAT YOUR CLAIM(S) MAY BE DISALLOWED, EXPUNGED, RECLASSIFIED, REDUCED, OR OTHERWISE AFFECTED AS A RESULT OF THIS OBJECTION. THEREFORE, PLEASE READ THIS NOTICE AND THE ACCOMPANYING OBJECTION VERY CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

The above-captioned debtors and debtors in possession (collectively, the "Debtors") respectfully state as follows in support of this objection:[2]

## **Relief Requested**

1. By this first omnibus objection, the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"): (i) disallowing and expunging the Claims identified on (a) Schedule 1 to **Exhibit A** (collectively, the "Amended Claims") because such claims have been amended by subsequently filed Proofs of Claim, (b) Schedule 2 to **Exhibit A** (collectively, the "Exact Duplicate Claims") because such claims are mirror duplicates of other Proofs of Claim filed by or on behalf of the same claimant in respect of the same liabilities, and (c) Schedule 3 to **Exhibit A** (collectively, the "Non-Debtor Claims") because such claims assert claims against non-Debtor third-party entities for which the Debtors are not liable; and (ii) modifying (to reflect the amounts listed in the Debtors' schedules of assets and liabilities (as amended from time to time, the "Schedules" [Docket No. 974]) the Claims identified on (a) Schedule 4 to **Exhibit A** (collectively, the "Unsupported Claims") because such claims lack supporting documentation as required by the Bar Date Order (as defined below) to support amounts exceeding what is set forth in the Schedules, and (b) Schedule 5 to **Exhibit A** (collectively, the "Inaccurately Supported Claims") because the supporting documentation provided with such Proofs of Claim does not match the value of such Claim as listed on the Proof of Claim. Therefore, such aforementioned Claims do not have sufficient support as required by title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and the

---

[2] Capitalized terms used but not defined in this objection shall have the meanings given to such terms in the *Order (I) Approving (A) Omnibus Claims Objection Procedures, (B) Omnibus Substantive Claims Objections and Form of Notice, and (C) Satisfaction Procedures and Form of Notice and (II) Modifying Bankruptcy Rule 3007(e)(6)* [Docket No. 2090] (the "Objection Procedures Order").

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  In support of this objection, the Debtors submit the declaration of Holden Bixler, a managing director at Alvarez & Marsal North America, LLC (the "Bixler Declaration"), attached hereto as **Exhibit B**.

### Jurisdiction and Venue

2.     The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated February 1, 2012.  The Debtors confirm their consent, pursuant to rule 7008 of the Bankruptcy Rules, to the entry of a final order by the Court in connection with this Objection to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.     The bases for the relief requested herein are sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Objection Procedures Order.

### The Claims Reconciliation Process

5.     On October 5, 2022, all Debtors except for GK8 Ltd., GK8 UK, and GK8 USA LLC (collectively, the "GK8 Debtors")[3] filed their respective Schedules pursuant to Bankruptcy Rule 1007 and the orders extending time to file schedules of assets and liabilities [Docket Nos. 57 and 431].

---

[3]     The GK8 Debtors, who filed their respective voluntary petitions for protection under chapter 11 of the Bankruptcy Code on December 7, 2022, filed their respective schedules on January 20, 2023, in their respective cases.

6.      On November 16, 2022, the Court entered an order [Docket No. 1368] (the "Bar Date Order") establishing January 3, 2023, at 5:00 p.m., prevailing Eastern Time (the "Bar Date"), as the last date and time for most retail Account Holders to file proofs of claims based on prepetition claims (collectively, the "Proofs of Claims") against any Debtor other than the GK8 Debtors, and January 10, 2023, at 5:00 p.m., prevailing Eastern Time (the "Governmental Bar Date") as the last date and time for each governmental unit to file Proofs of Claim against any Debtor other than the GK8 Debtors.  On January 10, 2023, the Court entered an order [Docket No. 1846] (the "Amended Bar Date Order") extending both the Bar Date and the Governmental Bar Date to February 9, 2023, at 5:00 p.m., prevailing Eastern Time (the "Extended Bar Date"). To date, no bar date has been set as to claims against the GK8 Debtors.

7.      As of the date hereof, approximately 24,903 Proofs of Claim have been filed against the Debtors, totaling approximately $78,197,912,759.00.[4]  Because of the large number of Claims in these cases, the Debtors sought and have been granted approval to file omnibus objections to certain Claims in accordance with the procedures set forth in the Objection Procedures Order.  By this objection, the Debtors seek approval to disallow, expunge, modify, and/or reclassify certain Claims in accordance with the Objection Procedures Order for the reasons set forth below.

## Objection

8.      Pursuant to section 502(a) of the Bankruptcy Code, a filed proof of claim is deemed allowed unless a party in interest objects thereto.  *See* 11 U.S.C. § 502(a).  Bankruptcy Rule 3007 provides certain grounds upon which "objections to more than one claim may be joined in an omnibus objection."  Bankruptcy Rule 3007(d).  The Objection Procedures Order expands upon

---

[4]      The total value of the filed Proofs of Claim does not include approximately 13,606 claims filed solely in cryptocurrency denominations and one claim incorrectly filed in the amount of $117.9 quintillion as of the Petition Date.

Bankruptcy Rule 3007(d) and permits the Debtors to file an omnibus objection on additional grounds.

9. Pursuant to Bankruptcy Rule 3007 and the Objection Procedures Order, the Debtors file this objection to the Claims listed on Schedules 1–5 to **Exhibit A** on the bases set forth below and in the Bixler Declaration.

### A. Amended Claims.

10. The Debtors object to the eighty-three Amended Claims listed in the column labeled "Claims to be Disallowed" on Schedule 1 to **Exhibit A** because the Debtors have determined that such claims have been amended and superseded by subsequently filed Proofs of Claim by or on behalf of the same claimant (or a successor thereto) on account of the same liability. Failure to disallow the Amended Claims may result in a double recovery to the claimants, to the detriment of other creditors. Disallowance or expungement of the Amended Claims will not affect the Claims identified in the column labeled "Remaining Claims" on Schedule 1 to **Exhibit A**, which will remain on the claims register maintained in these chapter 11 cases (the "Claims Register") unless withdrawn by the applicable claimants or otherwise disallowed by the Court, subject to the Debtors' right to object to such remaining Claims in the future on any grounds permitted by applicable law. Accordingly, the Debtors request that the Court disallow and expunge the Amended Claims from the Claims Register.

### B. Exact Duplicate Claims.

11. The Debtors object to the twenty Exact Duplicate Claims listed in the column labeled "Claims to be Disallowed" on Schedule 2 to **Exhibit A** because the Debtors have determined that they are mirror duplicates of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability. Failure to disallow the Exact Duplicate Claims may result in a double recovery to the claimants, to the detriment of other

creditors. Moreover, disallowance of these Exact Duplicate Claims will enable the Claims Register to reflect more accurately the Claims asserted against the Debtors. Disallowance or expungement of the Exact Duplicate Claims will not affect the "Remaining Claims" listed on Schedule 2, which will remain on the Claims Register until withdrawn by the relevant claimants or otherwise disallowed by the Court, subject to the Debtors' right to object to the remaining Claims in the future on any grounds permitted by applicable law. Accordingly, the Debtors request that the Court disallow and expunge the Exact Duplicate Claims from the Claims Register.

**C.      Non-Debtor Claims.**

12.      The Debtors object to the three Non-Debtor Claims listed on Schedule 3 to **Exhibit A** as claims for which the Debtors are not liable. Following review of each of the Non-Debtor Claims and their supporting materials, the Debtors have determined that the Non-Debtor Claims were filed in the wrong case based on the Claim language and/or supporting documentation. The Non-Debtor Claims assert Claims against third-party entities that are not Debtors, nor affiliates of the Debtors, in these chapter 11 cases. Failure to disallow the Non-Debtor Claims in their entirety would result in the applicable claimants receiving an unwarranted recovery against the Debtors' estates, to the detriment of other creditors. Accordingly, the Debtors request that the Court disallow and expunge the Non-Debtor Claims from the Claims Register.

**D.      Unsupported Claims.**

13.      The Debtors object to the thirty-three Unsupported Claims on Schedule 4 to **Exhibit A**, specifically the amounts listed in the column labeled "Asserted Amount," because the Debtors have determined that such Claims failed to provide any supporting documentation to

support the amount of the claim as required by the Bar Date Order.[5]  The Debtors seek to modify the Unsupported Claims to the amounts set forth in the column labeled "Modified Claims" on Schedule 4 to **Exhibit A**, which match the amounts listed in the Debtors' Schedules.  The Debtors seek to modify the Unsupported Claims to match the amounts listed in the Debtors' Schedules, because such amounts are what the relevant claimant is entitled to according to the Debtors' books and records, not any additional amount asserted that lacks supporting documentation.  Failure to modify the Unsupported Claims could result in the relevant claimant receiving an unwarranted excessive recovery against the Debtors, to the detriment of other creditors.  Accordingly, the Debtors respectfully request entry of an order modifying the amount of each Unsupported Claim to reflect the amounts identified in the column labeled "Modified Claims" on Schedule 4 to **Exhibit A**.

E.     **Inaccurately Supported Claims.**

14.     The Debtors object to the twelve Inaccurately Supported Claims listed on Schedule 5 to **Exhibit A** because the Debtors have determined that the supporting documentation provided does not support the amount of the claim.  The Debtors seek to modify the Inaccurately Supported Claims to the amounts set forth in the column labeled "Modified Claims" on Schedule 5 to **Exhibit A**, which match the amounts listed in the Debtors' Schedules.  The Debtors seek to modify the Inaccurately Supported Claims to match the amounts listed in the Debtors' Schedules, because such amounts are what the relevant claimant is entitled to according to the Debtors' books and records, not any additional amount asserted that is unsupported by documentation.  Failure to modify the Inaccurately Supported Claims could result in the relevant claimant receiving an

---

[5]  The Objection Procedures Order also permits the Debtors to object to Claims that "fail to specify sufficiently the basis for the Claim or provide sufficient supporting documentation for such Claim" as an Additional Ground (as defined in the Objection Procedures Order).  *See* Objection Procedures Order ¶ 2.

unwarranted excessive recovery against the Debtors, to the detriment of other creditors. Accordingly, the Debtors respectfully request entry of an order modifying the amount of each Inaccurately Supported Claim to reflect the amount identified in the column labeled "Modified Claims" on Schedule 5 to **Exhibit A**.

### Compliance with the Objection Procedures and the Bankruptcy Rules

15.     The Debtors respectfully submit that the content of this objection is in full compliance with the Bankruptcy Rules and the Objection Procedures Order for the following reasons:

(a)     This objection conspicuously states on the first page the following (emphasis original):  **"YOU SHOULD LOCATE YOUR NAME AND YOUR CLAIM(S) ON THE SCHEDULES ATTACHED HERETO. PLEASE TAKE NOTICE THAT YOUR CLAIM(S) MAY BE DISALLOWED, EXPUNGED, RECLASSIFIED, REDUCED, OR OTHERWISE AFFECTED AS A RESULT OF THE OBJECTION. THEREFORE, PLEASE READ THIS NOTICE AND THE ACCOMPANYING OBJECTION VERY CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE"**;[6]

(b)     This objection states the title and identity of the objecting party (the Debtors) and states the grounds for the objection;[7]

(c)     Pursuant to the Bankruptcy Rules and the Objection Procedures Order, the Debtors are authorized to file this objection on the grounds that:

i.      the Amended Claims amend or supersede other claims;[8]

ii.     the Duplicate Claims amend other Claims or duplicate other Claims;[9]

---

[6]     *See* Fed. R. Bankr. P. 3007(e)(1).

[7]     *See* Fed. R. Bankr. P. 3007(e)(4).

[8]     *See* Fed. R. Bankr. P. 3007(d)(3).

[9]     *See* Fed. R. Bankr. P. 3007(d)(1), (3).

iii.     the Non-Debtor Claims have been filed in the wrong case;[10]

iv.     the Unsupported Claims fail to provide sufficient documentation for the Claim;[11] and

v.     the Inaccurately Supported Claims fail to sufficiently specify the basis for the Claim.[12]

(d)     Each schedule to **<u>Exhibit A</u>** includes only the Claims to which there is a common basis for the objection;[13]

(e)     Each schedule to **<u>Exhibit A</u>** states the grounds for objecting to each claim and provides a cross-reference to the pages in the objection pertinent to the stated grounds;[14]

(f)     Claimants subject to this objection are listed in alphabetical order by claimant name;[15]

(g)     The objection is numbered consecutively with other omnibus objections filed by the Debtors;[16] and

(h)     The objection contains no more than 250 claims.[17]

16.     The Debtors further respectfully submit that notice and service of this objection will be in full compliance with the Bankruptcy Rules for the following reasons:

(a)     The objection will be filed with the Court and served upon (i) the affected claimant party set forth on each Proof of Claim subject to this objection or their respective attorney of record, (ii) the United States Trustee for the

---

[10]   *See* Fed. R. Bankr. P. 3007(d)(2); Objection Procedures Order, <u>Exh. 1</u>, ¶ 1.e.

[11]   *See* Objection Procedures Order, <u>Exh. 1</u>, ¶ 1.d.

[12]   *See id.*

[13]   *See* Fed. R. Bankr. P. 3007(e)(2).

[14]   *See* Fed. R. Bankr. B. 3007(e)(3).

[15]   *See* Objection Procedures Order, <u>Exh. 1</u>, ¶ 4; Fed. R. Bankr. P. 3007(e)(2).

[16]   *See* Fed. R. Bankr. P. 3007(e)(5).

[17]   *See* Objection Procedures Order, <u>Exh. 1</u>, ¶ 3.

Southern District of New York (the "U.S. Trustee"), and (iii) parties that have filed a request for service of papers under Bankruptcy Rule 2002;[18]

(b)    With respect to service on claimants affected by this objection, the Debtors will also serve each such claimant with a customized objection notice tailored, as appropriate, to address the particular creditor, Claim, and objection;[19] and

(c)    This objection will be set for hearing at least 30 days after the filing of this objection.[20]

## **Reservation of Rights**

17.    This objection is limited to the grounds stated herein.  Accordingly, it is without prejudice to the rights of the Debtors or any other party in interest to object to any of the Claims listed on Schedules 1–5 to **Exhibit A**, including the "Remaining Claims" (to the extent not disallowed and expunged pursuant to this objection) on any grounds whatsoever, and the Debtors expressly reserve all further substantive or procedural objections they may have.

## **Motion Practice**

18.    This objection includes citations to the applicable rules and statutory authorities upon which the relief requested herein is predicated and a discussion of its application to this motion.  Accordingly, the Debtors submit that this objection satisfies Local Rule 9013-1(a).

## **Notice**

19.    The Debtors will provide notice of this Objection to the following parties or their respective counsel:  (a) the U.S. Trustee; (b) counsel to the Committee; (c) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (d) the United States Attorney's Office for the Southern District of New York; (e) the Internal Revenue Service; (f) the

---

[18]  *See* Fed. R. Bankr. P. 2002, 3007(a).

[19]  *See* Fed. R. Bankr. P. 3007(e).

[20]  *See* Fed. R. Bankr. P. 3007(a).

offices of the attorneys general in the states in which the Debtors operate; (g) the Securities and Exchange Commission; (h) the holders of the Claims identified on Schedule 1, Schedule 2, Schedule 3, Schedule 4, and Schedule 5 of **Exhibit A**; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given

### No Prior Request

20.     No prior request for the relief sought in this objection has been made to this or any other court.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Order granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

New York, New York
Dated: February 19, 2023

*/s/ Joshua A. Sussberg*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          jsussberg@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          patrick.nash@kirkland.com
                ross.kwasteniet@kirkland.com
                chris.koenig@kirkland.com
                dan.latona@kirkland.com

*Counsel to the Initial Debtors and Debtors in Possession*
*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

## Exhibit A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|                                      |   |                          |
|--------------------------------------|---|--------------------------|
| In re:                               | ) | Chapter 11               |
|                                      | ) |                          |
| CELSIUS NETWORK LLC, *et al.*,[1]    | ) | Case No. 22-10964 (MG)   |
|                                      | ) |                          |
| Debtors.                             | ) | (Jointly Administered)   |
|                                      | ) |                          |

_____

### ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION TO CERTAIN (A) AMENDED CLAIMS, (B) DUPLICATE CLAIMS, (C) NON-DEBTOR CLAIMS (D) UNSUPPORTED CLAIMS, AND (E) INACCURATELY SUPPORTED CLAIMS

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) disallowing and expunging the Claims identified on **Schedules 1–3** and (b) modifying the Claims identified on **Schedules 4–5** pursuant to sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Objection Procedures Order, all as more fully set forth in the Objection; and upon the Bixler Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated February 1, 2012 and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not defined in this Order have the meanings given to such terms in the Objection.

is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection under the circumstances; and the Court having reviewed the Objection; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Objection is sustained as set forth herein.

2.     The Amended Claims listed in the column labeled "Claims to be Disallowed" on **<u>Schedule 1</u>** attached hereto are disallowed and expunged in their entirety.

3.     The Exact Duplicate Claims listed in the column labeled "Claims to be Disallowed" on **<u>Schedule 2</u>** attached hereto are disallowed and expunged in their entirety.

4.     The "Remaining Claims" on **<u>Schedules 1–2</u>** attached hereto (the "<u>Remaining Claims</u>") will remain on the claims register maintained in the Debtors' chapter 11 cases (the "<u>Claims Register</u>") and such Claims are neither allowed nor disallowed at this time, subject, however, to any future objection on any basis.  Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any of the Remaining Claims.

5.     The Non-Debtor Claims listed in on **<u>Schedule 3</u>** attached hereto are disallowed and expunged in their entirety.

6.     Each Unsupported Claim on **<u>Schedule 4</u>** attached hereto is hereby modified to reflect the amount listed in the corresponding column entitled "Modified Claims," which matches the amounts listed in the Debtors' Schedules for such Claims.

7.      Each Inaccurately Supported Claim on **Schedule 5** attached hereto is hereby modified to reflect the amount listed in the corresponding column entitled "Modified Claims," which matches the amounts listed in the Debtors' Schedules for such Claims.

8.      Stretto, Inc., the Debtors' noticing and claims agent, is authorized to update the Claims Register to reflect the relief granted in this Order.

9.      Entry of this Order is without prejudice to the Debtors' right to object to any other Claims in these chapter 11 cases or to further object to the Claims listed on **Schedules 1–5** attached hereto (to the extent they are not disallowed and expunged pursuant to this Order) on any grounds whatsoever, at a later date.

10.     Each Objection by the Debtors to each Claim as addressed in the Objection and as identified in **Schedules 1–5** attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Claim listed on **Schedules 1–5**.  Any stay of this Order shall apply only to the contested matter that involves such Claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered hereby.

11.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12.     The Debtors are authorized to take any and all actions reasonably necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Objection.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: _____, 2023

_____
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

**Amended Claims**

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | A2E<br>300 S. GRAND AVE,<br>37TH FLOOR<br>LOS ANGELES, CA,<br>90071 | 01/03/23 | 22-10964 (MTG)<br>Celsius Network LLC | 17265 | $52,316.31 | A2E<br>300 S. GRAND AVE,<br>37TH FLOOR<br>LOS ANGELES, CA,<br>90071 | 01/24/23 | 22-10964 (MTG)<br>Celsius Network LLC | 21824 | $52,316.31 |
| 2 | AMINI, SHAHRIYAR<br>ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG)<br>Celsius Network LLC | 920 | $24,154.00 | AMINI, SHAHRIYAR<br>ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG)<br>Celsius Network LLC | 1392 | $24,154.00 |
| 3 | ANTONINO<br>FRANCESCO<br>BISOGNI<br>ADDRESS ON FILE | 08/09/22 | 22-10964 (MTG)<br>Celsius Network LLC | 6571 | $88,202.89 | ANTONINO BISOGNI<br>ADDRESS ON FILE | 11/22/22 | 22-10964 (MTG)<br>Celsius Network LLC | 10256 | $88,299.16 |
| 4 | BALTZ, JUSTIN<br>ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG)<br>Celsius Network LLC | 915 | $149,026.17 | BALTZ, JUSTIN<br>ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG)<br>Celsius Network LLC | 949 | $149,026.17 |
| 5 | BOYCE, CRISTINA<br>DIANE<br>ADDRESS ON FILE | 07/18/22 | 22-10964 (MTG)<br>Celsius Network LLC | 63 | $210,837.70 | BOYCE, CRISTINA<br>DIANE<br>ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG)<br>Celsius Network LLC | 207 | $210,837.70 |
| 6 | BROOKS, TIMOTHY<br>ADDRESS ON FILE | 08/05/22 | 22-10964 (MTG)<br>Celsius Network LLC | 5807 | $2,791.04 | BROOKS, TIMOTHY<br>ADDRESS ON FILE | 10/03/22 | 22-10964 (MTG)<br>Celsius Network LLC | 9625 | $2,320.82 |
| 7 | CHEN, JASON<br>ADDRESS ON FILE | 08/03/22 | 22-10964 (MTG)<br>Celsius Network LLC | 5287 | $103,030.71 | CHEN, JASON<br>ADDRESS ON FILE | 08/03/22 | 22-10964 (MTG)<br>Celsius Network LLC | 5292 | $103,030.71 |

# Celsius Network LLC Case No. 22-10964 (MTG)
## First Omnibus Objection
## Schedule 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 CHENARIDES II, DEAN C ADDRESS ON FILE | 10/31/22 | 22-10964 (MTG) Celsius Network LLC | 10077 | $34,387.00 | DEAN C CHENARIDES II ADDRESS ON FILE | 11/21/22 | 22-10964 (MTG) Celsius Network LLC | 10242 | $56,818.00 |
| 9 CHRISTEN MOODY ADDRESS ON FILE | 07/26/22 | 22-10964 (MTG) Celsius Network LLC | 3049 | $67,390.27 | CHRISTEN MOODY ADDRESS ON FILE | 08/02/22 | 22-10964 (MTG) Celsius Network LLC | 5093 | $73,455.28 |
| 10 COMPAGNO, CRISTIAN ADDRESS ON FILE | 08/16/22 | 22-10964 (MTG) Celsius Network LLC | 7319 | $12,479.71 | COMPAGNO, CRISTIAN ADDRESS ON FILE | 08/16/22 | 22-10964 (MTG) Celsius Network LLC | 7322 | $12,479.71 |
| 11 CONTRARIAN FUNDS, LLC [AS ASSIGNEE OF BENJAMIN LANDRY] 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | 08/06/22 | 22-10964 (MTG) Celsius Network LLC | 6051 | $94,629.34 | CONTRARIAN FUNDS, LLC [AS ASSIGNEE OF BENJAMIN LANDRY] 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH, CT 06830 | 09/19/22 | 22-10964 (MTG) Celsius Network LLC | 8970 | $94,646.32 |
| 12 CRIDER, CHARLES ADDRESS ON FILE | 09/09/22 | 22-10964 (MTG) Celsius Network LLC | 8633 | $4,679.91 | CHARLES CRIDER ADDRESS ON FILE | 09/27/22 | 22-10964 (MTG) Celsius Network LLC | 9290 | $31,776.48 |
| 13 CRISTIAN COMPAGNO ADDRESS ON FILE | 08/08/22 | 22-10964 (MTG) Celsius Network LLC | 6482 | $10,393.97 | COMPAGNO, CRISTIAN ADDRESS ON FILE | 08/16/22 | 22-10964 (MTG) Celsius Network LLC | 7322 | $12,479.71 |

*Indicates claim contains unliquidated and/or undetermined amounts

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 14 CYNTHIA LYNN FULLER ADDRESS ON FILE | 07/27/22 | 22-10964 (MTG) Celsius Network LLC | 3303 | $500.00 | FULLER, CYNTHIA LYNN ADDRESS ON FILE | 08/18/22 | 22-10964 (MTG) Celsius Network LLC | 7507 | $500.00 |
| 15 DC DEPARTMENT OF INSURANCE, SECURITIES AND BANKING 1050 FIRST ST NE WASHINGTON, 20002 | 12/20/22 | 22-10964 (MTG) Celsius Network LLC | 16390 | $32,340,000.00 | DISTRICT OF COLUMBIA DEPARTMENT OF INSURANCE, SECURITIES & BANKING 1050 FIRST STREET, NE SUITE 801 WASHINGTON, 20002 | 12/21/22 | All Debtors | 16398 | $32,340,000.00* |
| 16 DHANANI, NAZIR ADDRESS ON FILE | 09/25/22 | 22-10964 (MTG) Celsius Network LLC | 9176 | $602.78 | DHANANI, NAZIR ADDRESS ON FILE | 09/30/22 | 22-10964 (MTG) Celsius Network LLC | 9533 | $602.78 |
| 17 DHANANI, NAZIR ADDRESS ON FILE | 09/30/22 | 22-10964 (MTG) Celsius Network LLC | 9534 | $602.78 | DHANANI, NAZIR ADDRESS ON FILE | 09/30/22 | 22-10964 (MTG) Celsius Network LLC | 9533 | $602.78 |
| 18 DIAS, ANABELLE ADDRESS ON FILE | 08/15/22 | 22-10964 (MTG) Celsius Network LLC | 7194 | Undetermined* | DIAS, ANABELLE ADDRESS ON FILE | 08/30/22 | 22-10964 (MTG) Celsius Network LLC | 8209 | $242,465.29 |
| 19 DOBBINS, CHARLES CODY ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1052 | $250,000.00 | DOBBINS, CHARLES CODY ADDRESS ON FILE | 08/03/22 | 22-10964 (MTG) Celsius Network LLC | 5241 | $250,000.00 |

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 DONALDSON, KELLY ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 472 | $4,019.63 | DONALDSON, KELLY ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 476 | $4,010.42 |
| 21 ELLIS, ADAM JAMES ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 283 | $1,300.00 | ELLIS, ADAM JAMES ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 294 | $1,300.00 |
| 22 ENRIQUE DE CASTRO ADDRESS ON FILE | 08/03/22 | 22-10964 (MTG) Celsius Network LLC | 5341 | $1,000.00 | ENRIQUE DE CASTRO ADDRESS ON FILE | 12/19/22 | 22-10964 (MTG) Celsius Network LLC | 15598 | $1,000.00 |
| 23 ERIC G KENNY ADDRESS ON FILE | 08/03/22 | 22-10964 (MTG) Celsius Network LLC | 5186 | $4,000.00 | ERIC KENNY ADDRESS ON FILE | 11/21/22 | 22-10964 (MTG) Celsius Network LLC | 10239 | $4,000.00 |
| 24 FONG, RAYMOND ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 864 | $51,726.86 | FONG, RAYMOND ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 884 | $51,726.86 |
| 25 GFL ENVIROMENTAL ATTN: CINDY FOLLOWILL 14400 HERTZ QUAIL SPRING PARKWAY OKLAHOMA CITY, OK 73134 | 08/23/22 | 22-10964 (MTG) Celsius Network LLC | 7886 | $52,379.52 | AVAYA (PREVIOUSLY FILED AS GFL ENVIRONMENTAL) 14400 HERTZ QUAIL SPRING PARK OKLAHOMA, OK 73134 | 10/05/22 | 22-10964 (MTG) Celsius Network LLC | 9713 | $57,833.77 |
| 26 GFL ENVIRONMENTAL 14400 HERTZ QUAIL SPRING PARK OKLAHOMA, OK 73134 | 09/14/22 | 22-10964 (MTG) Celsius Network LLC | 8882 | $57,833.77 | AVAYA (PREVIOUSLY FILED AS GFL ENVIRONMENTAL) 14400 HERTZ QUAIL SPRING PARK OKLAHOMA, OK 73134 | 10/05/22 | 22-10964 (MTG) Celsius Network LLC | 9713 | $57,833.77 |

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 27 GUNAWAN WIBISONO ADDRESS ON FILE | 11/09/22 | 22-10964 (MTG) Celsius Network LLC | 10170 | $20,000.00 | GUNAWAN WIBISONO ADDRESS ON FILE | 11/09/22 | 22-10964 (MTG) Celsius Network LLC | 10171 | $20,000.00 |
| 28 GURLEEN BHINDER ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1335 | $25,000.00 | GURLEEN BHINDER ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1352 | $25,000.00 |
| 29 HOANG, NAM ADDRESS ON FILE | 09/01/22 | 22-10964 (MTG) Celsius Network LLC | 8332 | $92,000.00 | HOANG, NAM ADDRESS ON FILE | 10/10/22 | 22-10964 (MTG) Celsius Network LLC | 9933 | $72,841.97 |
| 30 HUDSON, JONATHAN ADDRESS ON FILE | 10/07/22 | 22-10964 (MTG) Celsius Network LLC | 9865 | $1,843.17 | JONATHAN HUDSON ADDRESS ON FILE | 12/08/22 | 22-10964 (MTG) Celsius Network LLC | 10309 | $1,843.17 |
| 31 HUMEL, STEVEN ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 252 | $6,100.00 | HUMEL, STEVEN ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 264 | $6,100.00 |
| 32 INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC - CRYPTO20 SP C/O HSM CORPORATE SERVICES LTD. 68 FORT STREET PO BOX 31726 GEORGE TOWN, GRAND CAYMAN KY1-1207 | 07/26/22 | 22-10964 (MTG) Celsius Network LLC | 2928 | $9,926,644.34 | INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC - CRYPTO20 SP ATTN: THOMAS BRAZIEL 10830 SW 69 AVE PINECREST, FL 33156 | 11/18/22 | 22-10964 (MTG) Celsius Network LLC | 10217 | $10,233,164.18 |

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 33 INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC - CRYPTO20 SP C/O HSM CORPORATE SERVICES LTD. 68 FORT STREET PO BOX 31726 GEORGE TOWN, GRAND CAYMAN KY1-1207 | 08/11/22 | 22-10964 (MTG) Celsius Network LLC | 6844 | $9,826,206.46 | INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC - CRYPTO20 SP ATTN: THOMAS BRAZIEL 10830 SW 69 AVE PINECREST, FL 33156 | 11/18/22 | 22-10964 (MTG) Celsius Network LLC | 10217 | $10,233,164.18 |
| 34 JASON WEBER ADDRESS ON FILE | 07/22/22 | 22-10964 (MTG) Celsius Network LLC | 2326 | $113,836.11 | JASON WEBER ADDRESS ON FILE | 12/19/22 | 22-10964 (MTG) Celsius Network LLC | 15593 | $113,836.11 |
| 35 JERONIMO TREVINO DE HOYOS ADDRESS ON FILE | 07/22/22 | 22-10964 (MTG) Celsius Network LLC | 2178 | $34,475.94 | JERONIMO TREVINO DE HOYOS ADDRESS ON FILE | 08/18/22 | 22-10964 (MTG) Celsius Network LLC | 7512 | $64,475.94 |
| 36 JIRAPONGTANAVECH , BOONKIT ADDRESS ON FILE | 08/04/22 | 22-10964 (MTG) Celsius Network LLC | 5495 | $275.92 | JIRAPONGTANAVECH, BOONKIT ADDRESS ON FILE | 08/11/22 | 22-10964 (MTG) Celsius Network LLC | 6793 | $288.71 |
| 37 JOACHIM ROBERT A LEBRUN ADDRESS ON FILE | 09/06/22 | 22-10964 (MTG) Celsius Network LLC | 8622 | $5,691,151.00 | JOACHIM ROBERT A LEBRUN ADDRESS ON FILE | 09/06/22 | 22-10964 (MTG) Celsius Network LLC | 8623 | $56,911.51 |
| 38 JOHNSON , MELISSA LYNNE ADDRESS ON FILE | 08/27/22 | 22-10964 (MTG) Celsius Network LLC | 8019 | $4,941.64 | JOHNSON, MELISSA LYNNE ADDRESS ON FILE | 09/07/22 | 22-10964 (MTG) Celsius Network LLC | 8559 | $5,023.21 |

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 39 JOSEPH BARRY<br>ADDRESS ON FILE | 07/28/22 | 22-10964 (MTG)<br>Celsius Network LLC | 3526 | $3,500.00 | JOSEPH BARRY<br>ADDRESS ON FILE | 11/30/22 | 22-10964 (MTG)<br>Celsius Network LLC | 10279 | $15,000.00 |
| 40 JOVICA STOJANOVIC<br>ADDRESS ON FILE | 07/24/22 | 22-10964 (MTG)<br>Celsius Network LLC | 2433 | $925.66 | STOJANOVIC, JOVICA<br>ADDRESS ON FILE | 09/01/22 | 22-10964 (MTG)<br>Celsius Network LLC | 8326 | $46,283.00 |
| 41 KAMILA SCHENK<br>ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG)<br>Celsius Network LLC | 222 | $4,988.82 | KAMILA SCHENK<br>ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG)<br>Celsius Network LLC | 267 | $4,988.82 |
| 42 KAMILA SCHENK<br>ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG)<br>Celsius Network LLC | 234 | $4,988.82 | KAMILA SCHENK<br>ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG)<br>Celsius Network LLC | 267 | $4,988.82 |
| 43 KAPLAN, PETER<br>ADDRESS ON FILE | 07/21/22 | 22-10964 (MTG)<br>Celsius Network LLC | 815 | $65,000.00 | KAPLAN, PETER<br>ADDRESS ON FILE | 08/03/22 | 22-10964 (MTG)<br>Celsius Network LLC | 5297 | $65,000.00 |
| 44 KENNEDY, TYMOTHY<br>ADDRESS ON FILE | 08/02/22 | 22-10964 (MTG)<br>Celsius Network LLC | 4990 | $129,631.56 | TYMOTHY KENNEDY<br>ADDRESS ON FILE | 01/20/23 | All Debtors | 21806 | $129,631.56 |
| 45 LEE, ELLEN<br>ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG)<br>Celsius Network LLC | 291 | $19,955.07 | LEE, ELLEN<br>ADDRESS ON FILE | 07/21/22 | 22-10964 (MTG)<br>Celsius Network LLC | 1882 | $19,955.07 |
| 46 LESHOCK, DAVID<br>ADDRESS ON FILE | 07/25/22 | 22-10964 (MTG)<br>Celsius Network LLC | 7323 | $157,447.12 | LESHOCK, DAVID<br>ADDRESS ON FILE | 08/16/22 | 22-10964 (MTG)<br>Celsius Network LLC | 7324 | $180,626.00 |

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 47 MARGARONE, MAURIZIO ADDRESS ON FILE | 10/07/22 | 22-10964 (MTG) Celsius Network LLC | 9874 | $104,903.00 | MAURIZIO MARGARONE ADDRESS ON FILE | 12/19/22 | 22-10964 (MTG) Celsius Network LLC | 15589 | $104,903.00 |
| 48 MARUCCIA, DANILO ADDRESS ON FILE | 07/24/22 | 22-10964 (MTG) Celsius Network LLC | 2550 | $2,583.75 | MARUCCIA, DANILO ADDRESS ON FILE | 12/12/22 | 22-10964 (MTG) Celsius Network LLC | 15556 | $2,253.24 |
| 49 MIRANDA GEORGE ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1169 | $100,000.00 | MIRANDA GEORGE ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1591 | $100,000.00 |
| 50 MIRANDA GEORGE ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1300 | $100,000.00 | MIRANDA GEORGE ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1591 | $100,000.00 |
| 51 MIRANDA GEORGE ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1308 | $100,000.00 | MIRANDA GEORGE ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1591 | $100,000.00 |
| 52 MOASE, DARRYL ADDRESS ON FILE | 08/08/22 | 22-10964 (MTG) Celsius Network LLC | 6438 | Undetermined* | DARRYL MOASE [ESAOM MINING, INC.] ADDRESS ON FILE | 10/05/22 | 22-10964 (MTG) Celsius Network LLC | 9717 | $33,986.00 |
| 53 NAIR, SAJIV ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1613 | $34,411.96 | NAIR, SAJIV ADDRESS ON FILE | 09/01/22 | 22-10964 (MTG) Celsius Network LLC | 8319 | $103,500.00 |
| 54 NICOLAS HERNANDEZ ADDRESS ON FILE | 07/28/22 | 22-10964 (MTG) Celsius Network LLC | 3446 | $39,815.67 | NICOLAS HERNANDEZ ADDRESS ON FILE | 08/03/22 | 22-10964 (MTG) Celsius Network LLC | 5179 | $40,377.85 |

*Indicates claim contains unliquidated and/or undetermined amounts

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 55 PATEL, PRAJESH GULU ADDRESS ON FILE | 07/18/22 | 22-10964 (MTG) Celsius Network LLC | 76 | $0.00 | PRAJESH GULU PATEL ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1336 | $43,111.36 |
| 56 PATEL, PRIYANK GULU ADDRESS ON FILE | 07/18/22 | 22-10964 (MTG) Celsius Network LLC | 77 | $0.00 | PRIYANK GULU PATEL ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1327 | $61,211.91 |
| 57 PHAROS FUND SP PHAROS MASTER FUND LP 3RD FLOOR, CITRUS GROVE 106 GORING AVENUE P.O. BOX 492 GEORGE TOWN, KY1-1106 | 12/19/22 | 22-10966 (MTG) Celsius Network Limited | 15595 | $27,534,815.00 | PHAROS FUND SP OF PHAROS MASTER SPC 3RD FLOOR, CITRUS GROVE 106 GORING AVENUE P.O. BOX 492 GEORGE TOWN, KY1-1106 | 01/19/23 | 22-10966 (MTG) Celsius Network Limited | 21818 | $27,534,815.00 |
| 58 PHAROS FUND SP OF PHAROS MASTER FUND LP 3RD FLOOR, CITRUS GROVE 106 GORING AVENUE P.O. BOX 492 GRAND KAYMAN GEORGE TOWN, KY1-1106 | 12/19/22 | 22-10966 (MTG) Celsius Network Limited | 15596 | $55,247,446.00 | PHAROS USD FUND SP OF PHAROS MASTER SPC 3RD FLOOR, CITRUS GROVE 106 GORING AVENU P.O. BOX 492 GEORGE TOWN, KY1-1106 | 01/19/23 | 22-10966 (MTG) Celsius Network Limited | 21817 | $55,247,446.00 |
| 59 PREUS, LINDA ADDRESS ON FILE | 07/21/22 | 22-10964 (MTG) Celsius Network LLC | 1537 | Undetermined* | LINDA PREUS ADDRESS ON FILE | 12/20/22 | 22-10964 (MTG) Celsius Network LLC | 15599 | $52,000.00 |

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 60 RICHARD, SEONMI ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 365 | $13,856.42 | RICHARD, SEONMI ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 424 | $13,856.42 |
| 61 RICHARD, SEONMI ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 367 | $13,856.42 | RICHARD, SEONMI ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 424 | $13,856.42 |
| 62 RICHARD, SEONMI ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 407 | $16,044.94 | RICHARD, SEONMI ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 427 | $16,044.94 |
| 63 RICHARD, SEONMI ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 419 | $16,044.94 | RICHARD, SEONMI ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 427 | $16,044.94 |
| 64 RICK HOFFMANN ADDRESS ON FILE | 11/03/22 | 22-10964 (MTG) Celsius Network LLC | 10118 | $199,746.00 | RICK HOFFMANN ADDRESS ON FILE | 11/04/22 | 22-10964 (MTG) Celsius Network LLC | 10119 | $1,997.46 |
| 65 ROUGIER, MARVIN ADDRESS ON FILE | 09/05/22 | 22-10964 (MTG) Celsius Network LLC | 8456 | $106,318.19 | ROUGIER, MARVIN ADDRESS ON FILE | 09/09/22 | 22-10964 (MTG) Celsius Network LLC | 8666 | $106,318.19 |
| 66 SAAD HAMID ADDRESS ON FILE | 11/10/22 | 22-10964 (MTG) Celsius Network LLC | 10177 | $2,386.90 | SAAD HAMID ADDRESS ON FILE | 11/11/22 | 22-10964 (MTG) Celsius Network LLC | 10179 | $4,770.83 |
| 67 SARA MARIA DE SOUSA JANOTA ADDRESS ON FILE | 07/23/22 | 22-10964 (MTG) Celsius Network LLC | 2345 | $10,975.00 | JANOTA, SARA ADDRESS ON FILE | 08/30/22 | 22-10964 (MTG) Celsius Network LLC | 8162 | $10,570.00 |

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 68 SETH GRAY ADDRESS ON FILE | 12/19/22 | All Debtors | 16767 | Undetermined* | SETH GRAY ADDRESS ON FILE | 02/02/23 | All Debtors | 21852 | $509,017.06 |
| 69 SHIN, YEONSUN ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 350 | $18,188.48 | SHIN, YEONSUN ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 351 | $18,188.48 |
| 70 SPECTRUM [CHARTER COMMUNICATIONS, BRIGHTHOUSE NETWORKS] 1600 DUBLIN ROAD COLUMBUS, OH 43215 | 07/29/22 | 22-10964 (MTG) Celsius Network LLC | 3671 | $586.68 | SPECTRUM [CHARTER COMMUNICATIONS, BRIGHTHOUSE NETWORKS] 1600 DUBLIN ROAD COLUMBUS, OH 43215 | 11/28/22 | 22-10964 (MTG) Celsius Network LLC | 10276 | $1,985.68 |
| 71 TETREV, MATTI ADDRESS ON FILE | 08/01/22 | 22-10964 (MTG) Celsius Network LLC | 4508 | $650.00 | TETREV, MATTI ADDRESS ON FILE | 08/02/22 | 22-10964 (MTG) Celsius Network LLC | 4949 | $641.86 |
| 72 THUY NGUYEN ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 642 | $0.00 | THUY NGUYEN ADDRESS ON FILE | 07/30/22 | 22-10964 (MTG) Celsius Network LLC | 3876 | $173,523.12 |
| 73 TIBOR PETROVICZ ADDRESS ON FILE | 08/01/22 | 22-10964 (MTG) Celsius Network LLC | 4397 | $69,901.00 | TIBOR PETROVICZ ADDRESS ON FILE | 12/31/22 | 22-10964 (MTG) Celsius Network LLC | 17221 | $27,626.10 |
| 74 TUTTLE, MARK ADDRESS ON FILE | 07/17/22 | 22-10964 (MTG) Celsius Network LLC | 43 | $380,767.27 | TUTTLE, MARK ADDRESS ON FILE | 07/17/22 | 22-10964 (MTG) Celsius Network LLC | 44 | $380,767.27 |

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 75 VINCENZO JAMES CIARAVINO, III ADDRESS ON FILE | 08/04/22 | 22-10964 (MTG) Celsius Network LLC | 5557 | $837.62 | VINCENZO JAMES CIARAVINO, III ADDRESS ON FILE | 10/01/22 | 22-10964 (MTG) Celsius Network LLC | 9554 | $837.62 |
| 76 VITOR MOROUÇO ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1136 | $1,386.81 | VITOR MOROUÇO ADDRESS ON FILE | 07/20/22 | 22-10964 (MTG) Celsius Network LLC | 1148 | $1,386.81 |
| 77 VITTINI, AARON ADDRESS ON FILE | 07/21/22 | 22-10964 (MTG) Celsius Network LLC | 798 | $2,500.00 | VITTINI, AARON ADDRESS ON FILE | 10/07/22 | 22-10964 (MTG) Celsius Network LLC | 9860 | $2,500.00 |
| 78 VOGT, BASTIEN ADDRESS ON FILE | 07/29/22 | 22-10964 (MTG) Celsius Network LLC | 3611 | $20,000.00 | VOGT, BASTIEN ADDRESS ON FILE | 08/04/22 | 22-10964 (MTG) Celsius Network LLC | 5472 | $10,000.00* |
| 79 WHEETLEY, JARED WAYNE ADDRESS ON FILE | 08/06/22 | 22-10964 (MTG) Celsius Network LLC | 6100 | $28,939.67 | WHEETLEY, JARED WAYNE ADDRESS ON FILE | 08/17/22 | 22-10964 (MTG) Celsius Network LLC | 9378 | $12,319.91 |
| 80 WHEETLEY, JARED WAYNE ADDRESS ON FILE | 08/06/22 | 22-10964 (MTG) Celsius Network LLC | 6113 | $12,319.91 | WHEETLEY, JARED WAYNE ADDRESS ON FILE | 08/17/22 | 22-10964 (MTG) Celsius Network LLC | 9378 | $12,319.91 |
| 81 YAMBO, LEONARD ADDRESS ON FILE | 08/18/22 | 22-10964 (MTG) Celsius Network LLC | 7502 | $35,350.77 | YAMBO, LEONARD ADDRESS ON FILE | 10/11/22 | 22-10964 (MTG) Celsius Network LLC | 9938 | $36,223.41 |
| 82 YAMBO, LEONARD ADDRESS ON FILE | 08/18/22 | 22-10964 (MTG) Celsius Network LLC | 7513 | $32,350.77 | YAMBO, LEONARD ADDRESS ON FILE | 10/11/22 | 22-10964 (MTG) Celsius Network LLC | 9938 | $36,223.41 |

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 83 | YAMBO, LEONARD ADDRESS ON FILE | 08/30/22 | 22-10964 (MTG) Celsius Network LLC | 8194 | $35,250.77 | YAMBO, LEONARD ADDRESS ON FILE | 10/11/22 | 22-10964 (MTG) Celsius Network LLC | 9938 | $36,223.41 |

## **Schedule 2**

**Exact Duplicate Claims**

# Celsius Network LLC Case No. 22-10964 (MTG)
## First Omnibus Objection
### Schedule 2 - Exact Duplicate Claims

<table>
<tr><td colspan="5" align="center"><u>CLAIMS TO BE DISALLOWED</u></td><td colspan="5" align="center"><u>REMAINING CLAIMS</u></td></tr>
</table>

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|------|------------|---------------------|---------|--------------|------|------------|---------------------|---------|--------------|
| 1 | AHERN, EVAN ADDRESS ON FILE | 08/12/22 | 22-10964 (MTG) Celsius Network LLC | 9350 | $106,103.00 | AHERN, EVAN ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 776 | $106,103.00 |
| 2 | AVEDIKIAN, EDDIE WILLIAM ADDRESS ON FILE | 07/18/22 | 22-10964 (MTG) Celsius Network LLC | 313 | $15,053.00 | AVEDIKIAN, EDDIE WILLIAM ADDRESS ON FILE | 07/26/22 | 22-10964 (MTG) Celsius Network LLC | 9110 | $15,053.00 |
| 3 | BRITTON, JEREMY ADDRESS ON FILE | 07/21/22 | 22-10964 (MTG) Celsius Network LLC | 2045 | $46,008.17 | BRITTON, JEREMY ADDRESS ON FILE | 08/29/22 | 22-10964 (MTG) Celsius Network LLC | 8094 | $46,008.17 |
| 4 | BRUCK, ABRAHAM [AVROHOM BRUCK, ABRAHAM BRUCK AND ASSOCIATES] ADDRESS ON FILE | 07/18/22 | 22-10964 (MTG) Celsius Network LLC | 311 | $73,386.62 | BRUCK, ABRAHAM [AVROHOM BRUCK, ABRAHAM BRUCK AND ASSOCIATES] ADDRESS ON FILE | 08/05/22 | 22-10964 (MTG) Celsius Network LLC | 9295 | $73,386.62 |
| 5 | CANDELORE, CRAIG ADDRESS ON FILE | 08/25/22 | 22-10964 (MTG) Celsius Network LLC | 9410 | $506,821.91 | CANDELORE, CRAIG ADDRESS ON FILE | 08/19/22 | 22-10964 (MTG) Celsius Network LLC | 7609 | $506,821.91 |
| 6 | DAVID, FLORENT ADDRESS ON FILE | 09/25/22 | 22-10966 (MTG) Celsius Network Limited | 9164 | $50,000.00 | DAVID, FLORENT ADDRESS ON FILE | 09/25/22 | 22-10966 (MTG) Celsius Network Limited | 9165 | $50,000.00 |
| 7 | HAM, TAE YEONG ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 380 | $3,706.71 | HAM, TAE YEONG ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 457 | $3,706.71 |
| 8 | HOH, JIAN MENG ADDRESS ON FILE | 09/06/22 | 22-10964 (MTG) Celsius Network LLC | 5211 | $1,001.26 | HOH, JIAN MENG ADDRESS ON FILE | 09/06/22 | 22-10964 (MTG) Celsius Network LLC | 8555 | $1,001.26 |

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 KIM CORTHOUT ADDRESS ON FILE | 07/20/22 | 22-10965 (MTG) Celsius Network Inc. | 1213 | $9,843.36 | KIM CORTHOUT ADDRESS ON FILE | 07/20/22 | 22-10965 (MTG) Celsius Network Inc. | 1217 | $9,843.36 |
| 10 MOORE, LANCE ADDRESS ON FILE | 08/01/22 | 22-10964 (MTG) Celsius Network LLC | 4630 | $13,829.00 | MOORE, LANCE ADDRESS ON FILE | 10/03/22 | 22-10964 (MTG) Celsius Network LLC | 9636 | $13,829.00 |
| 11 NEWELL, HEIDI ELISE ADDRESS ON FILE | 08/22/22 | 22-10964 (MTG) Celsius Network LLC | 9431 | $73,908.13 | NEWELL, HEIDI ELISE ADDRESS ON FILE | 08/26/22 | 22-10964 (MTG) Celsius Network LLC | 9446 | $73,908.13 |
| 12 NOVAWULF DIGITAL PARALLEL MASTER FUND, L.P. ABBATE, MICHAEL 9 FEDERAL STREET EASTON, MD 21601 | 10/25/22 | 22-10970 (MTG) Celsius Lending LLC | 10004 | $1,667,997.07 | NOVAWULF DIGITAL PARALLEL MASTER FUND, L.P. ABBATE, MICHAEL 9 FEDERAL STREET EASTON, MD 21601 | 10/25/22 | 22-10970 (MTG) Celsius Lending LLC | 10016 | $1,667,997.07 |
| 13 ORDONEZ, ELIZABETH ADDRESS ON FILE | 10/24/22 | 22-10964 (MTG) Celsius Network LLC | 10050 | $66,408.83 | ORDONEZ, ELIZABETH ADDRESS ON FILE | 10/24/22 | 22-10964 (MTG) Celsius Network LLC | 21821 | $66,408.83 |
| 14 PLESKONKO. ALLISON ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 333 | $6,000.00 | PLESKONKO. ALLISON ADDRESS ON FILE | 07/19/22 | 22-10964 (MTG) Celsius Network LLC | 388 | $6,000.00 |
| 15 RITHOLZ, SUSAN ADDRESS ON FILE | 08/01/22 | 22-10965 (MTG) Celsius Network Inc. | 4626 | $2,076,904.09 | RITHOLZ, SUSAN ADDRESS ON FILE | 08/01/22 | 22-10965 (MTG) Celsius Network Inc. | 4631 | $2,076,904.09 |

# Celsius Network LLC Case No. 22-10964 (MTG)
## First Omnibus Objection
## Schedule 2 - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 RITHOLZ, SUSAN ADDRESS ON FILE | 08/01/22 | 22-10969 (MTG) Celsius Networks Lending LLC | 4645 | $2,076,904.09 | RITHOLZ, SUSAN ADDRESS ON FILE | 08/01/22 | 22-10969 (MTG) Celsius Networks Lending LLC | 4663 | $2,076,904.09 |
| 17 SUNG BUM BAE ADDRESS ON FILE | 08/02/22 | 22-10964 (MTG) Celsius Network LLC | 4813 | $20,000.00 | SUNG BUM BAE ADDRESS ON FILE | 08/02/22 | 22-10964 (MTG) Celsius Network LLC | 4843 | $20,000.00 |
| 18 TERRANCE LADE ADDRESS ON FILE | 07/22/22 | 22-10964 (MTG) Celsius Network LLC | 1092 | $1,984,764.00 | TERRANCE LADE ADDRESS ON FILE | 08/10/22 | 22-10964 (MTG) Celsius Network LLC | 6715 | $1,984,764.00 |
| 19 TRENTON KROL ADDRESS ON FILE | 08/17/22 | 22-10964 (MTG) Celsius Network LLC | 7382 | $597.94 | TRENTON KROL ADDRESS ON FILE | 08/17/22 | 22-10964 (MTG) Celsius Network LLC | 7385 | $597.94 |
| 20 WORTHMAN, CHARLES JOSEPH ADDRESS ON FILE | 08/17/22 | 22-10964 (MTG) Celsius Network LLC | 7378 | $7,996.16 | WORTHMAN, CHARLES JOSEPH ADDRESS ON FILE | 08/17/22 | 22-10964 (MTG) Celsius Network LLC | 7395 | $7,996.16 |

## Schedule 3

### Non-Debtor Claims

| | Celsius Network LLC | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ALISHA TATE<br>ADDRESS ON FILE | 01/22/2023 | 22-10964 (MTG)<br>Celsius Network LLC | 21813 | $30.00 | Proof of Claim asserts a liability for $30 on the basis of: "Goods sold that caused personal injury from containing stimulants".  The debtor's business is unrelated to the manufacturing, sale, or distribution of energy drinks.   As a result, the asserted liability is not an obligation of the debtor's and claim number 21813 should be disallowed. |
| 2 | BRYNLIE SHEARS<br>ADDRESS ON FILE | 01/22/2023 | All Debtors | 21918 | Undetermined* | Proof of Claim asserts a liability for an undetermined amount on the basis of: "I used to drink them to try to work out".  The debtor's business is unrelated to the manufacturing, sale, or distribution of energy drinks.   As a result, the asserted liability is not an obligation of the debtor's and claim number 21918 should be disallowed. |
| 3 | MANDI CASUTT<br>ADDRESS ON FILE | 01/22/2023 | 22-10964 (MTG)<br>Celsius Network LLC | 21808 | $20.00 | Proof of Claim asserts a liability for $20 on the basis of: "Drink" "Groceries goods".  The debtor's business is unrelated to the manufacturing, sale, or distribution of energy drinks.   As a result, the asserted liability is not an obligation of the debtor's and claim number 21808 should be disallowed. |

| | | | TOTAL | | $50.00* | |

**<u>Schedule 4</u>**

**Unsupported Claims**

| | NAME | CLAIM # | CASE NUMBER / DEBTOR | ASSERTED AMOUNT | EARN | CUSTODY | WITHHELD | COLLATERAL | CASE NUMBER / DEBTOR | EARN | CUSTODY | WITHHELD | COLLATERAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ASSERTED CLAIMS | | | | | | MODIFIED CLAIMS | | | | |
| 1 | AARON TIMMINS ADDRESS ON FILE | 4989 | 22-10964 (MTG) Celsius Network LLC | $850,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | ADA 288.304455998004 BTC 1.41910255432938 CEL 7426.18130811469 DOT 543.35251918495 ETH 136.085303245993 LINK 178.216399983337 MATIC 0.00739322767925851 SGB 1613.89055541727 USDC 59.9066268680756 USDT ERC20 0.00994378072161515 XRP 0.00000015586331559 | | | |
| 2 | ANDERSON, RYAN ADDRESS ON FILE | 6831 | 22-10964 (MTG) Celsius Network LLC | $1,000,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | AAVE 16.1258636439817 ADA 589.996896063061 AVAX 7.72675801878976 BTC 0.98406026624631 DOT 5.56468246022603 ETH 26.1608045309318 LINK 7.08048148124006 LTC 4.17823560576392 SNX 103.72976607517 SOL 72.474354450951 UNI 1408.93258336108 USDC 5718.24265594551 | AVAX 0.730306671975688 BTC 0.00735684890894868 ETH 0.209162 | | |
| 3 | CARL LAMB ADDRESS ON FILE | 967 | 22-10964 (MTG) Celsius Network LLC | $500,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 5.73981146751032 CEL 16.1776263423523 ETH 28.9908672419557 | | | |
| 4 | CARLOS L SANTO ADDRESS ON FILE | 2770 | 22-10964 (MTG) Celsius Network LLC | $5,713,231.00 | | | | | 22-10964 (MTG) Celsius Network LLC | ADA 15081.3345631179 BTC 0.465868030687404 ETH 10.5339220948156 LTC 21.2643718483986 MATIC 20961.567887066 USDC 137.572141077458 XRP 13857 | | | |
| 5 | DANIEL, EDWIN H ADDRESS ON FILE | 4601 | 22-10964 (MTG) Celsius Network LLC | $579,140.64 | | | | | 22-10964 (MTG) Celsius Network LLC | AAVE 0.012663797971779 ADA 709.117052085532 BTC 0.000177609713577184 CEL 1.22492567937119 ETH 2.66065530783671 LINK 0.0127452728211461 LUNC 23.9617148903 47 MANA 0.060772787341270 1 MATIC 17.3316831385954 SOL 0.00472329589327537 UNI 0.0870606316791597 USDC 21275.3626756063 USDT ERC20 7.81052942247361 | ADA 87.1063594901656 BTC 0.0351871613288522 CEL 257.586541546602 ETH 0.00000083140370272 LINK 10.3636540154789 MATIC 59.7768435626529 SOL 53.5579146887868 USDC 0.003 XRP 2303.517364 | | BTC 8.90985556668853 |
| 6 | DANILO PINEDA ADDRESS ON FILE | 230 | 22-10964 (MTG) Celsius Network LLC | $650,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | ADA 25707.2353663367 BTC 1.5433460710 7852 DOT 229.7416781451 ETH 43.5301837300213 LINK 249.551114168746 MANA 2012.05215617311 MATIC 8121.41424479708 SNX 110.95377559208 1 SOL 142.98195370138 7 USDC 0.0485574580113423 | BTC 0.5947551 ETH 3.295896 USDC 26145.391489 | | ADA 11314.1608736205 |
| 7 | DEREK LE ADDRESS ON FILE | 10245 | 22-10964 (MTG) Celsius Network LLC | $445,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | LINK 0.967338101265169 MATIC 0.064088603193697 SNX 24815.1289386327 | LINK 6728.13819798973 | | |
| 8 | DIRK, AREND ADDRESS ON FILE | 5468 | 22-10964 (MTG) Celsius Network LLC | $333,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 0.0218389138393094 CEL 0.227826980904158 DASH 1.78817890269783 ETH 0.222044517228128 MATIC 2492.38462783203 OMG 33.0955308279277 | | | |

| | | ASSERTED CLAIMS | | | | | | | MODIFIED CLAIMS | | | |
| NAME | CLAIM # | CASE NUMBER / DEBTOR | ASSERTED AMOUNT | EARN | CUSTODY | WITHHELD | COLLATERAL | CASE NUMBER / DEBTOR | EARN | CUSTODY | WITHHELD | COLLATERAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 EDWARD ST. GEORGE COLE CERVANTES, CFO ADDRESS ON FILE | 1371 | 22-10964 (MTG) Celsius Network LLC | $1,000,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | AAVE 137.130863686712 BCH 22.7960455695202 BNT 3578.26033117998 BTC 0.0233796593956336 COMP 104.440387290602 DASH 74.233824946395 DOT 833.915528210035 ETH 148.213110492573 KNC 7706.40905035835 LINK 1392.74026520174 LTC 83.1890092851892 MATIC 42956.1310237312 OMG 2779.73592741013 PAXG 5.6567399413529 SNX 4882.03119592165 UNI 2070.21519776497 XLM 38584.062941319 ZRX 15982.7070311376 | ETH 19.924147 | | BTC 15.1317394244048 |
| 10 GOMEZ, CHRISTOPHER T ADDRESS ON FILE | 6092 | 22-10964 (MTG) Celsius Network LLC | $2,070,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 10.2825751115594 | | | BTC 20.43650865 |
| 11 JUCH, JAY Y ADDRESS ON FILE | 5550 | 22-10964 (MTG) Celsius Network LLC | $11,147,495.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 1.45210134819531 ETH 48.1973218978573 GUSD 2.46682217097669 | | | |
| 12 KRISTINA KNAPIC ADDRESS ON FILE | 10187 | 22-10964 (MTG) Celsius Network LLC | $2,359,346.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 1.44052905762483 | | | |
| 13 LAROCHE, OLIVIER ADDRESS ON FILE | 4071 | 22-10964 (MTG) Celsius Network LLC | $411,380.12 | | | | | 22-10964 (MTG) Celsius Network LLC | AAVE 35.9596076570581 ADA 0.000000857142857143 BNT 1383.2734768364 BTC 0.0333206553596678 CEL 25809.9533697152 ETH 28.3861022658594 KNC 192.187330137217 MATIC 1697.82814887678 UNI 428.87107152649 USDC 95.4642393292772 | | | |
| 14 LEAH PEARLMAN ADDRESS ON FILE | 6511 | 22-10964 (MTG) Celsius Network LLC | $2,500,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | ADA 39526.6286938894 AVAX 370.25084700343 BCH 76.2610537964316 BTC 10.2372763755633 DOT 1514.54260396498 ETH 203.940560148865 LUNC 548.946165628972 SOL 0.77941227602869 USDC 217620.572534862 | BTC 6.704 SOL 0.00000000817148092 USDC 49950 | | |
| 15 LILJENQUIST, BRANDON ADDRESS ON FILE | 5314 | 22-10964 (MTG) Celsius Network LLC | $1,300,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | AAVE 0.107675885110593 BTC 0.00170661723979205 CEL 6.6582171011393 COMP 0.026218461640448 ETH 0.00003746077862203 KNC 0.556868322463145 MCDAI 63.7422904918355 SNX 1.777901234106 UNI 0.146005362911056 USDC 3.9237810024084 XLM 3.3657986936846 | BTC 26.5295542591643 ETH 95.1112059360731 USDC 13620.686475 | | BTC 8.47228037337142 ETH 123.709868637565 |
| 16 LOPES, JOAO MIGUEL PINHEIRO ADDRESS ON FILE | 3048 | 22-10964 (MTG) Celsius Network LLC | $577,369.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 0.047142880977144 ETH 0.868520420794493 USDC 0.36989082870234 | | | |

| | NAME | CLAIM # | CASE NUMBER / DEBTOR | ASSERTED AMOUNT | EARN | CUSTODY | WITHHELD | COLLATERAL | CASE NUMBER / DEBTOR | EARN | CUSTODY | WITHHELD | COLLATERAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED CLAIMS | | | | | MODIFIED CLAIMS | | | | |
| 17 | LOUIS, PAUL<br>ADDRESS ON FILE | 8743 | 22-10964 (MTG)<br>Celsius Network LLC | $500,000.00 | | | | | 22-10964 (MTG)<br>Celsius Network LLC | 1INCH 2904.0348902657<br>AAVE 0.022958083022686<br>ADA 22636.6855370929<br>AVAX 340.433052370073<br>BAT 1.819696338261$<br>BTC 2.60586494269225<br>CEL 158.831879522288<br>DOT 1142.69079039988<br>ETH 38.6859162745627<br>LINK 1088.42126702053<br>LTC 0.00983872047709548<br>LUNC 83.9810143605971<br>MATIC 35322.73023853<br>PAX 233.974266539065<br>SOL 503.130245714513<br>SUSHI 1791.89451629574<br>USDT ERC20 13.41481367085 | USDT ERC20 0.000000569191853538 | | |
| 18 | MADISON SAMPLE JR MD<br>ADDRESS ON FILE | 6275 | 22-10964 (MTG)<br>Celsius Network LLC | $550,492.71 | | | | | 22-10964 (MTG)<br>Celsius Network LLC | BAT 0.00048062209800124 7<br>BCH 0.00000560106371869 7<br>BTC 0.00000035395696322 8<br>BUSD 0.941163724715197<br>CEL 71.2505781006217<br>DASH 0.0000211529381452<br>ETH 60.289526338394<br>LINK 2578.06486539556<br>LTC 0.00002501001642077 1<br>MATIC 33.0475335614256<br>OMG 0.0861568537968472<br>SGB 465.340076466681<br>SNX 2412.79913423509<br>UNI 0.0001912298651866452<br>USDC 0.10665043373917 1<br>USDT ERC20 0.0041158019035 3484<br>XLM 0.00661722219706057<br>XRP 0.0000009704981433 56<br>ZEC 9.80536747821645<br>ZRX 0.00044070338715 3952 | BAT 2.11817514633649<br>BCH 0.00000852266668921 3<br>BTC 0.00000065708426863 8<br>DASH 0.0534926889618715<br>ETH 4.00639426033321<br>LTC 0.00005964092008648 5<br>UNI 0.340359383223457<br>USDC 86.947695285501 6<br>USDT ERC20 2.620425745 19072<br>XLM 0.000553645509701487<br>ZRX 3.88520875453863 | | |
| 19 | MCFERRIN JR., WILLIAM JOSEPH<br>ADDRESS ON FILE | 4478 | 22-10964 (MTG)<br>Celsius Network LLC | $600,000.00 | | | | | 22-10964 (MTG)<br>Celsius Network LLC | ADA 15.3751289243758<br>BTC 4.51355550471018<br>ETH 26.9747718657684<br>MATIC 10270.9774769108<br>SOL 18.5693209600052 | | | |
| 20 | MUNENORI HINO<br>ADDRESS ON FILE | 1364 | 22-10964 (MTG)<br>Celsius Network LLC | $475,000.00 | | | | | 22-10964 (MTG)<br>Celsius Network LLC | | ADA 20000.45<br>BTC 1.19271569<br>DOT 14.2127894225048<br>ETH 22.0132503461005<br>LINK 1449.23598509<br>MATIC 20283.89<br>USDC 1249.38<br>XTZ 2249.667841 | | DOT 1003.29011057749 |
| 21 | NEPHI EVANS<br>ADDRESS ON FILE | 1368 | 22-10964 (MTG)<br>Celsius Network LLC | $450,000.00 | | | | | 22-10964 (MTG)<br>Celsius Network LLC | AAVE 7.79097462291034<br>ADA 2887.24561075194<br>BTC 0.529686261137655<br>DOT 20.389425865 9152<br>ETH 19.174447059841 5<br>LINK 0.116042962913291<br>MATIC 11212.712610167<br>USDC 7852.35678154376 | ETH 0.036217616693 24922 | | BTC 1.9443873443797<br>ETH 30.2966680027497 |
| 22 | NEUMANN, JEFF<br>ADDRESS ON FILE | 6423 | 22-10964 (MTG)<br>Celsius Network LLC | $721,102.00 | | | | | 22-10964 (MTG)<br>Celsius Network LLC | ADA 291.075121335496<br>CEL 0.392654445285534<br>DOT 6.81702816 47278<br>MATIC 9773.30962907528<br>USDC 4.61076136 14738 | CEL 278.471409986006 | | ADA 92732.2852624546<br>DOT 7302.70107761334 |
| 23 | NGUYEN HOANG NHUT<br>ADDRESS ON FILE | 4719 | 22-10964 (MTG)<br>Celsius Network LLC | $1,000,000.00 | | | | | 22-10964 (MTG)<br>Celsius Network LLC | BTC 12.5456798403567<br>CEL 1.68059384106379<br>ETH 0.0022966063206594 1<br>MCDAI 70.628605817064 4 | | | |

| | NAME | CLAIM # | CASE NUMBER / DEBTOR | ASSERTED AMOUNT | EARN | CUSTODY | WITHHELD | COLLATERAL | CASE NUMBER / DEBTOR | EARN | CUSTODY | WITHHELD | COLLATERAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED CLAIMS** | | | | | | **MODIFIED CLAIMS** | | | |
| 24 | NOVAK, ZACHARY ADDRESS ON FILE | 6732 | 22-10964 (MTG) Celsius Network LLC | $493,161.45 | | | | | 22-10964 (MTG) Celsius Network LLC | AAVE 0.0021594874199496B ADA 0.28912356423376T BTC 2.2548958073692 CEL 0.308234717312204 DOT 0.18839240505030I ETH 0.00032583930429981G LINK 0.0268721562957924 MATIC 3.72407858540716 SOL 987.207775872925 UNI 0.0000265171541049I USDC 0.00372410845131811 | | | |
| 25 | PADALYTSYA, DARYNA ADDRESS ON FILE | 8392 | 22-10964 (MTG) Celsius Network LLC | $6,311,124.00 | | | | | 22-10964 (MTG) Celsius Network LLC | ADA 1003.5993575785 BNB 1511.5 BTC 108.251411520941 CEL 749437.225012686 DOT 18.9 ETH 702.127321 MATIC 1539073.5906007 MCDAI 60 USDT ERC20 10000 | | | |
| 26 | POPKIN, GREGG ROBERT ADDRESS ON FILE | 5261 | 22-10964 (MTG) Celsius Network LLC | $750,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | AAVE 47.7352762444882 BTC 5.1393298754060I CEL 150.901354885207 EOS 0.13750654388795Z ETH 0.0598246803046876 LINK 704.509846452046 MATIC 7425.57628264445 UST 15001.30121 XLM 3.02319198393393 | ETH 69.4471229531534 USDC 0.0063179131062193Z | | |
| 27 | REESMAN, SCOTT J ADDRESS ON FILE | 3961 | 22-10964 (MTG) Celsius Network LLC | $6,000,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 0.0000341390664982S1 SOL 0.0016455668077594S | BTC 0.17166681110355Z SOL 6.23566922766026 | | |
| 28 | RICHARD HICKS ADDRESS ON FILE | 2924 | 22-10965 (MTG) Celsius Network Inc. | $650,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | ADA 1993.0957309096 BTC 9.1331761889303S ETH 20.876685360416I LINK 168.864834662712 LTC 22.9202493657668 MATIC 28081.8428667077 SOL 579.054272944729 USDC 1595.70526437612 | | | |
| 29 | ROSSNICK, RON ADDRESS ON FILE | 4744 | 22-10964 (MTG) Celsius Network LLC | $579,350.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 0.9075449063010G8 CEL 856.85118315556I DASH 4.53116576660602 ETH 29.8743308828173 MATIC 12212.2643547937 SNX 190.235617215934 USDC 220.712416132241 USDT ERC20 33.577402134986Z XRP 383.496347 | CEL 1.08051893916345 ETH 0.0073481096920811G | | BTC 3.6095304613167Z ETH 31.4521595454715 |
| 30 | SHAW VRANA ADDRESS ON FILE | 5559 | 22-10964 (MTG) Celsius Network LLC | $1,000,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 10.8926331930723 DOT 545.58850118242S LINK 1750.12281439738 MATIC 10522.0922878484 UNI 307.558297967945 USDC 24.4408429286749 | USDC 0.0043304728032903G | | |
| 31 | TAMIM ARYAN ADDRESS ON FILE | 4916 | 22-10964 (MTG) Celsius Network LLC | $580,333.00 | | | | | 22-10964 (MTG) Celsius Network LLC | ADA 0.112453621661227 BTC 0.15600506099393 DOT 0.166813885432922 LINK 1.29402413901079 MATIC 0.211439545474514 | | | |
| 32 | VINCENT BERTRAND WILHELM-WENDLING ADDRESS ON FILE | 6816 | 22-10964 (MTG) Celsius Network LLC | $3,750,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 10.1699340203015 ETH 508.427872869677 | | | |

| | | | ASSERTED CLAIMS | | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | CASE NUMBER / DEBTOR | ASSERTED AMOUNT | EARN | CUSTODY | WITHHELD | COLLATERAL | CASE NUMBER / DEBTOR | EARN | CUSTODY | WITHHELD | COLLATERAL |
| 33 | ZACHARY DAVIDSON ADDRESS ON FILE | 5661 | 22-10964 (MTG) Celsius Network LLC | $460,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | ADA 16218.9110663147<br>BAT 1.60391687922193<br>BTC 0.0004551275571 2357<br>DASH 2.45518924594155<br>DOT 1559.19903825679<br>EOS 0.07902556105374<br>ETH 52.4290308086198<br>LINK 539.928717128695<br>LTC 0.0371849182031036<br>SOL 59.3842170228804<br>UNI 0.693445269669056<br>USDC 6374.75485262555<br>USDT ERC20 38.8471411562906<br>XLM 1678.91639851103 | BAT 0.00636527383953995<br>BTC 0.00000000373694 9722<br>EOS 0.003934081 9972055<br>ETH 38.2947891835062<br>LTC 0.00000000046967 6061<br>UNI 0.00060899314028 3539<br>USDC 2458.03<br>USDT ERC20 183.735970321432 | | |

## **Schedule 5**

## **Inaccurately Supported Claims**

| | NAME | CLAIM # | CASE NUMBER / DEBTOR | ASSERTED AMOUNT | EARN | CUSTODY | WITHHELD | COLLATERAL | CASE NUMBER / DEBTOR | EARN | CUSTODY | WITHHELD | COLLATERAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | **ASSERTED CLAIMS** → **MODIFIED CLAIMS** | | | |
| 1 | DESTINY MINISTRIES INTERNATIONAL INC KURT HEISEY 2715 HAM BROWN ROAD KISSIMMEE, FL 34746 | 9506 | 22-10964 (MTG) Celsius Network LLC | $765,269.27 | | | | | 22-10964 (MTG) Celsius Network LLC | ADA 43248.0054640658 BCH 41.1922442952836 BTC 0.0013383112894391 LINK 8982.04016838505 | | | |
| 2 | DO KHENG TAN ADDRESS ON FILE | 2916 | 22-10964 (MTG) Celsius Network LLC | $633,830.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BAT 13627.3632404547 BTC 10.761047063023 BUSD 9.49657390346337 ETH 0.0455356706756976 | | | |
| 3 | FERNÁNDEZ, ÁGATA LÓPEZ ADDRESS ON FILE | 9799 | 22-10964 (MTG) Celsius Network LLC | $1,731,931.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 0.860856596649963 CEL 1.86739701868163 | | | |
| 4 | JACOB RING ROTH INVESTMENT TRUST JACOB J RING ADDRESS ON FILE | 4687 | 22-10964 (MTG) Celsius Network LLC | $899,837.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 4.78964705923314 ETH 126.42853774223 LTC 59.8102019596159 | | | |
| 5 | JONES, JACQUELINE GILYARD ADDRESS ON FILE | 3204 | 22-10964 (MTG) Celsius Network LLC | $5,174,204.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 2.07356846285361 ETH 3.06241152298718 | | | |
| 6 | KOLBECK, JESPER ADDRESS ON FILE | 7630 | 22-10964 (MTG) Celsius Network LLC | $552,102.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 0.0977972481137715 ETH 1.02641824379032 XRP 7719.57659130199 | | | |
| 7 | MANSOURI, ZABILLO ADDRESS ON FILE | 3188 | 22-10964 (MTG) Celsius Network LLC | $574,622.60 | | | | | 22-10964 (MTG) Celsius Network LLC | AAVE 21.2954356761337 BTC 2.34961965148505 CEL 1000.94295800672 ETH 56.9249095530534 LINK 636.205981049488 MATIC 74150.6171843332 SGB 1.545171721252 SNX 756.280835754909 XRP 10.1050545638326 | | | |
| 8 | MYERS, DANIEL ADDRESS ON FILE | 5386 | 22-10964 (MTG) Celsius Network LLC | $632,756.27 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 7.32305350690437 CEL 35.104335202512 ETH 32.7044065750849 | | | |
| 9 | POANDY ALISJAHBANA ADDRESS ON FILE | 4809 | 22-10964 (MTG) Celsius Network LLC | $117,490,720,223,218,000,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BNB 0.00761681643345125 BTC 0.454060386256429 ETH 2.04347698073648 | | | |
| 10 | RING, JACOB J ADDRESS ON FILE | 4642 | 22-10964 (MTG) Celsius Network LLC | $2,449,040.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 8.28486200982573 CEL 49.1166954143098 ETH 131.486276322182 LTC 353.834765110356 | BTC 20.38395539 | | |
| 11 | THOMPSON, GEOFFREY ADDRESS ON FILE | 6729 | 22-10964 (MTG) Celsius Network LLC | $769,262.00 | | | | | 22-10964 (MTG) Celsius Network LLC | BTC 0.595435502299755 CEL 9.40832323212175 ETH 150.683388501637 USDC 16.6973560903707 | | CEL 535.015118144548 | |

| | ASSERTED CLAIMS | | | | | | | MODIFIED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | CASE NUMBER / DEBTOR | ASSERTED AMOUNT | EARN | CUSTODY | WITHHELD | COLLATERAL | CASE NUMBER / DEBTOR | EARN | CUSTODY | WITHHELD | COLLATERAL |
| 12 ZACH ALVAREZ ADDRESS ON FILE | 3072 | 22-10964 (MTG) Celsius Network LLC | $988,000.00 | | | | | 22-10964 (MTG) Celsius Network LLC | AAVE 16.1886632853173 BTC 5.01111103505304 COMP 0.0130550039023301 ETH 115.930501762548 KNC 0.0335853978139387 LINK 505.742497479496 MANA 0.035370289151553 MATIC 3082.41857988037 SGB 0.7014721191226085 SNX 0.867873995033283 UNI 417.8877984711833 USDC 53926.8782168844 XLM 3.72803793941432 XRP 4.58860219031258 | | | |

**Exhibit B**

**Bixler Declaration**

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Initial Debtors and Debtors in Possession*

*Proposed Counsel to the GK8 Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF HOLDEN BIXLER
## IN SUPPORT OF DEBTORS' FIRST OMNIBUS OBJECTION TO CERTAIN
## (A) AMENDED CLAIMS, (B) DUPLICATE CLAIMS, (C) NON-DEBTOR CLAIMS,
## (D) UNSUPPORTED CLAIMS, AND (E) INACCURATELY SUPPORTED CLAIMS

I, Holden Bixler, declare under penalty of perjury:

1.      I am a Managing Director at Alvarez & Marsal North America, LLC ("<u>A&M</u>").

The above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") retained

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

A&M and its subsidiaries, affiliates, agents, and independent contractors as restructuring advisors in connection with their chapter 11 cases.

2.       As part of my current position, I am responsible for assisting the Debtors with certain claims management and reconciliation matters.  I am generally familiar with the Debtors' day-to-day operations, financing arrangements, business affairs, and books and records that reflect, among other things, the Debtors' liabilities and the amounts thereof owed to their creditors as of the Petition Date.

3.       I have read the *Debtors' First Omnibus Objection to Certain (A) Amended Claims, (B) Duplicate Claims, (C) Non-Debtor Claims, (D) Unsupported Claims, and (E) Inaccurately Supported Claims* (the "Objection"), filed contemporaneously herewith, and am directly, or by and through the Debtors' advisors and personnel, familiar with the information contained therein and the schedules attached thereto.[2]

4.       I am authorized to submit this declaration (the "Declaration") in support of the Objection.  All matters set forth in this Declaration are based on:  (a) my personal knowledge; (b) my review of relevant documents; (c) my view, based on my experience and knowledge of the Debtors and the Debtors' operations, books and records, and personnel; (d) information supplied to me by the Debtors and by others at the Debtors' request; or (e) as to matters involving United States bankruptcy law or rules or other applicable laws, my reliance on the advice of counsel or other advisors to the Debtors.  If called upon to testify, I could and would testify competently to the facts set forth herein.

---

[2]    Capitalized terms used in this Declaration and not defined have the meanings given to such terms elsewhere in the Objection.

5. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, considerable time and resources have been expended to ensure a high level of diligence in reviewing and reconciling the Proofs of Claim filed against the Debtors in these chapter 11 cases.

**A. Amended Claims.**

6. Upon a thorough review of the Proofs of Claim filed in these chapter 11 cases and the supporting documentation thereto, the Debtors have determined that the "Claims to be Disallowed" listed on Schedule 1 to Exhibit A to the Objection (the "Amended Claims") have been amended and/or superseded by subsequently filed Proofs of Claim by the same claimant on account of the same liability. The Amended Claims have been amended and/or superseded by the corresponding "Remaining Claims" listed on Schedule 1. Accordingly, I believe the Amended Claims should be disallowed and expunged in their entirety.

**B. Exact Duplicate Claims.**

7. Upon a thorough review of the Proofs of Claim filed in these chapter 11 cases and the supporting documentation thereto, the Debtors have determined that the "Claims to be Disallowed" listed on Schedule 2 to Exhibit A to the Objection (the "Exact Duplicate Claims") are mirror duplicates of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liabilities as to the same Debtor. The Exact Duplicate Claims assert the same underlying liability as identified by the corresponding "Remaining Claims" listed on Schedule 2. Accordingly, I believe the Exact Duplicate Claims should be disallowed and expunged in their entirety.

**C. Non-Debtor Claims.**

8. Upon a thorough review of the Proofs of Claim filed in these chapter 11 cases and the supporting documentation thereto, the Debtors have determined that the Non-Debtor Claims

3

listed on Schedule 3 to Exhibit A to the Objection are claims for which the Debtors are not liable. Accordingly, I believe that the Non-Debtor Claims should be disallowed and expunged in their entirety.

**D.      Unsupported Claims.**

9.      Upon a thorough review of the Proofs of Claim filed in these chapter 11 cases, the Debtors have determined that the Unsupported Claims listed on Schedule 4 to Exhibit A to the Objection do not provide any supporting documentation to support the amount of the claim as required by the Bar Date Order.  Accordingly, I believe that the Unsupported Claims should be modified to the amounts listed in the "Modified Claims" columns, which match the amounts listed in the Debtors' Schedules.  Such amounts reflected in the Debtors' Schedules are based on the Debtors' books and records and are what the relevant claimant is entitled to, not any additional amount asserted but lacks supporting documentation.

**E.      Inaccurately Supported Claims.**

10.      Upon a thorough review of the Proofs of Claim filed in these chapter 11 cases and the supporting documentation thereto, the Debtors have determined that the Inaccurately Supported Claims listed on Schedule 5 to Exhibit A to the Objection do not provide supporting documentation matching the amount of the claim.  Accordingly, I believe that the Inaccurately Supported Claims should be modified to the amounts listed in the "Modified Claims" columns, which match the amounts listed in the Debtors' Schedules.  Such amounts reflected in the Debtors' Schedules are based on the Debtors' books and records and are what the relevant claimant is entitled to, not any additional amount asserted that is unsupported by documentation.

11.      Disallowance or expungement of the Claims as described herein and in the Objection will not affect the Surviving Claims, if any, which will remain on the Claims Register

unless withdrawn by the applicable claimants or otherwise disallowed by the Court, subject to the Debtors' right to object to such Claims in the future on any grounds permitted by applicable law.

12.     Failure to disallow and expunge the Claims listed in the column titled "Claims to be Disallowed" on <u>Schedules 1–3</u> to <u>Exhibit A</u> to the Objection could result in the relevant claimant receiving an unwarranted or double recovery against the Debtors, to the detriment of other creditors.  Accordingly, I believe that the Court should grant the relief requested in the Objection.

13.     Failure to modify the Claims listed in the column titled "Asserted Amount" on <u>Schedules 4–5</u> to <u>Exhibit A</u> to the Objection could result in the relevant claimant receiving an unwarranted excessive recovery against the Debtors, to the detriment of other creditors. Accordingly, I believe that the Court should grant the relief requested in the Objection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  February 19, 2023                    Respectfully submitted,

_/s/ Holden Bixler_
_____
Name:  Holden Bixler
Title:   Managing Director, Alvarez & Marsal North
         America, LLC