**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
         sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
         gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF SIXTH MONTHLY FEE STATEMENT
### OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND
### REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS
### ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed

its *Sixth Monthly Fee Statement of Elementus Inc. for Interim Compensation and Reimbursement*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From January 1, 2023 Through January 31, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients.  *See* Docket No. 1745 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Fee Statement**, by (i) Elementus Inc. and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue.  *See* Docket No. 1745 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Fee Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Elementus.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement

to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

AMERICAS 116616989 v1

| | |
|---|---|
| Dated: February 21, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Gregory F. Pesce*<br>**WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:  david.turetsky@whitecase.com<br>            sam.hershey@whitecase.com<br>            azatz@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile:  (305) 358-5744<br>Email: kwofford@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:  mandolina@whitecase.com<br>            gregory.pesce@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile:  (213) 452-2329<br>Email:  aaron.colodny@whitecase.com |

4

| | |
|---|---|
| **WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:  david.turetsky@whitecase.com<br>       sam.hershey@whitecase.com | **WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:  mandolina@whitecase.com<br>       gregory.pesce@whitecase.com |
| – and – | – and – |
| **WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile:  (305) 358-5744<br>Email:  kwofford@whitecase.com | **WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile:  (213) 452-2329<br>Email:  aaron.colodny@whitecase.com |

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO**
**SIXTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR**
**INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Elementus Inc. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | January 1, 2023 – January 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $217,410.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $173,928.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $43,482.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $61,267.53 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $278,677.53 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $235,195.53 |

This is a monthly fee invoice.

2



# Professional Hours Tracker - January 2023

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 14 February 2023

## Hours Summary

| Name | Role | Rate | Communications with M3, W+C, A+M, and external parties | Internal Development | Administrative Tasks | Total (hrs) | Cost |
|---|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 2.3 | 29.7 | 0 | 32 | $32,000 |
| Matt Lam | Senior Data Scientist | $900 | 3.3 | 60.5 | 0 | 63.8 | 57,420 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 2.9 | 49.4 | 0 | 52.3 | 47,070 |
| Sirish Jetti | Vice President of Engineer | $800 | 0 | 14.2 | 0 | 14.2 | 11,360 |
| Hwasoo Lee | Senior Data Scientist | $900 | 0 | 1.5 | 0 | 1.5 | 1,350 |
| Bryan Oliveira | Senior Software Engineer | $900 | 0 | 19.3 | 0 | 19.3 | 17,370 |
| Matt Austin | Vice President | $800 | 0 | 0 | 4 | 4 | 3,200 |
| Bryan Young | Vice President | $800 | 1.1 | 4 | 0 | 5.1 | 4,080 |
| Nicholas Shaker | Project Manager | $600 | 18 | 51.4 | 3.2 | 72.6 | 43,560 |
| **Labor Totals** | | | | | | **264.8** | **$217,410** |

## Other Expenses

| Description | Date | Cost |
|---|---|---|
| Amazon Web Services Costs | | $24,350.24 |
| Google Cloud Platform | | 6,747.09 |
| Cambridge Intelligence Software License | | 26,293.32 |
| Lewis Brisbois Bisgaard & Smith | | 2,300.50 |
| Asana Project Management Platform | | 414.95 |
| Atlassian Project Management Platform | | 173.80 |
| Google Voice Platform | | 54.88 |
| Miro Flowchart Software License | | 898.73 |
| Microsoft 365 Software License | | 34.02 |
| **Other Expenses Totals** | | **$61,267.53** |

| | | |
|---|---|---|
| **January 2023 Grand Total** | | **$278,677.53** |

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 2.3 |
| Internal Development | 29.7 |
| **Total** | **32** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 1/4/2023 | Wednesday | 1.5 | Internal Call re: Uniswap Attributions | Internal Development |
| 1/4/2023 | Wednesday | 1.3 | Call with M3 and White and Case regarding Token Buy Backs | Communications |
| 1/10/2023 | Tuesday | 3.5 | Company Activity on OTC Desks other than Wintermute Query and Address Verification | Internal Development |
| 1/11/2023 | Wednesday | 4.4 | CEL Token Historical Ownership Analysis | Internal Development |
| 1/13/2023 | Friday | 0.5 | Internal Sync on outstanding requests from White and Case | Internal Development |
| 1/16/23 | Monday | 4.1 | BTC Big Purchase to Cover Shorts Investigation | Internal Development |
| 1/16/2023 | Monday | 3.3 | CEL Token Historical Ownership Analysis new parameters, broken down by individual | Internal Development |
| 1/18/2023 | Wednesday | 0.5 | Internal Standup re current workstreams | Internal Development |
| 1/19/2023 | Thursday | 4.3 | CEL Token Historical Ownership with new parameters per Kevin Chung's feedback | Internal Development |
| 1/20/2023 | Friday | 1 | Internal call regarding weekly deliverables | Internal Development |
| 1/25/2023 | Wednesday | 0.5 | Internal Call re: DEX Attributions | Internal Development |
| 1/26/2023 | Thursday | 1 | Call with M3 and White and Case about Company Buy Backs and Uniswap TXNs | Communications |
| 1/30/23 | Saturday | 6.1 | Company buyback on DEX and Uniswap Analysis | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Lam | Senior Data Scientist |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 3.3 |
| Internal Development | 60.5 |
| **Total** | **63.8** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 1/2/2023 | Monday | 4.3 | Celsus Voyager TXN data review | Internal Development |
| 1/3/2023 | Tuesday | 3 | Investigation into Uniswap Addresses and Smart contracts | Internal Development |
| 1/3/2023 | Tuesday | 1.5 | Generation of new Mashinsky and Goldstein TXN sheets | Internal Development |
| 1/4/2023 | Wednesday | 1.5 | Internal Call re: Uniswap Attributions | Internal Development |
| 1/6/2023 | Friday | 3.8 | CEL token totals and burn history analysis | Internal Development |
| 1/11/2023 | Wednesday | 6.4 | CEL Token Historical Ownership Analysis | Internal Development |
| 1/13/2023 | Friday | 5.5 | CEL Token Historical Ownership Analysis with new parameters | Internal Development |
| 1/13/2023 | Friday | 0.5 | Internal Sync on outstanding requests from White and Case | Internal Development |
| 1/15/2023 | Sunday | 6.4 | CEL Token Historical Ownership Analysis new parameters, broken down by individual | Internal Development |
| 1/17/2023 | Tuesday | 8.4 | CEL Token Historical Ownership split by personal and on-platform wallets | Internal Development |
| 1/18/2023 | Wednesday | 4.3 | CEL Token Historical Ownership split by personal and on-platform wallets, continued | Internal Development |
| 1/18/2023 | Wednesday | 0.5 | Internal Standup re current workstreams | Internal Development |
| 1/19/2023 | Thursday | 6.5 | CEL Token Historical Ownership with new parameters per Kevin Chung's feedback | Internal Development |
| 1/20/2023 | Friday | 0.5 | Internal call regarding weekly deliverables | Internal Development |
| 1/20/2023 | Friday | 0.5 | Call with M3 regarding Decentralized Exchanges and Liquidity Pools | Communications |
| 1/20/2023 | Friday | 1.6 | Analysis of CEL ownership overtime questions from M3 | Internal Development |
| 1/20/2023 | Friday | 0.5 | CEL Insider Holdings Call with M3 | Communications |
| 1/21/2023 | Saturday | 2.3 | Communications with M3 regarding transaction filtering w.r.t. CEL ownership | Communications |
| 1/25/2023 | Wednesday | 0.5 | Internal Call re: DEX Attributions | Internal Development |
| 1/26/2023 | Thursday | 5.3 | Triage and Analysis of Transactions reported in company communications | Internal Development |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 2.9 |
| Internal Development | 49.4 |
| **Total** | **52.3** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 1/3/2023 | Tuesday | 5.1 | Insider Activity on DeFi Protocol Research | Internal Development |
| 1/3/2023 | Tuesday | 0.8 | Call with M3 re: Insider Txns and Uniswap | Communications |
| 1/3/2023 | Tuesday | 3 | Investigation into Uniswap Addresses and Smart contracts | Internal Development |
| 1/4/2023 | Wednesday | 1.5 | Internal Call re: Uniswap Attributions | Internal Development |
| 1/4/2023 | Wednesday | 0.8 | Call with M3 and White and Case regarding Token Buy Backs | Communications |
| 1/5/2023 | Thursday | 3.4 | Prepare for call with A&M re: certain TXNs | Internal Development |
| 1/5/2023 | Thursday | 0.3 | Call with A&M re: certain TXNs | Communications |
| 1/5/2023 | Thursday | 3.5 | Regenerate CEL TXNs for Insiders and Company with Wintermute, Liquid, and DEX | Internal Development |
| 1/9/2023 | Monday | 4.2 | Review insider TXNs on certain exchanges | Internal Development |
| 1/10/2023 | Tuesday | 3.4 | Company Activity on OTC Desks other than Wintermute Query | Internal Development |
| 1/13/2023 | Friday | 0.5 | Internal Sync on outstanding requests from White and Case | Internal Development |
| 1/16/23 | Monday | 5.5 | BTC Big Purchase to Cover Shorts Investigation | Internal Development |
| 1/17/23 | Tuesday | 2.3 | Mashinsky Transfers Quality Check for M3 | Internal Development |
| 1/18/23 | Wednesday | 0.7 | Mashinsky Transfers Internal Sync | Internal Development |
| 1/18/2023 | Wednesday | 0.5 | Internal Standup re current workstreams | Internal Development |
| 1/20/2023 | Friday | 0.5 | Internal call regarding weekly deliverables | Internal Development |
| 1/20/2023 | Friday | 5.3 | Generation of DEX transactions and liquidity transactions | Internal Development |
| 1/23/2023 | Monday | 3.4 | Uniswap and DEX Attribution Troubleshooting | Internal Development |
| 1/24/2023 | Tuesday | 2.6 | CEL Buyback Data requery for M3 | Internal Development |
| 1/26/2023 | Thursday | 3.2 | Leon Insider Transaction Analysis on DEX and DeFi platforms | Internal Development |
| 1/25/2023 | Wednesday | 0.5 | Internal Call re: DEX Attributions | Internal Development |
| 1/26/2023 | Thursday | 1 | Call with M3 and White and Case about Company Buy Backs and Uniswap TXNs | Communications |
| 1/30/2023 | Monday | 0.3 | Quality Check of Insider Address List Accuracy | Internal Development |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 18 |
| Internal Development | 51.4 |
| Administrative Tasks | 3.2 |
| **Total** | **72.6** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 1/2/2023 | Monday | 1.7 | Insider Address to Name Mapping Investigation | Internal Development |
| 1/3/2023 | Tuesday | 2.8 | UCC Call re: Purchase options and Proposals | Communications |
| 1/3/2023 | Tuesday | 0.8 | Call with M3 re: Insider Txns and Uniswap | Communications |
| 1/3/2023 | Tuesday | 3.1 | Insider Address Deduplicatoin and Verification | Internal Development |
| 1/4/2023 | Wednesday | 1.5 | Internal Call re: Uniswap Attributions | Internal Development |
| 1/4/2023 | Wednesday | 1 | Call with M3 and White and Case regarding Token Buy Backs | Communications |
| 1/5/2023 | Thursday | 0.4 | All Advisors Call re: Nova Offer | Communications |
| 1/5/2023 | Thursday | 2.2 | Prepare for call with A&M re: certain TXNs | Internal Development |
| 1/5/2023 | Thursday | 0.3 | Call with A&M re: certain TXNs | Communications |
| 1/5/2023 | Thursday | 1.6 | Regenerate CEL TXNs for Insiders and Company with Wintermute, Liquid, and DEX | Internal Development |
| 1/6/2023 | Friday | 2.5 | CEL token totals and burn history analysis and comms | Internal Development |
| 1/9/2023 | Monday | 2.3 | Insider and Company Activity on certain exchanges analysis | Internal Development |
| 1/9/2023 | Monday | 1.2 | Triaging additional question from A. Colodny | Internal Development |
| 1/10/2023 | Tuesday | 2 | Company Activity on OTC Desks other than Wintermute Analysis | Internal Development |
| 1/10/2023 | Tuesday | 2 | UCC Call with updates on insider and Company investigation | Communications |
| 1/11/2023 | Wednesday | 4.5 | CEL Token Historical Ownership Analysis | Internal Development |
| 1/12/2023 | Thursday | 0.6 | All Advisors Call re: Examiner Questions | Communications |
| 1/13/2023 | Friday | 3.9 | CEL Token Historical Ownership Analysis with new parameters analysis | Internal Development |
| 1/13/2023 | Friday | 1.4 | Report and Slide Generation for UCC Professionals and UCC Call | Internal Development |
| 1/13/2023 | Friday | 0.5 | Internal Sync on outstanding requests from White and Case | Internal Development |
| 1/16/2023 | Monday | 4.1 | CEL Token Historical Ownership Analysis new parameters, broken down by individual | Internal Development |
| 1/16/23 | Monday | 3.2 | BTC Big Purchase to Cover Shorts Investigation | Internal Development |
| 1/17/2023 | Tuesday | 1.5 | UCC Call with update on W+C investigative workflows | Communications |
| 1/18/2023 | Wednesday | 2.2 | CEL Token Historical Ownership split by personal and on-platform wallets | Internal Development |
| 1/18/23 | Wednesday | 0.7 | Mashinsky Transfers Internal Sync | Internal Development |
| 1/18/2023 | Wednesday | 0.5 | Internal Standup re current workstreams | Internal Development |
| 1/19/2023 | Thursday | 3.1 | CEL Token Historical Ownership with new parameters per Kevin Chung's feedback | Internal Development |
| 1/19/2023 | Thursday | 0.5 | Call with M3 regarding historical ownerships, Mashinsky trades, and other workstreams | Communications |
| 1/20/2023 | Friday | 1.7 | Report and Slide Generation for UCC Professionals and UCC Call | Internal Development |
| 1/20/2023 | Friday | 0.5 | Internal call regarding weekly deliverables | Internal Development |
| 1/20/2023 | Friday | 0.5 | Call with M3 regarding Decentralized Exchanges and Liquidity Pools | Communications |
| 1/20/2023 | Friday | 3.2 | Analysis of DEX transactions and liquidity transactions | Internal Development |
| 1/20/2023 | Friday | 0.5 | CEL Insider Holdings Call with M3 | Communications |
| 1/23/2023 | Monday | 0.6 | Uniswap and DEX communications with M3 | Communications |
| 1/25/2023 | Wednesday | 2.5 | UCC Call with about NovaWulf Counterproposals | Communications |
| 1/25/2023 | Wednesday | 0.5 | Internal Call re: DEX Attributions | Internal Development |
| 1/26/2023 | Thursday | 1.1 | Data Clean up of Transactions reported in company communications | Internal Development |
| 1/26/2023 | Thursday | 1 | Call with M3 and White and Case about Company Buy Backs and Uniswap TXNs | Communications |
| 1/26/2023 | Thursday | 0.6 | Celsius All Advisor's Call re: NovaWulf | Communications |
| 1/30/2023 | Monday | 1.2 | Collection of ICO token allocation and disbursement query results | Internal Development |
| 1/30/2023 | Monday | 1 | Quality Check of Insider Address List Accuracy | Internal Development |
| 1/31/2023 | Tuesday | 2 | UCC Call regarding NovaWulf proposition and Examiners Report | Communications |
| 1/31/2023 | Tuesday | 3.2 | Monthly hour collection and logging | Administrative Tasks |
| 1/31/2023 | Tuesday | 0.4 | Call with M3 re: major losses and phase 2 of investigation | Communications |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 1.1 |
| Internal Development | 4 |
| Administrative Tasks | 0 |
| **Total** | **5.1** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 1/4/2023 | Wednesday | 1.5 | Internal Call re: Uniswap Attributions | Internal Development |
| 1/4/2023 | Wednesday | 0.8 | Call with M3 and White and Case regarding Token Buy Backs | Communications |
| 1/5/2023 | Thursday | 1.5 | Prepare for call with A&M re: certain TXNs | Internal Development |
| 1/5/2023 | Thursday | 0.3 | Call with A&M re: certain TXNs | Communications |
| 1/13/2023 | Friday | 0.5 | Internal Sync on outstanding requests from White and Case | Internal Development |
| 1/25/2023 | Wednesday | 0.5 | Internal Call re: DEX Attributions | Internal Development |

| Employee name | Role |
|---|---|
| Sirish Jetti | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 14.2 |
| **Total** | **14.2** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 1/4/2023 | Wednesday | 1.5 | Internal Call re: Uniswap Attributions | Internal Development |
| 1/13/2023 | Friday | 0.5 | Internal Sync on outstanding requests from White and Case | Internal Development |
| 1/18/2023 | Wednesday | 0.5 | Internal Standup re current workstreams | Internal Development |
| 1/19/2023 | Thursday | 2.7 | CEL Token Historical Ownership with new parameters per Kevin Chung's feedback | Internal Development |
| 1/19/2023 | Thursday | 5.5 | Transaction Alerting New Parameters, bug fixes and changes | Internal Development |
| 1/20/2023 | Friday | 0.5 | Internal call regarding weekly deliverables | Internal Development |
| 1/24/2023 | Tuesday | 2.5 | DEX Attribution Troubleshooting and Management | Internal Development |
| 1/25/2023 | Wednesday | 0.5 | Internal Call re: Dex Attributions | Internal Development |

| Employee Name | Role |
|---|---|
| Hwasoo Lee | Senior Data Scientist |

| Summary | |
|---|---:|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 1.5 |
| **Total** | **1.5** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 1/4/2023 | Wednesday | 1.5 | Internal Call re: Uniswap Attributions | Internal Development |

| Employee Name | Role |
|---|---|
| Bryan Oliveira | Senior Software Engineer |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 19.3 |
| **Total** | **19.3** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 1/17/2023 | Tuesday | 4.2 | Transaction Alerting New Parameters, write changes | Internal Development |
| 1/18/2023 | Wednesday | 6.8 | Transaction Alerting New Parameters, test changes, push to staging | Internal Development |
| 1/19/2023 | Thursday | 8.3 | Transaction Alerting New Parameters, fix bugs, push to Prod | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 0 |
| Administrative Tasks | 4 |
| **Total** | **4** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 2/8/2023 | Wednesday | 1.5 | Administrative Tasks re: monthly billable hours and expense reporting | Administrative Tasks |
| 2/13/2023 | Monday | 2.5 | Administrative Tasks re: monthly billable hours and expense reporting | Administrative Tasks |