Courtney Burks Steadman, *Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD OF APPEAL**

I respectfully submit this statement of the issues to be presented and designation of items to be

included in the record of my appeal under Federal Rule of Bankruptcy Procedure 8009(a)(1),

with respect to Appellant's appeal from the Memorandum Opinion and Order Regarding

Ownership of Earn Account Assets (the "Earn Decision") entered by the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), which is

already on appeal in the Second Circuit District Court as Case #23-cv-0523.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**QUESTIONS ON APPEAL**

My questions on appeal are the questions from the original *pro se* appellants in case

#23-cv-0523, and Kulpreet Khanuja's questions for his related appeal of his "Order Denying

Kulpreet Khanuja's Motion Seeking a Ruling that Personal Earn Assets are Not Property of the

Debtors' Estates" (SDNY District Court case #23-cv-1243.)


**DESIGNATION OF RECORD ON APPEAL**

**Documents**

I designate all documents designated by the original *pro se* appellants, all documents designated
by Kulpreet Khanuja in his related appeal of his "Order Denying Kulpreet Khanuja's Motion
Seeking a Ruling that Personal Earn Assets are Not Property of the Debtors' Estates", and the
following additional documents:

D.R. 2041: RESPONSE OF THE AD HOC GROUP OF BORROWERS TO THE DEBTORS'
OBJECTION TO VINCENT J. BURNISKE'S MOTION TO RELEASE LOAN REPAYMENT
OR COLLATERAL DUE UPON LOAN COMPLETION (ECF DOC. # 2012)

D.R. 2012: DEBTORS' OBJECTION TO VINCENT J. BURNISKE'S MOTION TO RELEASE
LOAN REPAYMENT OR COLLATERAL DUE UPON LOAN COMPLETION

D.R. 2001: COMPLAINT FOR DECLARATORY JUDGMENT

D.R. 1649: Motion to Authorize/Motion to Release Loan Repayment or Collateral Due Upon
Loan Completion. filed by Vincent Burniske.

**Depositions**

I designate the same depositions as the original *pro se* appellants.


*/s/ Courtney Burks Steadman*
Courtney Burks Steadman
*Pro Se*
February 15, 2023

**CERTIFICATE OF SERVICE**

I certify that on Tuesday, February 15, 2023, a true and correct copy of the *Appellant's Statement*

*of Issues to Be Presented and Designation of Items to Be Included in the Record of Appeal* was

filed with the Clerk of the United States Bankruptcy Court in the Southern District of New York

and served upon the Core/2002 service list.


*/s/ Courtney Banks Steadman*
Courtney Banks Steadman
*Pro Se*
February 15, 2023