**Celsius Network**

**Weekly Cash Flow Forecast - CONSOLIDATED DEBTORS**

*Dated: February 22, 2023*
*($000s)*

| Week:<br>Period End Date: | 1<br>17-Feb-23 | 2<br>24-Feb-23 | 3<br>3-Mar-23 | 4<br>10-Mar-23 | 5<br>17-Mar-23 | 6<br>24-Mar-23 | 7<br>31-Mar-23 | 8<br>7-Apr-23 | 9<br>14-Apr-23 | 10<br>21-Apr-23 | 11<br>28-Apr-23 | 12<br>5-May-23 | 13<br>12-May-23 | Forecast<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | |
| Total Receipts[1] | $ 2,658 | $ 39,576 | $ 4,283 | $ -- | $ 2,620 | $ -- | $ 6,046 | $ -- | $ 2,620 | $ -- | $ 2,620 | $ -- | $ -- | $ 60,423 |
| BTC Sales | 1,138 | 1,240 | 1,240 | 1,642 | 1,642 | 1,642 | 1,642 | 2,215 | 2,645 | 2,645 | 2,645 | 2,815 | 3,239 | 26,391 |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | |
| Payroll | (215) | (1,235) | (15) | (850) | (15) | (1,392) | (15) | (15) | (15) | (1,392) | (15) | (15) | (15) | (5,203) |
| Hosting[2] | (2,164) | (375) | -- | (2,212) | (3,369) | -- | (2,375) | -- | (2,637) | (1,390) | (375) | -- | (4,566) | (19,463) |
| Other Operating Disbursements | (873) | (963) | (4,678) | (728) | (1,645) | (313) | (3,285) | (8,018) | (1,435) | (370) | (785) | (3,285) | (1,435) | (27,813) |
| **Total Operating Disbursements** | **(3,253)** | **(2,573)** | **(4,693)** | **(3,790)** | **(5,029)** | **(1,705)** | **(5,675)** | **(8,033)** | **(4,087)** | **(3,151)** | **(1,175)** | **(3,300)** | **(6,016)** | **(52,479)** |
| **Operating Cash Flow** | **543** | **38,244** | **830** | **(2,148)** | **(767)** | **(62)** | **2,014** | **(5,818)** | **1,178** | **(506)** | **4,090** | **(485)** | **(2,777)** | **34,335** |
| **NON-OPERATING ACTIVITIES** | | | | | | | | | | | | | | |
| Capital Expenditures[3] | (1,065) | (456) | (556) | (100) | (3,784) | (117) | (2,138) | (752) | (635) | (15,087) | (1,740) | -- | -- | (26,429) |
| Restructuring Activities | (2,883) | (1,159) | (10,575) | (3,150) | (2,864) | (364) | (4,744) | (21,101) | (264) | (1,364) | (5,204) | (7,520) | (100) | (61,290) |
| **Total Restructuring Activities** | **(3,947)** | **(1,615)** | **(11,131)** | **(3,250)** | **(6,648)** | **(480)** | **(6,882)** | **(21,853)** | **(899)** | **(16,450)** | **(6,944)** | **(7,520)** | **(100)** | **(87,719)** |
| **Net Cash Flow** | **(3,404)** | **36,629** | **(10,300)** | **(5,398)** | **(7,414)** | **(543)** | **(4,868)** | **(27,671)** | **279** | **(16,957)** | **(2,854)** | **(8,005)** | **(2,877)** | **(53,384)** |
| **LIQUIDITY SCHEDULE** | | | | | | | | | | | | | | |
| Beginning Cash Balance | 141,196 | 137,791 | 174,420 | 164,120 | 158,722 | 151,308 | 150,765 | 145,897 | 118,226 | 118,505 | 101,548 | 98,694 | 90,689 | 141,196 |
| Net Cash Flow | (3,404) | 36,629 | (10,300) | (5,398) | (7,414) | (543) | (4,868) | (27,671) | 279 | (16,957) | (2,854) | (8,005) | (2,877) | (53,384) |
| **Ending Cash Balance** | **137,791** | **174,420** | **164,120** | **158,722** | **151,308** | **150,765** | **145,897** | **118,226** | **118,505** | **101,548** | **98,694** | **90,689** | **87,812** | **87,812** |
| Minimum Cash Balance | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) |
| **Baseline Liquidity[4]** | **$ 117,791** | **$ 154,420** | **$ 144,120** | **$ 138,722** | **$ 131,308** | **$ 130,765** | **$ 125,897** | **$ 98,226** | **$ 98,505** | **$ 81,548** | **$ 78,694** | **$ 70,689** | **$ 67,812** | **$ 67,812** |

**Notes:**
[1] Includes proceeds from the sale of GK8, EFH collections, and Mawson loan
[2] Includes mining related hosting costs and approx. $5mm of deposits and other non-recurring costs
[3] Includes S&U taxes, shipping and customs duties
[4] Has not been reduced to reflect significant accrued but unpaid administrative costs (including professional fees)

**Celsius Network**
Assets by Coin Type as of February 3, 2023
*(USD, $MMs)*

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Held at Fireblocks | | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Held at GK8[(1)] | Total Coins in Possession | DeFi[(2)(3)] | Staking[(3)] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | $ 226.0 | $ 167.0 | $ 0.0 | $ 0.0 | $ 9.2 | $ - | $ 1.2 | $ - | $ 403.3 | $ 0.2 | $ - | $ - | $ - | $ - | $ 403.5 | $ 171.7 |
| ETH** | 3.7 | 19.2 | 0.0 | 0.1 | - | - | 70.1 | - | 93.1 | 31.4 | 607.7 | 11.0 | 0.0 | - | 743.2 | 1,737.4 |
| stETH** | 691.8 | - | - | - | - | - | - | - | 691.8 | - | - | - | - | - | 691.8 | - |
| WBTC* | 530.0 | 5.8 | - | - | - | - | 0.0 | - | 535.9 | 0.1 | - | 4.3 | - | - | 540.2 | 2.6 |
| BTC* | 217.5 | 11.4 | - | - | - | 4.2 | 82.5 | - | 315.64 | - | - | 13.2 | 16.8 | 0.6 | 346.2 | 2,459.0 |
| USDC | 2.6 | 3.4 | 0.0 | - | - | - | 36.1 | - | 42.2 | 0.1 | - | 229.8 | - | 7.5 | 279.6 | 942.7 |
| MATIC | 10.7 | 11.2 | - | - | - | - | 8.2 | - | 30.1 | 0.0 | 56.5 | 5.6 | - | 20.0 | 112.2 | 303.5 |
| USDT ERC20 | 1.3 | 0.1 | 0.0 | - | - | - | 1.9 | - | 3.3 | - | - | 47.2 | - | - | 50.6 | 121.6 |
| ADA | 0.1 | 0.5 | 0.0 | 0.0 | - | - | 3.4 | - | 3.972 | - | 33.3 | 4.1 | - | 0.2 | 41.6 | 105.5 |
| LINK | 20.3 | 0.4 | - | - | 0.0 | - | 3.6 | - | 24.3 | 0.0 | - | 0.1 | - | - | 24.3 | 68.6 |
| WETH** | 0.0 | 18.5 | - | - | - | - | - | - | 18.5 | 0.0 | - | - | - | - | 18.5 | - |
| GUSD | - | 0.0 | - | - | - | - | 4.7 | - | 4.7 | 0.0 | - | 10.9 | - | - | 15.6 | 87.4 |
| DOT | 1.8 | 6.4 | 0.0 | - | - | - | 1.1 | - | 9.3 | 1.5 | 0.5 | 0.9 | 0.7 | - | 12.9 | 33.0 |
| LTC | 7.8 | 2.0 | - | - | - | - | 1.7 | - | 11.5 | - | - | 8.3 | - | - | 19.7 | 42.9 |
| FTT | 0.9 | 0.0 | - | - | - | - | - | - | 0.9 | - | - | - | 0.0 | - | 0.9 | (0.0) |
| MCDAI | 0.0 | 1.5 | 0.0 | - | - | - | 0.5 | - | 1.9 | 1.1 | - | 8.8 | - | - | 11.8 | 4.5 |
| AAVE | 0.0 | 8.6 | 0.0 | - | - | - | 0.4 | - | 8.9 | 0.1 | - | 0.5 | - | - | 9.6 | 11.4 |
| TGBP | 9.1 | 0.4 | - | - | - | - | 0.1 | - | 9.6 | - | - | - | - | - | 9.6 | 9.0 |
| BCH | 7.1 | 0.0 | - | - | - | - | 0.1 | - | 7.3 | - | - | - | - | - | 7.3 | 7.1 |
| UNI | 2.8 | 1.1 | 0.0 | - | 0.0 | - | 0.3 | - | 4.3 | 0.0 | - | 1.9 | - | - | 6.2 | 13.0 |
| SOL | 0.0 | 0.1 | - | - | - | - | 1.9 | - | 2.0 | - | - | 2.0 | - | 0.0 | 3.9 | 23.4 |
| XLM | 4.1 | 0.0 | 0.0 | - | - | - | 0.4 | - | 4.5 | - | - | - | 0.0 | - | 4.5 | 9.2 |
| BNB | 4.1 | 0.1 | - | 0.1 | - | - | 0.0 | - | 4.3 | - | - | 1.8 | - | - | 6.2 | 27.3 |
| EOS | 1.9 | 0.0 | 0.0 | - | - | - | 0.1 | - | 2.0 | - | - | 1.4 | - | - | 3.4 | 4.7 |
| SRM | 0.8 | - | - | - | - | - | - | - | 0.8 | - | - | - | 1.4 | - | 2.1 | (0.0) |
| **Top 25 Subtotal** | $ 1,744.3 | $ 257.8 | $ 0.0 | $ 0.2 | $ 9.2 | $ 4.2 | $ 218.4 | $ - | $ 2,234.1 | $ 34.4 | $ 698.0 | $ 351.8 | $ 18.8 | $ 28.3 | $ 3,365.4 | $ 6,185.2 |
| Other Coins | 23.9 | 10.6 | 0.0 | 1.3 | 0.0 | 0.4 | 9.7 | - | 45.9 | 3.4 | 0.4 | 9.4 | 0.1 | 3.0 | 62.2 | 237.5 |
| **Total Coin Value** | $ 1,768.2 | $ 268.4 | $ 0.0 | $ 1.5 | $ 9.2 | $ 4.6 | $ 228.1 | $ - | $ 2,280.0 | $ 37.8 | $ 698.4 | $ 361.2 | $ 18.9 | $ 31.3 | $ 3,427.6 | $ 6,422.7 |

| | |
| --- | --- |
| Net Coin Position | $ (2,995.1) |
| Net USD-Denominated Assets / (Liabilities) | 1,490.3 |
| Reserves | (372.2) |
| **Equity** | **$ (1,877.1)** |

| | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| *Memo: BTC Equiv.* * | $ 747.5 | $ 17.2 | $ - | $ - | $ - | $ 4.2 | $ 82.6 | $ - | $ 851.5 | $ 0.1 | $ - | $ 17.5 | $ 16.8 | $ 0.6 | $ 886.4 | $ 2,461.6 |
| *Memo: ETH Equiv.* ** | 695.5 | 37.7 | 0.0 | 0.1 | - | - | 70.1 | - | 803.5 | 31.4 | 607.7 | 11.0 | 0.0 | - | 1,453.5 | 1,737.4 |
| *Memo: Stablecoins* | 3.9 | 5.6 | 0.0 | 0.1 | 0.0 | 0.4 | 44.1 | - | 54.1 | 1.2 | - | 301.0 | - | 7.5 | 363.8 | 1,208.1 |

(1) These coins are owned by Celsius
(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**

Assets by Coin Type as of February 3, 2023
*(# of coins in 000s)*

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Held at Fireblocks | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Held at GK8[1] | Total Coins in Possession | DeFi[2][3] | Staking[3] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | 368,898 | 272,564 | 0 | 0 | 15,003 | - | 1,910 | - | 658,377 | 279 | - | - | - | - | 658,656 | 280,248 |
| ETH** | 2 | 12 | 0 | 0 | - | - | 42 | - | 56 | 19 | 367 | 7 | 0 | - | 449 | 1,051 |
| stETH** | 420 | - | - | - | - | - | - | - | 420 | - | - | - | - | - | 420 | - |
| WBTC* | 23 | 0 | - | - | - | - | 0 | - | 23 | 0 | - | 0 | - | - | 23 | 0 |
| BTC* | 9 | 0 | - | - | - | 0 | 4 | - | 14 | - | - | 1 | 1 | 0 | 15 | 105 |
| USDC | 2,616 | 3,430 | 2 | - | - | - | 36,124 | - | 42,172 | 115 | - | 229,730 | - | 7,477 | 279,493 | 942,314 |
| MATIC | 8,681 | 9,126 | - | - | - | - | 6,636 | - | 24,443 | 1 | 45,931 | 4,567 | - | 16,255 | 91,196 | 246,721 |
| USDT ERC20 | 1,274 | 132 | 0 | - | - | - | 1,939 | - | 3,346 | - | - | 47,187 | - | - | 50,533 | 121,509 |
| ADA | 216 | 1,147 | 0 | 0 | - | - | 8,546 | - | 9,909 | - | 83,179 | 10,161 | - | 606 | 103,855 | 263,124 |
| LINK | 2,827 | 59 | - | - | 0 | - | 496 | - | 3,382 | 0 | - | 7 | - | - | 3,389 | 9,547 |
| WETH** | 0 | 11 | - | - | - | - | - | - | 11 | 0 | - | - | - | - | 11 | - |
| GUSD | - | 25 | - | - | - | - | 4,639 | - | 4,664 | 1 | - | 10,822 | - | - | 15,487 | 86,571 |
| DOT | 257 | 932 | 0 | - | - | - | 161 | - | 1,350 | 222 | 77 | 127 | 104 | - | 1,879 | 4,807 |
| LTC | 79 | 20 | - | - | - | - | 17 | - | 116 | - | - | 84 | - | - | 200 | 434 |
| FTT | 439 | 0 | - | - | - | - | - | - | 439 | - | - | - | 0 | - | 439 | (0) |
| MCDAI | 0 | 1,476 | 0 | - | - | - | 469 | - | 1,945 | 1,071 | - | 8,802 | - | - | 11,818 | 4,548 |
| AAVE | 0 | 95 | 0 | - | - | - | 4 | - | 99 | 1 | - | 6 | - | - | 106 | 127 |
| TGBP | 7,565 | 334 | - | - | - | - | 78 | - | 7,977 | - | - | - | - | - | 7,977 | 7,448 |
| BCH | 51 | 0 | - | - | - | - | 1 | - | 53 | - | - | - | - | - | 53 | 52 |
| UNI | 393 | 162 | 0 | - | 0 | - | 46 | - | 601 | 0 | - | 271 | - | - | 872 | 1,828 |
| SOL | 0 | 2 | - | - | - | - | 79 | - | 81 | - | - | 80 | - | 0 | 161 | 955 |
| XLM | 44,198 | 8 | 1 | - | - | - | 4,221 | - | 48,428 | - | - | - | 1 | - | 48,429 | 99,231 |
| BNB | 13 | 0 | - | 0 | - | - | 0 | - | 13 | - | - | 6 | - | - | 19 | 83 |
| EOS | 1,731 | 0 | 0 | - | - | - | 92 | - | 1,824 | - | - | 1,303 | - | - | 3,127 | 4,272 |
| SRM | 2,019 | - | - | - | - | - | - | - | 2,019 | - | - | - | 3,548 | - | 5,567 | (0) |
| **Top 25 Subtotal** | **441,712** | **289,538** | **3** | **1** | **15,003** | **0** | **65,505** | **-** | **811,762** | **1,709** | **129,554** | **313,159** | **3,654** | **24,337** | **1,284,175** | **2,074,973** |
| Other Coins | 8,826,358 | 405,948 | 1 | 1,362 | 0 | 439 | 44,044 | - | 9,278,152 | 4,012 | 34,420 | 14,322 | 8 | 15,701 | 9,346,615 | 628,452 |
| **Total Coin Quantity** | **9,268,070** | **695,486** | **4** | **1,362** | **15,003** | **439** | **109,549** | **-** | **10,089,913** | **5,721** | **163,974** | **327,481** | **3,662** | **40,038** | **10,630,789** | **2,703,425** |
| | | | | | | | | | | | | | | | | |
| *Memo: BTC Equiv.** | *32* | *1* | *-* | *-* | *-* | *0* | *4* | *-* | *36* | *0* | *-* | *1* | *1* | *0* | *38* | *105* |
| *Memo: ETH Equiv.*** | *422* | *23* | *0* | *0* | *-* | *-* | *42* | *-* | *487* | *19* | *367* | *7* | *0* | *-* | *881* | *1,051* |
| *Memo: Stablecoins* | *3,890* | *5,573* | *2* | *74* | *0* | *439* | *44,013* | *-* | *53,991* | *1,955* | *-* | *300,783* | *-* | *7,477* | *364,206* | *1,206,770* |

(1) These coins are owned by Celsius
(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**

**Mining Activity Summary, January 2023**

|  | Coin Recap |
|---|---:|
| **BTC ROLL FORWARD** | |
| Beginning Balance | 118.85 |
| Mined BTC | 276.42 |
| Sold BTC | (240.00) |
| **Ending Balance** | **155.27** |

Notes:

Approximately 81,000 rigs deployed and 28,000 online hashing