



**United States Bankruptcy Court
Southern District of New York**

In re **Celsius Network LLC, et al.**    Case No. **22-10964 (MG)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Bhagamshi Kannegundla** | **Tinfoil Restructuring LLC** |
| Address of Transferor: | Address of Transferee: |
| Address on File | 1309 Coffeen Ave<br>Suite 7973<br>Sheridan, WY 82801<br>Nathan Smith<br>tinfoilrestructuring@gmail.com |

**Scheduled Claim #:** 3.1.067595
**Transferred Claim Amount:** $81,825.06

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

_Nathan Smith_    02/03/2023
Transferee / Transferee's Agent    Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
    Clerk of the Court

Annex A

# EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Bhagamshi Kannegundla**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **Tinfoil Restructuring LLC**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against Celsius Network LLC, et al., in the United States Bankruptcy Court, Southern District of New York, Case No. 22-10964

| Schedule/Claim Number | Claim Amount |
|---|---|
| 3.1.067595 | $81,825.06 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

Buyer:                                                              Seller:

**Tinfoil Restructuring LLC**                                       **Bhagamshi Kannegundla**

DocuSigned by:                                                      DocuSigned by:
*Nathan Smith*                                                      *Bhagamshi Kannegundla*
CB32530A6BA44EB...                                                  A8DF4992B78F44B...

Date: 02/03/2023                                                    Date: 02/03/2023

| | | | | | |
|---|---|---|---|---|---|
| 3.1.067595 | BHAGAMSHI KANNEGUNDLA | ADDRESS REDACTED | | | AAVE 13.7750529508687 |
| | | | | | ADA 246.607073146153 |
| | | | | | BCH 30.69293532969 |
| | | | | | BTC 1.01828065640327 |
| | | | | | CEL 1.15116892753898 |
| | | | | | COMP 2.35540461810104 |
| | | | | | DASH 35.2959470159728 |
| | | | | | EOS 226.090136870939 |
| | | | | | ETC 227.848114043603 |
| | | | | | ETH 30.6327825322977 |
| | | | | | LINK 265.957177067556 |
| | | | | | LTC 123.128554383177 |
| | | | | | MANA 0.0937373086800281 |
| | | | | | MATIC 1595.09862178245 |
| | | | | | MCDAI 330.168183795552 |
| | | | | | SGB 513.888793596498 |
| | | | | | SNX 133.044611300734 |
| | | | | | UMA 51.5551478412294 |
| | | | | | UNI 60.4182852597132 |
| | | | | | USDC 1834.25470060647 |
| | | | | | XLM 2.12872897767834 |
| | | | | | XRP 3492.65885134506 |
| | | | | | ZEC 23.9378043743549 |
| | | | | | ZRX 2317.04055308371 |