

**United States Bankruptcy Court**
**Southern District of New York**

FILED
U.S. BANKRUPTCY COURT
2023 FEB 22 P 1:50
[S.D. OF N.Y.]

In re **Celsius Network LLC, et al.**            Case No. **22-10964 (MG)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Joseph Avino** | **Tinfoil Restructuring LLC** |
| Address of Transferor: | Address of Transferee: |
| Address on File | 1309 Coffeen Ave<br>Suite 7973<br>Sheridan, WY 82801<br>Nathan Smith<br>tinfoilrestructuring@gmail.com |

**Scheduled Claim #:** 3.1.286031
**Transferred Claim Amount:** $85,545.82

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DocuSigned by:
*Nathan Smith*
CB32530A6BA44EB...

Transferee / Transferee's Agent        02/11/2023   Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____     _____
                                   Clerk of the Court

Annex A

# EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

**Joseph Avino,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **Tinfoil Restructuring LLC,** its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against Celsius Network LLC, et al., in the United States Bankruptcy Court, Southern District of New York, Case No. 22-10964

| Schedule/Claim Number | Claim Amount |
|---|---|
| 3.1.286031 | $85,545,82 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**Tinfoil Restructuring LLC**

DocuSigned by:
*Nathan Smith*
CB32530A6BA44EB...

02/11/2023
Date: _____

**Seller:**

**Joseph Avino**

DocuSigned by:
*Joseph Avino*
9A90FBE533134BC...

02/10/2023
Date: _____

| 11.286031 | JOSEPH AVINO | ADDRESS REDACTED | | | ADA 196.629015143764 |
| | | | | | BTC 4.30289285557506 |