Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF POTENTIAL INCREASE TO
AMOUNT OF DISTRIBUTABLE CUSTODY ASSETS**

**PLEASE TAKE NOTICE** that on January 31, 2023, the Debtors filed the *Notice of Schedule of Custody Users Entitled to Withdraw Certain Assets* [Docket No. 1958] (the "Withdrawal Notice"),[2] with the Distribution Schedule of Eligible Users entitled to withdraw Distributable Custody Assets off the Debtors' platform attached thereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized Terms used but not defined in this Notice shall have the meanings ascribed to them in the Withdrawal Notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Withdrawal Order and as provided in the Withdrawal Notice, the Debtors were authorized to distribute 94% of each Eligible User's Distributable Custody Assets.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors, the Official Committee of Unsecured Creditors, and the Ad Hoc Group of Custodial Account Holders (collectively, the "Parties") filed the *Joint Motion for Entry of an Order (I) Approving (A) the Settlement by and Among the Debtors, the Committee, and the Custody Ad Hoc Group and (B) the Election Notice and (II) Granting Related Relief* (the "Settlement Motion"), seeking entry of an order approving a settlement with Custody Account Holders (as defined in the Settlement Motion) (the "Settlement") embodied in the settlement term sheet annexed as Exhibit 1 to the proposed order (the "Order") attached as Exhibit A to the Settlement Motion.

**PLEASE TAKE FURTHER NOTICE** that, as a part of the Settlement, the Parties agreed that upon entry of an Order approving the Settlement, the Debtors will be authorized to distribute the remaining 6% of each Eligible User's Distributable Custody Assets (the "Remaining Distributable Custody Assets") for a total of 100% of each Eligible User's Distributable Custody Assets. As soon as reasonably practicable after entry of the Order, the Debtors will file a revised Withdrawal Notice (the "Revised Withdrawal Notice") to update the Distribution Schedule.

**PLEASE TAKE FURTHER NOTICE** *that, as permitted by paragraph 4 of the Withdrawal Order and as provided in the Withdrawal Notice, Withdrawal Fees will be charged against each Eligible User on a "per withdrawal" basis based on the Withdrawal Fees listed in the Withdrawal Notice, subject to adjustment by the Debtors every thirty days based on market fluctuations. For the avoidance of doubt, Eligible Users that withdraw their Distributable*

*Custody Assets prior to any approval of the Settlement will also need to pay Withdrawal Fees to withdraw the Remaining Distributable Custody Assets*.

**PLEASE TAKE FURTHER NOTICE** that, as provided in paragraph 4 of the Withdrawal Order and the Withdrawal Notice, no digital assets shall be permitted to be withdrawn unless the account balance of the Eligible User is sufficient to satisfy any Withdrawal Fees.[3] Certain Eligible Users otherwise eligible to withdraw their Remaining Distributable Custody Assets pursuant to the Revised Withdrawal Notice may have insufficient funds to effectuate such a withdrawal after taking into account the Withdrawal Fees.

**PLEASE TAKE FURTHER NOTICE** that if Eligible Users have questions with respect any messages received related to this Notice and/or the Withdrawal Order, please confirm such messages match the information provided in the Celsius app and/or email CelsiusCreditorQuestions@kirkland.com or app@celsius.network.

[*Remainder of page intentionally left blank*]

---

[3] For the avoidance of doubt, in the event that any gas fees exceed the ranges set forth in the Withdrawal Notice, the Debtors shall be permitted to charge the withdrawing party the entire amount of the gas fee.

| | |
|---|---|
| New York, New York<br>Dated:  February 28, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                         ross.kwasteniet@kirkland.com<br>                         chris.koenig@kirkland.com<br>                         dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |