Adrienne Woods
The Law Offices of Adrienne Woods, P.C.
105 West 86th Street, #314
New York, New York 10024
Tel: (917) 447-4321
adrienne@woodslawpc.com
*Counsel to Creditors Georges Georgiou,
Philip Stewart and Gilbert Castillo*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) )  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Chapter 11 ) Case No. 22-10964 (MG) |
| Debtors. | ) ) (Jointly Administered) ) |

**VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019**

In connection with the above-captioned chapter 11 cases (the "Chapter 11 Cases"), The Law Offices of Adrienne Woods, P.C. (the "Woods Firm") hereby submits this verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") with respect to the Woods Firm's representation of certain account holders (the "Creditor Group") in connection with their property held by Celsius Network LLC and/or certain of its affiliated debtors and debtors in possession (the "Debtors") in connection with the Debtors' Earn Program.[2]

1. Attached hereto as **Exhibit A** is a list of the names and addresses of each member of the Creditor Group currently represented by the Woods Firm as well as each member's disclosable economic interests in accordance with Bankruptcy Rule 2019 as of February 28, 2023. The

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Each member of the Creditor Group files this Statement exclusively on its own behalf and does not assume any fiduciary or other duties to any other member or to any other entity or individual.

information in Exhibit A is based upon information provided by the individual members of the Creditor Group and is subject to change.

2. On or about February 8, 2023, the Creditor Group retained the Woods Firm to represent them in connection with the above-captioned Chapter 11 Cases. Should additional creditors join the Creditor Group, the Woods Firm will file additional Statements as necessary to comply with Bankruptcy Rule 2019.

3. Each member of the Creditor Group has consented to the Woods Firm's representation of the group. The Woods Firm does not represent any member of the Creditor Group in his or her individual capacity or with respect to any property interests (or related claims) other than in connection with the Earn Program offered by the Debtors.

4. The information contained in this Statement and/or Exhibit A attached hereto is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose, including, without limitation, any restriction or limitation on the rights, abilities, or arguments of the Creditor Group to recover their property held by the Debtors (or any third parties). Nothing in this Statement or Exhibit A hereto, should be construed as (i) a limitation upon, or waiver of, any member's right to assert, file, and/or amend claims, if any, in accordance with applicable law and any orders entered in these Chapter 11 Cases, or (ii) an admission with respect to any fact or legal theory. The Woods Firm reserves the right to amend or supplement this Statement on behalf of the Creditor Group.

5.      The undersigned verifies that the foregoing is true and correct to the best of their knowledge.

Dated:  New York, New York
       February 28, 2023                          **THE LAW OFFICES OF**
                                                      **ADRIENNE WOODS, P.C.**

                                                        */s/Adrienne Woods*
                                                        105 West 86th Street, #314
                                                        New York, New York 10024
                                                        Telephone: 917.447.4321
                                                        *adrienne@woodslawpc.com*

                                                        *Counsel to Creditors Georges Georgiou,*
                                                        *Philip Stewart and Gilbert Castillo*

## EXHIBIT A

This Statement reflects the nature and amount of disclosable economic interests (e.g. the amounts of cryptocurrency assets as of February 28, 2023) in relation to the Debtors held by members of the Creditor Group, as disclosed to the Woods Firm based upon information provided by the members of the Creditor Group.[3]

This Statement is intended solely to satisfy Bankruptcy Rule 2019, to the extent such rule is applicable to the various holdings of the Creditor Group, and nothing set forth herein is intended to be or shall be an admission that any member or members of the Creditor Group's interests in property held by the Debtors constitute disclosable economic interests for purposes of Bankruptcy Rule 2019. The values set forth herein are not intended to be a limitation on the form of recovery of the Creditor Group, including, without limitation, their right to recover any property in kind. Nothing herein is or is intended to be a waiver of any arguments that any property held by the Debtors is not property of the estate under section 541 of the Bankruptcy Code.

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Statement.

# LIST OF MEMBERS OF THE CREDITOR GROUP

| Name[4] | Earn Account Balance |
|---|---|
| Georges Georgiou | 26.533016 BTC<br>1.998198 ETH<br>1,996.110462 USDT ERC20<br>2.311200 CEL<br>0.036549 DAI<br>6.15947 BTC<br>805.03 USDC |
| Philip H. Stewart | 6.129478 BTC<br>1.002092 ETH<br>1,717.115900 CEL<br>85.861902 USDC |
| Gilbert Castillo | 501,719.82 USDC<br>537.565951 DOT<br>5,866.596400 CEL<br>149.11 GUSD<br>.001486 BTC<br>31.836272 MCDAI<br>12.143834 MATIC<br>.002626 ETH<br>1.345600 SNX<br>.454342 UNI<br>.154918 LINK<br>.994154 MANA<br>.270602 ADA<br>.179111 BAT |

---

[4] The addresses and contact information for all members of the Creditor Group is provided as The Law Offices of Adrienne Woods, P.C., Attention Adrienne Woods, 105 West 86th Street, #314, New York, New York 10024.