Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Jennifer M. Selendy
Partner
212.390.9003
jselendy@selendygay.com

March 1, 2023

**Via ECF & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re: In re: Celsius Network LLC, et al., 22-bk-10964-MG – Request to Extend Deadline to Object to *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Selendy Gay Elsberg PLLC as Co-Counsel Effective as of January 8, 2023* **[Docket No. 1964]**

Dear Chief Judge Glenn:

    Pursuant to paragraph 27 of the Case Management Procedures, attached as Exhibit 1 to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], and upon agreement with the United States Trustee for the Southern District of New York and the Debtors, we write to request confirmation of the extension of the deadline for any responses or objections to the relief requested in *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Selendy Gay Elsberg PLLC as Co-Counsel Effective as of January 8, 2023* [Docket No. 1964] until Monday, March 6, 2023, at 4:00pm (prevailing Eastern Time).

Respectfully submitted,

/s/ *Jennifer M. Selendy*
Jennifer M. Selendy
Partner

Cc:    Shara Cornell, Trial Attorney, Office of the United States Trustee
        Mark Bruh, Trial Attorney, Office of the United States Trustee

**IT IS SO ORDERED.**

Dated:  March 1, 2023
         New York, New York

                                                        **/s/ Martin Glenn**
                                                MARTIN GLENN
                                  Chief United States Bankruptcy Judge