**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Tinfoil Restructuring LLC, Attn: Nathan Smith at 1309 Coffeen Ave, Suite 7973, Sheridan, WY 82801:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2130]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2131]**

Furthermore, on March 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bhagamshi Kannegundla at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2130]**

Furthermore, on March 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Joseph Avino at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2131]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on March 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Georges Georgiou at 10 Pambou & Elenis, Lymbia, Nicosia, 2566, Cyprus:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2132]**

Furthermore, on March 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on DM Karting at E Blithedale Ave #527, Mill Valley, CA 94941:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2132]**

Furthermore, on March 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Contrarian Funds, LLC, Attn: Alpa Jimenez at 411 West Putnam Ave, Suite 425, Greenwich, CT 06830:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2137]**

Furthermore, on March 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Shroyer, Jonathan at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2137]**

Furthermore, on March 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Cherokee Debt Acquisition, LLC, Attn: Vladimir Jelisavcic at 1384 Broadway, Suite 906, New York, NY 10018:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2141]**

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on March 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Paul Rink at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2141]**

Dated: March 2, 2023

_____
Sabrina G. Tu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 2nd day of March, 2023, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023