**Víctor Ubierna de las Heras**
Email: victorub@protonmail.com
Telephone +34 699760721

**Pro se Creditor**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**<u>VÍCTOR UBIERNA DE LAS HERAS JOINDER TO RENEWED OBJECTION OF THE AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS AND OTHER TRANSFEREES TO THE DEBTORS' SECOND MOTION FOR ENTRY OF AN ORDER (I) EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE AND (II) GRANTING RELATED RELIEF</u>**

Víctor Ubierna de las Heras, pro se creditor, hereby submits this Joinder to Renewed Objection Of The Ad Hoc Group Of Withhold Account Holders And Other Transferees To The Debtors' Second Motion For Entry Of An Order (I) Extending The Debtors' Exclusive Periods To File A Chapter 11 Plan And Solicit Acceptances Thereof Pursuant To Section 1121 Of The Bankruptcy Code And (Ii) Granting Related Relief (docket number 2157), and respectfully represents as follows:

1. Víctor Ubierna de las Heras, pro se Creditor, supports and joins the Renewed Objection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

filed with docket number 2157 by the Ad Hoc Group Of Withhold Account Holders And Other Transferees To The Debtors' Second Motion For Entry Of An Order (I) Extending The Debtors' Exclusive Periods.

## RESERVATION OF RIGHTS

2. Víctor Ubierna de las Heras reserves the right to supplement and/or amend this Joinder at or prior to the Hearing, or any other relevant hearing and to join in arguments made by any other party prior to or at the Hearing or any other relevant hearing.

WHEREFORE, Víctor Ubierna de las Heras respectfully requests entry of an Order consistent with the relief requested in this Joinder and for such other relief as the Court shall deem just and proper.

Dated: March 02, 2023

Madrid, Spain          Respectfully submitted,

                                          Víctor Ubierna de las Heras
                                          By: /s/ Víctor Ubierna de las Heras

Víctor Ubierna de las Heras
Pro se creditor
+34 699760721
victorub@protonmail.com