# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Christopher S. Koenig
To Call Writer Directly:
+1 312 862 2372
chris.koenig@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

March 3, 2023

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re: *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Object to Supplemental Centerview Retention Application

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as <u>Exhibit 1</u> to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181] and upon mutual agreement with the official committee of unsecured creditors (the "<u>Committee</u>"), we write to request confirmation of the extension of the deadline for the Committee to object to the *Debtors' Supplemental Application for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022 and (II) Granting Related Relief* [Docket No. 2005] (the "<u>Supplemental Centerview Retention Application</u>") to Monday, March 6, 2023 at 4:00 p.m. (prevailing Eastern Time).

Sincerely,

/s/ *Christopher S. Koenig*

Christopher S. Koenig

cc: Gregory F. Pesce, Counsel to the Committee

Austin  Bay Area  Beijing  Boston  Brussels  Dallas  Hong Kong  Houston  London  Los Angeles  Munich  New York  Paris  Salt Lake City  Shanghai  Washington, D.C.

KE 94696037

The request to extend the deadline for the Committee to object to the *Debtors' Supplemental Application for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022 and (II) Granting Related Relief* [Docket No. 2005] (the "Supplemental Centerview Retention Application") to Monday, March 6, 2023 at 4:00 p.m. (prevailing Eastern Time) is GRANTED.

Memorandum Endorsed.

**IT IS SO ORDERED.**

Dated:  March 3, 2023
        New York, New York

                                             /s/ Martin Glenn
                                          MARTIN GLENN
                                    Chief United States Bankruptcy Judge