**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHEROKEE ACQUISITION

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, et al., | No. 22-10964 (MG) |
| Debtors | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:
**Moreau de Balasy, Jules**

Name of Transferee:
**Tinfoil Restructuring LLC**

Name and Current Address of Transferor:

**Moreau de Balasy, Jules**
**(Redacted)**

Name and Address where notices and payments to transferee should be sent:

**Tinfoil Restructuring LLC**
**Attn: Nathan Smith**
**1309 Coffeen Ave., Suite 7973**
**Sheridan, WY 82801**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 24 | Moreau de Balasy, Jules | $0.00 (expressed in crypto, not USD) | Celsius Network LLC | 22-10964 |
| Claim No. 26 | Moreau de Balasy, Jules | $0.00 (expressed in crypto, not USD) | Celsius Network LLC | 22-10964 |
| Schedule F Line (3.1.295452) | Jules Moreau de Balasy | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Nathan Smith*   Date: March  8  , 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:  U.S. Bankruptcy Court
     Southern District of New York ("<u>Court</u>")

AND TO:  Celsius Network LLC ("<u>Debtor</u>")
         Case No. 22-10964 ("<u>Case</u>")

Claim #: 24

**MOREAU DE BALASY, JULES** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TINFOIL RESTRUCTURING LLC**
Attn: Nathan Smith
1309 Coffeen Ave., Suite 7973
Sheridan, WY 82801

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount of $<u>0.00</u> [expressed in crypto, not USD] ("<u>Claim</u>"), which represents <u>100</u>% of the total claim amount of $0.00 [expressed in crypto, not USD] against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated March __7__, 2023.

| | |
|---|---|
| **JULES MOREAU DE BALASY** | **TINFOIL RESTRUCTURING LLC** |
| By: _/s/ Jules Moreau de Balasy_ | By: _Nathan Smith_ |
| Name:  Jules Moreau de Balasy | Name:  Nathan Smith |
| Title:     Individual | Title:    Manager |

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:    U.S. Bankruptcy Court
Southern District of New York ("<u>Court</u>")

AND TO:    Celsius Network LLC ("<u>Debtor</u>")
Case No. 22-10964 ("<u>Case</u>")

Claim #: 26

**MOREAU DE BALASY, JULES** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TINFOIL RESTRUCTURING LLC**
Attn: Nathan Smith
1309 Coffeen Ave., Suite 7973
Sheridan, WY 82801

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount of $<u>0.00</u> [expressed in crypto, not USD] ("<u>Claim</u>"), which represents <u>100</u>% of the total claim amount of $0.00 [expressed in crypto, not USD] against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated March <u>7</u>, 2023.

**JULES MOREAU DE BALASY**

By: _____
Name: Jules Moreau de Balasy
Title: Individual

**TINFOIL RESTRUCTURING LLC**

By: *Nathan Smith*
Name: Nathan Smith
Title: Manager

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:      U.S. Bankruptcy Court
Southern District of New York ("<u>Court</u>")

AND TO:      Celsius Network LLC ("<u>Debtor</u>")
Case No. 22-10964 ("<u>Case</u>")

Schedule #: 3.1.295452

**JULES MOREAU DE BALASY** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TINFOIL RESTRUCTURING LLC**
Attn: Nathan Smith
1309 Coffeen Ave., Suite 7973
Sheridan, WY 82801

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount of <u>the Schedule F amount</u> ("<u>Claim</u>"), which represents <u>100%</u> of the total claim amount of the Schedule F amount against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated March <u>7</u>, 2023.

**JULES MOREAU DE BALASY**      **TINFOIL RESTRUCTURING LLC**

By: _/s/ Jules Moreau de Balasy_      By: _Nathan Smith_
Name: Jules Moreau de Balasy      Name: Nathan Smith
Title: Individual      Title: Manager

| 3.1.295452 | JULES MOREAU DE BALASY | ADDRESS REDACTED | | BTC 1.08338013357171<br>ETH 9.47234510969373<br>LINK 75.9816442239822<br>LTC 51.5552061669359<br>USDC 26428.8741925095 |