Dear Honorable Judge Martin Glenn:

Your Honor, I am among the many who withdrew a substantial sum during the preference period in this case. I had no idea what was happening with the company and no idea preference avoidance actions would apply to customers. I have learned a great deal about preference law and urge you to consider the safe harbor and ordinary business terms defenses as our cases come before you. In my case I placed the proceeds of a farm sale in Celsius for yield as I moved from Oklahoma to Texas and now am faced with a ruinous outcome due to my ignorance of the law.

Thank you for your attention.

John Root.