Greg Torrance
10620 Pendragon Place
Raleigh, NC 27614
March 10th, 2023

Dear Honorable Judge Glenn,

Please allow me a moment of your time.

With the hope of earning some better "interest" than the minimal provided by money market savings accounts at the time, I put a significant amount of my own savings into Celsius, believing it to be a safe investment. (Celsius appeared to be a reputable company at the time.) I also manage the investments for my dad and my sister, and I invested a significant amount of their own funds in Celsius, too. My sister, Galen, works a minimum-wage job washing dishes in a retirement community kitchen. She has epilepsy, and consequently has high medical bills, but she still saves the best she can for her retirement. My dad, Ron, is 81. He is retired and has a very small retirement savings, but because he is very frugal, he is able to get by. The three of us all had a significant amount of our overall savings in Celsius.

Due to general instability and fear in the market, I chose to withdraw the majority (though not all) of our funds from Celsius. This happened within 90 days of bankruptcy (though of course I had no idea that bankruptcy was on the horizon at the time).

If retail clawbacks are allowed to happen, it will be absolutely devastating to me, my dad, and my sister!

 From what I can tell, the lawyers White & Case are pushing extremely hard for retail clawbacks. This will line their pockets for years to come, but will be a devastating blow to many thousands of innocent Celsius users who were simply trying to save their funds in what was sold as, essentially, a high-interest savings account.

Judge Glenn, please do whatever is in your power in this case to prevent the injustice of retail clawbacks from moving forward. Lives will be ruined! Retail clawbacks will only enrich the lawyers and – after legal fees – will do very little to result in a "fairer" outcome for Celsius creditors as a whole.

Thank you for hearing me out.

Yours Sincerely,
Greg Torrance
(and Galen & Ron Torrance)