**United States Bankruptcy Court**
**Southern District of New York**

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, et al., | No. 22-10964 (MG) |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor
**Deferred 1031 Exchange, LLC**

Name of Transferee
**Ceratosaurus Investors, L.L.C.**

Name and Address where notices and payments to transferee should be sent:

Ceratosaurus Investors, L.L.C.
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Michael G. Linn
Tel: 1 415 421 2132
Email: mlinn@faralloncapital.com

| Claim No./Schedule No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 19610 | Deferred 1031 Exchange, LLC | 6,700,783.20. | Celsius Network LLC | 22-10964 |
| Schedule F Line (3.1.14307) | Deferred 1031 Exchange, LLC | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Andrew A. Jones_
       Transferee/Transferee's Agent

Date: March 3, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deferred 1031 Exchange, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Ceratosaurus Investors, L.L.C. and its successors and assigns ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, (i) its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) evidenced by Proof of Claim 19610 in the principal amount of 6,700,783.20 against Celsius Network LLC, *et al.* (the "Debtor"), in the jointly administered chapter 11 case, case number 22-10964 (the "Case"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), (ii) any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim and (iii) any amounts listed on Debtor's schedules.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 3rd day of MARCH 2023.

**ASSIGNOR:**  **ASSIGNEE:**

**DEFERRED 1031 EXCHANGE, LLC**  **CERATOSAURUS INVESTORS, L.L.C.**

By: *Corinne Iadonisi*  By: *Michael G. Linn*
Name: Corinne Iadonisi  Name: Michael G. Linn
Title: Manager  Title: Managing Member