IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC, *et al.*,[1] | Ch. 11 |
| Debtors | Jointly Administered |

# ENTRY OF APPEARANCE AND REQUEST FOR SERVICE NOTICES AND DOCUMENTS

PLEASE NOTE that pursuant to Bankruptcy Rule 9010(b), the Attorney General of Pennsylvania, as counsel for the Commonwealth of Pennsylvania, Department of Revenue, a party in interest within the intent of the United States Bankruptcy Code, and request, pursuant to Bankruptcy Rule 2002(g), that all notices, given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following at the office, address and telephone number set forth below, and that the person and address set forth below be added to the official address matrix in this proceeding by the Clerk of Court:

**Melissa L. Van Eck**
**Chief Deputy Attorney General**
**Pennsylvania Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Telephone 717-787-5176**
**mvaneck@attorneygeneral.gov**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4114); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

It is further requested that in furtherance of its right to be heard, as provided in 11 U.S.C. §1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007, 9007 and 9022, the above-designated person to be served, as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests, complaints or demands, whether formal or informal, or any other documents filed with this Court that would affect, to any extent, the claims, rights or interests of Commonwealth of Pennsylvania, Department of Revenue.

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

By:   *s/ Melissa L. Van Eck*
Melissa L. Van Eck
Chief Deputy Attorney General
Attorney ID 85869

Office of Attorney General
Financial Enforcement Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 787-5176
mvaneck@attorneygeneral.gov

Date:  March 15, 2023

*Counsel for Commonwealth of Pennsylvania*
*Department of Revenue*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on March 15, 2023.

                                                *s/ Melissa L. Van Eck*
                                                Melissa L. Van Eck
                                                Pennsylvania Office of Attorney General