Santos Caceres,

Pro Se

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.,1* | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered.) |
| | ) | |

# SANTOS CACERES' SECOND AMENDED* MOTION FOR ENTRY OF AN ORDER (I) TO DOLLARIZE NON-INSIDER CEL TOKEN CLAIMS AT THE PETITION DATE PRICE OF $0.81565; IF OTHERWISE, (II) REQUEST THE DEBTORS TO SUBMIT EVIDENCE SUPPORTING INEQUITABLE TREATMENT OF UNSECURED CREDITORS IN THE EARN GROUP (III) GRANTING RELATED RELIEF

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030

* The Amended Motion incorporates numerical data that supports my request to Grant Related Relief.

Santos Caceres ("Mr. Caceres") files this Motion for Entry of an Order *(I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; If Otherwise, (II) I Request the Debtors To Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief.* In support of his Motion, Mr. Caceres respectfully states the following:

*Pro Se Relief*

*Mr. Caceres repeats and reincorporates his previous requests around pro se relief.*

## **Introduction**

All unsecured creditors in the Earn group should be treated equitably. Against this notion, the Debtors, along with the Unsecured Creditors Committee *(UCC),* have decided arbitrarily that they will assign non-insider CEL token holders a different treatment. They are suggesting a $0.20 (twenty cent) recovery to retail unsecured creditors *[ECF Docket No. 2151, page 77[1]].*  In addition, your Honor, the announcement from the *Celsius/UCC* was made public after the deadline to submit a claim *[Bar Date, Docket No. 1846 [2]].* These actions represent a breach of fiduciary duty on the part of the Unsecured Creditors Committee *(UCC),* as many creditors were misled to believe that *ALL* dollarized claim

---

[1] https://cases.stretto.com/public/x191/11749/PLEADINGS/1174903012380000000076.pdf
[2] https://cases.stretto.com/public/x191/11749/PLEADINGS/1174901102380000000031.pdf

values will be based on the prices determined on the Chapter 11 Filing Date *(July 13th, 2022) [Doc No. 1420(3)]*.

## **Argument**

According to the Court's ruling on January 4th, 2023 *[Docket No. 1822[3]]*, all coins deposited on the Celsius Network platform are property of the *estate,* and we, the unsecured creditors, **have a claim in dollars at petition date.** The price of the CEL token at the petition date filing was **$0.81565.** I am part of a group of thousands of CEL token creditors that hold CEL token with Celsius whose combined claims are in the tens of millions million and who deserve equal treatment, just like all other unsecured creditors in the Earn group. I ask the UCC to object to the plan proposed by debtors due to the above reasons.

Furthermore, in an effort to protect the value of the *estate*, I have not engaged legal counsel for the filing of this motion, nor have I created a *CEL token Creditor Committee*; however, I am filing a *Pro Se* motion to request the Court to uphold the price of CEL token on the date of the *Chapter 11* filing (July 13, 2022). The debtor suggests that Celsius manipulated the price of CEL and that is sufficient reason to subordinate CEL holders to other creditors, there has been no evidence presented to support any such hearsay, Debtors should show evidence supporting their proposal.

We respectfully request the Debtors provide the following disclosure to me and the Court so we all know if Debtor actions with CEL were justified:

---

[3] https://cases.stretto.com/public/x191/11749/PLEADINGS/1174901042380000000067.pdf

1. Total amount of CEL tokens and dollars paid to users who elected to earn in CEL.

2. Total amount of CEL tokens the Debtor purchased each week on the open market.

3. Total amount of CEL tokens used from Celsius Treasury to pay weekly rewards.

4. Total dollar value of CEL tokens used from the Celsius Treasury to pay weekly rewards.

5. Answer to whether CEL tokens bought was equal or close to the total amount owed to users who elected to earn their weekly rewards in CEL tokens.

6. Weeks when CEL tokens bought in public markets exceeded the amount to be paid to users.

*** I ask that the Debtor exclude all OTC (over the counter) transactions, loan liquidations and other non-yield payment events, as these do not affect the price of CEL token in the open market***

In addition, I would like to make an important point:  The Examiner report has been declared *Hearsay* by the Honorable Judge Martin Glenn and therefore not admissible into evidence.  If the Debtor claims that Celsius Network LLC. has intentionally manipulated the price of CEL token, then let them prove that.  Furthermore, the volume of the company's CEL token weekly buybacks was incapable of materially "manipulating" the price of CEL token [Exhibit F]. According to Coinmarketcap.com and the Blockchain, the company's buybacks only **represented a miniscule 3.77%** of the total weekly market volume of CEL token. The Debtor's (K&E) argument that weekly buybacks trading volume from Celsius is considered "manipulation" of the market is completely absurd on its face. Over **96% of CEL token trading volume was done by**

**other market participants acting on their own**. The weekly buybacks were insignificant and evidently too small to "control" or "manipulate" the price of CEL token in any way. **The examiner's report cost tens of millions of dollars to the estate and failed to provide tangible data such as size, frequency, treasury usage, and execution of CEL token purchases**. I have used public information to demonstrate that Celsius Network CEL token weekly buybacks were insignificant to affect the price of CEL token in any direction. To the contrary, if CEL token weekly buybacks by the Debtor during 2018-2021 exceeded rewards payments, it would have also resulted in a substantial profit to the Debtor, as the price of CEL token increased from $0.03 to $8 during same period as the company grew from $20 million to $25 billion in Assets Under Management (AUM).

CEL token holders believe the company did exactly what they expected the company to do; instead of buying Ethereum, Bitcoin, etc. Users of Celsius Network who elected to "Earn in CEL," directed the debtor to buy CEL tokens or use its treasury to credit CEL into their accounts. Hundreds of thousands of unsecured creditors instructed the Debtor to do this on their behalf, with full knowledge of the intended result.

Your Honor, if the proposed reorganization plan would aim to adjust CEL token price, then why not adjust the price of my Ethereum and Matic which experienced a substantial increase since the petition date.

Last but not least, Celsius Network LLC has a $1 billion claim against FTX and Alameda Research for alleged manipulation of CEL token price pre petition date. This claim aims to investigate Alameda Research for opening a $20 million naked short

position against CEL token. This illegal maneuver drove the price of CEL token down to $0.10 in a very short period of time. If the debtor is allowed to value CEL token at $0.20, it will significantly diminish our $1 billion claim in the FTX bankruptcy; but if CEL token is given its petition date price of $0.81, or more, it significantly increases our claim in the FTX bankruptcy. We are certain that the Debtor has requested to appear in the FTX bankruptcy.

We are disappointed that neither Kirkland & Ellis nor White & Case have done their fiduciary duties and investigated this matter, despite multiple attempts by our group demanding for such actions to be undertaken. Considering the debtor already spent over $70 million in professional fees and has not done anything about this matter, we can only come to a conclusion that finding FTX price manipulation of CEL Token would interfere with the Debtor's plans to exit Chapter 11. The naked short position on FTX remains open and represents a large claim Debtors have against FTX. I hope we all agree that forcing FTX to buy the CEL tokens needed to close the naked short position from Debtors, represents a valuable asset to all unsecured creditors. We have ample evidence to support our claims and I am happy to share them with the Debtors and the UCC should we have confirmation they plan to take the appropriate actions. I believe FTX deliberately attacked Celsius Network. This attack was indeed the main reason for CEL token price to drop from $3.50 to $0.28 cents prior to the withdrawal freeze when around $200 million CEL Tokens traded on FTX.[4]

---

[4] https://twitter.com/celhodl/status/1633005193921982465?s=20

## **Conclusion**

For all of the aforementioned reasons, this Motion should be **GRANTED,** allowing non-insider CEL token claim holders to join the Earn group for equitable treatment and have access to the same optionality of equity and liquid cryptocurrency distribution.

## **Relief**

The relief that I am seeking from this Court is that CEL token claims should be treated equitably, just like all other cryptocurrency claims on Celsius Network. Your Honor, CEL token claims should be $0.81565, according to the law, and I respectfully ask to follow the law and grant CEL token claims at $0.81565, consistent with the petition date price.

Respectfully Signed,

Santos Caceres, *Pro Se*

03/01/2023

*/s/Santos Caceres*

**CERTIFICATE OF SERVICE**


I certify that on Wednesday, March 1st, 2023, a true and correct copy of Santos Caceres's

Motion for Entry of an Order *(I) Dollarize Non-Insider CEL Token Claims at the Petition*

*Date Price of $0.81565; If Otherwise, (II) I Request the Debtors To Submit Evidence*

*Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III)*

*Granting Related Relief.*


Respectfully Signed,

Santos Caceres, *Pro Se*

03/01/2023

*/s/Santos Caceres*

## EXHIBIT A[5] :



---

**EXHIBIT B[6]:**



[6] Weekly email communication from Celsius to its user base indicating the weekly CEL Token purchased from the open market to pay rewards to users who elected to Earn in CEL.

**EXHIBIT C[7]:**



---

[7] The CEL Token Fly Wheel dynamics was frequently explained as in this example.

**EXHIBIT D[8]:**



**Rates for 1st BTC & 1st 100 ETH**
*Exclusively for CEL Loyalty Members:*

Bronze: 4.56% APY
Silver: 5.03% APY
Gold: 5.49% APY
Platinum: 6.20% APY

---

[8] This table shows reward/yield rates for all supported coins and tokens on the Celsius platform.

## EXHIBIT E[9]:



## EXHIBIT F[10]:

---

[9] Total amount of CEL Tokens burned as of the date shown in this graph. The burning mechanism helps all CEL Token holders.

[10] Data collected from weekly emails sent to users by Celsius Network, https://coinmarketcap.com/currencies/celsius and the Blockchain/Etherscan. Note: CEL Token loan liquidations and OTC transactions are not included because these do not affect the price of CEL token traded on exchanges. To our knowledge, Celsius did not sell CEL tokens on exchanges collected from liquidation of CEL-backed dollar loans. All such CEL tokens were added back to Celsius Treasury and did not impact the price of CEL tokens on markets.

| Date | Amount Bought | Used from treasury | Burned | Approx price/CEL | Market Buy | Weekly trade Volume | buys as % of weekly | Pay from Celsius Treasury | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 06-10-22 | 1,360,000 | | 136,000 | $0.40 | $598,400 | $56,410,000 | 1.06 | | |
| 06-03-22 | 1,650,000 | | 165,000 | $0.81 | $1,470,150 | $42,230,000 | 3.48 | | |
| 05-27-22 | 1,380,000 | | 138,000 | $0.52 | $789,360 | $31,730,000 | 2.49 | | |
| 05-20-22 | 1,410,000 | | 141,000 | $0.78 | $1,209,780 | $31,620,000 | 3.83 | | |
| 05-13-22 | 1,020,000 | | 102,000 | $0.78 | $875,160 | $53,600,000 | 1.63 | | |
| 05-06-22 | 1,040,000 | | 104,000 | $2.12 | $2,425,280 | $29,450,000 | 8.24 | | |
| 04-29-22 | 1,050,000 | | 105,000 | $2.07 | $2,390,850 | $22,830,000 | 10.47 | | |
| 04-22-22 | 1,040,000 | | 104,000 | $2.10 | $2,402,400 | $27,350,000 | 8.78 | | |
| 04-15-22 | 840,000 | | 84,000 | $2.28 | $2,106,720 | $36,370,000 | 5.79 | | custody goes live |
| 04-08-22 | 850,000 | | 85,000 | $2.98 | $2,786,300 | $16,680,000 | 16.70 | | |
| 04-01-22 | 840,000 | | 84,000 | $3.26 | $3,012,240 | $26,820,000 | 11.23 | | |
| 03-25-22 | 790,000 | | 79,000 | $3.31 | $2,876,390 | $28,000,000 | 10.27 | | |
| 03-18-22 | 780,000 | | 78,000 | $3.36 | $2,882,880 | $29,470,000 | 9.78 | | |
| 03-11-22 | 850,000 | | 85,000 | $3.14 | $2,935,900 | $24,440,000 | 12.01 | | |
| 03-04-22 | 820,000 | | 82,000 | $3.05 | $2,751,100 | $31,420,000 | 8.76 | | |
| 02-25-22 | 790,000 | | 79,000 | $3.08 | $2,676,520 | $36,120,000 | 7.41 | | |
| 02-18-22 | 780,000 | | 78,000 | $3.50 | $3,003,000 | $25,420,000 | 11.81 | | |
| 02-11-22 | 750,000 | | 75,000 | $3.17 | $2,615,250 | $25,920,000 | 10.09 | | |
| 02-04-22 | 740,000 | | 74,000 | $2.97 | $2,417,580 | $25,140,000 | 9.62 | | |
| 01-28-22 | 700,000 | | 70,000 | $2.05 | $1,578,500 | $48,190,000 | 3.28 | | |
| 01-21-22 | 710,000 | | 71,000 | $2.57 | $2,007,170 | $49,010,000 | 4.10 | | |
| 01-14-22 | 680,000 | | 68,000 | $3.10 | $2,318,800 | $34,690,000 | 6.68 | | |
| 01-07-22 | 630,000 | | 63,000 | $3.32 | $2,300,760 | $57,930,000 | 3.97 | | |
| 12-31-21 | 550,000 | | 55,000 | $4.10 | $2,480,500 | $46,190,000 | 5.37 | | |
| 12-24-21 | 620,000 | | 62,000 | $3.98 | $2,714,360 | $32,060,000 | 8.47 | | |
| 12-17-21 | 630,000 | | 63,000 | $3.78 | $2,619,540 | $30,020,000 | 8.73 | | Yearly report; 70M CEL purchased for users |
| 12-10-21 | 635,000 | | 63,500 | $3.69 | $2,577,465 | $53,360,000 | 4.83 | | 631,000 burned to date |
| 12-03-21 | 615,000 | | 61,500 | $3.71 | $2,509,815 | $45,390,000 | 5.53 | | |
| 11-26-21 | 602,000 | | 60,200 | $3.83 | $2,536,226 | $43,080,000 | 5.89 | | |
| 11-19-21 | 596,000 | | 59,600 | $3.96 | $2,596,176 | $36,020,000 | 7.21 | | Funding closed series B |
| 11-12-21 | 631,000 | | 63,100 | $4.30 | $2,984,630 | $37,420,000 | 7.98 | | |
| 11-05-21 | 578,000 | | 57,800 | $4.16 | $2,644,928 | $74,500,000 | 3.55 | | |
| 10-29-21 | 560,000 | | 56,000 | $4.64 | $2,858,240 | $58,370,000 | 4.90 | | |
| 10-22-21 | 528,000 | | 52,800 | $5.05 | $2,933,040 | $83,430,000 | 3.52 | | |
| 10-15-21 | 518,000 | | 51,800 | $5.59 | $3,185,182 | $70,120,000 | 4.54 | | |
| 10-08-21 | 523,000 | | 52,300 | $5.76 | $3,313,728 | $65,780,000 | 5.04 | | |
| 10-01-21 | 527,000 | | 52700 | $5.47 | $3,170,959 | $69,900,000 | 4.54 | | The burn Started |
| 09-24-21 | 538,552 | | | $5.02 | $2,703,531 | $83,010,000 | 3.26 | | |
| 09-17-21 | 545,246 | | | $5.47 | $2,982,496 | $81,650,000 | 3.64 | | |
| 09-10-21 | 519,549 | | | $6.15 | $3,195,226 | $75,470,000 | 4.23 | | |
| 09-03-21 | 516,379 | | | $5.71 | $2,948,524 | $63,990,000 | 4.61 | | |
| 08-27-21 | 523,858 | | | $5.86 | $3,069,808 | $78,120,000 | 3.93 | | |
| 08-20-21 | 512,672 | | | $6.15 | $3,152,933 | $112,190,000 | 2.81 | | |
| 08-13-21 | 497,053 | | | $6.20 | $3,081,729 | $73,230,000 | 4.21 | | |
| 08-06-21 | 476,264 | | | $6.60 | $3,143,342 | $75,500,000 | 4.16 | | |
| 07-30-21 | 523,858 | | | $5.95 | $3,116,955 | $81,490,000 | 3.82 | | |
| 07-23-21 | 512,672 | | | $5.93 | $3,040,145 | $131,310,000 | 2.32 | | |
| 07-16-21 | 445,935 | | | $5.30 | $2,363,456 | $121,310,000 | 1.95 | | |
| 07-09-21 | 456,940 | | | $7.09 | $3,239,705 | $68,980,000 | 4.70 | | |
| 07-02-21 | 460,338 | | | $6.44 | $2,964,577 | $137,380,000 | 2.16 | | |
| 06-25-21 | 454,715 | | | $4.90 | $2,228,104 | $217,130,000 | 1.03 | | |
| 06-18-21 | 452,509 | | | $5.30 | $2,398,298 | $313,410,000 | 2.11 | | |
| 06-11-21 | 489,358 | | | $7.17 | $3,508,697 | $112,640,000 | 3.11 | | |
| 06-04-21 | 491,041 | | | $7.75 | $3,805,568 | $143,590,000 | 2.65 | | |
| 05-28-21 | 489,358 | | | $6.93 | $3,391,251 | $197,420,000 | 1.72 | | |
| 05-21-21 | 500,454 | | | $7.03 | $3,518,192 | $202,060,000 | 1.74 | | |
| 05-14-21 | 500,454 | | | $7.30 | $3,653,314 | $73,330,000 | 4.98 | | |
| 05-07-21 | 517,562 | | | $6.73 | $3,483,192 | $74,870,000 | 4.65 | | |
| 04-30-21 | 524,211 | | | $5.90 | $3,092,845 | $59,530,000 | 5.20 | | |
| 04-23-21 | 471,970 | | | $5.91 | $2,789,343 | $97,810,000 | 2.85 | | |
| 04-16-21 | 477,983 | | | $5.75 | $2,748,402 | $91,960,000 | 2.99 | | |
| 04-09-21 | 431,175 | | | $7.23 | $3,117,395 | $97,590,000 | 3.20 | | |
| 04-02-21 | 523,704 | | | $5.00 | $2,618,520 | $52,880,000 | 4.95 | | |
| 03-26-21 | 490,717 | | | $4.87 | $2,389,792 | $52,250,000 | 4.57 | | |
| 03-19-21 | 511,880 | | | $5.05 | $2,584,994 | $46,370,000 | 5.57 | | |
| 03-12-21 | 499,106 | | | $5.50 | $2,745,083 | $60,630,000 | 4.53 | | |
| 03-05-21 | 503,862 | | | $4.61 | $2,322,804 | $46,830,000 | 4.96 | | |
| 02-26-21 | 487,570 | | | $4.78 | $2,330,585 | $69,910,000 | 3.33 | | |
| 02-19-21 | 495,439 | | | $5.69 | $2,819,048 | $73,470,000 | 3.84 | | |
| 02-12-21 | 469,152 | | | $5.76 | $2,702,316 | $92,970,000 | 2.91 | | |
| 02-05-21 | 465,601 | | | $5.03 | $2,341,973 | $58,430,000 | 4.01 | | |
| 01-29-21 | 442,664 | | | $5.06 | $2,239,880 | $79,820,000 | 2.81 | | |
| 01-22-21 | 448,109 | | | $4.83 | $2,209,177 | $79,200,000 | 2.79 | | |
| 01-15-21 | 456,372 | | | $5.26 | $2,400,517 | $73,910,000 | 3.25 | | |
| 01-08-21 | 438,797 | | | $5.68 | $2,492,367 | $144,500,000 | 1.72 | | |
| 01-01-21 | 389,035 | | | $6.01 | $2,338,100 | $126,990,000 | 1.84 | | |
| 12-25-20 | 403,824 | | | $3.80 | $1,534,531 | $51,660,000 | 2.97 | | |
| 12-18-20 | 440,082 | | | $2.80 | $1,251,774 | $49,120,000 | 2.55 | | |
| 12-11-20 | 440,084 | | | $1.91 | $878,760 | $40,130,000 | 2.19 | | |
| 12-04-20 | 520270 | Estimates | | $2.31 | $1,201,823 | $30,240,000 | 3.97 | 45,252,186 | Total to date per email |
| 11-27-20 | 520270 | Estimates | | $2.39 | $1,243,445 | $65,270,000 | 1.91 | | |
| 11-20-20 | 520270 | Estimates | | $2.29 | $1,191,418 | $63,200,000 | 1.89 | | |
| 11-13-20 | 520270 | Estimates | | $2.01 | $1,045,743 | $38,080,000 | 2.75 | | |
| 11-06-20 | 520270 | Estimates | | $1.86 | $967,702 | $39,300,000 | 2.46 | | |
| 10-30-20 | 520270 | Estimates | | $1.35 | $702,365 | $23,390,000 | 3.00 | | |
| 10-23-20 | 520270 | Estimates | | $1.31 | $681,554 | $29,800,000 | 2.29 | | |
| 10-16-20 | 520270 | Estimates | | $1.23 | $639,932 | $25,460,000 | 2.51 | | |
| 10-09-20 | 520270 | Estimates | | $1.38 | $717,973 | $38,030,000 | 1.89 | | |
| 10-02-20 | 520270 | Estimates | | $1.10 | $572,297 | $27,750,000 | 2.06 | | |
| 09-25-20 | 520270 | Estimates | | $0.92 | $478,648 | $27,790,000 | 1.72 | | |
| 09-18-20 | 520270 | Estimates | | $0.66 | $343,378 | $12,740,000 | 2.70 | | |
| 09-11-20 | 520270 | Estimates | | $0.53 | $275,743 | | | | |
| 09-04-20 | 520270 | Estimates | | $0.38 | $197,703 | | | | |
| 08-28-20 | 520270 | Estimates | | $0.42 | $218,513 | | | | |
| 08-21-20 | 520270 | Estimates | | $0.38 | $197,703 | | | | |
| 08-14-20 | 520270 | Estimates | | $0.41 | $213,311 | | | | |
| 08-07-20 | 520270 | Estimates | | $0.38 | $197,703 | | | | |
| 07-31-20 | 520270 | Estimates | | $0.41 | $213,311 | | | | |
| 07-24-20 | 509,914 | | | $0.40 | $203,966 | $5,470,000 | 3.73 | 35,367,064 | Total to date per email |
| 07-17-20 | 514,758 | | | $0.66 | $339,740 | | | | |
| 07-10-20 | 500,914 | | | $0.24 | $120,219 | | | | |
| 07-03-20 | 454,778 | | | $0.45 | $204,650 | | | | |
| 06-26-20 | 420,906 | | | $0.40 | $168,362 | | | | |
| 06-19-20 | 532,646 | | | $0.25 | $133,162 | | | | |
| 06-12-20 | 491,499 | | | $0.24 | $117,960 | | | | |
| 06-05-20 | 436,309 | | | $0.25 | $109,077 | | | | |
| 05-29-20 | 482,361 | | | $0.26 | $125,414 | | | | |
| 05-22-20 | 590,943 | | | $0.15 | $88,641 | | | | |
| 05-15-20 | 693,559 | | | $0.12 | $83,227 | | | | |
| 05-08-20 | 682,664 | | | $0.13 | $88,746 | | | | |

| Date | Shares | Note | Price | Value | | Total to date | Email note |
|---|---|---|---|---|---|---|---|
| 05-01-20 | 684,034 | | $0.12 | $82,084 | | | |
| 04-24-20 | 667,130 | | $0.10 | $66,713 | | | |
| 04-17-20 | 666,220 | | $0.08 | $53,298 | | | |
| 04-10-20 | 812,054 | | $0.08 | $64,964 | | | |
| 04-03-20 | 722,106 | | $0.07 | $50,547 | | | |
| 03-27-20 | 736,977 | | $0.08 | $58,958 | | | |
| 03-20-20 | 739,247 | | $0.08 | $59,140 | | | |
| 03-13-20 | 955,239 | | $0.08 | $76,419 | | | |
| 03-06-20 | 17,434 | | $0.12 | $2,092 | | | |
| 02-28-20 | 707,391 | | $0.12 | $84,887 | | | |
| 02-21-20 | 677,737 | | $0.15 | $101,661 | | | |
| 02-14-20 | 619,251 | | $0.15 | $92,888 | | | |
| 02-07-20 | 598,982 | | $0.16 | $95,837 | | | |
| 01-31-20 | 551,316 | | $0.15 | $82,697 | | | |
| 01-24-20 | 545,742 | | $0.13 | $70,946 | | | |
| 01-17-20 | 540,770 | | $0.13 | $70,300 | $670,000  10.49 | | |
| 01-10-20 | 505,905 | | $0.13 | $65,768 | | | |
| 01-03-20 | 500000 | Estimate | $0.15 | $75,000 | | | |
| 12-27-19 | 551,359 | | $0.15 | $82,704 | | | |
| 12-20-19 | 677,308 | | $0.10 | $67,731 | | | |
| 12-13-19 | 747,508 | | $0.07 | $52,326 | | 15,917,359 | Total to date per email |
| 12-06-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 11-29-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 11-22-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 11-15-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 11-08-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 11-01-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 10-25-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 10-18-19 | 552537 | Estimate | $0.06 | $33,152 | | 9,652,000 | Total to date per email |
| 10-11-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 10-04-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 09-27-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 09-20-19 | 552537 | Estimate | $0.06 | $33,152 | | 7,217,000 | Total to date per email: 7,217,000 |
| 09-13-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 09-06-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 08-30-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 08-23-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 08-16-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 08-09-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 08-02-19 | 552537 | Estimate | $0.06 | $33,152 | | | |
| 07-26-19 | 330000 | | $0.06 | $19,800 | | | |
| 07-19-19 | 297000 | | $0.06 | $17,820 | | | |
| 07-12-19 | 302,000 | | $0.07 | $21,140 | | | |
| 07-05-19 | 300,000 | | $0.06 | $18,000 | | 3,209,000 | Total to date per email |
| 06-28-19 | 295,000 | | $0.07 | $20,650 | | | |
| 06-21-19 | 380,000 | | $0.08 | $30,400 | | | |
| 06-14-19 | 320,000 | | $0.10 | $32,000 | | 2,240,000 | Total to date per email |
| 2.23.18 - 06-07-19 | 1,800,000 | Estimate up to this date | $0.05 | $90,000 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total in CEL | 93,818,377.93 | | Total $ value at time of distribution | $219,912,615 | 5. Total volume for: 9/2020 - 6/2022 | $5,821,650,000 | Percent of company CEL buybacks compared to total market volume | 3.77% |