# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dan Latona
To Call Writer Directly:
+1 312 862 3445
dan.latona@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

March 14, 2023

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re:   *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Object to the Bid Protections Motion

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as Exhibit 1 to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181] and upon mutual agreement with the ad hoc group of borrowers (the "Ad Hoc Group"), we write to request confirmation of the extension of the deadline for the Ad Hoc Group to object to the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief* [Docket No. 2151] (the "Bid Protections Motion") to Thursday, March 16, 2023 at 4:00 p.m. (prevailing Eastern Time).

Sincerely,

/s/ *Dan Latona*

Dan Latona

cc:   Gregory F. Pesce, Counsel to the Committee
David J. Adler, Counsel to the Ad Hoc Group

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle<br>Chicago, IL 60654<br>United States |  |
|---|---|---|
| Dan Latona<br>To Call Writer Directly:<br>+1 312 862 3445<br>dan.latona@kirkland.com | +1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

The request to extend the deadline for the Ad Hoc Group to object to the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief* [Docket No. 2151] (the "Bid Protections Motion") to Thursday, March 16, 2023 at 4:00 p.m. (prevailing Eastern Time) is GRANTED.

MEMORANDUM ENDORSED

**IT IS SO ORDERED.**

Dated:  March 15, 2023
        New York, New York

                                              /s/ Martin Glenn
                                         MARTIN GLENN
                                    Chief United States Bankruptcy Judge