IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, et al., Debtors. | Case No. No. 22-10964 (MG) |
| | (Jointly Administered) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that **Michael Tarsi**, holder of the following claims (the "Claims") against the above captioned debtors ("Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the Claims and hereby request that services of any pleadings, notices, correspondence and distributions relating to such Claims be sent to the New Address set forth below, effective as of the date hereof.

**Former Address:**
Michael J Tarsi
2240 NE 35th Ct
Lighthouse Point, FL 33064

**New Address:**

**Address for all Payments/Distributions:**
Contrarian Funds, LLC
ATTN: 392426
500 Ross St 154-0455
Pittsburgh, PA 15262

**Address for all Communications/Notice:**
Contrarian Funds, LLC
411 West Putnam Avenue, Suite - 425
Greenwich, CT 06830

Thank you,

By: *Michael J Tarsi*
Name: Michael J Tarsi
Title:
Date:    March 10, 2023