| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | Dan Latona (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone:  (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile:  (212) 446-4900 | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone:  (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**MARCH 21, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | March 21, 2023, at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Chief Judge Martin Glenn<br>United States Bankruptcy Court for the<br>Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Courtroom No. 523<br>New York, New York 10004 |
| Hearing Attendance: Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

|  |  |
|---|---|
|  | before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on March 20, 2023**. |
|  | Due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the 10:00 a.m., March 21, 2023 (prevailing Eastern Time) Hearing must connect to the Hearing beginning at 9:00 a.m., March 21, 2023 (prevailing Eastern Time).  When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing.  Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing.  When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect.  Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance.  Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

### I. <u>Contested Matters</u>.

1.  **Motion for Bid Protections**.  Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief [Docket No. 2151].

    <u>Objection Deadline</u>:  March 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

    (1)    Objection of the United States Trustee to Debtors' Motion for an Order (I) Authorizing and Approving Certain Bid Procections [sic] for the Proposed Plan Sponsor and (II) Granting Related Relief [Docket No. 2218].

(2) Joinder and Supplement to Objection of the United States Trustee to Debtors' Motion for an Order (I) Authorizing and Approving Certain Bid Procections [sic] for the Proposed Plan Sponsor and (II) Granting Related Relief [Docket No. 2224].

(3) Preliminary Joinder and Response of the Ad Hoc Group of Borrowers to the Debtors' Motion for an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief (ECF Doc. #2151) [Docket No. 2225].

(4) Limited Objection and Reservation of Rights in Connection with the Debtors' Motion for an Order Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor [Docket No. 2229].

(5) Joinder and Supplement to Objection of the United States Trustee to Debtors' Motion for an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief and Joinder to Joinder and Supplement Filed by Ignat Tuganov [Docket No. 2236].

(6) Objection of the Ad Hoc Group of Borrowers to the Debtors' Motion for an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief (ECF Doc. #2151) [Docket No. 2256].

Related Documents:

(1) Debtors' Statement with Respect to the Status of the Debtors' Chapter 11 Plan Process [Docket No. 2066].

(2) Declaration of Marc D. Puntus in Support of the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief [Docket No. 2152].

(3) Letter Request Regarding Extension of Deadline to Object to the Bid Protections Motion [Docket No. 2226].

(4) Memorandum Endorsed Order Granting Letter Request Regarding Extension of Deadline to Object to the Bid Protections Motion [Docket No. 2243].

**Status**: This matter is going forward.

2. **Motion for Witness Cooperation Agreements**. Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-Of-Pocket Expenses of Cooperating

3

    Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2147].

    <u>Objection Deadline</u>:  March 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

(1)     Response to Debtors' Motion Seeking Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements, (II) Authorizing Reimbursement of Past and Future out of Pocket Expenses of Cooperating Witnesses and (III) Granting Related Relief [Docket No. 2223].

(2)     Official Committee of Unsecured Creditors' Objection to the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-Of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2227].

(3)     Objection of the United States Trustee to Debtors' Motion for an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-Of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2230].

    <u>Related Documents</u>:  None.

    **Status**:  This matter is going forward.

3.     **Joint Motion for Custody Settlement**.  Joint Motion for Entry of an Order (I) Approving (A) the Settlement by and Among the Debtors, the Committee, and the Custody Ad Hoc Group and (B) the Election Form and (II) Granting Related Relief [Docket No. 2148].

    <u>Objection Deadline</u>:  March 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>:

(1)     Limited Objection to the Joint Motion for Entry of an Order (I) Approving (A) the Settlement by and Among the Debtors, the Committee, and the Custody Ad Hoc Group and (B) the Election Form and (II) Granting Related Relief [Docket No. 2234].

    <u>Related Documents</u>:

(1)     Notice of Schedule of Custody Users Entitled to Withdraw Certain Assets [Docket No. 1958].

4

  (2) Notice of Potential Increase to Amount of Distributable Custody Assets [Docket No. 2149].

  (3) Notice of Withdrawals Opening for Eligible Custody Users [Docket No. 2176].

  <u>Status</u>: This matter is going forward.

## II. <u>Uncontested Matters</u>.

4. **First Omnibus Claims Objection**. Debtors' First Omnibus Objection to Certain (A) Amended Claims, (B) Duplicate Claims, (C) Non-Debtor Claims, (D) Unsupported Claims, and (E) Inaccurately Supported Claims [Docket No. 2103].

 <u>Objection Deadline</u>: March 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

 <u>Responses Received</u>: None.

 <u>Related Documents</u>:

  (1) Order (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, (III) Approving Notice Thereof, and (IV) Granting Related Relief [Docket No. 1368].

  (2) Order (I) Extending the Bar Dates for Submitting Proofs of Claim, (II) Approving Notice Thereof, and (III) Granting Related Relief [Docket No. 1846].

  (3) Order (I) Approving (A) Omnibus Claims Objection Procedures, (B) Omnibus Substantive Claims Objections and Form of Notice, and (C) Satisfaction Procedures and Form of Notice and (II) Modifying Bankruptcy Rule 3007(E)(6) [Docket No. 2090].

 <u>Status</u>: This matter is going forward.

## III. <u>Status Conferences</u>.

5. **Objection to Claim**. Debtors' Objection to Proof of Claim No. 24604 of Immanuel Herrmann [Docket No. 2105].

 <u>Objection Deadline</u>: March 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

 <u>Responses Received</u>:

  (1) Response to Debtors' Objection to Proof of Claim No. 24604 of Immanuel Herrmann [Docket No. 2238].

5

           Related Documents:  None.

           **Status**:    This matter is going forward.

6.   **Objection to Claim**.  Debtors' Objection to Proof of Claim No. 23959 of Rebecca Gallagher [Docket No. 2106].

           Objection Deadline:  March 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

           Responses Received:

           (1)   Response to Debtors' Objection to Rebecca Gallagher Proof of Claim, Claim No. 23959 [Docket No. 2228].

           Related Documents:  None.

           **Status**:    This matter is going forward.

7.   **Objection to Claim**.  Debtors' Objection to Proof of Claim No. 24480 of Daniel A. Frishberg [Docket No. 2107].

           Objection Deadline:  March 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

           Responses Received:

           (1)   Objection to Debtors' Objection to Proof of Claim No. 24480 of Daniel A. Frishberg [Docket No. 2237].

           Related Documents:  None.

           **Status**:    This matter is going forward.

**IV.**   **Adjourned Matters.**

8.   **Shanks v. Celsius Network LLC (Adv. Proc. No. 23-01010)**.  Pre-Trial Conference.

           Related Documents:

           (1)   Complaint for Declaratory Judgment [Docket No. 1].

           (2)   Motion for Waiver of Filing Fee [Docket No. 2].

           (3)   Summons and Notice of Pretrial Conference [Docket No. 3].

           (4)   Amended Complaint for Declaratory Judgment [Docket No. 4].

           (5)   Amended Summons and Notice of Pretrial Conference [Docket No. 5].

 (6) Letter Request for Subsequent Summons [Docket No. 6].

 (7) Second Summons and Notice of Pretrial Conference [Docket No. 7].

 **Status**: This matter has been adjourned to May 17, 2023, at 10:00 a.m. (prevailing Eastern Time).

9. **CEL Token Motion**. Santos Caceres' Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; If Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2169].

 Objection Deadline: March 18, 2023, at 4:00 p.m. (prevailing Eastern Time).

 Responses Received: None.

 Related Documents:

 (1) Amended Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; If Otherwise, (II) I Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2207].

 (2) Santos Caceres' Amended* Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; If Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2208].

 (3) Amended Notice of Hearing on Santos Caceres' Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; If Otherwise, (II) I Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2215].

 (4) Santos Caceres' Second Amended* Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; If Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2240].

 (5) Amended Notice of Hearing on Santos Caceres' Second Amended Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; If Otherwise, (II) I Request the Debtors to Submit Evidence Supporting Inequitable Treatment of

          Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2241].

(6)      Order Adjourning the Motion of Santos Caceres [Docket No. 2260].

**Status**:    This matter has been adjourned to May 17, 2023, at 10:00 a.m. (prevailing Eastern Time), subject to the movant filing a further notice of hearing and objection deadline.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: March 17, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  patrick.nash@kirkland.com<br>          ross.kwasteniet@kirkland.com<br>          chris.koenig@kirkland.com<br>          dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |