IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, et al., Debtors. | Case No. No. 22-10964 (MG) |
| | (Jointly Administered) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Sapiens Malti, holder of the following claims (the "Claims") against the above captioned debtors ("Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the Claims and hereby request that services of any pleadings, notices, correspondence and distributions relating to such Claims be sent to the New Address set forth below, effective as of the date hereof.

**Former Address:**
Sapiens Malti
Ve Smečkách 1596/25, 110 00, Prague,
Czech Republic

**New Address:**

| Address for all Payments/Distributions: | Address for all Communications/Notice: |
|---|---|
| Contrarian Funds, LLC | Contrarian Funds, LLC |
| ATTN: 392426 | 411 West Putnam Avenue, Suite - 425 |
| 500 Ross St 154-0455 | Greenwich, CT 06830 |
| Pittsburgh, PA 15262 | |

Thank you,

By: _Sapiens Malti_
Name: Sapiens Malti
Title: Account holder
Date: 9th March, 2023