THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re:* | ) | Case No. 22-10964 (MG) |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*[1] | ) | Chapter 11 |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Therese A. Scheuer, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the U.S. Securities and Exchange Commission in the above-referenced case.

*I certify that I am a member in good standing* of the bars in the State of Delaware and the Commonwealth of Massachusetts. I am also admitted to practice in the bars of the U.S. District Court for the District of Delaware, the U.S. District Court for the District of Massachusetts, the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States.

I request a waiver of the filing fee, as I am representing an agency of the federal government.

Dated: March 20, 2023
      Washington, DC

Respectfully submitted,

U.S. SECURITIES AND EXCHANGE
COMMISSION

By: */s/ Therese A. Scheuer*
    Therese A. Scheuer
    Senior Trial Counsel
    100 F Street, NE
    Washington D.C. 20549
    Email: scheuert@sec.gov
    Tel.: (202) 551-6029

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing *Motion for Admission to Practice Pro Hac Vice* to be served upon counsel or parties of record by the Court's CM/ECF system on March 20, 2023.

By: */s/ Therese A. Scheuer*
Therese A. Scheuer