**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Deadline Requiring Submission of Proofs of Claim Against the GK8 Debtors on or Before April 18, 2023, and Related Procedures for Submitting Proofs of Claim in the Chapter 11 Cases of the GK8 Debtors** (Docket No. 2231)

- **Official Form 410 Proof of Claim** (attached hereto as **Exhibit A**)

- **Proof of Claim Form Instructions** (attached hereto as **Exhibit B**)

Furthermore, on March 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**, and electronic mail on the service list attached hereto as **Exhibit F**:

- **Notice of Deadline Requiring Submission of Proofs of Claim Against the GK8 Debtors on or Before April 18, 2023, and Related Procedures for Submitting Proofs of Claim in the Chapter 11 Cases of the GK8 Debtors** (Docket No. 2231)

- **Official Form 410 Proof of Claim** (attached hereto as **Exhibit A**)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

- **[Customized] Proof of Claim Form Instructions** (attached hereto as **Exhibit B**)

Dated: March 16, 2023

                                                          _____
                                                           Janira N. Sanabria

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Florida,
County of Santa Rosa

Subscribed and sworn to (or affirmed) before me on this 16th day of March 2023, by Janira N. Sanabria, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NOAH MACIVER
MY COMMISSION # HH 330931
EXPIRES: November 9, 2026

# **<u>Exhibit A</u>**

**Fill in this information to identify the case:**

Name of Debtor & Case Number:

❑  GK8 Ltd. (Case No. 22-111643)
❑  GK8 USA LLC (Case No. 22-11644)
❑  GK8 UK Limited (Case No. 22-11645)

**United States Bankruptcy Court for the Southern District of New York**

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. | **Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) _____ |
| | | Other names the creditor used with the debtor _____ |

| 2. | **Has this claim been acquired from someone else?** | ❑ No<br>❑ Yes.  From whom? _____ |

| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | | Name _____ | Name _____ |
| | | Number    Street | Number    Street |
| | | City            State        ZIP Code | City            State        ZIP Code |
| | | Contact phone _____ | Contact phone _____ |
| | | Contact email _____ | Contact email _____ |
| | | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | |

| 4. | **Does this claim amend one already filed?** | ❑ No<br>❑ Yes.  Claim number on court claims registry (if known) _____    Filed on _____<br>MM / DD / YYYY |

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ❑ No<br>❑ Yes.  Who made the earlier filing? _____ |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____  ____  ____  ____

**7. How much is the claim?**

$_____. **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                               $_____

**Amount of the claim that is secured:**      $_____

**Amount of the claim that is unsecured:**  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**      $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**      $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it.** FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                    MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
      First name          Middle name          Last name

Title _____

Company _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
         Number        Street

        _____
         City                        State      ZIP Code

Contact phone _____        Email _____

# **<u>Exhibit B</u>**

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure  (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or go to https://cases.stretto.com/Celsius

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

# **Exhibit C**



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 10BIS | | DERECH BEGIN 146 | | TEL AVIV | | | ISRAEL |
| 2ND MARKET | | R SILVA JATAHY 982 | | FORTALEZA, CE | | | BRAZIL |
| A. KFIR HOLDINGS | | 30 HACHAROSHET OR YEHUDA | | | | 6037597 . | ISRAEL |
| AARON GILMAN | | ON FILE | | | | | |
| AARON GLAZER | | ON FILE | | | | | |
| ADAM MILO | | ON FILE | | | | | |
| ADOBE PRODUCTS | | 151 SOUTH ALMADEN BOULEVARD | | SAN JOSE | CA | | |
| AIG CORPORATEGUARD | | 1271 AVE OF THE AMERICAS FL 41 | | NEW YORK | NY | 10020-1304 | |
| ALBERT HADDAD | | ON FILE | | | | | |
| ALEX MASHINSKY | C/O YANKWITT LLP | 140 GRAND STREET | | WHITE PLAINS | NY | 10601 | |
| ALGOTRADER AG | | LETZIGRABEN 89 | | 8003 ZURICH | | | SWITZERLAND |
| ALON GOLDBERG | | ON FILE | | | | | |
| ALTSHOLER BENEFITS | | 19 HABARZEL RAMAT HAHAYAL | | TEL AVIV-JAFFA | | 6971025 | ISRAEL |
| AMDAX B.V. | | GUSTAV MAHLERPLEIN 45 | 1082 MS | AMSTERDAM | | | NETHERLANDS |
| AMIR, YOTAM | | ON FILE | | | | | |
| AMIT MOLEK | | ON FILE | | | | | |
| AMOS ARVIV | | ON FILE | | | | | |
| ANAT RAZIEL | | ON FILE | | | | | |
| ANDROMEDA | | YEHUDA HALEVI 48 | | TEL AVIV-JAFFA | | | ISRAEL |
| ANNA PISMAN | | ON FILE | | | | | |
| ANNA PITZMAN | | ON FILE | | | | | |
| ARAD GONEN | | ON FILE | | | | | |
| ASCENTIAL EVENTS (EUROPE) LIMITED | | THE PROW 1 WILDER WALK | | LONDON | | W1B 5AP | UNITED KINGDOM |
| ASHA GABAI | | ON FILE | | | | | |
| ASHER HAREL | | ON FILE | | | | | |
| ASHER HAREL | | ON FILE | | | | | |
| ASHER HERSGKOWITZ | | ON FILE | | | | | |
| ASPIRATION CORPORATION | | SHIROYAMA TRUST TOWER 4F | 4-3-1 TORANOMON, MINATO-KU | TOKYO | | | JAPAN |
| ASSAF BARAK | | ON FILE | | | | | |
| ATLASSIAN | | | | | | | AUSTRALIA |
| AVENRI, LIRON | | ON FILE | | | | | |
| AVISHAR | | 21 HADASSA TEL AVIV-JAFFA | | | | 6404105 | ISRAEL |
| AVIV REUT | | 7  TEL AVIV - JAFFA | | | | | ISRAEL |
| AVIYA SHIMON | | ON FILE | | | | | |
| AVNER MOR | | ON FILE | | | | | |
| AVSHALOM LAVSKI | | ON FILE | | | | | |
| AVZIZ, GIDON | | ON FILE | | | | | |
| B. SUMMIT (ERS) | | 4 BAR KOCHVA | BNEI BRAK | TEL AVIV | | | ISRAEL |
| B3 DIGITAL ASSETS SERVICOS DIGITAIS LTDA | | PRACA ANTONIO PRADO, 48 | RUA XV DE NOVEMBRO | SAO PAULO | | | BRASIL |
| BANK FRICK & CO AKTIENGESELLSCHAFT | | LANDSTRASSE 14 | 9496 BALZERS | | | | LIECHTENSTEIN |
| BANK HAPOALIM LTD. | ATTN: HADAR YOSEPH | PINKHAS ROSEN ST 28 | | TEL AVIV-YAFO | | 69512 | ISRAEL |
| BARI CATZ | | ON FILE | | | | | |
| BAR-NISSIM, AVI | | ON FILE | | | | | |
| BCW TECHNOLOGIES LTD | | GLOBAL GATEWAY 8, RUE DE LA PERLE | | PROVIDENCE, MAHE | | | SEYCHELLES |
| BEN-DAVID, YOVEL | | ON FILE | | | | | |
| BERNARD KULYSZ | | ON FILE | | | | | |
| BETH KATZMAN, I.D. | | ON FILE | | | | | |
| BITS OF GOLD LTD | | ON FILE | | | | | |
| BITTWOC LTD. | | 26 HAROKMIM | | HOLON | | 5885849 | ISRAEL |
| BLOCKDAEMON INC. | | 1055 WEST 7TH STREET | | LOS ANGELES | CA | 90017 | |
| BLOCKDAEMON INC. | | 6060 CENTER DRIVE, 10TH FLOOR | | LOS ANGELES | CA | 90045 | |
| BLOCKFROST.IO | | BINARIES OÜ  VIRU VÄLJAK 2 | | TALLINN | | 1011 | ESTONIA |
| BLOCKNOX GMBH | | BÖRSENSTRASSE 4 | D-70174 | STUTTGART | | | GERMANY |
| BLONDE 2.0 | | ZEEV JABOTINSKY ST 2 | | RAMAT GAN | | | ISRAEL |
| BLONDE 20 LTD. | | 1 HABARZEL | | TEL AVIV | | | ISRAEL |
| BUYME | | NAHALAT YITSHAK 38 | | TEL AVIV | | | ISRAEL |
| CANVAS | | LEVEL 2, 222 PITT STREET | | SYDNEY | NSW | 2000 | AUSTRALIA |
| CELLCOM | | 10 HAGAVISH NETANYA | | | | 4250708 | ISRAEL |
| CELSIUS NETWORK LIMITED | | 77-79 NEW CAVENDISH ST | THE HARLEY BUILDING | LONDON | | W1W 6XB | UNITED KINGDOM |
| CELSIUS NETWORK LTD. | | THE HARLEY BUILDING | 77-79 NEW CAVENDISH ST | LONDON | | W1W 6XB | UNITED KINGDOM |
| CENTRAL PARK | | MAZE 39 | | TEL AVIV | | | ISRAEL |
| CHAINALYSIS INC. | | 11 26TH STREET, 10TH FLOOR | | NEW YORK | NY | 10010 | |
| CHAMBER OF COMMERCE TEL AVIV | | 84 HAHASHMONAIM ST.  67132 | PO BOX 20027 | TEL AVIV | | | ISRAEL |
| CIMO, MICHAEL | | ON FILE | | | | | |
| CLEARGATE | | ETSEL STREET 1 | | RISHON LETSIYON | | 7570603 | ISRAEL |
| COINBERRY LIMITED | | 100 DESIGNERS WALK LN | | TORONTO | ON | M5R 1K6 | CANADA |
| COMMERZBANK AKTIENGESELLSCHAFT | | KAISERSTR. 16 60311 | | FRANKFURT AM MAIN | HESSEN | | GERMANY |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CONSENSYS SOFTWARE INC. | | 41 BOGART ST., SUITE 22 | | BROOKLYN | NY | 11206 | |
| CTI SOLUTIONS | | MAGSHIMIM ST 20 | | PETAH TIKVA | | | ISRAEL |



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| CYBERFORCE GLOBAL LIMITED | | 30 ST MARY AXE (THE GHERKIN) | | | | | UNITED KINGDOM |
| D.N HASAMA HITECH LTD. | | 4 ELIEZER MAZAL ST. | | RISHON LEZION | | | ISRAEL |
| DALIA MINTZ | | ON FILE | | | | | |
| DANA HERMAN | | ON FILE | | | | | |
| DANA LEV | | ON FILE | | | | | |
| DANIEL IBRAHIM | | ON FILE | | | | | |
| DANIEL MARKS | | ON FILE | | | | | |
| DANILOV, DMITRY | | ON FILE | | | | | |
| DANINO, JASMINE | | ON FILE | | | | | |
| DECODE | | STURLUGATA 8 | 101 REYKJAVIK | | | | | ICELAND |
| DELAWARE DIVISION OF REVENUE | | 820 N. FRENCH STREET | | WILMINGTON | DE | 19801 | |
| DEUTSCHE BANK AG | | COLUMBUS CIRCLE | | NEW YORK | NY | 10019-8735 | |
| D-FINE GMBH | | 7 AN DER HAUPTWACHE | | FRANKFURT AM MAIN | | 60313 | GERMANY |
| DIESENHAUS | | 46 47235 SOKOLOV ST | | RAMAT HASHARON | | | ISRAEL |
| DLC DISTRIBUTED LEDGER CONSULTING GMBH | | LANGE REIHE 73 | | HAMBURG | | 20099 | GERMANY |
| DOIT | | DAVID ELAZAR 12 | | TEL AVIV | | | ISRAEL |
| DOIT INTERNATIONAL | | 5201 GREAT AMERICA PARKWAY, SUITE 320 | | SANTA CLARA, | CA | 95054 | |
| DOIT INTERNATIONAL | | DAVID ELAZAR 12 | | TEL AVIV | | | ISRAEL |
| DOR AVIV LTD. | | MALAKA 6 | | ROSH HA'EIN | | | ISRAEL |
| DOR-AVIV. | | HAMELACHA 6 | | ROSH HAAYIN | | | ISRAEL |
| DV CHAIN, LLC | | 425 S FINANCIAL PL., SUITE 2800 | | CHICAGO | IL | 60605 | |
| DV CHAIN, LLC | | 425 S FINANCIAL PL., SUITE 2800, | | CHICAGO | IL | 60605 | |
| DZ BANK AG | | PLATZ DER REPULIK FRANKFURT AM MAIN | | FRANKFURT AM MAIN | | 60265 | GERMANY |
| E.C ELECTRICITY | | 1 NETIV HAOR STREET | | HAIFA | | 3100001 | ISRAEL |
| ECXX GLOBAL PTE. LTD. | | 60 PAYA LEBAR ROAD PAYA LEBAR SQ | | | | 409051 | SINGAPORE |
| EITAN NAOR | | ON FILE | | | | | |
| EITAN SHOPEN | | ON FILE | | | | | |
| ELDAN FAHIMA | | ON FILE | | | | | |
| ELIE SIMON | | ON FILE | | | | | |
| EMET | | 6 HAHILZON RAMAT GAN | | | | | ISRAEL |
| EMIRATES NBD BANK PJSC | | PO BOX 2923, BANIYAS ROAD, DEIRA | | DUBAI | | | UNITED ARAB EMIRATES |
| ERAN TROMER | | ON FILE | | | | | |
| ERAN TROMER | | ON FILE | | | | | |
| ETHERSCAN | | KUALA LUMPUR | | KUALA LUMPUR | | | MALAYSIA |
| ETORO LTD. | | CHAMPION TOWER BUSINESS CENTER | DERECH SHESHET HAYAMIM 30 | BNEI BRAK | | 5120261 | ISRAEL |
| ETORO LTD. | | CHAMPION TOWER BUSINESS CENTER | DERECH SHESHET HAYAMIM 30 | BNEI BRAK | | 5120261 | ISRAEL |
| EVERTAS - USI INSURANCE SERVICES | | 2400 E. COMMERCIAL BLVD. #600 | | FORT LAUDERDALE | FL | 33308 | |
| EVERTAS INSURANCE AGENCY LLC | | 2400 E. COMMERCIAL BLVD. #600 | | FORT LAUDERDALE | FL | 33308 | |
| EXPLORIUM | | ON FILE | | | | | |
| EXPLORIUM LTD. | | DANIEL FRISCH 3 | | TEL AVIV | | | ISRAEL |
| EY | | ON FILE | | | | | |
| FALCONX LIMITED | | LEVEL G, (OFFICE 1/1191) | QUANTUM HOUSE 75, ABATE RIGORD ST | TA'XBIEX | | XBX1120 | MALTA |
| FATUCH, BERNARD KULYSZ | | ON FILE | | | | | |
| FINCLUSIVE CAPITAL, INC. | | 99 PARK AVE FL 3 | | NEW YORK CITY | NY | 10016 | |
| FIRSTRAND BANK LIMITED | | 4 MERCHANT PLACE | CORNER FREDMAN DRIVE & RIVONIA RD | SANDTON | | 2196 | SOUTH AFRICA |
| FRANKFURT SCHOOL | | ADICKESALLEE 32-34 AM MAIN | | FRANKFURT | | 60322 | GERMANY |
| FRANKLIN TEMPLETON COMPANIES, LLC | | 280 PARK AVENUE | | NEW YORK | NY | 10017 | |
| G. E. EHRLICH (1995) LTD. | | THE ROGOVIN-TIDHAR TOWER 15TH FLOOR | 11 MENACHEM BEGIN ROAD | RAMAT-GAN | | 5268104 | ISRAEL |
| GAL SHENKAR | | ON FILE | | | | | |
| GALI MAY MICHELSON | | ON FILE | | | | | |
| GIDON AVZIZ | | ON FILE | | | | | |
| GILMAN, AARON | | ON FILE | | | | | |
| GK8 LTD | | 6 KERMENITZKI | | TEL AVIV | | 6789906 | ISRAEL |
| GND CYBER SOLUTIONS PTD LTD. | | OXLEY @ RAFFLES | 30 RAFFLES PLACE, #23-01 | | | 48622 | SINGAPORE |
| GONEN, ARAD | | RAMAT GAN | | TEL AVIV | | | ISRAEL |
| GORFRIENDS | | ROGOVIN-TIDHAR BUILDING | 11 MENACHEM BEGIN STREET | RAMAT GAN | | 52521 | ISRAEL |
| GRAMMERLY | | GRAMMARLY 548 MARKET STREET #35410 | | SAN FRANCISCO | CA | 94104 | |
| GSUITE | | 1600 AMPHITHEATRE PARKWAY | | MOUNTAIN VIEW | CA | 94043 | |
| GUBERMAN | | YAD HARUTZIM 12, | | TEL AVIV | | | ISRAEL |
| HAGAL HAYAROK | | 50 HACARMEL | | TEL AVIV-YAFO | | | ISRAEL |
| HAGGAI LEVY | | ON FILE | | | | | |
| HAIM LEVY | | ON FILE | | | | | |
| HAIM SCHLESINGER | | ON FILE | | | | | |
| HAMILTON'S RESERVE INC. | | 30 N GOULD STREET, STE R | | SHERIDAN | WY | 82801 | |
| HANOCH MEDICAL SERVICE | | GIVATAYIM BEN GURION 182 | | GIVATAYIM | | | ISRAEL |
| HEARTWORK, ID | | IRIS 6 | | BEIT DAGAN | | | ISRAEL |
| HEDERA HASHGRAPH, LLC | | 10845 GRIFFITH PEAK DR | STE 200 | LAS VEGAS | NV | 89135-1568 | |
| HELEN SVIDLER | | ON FILE | | | | | |
| HERMAN SYSTEMS | | HABANAY 29 | | HOLON | | | ISRAEL |
| HERMAN, DANA | | ON FILE | | | | | |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 2 of 5



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| HIBURIM | ATTN: ANAT RAZIEL | 25 ESHEL ST. | | MAZKERERT BATYA | | | ISRAEL |
| HIMI, LISHAY | | ON FILE | | | | | |
| HOT MOBILE | | SDEROT YITSHAK RABIN 18 | | AFULA | | | ISRAEL |
| HOWDEN INSURANCE BROKERS LIMITED | | ADGAR TOWER EF'AL ST 35 | | PETAH TIKVA | | | ISRAEL |
| HR MARKETING | | 7 HATZAV ST. RAMAT HASHARON 4724544 | | HERZLIYA | | 4672501 | ISRAEL |
| HRMARKET LTD. | | 7 HATZAV ST. RAMAT HASHARON 4724544 | | HERZLIYA | | 4672501 | ISRAEL |
| HRTECH LTD. | | 1ST FLOOR, STERLING INSURANCE BLD | #11 TRIAL STREET, CHAGUANAS | | | | TRINIDAD & TOBAGO |
| I-AML | | 55 YAEL HAGIBORE ST | | MODIIN | | | ISRAEL |
| IFINEX INC. | | THIRD FLOOR, JAYLA PLACE | WICKHAMS CAY I | ROAD TOWN | | VG 1110 | VIRGIN ISLANDS |
| INBOUNDJUNCTION LTD. | | SE'ADYA GA'ON ST 24, 6TH FLOOR | | TEL AVIV | | 6713519 | ISRAEL |
| INON PEER | | ON FILE | | | | | |
| INVOICE MAVEN | | 1 SHANKAR | | | | | ISRAEL |
| INX DIGITAL INC. | | 9711 WASHINGTONIAN BLVD., STE 550 | | GAITHERSBURG | MD | 20878 | |
| IOTA STIFTUNG (IOTA FOUNDATION) | | PAPPELALLEE 78/79 | | BERLIN | | 10437 | GERMANY |
| ISABELLA HARRY | | ON FILE | | | | | |
| ISRAEL TAXES AUTHORITY | | TAX OFFICE TEL AVIV 4 | 125 MENACHEM BEGIN RD. | TEL AVIV | | | ISRAEL |
| ISRAEL, SHANI | | ON FILE | | | | | |
| ISSASCHAR BROTHERS | | AHISAMAKH | | | | 7310500 | ISRAEL |
| ITAMAR ZIV-ON | | ON FILE | | | | | |
| ITZHAKI, GUY | | ON FILE | | | | | |
| ITZHAKI, MATAN | | ON FILE | | | | | |
| JACK VILLACIS | | ON FILE | | | | | |
| JACOB SHERBERT | | ON FILE | | | | | |
| JASMINE DANINO | | ON FILE | | | | | |
| JETBRAINS | | KAVCI HORY OFFICE PARK | | | | | CZECH REPUBLIC |
| JIC BANK | | 268 PONCE DE LEON | | SAN JUAN | PR | | |
| JOBINFO | | ABBA EBAN BLVD 1 | | HERZLIYA | | 4672519 | ISRAEL |
| JULIET INTERNATIONAL LIMITED | | FIRST FLOOR | | MILLENIUM HOUSE DOUGLAS | | IM2 4RW | UNITED KINGDOM |
| JUMBO STOCK | | REHOVOT 10 | | | | | ISRAEL |
| KASAFOT MAGEN | | ON FILE | | | | | |
| KBC GROUP NV | | HAVENLAAN 2 | | BRUSSEL | | 1080 | BELGIUM |
| KINGDOM TRUST COMPANY | | 4300 SOUTH LOUISE AVE | SUITE 107 | SIOUX FALLS | SD | 57106 | |
| KINOLIFE LLC | | DNIPROPETROVSKA OBL. | | | | 49041 | UKRAYINA |
| KIROBO LTD. | | ON FILE | | | | | |
| KLEIN, OMRI | | ON FILE | | | | | |
| KNABU DISTRIBUTED SYSTEMS LTD. | | 114, WESTBOURNE STUDIOS | 242 ACKLAM RD | LONDON | | W10 5JJ | UNITED KINGDOM |
| KOMAINU HOLDINGS LIMITED | | 3RD FLOOR, 2 HILL ST | ST HELIER | JERSEY | | JE2 4UA | UNITED KINGDOM |
| KPMG LLP | | KPMG MILLENNIUM TOWER | 17 HA'ARBA'A STREET | TEL AVIV | | 64739 | ISRAEL |
| KUPERPAN | | ON FILE | | | | | |
| LAMESH, LIOR | | ON FILE | | | | | |
| LEADMETRIX | | 30 HAMATEIM | | TEL MOND | | 406000 | ISRAEL |
| LEON AGMON NACHT | | ON FILE | | | | | |
| LERMONT LTD. | | 26 A YEHUDIT AVE. | | TEL AVIV | | | ISRAEL |
| LEVY COHEN | | 37 BROADHURST GARDENS | | LONDON | | NW6 3QT | UNITED KINGDOM |
| LINKEDIN | | 1000 WEST MAUDE AVENUE SUNNYVALE | | | CA | 94085 | |
| LIRON AVINERI | | ON FILE | | | | | |
| LISHAY HIMI | | ON FILE | | | | | |
| LLOYD'S UNDERWRITER SYNDICATE | | ONE LIME STREET | | LONDON | | EC3M 7HA | UNITED KINGDOM |
| MARKS, DANIEL | | ON FILE | | | | | |
| MASTERCARD INTERNATIONAL INCORPORATED | | 114 FIFTH AVENUE | | NEW YORK | NY | 10011 | |
| MATAN ITZHAKI | | ON FILE | | | | | |
| MATAN ORLAND | | ON FILE | | | | | |
| MAVEN DIGITAL LTD | | ON FILE | | | | | |
| MAVEN DIGITAL LTD. | | VISTRA CORPORATE SERVICES CENTRE | WICKHAMS CAY II, ROAD TOWN | TORTOLA | | VG1110 | BRITISH VIRGIN ISLANDS |
| MAYERFELD, MARK | | ON FILE | | | | | |
| MCINRORITCH PR | | BEN GURION RD. 2 | | RAMAT GAN | | | ISRAEL |
| MEI AVIVIM | | DVORA HANEVIA ST.121  PARK ATIDIM | BUILDING 7 | TEL AVIV-YAFO | | | ISRAEL |
| MICHAEL CIMO | | ON FILE | | | | | |
| MICHAEL CIMO | | ON FILE | | | | | |
| MICHAEL CIMO (STATERA BELLUS) | | ON FILE | | | | | |
| MICHAEL LASRI | | ON FILE | | | | | |
| MICHAEL PORTNOV | | ON FILE | | | | | |
| MICHAL ANNA ROTMAN | | ON FILE | | | | | |
| MITUGON | | DEREKH BEN TSVI 84 | | TEL AVIV | | | ISRAEL |
| MONDAY.COM | | 6 YITZHAK SADEH ST | | TEL AVIV | | 6777506 | ISRAEL |
| MORAN GANNON | | ON FILE | | | | | |
| MOSHE LEVIN | | ON FILE | | | | | |
| MOYA | | 2 RAUL WALLENBERG | | TEL AVIV | | | ISRAEL |
| MÜNCHENER RÜCKVERSICHERUNGS-GESELLSCHAFT | | KONIGINSTRABE 107 | | MUNICH | | 80802 | GERMANY |
| NACHMIAS GRINBERG | | ON FILE | | | | | |
| NAGRAVISION S.A. | | 22-24 RTE DE GENÈVE | | CHESEAUXSUR-LAUSANNE | | 1033 | SWITZERLAND |



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| NAMELESSSPACE LTD. | | 30 N. GOULD ST., STE N | | SHERIDAN | WY | 82801 | |
| NAMLESSPLACE | | 12 HA'YZEIRA  PO BOX 2419 | | RA'ANANA | | | ISRAEL |
| NATAN ZECHARIA | | ON FILE | | | | | |
| NATIONAL WESTMINSTER BANK PLC | | 250 BISHOPSGATE | | LONDON | | EC2M 4AA | UNITED KINGDOM |
| NATIXIS | | 888 BOYLSTON STREET | | BOSTON | MA | 2199 | |
| NAVAD SCHLEIFER | | ON FILE | | | | | |
| NEOT AVIV | | ON FILE | | | | | |
| NEOT AVIV LTD. | | IBN GABIROL 30 | | TEL AVIV | | | ISRAEL |
| NESPRESSO | | SHACHAM ST 36 | | PETAH TIKVA | | 49517 | ISRAEL |
| NETALI LEVY | | ON FILE | | | | | |
| NETALI OZ YECHESKEL | | ON FILE | | | | | |
| NIKI GA MANAGEMENT AND MAINTENANCE LTD | | 23 BAR KOCHVA | | BNEI BRAK | | 5126002 | ISRAEL |
| NIKI-NIKAYON | | ON FILE | | | | | |
| NISHA | | 1 ARAVA ST AIRPORT CITY PO BOX 947 | | SHOHAM | | 60850 | ISRAEL |
| NOA EIZENSHTADT | | ON FILE | | | | | |
| NOAM ROZENTHAL | | | | | | | |
| NOET AVIV LTD | | ON FILE | | | | | |
| NTT DATA ITALIA SPA | | VIA VALENTINO MAZZOLA, 66 | | ROMA RM | | 142 | ITALY |
| OCEAN ONE LLC | | 298 SE WALNUT AVENUE | | DALLAS | TX | 97338 | |
| ODED GUZEVICH | | ON FILE | | | | | |
| OFEK, RONI | | ON FILE | | | | | |
| OFIR AHARONI | | ON FILE | | | | | |
| OMRI KLEIN | | ON FILE | | | | | |
| OOBIT TECHNOLOGIES PTE. LTD | | 50 RAFFLES PLACE#37-00 | | LAND TOWER | | 48623 | SINGAPORE |
| OPHIR SHOHAM | | ON FILE | | | | | |
| ORACLE AMERICA, INC. | ATTN: MARK RAKHMILEVICH | 488 ALADEN BOULEVARD | | SAN JOSE | CA | 95110 | |
| ORACLE AMERICA, INC. | | 500 ORACLE PARKWAY | | REDWOOD CITY | CA | 94065 | |
| PATENTIC | | DERECH CARMEL 4 BEIT HANANIA | | | | | ISRAEL |
| PATRNER | | 8 AMAL STREET P.O. BOX 435 | AFEQ INDUSTRIAL PARK | ROSH HA'AYIN | | 48103 | ISRAEL |
| PAYWARD, INC. | | 1099 FOLSOM ST | | SAN FRANCISCO | CA | 94103 | |
| PEER, INON | | ON FILE | | | | | |
| PESACH ZILBERMAN | | ON FILE | | | | | |
| POCKET NETWORK LTD. | | 802 E WHITING ST | | TAMPA | FL | 33602 | |
| PRAKTAL COMPUTERS | | METSADA ST 8 | | BNEI BRAK | | 5126203 | ISRAEL |
| PRESCIENT | | 180 N STETSON AVE  SUITE 2625 | | CHICAGO | IL | 60601 | |
| PROSEGUR CRYPTO | | 24, PAJARITOS ST | | MADRID | | | SPAIN |
| PROSEGUR CUSTODIA DE ACTIVOS DIGITALES S.L.U. | | 24, PAJARITOS ST | | MADRID | | | SPAIN |
| PROSEGUR GLOBAL CIT ROW S.L.U. | | 24, PAJARITOS ST | | MADRID | | | SPAIN |
| PROTEGO TRUST COMPANY | | 5608 17TH AVENUE NW #905 | | SEATTLE | WA | 98107 | |
| PROXIBIT | | 35 MONTIFIORI ST. | | TEL AVIV | | | ISRAEL |
| PROXIMA VENTURES LTD. | | 35 MONTEFIORE ST | | TEL AVIV | | 65201 | ISRAEL |
| QUICK GOREM METAFEL | ATTN: VICTORIA STARK BEN DAVID | KFAR SAVA | | | | | ISRAEL |
| REBLONDE | | 4 ARIEL SHARON ST | | GIVATAIM | | 5320054 | ISRAEL |
| REBLONDE PUBLIC RELATIONS | | 2 ZE'EV JABOTINSKY ST | | RAMAT GAN | | | ISRAEL |
| RON DRORY CPA | | ON FILE | | | | | |
| ROTEM FINKELMAN | | ON FILE | | | | | |
| ROTMAN, MICHAL ANNA | | ON FILE | | | | | |
| SANDOSI, ELAZ | | ON FILE | | | | | |
| SCHLEIFER, NADAV | | ON FILE | | | | | |
| SCHREIBER, ADAM | | ON FILE | | | | | |
| SECURELOGIC LTD. | | 45 HAMELACHA ST. | | NETANYA | | | ISRAEL |
| SECURRENCY, INC | | 110 N. CORCORAN STREET, FIFTH FLOOR | | DURHAM | NC | 27701 | |
| SFDC IRELAND LIMITED | | 3RD AND 4TH FL 1 CENTRAL PARK BLOCK G | CENTRAL PARK | LEOPARDSTOWN DUBLIN | | 18 | IERLAND |
| SHAMAI, SHAHAR | | ON FILE | | | | | |
| SHANI SOLUTIONS | | 5 HABARZEL | | TEL AVIV - JAFFA | | 6971009 | ISRAEL |
| SHARABI, BOAZ | | ON FILE | | | | | |
| SHEKEL OFEK | | ON FILE | | | | | |
| SHEMER, OFEK | | ON FILE | | | | | |
| SHERFI YEHUDA, CONSTRUCTION | | DAM HAMACCABIM 11 | | | | | ISRAEL |
| SHIMON, AVIYA | | ON FILE | | | | | |
| SHIMRIT | | SDEROT SHA'UL HAMELECH 1 | | TEL AVIV | | | ISRAEL |
| SHLOMO KEZAS | | ON FILE | | | | | |
| SHLOOFTA | | DERECH JAFFA 44 TEL AVIV | | | | | ISRAEL |
| SHOSHAN DAGANI | | ON FILE | | | | | |
| SIGABIRAN-NAGAR | | ON FILE | | | | | |
| SIGAL BIRAN NAGAR | | ON FILE | | | | | |
| SIMPLY VC LTD. | | 28, CENTRE PLACE, OFFICE 2 | EDGAR BERNARD STREET | GZIRAGZR | | 1702 | MALTA |
| SIX DIGITAL EXCHANGE AG | | PFINGSTWEIDSTRASSE 110 | | ZÜRICH | | 8005 | SWITZERLAND |
| SLACK | | 500 HOWARD ST | | | | | |
| SMART CONTRACTS TECHNOLOGY AG | | PAPPELALLEE 78/79 | | BERLIN | | 10437 | GERMANY |
| SMARTCONTRACT INC. | | 1250 BROADWAY, 36TH FLOOR | | NEW YORK | NY | 10001 | |



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| SOFTSALE | | 24 RAV SHALOM NAGAR | | HOD HASHARON | | 4527713 | ISRAEL |
| SOLIDBLOCK INC | | 500B GRAND ST., SUITE 6E, | | NEW YORK | NY | 10002 | |
| SOLIDBLOCK INC. | | 500B GRAND ST., SUITE 6E, | | NEW YORK | NY | 10002 | |
| SOMECH HIKIN | | ON FILE | | | | | |
| SOURCE FUNDS LTD. | | 5TH HABARON HIRSH ST | | TEL AVIV | | 69462 | ISRAEL |
| SPONJA CLEANING | | 28 BUTTERMAN PLACE # 101 | | MONSEY | NY | 10952 | |
| STOTANDMAY | | 6TH FLOOR CANNON GREEN 27 BUSH LANE | | LONDON | | EC4R 0AA | UNITED KINGDOM |
| SUPERPHARM | | 16 SHENKAR ARIE HERZLIYA | | | | 4672516 | ISRAEL |
| SWITCHUP | | ELIEZER KAPLAN ST 2 | | TEL AVIV-YAFO | | | ISRAEL |
| TAL SHALTI | | ON FILE | | | | | |
| TATA CONSULTANCY SERVICES LTD | | TCS HOUSE, RAVELINE STREET, FORT | | MUMBAI | | 400001 | INDIA |
| TDSD LTD. | | HAMERKAVA 25 | | TEL AVIV | | | ISRAEL |
| TEAM NETCON | | 53 GISSIN ABSHALOM | | PETAH TIKVA | | 4922200 | ISRAEL |
| TECHEN | | DANIEL FRISCH 3 | | TEL AVIV | | | ISRAEL |
| TEL AVIV CITY TAX | | 9 IBN GIVIROL STREET (RABIN SQUARE) | | TEL AVIV | | | ISRAEL |
| TEL AVIV MUNICIPALITY | | 69 EVEN GVIROL STREET | | TEL AVIV-YAFO | | | ISRAEL |
| TEL AVIV MUNICIPALITY | | SHLOMO IBN GABIROL ST 69 | | TEL AVIV | | | ISRAEL |
| TEL BENO SCLAR | | ON FILE | | | | | |
| TEZOS FOUNDATION | | ON FILE | | | | | |
| THE BLOCK | | 11 PARK PLACE | | NEW YORK | NY | 10007 | |
| THE BLOCK CRYPTO | | 11 PARK PLACE | | NEW YORK | NY | 10007 | |
| THE NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP | ATTN: JEFFREY BERNSTEIN, ESQ. | 570 BROAD STREET, SUTIE 1401 | NEWARK | NJ | 7102 | |
| THE NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP | ATTN: JEFFREY BERNSTEIN, ESQ. | 570 BROAD STREET, SUTIE 1401 | NEWARK | NJ | 7102 | |
| THE NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP | ATTN: JEFFREY BERNSTEIN, ESQ. | 570 BROAD STREET, SUTIE 1401 | NEWARK | NJ | 7102 | |
| TIMECLOCK 365 | | 24 HANAGAR ST | | | | | ISRAEL |
| TOMER ZUSMAN | | ON FILE | | | | | |
| UPS | | 55 GLENLAKE PKWY. | | | | | |
| USA STRONG INC | | 140 E 63RD ST. PH | | | | | |
| USI INSURANCE SERVICES LLC | | 2400 EAST COMMERCIAL BLVD SUITE 600 | | FORT LAUDERDALE | FL | 33308 | |
| VALUE FINANCIAL SERVICES | | YEHUDA HALEVI 23 | | TEL AVIV | | | ISRAEL |
| VAST BANK, NATIONAL ASSOCIATION | | 110 NORTH ELGIN AVENUE | | TULSA | OK | 74120 | |
| WORLD TRAVEL | | 620 PENNSYLVANIA DR. EXTON | | | PA | 19341 | |
| WORTZMAN, NOA | | ON FILE | | | | | |
| XTRA MILE LTD. | | HATAMAR 75 | | NEVE YAMIN | | 4492000 | ISRAEL |
| Y.H.M | | DERECH BEGIN 132 | | TEL AVIV | | | ISRAEL |
| YAIR IVNIZKI | | ON FILE | | | | | |
| YANIV BARAK | | ON FILE | | | | | |
| YANIV TAIEB | | ON FILE | | | | | |
| YARDEN EVRON | | ON FILE | | | | | |
| YESHAYAHO BLUMENFELD | | ON FILE | | | | | |
| YESHAYAHU BLUMENFELD | | ON FILE | | | | | |
| YIGAL ARNON | | AZRIELI CENTER DERECH | MENACHEM BEGIN 132 | TEL AVIV-YAFO | | | ISRAEL |
| YONADV  VINOGRAD | | ON FILE | | | | | |
| YOVEL BEN-DAVID | | ON FILE | | | | | |
| ZEDEK, YAMIT COHEN | | ON FILE | | | | | |
| ZEPLIN UNC. | | 221 MAIN ST #770 | | SAN FRANCISCO | CA | | |
| ZINGER, ORIAN | | ON FILE | | | | | |
| ZOOMINFO TECHNOLOGIES | | 805 BROADWAY STREET, SUITE 900 | | VANCOUVER | WA | 98660 | |
| ZOTS, ROMAN | | ON FILE | | | | | |

# Exhibit D



**Exhibit D**
Served via Electronic Mail

| NAME | ATTENTION | EMAIL |
|------|-----------|-------|
| AARON GLAZER | | ON FILE |
| ALGOTRADER AG | | INFO@WYDEN.IO |
| AMDAX B.V. | | HELLO@AMDAX.COM |
| AMIR, YOTAM | | ON FILE |
| ANDROMEDA | | TAL@ANDROMEDACS.COM |
| ANNA PISMAN | | ON FILE |
| ASCENTIAL EVENTS (EUROPE) LIMITED | | EUROPE@MONEY2020.COM |
| AVENRI, LIRON | | ON FILE |
| AVSHALOM LAVSKI | | ON FILE |
| AVZIZ, GIDON | | ON FILE |
| BARI CATZ | | ON FILE |
| BAR-NISSIM, AVI | | ON FILE |
| BEN-DAVID, YOVEL | | ON FILE |
| BLOCKDAEMON INC. | | ACCOUNTING@BLOCKDAEMON.COM |
| BLOCKFROST.IO | | CONTACT@BLOCKFROST.IO |
| CIMO, MICHAEL | | ON FILE |
| CLEARGATE | | INFO@CLEAR-GATE.COM |
| CONFIDENTIAL CREDITOR | | ON FILE |
| CTI SOLUTIONS | | INFO-IL@CTI-INTL.COM |
| CYBERFORCE GLOBAL LIMITED | | INFO@CYBERFORCEGLOBAL.COM |
| DANA LEV | | ON FILE |
| DANILOV, DMITRY | | ON FILE |
| DANINO, JASMINE | | ON FILE |
| EITAN SHOPEN | | ON FILE |
| ELDAN FAHIMA | | ON FILE |
| ERAN TROMER | | ON FILE |
| FATUCH, BERNARD KULYSZ | | ON FILE |
| G. E. EHRLICH (1995) LTD. | | INFO@IPATENT.CO.IL |
| GAL SHENKAR | | ON FILE |
| GILMAN, AARON | | ON FILE |
| GONEN, ARAD | | ON FILE |
| HAGGAI LEVY | | ON FILE |
| HELEN SVIDLER | | ON FILE |
| HERMAN, DANA | | ON FILE |
| HIMI, LISHAY | | ON FILE |
| HOT MOBILE | | SERVICE@HOTMOBILE.CO.IL |
| HR MARKETING | | RUTH@HRMARKET.CO.IL |
| INVOICE MAVEN | | SUPPORT@INVOICE-MAVEN.CO.IL |
| ISRAEL, SHANI | | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit D**
Served via Electronic Mail

| NAME | ATTENTION | EMAIL |
|---|---|---|
| ITZHAKI, GUY | | ON FILE |
| ITZHAKI, MATAN | | ON FILE |
| JOBINFO | | CUSTOMER@JOBINFO.CO.IL |
| JULIET INTERNATIONAL LIMITED | | SYLVAINE@JULIETMEDIA.COM |
| KLEIN, OMRI | | ON FILE |
| LAMESH, LIOR | | ON FILE |
| LEADMETRIX | | GIL@LEADMETRIX.COM |
| LERMONT LTD. | | LERMTOV@GMAIL.COM |
| LEVY COHEN | | YOSSI@LEVY-COHEN.CO.UK |
| MARKS, DANIEL | | ON FILE |
| MAYERFELD, MARK | | ON FILE |
| MICHAEL PORTNOV | | ON FILE |
| MOVILEI HOVALOT | | ON FILE |
| NAMLESSPLACE | | STUDIO@NAMELESSPACE.COM |
| NEOT AVIV | | ON FILE |
| NETALI LEVY | | ON FILE |
| NETALI OZ YECHESKEL | | ON FILE |
| NIKI GA MANAGEMENT AND MAINTENANCE LTD | | INFO@NIKI-NIKAYON.COM |
| NISHA | | INFO@NISHA.CO.IL |
| NOET AVIV LTD | | ON FILE |
| ODED GUZEVICH | | ON FILE |
| OFEK, RONI | | ON FILE |
| OFIR AHARONI | | ON FILE |
| PATENTIC | | SHARON@PATENTICK.COM |
| PEER, INON | | ON FILE |
| PRAKTAL COMPUTERS | | OFFICE@FRACTAL.CO.IL |
| REBLONDE | | MOTTI@REBLONDE.COM |
| REBLONDE PUBLIC RELATIONS | | NOY@REBLONDE.COM |
| RON DRORY CPA | | ON FILE |
| ROTEM FINKELMAN | | ON FILE |
| ROTMAN, MICHAL ANNA | | ON FILE |
| SANDOSI, ELAZ | | ON FILE |
| SCHLEIFER, NADAV | | ON FILE |
| SCHREIBER, ADAM | | ON FILE |
| SECURELOGIC LTD. | | INFO@SECURELOGIC.CO.IL |
| SHAMAI, SHAHAR | | ON FILE |
| SHARABI, BOAZ | | ON FILE |
| SHEMER, OFEK | | ON FILE |
| SHIMON, AVIYA | | ON FILE |

![STRETTO]

**Exhibit D**

Served via Electronic Mail

| NAME | ATTENTION | EMAIL |
|------|-----------|-------|
| SHOSHAN DAGANI | | ON FILE |
| SIGABIRAN-NAGAR | | ON FILE |
| STOTANDMAY | | LONDON@STOTTANDMAY.COM |
| SWITCHUP | | SALES@SWITCHUP.TEAM |
| TEL AVIV MUNICIPALITY | | REINACH_J@MAIL.TEL-AVIV.GOV.IL |
| TEL BENO SCLAR | | ON FILE |
| THE NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP ATTN: JEFFREY BERNSTEIN | JBERNSTEIN@MDMC-LAW.COM |
| THE NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP ATTN: JEFFREY BERNSTEIN | JBERNSTEIN@MDMC-LAW.COM |
| THE NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP ATTN: JEFFREY BERNSTEIN | JBERNSTEIN@MDMC-LAW.COM |
| TOMER ZUSMAN | | ON FILE |
| WORLD TRAVEL | | SALES@WORLDTRAVELINC.COM |
| WORTZMAN, NOA | | ON FILE |
| XTRA MILE LTD. | | INFO@XTRA-MILE.CO |
| YANIV TAIEB | | ON FILE |
| YARDEN EVRON | | ON FILE |
| YIGAL ARNON | | INFO@ARNON.CO.IL |
| YONADV  VINOGRAD | | ON FILE |
| ZEDEK, YAMIT COHEN | | ON FILE |
| ZINGER, ORIAN | | ON FILE |
| ZOTS, ROMAN | | ON FILE |

In re: Celsius Network LLC, *et al*.
Case No. 22-10964 (MG)

# **<u>Exhibit E</u>**



**Exhibit E**

Served via First-Class Mail

| NAME | ADDRESS | CITY | ZIP | COUNTRY |
|---|---|---|---|---|
| 10BIS | MENACHEM BEGIN ROAD 144 FLOOR 32 MIDTOWM | TEL AVIV | 6492102 | ISRAEL |
| ADAM SCHREIBER | ON FILE | | | |
| BERNARD KULYSZ FATUCH | ON FILE | | | |
| BOAZ SHARABI | ON FILE | | | |
| CELSIUS NETWORK IL LTD. | 156 MENACHEM BEGIN RD H RECITAL BLDG 10TH FL | TEL AVIV | | ISRAEL |
| DMITRY DANILOV | ON FILE | | | |
| ELAZ SANDOSI | ON FILE | | | |
| ELIE SIMON | ON FILE | | | |
| GETT | HABARZEL 19D | TEL AVIV | 6971029 | ISRAEL |
| GUBERMAN CONSULTING | 12 YAD HARUTZIM RD | TEL- AVIV | | ISRAEL |
| GUY ITZHAKI | ON FILE | | | |
| ISRAELI INNOVATION AUTHORITY | TECH PARK DERECH AGUDAT SPORT HA'POEL 2 | JERUSALEM | 9695102 | ISRAEL |
| KOST FORER GABBAY & KASIERER, A MEMBER OF ERNST & YOUNG GLOBAL | 144 MENACHEM BEGIN RD, 6492102, | TEL AVIV | | ISRAEL |
| LIOR LAMESH | ON FILE | | | |
| MARK MAYERFELD | ON FILE | | | |
| MICHELSON, MAY | ON FILE | | | |
| NOA WORTZMAN | ON FILE | | | |
| OFEK SHEMER | ON FILE | | | |
| ORIAN ZINGER | ON FILE | | | |
| ROMAN ZOTS | ON FILE | | | |
| RONI OFEK | ON FILE | | | |
| SHAHAR SHAMAI | ON FILE | | | |
| SHANI ISRAEL | ON FILE | | | |
| SHEKEL OFEK INSURANCE AGENCY LTD. | YEGI'A KAPAYIM ST 21 | PETAH TIKVA | | ISRAEL |
| SHUFERSAL | 30 SHMOTKIN BENYAMIN STREET PO BOX 15103 | RISHON LE-ZION | | ISRAEL |
| WOLT | ARKADIANKATU 6 | HELSINKI SUOMI | 100 | FINLAND |
| YAMIT COHEN ZEDEK | ON FILE | | | |
| YOTAM AMIR | ON FILE | | | |
| ZIV, ITAMAR | ON FILE | | | |

# **Exhibit F**

**Exhibit F**

Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| 10BIS | CARDS@10BIS.CO.IL |
| ELIE SIMON | ON FILE |
| GUBERMAN CONSULTING | INFO@GUBERMAN.CO.IL |
| ISRAELI INNOVATION AUTHORITY | CONTACTUSENG@INNOVATIONISRAEL.ORG.IL |
| MICHELSON, MAY | ON FILE |
| ZIV, ITAMAR | ON FILE |

In re: Celsius Network LLC, *et al*.
Case No. 22-10964 (MG)