# Dear Honorable Judge Martin Glenn,

From: **Emm Gr** | ls3fr23@gmail.com                               Sunday 19 Mar at 23:36

To: **mg.chambers@nysb.uscourts.gov**

Dear Honorable Judge Martin Glenn,

I am writing to you to express my concerns about the recent developments in the case involving Alex Mashinsky, the CEO of Celsius Network. As you are aware, Mr. Mashinsky has been accused of scamming his customers for several years, while allegedly making more than 200 million euros in profits.

I believe that it is unfair to clawback from the creditors rather than holding Mr. Mashinsky and his associates, including Krissy Mashinsky and other insiders, accountable for their actions. Justice must be served, and it is crucial that those who have profited from this fraudulent scheme be held responsible.
It is clear that Mr. Mashinsky and his associates have profited greatly from their fraudulent activities, and it is only right that they be held accountable for their actions. The fact that they are currently able to still enjoy the fruits of their ill-gotten gains while their creditors suffer is a clear injustice.

As a judge, your primary responsibility is to ensure that justice is served. However, at present, all the creditors of Celsius are clearly in a state of injustice. I myself have had the chance to withdraw some of my life savings, but I still have funds blocked on Celsius. It's everything I have in my life, and if they take it away from me, I won't have any other choice but to end my life.

I implore you to consider the plight of the creditors of Celsius and to ensure that justice is served in this case. It is essential that those who have been wronged are given the opportunity to recover their losses and move on with their lives.

Thank you for your attention to this matter.

Sincerely,

Emmanuel Gael Grand