Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) ) ) ) ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | | Case No. 22-10964 (MG) |
| Debtors. | | (Jointly Administered) |

**NOTICE OF FILING OF CORRECTED**
**JANUARY MONTHLY OPERATING REPORTS**

**PLEASE TAKE NOTICE** that on February 21, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Chapter 11 Monthly Operating Report for the Month Ending January 31, 2023*, for each Debtor on each Debtors' respective docket in these chapter 11 cases[2] (collectively, the "Monthly Operating Reports").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    The reports were filed at the following docket entries: Celsius Network LLC (Case No. 22-10964) [Docket No. 2117]; Celsius Lending LLC (Case No. 22-10970) [Docket No. 11]; Celsius Mining LLC (Case No. 22-10968) [Docket No. 11]; Celsius Network Inc. (Case No. 22-10965) [Docket No. 12]; Celsius Network Limited (Case No. 22-10966) [Docket No. 13]; Celsius Networks Lending LLC (Case No. 22-10969) [Docket No. 11]; Celsius US Holding LLC (Case No. 22-10971) [Docket No. 11]; GK8 Ltd. (Case No. 22-11643) [Docket No. 7];
(Continued)

**PLEASE TAKE FURTHER NOTICE** that following the filing on February 21, 2023, the Debtors were made aware of necessary corrections to the exhibits attached to each of the Monthly Operating Reports.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby attach corrected exhibits to the Monthly Operating Reports at the respective Debtor's dockets.  **Exhibit A** is the corrected set of exhibits for the following Debtors:  Celsius Lending LLC; Celsius Network Inc.; Celsius Networks Lending LLC; Celsius US Holding LLC; GK8 UK Limited; and GK8 USA LLC. **Exhibit B** is the corrected set of exhibits for the following Debtors:  Celsius Network LLC; Celsius Network Limited; and GK8 Ltd.  **Exhibit C** is the corrected set of exhibits for the following Debtor:  Celsius Mining LLC.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Operating Reports and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius.  You may also obtain copies of the Monthly Operating Reports and other pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

---

GK8 UK Limited (Case No. 22-11645) [Docket No. 7]; and GK8 USA LLC (Case No. 22-11644) [Docket No. 7].  The Debtors are separately filing corrected exhibits to Debtor Celsius KeyFi LLC (Case No. 22-10967) [Docket No. 11].

2

New York, New York
Dated:  March 21, 2023

/s/ Joshua A. Sussberg

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:           joshua.sussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:           patrick.nash@kirkland.com
                 ross.kwasteniet@kirkland.com
                 chris.koenig@kirkland.com
                 dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Corrected Monthly Operating Report for Celsius Lending LLC, Celsius Network Inc., Celsius Networks Lending LLC, Celsius US Holding LLC, GK8 UK Limited, and GK8 USA LLC**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re: Celsius Network LLC, et al.*
**Case No.: 22-10964**
**January 2023 Cash Receipts and Disbursements** [1]

*$ in USD (000's)*

| | Case No.: Debtor: | 22-10966 | 22-10968 | 22-10965 | 22-10964 | 22-10970 | 22-10969 | 22-10971 | 22-10967 | 22-11643 | 22-11645 | 22-11644 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Combined Debtor Entities | Celsius Network Limited | Celsius Mining LLC | Celsius Network Inc. | Celsius Network LLC | Celsius Lending LLC | Celsius Networks Lending LLC | Celsius US Holding LLC | Celsius KeyFi LLC | GK8 Ltd. | GK8 UK Limited | GK8 USA LLC |
| Beginning Cash Balance | **$134,956** | $94,140 | $38,603 | $96 | $353 | $193 | $135 | – | – | $1,438 | – | – |
| Receipts | 27,339 | 22,827 | 4,434 | – | 0 | 0 | – | – | – | 77 | – | – |
| Disbursements | (14,624) | (1,964) | (2,929) | (191) | (9,062) | (1) | – | – | – | (476) | – | – |
| Intercompany Activity | – | (10,100) | – | 200 | 9,900 | – | – | – | – | – | – | – |
| **Ending Cash Balance** | **$147,671** | **$104,903** | **$40,108** | **$105** | **$1,191** | **$192** | **$135** | **–** | **–** | **$1,038** | **–** | **–** |
| Float | (21) | 0 | 0 | – | (3) | (0) | – | – | – | (18) | – | – |
| Ending Book Cash | $147,649 | $104,903 | $40,108 | $105 | $1,188 | $192 | $135 | – | – | $1,020 | – | – |

**Notes:**
[1] In U.S. Trustee forms, amounts are included as Receipts to avoid inclusion in the quarterly U.S. Trustee fee calculations.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Celsius Network LLC, et al.
Case No.: 22-10964
January 2023 Income Statement [1]

$ in USD (000's)

| | Case No: Debtor: | 22-10966 Celsius Network Limited | 22-10968 Celsius Mining LLC | 22-10965 Celsius Network Inc. | 22-10964 Celsius Network LLC | 22-10969 Celsius Networks Lending LLC | 22-10970 Celsius Lending LLC | 22-10971 Celsius US Holding LLC | 22-10967 Celsius KeyFi LLC | 22-11643 GK8 Ltd. | 22-11645 GK8 UK Limited | 22-11644 GK8 USA LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income from Deployed Assets | | 22 | – | – | 4,821 | – | – | – | – | – | – | – |
| Lending Income | | 493 | – | – | – | 77 | 333 | – | – | – | – | – |
| Crypto Realized and Unrealized Gains / (Losses)[2] | | (3,783) | 419 | – | (1,090,703) | (43,474) | (168,949) | – | – | – | – | – |
| Other Revenue[3] | | 12,381 | 5,419 | – | – | – | – | – | – | 169 | – | – |
| **Total Revenue** | | **9,114** | **5,838** | **–** | **(1,085,882)** | **(43,397)** | **(168,616)** | **–** | **–** | **169** | **–** | **–** |
| | | | | | | | | | | | | |
| **Provision for Doubtful Accounts/Writeoffs** | | **(2,161)** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** |
| | | | | | | | | | | | | |
| Rewards Paid | | – | – | – | – | – | – | – | – | – | – | – |
| Borrowing Expense | | 336 | – | – | – | – | – | – | – | 26 | – | – |
| Wages & Benefits | | 149 | 111 | – | 2,466 | – | – | – | – | – | – | – |
| General & Administrative Expenses[4] | | 939 | 19,867 | 912 | 6,463 | – | – | – | – | 551 | – | – |
| Taxes (excl. payroll tax) | | 99 | – | 0 | 0 | – | – | – | – | – | – | – |
| Other Expenses | | 264 | – | – | 236 | – | 0 | – | – | – | – | – |
| **Total Expenses** | | **1,788** | **19,977** | **912** | **9,165** | **–** | **0** | **–** | **–** | **577** | **–** | **–** |
| | | | | | | | | | | | | |
| Restructuring Charges | | – | – | – | 15,526 | – | – | – | – | – | – | – |
| | | | | | | | | | | | | |
| **Net Income** | | **5,164** | **(14,139)** | **(912)** | **(1,110,573)** | **(43,397)** | **(168,616)** | **–** | **–** | **(408)** | **–** | **–** |

(1) Intercompany charges (including interest, transfer pricing, and other adjustments) are not included in the stand alone amounts.
(2) According to IFRS standards, intangible assets (primarily cryptocurrency) are remeasured through equity while intangible liabilities are remeasured through the income statement. As such, certain changes in liabilities are offset by certain changes in equity.
    For the period from 1/1/23 to 1/31/23, the change in intangible assets was approximately $687 million.
(3) Other Revenue as to Celsius Network Limited consists of changes in fair market value of investments excluding intangible assets.
(4) General & Administrative Expenses as to Celsius Mining LLC includes $15 million of depreciation and $2 million related to hosting services.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re: Celsius Network LLC, et al.*
Case No.: 22-10964
January 2023 Unconsolidated Balance Sheet[1]

$ in USD (000's)

| | Case No: Debtor: | 22-10966 Celsius Network Limited | 22-10968 Celsius Mining LLC | 22-10965 Celsius Network Inc. | 22-10964 Celsius Network LLC | 22-10970 Celsius Lending LLC | 22-10969 Celsius Networks Lending LLC | 22-10971 Celsius US Holding LLC | 22-10967 Celsius KeyFi LLC | 22-11643 GK8 Ltd. | 22-11645 GK8 UK Limited | 22-11644 GK8 USA LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Balances | | 104,903 | 40,108 | 105 | 1,188 | 192 | 135 | – | – | 1,020 | – | – |
| Investments | | 35,715 | – | – | – | – | – | – | – | – | – | – |
| Cryptocurrency Holdings | | 1,806,659 | 3,820 | – | 1,252,112 | – | – | – | – | – | – | – |
| Loans Receivable (current) | | 457,111 | – | 2 | – | 172,139 | 56,599 | – | – | – | – | – |
| Loan Loss Reserve | | (348,964) | – | – | – | – | – | – | – | – | – | – |
| Intercompany Receivables | | 3,919,054 | 14 | 17,870 | 13,081,730 | 2,115,433 | 1,041,424 | 3,681 | 4,632 | – | – | – |
| Other Current Assets | | 7,571 | 151,898 | 5,369 | 16,859 | 6,248 | 3,860 | 179 | – | 1,212 | – | – |
| Total Current Assets | | 5,982,049 | 195,840 | 23,346 | 14,351,888 | 2,294,011 | 1,102,017 | 3,860 | 4,632 | 2,232 | – | – |
| | | | | | | | | | | | | |
| Fixed Assets | | – | 451,306 | – | 269 | – | – | – | – | 130 | – | – |
| Loans Receivable (long term) | | – | – | – | – | 149,202 | 32,484 | – | – | – | – | – |
| Other Assets | | 539,623 | – | 55,072 | – | – | – | 787,203 | – | – | – | – |
| **Total Assets** | | **6,521,673** | **647,146** | **78,418** | **14,352,157** | **2,443,214** | **1,134,501** | **791,063** | **4,632** | **2,362** | **–** | **–** |
| | | | | | | | | | | | | |
| Accounts Payable | | 1,719 | 3,534 | 50 | 6,012 | 34 | – | – | – | 18 | – | – |
| Accrued Expenses | | 115,484 | 21,304 | 509 | 66,379 | – | – | 6,736 | – | 841 | – | – |
| User Balances | | 9,167 | – | – | 5,159,064 | – | – | – | – | – | – | – |
| Borrowings | | 85,198 | – | – | 0 | – | – | – | – | – | – | – |
| Collateral Payable | | 19,708 | – | – | – | 728,446 | 191,214 | – | – | – | – | – |
| Intercompany Payables | | 12,908,332 | 3,522 | 33,135 | 4,657,167 | 1,231,358 | 525,536 | 121,456 | 1 | 1,701 | – | – |
| Total Current Liabilities | | 13,139,608 | 28,360 | 33,694 | 9,888,622 | 1,959,838 | 716,750 | 128,192 | 1 | 2,560 | – | – |
| | | | | | | | | | | | | |
| Other Long Term Liabilities | | 312,623 | 11,048 | – | – | – | – | – | 28,335 | – | – | – |
| Intercompany Payables | | – | 651,539 | – | – | – | – | – | – | – | – | – |
| Total Liabilities | | 13,452,232 | 690,947 | 33,694 | 9,888,622 | 1,959,838 | 716,750 | 128,192 | 28,335 | 2,560 | – | – |
| | | | | | | | | | | | | |
| Total Equity | | (6,930,559) | (43,801) | 44,724 | 4,463,534 | 483,376 | 417,751 | 662,871 | (23,703) | (198) | – | – |
| | | | | | | | | | | | | |
| **Total Liabilities & Equity** | | **6,521,673** | **647,146** | **78,418** | **14,352,157** | **2,443,214** | **1,134,501** | **791,063** | **4,632** | **2,362** | **–** | **–** |
| | | | | | | | | | | | | |
| *Memo: Liabilities Subject to Compromise* [2] | | 13,452,811 | 666,069 | 32,428 | 9,840,885 | 1,959,834 | 716,750 | 126,967 | 28,335 | 1,914 | – | – |

(1) Intercompany charges (including interest, transfer pricing, and other adjustments) are not included in the stand alone amounts.
(2) Included in liabilities shown above.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re: Celsius Network LLC, et al.*
Case No.: 22-10964
January 2023 Prepetition Payments

*$ in USD*

| Category | Final Order Relief | Total July Spend | Total August Spend | Total September Spend | Total October Spend | Total November Spend | Total December Spend | January Spend | | | | Total January Spend | Remaining Relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 22-10966 Celsius Network Limited | 22-10968 Celsius Mining LLC | 22-11643 GK8 Ltd. | 22-10964 Celsius Network LLC | | |
| Wages | 1,095,000 | 309,993 | 129,417 | 70,255 | 1,336 | - | 192,289 | 1,226 | - | 44,415 | 74 | 45,714 | **345,994** |
| Critical Vendors | 6,523,422 | 316,490 | 115,307 | 23,472 | 107,602 | 11,342 | 186,749 | - | - | 13,048 | - | 13,048 | **5,749,413** |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Taxes | 22,028,200 | - | - | 219,673 | - | - | - | - | - | - | - | - | **21,808,527** |

## Exhibit B

**Corrected Monthly Operating Report for Celsius Network LLC, Celsius Network Limited, and GK8 Ltd.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re: Celsius Network LLC, et al.*
**Case No.: 22-10964**
**January 2023 Cash Receipts and Disbursements** [1]

*$ in USD (000's)*

| | Combined Debtor Entities | 22-10966 Celsius Network Limited | 22-10968 Celsius Mining LLC | 22-10965 Celsius Network Inc. | 22-10964 Celsius Network LLC | 22-10970 Celsius Lending LLC | 22-10969 Celsius Networks Lending LLC | 22-10971 Celsius US Holding LLC | 22-10967 Celsius KeyFi LLC | 22-11643 GK8 Ltd. | 22-11645 GK8 UK Limited | 22-11644 GK8 USA LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | **$134,956** | $94,140 | $38,603 | $96 | $353 | $193 | $135 | – | – | $1,438 | – | – |
| Receipts | 27,339 | 22,827 | 4,434 | – | 0 | 0 | – | – | – | 77 | – | – |
| Disbursements | (14,624) | (1,964) | (2,929) | (191) | (9,062) | (1) | – | – | – | (476) | – | – |
| Intercompany Activity | – | (10,100) | – | 200 | 9,900 | – | – | – | – | – | – | – |
| **Ending Cash Balance** | **$147,671** | **$104,903** | **$40,108** | **$105** | **$1,191** | **$192** | **$135** | **–** | **–** | **$1,038** | **–** | **–** |
| Float | (21) | 0 | 0 | – | (3) | (0) | – | – | – | (18) | – | – |
| Ending Book Cash | $147,649 | $104,903 | $40,108 | $105 | $1,188 | $192 | $135 | – | – | $1,020 | – | – |

**Notes:**
[1] In U.S. Trustee forms, amounts are included as Receipts to avoid inclusion in the quarterly U.S. Trustee fee calculations.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: Celsius Network LLC, et al.
Case No.: 22-10964
January 2023 Income Statement [1]

$ in USD (000's)

| | 22-10966 Celsius Network Limited | 22-10968 Celsius Mining LLC | 22-10965 Celsius Network Inc. | 22-10964 Celsius Network LLC | 22-10969 Celsius Networks Lending LLC | 22-10970 Celsius Lending LLC | 22-10971 Celsius US Holding LLC | 22-10967 Celsius KeyFi LLC | 22-11643 GK8 Ltd. | 22-11645 GK8 UK Limited | 22-11644 GK8 USA LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Income from Deployed Assets | 22 | – | – | 4,821 | – | – | – | – | – | – | – |
| Lending Income | 493 | – | – | – | 77 | 333 | – | – | – | – | – |
| Crypto Realized and Unrealized Gains / (Losses) [2] | (3,783) | 419 | – | (1,090,703) | (43,474) | (168,949) | – | – | – | – | – |
| Other Revenue [3] | 12,381 | 5,419 | – | – | – | – | – | – | 169 | – | – |
| **Total Revenue** | **9,114** | **5,838** | **–** | **(1,085,882)** | **(43,397)** | **(168,616)** | **–** | **–** | **169** | **–** | **–** |
| | | | | | | | | | | | |
| **Provision for Doubtful Accounts/Writeoffs** | **(2,161)** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** |
| | | | | | | | | | | | |
| Rewards Paid | – | – | – | – | – | – | – | – | – | – | – |
| Borrowing Expense | 336 | – | – | – | – | – | – | – | 26 | – | – |
| Wages & Benefits | 149 | 111 | – | 2,466 | – | – | – | – | – | – | – |
| General & Administrative Expenses [4] | 939 | 19,867 | 912 | 6,463 | – | – | – | – | 551 | – | – |
| Taxes (excl. payroll tax) | 99 | – | 0 | 0 | – | – | – | – | – | – | – |
| Other Expenses | 264 | – | – | 236 | – | 0 | – | – | – | – | – |
| **Total Expenses** | **1,788** | **19,977** | **912** | **9,165** | **–** | **0** | **–** | **–** | **577** | **–** | **–** |
| | | | | | | | | | | | |
| Restructuring Charges | – | – | – | 15,526 | – | – | – | – | – | – | – |
| | | | | | | | | | | | |
| **Net Income** | **5,164** | **(14,139)** | **(912)** | **(1,110,573)** | **(43,397)** | **(168,616)** | **–** | **–** | **(408)** | **–** | **–** |

(1) Intercompany charges (including interest, transfer pricing, and other adjustments) are not included in the stand alone amounts.
(2) According to IFRS standards, intangible assets (primarily cryptocurrency) are remeasured through equity while intangible liabilities are remeasured through the income statement. As such, certain changes in liabilities are offset by certain changes in equity.
    For the period from 1/1/23 to 1/31/23, the change in intangible assets was approximately $687 million.
(3) Other Revenue as to Celsius Network Limited consists of changes in fair market value of investments excluding intangible assets.
(4) General & Administrative Expenses as to Celsius Mining LLC includes $15 million of depreciation and $2 million related to hosting services.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

*In re:  Celsius Network LLC, et al.*
Case No.: 22-10964
January 2023 Unconsolidated Balance Sheet[1]

$ in USD (000's)

| Case No: Debtor: | 22-10966 Celsius Network Limited | 22-10968 Celsius Mining LLC | 22-10965 Celsius Network Inc. | 22-10964 Celsius Network LLC | 22-10970 Celsius Lending LLC | 22-10969 Celsius Networks Lending LLC | 22-10971 Celsius US Holding LLC | 22-10967 Celsius KeyFi LLC | 22-11643 GK8 Ltd. | 22-11645 GK8 UK Limited | 22-11644 GK8 USA LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Balances | 104,903 | 40,108 | 105 | 1,188 | 192 | 135 | – | – | 1,020 | – | – |
| Investments | 35,715 | – | – | – | – | – | – | – | – | – | – |
| Cryptocurrency Holdings | 1,806,659 | 3,820 | – | 1,252,112 | – | – | – | – | – | – | – |
| Loans Receivable (current) | 457,111 | – | 2 | – | 172,139 | 56,599 | – | – | – | – | – |
| Loan Loss Reserve | (348,964) | – | – | – | – | – | – | – | – | – | – |
| Intercompany Receivables | 3,919,054 | 14 | 17,870 | 13,081,730 | 2,115,433 | 1,041,424 | 3,681 | 4,632 | – | – | – |
| Other Current Assets | 7,571 | 151,898 | 5,369 | 16,859 | 6,248 | 3,860 | 179 | – | 1,212 | – | – |
| Total Current Assets | 5,982,049 | 195,840 | 23,346 | 14,351,888 | 2,294,011 | 1,102,017 | 3,860 | 4,632 | 2,232 | – | – |
| | | | | | | | | | | | |
| Fixed Assets | – | 451,306 | – | 269 | – | – | – | – | 130 | – | – |
| Loans Receivable (long term) | – | – | – | – | 149,202 | 32,484 | – | – | – | – | – |
| Other Assets | 539,623 | – | 55,072 | – | – | – | 787,203 | – | – | – | – |
| Total Assets | 6,521,673 | 647,146 | 78,418 | 14,352,157 | 2,443,214 | 1,134,501 | 791,063 | 4,632 | 2,362 | – | – |
| | | | | | | | | | | | |
| Accounts Payable | 1,719 | 3,534 | 50 | 6,012 | 34 | – | – | – | 18 | – | – |
| Accrued Expenses | 115,484 | 21,304 | 509 | 66,379 | – | – | 6,736 | – | 841 | – | – |
| User Balances | 9,167 | – | – | 5,159,064 | – | – | – | – | – | – | – |
| Borrowings | 85,198 | – | – | 0 | – | – | – | – | – | – | – |
| Collateral Payable | 19,708 | – | – | – | 728,446 | 191,214 | – | – | – | – | – |
| Intercompany Payables | 12,908,332 | 3,522 | 33,135 | 4,657,167 | 1,231,358 | 525,536 | 121,456 | 1 | 1,701 | – | – |
| Total Current Liabilities | 13,139,608 | 28,360 | 33,694 | 9,888,622 | 1,959,838 | 716,750 | 128,192 | 1 | 2,560 | – | – |
| | | | | | | | | | | | |
| Other Long Term Liabilities | 312,623 | 11,048 | – | – | – | – | – | 28,335 | – | – | – |
| Intercompany Payables | – | 651,539 | – | – | – | – | – | – | – | – | – |
| Total Liabilities | 13,452,232 | 690,947 | 33,694 | 9,888,622 | 1,959,838 | 716,750 | 128,192 | 28,335 | 2,560 | – | – |
| | | | | | | | | | | | |
| Total Equity | (6,930,559) | (43,801) | 44,724 | 4,463,534 | 483,376 | 417,751 | 662,871 | (23,703) | (198) | – | – |
| | | | | | | | | | | | |
| Total Liabilities & Equity | 6,521,673 | 647,146 | 78,418 | 14,352,157 | 2,443,214 | 1,134,501 | 791,063 | 4,632 | 2,362 | – | – |
| | | | | | | | | | | | |
| *Memo: Liabilities Subject to Compromise* [2] | 13,452,811 | 666,069 | 32,428 | 9,840,885 | 1,959,834 | 716,750 | 126,967 | 28,335 | 1,914 | – | – |

(1) Intercompany charges (including interest, transfer pricing, and other adjustments) are not included in the stand alone amounts.
(2) Included in liabilities shown above.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re:  Celsius Network LLC, et al.*
Case No.: 22-10964
January 2023 Payments to Insiders

*$ in USD*

| Employee | Title | Debtor | Payment Type | Amount |
|---|---|---|---|---|
| David Albert | Chief Administrative Officer | Celsius Mining LLC | Wages | $21,538 |
| Jenny Fan | Chief Financial Officer | Celsius Mining LLC | Wages | $23,077 |
| Patrick Holert | Chief Operating Officer | Celsius Mining LLC | Wages | $21,154 |
| Patrick Holert | Chief Operating Officer | Celsius Mining LLC | Expenses | $4,074 |
| Quinn Lawlor | Chief Strategy Officer | Celsius Mining LLC | Wages | $19,231 |
| David Barse [1] | Director | Celsius Network Limited | Wages | $87,500 |
| Alan Carr [1] | Director | Celsius Network Limited | Wages | – |
| Christopher Ferraro [2] | Chief Financial Officer, Chief Restructuring Officer, and Interim Chief Executive Officer | Celsius Network LLC | Wages | $51,851 |
| Christopher Ferraro | Chief Financial Officer, Chief Restructuring Officer, and Interim Chief Executive Officer | Celsius Network LLC | Wages | $46,154 |
| Christopher Ferraro | Chief Financial Officer, Chief Restructuring Officer, and Interim Chief Executive Officer | Celsius Network LLC | Expenses | $1,124 |
| Guillermo Bodnar | Chief Technology Officer | Celsius Network LLC | Wages | $38,462 |
| Nuke Goldstein | President of Labs | Celsius Network LLC | Wages | $26,154 |
| Nuke Goldstein | President of Labs | Celsius Network LLC | Expenses | – |
| Oren Blonstein | Chief Compliance Officer | Celsius Network LLC | Wages | $26,923 |
| Rodney Sunada-Wong [3] | Chief Risk Officer | Celsius Network LLC | Wages | $13,538 |
| Ron Deutsch | General Counsel | Celsius Network LLC | Wages | $24,615 |
| Ron Deutsch | General Counsel | Celsius Network LLC | Expenses | $1,258 |
| Adrian Alisie | Head of Business Operations | Celsius Network LLC | Wages | $23,077 |
| Trunshedda Ramos | Chief Human Resources Officer | Celsius Network LLC | Wages | $24,615 |
| Lior Lamesh | Chief Executive Officer | GK8 Ltd. | Wages | $14,463 |
| Lior Lamesh | Chief Executive Officer | GK8 Ltd. | Expenses | $62 |
| Shahar Shamai | Chief Technology Officer | GK8 Ltd. | Wages | $14,463 |
| Shahar Shamai | Chief Technology Officer | GK8 Ltd. | Expenses | $62 |
| Adam Schreiber | Vice President Research & Development | GK8 Ltd. | Wages | $16,198 |
| Adam Schreiber | Vice President Research & Development | GK8 Ltd. | Expenses | $62 |
| Mark Mayerfeld | Chief Revenue Officer | GK8 Ltd. | Wages | $37,868 |
| Mark Mayerfeld | Chief Revenue Officer | GK8 Ltd. | Expenses | $266 |

(1) Payments to the director's reflect amounts paid this month. The amounts vary month over month due to invoice timing.
(2) Reflects a true up for acting Chief Executive Officer and Chief Restructuring Officer increase in salary for additional responsibilities and roles. Effective as of September 27, 2022.
(3) Reflects final payment to Mr. Sunada-Wong. As of the filing date the employee is no longer with the firm.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re: Celsius Network LLC, et al.*
Case No.: 22-10964
January 2023 Prepetition Payments

| Category | Final Order Relief | Total July Spend | Total August Spend | Total September Spend | Total October Spend | Total November Spend | Total December Spend | January Spend | | | | Total January Spend | Remaining Relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 22-10966 Celsius Network Limited | 22-10968 Celsius Mining LLC | 22-11643 GK8 Ltd. | 22-10964 Celsius Network LLC | | |
| Wages | 1,095,000 | 309,993 | 129,417 | 70,255 | 1,336 | - | 192,289 | 1,226 | - | 44,415 | 74 | 45,714 | 345,994 |
| Critical Vendors | 6,523,422 | 316,490 | 115,307 | 23,472 | 107,602 | 11,342 | 186,749 | - | - | 13,048 | - | 13,048 | 5,749,413 |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes | 22,028,200 | - | - | 219,673 | - | - | - | - | - | - | - | - | 21,808,527 |

$ in USD

## <u>Exhibit C</u>

**Corrected Monthly Operating Report for Celsius Mining LLC**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re: Celsius Network LLC, et al.*
**Case No.: 22-10964**
**January 2023 Cash Receipts and Disbursements** [1]

*$ in USD (000's)*

| | Case No.: Debtor: | 22-10966 | 22-10968 | 22-10965 | 22-10964 | 22-10970 | 22-10969 | 22-10971 | 22-10967 | 22-11643 | 22-11645 | 22-11644 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Combined Debtor Entities | Celsius Network Limited | Celsius Mining LLC | Celsius Network Inc. | Celsius Network LLC | Celsius Lending LLC | Celsius Networks Lending LLC | Celsius US Holding LLC | Celsius KeyFi LLC | GK8 Ltd. | GK8 UK Limited | GK8 USA LLC |
| Beginning Cash Balance | **$134,956** | $94,140 | $38,603 | $96 | $353 | $193 | $135 | – | – | $1,438 | – | – |
| Receipts | 27,339 | 22,827 | 4,434 | – | 0 | 0 | – | – | – | 77 | – | – |
| Disbursements | (14,624) | (1,964) | (2,929) | (191) | (9,062) | (1) | – | – | – | (476) | – | – |
| Intercompany Activity | – | (10,100) | – | 200 | 9,900 | – | – | – | – | – | – | – |
| **Ending Cash Balance** | **$147,671** | **$104,903** | **$40,108** | **$105** | **$1,191** | **$192** | **$135** | **–** | **–** | **$1,038** | **–** | **–** |
| Float | (21) | 0 | 0 | – | (3) | (0) | – | – | – | (18) | – | – |
| Ending Book Cash | $147,649 | $104,903 | $40,108 | $105 | $1,188 | $192 | $135 | – | – | $1,020 | – | – |

**Notes:**
[1] In U.S. Trustee forms, amounts are included as Receipts to avoid inclusion in the quarterly U.S. Trustee fee calculations.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re: Celsius Network LLC, et al.*
Case No.: 22-10964
January 2023 Income Statement [1]

$ in USD (000's)

| | Case No: Debtor: | 22-10966 Celsius Network Limited | 22-10968 Celsius Mining LLC | 22-10965 Celsius Network Inc. | 22-10964 Celsius Network LLC | 22-10969 Celsius Networks Lending LLC | 22-10970 Celsius Lending LLC | 22-10971 Celsius US Holding LLC | 22-10967 Celsius KeyFi LLC | 22-11643 GK8 Ltd. | 22-11645 GK8 UK Limited | 22-11644 GK8 USA LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income from Deployed Assets | | 22 | – | – | 4,821 | – | – | – | – | – | – | – |
| Lending Income | | 493 | – | – | – | 77 | 333 | – | – | – | – | – |
| Crypto Realized and Unrealized Gains / (Losses) [2] | | (3,783) | 419 | – | (1,090,703) | (43,474) | (168,949) | – | – | – | – | – |
| Other Revenue [3] | | 12,381 | 5,419 | – | – | – | – | – | – | 169 | – | – |
| **Total Revenue** | | **9,114** | **5,838** | **–** | **(1,085,882)** | **(43,397)** | **(168,616)** | **–** | **–** | **169** | **–** | **–** |
| **Provision for Doubtful Accounts/Writeoffs** | | **(2,161)** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** | **–** |
| Rewards Paid | | – | – | – | – | – | – | – | – | – | – | – |
| Borrowing Expense | | 336 | – | – | – | – | – | – | – | 26 | – | – |
| Wages & Benefits | | 149 | 111 | – | 2,466 | – | – | – | – | – | – | – |
| General & Administrative Expenses [4] | | 939 | 19,867 | 912 | 6,463 | – | – | – | – | 551 | – | – |
| Taxes (excl. payroll tax) | | 99 | – | 0 | 0 | – | – | – | – | – | – | – |
| Other Expenses | | 264 | – | – | 236 | – | 0 | – | – | – | – | – |
| **Total Expenses** | | **1,788** | **19,977** | **912** | **9,165** | **–** | **0** | **–** | **–** | **577** | **–** | **–** |
| Restructuring Charges | | – | – | – | 15,526 | – | – | – | – | – | – | – |
| **Net Income** | | **5,164** | **(14,139)** | **(912)** | **(1,110,573)** | **(43,397)** | **(168,616)** | **–** | **–** | **(408)** | **–** | **–** |

(1) Intercompany charges (including interest, transfer pricing, and other adjustments) are not included in the stand alone amounts.
(2) According to IFRS standards, intangible assets (primarily cryptocurrency) are remeasured through equity while intangible liabilities are remeasured through the income statement. As such, certain changes in liabilities are offset by certain changes in equity.
    For the period from 1/1/23 to 1/31/23, the change in intangible assets was approximately $687 million.
(3) Other Revenue as to Celsius Network Limited consists of changes in fair market value of investments excluding intangible assets.
(4) General & Administrative Expenses as to Celsius Mining LLC includes $15 million of depreciation and $2 million related to hosting services.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Celsius Network LLC, et al.
Case No.: 22-10964
January 2023 Unconsolidated Balance Sheet[1]

$ in USD (000's)

| | 22-10966 Celsius Network Limited | 22-10968 Celsius Mining LLC | 22-10965 Celsius Network Inc. | 22-10964 Celsius Network LLC | 22-10970 Celsius Lending LLC | 22-10969 Celsius Networks Lending LLC | 22-10971 Celsius US Holding LLC | 22-10967 Celsius KeyFi LLC | 22-11643 GK8 Ltd. | 22-11645 GK8 UK Limited | 22-11644 GK8 USA LLC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Balances | 104,903 | 40,108 | 105 | 1,188 | 192 | 135 | – | – | 1,020 | – | – |
| Investments | 35,715 | | | | | | | | | | |
| Cryptocurrency Holdings | 1,806,659 | 3,820 | – | 1,252,112 | – | – | – | – | – | – | – |
| Loans Receivable (current) | 457,111 | – | 2 | – | 172,139 | 56,599 | – | – | – | – | – |
| Loan Loss Reserve | (348,964) | | | | | | | | | | |
| Intercompany Receivables | 3,919,054 | 14 | 17,870 | 13,081,730 | 2,115,433 | 1,041,424 | 3,681 | 4,632 | – | – | – |
| Other Current Assets | 7,571 | 151,898 | 5,369 | 16,859 | 6,248 | 3,860 | 179 | – | 1,212 | – | – |
| Total Current Assets | 5,982,049 | 195,840 | 23,346 | 14,351,888 | 2,294,011 | 1,102,017 | 3,860 | 4,632 | 2,232 | – | – |
| | | | | | | | | | | | |
| Fixed Assets | – | 451,306 | | 269 | – | – | – | – | 130 | – | – |
| Loans Receivable (long term) | – | | | – | 149,202 | 32,484 | – | – | – | – | – |
| Other Assets | 539,623 | – | 55,072 | – | – | – | 787,203 | – | – | – | – |
| Total Assets | 6,521,673 | 647,146 | 78,418 | 14,352,157 | 2,443,214 | 1,134,501 | 791,063 | 4,632 | 2,362 | – | – |
| | | | | | | | | | | | |
| Accounts Payable | 1,719 | 3,534 | 50 | 6,012 | 34 | – | – | – | 18 | – | – |
| Accrued Expenses | 115,484 | 21,304 | 509 | 66,379 | – | – | 6,736 | – | 841 | – | – |
| User Balances | 9,167 | – | – | 5,159,064 | – | – | – | – | – | – | – |
| Borrowings | 85,198 | – | – | 0 | – | – | – | – | – | – | – |
| Collateral Payable | 19,708 | – | – | – | 728,446 | 191,214 | – | – | – | – | – |
| Intercompany Payables | 12,908,332 | 3,522 | 33,135 | 4,657,167 | 1,231,358 | 525,536 | 121,456 | 1 | 1,701 | – | – |
| Total Current Liabilities | 13,139,608 | 28,360 | 33,694 | 9,888,622 | 1,959,838 | 716,750 | 128,192 | 1 | 2,560 | – | – |
| | | | | | | | | | | | |
| Other Long Term Liabilities | 312,623 | 11,048 | | | | | | 28,335 | | | |
| Intercompany Payables | – | 651,539 | | | | | | | | | |
| Total Liabilities | 13,452,232 | 690,947 | 33,694 | 9,888,622 | 1,959,838 | 716,750 | 128,192 | 28,335 | 2,560 | – | – |
| | | | | | | | | | | | |
| Total Equity | (6,930,559) | (43,801) | 44,724 | 4,463,534 | 483,376 | 417,751 | 662,871 | (23,703) | (198) | – | – |
| | | | | | | | | | | | |
| Total Liabilities & Equity | 6,521,673 | 647,146 | 78,418 | 14,352,157 | 2,443,214 | 1,134,501 | 791,063 | 4,632 | 2,362 | – | – |
| | | | | | | | | | | | |
| Memo: Liabilities Subject to Compromise [2] | 13,452,811 | 666,069 | 32,428 | 9,840,885 | 1,959,834 | 716,750 | 126,967 | 28,335 | 1,914 | – | – |

(1) Intercompany charges (including interest, transfer pricing, and other adjustments) are not included in the stand alone amounts.
(2) Included in liabilities shown above.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re:  Celsius Network LLC, et al.*
Case No.: 22-10964
**January 2023 Payments to Insiders**

*$ in USD*

| Employee | Title | Debtor | Payment Type | Amount |
|---|---|---|---|---|
| David Albert | Chief Administrative Officer | Celsius Mining LLC | Wages | $21,538 |
| Jenny Fan | Chief Financial Officer | Celsius Mining LLC | Wages | $23,077 |
| Patrick Holert | Chief Operating Officer | Celsius Mining LLC | Wages | $21,154 |
| Patrick Holert | Chief Operating Officer | Celsius Mining LLC | Expenses | $4,074 |
| Quinn Lawlor | Chief Strategy Officer | Celsius Mining LLC | Wages | $19,231 |
| David Barse [1] | Director | Celsius Network Limited | Wages | $87,500 |
| Alan Carr [1] | Director | Celsius Network Limited | Wages | – |
| Christopher Ferraro [2] | Chief Financial Officer, Chief Restructuring Officer, and Interim Chief Executive Officer | Celsius Network LLC | Wages | $51,851 |
| Christopher Ferraro | Chief Financial Officer, Chief Restructuring Officer, and Interim Chief Executive Officer | Celsius Network LLC | Wages | $46,154 |
| Christopher Ferraro | Chief Financial Officer, Chief Restructuring Officer, and Interim Chief Executive Officer | Celsius Network LLC | Expenses | $1,124 |
| Guillermo Bodnar | Chief Technology Officer | Celsius Network LLC | Wages | $38,462 |
| Nuke Goldstein | President of Labs | Celsius Network LLC | Wages | $26,154 |
| Nuke Goldstein | President of Labs | Celsius Network LLC | Expenses | – |
| Oren Blonstein | Chief Compliance Officer | Celsius Network LLC | Wages | $26,923 |
| Rodney Sunada-Wong [3] | Chief Risk Officer | Celsius Network LLC | Wages | $13,538 |
| Ron Deutsch | General Counsel | Celsius Network LLC | Wages | $24,615 |
| Ron Deutsch | General Counsel | Celsius Network LLC | Expenses | $1,258 |
| Adrian Alisie | Head of Business Operations | Celsius Network LLC | Wages | $23,077 |
| Trunshedda Ramos | Chief Human Resources Officer | Celsius Network LLC | Wages | $24,615 |
| Lior Lamesh | Chief Executive Officer | GK8 Ltd. | Wages | $14,463 |
| Lior Lamesh | Chief Executive Officer | GK8 Ltd. | Expenses | $62 |
| Shahar Shamai | Chief Technology Officer | GK8 Ltd. | Wages | $14,463 |
| Shahar Shamai | Chief Technology Officer | GK8 Ltd. | Expenses | $62 |
| Adam Schreiber | Vice President Research & Development | GK8 Ltd. | Wages | $16,198 |
| Adam Schreiber | Vice President Research & Development | GK8 Ltd. | Expenses | $62 |
| Mark Mayerfeld | Chief Revenue Officer | GK8 Ltd. | Wages | $37,868 |
| Mark Mayerfeld | Chief Revenue Officer | GK8 Ltd. | Expenses | $266 |

(1) Payments to the director's reflect amounts paid this month. The amounts vary month over month due to invoice timing.
(2) Reflects a true up for acting Chief Executive Officer and Chief Restructuring Officer increase in salary for additional responsibilities and roles. Effective as of September 27, 2022.
(3) Reflects final payment to Mr. Sunada-Wong. As of the filing date the employee is no longer with the firm.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re:  Celsius Network LLC, et al.*
**Case No.: 22-10964**
**January 2023 Prepetition Payments**

*$ in USD*

| Category | Final Order Relief | Total July Spend | Total August Spend | Total September Spend | Total October Spend | Total November Spend | Total December Spend | 22-10966 Celsius Network Limited | 22-10968 Celsius Mining LLC | 22-11643 GK8 Ltd. | 22-10964 Celsius Network LLC | Total January Spend | Remaining Relief |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | January Spend | | | |
| Wages | 1,095,000 | 309,993 | 129,417 | 70,255 | 1,336 | - | 192,289 | 1,226 | - | 44,415 | 74 | 45,714 | **345,994** |
| Critical Vendors | 6,523,422 | 316,490 | 115,307 | 23,472 | 107,602 | 11,342 | 186,749 | - | - | 13,048 | - | 13,048 | **5,749,413** |
| Insurance | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Taxes | 22,028,200 | - | - | 219,673 | - | - | - | - | - | - | - | - | **21,808,527** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re: Celsius Network LLC, et al.*
**Case No.: 22-10964**
**January 2023 Mining Supplemental P&L**[1]

*$ in USD (000's)*

| | *Case No:* | **22-10968** |
|---|---|---|
| | *Debtor:* | **Celsius Mining LLC** |
| **Mining Revenue** | | **5,419** |
| | | |
| Hosting Services | | 2,185 |
| Energy Cost | | 1,454 |
| Property Insurance | | 701 |
| Payroll Expenses | | 111 |
| Depreciation | | 15,215 |
| Other Expenses | | (108) |
| **Total Expenses** | | **19,558** |
| | | |
| **Net Income** | | **(14,139)** |
| | | |
| **EBITDA Addbacks** | | |
| Depreciation | | 15,215 |
| **EBITDA** | | **1,076** |
| | | |
| Adjustments [2] | | – |
| **Adjusted EBITDA** | | **$1,076** |

(1) The Debtors prepared this Mining Supplemental P&L to better assist parties in interest in evaluating the financial performance of the Debtors' mining operations.
(2) No adjustments were identified or made during the January 2023 period.