UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AMENDED AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bradford Capital Holdings, LP, Attn: Brian L. Brager at PO Box 4353, Clifton, NJ 07012:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2244]**

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Dean Story at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2244]**

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Serrur Investment Partners, LP at 197 Freeman Street 3C, Brooklyn, NY 11222:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2245]**

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Thomas Walkey at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2245]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Tinfoil Restructuring LLC, Attn: Nathan Smith at 1309 Coffeen Ave, Suite 7973, Sheridan, WY 82801:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2246]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2255]**

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2246]**

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Contrarian Funds, LLC, Attn: Alpa Jimenez at 411 West Putnam Ave, Suite 425, Greenwich, CT 06830:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2248]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2273]**

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Michael Tarsi at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2248]**

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Fabio Nicolosi at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2255]**

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Sapiens Malti at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2273]**

Dated: March 23, 2023

Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 2023, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| ANDREW MASER | ADDRESS REDACTED |
| CHEREE KAHRS | ADDRESS REDACTED |
| JAY CLAYTON | ADDRESS REDACTED |
| JUSTIN NOTHLING | ADDRESS REDACTED |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1