Anthony M. Saccullo
Mark T. Hurford
**A.M. Saccullo Legal, LLC**
27 Crimson King Drive
Bear, Delaware 19701
Telephone:     (302) 836-8877
Facsimile:     (302) 836-8787

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**COMBINED FIRST MONTHLY FEE STATEMENT
OF A.M. SACCULLO LEGAL, LLC FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL
TO THE DEBTORS FROM DECEMBER 1, 2022, THROUGH FEBRUARY 28, 2023**

| **Name of Applicant** | A.M. Saccullo Legal, LLC |
|---|---|
| **Applicant's Role in Case** | Special Counsel to the Debtors and Debtors in Possession |
| **Date Order of Employment Signed** | February 27, 2023 [Docket No. 2142] |
| **Period for Which Compensation and Reimbursement Is Sought** | December 1, 2022 to February 28, 2023 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| | Amount in USD |
| **Total compensation requested in this statement** | $63,845.00 |
| **Total compensation to be paid per Interim Compensation Order (80 percent)** | $51,076.00 |
| **Total compensation to be held back per Interim Compensation Order (20 percent)** | $12,769.00 |
| **Total reimbursement requested in this statement** | $0.00 |
| **Total reimbursement to be paid per Interim Compensation Order (100 percent)** | $0.00 |
| **Total compensation and reimbursement requested in this statement** | $51,076.00 |
| **This is a(n):  X Monthly Application __ Interim Application __ Final Application** | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Order Pursuant to Section 327(E) of the Bankruptcy Code Authorizing the Retention and Employment of A.M. Saccullo Legal, LLC as Special Counsel to the Debtor Effective as of December 1, 2022*, dated February 27, 2023 [Docket No. 2142] (the "Retention Order"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 17, 2022 [Docket No. 521] (the "Interim Compensation Order"), A.M. Saccullo Legal, LLC ("AMSL"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this combined first monthly fee statement of services rendered and expenses incurred for the period from December 1, 2022 to February 28, 2023 (the "Fee Period") seeking (i) compensation in the amount of $51,076.00, which is equal to 80 percent of the total amount of the reasonable

2

compensation for the actual and necessary legal services that AMSL incurred in connection with such services during the Fee Period (i.e., December 1, 2022 to February 28, 2023), and (ii) reimbursement of $0.00 for the actual and necessary expenses that AMSL incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1. Attached hereto as **Exhibit A** is a chart setting forth the number of hours expended and fees incurred (on an aggregate basis) by AMSL professionals during the Fee Period with respect to each of the project categories AMSL established in accordance with its internal billing procedures. As reflected in **Exhibit A**, AMSL incurred $63,845.00 in fees during the Fee Period. Pursuant to the Interim Compensation Order, in this Fee Statement AMSL seeks reimbursement for 80 percent of such fees, totaling $51,076.00.

2. Attached hereto as **Exhibit B** is a chart setting forth the AMSL professionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $557.60.[2]

3. Attached hereto as **Exhibit C** are the time records of AMSL for the Fee Period organized by project category with a daily time log describing the time spent by each professional during the Fee Period.

---

[2] The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys of $63,845.00 by the total hours of 114.5.

## **Notice**

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

[*Remainder of page intentionally left blank*]

WHEREFORE, in connection with services rendered by AMSL on behalf of the Debtors, AMSL respectfully requests (i) compensation in the amount of $51,076.00, which is equal to 80 percent of the total amount of the reasonable compensation for the actual and necessary legal services that AMSL incurred in connection with such services during the Fee Period, and (ii) reimbursement of $0.00 for the actual and necessary expenses that AMSL incurred in connection with such services during the Fee Period.

Dated: March 23, 2023
      Bear, Delaware

**A.M. Saccullo Legal, LLC**

By: */s/ Mark T. Hurford*
Anthony M. Saccullo
Mark T. Hurford
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, Delaware 19701
Telephone:   (302) 836-8877
Facsimile:   (302) 836-8787
Ams@saccullolegal.com
Mark@saccullolegal.com

*Special Counsel to the Debtors and Debtors in Possession*

# Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **Asset Analysis & Recovery** | 0.4 | $226.00 |
| **Asset Disposition** | 0.3 | $169.50 |
| **Case Administration** | 2.9 | $1,552.50 |
| **Court Hearings** | 3.2 | $1,680.00 |
| **DIP/Cash Collateral** | 0.3 | $169.50 |
| **Litigation** | 93.3 | $52,426.00 |
| **Retention/Fee Applications** | 12.2 | $6,548.00 |
| **Retention/Fee Applications – other firms** | 1.9 | $1,073.50 |
| **TOTAL** | 114.5 | $63,845.00 |

**Exhibit B**

**Professional Fees**

| Name of Professional Individual | Position and Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Saccullo, Anthony | Founder; member of Delaware bar since 2001. | 2022 Rate: $550<br>2023 Rate: $605 | 35.7 | $20,240.00 |
| Hurford, Mark | Special Counsel; member of Delaware bar since 1994. | 2022 Rate: $515<br>2023 Rate: $565 | 68.6 | $38,154.00 |
| Kovach, Thomas | Special Counsel; member of Delaware bar since 2000. | 2022 Rate: $515<br>2023 Rate: $565 | 5.9 | $3,021.50 |
| Augustine, Mary | Special Counsel: member of Delaware bar since 2004. | 2022 Rate: $485<br>2023 Rate: $525 | 4.3 | $2,429.50 |
| TOTAL | | | 114.5 | $63,845.00 |

# Exhibit C

**Detailed Time Records**

**A M Saccullo Legal, LLC**

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com



# INVOICE

**BILL TO**
Ron Deutsch
Celsius Network Limited
The Harley Builsing
77-79 New Cavendish Street
Attn: Ron Deutsch, General Counsel
London
W1W 6XB
United Kingdom

| | |
|---|---|
| INVOICE | 1634 |
| DATE | 02/13/2023 |
| TERMS | Net 30 |
| DUE DATE | 03/15/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 12/01/2022 | A. Saccullo | BK Case Administration | Attention to notice of appearance in ftx cases. | 0:12 | 550.00 | 110.00 |
| 12/01/2022 | A. Saccullo | BK Litigation | Review pleadings alredy filed in the ftx cases for background and outstanding issues. | 4:42 | 550.00 | 2,585.00 |
| 12/01/2022 | A. Saccullo | BK Litigation | Assist client with submission of committee questionnaire. | 0:24 | 550.00 | 220.00 |
| 12/01/2022 | M. Augustine | BK Case Administration | Draft notice of appearance and circulate to K&E. Attn to filing of notice of appearance. | 1:12 | 485.00 | 582.00 |
| 12/02/2022 | A. Saccullo | BK Litigation | Continue to assist client with seeking a seat on the ftx commtitee to protect interests. | 1:18 | 550.00 | 715.00 |
| 12/02/2022 | M. Augustine | BK Litigation | Calls and email exchanges regarding questionnaire | 0:42 | 485.00 | 339.50 |
| 12/07/2022 | M. Hurford | BK Retention/Fee Applications | Reviewing correspondence AMS to lead counsel; reviewing correspondence from lead counsel in response and begin review of draft application to retain Special Counsel. | 0:30 | 515.00 | 257.50 |
| 12/09/2022 | A. Saccullo | BK Litigation | Review motion of press to intervene and respond to motion to seal creditor list. | 0:42 | 550.00 | 385.00 |
| 12/10/2022 | A. Saccullo | BK Litigation | Review motion for stay relief by joint provisional liquidator and related pleadings. | 2:12 | 550.00 | 1,210.00 |
| 12/13/2022 | M. Hurford | BK Litigation | Reviewing pleadings and preparing for hearing on 12/14. | 2:36 | 515.00 | 1,339.00 |
| 12/13/2022 | A. Saccullo | BK Litigation | Review motion to dismiss case filed by jpl and related pleadings. | 3:06 | 550.00 | 1,705.00 |
| 12/14/2022 | M. Hurford | BK Litigation | Attending hearing. | 0:30 | 515.00 | 257.50 |
| 12/14/2022 | M. Hurford | BK Litigation | Drafting memorandum regarding hearing and certain pending matters and sending to AMS. | 1:36 | 515.00 | 824.00 |
| 12/15/2022 | M. Hurford | BK Retention/Fee Applications | Reviewing sample special counsel retention and being drafting retention application for AM Saccullo | 1:36 | 515.00 | 824.00 |

| Date | Timekeeper | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | Legal | | | | |
| 12/15/2022 | A. Saccullo | BK Case Administration | Review notice of appointment of creditors' committee. | 0:12 | 550.00 | 110.00 |
| 12/16/2022 | M. Hurford | BK Litigation | Attending hearing. | 0:30 | 515.00 | 257.50 |
| 12/16/2022 | A. Saccullo | BK Litigation | Review sale motion and related documents filed in the ftx cases. | 2:48 | 550.00 | 1,540.00 |
| 12/21/2022 | A. Saccullo | BK Litigation | Review motion to extend deadline to file schedlues. | 0:24 | 550.00 | 220.00 |
| 12/22/2022 | A. Saccullo | BK Litigation | Review motion to pay financial institution fees and taxes. | 1:06 | 550.00 | 605.00 |
| 12/22/2022 | A. Saccullo | BK Litigation | Review motion to reject executory contracts. | 0:36 | 550.00 | 330.00 |
| 12/22/2022 | A. Saccullo | BK Litigation | Review motion toappoint john ray as ceo. | 1:00 | 550.00 | 550.00 |
| 12/22/2022 | A. Saccullo | BK Litigation | Review motion to approve voyager settlement and related documents. | 1:36 | 550.00 | 880.00 |
| 12/23/2022 | M. Hurford | BK Retention/Fee Applications | Drafting retention application for AM Saccullo Legal | 1:12 | 515.00 | 618.00 |
| 12/23/2022 | A. Saccullo | BK Litigation | Review motion to extend the automatic stay. | 0:48 | 550.00 | 440.00 |
| 12/27/2022 | M. Hurford | BK Retention/Fee Applications | Drafting retention application for AM Saccullo Legal | 3:36 | 515.00 | 1,854.00 |
| 12/29/2022 | A. Saccullo | BK Litigation | Review adversary proceeding filed former insiders and related entities. | 3:36 | 550.00 | 1,980.00 |
| 01/02/2023 | A. Saccullo | BK Litigation | Review ad hoc us customer complaint. | 2:54 | 605.00 | 1,754.50 |
| 01/02/2023 | A. Saccullo | BK Litigation | Review reservation of rights with regard to bid procedures motion filed by foreign representative for chapter 15 debtors. | 0:48 | 605.00 | 484.00 |
| 01/02/2023 | A. Saccullo | BK Litigation | Review committee objection (.3) and debtor objection (2.4) to jpl motion for stay relief. | 2:42 | 605.00 | 1,633.50 |
| 01/02/2023 | A. Saccullo | BK Litigation | Review oust objection to motion to extend time to file schedules. | 0:24 | 605.00 | 242.00 |
| 01/04/2023 | M. Hurford | BK Retention/Fee Applications | Drafting retention application and attachments thereto. | 1:36 | 565.00 | 904.00 |
| 01/04/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to P. Loureiro with draft retention application and questions related thereto. | 0:18 | 565.00 | 169.50 |
| 01/06/2023 | A. Saccullo | BK Litigation | Review jpl response (.3) and blockfi objection (.9) to motion to extend the automatic say. | 1:12 | 605.00 | 726.00 |
| 01/06/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to D. Latona and lead counsel regarding status and retention application. | 0:06 | 565.00 | 56.50 |
| 01/09/2023 | M. Hurford | BK Litigation | Reviewing Agenda for hearing and correspondence to lead counsel at K&E regarding same. | 0:12 | 565.00 | 113.00 |
| 01/10/2023 | M. Hurford | BK Litigation | Reviewing pleadings and preparing for FTX hearing. | 2:06 | 565.00 | 1,186.50 |
| 01/11/2023 | M. Hurford | BK Litigation | Attending hearing. | 4:48 | 565.00 | 2,712.00 |
| 01/12/2023 | A. Saccullo | BK Case Administration | Prepare for and particpate in call with debtors' counsel regarding coordination of positions in ftx bankruptcy. | 0:24 | 605.00 | 242.00 |

| Date | Timekeeper | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2023 | M. Hurford | BK Litigation | Conference call with lead counsel at K&E regarding work to be completed and scope. | 0:12 | 565.00 | 113.00 |
| 01/18/2023 | M. Hurford | BK Litigation | Reviewing Agenda for hearing and preparing for same | 0:12 | 565.00 | 113.00 |
| 01/18/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing UCC's Application to retain Jeffries (.2); reviewing UCC's Application to retain YCS&T (.2); reviewing UCC's application to retain Paul Hastings (.3) | 0:42 | 565.00 | 395.50 |
| 01/18/2023 | M. Hurford | BK Litigation | Reviewing filing by various Media organizations. | 0:06 | 565.00 | 56.50 |
| 01/19/2023 | M. Hurford | BK Litigation | Reviewing certain "First Day" motions and Declarations; research and review case background for matters of potential interest to Celsius estates. | 2:24 | 565.00 | 1,356.00 |
| 01/20/2023 | M. Hurford | BK Litigation | Review and prepare for hearing. | 0:42 | 565.00 | 395.50 |
| 01/20/2023 | M. Hurford | BK Litigation | Attending hearing. | 1:42 | 565.00 | 960.50 |
| 01/20/2023 | M. Hurford | BK Litigation | Reviewing various COC's filed and related orders entered. | 0:06 | 565.00 | 56.50 |
| 01/20/2023 | M. Hurford | BK Litigation | Reviewing correspondence from AMS to Celsius lead counsel regarding conference call. | 0:06 | 565.00 | 56.50 |
| 01/21/2023 | M. Hurford | BK Litigation | Reviewing correspondence from P Loureiro regarding pending matters and call. | 0:06 | 565.00 | 56.50 |
| 01/23/2023 | M. Hurford | BK Litigation | Telephone calls with AMS regarding status and preparations for call with lead counsel | 0:30 | 565.00 | 282.50 |
| 01/23/2023 | M. Hurford | BK Retention/Fee Applications | Review and working on AMSL retention application. | 1:24 | 565.00 | 791.00 |
| 01/24/2023 | A. Saccullo | BK Litigation | Prepare for and participate in call with K&E regarding status of FTX case and possible claims | 0:30 | 605.00 | 302.50 |
| 01/24/2023 | M. Hurford | BK Litigation | Preparing for conference call with Celsius lead counsel regarding status and path forward. | 0:18 | 565.00 | 169.50 |
| 01/24/2023 | M. Hurford | BK Litigation | Participating in conference call with Celsius lead counsel. | 0:12 | 565.00 | 113.00 |
| 01/24/2023 | M. Hurford | BK Litigation | Telephone call with AMS regarding work to be performed. | 0:06 | 565.00 | 56.50 |
| 01/25/2023 | A. Saccullo | BK Litigation | Review committee's objection to motion to appoint examiner | 1:24 | 605.00 | 847.00 |
| 01/25/2023 | A. Saccullo | BK Litigation | Review JPL objection to motion to appoint examiner | 0:42 | 605.00 | 423.50 |
| 01/25/2023 | M. Hurford | BK Asset Analysis & Recovery | Reviewing Debtors' Motion for turnover of assets held by Interactive Brokers | 0:24 | 565.00 | 226.00 |
| 01/25/2023 | M. Hurford | BK Litigation | Reviewing Debtors' Intent to offer witness testimony at regarding Examiner Motion. | 0:12 | 565.00 | 113.00 |
| 01/25/2023 | M. Hurford | BK Litigation | Brief review of Motion to file under seal the Confidential Investigation 2004 Motion. | 0:18 | 565.00 | 169.50 |
| 01/26/2023 | M. Hurford | BK Litigation | Brief review of Joint 2004 Motion and correspondence with T. Kovach regarding summary of same. | 0:18 | 565.00 | 169.50 |
| 01/26/2023 | M. Hurford | BK Litigation | Research and review regarding first memorandum | 1:24 | 565.00 | 791.00 |

22-10964-mg    Doc 2307    Filed 03/23/23    Entered 03/23/23 20:20:28    Main Document
Pg 14 of 16

| Date | Attorney | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | to be prepared for in-house counsel regarding FTX bankruptcy cases and status. | | | |
| 01/26/2023 | T. Kovach | BK Litigation | Review Debtor's Motion to File Under Seal | 0:36 | 565.00 | 339.00 |
| 01/27/2023 | T. Kovach | BK Litigation | Review Debtor's 2004 Motion (Not Sealed) | 1:06 | 565.00 | 621.50 |
| 01/28/2023 | M. Hurford | BK Case Administration | Reviewing Debtors' Motion to Dismiss two bankruptcy cases and related Declaration of E. Mosley. | 0:12 | 565.00 | 113.00 |
| 01/30/2023 | M. Hurford | BK Litigation | Reviewing adversary complaint filed against Voyager and HTC for $446M; discussion with AMS regarding same. | 0:30 | 565.00 | 282.50 |
| 01/30/2023 | M. Hurford | BK Litigation | Correspondence to D. Latona and lead counsel regarding complaint filed against Voyager. | 0:06 | 565.00 | 56.50 |
| 01/30/2023 | M. Hurford | BK Litigation | Reviewing correspondence from Meg Augustine regarding draft portion of memorandum. | 0:12 | 565.00 | 113.00 |
| 01/30/2023 | M. Hurford | BK Litigation | Reviewing correspondence from T. Kovach regarding information for memorandum. | 0:06 | 565.00 | 56.50 |
| 01/30/2023 | T. Kovach | BK Litigation | p.o. summary of Debtor's Motion to Seal | 0:54 | 565.00 | 508.50 |
| 01/31/2023 | M. Hurford | BK DIP/Cash Collateral | Reviewing Debtors' Interim Financial Update. | 0:18 | 565.00 | 169.50 |
| 01/31/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing correspondence from R. Roman regarding proposed revisions to AMSL retention application and begin reviewing same. | 0:24 | 565.00 | 226.00 |
| 01/31/2023 | M. Hurford | BK Retention/Fee Applications | Review and revised draft retention application for AMSL and correspondence to D. Latona and counsel regarding same. | 0:24 | 565.00 | 226.00 |
| 01/31/2023 | T. Kovach | BK Litigation | p.o. summary of Debtor's 2004 Motion | 1:42 | 565.00 | 960.50 |
| 02/02/2023 | M. Hurford | BK Litigation | Reviewing Agenda for hearing; correspondence to D. Latona regarding same; correspondence to and from AMS regarding same. | 0:18 | 565.00 | 169.50 |
| 02/02/2023 | M. Hurford | BK Litigation | Reviewing docket and certain pleadings/filings on status. | 0:18 | 565.00 | 169.50 |
| 02/02/2023 | M. Hurford | BK Litigation | Preparing for hearing. | 0:12 | 565.00 | 113.00 |
| 02/02/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing correspondence from lead counsel regarding under seal names and issues; review and response to same. | 0:24 | 565.00 | 226.00 |
| 02/02/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing correspondence from lead counsel regarding proposed revisions to retention application; correspondence regarding engagement letter. | 0:30 | 565.00 | 282.50 |
| 02/03/2023 | M. Hurford | BK Litigation | Drafting first memorandum to in-house counsel and lead counsel at Kirkland & Ellis regarding certain pending matters. | 6:12 | 565.00 | 3,503.00 |
| 02/03/2023 | M. Hurford | BK Litigation | Telephone discussion with AMS regarding draft memorandum to clients. | 0:12 | 565.00 | 113.00 |
| 02/03/2023 | M. Hurford | BK Litigation | Telephone discussion with Meg Augustine regarding draft memorandum to clients. | 0:12 | 565.00 | 113.00 |
| 02/03/2023 | M. Augustine | BK Court Hearings | Review/revise memo of pending motions for upcoming hearing. | 1:00 | 525.00 | 525.00 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/2023 | M. Hurford | BK Litigation | Reviewing Final Pretrial Order. | 0:30 | 565.00 | 282.50 |
| 02/04/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing as filed of AMSL retention application. | 0:06 | 565.00 | 56.50 |
| 02/06/2023 | M. Hurford | BK Litigation | Attending hearing on Motion to appoint Examiner. | 3:42 | 565.00 | 2,090.50 |
| 02/06/2023 | M. Hurford | BK Litigation | Telephone discussion with AMS regarding hearing on Examiner motion. | 0:18 | 565.00 | 169.50 |
| 02/06/2023 | M. Hurford | BK Litigation | Post hearing on Examiner; review of documents and notes for hearing memorandum for in-house counsel. | 0:48 | 565.00 | 452.00 |
| 02/06/2023 | M. Hurford | BK Litigation | Drafting correspondence to D. Latona and K&E counsel regarding hearing on Examiner Motion. | 0:24 | 565.00 | 226.00 |
| 02/06/2023 | M. Hurford | BK Litigation | Review of certain portions of Examiner Report. | 2:36 | 565.00 | 1,469.00 |
| 02/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing various filings regarding Committee professionals. | 0:24 | 565.00 | 226.00 |
| 02/07/2023 | M. Hurford | BK Asset Disposition | Reviewing redacted filing and motion to file under seal regarding form stock purchase agreement scheduled regarding sale of Embed business. | 0:12 | 565.00 | 113.00 |
| 02/07/2023 | M. Hurford | BK Litigation | Continue reviewing Examiner's Report. | 1:36 | 565.00 | 904.00 |
| 02/07/2023 | M. Hurford | BK Litigation | Telephone discussion with AMS regarding hearing on Examiner Motion. | 0:12 | 565.00 | 113.00 |
| 02/08/2023 | M. Hurford | BK Case Administration | Reviewing numerous filings/declarations for ordinary course professionals. | 0:18 | 565.00 | 169.50 |
| 02/08/2023 | M. Hurford | BK Litigation | Reviewing correspondence from D. Latona regarding hearing on Fee Examiner motion. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Asset Disposition | Reviewing notice regarding bid extension deadline for Embed business. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Litigation | Reviewing correspondence regarding hearing canceled and amended agenda confirming same. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Litigation | Reviewing order entered on 2004 Examination. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Litigation | Reviewing order entered on 2004 Confidential Examination. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing supplemental declaration of Alex Van Voorhees in support of YCS&T retention application; reviewing supplemental declaration of. M. Lunn regarding same. | 0:12 | 565.00 | 113.00 |
| 02/09/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing UST's objection to Committee's application to retain FTI as financial advisor. | 0:24 | 565.00 | 226.00 |
| 02/09/2023 | M. Hurford | BK Litigation | Drafting correspondence to D. Latona and K&E team regarding hearing in FTX on UST's Motion to appoint examiner. | 0:12 | 565.00 | 113.00 |
| 02/10/2023 | M. Hurford | BK Litigation | Reviewing main docket and adversaries to draft Memorandum to in-house counsel and lead counsel at Kirkland & Ellis. | 3:48 | 565.00 | 2,147.00 |
| 02/10/2023 | M. Augustine | BK Litigation | Review and comment on memo regarding case. | 0:48 | 525.00 | 420.00 |
| 02/13/2023 | M. Hurford | BK Litigation | Reviewing docket and update regarding certain filings. | 0:30 | 565.00 | 282.50 |

| Date | Timekeeper | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/14/2023 | M. Hurford | BK Litigation | Discussion with Meg regarding hearing, status and attendance. | 0:12 | 565.00 | 113.00 |
| 02/14/2023 | M. Hurford | BK Litigation | Reviewing various filings on docket; case update. | 0:30 | 565.00 | 282.50 |
| 02/14/2023 | M. Hurford | BK Litigation | Reviewing notices regarding subpoenas served. | 0:06 | 565.00 | 56.50 |
| 02/14/2023 | M. Augustine | BK Court Hearings | Discuss hearing coverage with MTH and schedule telephonic appearance. | 0:12 | 525.00 | 105.00 |
| 02/15/2023 | M. Hurford | BK Litigation | Correspondence with Meg regarding hearing events. | 0:06 | 565.00 | 56.50 |
| 02/15/2023 | M. Augustine | BK Court Hearings | Attend hearing and advise Mark of outcome. | 1:18 | 525.00 | 682.50 |
| 02/17/2023 | M. Hurford | BK Litigation | Reviewing two notice of service of subpoenas | 0:06 | 565.00 | 56.50 |
| 02/17/2023 | M. Hurford | BK Case Administration | Reviewing Debtors' Motion to extend time to file a complaint to determine dischargeability of debts. | 0:12 | 565.00 | 113.00 |
| 02/17/2023 | M. Hurford | BK Litigation | Reviewing various pleadings and drafting memorandum for in-house counsel and lead counsel at Kirkland & Ellis. | 3:24 | 565.00 | 1,921.00 |
| 02/17/2023 | M. Augustine | BK Court Hearings | Update FTX hearing memo and forward to MTH. | 0:42 | 525.00 | 367.50 |
| 02/24/2023 | M. Hurford | BK Litigation | Drafting weekly memorandum for in-house counsel regarding certain pending matters. | 2:48 | 565.00 | 1,582.00 |
| 02/25/2023 | M. Hurford | BK Litigation | Reviewing correspondence form D. Latona regarding weekly memoranda. | 0:06 | 565.00 | 56.50 |
| 02/27/2023 | M. Hurford | BK Litigation | Reviewing order entered on Voyager motion to shorten and reviewing notice of hearing on same. | 0:06 | 565.00 | 56.50 |
| 02/27/2023 | M. Hurford | BK Litigation | Reviewing notice of withdrawal of motion to dismiss bankruptcy case. | 0:06 | 565.00 | 56.50 |
| 02/27/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing order entered granting retention of AMSL. | 0:06 | 565.00 | 56.50 |
| 02/27/2023 | M. Hurford | BK Litigation | Reviewing Debtors' 9019 Motion regarding Voyager Debtors and related stipulation. | 0:30 | 565.00 | 282.50 |
| 02/27/2023 | M. Hurford | BK Litigation | Reviewing notice regarding responses and objections of S. Bankman-Fried to Rule 2004 Examination. | 0:06 | 565.00 | 56.50 |
| 02/28/2023 | M. Hurford | BK Case Administration | Reviewing Second Interim Financial Update filed by Debtors. | 0:12 | 565.00 | 113.00 |
| 02/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing various CNO's filed by Debtors. | 0:12 | 565.00 | 113.00 |

Retention Date to February 2023 Legal Services and Expenses    BALANCE DUE    **$63,845.00**