**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Monthly Operating Report re Case No. 22-11643** (Docket No. 8)

- **Monthly Operating Report re Case No. 22-11644** (Docket No. 8)

- **Monthly Operating Report re Case No. 22-11645** (Docket No. 8)

- **Monthly Operating Report re Case No. 22-10967** (Docket No. 12)

- **Monthly Operating Report re Case No. 22-10968** (Docket No. 12)

- **Monthly Operating Report re Case No. 22-11669** (Docket No. 12)

- **Monthly Operating Report re Case No. 22-11670** (Docket No. 12)

- **Monthly Operating Report re Case No. 22-11671** (Docket No. 12)

- **Monthly Operating Report re Case No. 22-10965** (Docket No. 13)

- **Monthly Operating Report re Case No. 22-10967** (Docket No. 13)

- **Monthly Operating Report re Case No. 22-10966** (Docket No. 14)

- **Monthly Operating Report re Case No. 22-10967** (Docket No. 14)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

- **Notice of Filing of Corrected January Monthly Operating Reports** (Docket No. 2294)

- **Monthly Operating Report re Case No. 22-10964** (Docket No. 2295)

- **Reply in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief** (Docket No. 2297)

- **Notice of Filing of Revised Proposed Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief** (Docket No. 2301)

- **Amended Agenda for Hearing to Be Held March 23, 2023, at 11:00 A.M. (Prevailing Eastern Time)** (Docket No. 2303)

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Reply in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief** (Docket No. 2297)

Furthermore, on March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Notice of Filing of Revised Proposed Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief** (Docket No. 2301)

Dated: March 23, 2023

_Janira N. Sanabria_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Florida,
County of Santa Rosa

Subscribed and sworn to (or affirmed) before me on this 23rd day of March 2023, by Janira N. Sanabria, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Tessannah L. Fulton_



TESSANNA L. FULTON
MY COMMISSION # HH 198656
EXPIRES: November 15, 2025
Bonded Thru Notary Public Underwriters

# **Exhibit A**



# Exhibit A
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| AD HOC GROUP CUSTODIAL ACCT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ONE PENN PLAZA SUITE 3335 | ATTN: KYLE ORTIZ & BRYAN KOTLIAR | NEW YORK | NY | 10119 | |
| ADHOC GROUP WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDER | 4000 TOWN CENTER SUITE 1800 | ATTN: DEBORAH KOVSKY-APAP | SOUTHFIELD | MI | 48075 | |
| ADRIAN PEREZ-SIAM | C/O DUANE MORRIS LLP | 30 S. 17TH STREET | ATTN: L KOTLER & M BATES | PHILADELPHIA | PA | 19103-4196 | |
| AK OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1031 W 4TH AVE SUITE 200 | | ANCHORAGE | AK | 99501 | |
| AL OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | |
| ALAMEDA RESEARCH LLC | C/O SULLIVAN & CROMWELL LLP | 125 BROAD ST | ATTN: ANDREW G. DIETDERICH | NEW YORK | NY | 10004 | |
| ALTCOINTRADER (PTY) LTD | ATTN: LEGAL DEPARTMENT | 229 ONTDEKKERS RD HORIZON | | ROODEPOORT | | 1724 | SOUTH AFRICA |
| AMTRUST NA INC ASSOC IND INS CO INC | C/O MAURICE WUTSCHER LLP | 5 WALTER FORAN BLVD SUITE 2007 | ATTN: THOMAS R. DOMINCZYK | FLEMINGTON | NJ | 8822 | |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| AR OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 323 CENTER ST SUITE 200 | | LITTLE ROCK | AR | 72201 | |
| AZ OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004 | |
| B2C2 LTD | ATTN: LEGAL DEPT | 86-90 PAUL ST | | LONDON | | EC2A 4NE | UNITED KINGDOM |
| BAKER DOMINIC JOHN | | ON FILE | | | | | |
| BLOCKDAEMON INC. | ATTN: LEGAL DEPT | 1055 WEST 7TH STREET | | LOS ANGELES | CA | 90017 | |
| BRANDON VOSS | ATTN: STUART P. GELBERG ESQ. | 600 OLD COUNTRY ROAD SUITE 410 | | GARDEN CITY | NY | 11530 | |
| CA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | |
| CHANG RICKIE | | ON FILE | | | | | |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| CIMO MICHAEL | | ON FILE | | | | | |
| CLINT PETTY | ATTN: STUART P. GELBERG | 600 OLD COUNTRY RD SUITE 410 | | GARDEN CITY | NY | 11530 | |
| CO OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1300 BROADWAY 10TH FLOOR | RALPH L. CARR JUDICIAL BUILDING | DENVER | CO | 80203 | |
| COMMONWEALTH OF PA DEPT OF REVENUE | C/O PA OFFICE OF ATTORNEY GENERAL | 15TH FLOOR STRAWBERRY SQUARE | MELISSA L VAN ECK CHIEF DEPUTY AG | HARRISBURG | PA | 17120 | |
| CONFIDENTIAL CREDITOR | | ON FILE | | | | | |
| CORE SCIENTIFIC INC. | C/O WEIL GOTSHAL & MANGES LLP | 767 FIFTH AVE | ATTN: SCHROCK LENDER & BERKOVICH | NEW YORK | NY | 10153 | |
| COVARIO AG | ATTN: LEGAL DEPARTMENT | LANDYS GYR STRASSE 1 | | ZUG | | 6300 | SWITZERLAND |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | 333 SE 2ND AVE SUITE 4500 | ATTN: GREGG STEINMAN | MIAMI | FL | 33131-2184 | |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ONE VANDERBILT AVE | ATTN: DARREN AZMAN | NEW YORK | NY | 10017-3852 | |
| CRYPTO10 SP -SEGREGATED PORTFOLIO | ATTN: LEGAL DEPARTMENT | 1ST FLOOR ARTEMIS HOUSE 67 FORT ST | | GEORGE TOWN | | KY1-1102 | CAYMAN ISLANDS |
| CT OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 165 CAPITOL AVE | | HARTFORD | CT | 6106 | |
| DC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 400 6TH STREET NW | | WASHINGTON | DC | 20001 | |
| DEFERRED 1031 EXCHANGE LLC | ATTN: LEGAL DEPARTMENT | LAKELAND AVE. | | DOVER | DE | 19901 | |
| DEKKER CARLOS C | | ON FILE | | | | | |
| DELAWARE DEPARTMENT OF JUSTICE | ATTN: LEGAL DEPARTMENT | 820 N FRENCH ST | CARVEL STATE OFFICE BUILDING | WILMINGTON | DE | 19801 | |
| DENTZEL ZARYN | | ON FILE | | | | | |
| DIANA THANT & NATAKOM CHULAMORKODT | C/O MEYER SUOZZI ENGLISH & KLEIN | 1350 BROADWAY SUITE 1420 | ATTN: EDWARD LOBELLO & JORDAN WEISS | NEW YORK | NY | 10018 | |
| DIFIORE THOMAS ALBERT | | ON FILE | | | | | |
| DIXON SIMON | | ON FILE | | | | | |
| DOIT INTERNATIONAL | ATTN: LEGAL DEPARTMENT | DAVID ELAZAR 12 | | TEL AVIV | | | ISRAEL |
| DOWNS BRADLEY JAMES | | ON FILE | | | | | |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | 1301 AVENUE OF THE AMERICAS 42ND FL | ATTN: JEFFREY GLEIT & ALLISON WEISS | NEW YORK | NY | 10019 | |
| ELIE SIMON | | ON FILE | | | | | |
| ELIE SIMON | | ON FILE | | | | | |
| EMIL PILACIK & EMCO TECHNOLOGY | ATTN: WILLIAM D. SCHROEDER JR. | 920 LENMAR DR | | BLUE BELL | PA | 19422 | |
| ERAN TROMER | | ON FILE | | | | | |
| ERAN TROMER | | ON FILE | | | | | |
| FARR NICHOLAS | | ON FILE | | | | | |
| FEDERAL TRADE COMMISSION | ATTN: K. JOHNSON & K. AIZPURU | 600 PENNSYLVANIA AVE NW | MAIL STOP CC-9528 | WASHINGTON | DC | 2058 | |
| FEE EXAMINER CHRISTOPHER S. SONTCHI | C/O GODFREY & KAHN S.C. | ONE EAST MAIN STREET SUITE 500 | ATTN: KATHERINE STADLER | MADISON | WI | 53703 | |
| G. E. EHRLICH (1995) LTD. | ATTN: LEGAL DEPT | THE ROGOVIN-TIDHAR TOWER 15TH FLOOR | 11 MENACHEM BEGIN ROAD | RAMAT-GAN | | 5268104 | ISRAEL |
| GA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 40 CAPITOL SQ SW | | ATLANTA | GA | 30334 | |
| GALAXY DIGITAL TRADING LLC | C/O ORRICK HERRINGTON & SUTCLIFFE | 51 W 52ND ST | ATTN: RANIERO D'AVERSA | NEW YORK | NY | 10019-6142 | |
| GUBERMAN CONSULTING | ATTN: LEGAL DEPT | 12 YAD HARUTZIM RD | | TEL- AVIV | | | ISRAEL |
| HI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 425 QUEEN ST | | HONOLULU | HI | 96813 | |
| ICB SOLUTIONS | | ON FILE | | | | | |
| ID OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 700 W JEFFERSON ST STE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| IGNAT TUGANOV | C/O VENABLE LLP | 1270 AVE OF THE AMERICAS 24TH FLOOR | ATTN: SABIN LEVY & PELED | NEW YORK | NY | 10020 | |
| IGNAT TUGANOV | C/O VENABLE LLP | 600 MASSACHUSETTS AVE NW | ATTN: ANDREW J. CURRIE | WASHINGTON | DC | 20001 | |
| IL OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 100 W RANDOLPH ST | JAMES R. THOMPSON CENTER | CHICAGO | IL | 60601 | |
| ILLUMITI CORP SYNTAX SYSTEMS USA LP | C/O SILLS CUMMIS & GROSS PC | ONE RIVERFRONT PLAZA | ATTN: GREGORY A. KOPACZ | NEWARK | NJ | 7102 | |
| IN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 302 W WASHINGTON ST 5TH FLOOR | INDIANA GOVERNMENT CENTER SOUTH | INDIANAPOLIS | IN | 46204 | |
| INTERNAL REVENUE SERVICE | ATTN: LEGAL DEPARTMENT | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| INVICTUS CAPITAL FINANCIAL TECH | ATTN: LEGAL DEPARTMENT | 67 FORT ST | | GRAND CAYMAN | | KY1-1102 | CAYMAN ISLANDS |
| IOWA OFFICE OF THE ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1305 E WALNUT ST | HOOVER STATE OFFICE BUILDING | DES MOINES | IA | 50319 | |
| ISRAEL INNOVATION AUTHORITY | ATTN: LEGAL DEPT | HA'POEL 2 TECH PARK | DERECH AGUDAT SPORT | JERUSALEM | | 95102 | ISRAEL |
| JASON STONE AND KEYFI INC. | C/O FREEDMAN NORMAND FRIEDLAND LLP | 1 SE 3RD AVE SUITE 1240 | ATTN: VEL (DEVIN) FREEDMAN | MIAMI | FL | 33131 | |
| JASON STONE AND KEYFI INC. | C/O KYLE ROCHE P.A. | 260 MADISON AVE 8TH FLOOR | ATTN: KYLE W. ROCHE | NEW YORK | NY | 10016 | |
| JEFFRIES DAVID | | ON FILE | | | | | |
| JOHN DZARAN | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| JOHN MARCHIONI | C/O BLANK ROME LLP | 1271 AVENUE OF THE AMERICAS | ATTN: EVAN J. ZUCKER | NEW YORK | NY | 10020 | |
| JONATHAN JERRY SHROYER | C/O HOPKINS & CARLEY ALC | 70 S FIRST ST | ATTN: MONIQUE D. JEWETT-BREWSTER | SAN JOSE | CA | 95113 | |
| JYOTI SUKHNANI | ATTN: STUART P. GELBERG ESQ. | 600 OLD COUNTRY RD SUITE 410 | | GARDEN CITY | NY | 11530 | |



# Exhibit A

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| KEITH SUCKNO | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| KOHJI HIROKADO | | ON FILE | | | | | |
| KOST FORER GABBAY & KASIERER EY GLO | ATTN: LEGAL DEPARTMENT | 144 MENACHEM BEGIN RD, 6492102, | | TEL AVIV | | | ISRAEL |
| KS OFFICE OF ATTORNEY GENERAL | ATTN: DEREK SCHMIDT | 120 SW 10TH AVE 2ND FLOOR | | TOPEKA | KS | 66612 | |
| KY OFFICE OF ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE SUITE 118 | | FRANKFORT | KY | 40601 | |
| KYLE FARMERY | ATTN: STUART P. GELBERG  ESQ. | 600 OLD COUNTRY ROAD SUITE 410 | | GARDEN CITY | NY | 11530 | |
| LA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 300 CAPITAL DR | | BATON ROUGE | LA | 70802 | |
| LISA T. VICKERS | C/O BERLINER & PILSON ESQS | 40 CUTTERMILL RD SUITE 308 | ATTN: RICHARD J. PILSON | GREAT NECK | NY | 11021 | |
| LYLLOFF SANDER | | ON FILE | | | | | |
| MA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1 ASHBURTON PLACE 20TH FLOOR | | BOSTON | MA | 2108 | |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | 1339 CHESTNUT STREET SUITE 500 | ATTN: JS CIANCIULLI & MP BROADHURST | PHILADELPHIA | PA | 19107 | |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | 667 MADISON AVENUE 5TH FLOOR | ATTN: BONNIE R. GOLUB | NEW YORK | NY | 10065 | |
| MCCLINTOCK MICHAEL | | ON FILE | | | | | |
| MCMULLEN BRIAN | | ON FILE | | | | | |
| MD OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202 | |
| ME OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 4333 | |
| MI DEPARTMENT OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 525 W OTTAWA ST | | LANSING | MI | 48906 | |
| MICHAEL CIMO | | ON FILE | | | | | |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: JUANDISHA HARRIS | 3030 W GRAND BLVD SUITE 10-200 | CADILLAC PLACE BUILDING | DETROIT | MI | 48202 | |
| MN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 445 MINNESOTA ST SUITE 1400 | | ST. PAUL | MN | 55101 | |
| MO OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 207 W HIGH ST | SUPREME COURT BUILDING | JEFFERSON CITY | MO | 65101 | |
| MONIKA KOSA | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| MS OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 550 HIGH ST PO BOX 220 | WALTER SILLERS BUILDING | JACKSON | MS | 39201 | |
| MT  OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 215 N SANDERS PO BOX 201401 | JUSTICE BUILDING 3RD FLOOR | HELENA | MT | 59602 | |
| MURPHY JR THOMAS PATRICK | | ON FILE | | | | | |
| NC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 114 W EDENTON ST | | RALEIGH | NC | 27603 | |
| ND OFFICE OF ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE DEPT. 125 | | BISMARCK | ND | 58505 | |
| NE OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 2115 STATE CAPITOL | | LINCOLN | NE | 68509 | |
| NEOT AVIV | | ON FILE | | | | | |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY DEUTSCH MULVANEY | 570 BROAD ST | ATTN: JEFFREY BERNSTEIN | NEWARK | NJ | 7102 | |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY DEUTSCH MULVANEY CARPEN | 225 LIBERTY ST 36TH FLOOR | ATTN: NICOLE LEONARD | NEW YORK | NY | 10281 | |
| NEW JERSEY BUREAU OF SECURITIES | MCELROY DEUTSCH MULVANEY CARPENTER | 1300 MT. KEMBLE AVENUE PO BOX 2075 | ATTN: VIRGINIA T. SHEA | MORRISTOWN | NJ | 07962-2075 | |
| NEW SPANISH RIDGE LLC ET AL. | C/O LEVIN EPSTEIN & ASSOCIATES PC | 60 E 42ND ST SUITE 4700 | ATTN: JOSHUA D. LEVIN-EPSTEIN | NEW YORK | NY | 10165 | |
| NEW SPANISH RIDGE MRK SP R PREH SPR | C/O FISHERBROYLES  LLP | 945 EAST PACES FERRY RD NE STE 2000 | ATTN: THOMAS R. WALKER | ATLANTA | GA | 30326 | |
| NEW SPANISH RIDGE MRK SP R PREH SPR | C/O FISHERBROYLES  LLP | CSC STATION 112 SOUTH FRENCH STREET | ATTN: CARL D. NEFF | WILMINGTON | DE | 19801 | |
| NH OFFICE OF ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | CONCORD | NH | 3301 | |
| NHAT VAN MEYER | C/O MEYER SUOZZI ENGLISH & KLEIN | 1350 BROADWAY SUITE 1420 | ATTN: EDWARD LOBELLO & JORDAN WEISS | NEW YORK | NY | 10018 | |
| NIKI GA MANAGEMENT MAINTENANCE LTD | ATTN: LEGAL DEPARTMENT | 23 BAR KOCHVA | | BNEI BRAK | | 5126002 | ISRAEL |
| NJ OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 25 MARKET ST 8TH FL WEST WING BOX80 | RICHARD J. HUGHES JUSTICE COMPLEX | TRENTON | NJ | 8611 | |
| NM OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 408 GALISTEO ST | VILLAGRA BUILDING | SANTA FE | NM | 87501 | |
| NOL MYER | C/O MEYER SUOZZI ENGLISH & KLEIN | 1350 BROADWAY SUITE 1420 | ATTN: EDWARD LOBELLO & JORDAN WEISS | NEW YORK | NY | 10018 | |
| NV OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 100 N CARSON ST | OLD SUPREME COURT BUILDING | CARSON CITY | NV | 89701 | |
| NY OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | THE CAPITOL 2ND FLOOR | | ALBANY | NY | 12224 | |
| OFFICE OF US TRUSTEE FOR THE SDNY | ATTN: SHARA CORNELL | 1 BOWLING GRN STE 534 | | NEW YORK | NY | 10004-1459 | |
| OHIO OFFICE OF THE ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 30 E BROAD ST 14TH FLOOR | STATE OFFICE TOWER | COLUMBUS | OH | 43215 | |
| OK OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 313 NE 21ST ST | | OKLAHOMA CITY | OK | 73105 | |
| OR OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1162 COURT ST NE | | SALEM | OR | 97301-4096 | |
| ORACLE AMERICA INC. | C/O BUCHALTER A PROFESSIONAL CORP | 425 MARKET ST SUITE 2900 | ATTN: SHAWN M. CHRISTIANSON | SAN FRANCISCO | CA | 94105-3493 | |
| PA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | STRAWBERRY SQUARE 16TH FL | | HARRISBURG | PA | 17120 | |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH LLP | 825 EIGHTH AVE 31ST FLOOR | ATTN: DAVID J. ADLER | NEW YORK | NY | 10019 | |
| PARK SEONG | | ON FILE | | | | | |
| PERRY BRETT ALAN | | ON FILE | | | | | |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | 184 GRAND AVE | ATTN: HANNON & NORGAARD | ENGLEWOOD | NJ | 7631 | |
| PHAROS USD FUND SP | ATTN: LEGAL DEPARTMENT | LANDMARK SQ 1ST FL 64 EARTH CLOSE | | GRAND CAYMAN | | KY-1107 | CAYMAN ISLANDS |
| PROPOSED LEAD PLAINTIFFS | C/O LOWENSTEIN SANDLER LLP | 1251 AVE OF THE AMERICAS 17TH FLOOR | ATTN: PHILLIP KHEZRI | NEW YORK | NY | 10020 | |
| PROPOSED LEAD PLAINTIFFS | C/O LOWENSTEIN SANDLER LLP | ONE LOWENSTEIN DRIVE | ATTN: M. ETKIN & A. BEHLMANN | ROSELAND | NJ | 7068 | |
| RESOURCES CONNECTION LLC | C/O FORTIS LLP | 650 TOWN CENTER DR SUITE 1530 | ATTN: PAUL R. SHANKMAN | COSTA MESA | CA | 92626 | |
| RH MONTGOMERY PROPERTIES INC. | C/O WALLER LANSDEN DORTCH & DAVIS | 100 CONGRESS AVE 18TH FLOOR | ATTN: MORRIS D. WEISS | AUSTIN | TX | 78704 | |
| RH MONTGOMERY PROPERTIES INC. | C/O WALLER LANSDEN DORTCH & DAVIS | 511 UNION ST SUITE 2700 | ATTN: TYLER N. LAYNE | NASHVILLE | TN | 37219 | |
| RI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 150 S MAIN ST | | PROVIDENCE | RI | 2903 | |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | 1251 SIXTH AVE 21ST FLOOR | | NEW YORK | NY | 10020 | |
| SAP AMERICA INC. | C/O BROWN & CONNERY LLP | 6 N BROAD ST SUITE 100 | ATTN: JULIE F. MONTGOMERY | WOODBURY | NJ | 8096 | |
| SC OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1000 ASSEMBLY ST ROOM 519 | REMBERT C. DENNIS BLDG | COLUMBIA | SC | 29201 | |
| SD OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1302 E HIGHWAY 14 SUITE 1 | | PIERRE | SD | 57501-8501 | |
| SDNY US ATTORNEYS OFFICE | ATTN: LEGAL DEPARTMENT | ONE ST. ANDREWS PLAZA | | NEW YORK | NY | 10007 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LEGAL DEPARTMENT | 100 F ST NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | NEW YORK | NY | 10281-1022 | |
| SHERFI YEHUDA  CONSTRUCTION | ATTN: LEGAL DEPT | DAM HAMACCABIM 11 | | MODI'IN-MACCABIM-RE'UT | | | ISRAEL |
| SHUFERSAL | ATTN: LEGAL | 30 SHMOTKIN BENYAMIN ST POB 15103 | | RISHON LE-ZION | | | ISRAEL |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 2 of 3



Exhibit A

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| SIGNATURE BANK | C/O GOETZ FITZPATRICK LLP | ONE PENN PLAZA 31ST FLOOR | ATTN: SCOTT D. SIMON | NEW YORK | NY | 10119 | |
| STEWART RUSSELL GARTH | | ON FILE | | | | | |
| STROBILUS LLC | | ON FILE | | | | | |
| SYMBOLIC CAP PTNR PROFLUENT TRADING | C/O MINTZ & GOLD LLP | 600 THIRD AVENUE 25TH FLOOR | ATTN: A. GOTTESMAN & A. SONDHI | NEW YORK | NY | 10016 | |
| TAN RICHARD | | ON FILE | | | | | |
| TAN YAN | | ON FILE | | | | | |
| TECHEN | ATTN: LEGAL DEPT | DANIEL FRISCH 3 | | TEL AVIV | | | ISRAEL |
| TEL AVIV MUNICIPALITY | ATTN: LEGAL DEPT | SHLOMO IBN GABIROL ST 69 | | TEL AVIV | | | ISRAEL |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE AG OF TX BKR & COLL DIV | PO BOX 12548 MC008 | ATTN: MILLIGAN RYAN BINFORD DESAI | AUSTIN | TX | 78711-2548 | |
| TEXAS STATE SECURITIES BOARD | ATTN: BINFORD MILLIGAN RYAN & DESAI | PO BOX 12548 MC 008 | BANKRUPTCY & COLLECTIONS DIVISION | AUSTIN | TX | 78711-2548 | |
| THE CAEN GROUP LLC | | ON FILE | | | | | |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: LIEBERMAN & SILVERMAN | 7 TIMES SQUARE | NEW YORK | NY | 10036-6569 | |
| TN DEPT OF COMMERCE & INSURANCE | C/O TN AG OFFICE BANKRUPTCY DIV | PO BOX 20207 | ATTN: MARVIN E. CLEMENTS JR. | NASHVILLE | TN | 37202-0207 | |
| TN OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | |
| TRUSSELL MARK | | ON FILE | | | | | |
| TX OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 300 W 15TH ST | | AUSTIN | TX | 78701 | |
| TYCHALSKI GEORGE | | ON FILE | | | | | |
| ULREY RENARD | WADSWORTH GARBER WARNER CONRARDY PC | 2580 W. MAIN ST | ATTN: AARON A. GARBER | LITTLETON | CO | 80120 | |
| UNSECURED CREDITORS COMMITTEE | C/O SELENDY GAY ELSBERG PLLC | 1290 AVENUE OF THE AMERICAS | ATTN: SELENDY GAY & O'BRIEN | NEW YORK | NY | 10104 | |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 111 S WACKER DR SUITE 5100 | ATTN: M. ANDOLINA & G. PESCE | CHICAGO | IL | 60606 | |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: D. TURETSKY & S. HERSHEY | NEW YORK | NY | 10020 | |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 555 S FLOWER ST SUITE 2700 | ATTN: AARON E. COLODNY | LOS ANGELES | CA | 90071 | |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | 350 N STATE ST SUITE 230 | UTAH STATE CAPITOL COMPLEX | SALT LAKE CITY | UT | 84114 | |
| VA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 202 N NINTH ST | | RICHMOND | VA | 23219 | |
| VAN LOC TRUYEN | | ON FILE | | | | | |
| VILLINGER CHRISTOPHER | | ON FILE | | | | | |
| VINCENT CAROLYN MARGARET | | ON FILE | | | | | |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES LLP | 445 PARK AVE 9TH FLOOR | ATTN: HOLLACE T. COHEN | NEW YORK | NY | 10022 | |
| VT DEPT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD | 89 MAIN ST 3RD FLOOR | | MONTPELIER | VT | 5620 | |
| VT OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 109 STATE ST | | MONTPELIER | VT | 5609 | |
| WA DEPARTMENT OF REVENUE L&I & ES | ATTN: DINA L. YUNKER | 800 FIFTH AVE SUITE 2000 | BANKRUPTCY & COLLECTIONS UNIT | SEATTLE | WA | 98104-3188 | |
| WA DEPT OF FINANCIAL INSTITUTIONS | ATTN: STEPHEN MANNING | PO BOX 40100 | | OLYMPIA | WA | 98504-4010 | |
| WA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 1125 WASHINGTON ST SE | | OLYMPIA | WA | 98501 | |
| WA OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | PO BOX 40100 | | OLYMPIA | WA | 98504-00 | |
| WI OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 17 W MAIN ST ROOM 114 EAST P | | MADISON | WI | 53702 | |
| WILCOX WAYLON J | | ON FILE | | | | | |
| WV OFFICE OF ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E BLDG 1 RM E-26 | | CHARLESTON | WV | 25305 | |
| WY OFFICE OF ATTORNEY GENERAL | ATTN: LEGAL DEPARTMENT | 109 STATE CAPITOL | | CHEYENNE | WY | 82002 | |
| XTRA MILE LTD. | ATTN: LEGAL DEPARTMENT | HATAMAR 75 | | NEVE YAMIN | | 4492000 | ISRAEL |
| YASMINE PETTY | ATTN: STUART P. GELBERG ESQ. | 600 OLD COUNTRY ROAD SUITE 410 | | GARDEN CITY | NY | 11530 | |
| YATES-WALKER JOSH OISIN | | ON FILE | | | | | |
| YHM TECHNOLOGY LTD | ATTN: LEGAL DEPT | DERECH BEGIN 132 | | TEL AVIV | | | ISRAEL |
| YOON ANDREW | | ON FILE | | | | | |
| ZIGLU LIMITED | ATTN: LEGAL DEPARTMENT | 1 POULTRY | | LONDON | | EC2R8EJ | UNITED KINGDOM |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 3 of 3

# **Exhibit B**



## Exhibit B
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | KORTIZ@TEAMTOGUT.COM; BKOTLIAR@TEAMTOGUT.COM; DPERSON@TEAMTOGUT.COM; AODEN@TEAMTOGUT.COM; AGLAUBACH@TEAMTOGUT.COM; EBLANDER@TEAMTOGUT.COM; ARODRIGUEZ@TEAMTOGUT.COM; BKOTLIAR@TEAMTOGUT.COM; GQUIST@TEAMTOGUT.COM; ASTOLP@TEAMTOGUT.COM |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM; KAY.KRESS@TROUTMAN.COM |
| ADRIAN PEREZ-SIAM | C/O DUANE MORRIS LLP | ATTN: LAWRENCE J. KOTLER & MALCOLM M. BATES | LJKOTLER@DUANEMORRIS.COM; MBATES@DUANEMORRIS.COM |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMERINTEREST@ALABAMAAG.GOV |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | DIETDERICHA@SULLCROM.COM; GLUECKSTEINB@SULLCROM.COM; BELLERB@SULLCROM.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@ALASKA.GOV |
| ALTCOINTRADER (PTY) LTD. | | | RICHARD@ALTCOINTRADER.CO.ZA |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN: THOMAS R. DOMINCZYK | TDOMINCZYK@MAURICEWUTSCHER.COM; THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AZAG.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | | OAG@ARKANSASAG.GOV |
| B2C2 LTD | | | MIDDLEOFFICE@B2C2.COM |
| BAKER, DOMINIC JOHN | | | ON FILE |
| BLOCKDAEMON INC. | | | ACCOUNTING@BLOCKDAEMON.COM |
| BRANDON VOSS | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | | XAVIER.BECERRA@DOJ.CA.GOV |
| CELSIUS NETWORK LIMITED AND CELSIUS KEYFI LLC | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JESSICA MANNON & ELIZABETH D. SCOTT | JMANNON@AKINGUMP.COM; EDSCOTT@AKINGUMP.COM |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG | JSUSSBERG@KIRKLAND.COM |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET | PATRICK.NASH@KIRKLAND.COM; ROSS.KWASTENIET@KIRKLAND.COM |
| CHANG, RICKIE | | | ON FILE |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| CIMO, MICHAEL | | | ON FILE |
| CLINT PETTY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | | CORA.REQUEST@COAG.GOV |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE | C/O PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: MELISSA L. VAN ECK CHIEF DEPUTY ATTORNEY GENERAL | MVANECK@ATTORNEYGENERAL.GOV |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@CT.GOV |
| CORE SCIENTIFIC, INC. | C/O WEIL GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, P.C., DAVID J. LENDER, & RONIT J. BERKOVICH | RAY.SCHROCK@WEIL.COM; DAVID.LENDER@WEIL.COM; RONIT.BERKOVICH@WEIL.COM |
| COVARIO AG | | | CELSIUSBANKRUPTCY@COVAR.IO; MARK.BANNER@COVAR.IO |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | DAZMAN@MWE.COM; MCO@MWE.COM; CGREER@MWE.COM |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | GSTEINMAN@MWE.COM |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | | C10_SPC@INVICTUSCAPITAL.COM; DANIEL@INVICTUSCAPITAL.COM |
| DEFERRED 1031 EXCHANGE, LLC | | | CIADONISI@DEFERRED1031.COM |
| DEKKER, CARLOS C | | | ON FILE |
| DELAWARE DEPARTMENT OF JUSTICE | | | ATTORNEY.GENERAL@STATE.DE.US; ATTORNEY.GENERAL@DELAWARE.GOV |
| DENTZEL, ZARYN | | | ON FILE |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O MEYER, SUOZZI, ENGLISH & KLEIN, PC | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |
| DIFIORE, THOMAS ALBERT | | | ON FILE |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | | OAG@DC.GOV |
| DIXON, SIMON | | | ON FILE |
| DOWNS, BRADLEY JAMES | | | ON FILE |



## Exhibit B
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS | JEFFREY.GLEIT@AFSLAW.COM; ALLISON.WEISS@AFSLAW.COM; LISA.INDELICATO@AFSLAW.COM; ALYSSA.FIORENTINO@AFSLAW.COM |
| ELIE SIMON | | | ON FILE |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | | SCHROEDER@JRLAW.ORG; HEALEY@JRLAW.ORG |
| ERAN TROMER | | | ON FILE |
| FARR, NICHOLAS | | | ON FILE |
| FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON & KATHERINE AIZPURU | | KJOHNSON3@FTC.GOV; KAIZPURU@FTC.GOV |
| FEE EXAMINER, CHRISTOPHER S. SONTCHI | C/O GODFREY & KAHN, S.C. | ATTN: KATHERINE STADLER | KSTADLER@GKLAW.COM |
| FEINTISCH, ADAM MICHAEL | | | ON FILE |
| FITE, JACOB BENJAMIN | | | ON FILE |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| G. E. EHRLICH (1995) LTD. | | | INFO@IPATENT.CO.IL |
| GALAXY DIGITAL TRADING LLC | C/O ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA, JR., ESQ. | OHSCELSIUSNOTICE@ORRICK.COM |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | | BROSSZER@LAW.GA.GOV |
| GUBERMAN CONSULTING | | | INFO@GUBERMAN.CO.IL |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | | ATG.CED@HAWAII.GOV |
| ICB SOLUTIONS | | | ON FILE |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: ANDREW J. CURRIE | AJCURRIE@VENABLE.COM |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL WEINER LEVY, & ARIE PELED | JSSABIN@VENABLE.COM; CWEINERLEVY@VENABLE.COM; APELED@VENABLE.COM |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | | INFO@LISAMADIGAN.ORG |
| ILLUMITI CORP A/K/A SYNTAX SYSTEMS USA LP | C/O SILLS CUMMIS & GROSS PC | ATTN: GREGORY A. KOPACZ | GKOPACZ@SILLSCUMMIS.COM |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | | C20_SPC@INVICTUSCAPITAL.COM; DANIEL@INVICTUSCAPITAL.COM |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AG.IOWA.GOV |
| ISRAEL INNOVATION AUTHORITY | | | CONTACTUS@INNOVATIONISRAEL.ORG.IL |
| JASON STONE AND KEYFI INC. | C/O FREEDMAN NORMAND FRIEDLAND LLP | ATTN: VEL (DEVIN) FREEDMAN | VEL@FNF.LAW |
| JASON STONE AND KEYFI INC. | C/O KYLE ROCHE P.A. | ATTN: KYLE W. ROCHE, ESQ. | KYLE@KYLEROCHE.LAW |
| JEFFRIES, DAVID | | | ON FILE |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN: EVAN J. ZUCKER | EVAN.ZUCKER@BLANKROME.COM; EDOCKETING@BLANKROME.COM |
| JONATHAN JERRY SHROYER | C/O HOPKINS & CARLEY, ALC | ATTN: MONIQUE D. JEWETT-BREWSTER | MJB@HOPKINSCARLEY.COM; EAMARO@HOPKINSCARLEY.COM |
| JYOTI SUKHNANI | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | | DEREK.SCHMIDT@AG.KS.GOV |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| KIBLER-MELBY, CORT | | | ON FILE |
| KIESER, GREGORY ALLEN | | | ON FILE |
| KOHJI, HIROKADO | | | ON FILE |
| KYLE FARMERY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | | ADMININFO@AG.STATE.LA.US |
| LYLLOFF, SANDER | | | ON FILE |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@MAINE.GOV |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | | OAG@OAG.STATE.MD.US |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: BONNIE R. GOLUB | BGOLUB@WGPLLP.COM |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: JEFFREY S. CIANCIULLI & MICHAEL P. BROADHURST | JCIANCIULLI@WGPLLP.COM; MBROADHURST@WGPLLP.COM |
| MCCLINTOCK, MICHAEL | | | ON FILE |
| MCMULLEN, BRIAN | | | ON FILE |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: JUANDISHA HARRIS | | HARRISJ12@MICHIGAN.GOV |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER.HELP@AGO.MO.GOV |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | | CONTACTDOJ@MT.GOV |
| MOVILEI HOVALOT | | | ON FILE |
| MURPHY, JR, THOMAS PATRICK | | | ON FILE |
| NEOT AVIV | | | ON FILE |



## Exhibit B
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN, ESQ. | JBERNSTEIN@MDMC-LAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD, ESQ. | NLEONARD@MDMC-LAW.COM; SSHIDNER@MDMC-LAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: VIRGINIA T. SHEA | VSHEA@MDMC-LAW.COM |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | | HBALDERAS@NMAG.GOV |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ. | JOSHUA@LEVINEPSTEIN.COM |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O FISHERBROYLES, LLP | ATTN: CARL D. NEFF | CARL.NEFF@FISHERBROYLES.COM |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O FISHERBROYLES, LLP | ATTN: THOMAS R. WALKER | THOMAS.WALKER@FISHERBROYLES.COM |
| NHAT VAN MEYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |
| NIKI GA MANAGEMENT AND MAINTENANCE LTD | | | INFO@NIKI-NIKAYON.COM |
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV; SHARA.CORNELL@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY | DAVID.TURETSKY@WHITECASE.COM; SAM.HERSHEY@WHITECASE.COM; MCOSBNY@WHITECASE.COM; JDISANTI@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM; GREGORY.PESCE@WHITECASE.COM; JDISANTI@WHITECASE.COM; MCO@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | ON FILE |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O SELENDY GAY ELSBERG PLLC | ATTN: JENNIFER M. SELENDY, ESQ., FAITH E. GAY, ESQ., & CLAIRE O'BRIEN, ESQ. | JSELENDY@SELENDYGAY.COM; FGAY@SELENDYGAY.COM; COBRIEN@SELENDYGAY.COM |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | | QUESTIONS@OAG.OK.GOV |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | SCHRISTIANSON@BUCHALTER.COM |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | | ELLEN.ROSENBLUM@DOJ.STATE.OR.US; ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| PARK, SEONG | | | ON FILE |
| PERRY, BRETT ALAN | | | ON FILE |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. | BHANNON@NORGAARDFIRM.COM; MNORGAARD@NORGAARDFIRM.COM; CROSE@NORGAARDFIRM.COM; KCIMMINO@NORGAARDFIRM.COM; CROSE@NORGAARDFIRM.COM |
| PETERSON, STEPHEN PAUL | | | ON FILE |
| PHAROS USD FUND SP & PHAROS FUND SP | | | ADMIN@LANTERNVENTURES.COM |
| RAJ, RAFAEL | | | ON FILE |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | C/O FORTIS LLP | ATTN: PAUL R. SHANKMAN | PSHANKMAN@FORTISLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS | MORRIS.WEISS@WALLERLAW.COM; SHERRI.SAVALA@WALLERLAW.COM; ANNMARIE.JEZISEK@WALLERLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE | TYLER.LAYNE@WALLERLAW.COM; CHRIS.CRONK@WALLERLAW.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | | AG@RIAG.RI.GOV |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | | ELAINEHUCKABEE@DWT.COM; SEADOCKET@DWT.COM |
| SAENZ, JESUS ARMANDO | | | ON FILE |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | C/O BROWN & CONNERY LLP | ATTN: JULIE F. MONTGOMERY, ESQ. | JMONTGOMERY@BROWNCONNERY.COM |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SIGNATURE BANK | C/O GOETZ FITZPATRICK LLP | ATTN: SCOTT D. SIMON, ESQ. | SSIMON@GOETZFITZ.COM |



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| STATES OF ALABAMA, ARKANSAS, DISTRICT OF COLUMBIA, HAWAII, IDAHO, MAINE, NEW YORK, NORTH DAKOTA, OKLAHOMA AND SOUTH CAROLINA, AND THE CALIFORNIA DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION ("DFPI") | C/O NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY, BANKRUPTCY COUNSEL | KCORDRY@NAAG.ORG |
| STEWART, RUSSELL GARTH | | | ON FILE |
| STROBILUS LLC | | | ON FILE |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | C/O MINTZ & GOLD LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. & AMIT SONDHI, ESQ. | GOTTESMAN@MINTZANDGOLD.COM; SONDHI@MINTZANDGOLD.COM |
| TAIAROA, KERI DAVID | | | ON FILE |
| TAN, RICHARD | | | ON FILE |
| TAN, YAN | | | ON FILE |
| TEL AVIV MUNICIPALITY | | | REINACH_J@MAIL.TEL-AVIV.GOV.IL |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | AGBANKNEWYORK@AG.TN.GOV |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD, ROMA N. DESAI, ASSISTANT ATTORNEYS GENERAL | LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV; ROMA.DESAI@OAG.TEXAS.GOV |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV; ROMA.DESAI@OAG.TEXAS.GOV |
| THE CAEN GROUP LLC | | | ON FILE |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | SLIEBERMAN@PRYORCASHMAN.COM; MSILVERMAN@PRYORCASHMAN.COM |
| TRUSSELL, MARK | | | ON FILE |
| TYCHALSKI, GEORGE | | | ON FILE |
| ULREY, RENARD | C/O WADSWORTH, GARBER, WARNER & CONRARDY, P.C. | ATTN: AARON A. GARBER | AGARBER@WGWC-LAW.COM |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | | UAG@UTAH.GOV |
| VAN, LOC TRUYEN | | | ON FILE |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. | | JENNIFER.ROOD@VERMONT.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | | AGO.INFO@VERMONT.GOV |
| VICKERS, LISA T. | C/O BERLINER & PILSON, ESQS | ATTN: RICHARD J. PILSON, ESQ | RPILSON@BERLINERPILSON.COM |
| VILLINGER, CHRISTOPHER | | | ON FILE |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES, LLP | ATTN: HOLLACE T. COHEN, ESQ. | HOLLACE.COHEN@FISHERBROYLES.COM |
| VINCENT, CAROLYN MARGARET | | | ON FILE |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | | MAIL@OAG.STATE.VA.US |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS UNIT | DINA.YUNKER@ATG.WA.GOV; BCUYUNKER@ATG.WA.GOV |
| WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | ATTN: STEPHEN MANNING | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | STEPHEN.MANNING@ATG.WA.GOV; BCUYUNKER@ATG.WA.GOV |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | CONSUMER@WVAGO.GOV |
| WEXLER, KEVIN JAY | | | ON FILE |
| WILCOX, WAYLON J | | | ON FILE |
| WRIGHT, CHRISTOPHER | | | ON FILE |
| XTRA MILE LTD. | | | INFO@XTRA-MILE.CO |
| YASMINE PETTY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| YATES-WALKER, JOSH OISIN | | | ON FILE |
| YHM TECHNOLOGY LTD | | | OFFICE@YHMTECH.CO.IL |
| YOON, ANDREW | | | ON FILE |
| ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL MAZZOTTA | C/O LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ESQ. & ANDREW BEHLMANN, ESQ. | METKIN@LOWENSTEIN.COM; ABEHLMANN@LOWENSTEIN.COM |
| ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL MAZZOTTA | C/O LOWENSTEIN SANDLER LLP | ATTN: PHILLIP KHEZRI, ESQ. | PKHEZRI@LOWENSTEIN.COM |
| ZIGLU LIMITED | | | CFO@ZIGLU.IO |

# **<u>Exhibit C</u>**

**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| | DDUNNE@MILBANK.COM |
| | ALEBLANC@MILBANK.COM |
| | JMESTER@JONESDAY.COM |
| | MWYANEZ@MILBANK.COM |
| SERIES B PREFERRED HOLDERS | NALMEIDA@MILBANK.COM |
| VÍCTOR UBIERNA DE LAS HERAS | ON FILE |

# **<u>Exhibit D</u>**

STRETTO

**Exhibit D**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| NOVAWULF DIGITAL MANAGEMENT, LP | ATTN: JASON NEW | 536 WEST 29TH STREET | NEW YORK | NY | 10001 |
| NOVAWULF DIGITAL MANAGEMENT, LP [AS ASSIGNEE OF VEEDER, BRADLEY] | ATTN: MICHAEL ABBATE | 9 FEDERAL STREET | EASTON | MD | 21601 |