**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* ) | Case No. 22-10964 (MG) |
| ) | |
| CELSIUS NETWORK LLC., *et al.*[1] ) | Chapter 11 |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |

**ORDER GRANTING MOTION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Therese A. Scheuer, to be admitted, ***pro hac vice***, to represent the U.S. Securities and Exchange Commission (the "SEC") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bars in the State of Delaware and the Commonwealth of Massachusetts, and the bars of the U.S. District Court for the District of Delaware, the U.S. District Court for the District of Massachusetts, U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States, it is hereby

**ORDERED** that Therese A. Scheuer is admitted to practice, ***pro hac vice***, in the above referenced case to represent the SEC, in the United States Bankruptcy Court for the Southern District of New York. The filing fee is hereby waived.

Dated:  **March 27, 2023**
       New York, New York                               /s/Martin Glenn
                                                     MARTIN GLENN
                                          Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.