Monique D. Jewett-Brewster (State Bar No. 217792)
mjb@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Creditor Jonathan Jerry Shroyer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that the law firm of Hopkins & Carley, a Law Corporation, and attorney Monique D. Jewett-Brewster ("Hopkins & Carley"), hereby withdraw the Notice of Appearance filed in the above-captioned case as Dkt. No. 733.

///

///

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

4867-3875-2345.1

PLEASE TAKE FURTHER NOTICE that Hopkins & Carley additionally requests that Debtors and the Clerk of the Court remove the undersigned counsel and its address from any mailing matrix in the above-captioned case.

San Jose, California
Dated: March 27, 2023

HOPKINS & CARLEY

By: */s/ Monique D. Jewett-Brewster*
    Monique D. Jewett-Brewster
    The Letitia Building
    70 S First Street
    San Jose, CA  95113-2406
    Telephone:  (408) 286-9800
    Fax:  (408) (408) 998-4790
    Email:  mjb@hopkinscarley.com
    *Attorneys for Creditor*
    *Jonathan Jerry Shroyer*

4867-3875-2345.1

## CERTIFICATE OF SERVICE

I certify that on March 27, 2023, this office caused the within Notice of Withdrawal of Appearance and Request for Removal from Service List to be served upon all parties via the Court's CM/ECF electronic filing system.

Dated: March 27, 2023

/s/ Elena Amaro
Elena Amaro

4867-3875-2345.1