## THE UNITED STATES BANRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK, LLC, *et al.*[1], | ) Case No. 22-10964-MG |
| | ) |
| Debtors. | ) (Jointly Administered) |

## **CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that on Tuesday, March 28, 2023, a true and correct copy of the *Statement of the New Jersey Bureau of Securities Regarding Regulatory Compliance and Reservation of Rights* [Dkt #2318] was e-filed and served via ECF notification to all parties registered to receive notification of such filings.

A true and correct copy of the above-referenced filing was also sent via e-mail on December 19, 2022 to counsel to the Debtors and the United States Trustee at the following e-mail addresses:

| | |
|---|---|
| Mitchell Hurley<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>mhurley@akingump.com<br>*Attorneys for Debtors* | Annemarie V. Reilly<br>LATHAM & WATKINS LLP<br>Annemarie.reilly@lw.com<br>*Attorneys for Debtors* |
| Joshua Saussberg<br>KIRKLAND & ELLIS LLP<br>jsussberg@kirkland.com<br>*Attorneys for Debtors* | Shara Claire Cornell<br>OFFICE OF THE UNITED STATES TRUSTEE – NY<br>shara.cornell@usdoj.gov<br>*U.S. Trustee* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LL (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, NJ 07030.

| | |
|---|---|
| David J. Adler<br>MCCARTER & ENGLISH LLP<br>dadler@mccarter.com<br>*Counsel to Ad Hoc Group of Borrowers* | Dennis Dunne<br>Andrew M. Leblanc<br>Melanie Westover Yanez<br>MILBANK LLP<br>ddunne@milbank.com<br>aleblanc@milbank.com<br>mwyanez@milbank.com<br>*Counsel to Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP* |
| Joshua Mester<br>JONES DAY<br>jmester@jonesday.com<br>*Counsel to CDP Investissements Inc.* | David Turetsky<br>Samuel P. Hershey<br>Keith H. Wofford<br>Michael C. Andolina<br>Gregory F. Pesce<br>Aaron E. Colodny<br>WHITE & CASE LLP<br>david.turetsky@whitecase.com<br>sam.hersehy@whitecase.com<br>kwofford@whitecase.com<br>mandolina@whitecase.com<br>Gregory.pesce@whitecase.com<br>aaron.colodny@whitecase.com<br>*Counsel to the Official Committee of Unsecured Creditors* |

                                         **MCELROY, DEUTSCH, MULVANEY**
                                            **& CARPENTER, LLP**

Dated: March 28, 2023              */s/ Jeffrey Bernstein*
                                            Jeffrey Bernstein
                                            570 Broad Street
                                            Newark, NJ 07102
                                            Telephone: (973) 565-2183
                                            Facsimile: (973) 622-5314
                                            E-mail: jbernstein@mdmc-law.com

                                            *Counsel for the New Jersey Bureau of Securities*