| State | License Name | Approval Date | License Number |
|---|---|---|---|
| Alabama | Consumer Credit License | 4/27/2018 | 22533 |
| Alaska | Mortgage Broker/Lender License | 6/5/2018 | AK1717824 |
| Alaska | Mortgage Broker/Lender License (Reno, NV - Branch) | 9/11/2020 | AK2028629 |
| Alaska | Mortgage Broker/Lender License (Reno, NV - Branch) | 7/30/2018 | AK1717824-1 |
| Alaska | Small Loan Company License | 5/30/2019 | 10001007 |
| Alaska | Small Loan Company License (Reno, NV - Branch) | 12/31/2020 | 10001007 |
| Arizona | Mortgage Banker License | 6/12/2018 | 0948458 |
| Arizona | Mortgage Broker License - Other Trade Name #1 | 7/25/2018 | 1015091 |
| Arizona | Mortgage Banker License (Branch - Queen Creek, AZ) | 6/12/2018 | 0124171 |
| Arizona | Mortgage Broker License (Branch OTN #1 - Queen Creek, AZ) | 11/25/2020 | 1015093 |
| Arizona | Mortgage Banker License (Reno, NV - Branch) | 9/11/2020 | 1012250 |
| Arizona | Mortgage Broker License (OTN #1 - Reno, NV) | 11/25/2020 | 1015094 |
| Arizona | Mortgage Banker License (St. Louis, MO - Branch) | 7/2/2020 | 1009866 |
| Arizona | Mortgage Broker License (OTN #1 - St. Louis, MO - Branch) | 12/15/2020 | 1015881 |
| Arizona | Consumer Lender License | 3/18/2021 | 1020331 |
| Arizona | Consumer Lender License Other Trade Name #1 | 3/18/2021 | 1020334 |
| Arizona | Consumer Lender License (Reno, NV - Branch) | 3/25/2021 | 1020708 |
| Arizona | Consumer Lender License (Branch OTN #1 - Reno, NV) | 3/25/2021 | 1020705 |
| Arizona | Collection Agency License | 7/18/2019 | CA-1002357 |
| Arizona | Collection Agency License (OTN #1, DBA Figure) | 2/11/2022 | CA-1034346 |
| Arkansas | Combination Mortgage Banker-Broker-Servicer License | 5/9/2018 | 114692 |
| Arkansas | Combination Mortgage Banker-Broker-Servicer License (Reno NV - | 9/21/2020 | 119895 |
| Arkansas | Collection Agency License License (Reno, NV) | 8/27/2019 | 5672 |
| Arkansas | Collection Agency License License (Charlotte, NC) | 7/26/2021 | 5900 |
| California | DFPI Financing Law License | 5/16/2018 | 60DBO81967 |
| California | DFPI Financing Law License (St. Louis, MO- Branch) | 2/12/2020 | 60DBO103141 |
| California | DFPI Financing Law License (Reno, NV - Branch) | 10/30/2020 | 60DBO-120997 |
| California | DFPI Financing Law License (San Francisco, CA - Branch) | 5/1/2020 | 60DBO107321 |
| California | DFPI Residential Mortgage Lending Act License | 7/2/2019 | 41DBO-94904 |
| California | DFPI Residential Mortgage Lending Act License (St. Louis, MO - Branch) | 9/16/2019 | 41DBO-103142 |
| California | DFPI Residential Mortgage Lending Act License (Reno, NV - Branch) | 10/1/2020 | 41DBO-120998 |
| California | DFPI Residential Mortgage Lending Act License (San Francisco, CA - Branch) | 1/5/2021 | 41DBO-130391 |
| Colorado | Mortgage Company Registration | 2/28/2018 | None. |
| Colorado | Mortgage Servicer Registration (Annual Notification) | 2/28/2018 | MSV-9000114 |

| | | | |
|---|---|---|---|
| Colorado | Supervised Lender License | 06/18/2018 | SUP-4000214 |
| Colorado | Supervised Lender License (Reno, NV - Branch) | 11/15/2020 | SUP-4000214-001 |
| Colorado | Collection Agency | 3/11/2020 | CAR-1000278 |
| Connecticut | Mortgage Lender License | 6/7/2018 | ML-1717824 |
| Connecticut | Mortgage Lender License (Reno, NV - Branch) | 11/16/2020 | ML-BCH-2028629 |
| Connecticut | Small Loan Company | 6/13/2019 | SLC-1717824 |
| Connecticut | Small Loan Company (Reno, NV - Branch) | 11/2/2020 | SLC-BCH-2028629 |
| DC | Mortgage Lender License | 4/20/2018 | MLB1717824 |
| DC | Mortgage Lender License (St. Louis, MO - Branch) | 3/25/2021 | MLB1764571 |
| DC | Mortgage Lender License (Reno, NV - Branch) | 11/4/2020 | MLB2028629 |
| DC | Money Lender License | 11/6/2018 | ML1717824 |
| DC | Money Lender License (Reno, NV - Branch) | 11/4/2020 | MLB2028629 |
| Delaware | Licensed Lender License | 11/18/2018 | 26994 |
| Delaware | Licensed Lender License (Reno, NV - Branch) | 9/21/2020 | 030767 |
| Dep't of Veterans | Prior Approval Lender Designation | 8/8/2018 | 119895-00-00 |
| Florida | Mortgage Lender-Servicer License | 6/25/2018 | MLD1636 |
| Florida | Mortgage Lender-Servicer License (St. Louis, MO - Branch) | 9/26/2019 | MLDB10108 |
| Florida | Mortgage Lender-Servicer License (Reno, NV - Branch) | 9/11/2020 | MLDB11588 |
| Florida | Consumer Collection Agency License | 09/10/2018 | CCA9904183 |
| Florida | Consumer Finance Lender License (Charlotte, NC - Main) | 01/14/2022 | CF9901472 |
| Florida | Consumer Finance Lender License (Reno, NV - Branch) | 01/14/2022 | CF9901473 |
| Georgia | Mortgage Lender License/Registration | 5/22/2018 | 61229 |
| Hawaii | Mortgage Servicer License | 7/2/2018 | MS219 |
| Hawaii | Out-of-State Collection Agency | 6/14/2019 | COLAX-1072 |
| Idaho | Mortgage Broker/Lender License | 7/27/2018 | MBL-9625 |
| Idaho | Mortgage Broker/Lender License (Reno, NV - Branch) | 12/18/2020 | MBLB-2082028629 |
| Idaho | Mortgage Broker/Lender License (St. Louis - Branch) | 3/11/2021 | MBLB-2081764571 |
| Idaho | Regulated Lender License | 7/27/2018 | RRL-10028 |
| Idaho | Regulated Lender License (Reno, NV - Branch) | 12/11/2020 | RRLB-2028629 |
| Idaho | Collection Agency License | 8/2/2019 | CCA 10331 |
| Idaho | Collection Agency License (Reno, NV - Branch) | 11/16/2020 | CCAB-10331 |
| Illinois | Consumer Installment Loan License | 1/10/2018 | CI.0004528-H |
| Illinois | Consumer Installment Loan License (Reno, NV - Branch) | 1/28/2021 | CI.0004662 |
| Illinois | Residential Mortgage License | 6/19/2018 | MB.6761349 |
| Indiana | Mortgage Lending License (DFI) | 9/25/2018 | 39933 |
| Indiana | Consumer Loan License | 9/19/2019 | 42715 |
| Iowa | Creditor/Assignee Notification | 3/6/2018 | None. |
| Iowa | Nonresident Regulated Loan Company Branch License  (San Francisco, | 7/17/2018 | 2018-0061 |
| Iowa | Nonresident Regulated Loan Company Branch License  (Charlotte, NC - | 1/13/2021 | 2021-0009 |
| Iowa | Nonresident Regulated Loan Company Branch License  Reno, NV | 11/3/2020 | 2020-0145 |
| Iowa | Master Loan Company Registration | 7/17/2018 | 88893478 |
| Iowa | Mortgage Banker License | 4/16/2018 | 2018-0048 |
| Iowa | Mortgage Banker License (Reno, NV - Branch) | 4/16/2018 | 2018-0048 |
| Iowa | Mortgage Banker License (OTN #2) | 7/16/2018 | 2018-0093 |
| Kansas | Mortgage Company License | 5/11/2018 | MC.0025537 |
| Kansas | Mortgage Company License (Reno, NV - Branch) | 9/11/2020 | MC.0025537-BR.002 |
| Kansas | Supervised Loan License | 9/24/2018 | SL.0026703 |
| Kansas | Supervised Loan License (Reno, NV - Branch) | 9/11/2020 | SL.0026703-BR.002 |

| | | | |
|---|---|---|---|
| Kansas | Credit Notification | 4/30/2021 | NOT.0026597 |
| Kentucky | Mortgage Company License | 4/26/2018 | MC418885 |
| Kentucky | Mortgage Company License (Reno, NV - Branch) | 10/19/2020 | MC730761 |
| Kentucky | Consumer Loan Company License | 7/30/2021 | CL751578 |
| Kentucky | Consumer Loan Company License (Reno, NV - Branch) | 8/2/2021 | CL751579 |
| Louisiana | Licensed Lender Main Office (In-State and Out-Of-State with Lending Activity) | 12/4/2018 | None. |
| Louisiana | Louisiana Licensed Lender Branch (Reno, NV - Branch) | 9/17/2020 | None. |
| Louisiana | Residential Mortgage Lending License | 7/6/2018 | None. |
| Louisiana | Residential Mortgage Lending License (Reno, NV - Branch) | 11/6/2020 | None. |
| Louisiana | Collection Agency Registration | 7/18/2018 | None. |
| Maine | Supervised Lender License | 6/8/2018 | 1717824 |
| Maine | Supervised Lender License (Reno, NV - Branch) | 10/6/2020 | 2028629 |
| Maine | Loan Servicer | 9/3/2019 | SVR14906 |
| Maine | Loan Servicer (Reno, NV - Branch) | 11/9/2020 | SVB15360 |
| Maryland | Consumer Loan License | 11/28/2018 | 1717824 |
| Maryland | Consumer Loan License (Reno, NV - Branch) | 9/17/2020 | 2028629 |
| Maryland | Installment Loan License | 11/28/2018 | 1717824 |
| Maryland | Installment Loan License (Reno, NV - Branch) | 9/17/2020 | 2028629 |
| Maryland | Collection Agency License | 3/1/2021 | 1717824 |
| Maryland | Collection Agency License (Reno, NV - Branch) | 9/17/2020 | 2028629 |
| Maryland | Mortgage Lender License | 6/27/2018 | 1717824 |
| Maryland | Mortgage Lender License (Reno, NV - Branch) | 9/17/2020 | 2028629 |
| Massachusetts | Mortgage Lender License | 9/17/2018 | ML1717824 |
| Massachusetts | Mortgage Lender License (Reno, NV - Branch) | 9/22/2020 | ML1717824 |
| Massachusetts | Third Party Loan Servicer Registration | 9/17/2018 | LS1717824 |
| Michigan | 1st Mortgage Broker/Lender/Servicer License | 4/25/2018 | FL0021494 |
| Michigan | 2nd Mortgage Broker/Lender/Servicer Registration | 4/25/2018 | SR0021495 |
| Michigan | Regulatory Loan License | 4/4/2019 | RL0022066 |
| Minnesota | Regulated Loan Company | 1/1/2019 | MN-RL-1717824 |
| Minnesota | Regulated Loan Company (Reno, NV - Branch) | 12/29/2020 | MN-RLBR-2028629 |
| Minnesota | Residential Mortgage Originator License | 8/24/2018 | MN-MO-1717824 |
| Minnesota | Residential Mortgage Originator License (OTN #1) | 8/24/2018 | MN-MO-1717824.1 |
| Minnesota | Collection Agency License (Main - Reno, NV) | 8/23/2019 | 40646840 |
| Minnesota | Collection Agency License (Branch - Charlotte, NC) | 10/28/2021 | 40771536 |
| Mississippi | Mortgage Lender License | 5/31/2018 | 1717824 |
| Mississippi | Mortgage Lender License (Reno, NV - Branch) | 10/23/2020 | 2028629 |

| | | | |
|---|---|---|---|
| Missouri | Mortgage Company License | 9/19/2018 | 1717824 |
| Missouri | Out of State Branch Registration (Reno, NV - Branch) | 9/9/2020 | None. |
| Missouri | In-State Branch License (St. Louis, MO - Branch) | 9/19/2018 | 1764571 |
| Missouri | Consumer Installment Lender License (Charlotte, NC) | 9/5/2018 | 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 |
| Missouri | Consumer Installment Lender (Reno, NV) | 7/23/2021 | 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 |
| Montana | Consumer Loan License | 8/29/2018 | 1717824 |
| Montana | Consumer Loan License (Reno, NV - Branch) | 9/9/2020 | 2028629 |
| Montana | Mortgage Lender License | 5/2/2018 | 1717824 |
| Montana | Mortgage Lender License (Reno, NV - Branch) | 9/9/2020 | 2028629 |
| Montana | Mortgage Lender License (St. Louis, MO - Branch) | 6/15/2021 | 1764571 |
| Montana | Mortgage Servicer License | 8/30/2018 | 1717824 |
| Montana | Mortgage Servicer License (Reno, NV - Branch) | 9/9/2020 | 2028629 |
| Nebraska | Mortgage Banker License | 4/16/2018 | None. |
| Nebraska | Mortgage Banker License (Reno, NV - Branch) | 9/21/2020 | None. |
| Nebraska | Mortgage Banker License (St. Louis, MO - Branch) | 6/8/2021 | None. |
| Nevada | Mortgage Company License | 12/5/2018 | 4823 |
| Nevada | Mortgage Company License (Reno, NV - Branch) | 11/20/2020 | 4823 |
| Nevada | Supplemental Mortgage Servicer License | 12/5/2018 | 4824 |
| Nevada | Consumer Installment Loan License (Reno, NV) | 10/23/2019 | IL11095 |
| Nevada | Consumer Installment Loan License (Charlotte, NC) | 8/12/2021 | IL11136 |
| New Hampshire | Mortgage Banker License | 7/26/2018 | 22423-MB |
| New Hampshire | Mortgage Banker License (Reno, NV - Branch) | 9/9/2020 | 23619-MB-BCH |
| New Hampshire | Mortgage Banker License (St. Louis, MO - Branch) | 6/14/2021 | 24199-MB-BCH |
| New Hampshire | Small Loan License | 3/16/2021 | 23973-SM |
| New Jersey | Collection Agency Bond Registration | 4/18/2018 | 16606 |
| New Jersey | Residential Mortgage Lender License | 5/24/2018 | None. |
| New Jersey | Residential Mortgage Lender License (Reno, NV - Branch) | 10/19/2020 | None. |
| New Jersey | Residential Mortgage Lender License (St. Louis, MO - Branch) | 11/27/2019 | None. |
| New Jersey | RMLA-Licensed Mortgage Servicer Registration | 7/28/2020 | None. |
| New Jersey | RMLA-Licensed Mortgage Servicer Registration (Reno, NV - Branch) | 11/2/2020 | None. |
| New Jersey | Consumer Lender License | 11/5/2021 | 2104991 C31 |
| New Jersey | Consumer Lender License (Reno, NV - Branch) | 11/5/2021 | PENDING ORIGINAL LICENSE |
| New Mexico | Collection Agency License | 9/26/2018 | CA02505 |
| New Mexico | Collection Agency License (Reno, NV - Branch) | 3/2/2021 | None. |
| New Mexico | Mortgage Loan Company License | 10/16/2018 | None. |
| New Mexico | Mortgage Loan Company License (Reno, NV - Branch) | 9/9/2020 | None. |
| New Mexico | Mortgage Loan Company License (St. Louis, MO - Branch) | 3/10/2021 | None. |
| New Mexico | Small Loan License (Charlotte, NC) | 7/27/2021 | 2328 |
| New Mexico | Small Loan License (Reno, NV) | 7/27/2021 | 2329 |
| New Mexico | Small Loan License (www.figure.com) | 7/27/2021 | 2330 |
| New York | Buffalo, NY Collection Agency License (Charlotte, NC) | 11/7/2018 | CAG 18-10048479 |
| New York | NYC Debt Collection Agency License (Reno, NV) | 9/20/2018 | 2078374-DCA |
| New York | NYC Debt Collection Agency License (Charlotte, NC) | 7/6/2021 | 2099898-DCA |
| New York | Yonkers, NY Debt Collector License (Reno, NV) | 8/14/2018 | 10143 |
| New York | Mortgage Banker License | 9/2/2021 | LMB 110046 |
| New York | Mortgage Banker License (Reno, NV - Branch) | 9/2/2021 | LMB 110047 |
| North Carolina | Loan Broker Registration | 9/4/2018 | 281 |
| North Carolina | Mortgage Lender License | 11/1/2018 | L-180811 |

| | | | |
|---|---|---|---|
| North Carolina | Mortgage Lender License (Reno, NV - Branch) | 10/23/2020 | L-180811-106 |
| North Carolina | Mortgage Lender License (St. Louis, MO - Branch) | 11/19/2019 | L-180811-105 |
| North Dakota | Money Broker License | 7/18/2018 | MB103310 |
| North Dakota | Money Broker License (Reno, NV - Branch) | 9/14/2020 | NDBR2028629 |
| North Dakota | Money Broker License (St. Louis, MO - Branch) | 3/25/2021 | NDBR1764571 |
| Ohio | RMLA Certificate of Registration | 7/16/2018 | RM.804317.000 |
| Ohio | RMLA Certificate of Registration (Reno, NV - Branch) | 9/15/2020 | RM.804317.004 |
| Ohio | RMLA Certificate of Registration (St. Louis, MO - Branch) | 10/8/2019 | RM.804317.003 |
| Ohio | General Loan Law Certificate of Registration | 2/1/2019 | GL.502094.000 |
| Ohio | General Loan Law Certificate of Registration (Reno, NV - Branch) | 9/15/2020 | GL.502094.001 |
| Oklahoma | Mortgage Lender License | 6/20/2018 | ML011894 |
| Oklahoma | Mortgage Lender License (Reno, NV - Branch) | 9/10/2020 | MLB13020 |
| Oklahoma | Mortgage Lender License (St. Louis, MO - Branch) | 3/12/2021 | MLB13391 |
| Oklahoma | Mortgage Lender License (OTN #1) | 8/2/2018 | ML011986 |
| Oklahoma | Mortgage Lender License (OTN #1 - Reno, NV - Branch) | 9/10/2020 | MLB13021 |
| Oklahoma | Mortgage Lender License (OTN #1 - St. Louis, MO - Branch) | 3/12/2021 | MLB13392 |
| Oklahoma | Supervised Lender License (Charlotte, NC - Main) | 10/11/2018 | SL008496 |
| Oklahoma | Supervised Lender License (Reno, NV Branch) | 11/6/2020 | SL008695 |
| Oregon | Consumer Finance License | 6/20/2018 | 0464-001-C |
| Oregon | Consumer Finance License (Reno, NV - Branch) | 9/21/2020 | 1717824 |
| Oregon | Mortgage Lending License | 6/5/2018 | ML-5698 |
| Oregon | Mortgage Lending License (Reno, NV - Branch) | 11/6/2020 | 2028629 |
| Oregon | Mortgage Servicer License | 7/8/2019 | MS-193 |
| Oregon | Mortgage Servicer License (Reno, NV - Branch) | 11/6/2020 | 2028629 |
| Pennsylvania | Mortgage Lender License | 6/29/2018 | 66882 |
| Pennsylvania | Mortgage Lender License (Reno, NV - Branch) | 11/2/2020 | 66882.004 |
| Pennsylvania | Mortgage Lender License (St. Louis, MO - Branch) | 11/12/2019 | 66882.003 |
| Pennsylvania | Mortgage Servicer License | 10/15/2018 | 68084 |
| Pennsylvania | Mortgage Servicer License (Reno, NV - Branch) | 11/2/2020 | 68084.002 |
| Pennsylvania | Consumer Discount Company License (Charlotte, NC - Main) | 1/14/2020 | 73115 |
| Pennsylvania | Consumer Discount Company License (Reno, NV Branch) | 2/18/2021 | 73115.001 |
| Rhode Island | Lender License | 6/20/2018 | 20183626LL |
| Rhode Island | Lender License (Reno, NV - Branch) | 11/17/2020 | 20183626LL B02 |
| Rhode Island | Third Party Loan Servicer License | 6/20/2018 | 20183627LS |
| Rhode Island | Third Party Loan Servicer License (Reno, NV - Branch) | 11/17/2020 | 20183627LS B02 |
| South Carolina | Mortgage Lender/Servicer License | 9/4/2018 | MLS - 1717824 |
| South Carolina | Mortgage Lender/Servicer License (Reno, NV - Branch) | 4/13/2021 | MLB - 2028629 |
| South Carolina | Mortgage Lender/Servicer License (OTN #1) | 9/1/2021 | MLS - 1717824 OTN #1 |
| South Carolina | Mortgage Lender/Servicer License (OTN #1 - Reno, NV - Branch) | 4/13/2021 | MLB - 2028629 OTN #1 |
| South Carolina | Supervised Lender License - Company License | 12/5/2018 | SL - 1717824 |
| South Carolina | Supervised Lender License (Reno, NV Branch) | 10/28/2020 | SLB - 202862 |
| South Carolina | Supervised Lender License (Website - "www.figure.com") | 12/5/2018 | SLW1 - 1717824 |
| South Carolina | Consumer Credit Grantor Notification (Figure Lending LLC) | 12/10/2018 | CGC-143494 |
| South Carolina | Consumer Credit Grantor Notification (dba www. Figure.com) | 12/10/2018 | CGL-143496 |
| South Carolina | Maximum Rate Consumer Loan Registration | 12/10/2018 | CLC - 162373 |
| South Dakota | Mortgage Lender License | 5/25/2018 | ML.05202 |

| State | License | Date | Number |
|---|---|---|---|
| South Dakota | Mortgage Lender License (Reno, NV - Branch) | 9/15/2020 | None. |
| South Dakota | Mortgage Lender License (St. Louis, MO - Branch) | 11/6/2020 | None. |
| South Dakota | Money Lender License | 4/15/2019 | MYL.3363 |
| South Dakota | Money Lender License (Reno, NV - Branch) | 9/18/2020 | MYL.3481-br |
| Tennessee | Mortgage License | 5/15/2018 | 151185 |
| Tennessee | Mortgage License (Reno, NV - Branch) | 11/6/2020 | 179258-102 |
| Tennessee | Mortgage License (St. Louis, MO - Branch) | 6/22/2021 | 1764571 |
| Tennessee | Industrial Loan & Thrift Company Registration | 4/2/2019 | 179258 |
| Tennessee | Industrial Loan & Thrift Company Registration (Reno, NV - Branch) | 9/22/2020 | 179258-102 |
| Texas | Mortgage Company License | 9/17/2018 | None. |
| Texas | Mortgage Company License (Reno, NV - Branch) | 11/17/2020 | None. |
| Texas | Residential Mortgage Loan Servicer Registration | 9/17/2018 | None. |
| Texas | Third Party Debt Collection Bond Registration (Charlotte, NC - Main) | 7/18/2018 | 20180128 |
| Texas | Regulated Loan (Reno, NV - Main) | 9/17/2019 | 159601 |
| Utah | Collection Agency Registration | 4/18/2018 | 10728218-0131 |
| Utah | Collection Agency Registration (DBA Name - "Figure") | 4/18/2018 | 10877011-0131 |
| Utah | Consumer Credit Notification | 3/6/2018 | None. |
| Vermont | Lender License | 2/12/2019 | 7310 |
| Vermont | Lender License (Reno, NV - Branch) | 9/9/2020 | 7566 |
| Vermont | Lender License - (OTN #1) | 2/12/2019 | 7311 |
| Vermont | Lender License - (OTN #1 - Reno, NV - Branch) | 9/9/2020 | 7567 |
| Vermont | Loan Servicer License | 2/12/2019 | 1717824-1 |
| Vermont | Loan Servicer License (Reno, NV - Branch) | 9/9/2020 | 2028629-1 |
| Vermont | Loan Servicer License (OTN #1) | 2/12/2019 | 1717824-2 |
| Vermont | Loan Servicer License (OTN #1 - Reno, NV - Branch) | 9/9/2020 | 2128629-2 |
| Virginia | Lender License | 6/17/2019 | MC-6844 |
| Virginia | Lender License (Reno, NV - Branch) | 9/23/2020 | MC-6844 |
| Virginia | Lender License (St. Louis, MO- Branch) | 9/23/2019 | MC-6844 |
| Washington | Consumer Loan Company License | 6/27/2018 | CL-1717824 |
| Washington | Consumer Loan Company License (Reno, NV - Branch) | 10/21/2020 | CL-2028629 |
| Washington | Consumer Loan Company License (St. Louis, MO - Branch) | 10/9/2021 | CL-1764571 |
| Washington | Out-of-State Collection Agency (Charlotte, NC) | 8/16/2019 | 604-221-746-001-0002 |
| Washington | Out-of-State Collection Agency (Reno, NV) | 2/5/2021 | 604221746-001-0003 |
| West Virginia | Collection Agency Bond Registration | 9/12/2018 | None. |
| West Virginia | Mortgage Lender License | 9/19/2018 | ML-36248 |
| West Virginia | Mortgage Lender License (Reno, NV - Branch) | 10/23/2020 | MLB-2028629 |
| West Virginia | Mortgage Lender License (St. Louis, MO - Branch) | 7/6/2020 | MLB-1764571 |
| Wisconsin | Consumer Act Registration | 10/1/2018 | None. |
| Wisconsin | Mortgage Banker License | 6/11/2018 | 1717824BA |
| Wisconsin | Mortgage Banker License (Reno, NV - Branch) | 10/23/2020 | 2028629BA |
| Wisconsin | Loan Company License | 2/15/2022 | 3244-LC |
| Wisconsin | Loan Company License (Reno, NV - Branch) | 2/15/2022 | 3245-LC |
| Wyoming | Mortgage Lender/Broker License | 7/3/2018 | 3217 |
| Wyoming | Mortgage Lender/Broker License (Reno, NV - Branch) | 9/23/2020 | 3730 |
| Wyoming | Mortgage Lender/Broker License (St. Louis, MO - Branch) | 3/18/2021 | 3943 |
| Wyoming | Consumer Lender License | 6/29/2018 | CL-3840 |
| Wyoming | Consumer Lender License (Reno, NV - Branch) | 10/30/2020 | CL-4130 |
| Wyoming | Consumer Lender License (St. Louis, MO - Branch) | 6/4/2021 | CL-4246 |

| State | Status | License No. | Regulatory Agency | License Name | |
|---|---|---|---|---|---|
| Alabama | Approved | 840 | Alabama Securities Commission<br>401 Adams Avenue, Suite 280<br>Montgomery, AL 36104<br>(800) 222-1253 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Alaska | Approved | AKMT-014166 | Division of Banking & Securities<br>PO Box 110807<br>Juneau, AK 99811-0807<br>(907) 465-2521 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Arizona | Approved | 1023177 | Arizona Department of Financial Institutions<br>100 N 15th Avenue Suite #261<br>Phoenix, AZ 85007<br>(602) 771-2800 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Arkansas | Approved | 122554 | Arkansas Securities Department<br>Heritage West Building, Suite 300<br>201 East Markham Street<br>Little Rock, AR 72201<br>(800) 981-4429 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| California | Conditional Approval | 2696 | California Department of Business Oversight<br>Consumer Services<br>1515 K Street, Suite 200<br>Sacramento, CA 95814<br>(866) 275-2677 | Money Transmitter License | Fiat only; a separate entity (FPC of CA) is receiving expedited review (3-6 months) for a new CA MTL, and, when appropriate, FPC will surrender its CA MTL to allow FPC to engage in virtual currency |
| Colorado | Approved | 500285 | Colorado Department of Regulatory Agencies<br>Division of Banking<br>1560 Broadway, Suite 975<br>Denver, CO 80202<br>(303) 894-7575 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Connecticut | Approved | MT-2033432 | Connecticut Department of Banking<br>Consumer Credit Division<br>260 Constitution Plaza<br>Hartford, CT 06103-1800<br>(860) 240-8299 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| DC | Approved | MTR2033432 | Department of Insurance, Securities, and Banking<br>1050 First Street, NE, 801<br>Washington, DC 20002<br>(202) 727-8000 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Delaware | Approved | 33266 | Office of the State Bank Commissioner<br>1110 Forrest Avenue<br>Dover, DE 19904<br>(302) 739-4235 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Florida | Expires 04/30/2024 | FT230000323 | Florida Office of Financial Regulation<br>200 E. Gaines St.<br>Tallahassee, FL 32399-0376<br>(850) 487-9687 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Georgia | Approved | 2033432 | Georgia Department of Banking and Finance<br>Money Service Businesses<br>2990 Brandywine Road, Suite 200<br>Atlanta, GA 30341-5565<br>(888) 986-1633 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Hawaii | Applied 03/12/21, waiting on approval | | Division of Financial Institutions<br>335 Merchant Street, Rm 221<br>Honolulu, HI 96813<br>(808) 586-2820 | Money Transmitter License | fiat only; application will be updated when appropriate |
| Idaho | Applied 05/26/2021 | MTL-293 | Idaho Department of Finance<br>800 Park Blvd, Suite 200<br>Boise, ID 83712<br>(208) 332-8000 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Illinois | Approved | MT.0000413 | Illinois Department of Financial and Professional Regulation<br>Division of Financial Institutions<br>320 W. Washington, Suite 500<br>Springfield, IL 62786<br>(888) 473-4858 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Indiana | Approved | 2033432 | Indiana Department of Financial Institutions<br>30 South Meridian Street, Suite 300<br>Indianapolis, IN 46204<br>(800) 382-4880 (Indiana only)<br>(317) 232-3955 (out of state residents) | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Iowa | Approved | 2021-0101 | Iowa Division of Banking<br>200 E. Grand Avenue, Suite 300<br>Des Moines, IA 50309<br>(515) 281-4014 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |

| State | Status | License # | Agency | License Type | Notes |
|---|---|---|---|---|---|
| Kansas | Approved | MT.0000193 | Kansas Office of the State Bank Commissioner<br>700 S.W. Jackson, Suite 300<br>Topeka, KS 66603-3796<br>(785) 296-2266 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Kentucky | Approved | SC749856 | Kentucky Department of Financial Institutions<br>1025 Capital Center Drive, Suite 200<br>Frankfort, KY 40601<br>(800) 223-2579 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Louisiana | Approved | 2033432 | Louisiana Office of Financial Institutions<br>8660 United Plaza Blvd., Suite 200<br>Baton Rouge, LA 70809<br>(225) 925-4660 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Louisiana | Preparing application | | Louisiana Office of Financial Institutions<br>8660 United Plaza Blvd., Suite 200<br>Baton Rouge, LA 70809<br>(225) 925-4660 | VCBA License | new application process just opened; intend to submit application in March 2023 |
| Maine | Approved | 2033432 | Department of Professional and Financial Regulation<br>Bureau of Consumer Credit Protection<br>76 Northern Avenue<br>Gardiner, ME 04345<br>(207) 624-8500 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Maryland | Approved | 2033432 | Maryland Department of Licensing & Regulation<br>500 N. Calvert Street, Suite 402<br>Baltimore, MD 21202<br>(410) 230-6100 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Massachusetts | No license required. | N/A | Massachusetts Division of Banking<br>1000 Washington Street, 10th Floor<br>Boston, MA 02118<br>(617) 956-1500 (out-of-state resident)<br>(888) 283-3757 (Massachusetts residents only) | Money Transmitter License | |
| Michigan | Approved | MT0023574 | Michigan Department of Insurance and Financial Services<br>530 West Allergan St, 7th Floor<br>Lansing, MI 48933<br>(877) 999-6442 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Minnesota | Approved | MN-MT-2033432 | Minnesota Department of Commerce<br>Financial Institutions Division<br>85 7th Place East, Suite 500<br>St. Paul, MN 55101<br>(651) 296-2488 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Mississippi | Approved | 2033432 | Mississippi Department of Banking & Consumer Finance<br>4780 Interstate 55 N, 5th Floor<br>Jackson, MS 39236-2129<br>(800) 844-2499 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Missouri | Approved | MO-22-8887 | Missouri Division of Finance<br>301 West High Street, Room 630<br>P.O. Box 716<br>Jefferson City, MO 65102-0716<br>(573) 751-3242 | Sale of Checks and Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Montana | No license required. | N/A | Division of Banking & Financial Institutions<br>Mailing Address:<br>PO Box 200546<br>Helena MT 59620<br>Phone: 406-841-2920<br>Fax: 406-841-2930<br>Email: banking@mt.gov<br>Email: mortgagelicensing@mt.gov | No license required to date | |
| Nebraska | Approved | 2033432 | Nebraska Department of Banking & Finance<br>1526 K Street. Suite 300<br>Lincoln, NE 68508-2732<br>(402)471-2171 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Nevada | Approved | MT11142 | Nevada Financial Institutions Division<br>1830 College Parkway, Ste. 100<br>Carson City, NV 89706<br>Phone: (775) 684-2970<br>Fax (775) 684-2977 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| New Hampshire | Approved | 24012-MT | New Hampshire Banking Department<br>53 Regional Drive, Suite 200<br>Concord, NH 03301<br>(603) 271-3561 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |

| State | Status | License # | Agency | License Type | Notes |
|---|---|---|---|---|---|
| New Jersey | Approved | 2104786 C22 | New Jersey Department of Banking & Insurance<br>Licensing Services Bureau – Banking<br>P.O Box 473<br>Trenton, NY 08625-0473<br>(800) 446-7467<br>(609) 292-7272 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| New Mexico | Approved | 2033432 | New Mexico Regulation & Licensing Department<br>Toney Anaya Building, 2550 Cerrillos Road<br>Santa Fe, NM 87505<br>(505) 476-4500 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| New York | Applied 03/18/2021 | | New York State Department of Financial Services<br>One State Street<br>New York, NY 10004-1511<br>(877) 226-5697 | Money Transmitter License | Fiat only; pending review (responded to a deficiency letter in February 2023) |
| New York | Preparing application | | New York State Department of Financial Services<br>One State Street<br>New York, NY 10004-1511<br>(877) 226-5697 | Bitlicense | Submission expected in March 2023 |
| North Carolina | Approved | 200563 | Office of the Commissioner of Banks<br>316 W. Edenton Street<br>Raleigh, NC 27603<br>(919) 733-3016 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| North Dakota | Approved | MT103784 | North Dakota Department of Financial Institutions<br>2000 Schafer Street, Suite G<br>Bismarck, ND 58501-1204<br>(701) 328-9933 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Ohio | Approved | OHMT218 | Ohio Division of Financial Institutions<br>77 South High Street, 21st Floor<br>Columbus, OH 43215<br>(866) 278-0003 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Oklahoma | Approved | 2033432 | Oklahoma State Banking Department<br>2900 N. Lincoln Boulevard<br>Oklahoma City, Oklahoma 73105<br>(405) 521-2782 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Oregon | Approved | 2033432 | Department of Consumer & Business Services<br>Division of Finance and Corporate Securities<br>P.O. Box 14480<br>350 Winter St. NE<br>Salem, OR 97309-0405<br>(866) 814-9710 (Oregon residents only)<br>(503) 378-4140 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Pennsylvania | Approved | 82530 | Pennsylvania Department of Banking & Securities<br>17 North 2nd Street, Suite 1300<br>Harrisburg, PA 17101<br>(800) PR. BANKS (Pennsylvania residents)<br>(717) 787-1854 (out-of state residents) | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Rhode Island | Approved | 20214244CT | Rhode Island Division of Banking<br>1511 Pontiac Ave, Bldg 68-2<br>Cranston, RI 02920<br>(401) 462-9500 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| South Carolina | Approved | 2033432 | South Carolina Consumer Finance Division of the Board of Financial Institutions<br>1205 Pendleton Street, Suite 306<br>Columbia, SC 29201-3756<br>(803) 734-2020 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| South Dakota | Approved | MT.2227 | South Dakota Department of Labor and Regulation Division of Banking<br>1601 N. Harrison Ave, Suite 1<br>Pierre, SD 57501<br>(605) 773-3421 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Tennessee | Approved | 2033432 | Tennessee Department of Financial Institutions<br>Tennessee Tower<br>312 Rosa L. Parks Ave, 26th Floor<br>Nashville, TN 37243<br>(800) 778-4215 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Texas | Approved | LR 3236 | Texas Department of Banking<br>Corporate Activities Division<br>2601 North Lamar Blvd.<br>Austin, TX 78705<br>(877) 276-5554 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Utah | No license required. | N/A | Department of Financial Institutions<br>P.O. Box 146800<br>Salt Lake City, UT 84114<br>(801) 538-8830 | Money Transmitter License | virtual currency-related activity does not require a license; intend to apply for UT MTL for non-virtual currency activity |

| State | Status | License # | Agency / Address | License Type | Notes |
|---|---|---|---|---|---|
| Vermont | Approved | MT-2033432 | Vermont Department of Financial Regulation<br>89 Main Street<br>Montpelier, VT 05620-3101<br>(802) 828-3307 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Virginia | Approved | MO-426 | Bureau of Financial Institutions<br>1300 East Main Street, Suite 800<br>P.O. Box 640<br>Richmond, VA 23218-0640<br>(800) 552-7945 (VA residents only)<br>(804) 371-9657 (out-of-state residents) | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Washington | Approved | 550-MT-127591 | Washington Department of Financial Instutions<br>Mailing Address<br>PO Box 41200<br>Olympia WA 98504-1200 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| West Virginia | Approved | 2033432 | West Virginia Division of Banking<br>900 Pennsylvania Avenue, Suite 306<br>Charleston, WV 25302<br>(304) 558-2294 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Wisconsin | Approved | 210-SOC | Wisconsin Department of Financial Institutions<br>Division of Banking<br>P.O.Box 7876<br>Madison, WI 53707-7876" | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |
| Wyoming | Approved | MT – 7287 | Wyoming Department of Audit<br>Division of Banking<br>Hathaway Building<br>2300 Capitol Ave. 2nd Floor<br>Cheyenne, WY 82002<br>(307) 777-7797 | Money Transmitter License | fiat only (per approved business plan); updated business plan submitted 2/10/23 |