Hearing Date and Time: May 17th, 2023, at 10:00 a.m. EST
Amended Objection Deadline: May 14th, 2023, at 4:00 p.m. EST

Santos Caceres
*Pro se Celsius creditor*
eucalyptus.cba@gmail.com
Earn Customer / CEL Token Holder Telegram group
**https://t.me/+0u14kw8BoINmODdh**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered.) |

**AMENDED NOTICE OF HEARING ON SANTOS CACERES' SECOND AMENDED MOTION FOR ENTRY OF AN ORDER (I) TO DOLLARIZE NON-INSIDER CEL TOKEN CLAIMS AT THE PETITION DATE PRICE OF $0.81565; IF OTHERWISE, (II) I REQUEST THE DEBTORS TO SUBMIT EVIDENCE SUPPORTING INEQUITABLE TREATMENT OF UNSECURED CREDITORS IN THE EARN GROUP (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that a hearing on *Santos Caceres' Second Amended Motion for the Entry of An Order (i) To Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; If Otherwise; (ii) I Request the Debtors to Submit Evidence*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390);

*Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (iii) Granting Related Relief* (the "Motion"), D.R. 1630, will be held on May 17th, 2023 at 10:00am (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at **https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl**. Electronic appearances (eCourtAppearances) need to be made by 4:00 p.m. (prevailing Eastern Time), the business day before the hearing (i.e., on May 16th, 2023).

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 10:00 a.m. (prevailing Eastern Time) on May 17th, 2023, must connect to the Hearing beginning at 9:00 a.m. (prevailing Eastern Time) on May 17th, 2023. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government

Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion shall: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (iii) be filed electronically with the Court on the docket of In re Celsius Network LLC, No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (iv) be served so as to be actually received by **May 14th, 2023, at 4:00 p.m. (prevailing Eastern Time)**, by (a) the undersigned via email at eucalyptus.cba@gmail.com, (b) the entities on the Master Service List available on the case website of the above-captioned debtors at https://cases.stretto.com/celsius, and (c) any person or entity with a particularized interest in the subject matter of the Motion.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Motion as requested by Santos Caceres (as defined in the Motion).

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Motion and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: March 22nd, 2023.

Miami, Florida.

/s/ **Santos Caceres**
SANTOS CACERES
Pro Se Creditor
eucalyptus.cba@gmail.com
