**Hearing Date and Time: April 18th, 2023, at 10:00 a.m. EST**
**Amended Objection Deadline: April 15th, 2023, at 4:00 p.m. EST**

*Jason Amerson*

*Pro Se Celsius Creditor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                        )
In re:                                                  )        Chapter 11
                                                        )
CELSIUS NETWORK LLC, *et al.,*1       )        Case No. 22-10964 (MG)
                                                        )
          Debtors.                                )        (Jointly Administered.)
                                                        )
_____)


**AMENDED NOTICE OF HEARING ON JASON AMERSON'S MOTION FOR ENTRY OF AN ORDER (I) TO REQUEST THE COURT TO INVESTGATE IF THE DEBTOR AND/OR DEBTOR'S LEGAL COUNSEL AIDED IN GRANTING FINANCIAL RELIEF TO AN UNSECURED CREDITOR AFTER THE FEBRUARY 9TH, 2023 PROOF OF CLAIM BAR DATE OCCURRED, (II) TO REQUEST THE COURT TO REMEDY ANY SUCH ACTS DETERMINED TO BE A VIOLATION OF BANKRUPTCY LAW, (III) GRANTING RELATED RELIEF**

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030

**PLEASE TAKE NOTICE** *that a hearing on Jason Amerson's Motion for the Entry of An Order (I) To Request the Court to Investigate if the Debtor and/or Debtor's Legal Counsel Aided in Granting Financial Relief to an Unsecured Creditor after the February 9th, 2023 Proof of Claim Bar Date Occurred, (II) To Request the Court to Remedy Any Such Acts Determined to be a Violation of Bankruptcy Law, (III) Granting Related Relief (the "Motion"), D.R. 1630, will be held on April 18th, 2023 at 10:00am (prevailing Eastern Time) (the "Hearing").*

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances (eCourtAppearances) need to be made by 4:00 p.m. (prevailing Eastern Time), the business day before the hearing (i.e., on April 17th, 2023).

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 10:00 a.m. (prevailing Eastern Time) on April 18th, 2023, must connect to the Hearing beginning at 9:00 a.m. (prevailing Eastern Time) on April 18th, 2023. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion shall: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (iii) be filed electronically with the Court on the docket of In re Celsius Network LLC, No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (iv) be served so as to be actually received by **April 15th, 2023, at 4:00 p.m. (prevailing Eastern Time)**, by (a) the undersigned via email at AmersonCelsius@gmail.com, (b) the entities on the Master Service List available on the case website of the above-captioned debtors at https://cases.stretto.com/celsius, and (c) any person or entity with a particularized interest in the subject matter of the Motion.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Motion as requested by Santos Caceres (as defined in the Motion).

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Motion and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  March 28th, 2023
Lutz, FL

/s/*Jason Amerson*
Jason Amerson
AmersonCelsius@gmail.com