JENNER & BLOCK LLP
Catherine L. Steege (admitted *pro hac vice*)
Vincent E. Lazar
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350

Richard Levin
Kayvan Sadeghi
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**AMENDED FIFTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR EXAMINER FOR THE PERIOD OF FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023[2]**

| Name of applicant: | Jenner & Block LLP |
|---|---|
| Authorized to provide professional services to: | Shoba Pillay, Examiner |
| Date of retention order: | November 1, 2022 (effective as of September 29, 2022) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] As originally filed at Dkt. 2283 on March 21, 2023, this fee statement omitted Exhibit D, which is attached to this filing.

| Period for which compensation and reimbursement are sought: | February 1, 2023 through February 28, 2023 |
|---|---|
| Fees Incurred: | $130,482.50 |
| 20% Holdback: | $26,096.50 |
| Total Compensation Less 20% Holdback: | $104,386.00 |
| Total Expenses Incurred: | $752.85 |
| Total Fees and Expenses Requested: | $105,138.85 |
| Type of fee statement or application | Monthly Fee Statement[3] |

Jenner & Block LLP ("**Jenner & Block**"), counsel to the Examiner to, hereby submits this statement of fees and disbursements (the "**Fee Statement**") covering the period from February 1, 2023 through and including February 28, 2023 (the "**Fee Period**") in accordance with sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 17, 2022 [Dkt. 1745] ("**Interim Compensation Order**"). By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[4] Jenner & Block requests (a) interim allowance of $130,482.50 for the reasonable compensation for actual, necessary legal services that Jenner & Block rendered to the Examiner during the Fee Period; (ii) compensation in the amount of $104,386.00, equal to 80% of

---

[3] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order (as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

[4] Jenner & Block voluntarily reduced its fees by $908.00 and its expenses by $42.68 in the Fee Period. Consequently, Jenner & Block does not seek payment of these fees and expenses in this Fee Statement.

the total amount of reasonable compensation for actual, necessary legal services that Jenner & Block rendered to the Examiner during the Fee Period; and (iii) allowance and payment of $752.85 for the actual and necessary costs and expenses that Jenner & Block incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      **Exhibit A i**s a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Jenner & Block with respect to each project category that Jenner & Block established in accordance with its internal billing procedures. As reflected in Exhibit A, Jenner & Block incurred $130,482.50 in fees during the Fee Period. Jenner & Block seeks payment of 80% of such fees (i.e., $104,386.00 in the aggregate).

2.      **Exhibit B** is a schedule of Jenner attorneys and paraprofessionals including the standard hourly rate for each attorney and paraprofessional who rendered services to the Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees attributed to each attorney and paraprofessional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,330.68. The blended hourly billing rate of all paraprofessionals is $590.00.

3.      **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Jenner & Block is seeking payment in this Fee Statement. These disbursements total $752.85.

4.      **Exhibits D** contains Jenner & Block's detailed time records, which provide a daily summary of the time spent by each Jenner & Block professional and paraprofessional during the Fee Period as well as an itemization of expenses by project category.

5.      Jenner & Block will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' solicitation agent at https://cases.stretto.com/celsius. Jenner & Block submits that no other or further notice need be given.

6.      Objections to this Fee Statement, if any, must be filed with the Court and served so as to be received no later than **April 4, 2023 at 12:00 p.m.** (Eastern Daylight Time) (the "**Objection Deadline**") and shall set forth the nature of the objection and the amount of fees or expenses at issue.

7.      If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

8.      If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

*(Signature page follows.)*

Dated: March 29, 2023

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ *Vincent E. Lazar*
Catherine L. Steege (admitted *pro hac vice*)
Vincent E. Lazar
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
vlazar@jenner.com
csteege@jenner.com

Richard Levin
Kayvan Sadeghi
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
rlevin@jenner.com
ksadeghi@jenner.com

*Counsel to the Examiner*

**Exhibit A**

PROJECT CATEGORY SUMMARY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CELSIUS EXAMINER | 10.00 | $15,900.00 |
| CASE ADMINISTRATION | 37.80 | $41,579.50 |
| COURT HEARINGS | 3.60 | $5,652.00 |
| REPORT PREPARATION AND DRAFTING | 24.10 | $20,095.00 |
| BILLING AND FEE APPLICATIONS | 25.30 | $31,721.00 |
| COMMUNICATIONS WITH PARTIES IN INTEREST | 13.90 | $15,535.00 |
| **Sub-Total\*** | 114.70 | $130,482.50 |
| Less 50% Discount on Non-Working Travel | | N/A |
| **Total** | | $130,482.50 |

**Exhibit B**

SUMMARY BY TIMEKEEPER

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2023) | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|---|---|
| VINCENT E. LAZAR | Partner | 1990 | Restructuring & Bankruptcy | $1,735.00 | 6.90 | $11,971.50 |
| SHOBA PILLAY | Partner | 2003 | Data Privacy and Cybersecurity | $1,590.00 | 10.00 | $15,900.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $1,430.00 | 28.50 | $40,755.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $1,290.00 | 1.90 | $2,451.00 |
| AARON R. COOPER | Partner | 2011 | Investigations, Compliance & Defense | $1,240.00 | 0.50 | $620.00 |
| CARL N. WEDOFF | Special Counsel | 2010 | Restructuring & Bankruptcy | $1,195.00 | 21.60 | $25,812.00 |
| LAURA E. PELANEK | Special Counsel | 2004 | Litigation | $990.00 | 11.50 | $11,385.00 |
| PHILIP B. SAILER | Associate | 2018 | Investigations, Compliance & Defense | $1,105.00 | 0.40 | $442.00 |
| SARA M. STAPPERT | Associate | 2019 | Investigations, Compliance & Defense | $1,050.00 | 2.50 | $2,625.00 |
| SOLANA R. GILLIS | Associate | 2020 | Corporate | $960.00 | 0.20 | $192.00 |
| COURTNEY B. SHIER | Associate | 2021 | Litigation | $860.00 | 0.80 | $688.00 |
| DANIEL O. GARCIA | Senior Paralegal | N/A | | $590.00 | 29.90 | $17,641.00 |
| **Sub-Total*** | | | | | 114.70 | $130,482.50 |
| Less 50% Discount on Non-working Travel Matter | | | | | | |
| Total | | | | | 114.70 | $130,482.50 |

**Exhibit C**

EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| B&W Copy | $75.79 |
| In-City Transportation | $16.88 |
| Overtime Meals | $80.00 |
| Westlaw Research | $384.98 |
| Messenger Services | $75.60 |
| UPS | $119.60 |
| **TOTAL** | **$752.85** |

## **Exhibit D**
Time and Expense Detail

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:          72287

SHOBA PILLAY, AS EXAMINER IN CELSIUS          MARCH 17, 2023
NETWORKS LLC                                  INVOICE #  9671449
353 N. CLARK ST.
CHICAGO, IL  60654

FOR PROFESSIONAL SERVICES RENDERED                    $ 130,482.50
THROUGH FEBRUARY 28, 2023:

DISBURSEMENTS                                             $ 752.85

                                TOTAL INVOICE        $ 131,235.35

### JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

SHOBA PILLAY, AS EXAMINER IN CELSIUS
NETWORKS LLC
353 N. CLARK ST.
CHICAGO, IL  60654

CLIENT NUMBER:  72287

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2023:

| CELSIUS EXAMINER | | | | MATTER NUMBER - 10001 |
|---|---|---|---|---|
| 2/01/23 | SP | .40 | Conferred with UCC counsel re post-report strategy. | 636.00 |
| 2/02/23 | SP | .50 | Met with the regulator re questions as a result of the Final Report. | 795.00 |
| 2/02/23 | SP | .60 | Worked on strategy for post-report cooperation with regulators. | 954.00 |
| 2/06/23 | SP | .60 | Conferred with Jenner team re preparing documents cited in report for production to regulators. | 954.00 |
| 2/06/23 | SP | .40 | Conferred with counsel for debtors re regulator request for documents cited in report. | 636.00 |
| 2/06/23 | SP | .30 | Conferred with counsel for US Trustee re next steps post-report. | 477.00 |
| 2/06/23 | SP | .80 | Met with regulator re report and document production request. | 1,272.00 |
| 2/08/23 | SP | .50 | Met with US Trustee re plan for discharge and managing discovery requests. | 795.00 |
| 2/08/23 | SP | .10 | Conferred with V. Lazar re strategy for discharge. | 159.00 |
| 2/09/23 | SP | .30 | Conferred with debtors' counsel re making cited documents publicly available. | 477.00 |
| 2/09/23 | SP | .20 | Conferred with Jenner team re plan for making documents publicly available. | 318.00 |
| 2/09/23 | SP | .20 | Conferred with regulator re arranging follow up meeting. | 318.00 |
| 2/09/23 | SP | .10 | Conferred with UCC re arranging follow up meeting. | 159.00 |
| 2/10/23 | SP | .20 | Conferred with the regulators re scheduling a meeting. | 318.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/10/23 | SP | .30 | Conferred with Jenner team re customer communications. | 477.00 |
| 2/13/23 | SP | .30 | Conferred with Jenner team re inquiries from regulators. | 477.00 |
| 2/13/23 | SP | .40 | Conferred with regulators re responses to inquiries. | 636.00 |
| 2/13/23 | SP | .80 | Met with Jenner and Huron teams re preparation for meeting with regulators. | 1,272.00 |
| 2/14/23 | SP | .50 | Reviewed materials in preparation for meeting with regulators. | 795.00 |
| 2/15/23 | SP | 2.00 | Participated in omnibus court hearing. | 3,180.00 |
| 2/15/23 | SP | .20 | Participated in regulator meeting. | 318.00 |
| 2/15/23 | SP | .30 | Prepared for meeting with regulators re questions stemming from report. | 477.00 |
| | | 10.00 | PROFESSIONAL SERVICES | $ 15,900.00 |

**SUMMARY OF CELSIUS EXAMINER**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| SHOBA PILLAY | 10.00 | 1,590.00 | 15,900.00 |
| TOTAL | 10.00 | | $ 15,900.00 |

MATTER 10001 TOTAL                                       $ 15,900.00

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10011**

| Date | Description | Amount |
|------|-------------|-------:|
| 2/01/23 | Overtime Dinner Expense, Sara Stappert and Nicholas John. | 80.00 |
| 2/01/23 | In-City Transportation - Overtime, PHILIP B. SAILER | 16.88 |
| 2/04/23 | US Messenger; 8612-51716; 02/04/2023 | 75.60 |
| 2/08/23 | B&W Copy | 75.79 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380191636181 | 14.56 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380191787198 | 15.34 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380192812247 | 14.56 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380194571236 | 15.34 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380194943218 | 15.34 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380195804465 | 14.56 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380196496029 | 14.56 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380196758077 | 15.34 |
| 2/28/23 | Westlaw Research | 384.98 |
|  | TOTAL DISBURSEMENTS | $ 752.85 |

MATTER 10011 TOTAL                                                    $ 752.85

## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CASE ADMINISTRATION**                                    **MATTER NUMBER - 10046**

| | | | | |
|---|---|---|---|---|
| 2/01/23 | VEL | .20 | Emails with C. Wedoff, M. Root re final discharge, document repository memoranda. | 347.00 |
| 2/01/23 | VEL | .20 | Emails with C. Wedoff, S. Pillay re hearing coverage, coordination. | 347.00 |
| 2/01/23 | MMR | 1.80 | Worked on discharge/data room logistics issues, including review of precedent relating to same. | 2,574.00 |
| 2/01/23 | CNW | .30 | Email conference with V. Lazar re post-report case and project management. | 358.50 |
| 2/01/23 | DOG | .50 | Worked on correspondence, court materials, data inventory and tracking logs for case files. | 295.00 |
| 2/01/23 | DOG | 1.80 | Worked on searches for key words, list of bates stamped documents and database searches for targeted cited documents. | 1,062.00 |
| 2/01/23 | DOG | .30 | Prepared reports to M. Root re searches. | 177.00 |
| 2/02/23 | PBS | .40 | Conferred with internal team regarding document indexes. | 442.00 |
| 2/02/23 | DOG | .30 | Worked on correspondence, court materials and electronic case documents for case files. | 177.00 |
| 2/03/23 | CNW | 1.40 | Analyzed pleadings filed January 28-February 3. | 1,673.00 |
| 2/03/23 | DOG | .50 | Worked on data export issues re cited documents to reports. | 295.00 |
| 2/03/23 | DOG | .40 | Worked on correspondence, court materials and data inventory for electronic case files. | 236.00 |
| 2/04/23 | DOG | .40 | Worked on correspondence and electronic case materials for files. | 236.00 |
| 2/06/23 | MMR | .60 | Worked on plan for data, discharge of examiner. | 858.00 |
| 2/06/23 | SRG | .20 | Communicated with L. Pelanek concerning Report sources. | 192.00 |
| 2/06/23 | DOG | 1.00 | Worked on case materials, correspondence and court materials for electronic case files. | 590.00 |
| 2/07/23 | MMR | .90 | Reviewed discharge precedent and protocols. | 1,287.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 2/07/23 | CNW | .30 | Began to prepare examiner discharge motion. | 358.50 |
|---------|-----|-----|---------------------------------------------|--------|
| 2/07/23 | DOG | .60 | Worked on court materials, data inventory and tracking logs for electronic case files. | 354.00 |
| 2/08/23 | VEL | .50 | Call with UST, S. Pillay re discharge motion. | 867.50 |
| 2/08/23 | VEL | .20 | Corresponded with M. Root re discharge motion. | 347.00 |
| 2/08/23 | CNW | .20 | Conferred with V. Lazar and M. Root re U.S. Trustee guidance on examiner discharge order. | 239.00 |
| 2/08/23 | DOG | .50 | Worked on court materials, data inventory and tracking logs for electronic case files. | 295.00 |
| 2/09/23 | DOG | .10 | Worked on court and electronic case materials for files. | 59.00 |
| 2/10/23 | MMR | .20 | Telephone call to counsel re disclosure issue. | 286.00 |
| 2/10/23 | CNW | 3.60 | Prepared examiner discharge motion and supporting papers. | 4,302.00 |
| 2/10/23 | CNW | 1.20 | Reviewed February 4-10 pleadings and docket activity. | 1,434.00 |
| 2/10/23 | DOG | .30 | Worked on court materials and electronic case files. | 177.00 |
| 2/13/23 | CNW | 1.20 | Continued to work on examiner discharge motion. | 1,434.00 |
| 2/13/23 | DOG | .20 | Worked on modifications to tracking spreadsheet of interim and final report cites per L. Pelanek request. | 118.00 |
| 2/13/23 | DOG | .20 | Worked on court materials for electronic case files. | 118.00 |
| 2/14/23 | CNW | .90 | Continued to work on examiner discharge motion. | 1,075.50 |
| 2/14/23 | DOG | .20 | Worked on court materials for electronic case files. | 118.00 |
| 2/14/23 | DOG | .20 | Conducted follow up with C. Steege and docketing team re upcoming hearing registration logistics. | 118.00 |
| 2/15/23 | MMR | .20 | Conferred with V. Lazar re examiner motion. | 286.00 |
| 2/15/23 | CNW | 3.20 | Continued to draft and revise motion for examiner discharge. | 3,824.00 |
| 2/15/23 | CNW | .20 | Email conference with V. Lazar and M. Root re motion. | 239.00 |
| 2/15/23 | DOG | .30 | Worked on case and court materials for electronic case files. | 177.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/16/23 | VEL | .30 | Commented on discharge motion. | 520.50 |
| 2/16/23 | MMR | 1.50 | Reviewed discharge motion draft/precedent circulated by C. Wedoff. | 2,145.00 |
| 2/16/23 | CNW | 2.90 | Finalized and circulated discharge motion. | 3,465.50 |
| 2/16/23 | CNW | .30 | Email conference with M. Root and V. Lazar re discharge motion. | 358.50 |
| 2/16/23 | DOG | .30 | Worked on court materials for electronic case files. | 177.00 |
| 2/17/23 | MMR | .50 | Reviewed current draft of discharge motion. | 715.00 |
| 2/17/23 | CNW | .60 | Reviewed February 13-17 pleadings and court filings. | 717.00 |
| 2/17/23 | DOG | .30 | Worked on case materials and court files for electronic case files. | 177.00 |
| 2/21/23 | VEL | .20 | Email with C. Wedoff et al re discharge motion, UST sign-off, timing. | 347.00 |
| 2/21/23 | MMR | 1.20 | Revised discharge motion. | 1,716.00 |
| 2/21/23 | CNW | .20 | Further email conference with S. Pillay, C. Steege, V. Lazar, and M. Root re examiner discharge motion. | 239.00 |
| 2/21/23 | DOG | .30 | Worked on case materials and court files for electronic case files. | 177.00 |
| 2/22/23 | DOG | .10 | Worked on court materials for electronic case files. | 59.00 |
| 2/23/23 | DOG | .30 | Worked on court materials for electronic case files. | 177.00 |
| 2/24/23 | VEL | .20 | Emails with M. Root, S. Pillay re discharge motion, document project. | 347.00 |
| 2/24/23 | CNW | .20 | Further email conference with S. Pillay, V. Lazar, and M. Root re motion to discharge Examiner. | 239.00 |
| 2/24/23 | DOG | .30 | Worked on correspondence and court materials for electronic case files. | 177.00 |
| 2/26/23 | DOG | .40 | Assembled documents requested from M. Root for review from Relativity database. | 236.00 |
| 2/27/23 | VEL | .20 | Emails re status of document project. | 347.00 |
| 2/27/23 | VEL | .20 | Revised discharge motion. | 347.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 2/27/23 | VEL | .20 | Email with S. Cornell re sign-off on discharge motion. | 347.00 |
| 2/27/23 | DOG | .20 | Worked on data issues with internal team re potential hyperlinking reports tasks. | 118.00 |
| 2/27/23 | DOG | .30 | Conferred with C. Woods re database and search issues. | 177.00 |
| 2/27/23 | DOG | .30 | Worked on correspondence and court materials for electronic case files. | 177.00 |
| 2/28/23 | VEL | .20 | Emails re UST sign-off on discharge, timing on motion. | 347.00 |
| 2/28/23 | CNW | .20 | Updated motion to include UST edits. | 239.00 |
| 2/28/23 | DOG | .20 | Worked on correspondence and court materials for electronic case files. | 118.00 |
| | | 37.80 | PROFESSIONAL SERVICES | $ 41,579.50 |

**SUMMARY OF CASE ADMINISTRATION**

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| VINCENT E. LAZAR | 2.60 | 1,735.00 | 4,511.00 |
| MELISSA M. ROOT | 6.90 | 1,430.00 | 9,867.00 |
| CARL N. WEDOFF | 16.90 | 1,195.00 | 20,195.50 |
| PHILIP B. SAILER | .40 | 1,105.00 | 442.00 |
| SOLANA R. GILLIS | .20 | 960.00 | 192.00 |
| DANIEL O. GARCIA | 10.80 | 590.00 | 6,372.00 |
| TOTAL | 37.80 | | $ 41,579.50 |

MATTER 10046 TOTAL                                                          $ 41,579.50

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**COURT HEARINGS**                                      **MATTER NUMBER - 10089**

| 2/06/23 | CNW | 1.10 | Attended Celsius preferred equity hearing (partial) for relevant to Examiner's investigation and report. | 1,314.50 |
|---|---|---|---|---|
| 2/14/23 | VEL | .30 | Reviewed agenda and prepared for hearing. | 520.50 |
| 2/15/23 | VEL | 2.00 | Attended omnibus hearing. | 3,470.00 |
| 2/15/23 | VEL | .20 | Prepared for hearing. | 347.00 |
| | | 3.60 | PROFESSIONAL SERVICES | $ 5,652.00 |

**SUMMARY OF COURT HEARINGS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| VINCENT E. LAZAR | 2.50 | 1,735.00 | 4,337.50 |
| CARL N. WEDOFF | 1.10 | 1,195.00 | 1,314.50 |
| TOTAL | 3.60 | | $ 5,652.00 |

MATTER 10089 TOTAL                                                      $ 5,652.00

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**REPORT PREPARATION AND DRAFTING**                    **MATTER NUMBER - 10127**

| | | | | |
|---|---|---|---|---|
| 2/01/23 | MMR | .20 | Meeting with D. Garcia re dataroom. | 286.00 |
| 2/01/23 | DOG | .20 | Conferred with M. Root re project task assembling bates stamped documents cited in final report. | 118.00 |
| 2/02/23 | DOG | .70 | Worked on follow up re report cited document tasks, project specifications. | 413.00 |
| 2/03/23 | MMR | .40 | Corresponded with team on data site project. | 572.00 |
| 2/03/23 | DOG | .80 | Corresponded with M. Root, L. Pelanek and P. Sailer re cited materials in interim report, final report. | 472.00 |
| 2/03/23 | DOG | 2.70 | Worked on spreadsheet of footnote cites in final report and interim report. | 1,593.00 |
| 2/03/23 | DOG | .50 | Conferred with vendor re hyperlinking request for information and fees per M. Root request. | 295.00 |
| 2/04/23 | DOG | .70 | Worked on follow up report to L. Pelanek re status of interim and final report cite lists and spreadsheet workflows. | 413.00 |
| 2/05/23 | DOG | .30 | Reported to L. Pelanek and P. Sailer re spreadsheet report and inquiries re open issues. | 177.00 |
| 2/05/23 | DOG | 2.20 | Worked on spreadsheet chart of cites to interim and final report including L. Pelanek notes for inclusion. | 1,298.00 |
| 2/05/23 | DOG | 1.60 | Quality control review of open bates number and related database. | 944.00 |
| 2/06/23 | DOG | 2.70 | Worked on action items re documents cited in Examiner Interim and Final Reports re tracking spreadsheet, database exports with vendor, quality control review for accuracy. | 1,593.00 |
| 2/06/23 | DOG | .50 | Worked on follow up re cost estimate with hyperlinking vendor, M. Root and L. Pelanek. | 295.00 |
| 2/07/23 | LEP | 2.40 | Reviewed report for proposed errata. | 2,376.00 |
| 2/07/23 | MMR | 1.30 | Reviewed source list in connection with work on proposal for sharing report data. | 1,859.00 |
| 2/13/23 | DOG | .20 | Worked on follow up re hyperlinking reports proposals with team. | 118.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 2/14/23 | LEP | 4.10 | Reviewed cited documents for PII in preparation for posting hyperlinked report with sources. | 4,059.00 |
| 2/20/23 | MMR | .30 | Reviewed proposal re linked documents for report. | 429.00 |
| 2/21/23 | MMR | .50 | Follow up work on data/source project. | 715.00 |
| 2/24/23 | MMR | .10 | E-mail with K&E re data project. | 143.00 |
| 2/25/23 | MMR | .20 | Conferred with K&E regarding data project. | 286.00 |
| 2/25/23 | MMR | .30 | Reviewed K&E response identifying certain documents for redaction. | 429.00 |
| 2/26/23 | DOG | .50 | Worked on correspondence for case files and conducted follow up re potential hyperlinking vendor tasks and issues with team. | 295.00 |
| 2/28/23 | MMR | .20 | Corresponded with L. Pelanek re source data project. | 286.00 |
| 2/28/23 | MMR | .40 | Reviewed e-mail from K&E re source data project including cited documents. | 572.00 |
| 2/28/23 | DOG | .10 | Worked on follow up re workflows re documents for hyperlinking interim and final reports. | 59.00 |
| | | 24.10 | PROFESSIONAL SERVICES | $ 20,095.00 |

**SUMMARY OF REPORT PREPARATION AND DRAFTING**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MELISSA M. ROOT | 3.90 | 1,430.00 | 5,577.00 |
| LAURA E. PELANEK | 6.50 | 990.00 | 6,435.00 |
| DANIEL O. GARCIA | 13.70 | 590.00 | 8,083.00 |
| TOTAL | 24.10 | | $ 20,095.00 |

MATTER 10127 TOTAL                                    $ 20,095.00

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**BILLING AND FEE APPLICATIONS**                    **MATTER NUMBER - 10135**

| | | | | |
|---|---|---|---|---|
| 2/01/23 | MMR | 1.00 | Finalized monthly statement. | 1,430.00 |
| 2/01/23 | CNW | .20 | Prepared letter request for payment of Jenner November fee statement. | 239.00 |
| 2/01/23 | CNW | .40 | Finalized and coordinated filing and service of Jenner December fee statement. | 478.00 |
| 2/03/23 | MMR | 1.50 | Worked on December monthly statement. | 2,145.00 |
| 2/06/23 | MMR | 1.90 | Worked on fee application. | 2,717.00 |
| 2/13/23 | MMR | 2.00 | Worked on monthly fee application. | 2,860.00 |
| 2/16/23 | MMR | 1.80 | Prepared monthly statement. | 2,574.00 |
| 2/16/23 | MMR | .80 | Worked on fee application matters. | 1,144.00 |
| 2/17/23 | MMR | 1.50 | Continued work on monthly statement. | 2,145.00 |
| 2/17/23 | CNW | .90 | Circulated supplemental Lazar Declaration disclosing connections to parties in interest. | 1,075.50 |
| 2/21/23 | MMR | 1.20 | Worked on monthly statement preparation. | 1,716.00 |
| 2/23/23 | MMR | 1.40 | Continued work on monthly statement preparation. | 2,002.00 |
| 2/24/23 | MMR | 2.80 | Continued work on monthly statement. | 4,004.00 |
| 2/27/23 | MMR | 1.50 | Finalized monthly statement. | 2,145.00 |
| 2/27/23 | CNW | 1.20 | Revised January 2023 Jenner invoice. | 1,434.00 |
| 2/27/23 | CNW | .20 | Corresponded with M. Root and D. Garcia re Jenner 2023 fee statement preparation. | 239.00 |
| 2/27/23 | DOG | .30 | Conducted follow up re fee statement tasks with C. Wedoff and worked on calculations spreadsheet and review of invoice. | 177.00 |
| 2/28/23 | CNW | .50 | Revised Jenner January 2023 monthly fee statement and invoice. | 597.50 |
| 2/28/23 | CNW | .20 | Email conference with M. Root, D. Garcia, and S. Pripusich re Jenner January 2023 monthly fee statement and invoice. | 239.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 2/28/23 | DOG | 4.00 | Worked on drafting fee statement supporting spreadsheet, reviewed calculations, drafted fee statement for C. Wedoff review, worked on quality control review and revisions for accuracy. | 2,360.00 |
|---|---|---|---|---|
| | | 25.30 | PROFESSIONAL SERVICES | $ 31,721.00 |

**SUMMARY OF BILLING AND FEE APPLICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| MELISSA M. ROOT | 17.40 | 1,430.00 | 24,882.00 |
| CARL N. WEDOFF | 3.60 | 1,195.00 | 4,302.00 |
| DANIEL O. GARCIA | 4.30 | 590.00 | 2,537.00 |
| TOTAL | 25.30 | | $ 31,721.00 |

| MATTER 10135 TOTAL | | | $ 31,721.00 |
|---|---|---|---|

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**COMMUNICATIONS WITH PARTIES IN INTEREST**                    **MATTER NUMBER - 10143**

| 2/01/23 | VEL | .10 | Email with regulator re meeting request. | 173.50 |
|---|---|---|---|---|
| 2/02/23 | SMS | .50 | Participated in Examiner Team Zoom conference with regulator. | 525.00 |
| 2/02/23 | SMS | .30 | Compiled and finalized notes to file re Zoom conference with regulator. | 315.00 |
| 2/02/23 | ARC | .50 | Attended Examiner call with regulator re final report. | 620.00 |
| 2/02/23 | DOG | .20 | Reviewed Examiner email inbox and updated tracking log re same. | 118.00 |
| 2/03/23 | VEL | .40 | Call with regulator re information request, reported on same. | 694.00 |
| 2/03/23 | LEP | 1.60 | Compiled cited documents without bates stamps for data room and regulator transmission. | 1,584.00 |
| 2/03/23 | DOG | .20 | Worked on review of Examiner email inbox and updated tracking log re same. | 118.00 |
| 2/06/23 | VEL | .30 | Emails with L. Pelanek re source documents. | 520.50 |
| 2/06/23 | LEP | 3.20 | Reviewed documents/cites for regulator production. | 3,168.00 |
| 2/06/23 | SMS | .80 | Participated in Zoom conference with Examiner and regulator. | 840.00 |
| 2/06/23 | XCS | .80 | Reviewed documents for regulator production. | 688.00 |
| 2/06/23 | DOG | .20 | Reviewed Examiner email inbox and worked on spreadsheet re same. | 118.00 |
| 2/10/23 | LEP | .20 | Corresponded with customers re anonymity requests. | 198.00 |
| 2/10/23 | MMR | .30 | Responded to customers re report inquires. | 429.00 |
| 2/13/23 | VEL | .10 | Email re issues with regulator request. | 173.50 |
| 2/13/23 | VEL | .50 | Attended preparation call for regulator meeting (partial attendance). | 867.50 |
| 2/13/23 | LSR | .90 | Prepared for meeting with regulators. | 1,161.00 |
| 2/13/23 | LSR | .80 | Call with Examiner and Huron re for meeting with regulators. | 1,032.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | | | |
|---|---|---|---|---|
| 2/13/23 | SMS | .70 | Participated in Examiner and Huron team Zoom conference re preparation for Huron work walkthrough with regulators. | 735.00 |
| 2/15/23 | VEL | .20 | Attended regulator meeting. | 347.00 |
| 2/15/23 | LSR | .20 | Call with regulators re Final Report. | 258.00 |
| 2/15/23 | SMS | .20 | Participated in Examiner team Zoom conference with Huron, regulator re Huron's financial analysis work. | 210.00 |
| 2/15/23 | DOG | .10 | Worked on review of Examiner email inbox and updated tracking log re same. | 59.00 |
| 2/22/23 | DOG | .20 | Worked on review of Examiner email inbox and updated tracking spreadsheet. | 118.00 |
| 2/23/23 | DOG | .20 | Worked on review of Examiner email inbox and updated tracking log re same. | 118.00 |
| 2/28/23 | VEL | .20 | Email with regulator re document update. | 347.00 |
| | | 13.90 | PROFESSIONAL SERVICES | $ 15,535.00 |

**SUMMARY OF COMMUNICATIONS WITH PARTIES IN INTEREST**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| VINCENT E. LAZAR | 1.80 | 1,735.00 | 3,123.00 |
| MELISSA M. ROOT | .30 | 1,430.00 | 429.00 |
| LANDON S. RAIFORD | 1.90 | 1,290.00 | 2,451.00 |
| AARON R. COOPER | .50 | 1,240.00 | 620.00 |
| SARA M. STAPPERT | 2.50 | 1,050.00 | 2,625.00 |
| LAURA E. PELANEK | 5.00 | 990.00 | 4,950.00 |
| COURTNEY B. SHIER | .80 | 860.00 | 688.00 |
| DANIEL O. GARCIA | 1.10 | 590.00 | 649.00 |
| TOTAL | 13.90 | | $ 15,535.00 |

| | | |
|---|---|---|
| MATTER 10143 TOTAL | | $ 15,535.00 |
| | TOTAL INVOICE | $ 131,235.35 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| VINCENT E. LAZAR | 6.90 | 1,735.00 | 11,971.50 |
| SHOBA PILLAY | 10.00 | 1,590.00 | 15,900.00 |
| MELISSA M. ROOT | 28.50 | 1,430.00 | 40,755.00 |
| LANDON S. RAIFORD | 1.90 | 1,290.00 | 2,451.00 |
| AARON R. COOPER | .50 | 1,240.00 | 620.00 |
| CARL N. WEDOFF | 21.60 | 1,195.00 | 25,812.00 |
| PHILIP B. SAILER | .40 | 1,105.00 | 442.00 |
| SARA M. STAPPERT | 2.50 | 1,050.00 | 2,625.00 |
| LAURA E. PELANEK | 11.50 | 990.00 | 11,385.00 |
| SOLANA R. GILLIS | .20 | 960.00 | 192.00 |
| COURTNEY B. SHIER | .80 | 860.00 | 688.00 |
| DANIEL O. GARCIA | 29.90 | 590.00 | 17,641.00 |
| TOTAL | 114.70 | | $ 130,482.50 |