**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
       sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
       gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF SEVENTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed its *Seventh Monthly Fee Statement of Elementus Inc. for Interim Compensation and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From February 1, 2023 Through February 28, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 1745 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Fee Statement**, by (i) Elementus Inc. and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Fee Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Elementus.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement

2

to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at htttps://cases.stretto.com/celsius. You may also obtain copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

AMERICAS 116616989 v1

| | |
|---|---|
| Dated: March 29, 2023<br>New York, New York | Respectfully submitted, |

*/s/ Gregory F. Pesce*
---
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
 sam.hershey@whitecase.com
 azatz@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
 gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

| | |
|---|---|
| **WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email: david.turetsky@whitecase.com<br>     sam.hershey@whitecase.com | **WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450<br>Email: mandolina@whitecase.com<br>     gregory.pesce@whitecase.com |
| – and – | – and – |
| **WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br>Email: kwofford@whitecase.com | **WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile: (213) 452-2329<br>Email: aaron.colodny@whitecase.com |

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

# COVER SHEET TO
# SEVENTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Name of Applicant: | Elementus Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | February 1, 2023 – February 28, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $133,940.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $107,152.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $26,788.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $26,430.53 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $160,370.53 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $133,582.53 |

This is a <u>monthly</u> fee invoice.

2



## Professional Hours Tracker - February 2023

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 1 March 2023

### Hours Summary

| Name | Role | Rate | Communications with M3, W+C, A+M, and external parties | Internal Development | Administrative Tasks | Total (hrs) | Cost |
|---|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 5.1 | 25 | 0 | 30.1 | $ 30,100 |
| Matt Lam | Senior Data Scientist | $900 | 2.2 | 57.8 | 0 | 60.0 | $ 54,000 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 2.2 | 1.8 | 0 | 4.0 | $ 3,600 |
| Sirish Jetti | Vice President | $800 | 0 | 11.2 | 0 | 11.2 | $ 8,960 |
| Hwasoo Lee | Senior Data Scientist | $900 | 0 | 0 | 0 | 0.0 | $ - |
| Bryan Oliveira | Senior Software Engineer | $900 | 0 | 0 | 0 | 0.0 | $ - |
| Matt Austin | Vice President | $800 | 1 | 3.2 | 4.9 | 9.1 | $ 7,280 |
| Bryan Young | Vice President | $800 | 2.2 | 3.2 | 1.2 | 6.6 | $ 5,280 |
| Nicholas Shaker | Project Manager | $600 | 14.9 | 26.3 | 0 | 41.2 | $ 24,720 |
| **Labor Totals** | | | **27.6** | **128.5** | **6.1** | **162.2** | **$ 133,940** |

### Other Expenses

| Description | Date | Cost |
|---|---|---|
| Amazon Web Services Costs | | $ 20,511.11 |
| Google Cloud Platform | | $ 5,251.12 |
| Google Voice | | $ 54.38 |
| Asana - Project Management Platform | | $ 414.95 |
| Atlassian - Project Management Platform | | $ 164.95 |
| Microsoft 365 Subscriptions | | $ 34.02 |
| **Other Expenses Totals** | | **$ 26,430.53** |

| | |
|---|---|
| **February 2022 Grand Total** | **$ 160,370.53** |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 2.2 |
| Internal Development | 1.8 |
| **Total** | **4** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 2/6/2023 | Monday | 0.7 | Internal Call re: Insider Totals and USD values | Communications |
| 2/6/2023 | Monday | 1.3 | Internal Call re: third-party loans and data review | Communications |
| 2/17/2023 | Friday | 0.1 | UCC Workstreams Standup | Communications |
| 2/23/2023 | Thursday | 0.1 | Elementus and M3 Daily Call | Communications |
| 2/24/2023 | Friday | 0.5 | Internal call re: Insiders sending funds to centralized exchanges | Internal Development |
| 2/28/2023 | Tuesday | 1.3 | Main wallet addresses analysis and identification | Internal Development |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 2.2 |
| Internal Development | 3.2 |
| Administrative Tasks | 1.2 |
| **Total** | **6.6** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 2/2/2023 | Thursday | 1 | Call with M3 and W+C about Examiner report insider sale totals | Communications |
| 2/4/2023 | Saturday | 2.7 | Read through Examiner Report | Internal Development |
| 2/6/2023 | Monday | 0.5 | Internal Call re: Insider Totals and USD values | Internal Development |
| 2/17/2023 | Friday | 0.5 | Call with W+C to review Fee Examiner Report | Administrative |
| 2/17/2023 | Friday | 0.5 | Call with S. Ludovici at WC re Fee Examiner Report | Communications |
| 2/17/2023 | Friday | 0.7 | Review Progress Report for W+C and M3 | Communications |
| 2/22/2023 | Wednesday | 0.7 | Call with external counsel to discuss billing practices | Administrative |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 1 |
| Internal Development | 3.2 |
| Administrative Tasks | 4.9 |
| **Total** | **9.1** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 2/2/2023 | Thursday | 1 | Call with M3 and W+C about Examiner report insider sale totals | Communications |
| 2/4/2023 | Saturday | 2.7 | Read through Examiner Report | Internal Development |
| 2/17/2023 | Friday | 0.5 | Call with W+C to review Fee Examiner Report | Internal Development |
| 2/21/2023 | Tuesday | 0.5 | Administrative tasks re: monthly billable hours and expense reporting | Administrative Tasks |
| 2/22/2023 | Wednesday | 0.7 | Call with external counsel to discuss billing practices | Administrative |
| 2/22/2023 | Wednesday | 0.5 | Call with Fee Examiner to discuss preliminary report | Administrative Tasks |
| 2/28/2023 | Tuesday | 3.2 | Administrative tasks re: monthly billable hours and expense reporting | Administrative Tasks |

| Employee Name | Role |
|---|---|
| Matt Lam | Senior Data Scientist |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 2.2 |
| Internal Development | 57.8 |
| **Total** | **60** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 2/1/2023 | Wednesday | 6.5 | Insider Activity Examiner Report Comparison for White and Case | Internal Development |
| 2/2/2023 | Thursday | 4.1 | Insider Activity Examiner Report Comparison for White and Case | Internal Development |
| 2/2/2023 | Thursday | 1.7 | Call with M3 and W+C about Examiner report insider sale totals | Communications |
| 2/2/2023 | Thursday | 6.3 | Revisiting Insider Sale and Buyback Numbers | Internal Development |
| 2/3/2023 | Friday | 4.7 | Revisiting Insider Sale and Buyback Numbers | Internal Development |
| 2/5/2023 | Sunday | 1.4 | Inside totals review, compare with Examiner report | Internal Development |
| 2/6/2023 | Monday | 0.7 | Internal Call re: Insider Totals and USD values | Internal Development |
| 2/6/2023 | Monday | 0.9 | Internal Call re: third-party Loans and data review | Internal Development |
| 2/8/2023 | Wednesday | 6.7 | Insider Fund Destination Investigation | Internal Development |
| 2/9/2023 | Thursday | 0.5 | Call with White and Case about insider token swaps | Communications |
| 2/9/2023 | Thursday | 7.5 | Insider Swap Activity Data Querying and Cleaning | Internal Development |
| 2/10/2023 | Friday | 4.3 | Insider Swap Activity Data Querying and Cleaning | Internal Development |
| 2/10/2023 | Friday | 3.7 | Insider Fund Destination Investigation | Internal Development |
| 2/13/2023 | Monday | 0.5 | Internal call re: lost assets and exchange hacks workstreams | Internal Development |
| 2/14/2023 | Tuesday | 2.7 | Data collection and communications re: Insiders sending funds to centralized exchanges | Internal Development |
| 2/17/2023 | Friday | 4.5 | Data collection and communications re: Insiders sending funds to centralized exchanges | Internal Development |
| 2/27/2023 | Monday | 3.3 | Data collection and communications re: Insiders sending funds to centralized exchanges | Internal Development |

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

**Summary**

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 5.1 |
| Internal Development | 25 |
| **Total** | **30.1** |

**Details**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 2/2/2023 | Thursday | 1 | Call with M3 and W+C about Examiner report insider sale totals | Communications |
| 2/2/2023 | Thursday | 6.6 | Revisiting Insider Sale and Buyback Numbers | Internal Development |
| 2/4/2023 | Saturday | 5.7 | Review draft complaint and insider sales data | Internal Development |
| 2/5/2023 | Sunday | 2.5 | Review draft complaint and insider sales data | Internal Development |
| 2/6/2023 | Monday | 0.7 | Internal Call re: Insider Totals and USD values | Internal Development |
| 2/6/2023 | Monday | 1.5 | Review draft complaint and insider sales | Internal Development |
| 2/6/2023 | Monday | 0.9 | Internal Call re: third-party Loans and data review | Internal Development |
| 2/6/2023 | Monday | 4.1 | Read through White and Case complaint and submit suggestions for review | Internal Development |
| 2/6/2023 | Monday | 0.5 | Insider Sales Data Review internal call | Administrative |
| 2/6/2023 | Monday | 1.1 | Respond to questions regarding draft complaint | Communications |
| 2/6/2023 | Thursday | 1 | M3 and Elementus working group session | Communications |
| 2/9/2023 | Thursday | 0.5 | Internal call with Elementus, M3, and W+C | Communications |
| 2/9/2023 | Tuesday | 1.5 | Celsius - Committee Members Weekly Meeting | Communications |
| 2/14/2023 | Monday | 1 | Insider Sales Data Review internal call | Administrative |
| 2/27/2023 | Monday | 1.5 | Data collection and communications review re: Insiders sending funds to centralized exchanges | Internal Development |

| Employee name | Role |
|---|---|
| Sirish Jetti | Vice President |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 11.2 |
| **Total** | **11.2** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 2/7/2023 | Tuesday | 2.1 | Engineering and Data Science sprint planning | Internal Development |
| 2/15/2023 | Wednesday | 1.7 | Engineering and Data Science sprint planning | Internal Development |
| 2/17/2023 | Friday | 3.3 | Attribution and analysis review | Internal Development |
| 2/21/2023 | Tuesday | 2 | Engineering and Data Science sprint planning | Internal Development |
| 2/27/2023 | Monday | 2.1 | Data collection and communications re: Insiders sending funds to centralized exchanges review | Internal Development |

| Employee Name | Role |
|---|---|
| Bryan Oliveira | Senior Software Engineer |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 0 |
| **Total** | **0** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |