# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dan Latona
To Call Writer Directly:
+1 312 862-3445
dan.latona@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

March 29, 2023

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

    Re:    *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Object to Debtors' KEIP Motion

Dear Chief Judge Glenn:

    Pursuant to paragraph 27 of the *Case Management Procedures*, attached as Exhibit 1 to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181] and upon mutual agreement with the United States Trustee for the Southern District of New York (the "U.S. Trustee"), we write to request confirmation of the extension of the deadline for the U.S. Trustee to object to the *Debtors' Motion Seeking Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief* [Docket No. 2336] (the "KEIP Motion") to Friday, April 14, 2023 at 4:00 p.m. (prevailing Eastern Time).

    Sincerely,

    /s/ Dan Latona

    Dan Latona

cc:    Shara Cornell, U.S. Trustee

The request to extend the deadline for the U.S. Trustee to object to the *Debtors' Motion Seeking Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief* [Docket No. 2336] (the "KEIP Motion") to Friday, April 14, 2023 at 4:00 p.m. is GRANTED.

MEMORANDUM ENDORSED

**IT IS SO ORDERED.**

Dated:  March 30, 2023
        New York, New York

                                            **/s/ Martin Glenn**
                                            MARTIN GLENN
                                     Chief United States Bankruptcy Judge