

FILED
U.S. BANKRUPTCY COURT
2023 MAR 30 P 1: 19

# United States Bankruptcy Court
## Southern District of New York

In re Celsius Network LLC, et al.                    Case No. 22-10964 (MG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Matthew Christensen** | **EDS Financial Services Inc.** |
| Address on File | 24 Hammond #C<br>Irvine, CA 92618 |

**Schedule F Claim #**  3.1.379474

**Transferred Claim Amount**  as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:
_____    03/22/2023
0E2E7EA4D5E74DF...
Transferee                                            Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Seller, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to Buyer, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **Celsius Network LLC, et al.**

**Schedule F Claim #**     3.1.379474

**Claim Amount**     as detailed on Schedule F

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 03/22/2023

Buyer:

**EDS Financial Services Inc.**

DocuSigned by: *[signature]* 0E2E7EA4D5E74DF...

Name: Avi Marciano

Seller:

DocuSigned by: *[signature]* 25219562E497424...

Name: Matthew Christensen

# Xclaim

| SCHEDULE # | CREDITOR NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET (Y/N) | CLAIM AMOUNT | PRIORITY AMOUNT | SECURED AMOUNT | COLLATERAL FOR LOAN INDEBTEDNESS |
|---|---|---|---|---|---|---|---|---|
| 3.1.379474 | MATTHEW CHRISTENSEN | ADDRESS REDACTED | | | BTC 0.09024780043622<br>ETH 1.30459849867626 | | | |