JENNER & BLOCK LLP
Catherine L. Steege (admitted *pro hac vice*)
Vincent E. Lazar
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350

Richard Levin
Kayvan Sadeghi
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## NOTICE OF FILING OF HYPERLINKED EXAMINER REPORTS

On November 19, 2022, Shoba Pillay, Court-appointed Examiner in these chapter 11 cases (the "**Examiner**"), filed the *Interim Report of Shoba Pillay, Examiner* [Dkt. 1411] (the "**Interim Report**").

On January 31, 2023, the Examiner filed the *Final Report of Shoba Pillay, Examiner* [Dkt. 1956] (the "**Final Report**," and together with the Interim Report, the "**Reports**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

PLEASE TAKE NOTICE that copies of the Reports containing hyperlinks to sources cited therein are now available on the website of the above-captioned Debtors at https://cases.stretto.com/Celsius/contentcard/4947-interim-&-final-examiner-reports.[2]

|  |  |
|---|---|
| Dated: March 31, 2023 | Respectfully submitted, |
|  | JENNER & BLOCK LLP |
|  | By: /s/ *Catherine L. Steege* |
|  | Catherine L. Steege (admitted *pro hac vice*) |
|  | Vincent E. Lazar |
|  | 353 N. Clark Street |
|  | Chicago, IL 60654 |
|  | (312) 222-9350 |
|  | vlazar@jenner.com |
|  | csteege@jenner.com |
|  |  |
|  | Richard Levin |
|  | Kayvan Sadeghi |
|  | 1155 Avenue of the Americas |
|  | New York, NY 10036 |
|  | (212) 891-1600 |
|  | rlevin@jenner.com |
|  | ksadeghi@jenner.com |

---

[2] The hyperlinked versions of the Reports do not contain hyperlinks to sources that are designated as confidential by the Debtors and/or subject to attorney-client privilege, work product protection, or other applicable privileges or protections.