**WHITE & CASE LLP**
David M. Turetsky
Kimberly A. Havlin
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
kim.havlin@whitecase.com
sam.hershey@whitecase.com
– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Aaron Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors-in-possession (the "**Committee**"), by and through its undersigned counsel, hereby appeals to the United States District Court for the Southern District

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

of New York, pursuant to 28 U.S.C. § 158(a) and the Federal Rules of Bankruptcy Procedure 8001-8005, from the United States Bankruptcy Court for the Southern District of New York's March 17, 2023 *Order Regarding Which Debtor Entities Have Liability for Customer Claims Under the Terms of Use* [Docket No. 2265] (the "**Order**").  A copy of the Order appealed from is attached hereto as **Exhibit A**.  A copy of the *Memorandum Opinion regarding Which Debtor Entities Have Liability for Customer Claims under the Terms of Use* [Docket No. 2205] (the "**Opinion**") is attached hereto as **Exhibit B**.  A copy of the *Transcript regarding Hearing Held on 2/6/2023 at 1:59pm RE: Debtors' Motion (a) establishing certain dates and deadlines governing the briefing and resolution of the legal issue against which Debtor entities account holders have claims on account of cryptocurrency deposited on the Debtors' platform* [Docket No. 2016] (the "Hearing Transcript") is attached hereto as **Exhibit C**.

The names of all the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

Appellants:

> **WHITE & CASE LLP**
> David M. Turetsky
> Kimberly A. Havlin
> Samuel P. Hershey
> 1221 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 819-8200
>
> **WHITE & CASE LLP**
> Michael C. Andolina
> Gregory F. Pesce
> 111 South Wacker Drive, Suite 5100
> Chicago, Illinois 60606
> Telephone: (312) 881-5400
>
> **WHITE & CASE LLP**
> Keith H. Wofford
> Southeast Financial Center, Suite 4900

200 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 371-2700

**WHITE & CASE LLP**
Aaron E. Colodny
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700

*Counsel to the Official Committee of
Unsecured Creditors*

Appellees:

**MILBANK LLP**
Dennis F. Dunne
Nelly Almeida
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000

**MILBANK LLP**
Andrew M. Leblanc
Melanie Westover Yanez
1850 K Street, NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500

*Counsel to Community First Partners, LLC,
Celsius SPV Investors, LP, and
Celsius New SPV Investors, LP*

**JONES DAY**
Joshua M. Mester
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939

*Counsel to CDP Investissements Inc.*

Other Parties:

**KIRKLAND & ELLIS LLP**
Joshua A. Sussberg, P.C.

      601 Lexington Avenue
      New York, New York 10022
      Telephone: (212) 446-4800

      **KIRKLAND & ELLIS LLP**
      Patrick J. Nash, Jr., P.C.
      Ross M. Kwasteniet, P.C.
      Christopher S. Koenig
      Dan Latona
      300 North LaSalle Street
      Chicago, Illinois 60654
      Telephone: (312) 862-2000

      *Counsel to the Debtors and Debtors-in-Possession*

Dated:     March 31, 2023
         New York, New York

                      **WHITE & CASE LLP**

                      By: */s/ Kimberly A. Havlin*
                      David M. Turetsky
                      Kimberly A. Havlin
                      Samuel P. Hershey
                      1221 Avenue of the Americas
                      New York, NY 10020
                      Telephone: (212) 819-8200
                      Facsimile: (212) 354-8113
                      Email: david.turetsky@whitecase.com
                                kim.havlin@whitecase.com
                                sam.hershey@whitecase.com

                      Michael C. Andolina (admitted *pro hac vice*)
                      Gregory F. Pesce (admitted *pro hac vice*)
                      111 South Wacker Drive, Suite 5100
                      Chicago, Illinois 60606
                      Telephone: (312) 881-5400
                      Facsimile: (312) 881-5450
                      Email: mandolina@whitecase.com
                                gregory.pesce@whitecase.com

                      Keith H. Wofford
                      Southeast Financial Center, Suite 4900
                      200 South Biscayne Blvd.
                      Miami, Florida 33131

Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*