**Celsius Network**

**Weekly Cash Flow Forecast - CONSOLIDATED DEBTORS**

*Dated: April 2, 2023*

*($000s)*

| Week:<br>Period End Date: | 1<br>17-Mar-23 | 2<br>24-Mar-23 | 3<br>31-Mar-23 | 4<br>7-Apr-23 | 5<br>14-Apr-23 | 6<br>21-Apr-23 | 7<br>28-Apr-23 | 8<br>5-May-23 | 9<br>12-May-23 | 10<br>19-May-23 | 11<br>26-May-23 | 12<br>2-Jun-23 | 13<br>9-Jun-23 | Forecast<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | |
| Other Receipts[1] | $ 3,517 | $ -- | $ 6,046 | $ -- | $ 5,584 | $ -- | $ 2,620 | $ -- | $ -- | $ 2,620 | $ -- | $ 2,620 | $ -- | $ 23,006 |
| BTC Sales | 1,201 | 1,918 | 1,918 | 2,110 | 2,253 | 2,253 | 2,253 | 2,461 | 2,980 | 2,980 | 2,980 | 2,980 | 3,369 | 31,656 |
| **Total Receipts** | **4,717** | **1,918** | **7,965** | **2,110** | **7,837** | **2,253** | **4,873** | **2,461** | **2,980** | **5,600** | **2,980** | **5,600** | **3,369** | **54,663** |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | |
| Payroll | (219) | (1,592) | (15) | (15) | (15) | (1,392) | (15) | (15) | (15) | (1,314) | (93) | (15) | (15) | (4,730) |
| Hosting[2] | (1,455) | (2,500) | (375) | (2,000) | (2,059) | (2,825) | (375) | -- | (2,670) | (3,310) | (375) | -- | -- | (17,943) |
| Other Operating Disbursements | (310) | (5,260) | (1,510) | (6,814) | (824) | (1,370) | (785) | (2,785) | (435) | (1,370) | (785) | (2,785) | (435) | (25,467) |
| **Total Operating Disbursements** | **(1,985)** | **(9,352)** | **(1,900)** | **(8,829)** | **(2,897)** | **(5,586)** | **(1,175)** | **(2,800)** | **(3,120)** | **(5,994)** | **(1,253)** | **(2,800)** | **(450)** | **(48,140)** |
| **Operating Cash Flow** | **2,732** | **(7,433)** | **6,065** | **(6,720)** | **4,939** | **(3,333)** | **3,698** | **(339)** | **(140)** | **(394)** | **1,727** | **2,800** | **2,919** | **6,522** |
| **NON-OPERATING ACTIVITIES** | | | | | | | | | | | | | | |
| Capital Expenditures[3] | (103) | (414) | (952) | (1,167) | (4,733) | (414) | (2,400) | (100) | (100) | (15,187) | -- | -- | -- | (25,570) |
| Restructuring Activities | (6,482) | (5,033) | (7,065) | (3,120) | (157) | (11,977) | (5,428) | (8,677) | (157) | (1,507) | (5,157) | (8,280) | -- | (63,039) |
| **Total Restructuring Activities** | **(6,586)** | **(5,447)** | **(8,017)** | **(4,287)** | **(4,890)** | **(12,391)** | **(7,828)** | **(8,777)** | **(257)** | **(16,693)** | **(5,157)** | **(8,280)** | **--** | **(88,610)** |
| **Net Cash Flow** | **(3,853)** | **(12,881)** | **(1,952)** | **(11,006)** | **49** | **(15,725)** | **(4,130)** | **(9,116)** | **(396)** | **(17,087)** | **(3,429)** | **(5,480)** | **2,919** | **(82,087)** |
| **LIQUIDITY SCHEDULE** | | | | | | | | | | | | | | |
| Beginning Cash Balance | 166,358 | 162,505 | 149,624 | 147,672 | 136,666 | 136,715 | 120,990 | 116,860 | 107,744 | 107,348 | 90,261 | 86,832 | 81,352 | 166,358 |
| Net Cash Flow | (3,853) | (12,881) | (1,952) | (11,006) | 49 | (15,725) | (4,130) | (9,116) | (396) | (17,087) | (3,429) | (5,480) | 2,919 | (82,087) |
| **Ending Cash Balance** | **162,505** | **149,624** | **147,672** | **136,666** | **136,715** | **120,990** | **116,860** | **107,744** | **107,348** | **90,261** | **86,832** | **81,352** | **84,271** | **84,271** |
| Minimum Cash Balance | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) |
| **Baseline Liquidity** | **$ 142,505** | **$ 129,624** | **$ 127,672** | **$ 116,666** | **$ 116,715** | **$ 100,990** | **$ 96,860** | **$ 87,744** | **$ 87,348** | **$ 70,261** | **$ 66,832** | **$ 61,352** | **$ 64,271** | **$ 64,271** |

**Notes:**

[1] Includes EFH collections, Mawson loan, and other miscellaneous inflows

[2] Includes mining related hosting costs and approx. $5mm of deposits and other non-recurring costs

[3] Includes S&U taxes, shipping and customs duties

**Celsius Network**
Assets by Coin Type as of March 17, 2023
*(USD, $MMs)*

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Held at Fireblocks | | | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Held at GK8[1] | Total Coins in Possession | DeFi[2][3] | Staking[3] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | $ 150.5 | $ 110.7 | $ 0.0 | $ 0.0 | $ 6.1 | $ - | $ 0.6 | $ - | $ 268.0 | $ - | $ - | $ - | $ - | $ - | $ 268.0 | $ 113.6 |
| ETH** | 4.1 | 21.1 | 0.0 | 0.1 | 0.0 | - | 70.1 | - | 95.5 | 34.8 | 668.9 | 12.0 | 0.0 | - | 811.2 | 1,897.1 |
| stETH** | 769.2 | - | - | - | - | - | - | - | 769.2 | - | - | - | - | - | 769.2 | - |
| WBTC* | - | 0.0 | - | - | - | - | 0.0 | - | 0.0 | 0.1 | - | 5.1 | - | - | 5.2 | 3.0 |
| BTC* | 883.3 | 13.4 | - | - | - | 6.2 | 85.8 | - | 988.73 | - | - | 15.5 | 17.3 | 0.7 | 1,022.2 | 2,873.0 |
| USDC | 3.6 | 3.4 | 0.0 | - | - | - | 29.1 | - | 36.1 | 0.1 | - | 229.7 | - | 7.5 | 273.5 | 935.3 |
| MATIC | 10.8 | 12.8 | - | - | - | - | 7.1 | - | 30.6 | 0.0 | 57.1 | 5.7 | - | 20.2 | 113.5 | 304.8 |
| USDT ERC20 | 1.3 | 0.1 | 0.0 | - | - | - | 1.3 | - | 2.7 | - | - | 47.3 | - | - | 50.0 | 121.2 |
| ADA | 0.1 | 29.1 | 0.0 | 0.0 | - | - | 2.6 | - | 31.761 | - | 0.8 | 3.6 | - | 0.2 | 36.3 | 92.3 |
| LINK | 20.4 | 0.4 | - | - | 0.0 | - | 3.2 | - | 24.1 | 0.0 | - | 0.1 | - | - | 24.1 | 68.6 |
| WETH** | 0.0 | 20.3 | - | - | - | - | - | - | 20.3 | 0.0 | - | - | - | - | 20.3 | - |
| GUSD | - | 0.0 | - | - | - | - | 4.2 | - | 4.2 | 0.0 | - | 10.9 | - | - | 15.1 | 86.7 |
| DOT | 1.7 | 6.2 | 0.0 | - | 0.0 | - | 0.9 | - | 8.8 | 1.5 | 0.5 | 0.8 | 0.7 | - | 12.3 | 31.7 |
| LTC | 6.9 | 1.7 | - | - | - | - | 1.3 | - | 9.9 | - | - | 7.3 | - | - | 17.2 | 37.6 |
| FTT | 0.5 | 0.0 | - | - | - | - | - | - | 0.5 | - | - | - | 0.0 | - | 0.5 | (0.0) |
| MCDAI | 0.0 | 1.5 | 0.0 | - | 0.0 | - | 0.4 | - | 1.8 | 1.1 | - | 8.8 | - | - | 11.7 | 4.4 |
| AAVE | 0.0 | 7.7 | 0.0 | - | - | - | 0.3 | - | 8.0 | 0.1 | - | 0.5 | - | - | 8.5 | 10.2 |
| TGBP | 9.2 | 0.4 | - | - | - | - | 0.1 | - | 9.7 | - | - | - | - | - | 9.7 | 9.1 |
| BCH | 7.0 | 0.0 | - | - | - | - | 0.1 | - | 7.2 | - | - | - | - | - | 7.2 | 7.0 |
| UNI | 2.6 | 1.1 | 0.0 | - | 0.0 | - | 0.3 | - | 3.9 | 0.0 | - | 1.8 | - | - | 5.7 | 11.9 |
| SOL | 0.0 | 0.1 | - | - | - | - | 1.5 | - | 1.6 | - | - | 1.8 | - | 0.0 | 3.4 | 21.3 |
| XLM | 3.9 | 0.0 | 0.0 | - | 0.0 | - | 0.3 | - | 4.2 | - | - | - | 0.0 | - | 4.2 | 8.7 |
| BNB | 4.3 | 0.1 | - | 0.1 | - | - | 0.0 | - | 4.5 | - | - | 1.9 | - | - | 6.4 | 28.5 |
| EOS | 2.0 | 0.0 | 0.0 | - | - | - | 0.1 | - | 2.1 | - | - | 1.5 | - | - | 3.6 | 4.9 |
| SRM | 0.5 | - | - | - | - | - | - | - | 0.5 | - | - | - | 0.9 | - | 1.5 | (0.0) |
| **Top 25 Subtotal** | $ 1,881.9 | $ 230.2 | $ 0.0 | $ 0.2 | $ 6.1 | $ 6.2 | $ 209.5 | $ - | $ 2,334.1 | $ 37.7 | $ 727.2 | $ 354.2 | $ 18.9 | $ 28.5 | $ 3,500.6 | $ 6,670.8 |
| Other Coins | 23.1 | 11.7 | 0.0 | 1.3 | 0.0 | 0.4 | 8.6 | - | 45.1 | 3.9 | 0.3 | 9.0 | 0.1 | 2.5 | 61.0 | 232.5 |
| **Total Coin Value** | $ 1,905.0 | $ 241.9 | $ 0.0 | $ 1.5 | $ 6.1 | $ 6.6 | $ 218.1 | $ - | $ 2,379.2 | $ 41.6 | $ 727.5 | $ 363.2 | $ 19.0 | $ 31.0 | $ 3,561.6 | $ 6,903.3 |

| | |
|---|---|
| Net Coin Position | $ (3,341.8) |
| Net USD-Denominated Assets / (Liabilities) | 1,381.3 |
| Reserves | (361.9) |
| **Equity** | **$ (2,322.3)** |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Memo: BTC Equiv.* * | $ 883.3 | $ 13.4 | $ - | $ - | $ - | $ 6.2 | $ 85.9 | $ - | $ 988.8 | $ 0.1 | $ - | $ 20.5 | $ 17.3 | $ 0.7 | $ 1,027.4 | $ 2,876.1 |
| *Memo: ETH Equiv.* ** | 773.3 | 41.4 | 0.0 | 0.1 | 0.0 | - | 70.1 | - | 885.0 | 34.8 | 668.9 | 12.0 | 0.0 | - | 1,600.8 | 1,897.1 |
| *Memo: Stablecoins* | 4.9 | 5.5 | 0.0 | 0.1 | 0.0 | 0.4 | 35.7 | - | 46.6 | 1.2 | - | 301.0 | - | 7.5 | 356.3 | 1,199.5 |

(1) These coins are owned by Celsius
(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**

Assets by Coin Type as of March 17, 2023
*(# of coins in 000s)*

| | Coins in Celsius' Possession | | | | | | | | Deployed Coins | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Held at Fireblocks | | | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Held at GK8[1] | Total Coins in Possession | DeFi[2][3] | Staking[3] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | 370,998 | 272,844 | 0 | 0 | 15,003 | - | 1,590 | - | 660,437 | - | - | - | - | - | 660,437 | 279,926 |
| ETH** | 2 | 12 | 0 | 0 | 0 | - | 39 | - | 53 | 19 | 369 | 7 | 0 | - | 448 | 1,047 |
| stETH** | 424 | - | - | - | - | - | - | - | 424 | - | - | - | - | - | 424 | - |
| WBTC* | - | 0 | - | - | - | - | 0 | - | 0 | 0 | - | 0 | - | - | 0 | 0 |
| BTC* | 32 | 0 | - | - | - | 0 | 3 | - | 36 | - | - | 1 | 1 | 0 | 37 | 105 |
| USDC | 3,616 | 3,442 | 2 | - | - | - | 29,066 | - | 36,125 | 116 | - | 229,730 | - | 7,477 | 273,448 | 935,249 |
| MATIC | 8,681 | 10,314 | - | - | - | - | 5,700 | - | 24,696 | 1 | 46,044 | 4,567 | - | 16,255 | 91,562 | 245,787 |
| USDT ERC20 | 1,274 | 132 | 0 | - | - | - | 1,304 | - | 2,711 | - | - | 47,187 | - | - | 49,898 | 120,873 |
| ADA | 216 | 82,493 | 0 | 0 | - | - | 7,475 | - | 90,184 | - | 2,167 | 10,161 | - | 535 | 103,046 | 262,052 |
| LINK | 2,827 | 59 | - | - | 0 | - | 449 | - | 3,335 | 0 | - | 7 | - | - | 3,342 | 9,500 |
| WETH** | 0 | 11 | - | - | - | - | - | - | 11 | 0 | - | - | - | - | 11 | - |
| GUSD | - | 25 | - | - | - | - | 4,168 | - | 4,194 | 1 | - | 10,822 | - | - | 15,017 | 86,100 |
| DOT | 257 | 932 | 0 | - | 0 | - | 137 | - | 1,326 | 222 | 77 | 127 | 103 | - | 1,855 | 4,783 |
| LTC | 79 | 20 | - | - | - | - | 15 | - | 114 | - | - | 84 | - | - | 198 | 432 |
| FTT | 439 | 0 | - | - | - | - | - | - | 439 | - | - | - | 0 | - | 439 | (0) |
| MCDAI | 0 | 1,476 | 0 | - | 0 | - | 355 | - | 1,831 | 1,072 | - | 8,802 | - | - | 11,705 | 4,434 |
| AAVE | 0 | 95 | 0 | - | - | - | 4 | - | 99 | 1 | - | 6 | - | - | 106 | 126 |
| TGBP | 7,565 | 334 | - | - | - | - | 78 | - | 7,977 | - | - | - | - | - | 7,977 | 7,448 |
| BCH | 51 | 0 | - | - | - | - | 1 | - | 53 | - | - | - | - | - | 53 | 51 |
| UNI | 393 | 162 | 0 | - | 0 | - | 39 | - | 594 | 0 | - | 271 | - | - | 865 | 1,821 |
| SOL | 0 | 2 | - | - | - | - | 66 | - | 69 | - | - | 80 | - | 0 | 149 | 942 |
| XLM | 44,198 | 10 | 1 | - | 0 | - | 3,740 | - | 47,948 | - | - | - | 1 | - | 47,949 | 98,749 |
| BNB | 13 | 0 | - | 0 | - | - | 0 | - | 13 | - | - | 6 | - | - | 19 | 83 |
| EOS | 1,731 | 0 | 0 | - | - | - | 84 | - | 1,816 | - | - | 1,303 | - | - | 3,119 | 4,264 |
| SRM | 2,019 | - | - | - | - | - | - | - | 2,019 | - | - | - | 3,548 | - | 5,567 | (0) |
| **Top 25 Subtotal** | **444,816** | **372,365** | **3** | **1** | **15,003** | **0** | **54,314** | **-** | **886,503** | **1,432** | **48,657** | **313,159** | **3,653** | **24,267** | **1,277,670** | **2,063,773** |
| Other Coins | 8,826,358 | 411,205 | 1 | 1,363 | 0 | 439 | 42,325 | - | 9,281,691 | 4,010 | 34,420 | 14,322 | 8 | 15,701 | 9,350,152 | 627,572 |
| **Total Coin Quantity** | **9,271,175** | **783,571** | **4** | **1,363** | **15,003** | **439** | **96,640** | **-** | **10,168,195** | **5,441** | **83,078** | **327,481** | **3,660** | **39,968** | **10,627,822** | **2,691,345** |
| *Memo: BTC Equiv.** | *32* | *0* | *-* | *-* | *-* | *0* | *3* | *-* | *36* | *0* | *-* | *1* | *1* | *0* | *38* | *105* |
| *Memo: ETH Equiv.*** | *426* | *23* | *0* | *0* | *0* | *-* | *39* | *-* | *488* | *19* | *369* | *7* | *0* | *-* | *883* | *1,047* |
| *Memo: Stablecoins* | *4,890* | *5,476* | *2* | *74* | *0* | *439* | *35,680* | *-* | *46,560* | *1,955* | *-* | *300,783* | *-* | *7,477* | *356,775* | *1,198,428* |

(1) These coins are owned by Celsius
(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**

**Mining Activity Summary, February 2023**

|  | Coin Recap |
|---|---:|
| **BTC ROLL FORWARD** | |
| Beginning Balance | 155.27 |
| Mined BTC | 229.58 |
| Sold BTC | (150.00) |
| **Ending Balance** | **234.85** |

Notes:

Approximately 72,000 rigs deployed and 45,000 online hashing