Avraham Well
Amit Pines
Eli Blechman
**FISCHER (FBC & Co.)**
146 Menachem Begin Rd.
Tel Aviv 6492103, Israel
Telephone:       +972-3-694-4111
Facsimile:       +972-3-609-1116

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND MONTHLY FEE STATEMENT**
**OF FBC (FISCHER & CO.) FOR COMPENSATION FOR SERVICES**
**AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL**
**TO THE DEBTORS FROM JANUARY 1, 2023 THROUGH JANUARY 31, 2023**

| | |
|---|---|
| **Name of Applicant** | Fischer (FBC & Co.) |
| **Applicant's Role in Case** | Special Counsel to the Debtors and Debtors in Possession |
| **Date Order of Employment Signed** | January 23, 2023 [Docket No. 1906] |
| **Period for Which Compensation and Reimbursement Is Sought** | January 1, 2023 to January 31, 2023 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Summary of Total Fees and Expenses Requested | | |
|---|---|---|
| | **Amount in NIS[2]** | **Amount in USD[3]** |
| **Total compensation requested in this statement** | NIS 119,662.92 | $34,435.37 |
| **Total compensation to be paid per Interim Compensation Order (80%)** | NIS 95,730.34 | $27,548.30 |
| **Total compensation to be held back per Interim Compensation Order (20%)** | NIS 23,932.58 | $6,887.10 |
| **Total reimbursement requested in this statement** | NIS 0 | $0 |
| **Total reimbursement to be paid per Interim Compensation Order (100%)** | NIS 0 | $0 |
| **Total compensation and reimbursement requested in this statement** | NIS 119,662.92 | $34,435.37 |

**This is a(n):  X Monthly Application       Interim Application      Final Application**

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing and Approving the Retention and Employment of Fischer (FBC & Co.) as Special Counsel to the Debtors Effective as of December 7, 2022*, dated January 23, 2023 [Docket No. 1906] (the "**Retention Order**"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 17, 2022 [Docket No. 521] (the "**Interim Compensation Order**"), Fischer (FBC & Co.) ("**Fischer**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this combined second monthly fee statement of services rendered and expenses incurred for the period from January 1, 2023 through January 31, 2023 (the "**Fee Period**") seeking compensation in the amount

---

[2]   Amounts include Israeli VAT (currently 17%), where applicable, which is charged as required by Israeli law.

[3]   USD amounts are provided for reference purposes only.  The conversion rate used in this fee statement is USD 1 = NIS 3.475, which was the applicable conversion rate on January 31, 2023.  However, in accordance with Fischer's engagement letter, dated December 6, 2022, the Debtors agreed that payment for Fischer's services and reimbursement of Fischer's expenses will be made in NIS and will not be tied to a specific date's conversion rate (or to any other conversion rate) from NIS to USD.

of NIS 95,730.34 ($27,548.30), which is equal to 80% of the total amount of the reasonable compensation for the actual and necessary legal services that Fischer incurred in connection with such services during the Fee Period (i.e., NIS 119,662.92 ($34,435.37)).

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart setting forth the number of hours expended and fees incurred (on an aggregate basis) by Fischer professionals and paraprofessionals during the Fee Period with respect to each of the project categories Fischer established in accordance with its internal billing procedures. As reflected in Exhibit A, Fischer incurred NIS 119,662.92 ($34,435.37) in fees during the Fee Period. Pursuant to the Interim Compensation Order, in this Fee Statement Fischer seeks reimbursement for 80% of such fees, totaling NIS 95,730.34 ($27,548.30).

2.      Attached hereto as **Exhibit B** is a chart setting forth the Fischer professionals and paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is NIS 1,164.35 ($335).[4] The blended hourly billing rate of all paraprofessionals is NIS 400 ($115).[5]

3.      Attached hereto as **Exhibit C** are the time records of Fischer for the Fee Period organized by project category with a daily time log describing the time spent by each professional and paraprofessional during the Fee Period.

---

[4]     The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys (NIS 113,640) by the total hours billed by attorneys (97.60).

[5]     The blended hourly billing rate for paraprofessionals is derived by dividing the total fees for paraprofessionals (NIS 200) by the total hours billed by paraprofessionals (0.50).

**<u>Notice</u>**

4.      The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Debtors submit that no other or further notice be given.

[*Remainder of page intentionally left blank*]

WHEREFORE, in connection with services rendered by Fischer on behalf of the Debtors, Fischer respectfully requests compensation in the amount of NIS 95,730.34 ($27,548.30), which is equal to 80% of the total amount of the reasonable compensation for the actual and necessary legal services that Fischer incurred in connection with such services during the Fee Period (i.e., NIS 119,662.92 ($34,435.37)).

Dated:  April 3, 2023
        Tel Aviv, Israel

**FISCHER (FBC & Co.)**

 **By:** */s/ Eli Blechman*

Avraham Well
Amit Pines
Eli Blechman
**FISCHER (FBC & Co.)**
146 Menachem Begin Rd.
Tel Aviv 6492103, Israel
Telephone: +972-3-694-4111
Fax: +972-3-609-1116

*Special Counsel to the Debtors*
*and Debtors in  Possession*

**Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees[6] |
|---|---|---|
| **Legal Counsel** | **97.60** | **NIS 113,640.00 ($32,702)** |
| Discount (10%) | | - NIS 11,364.00 (-$3,270) |
| Subtotal (before VAT) | | **NIS 102,276.00 ($29,432)** |
| VAT (17%) | | NIS 17,386.92 ($5,003.43) |
| **TOTAL** | **97.60** | **NIS 119,662.92 ($34,435.37)** |

---

[6] USD amounts are provided for reference purposes only. The conversion rate used in this fee statement is USD 1 = NIS 3.475, which was the applicable conversion rate on January 31, 2023. However, in accordance with Fischer's engagement letter, dated December 6, 2022, the Debtors agreed that payment for Fischer's services and reimbursement of Fischer's expenses will be made in NIS and will not be tied to a specific date's conversion rate (or to any other conversion rate) from NIS to USD.

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position and Year of Obtaining Relevant License to Practice | Hourly Billing Rate[7] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Well, Avraham | Partner; member of the Israeli Bar since 1989 | NIS 2,200 ($633) | 5.0 | NIS 11,000 ($3,165.50) |
| Klose-Goldstein, Ute | Partner; members of the Israeli bar since 2010 | NIS 1,400 ($403) | 21.10 | NIS 29,540 ($8,500.70) |
| Rachum-Twaig, Omri | Partner; member of the Israeli bar since 2014 | NIS 1,400 ($403) | 0.50 | NIS 700 ($201.50) |
| Blechman, Eli | Senior Associate; member of the Israeli bar since 2009 | NIS 1,120 ($322) | 31.50 | NIS 35,280 ($10,152.50) |
| Gurman, Aviad | Associate; member of the Israeli bar since 2017 | NIS 1,000 ($288) | 9.90 | NIS 9,900 ($2,849) |
| Salzberg, Omer | Associate; member of the Israeli bar since 2017 | NIS 1,000 ($288) | 22.60 | NIS 22,600 ($6,503.60) |
| Shenkman Harpaz, Neta | Associate; member of the Israeli bar since 2022 | NIS 680 ($196) | 6.50 | NIS 4,420 ($1272.00) |
| Pinto, Amit | Intern (not a member of the Israeli bar yet) | NIS 400 ($115) | 0.50 | NIS 200 ($57.50) |
| **Total (Before Discount and VAT)** | | | | **NIS 113,640.00 ($32,702.00)** |
| Discount (10%) | | | | - NIS 11,364.00 (-$3,270.00) |
| **Total (After Discount and Before VAT)** | | | | **NIS 102,276.00 ($29,432.00)** |
| VAT (17%) | | | | NIS 17,386.92 ($5,003.43) |
| **TOTAL** | | | **97.60** | **NIS 119,662.92 ($34,435.37)** |

---

[7] USD amounts are provided for reference purposes only. The conversion rate used in this fee statement is USD 1 = NIS 3.475, which was the applicable conversion rate on January 31, 2023. However, in accordance with Fischer's engagement letter, dated December 6, 2022, the Debtors agreed that payment for Fischer's services and reimbursement of Fischer's expenses will be made in NIS and will not be tied to a specific date's conversion rate (or to any other conversion rate) from NIS to USD.

**Exhibit C**

**Detailed Time Record**

**FISCHER**
F|B|C|&|Co        www.fbclawyers.com

146 Menachem Begin Rd., Tel Aviv 6492103, Israel | Tel. 972.3.694.4111, Fax. 972.3.609.1116

Tel. 972-3-6944111
Fax. 972-3-6091116
fbcfinance@fbclawyers.com
VAT Number: 557534468

15 March 2023
File No. 27394

**GK8 Ltd.**
**Ron Deutsch, General Counsel**

**Re: Legal Fees and Services Invoice No. 131165**

Dear Sir/Madam,

The following is our invoice with respect to our charges for legal services rendered by our firm to for the period of January 2023:

| | | |
|---|---|---|
| Legal Fees | NIS 113,640.00 | [$ 32,702] |
| Discount (10%) | NIS -11,364.00 | [$3,270] |
| Subtotal | NIS 102,276.00 | [$29,432] |
| VAT (17%) | NIS 17,386.92 | [$5,003.43] |
| **Total Amount Due** | **NIS 119,662.92** | **[$34,435.37]** |

Kindly remit to us the sum of  NIS 119,662.92 either by check or by wire transfer to our account in Israel at Bank Hapoalim, Shaul Ha'melech Branch (Branch #532, branch address: 3 Daniel Frisch Street, Tel Aviv 61400), Account #328975, swift code: POALILIT, IBAN: IL97-0125-3200-0000-0328975.

**Please indicate Invoice No.** 131165 **when effecting payment.**

A detailed breakdown of our charges is attached hereto.

Very truly yours,

FISCHER (FBC & Co.)

**FISCHER (FBC Co.)** **פישר (FBC Co.)**

Date: 20/03/23

Client: Celsius צלזיוס                  From: 01/01/23 To: 31/01/23

File: כללי              REPORT INCLUDES Fee:(ILS); Expenses:(ILS)

By:     Legal Staff

**Invoice No. 131165**         Page No 1

**Amounts without V.A.T**

## Client: 27394    Celsius

### File No.: 27394\0     General

**Working Hours**

| Date | By | Description | W. Hours | B. Hours | Rate | Total |
|------|-----|-------------|----------|----------|------|-------|
| 01/01/23 | Omer Saltzberg | Draft and revise letter to the Commissioner per comments from K&E | 0.40 | 0.40 | 1000.00 [$288] | 400.00 [$115] |
| 01/01/23 | Omri Rachum-T | Encryption license GK8 | 0.50 | 0.50 | 1400.00 [$403] | 700.00 [$201.5] |
| 01/01/23 | Ute Klose-Goldst | Attend to IMOD and IIA issues (1.2); various correspondence with Seller Representative and others re: same (0.8) | 2.00 | 2.00 | 1400.00 [$403] | 2,800.00 [$806] |
| 01/01/23 | Eli Blechman | Review and revise FBC's retention application and declaration in support of application (2.5); review of updated results of conflicts check and incorporation of relevant results into declaration and application (2.0) | 4.50 | 4.50 | 1120.00 [$322] | 5,040.00 [$1,450] |
| 01/01/23 | Eli Blechman | Conduct research in connection with response letter to Commissioner (0.8) and correspond with FBC team re: same (0.2) | 1.00 | 1.00 | 1120.00 [$322] | 1,120.00 [$322] |
| 02/01/23 | Omer Saltzberg | Draft and revise supplemental brief in support of recognition motion | 0.70 | 0.70 | 1000.00 [$288] | 700.00 [$201] |
| 02/01/23 | Omer Saltzberg | Review and analyze court ruling (1.2) and draft supplemental brief in support of recognition motion following court ruling (6.2) | 7.40 | 7.40 | 1000.00 [$288] | 7,400.00 [$2,131] |
| 02/01/23 | Ute Klose-Goldst | Review APA tax return (0.3); various correspondence with Goldfarb and IIA re: IIA issues (0.5) | 0.80 | 0.80 | 1400.00 [$403] | 1,120.00 [$322] |
| 02/01/23 | Neta Shenkman | Meeting with U. Klose re: CEO declaration in relation to the IIA approval | 0.50 | 0.50 | 680.00 [$196] | 340.00 [$98] |
| 02/01/23 | Aviad Gurman | Review and analyze court ruling (1.0) and draft initial supplemental brief (1.6) | 2.60 | 2.60 | 1000.00 [$288] | 2,600.00 [$748] |
| 02/01/23 | Eli Blechman | Review and revise FBC's retention application and declaration per comments from A. Well (1.0); update drafts to reflect additional conflicts check results (0.5) | 1.50 | 1.50 | 1120.00 [$322] | 1,680.00 [$483] |
| 02/01/23 | Eli Blechman | Review and analyze court ruling (0.5); correspondence with FBC team and K&E team re: same (0.5); conduct related diligence and research (1.0) | 2.00 | 2.00 | 1120.00 [$322] | 2,240.00 [$644] |
| 03/01/23 | Omer Saltzberg | Draft and revise supplemental brief in support of recognition motion (2.5); conduct supplemental related research (1.6) | 4.10 | 4.10 | 1000.00 [$288] | 4,100.00 [$1,180] |
| 03/01/23 | Aviad Gurman | Draft supplemental brief following court ruling | 2.00 | 2.00 | 1000.00 [$288] | 2,000.00 [$576] |
| 03/01/23 | Ute Klose-Goldst | IIA follow up; update call with Gornitzky re: transaction status | 0.50 | 0.50 | 1400.00 [$403] | 700.00 [$201.5] |
| 03/01/23 | Eli Blechman | Review and revise application to retain FBC as foreign special counsel (1.2); corresp. with K&E team and A. Well re: same (0.3) | 1.50 | 1.50 | 1120.00 [$322] | 1,680.00 [$483] |

**Invoice No. 131165**

| | | | | | |
|---|---|---|---|---|---|
| Client: Celsius צלזיוס | | | | From: 01/01/23 | To: 31/01/23 |
| File: כללי | | | | REPORT INCLUDES Fee:(ILS); Expenses:(ILS) | |
| By: Legal Staff | | | | | |

**File No.: 27394\0**                                                        **Amounts without V.A.T**

### General

| Date | By | Description | W. Hours | B. Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 03/01/23 | Eli Blechman | Review and revise supplemental brief in support of recognition motion (1.5) and internal corresp. and calls with Fischer team re: same (0.5) | 2.00 | 2.00 | 1120.00 [$322] | 2,240.00 [$644] |
| 04/01/23 | Omer Saltzberg | Conduct legal research (1.6); draft and revise supplemental brief in support of recognition motion (3.0) | 4.60 | 4.60 | 1000.00 [$288] | 4,600.00 [$1,325] |
| 04/01/23 | Avremi Well | Review and revise supplemental motion to appoint foreign representative | 2.00 | 2.00 | 2200.00 [$633] | 4,400.00 [$1,266] |
| 04/01/23 | Ute Klose-Goldst | Review revised drafts of supplemental motion (0.5); correspondence with Goldfarb and IIA re: IIA matters and auditor engagements (1.0) | 1.50 | 1.50 | 1400.00 [$403] | 2,100.00 [$605] |
| 04/01/23 | Aviad Gurman | Conduct research (1.0) and draft and revise supplemental brief following court ruling (2.0) | 3.00 | 3.00 | 1000.00 [$288] | 3,000.00 [$864] |
| 04/01/23 | Eli Blechman | Review, revise and translate supplemental brief in support of recognition motion (8.0) and conduct supplemental research (1.5) | 9.50 | 9.50 | 1120.00 [$322] | 10,640.00 [$3,060] |
| 05/01/23 | Omer Saltzberg | Revise supplemental brief in support of recognition motion per internal comments | 0.30 | 0.30 | 1000.00 [$288] | 300.00 [$86.5] |
| 05/01/23 | Avremi Well | Review and revise supplemental motion to appoint foreign representative | 2.00 | 2.00 | 2200.00 [$633] | 4,400.00 [$1,266] |
| 05/01/23 | Ute Klose-Goldst | Review and attend to sale closing items | 0.50 | 0.50 | 1400.00 [$403] | 700.00 [$201.5] |
| 05/01/23 | Eli Blechman | Revise and update draft of FBC's retention application (0.8) and correspondence with A. Well and Kirkland team re: same (0.2) | 1.00 | 1.00 | 1120.00 [$322] | 1,120.00 [$322] |
| 05/01/23 | Eli Blechman | Conduct research re: wind down of GK8 following approval of sale and requirements under Israeli law to reserve funds for wind down | 1.50 | 1.50 | 1120.00 [$322] | 1,680.00 [$483] |
| 06/01/23 | Eli Blechman | Conduct research re: requirement for reservation of funds for voluntary wind down (0.8) and correspondence with FBC and K&E teams re: same (0.2) | 1.00 | 1.00 | 1120.00 [$322] | 1,120.00 [$322] |
| 08/01/23 | Omer Saltzberg | Revise supplemental brief in support of recognition motion following internal comments and K&E comments | 2.20 | 2.20 | 1000.00 [$288] | 2,200.00 [$633] |
| 08/01/23 | Omer Saltzberg | Revise supplemental brief in support of recognition motion following comments from counsel to UCC and counsel to Purchaser | 0.60 | 0.60 | 1000.00 [$288] | 600.00 [$173] |
| 08/01/23 | Ute Klose-Goldst | Review open IIA issues | 0.80 | 0.80 | 1400.00 [$403] | 1,120.00 [$322] |
| 08/01/23 | Aviad Gurman | Draft and revise supplemental brief following court ruling | 1.00 | 1.00 | 1000.00 [$288] | 1,000.00 [$288] |
| 08/01/23 | Eli Blechman | Review and revise supplemental brief in support of recognition motion | 1.00 | 1.00 | 1120.00 [$322] | 1,120.00 [$322] |
| 09/01/23 | Omer Saltzberg | Finalize and file supplemental brief in support of recognition motion | 0.50 | 0.50 | 1000.00 [$288] | 500.00 [$144] |
| 09/01/23 | Omer Saltzberg | Revise supplemental brief in support of recognition motion following comments from counsel to UCC and counsel to Purchaser | 0.30 | 0.30 | 1000.00 [$288] | 300.00 [$86.5] |
| 09/01/23 | Neta Shenkman | Draft CEO affidavit and Waiver in English | 1.00 | 1.00 | 680.00 [$196] | 680.00 [$196] |

**Invoice No. 131165**

| | |
|---|---|
| Client: Celsius סויזלצ | From: 01/01/23    To:    31/01/23 |
| File:    כללי | REPORT INCLUDES Fee:(ILS); Expenses:(ILS) |
| By:    Legal Staff | |

**File No.:  27394\0           General**                                             **Amounts without V.A.T**

| Date | By | Description | W. Hours | B. Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 09/01/23 | Ute Klose-Goldst | Review and attend to IIA closing items, CEO confirmation, form of waiver | 1.00 | 1.00 | 1400.00 [$403] | 1,400.00 [$403] |
| 09/01/23 | Aviad Gurman | Draft and revise supplemental brief following court ruling | 1.00 | 1.00 | 1000.00 [$288] | 1,000.00 [$288] |
| 09/01/23 | Eli Blechman | Correspondence and calls with K&E and FBC teams re: supplemental recognition decision and reservation of funds for wind down purposes | 1.00 | 1.00 | 1120.00 [$322] | 1,120.00 [$322] |
| 10/01/23 | Avremi Well | Correspondence with Fischer and Kirkland teams regarding court order granting supplemental motion and next steps | 1.00 | 1.00 | 2200.00 [$633] | 2,200.00 [$633] |
| 10/01/23 | Ute Klose-Goldst | Review closing items (1.5); consent letter (2.5); discussion with Company (0.5), correspondence with Goldfarb (0.5) | 5.00 | 5.00 | 1400.00 [$403] | 7,000.00 [$2015] |
| 10/01/23 | Neta Shenkman | Review and analyze consents required by GK8 (1.5) and prepare transfer of rights approval (2.5) | 3.50 | 3.50 | 680.00 [$196] | 2,380.00 [$686] |
| 10/01/23 | Eli Blechman | Correspondence with FBC team re: assignment of contracts following approval of sale | 1.00 | 1.00 | 1120.00 [$322] | 1,120.00 [$322] |
| 11/01/23 | Omer Saltzberg | Correspondence with team re: contract assignment following sale approval | 0.30 | 0.30 | 1000.00 [$288] | 300.00 [$86.5] |
| 11/01/23 | Ute Klose-Goldst | Review and attend to IIA issues (0.3); draft CEO Confirmation (1.0) | 1.30 | 1.30 | 1400.00 [$403] | 1,820.00 [$524] |
| 11/01/23 | Eli Blechman | Call with A. Pines re: requirement to reserve funds for wind down (0.5) and conduct legal research re: same (1.0) | 1.50 | 1.50 | 1120.00 [$322] | 1,680.00 [$483] |
| 12/01/23 | Omer Saltzberg | Translation of financial statements into English per request of US trustee | 1.20 | 1.20 | 1000.00 [$288] | 1,200.00 [$345.5] |
| 12/01/23 | Neta Shenkman | Attend to lease agreement (0.5), translate business license into English (0.5), and conduct property law research (0.5) | 1.50 | 1.50 | 680.00 [$196] | 1,020.00 [$294] |
| 12/01/23 | Ute Klose-Goldst | Revise and revise translation of business license into English | 0.30 | 0.30 | 1400.00 [$403] | 420.00 [$121] |
| 12/01/23 | Ute Klose-Goldst | Review and analyze lease agreement issues - security check, termination (0.8); internal correspondence re: potential creditor claim re: same (0.2) | 1.00 | 1.00 | 1400.00 [$403] | 1,400.00 [$403] |
| 15/01/23 | Ute Klose-Goldst | Assignment of rights - review and revise | 1.00 | 1.00 | 1400.00 [$403] | 1,400.00 [$403] |

| 15/01/23 | Ute Klose-Goldst | Correspondence with K&E team re: IIA confirmations and landlord consent requirement | 0.50 | 0.50 | 1400.00 [$403] | 700.00 [$201.5] |
| 16/01/23 | Ute Klose-Goldst | Correspondence with Goldfarb and IIA re: IIA issues | 0.50 | 0.50 | 1400.00 [$403] | 700.00 [$201.5] |
| 17/01/23 | Ute Klose-Goldst | Follow up correspondence with Goldfarb and IIA re: IIA issues | 0.30 | 0.30 | 1400.00 [$403] | 420.00 [$121] |
| 18/01/23 | Ute Klose-Goldst | Calls with Goldfarb and K&E re: open matters (IIA and assignment of rights) | 1.00 | 1.00 | 1400.00 [$403] | 1,400.00 [$403] |
| 19/01/23 | Ute Klose-Goldst | Calls with Goldfarb and K&E re: open matters (IIA and assignment of rights) | 1.00 | 1.00 | 1400.00 [$403] | 1,400.00 [$403] |
| 22/01/23 | Ute Klose-Goldst | Update K&E re: IIA process | 0.30 | 0.30 | 1400.00 [$403] | 420.00 [$121] |
| 24/01/23 | Ute Klose-Goldst | Follow up correspondence with Goldfarb and IIA re: IIA issues | 0.50 | 0.50 | 1400.00 [$403] | 700.00 [$201.5] |
| 25/01/23 | Amit Pinto | Attend to fee refund | 0.50 | 0.50 | 400.00 [$115] | 200.00 [$57.5] |

Client: Celsius בזיון                                                                                      Page No 4

**Invoice No. 131165**                                                    From: 01/01/23          To: 31/01/23

File: כללי

By:    Legal                                                    REPORT INCLUDES Fee:(ILS); Expenses:(ILS)

       Staff

**File No.:**

       **27394\0**          **General**                                           **Amounts without V.A.T**

| Date | By | Description | W. Hours | B. Hours | Rate | Total |
|------|----|-------------|----------|----------|------|-------|
| 25/01/23 | Ute Klose-Goldst | Follow up correspondence (internal and external) re: IIA confirmations (0.3); calls with auditor and company re: same (0.5); correspondence with Goldfarb re: same (0.2) | 1.00 | 1.00 | 1400.00 [$403] | 1,400.00 [$403] |
| 25/01/23 | Eli Blechman | Review time entries in preparation for filing fee statement and redact for Confidentiality | 1.00 | 1.00 | 1120.00 [$322] | 1,120.00 [$322] |
| 29/01/23 | Aviad Gurman | Correspondence with Fischer team re: supplemental brief | 0.30 | 0.30 | 1000.00 [$288] | 300.00 [$86.5] |
| 29/01/23 | Ute Klose-Goldst | Follow up correspondence with Fischer team re: IIA issues | 0.30 | 0.30 | 1400.00 [$403] | 420.00 [$121] |
| 29/01/23 | Eli Blechman | Review translation of court rulings and decisions for accuracy and content (0.3); correspondence with K&E team re: same (0.2) | 0.50 | 0.50 | 1120.00 [$322] | 560.00 [$161] |
| | | | 97.60 | 97.60 | | 113,640.00 [$32,702] |

**TOTAL FOR THE CLIENT**

| WORKING HOURS | BILLING HOURS | AMOUNT | EXPENSES | EXPENSES EXEMPT VAT |
|---------------|---------------|--------|----------|---------------------|
| 97.60 | 97.60 | 113,640.00 ILS | .00 ILS | .00 ILS |