**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**COMBINED SECOND MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES AS TAX COMPLIANCE AND TAX ADVISORY SERVICES PROVIDER**
**FOR THE TIME PERIOD NOVEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 20,2022 (*effective as of July 13, 2022*) |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2022 through December 31, 2022 |
| Monthly Fees Incurred: | $136,415.00 |
| 20% Holdback: | $27,283.00 |
| Total Compensation Less 20% Holdback: | $109,132.00 |
| Monthly Expenses Incurred: | $-0- |
| Total Fees and Expenses Requested: | $109,132.00 |

This is a ___X_ monthly _____ interim _____ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

EY LLP ("EY LLP"), providing Tax Compliance and Tax Advisory services to the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submits this statement of fees and disbursements (the "Combined Second Monthly Fee Statement") covering the period from November 1, 2022 through and including December 31, 2022 (the "Compensation Period") in accordance with the *First Amended Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 1745] (the "Interim Compensation Order"). By this Combined Second Monthly Fee Statement, EY LLP requests (a) interim allowance and payment of compensation in the amount of $109,132.00 (80% of $136,415.00) for fees on account of reasonable and necessary professional services rendered to the Debtors by EY LLP during the Compensation Period and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred by EY LLP during the Compensation Period.

As disclosed in the Harvey Declaration in support of the Debtors' application to retain EY LLP in these chapter 11 cases,[2] services pursuant to the Tax Compliance SOW will be provided for a fixed fee of (a) $52,150 for compliance services for Celsius Network Inc. for the period ended December 31, 2021 and (b) $52,850 for tax compliance services for Celsius US Holding LLC and its U.S. subsidiaries for the period ended December 31, 2021. To note, the Tax Compliance fees have been prepaid, and EY LLP will not charge the Debtors additional fees for this work.

---

[2]    The *Declaration of Elizabeth Harvey in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Compliance and Tax Advisory Services Provider, Effective as of July 13, 2022, and (II) Granting Related Relief* (the "Harvey Declaration") is attached as Exhibit B to the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Compliance and Tax Advisory Services Provider, Effective as of July 13, 2022, and (II) Granting Related Relief* [Docket No. 1404].

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

In support of this Combined Second Monthly Fee Statement, attached hereto as **Exhibit A** is a summary list of all EY LLP professionals who worked on this case during the Compensation Period.

Also, in support of this Combined Second Monthly Fee Statement, attached hereto as **Exhibit B** is a summary of the hours and fees incurred by category during the Compensation Period by EY LLP on behalf of the Debtors.

Also, in support of this Combined Second Monthly Fee Statement, attached hereto as **Exhibit C** is the supporting detail by activity by professional detailing the activities and services performed by EY LLP professionals on behalf of the Debtors.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

EY LLP seeks reimbursement of actual and necessary expenses incurred by EY LLP during the Compensation Period in the aggregate amount of $0.00.

## REPRESENTATIONS

Although every effort has been made to include all fees and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Combined Second Monthly Fee Statement due to delays caused by accounting and processing during the Compensation Period. EY LLP reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the Interim Compensation Order.

Dated:  April 3, 2023

/s/ Elizabeth Harvey
Elizabeth Harvey
Partner, Ernst & Young LLP

# EXHIBIT A
## SUMMARY BY PROFESSIONAL

| Last Name | First Name | Title | Time | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Diner | Eitan | Senior | 3.0 | $600.00 | $1,800.00 |
| Flagg | Nancy | Executive Director | 36.6 | $1,150.00 | $42,090.00 |
| Gatt | Katherine | Senior Manager | 4.5 | $950.00 | $4,275.00 |
| Harvey | Elizabeth | Partner | 4.7 | $1,250.00 | $5,875.00 |
| Hill | Jeanne | Senior Manager | 12.1 | $950.00 | $11,495.00 |
| Hill | Jeffrey | Partner | 1.6 | $1,250.00 | $2,000.00 |
| Lubic | Jacob | Staff | 5.5 | $400.00 | $2,200.00 |
| Migdal | Sylwai | Partner | 1.0 | $1,250.00 | $1,250.00 |
| Sapir | Eric | Executive Director | 5.3 | $1,150.00 | $6,095.00 |
| Shwartz | Yoav | Partner | 30.0 | $1,250.00 | $37,500.00 |
| Tuchinsky | Maria | Senior Manager | 2.1 | $950.00 | $1,995.00 |
| Yahalom | Raz | Senior | 4.8 | $600.00 | $2,880.00 |
| Buonaguro | Paul | Manager | 2.1 | $850.00 | $1,785.00 |
| DiPalma | Vincent | Manager | 1.2 | $850.00 | $1,020.00 |
| Jimenez | Joseph | Senior Manager | 6.2 | $950.00 | $5,890.00 |
| Johnson | Derrick | Staff/Assistant | 4.0 | $400.00 | $1,600.00 |
| Kapp | Amanda | Staff/Assistant | 2.7 | $400.00 | $1,080.00 |
| Kool | Trent | Manager | 1.0 | $850.00 | $850.00 |
| Kotanchiyev | Georgiy | Senior Manager | 0.3 | $950.00 | $285.00 |
| Marenco | Eli | Senior Manager | 0.7 | $950.00 | $665.00 |
| Massimore | Marissa | Senior | 2.6 | $600.00 | $1,560.00 |
| Rash | Jeffrey | Executive Director | 0.2 | $1,150.00 | $230.00 |
| Wehr | Robert | Senior Manager | 2.1 | $950.00 | $1,995.00 |
| **Total** | | | **134.3** | | **$136,415.00** |

**EXHIBIT B**
**SUMMARY BY CATEGORY**

| Time Category | Category Descriptions | Total Hours | Total Fees |
|---|---|---|---|
| Federal Tax Service | Assistance with analyzing the federal income tax considerations of historical transactions and potential restructuring alternatives. | 51.1 | $57,685.00 |
| SALT Tax Service | Assistance with reviewing and remediating Client's sales/use and property tax filings. | 83.2 | $78,730.00 |
| | **Total** | **134.3** | **$136,415.00** |

**EXHIBIT C**
**TIME DETAIL OF HOURS INCURRED BY PROFESSIONAL**

## Federal Tax Services

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
| Harvey,Elizabeth R. | Partner | 01 Nov 2022 | Federal Tax Service | Reviewing and sending updated Statement of Work for assistance with VA voluntary disclosure program to client | 0.6 | $1,250.00 | $750.00 |
| Yoav Shwartz | Partner | 01 Nov 2022 | Federal Tax Service | Call with Client (L. Koren). Discussed examiner review, UK token disposition and I/C receivables. | 0.5 | $1,250.00 | $625.00 |
| Raz Yahalom | Senior | 02 Nov 2022 | Federal Tax Service | Incorporating edits from Partner review on tax filing memo | 4.8 | $600.00 | $2,880.00 |
| Sapir,Eric | Executive Director | 02 Nov 2022 | Federal Tax Service | Weekly call to discuss Celsius open indirect tax items. Discussed today: Updates on Pennsylvania sales tax VDA workstream; status on pending Texas sales tax payment; updates on payroll tax items and new information related to Insperity being the employer entity and new questions on the accounting treatment of the expense to Insperity. Attendees: J. Hill, N. Flagg, K. Gatt, E. Sapir, J. Lubic | 0.2 | $1,150.00 | $230.00 |
| Yoav Shwartz | Partner | 02 Nov 2022 | Federal Tax Service | Call with Client (L. Koren) to discuss follow up on examiner review. | 0.3 | $1,250.00 | $375.00 |
| Sapir,Eric | Executive Director | 03 Nov 2022 | Federal Tax Service | Indirect tax update call including Texas sales and property tax status. Kirkland: A. Sexton and S. Cantor. EY: E. Sapir, N. Flagg, K. Gatt, J. Lubic. | 0.5 | $1,150.00 | $575.00 |
| Eitan Diner | Senior | 06 Nov 2022 | Federal Tax Service | Review of pre-tax book income for 2021 for Celsius-UK and subs vs. Celsius-IL, including cross reference to provision work-papers | 0.9 | $600.00 | $540.00 |
| Eitan Diner | Senior | 06 Nov 2022 | Federal Tax Service | Updates to international tax analysis based on balance sheet and profit and loss statements provided by Celsius | 2.1 | $600.00 | $1,260.00 |
| Yoav Shwartz | Partner | 06 Nov 2022 | Federal Tax Service | Review updates international tax analysis per standalone balance sheets and profit & loss statements provided by Celsius. | 3.1 | $1,250.00 | $3,875.00 |
| Yoav Shwartz | Partner | 07 Nov 2022 | Federal Tax Service | Tax filing positions memo - detailed review of factual background, added assumptions in connection with 2021 transactions. | 3.7 | $1,250.00 | $4,625.00 |
| Harvey,Elizabeth R. | Partner | 08 Nov 2022 | Federal Tax Service | EY call with K&E to discuss submission of tax information per Celsius examiner request (L. Harvey, E. Sapir, A. Sexton, S. Cantor) | 0.4 | $1,250.00 | $500.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|-----------------|-------------|-------|-------------|-----|
| Sapir,Eric | Executive Director | 08 Nov 2022 | Federal Tax Service | EY call with K&E to discuss submission of tax information per Celsius examiner request (L. Harvey, E. Sapir, A. Sexton, S. Cantor) | 0.4 | $1,150.00 | $460.00 |
| Yoav Shwartz | Partner | 08 Nov 2022 | Federal Tax Service | Tax filing positions memo - continued to review and draft factual background, added assumptions and made additional review updates. | 3.3 | $1,250.00 | $4,125.00 |
| Yoav Shwartz | Partner | 10 Nov 2022 | Federal Tax Service | Detailed review of information required per examiner's requests. | 4.3 | $1,250.00 | $5,375.00 |
| Maria Tuchinsky | Senior Manager | 13 Nov 2022 | Federal Tax Service | Discussion with Client (L. Koren) regarding engagement status and updates. EY - Y. Shwartz and M. Tuchinsky. | 0.6 | $950.00 | $570.00 |
| Yoav Shwartz | Partner | 13 Nov 2022 | Federal Tax Service | Discussion with Client (L. Koren) regarding engagement status and updates. EY - Y. Shwartz and M. Tuchinsky. | 0.6 | $1,250.00 | $750.00 |
| Yoav Shwartz | Partner | 13 Nov 2022 | Federal Tax Service | Continue to review all historical email per Examiner request. | 2.8 | $1,250.00 | $3,500.00 |
| Harvey,Elizabeth R. | Partner | 16 Nov 2022 | Federal Tax Service | Weekly call to discuss Celsius open indirect tax items Discussed today: Compiling and discussing open tax items and recent Kirkland& Ellis requests. Attendees: N. Flagg, E. Harvey, E. Sapir, J. Lubic. | 0.4 | $1,250.00 | $500.00 |
| Sapir,Eric | Executive Director | 16 Nov 2022 | Federal Tax Service | Weekly call to discuss Celsius open indirect tax items Discussed today: Compiling and discussing open tax items and recent Kirkland& Ellis requests. Attendees: N. Flagg, E. Harvey, E. Sapir, J. Lubic. | 0.4 | $1,150.00 | $460.00 |
| Yoav Shwartz | Partner | 16 Nov 2022 | Federal Tax Service | Continue to review all historical emails per Examiner request. | 4.8 | $1,250.00 | $6,000.00 |
| Yoav Shwartz | Partner | 16 Nov 2022 | Federal Tax Service | Tax filing positions memo - draft assumptions and initial outline for additional topics. | 3.1 | $1,250.00 | $3,875.00 |
| Migdal,Sylwia | Partner | 17 Nov 2022 | Federal Tax Service | Email coordination of Lithuania resources for potential local country review of transaction impact. | 0.3 | $1,250.00 | $375.00 |
| Yoav Shwartz | Partner | 21 Nov 2022 | Federal Tax Service | Review facts regarding Lithuania coin deposits. | 0.6 | $1,250.00 | $750.00 |
| Harvey,Elizabeth R. | Partner | 22 Nov 2022 | Federal Tax Service | Weekly tax call to discuss examiner report on the treatment of Earn, Custody, and Withhold accounts and the potential US federal income tax impact. Celsius: L, Koren and J. Morgan. K&E: A. Sexton and S. Cantor. EY: E. Harvey, E. Sapir, and Y. Shwartz. | 0.4 | $1,250.00 | $500.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
| Sapir,Eric | Executive Director | 22 Nov 2022 | Federal Tax Service | Weekly tax call to discuss examiner report on the treatment of Earn, Custody, and Withhold accounts and the potential US federal income tax impact. Celsius: L, Koren and J. Morgan. K&E: A. Sexton and S. Cantor. EY: E. Harvey, E. Sapir, and Y. Shwartz. | 0.4 | $1,150.00 | $460.00 |
| Yoav Shwartz | Partner | 22 Nov 2022 | Federal Tax Service | Weekly tax call to discuss examiner report on the treatment of Earn, Custody, and Withhold accounts and the potential US federal income tax impact. | 0.4 | $1,250.00 | $500.00 |
| Harvey,Elizabeth R. | Partner | 23 Nov 2022 | Federal Tax Service | Call to discuss Lithuanian entity tax profile and potential next steps.   Celsius: L. Koren. EY: E. Harvey, E.Sapir, S.Migal, I. Grabuskiene,D. Kapitanovas, and L. Lingis. | 0.7 | $1,250.00 | $875.00 |
| Harvey,Elizabeth R. | Partner | 23 Nov 2022 | Federal Tax Service | Call to discuss Celsius indirect tax open items. Discussed today: Updates on indirect tax workstreams including getting updated list of taxing jurisdictions to update noticing list, Pennsylvania voluntary disclosure application status and potential sales and use tax outcomes of pursuing Pennsylvania manufacturing exemption; updates on movement of mining rigs and communication of this information to Jeff Morgan, questions on who paid electric bill related to refund opportunity; cryptocurrency industry conditions and potential Celsius indirect tax implications. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic. | 0.5 | $1,250.00 | $625.00 |
| Hill,Jeffrey B. | Partner | 23 Nov 2022 | Federal Tax Service | Call to discuss Celsius indirect tax open items. Discussed today: Updates on indirect tax workstreams including getting updated list of taxing jurisdictions to update noticing list, Pennsylvania voluntary disclosure application status and potential sales and use tax outcomes of pursuing Pennsylvania manufacturing exemption; updates on movement of mining rigs and communication of this information to Jeff Morgan, questions on who paid electric bill related to refund opportunity; cryptocurrency industry conditions and potential Celsius indirect tax implications. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic. | 0.5 | $1,250.00 | $625.00 |
| Migdal,Sylwia | Partner | 23 Nov 2022 | Federal Tax Service | Call to discuss Lithuanian entity tax profile and potential next steps.   Celsius: L. Koren. EY: E. Harvey, E.Sapir, S.Migal, I. Grabuskiene,D. Kapitanovas, and L. Lingis. | 0.7 | $1,250.00 | $875.00 |
| Sapir,Eric | Executive Director | 23 Nov 2022 | Federal Tax Service | Call to discuss Celsius indirect tax open items. Discussed today: Updates on indirect tax workstreams including getting updated list of taxing jurisdictions to update noticing list, Pennsylvania voluntary disclosure application status and potential sales and use tax outcomes of pursuing Pennsylvania manufacturing exemption; updates on movement of mining rigs and communication of this information to Jeff Morgan, questions on who paid electric bill related to refund opportunity; cryptocurrency industry conditions and potential Celsius indirect tax implications. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic. | 0.5 | $1,150.00 | $575.00 |
| Sapir,Eric | Executive Director | 23 Nov 2022 | Federal Tax | Call to discuss Lithuanian entity tax profile and potential next steps.   Celsius: L. Koren. EY: E. Harvey, E.Sapir, S.Migal, I. Grabuskiene,D. Kapitanovas, | 0.7 | $1,150.00 | $805.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|-----------------|-------------|-------|-------------|-----|
| | | | Service | and L. Lingis. | | | |
| Maria Tuchinsky | Senior Manager | 30 Nov 2022 | Federal Tax Service | Meeting with Client (L. Koren) to discuss NewCo business plan and accounting and tax workstreams.   EY- Y. Shwartz and M. Tuchinsky. | 1.5 | $950.00 | $1,425.00 |
| Yoav Shwartz | Partner | 30 Nov 2022 | Federal Tax Service | Meeting with Client (L. Koren) to discuss NewCo business plan and accounting and tax workstreams.   EY- Y. Shwartz and M. Tuchinsky. | 1.5 | $1,250.00 | $1,875.00 |
| Harvey,Elizabeth R. | Partner | 06 Dec 2022 | Federal Tax Service | Weekly tax call to discuss GK8 transaction and potential sale of stablecoins. Celsius: L. Koren and J. Morgan.  K&E: S. Cantor and A. Sexton.  EY: E. Harvey, Y. Shwartz, and E. Sapir | 0.5 | $1,250.00 | $625.00 |
| Sapir,Eric | Executive Director | 06 Dec 2022 | Federal Tax Service | Weekly tax call to discuss GK8 transaction and potential sale of stablecoins. Celsius: L. Koren and J. Morgan.  K&E: S. Cantor and A. Sexton.  EY: E. Harvey, Y. Shwartz, and E. Sapir | 0.5 | $1,150.00 | $575.00 |
| Yoav Swartz | Partner | 06 Dec 2022 | Federal Tax Service | Weekly call to discuss potential asset sale proposals and a contemplated sale of Stablecoins and the US federal income tax considerations.  Kirkland: A. Sexton and S. Cantor.  Company: L. Koren and J. Morgan.  EY: E. Harvey and E. Sapir | 0.5 | $1,250.00 | $625.00 |
| Sapir,Eric | Executive Director | 20 Dec 2022 | Federal Tax Service | Weekly call to discuss intercompany analysis status and potential asset transfers in partial repayment of the intercompany account.  Kirkland: A. Sexton and S. Cantor.  Company: L. Koren and J. Morgan.  EY: E. Sapir and Y. Shwartz | 0.5 | $1,150.00 | $575.00 |
| Yoav Shwartz | Partner | 20 Dec 2022 | Federal Tax Service | Weekly call to discuss intercompany analysis status and potential asset transfers in partial repayment of the intercompany account. Kirkland: A. Sexton and S. Cantor.  Company: L. Koren and J. Morgan.  EY: E. Sapir and Y. Shwartz. | 0.5 | $1,250.00 | $625.00 |
| Harvey,Elizabeth R. | Partner | 21 Dec 2022 | Federal Tax Service | Call to discuss Celsius open indirect tax items. Discussed today: Status update on EY retention and new action items as a result; Celsius' status on filing property tax returns given the company's decision to file them internally; sales and use tax consequences related to new movement on the Pennsylvania Voluntary Disclosure Application and discussions around potentially applying Pennsylvania Data Center exemption; fixed asset movement from Georgia to Pennsylvania and sales and use tax implications of such movement; Texas use tax status, including tax consequences of Company discussions of assessing the fair market value of fixed assets and potential movement of the assets. Attendees: N. Flagg, K. Gatt, J. Hill (left meeting at 0.5 hours), E. Harvey, E. Sapir, J. Lubic | 0.8 | $1,250.00 | $1,000.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Hill,Jeffrey B. | Partner | 21 Dec 2022 | Federal Tax Service | Call to discuss Celsius open indirect tax items. Discussed today: Status update on EY retention and new action items as a result; Celsius' status on filing property tax returns given the company's decision to file them internally; sales and use tax consequences related to new movement on the Pennsylvania Voluntary Disclosure Application and discussions around potentially applying Pennsylvania Data Center exemption; fixed asset movement from Georgia to Pennsylvania and sales and use tax implications of such movement; Texas use tax status, including tax consequences of Company discussions of assessing the fair market value of fixed assets and potential movement of the assets. Attendees: N. Flagg, K. Gatt, J. Hill (left meeting at 0.5 hours), E. Harvey, E. Sapir, J. Lubic | 0.5 | $1,250.00 | $625.00 |
| Sapir,Eric | Executive Director | 21 Dec 2022 | Federal Tax Service | Call to discuss Celsius open indirect tax items. Discussed today: Status update on EY retention and new action items as a result; Celsius' status on filing property tax returns given the company's decision to file them internally; sales and use tax consequences related to new movement on the Pennsylvania Voluntary Disclosure Application and discussions around potentially applying Pennsylvania Data Center exemption; fixed asset movement from Georgia to Pennsylvania and sales and use tax implications of such movement; Texas use tax status, including tax consequences of Company discussions of assessing the fair market value of fixed assets and potential movement of the assets. Attendees: N. Flagg, K. Gatt, J. Hill (left meeting at 0.5 hours), E. Harvey, E. Sapir, J. Lubic | 0.8 | $1,150.00 | $920.00 |
| | | | | **Total** | **51.1** | | **$57,685.00** |

**State and Local Tax Services**

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| DiPalma,Vincent | Manager | 01 Nov 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss payroll issues and sales and use tax open items update. EY Attendees: N.Flagg, V.DiPalma | 0.5 | $850.00 | $425.00 |
| Flagg,Nancy A. | Executive Director | 01 Nov 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss payroll issues and sales and use tax open items update. EY Attendees: N.Flagg, V.DiPalma | 0.5 | $1,150.00 | $575.00 |
| Flagg,Nancy A. | Executive Director | 01 Nov 2022 | SALT Tax Service | Call with EY General Counsel Office call to review Bankruptcy Court Appointed Examiner (S.Pillay, Jenner & Block, LLP)request to  discuss Celsius state tax profile | 0.6 | $1,150.00 | $690.00 |
| Flagg,Nancy A. | Executive Director | 01 Nov 2022 | SALT Tax Service | Call with EY Independence team regarding permissibility of complying with Bankruptcy Court Appointed Examiner (S.Pillay, Jenner & Block, LLP) request | 0.6 | $1,150.00 | $690.00 |
| Flagg,Nancy A. | Executive Director | 01 Nov 2022 | SALT Tax Service | Correspond with EY V.DiPalma on agreed payroll and payroll tax followups with client (J.Morgan) | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 01 Nov 2022 | SALT Tax Service | Internal EY call to discuss Pennsylvania voluntary disclosure status and next steps call with EY state desk Jeanne Hill. Attendees: J.Hill, N.Flagg | 0.3 | $1,150.00 | $345.00 |
| Hill,Jeanne L. | Senior Manager | 01 Nov 2022 | SALT Tax Service | Internal EY call to discuss Pennsylvania voluntary disclosure status and next steps call with EY state desk Jeanne Hill. Attendees: J.Hill, N.Flagg | 0.5 | $950.00 | $475.00 |
| Flagg,Nancy A. | Executive Director | 01 Nov 2022 | SALT Tax Service | Review Bankruptcy Court Appointed Examiner (S.Pillay, Jenner & Block, LLP) request from Kirkland and reply | 0.4 | $1,150.00 | $460.00 |
| Massimore,Marissa Elizabeth | Senior | 01 Nov 2022 | SALT Tax Service | Review of email correspondence regarding Pennsylvania use tax taxability of mining rigs | 0.5 | $600.00 | $300.00 |
| Flagg,Nancy A. | Executive Director | 02 Nov 2022 | SALT Tax Service | Weekly call to discuss Celsius open indirect tax items. Discussed today: Updates on Pennsylvania sales tax VDA workstream; status on pending Texas sales tax payment; updates on payroll tax items and new information related to Insperity being the employer entity and new questions on the accounting treatment of the expense to Insperity. Attendees: J. Hill, N. Flagg, K. Gatt, E. Sapir, J. Lubic | 0.2 | $1,150.00 | $230.00 |
| Gatt,Katie | Senior Manager | 02 Nov 2022 | SALT Tax Service | Weekly call to discuss Celsius open indirect tax items. Discussed today: Updates on Pennsylvania sales tax VDA workstream; status on pending Texas sales tax payment; updates on payroll tax items and new information related to Insperity being the employer entity and new questions on the accounting treatment of the expense to Insperity. Attendees: J. Hill, N. Flagg, K. Gatt, E. Sapir, J. Lubic | 0.2 | $950.00 | $190.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Hill,Jeffrey B. | Partner/Principal | 02 Nov 2022 | SALT Tax Service | Weekly call to discuss Celsius open indirect tax items. Discussed today: Updates on Pennsylvania sales tax VDA workstream; status on pending Texas sales tax payment; updates on payroll tax items and new information related to Insperity being the employer entity and new questions on the accounting treatment of the expense to Insperity. Attendees: J. Hill, N. Flagg, K. Gatt, E. Sapir, J. Lubic | 0.2 | $1,250.00 | $250.00 |
| Lubic,Jake | Staff/Assistant | 02 Nov 2022 | SALT Tax Service | Weekly call to discuss Celsius open indirect tax items. Discussed today: Updates on Pennsylvania sales tax VDA workstream; status on pending Texas sales tax payment; updates on payroll tax items and new information related to Insperity being the employer entity and new questions on the accounting treatment of the expense to Insperity. Attendees: J. Hill, N. Flagg, K. Gatt, E. Sapir, J. Lubic | 0.2 | $400.00 | $80.00 |
| Flagg,Nancy A. | Executive Director | 03 Nov 2022 | SALT Tax Service | Call with Kirkland (A. Sexton and S. Cantor) to update them on open indirect tax items.  EY attendees: E. Sapir, N. Flagg, K. Gatt and J. Lubic | 0.6 | $1,150.00 | $690.00 |
| Flagg,Nancy A. | Executive Director | 03 Nov 2022 | SALT Tax Service | Compile and send Celsius personal property tax information to Kirkland A. Sexton | 0.4 | $1,150.00 | $460.00 |
| Rash,Jeffrey B | Executive Director | 03 Nov 2022 | SALT Tax Service | For property tax workstream, conduct research on mailing address for Tax Assessors in Cherokee County, NC and Whitfield County, GA. Provide addresses to Nancy Flagg so she can relay to client as personal property tax renditions are prepared.  Provide link to on-line personal property rendition for Cherokee County, NC Assessor. | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 03 Nov 2022 | SALT Tax Service | Indirect tax update call including Texas sales and property tax status. Kirkland: A. Sexton and S. Cantor. EY: E. Sapir, N. Flagg, K. Gatt, J. Lubic. | 0.5 | $1,150.00 | $575.00 |
| Gatt,Katie | Senior Manager | 03 Nov 2022 | SALT Tax Service | Indirect tax update call including Texas sales and property tax status. Kirkland: A. Sexton and S. Cantor. EY: E. Sapir, N. Flagg, K. Gatt, J. Lubic. | 0.5 | $950.00 | $475.00 |
| Lubic,Jake | Staff/Assistant | 03 Nov 2022 | SALT Tax Service | Indirect tax update call including Texas sales and property tax status. Kirkland: A. Sexton and S. Cantor. EY: E. Sapir, N. Flagg, K. Gatt, J. Lubic. | 0.5 | $400.00 | $200.00 |
| Massimore,Marissa Elizabeth | Senior | 03 Nov 2022 | SALT Tax Service | Review of email with next steps from N.Flagg on 11/2 and follow up with EY sales and use tax team regarding information compiled from H. LeClaire (EY) correspondences. | 0.3 | $600.00 | $180.00 |
| Flagg,Nancy A. | Executive Director | 04 Nov 2022 | SALT Tax Service | Internal EY call to discuss Pennsylvania voluntary disclosure status with EY state desk J. Hill. Attendees: N.Flagg, J.Hill | 0.3 | $1,150.00 | $345.00 |
| Hill,Jeanne L. | Senior Manager | 04 Nov 2022 | SALT Tax Service | Internal EY call to discuss Pennsylvania voluntary disclosure status with EY state desk J. Hill. Attendees: N.Flagg, J.Hill | 0.3 | $950.00 | $285.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Massimore,Marissa Elizabeth | Senior | 04 Nov 2022 | SALT Tax Service | Preparation internal EY call re historical sales and use tax guidance provided, including touching base with team members on any outstanding information to be gathered and highlight information sales and use tax team was to provide to N. Flagg | 1.0 | $600.00 | $600.00 |
| Flagg,Nancy A. | Executive Director | 04 Nov 2022 | SALT Tax Service | Provide Pennsylvania voluntary disclosure responsive documents to client (J.Morgan) for Examiner upload | 0.8 | $1,150.00 | $920.00 |
| Flagg,Nancy A. | Executive Director | 04 Nov 2022 | SALT Tax Service | Reply to client (J.Morgan) on Pennsylvania manufacturing exemption discussion status | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 04 Nov 2022 | SALT Tax Service | Review Pennsylvania voluntary disclosure questionnaire draft from J.Morgan and reply with questions | 0.4 | $1,150.00 | $460.00 |
| Hill,Jeanne L. | Senior Manager | 04 Nov 2022 | SALT Tax Service | Prepare for client call to discuss Pennsylvania voluntary disclosure agreement | 0.9 | $950.00 | $855.00 |
| Flagg,Nancy A. | Executive Director | 06 Nov 2022 | SALT Tax Service | Discussion with client (L.Koren) to discuss Pennsylvania voluntary disclosure status and other potentially available Pennsylvania sales and use tax exemptions. EY Attendees: N.Flagg, J.Hill | 0.4 | $1,150.00 | $460.00 |
| Hill,Jeanne L. | Senior Manager | 06 Nov 2022 | SALT Tax Service | Discussion with client (L.Koren) to discuss Pennsylvania voluntary disclosure status and other potentially available Pennsylvania sales and use tax exemptions. EY Attendees: N.Flagg, J.Hill | 0.4 | $950.00 | $380.00 |
| Hill,Jeanne L. | Senior Manager | 06 Nov 2022 | SALT Tax Service | Prepare for meeting with client to review the Pennsylvania Voluntary Disclosure Agreement and discuss other options to mitigate sales tax risk | 0.9 | $950.00 | $855.00 |
| Flagg,Nancy A. | Executive Director | 06 Nov 2022 | SALT Tax Service | Respond to Kirkland (A. Sexton) on Pennsylvania voluntary disclosure data room upload for Examiner | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 07 Nov 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss Pennsylvania VDA nexus questionnaire responses. EY Attendees: N.Flagg, J.Hill, J.Hill, K.Gatt | 0.9 | $1,150.00 | $1,035.00 |
| Gatt,Katie | Senior Manager | 07 Nov 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss Pennsylvania VDA nexus questionnaire responses. EY Attendees: N.Flagg, J.Hill, J.Hill, K.Gatt | 0.9 | $950.00 | $855.00 |
| Hill,Jeanne L. | Senior Manager | 07 Nov 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss Pennsylvania VDA nexus questionnaire responses. EY Attendees: N.Flagg, J.Hill, J.Hill, K.Gatt | 0.9 | $950.00 | $855.00 |
| Buonaguro,Paul | Manager | 07 Nov 2022 | SALT Tax Service | Internal EY call to discuss Pennsylvania sales and use tax on crypto mining equipment. Attendees: P.Buonaguro, J.Hill | 0.3 | $850.00 | $255.00 |
| Hill,Jeanne L. | Senior Manager | 07 Nov 2022 | SALT Tax | Internal EY call to discuss Pennsylvania sales and use tax on crypto mining equipment. Attendees: P.Buonaguro, J.Hill | 0.3 | $950.00 | $285.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| | | | Service | | | | |
| Flagg,Nancy A. | Executive Director | 07 Nov 2022 | SALT Tax Service | Internal EY call to discuss Pennsylvania voluntary disclosure questionnaire next steps call. Attendees: N.Flagg, J.Hill | 0.4 | $1,150.00 | $460.00 |
| Hill,Jeanne L. | Senior Manager | 07 Nov 2022 | SALT Tax Service | Internal EY call to discuss Pennsylvania voluntary disclosure questionnaire next steps call. Attendees: N.Flagg, J.Hill | 0.4 | $950.00 | $380.00 |
| Massimore,Marissa Elizabeth | Senior | 07 Nov 2022 | SALT Tax Service | Review and compile information in my files related to correspondence and exchanges with H. LeClaire (EY). | 0.8 | $600.00 | $480.00 |
| Buonaguro,Paul | Manager | 07 Nov 2022 | SALT Tax Service | Review and revise Pennsylvania sales and use tax voluntary disclosure agreement questionnaire answers | 0.7 | $850.00 | $595.00 |
| Flagg,Nancy A. | Executive Director | 08 Nov 2022 | SALT Tax Service | Respond to Kirkland on responsive documents requested by Bankruptcy Court Appointed Examiner (S.Pillay, Jenner & Block, LLP) | 0.4 | $1,150.00 | $460.00 |
| Flagg,Nancy A. | Executive Director | 08 Nov 2022 | SALT Tax Service | Review and send employment tax documentation and emails to EY Vincent DiPalma for review and interpretation | 0.4 | $1,150.00 | $460.00 |
| Flagg,Nancy A. | Executive Director | 08 Nov 2022 | SALT Tax Service | Update to EY General Counsel Office on Bankruptcy Court Appointed Examiner (S.Pillay, Jenner & Block, LLP) call invite received | 0.4 | $1,150.00 | $460.00 |
| Lubic,Jake | Staff/Assistant | 09 Nov 2022 | SALT Tax Service | Call to discuss prioritizing and deploying resources on open indirect tax items and workstreams. Attendees: N. Flagg, J. Lubic | 0.3 | $400.00 | $120.00 |
| Flagg,Nancy A. | Executive Director | 09 Nov 2022 | SALT Tax Service | Call to discuss prioritizing and deploying resources on open indirect tax items and workstreams. Attendees: N. Flagg, J.Lubic | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 09 Nov 2022 | SALT Tax Service | Update open tax item workstream status and next steps and send to EY team | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 10 Nov 2022 | SALT Tax Service | Call with EY General Counsel team to prepare for discussion with Bankruptcy Court Appointed Examiner team (S.Pillay, G.Morse Jenner & Block, LLP) | 1.1 | $1,150.00 | $1,265.00 |
| Flagg,Nancy A. | Executive Director | 11 Nov 2022 | SALT Tax Service | Call with Bankruptcy Court Appointed Examiner team (S.Pillay, G.Morse Jenner & Block, LLP) to discuss Celsius state tax profile | 1.2 | $1,150.00 | $1,380.00 |
| Flagg,Nancy A. | Executive Director | 11 Nov 2022 | SALT Tax Service | Discuss Pennsylvania voluntary disclosure next steps with EY J.Hill | 0.3 | $1,150.00 | $345.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
| Flagg,Nancy A. | Executive Director | 11 Nov 2022 | SALT Tax Service | Follow-up on Pennsylvania voluntary disclosure filing approval with client (L.Koren) | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 11 Nov 2022 | SALT Tax Service | Kirkland inquiry on EY engagement retention status to EY general counsel office | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 11 Nov 2022 | SALT Tax Service | Call with EY General Counsel to recap discussion with Bankruptcy Court Appointed Examiner (S.Pillay, G.Morse Jenner & Block, LLP) | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 11 Nov 2022 | SALT Tax Service | Reply to Kirkland inquiry on engagement retention status | 0.4 | $1,150.00 | $460.00 |
| Hill,Jeanne L. | Senior Manager | 11 Nov 2022 | SALT Tax Service | Submit Pennsylvania sales and use tax voluntary disclosure agreement application to the state, discuss next steps with EY N.Flagg | 0.8 | $950.00 | $760.00 |
| Flagg,Nancy A. | Executive Director | 14 Nov 2022 | SALT Tax Service | Call to discuss follow-up requests received subsequent to question-and-answer session with the examiner and discuss indirect tax workstream updates, including status updates on Pennsylvania VDA for sales tax and next steps on bankruptcy noticing list for state and local jurisdictions. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic and EY general counsel | 0.4 | $1,150.00 | $460.00 |
| Gatt,Katie | Senior Manager | 14 Nov 2022 | SALT Tax Service | Call to discuss follow-up requests received subsequent to question-and-answer session with the examiner and discuss indirect tax workstream updates, including status updates on Pennsylvania VDA for sales tax and next steps on bankruptcy noticing list for state and local jurisdictions. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic and EY general counsel | 0.4 | $950.00 | $380.00 |
| Hill,Jeffrey B. | Partner/Principal | 14 Nov 2022 | SALT Tax Service | Call to discuss follow-up requests received subsequent to question-and-answer session with the examiner and discuss indirect tax workstream updates, including status updates on Pennsylvania VDA for sales tax and next steps on bankruptcy noticing list for state and local jurisdictions. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic and EY general counsel | 0.4 | $1,250.00 | $500.00 |
| Lubic,Jake | Staff/Assistant | 14 Nov 2022 | SALT Tax Service | Call to discuss follow-up requests received subsequent to question-and-answer session with the examiner and discuss indirect tax workstream updates, including status updates on Pennsylvania VDA for sales tax and next steps on bankruptcy noticing list for state and local jurisdictions. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic and EY general counsel | 0.4 | $400.00 | $160.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Sapir, Eric | Executive Director | 14 Nov 2023 | SALT Tax Service | Call to discuss follow-up requests received subsequent to question-and-answer session with the examiner and discuss indirect tax workstream updates, including status updates on Pennsylvania VDA for sales tax and next steps on bankruptcy noticing list for state and local jurisdictions. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic and EY general counsel | 0.4 | $1,150.00 | $460.00 |
| Harvey, Elizabeth R. | Partner/Principal | 14 Nov 2023 | SALT Tax Service | Call to discuss follow-up requests received subsequent to question-and-answer session with the examiner and discuss indirect tax workstream updates, including status updates on Pennsylvania VDA for sales tax and next steps on bankruptcy noticing list for state and local jurisdictions. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic and EY general counsel | 0.4 | $1,250.00 | $500.00 |
| Flagg, Nancy A. | Executive Director | 14 Nov 2022 | SALT Tax Service | Inventory income tax returns for noticing updates | 0.4 | $1,150.00 | $460.00 |
| Flagg, Nancy A. | Executive Director | 14 Nov 2022 | SALT Tax Service | Review files for sales and use tax information per Kirkland request and draft reply | 0.7 | $1,150.00 | $805.00 |
| Johnson, Derrick Joseph | Staff/Assistant | 15 Nov 2022 | SALT Tax Service | Call to discuss existing tax claims from Stretto report and next action items: taking inventory of tax claims and documenting claim details to assist in claims analysis and resolution. Attendees: J. Lubic, D. Johnson, A. Kapp | 0.3 | $400.00 | $120.00 |
| Kapp, Amanda Michele | Staff/Assistant | 15 Nov 2022 | SALT Tax Service | Call to discuss existing tax claims from Stretto report and next action items: taking inventory of tax claims and documenting claim details to assist in claims analysis and resolution. Attendees: J. Lubic, D. Johnson, A. Kapp | 0.3 | $400.00 | $120.00 |
| Lubic, Jake | Staff/Assistant | 15 Nov 2022 | SALT Tax Service | Call to discuss existing tax claims from Stretto report and next action items: taking inventory of tax claims and documenting claim details to assist in claims analysis and resolution. Attendees: J. Lubic, D. Johnson, A. Kapp | 0.3 | $400.00 | $120.00 |
| Flagg, Nancy A. | Executive Director | 15 Nov 2022 | SALT Tax Service | Review sales and use tax files received from client (J.Morgan) and reply to Kirkland (A.Sexton) on file differences | 1.8 | $1,150.00 | $2,070.00 |
| Lubic, Jake | Staff/Assistant | 16 Nov 2022 | SALT Tax Service | Establish tax claims log to enable claim inventory and analysis processes | 0.3 | $400.00 | $120.00 |
| Johnson, Derrick Joseph | Staff/Assistant | 16 Nov 2022 | SALT Tax Service | Review 8 tax claims and update tax claims log with relevant details for tracking purposes | 1.5 | $400.00 | $600.00 |
| Kapp, Amanda Michele | Staff/Assistant | 16 Nov 2022 | SALT Tax Service | Review tax claims filed and document claim details to assist in claims analysis and resolutions | 1.2 | $400.00 | $480.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Flagg,Nancy A. | Executive Director | 16 Nov 2022 | SALT Tax Service | Weekly call to discuss Celsius open indirect tax items Discussed today: Compiling and discussing open tax items and recent Kirkland& Ellis requests. Attendees: N. Flagg, E. Harvey, E. Sapir, J. Lubic. | 0.4 | $1,150.00 | $460.00 |
| Lubic,Jake | Staff/Assistant | 16 Nov 2022 | SALT Tax Service | Weekly call to discuss Celsius open indirect tax items Discussed today: Compiling and discussing open tax items and recent Kirkland& Ellis requests. Attendees: N. Flagg, E. Harvey, E. Sapir, J. Lubic. | 0.4 | $400.00 | $160.00 |
| Johnson,Derrick Joseph | Staff/Assistant | 17 Nov 2022 | SALT Tax Service | Call to review and work on Celsius tax claims inventory log. Discussed today: Answering relevant questions related to Celsius' indirect tax exposure as it relates to liabilities claimed on proofs of claim, and determining complicated tax claims' amounts, categories, and tax types. Attendees: A. Kapp, D. Johnson, J. Lubic | 0.3 | $400.00 | $120.00 |
| Kapp,Amanda Michele | Staff/Assistant | 17 Nov 2022 | SALT Tax Service | Call to review and work on Celsius tax claims inventory log. Discussed today: Answering relevant questions related to Celsius' indirect tax exposure as it relates to liabilities claimed on proofs of claim, and determining complicated tax claims' amounts, categories, and tax types. Attendees: A. Kapp, D. Johnson, J. Lubic | 0.3 | $400.00 | $120.00 |
| Lubic,Jake | Staff/Assistant | 17 Nov 2022 | SALT Tax Service | Call to review and work on Celsius tax claims inventory log. Discussed today: Answering relevant questions related to Celsius' indirect tax exposure as it relates to liabilities claimed on proofs of claim, and determining complicated tax claims' amounts, categories, and tax types. Attendees: A. Kapp, D. Johnson, J. Lubic | 0.3 | $400.00 | $120.00 |
| Flagg,Nancy A. | Executive Director | 17 Nov 2022 | SALT Tax Service | Compile and send Pennsylvania voluntary disclosure documents requested from Kirkland (A. Sexton) to general counsel office for release approval | 0.9 | $1,150.00 | $1,035.00 |
| Flagg,Nancy A. | Executive Director | 18 Nov 2022 | SALT Tax Service | Call with client (J.Morgan) and EY state desk J.Hill to discuss Pennsylvania sales and use tax voluntary disclosure agreement status. | 0.9 | $1,150.00 | $1,035.00 |
| Hill,Jeanne L. | Senior Manager | 18 Nov 2022 | SALT Tax Service | Call with client (J.Morgan) and EY state desk J.Hill to discuss Pennsylvania sales and use tax voluntary disclosure agreement status. | 0.9 | $950.00 | $855.00 |
| Flagg,Nancy A. | Executive Director | 18 Nov 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss sales and use tax open items and next steps, including Pennsylvania sales tax voluntary disclosure agreement, Texas sales and use tax base, Georgia taxability. EY Attendees: J. Jimenez, E, Marenco, N. Flagg | 0.7 | $1,150.00 | $805.00 |
| Jimenez,Joseph Robert | Senior Manager | 18 Nov 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss sales and use tax open items and next steps, including Pennsylvania sales tax voluntary disclosure agreement, Texas sales and use tax base, Georgia taxability. EY Attendees: J. Jimenez, E, Marenco, N. Flagg | 0.7 | $950.00 | $665.00 |
| Marenco,Eli D. | Senior Manager | 18 Nov 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss sales and use tax open items and next steps, including Pennsylvania sales tax voluntary disclosure agreement, Texas sales and use tax base, Georgia taxability. EY Attendees: J. Jimenez, | 0.7 | $950.00 | $665.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
| | | | | E, Marenco, N. Flagg | | | |
| Flagg,Nancy A. | Executive Director | 18 Nov 2022 | SALT Tax Service | Internal EY call to discuss open issues and prepare for call with client (J.Morgan) | 0.4 | $1,150.00 | $460.00 |
| Jimenez,Joseph Robert | Senior Manager | 18 Nov 2022 | SALT Tax Service | Internal EY call to discuss open issues and prepare for call with client (J.Morgan) | 0.3 | $950.00 | $285.00 |
| Flagg,Nancy A. | Executive Director | 18 Nov 2022 | SALT Tax Service | Pennsylvania sales and use tax voluntary disclosure documents to Kirkland | 0.2 | $1,150.00 | $230.00 |
| Kotanchiyev,Georgiy S. | Senior Manager | 18 Nov 2022 | SALT Tax Service | Research Georgia legislation re taxability of crypto mining | 0.3 | $950.00 | $285.00 |
| Kool,Trent | Manager | 18 Nov 2022 | SALT Tax Service | Research Georgia taxability of crypto mining assets | 1.0 | $850.00 | $850.00 |
| Hill,Jeanne L. | Senior Manager | 18 Nov 2022 | SALT Tax Service | Prepare for client call to discuss Pennsylvania voluntary disclosure agreement | 0.6 | $950.00 | $570.00 |
| Flagg,Nancy A. | Executive Director | 21 Nov 2022 | SALT Tax Service | Internal EY call to discuss tax claims analysis, including inventory high-priority, large dollar value, and unliquidated tax claims' tax types, periods, and liability amount validity. Attendees: N. Flagg, K. Gatt, J. Lubic, A. Kapp, D. Johnson | 0.5 | $1,150.00 | $575.00 |
| Gatt,Katie | Senior Manager | 21 Nov 2022 | SALT Tax Service | Internal EY call to discuss tax claims analysis, including inventory high-priority, large dollar value, and unliquidated tax claims' tax types, periods, and liability amount validity. Attendees: N. Flagg, K. Gatt, J. Lubic, A. Kapp, D. Johnson | 0.5 | $950.00 | $475.00 |
| Johnson,Derrick Joseph | Staff/Assistant | 21 Nov 2022 | SALT Tax Service | Internal EY call to discuss tax claims analysis, including inventory high-priority, large dollar value, and unliquidated tax claims' tax types, periods, and liability amount validity. Attendees: N. Flagg, K. Gatt, J. Lubic, A. Kapp, D. Johnson | 0.5 | $400.00 | $200.00 |
| Kapp,Amanda Michele | Staff/Assistant | 21 Nov 2022 | SALT Tax Service | Internal EY call to discuss tax claims analysis, including inventory high-priority, large dollar value, and unliquidated tax claims' tax types, periods, and liability amount validity. Attendees: N. Flagg, K. Gatt, J. Lubic, A. Kapp, D. Johnson | 0.5 | $400.00 | $200.00 |
| Lubic,Jake | Staff/Assistant | 21 Nov 2022 | SALT Tax Service | Internal EY call to discuss tax claims analysis, including inventory high-priority, large dollar value, and unliquidated tax claims' tax types, periods, and liability amount validity. Attendees: N. Flagg, K. Gatt, J. Lubic, A. Kapp, D. Johnson | 0.5 | $400.00 | $200.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Johnson,Derrick Joseph | Staff/Assistant | 21 Nov 2022 | SALT Tax Service | Review tax claims and update tax claims log with relevant details for tracking | 0.5 | $400.00 | $200.00 |
| Lubic,Jake | Staff/Assistant | 21 Nov 2022 | SALT Tax Service | Reviewing, correcting, and updating claims inventory log to ensure that tax types and periods are documented correctly to aid in claims/tax liability analysis | 0.5 | $400.00 | $200.00 |
| Flagg,Nancy A. | Executive Director | 22 Nov 2022 | SALT Tax Service | Internal EY call to discuss sales and use tax open items. Attendees: N.Flagg, J. Jimenez | 0.4 | $1,150.00 | $460.00 |
| Jimenez,Joseph Robert | Senior Manager | 22 Nov 2022 | SALT Tax Service | Internal EY call to discuss sales and use tax open items. Attendees: N.Flagg, J. Jimenez | 0.4 | $950.00 | $380.00 |
| Jimenez,Joseph Robert | Senior Manager | 22 Nov 2022 | SALT Tax Service | Review Kentucky sales tax mining exemptions | 0.6 | $950.00 | $570.00 |
| Flagg,Nancy A. | Executive Director | 23 Nov 2022 | SALT Tax Service | Call to discuss Celsius indirect tax open items. Discussed today: Updates on indirect tax workstreams including getting updated list of taxing jurisdictions to update noticing list, Pennsylvania voluntary disclosure application status and potential sales and use tax outcomes of pursuing Pennsylvania manufacturing exemption; updates on movement of mining rigs and communication of this information to Jeff Morgan, questions on who paid electric bill related to refund opportunity; cryptocurrency industry conditions and potential Celsius indirect tax implications. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic. | 0.5 | $1,150.00 | $575.00 |
| Gatt,Katie | Senior Manager | 23 Nov 2022 | SALT Tax Service | Call to discuss Celsius indirect tax open items. Discussed today: Updates on indirect tax workstreams including getting updated list of taxing jurisdictions to update noticing list, Pennsylvania voluntary disclosure application status and potential sales and use tax outcomes of pursuing Pennsylvania manufacturing exemption; updates on movement of mining rigs and communication of this information to Jeff Morgan, questions on who paid electric bill related to refund opportunity; cryptocurrency industry conditions and potential Celsius indirect tax implications. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic. | 0.5 | $950.00 | $475.00 |
| Lubic,Jake | Staff/Assistant | 23 Nov 2022 | SALT Tax Service | Call to discuss Celsius indirect tax open items. Discussed today: Updates on indirect tax workstreams including getting updated list of taxing jurisdictions to update noticing list, Pennsylvania voluntary disclosure application status and potential sales and use tax outcomes of pursuing Pennsylvania manufacturing exemption; updates on movement of mining rigs and communication of this information to Jeff Morgan, questions on who paid electric bill related to refund opportunity; cryptocurrency industry conditions and potential Celsius indirect tax implications. Attendees: N. Flagg, K. Gatt, J. Hill, E. Harvey, E. Sapir, J. Lubic. | 0.5 | $400.00 | $200.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Flagg,Nancy A. | Executive Director | 23 Nov 2022 | SALT Tax Service | Review and update open tax items for follow-up with client (J.Morgan) | 0.4 | $1,150.00 | $460.00 |
| Flagg,Nancy A. | Executive Director | 27 Nov 2022 | SALT Tax Service | Review California withholding requirement on crypto interest earnings and reply to Kirkland (A. Sexton) with update on this with contractor withholding info and additional tax open items status | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 28 Nov 2022 | SALT Tax Service | Bankruptcy tax noticing requirements for income tax to EY D.Johnson to initiate review of returns filed vs current noticing list | 0.2 | $1,150.00 | $230.00 |
| Johnson,Derrick Joseph | Staff/Assistant | 28 Nov 2022 | SALT Tax Service | Inventory state income/franchise tax return filing profile vs notice list | 0.5 | $400.00 | $200.00 |
| Flagg,Nancy A. | Executive Director | 29 Nov 2022 | SALT Tax Service | Update and provide sales and use tax liability spreadsheet analysis to EY J. Jimenez | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 30 Nov 2022 | SALT Tax Service | Follow-up with client (J.Morgan) for outstanding employment tax information | 0.2 | $1,150.00 | $230.00 |
| Jimenez,Joseph Robert | Senior Manager | 30 Nov 2022 | SALT Tax Service | Review fixed asset list provided and follow-up with EY Pennsylvania state desk J.Hill | 1.0 | $950.00 | $950.00 |
| Flagg,Nancy A. | Executive Director | 02 Dec 2022 | SALT Tax Service | Email J.Jimenez to provide background client information and scope of requests. | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 03 Dec 2022 | SALT Tax Service | Field Kirkland request for additional EY files of H.LeClaire and submit to EY general counsel | 0.2 | $1,150.00 | $230.00 |
| Lubic,Jake | Staff/Assistant | 05 Dec 2022 | SALT Tax Service | Analyzing newly filed indirect tax claims for D. Johnson and A. Kapp to inventory and analyze in tax claims log | 0.1 | $400.00 | $40.00 |
| Flagg,Nancy A. | Executive Director | 05 Dec 2022 | SALT Tax Service | Call to discuss Celsius open tax items, including deploying professional resources onto tax claims log, using professional judgment to inventory and analyze newly filed relevant indirect tax claims. Attendees: N. Flagg, J. Lubic | 0.2 | $1,150.00 | $230.00 |
| Lubic,Jake | Staff/Assistant | 05 Dec 2022 | SALT Tax Service | Call to discuss Celsius open tax items, including deploying professional resources onto tax claims log, using professional judgment to inventory and analyze newly filed relevant indirect tax claims. Attendees: N. Flagg, J. Lubic | 0.2 | $400.00 | $80.00 |
| Johnson,Derrick Joseph | Staff/Assistant | 05 Dec 2022 | SALT Tax Service | Create master Celsius claims log, upload to Teams site | 0.2 | $400.00 | $80.00 |
| Kapp,Amanda Michele | Staff/Assistant | 05 Dec 2022 | SALT Tax | Review tax claims filed and document claim details to assist in claims analysis and resolutions | 0.2 | $400.00 | $80.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| | | | Service | | | | |
| Johnson,Derrick Joseph | Staff/Assistant | 06 Dec 2022 | SALT Tax Service | Call to analyze newly filed tax claims that have been documented and inventoried as material in the indirect tax claims log for purposes of indirect tax claims review and high-level analysis. Attendees: J. Lubic, A. Kapp, D. Johnson | 0.2 | $400.00 | $80.00 |
| Kapp,Amanda Michele | Staff/Assistant | 06 Dec 2022 | SALT Tax Service | Call to analyze newly filed tax claims that have been documented and inventoried as material in the indirect tax claims log for purposes of indirect tax claims review and high-level analysis. Attendees: J. Lubic, A. Kapp, D. Johnson | 0.2 | $400.00 | $80.00 |
| Lubic,Jake | Staff/Assistant | 06 Dec 2022 | SALT Tax Service | Call to analyze newly filed tax claims that have been documented and inventoried as material in the indirect tax claims log for purposes of indirect tax claims review and high-level analysis. Attendees: J. Lubic, A. Kapp, D. Johnson | 0.2 | $400.00 | $80.00 |
| Flagg,Nancy A. | Executive Director | 06 Dec 2022 | SALT Tax Service | Follow-up with client (J.Morgan) for payroll and payroll tax information status and set call time for overall status update on open tax items; additional follow-up with client (J.Morgan) for status update | 0.4 | $1,150.00 | $460.00 |
| Flagg,Nancy A. | Executive Director | 07 Dec 2022 | SALT Tax Service | Schedule call to discuss Pennsylvania voluntary disclosure agreement status with client (J.Morgan, L.Koren) | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 08 Dec 2022 | SALT Tax Service | Follow-up with client (J.Morgan, L.Koren) re availability to discuss open tax items, and reschedule per client request | 0.2 | $1,150.00 | $230.00 |
| Hill,Jeanne L. | Senior Manager | 11 Dec 2022 | SALT Tax Service | Email client (J.Morgan, L.Koren) re Pennsylvania voluntary disclosure agreement status update | 0.8 | $950.00 | $760.00 |
| Flagg,Nancy A. | Executive Director | 13 Dec 2022 | SALT Tax Service | Advise client (J.Morgan) of need for status updates and set call to discuss | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 13 Dec 2022 | SALT Tax Service | Call with Kirkland (A.Sexton) regarding status of Celsius non-income tax issues | 0.4 | $1,150.00 | $460.00 |
| Flagg,Nancy A. | Executive Director | 13 Dec 2022 | SALT Tax Service | Provide EY Indirect team with my status updates and request their workstream updates | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 14 Dec 2022 | SALT Tax Service | Buildout open tax item list in excel tracker format to capture follow-ups and track follow-up dates | 2.7 | $1,150.00 | $3,105.00 |
| DiPalma,Vincent | Manager | 14 Dec 2022 | SALT Tax Service | Internal EY call to discuss status and open items related to Texas sales tax, Pennsylvania voluntary disclosure agreement, insperity / fica liability per Kirkland & Ellis request. EY Attendees: N. Flagg, K. Gatt, J. Jimenez, V. DiPalma, R. Wehr, J. Hill | 0.7 | $850.00 | $595.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Flagg,Nancy A. | Executive Director | 14 Dec 2022 | SALT Tax Service | Internal EY call to discuss status and open items related to Texas sales tax, Pennsylvania voluntary disclosure agreement, insperity / fica liability per Kirkland & Ellis request. EY Attendees: N. Flagg, K. Gatt, J. Jimenez, V. DiPalma, R. Wehr, J. Hill | 0.7 | $1,150.00 | $805.00 |
| Gatt,Katie | Senior Manager | 14 Dec 2022 | SALT Tax Service | Internal EY call to discuss status and open items related to Texas sales tax, Pennsylvania voluntary disclosure agreement, insperity / fica liability per Kirkland & Ellis request. EY Attendees: N. Flagg, K. Gatt, J. Jimenez, V. DiPalma, R. Wehr, J. Hill | 0.7 | $950.00 | $665.00 |
| Hill,Jeanne L. | Senior Manager | 14 Dec 2022 | SALT Tax Service | Internal EY call to discuss status and open items related to Texas sales tax, Pennsylvania voluntary disclosure agreement, insperity / fica liability per Kirkland & Ellis request. EY Attendees: N. Flagg, K. Gatt, J. Jimenez, V. DiPalma, R. Wehr, J. Hill | 0.7 | $950.00 | $665.00 |
| Jimenez,Joseph Robert | Senior Manager | 14 Dec 2022 | SALT Tax Service | Internal EY call to discuss status and open items related to Texas sales tax, Pennsylvania voluntary disclosure agreement, insperity / fica liability per Kirkland & Ellis request. EY Attendees: N. Flagg, K. Gatt, J. Jimenez, V. DiPalma, R. Wehr, J. Hill | 0.7 | $950.00 | $665.00 |
| Wehr,Robert W | Senior Manager | 14 Dec 2022 | SALT Tax Service | Internal EY call to discuss status and open items related to Texas sales tax, Pennsylvania voluntary disclosure agreement, insperity / fica liability per Kirkland & Ellis request. EY Attendees: N. Flagg, K. Gatt, J. Jimenez, V. DiPalma, R. Wehr, J. Hill | 0.7 | $950.00 | $665.00 |
| Flagg,Nancy A. | Executive Director | 14 Dec 2022 | SALT Tax Service | Provide list of open Indirect tax issues per Kirkland (A.Sexton) request | 0.5 | $1,150.00 | $575.00 |
| Flagg,Nancy A. | Executive Director | 14 Dec 2022 | SALT Tax Service | Reply to client (J.Morgan) inquiries on tax workstream status | 0.3 | $1,150.00 | $345.00 |
| Hill,Jeanne L. | Senior Manager | 14 Dec 2022 | SALT Tax Service | Prepare for client call to discuss Pennsylvania voluntary disclosure agreement | 0.3 | $950.00 | $285.00 |
| Flagg,Nancy A. | Executive Director | 15 Dec 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss Pennsylvania sales and use tax voluntary disclosure agreement status and availability of data center exemption. Attendees: J.Hill, J.Jimenez, N.Flagg | 0.5 | $1,150.00 | $575.00 |
| Hill,Jeanne L. | Senior Manager | 15 Dec 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss Pennsylvania sales and use tax voluntary disclosure agreement status and availability of data center exemption. Attendees: J.Hill, J.Jimenez, N.Flagg | 0.5 | $950.00 | $475.00 |
| Jimenez,Joseph Robert | Senior Manager | 15 Dec 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss Pennsylvania sales and use tax voluntary disclosure agreement status and availability of data center exemption. Attendees: J.Hill, J.Jimenez, N.Flagg | 0.5 | $950.00 | $475.00 |
| Flagg,Nancy A. | Executive Director | 15 Dec 2022 | SALT Tax Service | Call with client (J.Morgan, L.Koren) to discuss Texas state desk sales and use tax issues and potential resolutions. Attendees: R.Wehr, N.Flagg | 0.9 | $1,150.00 | $1,035.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Wehr,Robert W | Senior Manager | 15 Dec 2022 | SALT Tax Service | Call with client (J.Morgan, L.Koren) to discuss Texas state desk sales and use tax issues and potential resolutions. Attendees: R.Wehr, N.Flagg | 0.9 | $950.00 | $855.00 |
| Flagg,Nancy A. | Executive Director | 15 Dec 2022 | SALT Tax Service | Document Celsius follow-ups for next status call with client (J.Morgan) | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 15 Dec 2022 | SALT Tax Service | Open tax item status update to Kirkland (A. Sexton) | 0.5 | $1,150.00 | $575.00 |
| Wehr,Robert W | Senior Manager | 15 Dec 2022 | SALT Tax Service | Research fair market value options for use tax returns / voluntary disclosure agreements | 0.5 | $950.00 | $475.00 |
| Flagg,Nancy A. | Executive Director | 15 Dec 2022 | SALT Tax Service | Texas sales and use tax open items follow-up EY state desk R. Wehr | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 15 Dec 2022 | SALT Tax Service | Update master tax issue tracker status per call with client (J.Morgan) | 0.4 | $1,150.00 | $460.00 |
| Buonaguro,Paul | Manager | 16 Dec 2022 | SALT Tax Service | Pennsylvania state desk review data center sales tax exemption, call Pennsylvania Department of Revenue economic development, answer email questions | 1.1 | $850.00 | $935.00 |
| Flagg,Nancy A. | Executive Director | 16 Dec 2022 | SALT Tax Service | Reply to Kirkland (A. Sexton) to prioritize open tax items and next steps and reply to J.Berman on Capitol Tax request with questions to clarify | 0.7 | $1,150.00 | $805.00 |
| Hill,Jeanne L. | Senior Manager | 16 Dec 2022 | SALT Tax Service | Pennsylvania review data center sales tax exemption research | 0.8 | $950.00 | $760.00 |
| Flagg,Nancy A. | Executive Director | 19 Dec 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss Texas rig deployment facts for sales and use tax determination and additional open items impacting tax compliance. Attendees: N.Flagg, J.Jimenez | 1.0 | $1,150.00 | $1,150.00 |
| Jimenez,Joseph Robert | Senior Manager | 19 Dec 2022 | SALT Tax Service | Call with client (J.Morgan) to discuss Texas rig deployment facts for sales and use tax determination and additional open items impacting tax compliance. Attendees: N.Flagg, J.Jimenez | 1.0 | $950.00 | $950.00 |
| Flagg,Nancy A. | Executive Director | 20 Dec 2022 | SALT Tax Service | Internal EY call to discuss Pennsylvania sales and use tax voluntary disclosure status and next steps .Attendees: N.Flagg, J.Hill. | 0.5 | $1,150.00 | $575.00 |
| Hill,Jeanne L. | Senior Manager | 20 Dec 2022 | SALT Tax Service | Internal EY call to discuss Pennsylvania sales and use tax voluntary disclosure status and next steps .Attendees: N.Flagg, J.Hill. | 0.5 | $950.00 | $475.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Flagg,Nancy A. | Executive Director | 21 Dec 2022 | SALT Tax Service | Call to discuss Celsius open indirect tax items. Discussed today: Status update on EY retention and new action items as a result; Celsius' status on filing property tax returns given the company's decision to file them internally; sales and use tax consequences related to new movement on the Pennsylvania Voluntary Disclosure Application and discussions around potentially applying Pennsylvania Data Center exemption; fixed asset movement from Georgia to Pennsylvania and sales and use tax implications of such movement; Texas use tax status, including tax consequences of Company discussions of assessing the fair market value of fixed assets and potential movement of the assets. Attendees: N. Flagg, K. Gatt, J. Hill (left meeting at 0.5 hours), E. Harvey, E. Sapir, J. Lubic | 0.8 | $1,150.00 | $920.00 |
| Gatt,Katie | Senior Manager | 21 Dec 2022 | SALT Tax Service | Call to discuss Celsius open indirect tax items. Discussed today: Status update on EY retention and new action items as a result; Celsius' status on filing property tax returns given the company's decision to file them internally; sales and use tax consequences related to new movement on the Pennsylvania Voluntary Disclosure Application and discussions around potentially applying Pennsylvania Data Center exemption; fixed asset movement from Georgia to Pennsylvania and sales and use tax implications of such movement; Texas use tax status, including tax consequences of Company discussions of assessing the fair market value of fixed assets and potential movement of the assets. Attendees: N. Flagg, K. Gatt, J. Hill (left meeting at 0.5 hours), E. Harvey, E. Sapir, J. Lubic | 0.8 | $950.00 | $760.00 |
| Lubic,Jake | Staff/Assistant | 21 Dec 2022 | SALT Tax Service | Call to discuss Celsius open indirect tax items. Discussed today: Status update on EY retention and new action items as a result; Celsius' status on filing property tax returns given the company's decision to file them internally; sales and use tax consequences related to new movement on the Pennsylvania Voluntary Disclosure Application and discussions around potentially applying Pennsylvania Data Center exemption; fixed asset movement from Georgia to Pennsylvania and sales and use tax implications of such movement; Texas use tax status, including tax consequences of Company discussions of assessing the fair market value of fixed assets and potential movement of the assets. Attendees: N. Flagg, K. Gatt, J. Hill (left meeting at 0.5 hours), E. Harvey, E. Sapir, J. Lubic | 0.8 | $400.00 | $320.00 |
| Flagg,Nancy A. | Executive Director | 22 Dec 2022 | SALT Tax Service | Call with client (J.Morgan, L.Koren, J. Fan, P. Holbert) to discuss status of the Pennsylvania Use tax data center exemption opportunity and Voluntary disclosure agreement, specifically detailed information on rig deployment states and locations for sales and use tax liability calculation purposes. EY attendees: N. Flagg, J. Hill | 1.0 | $1,150.00 | $1,150.00 |
| Hill,Jeanne L. | Senior Manager | 22 Dec 2022 | SALT Tax Service | Call with client (J.Morgan, L.Koren, J. Fan, P. Holbert) to discuss status of the Pennsylvania Use tax data center exemption opportunity and Voluntary disclosure agreement, specifically detailed information on rig deployment states and locations for sales and use tax liability calculation purposes. EY | 1.0 | $950.00 | $950.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
|  |  |  |  | attendees: N. Flagg, J. Hill |  |  |  |
| Jimenez,Joseph Robert | Senior Manager | 22 Dec 2022 | SALT Tax Service | Call with client (J. Morgan, L. Koren,  J. Fan, P. Holbert) to discuss status of the Pennsylvania Use tax data center exemption opportunity and Voluntary disclosure agreement, specifically detailed information on rig deployment states and locations for sales and use tax liability calculation purposes. EY attendees: N. Flagg, J. Hill | 1.0 | $950.00 | $950.00 |
| Hill,Jeanne L. | Senior Manager | 22 Dec 2022 | SALT Tax Service | Call with Pennsylvania Department of Revenue voluntary disclosure agreement leadership | 0.6 | $950.00 | $570.00 |
|  |  |  |  | **Total** | **83.2** |  | **$78,730.00** |