

**U.S. Department of Justice**

Office of the United States Trustee

*Southern District of New York*

---

Alexander Hamilton Custom House
One Bowling Green
New York, NY  10004
Phone: (212) 510-0500

April 5, 2023

**VIA EFILE & EMAIL**
Judge Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green, Courtroom 523
New York, NY 10004

Re:  *In re Celsius Network LLC*, **Case No. 22-10964 (MG)**
     **Request to Extend Deadline to Object to Nolan 503(b) Application**

Dear Judge Glenn:

      Pursuant to paragraph 27 of the Case Management Procedures, attached as Exhibit 1 to the Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 1181] and upon mutual agreement between the United States Trustee for the Southern District of New York (the "U.S. Trustee") and Connor Nolan ("Nolan"), we write to request confirmation of the extension of the deadline for the U.S. Trustee to object to the *Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution* [Docket No. 2045] (the "Nolan 503(b) Application") to Friday, April 14, 2023 at 4:00 p.m. (prevailing Eastern Time).

      Respectfully,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By    */s/Shara Cornell*
      Shara Cornell
      Trial Attorney

cc: James I. Glasser

The request to extend the deadline for the U.S. Trustee to object to the *Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution* [Docket No. 2045] to Friday, April 14, 2023 at 4:00 p.m. (prevailing Eastern Time) is **GRANTED**.

**MEMORANDUM ENDORSED.**

**IT IS SO ORDERED.**

Dated:   April 5, 2023
         New York, New York

                                                        /s/ Martin Glenn
                                                    MARTIN GLENN
                                           Chief United States Bankruptcy Judge