Timothy Martin
**HURON CONSULTING SERVICES LLC**
92 Hayden Ave
Lexington, MA 02421
Tel: (617) 266-5530

*Financial Advisor to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**NOTICE OF FIFTH MONTHLY FEE STATEMENT**
**OF HURON CONSULTING SERVICES FOR COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**INCURRED AS FINANCIAL ADVISOR TO THE EXAMINER**
**FOR PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| Name of Applicant: | Huron Consulting Services LLC, Financial Advisor to the Examiner |
| Authorized to provide professional services to: | Shoba Pillay, Examiner |
| Date of Retention | November 1, 2022, effective as of the October 10, 2022 |
| Period for Which Fees and Expenses are Incurred: | February 1, 2023 through February 28, 2023 |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

| | |
|---|---|
| Fees Incurred: | $63,745.00 |
| 20% Holdback: | $12,749.00 |
| Total Compensation Less 20% Holdback | $50,996.00 |
| Total Expenses Incurred: | $0.00 |
| Total Fees and Expenses Requested: | $50,996.00 |

This is a(n) ___X___ Monthly[2] _____ Interim _____ Final Fee Application

---

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order (as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 521] (the "Interim Compensation Order"),[3] Huron Consulting Services LLC ("Huron") hereby submits this SECOND monthly statement (the "Monthly Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as financial advisor the Examiner described in the *Examiner's Application for Entry of an Order Authorizing the Employment and Retention of Huron Consulting Services LLC as Financial Advisor Effective as of October 10, 2022* [Docket No. 1070], for the period from February 1, 2023 through February 28, 2023 (the "Monthly Period"). By this Monthly Statement, Huron seeks payment in the amount of $50,996.00 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Monthly Period. Huron incurred no reimbursable expenses during the Monthly Period.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as Exhibit A is a summary of Huron's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Huron's current billing rates, and (d) amount of fees earned by each Huron professional. The blended hourly billing rate of Huron timekeepers during the Monthly Period is approximately $819.34

2.      Attached hereto as Exhibit B is a summary of the services rendered and compensation sought, by project category, for the Monthly Period.

3.      Attached hereto as Exhibit C is a summary of expenses incurred and reimbursement

---

[3]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

sought, by expense type, for the Monthly Period.

4.      Attached hereto as <u>Exhibit D</u> are itemized time records of Huron's professionals for the Monthly Period and summary materials related thereto.

5.      Attached hereto as <u>Exhibit E</u> is an itemized record of all expenses for the Monthly Period.

## <u>NOTICE AND OBJECTION PROCEDURES</u>

6.      Huron will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the Debtors' solicitation agent at https://cases.stretto.com/celsius.  Huron submits that no other or further notice need be given.

7.      Objections to this Monthly Statement, if any, must be served upon the Notice Parties, and by email, hand, or overnight delivery upon Huron Consulting Services LLC, Attn: Timothy Martin (tmartin@hcg.com) no later than April 14, 2023 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

8.      If no objections to this Monthly Statement are received by the Objection Deadline, Huron will be entitled to 80% of the fees and 100% of the expenses identified in this Monthly Statement.

9.      If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: April 6, 2023
     Lexington, MA

Respectfully submitted,

*/s/ Timothy J. Martin*

Timothy J. Martin
**HURON CONSULTING SERVICES LLC**
92 Hayden Ave
Lexington, MA 02421
Tel: (617) 266-5530
tmartin@hcg.com


*Financial Advisor to the Examiner*

## <u>EXHIBIT A</u>

**SUMMARY OF FOURTH MONTHLY FEE STATEMENT OF HURON CONSULTING SERVICES LLC FOR SERVICES RENDERED FOR THE PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Timothy Martin | Managing Director | $ 1,100 | 11.8 | $ 12,980.00 |
| Anju Joseph | Senior Director | 950 | 23.7 | 22,515.00 |
| Robert Loh | Senior Director | 950 | 8.2 | 7,790.00 |
| Amanda Quintile | Associate | 600 | 34.1 | 20,460.00 |
| Total | | | 77.8 | $ 63,745.00 |

## **EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY TASK CODE
FOR SERVICES RENDERED BY HURON CONSULTING SERVICES LLC
FOR THE PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Task Code | Description | Hours | Fees |
|---|---|---|---|
| 1 | Cryptocurrency Analysis | 4.6 | $ 4,370.00 |
| 2 | Tax Issues | 0.0 | - |
| 3 | Utility Obligations | 0.0 | - |
| 4 | Billing and Fee Applications | 66.5 | 52,290.00 |
| 5 | Investigation Planning and Analysis | 1.6 | 1,640.00 |
| 6 | Communications with Parties in Interest | 3.6 | 3,795.00 |
| 7 | Witness Interviews | 0.0 | - |
| 8 | Report Preparation and Drafting | 1.5 | 1,650.00 |
| 9 | Business Operations | 0.0 | - |
| 10 | Asset Valuation | 0.0 | - |
|  | Total | 77.8 | $63,745.00 |

## <u>EXHIBIT C</u>

**EXPENSE SUMMARY BY HURON CONSULTING SERVICES LLC
FOR THE PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

**No expenses incurred during period**

# EXHIBIT D

**TIME RECORDS**

**Task Code 1: Cryptocurrency Analysis**

| Date | Professional | Description | Hours |
|---|---|---|---|
| 2/2/2023 | Robert Loh | Prepare summary of cryptocurrency tracing methodologies and resources utilized in connection with Final Examiner Report. | 2.20 |
| 2/13/2023 | Robert Loh | Review cryptocurrency analyses in preparation for call with Examiner, Counsel (Jenner & Block) and other parties in interest. | 2.40 |

**Total: Cryptocurrency Analysis**                                                                                       **4.60**

**Task Code 4: Billing and Fee Applications**

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 2/21/2023 | Amanda Quintile | Compile all time detail entries of Huron Professionals for the month of December and begin | 2.70 |
| 2/26/2023 | Anju Joseph | Edits to November fee application to ensure adequate specificity. | 2.40 |
| 2/27/2023 | Anju Joseph | Review December time detail and edit to clarify workstream. | 2.10 |
| 2/20/2023 | Anju Joseph | Identify source files and guidance on preparing the December fee application for A. Quintile | 0.40 |
| 2/23/2023 | Amanda Quintile | Review for conformity December time matter code 6 detailed time entry descriptions provided by Huron team. | 0.90 |
| 2/23/2023 | Amanda Quintile | Review for conformity December time matter code 7 detailed time entry descriptions provided by Huron team. | 1.30 |
| 2/23/2023 | Amanda Quintile | Review for conformity December time matter code 8 detailed time entry descriptions provided by Huron team. | 1.30 |
| 2/24/2023 | Amanda Quintile | Review for conformity December time matter code 9 detailed time entry descriptions provided by Huron team. | 2.70 |
| 2/24/2023 | Amanda Quintile | Review for conformity December time matter code 10 detailed time entry descriptions provided by Huron team. | 1.60 |
| 2/27/2023 | Amanda Quintile | Update December Staffing Report based on feedback/ edits from Huron Team. | 2.90 |
| 2/27/2023 | Amanda Quintile | Continue to update December Staffing Report based on feedback/ edits from Huron Team. | 1.20 |
| 2/27/2023 | Amanda Quintile | Discuss December Staffing Report with Huron Team. | 1.10 |
| 2/27/2023 | Timothy Martin | Review of detail and categorization of detailed time for November fee statement. | 2.40 |
| 2/28/2023 | Timothy Martin | Review of detail and categorization of detailed time for January fee statement. | 2.60 |
| 2/28/2023 | Timothy Martin | Review of detail and categorization for conformity. | 2.00 |
| 2/14/2023 | Anju Joseph | Consolidate time detail for Nov fee detail and review for incremental detail required. | 2.00 |
| 2/20/2023 | Anju Joseph | Review detail in December fee application and identify incremental detail required. | 0.60 |
| 2/27/2023 | Anju Joseph | Consolidate fee details for similar work in November free application to address Examiner's guidance. | 0.80 |
| 2/13/2023 | Anju Joseph | Identify open items and address with individual team on Dec billing. | 0.40 |
| 2/13/2023 | Anju Joseph | Review Nov billing detail and identify gaps by individual. | 0.70 |
| 2/13/2023 | Anju Joseph | Reachout to individuals to fill in gaps related to Nov billing detail. | 0.40 |
| 2/13/2023 | Anju Joseph | Review Dec billing detail and separate by individual. | 0.90 |
| 2/13/2023 | Anju Joseph | Create summary of roll-up of information received in billing schedule versus time detail. | 1.10 |
| 2/21/2023 | Amanda Quintile | Review for conformity December time matter code 1 detailed time entry descriptions provided by Huron team. | 2.80 |
| 2/22/2023 | Amanda Quintile | Review for conformity December time matter code 1 detailed time entry descriptions provided by Huron team. | 2.90 |
| 2/22/2023 | Amanda Quintile | Review for conformity December time matter code 2 detailed time entry descriptions provided by Huron team. | 1.90 |
| 2/22/2023 | Amanda Quintile | Review for conformity December time matter code 3 detailed time entry descriptions provided by Huron team. | 2.10 |
| 2/22/2023 | Amanda Quintile | Review for conformity December time matter code 4 detailed time entry descriptions provided by Huron team. | 1.30 |
| 2/23/2023 | Amanda Quintile | Review for conformity December time matter code 5 detailed time entry descriptions provided by Huron team. | 2.60 |
| 2/15/2023 | Anju Joseph | Address missing detail and meeting attendees in Nov fee application. | 1.70 |
| 2/17/2023 | Robert Loh | Review December 2022 time detail in connection with monthly fee statement preparation. | 1.70 |
| 2/15/2023 | Anju Joseph | Review fee examiner's report on the Oct fee app. | 0.60 |
| 2/20/2023 | Amanda Quintile | Review all unbilled Huron Team expenses for the month of December. | 2.20 |
| 2/21/2023 | Amanda Quintile | Continue initial review of time detail entries of Huron Professionals for the month of December. | 2.60 |
| 2/13/2023 | Anju Joseph | Attention to January detail and request open items. | 1.50 |
| 2/13/2023 | Anju Joseph | Call with T. Martin, R. Loh, A. Quintile (Huron) on fee application and reconciliations. | 0.50 |
| 2/16/2023 | Anju Joseph | Edits to November fee application to clarify detail and bifurcate between work streams. | 2.10 |
| 2/16/2023 | Anju Joseph | Edits to categories in November time detail for consistency for similar work streams. | 0.90 |
| 2/26/2023 | Anju Joseph | Edits to November fee application to address meeting reconciliations and attendees. | 3.10 |
| 2/27/2023 | Anju Joseph | Call with T. Martin and A. Qunitile (Huron) reviewing November and December time detail and Examiner's notes. | 1.10 |
| 2/15/2023 | Anju Joseph | Edits to November fee application to reconcile team activity. | 1.90 |

**Task Code 4: Billing and Fee Applications**

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| | | **Total: Billing and Fee Applications** | **68.00** |

**Task Code 5: Investigation Planning and Analysis**

| Date | Professional | Description | Hours |
|------|--------------|-------------|-------|
| 2/13/2023 | Robert Loh | Meeting with S. Pillary (Examiner), V. Lazar, L. Raiford, S. Stappert (Jenner) and T. Martin (Huron) in advance of call with various parties in interest. | 0.80 |
| 2/13/2023 | Timothy Martin | Meeting with S. Pillary (Examiner), V. Lazar, L. Raiford, S. Stappert (Jenner) and R. Loh (Huron) in advance of call with various parties in interest. | 0.80 |

**Total: Investigation Planning and Analysis** **1.60**

**Task Code 6: Communications with Parties in Interest**

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 2/14/2023 | Robert Loh | Meeting with S. Pillary (Examiner), V. Lazar, L. Raiford, S. Stappert (Jenner) and T. Martin (Huron) and various parties in interest to review analyses and document productions. | 1.10 |
| 2/14/2023 | Timothy Martin | Prepare for meeting with government officials by reviewing work product. | 0.70 |
| 2/14/2023 | Timothy Martin | Meeting with S. Pillary (Examiner), V. Lazar, L. Raiford, S. Stappert (Jenner) and R. Loh (Huron) and various parties in interest to review analyses and document | 1.10 |
| 2/15/2023 | Timothy Martin | Continue to review analyses in preparation for meeting with government officials. | 0.70 |

**Total: Communications with Parties in Interest**      **3.60**

**Task Code 8: Report Preparation and Drafting**

| Date | Professional | Description | Hours |
|---|---|---|---|
| 2/2/2023 | Timothy Martin | Review documentation of work product supporting final report. | 1.50 |

**Total: Report Preparation and Drafting** **1.50**