**WHITE & CASE**

April 6, 2023

**VIA eFile and E-MAIL**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

*In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Object to *Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution*

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the Case Management Procedures, which is attached as Exhibit 1 to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], and upon mutual agreement with counsel to Connor Nolan, Wiggin and Dana LLP, we write to request confirmation of the extension of the deadline for the Official Committee of Unsecured Creditors to object to the *Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution* [Docket No. 2045] to Friday, April 14, 2023 at 4:00 p.m. (prevailing Eastern Time).

Sincerely,

*/s/ Aaron Colodny*
Aaron Colodny
White & Case LLP
Counsel to the Official Committee of Unsecured Creditors

cc: James I. Glasser
Wiggin and Dana LLP
Counsel to Connor Nolan

AMERICAS 121857798 v1
1900867-0002