UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

### ORDER AUTHORIZING ADDITIONAL SERVICES, EFFECTIVE AS OF MARCH 15, 2023, WITH RESPECT TO THE RETENTION AND EMPLOYMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

Pursuant to the Court's *Order Authorizing the Retention and Employment Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* (the "Retention Order," ECF Doc. # 843) and the Debtors' *Second Notice of Proposed Additional Services, Effective as of March 15, 2023, with Respect to the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession*, filed on March 21, 2023 (the "Notice")[2]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, dated as of January 31, 2012; and this proceeding being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Notice having been provided to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey (07030).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Notice.

the necessary parties; and the Court having found that no other or further notice is necessary; and the Court having reviewed the Notice and the Hurley BlockFi Declaration; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and no timely objections having been filed to the Notice; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. In accordance with Bankruptcy Code sections 327(e), 328(a) and 1107(b), the Debtors are authorized to expand the scope of Akin Gump's role as special counsel to the Debtors to include the BlockFi Matters, effective as of March 15, 2023, in accordance with the terms and conditions set forth in the Notice and the Hurly BlockFi Declaration.

2. The additional services provided by Akin Gump with respect to the BlockFi Matters are subject in all respects to the provisions of the Retention Order.

3. The Debtors and Akin Gump are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. To the extent the Notice or the Hurley BlockFi Declaration is inconsistent with this Order, the terms of this Order shall govern.

6. During the pendency of these Chapter 11 Cases, the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

Dated: April 7, 2023
      New York, New York

                                      /s/ Martin Glenn
                                      MARTIN GLENN
                                      Chief United States Bankruptcy Judge