**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' MOTION FOR ENTRY OF AN ORDER
(A) SHORTENING NOTICE FOR ITS MOTION (I) FOR AUTHORITY
TO FILE A CLASS CLAIM ASSERTING NON-CONTRACT CLAIMS ON
BEHALF OF ACCOUNT HOLDERS OR (II) TO APPOINT A THIRD-PARTY
FIDUCIARY TO ASSERT A CLASS CLAIM ON BEHALF OF ACCOUNT
HOLDERS OR (B) ALTERNATIVELY, EXTENDING THE AMENDED BAR DATE**

Upon the motion (the "**Motion to Shorten**")[2] of the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (this "**Order**"), order (a) (i) shortening the notice period with respect to the Motion to Shorten and Motion to File a Class Claim, (ii) scheduling an expedited hearing on the Motion to Shorten and Motion to File a Class Claim for **April 18, 2023, at 10:00 a.m. (prevailing Eastern Time)**, and (iii) establishing **April 14, 2023**, as the deadline for all parties in interest to object to the Motion to Shorten and Motion to File a Class Claim or (b) alternatively, extending the Amended Bar Date to a date after this Court rules on the Motion to File a Class Claim, as more fully set forth in the Motion to Shorten; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to Shorten.

*Order of Reference from the United States District Court for the Southern District of New York*, entered February 1, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and the Court having determined that the relief requested is in the best interests of the Debtors, their estates, creditors and all parties in interest; and upon all of the proceedings brought before the Court, and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. The Motion to Shorten is granted as set forth herein.

2. Notice of the Motion to Shorten and Motion to File a Class Claim as provided therein is good and sufficient.

3. A hearing (the "**Hearing**")[3] to consider the relief requested in the Motion to Shorten and the Motion to File a Class Claim will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, on **April 18, 2023, at 10:00 a.m. (prevailing Eastern Time)**.

4. Any parties in interest that want to file an objection or a response to the Motion to

---

[3] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time on April 17, 2023. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

Shorten or the Motion to File a Class Claim must do so no later than **April 14, 2023**.

5. Parties in interest that choose to file an objection or a response to the Motion to Shorten or Motion to File a Class Claim prior to the Hearing must (a) do so in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Case Management Order, (c) file such response or objection with the Court by registered users of the Court's case filing system, electronically in accordance with General Order M–399 (which can be found at http://www.nysb.uscourts.gov), and (d) serve such response or objection on the Master Service List or any person or entity entitled to notice.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated: April 11, 2023
       New York, New York

                                         **/s/ Martin Glenn**
                                          MARTIN GLENN
                            Chief United States Bankruptcy Judge