# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dan Latona  
To Call Writer Directly:  
+1 312 862-3445  
dan.latona@kirkland.com

300 North LaSalle  
Chicago, IL 60654  
United States  

+1 312 862 2000  

www.kirkland.com

Facsimile:  
+1 312 862 2200

April 11, 2023

**By eFile & E-mail**

Hon. Martin Glenn  
Chief United States Bankruptcy Judge  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green, Courtroom 523  
New York, NY 10004-1408

   Re: *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Object to Debtors' KEIP Motion

Dear Chief Judge Glenn:

  Pursuant to paragraph 27 of the *Case Management Procedures*, attached as Exhibit 1 to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181] and upon mutual agreement with the official committee of unsecured creditors (the "Committee"), we write to request confirmation of the extension of the deadline for the Committee to object to the *Debtors' Motion Seeking Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief* [Docket No. 2336] (the "KEIP Motion") to Wednesday, May 10, 2023 at 4:00 p.m. (prevailing Eastern Time).

                  Sincerely,

                  /s/ *Dan Latona*

                  Dan Latona

---

  cc:  Gregory F. Pesce, Counsel to the Committee

The request for an extension of the deadline for the Committee to object to the KEIP Motion until Wednesday, May 10, 2023 at 4:00 p.m. (prevailing Eastern Time) is **GRANTED**.

**MEMORANDUM ENDORSED**

**IT IS SO ORDERED.**

Dated:  April 11, 2023
        New York, New York

                                                    **/s/ Martin Glenn**
                                                    MARTIN GLENN
                                    Chief United States Bankruptcy Judge