**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, pursuant to USPS forwarding instructions:

- **Notice of Deadline Requiring Submission of Proofs of Claim on or Before January 3, 2023, and Related Procedures for Submitting Proofs of Claim in the Above-Captioned Chapter 11 Cases** (attached hereto as **<u>Exhibit B</u>**)

Furthermore, on or before April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit C</u>**, pursuant to USPS forwarding instructions:

- **Notice of Deadline Requiring Submission of Proofs of Claim on or Before January 3, 2023, and Related Procedures for Submitting Proofs of Claim in the Above-Captioned Chapter 11 Cases** (attached hereto as **<u>Exhibit B</u>**)

- **Official Form 410 Proof of Claim** (attached hereto as **<u>Exhibit D</u>**)

Furthermore, on April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail Inc, LVC USA at 3101 Park Blvd, Palo Alto, CA 94306-2233, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **<u>Exhibit E</u>**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Wilcox, Waylon J at 716 S Mountain Rd, Dillsburg, PA 17019-9496, pursuant to USPS forwarding instructions:

- **Request to Extend Deadline to Object to Supplemental Centerview Retention Application** (Docket No. 2174)

- **Memorandum Endorsed Order re: Request to Extend Deadline to Object to Supplemental Centerview Retention Application** (Docket No. 2175)

- **Notice of Withdrawals Opening for Eligible Custody Users** (Docket No. 2176)

- **Notice of Conversion of Certain of the Debtors' WBTC Into BTC** (Docket No. 2178)

- **Notice of Adjournment** (Docket No. 2181)

- **Notice of Adjournment of Hearing on the Sale of Substantially All of the Debtors' Assets** (Docket No. 2185)

- **Reply in Support of Debtors' Motions Seeking Entry of an Order (I) Striking Certain Items from Appellants' Designation of Record on Appeal and (II) Granting Related Relief** (Docket No. 2187)

- **Agenda for Hearing to Be Held March 8, 2023, at 11:00 A.M. (Prevailing Eastern Time)** (Docket No. 2188)

- **Notice of Filing of Revised Proposed Order (I) Authorizing the Expanded Scope of Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022 and (II) Granting Related Relief** (Docket No. 2189)

- **Notice of Filing of Further Revised Proposed Order (I) Authorizing the Expanded Scope of Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022 and (II) Granting Related Relief** (Docket No. 2196)

- **Notice of Filing of March 8, 2023, Hearing Presentation** (Docket No. 2197)

- **Amended Agenda for Hearing to Be Held March 8, 2023, at 11:00 A.M. (Prevailing Eastern Time)** (Docket No. 2198)

- **Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief** (Docket No. 2203)

- **Memorandum Opinion Regarding Which Debtor Entities Have Liability for Customer Claims Under the Terms of Use** (Docket No. 2205)

- **Debtors' Statement Regarding Their Cash Management System** (Docket No. 2219)

Furthermore, on April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Zeplin Unc. at 1691 Alvarado Ave, Apt 34, Walnut Creek, CA 94597-3053, pursuant to USPS forwarding instructions:

- **Notice of Deadline Requiring Submission of Proofs of Claim Against the GK8 Debtors on or Before April 18, 2023, and Related Procedures for Submitting Proofs of Claim in the Chapter 11 Cases of the GK8 Debtors** (Docket No. 2231)

- **Official Form 410 Proof of Claim** (attached hereto as **Exhibit F**)

- **Proof of Claim Form Instructions** (attached hereto as **Exhibit G**)

Dated: April 10, 2023

Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 10th day of April, 2023, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| AARON CANTU | ON FILE |
| AARON FARVER | ON FILE |
| AARON GERARD GOSWICK | ON FILE |
| AARON JOHNSON | ON FILE |
| AARON LANDIS | ON FILE |
| AARON SMITH | ON FILE |
| AASHAY K DESAI | ON FILE |
| ADMIR BEKTIC | ON FILE |
| ADRIAN FERNANDEZ | ON FILE |
| ADRIAN OROZCO-BLAIR | ON FILE |
| AHMAD PALMER | ON FILE |
| AHMED ABDELWAHAB | ON FILE |
| AILI CHU | ON FILE |
| AKIL ALI ALEXANDER | ON FILE |
| ALEXANDER HESS | ON FILE |
| ALEXANDER JENSEN | ON FILE |
| ALEXANDER JETER | ON FILE |
| ALEXANDER VOETS | ON FILE |
| ALEXANDRA BESTE | ON FILE |
| ALFREDO FLORES JR | ON FILE |
| ALLEN J FERRER | ON FILE |
| AMOS UY | ON FILE |
| AMY MONTALVO | ON FILE |
| ANDRÁS FEKETE | ON FILE |
| ANDRE L MOSIN | ON FILE |
| ANDRE NATERA | ON FILE |
| ANDREE LOYO GUERRA | ON FILE |
| ANDREW BROOKE | ON FILE |
| ANDREW CLYDE | ON FILE |
| ANDREW DO | ON FILE |
| ANDREW GOLDSTEIN | ON FILE |
| ANDREW HARRINGTON | ON FILE |
| ANDREW HOXIE | ON FILE |
| ANDREW M MARTINEK | ON FILE |
| ANDREW MARIO LOPEZ | ON FILE |
| ANDREW MERLINO | ON FILE |
| ANDREW MILLER | ON FILE |
| ANDREW MING HSU | ON FILE |
| ANDREW SATORSKI | ON FILE |



**Exhibit A**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| ANDREW SILVER | ON FILE |
| ANGEL RODRIGUEZ | ON FILE |
| ANGELA PERRY | ON FILE |
| ANISA KABAR | ON FILE |
| ANN MARIE SMITH | ON FILE |
| ANNA MULSO | ON FILE |
| ANSON MCDANIEL | ON FILE |
| ANTHONY BORTOLAZZO | ON FILE |
| ANTHONY LIVADAS | ON FILE |
| ANTHONY SIPE | ON FILE |
| ANTHONY SMITH | ON FILE |
| ANTHONY TOMMASINO | ON FILE |
| ANTONIO GUEVARA | ON FILE |
| ANTONIO MANJU | ON FILE |
| ARJUN VERMA | ON FILE |
| ARNOLD KAECH | ON FILE |
| ASHER CREPPEL | ON FILE |
| ASHISH MISTRY | ON FILE |
| AUSTIN KNOX | ON FILE |
| AUSTIN WILCOX | ON FILE |
| AVESTA HAGHNAZARI | ON FILE |
| BARON REZNIK | ON FILE |
| BARRET SCHENK | ON FILE |
| BEN RICHARD | ON FILE |
| BENJAMIN CHEN | ON FILE |
| BENJAMIN ROBINSON | ON FILE |
| BERRON JOHNSON | ON FILE |
| BERT TOSHIO NAKASONE | ON FILE |
| BERTRAM SCROGGINS | ON FILE |
| BHASKAR RAPELLI | ON FILE |
| BIDEMI AKINOLA | ON FILE |
| BILL VERA | ON FILE |
| BIWESH PRADHAN | ON FILE |
| BORIS BELOUSOV | ON FILE |
| BRAD FARRAR | ON FILE |
| BRADLEY BRITT | ON FILE |
| BRADLEY KENDRICK | ON FILE |
| BRADLEY ROTH | ON FILE |
| BRADLEY TAYLOR | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

**STRETTO**

**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| BRADY WALTERS | ON FILE |
| BRAM GUILD | ON FILE |
| BRANDON BROOKS | ON FILE |
| BRANDON WALBURG | ON FILE |
| BRENDA PATTERSON | ON FILE |
| BRENDEN WARN | ON FILE |
| BRENTLEY ULDRICK | ON FILE |
| BREONNA CLARK | ON FILE |
| BRET UHLIG | ON FILE |
| BRETT ALDEN | ON FILE |
| BRETT MILLER | ON FILE |
| BRIAN CHUNG | ON FILE |
| BRIAN GARRIDO | ON FILE |
| BRIAN GREEN | ON FILE |
| BRIAN MORRIS | ON FILE |
| BRITTNEY KAGEE | ON FILE |
| BRODY HILL | ON FILE |
| BRYAN RICHARDSON | ON FILE |
| BRYAN SCHILLO | ON FILE |
| BRYAN TRAMMELL | ON FILE |
| BRYAN TULLOS | ON FILE |
| BRYCE UNGERSMA | ON FILE |
| CALEB COATES | ON FILE |
| CALEB LARISON | ON FILE |
| CALEB WALLER | ON FILE |
| CALVIN PHIPPS | ON FILE |
| CAMDEN WAITE | ON FILE |
| CAMERON BEERS | ON FILE |
| CAMERON LEE ARRINGTON | ON FILE |
| CARLIN SIMMONS | ON FILE |
| CAROLINE ALEMANY | ON FILE |
| CASEY HAVILAND | ON FILE |
| CASEY HILL | ON FILE |
| CASEY WICKER | ON FILE |
| CATHERINE DENTON | ON FILE |
| CATHERINE GREYLING | ON FILE |
| CESAR VILLARROEL | ON FILE |
| CHAD STEPHEN HOWARD | ON FILE |
| CHAKRADHAR VANGETI | ON FILE |

**STRETTO**

**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| CHARLES BRANDT | ON FILE |
| CHARLES HASSELL | ON FILE |
| CHARLTON GULLEY | ON FILE |
| CHASE ALAN WORTHEN | ON FILE |
| CHASE BURGE | ON FILE |
| CHELSEA TITUS | ON FILE |
| CHIRAG DEEPAK MEHTA | ON FILE |
| CHRIS QUOCK | ON FILE |
| CHRISTIAN SULTON | ON FILE |
| CHRISTIAN WALTERS | ON FILE |
| CHRISTOPHER BRAUTIGAM | ON FILE |
| CHRISTOPHER CASTELLO | ON FILE |
| CHRISTOPHER MOHRITZ | ON FILE |
| CHRISTOPHER O'NEIL | ON FILE |
| CHRISTOPHER SORTMAN | ON FILE |
| CHRISTOPHER WELLER | ON FILE |
| CJ MILLER | ON FILE |
| CLAYTON CLABAUGH | ON FILE |
| CLIFFORD ADAM GROSS | ON FILE |
| CLINTON BARNWELL MONFORT | ON FILE |
| COBY SHIRAZI | ON FILE |
| CODY WEAKLAND | ON FILE |
| CODY WHEELER | ON FILE |
| CODY ZIMMERMAN | ON FILE |
| COLE PASCHALL | ON FILE |
| COLEMAN KING | ON FILE |
| COLEMAN LARRABEE | ON FILE |
| CONNOR CHARBAT | ON FILE |
| CONNOR WILKINS | ON FILE |
| CORTNEY ROBINSON | ON FILE |
| COTON STINE | ON FILE |
| CRAIG THORNTON | ON FILE |
| CYNTHIA RICHARDSON | ON FILE |
| DAIN MCGILL | ON FILE |
| DALE BULLINGTON | ON FILE |
| DALEY HESS | ON FILE |
| DAMARYS HUBBART | ON FILE |
| DAN THOMSON | ON FILE |
| DANAE PACHECO | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit A**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| DANIEL BLACKBURN | ON FILE |
| DANIEL CONLEY | ON FILE |
| DANIEL CRUZ | ON FILE |
| DANIEL DAGOTDOT | ON FILE |
| DANIEL DEAN FERGUSON | ON FILE |
| DANIEL DEWAELE | ON FILE |
| DANIEL FOSTER | ON FILE |
| DANIEL FRANCIS KRAMER | ON FILE |
| DANIEL NORTHCUTT | ON FILE |
| DANIEL REARDON | ON FILE |
| DANIEL REIS | ON FILE |
| DANIEL TRUONG | ON FILE |
| DARRYL PAULK | ON FILE |
| DATTA SAI VENKATA BOMMI | ON FILE |
| DAVID BOWERS | ON FILE |
| DAVID DURAN | ON FILE |
| DAVID KERN | ON FILE |
| DAVID LORENZO | ON FILE |
| DAVID MIXER | ON FILE |
| DAVID PHUNG | ON FILE |
| DAVID REID | ON FILE |
| DAVID RODRIGUEZ | ON FILE |
| DAVID WIGON | ON FILE |
| DEAR BACI | ON FILE |
| DEBRA MIYAHARA | ON FILE |
| DENIS O ZUEV | ON FILE |
| DENNEY DOMNIK | ON FILE |
| DENNIS CURREN | ON FILE |
| DENNIS EDWARD O'NEAL | ON FILE |
| DENNIS SALABERRIOS | ON FILE |
| DEREK DOYLE | ON FILE |
| DEREK JOHNSON | ON FILE |
| DESSA REED | ON FILE |
| DEVIN MORK | ON FILE |
| DIGGY BREILING | ON FILE |
| DMYTRO SHAPIRO | ON FILE |
| DOMINIC ALLAN MARKS | ON FILE |
| DONALD ALEXANDER | ON FILE |
| DONALD KAUFMAN | ON FILE |



**Exhibit A**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| DOUGLAS CONTORNO | ON FILE |
| DOUGLAS MEYER | ON FILE |
| DRAGAN IVANOVIC | ON FILE |
| DREW THOMASON | ON FILE |
| DUKE ROSS MONTGOMERY | ON FILE |
| EAMON WELCH | ON FILE |
| EDGAR SANTIAGO | ON FILE |
| EDWARD SEXTON | ON FILE |
| EDWARD STANLEY REINFRANCK | ON FILE |
| EDWIN FASTNACHT | ON FILE |
| EIJIRO KAGA | ON FILE |
| ELDO MATA | ON FILE |
| ENRIQUE ESPINOSA | ON FILE |
| ERIC BRAKEY | ON FILE |
| ERIC FORMAN | ON FILE |
| ERIC JESUS CRUZ | ON FILE |
| ERIC MERGENTHALER | ON FILE |
| ERIC SUN | ON FILE |
| ERIC WADA | ON FILE |
| ERIK ALLSOPP | ON FILE |
| ESTEBAN GONZALES | ON FILE |
| ETHAN ANDERSON | ON FILE |
| ETHAN SHOIHET | ON FILE |
| EUGENE STEWART | ON FILE |
| EVAN AVERY | ON FILE |
| EVETTE BAILEY | ON FILE |
| EZEKIAL KOLHOFF | ON FILE |
| EZRA KEBRAB | ON FILE |
| FEDERICO DAVID POLACOV | ON FILE |
| FEI HE | ON FILE |
| FELIPE OCAMPO | ON FILE |
| FRANCIS BARRY ANARO | ON FILE |
| FRANCIS JOSEPH JOHNSON | ON FILE |
| FRANCIS R DEPAOLA | ON FILE |
| FRANCIS X DANITI | ON FILE |
| FRANCISCO RAMIREZ | ON FILE |
| FRANK SICILIANO | ON FILE |
| GABRIEL HEZEKIAH CAMPBELL | ON FILE |
| GABRIEL RUZZIER-GAUL | ON FILE |



**Exhibit A**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| GABRIEL VALDIVIEZO | ON FILE |
| GABRIELE SACCHI | ON FILE |
| GALE DEWAYNE JR WILLIAMS | ON FILE |
| GARO KECHBOULADIAN | ON FILE |
| GARY FRANKLIN | ON FILE |
| GAVIN CAMPBELL | ON FILE |
| GIOVANNI COLITTI | ON FILE |
| GIOVANNY BEGEIN | ON FILE |
| GORDON THOMPSON | ON FILE |
| GRAHAM JORDAN NORWOOD | ON FILE |
| GREGG ORANGIO | ON FILE |
| GURPREET SINGH | ON FILE |
| HAN-CHE LIN | ON FILE |
| HANI HENRI HAJJE | ON FILE |
| HAYDEN CLINKSCALE | ON FILE |
| HAYDEN NEAL | ON FILE |
| HAYDN HAWTHORNE | ON FILE |
| HECTOR MANUEL HARO AVILA | ON FILE |
| HEINRICH MAHLKNECHT | ON FILE |
| HIROKI KOHNO | ON FILE |
| HONGGUANG WU | ON FILE |
| HOWARD CHEN | ON FILE |
| HUNG DAO TRAN | ON FILE |
| HUNTER DAVIS | ON FILE |
| HUNTER KRAUSE | ON FILE |
| INKI HONG | ON FILE |
| JACE YOUNG | ON FILE |
| JACK LIU | ON FILE |
| JACLYNN LISA PETERS | ON FILE |
| JACOB D HEWITT | ON FILE |
| JACOB HOLLANDER | ON FILE |
| JACOB KALAWAIANUI PIHO | ON FILE |
| JACOB WEIKART | ON FILE |
| JAKE NEVINS | ON FILE |
| JAMES BOEHLKE | ON FILE |
| JAMES VICKERS | ON FILE |
| JAMIE DWYER | ON FILE |
| JANAKI NANDAM | ON FILE |
| JAQUAN JOYE | ON FILE |



**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| JARED CLARK | ON FILE |
| JARED DOESCHER | ON FILE |
| JARED FINE | ON FILE |
| JARED JOSEPH HEYMANN | ON FILE |
| JARED LARRY | ON FILE |
| JARED PRELLWITZ | ON FILE |
| JASMINE SAY | ON FILE |
| JASON BATT | ON FILE |
| JASON BOLELLA | ON FILE |
| JASON HEBERT | ON FILE |
| JASON KRIS NEBEKER | ON FILE |
| JASON MORTON | ON FILE |
| JASON SHADISH | ON FILE |
| JASON STOUT | ON FILE |
| JASON WARD | ON FILE |
| JAVIER JENSEN | ON FILE |
| JEAN OVIEDO POLO | ON FILE |
| JEFF LEE | ON FILE |
| JEFFREY ALLAN METZGER | ON FILE |
| JEFFREY BRUCE BENNETT | ON FILE |
| JEFFREY ELWOOD | ON FILE |
| JEFFREY GOODWIN | ON FILE |
| JEFFREY MICHAEL WHEATLEY | ON FILE |
| JEFFREY NICHOLS | ON FILE |
| JEFFREY WAYNE GRAY | ON FILE |
| JENNIE HSU-LUMETTA | ON FILE |
| JEREMY PETERSON | ON FILE |
| JERRY WARD | ON FILE |
| JESSE BEAUDRY | ON FILE |
| JESSE IZDEPSKI | ON FILE |
| JESSE VILLARREAL | ON FILE |
| JESSICA LUZAR | ON FILE |
| JESSICA SORENSEN | ON FILE |
| JESSICA STEPHENSON | ON FILE |
| JIM KESSER | ON FILE |
| JIMMY WILLARD PIERCEY | ON FILE |
| JOEL POSEY | ON FILE |
| JOHN AKER | ON FILE |
| JOHN BIEDERMAN | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit A**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| JOHN CIOFFOLETTI | ON FILE |
| JOHN FARRIS | ON FILE |
| JOHN FORD | ON FILE |
| JOHN MILLER | ON FILE |
| JOHN MOSCOSO | ON FILE |
| JOHN VALENTI | ON FILE |
| JOHN WHITEHEAD | ON FILE |
| JOHNATHAN KLEIN | ON FILE |
| JOHNNY HAMMOND | ON FILE |
| JOHNNY PIQUERO | ON FILE |
| JONATHAN CARL BUSEY | ON FILE |
| JONATHAN COACH | ON FILE |
| JONATHAN HATHORNE | ON FILE |
| JONATHAN KEARNEY | ON FILE |
| JONATHAN LINDBERG | ON FILE |
| JONATHAN MASCIO | ON FILE |
| JONATHON RACANELLI | ON FILE |
| JORDAN DIAMOND | ON FILE |
| JORDAN STAMPER | ON FILE |
| JORGE ALEJANDRO LATIMER | ON FILE |
| JORGE CERVANTES | ON FILE |
| JOSE PIEDRA | ON FILE |
| JOSE VARGAS | ON FILE |
| JOSEMARIA PATERNO | ON FILE |
| JOSEPH ALTOBELLO | ON FILE |
| JOSEPH FERNANDEZ | ON FILE |
| JOSEPH LURIA | ON FILE |
| JOSEPH ORT | ON FILE |
| JOSEPH PERCY EDWARDS | ON FILE |
| JOSEPH PEREZ | ON FILE |
| JOSEPH SUMNER | ON FILE |
| JOSEPH WAYNE III MILLS | ON FILE |
| JOSH POOLE | ON FILE |
| JOSHUA BONTRAGER | ON FILE |
| JOSHUA CARDONA | ON FILE |
| JOSHUA COULTER | ON FILE |
| JOSHUA CUMMINS | ON FILE |
| JOSHUA LUNSFORD | ON FILE |
| JOSHUA PALMIERI | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit A**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| JOSHUA SMITH | ON FILE |
| JOSHUA WHITTAKER GREGORY ANDREWS | ON FILE |
| JOSUE A CHAVARRIA ROSALES | ON FILE |
| JUNO KOL PAK | ON FILE |
| JUSTIN LITTON | ON FILE |
| JUSTIN PETER MCKAY | ON FILE |
| JUSTIN ROGOWAY | ON FILE |
| JUSTIN SCHMIDT | ON FILE |
| KAERYN LEWIS | ON FILE |
| KAISER NG | ON FILE |
| KAIYU CHUNG | ON FILE |
| KAREN DIMARCO | ON FILE |
| KAREN HARE | ON FILE |
| KASEY HODGE | ON FILE |
| KAUTILYA PRASAD | ON FILE |
| KELECHI IBE | ON FILE |
| KELSEY FURR | ON FILE |
| KENNA LINN | ON FILE |
| KENNETH SOLOMON KAO | ON FILE |
| KEVIN COMEAU | ON FILE |
| KEVIN JONES | ON FILE |
| KEVIN MICHAEL GILTZ | ON FILE |
| KEVIN MICHAEL VOGT JR | ON FILE |
| KEVIN MURRAY | ON FILE |
| KEVIN PATRICK MC LAUGHLIN | ON FILE |
| KEVIN PRICE | ON FILE |
| KEVIN WALDRON | ON FILE |
| KEVIN WATCZAK | ON FILE |
| KUNJ ANAND THACKER | ON FILE |
| KUNKEA SENG | ON FILE |
| KYLE KINNEY | ON FILE |
| KYLE SMITH | ON FILE |
| KYLE SPITZER | ON FILE |
| LAURIANE SIBILEAU | ON FILE |
| LAWRENCE CHARLES PORTER II | ON FILE |
| LEE MORIN | ON FILE |
| LEE STERNTHAL | ON FILE |
| LEROUX REDMAN | ON FILE |
| LEROY HAROLD SCHWUCHOW | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| LEVI COURTNEY | ON FILE |
| LEVI MACHADO | ON FILE |
| LINDA OZENNE | ON FILE |
| LOKESH RAI | ON FILE |
| LUCA YOUNG | ON FILE |
| LUCAS EARL PHILLIPS | ON FILE |
| LUCAS SANKEY | ON FILE |
| LUCY AMBS | ON FILE |
| LUIS VELAZCO | ON FILE |
| LUTE NGUYEN | ON FILE |
| MANDY FAY LIAO | ON FILE |
| MARC DANIELS II | ON FILE |
| MARC SHACHTMAN | ON FILE |
| MARCO ESCALERA | ON FILE |
| MARCUS WILSON | ON FILE |
| MARIA OVIEDO | ON FILE |
| MARK CASWELL | ON FILE |
| MARK FINELLI | ON FILE |
| MARK KHODAN | ON FILE |
| MARK PEHRSON | ON FILE |
| MARVIN ALFONSO JR MIRANDA | ON FILE |
| MARY NAGLE | ON FILE |
| MATT POWELL | ON FILE |
| MATTHEW HARRIS | ON FILE |
| MATTHEW MCCABE | ON FILE |
| MATTHEW MUNCY | ON FILE |
| MATTHEW RAUSCH | ON FILE |
| MATTHEW RODRIGUEZ | ON FILE |
| MEHDI HOSSEINBOR | ON FILE |
| MEHRDAD RAZAVI | ON FILE |
| MICAEL FOIS | ON FILE |
| MICHAEL DELA CRUZ | ON FILE |
| MICHAEL ENABNIT | ON FILE |
| MICHAEL FRANK LOGATTO | ON FILE |
| MICHAEL HEDLUND | ON FILE |
| MICHAEL JAMES MENICHETTI | ON FILE |
| MICHAEL MCCULLOUGH | ON FILE |
| MICHAEL NOAH | ON FILE |
| MICHAEL OLUBAJO | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)





**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| MICHAEL SINGER | ON FILE |
| MICHAEL STUART | ON FILE |
| MICHAEL TRAN | ON FILE |
| MICHAEL TROYAN | ON FILE |
| MICHELE H MILLER | ON FILE |
| MIKE CORY | ON FILE |
| MIKE DURAND | ON FILE |
| MILES CLARKE | ON FILE |
| MILLIION ABRAHAM | ON FILE |
| MIN SEO | ON FILE |
| MINAO SHEN | ON FILE |
| MIRZA MOEZ NAGJI | ON FILE |
| MOHAMMAD DANIAL | ON FILE |
| MOHAMMED KHAZAAL | ON FILE |
| MOHIT KAUSHAL | ON FILE |
| MONARTH JEANNOT | ON FILE |
| MORGAN BARBER | ON FILE |
| MORGAN ROIAL | ON FILE |
| NATHAN ALLEN | ON FILE |
| NATHAN BOYD | ON FILE |
| NATHAN GILMOUR | ON FILE |
| NATHAN RUSSELL THORNTON | ON FILE |
| NATHAN SMITH | ON FILE |
| NICHOLAS ANDREW WELLS | ON FILE |
| NICHOLAS BAILEY | ON FILE |
| NICHOLAS CIVITARESE | ON FILE |
| NICHOLAS M LAWLER | ON FILE |
| NICHOLAS PENO | ON FILE |
| NICHOLAS SIMONDS | ON FILE |
| NICHOLAS WALLINGFORD | ON FILE |
| NICK MEYER | ON FILE |
| NICOLAS FERNANDEZ GONZALEZ | ON FILE |
| NICOLAS RUSSELL | ON FILE |
| NJAMU MCCRARY- SWADER | ON FILE |
| NOAH MILSTEIN | ON FILE |
| NOAH SANCHEZ | ON FILE |
| NOEL FOX | ON FILE |
| NOËL JACKSON | ON FILE |
| OLEN DAVIS | ON FILE |



**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| OLIVER WALTER PAUSCH | ON FILE |
| ORESTES ARIAS VALDES | ON FILE |
| ORION HUGHES | ON FILE |
| OSVALDO CARRARA | ON FILE |
| PARAMJIT GILL | ON FILE |
| PARASTOU SHAHZEIDI | ON FILE |
| PATRICIA VAUGHN | ON FILE |
| PATRICK RODRIGUEZ | ON FILE |
| PAUL LAYNE | ON FILE |
| PAUL WAYNE CUPP | ON FILE |
| PAUL WROBEL | ON FILE |
| PETER GOMAN | ON FILE |
| PETER HERRMANN | ON FILE |
| PETER PHAM | ON FILE |
| PETER TRUSS | ON FILE |
| PHIL DINWIDDIE | ON FILE |
| PHILIP STOEHR | ON FILE |
| PIETER GREYLING | ON FILE |
| PRESTON ECKHARDT | ON FILE |
| QI HU | ON FILE |
| QUINN VOLLMERT | ON FILE |
| RAHIL PATEL | ON FILE |
| RAKWON CROOM | ON FILE |
| RAMON AQUILES RUIZ CARBONELL | ON FILE |
| RANDALL DORFF | ON FILE |
| RANDY JIRSA | ON FILE |
| RAYMOND BROWN | ON FILE |
| RENE MCNULTY | ON FILE |
| RENE OBAYA | ON FILE |
| RENITA SHAILA BHATIA KAUSHAL | ON FILE |
| REUVEN GELFARB | ON FILE |
| REZA HASHEMIPOUR | ON FILE |
| RICARDO BEAS | ON FILE |
| RICHARD BALDANZA | ON FILE |
| RICHARD MULDER | ON FILE |
| RICHARD NGUYEN | ON FILE |
| RISHIKA GODALA | ON FILE |
| ROBERT CLARK | ON FILE |
| ROBERT GUERRERO | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| ROBERT IMPERATO | ON FILE |
| ROBERT JONATHAN SHIRES | ON FILE |
| ROBERT LAINEZ | ON FILE |
| ROBERT MONICAL | ON FILE |
| ROBERT SIMONCIC | ON FILE |
| ROBERT VILIUNAS | ON FILE |
| RODOLFO ANDRADE | ON FILE |
| ROGER GEHRMANN | ON FILE |
| ROGER ROBESON JOHNSON | ON FILE |
| ROLAND LINDSEY | ON FILE |
| ROLANDO MEMBRERE | ON FILE |
| RON ELLIOT ROSSNICK | ON FILE |
| RON SOEUM | ON FILE |
| RONALD SCHUBERT | ON FILE |
| ROSANNA TONOS LUCIANO | ON FILE |
| ROSS KLEMAN | ON FILE |
| RUBEN OMEGA | ON FILE |
| RUBEN PEREZ | ON FILE |
| RUDOLF WOLF | ON FILE |
| RUSSELL EVANS | ON FILE |
| RUSSELL STEPHEN HAAKE | ON FILE |
| RYAN BAILEY | ON FILE |
| RYAN CHARLES SCHWARZKOPF | ON FILE |
| RYAN DANGELO | ON FILE |
| RYAN DEPAUW | ON FILE |
| RYAN KAYVAN | ON FILE |
| RYAN KNAPP | ON FILE |
| RYAN MCMILLAN | ON FILE |
| RYAN MORRISON | ON FILE |
| RYAN MURTAUGH | ON FILE |
| RYAN POBOY | ON FILE |
| RYAN WEINBERG | ON FILE |
| SAMUEL HART | ON FILE |
| SANDEEP KUMAR REDDY AUDUNOORI | ON FILE |
| SCOTT KOLLMORGEN | ON FILE |
| SEAN A MACALUSO | ON FILE |
| SEAN HARDING | ON FILE |
| SEAN SWANSON | ON FILE |
| SEAN YOO | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| SEIJI WILLIAMS | ON FILE |
| SETH WIJNHAMER | ON FILE |
| SHAHIN DEJBAKHSH | ON FILE |
| SHANE OWENS | ON FILE |
| SHAUN TAMASHAUSKY | ON FILE |
| SHAWN MCCLOUD | ON FILE |
| SHAWN PARPART | ON FILE |
| SHAWN TURNER | ON FILE |
| SHERWIN MORADA | ON FILE |
| SHIKHAR SAXENA | ON FILE |
| SHIVENDRA KUMAR | ON FILE |
| SHLOMO KOFMAN | ON FILE |
| SHUJON MAO | ON FILE |
| SOKYUNG KIM | ON FILE |
| SOOHWAN CHUN | ON FILE |
| STANLEY ABANTO | ON FILE |
| STEFAN VEREEN | ON FILE |
| STEPHEN EUGENE FEIL | ON FILE |
| STEVEN DOLINSKY | ON FILE |
| STEVEN HAWKINS | ON FILE |
| SUNEEL VELLURI | ON FILE |
| SURESH BOMMASAMUDRA | ON FILE |
| SURESH RACHAKONDA | ON FILE |
| SUSAN NORTON | ON FILE |
| SUSAN SHEUNG HU | ON FILE |
| SUSHANT MEHTA | ON FILE |
| TAMOTSU TOME | ON FILE |
| TAYLOR JENNINGS NIXON | ON FILE |
| TAYLOR WALKER | ON FILE |
| TERRENCE BURNS | ON FILE |
| TESSIE MARTINEZ | ON FILE |
| THIANPHAT WILLIAMS | ON FILE |
| THIYAGHU MUTHUSWAMY | ON FILE |
| THO DANG | ON FILE |
| THOMAS ENGLISH | ON FILE |
| THOMAS FLETCHER | ON FILE |
| THOMAS RICHARD MCNALLY | ON FILE |
| TILAN COPSON | ON FILE |
| TIMOTHY DAVIS | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit A**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| TONY SPIRO | ON FILE |
| TONY VIJAYAN | ON FILE |
| TRAVIS RICHARDSON | ON FILE |
| TREVAUN TURNER | ON FILE |
| TREVIAN MATHIS | ON FILE |
| TRISTAN GUIDO FLANNERY | ON FILE |
| TROY BABIARZ | ON FILE |
| TYLER PARISE | ON FILE |
| TYLOR WELTER | ON FILE |
| VICTOR VLADIMIR BOLIVAR | ON FILE |
| VICTOR ZEMAN | ON FILE |
| VIRAJ PATEL | ON FILE |
| WILLIAM BOTOS | ON FILE |
| WILLIAM BURGESS | ON FILE |
| WILLIAM BUTTS | ON FILE |
| WILLIAM GRADY | ON FILE |
| WILLIAM JAMES ALATIS | ON FILE |
| WILLIAM JAY | ON FILE |
| WILLIAM KYLE WHITE | ON FILE |
| WILLIAM M ROGERS | ON FILE |
| WILLIAM THOMPSON | ON FILE |
| YOGESH PATIL | ON FILE |
| YURISA CHEATHAM | ON FILE |
| ZACH BOELSTERLI | ON FILE |
| ZACHARY CLINEBELL | ON FILE |
| ZACHARY FISKE | ON FILE |
| ZACHARY GREENE | ON FILE |
| ZACHARY LUCAS | ON FILE |
| ZACK LAVERGNE | ON FILE |
| ZHENYUAN YOU | ON FILE |
| ZHUO ZHUO | ON FILE |
| ZURISADAHI LOPEZ | ON FILE |

# **Exhibit B**

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEADLINE**
**REQUIRING SUBMISSION OF PROOFS**
**OF CLAIM ON OR BEFORE JANUARY 3, 2023,**
**AND RELATED PROCEDURES FOR SUBMITTING PROOFS**
**OF CLAIM IN THE ABOVE-CAPTIONED CHAPTER 11 CASES**

**TO:    ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY DEBTOR**
**LISTED ON PAGE 2 OF THIS NOTICE IN THE ABOVE-CAPTIONED**
**CHAPTER 11 CASES.**

The United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has entered an order (the "Bar Date Order") establishing **5:00 p.m. prevailing Eastern Time on January 3, 2023** (the "General Claims Bar Date"), as the last date for each person or entity[2] (including individuals, partnerships, corporations, joint ventures, and trusts) to submit a Proof of Claim against any of the Debtors listed on page 2 of this notice (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Except for those holders of the claims listed below that are specifically excluded from the General Claims Bar Date submission requirement, the Bar Dates[3] and the procedures set forth below for submitting proofs of claim (each, a "Proof of Claim") apply to all Claims (defined below) against the Debtors that arose prior to **July 13, 2022** (the "Petition Date"), the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code, **including parties asserting Claims pursuant to section 503(b)(9) of the Bankruptcy Code (each, a "503(b)(9) Claim")**.[4]  In addition, governmental units have until **5:00 p.m. prevailing Eastern Time on January 10, 2023** (the date that is the first business day following 180 days after the order for relief) (the "Governmental Bar Date"), to submit Proofs of Claim.

---

A holder of a possible Claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should submit a Proof of Claim.

---

### Debtors in these Chapter 11 Cases

| Debtor Name | Last Four Digits of Tax Identification Number | Case Number |
|---|---|---|
| Celsius Network LLC | 2148 | 22-10964 |
| Celsius KeyFi LLC | 4414 | 22-10967 |
| Celsius Lending LLC | 8417 | 22-10970 |
| Celsius Mining LLC | 1387 | 22-10968 |
| Celsius Network Inc. | 1219 | 22-10965 |
| Celsius Network Limited | 8554 | 22-10966 |
| Celsius Networks Lending LLC | 3390 | 22-10969 |
| Celsius US Holding LLC | 7956 | 22-10971 |

### Who Must Submit a Proof of Claim

You MUST submit a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' estates if you have a Claim that arose before the Petition Date and it is *not* one of the types of Claims described under the heading "Claims for Which Proofs of Claim Need Not Be Filed" below.  Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be submitted on or prior to the applicable Bar Date, even if such Claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before the Petition Date.

---

[2]  As used herein, the term "entity" has the meaning given to it in section 101(15) of title 11 of the United States Code (the "Bankruptcy Code"), and includes all persons, estates, trusts and the United States trustee. Furthermore, the terms "person" and "governmental unit" have the meanings given to them in sections 101(41) and 101(27) of the Bankruptcy Code, respectively.

[3]  Defined collectively as the Rejection Bar Date (further defined herein), the General Claims Bar Date, the Supplemental Bar Date (further defined herein), and the Governmental Bar Date.

[4]  "503(b)(9) Claims" are Claims on account of goods received by a Debtor within 20 days before the Petition Date, where such goods were sold to the Debtor in the ordinary course of such Debtor's business.  *See* 11 U.S.C. § 503(b)(9).

Under section 101(5) of the Bankruptcy Code and as used in this notice, "Claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

## **What To Submit**

The Debtors are providing a link to access a Proof of Claim form for use in the cases in an email sent to each Retail Creditor; if your Claim is scheduled by the Debtors, the form sets forth your name, address, and email as it is reflected in the Debtors' books and records. You will receive a different Proof of Claim form for each Claim scheduled in your name by the Debtors. Retail Creditors will receive one notification, even though Claims may be schedules at multiple or all Debtors. You may utilize the Proof of Claim form(s) provided by the Debtors to submit your Claim.

Your Proof of Claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

Additional Proof of Claim forms may be obtained by contacting the Debtors' notice and claims agent, Stretto, Inc. (the "Notice and Claims Agent"), by calling 855-423-1530 for callers in the United States or by calling 949-669-5873 for callers outside the United States and/or visiting the Debtors' restructuring website at: http://cases.stretto.com/celsius.

The following procedures for the submission of Proofs of Claim against the Debtors in these chapter 11 cases shall apply:

a) Each Proof of Claim must: (i) be written in English; (ii) set forth (A) for any Claim based on cryptocurrency(ies) held in an account on the Debtors' platform, the number of units of each cryptocurrency held in such account[5] and (B) in the case of any other Claim, the amount of such Claim denominated in United States dollars; (iii) conform substantially with the Proof of Claim Form provided by the Debtors or Official Form 410; (iv) be signed or electronically transmitted through the interface available on the Notice and Claims Agent's website at http://cases.stretto.com/celsius by the claimant or by an authorized agent or legal representative of the claimant; and (v) unless otherwise consented to by the Debtors in writing, include supporting documentation unless voluminous, in which

---

[5]   For the avoidance of doubt, all claims for cryptocurrency held by any holder must clearly state (i) each type of cryptocurrency held and (ii) the number of units of each cryptocurrency held.

case a summary must be attached or an explanation provided as to why documentation is not available.[6]

b) In addition to the requirements set forth in (a) above, any Proof of Claim asserting a 503(b)(9) Claim must also: (i) include the value of the goods delivered to and received by the Debtors in the 20 days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which the 503(b)(9) Claim is being asserted; (iii) attach documentation of any reclamation demand made to any Debtor under section 546(c) of the Bankruptcy Code (if applicable); and (iv) set forth whether any portion of the 503(b)(9) Claim was satisfied by payments made by the Debtors pursuant to any order of the Bankruptcy Court authorizing the Debtors to pay prepetition Claims.

c) Parties who wish to receive proof of receipt of their Proofs of Claim from the Notice and Claims Agent must also include with their Proof of Claim a copy of their Proof of Claim and a self-addressed, stamped envelope.

d) Each Proof of Claim must specify by name and case number the Debtor against which the Claim is submitted by checking the applicable box at the top of the proposed Proof of Claim Form. Each Proof of Claim will include the option to submit Claims against "All Debtors." A Proof of Claim submitted under Case No. 22 10964 or that does not identify a Debtor will be deemed as submitted only against Celsius Network LLC. A Proof of Claim that names a subsidiary Debtor but is submitted under Case No. 22 10964 will be treated as having been submitted against the subsidiary Debtor with a notation that a discrepancy in the submission exists.

e) If the holder asserts separate Claims against different Debtors, a separate Proof of Claim form must be submitted with respect to each Claim; *provided* that a claim that indicates it is filed against each Debtor by checking the box titled "All Debtors (Account Holder Claim)" shall be deemed to have been filed against each Debtor without the need to file additional claims.

f) The applicable terms of use governing the business relationship between the Debtors and their account holders are between each account holder, on the one hand, and Celsius Network LLC and

---

[6]    Supporting documentation may include, but is not limited to, a .csv report of the claimants' account with the Debtors.

its "Affiliates," on the other hand (as defined in the terms of use). This may mean that account holders have claims against every Debtor and non-Debtor entity in the Debtors' corporate structure. The Debtors understand that certain parties in interest, including certain holders of the Series B Preferred Shares issued by Celsius Network Limited, intend to argue that account holders have claims solely against Celsius Network LLC. The Debtors expect that this legal issue will be resolved by the Court in the near term, either through a to-be-commenced adversary proceeding, a claims objection, or other litigation (the "Account Holder Claim Ruling"). Indeed, the Debtors have filed proposed procedures to address this legal issue at Dkt. No. 1338, and upon entry of an order approving such procedures, the Debtors shall provide notice thereof to all account holders.

g)  Pursuant to Bankruptcy Rule 3003(c)(2), if a claim is scheduled as contingent, unliquidated, or disputed, a creditor must file a Proof of Claim in order to preserve rights with respect to such Claim. The Debtors have scheduled account holder Claims at each Debtor Entity and have not scheduled any such Claim as contingent, unliquidated, or disputed. The Debtors believe that scheduling any such Claims as contingent, unliquidated, or disputed would inequitably require each account holder to file a Proof of Claim against each Debtor Entity to preserve the rights to the issues to be decided through the Account Holder Claim Ruling. For the avoidance of doubt, it is not the intent of the Debtors to create any presumption that account holders have Claims against each Debtor entity, as that issue is disputed by certain holders of the Series B Preferred Shares issued by Celsius Network Limited, and no creditor or other party should rely on the fact that the account holder claims are scheduled at each Debtor entity as dispositive as to this legal issue, which will be decided in the Account Holder Claim Ruling. To the extent the Court enters a final and non-appealable order with respect to the Account Holder Claim Ruling, the Debtors intend to amend the Schedules to the extent required by such ruling. At this time, to the extent an account holder agrees with the amount of their claim provided in the Schedules, there is no need to file an additional Proof of Claim to ensure that such Claim is asserted against each Debtor Entity. For the avoidance of doubt, nothing contained herein is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtor, any assertion made therein or herein, or a waiver of any Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

h) Receipt of Service:   Any claimant wishing to receive acknowledgment that Stretto received its Proof of Claim must submit (i) a copy of the Proof of Claim Form (in addition to the original Proof of Claim Form sent to Stretto) and (ii) a self-addressed, stamped envelope.

## When and Where To Submit

Each Proof of Claim, including supporting documentation, must be submitted so that the Notice and Claims Agent *actually receives* the Proof of Claim on or before the applicable Bar Date by: (i) electronically using the interface available on the Notice and Claims Agent's website at https://cases.stretto.com/celsius, or (ii) first-class U.S. Mail, overnight mail, or other hand-delivery system, which Proof of Claim must include an *original* signature, at the following address: Celsius Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM MUST BE SUBMITTED BY MAIL, BY HAND, OR THROUGH THE STRETTO WEBSITE.  PROOFS OF CLAIM SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL <u>NOT</u> BE ACCEPTED AND WILL <u>NOT</u> BE DEEMED TIMELY SUBMITTED.**

## Claims for Which Proofs of Claim Need Not Be Filed

Persons or entities need *not* submit a Proof of Claim on behalf of a Claim in these chapter 11 cases on or prior to the applicable Bar Date if the Claim falls into one of the following categories:

a) any Claim that has already been asserted in a Proof of Claim against the Debtors with the clerk of the Bankruptcy Court for the Southern District of New York in a form substantially similar to Official Bankruptcy Form No. 410 (unless such person or entity wishes to assert the Claim against a Debtor not identified in the prior Proof of Claim, in which case an additional Proof of Claim must be filed);

b) any Claim that is listed on the Schedules filed by the Debtors, provided that (i) the Claim is not scheduled as "disputed," "contingent," or "unliquidated"; (ii) the claimant does not disagree with the amount, nature, and priority of the Claim as set forth in the Schedules; and (iii) the claimant does not dispute that the Claim is an obligation only of the specific Debtor against which the Claim is listed in the Schedules;

c) any Claim that has previously been allowed by order of this Court;

d) any Claim that has already been paid in full by any of the Debtors;

6

e) any Claim for which a different deadline has previously been fixed by this Court;

f) any Claim held by a Debtor against another Debtor or any of the non-Debtor subsidiaries (whether direct or indirect) of Celsius Network, Inc.;

g) any Claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration incurred in the ordinary course, provided that any person or entity asserting a Claim entitled to administrative expense status under section 503(b)(9) of the Bankruptcy Code must assert such Claim by filing a request for payment or a Proof of Claim on or prior to the General Claims Bar Date;

h) any Claim based on an equity interest in the Debtors;

i) any Claim held by a current employee of the Debtors if an order of the Court authorizes the Debtors to honor such Claim in the ordinary course of business as a wage, commission, or benefit; any current or former employee must submit a Proof of Claim by the General Claims Bar Date for all other Claims arising before the Petition Date, including Claims for wrongful termination, discrimination, harassment, hostile work environment, and retaliation;

j) any Claim held by a current officer or director for indemnification, contribution, or reimbursement;

k) any Claim for fees and expenses of professionals retained in these chapter 11 cases, including those retained pursuant to the *Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [Docket No. 519]; and

l) any Claim held by any person or entity solely against a non Debtor entity.

THIS NOTICE IS BEING SENT TO MANY PERSONS AND ENTITIES THAT HAVE HAD SOME RELATIONSHIP WITH OR HAVE DONE BUSINESS WITH THE DEBTORS BUT MAY NOT HAVE AN UNPAID CLAIM AGAINST THE DEBTORS. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES <u>NOT</u> MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE BANKRUPTCY COURT BELIEVE THAT YOU HAVE ANY CLAIM.

## Executory Contracts and Unexpired Leases

If you have a Claim arising from the rejection of an executory contract or unexpired lease, you must submit your Proof of Claim based on such rejection on or before the later of (a) the General Claims Bar Date and (b) any date the Bankruptcy Court may fix in the applicable order authorizing such rejection and, if no such date is provided, 30 days from the date of entry of such order (the "Rejection Bar Date"). The Debtors will provide notice of the Rejection Bar Date to the contract or lease counterparty whose contract or lease is being rejected at the time the Debtors reject any executory contract or unexpired lease.

## Supplemental Bar Date

In the event the Debtors amend or supplement their Schedules, the Debtors shall give notice of any such amendment to the holders of any Claim affected thereby, and such holders shall be afforded at least 35 days from the date on which such notice is given to submit a Proof of Claim with respect to such amended Claim (any such date, a "Supplemental Bar Date") or be forever barred from doing so.

## The Debtors' Schedules and Access Thereto

You may be listed as the holder of a Claim against one or more of the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "Schedules").

Copies of the Debtors' Schedules are available: (a) from the Notice and Claims Agent by calling 855-423-1530 for callers in the United States or by calling 949-669-5873 for callers outside the United States and/or visiting the Debtors' restructuring website at: http://cases.stretto.com/celsius; (b) by written request to Debtors' counsel at the address and telephone number set forth below; and/or (c) for inspection on the Bankruptcy Court's Internet Website at http://ecf.nysb.uscourts.gov. A login and password to the Bankruptcy Court's Public Access to Electronic Court Records are required to access this information and can be obtained at http://www.pacer.psc.uscourts.gov. Copies of the Schedules may also be examined between the hours of 8:30 a.m. and 4:00 p.m., Monday through Friday, at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004.

If you rely on the Debtors' Schedules, it is your responsibility to determine that the Claim is accurately listed in the Schedules.

As set forth above, if you agree with the nature, amount, and classification of your Claim as listed in the Debtors' Schedules, and if you do not dispute that your Claim is only against the Debtor specified by the Debtors, and if your Claim is **not** described as "disputed," "contingent," or "unliquidated," **you need not submit a Proof of Claim**. Otherwise, or if you decide to submit a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this notice.

**Please note that if you believe that you have a Claim or Claims against one or more Debtors separate and apart from the return of your cryptocurrency set forth on the Debtors' Schedules, you are required to submit such Claim or Claims by the applicable Bar Date.**

**Reservation of Rights**

Nothing contained in this Bar Date Notice is intended, or should be construed, as a waiver of the Debtors' right to: (a) dispute, or assert offsets or defenses against, any submitted Proof of Claim or any claim listed or reflected in the Schedules as to the nature, amount, liability, or classification of such claims; (b) subsequently designate any scheduled claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

**Consequences of Failure to Submit a Proof of Claim by the Applicable Bar Date**

ANY HOLDER OF A CLAIM THAT IS <u>NOT</u> LISTED IN THIS NOTICE AS A CLAIM EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER AND THAT FAILS TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

*[Remainder of page intentionally left blank]*

**BY ORDER OF THE COURT**

New York, New York                          */s/ Joshua A. Sussberg*
Dated:  November 16, 2022                   **KIRKLAND & ELLIS LLP**
                                            **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                            Joshua A. Sussberg, P.C.
                                            601 Lexington Avenue
                                            New York, New York 10022
                                            Telephone:      (212) 446-4800
                                            Facsimile:      (212) 446-4900
                                            Email:          jsussberg@kirkland.com

                                             - and -

                                            Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
                                            Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
                                            Christopher S. Koenig
                                            Dan Latona (admitted *pro hac vice*)
                                            300 North LaSalle Street
                                            Chicago, Illinois 60654
                                            Telephone:      (312) 862-2000
                                            Facsimile:      (312) 862-2200
                                            Email:          patrick.nash@kirkland.com
                                                            ross.kwasteniet@kirkland.com
                                                            chris.koenig@kirkland.com
                                                            dan.latona@kirkland.com

                                            *Counsel to the Debtors and*
                                            *Debtors in Possession*

# **Exhibit C**



# Exhibit C

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| ABIMBOLA OLORODE | ON FILE |
| ADRIANO PORTES | ON FILE |
| BENJAMIN DODGSON | ON FILE |
| BRANDON WASHINGTON | ON FILE |
| DIETRICH ALBERS | ON FILE |
| GABRIEL RUZZIER-GAUL | ON FILE |
| GREG BLANCHETTE | ON FILE |
| JASON REDERSTORF | ON FILE |
| LAURA MILLER | ON FILE |
| LUIS CALDERON | ON FILE |
| MICHAEL CAIN | ON FILE |
| MICHELLE MONIN | ON FILE |
| NATHANAEL PENA | ON FILE |
| RANA ELJAAFARI | ON FILE |
| SHELDON COHEN | ON FILE |
| TERRY MILLER | ON FILE |
| THOMAS RATAJCZAK | ON FILE |
| TUAN NGUYEN | ON FILE |
| TUAN QUACH | ON FILE |
| WILSON GUIDO | ON FILE |
| ZOYA KAI | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

# **Exhibit D**

**Fill in this information to identify the case:**

Name of Debtor & Case Number:

- ☐ All Debtors (Account Holder Claim)
- ☐ Celsius Network, LLC (Case No. 22-10964)
- ☐ Celsius Network Inc. (Case No. 22-10965)
- ☐ Celsius Network Limited (Case No. 22-10966)
- ☐ Celsius KeyFi LLC (Case No. 22-10967)

- ☐ Celsius Mining LLC (Case No. 22-10968)
- ☐ Celsius Lending Networks, LLC (Case No. 22-10969)
- ☐ Celsius Lending LLC (Case No. 22-10970)
- ☐ Celsius US Holding LLC (Case No. 22-10971)

**United States Bankruptcy Court for the Southern District of New York**

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim) _____

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name _____

Number     Street _____

City                    State          ZIP Code

Contact phone _____

Contact email _____

**Where should payments to the creditor be sent?** (if different)

Name _____

Number     Street _____

City                    State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**

☐ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **List the number of each type of asset held in each type of account as of the date the case was filed.**

| Coin | Earn | Withhold | Custody | Collateral on Loan Receivable |
|---|---|---|---|---|
| 1inch Network (1INCH) | | | | |
| 3pool Curve (3CRV) | | | | |
| AAVE (AAVE) | | | | |
| Arable Protocol (ACRE) | | | | |
| Cardano (ADA) | | | | |
| Alchemix (ALCX) | | | | |
| MyNeighborAlice (ALICE) | | | | |
| Alchemix USD (alUSD) | | | | |
| Ampleforth (AMPL) | | | | |
| Anchor Protocol (ANC) | | | | |
| Angle (ANGLE) | | | | |
| Ankr (ANKR) | | | | |
| Star Atlas (ATLAS) | | | | |
| AnnchorUST (aUST) | | | | |
| Avalanche (AVAX) | | | | |
| Badger DAO (BADGER) | | | | |
| Balancer (BAL) | | | | |
| Basic Attention Token (BAT) | | | | |
| bBADGER (bBADGER) | | | | |
| Bitcoin Cash (BCH) | | | | |
| bDIGG (bDIGG) | | | | |
| Beacon ETH (BETH) | | | | |
| Lido Bonded LUNA (BLUNA) | | | | |
| BNB (BNB) | | | | |
| Bancor (BNT) | | | | |
| Boba Network (BOBA) | | | | |
| BarnBridge (BOND) | | | | |
| Bone ShibaSwap (BONE) | | | | |
| SpookySwap (BOO) | | | | |
| BoringDAO (BOR) | | | | |
| BoringDAO (BORING) | | | | |
| Bitcoin SV (BSV) | | | | |
| Bozkurt Token (BT) | | | | |
| Bitcoin (BTC) | | | | |
| Bitcoin Gold (BTG) | | | | |
| Binance USD (BUSD) | | | | |
| Celsius (CEL) | | | | |
| CreaEther (CETH) | | | | |
| Compound (COMP) | | | | |
| Cream Finance (CREAM) | | | | |
| Curve Dao Token (CRV) | | | | |
| Convex Finance (CVX) | | | | |
| Convex CRV (CVXCRV) | | | | |
| cxADA (cxADA) | | | | |
| cxBTC (cxBTC) | | | | |
| cxDOGE (cxDOGE) | | | | |
| cxETH (cxETH) | | | | |
| Dash (DASH) | | | | |
| DePay (DEPAY) | | | | |

| | | | | |
|---|---|---|---|---|
| DIGG (DIGG) | | | | |
| Dogecoin (DOGE) | | | | |
| Polkadot (DOT) | | | | |
| DQUICK (DQUICK) | | | | |
| Eos (EOS) | | | | |
| Ellipsis (EPS) | | | | |
| Ethereum Classic (ETC) | | | | |
| Ethereum (ETH) | | | | |
| STASIS EURO (EURS) | | | | |
| Harvest Finance (FARM) | | | | |
| Fei USD (FEI) | | | | |
| StaFi (FIS) | | | | |
| Falcon Project (FNT) | | | | |
| Frax (FRAX) | | | | |
| Fantom (FTM) | | | | |
| FTX Token (FTT) | | | | |
| Gemini Dollar (GUSD) | | | | |
| H2O DAO (H2O) | | | | |
| Hermez Network (HEZ) | | | | |
| ICHI (ICHI) | | | | |
| JOE (JOE) | | | | |
| Kin (KIN) | | | | |
| Kyber Network (KNC) | | | | |
| Lido DAO (LDO) | | | | |
| ChainLink (LINK) | | | | |
| Livepeer (LPT) | | | | |
| Liquity (LQTY) | | | | |
| Loopring (LRC) | | | | |
| Litecoin (LTC) | | | | |
| Terra Luna (LUNA) | | | | |
| Liquity USD (LUSD) | | | | |
| LUSD Curve (LUSD Curve) | | | | |
| Decentraland (MANA) | | | | |
| Polygon (MATIC) | | | | |
| Multi-Collateral DAI (MCDAI) | | | | |
| MegaElfLand (MELT) | | | | |
| Mimatic (MIMATIC) | | | | |
| Maker (MKR) | | | | |
| Maple (MPL) | | | | |
| Marinade Staked SOL (MSOL) | | | | |
| Notional Finance (NOTE) | | | | |
| NXM (NXM) | | | | |
| OMG Network (OMG) | | | | |
| ownix (ONX) | | | | |
| Orbs (ORBS) | | | | |
| Origin Dollar (OUSD) | | | | |
| PAX (PAX) | | | | |
| PAX Gold (PAXG) | | | | |
| Pickle Finance (PICKLE) | | | | |
| pNetwork (PNT) | | | | |
| Star Atlas DAO (POLIS) | | | | |
| BENQI (QI) | | | | |
| Qredo (QRDO) | | | | |
| QuickSwap (QUICK) | | | | |
| Rai Reflex Index (RAI) | | | | |
| Raydium (RAY) | | | | |
| Ren (REN) | | | | |
| THORChain (RUNE) | | | | |
| BENQI Liquid Staked AVAX (SAVAX) | | | | |

| | | | | |
|---|---|---|---|---|
| Saga (SGA) | | | | |
| Songbird (SGB) | | | | |
| Sogur (SGR) | | | | |
| Synthetix (SNX) | | | | |
| Solana (SOL) | | | | |
| SparkLab (SPARK) | | | | |
| Serum (SRM) | | | | |
| Stable/cash (Stable/cash) | | | | |
| Lido Staked ETH (STETH) | | | | |
| Lido Staked LUNA (STLUNA) | | | | |
| sUSD (sUSD) | | | | |
| SushiSwap (SUSHI) | | | | |
| TrueAUD (TAUD) | | | | |
| tBTC (TBTC) | | | | |
| TrueCAD (TCAD) | | | | |
| TrueGBP (TGBP) | | | | |
| TrueHKD (THKD) | | | | |
| TrueFi (TRU) | | | | |
| TrueUSD (TUSD) | | | | |
| UMA (UMA) | | | | |
| Uniswap (UNI) | | | | |
| US Dollar (USD) | | | | |
| USD Coin (USDC) | | | | |
| Tether (USDT) | | | | |
| USDT ERC20 (USDT ERC20) | | | | |
| Unslashed Finance (USF) | | | | |
| Ultra Salescloud (UST) | | | | |
| Bancor Governance Token (vBNT) | | | | |
| Vesper (VSP) | | | | |
| Wrapped Bitcoin (WBTC) | | | | |
| Wrapped DLG (WDGLD) | | | | |
| WETH (WETH) | | | | |
| Wrapped Fantom (WFTM) | | | | |
| Wrapped Matic (WMATIC) | | | | |
| XAUT (XAUT) | | | | |
| eCash (XEC) | | | | |
| Stellar Lumens (XLM) | | | | |
| Ripple (XRP) | | | | |
| Tezos (XTZ) | | | | |
| yearn.finance (YFI) | | | | |
| YF Link (YFL) | | | | |
| YUSD Stablecoin (YUSD) | | | | |
| yveCRV-DAO (yveCRV-DAO) | | | | |
| Zcash (ZEC) | | | | |
| 0x (ZRX) | | | | |
| ZUSD (ZUSD) | | | | |
| Other: | | | | |

**Does this amount include interest or other charges?**

❑ No

❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges  required by Bankruptcy Rule 3001(c)(2)(A).

| | | |
|---|---|---|
| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
| | | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy, such as health care information. |

**9. Is all or part of the claim secured?**

☐ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                                        $_____

**Amount of the claim that is secured:**        $_____

**Amount of the claim that is unsecured:**    $_____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).        $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).        $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).        $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).        $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).        $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.        $_____

*  Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
First name          Middle name          Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number       Street

_____
City                          State       ZIP Code

Contact phone _____       Email _____

# **Exhibit E**

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE REGARDING MEETING OF CREDITORS**
**TO BE HELD AUGUST 19, 2022, AT 9:00 A.M. (PREVAILING EASTERN TIME)**

PLEASE TAKE NOTICE that pursuant to Section 341 of title 11 of the United States

Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), a meeting of the creditors

(the "341 Meeting") in connection with Celsius Network LLC and the other above-captioned

debtors and debtors in possession (collectively, "Celsius"), will be held telephonically, with dial

in instructions to be provided at a later date, on **August 19, 2022, at 9:00 a.m. (prevailing Eastern**

**Time)**.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius
Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks
Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's
principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05,
Hoboken, New Jersey 07030.

PLEASE TAKE FURTHER NOTICE that additional information regarding the Debtors and the 341 Meeting is set forth on the notice attached hereto at **Exhibit A** (the "341 Notice").

PLEASE TAKE FURTHER NOTICE that copies of the 341 Notice and any other pleading in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

New York, New York                    /s/ Joshua A. Sussberg
Dated: July 29, 2022                  **KIRKLAND & ELLIS LLP**
                                      **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                      Joshua A. Sussberg, P.C.
                                      601 Lexington Avenue
                                      New York, New York 10022
                                      Telephone:      (212) 446-4800
                                      Facsimile:      (212) 446-4900
                                      Email:          jsussberg@kirkland.com

                                       - and -

                                      Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
                                      Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
                                      300 North LaSalle Street
                                      Chicago, Illinois 60654
                                      Telephone:      (312) 862-2000
                                      Facsimile:      (312) 862-2200
                                      Email:          patrick.nash@kirkland.com
                                                      ross.kwasteniet@kirkland.com

                                      *Proposed Counsel to the Debtors and*
                                      *Debtors in Possession*

**Exhibit A**

**341 Notice**

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

---

**Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines**

---

Chapter 11 bankruptcy cases concerning the debtors listed below (the "Debtors") were filed on July 13, 2022.  You may be a creditor of the Debtors.  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights.  **You are not being sued or forced into bankruptcy.**  All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov.  Such documents are also available free of charge (i) by accessing the case website at https://cases.stretto.com/celsius or (ii) by written request to the Debtors' notice and claims agent, Stretto, Celsius Inquiries, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602, or by e-mail, CelsiusInquiries@stretto.com.  Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website at http://pacer.psc.uscourts.gov).  Note further that the staff of the Bankruptcy Court Clerk's Office, the United States Trustee, and the Debtors' notice and claims agent cannot give legal advice.

**Creditors -- Do not file this notice in connection with any proof of claim you submit to the court.
See Below for Important Explanations.**

| Debtors (names and address)[1] | Case Number | Tax ID number |
|---|---|---|
| Celsius Network LLC | 22-10964 (MG) | 87-1192148 |
| Celsius Network Inc. | 22-10965 (MG) | 82-4381219 |
| Celsius Network Limited | 22-10966 (MG) | 98-1528554 |
| Celsius KeyFi LLC | 22-10967 (MG) | 85-3374414 |
| Celsius Mining LLC | 22-10968 (MG) | 85-3471387 |
| Celsius Networks Lending LLC | 22-10969 (MG) | 84-3503390 |
| Celsius Lending LLC | 22-10970 (MG) | 85-3428417 |
| Celsius US Holding LLC | 22-10971 (MG) | 85-3387956 |

| All other names used by the Debtors in the last 8 years (including trade names): | Attorney for Debtors (name and address): |
|---|---|
| Celsius Core LLC<br><br>Celsius Network Ltd. | Joshua A. Sussberg, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone number:  (212) 446-4800<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone number:  (312) 862-2000 |

---

[1]  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

| | | | | | |
|---|---|---|---|---|---|
| **Meeting of Creditors** | | | | | |
| **Date:** | August 19, 2022 | **Time:** | 9:00 A.M. (prevailing Eastern Time) | **Location:** | The meeting will be held telephonically at the following location:<br><br>Call-In Number: Dial In Instructions to be Provided<br>Participation Code: Participation Code Instructions to be Provided |

**Deadline(s) to File a Proof of Claim:**

Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**

A creditor to whom this notice is sent at a foreign address should read the information under the "Claims" section.

---

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

Rule 4007(c) of the Federal Rules of Bankruptcy Procedure provides that, except as otherwise provided in subdivision (d) of Rule 4007, a complaint to determine the dischargeability of a debt under 11 U.S.C. § 523(c) shall be filed no later than 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341(a).

---

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtors and the Debtors' property. Under certain circumstances, the stay may be limited to 30 days, or may not exist at all, although the Debtors can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Common examples of prohibited actions by creditors are contacting the Debtors to demand repayment, taking action against the Debtors to collect money owed to creditors, to take property of the Debtors, and starting or continuing collection actions, foreclosure actions, or repossessions. Consult a lawyer to determine your rights in this case.

---

**Address of the Bankruptcy Clerk's Office**
Clerk of the Bankruptcy Court
One Bowling Green
New York, New York

**Telephone number:** (212) 668-2870
Hours Open: 8:30 a.m. to 5:00 p.m.

2

| | |
|---|---|
| **Filing of Chapter 11 Bankruptcy Case** | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the Debtors listed on the front side, and an order for relief has been entered. Chapter 11 allows the Debtors to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the Debtors will remain in possession of the Debtors' property and may continue to operate any business. |
| **Legal Advice** | The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' notice and claims agent cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the Debtors by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the Debtors; repossessing the Debtors' property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days, or may not exist at all, although the Debtors can request the court to extend or impose a stay. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time, and location listed on the previous page. *The Debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **Notice** | You will not receive notice of all documents filed in these chapter 11 cases. However, parties can obtain a copy of all documents filed electronically with the Court in these cases, including lists of the Debtors' property and debts, by (i) contacting the Clerk of the Court at One Bowling Green, New York, New York 10004-1408; (ii) accessing the Court's website at www.nysb.uscourts.gov (note that a PACER, http://www.pacer.psc.uscourts.gov, password and login are needed to access documents on the Court's website); or (iii) accessing the Debtors' notice and claims agent's website at https://cases.stretto.com/celsius. |
| **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start |

| | a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the previous page. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
|---|---|
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Refer to Previous Pages For Important Deadlines and Notices | |

\*     \*     \*     \*

# **Exhibit F**

**Fill in this information to identify the case:**

Name of Debtor & Case Number:

❑   GK8 Ltd. (Case No. 22-111643)
❑   GK8 USA LLC (Case No. 22-11644)
❑   GK8 UK Limited (Case No. 22-11645)

**United States Bankruptcy Court for the Southern District of New York**

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

| | | | |
|---|---|---|---|
| 1. | **Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) | |
| | | Other names the creditor used with the debtor _____ | |
| 2. | **Has this claim been acquired from someone else?** | ❑ No<br>❑ Yes.  From whom? _____ | |
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Name _____<br>Number      Street<br>City             State        ZIP Code<br>Contact phone _____<br>Contact email _____<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | **Where should payments to the creditor be sent?** (if different)<br><br>Name _____<br>Number      Street<br>City             State        ZIP Code<br>Contact phone _____<br>Contact email _____ |
| 4. | **Does this claim amend one already filed?** | ❑ No<br>❑ Yes.  Claim number on court claims registry (if known) _____ | Filed on _____<br>MM  / DD  / YYYY |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ❑ No<br>❑ Yes.  Who made the earlier filing? _____ | |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____  ____  ____  ____

**7. How much is the claim?**

$_____. **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____

**Amount of the claim that is secured:**  $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☐ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

Official Form 410                                          **Proof of Claim**                                                        page 2

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it.** FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    _____
                    MM  /  DD  /  YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        _____
            First name            Middle name            Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     _____
            Number        Street

            _____
            City                              State      ZIP Code

Contact phone  _____    Email  _____

---

# **<u>Exhibit G</u>**

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure  (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or go to https://cases.stretto.com/Celsius

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**