Cameron Crews
*Pro se creditor*
camcrews@proton.me

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Celsius Network LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

---

**OBJECTION
TO THE DEBTORS'
MOTION FOR ENTRY OF
AN ORDER (I) APPROVING THE
DEBTORS' KEY EMPLOYEE INCENTIVE
PROGRAM AND (II) GRANTING RELATED RELIEF**

Now comes Cameron Crews, pro se creditor, objecting to the unwarranted Key Employee

Incentive Program (KEIP) that seeks to further reward Celsius's management team with

unjustified bonuses after having been previously showered with compensation based upon

fraudulent performance. The Court should **<u>DENY</u>** this offensive proposal.

1. The proposed KEIP bonuses are unreasonable when compared to historical bonuses Celsius

   offered to employees. The Statement of Financial Affairs ("SOFA", ECF #973) lists bonuses of a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

small fraction of those proposed by KEIP, from an era when the company still falsely presented

that it was "profitable."

2. KEIP proposes a bonus 18-times greater for Chris Ferraro, 4.7-times greater for Oren Blonstein,

3.75-times greater for Ron Deutsch, 3.7-times greater for Trunshedda Ramos, and 10.4-times

greater for Quinn Lawlor.

| Individual KEIP Values | | | | |
|---|---|---|---|---|
| Participant | SOFA Bonuses | Join Date | Threshold Award | Target Award |
| Christopher Ferraro | $50,000 | Mar-22 | $468,750 | $937,500 |
| Guillermo Bodnar | | Apr-22 | $187,500 | $375,000 |
| Oren Blonstein | $55,000 | Feb-21 | $131,250 | $262,500 |
| Ron Deutsch | $64,000 | Mar-21 | $120,000 | $240,000 |
| Trunshedda Ramos | $65,000 | Aug-20 | $120,000 | $240,000 |
| Roni Pavon Cohen | $974,016 | Sep-20 | $119,625 | $239,250 |
| Adrian Alisie | | Aug-21 | $75,000 | $150,000 |
| Jenny Fan | | Nov-21 | $75,000 | $150,000 |
| Dave Albert | | Jun-22 | $70,000 | $140,000 |
| Quinn Lawlor | $12,000 | Dec-20 | $62,500 | $125,000 |
| **Total Award Values** | $1,220,016 | | $1.43 million | $2.86 million |

3. Chief Revenue Officer Roni Pavon-Cohen already received nearly $1M in bonus compensation,

largely denoted as "crypto bonus value" in the SOFA. If anything, the Chief Revenue Officer for

a Ponzi Scheme[2] is deserving of imprisonment, not additional bonuses.

4. None of the companies looked at for basis of comparison[3] by Allison Hoeinghaus of Alvarez &

Marsal include financial firms. Firms such as Celsius must be judged explicitly by their financial

performance, which represents their reason for existence. Thusly, the metric "Percentage of

---

[2] Until the Debtors explain how they were able to pay $1.36B more in rewards than revenue without sourcing them from customer deposits, such "yield" should be presumptively viewed as a Ponzi scheme mechanic.

[3] Comps looked at were: Avaya Inc.; Bristow Group Inc.; Claire's Stores, Inc.; Frontier Communications; Hertz; iHeartMedia, Inc.; Intelsat S.A.; LSC Communications, Inc.; Mallinckrodt plc; NPC International, Inc.; Purdue Pharma, L.P.; Sears Holdings Corporation; Stage Stores, Inc.; Toys "R" Us, Inc.; and Windstream Holdings, Inc.

Assets" is inappropriate to factor in when considering that Celsius destroyed over $3B in stakeholder value.

5. Furthermore, the Debtors through their Counsel Kirkland and Ellis have failed to provide their complete analysis. Ross Kwaneteniet, Chris Koenig, and Dan Latona were contacted about this on March 29, 2023 and have not responded. The customers of Celsius deserve to review these analyses in completeness, which is only fair considering that we are effectively paying for them.

6. The basis of comparisons for incentive programs should focus on financial companies accused of serious misconduct. Thusly, a more appropriate comparison would be MF Global, a failed brokerage which lost $1.6B of client assets. In the MF Global bankruptcy, which came before this very court over a decade ago, you approved Trustee administration. When the Trustee, Louis Freeh, initially proposed a bonus program for management, he was hauled before Congress and met with scathing criticism, after which the bonus proposal was rightly scrapped[4].

7. Celsius has already improperly rewarded employees, particularly management, with over $85M in CEL-based bonus compensation by fraudulently manipulating the value of its token higher. Based upon information and belief, the $1.5, $3, and $5 price targets[5] for CEL were all met once Celsius traders such as Connor Nolan and Johannes Treutler began turning on the spigot of using $558M in customer deposits to improperly used to purchase CEL token[6]. Much of these

---

[4] https://www.forbes.com/sites/halahtouryalai/2012/04/24/rest-easy-mf-global-execs-will-not-get-those-bonuses-trustee-says/
[5] https://celsiusnetwork.medium.com/celsius-employee-bonus-cel-treasuries-explained-5aeac1d52eae CEL bonuses for hitting price targets are explained by former Celsius employee Ashley Harrell
[6] Finding of the examiner's report, ECF #1956

deposits came directly from customers duped into purchasing CEL using the OTC desk when

management was using the same OTC desk to cash out $40M in CEL bonuses[7].

**After $1.50 for 10 days:**

| CEL Value | Tokens to Distribute |
|---|---|
| $1.50 | 17,500,000 to Team |
| Reserved | 7,500,000 |

**After $3.00 for 30 days:**

| CEL Value | Tokens to Distribute |
|---|---|
| $3.00 | 10,000,000 to Team |
| $5.00 | 6,000,000 to Team |
| $10.00 | 3,000,000 to Team |
| $15.00 | 2,000,000 to Team |
| Reserved | 4,000,000 |



8. Celsius management should be mandated to pay back their improperly awarded bonuses rather than be nominated for yet more bonuses. If they are unable to do the job they signed up for without additional compensation, they are welcome to resign in disgrace.

9. Thusly, the proposed KEIP bonuses are unreasonable and the Court is asked to **DENY** the Debtors' motion, holding management to fulfil the jobs they are already obligated to perform without unnecessary and undeserved bonuses.

Respectfully submitted,

Dated April 11, 2023                    /s/Cameron Crews
                                       Cameron Crews
                                       *pro se creditor*

---

[7] CEL-UCC-00083099_R Harry "Dean" Tappen informs Chris Ferraro of "top 5-6 employees" cashing out $40M in CEL using the OTC desk, 4/13/2022