Immanuel J. Herrmann, *Pro Se*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, a true and correct copy of the *Objection to the Debtors' Motion for Entry of An Order (i) Approving the Debtors' KEIP and (ii) Granting Related Relief* was filed with the Clerk of the United States Bankruptcy Court in the Southern District of New York and served upon the Core/2002 service list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I further certify that on April 10, a true and correct copy of the *Joinder to Response to Debtors' Motion Seeing Order (i) Authorizing the Debtors to Enter into Witness Cooperation Agreements, (ii) Authorizing Reimbursement of Past and Future Out of Pocket Expenses of Cooperating Witnesses and (iii) Granting Related Relief* was filed with the Clerk of the United States Bankruptcy Court in the Southern District of New York and served upon the Core/2002 service list.

Respectfully Signed,

*/s/ Immanuel J. Herrmann*
*Pro se*
Immanuel J. Herrmann
April 12, 2023