**WHITE & CASE**

April 14, 2023

**VIA eFile and E-MAIL**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

**whitecase.com**

*In re Celsius Network LLC*, **No. 22-10964 (MG) –**
**Request to Extend Deadline for Ignat Tuganov to Object to the** *Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Establishing Procedures to Estimate the Intercompany Claim That Celsius Network, LLC Has Against Celsius Network Limited and (II) Granting Related Relief* **[Docket No. 2369] and the** *Motion of the Official Committee of Unsecured Creditors (I) for Authority to File a Class Claim Asserting Non-Contract Claims on Behalf of Account Holders or (II) to Appoint a Third-Party Fiduciary to Assert a Class Claim on Behalf of Account Holders* **[Docket No. 2399]**

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the Case Management Procedures, which are attached as Exhibit 1 to the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 1181], and upon mutual agreement with counsel to Ignat Tuganov, Venable LLP, we write to request confirmation of the extension of the deadline for Ignat Tuganov to object to the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Establishing Procedures to Estimate the Intercompany Claim That Celsius Network, LLC Has Against Celsius Network Limited and (II) Granting Related Relief* [Docket No. 2369] and the *Motion of the Official Committee of Unsecured Creditors (I) for Authority to File a Class Claim Asserting Non-Contract Claims on Behalf of Account Holders or (II) to Appoint a Third-Party Fiduciary to Assert a Class Claim on Behalf of Account Holders* [Docket No. 2399] to Sunday, April 16, 2023 at 12:00 p.m. (prevailing Eastern Time).

WHITE & CASE

Hon. Martin Glenn
April 14, 2023

Sincerely,

*/s/ Samuel P. Hershey*
Samuel P. Hershey
White & Case LLP
Counsel to the Official Committee of Unsecured Creditors

cc:    Christopher Koenig
       Kirkland & Ellis LLP
       Counsel to the Debtors

       Jeffrey S. Sabin
       Venable LLP
       Counsel to Ignat Tuganov