# EXHIBIT A

Page 55

1    120,000 rigs, all we have is shipping and customs and

2    because we're growing our lid count, we actually need both

3    and we need the third-party hosting as well as the

4    proprietary site if we're going to continue to operate with

5    the plan of the 120,000 rigs.

6            MR. COLODNY:  And you said 120,000 rigs.  How many

7    rigs does the company have at the moment?

8            MR. FERRARO:  Right now we have plugged in and

9    hashing about 49,000 rigs, some of which are not up all day.

10   The energy cost at some of these hosting sites is expensive

11   and we curtail during periods of the day in which we

12   wouldn't be marginally profitable.

13           MR. COLODNY:  So you have 49,000 rigs and those

14   are all operating, but they might not operate at certain

15   times of the day?

16           MR. FERRARO:  Correct, and those are all third-

17   party-hosted.

18           MR. COLODNY:  And how many rigs do you anticipate

19   adding through the West Texas expansion?

20           MR. FERRARO:  Well, the 87 megawatts can house

21   nearly 30,000 rigs.  So as we continue to electrify and

22   build out, we will be (indiscernible) somewhere between

23   25,000 and 30,000 rigs to the West Texas site.  Now some of

24   those might be rigs that are in transit and being shipped

25   from overseas and some of them could be optimizing and taken

# EXHIBIT B

1          MR. FERRARO:  For the rigs?  Yes.  Those are paid

2     for.  There are shipping and customs duties that are I

3     believe, you know, around $5 million total.  But the rigs

4     are paid for.

5          MR. COLODNY:  And when you get these rigs, do you

6     believe they'll all be operating once put online?

7          MR. FERRARO:  Yeah.  We (indiscernible) peak

8     energy and the forward curves show that, yeah, we should

9     have much better uptime.  I think securing the hosting

10    infrastructure and the 40 megawatts that I was talking about

11    for the 10 to 15,000 rigs is really the outstanding item and

12    then there's also another one of our hosting providers where

13    we have I believe about 5,000 rigs out which are idle

14    because the energy costs exceed what we could earn from

15    minting new bitcoin.  So we also have to find a solution for

16    that.

17         MR. COLODNY:  Okay.  So you have -- potentially

18    there are rigs that are idle because it's not economically

19    efficient to operate them at this time and then there are

20    rigs that are idle because you haven't found a hosting site

21    or a physical site to put them on.

22         MR. FERRARO:  Rigs that are idle because we turned

23    them off because the costs are too high or idle during the

24    peak parts of the day.  We have a very small amount of rigs

25    in storage.  I don't have the number at my fingertips.  Most

# EXHIBIT C

Page 32

1          MS. CORNELL:  Sure.  What is the status of the

2     Debtor's mining operation since the filing of the bankruptcy

3     case?

4          MR. FERRARO:  Yeah.  Okay.  We have a little bit

5     of about 55,000 rigs in production and hashing.  We have

6     electrified our proprietary site.  There's 4 sites within 87

7     megawatts.  In Texas, we have about 3500 rigs hashed in

8     there and then we have contracts with three third-party

9     hosting providers in which we also have rigs plugged in and

10    hashing.  We are producing anywhere from 15 to 20 Bitcoin

11    per day.  From these mining rigs.

12         MS. CORNELL:  Has the Debtor's estimated energy

13    costs changed since the filing of the bankruptcy case?

14         MR. FERRARO:  No.  I mean there are variable

15    contracts where energy is market based and, you know, we get

16    different prices passed through.  We usually plan that out

17    by the hour just to make sure that we're mining marginally

18    profitable.  So we do do very granular analytics on that

19    cost and then there's other contracts that are fixed and

20    those rates are not changing.

21         MS. CORNELL:  What is the status of the West Texas

22    mining facility?

23         MR. FERRARO:  Yeah, that's where we have 3500 rigs

24    hashing.

25         MS. CORNELL:  Okay.

# EXHIBIT D

167

1            C. Ferraro - Confidential

2        Q.    Okay.

3        A.    But I'm familiar with the process.

4    Most of them were Bitmains, machines that were

5    purchased, some of which are still waiting to

6    be shipped.  A lot of them are already in our

7    center or in third-party hosting.

8        Q.    At the last hearing, I think there

9    were some comments made that mining is cash

10   flow positive right now.  Are you familiar

11   with the more specifics about the mining

12   operation?

13            MR. McCARRICK:  Object to

14        form.

15            You can answer.

16       A.    Yeah, I manage -- I mean, I

17   supervise the mining business.  So I'm

18   familiar with the strategy and the result.

19       Q.    Do you know -- strike that.

20            Can you provide an estimate of how

21   many Bitcoin are currently mined per day by

22   Celsius?

23       A.    It ranges between 15 and 18

24   Bitcoin per day.

25       Q.    Can you provide an estimate of

168

1                 C. Ferraro - Confidential

2     ongoing mining expenses?  I know you don't

3     have the figures in front of you.

4          A.    I don't have my calculator either.

5     We have about a 20 percent margin.

6          Q.    Okay.

7          A.    So our expenses make up about

8     80 percent of that Bitcoin that's mined.  So

9     if you were to take the, let's say, 16

10    Bitcoin, multiply it by 30 times the price,

11    you know, and then take times 80 percent, that

12    would give you, effectively, the cost base.

13          The vast majority of the costs of

14    mining are to pay for hosting charges, which

15    are predominantly electricity.

16          Q.    Now that we're going into the

17    cooler months, is it your anticipation that

18    possibly those expenses will increase or

19    decrease?

20          MR. McCARRICK:  Object to

21     form.

22          You can answer.

23          A.    Yeah.  I mean, I'm not an energy

24    guy.  I was more of a rates guy --

25          Q.    Okay.

Confidential      Christopher Ferraro - November 21, 2022

169

1          C. Ferraro - Confidential

2          A.     -- in my -- in my background, but

3    energy and rates are both traded instruments

4    that depend on market sentiment.  I think the

5    Federal Reserve, with removing accommodation

6    and increasing the funds rate, is slowing

7    demand.  But we have the wildcard of the

8    unfortunate war.

9               So it's hard to, kind of, make a

10   bet on one way or the other.  Traditionally I

11   like to be neutral on these things.

12              My understanding is there's

13   probably more downward pressure than upward

14   pressure, just given where we are in the

15   cycle.  So hopefully things ease a little bit

16   due to demand going down, as well as the hot

17   months or, you know, the air conditioning

18   months in the peak summer.

19         Q.    Are you familiar with how ongoing

20   mining expenses are funded?

21         A.    Largely with the production of

22   Bitcoin and the cash they have on hand.

23         Q.    What about the build-out in -- was

24   it west Texas?  Was that where you --

25         A.    Yeah, west Texas.  Midland, Texas,

# EXHIBIT E

110

1              C. Ferraro - Confidential

2    financing, which is incredibly expensive.

3    This comes at a major cost to the estate, and

4    the value that we'll be able to provide to

5    borrowers.  Debt financing is incredibly

6    expensive.  Stablecoin, effectively no cost to

7    liquidate.

8              We also have the ability -- right?

9    -- to, if -- if so is approved, if said is

10   approved, we have the ability to use coins to

11   borrow, and we can fund that way, either

12   through DeFi protocols or centralized

13   counterparty.  That's going to be cheaper than

14   DIP financing.  And then, of course, you could

15   sell other coins to fund the case.  I think --

16        Q.    Are those are all --

17        A.    I think --

18        Q.    Sorry.  Go ahead.

19        A.    Yeah, sorry.  I think we've pulled

20   the expense management lever really hard.

21   We've gone from 920 employees to about 167

22   employees as of, really, last week.

23             So I think that we're in a world

24   in which, you know, we've cut expenses, we've

25   cut vendor costs.  We've gotten rid of -- out