WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
One Bowling Green
New York, New York 10004
Telephone: (212) 510–0500
By:  Shara Cornell, Esq.
     Mark Bruh Esq.
     Brian Masumoto, Esq.
     Trial Attorneys

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
                                                          :
In re                                                     :   Chapter 11
                                                          :
                                                          :   Case No. 22-10964 (MG)
CELSIUS NETWORK LLC, *et al.*,[1]                         :
                                                          :   Jointly Administered
                                                          :
                                      Debtors.            x
---------------------------------------------------------

**STATEMENT OF THE UNITED STATES TRUSTEE IN RESPONSE TO THE
APPLICATION OF CONNOR NOLAN PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND
503(b)(4) FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL FEES AND
<u>EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION</u>**

TO:   THE HONORABLE MARTIN GLENN,
      CHIEF UNITED STATES BANKRUPTCY JUDGE:

William K. Harrington, the United States Trustee for Region 2 (the "<u>United States</u>

<u>Trustee</u>"), hereby submits his statement (the "<u>Statement</u>") in response to the Application of Connor

Nolan (the "<u>Applicant</u>") Pursuant to §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

of Professional Fees and Expenses Incurred in Making a Substantial Contribution (the "Application") (ECF Dkt. No. 2045). In support thereof, the United States Trustee respectfully states:

The Application seeks payment of a) fees and expenses already incurred in the sum of $207,641.48 be paid; and b) that future, reasonable legal fees and expenses his counsel incurs on his behalf through April 30, 2023 in an amount not to exceed $100,000 be paid. Concurrently pending before this Court is the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-Of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related (the "Cooperating Witness Motion") (ECF Dkt. No. 2147). The Cooperating Witness Motion requests substantially the same relief as sought in the Application. To the extent that the relief overlaps, the United States Trustee respectfully requests that response and objection to the Application be deferred until after adjudication of the Cooperating Witness Motion.

The United States Trustee expressly reserves his rights to object, amend, supplement, or otherwise respond to the Application or any other additional relief requested in any subsequently filed application, declaration, or related document on all grounds, including, but not limited to, standing to bring the Application[2], the requirements for receiving payment for substantial contribution, and justification that Applicant's actions were a contribution to the benefit of the bankruptcy estates.

---

[2] The Applicant is not a creditor as required under 11 U.S.C. § 503(b)(3)(A)-(D), a custodian as required under § 503(b)(E), or a member of an official committee under 503(b)(F). Nor has the Application met the requirements to establish that he has made a substantial contribution in these cases.

**WHEREFORE,** the United States Trustee respectfully requests that the Court suspend the Application and deadlines related thereto until after adjudication of the Cooperating Witness Motion and grant such other and further relief as the Court may deem just and proper.

Dated: New York, New York
April 14, 2023

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, Region 2

By: */s/ Shara Cornell*
Shara Cornell
Trial Attorney
One Bowling Green
New York, New York 10004
Tel. (212) 510-0500