UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER ADJOURNING THE APPLICATION OF CONNOR NOLAN AND THE DEBTORS' MOTION TO ENTER INTO WITNESS COOPERATION AGREEMENTS**

Pending before the court *Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution* ("Nolan Application," ECF Doc. # 2045). Also pending is the above-captioned Debtors' *Motion Seeking Entry of an Order (i) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (ii) Authorizing Reimbursement of Past And Future Out of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (iii) Granting Related Relief* ("Motion," ECF Doc. # 2147).

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

The hearing on the Application of Connor Nolan seeking compensation based on "substantial contribution," currently scheduled for hearing on April 18, 2023, is ADJOURNED.  The application will be heard at the same hearing as the Debtor's Motion, which is also ADJOURNED from April 18, 2023.

At the hearing on April 18, 2023, the Court will discuss the scheduling of the Debtor's Motion and the Nolan Application for a future hearing.

**IT IS SO ORDERED.**

Dated:  April 14, 2023
         New York, New York

                                                    **/s/ Martin Glenn**
                                                    MARTIN GLENN
                                            Chief United States Bankruptcy Judge