Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776
Email:        shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FOURTH MONTHLY STATEMENT OF PERELLA WEINBERG**
**PARTNERS LP FOR INTERIM COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

        **PLEASE TAKE NOTICE** that on the date hereof, Perella Weinberg Partners LP

("**PWP**") filed its *Fourth Monthly Statement of Perella Weinberg Partners LP for Interim*

*Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee*

*of Unsecured Creditors for the Period From November 1, 2022 Through November 30, 2022* (the

"**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New

York and served it on the Monthly Fee Statement Recipients.  *See* Docket No. 1745 ¶ 3.a.

        **PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**")

to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the

"**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Statement**, by (i) Perella Weinberg Partners LP and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to PWP.

      **PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

      **PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:    April 14, 2023                    Respectfully submitted,
       New York, New York


                                   */s/ Kevin Cofsky*
                                   Kevin Cofsky
                                   Partner
                                   Perella Weinberg Partners LP

AMERICAS 116616989 v1

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
        sam.hershey@whitecase.com
        azatz@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
        gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FOURTH MONTHLY STATEMENT OF PERELLA WEINBERG PARTNERS LP**
**FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Name of Applicant: | Perella Weinberg Partners LP ("**PWP**") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1096], *Effective as of* August 2, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | November 1, 2022 – November 30, 2022 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $100,000.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $80,000.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $20,000.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $31,573.65 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $131,573.65 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $111,573.65 |

This is a <u>monthly</u> fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, PWP, as investment banker to the Committee of the Debtors, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of

---

[2]   Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

AMERICAS 116616989 v1

$111,573.65, consisting of 80% of the $100,000.00 in fees earned and 100% of the $31,573.65 in expenses incurred.

### Background

1.      On July 13, 2022, Celsius Network LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") commenced with this Court these voluntary cases under chapter 11 of title 11 of the U.S. Code.

2.      On August 24, 2022, the Official Committee of Unsecured Creditors (the "**Committee**") filed *The Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 606] (the "**Retention Application**").

3.      On October 18, 2022, the Court entered the *Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to the Official Committee of Unsecured Creditors Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 1096] (the "**Retention Order**") thereby granting the Retention Application.

4.      The Retention Order approved, among other things, PWP's Monthly Fee. Retention Order ¶ 3.

5.      The Retention Order modifies certain timekeeping and other requirements for PWP "such that PWP (a) shall be permitted to keep professional time records in half-hour (0.50) increments; (b) shall not be required to provide or conform to any schedule of hourly rates; and (c) shall be permitted to maintain time records of its services rendered for the Committee, setting forth,

3

in summary format, a description of the services rendered and the professionals rendering such services." Retention Order ¶ 10.

6.        The Retention Order "authorize[s] and direct[s] [the Debtors] to perform their payment, reimbursement … [and other] obligations … in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter." Retention Order ¶ 12; *see also* Retention Order ¶ 6.

**Professional Services Rendered and Expense Disbursements Incurred**

7.        For the Compensation Period, PWP:

    a.    Earned monthly fees in the amount of $100,000.00 and is entitled to the reimbursement of third-party legal[3] and out-of-pocket expenses in the amount of $31,573.65; and

    b.    In accordance with the Interim Compensation Procedures, seeks payment in the amount of $111,573.65 (representing 80% of the amount of PWP's monthly fees earned during the Compensation Period and 100% of unbilled expenses incurred during the Compensation Period).

8.        An invoice detailing the monthly fee earned by PWP during the Compensation Period is attached hereto as **Exhibit A**.  The invoices detailing PWP's third-party legal expenses are attached hereto as **Exhibit B**.

9.        The amount of fees and third-party legal and out-of-pocket expenses sought in this Monthly Statement and PWP's compensation practices are consistent with market practices both

---

[3]      *See* Retention Order ¶ 9. This Monthly Statement includes third-party legal fees from October 2022 that were invoiced in November 2022.  For the avoidance of doubt, none of the third-party legal fees for which PWP seeks reimbursement by this Monthly Statement were included as part of the *Combined First, Second, and Third Monthly Statement of Perella Weinberg Partners LP* [Docket No. 1612] or the *First Interim Fee Application of Perella Weinberg Partners LP* [Docket No. 1720].

in and out of a bankruptcy context. PWP has never billed its clients based on the number of hours expended by its professionals. Accordingly, PWP does not have hourly rates for its professionals and PWP's professionals generally do not maintain detailed time records of the work performed for its clients. However, consistent with the Retention Order, PWP has maintained contemporaneous time records in one-half hour increments. *See* Retention Order ¶ 7. Time records with respect to the 234.0 hours expended by PWP professionals in providing restructuring investment banking services to the Committee during the Compensation Period are provided in **Exhibit C.**

10.    A summary of the total amount of hours expended by PWP professionals during the Compensation Period is provided below:

| General Committee Administration | 132.5 |
|---|---|
| Correspondence with Debtor and Advisors | 53.5 |
| Correspondence with Third-Parties | 17.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 18.5 |
| Sale Process and Plan of Reorganization Negotiations | 6.0 |
| Court Administration | 6.5 |
| Total Hours | 234.0 |

**Reservation of Rights**

11.    Although PWP has made every effort to include all expenses incurred during the Compensation Period, some expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. PWP reserves the right to seek payment of such expenses not included herein.

**Notice**

12.    PWP will provide notice of this Monthly Statement to the Monthly Fee Statement Recipients [*see* Docket No. 1745 ¶ 3.a.] in accordance with the Interim Compensation Order.

Dated:   April 14, 2023                    Respectfully submitted,
         New York, New York

                                           */s/ Kevin Cofsky*
                                           Kevin Cofsky
                                           Partner
                                           Perella Weinberg Partners LP

6

## Exhibit A

**Invoice**



Perella Weinberg Partners LP
767 Fifth Avenue
10th Floor
New York, NY 10153
United States of America

**Invoice Date:** March 2, 2023
**Invoice Number:** CUS_INV-003476
**Project:** Cyclops
**TAX ID:** 30-0949091

## INVOICE

Celsius Network Ltd
1221 Avenue of the Americas
New York, NY 10020
United States of America

Currency: USD

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Retainer Fee – November 2022 | $ 100,000.00 |
| Less: 20% Holdback | *(20,000.00)* |
| **Total Retainer Due** | **$ 80,000.00** |
| Third Party Legal Expenses | 26,361.31 |
| Out-of-Pocket Expenses | 5,212.34 |
| **Invoice Total** | **$ 111,573.65** |

**Payment Terms:** Due Upon Receipt

**<u>Exhibit B</u>**

**Invoices for Third-Party Legal Expenses**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

November 11, 2022

**Vladimir Shendelman**

**PERELLA WEINBERG PARTNERS LLP**
**767 5th Avenue**
**New York NY  10153**

| | |
|---|---|
| Client: | 0000342720 |
| Payer: | 0000342720 |
| Matter: | 342720.00002 |
| Invoice #: | 9020095102 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Celsius Network Chapter 11

For Professional Services Rendered Through October 31, 2022

| | | |
|---|---|---|
| Fees Total............................................................................................................................... | 19,570.50 | |
| Disbursements ....................................................................................................................... | 322.31 | |
| **Total Amount Due** ............................................................................................................... | **19,892.81** | **USD** |

| | |
|---|---|
| Matter: | 342720.00002 |
| Invoice #: | 9020095102 |
| Invoice Due Date: | Payable Upon Receipt |

November 11, 2022

RE: Celsius Network Chapter 11

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/02/2022 | Rochester, Shaya | Attend to issues regarding research on treatment of claim if cases convert (.80) | 0.80 |
| 10/03/2022 | Rosella, Michael | Attend call with S. Rochester and PWP regarding Celsius retention application and changes to proposed order (.60); attend to follow-up emails and discussions with S. Rochester (.30) | 0.90 |
| 10/03/2022 | Rochester, Shaya | Prepare for call with PWP regarding Retention Order (.60); call with PWP regarding Retention Order (.60); revise Order based on call (.60); call with client and prepare email for Deal Team (.30); further correspondence with PWP regarding Order (.50) | 2.60 |
| 10/04/2022 | Rochester, Shaya | Correspondence with W&C and PWP regarding changes to Retention Order (.80) | 0.80 |
| 10/05/2022 | Rochester, Shaya | Correspondence with W&C regarding changes to PWP Retention Order (.20) | 0.20 |
| 10/06/2022 | Rosella, Michael | Emails with UST and W&C regarding upcoming call on retention application (.30) | 0.30 |
| 10/06/2022 | Rochester, Shaya | Correspondence with client regarding Supplemental Cofsky Declaration (.30); review UST comments to Retention Order and prepare for call and correspondence with W&C regarding same (1.20); correspondence regarding call with UST (.40) | 1.90 |
| 10/07/2022 | Rosella, Michael | Attend call with S. Rochester and UST regarding retention order issues (.20) | 0.20 |
| 10/07/2022 | Rochester, Shaya | Prepare for call with UST regarding UST comments on PWP Retention Application (.40); call with UST regarding same (.20); follow up with client (.30) | 0.90 |
| 10/09/2022 | Rochester, Shaya | Revise Order and Declaration to reflect comments from UST and correspondence with client regarding same (.90) | 0.90 |
| 10/11/2022 | Rosella, Michael | Review comments from PWP on revised Cofsky Declaration and prepare email to S. Rochester regarding same (.50) | 0.50 |
| 10/11/2022 | Rochester, Shaya | Correspondence with team regarding revised Order and Declaration (.20); review recently filed pleadings (.30) | 0.50 |
| 10/12/2022 | Rochester, Shaya | Correspondence with UST and PWP regarding PWP retention (.20); finalize changes to Declaration and Proposed Order (.20) | 0.40 |
| 10/13/2022 | Rochester, Shaya | Correspondence with UST, PWP, W&C regarding PWP retention (.20); finalize changes to Declaration and Proposed Order (.30) | 0.50 |
| 10/14/2022 | Rochester, Shaya | Correspondence with PWP and W&C regarding PWP retention (.20); finalize changes to Declaration and Proposed Order (.30) | 0.50 |
| 10/16/2022 | Rochester, Shaya | Correspondence with W&C regarding PWP retention (.20) | 0.30 |
| 10/18/2022 | Rosella, Michael | Review as-entered PWP retention order (.20); emails with clients and W&C regarding same and logistics for next steps (.30) | 0.50 |
| 10/31/2022 | Rosella, Michael | Review precedent interim fee applications filed by investment bankers in recent Judge Glenn and SDNY cases (.50); emails with S. Rochester regarding same (.20) | 0.70 |
| 10/31/2022 | Rochester, Shaya | Attend to issues regarding interim fee applications, compile precedents and correspondence with client regarding same (.70); review recently filed pleadings on docket (2.30) | 3.00 |

**Total Hours :**    **16.40**

**Katten**

Matter:           342720.00002
Invoice #:       9020095102
Invoice Due Date:  Payable Upon Receipt

November 11, 2022

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|------:|------:|-------:|
| Rochester, Shaya | 13.30 | 1,285.00 | 17,090.50 |
| Rosella, Michael | 3.10 | 800.00 | 2,480.00 |
| **Sub Total :** | **16.40** | **Sub Total :** | **19,570.50** |
| **Total Hours :** | **16.40** | **Total Fees** | **19,570.50**   USD |

**Katten**

| Matter: | 342720.00002 | |
|---|---|---|
| Invoice #: | 9020095102 | November 11, 2022 |
| Invoice Due Date: | Payable Upon Receipt | |

---

**DISBURSEMENTS**

| Description | Cost Description | Amount |
|---|---|---|
| Legal Research | Westlaw September 2022-Rosella, Michael on 9/29/2022. | 322.31 |
| | **Total Disbursements:** | **322.31** USD |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY 10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

December 15, 2022

**Vladimir Shendelman**

**PERELLA WEINBERG PARTNERS LLP**
**767 5th Avenue**
**New York NY 10153**

| | |
|---|---|
| Client: | 0000342720 |
| Payer: | 0000342720 |
| Matter: | 342720.00002 |
| Invoice #: | 9020102086 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Celsius Network Chapter 11

For Professional Services Rendered Through November 30, 2022

Fees Total.....................................................................................................................................................  6,468.50
**Total Amount Due** ..................................................................................................................................  **6,468.50**   **USD**

| | | |
|---|---|---|
| Matter: | 342720.00002 | |
| Invoice #: | 9020102086 | |
| Invoice Due Date: | Payable Upon Receipt | December 15, 2022 |

RE: Celsius Network Chapter 11

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/01/2022 | Rosella, Michael | Emails with S. Rochester and client regarding interim fee application (.30) | 0.30 |
| 11/01/2022 | Rochester, Shaya | Respond to client questions regarding Interim Fee Application (.40) | 0.40 |
| 11/15/2022 | Rochester, Shaya | Attend to issues regarding potential Supplemental Declaration and calls with client regarding same (.70) | 0.70 |
| 11/16/2022 | Rosella, Michael | Attend calls with S. Rochester regarding potential Supplemental Declaration (.20); prepare potential Declaration, including reviewing various pleadings and emails regarding same (1.00) | 1.20 |
| 11/16/2022 | Rochester, Shaya | Attend to issues regarding potential declaration and calls with client (.30); call with M. Rosella regarding same (.20) | 0.50 |
| 11/17/2022 | Rochester, Shaya | Call with client regarding potential Supplemental Declaration (.50) | 0.50 |
| 11/21/2022 | Rochester, Shaya | Calls with client regarding potential Supplemental Declaration (.50) | 0.50 |
| 11/22/2022 | Rochester, Shaya | Review Examiner Report (.80); attend to issues regarding potential Supplemental Declaration (.30) | 1.10 |
| 11/29/2022 | Rochester, Shaya | Attend to issues regarding Supplemental Declaration (.40) | 0.40 |
| | | **Total Hours :** | **5.60** |

Katten

| Matter: | 342720.00002 | |
| Invoice #: | 9020102086 | |
| Invoice Due Date: | Payable Upon Receipt | December 15, 2022 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rochester, Shaya | 4.10 | 1,285.00 | 5,268.50 |
| Rosella, Michael | 1.50 | 800.00 | 1,200.00 |
| | | | |
| **Sub Total :** | **5.60** | **Sub Total :** | **6,468.50** |
| **Total Hours :** | **5.60** | **Total Fees** | **6,468.50    USD** |

Katten

**<u>Exhibit C</u>**

**Time Records**

**Celsius Networks**

Hours Summary                                                                                          *Strictly Private & Confidential*

November 2022

| Category | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Restructuring | | | | Crypto | | |
| | Kevin Cofsky (Partner) | Matt Rahmani (Exec Director) | Sean Eghlimi (Associate) | Sam Saferstein (Analyst) | RX Sub-Total | Aidoo (Exec Director) | Crypto Sub-Total | Grand Total |
| General Committee Administration | 39.0 | 25.5 | 22.5 | 23.5 | 110.5 | 22.0 | 22.0 | **132.5** |
| Correspondence with Debtor and Advisors | 7.5 | 10.0 | 11.0 | 12.5 | 41.0 | 12.5 | 12.5 | **53.5** |
| Correspondence with Third-Parties | 3.0 | 3.0 | 3.0 | 4.0 | 13.0 | 4.0 | 4.0 | **17.0** |
| Due Diligence, Operations, Business Plan, and Strategy | 2.0 | 2.5 | 4.5 | 8.5 | 17.5 | 1.0 | 1.0 | **18.5** |
| Financing Matters | - | - | - | - | - | - | - | **-** |
| Sale Process and Plan of Reorganization Negotiations | 2.0 | 2.0 | - | 2.0 | 6.0 | - | - | **6.0** |
| Expert Testimony | - | - | - | - | - | - | - | **-** |
| Valuation Analysis | - | - | - | - | - | - | - | **-** |
| Court Administration | 2.5 | 1.0 | 1.0 | 1.0 | 5.5 | 1.0 | 1.0 | **6.5** |
| Other Administrative Processes and Analysis | - | - | - | - | - | - | - | **-** |
| **Total Hours** | **56.0** | **44.0** | **42.0** | **51.5** | **193.5** | **40.5** | **40.5** | **234.0** |

**Celsius Networks**
Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| Kevin Cofsky (Partner) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 39.0 |
| Correspondence with Debtor and Advisors | 7.5 |
| Correspondence with Third-Parties | 3.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 2.0 |
| Financing Matters | - |
| Sale Process and Plan of Reorganization Negotiations | 2.0 |
| Expert Testimony | - |
| Valuation Analysis | - |
| Court Administration | 2.5 |
| Other Administrative Processes and Analysis | - |
| **Total** | **56.0** |

| Case Hours Detail | | | | | |
|---|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category #** | **Category** |
| 11/01/22 | Tuesday | 1.0 | Attendanceat Court Hearing | 9 | Court Administration |
| 11/01/22 | Tuesday | 2.0 | Discussion with 3rd-Party Interested in Buying Assets / Financing a Transaction | 6 | Sale Process and Plan of Reorganization Negotiations |
| 11/01/22 | Tuesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/02/22 | Wednesday | 0.5 | Review Follow-Up Materials Re: Plan Considerations | 4 | Due Diligence, Operations, Business Plan, and Strategy |
| 11/02/22 | Wednesday | 2.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | 1 | General Committee Administration |
| 11/02/22 | Wednesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/03/22 | Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | 2 | Correspondence with Debtor and Advisors |
| 11/03/22 | Thursday | 1.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | 1 | General Committee Administration |
| 11/03/22 | Thursday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/03/22 | Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | 1 | General Committee Administration |

**Celsius Networks**
Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| | | | | |
|---|---|---|---|---|
| 11/03/22 Thursday | 1.5 | Discussion with UCC Advisors Re: Celsius Mining Business Proposals | 1 | General Committee Administration |
| 11/05/22 Saturday | 1.0 | Review of Mining Proposals Received | 4 | Due Diligence, Operations, Business Plan, and Strategy |
| 11/05/22 Saturday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/07/22 Monday | 0.5 | Discussion with Debtors' Advisors (K&E, CVP) and UCC Advisors (W&C) Re: GK8 Process Update | 2 | Correspondence with Debtor and Advisors |
| 11/08/22 Tuesday | 2.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | 1 | General Committee Administration |
| 11/08/22 Tuesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/09/22 Wednesday | 1.0 | Correspondence with M3 Re: Crypto Token Tracking and Movements | 1 | General Committee Administration |
| 11/09/22 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | 2 | Correspondence with Debtor and Advisors |
| 11/09/22 Wednesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/10/22 Thursday | 2.0 | Discussion with Potential Plan Sponsor along with W&C and M3 | 3 | Correspondence with Third-Parties |
| 11/10/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | 2 | Correspondence with Debtor and Advisors |
| 11/10/22 Thursday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/11/22 Friday | 1.5 | Discussion with Debtors and M3 re: Presentation on Going-Forward Business Plan | 2 | Correspondence with Debtor and Advisors |
| 11/11/22 Friday | 1.5 | Discussion with W&C and M3 following Debtor's Presentation on Going-Forward Business Plan | 1 | General Committee Administration |
| 11/11/22 Friday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/14/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | 1 | General Committee Administration |

**Celsius Networks**

Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| Date | | Hours | Description | | Category |
|------|--|-------|-------------|--|----------|
| 11/14/22 | Monday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/14/22 | Monday | 1.5 | Discussion with W&C and M3 re: Earn Depositions | 1 | General Committee Administration |
| 11/14/22 | Monday | 1.5 | Discussion with UCC, W&C, and M3 re: Earn Depositions | 1 | General Committee Administration |
| 11/15/22 | Tuesday | 1.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | 1 | General Committee Administration |
| 11/15/22 | Tuesday | 1.5 | Attendanceat Series B Hearing | 9 | Court Administration |
| 11/17/22 | Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | 2 | Correspondence with Debtor and Advisors |
| 11/17/22 | Thursday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/17/22 | Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | 1 | General Committee Administration |
| 11/20/22 | Sunday | 0.5 | Review Materials re: Platform Process Update and Bids Received | 4 | Due Diligence, Operations, Business Plan, and Strategy |
| 11/20/22 | Sunday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/21/22 | Monday | 1.5 | Discussion with Debtors and Debtors' Advisors, UCC Co-Chairs, W&C and M3: re: Going-Forward Business Plan | 2 | Correspondence with Debtor and Advisors |
| 11/21/22 | Monday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/21/22 | Monday | 0.5 | Discussion with Debtors' Advisors re: GK8 Bid Proposal Updates | 2 | Correspondence with Debtor and Advisors |
| 11/21/22 | Monday | 1.0 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | 1 | General Committee Administration |
| 11/23/22 | Wednesday | 3.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | 1 | General Committee Administration |
| 11/23/22 | Wednesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |

**Celsius Networks**

Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| | | | | |
|---|---|---|---|---|
| 11/28/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | 1 | General Committee Administration |
| 11/29/22 Tuesday | 1.0 | Discussion with Third Party Potential Plan Sponsor | 3 | Correspondence with Third-Parties |
| 11/29/22 Tuesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/30/22 Wednesday | 2.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | 1 | General Committee Administration |
| 11/30/22 Wednesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | 1 | General Committee Administration |
| 11/30/22 Wednesday | 0.5 | Discussion with Centerview re: Bid Process Update | 2 | Correspondence with Debtor and Advisors |

**Celsius Networks**

Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| Matt Rahmani (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 25.5 |
| Correspondence with Debtor and Advisors | 10.0 |
| Correspondence with Third-Parties | 3.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 2.5 |
| Financing Matters | - |
| Sale Process and Plan of Reorganization Negotiations | 2.0 |
| Expert Testimony | - |
| Valuation Analysis | - |
| Court Administration | 1.0 |
| Other Administrative Processes and Analysis | - |
| **Total** | **44.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/01/22 | Tuesday | 1.0 | Attendanceat Court Hearing | Court Administration |
| 11/01/22 | Tuesday | 2.0 | Discussion with 3rd-Party Interested in Buying Assets / Financing a Transaction | Sale Process and Plan of Reorganization Negotiations |
| 11/02/22 | Wednesday | 0.5 | Review Follow-Up Materials Re: Plan Considerations | Due Diligence, Operations, Business Plan, and Strategy |
| 11/02/22 | Wednesday | 1.0 | Review Mining Materials Received from Debtor's Advisors | Due Diligence, Operations, Business Plan, and Strategy |
| 11/02/22 | Wednesday | 2.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/03/22 | Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/03/22 | Thursday | 1.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/03/22 | Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |

**Celsius Networks**

Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 11/03/22 Thursday | 1.5 | Discussion with UCC Advisors Re: Celsius Mining Business Proposals | General Committee Administration |
| 11/04/22 Friday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/07/22 Monday | 0.5 | Discussion with Debtors' Advisors (K&E, CVP) and UCC Advisors (W&C) Re: GK8 Process Update | Correspondence with Debtor and Advisors |
| 11/08/22 Tuesday | 2.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/09/22 Wednesday | 1.0 | Correspondence with M3 Re: Crypto Token Tracking and Movements | General Committee Administration |
| 11/09/22 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/10/22 Thursday | 2.0 | Discussion with Potential Plan Sponsor along with W&C and M3 | Correspondence with Third-Parties |
| 11/10/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/10/22 Thursday | 0.5 | Call with M3 re: Preference Anaysis | General Committee Administration |
| 11/11/22 Friday | 1.5 | Discussion with Debtors and M3 re: Presentation on Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 11/11/22 Friday | 1.5 | Discussion with W&C and M3 following Debtor's Presentation on Going-Forward Business Plan | General Committee Administration |
| 11/14/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/14/22 Monday | 1.5 | Discussion with W&C and M3 re: Earn Depositions | General Committee Administration |
| 11/14/22 Monday | 1.5 | Discussion with UCC, W&C, and M3 re: Earn Depositions | General Committee Administration |

## Celsius Networks
**Matt Rahmani (Exec Director)**

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 11/15/22 Tuesday | 1.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/17/22 Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/17/22 Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/19/22 Saturday | 0.5 | Review Materials re: GK8 Process Update and Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 11/19/22 Saturday | 0.5 | Review Materials re: Platform Process Update and Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 11/21/22 Monday | 1.5 | Discussion with Debtors and Debtors' Advisors, UCC Co-Chairs, W&C and M3: re: Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 11/21/22 Monday | 0.5 | Discussion with Debtors' Advisors re: GK8 Bid Proposal Updates | Correspondence with Debtor and Advisors |
| 11/21/22 Monday | 1.0 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/22/22 Tuesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/22/22 Tuesday | 1.0 | Discussion with W&C and M3 re: Review of Bids | General Committee Administration |
| 11/23/22 Wednesday | 3.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/28/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/29/22 Tuesday | 1.0 | Discussion with Third Party Potential Plan Sponsor | Correspondence with Third-Parties |
| 11/30/22 Wednesday | 2.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |

## Celsius Networks

**Matt Rahmani (Exec Director)**

*Strictly Private & Confidential*

| | | | | |
|---|---|---|---|---|
| 11/30/22 Wednesday | 0.5 | Discussion with Centerview re: Bid Process Update | | Correspondence with Debtor and Advisors |

# Celsius Networks

**Sean Eghlimi (Associate)**

*Strictly Private & Confidential*

| Sean Eghlimi (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 22.5 |
| Correspondence with Debtor and Advisors | 11.0 |
| Correspondence with Third-Parties | 3.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 4.5 |
| Financing Matters | - |
| Sale Process and Plan of Reorganization Negotiations | - |
| Expert Testimony | - |
| Valuation Analysis | - |
| Court Administration | 1.0 |
| Other Administrative Processes and Analysis | - |
| **Total** | **42.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/01/22 | Tuesday | 1.0 | Attendanceat Court Hearing | Court Administration |
| 11/02/22 | Wednesday | 1.0 | Review Mining Materials Received from Debtor's Advisors | Due Diligence, Operations, Business Plan, and Strategy |
| 11/02/22 | Wednesday | 2.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/03/22 | Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/03/22 | Thursday | 1.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/03/22 | Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/03/22 | Thursday | 1.5 | Discussion with UCC Advisors Re: Celsius Mining Business Proposals | General Committee Administration |
| 11/04/22 | Friday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

# Celsius Networks

**Sean Eghlimi (Associate)**

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 11/07/22 Monday | 0.5 | Discussion with Debtors' Advisors (K&E, CVP) and UCC Advisors (W&C) Re: GK8 Process Update | Correspondence with Debtor and Advisors |
| 11/08/22 Tuesday | 2.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/09/22 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/10/22 Thursday | 2.0 | Discussion with Potential Plan Sponsor along with W&C and M3 | Correspondence with Third-Parties |
| 11/10/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/11/22 Friday | 1.5 | Discussion with Debtors and M3 re: Presentation on Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 11/11/22 Friday | 1.5 | Discussion with W&C and M3 following Debtor's Presentation on Going-Forward Business Plan | General Committee Administration |
| 11/14/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/14/22 Monday | 1.5 | Discussion with UCC, W&C, and M3 re: Earn Depositions | General Committee Administration |
| 11/15/22 Tuesday | 1.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/17/22 Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/17/22 Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/18/22 Friday | 1.0 | Create and Prepare Materials re: GK8 Process Update and Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 11/19/22 Saturday | 2.0 | Create and Prepare Materials re: Platform Process Update and Bids Received | Due Diligence, Operations, Business Plan, and Strategy |

# Celsius Networks

**Sean Eghlimi (Associate)**

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 11/20/22 Sunday | 0.5 | Update Materials re: Platform Process Update and Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 11/21/22 Monday | 1.5 | Discussion with Debtors and Debtors' Advisors, UCC Co-Chairs, W&C and M3: re: Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 11/21/22 Monday | 1.0 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/22/22 Tuesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/22/22 Tuesday | 1.0 | Discussion with W&C and M3 re: Review of Bids | General Committee Administration |
| 11/23/22 Wednesday | 3.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/28/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/29/22 Tuesday | 1.0 | Discussion with Third Party Potential Plan Sponsor | Correspondence with Third-Parties |
| 11/30/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/30/22 Wednesday | 2.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/30/22 Wednesday | 0.5 | Discussion with Centerview re: Bid Process Update | Correspondence with Debtor and Advisors |

**Celsius Networks**

Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| Sam Saferstein (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 23.5 |
| Correspondence with Debtor and Advisors | 12.5 |
| Correspondence with Third-Parties | 4.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 8.5 |
| Financing Matters | - |
| Sale Process and Plan of Reorganization Negotiations | 2.0 |
| Expert Testimony | - |
| Valuation Analysis | - |
| Court Administration | 1.0 |
| Other Administrative Processes and Analysis | - |
| **Total** | **51.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/01/22 | Tuesday | 1.0 | Attendanceat Court Hearing | Court Administration |
| 11/01/22 | Tuesday | 2.0 | Discussion with 3rd-Party Interested in Buying Assets / Financing a Transaction | Sale Process and Plan of Reorganization Negotiations |
| 11/02/22 | Wednesday | 1.0 | Create Follow-Up Materials Re: Plan Considerations | Due Diligence, Operations, Business Plan, and Strategy |
| 11/02/22 | Wednesday | 1.0 | Review Mining Materials Received from Debtor's Advisors | Due Diligence, Operations, Business Plan, and Strategy |
| 11/02/22 | Wednesday | 2.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/03/22 | Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/03/22 | Thursday | 1.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/03/22 | Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |

# Celsius Networks

**Sam Saferstein (Analyst)**

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 11/03/22 Thursday | 1.5 | Discussion with UCC Advisors Re: Celsius Mining Business Proposals | General Committee Administration |
| 11/03/22 Thursday | 1.5 | Create and Refresh Bitcoin Mining Market Materials | Due Diligence, Operations, Business Plan, and Strategy |
| 11/04/22 Friday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/04/22 Friday | 1.0 | Discussion with Celsius , M3 and W&C re: Mining Alternatives and Business Plan | Correspondence with Debtor and Advisors |
| 11/05/22 Saturday | 1.0 | Review of Mining Proposals Received | Due Diligence, Operations, Business Plan, and Strategy |
| 11/07/22 Monday | 0.5 | Discussion with Debtors' Advisors (K&E, CVP) and UCC Advisors (W&C) Re: GK8 Process Update | Correspondence with Debtor and Advisors |
| 11/08/22 Tuesday | 2.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/09/22 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/10/22 Thursday | 2.0 | Discussion with Potential Plan Sponsor along with W&C and M3 | Correspondence with Third-Parties |
| 11/10/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/10/22 Thursday | 0.5 | Call with M3 re: Preference Anaysis | General Committee Administration |
| 11/11/22 Friday | 1.5 | Discussion with Debtors and M3 re: Presentation on Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 11/11/22 Friday | 1.5 | Discussion with W&C and M3 following Debtor's Presentation on Going-Forward Business Plan | General Committee Administration |
| 11/14/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |

# Celsius Networks

**Sam Saferstein (Analyst)**

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 11/14/22 Monday | 1.5 | Discussion with UCC, W&C, and M3 re: Earn Depositions | General Committee Administration |
| 11/15/22 Tuesday | 0.5 | Discussion with M3 re: Preparation for Mining Committee Call | General Committee Administration |
| 11/15/22 Tuesday | 1.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/17/22 Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/17/22 Thursday | 0.5 | Disccusion of Mining Hosting Agreements with Celsius Mining, A&M, and M3 | Correspondence with Debtor and Advisors |
| 11/17/22 Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/18/22 Friday | 1.0 | Create and Prepare Materials re: GK8 Process Update and Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 11/19/22 Saturday | 2.0 | Create and Prepare Materials re: Platform Process Update and Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 11/20/22 Sunday | 0.5 | Update Materials re: GK8 Process Update and Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 11/20/22 Sunday | 0.5 | Update Materials re: Platform Process Update and Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 11/21/22 Monday | 1.5 | Discussion with Debtors and Debtors' Advisors, UCC Co-Chairs, W&C and M3: re: Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 11/21/22 Monday | 1.0 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/22/22 Tuesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/22/22 Tuesday | 1.0 | Discussion with W&C and M3 re: Review of Bids | General Committee Administration |

**Celsius Networks**

Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 11/23/22 Wednesday | 3.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/28/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/29/22 Tuesday | 1.0 | Discussion with Third Party Potential Plan Sponsor | Correspondence with Third-Parties |
| 11/30/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/30/22 Wednesday | 2.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/30/22 Wednesday | 0.5 | Discussion with Centerview re: Bid Process Update | Correspondence with Debtor and Advisors |
| 11/30/22 Wednesday | 1.0 | Discussion with Potential Custodian and Debtors' Advisors re: Custody Solution | Correspondence with Third-Parties |

## Celsius Networks

**Emmanuel Aidoo (Exec Director)**

*Strictly Private & Confidential*

| Emmanuel Aidoo (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 22.0 |
| Correspondence with Debtor and Advisors | 12.5 |
| Correspondence with Third-Parties | 4.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 1.0 |
| Financing Matters | - |
| Sale Process and Plan of Reorganization Negotiations | - |
| Expert Testimony | - |
| Valuation Analysis | - |
| Court Administration | 1.0 |
| Other Administrative Processes and Analysis | - |
| **Total** | **40.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 11/01/22 | Tuesday | 1.0 | Attendanceat Court Hearing | Court Administration |
| 11/02/22 | Wednesday | 2.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/03/22 | Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/03/22 | Thursday | 1.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/03/22 | Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/03/22 | Thursday | 1.5 | Discussion with UCC Advisors Re: Celsius Mining Business Proposals | General Committee Administration |
| 11/04/22 | Friday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/04/22 | Friday | 1.0 | Discussion with Celsius , M3 and W&C re: Mining Alternatives and Business Plan | Correspondence with Debtor and Advisors |

# Celsius Networks

Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 11/05/22 Saturday | 1.0 | Review of Mining Proposals Received | Due Diligence, Operations, Business Plan, and Strategy |
| 11/07/22 Monday | 0.5 | Discussion with Debtors' Advisors (K&E, CVP) and UCC Advisors (W&C) Re: GK8 Process Update | Correspondence with Debtor and Advisors |
| 11/08/22 Tuesday | 2.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/09/22 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/10/22 Thursday | 2.0 | Discussion with Potential Plan Sponsor along with W&C and M3 | Correspondence with Third-Parties |
| 11/10/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/11/22 Friday | 1.5 | Discussion with Debtors and M3 re: Presentation on Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 11/11/22 Friday | 1.5 | Discussion with W&C and M3 following Debtor's Presentation on Going-Forward Business Plan | General Committee Administration |
| 11/14/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/14/22 Monday | 1.5 | Discussion with UCC, W&C, and M3 re: Earn Depositions | General Committee Administration |
| 11/15/22 Tuesday | 0.5 | Discussion with M3 re: Preparation for Mining Committee Call | General Committee Administration |
| 11/15/22 Tuesday | 1.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/17/22 Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 11/17/22 Thursday | 0.5 | Disccusion of Mining Hosting Agreements with Celsius Mining, A&M, and M3 | Correspondence with Debtor and Advisors |

## Celsius Networks

**Emmanuel Aidoo (Exec Director)**

*Strictly Private & Confidential*

| 11/17/22 Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/21/22 Monday | 1.5 | Discussion with Debtors and Debtors' Advisors, UCC Co-Chairs, W&C and M3: re: Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 11/21/22 Monday | 1.0 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/22/22 Tuesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/23/22 Wednesday | 3.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/28/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 11/29/22 Tuesday | 1.0 | Discussion with Third Party Potential Plan Sponsor | Correspondence with Third-Parties |
| 11/30/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 11/30/22 Wednesday | 2.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 11/30/22 Wednesday | 0.5 | Discussion with Centerview re: Bid Process Update | Correspondence with Debtor and Advisors |
| 11/30/22 Wednesday | 1.0 | Discussion with Potential Custodian and Debtors' Advisors re: Custody Solution | Correspondence with Third-Parties |