Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776
Email:        shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK2**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FIFTH MONTHLY STATEMENT OF PERELLA WEINBERG
PARTNERS LP FOR INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD FROM
DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

**PLEASE TAKE NOTICE** that on the date hereof, Perella Weinberg Partners LP

("**PWP**") filed its *Fifth Monthly Statement of Perella Weinberg Partners LP for Interim*

*Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee*

*of Unsecured Creditors for the Period From December 1, 2022 Through December 31, 2022* (the

"**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New

York and served it on the Monthly Fee Statement Recipients.  *See* Docket No. 1745 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**")

to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the

"**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Statement**, by (i) Perella Weinberg Partners LP and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to PWP.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   April 14, 2023                  Respectfully submitted,
         New York, New York

                                         */s/ Kevin Cofsky*
                                         Kevin Cofsky
                                         Partner
                                         Perella Weinberg Partners LP

AMERICAS 116616989 v1

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  david.turetsky@whitecase.com
         sam.hershey@whitecase.com
         azatz@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  kwofford@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  mandolina@whitecase.com
         gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIFTH MONTHLY STATEMENT OF PERELLA WEINBERG PARTNERS LP
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD FROM
DECEMBER 1, 2022 THROUGH DECEMBER 31, 2022**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Name of Applicant: | Perella Weinberg Partners LP ("**PWP**") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1096], *Effective as of* August 2, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | December 1, 2022 – December 31, 2022 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $100,000.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $80,000.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $20,000.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $18,793.56 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $118,793.56 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $98,793.56 |

This is a <u>monthly</u> fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, PWP, as investment banker to the Committee of the Debtors, hereby submits this Monthly Statement for the

---

[2]    Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

2

Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $98,793.56, consisting of 80% of the $100,000.00 in fees earned and 100% of the $18,793.56 in expenses incurred.

## Background

1.     On July 13, 2022, Celsius Network LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") commenced with this Court these voluntary cases under chapter 11 of title 11 of the U.S. Code.

2.     On August 24, 2022, the Official Committee of Unsecured Creditors (the "**Committee**") filed *The Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 606] (the "**Retention Application**").

3.     On October 18, 2022, the Court entered the *Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to the Official Committee of Unsecured Creditors Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 1096] (the "**Retention Order**") thereby granting the Retention Application.

4.     The Retention Order approved, among other things, PWP's Monthly Fee. Retention Order ¶ 3.

5.     The Retention Order modifies certain timekeeping and other requirements for PWP "such that PWP (a) shall be permitted to keep professional time records in half-hour (0.50) increments; (b) shall not be required to provide or conform to any schedule of hourly rates; and (c)

3

shall be permitted to maintain time records of its services rendered for the Committee, setting forth, in summary format, a description of the services rendered and the professionals rendering such services." Retention Order ¶ 10.

6.       The Retention Order "authorize[s] and direct[s] [the Debtors] to perform their payment, reimbursement … [and other] obligations … in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter." Retention Order ¶ 12; *see also* Retention Order ¶ 6.

### **Professional Services Rendered and Expense Disbursements Incurred**

7.       For the Compensation Period, PWP:

   a.   Earned monthly fees in the amount of $100,000.00 and is entitled to the reimbursement of third-party legal[3] and out-of-pocket expenses in the amount of $18,793.56; and

   b.   In accordance with the Interim Compensation Procedures, seeks payment in the amount of $98,793.56 (representing 80% of the amount of PWP's monthly fees earned during the Compensation Period and 100% of unbilled expenses incurred during the Compensation Period).

8.       An invoice detailing the monthly fee earned by PWP during the Compensation Period is attached hereto as **Exhibit A**.  The invoices detailing PWP's third-party legal expenses are attached hereto as **Exhibit B**.

9.       The amount of fees and third-party legal and out-of-pocket expenses sought in this Monthly Statement and PWP's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PWP has never billed its clients based on the number of hours

---

[3]      *See* Retention Order ¶ 9.

4

expended by its professionals. Accordingly, PWP does not have hourly rates for its professionals and PWP's professionals generally do not maintain detailed time records of the work performed for its clients. However, consistent with the Retention Order, PWP has maintained contemporaneous time records in one-half hour increments. *See* Retention Order ¶ 7. Time records with respect to the 221.5 hours expended by PWP professionals in providing restructuring investment banking services to the Committee during the Compensation Period are provided in **Exhibit C.**

10.    A summary of the total amount of hours expended by PWP professionals during the Compensation Period is provided below:

| | |
|---|---|
| General Committee Administration | 95.0 |
| Correspondence with Debtor and Advisors | 58.0 |
| Correspondence with Third-Parties | 20.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 34.0 |
| Court Administration | 14.0 |
| Total Hours | 221.5 |

## Reservation of Rights

11.    Although PWP has made every effort to include all expenses incurred during the Compensation Period, some expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. PWP reserves the right to seek payment of such expenses not included herein.

## Notice

12.    PWP will provide notice of this Monthly Statement to the Monthly Fee Statement Recipients [*see* Docket No. 1745 ¶ 3.a.] in accordance with the Interim Compensation Order.

AMERICAS 116616989 v1

Dated:    April 14, 2023                    Respectfully submitted,
          New York, New York


          */s/ Kevin Cofsky*
          _____
          Kevin Cofsky
          Partner
          Perella Weinberg Partners LP

6

**<u>Exhibit A</u>**

**Invoice**



Perella Weinberg Partners LP
767 Fifth Avenue
10th Floor
New York, NY 10153
United States of America

**Invoice Date:** March 2, 2023
**Invoice Number:** CUS_INV-003657
**Project:** Cyclops
**TAX ID:** 30-0949091

## INVOICE

Celsius Network Ltd
1221 Avenue of the Americas
New York, NY 10020
United States of America

Currency: USD

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Retainer Fee – December 2022 | $ 100,000.00 |
| Less: 20% Holdback | *(20,000.00)* |
| **Total Retainer Due** | **$ 80,000.00** |
| Third Party Legal Expenses | 18,680.00 |
| Out-of-Pocket Expenses | 113.56 |
| **Invoice Total** | **$ 98,793.56** |

**Payment Terms:** Due Upon Receipt

**<u>Exhibit B</u>**

**Invoices for Third-Party Legal Expenses**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY 10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

January 31, 2023

**PERELLA WEINBERG PARTNERS LLP**
**c/o Legal & Compliance Office of the**
**General Counsel / Asset Management**
**767 5th Avenue**
**New York, NY 10153**

| | |
|---|---|
| Client: | 0000342720 |
| Payer: | 0000342720 |
| Matter: | 342720.00002 |
| Invoice #: | 9020110914 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Celsius Network Chapter 11

For Professional Services Rendered Through December 31, 2022

Fees Total.............................................................................................................................. 18,680.00
**Total Amount Due** ...................................................................................................... **18,680.00**    **USD**

Matter:           342720.00002
Invoice #:        9020110914
Invoice Due Date: Payable Upon Receipt

January 31, 2023

RE: Celsius Network Chapter 11

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/01/2022 | Rochester, Shaya | Attend to issues regarding Interim Fee Application (.40) | 0.40 |
| 12/02/2022 | Rochester, Shaya | Attend to issues regarding Interim Fee Application (.20) | 0.20 |
| 12/05/2022 | Rosella, Michael | Emails with Katten and White & Case regarding Cofsky Supplemental Declaration (.30) | 0.30 |
| 12/05/2022 | Rochester, Shaya | Attend to issues regarding interim fee application (.70); attend to issues regarding Cofsky Supplemental Declaration (.20) | 0.90 |
| 12/06/2022 | Rosella, Michael | Review emails from White & Case regarding interim fee application (.30); respond to multiple emails from S. Rochester regarding same (.40) | 0.70 |
| 12/06/2022 | Rochester, Shaya | Attend to issues regarding PWP Interim Fee Application (.80) | 0.80 |
| 12/07/2022 | Rosella, Michael | Prepare emails to White & Case regarding interim fee application issues (.30); prepare emails to PWP team regarding same (.30); review SDNY Local Fee Guidelines for specific issues related to interim fee application (.40); begin to prepare draft of PWP interim fee application (.60) | 1.60 |
| 12/07/2022 | Rochester, Shaya | Attend to issue regarding PWP Interim Fee Application (.30) | 0.30 |
| 12/08/2022 | Rosella, Michael | Respond to questions from PWP regarding PWP Interim Fee Application (.50); prepare draft emails to White & Case regarding interim fee application issues (.30); emails with S. Rochester regarding the foregoing (.30) | 1.10 |
| 12/08/2022 | Rochester, Shaya | Attend to issues regarding PWP Interim Fee Application and correspondence with White & Case regarding same (.40) | 0.40 |
| 12/12/2022 | Rosella, Michael | Review matter category descriptions prepared by PWP for First Interim Fee Application (.40); prepare email to S. Rochester regarding same (.30) | 0.70 |
| 12/12/2022 | Rochester, Shaya | Attend to issues regarding Interim Fee Application (.40) | 0.40 |
| 12/13/2022 | Rosella, Michael | Prepare multiple draft emails to PWP regarding updates in interim fee application process (.40); attend call with S. Rochester regarding PWP Interim Fee Application (.20); prepare updates to interim fee application draft regarding same and various other issues (.60) | 1.20 |
| 12/13/2022 | Rochester, Shaya | Attend to issues regarding PWP Interim Fee Application and correspondence with PWP regarding same (.20); review and provide comments on PWP interim fee application (1.30); call with M. Rosella regarding PWP Interim Fee Application (.20) | 1.70 |
| 12/14/2022 | Rosella, Michael | Prepare draft emails to White & Case regarding Interim Fee Application issues (.30); review emails from PWP and White & Case regarding comments to Interim Fee Application (.50); prepare email to S. Rochester regarding next steps to finalize PWP Interim Fee Application (.20) | 1.00 |
| 12/14/2022 | Rochester, Shaya | Review White & Case comments to PWP Interim Fee Application and call with M. Rosella regarding same (.30) | 0.30 |
| 12/15/2022 | Rosella, Michael | Review and revise Interim Fee Application exhibits drafts prepared by PWP (.30); respond to questions from PWP regarding same (.40); prepare updates to Interim Fee Application to incorporate Katten comments and PWP exhibits drafts (.30); respond to questions from PWP regarding matter category descriptions (.30); review updated draft of matter category descriptions and expense totals from PWP (.50); provide comments on draft matter category descriptions (.40); prepare updated exhibits to reflect new information received from PWP (.30) | 2.50 |
| 12/15/2022 | Rochester, Shaya | Finalize Exhibits to Interim Fee Application (.30); review and provide comments on revised version of the Interim Fee Application (1.00) | 1.30 |

**Katten**

Matter:                342720.00002
Invoice #:             9020110914                                                    January 31, 2023
Invoice Due Date:      Payable Upon Receipt

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 12/16/2022 | Rosella, Michael | Review fee and expense spreadsheets prepared by PWP (.20); respond to emails from S. Rochester, PWP, and White & Case regarding same (.40); review finalized version of supplemental Cofsky declaration (.30); emails with PWP and White & Case regarding filing (.20) | 1.10 |
| 12/16/2022 | Rochester, Shaya | Answer client questions regarding Interim Fee Application (.20); correspondence with White & Case regarding Supplemental Declaration (.30); attend to issues regarding Supplemental Declaration and calls with PWP regarding same (.80) | 1.30 |
| 12/20/2022 | Rosella, Michael | Respond to questions from White & Case regarding PWP Interim Fee Application (.30) | 0.30 |

**Total Hours :**  **18.50**

Katten

| Matter: | 342720.00002 |
| Invoice #: | 9020110914 |
| Invoice Due Date: | Payable Upon Receipt |

January 31, 2023

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rochester, Shaya | 8.00 | 1,285.00 | 10,280.00 |
| Rosella, Michael | 10.50 | 800.00 | 8,400.00 |
| **Sub Total :** | **18.50** | **Sub Total :** | **18,680.00** |
| **Total Hours :** | **18.50** | **Total Fees** | **18,680.00   USD** |

Katten

**<u>Exhibit C</u>**

**Time Records**

# Celsius Networks

**Hours Summary**                                                                 *Strictly Private & Confidential*

**December 2022**

| Category | Kevin Cofsky (Partner) | Matt Rahmani (Exec Director) | Sean Eghlimi (Associate) | Sam Saferstein (Analyst) | RX Sub-Total | Aidoo (Exec Director) | Crypto Sub-Total | Grand Total |
|---|---|---|---|---|---|---|---|---|
| | | Restructuring | | | | Crypto | | |
| General Committee Administration | 26.0 | 16.5 | 18.5 | 18.5 | 79.5 | 15.5 | 15.5 | **95.0** |
| Correspondence with Debtor and Advisors | 7.5 | 13.0 | 13.0 | 13.0 | 46.5 | 11.5 | 11.5 | **58.0** |
| Correspondence with Third-Parties | 3.0 | 3.0 | 5.0 | 5.0 | 16.0 | 4.5 | 4.5 | **20.5** |
| Due Diligence, Operations, Business Plan, and Strategy | 3.5 | 4.5 | 10.5 | 12.5 | 31.0 | 3.0 | 3.0 | **34.0** |
| Financing Matters | - | - | - | - | - | - | - | **-** |
| Sale Process and Plan of Reorganization Negotiations | - | - | - | - | - | - | - | **-** |
| Expert Testimony | - | - | - | - | - | - | - | **-** |
| Valuation Analysis | - | - | - | - | - | - | - | **-** |
| Court Administration | 3.5 | 3.5 | 3.5 | 3.5 | 14.0 | - | - | **14.0** |
| Other Administrative Processes and Analysis | - | - | - | - | - | - | - | **-** |
| **Total Hours** | **43.5** | **40.5** | **50.5** | **52.5** | **187.0** | **34.5** | **34.5** | **221.5** |

**Celsius Networks**

Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| Kevin Cofsky (Partner) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 26.0 |
| Correspondence with Debtor and Advisors | 7.5 |
| Correspondence with Third-Parties | 3.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 3.5 |
| Financing Matters | - |
| Sale Process and Plan of Reorganization Negotiations | - |
| Expert Testimony | - |
| Valuation Analysis | - |
| Court Administration | 3.5 |
| Other Administrative Processes and Analysis | - |
| **Total** | **43.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 12/02/22 | Friday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/02/22 | Friday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/02/22 | Friday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/05/22 | Monday | 1.0 | Discussion with UCC Co-Chairs, W&C, M3 re: Prep for Meeting with Potential Plan Sponsor | General Committee Administration |
| 12/05/22 | Monday | 0.5 | Discussion with Centerview re: Sale Process Update | Correspondence with Debtor and Advisors |
| 12/05/22 | Monday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/05/22 | Monday | 2.0 | Attendance at Omnibus Court Hearing | Court Administration |
| 12/06/22 | Tuesday | 0.5 | Internal Discussion re: Potential Plan Considerations | Due Diligence, Operations, Business Plan, and Strategy |

## Celsius Networks

Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 12/06/22 Tuesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/06/22 Tuesday | 1.0 | Internal Discussion re: Analysis of Celsius NewCo | Due Diligence, Operations, Business Plan, and Strategy |
| 12/06/22 Tuesday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/06/22 Tuesday | 1.5 | Discussion with Debtors, Debtors' Advisors, W&C, M3 re: Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 12/07/22 Wednesday | 1.5 | Attendance at Custody Court Hearing | Court Administration |
| 12/07/22 Wednesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/08/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/08/22 Thursday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/08/22 Thursday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/08/22 Thursday | 0.5 | Discussion with Third Party Potential Plan Sponsor and Centerview | Correspondence with Third-Parties |
| 12/08/22 Thursday | 1.0 | Internal Discussion Re: Thinking through Counterproposals for Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 12/09/22 Friday | 1.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/09/22 Friday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/09/22 Friday | 1.0 | Review Materials: Strawman Response to Potential Bidder | Due Diligence, Operations, Business Plan, and Strategy |

**Celsius Networks**

Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| 12/12/22 Monday | 1.0 | Discussion with A&M and M3 re: Going-Forward Businss Plan Update | Correspondence with Debtor and Advisors |
| 12/12/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/12/22 Monday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/13/22 Tuesday | 2.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/13/22 Tuesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/14/22 Wednesday | 1.0 | Discussion with W&C and M3 re: Review of Bid Proposal and Preparation of UCC Meeting | General Committee Administration |
| 12/14/22 Wednesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/15/22 Thursday | 2.0 | Disccusion with UCC Co-Chairs, W&C, and M3 re: Bids Received and Strategic Plan | General Committee Administration |
| 12/19/22 Monday | 1.0 | Disccusion with Debtor's Advisors, W&C and M3 Re: Plan Structure | Correspondence with Debtor and Advisors |
| 12/19/22 Monday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/19/22 Monday | 1.0 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/20/22 Tuesday | 1.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/22/22 Thursday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/22/22 Thursday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |

**Celsius Networks**

Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 12/22/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/27/22 Tuesday | 1.5 | Discussion with W&C and M3 re: Review of Revised Potential Plan Sponsor Terms | General Committee Administration |
| 12/27/22 Tuesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/27/22 Tuesday | 1.5 | Discussion with Potential Plan Sponsor along with Debtor's Advisors, W&C and M3 | Correspondence with Third-Parties |
| 12/29/22 Tuesday | 1.0 | Case Management and Strategy Discussions with UCC Professionals | General Committee Administration |
| 12/29/22 Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/29/22 Thursday | 1.0 | Discussion with Potential Plan Sponsor re: Mining along with Celsius Mining, Debtor's Advisors, W&C and M3 | Correspondence with Third-Parties |

**Celsius Networks**

Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| Matt Rahmani (Exec Director) - Case Hours Summary | |
|---|---|
| Categories | Hours |
| General Committee Administration | 16.5 |
| Correspondence with Debtor and Advisors | 13.0 |
| Correspondence with Third-Parties | 3.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 4.5 |
| Financing Matters | - |
| Sale Process and Plan of Reorganization Negotiations | - |
| Expert Testimony | - |
| Valuation Analysis | - |
| Court Administration | 3.5 |
| Other Administrative Processes and Analysis | - |
| **Total** | **40.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Activity | Category |
| 12/02/22 | Friday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/02/22 | Friday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/05/22 | Monday | 1.0 | Discussion with UCC Co-Chairs, W&C, M3 re: Prep for Meeting with Potential Plan Sponsor | General Committee Administration |
| 12/05/22 | Monday | 0.5 | Discussion with Centerview re: Sale Process Update | Correspondence with Debtor and Advisors |
| 12/06/22 | Tuesday | 0.5 | Internal Discussion re: Potential Plan Considerations | Due Diligence, Operations, Business Plan, and Strategy |
| 12/05/22 | Monday | 2.0 | Attendance at Omnibus Court Hearing | Court Administration |
| 12/06/22 | Tuesday | 1.0 | Internal Discussion re: Analysis of Celsius NewCo | Due Diligence, Operations, Business Plan, and Strategy |
| 12/06/22 | Tuesday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |

## Celsius Networks

Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 12/06/22 Tuesday | 1.5 | Discussion with Debtors, Debtors' Advisors, W&C, M3 re: Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 12/06/22 Tuesday | 0.5 | Discussion with UCC Advisors re: Process and Workstreams Check-In | General Committee Administration |
| 12/07/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/07/22 Wednesday | 1.5 | Attendance at Custody Court Hearing | Court Administration |
| 12/08/22 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/08/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/08/22 Thursday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/08/22 Thursday | 0.5 | Discussion with Third Party Potential Plan Sponsor and Centerview | Correspondence with Third-Parties |
| 12/08/22 Thursday | 1.0 | Internal Discussion Re: Thinking through Counterproposals for Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 12/09/22 Friday | 1.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/09/22 Friday | 1.0 | Review Materials: Strawman Response to Potential Bidder | Due Diligence, Operations, Business Plan, and Strategy |
| 12/12/22 Monday | 1.0 | Discussion with A&M and M3 re: Going-Forward Businss Plan Update | Correspondence with Debtor and Advisors |
| 12/12/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/13/22 Tuesday | 2.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 12/14/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/14/22 Wednesday | 1.0 | Discussion with W&C and M3 re: Review of Bid Proposal and Preparation of UCC Meeting | General Committee Administration |
| 12/15/22 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/15/22 Thursday | 2.0 | Disccusion with UCC Co-Chairs, W&C, and M3 re: Bids Received and Strategic Plan | General Committee Administration |
| 12/19/22 Monday | 1.0 | Discucion with Debtor's Advisors, W&C and M3 Re: Plan Structure | Correspondence with Debtor and Advisors |
| 12/19/22 Monday | 1.0 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/20/22 Tuesday | 1.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/21/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/22/22 Thursday | 1.0 | Review Materials re: Core Bankruptcy Filing and RSA / DIP Considerations for Celsius | Due Diligence, Operations, Business Plan, and Strategy |
| 12/22/22 Thursday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/22/22 Thursday | 0.5 | Discussion with UCC Co-Chairs, W&C, and M3 re: Mining Updates | General Committee Administration |
| 12/22/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/27/22 Tuesday | 1.5 | Discussion with W&C and M3 re: Review of Revised Potential Plan Sponsor Terms | General Committee Administration |
| 12/27/22 Tuesday | 1.5 | Discussion with Potential Plan Sponsor along with Debtor's Advisors, W&C and M3 | Correspondence with Third-Parties |

**Celsius Networks**

Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 12/28/22 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/29/22 Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/29/22 Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/29/22 Thursday | 0.5 | Discussion with W&C and M3 re: Plan Sponsor Bids | General Committee Administration |
| 12/29/22 Thursday | 1.0 | Discussion with Potential Plan Sponsor re: Mining along with Celsius Mining, Debtor's Advisors, W&C and M3 | Correspondence with Third-Parties |

**Celsius Networks**

Sean Eghlimi (Associate)

*Strictly Private & Confidential*

| Sean Eghlimi (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 18.5 |
| Correspondence with Debtor and Advisors | 13.0 |
| Correspondence with Third-Parties | 5.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 10.5 |
| Financing Matters | - |
| Sale Process and Plan of Reorganization Negotiations | - |
| Expert Testimony | - |
| Valuation Analysis | - |
| Court Administration | 3.5 |
| Other Administrative Processes and Analysis | - |
| **Total** | **50.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 12/02/22 | Friday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/02/22 | Friday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/05/22 | Monday | 1.0 | Discussion with UCC Co-Chairs, W&C, M3 re: Prep for Meeting with Potential Plan Sponsor | General Committee Administration |
| 12/05/22 | Monday | 0.5 | Discussion with Centerview re: Sale Process Update | Correspondence with Debtor and Advisors |
| 12/05/22 | Monday | 2.0 | Create and Prepare Materials re: Mining Process Update and Bids | Due Diligence, Operations, Business Plan, and Strategy |
| 12/06/22 | Tuesday | 0.5 | Internal Discussion re: Potential Plan Considerations | Due Diligence, Operations, Business Plan, and Strategy |
| 12/05/22 | Monday | 2.0 | Attendance at Omnibus Court Hearing | Court Administration |
| 12/06/22 | Tuesday | 1.0 | Internal Discussion re: Analysis of Celsius NewCo | Due Diligence, Operations, Business Plan, and Strategy |
| 12/06/22 | Tuesday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |

## Celsius Networks

Sean Eghlimi (Associate)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 12/06/22 Tuesday | 1.5 | Discussion with Debtors, Debtors' Advisors, W&C, M3 re: Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 12/06/22 Tuesday | 0.5 | Discussion with UCC Advisors re: Process and Workstreams Check-In | General Committee Administration |
| 12/07/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/07/22 Wednesday | 1.5 | Attendance at Custody Court Hearing | Court Administration |
| 12/07/22 Wednesday | 2.0 | Create and Prepare Materials: Strawman Response to Potential Bidder | Due Diligence, Operations, Business Plan, and Strategy |
| 12/08/22 Thursday | 1.0 | Create and Prepare Materials: Strawman Response to Potential Bidder | Due Diligence, Operations, Business Plan, and Strategy |
| 12/08/22 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/08/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/08/22 Thursday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/08/22 Thursday | 0.5 | Discussion with Third Party Potential Plan Sponsor and Centerview | Correspondence with Third-Parties |
| 12/08/22 Thursday | 1.0 | Internal Discussion Re: Thinking through Counterproposals for Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 12/09/22 Friday | 1.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/12/22 Monday | 1.0 | Discussion with A&M and M3 re: Going-Forward Businss Plan Update | Correspondence with Debtor and Advisors |
| 12/12/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |

## Celsius Networks

**Sean Eghlimi (Associate)**

| Date | Hours | Description | Category |
|---|---|---|---|
| 12/13/22 Tuesday | 2.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/14/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/14/22 Wednesday | 1.0 | Discussion with W&C and M3 re: Review of Bid Proposal and Preparation of UCC Meeting | General Committee Administration |
| 12/15/22 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/15/22 Thursday | 2.0 | Disccusion with UCC Co-Chairs, W&C, and M3 re: Bids Received and Strategic Plan | General Committee Administration |
| 12/18/22 Sunday | 1.0 | Disccusion with W&C and M3 re: Celsius Mining Opportunity | General Committee Administration |
| 12/18/22 Sunday | 1.0 | Discussion with Potential Partner for Mining Opportunity with W&C and M3 | Correspondence with Third-Parties |
| 12/18/22 Sunday | 0.5 | Disccusion with W&C and M3 re: Celsius Mining Opportunity Follow-Up | General Committee Administration |
| 12/19/22 Monday | 1.0 | Discucsion with Debtor's Advisors, W&C and M3 Re: Plan Structure | Correspondence with Debtor and Advisors |
| 12/19/22 Monday | 1.0 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/20/22 Tuesday | 1.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/20/22 Tuesday | 1.0 | Disccusion with Potential Partner for Mining Opportunity with W&C and M3 | Correspondence with Third-Parties |
| 12/21/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/22/22 Thursday | 2.0 | Create and Prepare Materials re: Core Bankruptcy Filing and RSA / DIP Considerations for Celsius | Due Diligence, Operations, Business Plan, and Strategy |

**Celsius Networks**

Sean Eghlimi (Associate)

*Strictly Private & Confidential*

| Date | | Hours | Description | Category |
|------|--|-------|-------------|----------|
| 12/22/22 | Thursday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/22/22 | Thursday | 1.0 | Update Materials re: Core Bankruptcy Filing and RSA / DIP Considerations for Celsius | Due Diligence, Operations, Business Plan, and Strategy |
| 12/22/22 | Thursday | 0.5 | Discussion with UCC Co-Chairs, W&C, and M3 re: Mining Updates | General Committee Administration |
| 12/22/22 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/27/22 | Tuesday | 1.5 | Discussion with W&C and M3 re: Review of Revised Potential Plan Sponsor Terms | General Committee Administration |
| 12/27/22 | Tuesday | 1.5 | Discussion with Potential Plan Sponsor along with Debtor's Advisors, W&C and M3 | Correspondence with Third-Parties |
| 12/28/22 | Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/28/22 | Wednesday | 0.5 | Discussion with W&C and M3: re Potential Mining Strategic Options | General Committee Administration |
| 12/29/22 | Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/29/22 | Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/29/22 | Thursday | 0.5 | Discussion with W&C and M3 re: Plan Sponsor Bids | General Committee Administration |
| 12/29/22 | Thursday | 1.0 | Discussion with Potential Plan Sponsor re: Mining along with Celsius Mining, Debtor's Advisors, W&C and M3 | Correspondence with Third-Parties |

## Celsius Networks

Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| Sam Saferstein (Analyst) - Case Hours Summary | |
| --- | --- |
| **Categories** | **Hours** |
| General Committee Administration | 18.5 |
| Correspondence with Debtor and Advisors | 13.0 |
| Correspondence with Third-Parties | 5.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 12.5 |
| Financing Matters | - |
| Sale Process and Plan of Reorganization Negotiations | - |
| Expert Testimony | - |
| Valuation Analysis | - |
| Court Administration | 3.5 |
| Other Administrative Processes and Analysis | - |
| **Total** | **52.5** |

| Case Hours Detail | | | | |
| --- | --- | --- | --- | --- |
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 12/02/22 | Friday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/02/22 | Friday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/05/22 | Monday | 1.0 | Discussion with UCC Co-Chairs, W&C, M3 re: Prep for Meeting with Potential Plan Sponsor | General Committee Administration |
| 12/05/22 | Monday | 0.5 | Discussion with Centerview re: Sale Process Update | Correspondence with Debtor and Advisors |
| 12/05/22 | Monday | 2.0 | Create and Prepare Materials re: Mining Process Update and Bids | Due Diligence, Operations, Business Plan, and Strategy |
| 12/06/22 | Tuesday | 0.5 | Internal Discussion re: Potential Plan Considerations | Due Diligence, Operations, Business Plan, and Strategy |
| 12/05/22 | Monday | 2.0 | Attendance at Omnibus Court Hearing | Court Administration |
| 12/06/22 | Tuesday | 1.0 | Internal Discussion re: Analysis of Celsius NewCo | Due Diligence, Operations, Business Plan, and Strategy |
| 12/06/22 | Tuesday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |

## Celsius Networks

Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 12/06/22 Tuesday | 1.5 | Discussion with Debtors, Debtors' Advisors, W&C, M3 re: Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 12/06/22 Tuesday | 0.5 | Discussion with UCC Advisors re: Process and Workstreams Check-In | General Committee Administration |
| 12/07/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/07/22 Wednesday | 1.5 | Attendance at Custody Court Hearing | Court Administration |
| 12/07/22 Wednesday | 2.0 | Create and Prepare Materials: Strawman Response to Potential Bidder | Due Diligence, Operations, Business Plan, and Strategy |
| 12/08/22 Thursday | 1.0 | Create and Prepare Materials: Strawman Response to Potential Bidder | Due Diligence, Operations, Business Plan, and Strategy |
| 12/08/22 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/08/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/08/22 Thursday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/08/22 Thursday | 0.5 | Discussion with Third Party Potential Plan Sponsor and Centerview | Correspondence with Third-Parties |
| 12/08/22 Thursday | 1.0 | Internal Discussion Re: Thinking through Counterproposals for Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 12/09/22 Friday | 1.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/10/22 Saturday | 1.0 | Update Materials: Strawman Response to Potential Bidder | Due Diligence, Operations, Business Plan, and Strategy |
| 12/12/22 Monday | 1.0 | Discussion with A&M and M3 re: Going-Forward Businss Plan Update | Correspondence with Debtor and Advisors |

## Celsius Networks

Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 12/12/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/13/22 Tuesday | 2.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/14/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/14/22 Wednesday | 1.0 | Discussion with W&C and M3 re: Review of Bid Proposal and Preparation of UCC Meeting | General Committee Administration |
| 12/15/22 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/15/22 Thursday | 2.0 | Discussion with UCC Co-Chairs, W&C, and M3 re: Bids Received and Strategic Plan | General Committee Administration |
| 12/18/22 Sunday | 1.0 | Discussion with W&C and M3 re: Celsius Mining Opportunity | General Committee Administration |
| 12/18/22 Sunday | 1.0 | Discussion with Potential Partner for Mining Opportunity with W&C and M3 | Correspondence with Third-Parties |
| 12/18/22 Sunday | 0.5 | Discussion with W&C and M3 re: Celsius Mining Opportunity Follow-Up | General Committee Administration |
| 12/19/22 Monday | 1.0 | Discussion with Debtor's Advisors, W&C and M3 Re: Plan Structure | Correspondence with Debtor and Advisors |
| 12/19/22 Monday | 1.0 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/20/22 Tuesday | 1.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/20/22 Tuesday | 1.0 | Discussion with Potential Partner for Mining Opportunity with W&C and M3 | Correspondence with Third-Parties |
| 12/21/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

**Celsius Networks**

Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| 12/22/22 Thursday | 2.0 | Create and Prepare Materials re: Core Bankruptcy Filing and RSA / DIP Considerations for Celsius | Due Diligence, Operations, Business Plan, and Strategy |
|---|---|---|---|
| 12/22/22 Thursday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/22/22 Thursday | 0.5 | Discussion with UCC Co-Chairs, W&C, and M3 re: Mining Updates | General Committee Administration |
| 12/22/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/27/22 Tuesday | 1.5 | Discussion with W&C and M3 re: Review of Revised Potential Plan Sponsor Terms | General Committee Administration |
| 12/27/22 Tuesday | 1.5 | Discussion with Potential Plan Sponsor along with Debtor's Advisors, W&C and M3 | Correspondence with Third-Parties |
| 12/28/22 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/28/22 Wednesday | 0.5 | Discussion with W&C and M3: re Potential Mining Strategic Options | General Committee Administration |
| 12/29/22 Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/29/22 Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/29/22 Thursday | 0.5 | Discussion with W&C and M3 re: Plan Sponsor Bids | General Committee Administration |
| 12/29/22 Thursday | 1.0 | Discussion with Potential Plan Sponsor re: Mining along with Celsius Mining, Debtor's Advisors, W&C and M3 | Correspondence with Third-Parties |
| 12/30/22 Friday | 2.0 | Create Payback Analysis on Mining Proposal | Due Diligence, Operations, Business Plan, and Strategy |

## Celsius Networks

Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| Emmanuel Aidoo (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | Hours |
| General Committee Administration | 15.5 |
| Correspondence with Debtor and Advisors | 11.5 |
| Correspondence with Third-Parties | 4.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 3.0 |
| Financing Matters | - |
| Sale Process and Plan of Reorganization Negotiations | - |
| Expert Testimony | - |
| Valuation Analysis | - |
| Court Administration | - |
| Other Administrative Processes and Analysis | - |
| **Total** | **34.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Activity | Category |
| 12/02/22 | Friday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/02/22 | Friday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/05/22 | Monday | 1.0 | Discussion with UCC Co-Chairs, W&C, M3 re: Prep for Meeting with Potential Plan Sponsor | General Committee Administration |
| 12/06/22 | Tuesday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/06/22 | Tuesday | 1.5 | Discussion with Debtors, Debtors' Advisors, W&C, M3 re: Going-Forward Business Plan | Correspondence with Debtor and Advisors |
| 12/07/22 | Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/08/22 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/08/22 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/08/22 | Thursday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |

## Celsius Networks

Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 12/08/22 Thursday | 1.0 | Internal Discussion Re: Thinking through Counterproposals for Bids Received | Due Diligence, Operations, Business Plan, and Strategy |
| 12/09/22 Friday | 1.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/09/22 Friday | 1.0 | Review Materials: Strawman Response to Potential Bidder | Due Diligence, Operations, Business Plan, and Strategy |
| 12/12/22 Monday | 1.0 | Discussion with A&M and M3 re: Going-Forward Businss Plan Update | Correspondence with Debtor and Advisors |
| 12/12/22 Monday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/13/22 Tuesday | 2.5 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |
| 12/14/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/14/22 Wednesday | 1.0 | Discussion with W&C and M3 re: Review of Bid Proposal and Preparation of UCC Meeting | General Committee Administration |
| 12/15/22 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/18/22 Sunday | 1.0 | Disccusion with W&C and M3 re: Celsius Mining Opportunity | General Committee Administration |
| 12/18/22 Sunday | 1.0 | Discussion with Potential Partner for Mining Opportunity with W&C and M3 | Correspondence with Third-Parties |
| 12/18/22 Sunday | 0.5 | Disccusion with W&C and M3 re: Celsius Mining Opportunity Follow-Up | General Committee Administration |
| 12/19/22 Monday | 1.0 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/20/22 Tuesday | 1.0 | Weekly Update Discussion with UCC Members and UCC Advisors (W&C, M3, Elementus) Re: Process and Diligence Updates / Recap | General Committee Administration |

**Celsius Networks**

Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 12/20/22 Tuesday | 1.0 | Disccusion with Potential Partner for Mining Opportunity with W&C and M3 | Correspondence with Third-Parties |
| 12/21/22 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/22/22 Thursday | 1.0 | Review Materials re: Core Bankruptcy Filing and RSA / DIP Considerations for Celsius | Due Diligence, Operations, Business Plan, and Strategy |
| 12/22/22 Thursday | 0.5 | Bi-Weekly Catch-Up Call with UCC Advisors (W&C, M3, Elementus) | General Committee Administration |
| 12/22/22 Thursday | 0.5 | Discussion with UCC Co-Chairs, W&C, and M3 re: Mining Updates | General Committee Administration |
| 12/22/22 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/27/22 Tuesday | 1.5 | Discussion with W&C and M3 re: Review of Revised Potential Plan Sponsor Terms | General Committee Administration |
| 12/27/22 Tuesday | 1.5 | Discussion with Potential Plan Sponsor along with Debtor's Advisors, W&C and M3 | Correspondence with Third-Parties |
| 12/28/22 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 12/28/22 Wednesday | 0.5 | Discussion with W&C and M3: re Potential Mining Strategic Options | General Committee Administration |
| 12/29/22 Thursday | 1.0 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 12/29/22 Thursday | 0.5 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 12/29/22 Thursday | 1.0 | Discussion with Potential Plan Sponsor re: Mining along with Celsius Mining, Debtor's Advisors, W&C and M3 | Correspondence with Third-Parties |