Annemarie V. Reilly
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

John J. Sikora (admitted *pro hac vice*)
Heather A. Waller (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

*Special Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## COVER SHEET TO THE SECOND INTERIM APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023

In accordance with Rule 2016-1 of the Local Rules of Bankruptcy Procedure, incorporating

the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of*

*New York Bankruptcy Cases* [General Order M-447], among other guidelines (the "**Local**

**Guidelines**"), and the *First Amended Order (I) Establishing Procedures for Interim Compensation*

*and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated

December 19, 2022 [ECF No. 1745] (the "**Interim Compensation Order**"), Latham & Watkins

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

LLP ("**L&W**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this summary (this "**Summary**") of fees and expenses sought as actual and necessary in the fee application to which this Summary is attached (the "**Application**") for the period of November 1, 2022 through February 28, 2023 (the "**Fee Period**").

| General Information | |
| --- | --- |
| **Name of Applicant:** | Latham & Watkins LLP |
| **Role of Applicant:** | Special Counsel to Celsius Network LLC, *et al.* |
| **Authorized to Provide Services to:** | Celsius Network LLC, *et al.* |
| **Petition Date:** | July 13, 2022 |
| **Retention Date:** | September 16, 2022, effective as of July 13, 2022 |
| **Date of Order Approving Retention:** | September 16, 2022 [ECF No. 838] |

| Summary of Fees and Expenses Requested for the Compensation Period | |
| --- | --- |
| **Time Period Covered by This Application:** | November 1, 2022 through February 28, 2023 |
| **Total Compensation Requested:** | $8,045,325.75 |
| **Total Expenses Requested:** | $39,803.06 |
| **Total Compensation and Expenses Requested:** | $8,085,128.81 |

| *Summary of Past Requests for Compensation and Prior Payments* | |
|---|---|
| **Compensation Sought in This Application Already Paid Pursuant to a Compensation Order but Not yet Allowed:** | $2,751,484.90[2] |
| **Expenses Sought in This Application Already Paid Pursuant to a Compensation Order but Not yet Allowed:** | $15,527.29 |
| **Total Compensation and Expenses Sought in This Application Already Paid Pursuant to a Compensation Order but Not yet Allowed:** | $2,767,012.19 |

| *Summary of Rates and Other Related Information for the Compensation Period* | |
|---|---|
| **Blended Rate in This Application for All Partners, Counsel, and Associates:** | $1,186.50 |
| **Blended Rate in This Application for All Timekeepers:** | $937.00 |
| **Number of Professionals Included in This Application:** | 43 |
| **Difference Between Fees Budgeted and Compensation Sought for This Period:** | The fees sought are $369,674.25 less than budgeted. |
| **Number of Professionals Billing Fewer Than 15 Hours During This Period:** | 18 |
| **Increase in Rates Since Date of Retention:** | As previously disclosed, L&W's standard billing rates were adjusted firm-wide on January 1, 2023. *See* ECF No. 1711. |

This is a(n):          ___ monthly          _X_ interim          ___ final application

---

[2]    Of this amount, $84,674.50 was paid as expenses for e-discovery paraprofessionals in connection with L&W's fourth monthly fee statement [ECF No. 2135], and $122,325.00 was paid as expenses for e-discovery paraprofessionals in connection with L&W's first interim fee application [ECF No. 1712] and the monthly fee statements covered by that application.  Based on comments received from the Fee Examiner (as defined below), L&W is resubmitting these charges for approval as compensation rather than expenses in connection with this Application.

## **Summary of Prior Monthly Fee Statements of Latham & Watkins LLP**

| Period Covered and ECF No. | Total Fees Requested | Total Expenses Requested | Total Fees and Expenses Requested | Fees Paid | Expenses Paid | Total Balance Remaining to be Paid |
|---|---|---|---|---|---|---|
| 7/13/2022 – 8/31/2022 ECF No. 1225 | $2,185,043.50 | $45,769.13 | $2,230,812.63 | $1,748,034.80 | $45,769.13 | $437,008.70 |
| 9/1/2022 – 9/30/2022 ECF No. 1523 | $1,439,199.00 | $41,532.13 | $1,480,731.13 | $1,151,359.20 | $41,532.13 | $287,839.80 |
| 10/1/2022 – 10/31/2022 ECF No. 1650 | $1,473,704.50 | $49,772.66 | $1,523,477.16 | $1,178,963.60 | $49,772.66 | $294,740.90 |
| 11/1/2022 – 12/31/2022 ECF No. 2135 | $3,180,606.75 | $100,201.79 | $3,280,808.54 | $2,544,485.40 | $100,201.79 | $636,121.35 |
| 1/1/2023 – 2/28/2023 ECF No. 2433 | $4,657,719.50 | $24,275.88 | $4,681,995.38 | $0 | $0 | $4,681,995.38 |

Annemarie V. Reilly
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200

John J. Sikora (admitted *pro hac vice*)
Heather A. Waller (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700

*Special Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND INTERIM APPLICATION OF LATHAM & WATKINS LLP**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR**
**THE PERIOD FROM NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules of Bankruptcy Procedure,

incorporating the *Amended Guidelines for Fees and Disbursements for Professionals in the*

*Southern District of New York Bankruptcy Cases* [General Order M-447], among other guidelines

(the "**Local Guidelines**"), the *United States Trustee's Guidelines for Reviewing Applications for*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**," and together with the Local Guidelines, the "**Fee Guidelines**"), and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated December 19, 2022 [ECF No. 1745] (the "**Interim Compensation Order**"), Latham & Watkins LLP ("**L&W**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Second Interim Application of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from November 1, 2022 through February 28, 2023* (this "**Application**").  By this Application, L&W seeks allowance of compensation for actual and necessary professional services rendered for the Debtors in the total amount of $8,045,325.75, and for reimbursement of actual, necessary disbursements that L&W incurred in connection with such services in the total amount of $39,803.03, for an aggregate total of $8,085,128.81 during the period of November 1, 2022 through February 28, 2023 (the "**Fee Period**").

### Jurisdiction

1.      The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

3.      On July 13, 2022 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors-in-possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are jointly administered pursuant to Bankruptcy Rule 1015(b) [ECF No. 53].  On July 27, 2022, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**UCC**") pursuant to section 1102 of the Bankruptcy Code [ECF No. 241].  On September 29, 2022, the Court entered an order appointing an examiner (the "**Examiner**") in the Debtors' chapter 11 cases [ECF No. 920].

4.      A description of the Debtors' businesses, the reasons for commencing the chapter 11 cases, and the relief sought from the Court to facilitate effective administration of these chapter 11 cases are set forth in the (a) *Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, in Support of Chapter 11 Petitions and First Day Motions* [ECF No. 23] and (b) *Declaration of Robert Campagna, Managing Director of Alvarez & Marsal North America, LLC, in Support of Chapter 11 Petitions and First Day Motions* [ECF No. 22].

5.      On October 20, 2022, the Court entered an order [ECF No. 1151] appointing Judge Christopher Sontchi to serve as the fee examiner (the "**Fee Examiner**") in these cases.  On December 19, 2022, the Court entered the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [ECF No. 1746].

6.      On December 19, 2022, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

**The Debtors' Retention of Latham & Watkins LLP**

7.      On September 16, 2022, the Court entered the *Order Approving the Retention and Employment of Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the*

*Petition Date* [ECF No. 838] (the "**Retention Order**"), authorizing the Debtors to retain L&W to represent them in connection with various inquiries and investigations by federal and state regulators (collectively, the "**Investigations**").  More specifically, the Retention Order permits L&W to render the following services (collectively, the "**L&W Services**"):

(a)    advising the Debtors as to their rights and obligations with respect to the Investigations;

(b)    communicating with the regulators on the Debtors' behalf;

(c)    analyzing and responding to document and information requests from regulators;

(d)    researching and analyzing various legal issues related to the Investigations; and

(e)    providing advice on certain regulatory questions and issues that may arise in the normal course of business.

8.    The Retention Order, which is attached hereto as **Exhibit B** and incorporated by reference, allows the Debtors to compensate and reimburse L&W in accordance with sections 330 and 331 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, the Local Rules, the Fee Guidelines, and any applicable procedures and orders of the Court.  The Retention Order also authorizes the Debtors to compensate L&W at its hourly rates charged for services of this type and for the firm's actual, necessary expenses incurred in connection with the L&W Services rendered during the Fee Period.

## Compensation Paid and Its Sources

9.    All services during the Fee Period for which compensation is requested by L&W were performed for or on behalf of the Debtors and are for matters within the scope of L&W's retention as special counsel pursuant to the Retention Order.  Additionally, except for L&W's retention by the Debtors pursuant to the Retention Order, L&W has not received any payment or promises of payment from any source for services rendered or to be rendered in any capacity

whatsoever in connection with matters covered by this Fee Application. A certification confirming L&W's compliance with the Fee Guidelines is annexed hereto as **Exhibit A**.

10.    To the extent that billable time or disbursement charges for services rendered or expenses incurred relate to the Fee Period, but were not processed prior to the preparation of this Fee Application, L&W reserves the right to request compensation for such services and reimbursement of such expenses in a future fee application.

**Summary of Professional Compensation and Reimbursement of Expenses Requested**

11.    During the Fee Period, L&W's professionals and paraprofessionals expended a total of 8,586.3 hours providing the L&W Services. L&W has been able to provide these services efficiently and effectively by utilizing the expertise of professionals and paraprofessionals within relevant practice groups and ensuring that the level of seniority is commensurate with the assignment. L&W, in connection with the services rendered on behalf of the Debtors during the Fee Period, respectfully requests allowance of reasonable compensation for such services rendered in the total amount of $8,045,325.75 and reimbursement of actual and necessary expenses incurred in the amount of $39,803.06, for an aggregate total of $8,085,128.81 for the Fee Period.

12.    Annexed hereto as **Exhibit C** is a list of the L&W professionals and paraprofessionals who provided services to the Debtors during the Fee Period, as well as each person's position with the firm, the hourly rate charged for their services, the number of hours worked on this matter, and other pertinent information. **Exhibit D** annexed hereto is a list of the categories and the total fees and total hours expended by subject matter category.

13.    L&W engaged in ongoing discussions with the Debtors regarding budgeting and staffing issues prior to and during the Fee Period. In addition to those discussions, L&W provided the Debtors with a budget and staffing plan for the Fee Period in accordance with the U.S. Trustee

Guidelines.  L&W's budget and staffing plan are annexed hereto as **Exhibit F** and **Exhibit G**, respectively.

14.    L&W maintains computerized, detailed time records of services rendered by its professionals and paraprofessionals during the Fee Period, which are organized by project category with a daily time log describing the time spent by each timekeeper, as well as an itemization of all disbursements incurred.  The detailed records for this Fee Period were appended to L&W's monthly fee statements [ECF Nos. 2135 & 2433].[2]

## Case Status

15.    On February 28, 2023, the Debtors, the UCC, and NovaWulf Digital Management, L.P. (together with its affiliates, "**NovaWulf**") executed a Plan Sponsor Agreement and announced the transactions documented therein as the "stalking horse bid" for the sale/reorganization process with respect to the Debtors' assets.  On March 30, 2023, the Court entered an order approving certain bid protections for NovaWulf in its capacity as the proposed plan sponsor [ECF No. 2344]. The deadline for other parties to submit competing bids to sponsor a plan of reorganization or another transaction with respect to the Debtors' assets is April 17, 2023.

16.    On March 31, 2023, the Debtors filed the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [ECF No. 2358], which reflects the proposed transaction sponsored by NovaWulf.

## Summary of Services Rendered

17.    L&W provided complex and critical professional advice and representation in connection with the Investigations, including on an urgent basis and under significant time

---

[2]    Based on comments received from the Fee Examiner, L&W is hereby seeking approval of compensation in the amount of $84,674.50 for charges for e-discovery paraprofessionals that were previously submitted (and paid) as expenses in connection with L&W's fourth monthly fee statement [ECF No. 2135].  Accordingly, L&W is resubmitting detailed time records for these services, which are attached hereto as **Exhibit H**.

pressures. Summaries of the services are detailed below in accordance with L&W's internal

system of project categories:

US Investigations Work
Fees: $7,601,483.00, Total Hours: 7,588.4

- Under this project category, L&W performed all services necessary to effectively represent the Debtors in connection with more than 20 separate U.S. regulatory and criminal investigations conducted by each of the United States Attorney's Office for the Southern District of New York, the U.S. Securities and Exchange Commission, the Commodity Futures Trading Commission, the Federal Trade Commission, and 19 regulatory bodies of at least 17 states. Specifically, L&W:

    o   Collected, reviewed, and produced hundreds of thousands of documents in response to requests received from state and federal regulators;

    o   Prepared responses and correspondence to the regulators;

    o   Prepared for and participated in conferences with the regulators;

    o   Prepared for and participated in conferences with the Debtors and the Special Committee to provide updates and advice related to the Investigations;

    o   Appeared and prepared filings on the Debtors' behalf in regulatory proceedings;

    o   Prepared for and participated in meetings with the Debtors' and third party witnesses;

    o   Communicated with counsel for certain employee and third party witnesses;

    o   Prepared for and participated in regular update calls with the Debtors' management regarding the status of the Investigations, outstanding requests for information, and related strategy matters;

    o   Coordinated internally and with vendor FTI Consulting and other retained counsel Kirkland & Ellis and Akin Gump to ensure that the numerous ongoing workstreams, including related to document collection and production, were handled efficiently and effectively;

    o   Researched and analyzed various legal and procedural issues raised in the Investigations;

    o   Drafted, revised, and maintained work product related to the Investigations;

    o   Reviewed and commented on various pleadings and other restructuring materials as related to the Investigations and other regulatory considerations;

    o  Analyzed and provided advice on regulatory issues that arose in the ordinary course of the Debtors' business, including with respect to the Debtors' formulation of future business plans;

    o  Coordinated with the Debtors' restructuring counsel and other advisors in connection with the foregoing; and

    o  Attended hearings and monitored the docket in the Debtors' chapter 11 cases in connection with the foregoing.

Practice Support Services[3]
Fees: $325,499.50, Total Hours: 868.0

- Under this project category, L&W e-discovery paraprofessionals provided services related to the preservation, collection, review, and production of documents in connection with the Investigations.  Specifically, L&W:

    o  Identified and resolved any potential technical issues during the collection, processing, review, and production of data;

    o  Implemented quality control processes to ensure the accuracy of production sets;

    o  Provided advice regarding the technical specifications and production formats required by regulators;

    o  Created and maintained records related to document review and production matters; and

    o  Coordinated with vendor FTI Consulting to ensure efficiencies and accuracy in the review and production of materials.

L&W Retention and Fee Applications (prior to January 1, 2023)
Fees: $79,385.50, Total Hours: 86.7

- Under this project category, L&W provided services related to L&W's retention and compensation.  Specifically, L&W:

    o  Prepared supplemental declarations in support of L&W's retention;

    o  Reviewed time entries for privilege and confidentiality;

    o  Prepared L&W's second and third monthly fee statements;

    o  Prepared L&W's first interim fee application;

---

[3] Based on comments received from the Fee Examiner, L&W is hereby seeking approval of compensation in the amount of (a) $84,674.50 for Practice Support Services charges that were previously submitted (and paid) as expenses in connection with L&W's fourth monthly fee statement [ECF No. 2135], and (b) $122,325.00 for Practice Support Services charges that were previously submitted (and paid) as expenses in connection with L&W's first interim fee application [ECF No. 1712] and the monthly fee statements covered by that application. Accordingly, L&W is resubmitting detailed time records for these services, which are attached hereto as **Exhibit H** and **Exhibit I**, respectively.

       o      Internally coordinated with respect to L&W's fee statements/applications, supplemental retention declarations, budget and staffing plan, and related matters; and

       o      Coordinated with the Debtors' restructuring counsel with respect to various retention and compensation matters.

<u>L&W Fee Applications (post-January 1, 2023)</u>[4]
Fees: $30,143.00, Total Hours: 33.2

- Under this project category, L&W provided services related to L&W's compensation. Specifically, L&W:

       o      Reviewed time entries for privilege and confidentiality;

       o      Prepared L&W's third and fourth monthly fee statements;

       o      Reviewed the Fee Examiner's confidential letter report on L&W's first interim fee application, communicated internally regarding the same, and began preparing a response to the same;

       o      Internally coordinated with respect to L&W's fee statements/applications and related matters; and

       o      Coordinated with the Debtors' restructuring counsel with respect to various compensation matters.

<u>L&W Retention and Disclosures (post-January 1, 2023)</u>[5]
Fees: $6,348.00, Total Hours: 6.1

- Under this project category, L&W provided services related to L&W's retention and related disclosures. Specifically, L&W:

       o      Prepared a supplemental declaration in support of L&W's retention and analyzed related matters; and

       o      Coordinated with the Debtors' restructuring counsel with respect to various retention matters.

---

[4]    At the request of the Fee Examiner, beginning January 1, 2023, L&W created a separate category for work related to its fee applications.

[5]    At the request of the Fee Examiner, beginning January 1, 2023, L&W created a separate category for work related to its own retention application and related disclosures.

<u>Non-Working Travel</u>[6]
Fees: $2,466.75, Total Hours: 3.9

- This project category includes all travel time not otherwise chargeable.

### **Actual and Necessary Expenses**

18.     As set forth in **Exhibit E** hereto, L&W has incurred or disbursed $39,803.66 in expenses in providing the L&W Services to the Debtors during the Fee Period.  These expense amounts are intended to cover L&W's direct operating costs, which costs are not incorporated into the L&W hourly billing rates.  Only clients for whom the services are actually used are separately charged for such services.  The effect of including such expenses as part of the hourly billing rates would unfairly impose additional costs upon clients who do not require extensive photocopying, delivery, and other services.  L&W charged the Debtors $0.10 per page for photocopying expenses.

19.     L&W has made every effort to minimize its expenses in the chapter 11 cases.  The actual expenses incurred in providing professional services to the Debtors were necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors and their estates.

### **L&W's Requested Compensation and Reimbursement Should Be Allowed**

20.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual,

---

[6]     All non-working travel time has been billed at 50% of the normal hourly rate.

necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award

of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including –
>
> > (a)   the time spent on such services;
> >
> > (b)   the rates charged for such services;
> >
> > (c)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> >
> > (d)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and
> >
> > …..
> >
> > (f)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

21.   The foregoing professional services were performed by L&W in an efficient

manner, were necessary and appropriate to the administration of the chapter 11 cases, and were in

the best interests of the Debtors, their estates, and other parties in interest.  Compensation for the

foregoing services as requested is commensurate with the complexity, importance, and nature of

the problems, issues, and tasks involved.  As required by the U.S. Trustee Guidelines, annexed

hereto as **Exhibit J** is a chart setting forth the comparative blended rates of the professionals and

paraprofessionals who rendered services with a corresponding comparison of rates for

professionals and paraprofessionals not involved in these chapter 11 cases.

**<u>Notice</u>**

22.     The Debtors will provide notice of this Application in accordance with the Interim

Compensation Order.  The Debtors submit that no other or further notice be given.

[*Remainder of Page Left Blank Intentionally*]

WHEREFORE, L&W, in connection with services rendered on behalf of the Debtors, respectfully requests allowance of reasonable compensation of such services rendered in the total amount of $8,045,325.75 and reimbursement of actual and necessary expenses incurred in the amount of $39,803.06, for an aggregate total of $8,085,128.81 for the Fee Period.

**LATHAM & WATKINS LLP**

Dated:  April 14, 2023
     New York, New York

By: _/s/ Annemarie V. Reilly_
Annemarie V. Reilly
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile: (212) 751-4864
annemarie.reilly@lw.com

– and –

John J. Sikora (admitted pro hac vice)
Heather A. Waller (admitted pro hac vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Facsimile: (202) 637-5910
john.sikora@lw.com
heather.waller@lw.com

*Special Counsel to the Debtors*
*and Debtors in Possession*

## Exhibit A

**Certification of Compliance with Fee Guidelines**

Annemarie V. Reilly
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

John J. Sikora (admitted *pro hac vice*)
Heather A. Waller (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

*Special Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF JOHN J. SIKORA JR. IN SUPPORT OF**
**THE SECOND INTERIM APPLICATION OF LATHAM & WATKINS LLP**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

I, John J. Sikora Jr., hereby certify that:

1.        I am a partner of the law firm of Latham & Watkins LLP ("**L&W**"), an international

law firm with offices across the United States, Europe, and Asia. I am admitted, practicing, and a

member in good standing of the bar of the State of Illinois. I am familiar with the work performed

by L&W on behalf of the above-captioned debtors and debtors in possession ("**Debtors**").

---

[1]        The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius
Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending
LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC
(9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service
address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2.      I have reviewed the *Second Interim Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from November 1, 2022 through February 28, 2023* (the "**Application**") [2] to certify to certain matters addressed in the (i) *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated December 19, 2022 [ECF No. 1745] (the "**Interim Compensation Order**"), (ii) Rule 2016-1 of the Local Rules of Bankruptcy Procedure, incorporating the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases* [General Order M-447] (the "**Local Guidelines**"), and (iii) the United States Trustee's *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013 (the "**U.S. Trustee Guidelines,**" and together with Local Guidelines, the "**Fee Guidelines**").  The Application covers the period November 1, 2022 through February 28, 2023 (the "**Fee Period**").

3.      To the best of my knowledge, information and belief, the statements contained in the foregoing Application are true and accurate in all material respects and comply with the Fee Guidelines in material part.  L&W responds to the questions identified in the U.S. Trustee Guidelines as follows:

Question 1: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

Answer: No.

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Question 2: If the fees sought in the Application as compared to the fees budgeted for the time period covered by the Application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Answer: The fees sought in the Application are $369,674.25 less than budgeted.

Question 3: Have any of the professionals included in the Application varied their hourly rate based on geographic location of the bankruptcy case?

Answer: No.

Question 4: Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices (other than for privileged or confidential information)?

Answer: No.

Question 5: Does the Application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees.

Answer: The Application includes approximately 36.4 hours and $36,487 in fees related to reviewing time records to redact any privileged or other confidential information, particularly in light of the confidential nature of certain of the Investigations. This amount represents less than 1% of the aggregate amount of the fees requested.

Question 6: Did the Application include any rate increases since retention in these cases?

Answer: As previously disclosed, L&W's standard billing rates were adjusted firm-wide on January 1, 2023. *See* ECF No. 1711.

Question 7: Did the client agree when retaining L&W to accept all future rate increases? If not, did L&W inform the client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Answer: The client was informed of L&W's rates and future rate increases as part of its approval of L&W's retention application.

Dated:    April 14, 2023
          Chicago, IL

By:    */s/ John J. Sikora Jr.*
       John J. Sikora Jr.
       Partner
       Latham & Watkins LLP

**<u>Exhibit B</u>**

**Retention Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT
### OF LATHAM & WATKINS LLP AS SPECIAL COUNSEL TO
### THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

Upon the application (the "Application," ECF Doc. # 363)[2] of the above-captioned debtors

and debtors in possession (collectively, the "Debtors") for entry of an order pursuant to section

327(e) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and

2016-1 authorizing the Debtors to retain Latham & Watkins LLP ("L&W") as special counsel to

the Debtors with respect to the L&W Services, effective as of the Petition Date, all as more fully

set forth in the Application; and upon the Sikora Declaration and the Ferraro Declaration; and this

Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference* from the United States District Court for the Southern District of

New York, entered February 1, 2012; and this Court having the power to enter a final order

consistent with Article III of the United States Constitution; and this Court having found that

venue of the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

this Court having found that the Debtors' notice of the Application and opportunity for a hearing

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2]     Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Application.

on the Application were appropriate under the circumstances and no other notice need be provided; and the Court having determined that the relief sought in the Application is in the best interests of the Debtors, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Application is approved as set forth herein.

2.      Pursuant to section 327(e) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1, the Debtors are authorized to retain L&W as special counsel to the Debtors with respect to the L&W Services, effective as of the Petition Date, and L&W is authorized to perform the L&W Services described in the Application.

3.      L&W shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the L&W Services in the Debtors' Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, the Local Rules, the Fee Guidelines, and any applicable procedures and orders of the Court.

4.      Prior to any increase in L&W's rates for any individual providing services in the Chapter 11 Cases, L&W shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtors, the United States Trustee, and any official committee.  The supplemental affidavit shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtors have consented to the rate increase.  The United States Trustee retains all rights to object to any rate increase on all

2

grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code.

5.     L&W shall apply any remaining amounts of the Fee Advance as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to the first order of the Court awarding fees and expenses to L&W.  L&W is authorized without further order of the Court to apply amounts from the Fee Advance that would otherwise be applied toward payment of postpetition fees and expenses as are necessary and appropriate to compensate and reimburse L&W for fees or expenses incurred prior to the Petition Date consistent with its ordinary course billing practice.

6.     L&W shall use its best efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in the Chapter 11 Cases.

7.     For the avoidance of doubt, and to resolve an informal objection raised by the Office of the United States Trustee, L&W will not represent Blockchain Access UK Ltd. in any matter adverse to the Debtors, nor will L&W perform services for any of the Debtors that relate to any claim or cause of action that the Debtors may have against Three Arrows Capital, Ltd.; such matters will be handled by the Debtors' general bankruptcy counsel, Kirkland & Ellis, LLP or such other counsel as may be retained by the Debtors.

8.     To the extent that the Court does not grant certain of the relief requested in the *Debtors' Ex Parte Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents and (II) Granting Related Relief* (ECF Doc. # 344) or other motion seeking to authorize the sealing of information, the Debtors shall file, as soon as reasonably practicable thereafter, unredacted versions of any

declaration or other supplemental disclosure to the extent necessary to comply with such rulings

by the Court.

       9.     In the event of any inconsistency between the Application, the Sikora Declaration,

the Engagement Letter, and this Order, the terms of this Order shall govern.

       10.    Notice of the Application as provided therein is good and sufficient notice of such

Application and the requirements of Bankruptcy Rule 6004(h) and the Local Rules are satisfied by

such notice.

       11.    Notwithstanding any provision in the Bankruptcy Rules to the contrary, the terms

and conditions of this Order are immediately effective and enforceable upon its entry.

       12.    The Debtors are authorized to take all reasonable actions necessary to effectuate

the relief granted in this Order in accordance with the Application.

       13.    This Court retains exclusive jurisdiction to hear and determine all matters arising

from or related to the implementation, interpretation, and enforcement of this Order. For the

avoidance of doubt, to the extent this Court has or retains jurisdiction over any matter under this

Paragraph 12, including any disputes relating to the L&W Services, such disputes shall be resolved

by this Court notwithstanding any provision to the contrary in the Engagement Letter, and 28

U.S.C. § 1334(e)(2) shall govern the forum for resolving any fee disputes.


**IT IS SO ORDERED.**

Dated:  September 16, 2022
       New York, New York

                                **_/s/ Martin Glenn_**
                                  MARTIN GLENN
                 Chief United States Bankruptcy Judge

**Exhibit C**

**Professional and Paraprofessional Fees for Fee Period**

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Long, Arthur | Partner; joined firm in 2022; member of New York bar since 1995 | $1,660.00 | 8.8 | $14,608.00 |
| Wink, Stephen | Partner; joined firm in 2011; member of New York bar since 1992 | $1,660.00 | 10.6 | $17,596.00 |
| Sikora Jr., John | Partner; joined firm in 2014; member of Illinois bar since 1993 | $1,570.00 | 46.2 | $72,534.00 |
| | | $1,690.00 | 38.5 | $65,065.00 |
| Valdez, Yvette | Partner; joined firm in 2014; member of New York bar since 2005 | $1,430.00 | 7.9 | $11,297.00 |
| VanBrackle, Barrie | Partner; joined firm in 2022; member of District of Columbia bar since 1988 | $1,295.00 | 7.0 | $9,065.00 |
| | | $1,390.00 | 2.0 | $2,780.00 |
| Waller, Heather | Partner; joined firm in 2011; member of Illinois bar since 2010 | $1,295.00 | 225.6 | $292,152.00 |
| | | $647.50 | 3.0 | $1,942.50 |
| | | $1,390.00 | 139.0 | $193,210.00 |
| Naftalis, Benjamin | Partner; joined firm in 2015; member of New York bar since 2005 | $1,265.00 | 52.3 | $66,159.50 |
| | | $1,360.00 | 60.7 | $82,552.00 |
| Reilly, Annemarie | Counsel; joined firm in 2009; member of New York bar since 2010 | $1,360.00 | 15.6 | $21,216.00 |
| | | $1,460.00 | 21.6 | $31,536.00 |
| Fox, Jon | Associate; joined firm in 2018; member of England and Wales (Solicitor) bar since 2015 | $1,215.00 | 2.9 | $3,523.50 |
| McNeily, Jack | Associate/Partner[1]; joined firm in 2018; member of Illinois bar since 2019, member of New York bar since 2014 | $1,165.00 | 365.8 | $426,157.00 |
| | | $582.50 | 0.9 | $524.25 |
| | | $1,390.00 | 367.8 | $511,242.00 |
| Walker, Angela | Associate; joined firm in 2014; member of California bar since 2014, member of District of Columbia bar since 2015 | $1,165.00 | 183.0 | $213,195.00 |
| | | $1,250.00 | 217.0 | $271,250.00 |

---

[1]    Mr. McNeily was promoted to Partner effective as of January 1, 2023.

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Belmonte, Celia | Associate; joined firm in 2019; member of New York bar since 2017 | $1,100.00 | 305.5 | $336,050.00 |
| | | $1,250.00 | 315.5 | $394,375.00 |
| Valenti, Matthew | Associate; joined firm in 2016; member of New York bar since 2017 | $1,100.00 | 268.8 | $295,680.00 |
| | | $1,250.00 | 254.8 | $318,500.00 |
| Jain, Lara Sofía | Associate; joined firm in 2021; member of New York bar since 2018 | $1,060.00 | 22.5 | $23,850.00 |
| Lee, Kirsten | Associate; joined firm in 2022; member of Illinois bar since 2019 | $990.00 | 187.4 | $185,526.00 |
| | | $1,140.00 | 434.7 | $495,558.00 |
| Razon, Victor | Associate; joined firm in 2019; member of District of Columbia bar since 2018 | $990.00 | 10.6 | $10,494.00 |
| Davis, Alicia | Restructuring Attorney; joined firm in 2019; member of California bar since 2019, member of Illinois bar since 2009 | $910.00 | 54.7 | $49,777.00 |
| | | $980.00 | 28.1 | $27,538.00 |
| Hazen, Nicholas | Associate; joined firm in 2019; member of New York bar since 2020 | $895.00 | 253.9 | $227,240.50 |
| | | $1,065.00 | 417.4 | $444,531.00 |
| Zenzerovich, Laura | Associate; joined firm in 2019; member of Illinois bar since 2019 | $895.00 | 302.9 | $271,095.50 |
| | | $1,065.00 | 223.3 | $237,814.50 |
| Malo, Ryan | Associate; joined firm in 2022; member of District of Columbia bar since 2021, member of Pennsylvania bar since 2021 | $770.00 | 219.5 | $169,015.00 |
| | | $960.00 | 261.2 | $250,752.00 |
| Bushinski, Mikhail | Associate; joined firm in 2021; member of New York bar since 2022 | $830.00 | 4.9 | $4,067.00 |
| Ramakrishnan, Nayanthika | Associate; joined firm in 2020; member of Illinois bar since 2021 | $770.00 | 153.6 | $118,272.00 |
| | | $960.00 | 275.1 | $264,096.00 |
| Zhao, Zeyu | Associate; joined firm in 2022; member of Illinois bar since 2022 | $705.00 | 256.7 | $180,973.50 |
| Gissendanner, Gwendolyn | Associate; joined firm in 2022; member of Illinois bar since 2022 | $655.00 | 95.3 | $62,421.50 |
| | | $705.00 | 308.1 | $217,210.50 |
| Levy, Mariah | Associate; joined firm in 2022; member of Illinois bar since 2022 | $655.00 | 92.2 | $60,391.00 |
| | | $705.00 | 223.4 | $157,497.00 |
| Reid, Lachanda | Associate; joined firm in 2021; member of Illinois bar since 2021 | $655.00 | 149.9 | $98,184.50 |
| | | $830.00 | 302.2 | $250,826.00 |

| Name of Professional Individual | Position; Year Assumed Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Barr, Kristina | Senior Paralegal; joined firm in 2002 | $530.00 | 164.7 | $87,291.00 |
| | | $570.00 | 137.8 | $78,546.00 |
| Ito, Todd Toshio | Research Librarian; joined firm in 2022 | $505.00 | 1.7 | $858.50 |
| Pinch, Melissa | Research & Library Manager; joined firm in 2021 | $505.00 | 1.8 | $909.00 |
| Sjoholm, Justine | Senior Research Librarian; joined firm in 2011 | $505.00 | 1.3 | $656.50 |
| Wright, Kinga | Litigation Services Managing Attorney; joined firm in 2022; member of California bar since 2016, member of Illinois bar since 2008 | $470.00 | 5.8 | $2,726.00 |
| Tarrant, Christopher | Senior Paralegal; joined firm in 2022 | $455.00 | 15.2 | $6,916.00 |
| | | $490.00 | 3.2 | $1,568.00 |
| Fane, Lauren | Senior Paralegal; joined firm in 2015 | $410.00 | 62.7 | $25,707.00 |
| | | $440.00 | 123.9 | $54,516.00 |
| O'Connor, Jonathan | Litigation Services Analyst; joined firm in 2018 | $440.00 | 1.8 | $792.00 |
| Abbott, Lorryn | Senior Practice Technology Project Manager; joined firm in 2011 | $375.00 | 3.9 | $1,462.50 |
| Aragon, Danny | Practice Support Analyst I; joined firm in 2022 | $375.00 | 5.0 | $1,875.00 |
| Chau, Kin Man | Practice Technology Project Manager; joined firm in 2021 | $375.00 | 243.3 | $91,237.50 |
| Man, Alan | Practice Support Analyst I; joined firm in 2021 | $375.00 | 2.0 | $750.00 |
| Moradian, Sean | Practice Support Analyst II; joined firm in 2021 | $375.00 | 0.8 | $300.00 |
| Pasillas, Antonio | Practice Support Analyst I; joined firm in 2017 | $375.00 | 1.1 | $412.50 |
| Quervalu, Omar | Practice Support Analyst I; joined firm in 2021 | $375.00 | 1.6 | $600.00 |
| Stansall, Christine | Practice Technology Project Manager; joined firm in 2021 | $375.00 | 591.1 | $221,662.50 |
| Tildon, Brian | Practice Technology Project Manager; joined firm in 2021 | $375.00 | 19.2 | $7,200.00 |
| **GRAND TOTAL** | | | **8,586.3** | **$8,045,325.75** |

3

**Exhibit D**

**Fees by Project Category for Fee Period**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| US Investigations Work | 7,588.4 | $7,601,483.00 |
| Practice Support Services | 868.0 | $325,499.50 |
| Retention and Fee Applications (prior to January 1, 2023) | 86.7 | $79,385.50 |
| L&W Fee Applications (post-January 1, 2023) | 33.2 | $30,143.00 |
| L&W Retention and Disclosures (post-January 1, 2023) | 6.1 | $6,348.00 |
| Non-Working Travel[1] | 3.9 | $2,466.75 |
| **GRAND TOTAL** | **8,586.3** | **$8,045,325.75** |

---

[1]    All non-working travel time has been billed at 50% of the normal hourly rate.

**Exhibit E**

**Expense Summary**

| Expense Category | Total Expenses |
|---|---|
| Airfare | $1,213.87 |
| Binding | $2.00 |
| Court Research | $10.50 |
| Ground Transportation - Local | $751.26 |
| Ground Transportation - Out-of-Town | $499.50 |
| Laser Print | $423.60 |
| Lexis Nexis | $1,513.80 |
| Lodging | $1,580.59 |
| Meals - Local | $197.23 |
| Meals - Out-of-Town | $50.46 |
| Messenger/Courier | $771.78 |
| Outside Services - Non-Attorney | $5,154.98 |
| Westlaw | $27,633.49 |
| **TOTAL** | **$39,803.06** |

**<u>Exhibit F</u>**

**L&W Budget by Project Category for the Fee Period**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**BUDGET FOR LATHAM & WATKINS LLP,**
**SPECIAL COUNSEL TO THE DEBTORS, FOR THE PERIOD**
**FROM NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023[2]**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[3] |
|---|---|---|
| US Investigations | 5,000 – 8,000 | $5,100,000 – $8,160,000 |
| Retention and Fee Applications | 150 – 250 | $153,000 – $255,000 |
| **TOTAL** | **5,150 – 8,250** | **$5,253,000 – $8,415,000** |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2]  This budget may be amended to reflect changed circumstances or unexpected developments.  Any such amended budget will be provided to the Debtors.

[3]  The estimated fees for each project category were calculated by multiplying the estimated number of hours by $1,020, which is the average hourly rate for the L&W attorneys expected to work on the matter during the budget period as set forth in the accompanying staffing plan.

**<u>Exhibit G</u>**

**L&W Staffing Plan for the Fee Period**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**STAFFING PLAN FOR LATHAM & WATKINS LLP,**
**SPECIAL COUNSEL TO THE DEBTORS, FOR THE PERIOD**
**FROM NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023[2]**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER[3] | APPROXIMATE HOURLY RATE |
|---|---|---|
| Partners | 3 | $1,375 |
| Counsel | 1 | $1,360 |
| Associates | 13 | $915 |
| Professional Staff | 3 | $615 |
| Paralegals | 3 | $465 |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2]    This staffing plan may be amended to reflect changed circumstances or unexpected developments.  Any such amended staffing plan will be provided to the Debtors.

[3]    These numbers reflect the timekeepers expected to bill at least 15 hours to these chapter 11 cases during the budget period.

**<u>Exhibit H</u>**

**Detailed Time Records for Practice Support Services**

**(November 1, 2022 – December 31, 2022)**

# LATHAM & WATKINS LLP

330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

**INVOICE**

April 12, 2023

Celsius Network Limited
50 W 17th Street
New York City, NY 10011
UNITED STATES
Attn: Chris Ferraro

Please identify your payment with the following:

Invoice No. 2300500485
Matter Number 061659-0023

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

ACH/WIRE TRANSFERS IN USD:   CHECKS:

REDACTED

For professional services rendered through November 30, 2022

**Re:**   **Practice Support Services**

| | |
|---|---:|
| Fees | 36,637.50 |
| **Total Due** | **$ 36,637.50** |

**LATHAM&WATKINS**LLP

Invoice No. 2300500485
April 12, 2023

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/01/22 | K Chau | 0.90 | Telephone conference with C. Stansall regarding validating production set to regulator and creating file report (0.4); telephone conference with C. Stansall regarding formatting of file to be produced (0.5) |
| 11/01/22 | C D Stansall | 3.10 | Examine documents to be produced and stage and organize documents on network drive for production to state regulator (0.2); telephone conference with K.M. Chau regarding formatting of file to be produced (0.5); create production set (0.9); stage and organize production set and send via secure transmission to C. Belmonte with production details (0.4); update work product with details of production set (0.2); telephone conference with K.M. Chau regarding validating production set to regulator and creating file report (0.4); update work product related to document review (0.2); consult with vendor FTI Consulting regarding production sets (0.3) |
| 11/02/22 | C D Stansall | 2.00 | Accept secure delivery of production sets from vendor FTI Consulting and stage and organize on network drive (0.3); validate production sets for accuracy and completeness (0.9); stage and organize production sets and send via secure transmission to L. Reid with production details (0.4); update work product related to production sets (0.4) |
| 11/03/22 | K Chau | 0.50 | Telephone conference with C. Stansall regarding production format and delivery method of production set (0.5) |
| 11/03/22 | C D Stansall | 4.10 | Telephone conference with K.M. Chau regarding production format and delivery method of production set (0.5); examine documents identified for production and consult with N. Hazen regarding privileged documents (0.4); prepare instructions to vendor FTI Consulting regarding imaging documents in anticipation of production (0.3); examine saved searches in document review database used to create production sets and consult with L. Zenzerovich regarding same (1.9); prepare instructions to FTI Consulting regarding creating production sets (0.4); examine document for production and consult with M. Valenti regarding same (0.2); validate imaged documents for accuracy and completeness and consult with L. Zenzerovich regarding imaged documents (0.4) |
| 11/04/22 | K Chau | 2.60 | Telephone conference with C. Stansall regarding redactions in production set (0.5); examine production set (2.1) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500485 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2300500485
April 12, 2023

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/04/22 | C D Stansall | 4.70 | Examine document for production to regulator (0.2); stage and organize document on network drive for creating production set (0.2); create production set (0.9); stage and organize production set and send via secure transmission to M. Valenti with production details (0.3); update work product related to production set (0.2); telephone conference with K.M. Chau regarding redactions in production set (0.5); examine production set (2.1); accept for secure delivery production sets from vendor FTI Consulting and stage and organize on network drive (0.3) |
| 11/07/22 | K Chau | 1.00 | Validate production set for case team (0.7); stage production set to be sent to case team (0.3) |
| 11/07/22 | C D Stansall | 3.20 | Validate production sets for accuracy and completeness (0.9); stage and organize production sets and send via secure transmission to L. Reid with production details (0.4); update work product with details of production sets (0.3); create saved search to identify produced document categories and consult with L. Reid regarding same (0.8); telephone conference with L. Zenzerovich and vendor FTI Consulting regarding status of collections, processing, review, and productions (0.5); accept secure delivery of production set and stage and organize on network drive (0.3) |
| 11/08/22 | K Chau | 2.80 | Telephone conference with C. Stansall regarding production set (0.9); prepare documents for data transfer to FTI (0.4); send instructions to FTI regarding production preparation for production set (0.7); review production set (0.4); discuss production specifications with case team (0.4) |
| 11/08/22 | C D Stansall | 1.90 | Consult with L. Reid regarding documents in document review database (0.3); prepare instructions to vendor FTI Consulting regarding review layout in document review database (0.2); telephone conference with K.M. Chau regarding production set (0.9); create saved search for documents identified to be produced (0.5) |
| 11/09/22 | L K Abbott | 0.70 | Clear conflicts for managed review candidates (0.7) |
| 11/09/22 | K Chau | 5.10 | Download and stage production sets for review (0.6); validate production sets for accuracy (0.9); transfer production sets to case team for distribution (0.3); review search for production set (0.9); prepare production instructions for production to FTI (0.8); stage and prepare documents for transfer to FTI (1.3); prepare production password directions for case team (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500485 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2300500485
April 12, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/10/22 | K Chau | 4.40 | Telephone conference with C. Stansall regarding multiple production sets, Bates-number report, and updating related work-product (0.9); download and stage production set for review (1.2); validate production set for accuracy (0.9); transfer production set to case team for distribution (0.6); prepare production instructions for production to FTI (0.8) |
| 11/10/22 | C D Stansall | 2.20 | Telephone conference with K.M. Chau regarding multiple production sets, Bates-number report, and updating related work-product (0.9); confirm with vendor FTI Consulting details for production set (0.2); update work product related to document review (0.2); examine document for production and consult with M. Valenti regarding same (0.3); prepare instructions to vendor FTI Consulting regarding processing document into document review database and creating production set (0.4); stage and organize document and send to vendor FTI Consulting via secure transmission (0.2) |
| 11/11/22 | K Chau | 0.90 | Telephone conference with vendor FTI Consulting and C. Stansall regarding document production matters (0.9) |
| 11/11/22 | C D Stansall | 2.80 | Validate document processed into document review database for production (0.2); telephone conference with vendor FTI Consulting and K.M. Chau regarding document review matters (0.9); accept secure delivery of production set from vendor FTI Consulting and stage and organize on network drive (0.3); validate production set for accuracy and completeness (0.7); stage and organize production set and send via secure transmission to M. Valenti with production details (0.4); update work product with details with of production set (0.3) |
| 11/14/22 | K Chau | 4.80 | Telephone conference with C. Stansall regarding produced materials and pending production sets (0.9); correspondence with case team regarding document production matters (1.3); download and stage production set for review (0.3); validate production set for accuracy (0.9); transfer production set to case team for distribution (0.3); prepare instructions for production to FTI (0.3); prepare work product related to document production (0.8) |
| 11/14/22 | C D Stansall | 2.20 | Telephone conference with K.M. Chau regarding produced materials and pending production sets (0.9); create work product regarding produced materials (0.9); consult with L. Zenzerovich regarding collection of data (0.4) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500485 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2300500485
April 12, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/15/22 | K Chau | 5.50 | Telephone conference with C. Stansall regarding produced documents and production specification requirements of various regulators (2.1); download and stage production set for review (1.5); validate production set for accuracy (0.9); transfer production set to case team for distribution (0.7); update work product with production metrics (0.3) |
| 11/15/22 | C D Stansall | 2.60 | Telephone conference with K.M. Chau regarding produced documents and production specification requirements of various regulators (2.1); consult with K. Barr regarding response letters and production sets (0.3); consult with M. Valenti regarding color productions (0.2) |
| 11/16/22 | K Chau | 2.30 | Download and stage production sets for review (0.4); validate production sets for accuracy (0.9); transfer production set to case team for distribution (0.7); update work product with production metrics (0.3) |
| 11/16/22 | C D Stansall | 3.20 | Telephone conference with vendor FTI Consulting, L. Zenzerovich and H. Waller regarding status of collection, processing, and review (1.1); accept secure delivery of documents from vendor FTI Consulting and stage and organize on network drive (0.3); validate documents for accuracy and completeness (0.9); stage and organize documents and send via secure transmission to M. Valenti (0.4); address document review matters and consult with L. Reid regarding same (0.5) |
| 11/17/22 | K Chau | 1.80 | Telephone call with C. Stansall regarding document production matters (1.1); prepare documents to be sent to FTI for production (0.4); prepare production instructions for FTI (0.3) |
| 11/17/22 | C D Stansall | 2.20 | Consult with L. Zenzerovich regarding document collection (0.6); telephone call with K.M. Chau regarding document production matters (1.1); consult with L. Zenzerovich regarding document review matters (0.5) |
| 11/18/22 | K Chau | 1.90 | Download and stage production sets for review (0.4); validate production sets for accuracy (0.9); transfer production set to case team for distribution (0.3); update work product with production metrics (0.3) |
| 11/18/22 | C D Stansall | 1.20 | Draft communication with vendor FTI Consulting regarding collection of documents and consult with L. Zenzerovich regarding same (0.5); examine document set identified to be produced and consult with N. Ramakrishnan regarding same and response letters (0.7) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500485 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS**LLP

Invoice No. 2300500485
April 12, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/19/22 | C D Stansall | 2.50 | Prepare instructions to vendor FTI Consulting regarding creating production sets (0.5); analyze saved searches created by vendor FTI Consulting for production sets and consult same with N. Ramakrishnan regarding same (0.6); accept for secure delivery from vendor FTI Consulting production set and stage and organize on network drive (0.3); validate production set for accuracy and completeness (0.5); send production set via secure transmission to L. Zenzerovich with production details (0.3); update work product with details of production set (0.3) |
| 11/20/22 | C D Stansall | 0.80 | Consult with R. Malo regarding document review database (0.5); create saved search (0.3) |
| 11/21/22 | K Chau | 3.70 | Review regulator cross reference for accuracy (2.4); update work product with production metrics (0.3); review search for production (0.5); prepare production instructions for FTI (0.5) |
| 11/21/22 | C D Stansall | 4.20 | Accept secure delivery of production sets and stage and organize on network drive (0.4); validate production sets for accuracy and completeness (1.3); stage and organize production sets and send via secure transmission to N. Ramakrishnan with production details (0.5); update work product with details of production sets (0.3); telephone conference with L. Zenzerovich and vendor FTI Consulting regarding status of collections, processing, and production (1.0); participate in call with H. Waller and L. Zenzerovich regarding document production (0.5); consult with N. Ramakrishnan regarding redactions for production set and send supplemental instructions to vendor FTI Consulting regarding production set (0.2) |
| 11/22/22 | C D Stansall | 3.40 | Analyze saved searches created by vendor FTI Consulting for creating production sets and consult with L. Zenzerovich regarding same (0.5); accept secure delivery of production sets and stage and organize on network drive (0.3); validate production sets for accuracy and completeness (1.1); stage and organize production sets and send via secure transmission to N. Ramakrishnan with production details (0.5); update work product with details of production sets (0.3); examine documents identified for production and consult with L. Zenzerovich regarding same (0.4); prepare instructions to vendor FTI Consulting regarding imaging documents identified for production (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500485 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS**LLP

Invoice No. 2300500485
April 12, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/23/22 | C D Stansall | 1.60 | Telephone conference with L. Zenzerovich and vendors FTI Consulting and Page Vault regarding document collections (1.0); telephone conference with L. Zenzerovich regarding production set and document collection (0.2); prepare instructions to vendor FTI Consulting regarding document set for processing and immediate production (0.4) |
| 11/28/22 | C D Stansall | 3.40 | Telephone conference with K.M. Chau regarding producing redacted documents (0.5); create saved search regarding redacted documents and consult with L. Reid regarding same (0.4); analyze documents identified for production and consult with N. Hazen regarding same (0.7); telephone conference with L. Zenzerovich and vendor FTI Consulting regarding status of collections, processing, and productions (1.0); consult with C. Belmonte regarding production set (0.3); prepare instructions to vendor FTI Consulting regarding processing document and creating production set (0.5) |
| 11/28/22 | K Chau | 0.50 | Telephone conference with C. Stansall regarding producing redacted documents (0.5) |
| 11/29/22 | C D Stansall | 3.60 | Analyze documents identified for production sets and consult with L. Reid regarding same (0.8); prepare instructions to vendor FTI Consulting regarding creating production sets (0.4); analyze fee and time frame estimate from vendor FTI Consulting regarding proposed managed review and consult with N. Hazen regarding same (0.8); prepare managed review cost estimate for case team calculations (0.8); telephone conference with K.M. Chau regarding first level managed review and second level review cost and time frame (0.4); analyze updated cost estimate from vendor Page Vault and provide comments to L. Zenzerovich (0.4) |
| 11/29/22 | K Chau | 0.40 | Telephone conference with C. Stansall regarding first level managed review and second level review cost and time frame (0.4) |
| 11/30/22 | K Chau | 1.10 | Update work product with production metrics (0.3); validate production set (0.5); send production set to case team for distribution (0.3) |
| 11/30/22 | C D Stansall | 1.90 | Accept secure delivery of production sets from vendor FTI Consulting and organize on network drive (0.4); validate production sets for accuracy and completeness (1.1); update work product with details of production sets (0.4) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500485 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM & WATKINS** LLP

Invoice No. 2300500485
April 12, 2023

**Practice Support:**

| | | | | | |
|---|---|---|---|---|---|
| L K Abbott | Practice Support | 0.70 | Hrs. @ | $ 375.00/hr. | $ 262.50 |
| K Chau | Practice Support | 40.20 | Hrs. @ | $ 375.00/hr. | $ 15,075.00 |
| C D Stansall | Practice Support | 56.80 | Hrs. @ | $ 375.00/hr. | $ 21,300.00 |
| | | 97.70 | | | $ 36,637.50 |

**GRAND TOTAL:**          **97.70**                    **$ 36,637.50**

**LATHAM & WATKINS** LLP

330 North Wabash Avenue
Suite 2800
Chicago, Illinois  60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

**INVOICE**

April 12, 2023

Celsius Network Limited
50 W 17th Street
New York City, NY 10011
UNITED STATES
Attn: Chris Ferraro

Please identify your payment with the following:

Invoice No. 2300500600
Matter Number 061659-0023

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

ACH/WIRE TRANSFERS IN USD:    CHECKS:

REDACTED

For professional services rendered through December 31, 2022

**Re:**      **Practice Support Services**

Fees                                                            48,037.50

**Total Due**                                              **$ 48,037.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500600 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2300500600
April 12, 2023

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 12/01/22 | K Chau | 1.20 | Update work product with production data (0.3); validate production set (0.5); send production set to case team for distribution (0.4) |
| 12/01/22 | C D Stansall | 2.60 | Clear six managed review candidates and communicate with vendor FTI Consulting regarding status of candidates (0.9); analyze four previously created production sets and consult with L. Zenzerovich regarding creating two production sets (0.6); consult with N. Ramakrishnan regarding production workflow (0.2); prepare instructions to vendor FTI Consulting regarding creating production set (0.4); analyze set of documents for production and consult with M. Valenti regarding same (0.5) |
| 12/01/22 | L K Abbott | 0.60 | Clear conflicts for managed review candidates |
| 12/02/22 | K Chau | 2.40 | Telephone conference with C. Stansall regarding document collections and production format (1.1); discuss production imaging options with case team (0.5); create searches for review by case team (0.8) |
| 12/02/22 | C D Stansall | 1.80 | Prepare instructions to vendor FTI Consulting regarding creating production set (0.4); telephone conference with K.M. Chau regarding document collections and production format (1.1); consult with L. Zenzerovich regarding collection matters (0.3) |
| 12/05/22 | K Chau | 0.80 | Telephone conference with C. Stansall regarding imaging, applying redactions and production of documents |
| 12/05/22 | C D Stansall | 4.60 | Accept for delivery of production sets and organize on network drive (0.3); validate production sets for accuracy and completeness (0.9); send production sets to M. Valenti and L. Reid with production details (0.4); update work product with details of production sets (0.3); confer with vendor, A. Walker, and L. Zenzerovich regarding document collection and production (1.2); telephone conference with K. Chau regarding imaging, applying redactions and production of documents (0.8); prepare instructions to vendor FTI consulting regarding imaging documents for redactions and production (0.2); export documents for redaction comparison and consult with L. Reid regarding redactions (0.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500600 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2300500600
April 12, 2023

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 12/06/22 | C D Stansall | 5.20 | Examine imaged documents in document review database and consult with H. Waller regarding production (0.3); accept for secure delivery data of custodian and organize on network drive (0.3); consult with A. Eavy regarding processing of data into document review database (0.2); examine produced documents in document review database and consult with L. Zenzerovich regarding same (0.4); validate production set for accuracy and completeness and send production details to L. Reid (0.9); update work product with details of production set (0.2); telephone conference with K. M. Chau regarding imaging and production of documents (1.5); consult with C. Belmonte regarding production set (0.3); create saved search and consult with H. Waller regarding same (0.4); prepare instructions to vendor FTI Consulting regarding processing and immediate production of documents (0.4); prepare instructions to vendor FTI Consulting regarding producing documents (0.3) |
| 12/06/22 | K Chau | 2.70 | Telephone conference with C. Stansall regarding imaging and production of documents (1.5); create saved search for review (0.4); correspondence with L. Zenzerovich regarding production (0.8) |
| 12/07/22 | K Chau | 2.30 | Telephone conference with C. Stansall regarding imaging of documents and continuous active learning (1.6); create and review searches for images (0.7) |
| 12/07/22 | C D Stansall | 3.70 | Consult with vendor FTI Consulting regarding four production sets sent to two regulators and prepare instructions regarding processing two response letters into document review database (0.3); examine documents identified for production and prepare instructions to vendor FTI Consulting regarding imaging documents (0.3); consult with J. McNeily regarding format of data for processing into document review database (0.2); communicate with B. Winnick regarding export format of data of custodian (0.2); analyze produced documents regarding imaging and consult with H. Waller and L. Zenzerovich regarding same (1.1); telephone conference with K.M. Chau regarding imaging of documents and continuous active learning (1.6) |
| 12/08/22 | K Chau | 1.40 | Telephone conference with C. Stansall regarding production of documents, continuous active learning and export format of data of custodian (0.5); telephone conference with FTI regarding images (0.6); prepare instructions for FTI regarding production (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500600 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2300500600
April 12, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/08/22 | C D Stansall | 3.10 | Accept for secure delivery and organize two sets of produced documents (0.4); validate two sets of produced documents for accuracy and completeness and send production details to L. Reid (0.7); update work product with details of produced documents (0.2); telephone conference with R. Malo, L. Zenzerovich, and vendor FTI Consulting regarding options for continuous active learning in document review database (0.5); telephone conference with K.M. Chau and vendor FTI Consulting regarding imaging of documents and producing same (0.5); telephone conference with K.M. Chau regarding production of documents, continuous active learning and export format of data of custodian (0.5); update work product with details of privilege terms (0.3) |
| 12/09/22 | K Chau | 2.60 | Telephone conference with FTI regarding document review (0.5); prepare instructions for FTI regarding documents (0.3); conference with case team regarding document images (0.4); prepare data for transfer to FTI for loading (0.3); transfer data to FTI with instructions to load (0.4); download and stage production from FTI (0.4); prepare instructions to FTI for new production population after review (0.3) |
| 12/09/22 | C D Stansall | 1.60 | Telephone conference with L. Zenzerovich, K.M. Chau and vendor FTI Consulting regarding utilizing continuous active learning for document review (0.5); telephone conference with K.M. Chau and L. Zenzerovich regarding production of documents (0.2); examine documents identified for production and consult with N. Hazen regarding same (0.6); prepare instructions to vendor FTI Consulting regarding documents to be imaged (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500600 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2300500600
April 12, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/12/22 | C D Stansall | 7.10 | Consult with M. Valenti and vendor FTI Consulting regarding identifying custodians and deduplication in document review database (0.2); analyze images of documents identified for production and email supplemental instructions to vendor FTI Consulting (0.5); consult with L. Zenzerovich regarding imaging of emails (0.3); telephone conference with K.M. Chau regarding pending production sets, imaging, and questions from vendor FTI Consulting (1.7); accept for secure delivery production set from vendor FTI Consulting and organize on network drive (0.3); validate production set for accuracy and completeness and add confidential designation to native file names (0.9); update work product with details of production set (0.3); send production set via secure transmission to C. Belmonte with production details (0.4); create saved search of documents identified for production and consult with K. Lee regarding same (0.4); telephone conference with L. Zenzerovich and vendor FTI Consulting regarding status of collections, processing, and productions (0.8); examine set of documents identified for production and consult with N. Ramakrishnan and L. Zenzerovich regarding same (0.6); prepare instructions to vendor FTI Consulting regarding creating production sets (0.4); prepare instructions to vendor FTI Consulting regarding documents to be produced to regulator (0.3) |
| 12/12/22 | K Chau | 4.20 | Telephone conference with C. Stansall regarding pending production sets, imaging, and questions from vendor FTI Consulting (1.7); download and stage production from FTI (0.4); validate production set (0.8); send production set data to case team for review (0.3); prepare instructions to FTI for new production population after review (0.3); review search for imaging issues (0.7) |
| 12/13/22 | C D Stansall | 3.90 | Telephone conference with K.M. Chau regarding pending production sets, continuous active learning proposal, and invoice from vendor FTI Consulting (0.8); prepare separate instructions for production sets (0.7); analyze documents identified for production and prepare instructions to vendor FTI Consulting regarding imaging documents (0.6); consult with vendor FTI Consulting regarding production set and prepare supplemental instructions (0.4); analyze draft of continuous active learning protocol and consult with L. Zenzerovich regarding same (1.4) |
| 12/13/22 | K Chau | 0.80 | Telephone conference with C. Stansall regarding pending production sets, continuous active learning proposal, and invoice from vendor FTI Consulting |

**LATHAM&WATKINS**LLP

Invoice No. 2300500600
April 12, 2023

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/14/22 | C D Stansall | 4.80 | Telephone conference with K.M. Chau regarding identified documents for pending production set (0.5); accept for secure delivery production set from vendor FTI Consulting and organize on network drive (0.3); validate production set for accuracy and completeness (0.6); update work product with details of production sets (0.7); send production set via secure transmission to M. Valenti with production details (0.4); analyze documents identified for production and consult with L. Zenzerovich regarding production set (1.1); consult with N. Ramakrishnan regarding response letters for production sets (0.2); analyze documents identified for production and consult with N. Hazen regarding same (0.5); prepare instructions to vendor FTI Consulting regarding production set (0.3); analyze search term and consult with L. Zenzerovich regarding same (0.2) |
| 12/14/22 | K Chau | 2.20 | Telephone conference with C. Stansall regarding identified documents for pending production set (0.5); analyze productions and draft work product related to same (1.7) |
| 12/15/22 | C D Stansall | 6.70 | Analyze samples of document collection and consult with L. Zenzerovich regarding same (0.7); accept secure delivery of production sets from vendor FTI Consulting and organize on network drive (0.4); validate production sets for accuracy and completeness (0.9); update work product with details of production sets (0.6); send production sets via secure transmission to N. Ramakrishnan and K. Lee with production details (0.5); consult with C. Belmonte regarding production set (0.3); analyze documents identified for production and consult with L. Reid regarding same (0.9); create saved search and consult with L. Reid and K. Lee regarding same (1.1); prepare multiple instructions to vendor FTI Consulting regarding imaging documents for production (0.4); consult with K. Lee regarding imaging documents and applying redactions (0.3); create saved search and send instructions to vendor FTI Consulting regarding creating production set (0.6) |
| 12/15/22 | K Chau | 0.80 | Prepare data for FTI to process (0.3); send processing instructions to FTI for data loading (0.2); send production instructions for production volumes to FTI (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500600 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS**LLP

Invoice No. 2300500600
April 12, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/16/22 | C D Stansall | 2.50 | Consult with C. Belmonte regarding processing and production of documents (0.4); prepare multiple instructions to vendor FTI Consulting regarding processing and production of documents (0.8); confer with J. McNeily, N. Hazen, L. Reid, M. Valenti, C. Belmonte, L. Fane, K. Barr, G. Gissendanner, and M. Levy regarding status updates on production, witness interviews, presentations to regulators, and strategy for next steps (0.4); clear nineteen contract attorney reviewer candidates for managed review (0.9) |
| 12/16/22 | L K Abbott | 0.80 | Clear conflicts for managed review candidates |
| 12/16/22 | K Chau | 1.50 | Validate production volumes from FTI (0.7); download and save data of production volumes (0.3); update work product with production metrics (0.3); transmit production sets to case team (0.2) |
| 12/18/22 | C D Stansall | 2.90 | Examine documents identified for redaction and consult with K. Lee regarding imaging of documents (0.3); prepare instructions to vendor FTI Consulting regarding imaging documents identified for production (0.3); accept for secure delivery from vendor FTI Consulting production sets and organize on network drive (0.4); validate production sets for accuracy and completeness (1.1); update work product with details of production sets (0.4); stage production sets and send via secure transmission to M. Valenti and C. Belmonte with production details (0.4) |
| 12/19/22 | C D Stansall | 5.80 | Communicate with L. Zenzerovich and vendor FTI Consulting regarding managed review candidates (0.5); examine documents identified for production and prepare instructions to vendor FTI Consulting regarding creating production sets (0.8); consult with K. Lee and vendor FTI Consulting regarding imaging documents (0.5); accept for secure delivery production sets from vendor FTI Consulting and organize same on network drive (0.4); validate production sets (0.9); update work product with details of production set (0.4); send via secure transmission production set to C. Belmonte and L. Zenzerovich with production details (0.6); consult with C. Belmonte regarding production set (0.2); telephone call with L. Zenzerovich, R. Malo and vendor FTI Consulting regarding status of collections, processing, review, and production of all data (1.0); review subpoena from regulator and consult with H. Waller and J. McNeily regarding creating saved search for preliminary search terms (0.5) |
| 12/19/22 | K Chau | 0.80 | Prepare instructions for FTI for production volumes (0.5); update work product with production metrics (0.3) |
| 12/19/22 | L K Abbott | 0.20 | Finalize conflicts clearance of managed review candidate |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500600 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM&WATKINS**LLP

Invoice No. 2300500600
April 12, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/20/22 | C D Stansall | 6.40 | Clear eight contract attorney reviewer candidates for managed review (0.6); analyze documents identified for redaction and production and prepare instructions to vendor FTI Consulting regarding imaging documents in color (1.1); accept for secure delivery production sets from vendor FTI Consulting and organize same on network drive (0.6); validate production sets (1.7); update work product with details of production sets (0.8); send via secure transmission production sets to N. Hazen and L. Reid with production details (0.8); communicate with vendor FTI Consulting regarding cleared attorney reviewer candidates (0.2); consult with C. Belmonte and vendor FTI Consulting regarding production format to state regulator (0.2); create saved search regarding redacted documents and consult with L. Zenzerovich and vendor FTI Consulting regarding same (0.4) |
| 12/20/22 | L K Abbott | 0.50 | Clear conflicts for managed review candidates |
| 12/21/22 | C D Stansall | 0.80 | Prepare instructions to vendor FTI Consulting regarding processing response letters into document review database (0.3); organize response letters and send via secure transmission to vendor FTI Consulting (0.3); prepare additional instructions to vendor FTI Consulting with updated details for production sets (0.2) |
| 12/22/22 | C D Stansall | 2.50 | Analyze documents identified for production and prepare instructions to vendor FTI Consulting regarding creating production sets (1.7); consult with M. Valenti and L. Zenzerovich regarding documents identified for production and production deadline timeframe (0.4); consult with H. Waller regarding anticipated costs of vendor FTI Consulting (0.4) |
| 12/23/22 | C D Stansall | 3.80 | Create saved search regarding production set metadata and consult with M. Valenti regarding same (0.8); accept for secure delivery production sets from vendor FTI Consulting and organize same on network drive (0.5); validate production sets for accuracy and completeness (1.1); update work product with details of production sets (0.4); send via secure transmission production sets to N. Ramakrishnan with production details (0.5); communicate with vendor FTI Consulting and M. Valenti regarding transmission speed of additional production sets (0.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500600 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8

**LATHAM&WATKINS**LLP

Invoice No. 2300500600
April 12, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/26/22 | C D Stansall | 2.70 | Accept for secure delivery production sets from vendor FTI Consulting and organize same on network drive (0.5); validate production sets for accuracy and completeness (1.3); send instructions to vendor FTI Consulting regarding production set (0.3); update work product with details of production set (0.3); send via secure transmission production set to N. Ramakrishnan with production details (0.3) |
| 12/27/22 | C D Stansall | 3.50 | Analyze documents identified for production and prepare instructions to vendor FTI Consulting regarding creating production sets (1.3); consult with vendor FTI Consulting regarding processing response letters into workspace (0.4); accept secure delivery of extracted text files and overlay load file from vendor FTI Consulting and compare to document review database (0.6); consult with N. Hazen and M. Valenti on extracted text files containing redactions (0.6); provide follow up instructions to vendor FTI Consulting for production set (0.2); provide follow up instructions to vendor FTI Consulting regarding secure transmission of completed production sets (0.4) |
| 12/28/22 | K Chau | 2.70 | Telephone conference with C. Stansall regarding status of multiple production sets, imaging quality, and redactions (0.9); download and stage three productions for review (1.8) |
| 12/28/22 | C D Stansall | 6.50 | Accept for secure delivery production sets from vendor FTI Consulting and organize same on network drive (0.9); validate production sets for accuracy and completeness (1.9); consult with M. Valenti regarding imaging quality (0.2); consult with M. Valenti and N. Hazen regarding extracted text files and redactions (0.6); communicate supplemental instructions with vendor FTI Consulting regarding extracted text files and redactions to be applied (0.3); update work product with details of production sets (0.9); send via secure transmission production sets to N. Ramakrishnan and M. Valenti with production details (0.8); telephone conference with K.M. Chau regarding status of multiple production sets, imaging quality, and redactions (0.9) |
| 12/29/22 | K Chau | 4.10 | Download and stage productions for review (1.8); validate productions for accuracy (2.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500600 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

9

**LATHAM&WATKINS**LLP

Invoice No. 2300500600
April 12, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/29/22 | C D Stansall | 4.00 | Analyze documents identified for production and prepare instructions to vendor FTI Consulting regarding creating production set (0.9); consult with L. Zenzerovich and L. Reid regarding production sets and deadlines (0.3); consult with vendor FTI Consulting regarding production and provide response letters for processing into document review database (0.5); update work product with details of privilege terms (0.2); consult with M. Valenti regarding production sets (0.4); consult with N. Hazen regarding documents identified for production sets (0.4); accept secure delivery of production set from vendor FTI Consulting and organize on network drive (0.3); validate production set for accuracy and completeness (0.5); update work product with details of production set (0.2); send via secure transmission production set with production details to M. Valenti (0.3) |
| 12/30/22 | K Chau | 3.80 | Download and stage productions for review (1.1); validate productions for accuracy (1.8); prepare productions for transfer to case team (0.9) |
| 12/30/22 | C D Stansall | 5.20 | Consult with N. Ramakrishnan regarding imaging specifications (0.2); accept for secure delivery production sets from vendor FTI Consulting and organize same on network drive (1.1); validate production sets for accuracy and completeness (2.2); update work product with details of production sets (0.9); send via secure transmission production sets to M. Valenti N. Ramakrishnan and L. Zenzerovich with production details (0.8) |

**Practice Support:**

| | | | | | |
|------|-----------|-------|------|-----------|-----------|
| L K Abbott | Practice Support | 2.10 | Hrs. @ | $ 375.00/hr. | $ 787.50 |
| K Chau | Practice Support | 34.30 | Hrs. @ | $ 375.00/hr. | $ 12,862.50 |
| C D Stansall | Practice Support | 91.70 | Hrs. @ | $ 375.00/hr. | $ 34,387.50 |
| | | 128.10 | | | $ 48,037.50 |

**GRAND TOTAL:**                      **128.10**                                    **$ 48,037.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300500600 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

10

## **Exhibit I**

**Detailed Time Records for Practice Support Services**

**(July 13, 2022 – October 31, 2022)**

330 North Wabash Avenue
Suite 2800
Chicago, Illinois  60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

March 31, 2023

Celsius Network Limited
50 W 17th Street
New York City, NY 10011
UNITED STATES
Attn: Chris Ferraro

Please identify your payment with the following:

Invoice No. 2783575
Matter Number 061659-0023

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

ACH/WIRE TRANSFERS IN USD:    CHECKS:

REDACTED

For professional services rendered through October 31, 2022

**Re:**     **Practice Support Services**

Fees                                                                                      122,325.00

| | |
|---|---|
| **Total Due** | **$ 122,325.00** |

# LATHAM&WATKINS LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/14/22 | C D Stansall | 0.40 | Consult with L. Zenzerovich regarding four pending production volumes (0.4) |
| 07/15/22 | C D Stansall | 4.80 | Consult with L. Zenzerovich and case team regarding production formats (0.3); evaluate three sets of documents for three pending production volumes (0.6); create three production volumes (3.1); update status report with details of three production volumes (0.5); stage completed production volumes on network drive and send via secure transmission to case team with production details (0.3) |
| 07/16/22 | C D Stansall | 1.60 | Validate ten production volumes imported into document review database for accuracy and completeness (0.2); consult with L. Zenzerovich regarding missing image placeholders (0.3); prepare instructions to vendor FTI Consulting regarding populating production fields in document review database (0.2); prepare instructions to FTI Consulting for importing three production sets into document review database (0.4); stage and send three production sets via secure transmission to FTI Consulting (0.2); consult with H. Waller regarding production formats for two agencies (0.3) |
| 07/18/22 | C D Stansall | 0.70 | Consult with L. Reid regarding details of two production volumes produced from document review database (0.4); consult with L. Zenzerovich regarding production placeholders and confidential designation (0.3) |
| 07/19/22 | C D Stansall | 1.30 | Consult with H. Waller regarding production format to state regulator (0.3); consult with L. Zenzerovich regarding data type for processing into document review database (0.3); calculate data size of all existing productions on network drive and consult with L. Zenzerovich regarding same (0.5); consult with L. Reid regarding one production volume to state regulator (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

---

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 07/20/22 | C D Stansall | 4.40 | Consult with L. Zenzerovich regarding production format of three pending production volumes to be created from document review database (0.2); confirm production volume labels and beginning Bates-numbering of three pending production volumes (0.3); update status report with preliminary details of three pending production volumes produced from document review database (0.3); consult with L. Reid regarding one pending production volume to be created from network drive (0.3); evaluate and assess two Excel files for production and consult with L. Reid regarding same (0.8); stage and organize all prior production volumes into one compressed file and send securely to L. Zenzerovich (0.3); consult with H. Waller regarding additional details for production format and instructions to vendor FTI Consulting regarding field map for load files (0.3); evaluate new copies of documents for production volume to confirm refresh properties (0.3); create one production volume from network drive and stage for sending securely to case team (1.4); update status report with details of one production volume (0.2) |
| 07/21/22 | C D Stansall | 4.80 | Consult with L. Reid regarding one pending production volume to be created from network drive (0.3); evaluate and assess two Excel files for production (0.5); create one production volume from network drive and stage for sending securely to case team (1.2); update status report with details of one production volume (0.2); stage and encrypt one production volume for sending via secure transmission to case team (0.3); accept delivery via secure transmission from vendor FTI Consulting of three production volumes and stage and organize on network drive (0.6); validate three production volumes as to completeness and accuracy and send via secure transmission to case team (1.2); update status report with details of three production volumes and send production details to case team (0.5) |
| 07/24/22 | C D Stansall | 1.50 | Evaluate and assess fifty-three files for three pending production sets and consult with L. Zenzerovich and M. Valenti regarding same (0.8); stage and organize documents on network drive in anticipation of creating three production volumes (0.3); update status report with preliminary details of three production sets (0.4) |
| 07/25/22 | D Aragon | 2.00 | Prepare production, including pulling documents into processing system and producing color for color pdfs and associated native files (2.0) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

# LATHAM&WATKINS LLP

Invoice No. 2783575
March 31, 2023

---

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/25/22 | C D Stansall | 5.60 | Assess client request related to production (0.3); consult with L. Zenzerovich and M. Valenti regarding documents to be produced from network drive and three production volumes created from document review database (0.5); update status report with details of three produced response letters (0.3); accept for secure delivery from vendor FTI Consulting three production volumes and stage on network drive (0.4); validate three production sets and consult with L. Zenzerovich regarding Bates-numbers (0.7); prepare instructions for creating one production volume (0.3); stage and organize one document onto network drive for one production volume (0.3); create three production volumes (2.3); update status report with details of three production volumes (0.5) |
| 07/26/22 | A Man | 2.00 | Produce ediscovery production from database for attorney review (2.0) |
| 07/26/22 | S A Moradian | 0.80 | Perform quality checks on PDF production including endorsement and bates stamping, native renaming, and load file field settings (0.8) |
| 07/26/22 | C D Stansall | 4.60 | Update status report with production details of two state response letters (0.3); accept for secure delivery from vendor FTI Consulting of three production volumes and stage and organize on network drive (0.4); validate four production volumes for accuracy and completeness (1.9); stage and send four production volumes via secure transmission to case team (0.4); update status report with final production details of four production volumes (0.8); consult with L. Zenzerovich regarding one pending production volume to be created from document review database (0.2); consult with L. Zenzerovich regarding rendering Excel files to final values (0.2); evaluate materials for collection and consult with L. Zenzerovich regarding same (0.4) |
| 07/27/22 | C D Stansall | 787.50 | Update status report with production details of three response letters (0.4); consult with L. Zenzerovich regarding one pending production volume (0.2); create one saved search in document review database regarding documents identified for production and consult with case team regarding same (0.8); prepare instructions to vendor FTI Consulting regarding organizing in-house produced documents imported into document review database (0.2); create cross-reference file and saved search for extracted metadata in one production volume and consult with L. Reid regarding same (0.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/01/22 | C D Stansall | 1.40 | Update status report with collection and processing details of data previously sent by client to vendor FTI Consulting and imported into document review database (0.7); consult with L. Reid regarding collection of data (0.2); examine one production volume and consult with L. Zenzerovich regarding same (0.3); prepare instructions to vendor FTI Consulting regarding production matters (0.2) |
| 08/02/22 | C D Stansall | 2.20 | Consult with L. Zenzerovich regarding quality control workflow for reviewed documents (0.3); examine documents for one pending production volume and consult with L. Zenzerovich regarding same (0.6); update status report with details of two produced documents (0.3); stage and organize documents for one pending production volume (0.3); prepare instructions for creation of one production volume (0.4); consult with L. Zenzerovich regarding privilege terms (0.3) |
| 08/02/22 | A Pasillas | 1.10 | Prepare document production set including image export and bates stamping |
| 08/03/22 | C D Stansall | 4.50 | Update status report with details of documents sent to vendor FTI Consulting for processing into document review database (0.2); consult with L. Zenzerovich regarding privilege issues with documents in one pending production volume (0.2); update instructions regarding creating production volume (0.2); accept for secure delivery updated production load file from vendor FTI Consulting and stage and organize on network drive (0.3); validate production load file (0.2); update status report with details of updated production load file (0.2); prepare instructions to vendor FTI Consulting regarding processing documents into document review database (0.3); stage and organize documents and send via secure transmission to vendor FTI Consulting (0.3); consult with L. Zenzerovich regarding one pending production volume (0.4); create one production volume (1.2); stage one production volume for secure transmission to case team and send with production details (0.4); update status report with details of one production volume (0.2); attend meeting with vendor FTI Consulting regarding collections and review (0.4) |
| 08/04/22 | C D Stansall | 2.10 | Consult with L. Zenzerovich regarding three pending production volumes to be created from document review database and two pending production volumes to be created from network drive (0.6); update status report with preliminary details of five pending production volumes (0.4); examine documents for two pending production volumes and stage and organize on network drive (0.5); review production specifications and consult with case team regarding format of producing files (0.6) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/06/22 | C D Stansall | 4.20 | Accept secure delivery from vendor FTI Consulting of three pending production volumes created from document review database and stage on network drive (0.6); validate three production volumes for accuracy and completeness (1.1); create two production volumes from network drive (1.4); stage and organize five production volumes and send via secure transmission to case team with production details (0.4); update status report with details of five production volumes (0.7) |
| 08/07/22 | C D Stansall | 0.20 | Consult with L. Zenzerovich regarding changes needed for one production volume |
| 08/08/22 | C D Stansall | 2.20 | Consult with L. Zenzerovich regarding updated production load file (0.2); attend call with L. Zenzerovich and J. McNeily, and M. Calvert, M. Bowgren, D. Freskos, E. Min of vendor FTI Consulting regarding document collection and review (0.5); locate documents in document review database to create saved search (1.1); consult with L.S. Jain regarding saved search (0.4) |
| 08/09/22 | L K Abbott | 0.20 | Assess managed review candidate |
| 08/09/22 | C D Stansall | 3.90 | Analyze Excel file for one pending production volume and format same (0.3); analyze document review database regarding production sets created and consult with L. Zenzerovich regarding same (0.6); analyze document review database for imported production sets and prepare instructions to vendor FTI Consulting regarding production volume organization (0.5); prepare instructions to vendor FTI Consulting regarding importing six prior production sets into document review database (0.3); stage and organize six prior production sets and send to vendor FTI Consulting (0.2); create dashboard in document review database and consult with K. Lee regarding same (0.5); communicate with M. Calvert of vendor FTI Consulting regarding review manager candidate (0.2); clear one candidate as review manager for managed review (0.3); consult with M. Valenti regarding one pending production volume (0.4); create one saved search regarding one pending production volume (0.3); prepare instructions to vendor FTI Consulting to create one production volume (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM & WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/10/22 | C D Stansall | 3.60 | Analyze report of exported documents from client and prepare instructions to J. Scott of vendor FTI Consulting regarding same (0.4); accept for secure delivery from vendor FTI Consulting one production volume (0.2); validate one production volume as to accuracy and completeness (0.5); evaluate and assess two documents for one production volume (0.3); stage and organize documents on network drive to create production volume (0.2); create one production volume (1.1); stage and organize one production volume and send via secure transmission to L. Reid with production details (0.3); update status report with details of two production volumes (0.4); stage and organize five production volumes and send via secure transmission to case team (0.2) |
| 08/11/22 | C D Stansall | 3.30 | Analyze production specifications and consult with L. Reid regarding same (0.4); communicate with L.S. Jain regarding identified documents (0.2); update status report with production details (0.5); update status report with collection details (0.2); consult with L. Reid regarding one production volume (0.2); evaluate one document for one production volume (0.2); stage and organize document on network drive for one production volume (0.2); create one production volume (0.9); stage and organize production volume and send via secure transmission to L. Reid with production details (0.2); update status report with details of one production volume (0.3) |
| 08/12/22 | C D Stansall | 1.30 | Evaluate invoices from vendor FTI Consulting and consult with H. Waller regarding same (0.3); update status report with search terms applied to document review database (0.2); consult with L. Zenzerovich regarding prior production sets imported into document review database (0.4); update status report with details of produced document (0.2); consult with K. Barr regarding fact management database options (0.2) |
| 08/14/22 | L K Abbott | 0.40 | Assess managed review candidate |
| 08/15/22 | L K Abbott | 0.40 | Assess managed review candidate |
| 08/15/22 | C D Stansall | 1.50 | Confer with D. Freskos, E. Min, J. Scott, J. McNeily, A. Walker, L. Zenzerovich and C. Stansall regarding document collection and production processing (0.4); consult with A. Walker regarding staging and organizing production volumes on network drive (0.4); prepare instructions to vendor FTI Consulting regarding creating multiple fields for production Bates-numbers (0.3); consult with L. Zenzerovich regarding additional production fields in document review database (0.2); prepare instructions to vendor FTI Consulting regarding importing image placeholders into document review database (0.2) |
| 08/16/22 | D Aragon | 1.00 | Address data management process |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/16/22 | C D Stansall | 4.90 | Validate six production sets imported into document review database and communicate with vendor FTI Consulting regarding same (0.5); prepare multiple instructions to vendor FTI Consulting regarding creating new layout and fields for document review database (0.6); prepare instructions to vendor FTI Consulting regarding importing one production volume into document review database (0.3); stage and organize and send via secure transmission to vendor FTI Consulting one production volume (0.2); consult with L. Zenzerovich regarding production fields to be created in document review database (0.3); update status report with details of collected documents (0.4); prepare updated instructions to FTI Construction regarding creating fields for Bates-numbers (0.3); consult with L. Reid regarding one production volume (0.2); stage and organize documents on network drive for one production set (0.2); evaluate and asses two documents for one production volume (0.3); create one production volume (0.9); stage and organize production volume on network drive and send to L. Reid with production details (0.3); update status report with details of one production volume (0.2); prepare instructions for staging and organizing all document productions on network drive (0.2) |
| 08/17/22 | D Aragon | 0.50 | Address data management process |
| 08/17/22 | C D Stansall | 1.80 | Consult with K. Barr regarding options for fact management database (0.2); update status report with collection and processing details of one document set (0.2); consult with case team investigation workflow, fact management database options, and organization of production sets on network drive (0.5); prepare instructions to vendor FTI Consulting regarding importing one production volume into document review database (0.3); stage and organize and send one production volume via secure transmission to vendor FTI Consulting (0.3); consult with FTI Consulting regarding three pending production volumes (0.3) |
| 08/17/22 | L K Abbott | 0.40 | Assess managed review candidates |
| 08/18/22 | D Aragon | 0.50 | Address data management process |
| 08/18/22 | C D Stansall | 2.20 | Consult with L. Zenzerovich and C. Belmonte regarding two pending production volumes (0.8); assess and evaluate production sets in document review database and prepare instructions to vendor FTI Consulting for populating Bates-number information (0.6); evaluate invoice from vendor FTI Consulting and consult with H. Waller regarding same (0.3); consult with vendor FTI Consulting regarding one pending production volume (0.2); confer with vendor FTI Consulting regarding creating new layout (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/18/22 | O Quervalu | 0.70 | Perform quality control on re-organized client data |
| 08/19/22 | C D Stansall | 6.60 | Assess and evaluate one document for one production volume (0.2); stage and organize document for one production volume (0.2); create production volume (0.9); stage and organize production volume and send via secure transmission to L. Zenzerovich with production details (0.3); update status report with details of production volume (0.3); accept secure delivery of three production volumes from vendor FTI Consulting (0.4); stage and organize three production volumes on network drive (0.4); validate three production volumes as to accuracy and completeness (1.4); update status report with details of three production volumes (0.8); send three production volumes to case team via secure transmission with production details (0.4); consult with C. Belmonte regarding one pending production volume (0.2); consult with A. Walker regarding production volume organization on network drive (0.2); confer with L. Zenzerovich regarding importing documents into document review database (0.2); validate one production volume imported into document review database as to completeness and accuracy (0.3); evaluate and assess newly created layout in document review database and confer with K. Barr and L. Zenzerovich regarding same (0.4) |
| 08/20/22 | C D Stansall | 0.20 | Update status report with details of additional search terms applied to document review database |
| 08/22/22 | C D Stansall | 3.10 | Prepare instructions to vendor FTI Consulting for importing one production volume into document review database (0.3); stage and organize production volume and send via secure transmission to FTI Consulting (0.2); evaluate layout created by FTI Consulting in document review database (0.4); confer with vendor FTI Consulting for importing previously created production sets into document review database (0.3); stage and organize production sets and send via secure transmission to FTI Consulting (0.3); attend meeting with case team and vendor FTI Consulting regarding case status and matter (0.5); analyze documents proposed for production and consult with M. Valenti regarding same (0.6); confer with vendor FTI Consulting regarding layout and view in document review database for certain documents (0.3); update status report with details of privileged terms applied in document review database (0.2) |

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/23/22 | C D Stansall | 2.60 | Communicate with M. Valenti regarding documents identified for redaction and imaging (0.4); update status report with details of various collections of data conducted by vendor FTI Consulting (0.3); communicate with vendor FTI Consulting regarding creating tags in document review database and modifying layout (0.4); update status report with additional privilege search terms (0.2); update status report with production details (0.4); prepare instructions to vendor FTI Consulting for processing documents into document review database (0.4); stage and organize documents and send via secure transmission to FTI Consulting (0.2); prepare instructions to vendor FTI Consulting regarding documents requiring imaging (0.3) |
| 08/24/22 | C D Stansall | 3.30 | Update status report with details of search terms (0.2); examine imaged documents for errors and communicate to M. Valenti documents ready for redaction (0.4); send additional instructions to vendor FTI Consulting regarding processing documents into document review database (0.2); prepare additional instructions to vendor FTI Consulting regarding re-imaging one document for pending production volume (0.3); telephone conference with C. Stansall and C. Belmonte regarding document production (0.2); export documents from document review database (0.3); evaluate exported documents for production (0.4); stage and organize documents for production (0.3); create production volume (1.1) |
| 08/25/22 | L K Abbott | 0.40 | Assist with validation of production deliverable |
| 08/25/22 | C D Stansall | 3.40 | Consult with C. Belmonte regarding pending production volume (0.4); evaluate document for pending production volume (0.2); prepare instructions to vendor FTI Consulting for replacing one document in document review database (0.3) stage and send document via secure transmission to FTI Consulting (0.2); re-stage documents for creating one production volume (0.4); create one production volume (1.1); stage and organize production volume and send via secure transmission to L. Zenzerovich with production details (0.3); update status report with details of production volume (0.3); consult with M. Valenti regarding one production volume (0.2) |
| 08/26/22 | C D Stansall | 2.80 | Update status report with details of produced document (0.3); evaluate three documents for one production volume (0.3); stage documents for creating one production volume (0.4); create one production volume (1.1); stage and organize production volume and send via secure transmission to M. Valenti with production details (0.3); update status report with details of production volume (0.4) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

10

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/29/22 | C D Stansall | 2.60 | Consult with M. Valenti regarding two production volumes (0.4); identify documents in document review database for two production volumes (0.3); create two saved searches relating to two production volumes (0.6); prepare instructions to vendor FTI Consulting to create two production volumes (0.4); confer with A. Walker, C. Stansall, L. Reid, and FTI team regarding processing of documents and pending productions (0.3); consult with M. Valenti regarding document to be processed into workspace (0.2); prepare additional instructions to vendor FTI Consulting regarding processing of documents (0.2); consult with C. Belmonte and M. Valenti regarding four pending production volumes (0.2) |
| 08/30/22 | C D Stansall | 5.10 | Create one saved search in document review database and send same to L. Reid and N. Ramakrishnan (0.5); consult with M. Valenti and vendor FTI Consulting regarding adding one document to two production volumes (0.3); consult with M. Valenti regarding three production volumes (0.5); assess and evaluate two documents for four production volumes (0.2); stage and organize documents for four production volumes (0.4); create two production volumes (1.7); stage and organize two production volumes and send via secure transmission to C. Belmonte with production details (0.5); update status report with details of two production volumes (0.4); update status report with details of additional privilege terms (0.2); validate documents processed into document review database for accuracy and completeness and send follow up instructions to vendor FTI Consulting to populate production fields (0.4) |
| 09/01/22 | C D Stansall | 5.90 | Consult with L. Reid regarding four production volumes (0.3); evaluate two documents for four updated production volumes (0.4); stage documents for creating four updated production volumes (0.5); create four updated production volumes (2.7); stage and organize four updated production volumes and send via secure transmission to C. Belmonte and M. Valenti with production details (0.4); update status report with details of updated production volumes (0.4); consult with M. Valenti regarding three production volumes (0.1); telephone conference with C. Stansall and C. Belmonte regarding document production (0.1); evaluate two saved searches in document review database for documents to be produced in three production volumes (0.6); prepare instructions to vendor FTI Consulting to create three production volumes (0.4) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

11

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 09/02/22 | C D Stansall | 2.80 | Update work product related to document production (0.5); prepare instructions to vendor FTI Consulting regarding production volumes and documents to be imported into document review database (0.4); stage and organize production volumes and send via secure transmission to vendor FTI Consulting (0.3); confer with J. McNeily, A. Walker, M. Valenti, C. Belmonte, K. Lee, N. Hazen, L. Reid, and R. Malo regarding status updates on productions and strategy for review of documents and witness preparation (0.9); consult with case team regarding analytics (0.2); prepare instructions to vendor FTI Consulting regarding creating analytics in document review database (0.3); consult with M. Valenti regarding produced document (0.2) |
| 09/03/22 | C D Stansall | 0.60 | Update work product related to document production (0.2); accept for secure delivery from vendor FTI Consulting three production volumes and stage and organize on network drive (0.4) |
| 09/04/22 | C D Stansall | 2.50 | Validate three production volumes (0.9); update work product related to document production (0.7); stage and organize three production volumes and send via secure transmission to case team with production details (0.4); stage and organize produced document on network drive (0.2); prepare instructions to vendor FTI Consulting for processing produced document into workspace (0.3) |
| 09/05/22 | C D Stansall | 1.50 | Examine production volume and prepare additional instructions to vendor FTI Consulting regarding updated beginning Bates-number (0.6); prepare instructions to vendor FTI Consulting regarding importing production volume into document review database (0.4); stage and organize documents and send via secure transmission production volume to vendor FTI Consulting (0.2); examine document review database for structured analytics and communicate with vendor FTI Consulting regarding same (0.3) |
| 09/06/22 | C D Stansall | 4.70 | Telephone conference with case team and vendor FTI Consulting regarding case updates (0.5); telephone conference with C. Belmonte regarding document productions (0.3); accept for secure delivery three production volumes (0.4); stage and organize three production volumes on network drive (0.3); validate three production volumes for accuracy and completeness (0.9); update status report with details of three production volumes (0.8); consult with L. Reid regarding production volumes (0.4); create two saved searches for file name and Bates-number cross-reference (0.6); prepare instructions to vendor FTI Consulting regarding processing document into document review database (0.3); stage and organize document and send to vendor FTI Consulting via secure transmission (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

12

**LATHAM & WATKINS** LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/07/22 | C D Stansall | 3.10 | Consult with J. McNeily regarding production format (0.2); examine documents in document review database (0.4); create saved search identifying documents as privileged (0.6); decrypt two Excel files for case team review (0.3); consult with H. Waller regarding providing productions to unsecured creditor committee (0.2); edit and revise two statements of work for FTI (0.5); examine document review database for attorney request (0.6); telephone conference with C. Belmonte regarding document productions (0.3) |
| 09/08/22 | C D Stansall | 3.00 | Update work product related to document production (0.4); consult with N. Ramakrishnan regarding six production volumes (0.3); examine three saved searches created by vendor FTI Consulting for six production volumes (0.9); prepare instructions to vendor FTI Consulting regarding creating six production volumes and importing two documents into document review database (0.5); consult with J. McNeily regarding produced documents (0.2); consult with H. Waller regarding Staging and Review folder workflow of vendor FTI Consulting (0.2); examine three productions in document review database and consult with vendor FTI Consulting to clarify three production volumes imported into the workspace (0.5) |
| 09/09/22 | C D Stansall | 4.40 | Consult with K. Barr regarding two production volumes (0.2); stage and organize twenty-one production volumes and send via secure transmission to K. Barr (0.2); accept secure delivery of six production volumes from vendor FTI Consulting (0.4); stage and organize six production volumes on network drive (0.5); validate six production volumes for accuracy and completeness (1.9); stage and organize six production volumes and send via secure transmission to N. Ramakrishnan and A. Walker with production details (0.5); update work product related to document productions (0.7) |
| 09/12/22 | C D Stansall | 2.80 | Apply Bates-numbers to documents (0.4); consult with C. Belmonte regarding production volume (0.4); telephone conference with vendor FTI Consulting and A. Walker regarding managed review status and collection of data (0.5); examine production volume and consult with J. McNeily regarding same (0.9); prepare instructions to vendor FTI Consulting regarding importing production volume into document review database (0.2); coordinate with vendor FTI Consulting regarding sending production volume to K&E (0.2); stage and organize documents for production volume (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

13

**LATHAM & WATKINS** LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/13/22 | C D Stansall | 3.50 | Examine documents for production volume (0.4); create production volume (1.2); telephone conference with C. Belmonte regarding document production (0.3); stage and organize production volume and send to C. Belmonte with production details (0.3); update work product related to document production (0.4); prepare instructions to vendor FTI Consulting for processing documents into document review database (0.2); stage and send documents via secure transmission to vendor FTI Consulting (0.2); coordinate to reset access for Y. Noy to document database (0.1); accept secure delivery of production volume from vendor FTI Consulting and stage and organize on network drive (0.4) |
| 09/14/22 | C D Stansall | 4.50 | Update work product related to document production (0.6); consult with L. Reid regarding collection matters (0.3); prepare instructions to vendor FTI Consulting regarding importing production set into document review database (0.3); stage and organize production volume for sending via secure transmission to vendor FTI Consulting (0.2); validate production volume imported into document review database for accuracy and completeness (0.4); consult with M. Valenti regarding two production volumes (0.3); examine two saved searches for three production volumes (0.6); consult with N. Ramakrishnan regarding three production volumes (0.4); prepare supplemental instructions to vendor FTI Consulting regarding three production volumes (0.4); prepare supplemental instructions to vendor FTI Consulting regarding collection (0.2); send communication to vendor FTI Consulting regarding document in document review database (0.3); analyze subpoena and communicate with J. McNeily regarding same (0.3); send communication to vendor FTI Consulting regarding permissions and security in document review database (0.2) |
| 09/15/22 | K Chau | 1.60 | Examine documents for production volume (0.4); create production volume (1.2) |
| 09/15/22 | C D Stansall | 3.40 | Consult with M. Valenti regarding document counts for three production volumes (0.3); accept secure delivery of three production volumes and stage and organize on network drive (0.4); validate three production volumes for accuracy and completeness (1.1); stage and organize three production volumes for sending via secure delivery to N. Ramakrishnan with production details (0.4); update work product related to document production (0.7); create image placeholder and cross-reference file for produced document (0.5) |
| 09/16/22 | K Chau | 1.90 | Examine documents for production volume (0.4); validate production volume (1.2); update work product related to document production (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

14

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/16/22 | C D Stansall | 0.70 | Accept secure delivery from vendor FTI Consulting of production volume (0.2); stage and organize production volume on network drive (0.2); send via secure transmission to case team production volume with production details (0.3) |
| 09/17/22 | C D Stansall | 0.20 | Consult with K. Barr and M. Valenti regarding production volume (0.2) |
| 09/18/22 | C D Stansall | 0.30 | Provide production set and Bates-number information for two production volumes to be created by vendor FTI Consulting (0.3) |
| 09/19/22 | K Chau | 1.90 | Examine documents for production volume (0.4); validate production volume (0.6); update work product related to document production (0.3); stage and organize production volumes to send via secure transmission to case team (0.6) |
| 09/19/22 | C D Stansall | 2.70 | Update work product related to document production (0.5); participate in call with FTI representatives, A. Walker, C. Stansall and L. Zenzerovich regarding document review and collection (0.5); accept for secure delivery two production volumes from vendor FTI Consulting (0.4); stage and organize production volume on the network drive (0.2); validate production volume as to accuracy and completeness (0.4); validate two production volumes imported into document review database (0.5); send supplemental instructions to vendor FTI Consulting regarding production volume (0.2) |
| 09/20/22 | C D Stansall | 3.40 | Provide supplemental instructions to vendor FTI Consulting for production label and next Bates-number for production volume (0.2); consult with H. Waller and J. McNeily regarding searching document review database (0.3); consult with L. Reid regarding details of two production volumes (0.3); consult with M. Bowgren of vendor FTI Consulting regarding permissions in document review database and provide findings to case team (0.4); stage and organize documents on network drive (0.2); update work product related to document production (0.3); prepare instructions to vendor FTI Consulting regarding importing into document review database two production volumes (0.4); stage and organize two production volumes and send via secure transmission to vendor FTI Consulting (0.2); consult with M. Valenti and L. Reid regarding five pending production volumes (0.4); prepare instructions to vendor FTI Consulting for creating five production volumes (0.5); communicate with vendor FTI Consulting regarding production volume of reproduced documents (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

15

# LATHAM&WATKINS LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/21/22 | C D Stansall | 2.30 | Update work product related to document production (0.5); prepare instructions to vendor FTI Consulting regarding importing produced versions of documents into document review database for reproduction workflow (0.3); examine documents for production volume (0.3); create production volume (0.9); stage and organize production volume and send to C. Belmonte with production details (0.3) |
| 09/22/22 | K Chau | 3.50 | Examine documents for four production volumes (0.4); validate four production volumes (1.3); update work product related to document production (0.3); stage and organize two production volumes to send via secure transmission to case team (1.5) |
| 09/22/22 | C D Stansall | 2.30 | Accept secure delivery of four production volumes from vendor FTI Consulting and stage and organize on network drive (0.5); examine documents for production volume and stage and organize on network drive (0.5); create production volume (0.9); stage and organize production volume on network drive and send via secure transmission to C. Belmonte with production details (0.4) |
| 09/23/22 | K Chau | 0.20 | Telephone conference with C. Belmonte regarding document production (0.2) |
| 09/23/22 | C D Stansall | 2.40 | Examine documents for production volume (0.2); create production volume (0.8); stage and organize production volume and send to C. Belmonte with production details (0.3); update work product related to document production (0.6); prepare instructions to vendor FTI Consulting regarding processing documents into document review database (0.3); stage and organize documents and send via secure transmission to vendor FTI Consulting (0.2) |
| 09/25/22 | C D Stansall | 1.80 | Validate documents processed into document review database for accuracy and completeness (0.2); send instructions to vendor FTI Consulting regarding production set folders (0.2); update work product related to document production (0.7); consult with H. Waller and A. Walker regarding permissions in document review database (0.2); send instructions to vendor FTI Consulting regarding importing two production volumes into document review database (0.3); stage and organize two production volumes and send via secure transmission to vendor FTI Consulting (0.2) |
| 09/26/22 | K Chau | 1.10 | Stage and organize production volume to send via secure transmission to vendor (0.8) provide production upload instructions to vendor (0.3) |
| 09/26/22 | C D Stansall | 0.30 | Validate two production volumes imported into document review database for accuracy and completeness (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

16

**LATHAM & WATKINS** LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 09/28/22 | K Chau | 1.30 | Telephone conference with C. Stansall regarding four production sets, native Excel redactions, and preparing instructions to vendor FTI Consulting to create production sets (0.8) coordinate the production of documents with vendor (0.5) |
| 09/28/22 | C D Stansall | 1.20 | Telephone conference with K. Chau regarding four production sets, native Excel redactions, and preparing instructions to vendor FTI Consulting to create production sets (0.8); consult with L. Fane and K. Barr regarding production sets (0.2); consult with H. Waller regarding statements of work with vendor FTI Consulting for each firm accessing the workspace (0.2) |
| 09/29/22 | K Chau | 2.80 | Prepare supplemental instructions to vendor FTI Consulting regarding four production volumes (1.0); examine two saved searches for four production volumes (0.7); validate production volume imported into document review database for accuracy and completeness (0.7); consult with N. Ramakrishnan regarding four production volumes (0.4) |
| 09/29/22 | C D Stansall | 0.70 | Accept for secure delivery two production sets from vendor FTI Consulting and stage and organize on network drive (0.5); consult with H. Waller, J. McNeily, A. Walker, L. Zenzerovich, and M. Valenti regarding access and permissions in document review database (0.2) |
| 09/30/22 | K Chau | 3.50 | Examine two saved searches for four production volumes (0.7); validate two production volumes for accuracy and completeness (1.0); telephone conference with C. Stansall regarding validation of production sets (0.2); telephone conference with C. Stansall regarding two production sets (0.4); telephone conference with C. Stansall regarding production field map (0.7); stage and transmit four productions via List to case team (0.5) |
| 10/01/22 | C D Stansall | 0.40 | Consult with C. Belmonte regarding production volumes (0.4) |
| 10/02/22 | C D Stansall | 0.90 | Consult with C. Belmonte regarding production volumes (0.2); create saved search for documents to be imaged for production (0.4); prepare instructions to vendor FTI Consulting to image documents for production (0.3) |

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

---

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/03/22 | C D Stansall | 8.10 | Analyze modified search terms to be applied in document review database (0.2); accept secure delivery of production sets from vendor FTI Consulting (0.4); stage and organize production sets on network drive (0.6); consult with M. Valenti regarding production set (0.2); stage and organize document on network drive for production set (0.2); create production set (0.8); validate production sets for accuracy and completeness (1.7); prepare instructions to vendor FTI consulting regarding creating production sets (0.3); stage and organize production sets and send via secure transmission to case team with production details (0.5); consult with C. Belmonte regarding production sets (0.2); update work product related to production sets (0.6); participate in call with vendor, J. McNeily, and L. Zenzerovich regarding document collection and production (1.0); consult with M. Valenti regarding documents from production set (0.3); create saved search for documents to be reproduced in production set (0.3); prepare instructions to vendor FTI Consulting regarding production set (0.2); participate in call with vendor regarding document production workflow (0.4); communicate with vendor FTI Consulting regarding production set (0.2) |
| 10/04/22 | D Aragon | 1.00 | Perform quality control with respect to document production (1.0) |
| 10/04/22 | O Quervalu | 0.90 | Prepare document production set, including image export, Bates stamping, conversion to PDF, and native renaming |
| 10/04/22 | C D Stansall | 5.60 | Update work product related to response letters (0.6); prepare instructions to vendor FTI Consulting regarding importing documents into document review database (0.3); stage and organize production set and response letters and send to vendor FTI Consulting via secure delivery (0.3); examine documents for production set (0.3); stage and organize documents on network drive for production set (0.2); prepare instructions to create production set (0.3); accept secure delivery of production sets from vendor FTI Consulting and stage and organize on network drive (0.5); validate production sets for accuracy and completeness (0.7); stage and organize production volumes and send via secure transmission to M. Valenti and L. Reid with production details (0.7); examine document for production set (0.2); stage and organize document on network drive for production set (0.2); create production set (0.5); stage and organize production set and send via secure transmission to M. Valenti with production details (0.3); validate production set and communicate with vendor FTI Consulting regarding same (0.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

18

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

---

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 10/05/22 | K Chau | 2.20 | Prepare instructions to vendor FTI Consulting regarding production volume (0.4); examine saved searches for production volumes (0.7); validate production volume and response letter imported into document review database for accuracy and completeness (0.7); consult with N. Ramakrishnan regarding production volume (0.4); |
| 10/05/22 | C D Stansall | 3.70 | Accept production volume from vendor FTI Consulting and stage and organize on network drive (0.3); create saved search of previously created production set (0.3); validate production sets for accuracy and completeness (1.0); make corrections to production set (0.5); update work product regarding production sets (0.9); examine executed statement of work from vendor FTI Consulting and consult with H. Waller regarding proposed statements of work (0.3); consult with C. Belmonte regarding production set (0.4) |
| 10/06/22 | K Chau | 4.90 | Prepare instructions to vendor FTI Consulting regarding production volume (0.4); examine saved searches for production volumes (0.7); validate production volumes for accuracy and completeness (0.7); consult with N. Ramakrishnan regarding production volume (0.4); call with C. Stansall regarding anticipated production volumes and status report (1.3); update work product related to productions (1.4) |
| 10/06/22 | C D Stansall | 4.80 | Update work product regarding response letters (0.4); assist C. Belmonte with redacting document (0.4); call with K. M. Chau regarding anticipated production volumes and status report (1.3); accept production sets from vendor FTI Consulting and stage and organize on network drive (0.5); examine documents for production set (0.3); stage and organize documents on network drive for production set (0.2); create production set (0.9); analyze draft of statements of work and correspond with H. Waller regarding same (0.5); stage and organize production set and send via secure transmission to C. Belmonte with production details (0.3) |
| 10/07/22 | K Chau | 4.40 | Update work product regarding production volumes (1.6); prepare instructions to vendor FTI Consulting regarding importing production sets and response letter into document review database (0.8); stage and organize production volume and response letter for sending via secure transmission to vendor FTI Consulting (1.3); call with C. Stansall regarding status report and production sets (0.7) |

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/07/22 | C D Stansall | 1.80 | Consult with N. Ramakrishnan regarding files to be produced (0.3); calculate size of files and communicate with vendor FTI Consulting regarding same (0.3); consult with N. Ramakrishnan and A. Walker regarding production set (0.2); prepare instructions to FTI Consulting to create production set (0.3); call with K. M. Chau regarding status report and production sets (0.7) |
| 10/09/22 | C D Stansall | 0.30 | Consult with A. Walker regarding media to be used for delivering production sets (0.3) |
| 10/10/22 | K Chau | 0.90 | Update work product regarding production volumes (0.9) |
| 10/10/22 | C D Stansall | 1.60 | Coordinate with vendor FTI Consulting on delivery of production sets via hard drive (0.4); consult with L. Reid, A. Walker and K. Lee regarding production sets (0.2); examine documents in saved searches to determine imaging needs in anticipation of creating production set (0.5); communication with vendor FTI Consulting regarding security permissions and access to document review database (0.2); prepare instructions to vendor FTI Consulting regarding imaging document in anticipation of creating production set (0.3) |
| 10/11/22 | K Chau | 0.90 | Telephone call with C. Stansall regarding production set (0.9) |
| 10/11/22 | C D Stansall | 2.80 | Telephone call with K. M. Chau regarding production set (0.9); prepare instructions to vendor FTI Consulting for additional documents to be imaged in preparation of production (0.3); prepare instructions to vendor FTI Consulting for importing production sets into document review database (0.2); create saved search for production sets and send same to N. Ramakrishnan (0.5); examine imaged documents for accuracy and communicate with L. Zenzerovich, A. Walker, and L. Reid regarding same (0.9) |
| 10/12/22 | K Chau | 3.40 | Telephone conference with C. Stansall regarding production sets to be created and document review workflow (1.4); telephone conference with C. Stansall to validate production sets for accuracy and completeness (1.1); telephone conference with C. Stansall regarding assessing files for processing (0.9) |

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/12/22 | C D Stansall | 5.40 | Update work product regarding search terms (0.2); prepare instructions to vendor FTI Consulting regarding imaging documents in anticipation of creating production set (0.2); telephone conference with K. M. Chau regarding production sets to be created and document review workflow (1.4); telephone conference with K. M. Chau to validate production sets for accuracy and completeness (1.1); telephone conference with K. M. Chau regarding assessing files for processing (0.9); consult with N. Ramakrishnan regarding production sets (0.2); send details of production set to L. Reid (0.3); telephone conference with C. Belmonte regarding document productions (0.7); examine imaged documents (0.4) |
| 10/13/22 | K Chau | 1.10 | Telephone conference with C. Stansall regarding imaging documents in anticipation of creating production set (0.5); telephone conference with C. Stansall and C. Belmonte regarding document production (0.2); telephone conference with C. Stansall regarding production set (0.4) |
| 10/13/22 | C D Stansall | 1.40 | Telephone conference with K. M. Chau regarding imaging documents in anticipation of creating production set (0.5); consult with L. Zenzerovich regarding production and follow up with vendor FTI Consulting regarding same (0.3); telephone conference with K.M. Chau regarding production set (0.4); telephone conference with K. Chau and C. Belmonte regarding document production (0.2) |
| 10/14/22 | K Chau | 4.20 | Telephone conference with C. Stansall regarding validating imaged documents and production set and pending productions (0.7); stage documents for production (0.3); review images for production quality (2.2); submit production request to FTI on behalf of case team (0.3); review production search for accuracy (0.7) |

LATHAM&WATKINS LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/14/22 | C D Stansall | 4.80 | Telephone conference with K.M. Chau regarding validating imaged documents and production set, and pending productions (0.7); accept secure delivery of production set from vendor FTI Consulting (0.3); stage and organize production set on network drive (0.3); create saved search and consult with C. Belmonte regarding produced documents (0.7); export documents from document review database and stage and organize on network drive for case team analysis (0.6); validate production set for accuracy and completeness (0.5); stage and organize production set and send via secure transmission to N. Hazen and L. Reid with production details (0.4); update work product related to production set (0.3); examine documents in saved search of documents identified for production to determine imaging status (0.3); prepare instructions to vendor FTI Consulting to image documents in anticipation of creating production set (0.2); consult with L. Zenzerovich regarding production set and confirm production set details with vendor FTI Consulting (0.3); update work product regarding search term (0.2) |
| 10/17/22 | C D Stansall | 3.10 | Stage and organize response letter on network drive (0.2); update work product regarding response letter (0.2); prepare instructions to vendor Consilio for processing response letter into document review database (0.3); coordinate with vendor FTI Consulting regarding statements of work (0.2); examine documents identified for production, image documents in anticipation of production, and examine additional documents previously imaged for production (0.5); participate in call with vendor, A. Walker, J. McNeily, and L. Zenzerovich regarding document collection and production (1.0); consult with J. McNeily regarding custodian information (0.4); review various response letters and communicate with L. Zenzerovich regarding same (0.3) |
| 10/18/22 | K Chau | 2.70 | Stage documents for production (0.3); review images for production quality (1.2); review production search for accuracy (0.7); stage production (0.2); telephone conference with C. Stansall regarding custodian information and pending production sets (0.3) |

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/18/22 | C D Stansall | 3.30 | Update work product regarding search terms (0.2); create saved search regarding produced documents and analyze results (0.6); consult with L. Zenzerovich regarding custodian identification for produced documents (0.4); validate response letter processed into document review database and consult with L. Zenzerovich and N. Hazen regarding same (0.4); examine saved searches for production sets (0.8); consult with N. Ramakrishnan and L. Zenzerovich regarding production sets (0.2); prepare instructions to vendor FTI Consulting regarding creating production sets (0.4); telephone conference with K.M. Chau regarding custodian information and pending production sets (0.3) |
| 10/19/22 | K Chau | 1.20 | Correspondence with FTI regarding production images (0.8); review search for production overlay (0.4) |
| 10/19/22 | C D Stansall | 4.40 | Consult with C. Belmonte regarding production set (0.2); create saved search for documents and consult with L.S. Jain regarding same (0.9); consult with L. Zenzerovich regarding production set (0.7); accept secure delivery of production sets from vendor FTI Consulting and stage and organize on network drive (0.5); validate production sets for accuracy and completeness (0.8); update work product regarding production sets (0.4); stage and organize production sets and send via secure delivery to N. Ramakrishnan with production details (0.6); consult with L. Zenzerovich regarding providing information to regulators (0.3) |
| 10/20/22 | K Chau | 2.60 | Telephone conference with C. Stansall regarding production fields and pending production sets (0.9); create several production QC searches for review (1.2); telephone conference with C. Stansall regarding underlying native files of documents to be produced and new subpoena (0.5) |

LATHAM&WATKINS LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/20/22 | C D Stansall | 7.90 | Examine documents proposed for production in document review database and prepare instructions to vendor FTI Consulting to image documents for pending production set (0.5); telephone conference with K.M. Chau regarding production fields and pending production sets (0.9); examine saved search for pending production sets and consult with N. Ramakrishnan regarding same (0.8); prepare instructions to vendor FTI Consulting regarding creating production sets (0.4); examine replacement native for previously created production set and make changes to production set (1.3); examine files for production set and consult with L. Zenzerovich regarding same (0.7); create production set (1.1); update work product related to production sets (0.4); examine response letter and apply Bates-numbering and confidential designation to same (0.5); accept secure delivery of native files from vendor FTI Consulting and stage and organize same and send via secure transmission to L. Zenzerovich (0.4); telephone conference with K.M. Chau regarding underlying native files of documents to be produced and new subpoena (0.2); prepare instructions to vendor FTI Consulting regarding processing documents and creating production set (0.4); stage and organize documents and send via secure transmission to vendor FTI Consulting (0.3) |
| 10/21/22 | K Chau | 1.60 | Stage documents for production (0.3); review productions for accuracy (0.4); review production searches for accuracy (0.7); stage productions (0.2) |
| 10/21/22 | C D Stansall | 0.50 | Accept production sets for secure delivery and stage and organize on network drive (0.5) |
| 10/22/22 | K Chau | 1.00 | Stage production for validation (0.3); review production for accuracy (0.4); coordinate the reproduction of documents with FTI (0.3) |
| 10/23/22 | K Chau | 1.20 | Stage production for validation (0.3); review production for accuracy (0.6); stage production on Latham transfer for distribution (0.3) |
| 10/24/22 | K Chau | 1.40 | Telephone conferences with C. Stansall regarding production sets, documents for collection, and updating production and custodian fields in document review database (1.4) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

24

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/24/22 | C D Stansall | 5.20 | Telephone conferences with K. M. Chau regarding production sets, documents for collection, and updating production and custodian fields in document review database (1.4); examine saved searches for documents identified for production and consult with N. Ramakrishnan regarding same (1.6); prepare instructions to vendor FTI Consulting to create production sets (0.4); participate in call with vendor, A. Walker, J. McNeily, and L. Zenzerovich regarding document collection and production (1.0); update work product related to collection of documents (0.2); create load file for native file overlay and consult with L. Reid regarding same (0.6) |
| 10/25/22 | K Chau | 1.60 | Telephone conferences with C. Stansall regarding production sets and custodian information (0.4); stage productions from FTI Consulting (1.2) |
| 10/25/22 | C D Stansall | 3.40 | Consult with L. Zenzerovich regarding review workflow (0.3); examine document for production and consult with C. Belmonte regarding same (0.3); examine subpoena and consult with C. Belmonte regarding production format (0.3); stage and organize document on network drive for creating production set (0.2); create production set (0.8); update work product regarding production set (0.3); stage and organize production set and send via secure transmission to C. Belmonte with production details (0.3); examine production sets and communicate with vendor FTI Consulting regarding same (0.5); telephone conferences with K. M. Chau regarding production sets and custodian information (0.4) |
| 10/26/22 | K Chau | 4.20 | Examine production images and correspond with case team regarding same (0.9); update work product regarding several production sets (0.7); validation of productions (1.6); discussion with N. Ramakrishnan regarding images of production sets (0.2); stage and transfer productions to case team for review (0.8) |
| 10/26/22 | C D Stansall | 0.80 | Update work product regarding privilege and search terms (0.3); consult with C. Belmonte regarding imaging of reproduced documents (0.2); consult with M. Valenti regarding production sets (0.3) |
| 10/27/22 | K Chau | 3.40 | Stage productions from FTI (2.6); stage documents for loading into database (0.3); send instructions for processing to FTI (0.2); stage and send documents to FTI for loading (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

25

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/27/22 | C D Stansall | 2.40 | Examine files and consult with M. Valenti regarding production sets (0.3); stage and organize sets of documents on network drive to create production sets (0.3); identify documents in document review database and create saved search regarding same (0.5); prepare instructions to vendor FTI Consulting regarding foldering of documents (0.4); identify produced documents and update tags to corresponding production volumes (0.9) |
| 10/28/22 | K Chau | 0.80 | Stage documents for loading into database (0.3); Send instructions for processing to FTI (0.2); Stage and send documents to FTI for loading (0.3) |
| 10/28/22 | C D Stansall | 4.90 | Examine documents identified for production set (0.2); prepare instructions to vendor FTI Consulting for imaging documents for production (0.2); create production sets (1.7); stage and organize production sets and send via secure transmission to M. Valenti with production details (0.3); update work product regarding production sets (0.4); examine produced video files and create saved searches for exporting files (0.8); prepare instructions to vendor FTI Consulting regarding exporting produced videos (0.3); consult with H. Waller regarding produced video files (0.2); identify produced documents and update tags to corresponding production volumes (0.8) |
| 10/31/22 | K Chau | 2.50 | Stage documents for loading into database (0.3); send instructions for processing to FTI (0.2); stage and send documents to FTI for loading (0.3); stage production from FTI (0.3); validate production for accuracy (1.2); transmit production to case team for review (0.2) |
| 10/31/22 | C D Stansall | 0.60 | Consult with C. Belmonte regarding production set (0.2); examine invoices from vendor FTI Consulting and consult with H. Waller regarding same (0.4) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE# 2783575 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

26

**LATHAM&WATKINS**LLP

Invoice No. 2783575
March 31, 2023

**Practice Support:**

| | | | | | |
|---|---|---|---|---|---|
| L K Abbott | Practice Support | 1.80 | Hrs. @ | $ 375.00/hr. | $ 675.00 |
| D Aragon | Practice Support | 5.00 | Hrs. @ | $ 375.00/hr. | $ 1,875.00 |
| K Chau | Practice Support | 64.00 | Hrs. @ | $ 375.00/hr. | $ 24,000.00 |
| A Man | Practice Support | 2.00 | Hrs. @ | $ 375.00/hr. | $ 750.00 |
| S A Moradian | Practice Support | 0.80 | Hrs. @ | $ 375.00/hr. | $ 300.00 |
| A Pasillas | Practice Support | 1.10 | Hrs. @ | $ 375.00/hr. | $ 412.50 |
| O Quervalu | Practice Support | 1.60 | Hrs. @ | $ 375.00/hr. | $ 600.00 |
| C D Stansall | Practice Support | 249.90 | Hrs. @ | $ 375.00/hr. | $ 93,712.50 |
| | | 326.20 | | | $ 122,325.00 |

**GRAND TOTAL:**                    **326.20**                              **$ 122,325.00**

**Exhibit J**

**Customary and Comparable Compensation Disclosures for the Fee Period**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-Wide for Preceding Year (2022)[1] | Billed November 1, 2022 through February 28, 2023 |
| Partner | $1,496 | $1,382 |
| Counsel | $1,277 | $1,418 |
| Senior Associate (7 years or more since first admission) | $1,175 | $1,188 |
| Mid-Level Associate (4-6 years since first admission) | $1,014 | $1,081 |
| Junior Associate (0-3 years since first admission) | $758 | $783 |
| Professional Staff | $470 | $903 |
| Paraprofessionals | $451 | $422 |
| **All Timekeepers Aggregated** | **$1,114** | **$937** |

---

[1]    The billable rates for L&W attorneys are adjusted on January 1 of each year.  The data in this column excludes 2022 blended hourly rate information for members of the Restructuring and Special Situations practice group.