## Exhibit C

**Professional Fees for Fee Period**

| Name of Professional Individual | Position and Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Saccullo, Anthony | Founder; member of Delaware bar since 2001. | 2022 Rate: $550<br>2023 Rate: $605 | 35.7 | $20,240.00 |
| Hurford, Mark | Special Counsel; member of Delaware bar since 1994. | 2022 Rate: $515<br>2023 Rate: $565 | 68.6 | $38,154.00 |
| Kovach, Thomas | Special Counsel; member of Delaware bar since 2000. | 2022 Rate: $515<br>2023 Rate: $565 | 5.9 | $3,021.50 |
| Augustine, Mary | Special Counsel: member of Delaware bar since 2004. | 2022 Rate: $485<br>2023 Rate: $525 | 4.3 | $2,429.50 |
| **TOTAL** | | | 114.5 | $63,845.00 |