**Exhibit D**
**Fees by Project Category for Fee Period**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis & Recovery | 0.4 | $226.00 |
| Asset Disposition | 0.3 | $169.50 |
| Case Administration | 2.9 | $1,552.50 |
| Court Hearings | 3.2 | $1,680.00 |
| DIP/Cash Collateral | 0.3 | $169.50 |
| Litigation | 93.3 | $52,426.00 |
| Retention/Fee Applications | 12.2 | $6,548.00 |
| Retention/Fee Applications – other firms | 1.9 | $1,073.50 |
| **TOTAL** | **114.5** | **$63,845.00** |