## Exhibit E

### Expense Summary

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | None. |