## Exhibit F

**AMSL Budget by Project Category for the Fee Period**

**BUDGET FOR A.M. SACCULO LEGAL, LLC
SPECIAL COUNSEL TO THE DEBTORS, FOR THE PERIOD
FROM THE DECEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis & Recovery | 10 | $5,800.00 |
| Asset Disposition | 10 | $5,800.00 |
| Business Operations | 5 | $2,900.00 |
| Case Administration | 5 | $2,900.00 |
| Claims Administration | 0 | $0.00 |
| Creditor Communications | 0 | $0.00 |
| DIP Lien Investigation | 0 | $0.00 |
| DIP/Cash Collateral | 0 | $0.00 |
| Employee Issues | 0 | $0.00 |
| Executory Contract/Leases | 0 | $0.00 |
| Litigation | 140 | $81,200.00 |
| Non-Working Travel | 0 | $0.00 |
| Plan & Disclosure Statement | 50 | $29,000.00 |
| Retention/Fee Applications | 20 | $11,600.00 |
| Retention/Fee App – Other Firms | 10 | $5,800.00 |
| Stay Relief | 0 | $0.00 |
| **TOTAL:** | **250** | **$145,000** |