## Exhibit G

### AMSL Staffing Plan for the Fee Period

**STAFFING PLAN FOR A.M. SACCULLO, LLC
SPECIAL COUNSEL TO THE DEBTORS, FOR THE PERIOD
FROM THE DECEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER | APPROXIMATE HOURLY RATE |
|---|---|---|
| Member | 1 | $605 |
| Special Counsel | 3 | $552 |