## Exhibit H

### CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURE

| Category of Timekeeper | Blended Hourly Rate for Preceding Year | Blended Hourly Rate During the Fee Period |
|---|---|---|
| Attorney | $518.95 | $514.91 |