# **Exhibit I**



## A M Saccullo Legal, LLC

27 Crimson King Drive
Bear, DE  19701 US
302-836-8877
AMS@SacculloLegal.com
www.saccullolegal.com

# INVOICE

**BILL TO**
Ron Deutsch
Celsius Network Limited
The Harley Builsing
77-79 New Cavendish Street
Attn: Ron Deutsch, General Counsel
London
W1W 6XB
United Kingdom

| | | |
|---|---|---|
| INVOICE | | 1634 |
| DATE | | 02/13/2023 |
| TERMS | | Net 30 |
| DUE DATE | | 03/15/2023 |

| DATE | NAME | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 12/01/2022 | A. Saccullo | BK Case Administration | Attention to notice of appearance in ftx cases. | 0:12 | 550.00 | 110.00 |
| 12/01/2022 | A. Saccullo | BK Litigation | Review pleadings alredy filed in the ftx cases for background and outstanding issues. | 4:42 | 550.00 | 2,585.00 |
| 12/01/2022 | A. Saccullo | BK Litigation | Assist client with submission of committee questionnaire. | 0:24 | 550.00 | 220.00 |
| 12/01/2022 | M. Augustine | BK Case Administration | Draft notice of appearance and circulate to K&E. Attn to filing of notice of appearance. | 1:12 | 485.00 | 582.00 |
| 12/02/2022 | A. Saccullo | BK Litigation | Continue to assist client with seeking a seat on the ftx commtitee to protect interests. | 1:18 | 550.00 | 715.00 |
| 12/02/2022 | M. Augustine | BK Litigation | Calls and email exchanges regarding questionnaire | 0:42 | 485.00 | 339.50 |
| 12/07/2022 | M. Hurford | BK Retention/Fee Applications | Reviewing correspondence AMS to lead counsel; reviewing correspondence from lead counsel in response and begin review of draft application to retain Special Counsel. | 0:30 | 515.00 | 257.50 |
| 12/09/2022 | A. Saccullo | BK Litigation | Review motion of press to intervene and respond to motion to seal creditor list. | 0:42 | 550.00 | 385.00 |
| 12/10/2022 | A. Saccullo | BK Litigation | Review motion for stay relief by joint provisional liquidator and related pleadings. | 2:12 | 550.00 | 1,210.00 |
| 12/13/2022 | M. Hurford | BK Litigation | Reviewing pleadings and preparing for hearing on 12/14. | 2:36 | 515.00 | 1,339.00 |
| 12/13/2022 | A. Saccullo | BK Litigation | Review motion to dismiss case filed by jpl and related pleadings. | 3:06 | 550.00 | 1,705.00 |
| 12/14/2022 | M. Hurford | BK Litigation | Attending hearing. | 0:30 | 515.00 | 257.50 |
| 12/14/2022 | M. Hurford | BK Litigation | Drafting memorandum regarding hearing and certain pending matters and sending to AMS. | 1:36 | 515.00 | 824.00 |
| 12/15/2022 | M. Hurford | BK Retention/Fee Applications | Reviewing sample special counsel retention and being drafting retention application for AM Saccullo | 1:36 | 515.00 | 824.00 |

Legal

| Date | Attorney | Category | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/15/2022 | A. Saccullo | BK Case Administration | Review notice of appointment of creditors' committee. | 0:12 | 550.00 | 110.00 |
| 12/16/2022 | M. Hurford | BK Litigation | Attending hearing. | 0:30 | 515.00 | 257.50 |
| 12/16/2022 | A. Saccullo | BK Litigation | Review sale motion and related documents filed in the ftx cases. | 2:48 | 550.00 | 1,540.00 |
| 12/21/2022 | A. Saccullo | BK Litigation | Review motion to extend deadline to file schedlues. | 0:24 | 550.00 | 220.00 |
| 12/22/2022 | A. Saccullo | BK Litigation | Review motion to pay financial institution fees and taxes. | 1:06 | 550.00 | 605.00 |
| 12/22/2022 | A. Saccullo | BK Litigation | Review motion to reject executory contracts. | 0:36 | 550.00 | 330.00 |
| 12/22/2022 | A. Saccullo | BK Litigation | Review motion toappoint john ray as ceo. | 1:00 | 550.00 | 550.00 |
| 12/22/2022 | A. Saccullo | BK Litigation | Review motion to approve voyager settlement and related documents. | 1:36 | 550.00 | 880.00 |
| 12/23/2022 | M. Hurford | BK Retention/Fee Applications | Drafting retention application for AM Saccullo Legal | 1:12 | 515.00 | 618.00 |
| 12/23/2022 | A. Saccullo | BK Litigation | Review motion to extend the automatic stay. | 0:48 | 550.00 | 440.00 |
| 12/27/2022 | M. Hurford | BK Retention/Fee Applications | Drafting retention application for AM Saccullo Legal | 3:36 | 515.00 | 1,854.00 |
| 12/29/2022 | A. Saccullo | BK Litigation | Review adversary proceeding filed former insiders and related entities. | 3:36 | 550.00 | 1,980.00 |
| 01/02/2023 | A. Saccullo | BK Litigation | Review ad hoc us customer complaint. | 2:54 | 605.00 | 1,754.50 |
| 01/02/2023 | A. Saccullo | BK Litigation | Review reservation of rights with regard to bid procedures motion filed by foreign representative for chapter 15 debtors. | 0:48 | 605.00 | 484.00 |
| 01/02/2023 | A. Saccullo | BK Litigation | Review committee objection (.3) and debtor objection (2.4) to jpl motion for stay relief. | 2:42 | 605.00 | 1,633.50 |
| 01/02/2023 | A. Saccullo | BK Litigation | Review oust objection to motion to extend time to file schedules. | 0:24 | 605.00 | 242.00 |
| 01/04/2023 | M. Hurford | BK Retention/Fee Applications | Drafting retention application and attachments thereto. | 1:36 | 565.00 | 904.00 |
| 01/04/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to P. Loureiro with draft retention application and questions related thereto. | 0:18 | 565.00 | 169.50 |
| 01/06/2023 | A. Saccullo | BK Litigation | Review jpl response (.3) and blockfi objection (.9) to motion to extend the automatic say. | 1:12 | 605.00 | 726.00 |
| 01/06/2023 | M. Hurford | BK Retention/Fee Applications | Correspondence to D. Latona and lead counsel regarding status and retention application. | 0:06 | 565.00 | 56.50 |
| 01/09/2023 | M. Hurford | BK Litigation | Reviewing Agenda for hearing and correspondence to lead counsel at K&E regarding same. | 0:12 | 565.00 | 113.00 |
| 01/10/2023 | M. Hurford | BK Litigation | Reviewing pleadings and preparing for FTX hearing. | 2:06 | 565.00 | 1,186.50 |
| 01/11/2023 | M. Hurford | BK Litigation | Attending hearing. | 4:48 | 565.00 | 2,712.00 |
| 01/12/2023 | A. Saccullo | BK Case Administration | Prepare for and particpate in call with debtors' counsel regarding coordination of positions in ftx bankruptcy. | 0:24 | 605.00 | 242.00 |

| Date | Timekeeper | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2023 | M. Hurford | BK Litigation | Conference call with lead counsel at K&E regarding work to be completed and scope. | 0:12 | 565.00 | 113.00 |
| 01/18/2023 | M. Hurford | BK Litigation | Reviewing Agenda for hearing and preparing for same | 0:12 | 565.00 | 113.00 |
| 01/18/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing UCC's Application to retain Jeffries (.2); reviewing UCC's Application to retain YCS&T (.2); reviewing UCC's application to retain Paul Hastings (.3) | 0:42 | 565.00 | 395.50 |
| 01/18/2023 | M. Hurford | BK Litigation | Reviewing filing by various Media organizations. | 0:06 | 565.00 | 56.50 |
| 01/19/2023 | M. Hurford | BK Litigation | Reviewing certain "First Day" motions and Declarations; research and review case background for matters of potential interest to Celsius estates. | 2:24 | 565.00 | 1,356.00 |
| 01/20/2023 | M. Hurford | BK Litigation | Review and prepare for hearing. | 0:42 | 565.00 | 395.50 |
| 01/20/2023 | M. Hurford | BK Litigation | Attending hearing. | 1:42 | 565.00 | 960.50 |
| 01/20/2023 | M. Hurford | BK Litigation | Reviewing various COC's filed and related orders entered. | 0:06 | 565.00 | 56.50 |
| 01/20/2023 | M. Hurford | BK Litigation | Reviewing correspondence from AMS to Celsius lead counsel regarding conference call. | 0:06 | 565.00 | 56.50 |
| 01/21/2023 | M. Hurford | BK Litigation | Reviewing correspondence from P Loureiro regarding pending matters and call. | 0:06 | 565.00 | 56.50 |
| 01/23/2023 | M. Hurford | BK Litigation | Telephone calls with AMS regarding status and preparations for call with lead counsel | 0:30 | 565.00 | 282.50 |
| 01/23/2023 | M. Hurford | BK Retention/Fee Applications | Review and working on AMSL retention application. | 1:24 | 565.00 | 791.00 |
| 01/24/2023 | A. Saccullo | BK Litigation | Prepare for and participate in call with K&E regarding status of FTX case and possible claims | 0:30 | 605.00 | 302.50 |
| 01/24/2023 | M. Hurford | BK Litigation | Preparing for conference call with Celsius lead counsel regarding status and path forward. | 0:18 | 565.00 | 169.50 |
| 01/24/2023 | M. Hurford | BK Litigation | Participating in conference call with Celsius lead counsel. | 0:12 | 565.00 | 113.00 |
| 01/24/2023 | M. Hurford | BK Litigation | Telephone call with AMS regarding work to be performed. | 0:06 | 565.00 | 56.50 |
| 01/25/2023 | A. Saccullo | BK Litigation | Review committee's objection to motion to appoint examiner | 1:24 | 605.00 | 847.00 |
| 01/25/2023 | A. Saccullo | BK Litigation | Review JPL objection to motion to appoint examiner | 0:42 | 605.00 | 423.50 |
| 01/25/2023 | M. Hurford | BK Asset Analysis & Recovery | Reviewing Debtors' Motion for turnover of assets held by Interactive Brokers | 0:24 | 565.00 | 226.00 |
| 01/25/2023 | M. Hurford | BK Litigation | Reviewing Debtors' Intent to offer witness testimony at regarding Examiner Motion. | 0:12 | 565.00 | 113.00 |
| 01/25/2023 | M. Hurford | BK Litigation | Brief review of Motion to file under seal the Confidential Investigation 2004 Motion. | 0:18 | 565.00 | 169.50 |
| 01/26/2023 | M. Hurford | BK Litigation | Brief review of Joint 2004 Motion and correspondence with T. Kovach regarding summary of same. | 0:18 | 565.00 | 169.50 |
| 01/26/2023 | M. Hurford | BK Litigation | Research and review regarding first memorandum | 1:24 | 565.00 | 791.00 |

| | | | to be prepared for in-house counsel regarding FTX bankruptcy cases and status. | | | |
|---|---|---|---|---|---|---|
| 01/26/2023 | T. Kovach | BK Litigation | Review Debtor's Motion to File Under Seal | 0:36 | 565.00 | 339.00 |
| 01/27/2023 | T. Kovach | BK Litigation | Review Debtor's 2004 Motion (Not Sealed) | 1:06 | 565.00 | 621.50 |
| 01/28/2023 | M. Hurford | BK Case Administration | Reviewing Debtors' Motion to Dismiss two bankruptcy cases and related Declaration of E. Mosley. | 0:12 | 565.00 | 113.00 |
| 01/30/2023 | M. Hurford | BK Litigation | Reviewing adversary complaint filed against Voyager and HTC for $446M; discussion with AMS regarding same. | 0:30 | 565.00 | 282.50 |
| 01/30/2023 | M. Hurford | BK Litigation | Correspondence to D. Latona and lead counsel regarding complaint filed against Voyager. | 0:06 | 565.00 | 56.50 |
| 01/30/2023 | M. Hurford | BK Litigation | Reviewing correspondence from Meg Augustine regarding draft portion of memorandum. | 0:12 | 565.00 | 113.00 |
| 01/30/2023 | M. Hurford | BK Litigation | Reviewing correspondence from T. Kovach regarding information for memorandum. | 0:06 | 565.00 | 56.50 |
| 01/30/2023 | T. Kovach | BK Litigation | p.o. summary of Debtor's Motion to Seal | 0:54 | 565.00 | 508.50 |
| 01/31/2023 | M. Hurford | BK DIP/Cash Collateral | Reviewing Debtors' Interim Financial Update. | 0:18 | 565.00 | 169.50 |
| 01/31/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing correspondence from R. Roman regarding proposed revisions to AMSL retention application and begin reviewing same. | 0:24 | 565.00 | 226.00 |
| 01/31/2023 | M. Hurford | BK Retention/Fee Applications | Review and revised draft retention application for AMSL and correspondence to D. Latona and counsel regarding same. | 0:24 | 565.00 | 226.00 |
| 01/31/2023 | T. Kovach | BK Litigation | p.o. summary of Debtor's 2004 Motion | 1:42 | 565.00 | 960.50 |
| 02/02/2023 | M. Hurford | BK Litigation | Reviewing Agenda for hearing; correspondence to D. Latona regarding same; correspondence to and from AMS regarding same. | 0:18 | 565.00 | 169.50 |
| 02/02/2023 | M. Hurford | BK Litigation | Reviewing docket and certain pleadings/filings on status. | 0:18 | 565.00 | 169.50 |
| 02/02/2023 | M. Hurford | BK Litigation | Preparing for hearing. | 0:12 | 565.00 | 113.00 |
| 02/02/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing correspondence from lead counsel regarding under seal names and issues; review and response to same. | 0:24 | 565.00 | 226.00 |
| 02/02/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing correspondence from lead counsel regarding proposed revisions to retention application; correspondence regarding engagement letter. | 0:30 | 565.00 | 282.50 |
| 02/03/2023 | M. Hurford | BK Litigation | Drafting first memorandum to in-house counsel and lead counsel at Kirkland & Ellis regarding certain pending matters. | 6:12 | 565.00 | 3,503.00 |
| 02/03/2023 | M. Hurford | BK Litigation | Telephone discussion with AMS regarding draft memorandum to clients. | 0:12 | 565.00 | 113.00 |
| 02/03/2023 | M. Hurford | BK Litigation | Telephone discussion with Meg Augustine regarding draft memorandum to clients. | 0:12 | 565.00 | 113.00 |
| 02/03/2023 | M. Augustine | BK Court Hearings | Review/revise memo of pending motions for upcoming hearing. | 1:00 | 525.00 | 525.00 |

| Date | Person | Category | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/2023 | M. Hurford | BK Litigation | Reviewing Final Pretrial Order. | 0:30 | 565.00 | 282.50 |
| 02/04/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing as filed of AMSL retention application. | 0:06 | 565.00 | 56.50 |
| 02/06/2023 | M. Hurford | BK Litigation | Attending hearing on Motion to appoint Examiner. | 3:42 | 565.00 | 2,090.50 |
| 02/06/2023 | M. Hurford | BK Litigation | Telephone discussion with AMS regarding hearing on Examiner motion. | 0:18 | 565.00 | 169.50 |
| 02/06/2023 | M. Hurford | BK Litigation | Post hearing on Examiner; review of documents and notes for hearing memorandum for in-house counsel. | 0:48 | 565.00 | 452.00 |
| 02/06/2023 | M. Hurford | BK Litigation | Drafting correspondence to D. Latona and K&E counsel regarding hearing on Examiner Motion. | 0:24 | 565.00 | 226.00 |
| 02/06/2023 | M. Hurford | BK Litigation | Review of certain portions of Examiner Report. | 2:36 | 565.00 | 1,469.00 |
| 02/07/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing various filings regarding Committee professionals. | 0:24 | 565.00 | 226.00 |
| 02/07/2023 | M. Hurford | BK Asset Disposition | Reviewing redacted filing and motion to file under seal regarding form stock purchase agreement scheduled regarding sale of Embed business. | 0:12 | 565.00 | 113.00 |
| 02/07/2023 | M. Hurford | BK Litigation | Continue reviewing Examiner's Report. | 1:36 | 565.00 | 904.00 |
| 02/07/2023 | M. Hurford | BK Litigation | Telephone discussion with AMS regarding hearing on Examiner Motion. | 0:12 | 565.00 | 113.00 |
| 02/08/2023 | M. Hurford | BK Case Administration | Reviewing numerous filings/declarations for ordinary course professionals. | 0:18 | 565.00 | 169.50 |
| 02/08/2023 | M. Hurford | BK Litigation | Reviewing correspondence from D. Latona regarding hearing on Fee Examiner motion. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Asset Disposition | Reviewing notice regarding bid extension deadline for Embed business. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Litigation | Reviewing correspondence regarding hearing canceled and amended agenda confirming same. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Litigation | Reviewing order entered on 2004 Examination. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Litigation | Reviewing order entered on 2004 Confidential Examination. | 0:06 | 565.00 | 56.50 |
| 02/08/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing supplemental declaration of Alex Van Voorhees in support of YCS&T retention application; reviewing supplemental declaration of. M. Lunn regarding same. | 0:12 | 565.00 | 113.00 |
| 02/09/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing UST's objection to Committee's application to retain FTI as financial advisor. | 0:24 | 565.00 | 226.00 |
| 02/09/2023 | M. Hurford | BK Litigation | Drafting correspondence to D. Latona and K&E team regarding hearing in FTX on UST's Motion to appoint examiner. | 0:12 | 565.00 | 113.00 |
| 02/10/2023 | M. Hurford | BK Litigation | Reviewing main docket and adversaries to draft Memorandum to in-house counsel and lead counsel at Kirkland & Ellis. | 3:48 | 565.00 | 2,147.00 |
| 02/10/2023 | M. Augustine | BK Litigation | Review and comment on memo regarding case. | 0:48 | 525.00 | 420.00 |
| 02/13/2023 | M. Hurford | BK Litigation | Reviewing docket and update regarding certain filings. | 0:30 | 565.00 | 282.50 |

| Date | Timekeeper | Category | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/14/2023 | M. Hurford | BK Litigation | Discussion with Meg regarding hearing, status and attendance. | 0:12 | 565.00 | 113.00 |
| 02/14/2023 | M. Hurford | BK Litigation | Reviewing various filings on docket; case update. | 0:30 | 565.00 | 282.50 |
| 02/14/2023 | M. Hurford | BK Litigation | Reviewing notices regarding subpoenas served. | 0:06 | 565.00 | 56.50 |
| 02/14/2023 | M. Augustine | BK Court Hearings | Discuss hearing coverage with MTH and schedule telephonic appearance. | 0:12 | 525.00 | 105.00 |
| 02/15/2023 | M. Hurford | BK Litigation | Correspondence with Meg regarding hearing events. | 0:06 | 565.00 | 56.50 |
| 02/15/2023 | M. Augustine | BK Court Hearings | Attend hearing and advise Mark of outcome. | 1:18 | 525.00 | 682.50 |
| 02/17/2023 | M. Hurford | BK Litigation | Reviewing two notice of service of subpoenas | 0:06 | 565.00 | 56.50 |
| 02/17/2023 | M. Hurford | BK Case Administration | Reviewing Debtors' Motion to extend time to file a complaint to determine dischargeability of debts. | 0:12 | 565.00 | 113.00 |
| 02/17/2023 | M. Hurford | BK Litigation | Reviewing various pleadings and drafting memorandum for in-house counsel and lead counsel at Kirkland & Ellis. | 3:24 | 565.00 | 1,921.00 |
| 02/17/2023 | M. Augustine | BK Court Hearings | Update FTX hearing memo and forward to MTH. | 0:42 | 525.00 | 367.50 |
| 02/24/2023 | M. Hurford | BK Litigation | Drafting weekly memorandum for in-house counsel regarding certain pending matters. | 2:48 | 565.00 | 1,582.00 |
| 02/25/2023 | M. Hurford | BK Litigation | Reviewing correspondence form D. Latona regarding weekly memoranda. | 0:06 | 565.00 | 56.50 |
| 02/27/2023 | M. Hurford | BK Litigation | Reviewing order entered on Voyager motion to shorten and reviewing notice of hearing on same. | 0:06 | 565.00 | 56.50 |
| 02/27/2023 | M. Hurford | BK Litigation | Reviewing notice of withdrawal of motion to dismiss bankruptcy case. | 0:06 | 565.00 | 56.50 |
| 02/27/2023 | M. Hurford | BK Retention/Fee Applications | Reviewing order entered granting retention of AMSL. | 0:06 | 565.00 | 56.50 |
| 02/27/2023 | M. Hurford | BK Litigation | Reviewing Debtors' 9019 Motion regarding Voyager Debtors and related stipulation. | 0:30 | 565.00 | 282.50 |
| 02/27/2023 | M. Hurford | BK Litigation | Reviewing notice regarding responses and objections of S. Bankman-Fried to Rule 2004 Examination. | 0:06 | 565.00 | 56.50 |
| 02/28/2023 | M. Hurford | BK Case Administration | Reviewing Second Interim Financial Update filed by Debtors. | 0:12 | 565.00 | 113.00 |
| 02/28/2023 | M. Hurford | BK Retention/Fee Apps--other firms | Reviewing various CNO's filed by Debtors. | 0:12 | 565.00 | 113.00 |

Retention Date to February 2023 Legal Services and Expenses　　　BALANCE DUE　　　**$63,845.00**