# Exhibit A

LAZAR CERTIFICATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**CERTIFICATION OF VINCENT E. LAZAR IN SUPPORT OF FIRST INTERIM APPLICATION OF SHOBA PILLAY, EXAMINER AND JENNER & BLOCK LLP FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR EXAMINER FOR THE PERIOD OF NOVEMBER 1, 2022 THROUGH MARCH 31, 2023**

I, Vincent E. Lazar, have the responsibility for ensuring that the *Second Interim Application of Shoba Pillay, Examiner and Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Examiner for the Period of November 1, 2022 through March 31, 2022* (the "**Application**"), filed contemporaneously herewith, complies with the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, dated July 17, 2013 (the "**Local Guidelines**"), and I hereby certify the following:

1. I am a partner in Jenner & Block LLP ("**Jenner & Block**"), a law firm with offices in Chicago, Illinois; Los Angeles, California; New York, New York; San Francisco, California;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (N/A); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Washington, D.C.; and London, United Kingdom.[2] I am currently resident in Jenner & Block's Chicago office, located at 353 North Clark Street, Chicago, IL 60654. I am a member in good standing of the bars of the States of New York and Illinois, and there are no disciplinary proceedings pending against me.

2. I submit this certification ("**Lazar Certification**") in support of the Application. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. I have read the Application. The statements contained in the Application are true and correct according to the best of my knowledge, information, and belief.

4. To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the Bankruptcy Code, 11 U.S.C. §§ 101-532; the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); the Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"); the United States Trustee's *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases Effective as of November 1, 2013*; and the Local Guidelines.

5. The fees and disbursements sought in the Application are billed at rates Jenner & Block customarily employs and Jenner & Block's clients generally accept in matters of this nature.

6. None of the professionals seeking compensation varied their hourly rate based on their geographic location.

7. Jenner & Block is not seeking compensation for this Interim Period specifically for time spent reviewing or revising time records or preparing, reviewing, or revising invoices.

---

[2] The London office is operated by a separate partnership, Jenner & Block London LLP, which is affiliated with Jenner & Block.

2

8.  Jenner & Block does not make a profit on costs or expenses for which it seeks reimbursement, whether the service is performed by Jenner & Block in-house or through a third party.

9.  In accordance with Rule 2016(a) of the Bankruptcy Rules and 11 U.S.C. § 504, no agreement or understanding exists between Jenner & Block and any other person for the sharing of compensation to be received in connection with the chapter 11 cases except as authorized by the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

10. All services for which compensation is sought were professional services rendered to the Examiner and not on behalf of any other person.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief formed after reasonable inquiry.

Executed on April 14, 2023           */s/ Vincent E. Lazar*
                                      Vincent E. Lazar