## Exhibit C
SUMMARY BY TIMEKEEPER

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2022) | Total Billed Hours (2022) | Hourly Billing Rate (2023) | Total Billed Hours (2023) | Total Fees Requested |
|---|---|---|---|---|---|---|---|---|
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,595.00 | 103.20 | $2,130.00 | 195.60 | $581,232.00 |
| VINCENT E. LAZAR | Partner | 1990 | Restructuring & Bankruptcy | $1,540.00 | 147.90 | $1,735.00 | 179.90 | $539,892.50 |
| SHOBA PILLAY | Partner | 2003 | Investigations, Compliance & Defense | $1,455.00 | 242.10 | $1,590.00 | 265.90 | $775,036.50 |
| GAIL H. MORSE | Partner | 1982 | Tax | $1,320.00 | 86.60 | $1,440.00 | 37.90 | $168,888.00 |
| DAVID M. GREENWALD | Partner | 1986 | Litigation | $1,275.00 | 2.80 | N/A | N/A | $3,570.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $1,265.00 | 161.90 | $1,430.00 | 202.40 | $494,235.50 |
| HOWARD S. SUSKIN | Partner | 1983 | FIFL | N/A | N/A | $1,390.00 | 0.50 | $695.00 |
| ANDRIANNA D. KASTANEK | Partner | 2005 | Appellate | $1,300.00 | 11.10 | $1,300.00 | 27.60 | $50,310.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $1,185.00 | 373.20 | $1,290.00 | 300.90 | $830,403.00 |
| KAYVAN B. SADEGHI | Partner | 2003 | Securities Litigation & Enforcement | $1,150.00 | 149.30 | $1,260.00 | 132.90 | $339,149.00 |
| SARAH F. WEISS | Partner | 2010 | Investigations, Compliance & Defense | $1,090.00 | 167.70 | $1,240.00 | 217.90 | $452,989.00 |
| HANNA M. CONGER | Partner | 2012 | Energy | $1,085.00 | 0.50 | N/A | N/A | $542.50 |
| AARON R. COOPER | Partner | 2011 | Investigations, Compliance & Defense | $1,085.00 | 315.70 | $1,240.00 | 251.40 | $654,270.50 |
| EMILY M. SAVNER | Partner | 2013 | Investigations, Compliance & Defense | $1,075.00 | 95.50 | $1,240.00 | 61.00 | $178,302.50 |
| CARL N. WEDOFF | Special Counsel | 2010 | Restructuring & Bankruptcy | $1,095.00 | 169.50 | $1,195.00 | 108.90 | $315,738.00 |
| LAURA E. PELANEK | Special Counsel | 2004 | Litigation | $905.00 | 421.80 | $990.00 | 282.70 | $661,602.00 |
| MICHELLE A. ONIBOKUN | Associate | 2018 | Government Contracts | $905.00 | 137.00 | $1,105.00 | 93.00 | $226,750.00 |
| PHILIP B. SAILER | Associate | 2018 | Investigations, Compliance & Defense | $905.00 | 206.10 | $1,105.00 | 171.90 | $376,470.00 |
| SARA M. STAPPERT | Associate | 2019 | Investigations, Compliance & Defense | $825.00 | 118.30 | $1,050.00 | 121.10 | $224,752.50 |
| ERIC E. PETRY | Associate | 2019 | Litigation | $825.00 | 84.50 | $1,050.00 | 55.80 | $128,302.50 |
| SARA M. CROOK | Associate | 2020 | Litigation | $750.00 | 63.30 | $960.00 | 69.40 | $114,099.00 |
| SOLANA R. GILLIS | Associate | 2020 | Corporate | $750.00 | 103.10 | $960.00 | 51.10 | $126,381.00 |
| ARIANA J. KANAVY | Associate | 2020 | Investigations, Compliance & Defense | $750.00 | 12.20 | $960.00 | 63.60 | $70,206.00 |
| KETURAH R. JAMES | Associate | 2019 | Investigations, Compliance & Defense | $710.00 | 11.20 | N/A | N/A | $7,952.00 |

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2022) | Total Billed Hours (2022) | Hourly Billing Rate (2023) | Total Billed Hours (2023) | Total Fees Requested |
|---|---|---|---|---|---|---|---|---|
| ADINA HEMLEY-BRONSTEIN | Associate | 2021 | Litigation | $710.00 | 178.20 | $860.00 | 76.30 | $192,140.00 |
| BREANNA K. DROZD | Associate | 2021 | Restructuring & Bankruptcy | N/A | N/A | $860.00 | 7.10 | $6,106.00 |
| KATE E. FINTEL | Associate | 2021 | Litigation | N/A | N/A | $860.00 | 55.30 | $47,558.00 |
| COURTNEY B. SHIER | Associate | 2021 | Litigation | $700.00 | 125.50 | $860.00 | 104.40 | $177,634.00 |
| RAYMOND B. SIMMONS | Associate | 2021 | Litigation | $700.00 | 211.70 | $860.00 | 157.10 | $283,296.00 |
| CHERRISSE R. WOODS | Associate | 2021 | Litigation | $700.00 | 172.60 | $860.00 | 50.70 | $164,422.00 |
| VINCENT WU | Associate | 2021 | Litigation | $700.00 | 1.00 | $860.00 | 34.00 | $29,940.00 |
| ISHA Z. ABBASI | Associate | 2022 | Litigation | $700.00 | 31.60 | $745.00 | 73.20 | $76,654.00 |
| NICHOLAS S. JOHN | Associate | 2022 | Litigation | $700.00 | 252.30 | $745.00 | 224.30 | $343,713.50 |
| MICHAEL D. PEARSON | Associate | 2022 | Litigation | $700.00 | 27.90 | $745.00 | 40.80 | $49,926.00 |
| ETHAN M. LEVY | Associate | 2022 | Litigation | $700.00 | 42.20 | $745.00 | 67.00 | $79,455.00 |
| LAURA K.M. KOELLER | Associate | 2022 | Litigation | $700.00 | 26.40 | $745.00 | 62.80 | $65,266.00 |
| PATRICIA A. PETERS | Associate | 2022 | Litigation | $700.00 | 29.70 | $745.00 | 49.30 | $57,518.50 |
| OLUWATOMISIN T. JOHNSON | Associate | 2022 | Litigation | $700.00 | 40.60 | N/A | N/A | $28,420.00 |
| BLAINE R. VALENCIA | Associate | 2022 | Litigation | $700.00 | 15.10 | $745.00 | 30.30 | $33,143.50 |
| NICOLE R. ALLICOCK | Associate | 2022 | Litigation | $700.00 | 31.80 | $745.00 | 45.20 | $55,934.00 |
| ZACHARY A. MARINO | Law Clerk | 2022 | Litigation | $710.00 | 22.50 | $745.00 | 36.50 | $43,167.50 |
| PAMELA A. MARINO-GIAKOU | Staff Attorney | 2000 | Litigation | $595.00 | 164.10 | N/A | N/A | $97,639.50 |
| CONSTANCE J.B. PURTILL | Discovery Attorney | 2011 | Litigation | $330.00 | 13.50 | N/A | N/A | $4,455.00 |
| DAVID C. GUI | Discovery Attorney | 2013 | Litigation | $330.00 | 115.60 | N/A | N/A | $38,148.00 |
| CHRISTINE C. CORSO | Discovery Attorney | 1999 | Litigation | $330.00 | 87.00 | $330.00 | 79.20 | $54,846.00 |
| NOELLE M. DUPUIS | Discovery Attorney | 2009 | Litigation | $330.00 | 98.70 | $330.00 | 95.30 | $64,020.00 |
| MICHELLE A. MCDONALD | Discovery Attorney | 2005 | Litigation | $330.00 | 53.80 | N/A | N/A | $17,754.00 |
| MIKKEL R. MICHELSON | Discovery Attorney | 2007 | Litigation | $330.00 | 37.90 | N/A | N/A | $12,507.00 |
| LEAH J. STARKMAN | Discovery Attorney | 2002 | Litigation | $330.00 | 25.50 | N/A | N/A | $8,415.00 |
| STEFANO VIOLA | Discovery Attorney | 2013 | Litigation | $330.00 | 40.20 | $365.00 | 33.50 | $25,493.50 |
| DANIEL O. GARCIA | Senior Paralegal | N/A | | $560.00 | 123.00 | $590.00 | 128.20 | $144,518.00 |
| DEBRA E. ABELSON | Senior Paralegal | N/A | | N/A | N/A | $590.00 | 5.00 | $2,950.00 |
| CHERYL J. KRAS | Senior Paralegal | N/A | | N/A | N/A | $590.00 | 5.70 | $3,363.00 |
| JESSICA A. MERKOURIS | Senior Paralegal | N/A | | N/A | N/A | $590.00 | 7.30 | $4,307.00 |

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2022) | Total Billed Hours (2022) | Hourly Billing Rate (2023) | Total Billed Hours (2023) | Total Fees Requested |
|---|---|---|---|---|---|---|---|---|
| CHRISTOPHER R. WARD | Senior Paralegal | N/A | | N/A | N/A | $590.00 | 3.50 | $2,065.00 |
| KELSEY HYUNJEE CHOI | Paralegal | N/A | | N/A | N/A | $505.00 | 2.70 | $1,363.50 |
| SAM A. ROSEN | Paralegal | N/A | | N/A | N/A | $505.00 | 3.00 | $1,515.00 |
| ADAM H. WEIDMAN | Paralegal | N/A | | N/A | N/A | $320.00 | 4.80 | $1,536.00 |
| BRYAN A. POWER | Senior Litigation Support Specialist | N/A | | $455.00 | 1.30 | N/A | N/A | $591.50 |
| PAUL S. RAMONAS | Senior Research Librarian | N/A | | $405.00 | 9.40 | N/A | N/A | $3,807.00 |
| JAMES P. WALSH | Senior Research Librarian | N/A | | $405.00 | 1.00 | $420.00 | 1.50 | $1,035.00 |
| M. KRISTINA DEGUZMAN | Research Librarian | N/A | | $405.00 | 0.50 | N/A | N/A | $202.50 |
| STEPHEN S. MELLIN | Research Librarian | N/A | | $405.00 | 6.20 | N/A | N/A | $2,511.00 |
| TRICIA J. PEAVLER | Research Librarian | N/A | | $405.00 | 0.60 | $420.00 | 1.30 | $789.00 |
| **Sub-Total*** | | | | | | | | **$9,549,894.50** |
| Less 50% Discount on Non-working Travel Matter | | | | | | | | $15,075.00 |
| Total | | | | | | | **9,548.60 hours** | **$9,534,819.50** |