**Exhibit D**
SUMMARY BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CELSIUS EXAMINER | 499.00 | $760,726.50 |
| CASE ADMINISTRATION | 272.30 | $258,506.00 |
| INVESTIGATION PLANNING AND COORDINATION | 315.00 | $375,977.50 |
| WITNESS INTERVIEWS | 696.70 | $705,974.50 |
| DOCUMENT MANAGEMENT AND REVIEW | 2,115.60 | $1,317,073.50 |
| COURT HEARINGS | 73.80 | $91,897.00 |
| CRYPTO ANALYSIS | 699.10 | $785,566.50 |
| TAX LAW COMPLIANCE | 269.70 | $292,157.50 |
| UTILITY OBLIGATIONS | 204.10 | $176,763.00 |
| REPORT PREPARATION AND DRAFTING | 3,564.30 | $4,007,755.00 |
| BILLING AND FEE APPLICATIONS | 151.40 | $179,164.50 |
| COMMUNICATIONS WITH PARTIES IN INTEREST | 174.50 | $162,334.00 |
| PUBLIC REPRESENTATIONS TO CUSTOMERS | 490.10 | $405,849.00 |
| NON-WORKING TRAVEL TIME | 23.00 | $30,150.00 |
| **Sub-Total*** | 9,548.60 | $9,549,894.50 |
| Less 50% Discount on Non-Working Travel | | $15,075.00 |
| **Total** | | **$9,534,819.50** |