**Exhibit E**
SUMMARY OF JENNER & BLOCK LLP BLENDED HOURLY RATES
(CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES)

| Timekeeper Category | | Blended Hourly Rate | |
|---|---|---|---|
| | | Worked and Billed During Preceding 12 Months (excluding Restructuring lawyers) | Billed in this Fee Application |
| **Partner** | | 1,019 | 1,366 |
| | Partner – Sr. (20+ years) | 1,072 | 1,445 |
| | Partner – Mid (13-19 years) | 985 | 1,211 |
| | Partner – Jr. (0-12 years) | 876 | 1,162 |
| **Associate** | | 691 | 817 |
| | Associate – Sr. (5+ years) | 769 | 992 |
| | Associate – Mid (4-5years) | 705 | 891 |
| | Associate – Jr. (0-3 years) | 665 | 746 |
| **Special Counsel** | N/A | 761 | 1,001 |
| **Staff Attorney** | N/A | 515 | 595 |
| **Discovery Attorney** | N/A | 279 | 402 |
| **Paralegal** | N/A | 345 | 576 |
| **Blended Rate for All Attorneys in this Fee Application** | | | $1,014.68 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $1,000.14 |