**Exhibit F**
EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| B&W Copy | $1,001.77 |
| Color Copy | $814.75 |
| Lexis Research | $3,293.44 |
| Messenger Services | $138.60 |
| Pacer Charges | $100.90 |
| In-City Transportation | $283.13 |
| Overtime Meals | $734.67[1] |
| Travel | $4,292.43 |
| Electronic Discovery Hosting / Other Professional Services | $52,828.00 |
| UPS | $162.23 |
| Court Fees | $400.00 |
| Westlaw Research | $2,545.17 |
| **TOTAL** | **$66,595.09** |

---

[1] Jenner & Block's requested expenses are $5.00 less than those requested in its monthly statements. Specifically, Jenner & Block has reduced its request for reimbursement for a December 25, 2022 overtime meal expense by $5.00 (from $45.00 to $40.00) to comply with the Fee Examiner's fee review standards memorandum.