# **Exhibit H**
EXPENSE DETAIL

# JENNER & BLOCK LLP
353 N. Clark Street  
CHICAGO, ILLINOIS 60654-3456  
(312) 222-9350

**EXPENSES**                                                                                                              **MATTER NUMBER - 10011**

| Date | Description | Amount |
|---|---|---:|
| 10/25/22 | Database Research; LEXISNEXIS RISK DATA MANAGEMENT, INC.; 10/25/2022 | 205.39 |
| 11/01/22 | Color Copy | 1.00 |
| 11/01/22 | Color Copy | .25 |
| 11/01/22 | B&W Copy | .33 |
| 11/01/22 | B&W Copy | 7.81 |
| 11/02/22 | Color Copy | 41.00 |
| 11/02/22 | Color Copy | 15.50 |
| 11/02/22 | B&W Copy | 3.19 |
| 11/03/22 | Color Copy | 6.50 |
| 11/03/22 | Color Copy | 4.50 |
| 11/03/22 | B&W Copy | 48.95 |
| 11/03/22 | B&W Copy | .66 |
| 11/07/22 | In-City Transportation, PHILIP B. SAILER, 11/07/20 22 | 12.94 |
| 11/07/22 | Overtime Dinner Expense, PHILIP B. SAILER, 11/07/2 022 | 28.41 |
| 11/07/22 | Overtime Dinner Expense, ADINA HEMLEY-BRONSTEIN, 1 1/07/2022 | 40.00 |
| 11/07/22 | Color Copy | 49.00 |
| 11/08/22 | Other -, ELAN CORPORATE PAYMENT SYSTEMS, 11/08/202 2 | 174.60 |
| 11/16/22 | Other Professional Services; PAGE VAULT INC.; 11/16/2022 | 4,261.00 |
| 11/16/22 | Color Copy | 7.50 |
| 11/16/22 | B&W Copy | 11.22 |
| 11/17/22 | In-City Transportation, PHILIP B. SAILER, 11/17/20 22 | 18.62 |
| 11/17/22 | Overtime Dinner Expense, PHILIP B. SAILER, 11/17/2 022 | 40.00 |
| 11/17/22 | B&W Copy | 13.31 |
| 11/21/22 | Color Copy | .25 |
| 11/21/22 | B&W Copy | 33.11 |
| 11/22/22 | Color Copy | .25 |
| 11/22/22 | B&W Copy | 55.33 |
| 11/28/22 | In-City Transportation, SARAH F. WEISS, 11/28/2022 | 31.06 |
| 11/28/22 | Overtime Dinner Expense, ADINA HEMLEY-BRONSTEIN, 1 1/28/2022 | 40.00 |
| 11/28/22 | Overtime Dinner Expense, SARA M. STAPPERT, 11/28/2 022 | 22.97 |
| 11/28/22 | Travel, SARA M. STAPPERT, 11/28/2022 | 15.99 |
| 11/29/22 | B&W Copy | 8.69 |
| 11/30/22 | Lexis Research | 139.41 |
| 11/30/22 | Lexis Research | 975.47 |
| 11/30/22 | Westlaw Research | 18.17 |
| 11/30/22 | Westlaw Research | 17.67 |
| | TOTAL DISBURSEMENTS | $ 6,350.05 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

MATTER 10011 TOTAL                                                                                                                    $ 6,350.05

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                      **MATTER NUMBER - 10011**

| Date | Description | Amount |
|---|---|---|
| 10/03/22 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 10/03/ 2022 | 400.00 |
| 10/07/22 | PACER, Invoice 2691871-Q42022 | 2.50 |
| 11/14/22 | PACER, Invoice 2691871-Q42022 | 2.20 |
| 11/20/22 | PACER, Invoice 2691871-Q42022 | .60 |
| 11/21/22 | PACER, Invoice 2691871-Q42022 | 2.60 |
| 11/30/22 | LEXISNEXIS, 11/30/2022, PD 11/1/2022-11/30/2022 | 54.90 |
| 12/03/22 | B&W Copy | 50.60 |
| 12/04/22 | B&W Copy | 50.60 |
| 12/05/22 | In-City Transportation, PHILIP B. SAILER, 12/05/20 22 | 20.69 |
| 12/05/22 | In-City Transportation, PHILIP B. SAILER, 12/05/20 22 | 20.25 |
| 12/05/22 | Overtime Dinner Expense, PHILIP B. SAILER, 12/05/2 022 | 37.61 |
| 12/05/22 | Overtime Dinner Expense, ADINA HEMLEY-BRONSTEIN, 1 2/05/2022 | 40.00 |
| 12/05/22 | Color Copy | 15.50 |
| 12/05/22 | B&W Copy | 14.63 |
| 12/05/22 | B&W Copy | 3.41 |
| 12/09/22 | B&W Copy | 8.69 |
| 12/12/22 | Overtime Dinner Expense, ADINA HEMLEY-BRONSTEIN, 1 2/12/2022 | 40.00 |
| 12/12/22 | B&W Copy | 27.83 |
| 12/14/22 | In-City Transportation, PHILIP B. SAILER, 12/14/20 22 | 21.55 |
| 12/14/22 | Overtime Dinner Expense, PHILIP B. SAILER, 12/14/2 022 | 40.00 |
| 12/16/22 | B&W Copy | 4.40 |
| 12/20/22 | Overtime Dinner Expense, ADINA HEMLEY-BRONSTEIN, 1 2/20/2022 | 36.78 |
| 12/20/22 | Travel, KAYVAN B. SADEGHI, 12/20/2022 | 91.61 |
| 12/20/22 | B&W Copy | 4.18 |
| 12/21/22 | Travel, OLUWATOMISIN T. JOHNSON, 12/21/2022 | 29.99 |
| 12/25/22 | Overtime Dinner Expense, ADINA HEMLEY-BRONSTEIN, 1 2/25/2022 | 40.00 |
| 12/31/22 | SDS Global Logistics, Invoice 653548 Date 12/31/2022 | 17.00 |
| 12/31/22 | Lexis Research | 1,568.74 |
| 12/31/22 | Westlaw Research | 57.87 |
| | TOTAL DISBURSEMENTS | $ 2,704.73 |

MATTER 10011 TOTAL                                                                                                $ 2,704.73

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                       **MATTER NUMBER - 10011**

| Date | Description | Amount |
|---|---|---:|
| 11/29/22 | Travel, COURTNEY BURKE SHIER, 11/29/2022 | 96.82 |
| 12/01/22 | Travel, COURTNEY BURKE SHIER, 12/01/2022 | 40.00 |
| 12/31/22 | Lexis Research; LEXISNEXIS; 12/31/2022 | 45.38 |
| 12/31/22 | Lexis Research; LEXISNEXIS RISK DATA MANAGEMENT, INC.; 12/31/2022 | 27.45 |
| 12/31/22 | Lexis Research; LEXISNEXIS RISK DATA MANAGEMENT, INC.; 12/31/2022 | 151.18 |
| 1/04/23 | Overtime Dinner Expense, ADINA HEMLEY-BRONSTEIN, 0 1/04/2023 | 40.00 |
| 1/04/23 | Travel, SARA M. STAPPERT, 01/04/2023 | 1,345.16 |
| 1/04/23 | Color Copy | 32.75 |
| 1/04/23 | Color Copy | 418.25 |
| 1/04/23 | Pacer Charges; PACER SERVICE CENTER; 01/04/2023 | 33.10 |
| 1/04/23 | Pacer; 2567225-Q42022; 01/04/2023 | 40.00 |
| 1/04/23 | Pacer; 2567225-Q42022; 01/04/2023 | 6.50 |
| 1/04/23 | Pacer; 2567225-Q42022; 01/04/2023 | 13.40 |
| 1/04/23 | B&W Copy | .88 |
| 1/04/23 | B&W Copy | 352.66 |
| 1/06/23 | Travel, SHOBA PILLAY, 01/06/2023 | 1,596.25 |
| 1/10/23 | Overtime Dinner Expense, ADINA HEMLEY-BRONSTEIN, 0 1/10/2023 | 40.00 |
| 1/12/23 | Overtime Dinner Expense, ZACHARY A. MARINO, 01/12/ 2023 | 32.54 |
| 1/12/23 | Overtime Dinner Expense, ZACHARY A. MARINO, 01/12/ 2023 Void Check # - 000206813 | -32.54 |
| 1/12/23 | In-City Transportation - Overtime, ZACHARY A. MARI NO, 01/12/2023 | 20.98 |
| 1/12/23 | In-City Transportation - Overtime, ZACHARY A. MARI NO, 01/12/2023 Void Check # - 000206813 | -20.98 |
| 1/12/23 | B&W Copy | 3.74 |
| 1/17/23 | Overtime Dinner Expense, ADINA HEMLEY-BRONSTEIN, 0 1/17/2023 | 40.00 |
| 1/17/23 | Color Copy | 50.75 |
| 1/17/23 | B&W Copy | .11 |
| 1/18/23 | B&W Copy | 27.83 |
| 1/25/23 | In-City Transportation, NICHOLAS S. JOHN, 01/25/20 23 | 10.90 |
| 1/25/23 | In-City Transportation, NICHOLAS S. JOHN, 01/25/20 23 | -10.90 |
| 1/25/23 | In-City Transportation, NICHOLAS JOHN, 01/25/2023 | 10.90 |
| 1/25/23 | Overtime Dinner Expense, NICHOLAS S. JOHN, 01/25/2 023 | 28.58 |
| 1/26/23 | Overtime Dinner Expense; ZACHARY A. MARINO; 01/26/2023 | 32.54 |
| 1/26/23 | In-City Transportation - Overtime; ZACHARY A. MARINO; 01/26/2023 | 20.98 |
| 1/26/23 | Color Copy | 85.75 |
| 1/26/23 | B&W Copy | .66 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 1/26/23 | B&W Copy | .11 |
| 1/26/23 | B&W Copy | 28.27 |
| 1/26/23 | B&W Copy | 35.09 |
| 1/27/23 | Color Copy | 85.75 |
| 1/27/23 | B&W Copy | .11 |
| 1/27/23 | B&W Copy | 47.96 |
| 1/28/23 | Overtime Dinner Expense, SARA M. STAPPERT, 01/28/2 023 | 27.78 |
| 1/28/23 | Overtime Dinner Expense, SARA M. STAPPERT, 01/28/2 023 | -27.78 |
| 1/28/23 | Overtime Dinner Expense, SARA STAPPERT, 01/28/2023 | 27.78 |
| 1/29/23 | Overtime Dinner Expense, SARA M. STAPPERT, 01/29/2 023 | 40.00 |
| 1/29/23 | In-City Transportation - Overtime, NICHOLAS S. JOH N, 01/29/2023 | 16.92 |
| 1/29/23 | In-City Transportation - Overtime, NICHOLAS S. JOH N, 01/29/2023 | -16.92 |
| 1/29/23 | In-City Transportation - Overtime, NICHOLAS JOHN, 01/29/2023 | 16.92 |
| 1/30/23 | B&W Copy | 48.51 |
| 1/31/23 | SDS; 659730; 01/31/2023 | 29.00 |
| 1/31/23 | SDS; 659730; 01/31/2023 | 17.00 |
| 1/31/23 | Lexis Research | 125.52 |
| 1/31/23 | Westlaw Research | 355.40 |
| 1/31/23 | Westlaw Research | 810.90 |
| 1/31/23 | Westlaw Research | 155.57 |
| 1/31/23 | Westlaw Research | 162.18 |
| 1/31/23 | Westlaw Research | 582.43 |
| 1/31/23 | In-City Transportation - Overtime, DANIEL O. GARCI A, 01/31/2023 | 92.34 |
| 1/31/23 | Travel, NICHOLAS S. JOHN, 01/31/2023 | 23.89 |
| 1/31/23 | 01/31/2023 UPS Delivery Service 1Z6134380193022018 | 21.79 |
| 1/31/23 | 01/31/2023 UPS Delivery Service 1Z6134380198515898 | 20.84 |
| | TOTAL DISBURSEMENTS | $ 7,308.98 |

MATTER 10011 TOTAL                                                                                             $ 7,308.98

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                   **MATTER NUMBER - 10011**

| | | |
|---|---|---:|
| 2/01/23 | Overtime Dinner Expense, Sara Stappert and Nicholas John. | 80.00 |
| 2/01/23 | In-City Transportation - Overtime, PHILIP B. SAILER | 16.88 |
| 2/04/23 | US Messenger; 8612-51716; 02/04/2023 | 75.60 |
| 2/08/23 | B&W Copy | 75.79 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380191636181 | 14.56 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380191787198 | 15.34 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380192812247 | 14.56 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380194571236 | 15.34 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380194943218 | 15.34 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380195804465 | 14.56 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380196496029 | 14.56 |
| 2/16/23 | 02/16/2023 UPS Delivery Service 1Z6134380196758077 | 15.34 |
| 2/28/23 | Westlaw Research | 384.98 |
| | TOTAL DISBURSEMENTS | $ 752.85 |

MATTER 10011 TOTAL                                                                                   $ 752.85

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                        **MATTER NUMBER - 10011**

| Date | Description | Amount |
|---|---|---:|
| 1/04/23 | Travel, AARON COOPER, 01/04/2023 - Taxi/Car Service | 67.38 |
| 1/04/23 | Travel, AARON COOPER, 01/04/2023 - Train/Rail to Washington, D.C. | 361.00 |
| 1/04/23 | Travel, AARON COOPER, 01/04/2023 - Hotel-Lodging | 624.34 |
| 1/31/23 | Other Professional Services; LIGHTHOUSE; 01/31/2023 | 25,188.95 |
| 2/17/23 | Other Professional Services, ELAN CORPORATE PAYMEN T SYSTEMS, 02/17/2023 | 58.30 |
| 2/17/23 | Other Professional Services, ELAN CORPORATE PAYMEN T SYSTEMS, 02/17/2023 | 524.70 |
| 2/28/23 | Other Professional Services; LIGHTHOUSE; 02/28/2023 | 13,866.95 |
| 3/16/23 | Color Copy | .25 |
| 3/16/23 | B&W Copy | 33.11 |
| 3/31/23 | Other Professional Services; STRUT LEGAL, INC.; 03/31/2023 | 8,753.50 |
|  | TOTAL DISBURSEMENTS | $ 49,478.48 |

MATTER 10011 TOTAL                                                                                $ 49,478.48