# EXHIBIT B

## Summary of Time Billed by Professional for the Second Fee Period

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Timothy Martin, CIRA, CTP, CFE, CCFI | Managing Director | $1,095<br>$1,000 | 408.9<br>324.5 | $447,746<br>356,950 |
| Robert Barnett | Managing Director | $1,020 | 109.50 | 111,690 |
| Karen Miles | Managing Director | $1,095<br>$1,100 | 14.20<br>22.30 | 15,549<br>24,530 |
| Michael Boyer, MBA, CIRA, CCE | Senior Director | $920<br>$950 | 339.2<br>317.2 | 312,064<br>301,340 |
| Anju Joseph | Senior Director | $920<br>$950 | 200.00<br>69.20 | 184,000<br>65,740 |
| Robert Loh, CIRA, CFE, CFCS, CCA, CCE | Senior Director | $920<br>$950 | 460.5<br>333.5 | 423,660<br>316,825 |
| Jean-Louis Sorondo | Senior Director | $950 | 364.70 | 346,465 |
| Aaron Koranek | Senior Director | $920<br>$950 | 55.00<br>107.10 | 50,600<br>101,745 |
| Harrison Leggio | Director | $800 | 63.60 | 50,880 |
| Wojitek Hajduczyk | Director | $725 | 7.90 | 5,728 |
| Adam Zughayer | Director | $660 | 26.30 | 17,358 |
| Richard Manza | Manager | $575 | 8.10 | 4,658 |
| Amanda Quintile | Associate[1] | $495<br>$600 | 208.6<br>117.4 | 103,257<br>70,440 |
| Jason Olivo | Associate | $495<br>$500 | 106.00<br>45.80 | 52,470<br>22,900 |
| **Total Professional Charges** | | | **3,709.50** | **$ 3,386,594** |

---

[1] Ms. Quintile was promoted to Manager effective January 1, 2023.