# EXHIBIT C

**Summary of Time Billed by Project Category for the Second Fee Period**

| Task Code | Description | Hours | Fees |
|---|---|---|---|
| 1 | Cryptocurrency Analysis | 2004.5 | $ 1,804,075 |
| 2 | Tax Issues | 50.5 | 48,220 |
| 3 | Utility Obligations | 197.3 | 182,825 |
| 4 | Billing and Fee Applications | 92.7 | 74,417 |
| 5 | Investigation Planning and Analysis | 196.6 | 185,676 |
| 6 | Communications with Parties in Interest | 25.0 | 25,712 |
| 7 | Witness Interviews | 211.1 | 212,851 |
| 8 | Report Preparation and Drafting | 408.0 | 397,537 |
| 9 | Business Operations | 308.0 | 244,011 |
| 10 | Asset Valuation | 215.8 | 211,272 |
| | **Total** | **3709.5** | **$ 3,386,594** |