## Exhibit A

**Nash Declaration**

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF PATRICK J. NASH, JR. IN SUPPORT OF
THE SECOND INTERIM FEE APPLICATION OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE INTERIM FEE PERIOD
FROM NOVEMBER 1, 2022, THROUGH AND INCLUDING FEBRUARY 28, 2023**

I, Patrick J. Nash, Jr., being duly sworn, state the following under penalty of perjury:

1.    I am the president of Patrick J. Nash, Jr., P.C., a partner in the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, Illinois 60654, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, "K&E").[2]  I am one of the lead

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

attorneys from K&E working on the above-captioned chapter 11 cases.  I am a member in good

standing of the Bar of the State of Illinois, and I have been admitted to practice in Illinois.  There

are no disciplinary proceedings pending against me.

2.      I have read the foregoing interim fee application of K&E, attorneys for the Debtors,

for the Fee Period (the "Fee Application").  To the best of my knowledge, information and belief,

the statements contained in the Fee Application are true and correct.  In addition, I believe that the

Fee Application complies with Local Bankruptcy Rule 2016-1.

3.      In connection therewith, I hereby certify that:

a)      to the best of my knowledge, information, and belief, formed after
reasonable inquiry, the fees and disbursements sought in the Fee
Application are permissible under the relevant rules, court orders, and
Bankruptcy Code provisions, except as specifically set forth herein;

b)      except to the extent disclosed in the Fee Application, the fees and
disbursements sought in the Fee Application are billed at rates customarily
employed by K&E and generally accepted by K&E's clients.  In addition,
none of the professionals seeking compensation varied their hourly rate
based on the geographic location of the Debtors' case;

c)      K&E is seeking compensation with respect to (i) the approximately 4.30
hours and $3,976.50 in fees spent reviewing or revising time records and
preparing, reviewing, and revising invoices;[3] and (ii) the approximately
532.00 hours and $465,752.50 in fees spent reviewing time records to redact
privileged or confidential information;

d)      in providing a reimbursable expense, K&E does not make a profit on that
expense, whether the service is performed by K&E in-house or through a
third party;

e)      in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy
Procedure and 11 U.S.C. § 504, no agreement or understanding exists
between K&E and any other person for the sharing of compensation to be
received in connection with the above cases except as authorized pursuant
to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules;
and

---

[3]    This is limited to work involved in preparing and editing billing records that would not be compensable outside
of bankruptcy and does not include reasonable fees for preparing a fee application.

f)   All services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  April 14, 2023

Respectfully submitted,

*/s/ Patrick J. Nash, Jr.*

Patrick J. Nash, Jr.
as President of Patrick J. Nash, Jr., P.C., as
Partner of Kirkland & Ellis LLP; and as Partner
of Kirkland & Ellis International LLP