# Exhibit D

**Budget and Staffing Plan**

### Budget and Staffing Plan

**(For Matter Categories for the Period Beginning on November 1, 2022 and Ending on February 28, 2023)**

### Budget

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 3 | Adversary Proceeding & Contested Matters | 2,525 - 3,283 | $3,606,150 - $4,445,000 |
| 4 | Automatic Stay Matters | 220 - 286 | $195,947 - $255,000 |
| 5 | Business Operations | 740 - 963 | $710,315 - $925,000 |
| 6 | Case Administration | 1,350 - 1,755 | $1,261,881 - $1,640,000 |
| 7 | Cash Management and DIP Financing | 20 - 26 | $21,223 - $30,000 |
| 8 | Customer and Vendor Communications | 335 - 436 | $296,926 - $390,000 |
| 9 | Claims Administration and Objections | 465 - 605 | $426,434 - $550,000 |
| 10 | Official Committee Matters and Meetings | 175 - 228 | $158,052 - $205,000 |
| 11 | Use, Sale, and Disposition of Property | 6,020 - 7,826 | $4,790,957 - $6,525,000 |
| 12 | Corp., Governance, & Securities Matters | 610 - 793 | $545,533 - $710,000 |
| 13 | Employee Matters | 910 - 1,184 | $740,988 - $1,025,000 |
| 14 | Executory Contracts and Unexpired Leases | 145 - 189 | $145,948 - $190,000 |
| 15 | SOFAs and Schedules | 75 - 98 | $73,849 - $100,000 |
| 16 | Hearings | 255 - 332 | $263,879 - $340,000 |
| 17 | Insurance and Surety Matters | 20 - 26 | $16,348 - $20,000 |
| 18 | Disclosure Statement, Plan, Confirmation | 915 - 1,190 | $1,900,198 - $2,170,000 |
| 19 | International Issues | 40 - 52 | $38,448 - $50,000 |
| 20 | K&E Retention Matters | 1,275 - 1,658 | $467,390 - $815,000 |
| 21 | Non-K&E Retention Matters | 460 - 599 | $449,244 - $585,000 |
| 22 | Tax Matters | 195 - 254 | $191,800 - $250,000 |
| 23 | Non-Working Travel | 80 - 104 | $80,183 - $100,000 |
| 24 | U.S. Trustee Communications & Reporting | 105 - 137 | $108,290 - $140,000 |
| 25 | Expenses | 355 - 462 | $363,466 - $470,000 |
| 26 | Special Committee Matters | 2,360 - 3,068 | $2,421,976 - $3,150,000 |
| 27 | Stone Litigation | 0 | $0 |
| 28 | Prime Trust Litigation | 0 | $0 |
| 29 | Equities First Holdings Litigation | 0 | $0 |
| 30 | Stake Hound Litigation | 0 | $0 |
| 38 | Blockchain Access UK Litigation | 0 | $0 |
| 41 | Tether Limited Litigation | 0 | $0 |
| 42 | Core Scientific Litigation | 1,175 - 1,528 | $883,607 - $1,390,000 |
| 43 | Examiner Matters | 1,045 - 1,359 | 1,522,178 - $1,980,000 |
| 44 | GK8 | 1,270 - 1,651 | $874,447 - $1,435,000 |
| 45 | Frishberg Litigation | 50 - 66 | $59,515 - $80,000 |
| 46 | Core Scientific, Chapter 11 Filing | 0 | $0 |

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 47 | Tiffany Fong Litigation | 0 | $0 |
| 48 | K&E Fee Matters | 0 | $0 |
| 49 | Non-K&E Fee Matters | 0 | $0 |
| 50 | Government and Regulatory Investigations | 0 | $0 |
| 51 | Appeals | 0 | $0 |
| **TOTAL** | | **10,730 - 30,148** | **$22,615,172 - $29,965,000** |

## Staffing Plan

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 15 | $1,566 |
| Associate | 25 | $912 |
| Legal Assistant | 7 | $395 |
| **Total** | 37 | $1,073 |

---

[1]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.