**Exhibit F**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Olivia Adendorff, P.C. | Partner | Litigation - General | 2009 | $11,935.50 | 7.30 | N/A | $1,635.00 | $1,635.00 | $11,935.50 |
| Bob Allen, P.C. | Partner | Litigation - General | 2012 | $66,126.00 | 41.20 | N/A | $1,605.00 | $1,605.00 | $66,126.00 |
| Brian A. Benczkowski, P.C. | Partner | Litigation - General | 1994 | $6,032.00 | 3.20 | N/A | $1,885.00 | $1,885.00 | $6,032.00 |
| Zachary S. Brez, P.C. | Partner | Litigation - General | 2000 | $103,837.50 | 58.50 | 1 | $1,775.00 | $1,775.00 | $103,837.50 |
| | | | | $77,812.00 | 39.20 | | $1,985.00 | $1,775.00 | $69,580.00 |
| Judson Brown, P.C. | Partner | Litigation - General | 2004 | $262,845.00 | 177.00 | 1 | $1,485.00 | $1,485.00 | $262,845.00 |
| | | | | $141,705.00 | 84.60 | | $1,675.00 | $1,485.00 | $125,631.00 |
| Rich Cunningham, P.C. | Partner | Litigation - General | 2010 | $16,848.00 | 9.60 | N/A | $1,755.00 | $1,755.00 | $16,848.00 |
| Edwin S. del Hierro, P.C. | Partner | Corporate - Banking Regulatory | 1986 | $28,792.50 | 16.50 | 1 | $1,745.00 | $1,745.00 | $28,792.50 |
| | | | 1986 | $12,369.00 | 6.20 | | $1,995.00 | $1,745.00 | $10,819.00 |
| Mark Filip, P.C. | Partner | Litigation - General | 1995 | $6,432.50 | 3.10 | N/A | $2,075.00 | $1,875.00 | $5,812.50 |
| Emma L. Flett | Partner | Technology & IP Transactions | 2009 | $570.00 | 0.40 | 1 | $1,425.00 | $1,425.00 | $570.00 |
| | | | | $7,180.00 | 4.00 | | $1,795.00 | $1,425.00 | $5,700.00 |
| Asheesh Goel, P.C. | Partner | Litigation - General | 1995 | $22,875.00 | 12.50 | 1 | $1,830.00 | $1,830.00 | $22,875.00 |
| | | | | $36,050.00 | 17.50 | | $2,060.00 | $1,830.00 | $32,025.00 |
| Jacquelyn M. Kasulis, P.C. | Partner | Litigation - General | 2004 | $5,505.00 | 3.00 | N/A | $1,835.00 | $1,835.00 | $5,505.00 |
| Michelle Kilkenney, P.C. | Partner | Corporate - Debt Finance | 2002 | $12,034.50 | 7.10 | 1 | $1,695.00 | $1,695.00 | $12,034.50 |
| | | | | $6,748.50 | 3.30 | | $2,045.00 | $1,695.00 | $5,593.50 |
| Ross M. Kwasteniet, P.C. | Partner | Restructuring | 2002 | $835,969.50 | 453.10 | 1 | $1,845.00 | $1,845.00 | $835,969.50 |
| | | | | $1,006,753.50 | 492.30 | | $2,045.00 | $1,845.00 | $908,293.50 |
| Jennifer Levy, P.C. | Partner | Litigation - General | 1998 | $7,391.00 | 3.80 | N/A | $1,945.00 | $1,945.00 | $7,391.00 |
| Aaron Lorber, P.C. | Partner | Technology & IP Transactions | 2008 | $4,760.00 | 3.40 | N/A | $1,400.00 | $1,400.00 | $4,760.00 |
| Mario Mancuso, P.C. | Partner | International Trade | 1997 | $366.00 | 0.20 | N/A | $1,830.00 | $1,830.00 | $366.00 |
| Patrick J. Nash Jr., P.C. | Partner | Restructuring | 1996 | $279,333.00 | 151.40 | 1 | $1,845.00 | $1,845.00 | $279,333.00 |
| | | | | $156,647.00 | 76.60 | | $2,045.00 | $1,845.00 | $141,327.00 |
| Mavnick Nerwal | Partner | Taxation | 2008 | $22,082.00 | 12.20 | 1 | $1,810.00 | $1,810.00 | $22,082.00 |
| | | | | $2,045.00 | 1.00 | | $2,045.00 | $1,810.00 | $1,810.00 |
| Jeffery S. Norman, P.C. | Partner | Technology & IP Transactions | 1992 | $55,912.50 | 31.50 | 1 | $1,775.00 | $1,775.00 | $55,912.50 |
| | | | | $277,305.00 | 139.00 | | $1,995.00 | $1,775.00 | $246,725.00 |
| Scott D. Price, P.C. | Partner | ECEB - Executive Compensation | 1998 | $8,601.00 | 4.70 | N/A | $1,830.00 | $1,830.00 | $8,601.00 |
| Nabil Sabki, P.C. | Partner | Corporate - Investment Funds | 1999 | $19,152.00 | 9.60 | N/A | $1,995.00 | $1,995.00 | $19,152.00 |
| | | | | $13,959.00 | 6.60 | N/A | $2,115.00 | $1,995.00 | $13,167.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Julian J. Seiguer, P.C. | Partner | Corporate - Capital Markets | 2013 | $44,497.50 | 25.50 | 1 | $1,745.00 | $1,745.00 | $44,497.50 |
| | | | | $98,611.50 | 50.70 | | $1,945.00 | $1,745.00 | $88,471.50 |
| Anthony Vincenzo Sexton, P.C. | Partner | Taxation | 2011 | $68,987.00 | 46.30 | 1 | $1,490.00 | $1,490.00 | $68,987.00 |
| | | | | $86,184.00 | 51.30 | | $1,680.00 | $1,490.00 | $76,437.00 |
| Josh Sussberg, P.C. | Partner | Restructuring | 2004 | $13,653.00 | 7.40 | 1 | $1,845.00 | $1,845.00 | $13,653.00 |
| | | | | $4,908.00 | 2.40 | | $2,045.00 | $1,845.00 | $4,428.00 |
| Joshua Westerholm, P.C. | Partner | Corporate - Investment Funds | 2004 | $13,265.00 | 7.00 | N/A | $1,895.00 | $1,895.00 | $13,265.00 |
| Debbie Yee, P.C. | Partner | Corporate - M&A/Private Equity | 2006 | $4,414.50 | 2.70 | N/A | $1,635.00 | $1,635.00 | $4,414.50 |
| Christie M. Alcala | Partner | ECEB - Labor/Employment | 2010 | $5,962.50 | 4.50 | N/A | $1,325.00 | $1,325.00 | $5,962.50 |
| Richard Boynton | Partner | Litigation - General | 2006 | $3,387.50 | 2.50 | N/A | $1,355.00 | $1,355.00 | $3,387.50 |
| Steven M. Cantor | Partner | Taxation | 2017 | $53,113.50 | 40.70 | 1 | $1,305.00 | $1,305.00 | $53,113.50 |
| | | | | $92,101.50 | 63.30 | | $1,455.00 | $1,305.00 | $82,606.50 |
| Cassandra Catalano | Partner | Litigation - General | 2016 | $33,482.50 | 29.50 | 1 | $1,135.00 | $1,135.00 | $33,482.50 |
| | | | | $41,209.50 | 33.10 | | $1,245.00 | $1,135.00 | $37,568.50 |
| Hannah Crawford | Partner | Restructuring | 2015 | $13,832.00 | 11.20 | 1 | $1,235.00 | $1,235.00 | $13,832.00 |
| | | | | $2,107.50 | 1.50 | | $1,405.00 | $1,235.00 | $1,852.50 |
| Bryan D. Flannery | Partner | Corporate - Capital Markets | 2014 | $92,947.50 | 72.90 | 1 | $1,275.00 | $1,275.00 | $92,947.50 |
| | | | | $170,568.00 | 110.40 | | $1,545.00 | $1,275.00 | $140,760.00 |
| Philipp Gnatzy | Partner | Antitrust/Competition | 2015 | $1,482.00 | 1.20 | N/A | $1,235.00 | $1,235.00 | $1,482.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | $137,680.50 | 104.70 | 1 | $1,315.00 | $1,315.00 | $137,680.50 |
| | | | | $110,625.00 | 75.00 | | $1,475.00 | $1,315.00 | $98,625.00 |
| Luci Hague | Partner | International Trade | 2015 | $494.00 | 0.40 | N/A | $1,235.00 | $1,235.00 | $494.00 |
| Erik Hepler | Partner | Corporate - Debt Finance | 1990 | $2,762.50 | 1.70 | N/A | $1,625.00 | $1,625.00 | $2,762.50 |
| Emily Hogan | Partner | Corporate - Debt Finance | 2016 | $26,799.50 | 21.70 | 1 | $1,235.00 | $1,235.00 | $26,799.50 |
| | | | | $5,087.50 | 3.70 | | $1,375.00 | $1,235.00 | $4,569.50 |
| Sydney Jones | Partner | ECEB - Labor/Employment | 2014 | $7,434.00 | 5.90 | 1 | $1,260.00 | $1,260.00 | $7,434.00 |
| | | | | $3,277.50 | 2.30 | | $1,425.00 | $1,260.00 | $2,898.00 |
| Hanaa Kaloti | Partner | Litigation - General | 2014 | $161,815.50 | 140.10 | 1 | $1,155.00 | $1,155.00 | $161,815.50 |
| | | | | $118,948.00 | 90.80 | | $1,310.00 | $1,155.00 | $104,874.00 |
| Mike Kilgarriff | Partner | Litigation - General | 2015 | $5,895.00 | 4.50 | N/A | $1,310.00 | $1,310.00 | $5,895.00 |
| Chris Koenig | Partner | Restructuring | 2014 | $601,776.00 | 477.60 | N/A | $1,260.00 | $1,260.00 | $601,776.00 |
| | | | | $751,260.00 | 527.20 | N/A | $1,425.00 | $1,260.00 | $664,272.00 |
| Dan Latona | Partner | Restructuring | 2016 | $483,873.00 | 391.80 | 1 | $1,235.00 | $1,235.00 | $483,873.00 |
| | | | | $486,750.00 | 354.00 | | $1,375.00 | $1,235.00 | $437,190.00 |
| Allison Lullo | Partner | Litigation - General | 2011 | $264,250.00 | 211.40 | 1 | $1,250.00 | $1,250.00 | $264,250.00 |
| | | | | $236,739.00 | 167.90 | | $1,410.00 | $1,250.00 | $209,875.00 |
| Jaime A. Madell | Partner | Corporate - Derivatives | 2012 | $1,275.00 | 1.00 | N/A | $1,275.00 | $1,275.00 | $1,275.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| T.J. McCarrick | Partner | Litigation - General | 2016 | $229,951.00 | 202.60 | 1 | $1,135.00 | $1,135.00 | $229,951.00 |
| | | | | $19,607.50 | 15.50 | | $1,265.00 | $1,135.00 | $17,592.50 |
| William T. Pruitt | Partner | Litigation - General | 2004 | $20,487.50 | 14.90 | 1 | $1,375.00 | $1,375.00 | $20,487.50 |
| | | | | $28,520.00 | 18.40 | | $1,550.00 | $1,375.00 | $25,300.00 |
| Jeffrey S. Quinn | Partner | ECEB - Employee Benefits | 1998 | $9,193.00 | 5.80 | N/A | $1,585.00 | $1,585.00 | $9,193.00 |
| John Reinert | Partner | Corporate - Investment Funds | 2013 | $7,758.50 | 5.90 | 1 | $1,315.00 | $1,315.00 | $7,758.50 |
| | | | | $33,063.00 | 21.40 | | $1,545.00 | $1,315.00 | $28,141.00 |
| Laura K. Riff | Partner | Litigation - General | 2011 | $50,580.00 | 36.00 | N/A | $1,405.00 | $1,405.00 | $50,580.00 |
| Joanna Schlingbaum | Partner | Technology & IP Transactions | 2016 | $32,357.00 | 26.20 | 1 | $1,235.00 | $1,235.00 | $32,357.00 |
| | | | | $43,175.00 | 31.40 | | $1,375.00 | $1,235.00 | $38,779.00 |
| Tricia Schwallier Collins | Partner | Restructuring | 2015 | $617.50 | 0.50 | N/A | $1,235.00 | $1,235.00 | $617.50 |
| Christine Strumpen-Darrie | Partner | Corporate - Capital Markets | 2003 | $697.50 | 0.50 | 1 | $1,395.00 | $1,395.00 | $697.50 |
| | | | | $466.50 | 0.30 | | $1,555.00 | $1,395.00 | $418.50 |
| Steve Toth | Partner | Corporate - M&A/Private Equity | 2005 | $126,126.00 | 88.20 | 1 | $1,430.00 | $1,430.00 | $126,126.00 |
| | | | | $67,345.50 | 41.70 | | $1,615.00 | $1,430.00 | $59,631.00 |
| Matthew D. Turner | Partner | Corporate - Capital Markets | 2015 | $67,925.00 | 55.00 | 1 | $1,235.00 | $1,235.00 | $67,925.00 |
| | | | | $106,920.50 | 76.10 | | $1,405.00 | $1,235.00 | $93,983.50 |
| Alan Walker | Partner | Taxation | 2004 | $19,136.00 | 12.80 | 1 | $1,495.00 | $1,495.00 | $19,136.00 |
| | | | | $7,751.00 | 4.60 | | $1,685.00 | $1,495.00 | $6,877.00 |
| Ben Wallace | Partner | Litigation - General | 2016 | $96,904.50 | 83.90 | 1 | $1,155.00 | $1,155.00 | $96,904.50 |
| | | | | $16,824.50 | 13.30 | | $1,265.00 | $1,155.00 | $15,361.50 |
| Wayne E. Williams | Partner | Corporate - Capital Markets | 2006 | $3,051.50 | 1.70 | N/A | $1,795.00 | $1,625.00 | $2,762.50 |
| Jenny Wilson | Partner | Technology & IP Transactions | 2012 | $14,674.00 | 9.20 | N/A | $1,595.00 | $1,295.00 | $11,914.00 |
| Matthew Wood | Partner | ECEB - Executive Compensation | 2016 | $11,732.50 | 9.50 | 1 | $1,235.00 | $1,235.00 | $11,732.50 |
| | | | | $2,248.00 | 1.60 | | $1,405.00 | $1,235.00 | $1,976.00 |
| Paul Zier | Partner | Corporate - Investment Funds | 2000 | $5,932.50 | 3.50 | 1 | $1,695.00 | $1,695.00 | $5,932.50 |
| | | | | $19,708.00 | 10.40 | | $1,895.00 | $1,695.00 | $17,628.00 |
| Anna Alekseeva | Associate | Restructuring | Pending | $8,316.00 | 12.60 | N/A | $660.00 | $660.00 | $8,316.00 |
| Anthony Antioch | Associate | Taxation | 2017 | $9,088.50 | 7.30 | N/A | $1,245.00 | $1,245.00 | $9,088.50 |
| Rebecca H. Arnall | Associate | ECEB - Executive Compensation | 2017 | $6,598.50 | 8.30 | 1 | $795.00 | $795.00 | $6,598.50 |
| | | | | $1,239.00 | 1.40 | | $885.00 | $795.00 | $1,113.00 |
| Damani Ashton | Associate | Corporate - General | Pending | $9,040.50 | 12.30 | N/A | $735.00 | $735.00 | $9,040.50 |
| Joey Daniel Baruh | Associate | Litigation - General | 2021 | $112,590.00 | 125.10 | 1 | $900.00 | $900.00 | $112,590.00 |
| | | | | $55,160.00 | 56.00 | | $985.00 | $900.00 | $50,400.00 |
| Nicholas Benham | Associate | Litigation - General | 2021 | $61,560.00 | 68.40 | N/A | $900.00 | $900.00 | $61,560.00 |
| | | | | $28,762.00 | 29.20 | | $985.00 | $900.00 | $26,280.00 |
| Michael Berger | Associate | Restructuring | 2020 | $1,059.50 | 1.30 | 1 | $815.00 | $815.00 | $1,059.50 |
| | | | | $751.50 | 0.90 | | $835.00 | $815.00 | $733.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Simon Briefel | Associate | Restructuring | 2018 | $386,347.50 | 346.50 | 1 | $1,115.00 | $1,115.00 | $386,347.50 |
| | | | | $222,730.50 | 178.90 | | $1,245.00 | $1,115.00 | $199,473.50 |
| Grace C. Brier | Associate | Litigation - General | 2017 | $416,583.00 | 375.30 | 1 | $1,110.00 | $1,110.00 | $416,583.00 |
| | | | | $216,877.50 | 178.50 | | $1,215.00 | $1,110.00 | $198,135.00 |
| Matthew C. Burner | Associate | Corporate - General | Pending | $8,305.50 | 11.30 | N/A | $735.00 | $735.00 | $8,305.50 |
| Jeff Butensky | Associate | Corporate - General | 2017 | $119,119.00 | 130.90 | 1 | $910.00 | $910.00 | $119,119.00 |
| | | | | $92,137.00 | 92.60 | | $995.00 | $910.00 | $84,266.00 |
| Chris Ceresa | Associate | Restructuring | 2020 | $4,657.50 | 4.50 | N/A | $1,035.00 | $1,035.00 | $4,657.50 |
| Parker Conway | Associate | Corporate - General | 2021 | $58,273.50 | 73.30 | N/A | $795.00 | $795.00 | $58,273.50 |
| Stephen Coudounaris | Associate | Technology & IP Transactions | 2015 | $8,431.50 | 7.30 | N/A | $1,155.00 | $1,155.00 | $8,431.50 |
| Joseph A. D'Antonio | Associate | Litigation - General | 2021 | $340,740.00 | 378.60 | 1 | $900.00 | $900.00 | $340,740.00 |
| | | | | $234,233.00 | 237.80 | | $985.00 | $900.00 | $214,020.00 |
| Matt Davis | Associate | Corporate - General | 2022 | $735.00 | 1.00 | N/A | $735.00 | $735.00 | $735.00 |
| Meng Ding | Associate | Corporate - General | 2022 | $11,022.00 | 16.70 | N/A | $660.00 | $660.00 | $11,022.00 |
| Patrick Forte | Associate | Litigation - General | 2021 | $40,680.00 | 45.20 | 1 | $900.00 | $900.00 | $40,680.00 |
| | | | | $14,381.00 | 14.60 | | $985.00 | $900.00 | $13,140.00 |
| Michal Galayevich | Associate | ECEB - Executive Compensation | 2022 | $1,547.00 | 1.70 | N/A | $910.00 | $910.00 | $1,547.00 |
| Paul Goldsmith | Associate | Corporate - General | 2021 | $30,051.00 | 37.80 | 1 | $795.00 | $795.00 | $30,051.00 |
| | | | | $619.50 | 0.70 | | $885.00 | $795.00 | $556.50 |
| Amila Golic | Associate | Restructuring | 2021 | $241,521.00 | 303.80 | 1 | $795.00 | $795.00 | $241,521.00 |
| | | | | $176,734.50 | 199.70 | | $885.00 | $795.00 | $158,761.50 |
| Anna L. Grilley | Associate | Corporate - General | 2017 | $27,427.50 | 34.50 | N/A | $795.00 | $910.00 | $31,395.00 |
| Iris Michelle Grossman | Associate | ECEB - Employee Benefits | 2021 | $2,730.00 | 3.00 | N/A | $910.00 | $910.00 | $2,730.00 |
| Leah A. Hamlin | Associate | Litigation - General | 2017 | $282,451.50 | 272.90 | 1 | $1,035.00 | $1,035.00 | $282,451.50 |
| | | | | $149,252.50 | 131.50 | | $1,135.00 | $1,035.00 | $136,102.50 |
| Seantyel Hardy | Associate | Litigation - General | 2019 | $31,153.50 | 30.10 | 1 | $1,035.00 | $1,035.00 | $31,153.50 |
| | | | | $2,497.00 | 2.20 | | $1,135.00 | $1,035.00 | $2,277.00 |
| Zach Heater | Associate | Litigation - General | 2021 | $34,642.50 | 44.70 | N/A | $775.00 | $775.00 | $34,642.50 |
| Gabriela Zamfir Hensley | Associate | Restructuring | 2018 | $376,870.00 | 338.00 | 1 | $1,115.00 | $1,115.00 | $376,870.00 |
| | | | | $326,190.00 | 262.00 | | $1,245.00 | $1,115.00 | $292,130.00 |
| Victor Hollenberg | Associate | Litigation - General | 2021 | $18,755.00 | 24.20 | 1 | $775.00 | $775.00 | $18,755.00 |
| | | | | $15,895.00 | 18.70 | | $850.00 | $775.00 | $14,492.50 |
| Matthew C. Hutchinson | Associate | Corporate - M&A/Private Equity | 2018 | $175,278.00 | 157.20 | 1 | $1,115.00 | $1,115.00 | $175,278.00 |
| | | | | $13,944.00 | 11.20 | | $1,245.00 | $1,115.00 | $12,488.00 |
| Ben Isherwood | Associate | Restructuring | 2017 | $5,265.00 | 4.50 | N/A | $1,170.00 | $1,170.00 | $5,265.00 |
| Elizabeth Helen Jones | Associate | Restructuring | 2018 | $305,946.00 | 295.60 | 1 | $1,035.00 | $1,035.00 | $305,946.00 |
| | | | | $375,259.50 | 324.90 | | $1,155.00 | $1,035.00 | $336,271.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed – In this Application | Hourly Rate Billed – In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Meena Kandallu | Associate | Taxation | 2022 | $5,629.50 | 8.10 | 1 | $695.00 | $695.00 | $5,629.50 |
|  |  |  |  | $24,490.00 | 31.60 |  | $775.00 | $695.00 | $21,962.00 |
| Charlie Kassir | Associate | ECEB - Labor/Employment | 2019 | $5,962.50 | 7.50 | 1 | $795.00 | $795.00 | $5,962.50 |
|  |  |  |  | $1,504.50 | 1.70 |  | $885.00 | $795.00 | $1,351.50 |
| Tamar Kofman | Associate | Restructuring | 2019 | $16,653.00 | 18.30 | 1 | $910.00 | $910.00 | $16,653.00 |
|  |  |  |  | $1,492.50 | 1.50 |  | $995.00 | $910.00 | $1,365.00 |
| Erika Krum | Associate | International Trade | 2021 | $455.00 | 0.50 | N/A | $910.00 | $910.00 | $455.00 |
| Michael Lemm | Associate | Restructuring | 2019 | $113,539.50 | 109.70 | N/A | $1,035.00 | $1,035.00 | $113,539.50 |
| Matthew Lewis | Associate | Litigation - General | 2023 | $7,865.00 | 11.00 | N/A | $715.00 | $715.00 | $7,865.00 |
| Patricia Walsh Loureiro | Associate | Restructuring | 2020 | $269,307.00 | 260.20 | 1 | $1,035.00 | $1,035.00 | $269,307.00 |
|  |  |  |  | $213,790.50 | 185.10 |  | $1,155.00 | $1,035.00 | $191,578.50 |
| Nima Malek Khosravi | Associate | Restructuring | Pending | $217,008.00 | 328.80 | 1 | $660.00 | $660.00 | $217,008.00 |
|  |  |  |  | $125,023.50 | 170.10 |  | $735.00 | $660.00 | $112,266.00 |
| Jennifer Mancini | Associate | Litigation - General | 2022 | $1,644.50 | 2.30 | N/A | $715.00 | $715.00 | $1,644.50 |
| Rebecca J. Marston | Associate | Restructuring | 2021 | $250,159.00 | 274.90 | 1 | $910.00 | $910.00 | $250,159.00 |
|  |  |  |  | $252,929.00 | 254.20 |  | $995.00 | $910.00 | $231,322.00 |
| Caitlin McGrail | Associate | Restructuring | Pending | $113,718.00 | 172.30 | 1 | $660.00 | $660.00 | $113,718.00 |
|  |  |  |  | $84,084.00 | 114.40 |  | $735.00 | $660.00 | $75,504.00 |
| Angelina Moore | Associate | Litigation - General | 2019 | $71,511.00 | 72.60 | 1 | $985.00 | $985.00 | $71,511.00 |
|  |  |  |  | $34,344.00 | 31.80 |  | $1,080.00 | $985.00 | $31,323.00 |
| Annika Morin | Associate | ECEB - Employee Benefits | 2022 | $2,442.00 | 3.70 | N/A | $660.00 | $660.00 | $2,442.00 |
| Sarah Mosisa | Associate | Litigation - General | Pending | $6,077.50 | 8.50 | N/A | $715.00 | $715.00 | $6,077.50 |
| Joel McKnight Mudd | Associate | Restructuring | 2021 | $149,539.50 | 188.10 | 1 | $795.00 | $795.00 | $149,539.50 |
|  |  |  |  | $134,520.00 | 152.00 |  | $885.00 | $795.00 | $120,840.00 |
| Katherine C. Nemeth | Associate | ECEB - Executive Compensation | 2018 | $21,294.00 | 18.20 | 1 | $1,170.00 | $1,170.00 | $21,294.00 |
|  |  |  |  | $8,935.50 | 6.90 |  | $1,295.00 | $1,170.00 | $8,073.00 |
| Alex D. Pappas | Associate | Litigation - General | 2021 | $180.00 | 0.20 | 1 | $900.00 | $900.00 | $180.00 |
|  |  |  |  | $4,235.50 | 4.30 |  | $985.00 | $900.00 | $3,870.00 |
| Krishan Patel | Associate | Taxation | 2019 | $587.50 | 0.50 | N/A | $1,175.00 | $1,055.00 | $527.50 |
| Morgan Lily Phoenix | Associate | Litigation - General | 2022 | $53,820.00 | 82.80 | 1 | $650.00 | $650.00 | $53,820.00 |
|  |  |  |  | $19,233.50 | 26.90 |  | $715.00 | $650.00 | $17,485.00 |
| John Poulos | Associate | Technology & IP Transactions | 2016 | $18,733.50 | 18.10 | 1 | $1,035.00 | $1,035.00 | $18,733.50 |
|  |  |  |  | $18,249.00 | 15.80 |  | $1,155.00 | $1,035.00 | $16,353.00 |
| Joseph Cermak Profancik | Associate | Corporate - General | 2022 | $13,818.00 | 18.80 | N/A | $735.00 | $735.00 | $13,818.00 |
| Joshua Raphael | Associate | Restructuring | Pending | $129,426.00 | 196.10 | 1 | $660.00 | $660.00 | $129,426.00 |
|  |  |  |  | $184,264.50 | 250.70 |  | $735.00 | $660.00 | $165,462.00 |
| Gabrielle Christine Reardon | Associate | Restructuring | 2022 | $174,834.00 | 264.90 | 1 | $660.00 | $660.00 | $174,834.00 |
|  |  |  |  | $208,005.00 | 283.00 |  | $735.00 | $660.00 | $186,780.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Roy Michael Roman | Associate | Restructuring | 2023 | $94,644.00 | 143.40 | 1 | $660.00 | $660.00 | $94,644.00 |
| | | | | $57,183.00 | 77.80 | | $735.00 | $660.00 | $51,348.00 |
| Kelby Roth | Associate | Restructuring | 2022 | $103,356.00 | 156.60 | 1 | $660.00 | $660.00 | $103,356.00 |
| | | | | $59,388.00 | 80.80 | | $735.00 | $660.00 | $53,328.00 |
| Jimmy Ryan | Associate | Restructuring | 2022 | $231,981.00 | 291.80 | 1 | $795.00 | $795.00 | $231,981.00 |
| | | | | $204,612.00 | 231.20 | | $885.00 | $795.00 | $183,804.00 |
| Seth Sanders | Associate | Restructuring | 2021 | $218,943.00 | 275.40 | 1 | $795.00 | $795.00 | $218,943.00 |
| | | | | $171,778.50 | 194.10 | | $885.00 | $795.00 | $154,309.50 |
| Taylor E. Santori | Associate | Corporate - Capital Markets | 2022 | $2,112.00 | 3.20 | 2 | $660.00 | $660.00 | $2,112.00 |
| | | | | $990.00 | 1.50 | | $660.00 | $660.00 | $990.00 |
| | | | | $6,027.00 | 8.20 | | $735.00 | $660.00 | $5,412.00 |
| Tommy Scheffer | Associate | Restructuring | 2019 | $323,684.50 | 290.30 | N/A | $1,115.00 | $1,115.00 | $323,684.50 |
| Gelareh Sharafi | Associate | Restructuring | Pending | $22,176.00 | 33.60 | 1 | $660.00 | $660.00 | $22,176.00 |
| | | | | $11,539.50 | 15.70 | | $735.00 | $660.00 | $10,362.00 |
| Hannah C. Simson | Associate | Litigation - General | 2019 | $222,807.00 | 226.20 | 1 | $985.00 | $985.00 | $222,807.00 |
| | | | | $94,608.00 | 87.60 | | $1,080.00 | $985.00 | $86,286.00 |
| D. Ryan Slaugh | Associate | Corporate - M&A/Private Equity | 2016 | $50,611.50 | 48.90 | 1 | $1,035.00 | $1,035.00 | $50,611.50 |
| | | | | $36,613.50 | 31.70 | | $1,155.00 | $1,035.00 | $32,809.50 |
| Alex Straka | Associate | Corporate - Debt Finance | 2019 | $23,287.50 | 22.50 | 1 | $1,035.00 | $1,035.00 | $23,287.50 |
| | | | | $15,361.50 | 13.30 | | $1,155.00 | $1,035.00 | $13,765.50 |
| Leonor Beatriz Suarez | Associate | Technology & IP Transactions | Pending | $6,666.00 | 10.10 | 1 | $660.00 | $660.00 | $6,666.00 |
| | | | | $10,510.50 | 14.30 | | $735.00 | $660.00 | $9,438.00 |
| William Thompson | Associate | Restructuring | 2021 | $231,413.00 | 254.30 | 1 | $910.00 | $910.00 | $231,413.00 |
| | | | | $319,992.00 | 321.60 | | $995.00 | $910.00 | $292,656.00 |
| Kyle Nolan Trevett | Associate | Restructuring | 2020 | $114,480.00 | 144.00 | 1 | $795.00 | $795.00 | $114,480.00 |
| | | | | $75,402.00 | 85.20 | | $885.00 | $795.00 | $67,734.00 |
| Kruthi Venkatesh | Associate | Corporate - General | Pending | $10,216.50 | 13.90 | N/A | $735.00 | $735.00 | $10,216.50 |
| Lindsay Wasserman | Associate | Restructuring | 2021 | $263,536.00 | 289.60 | 1 | $910.00 | $910.00 | $263,536.00 |
| | | | | $92,933.00 | 93.40 | | $995.00 | $910.00 | $84,994.00 |
| Nick Wetzeler | Associate | Corporate - Capital Markets | 2020 | $6,916.00 | 7.60 | N/A | $910.00 | $910.00 | $6,916.00 |
| Ashton Taylor Williams | Associate | Restructuring | 2022 | $68,529.00 | 86.20 | 1 | $795.00 | $795.00 | $68,529.00 |
| | | | | $18,939.00 | 21.40 | | $885.00 | $795.00 | $17,013.00 |
| Alison Wirtz | Associate | Restructuring | 2016 | $393,471.00 | 336.30 | 1 | $1,170.00 | $1,170.00 | $393,471.00 |
| | | | | $523,568.50 | 404.30 | | $1,295.00 | $1,170.00 | $473,031.00 |
| Michael Denney Wright | Associate | Corporate - Capital Markets | 2018 | $6,690.00 | 6.00 | 1 | $1,115.00 | $1,115.00 | $6,690.00 |
| | | | | $44,944.50 | 36.10 | | $1,245.00 | $1,115.00 | $40,251.50 |
| Alex Xuan | Associate | Restructuring | Pending | $178,266.00 | 270.10 | 1 | $660.00 | $660.00 | $178,266.00 |
| | | | | $200,361.00 | 272.60 | | $735.00 | $660.00 | $179,916.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Alex Zapalowski | Associate | Technology & IP Transactions | 2016 | $6,349.50 | 5.10 | N/A | $1,245.00 | $1,115.00 | $5,686.50 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Amelia Weiss | Law Clerk | Restructuring | N/A | $123.00 | 0.30 | N/A | $410.00 | $410.00 | $123.00 |
| Cathy Alton | Paralegal | Litigation - General | N/A | $21,042.00 | 50.10 | 1 | $420.00 | $420.00 | $21,042.00 |
| | | | | $1,067.00 | 2.20 | | $485.00 | $420.00 | $924.00 |
| Carita D. Anderson | Paralegal | Corporate - Debt Finance | N/A | $7,482.50 | 20.50 | N/A | $365.00 | $365.00 | $7,482.50 |
| Joanna Aybar | Paralegal | Corporate - M&A/Private Equity | N/A | $2,372.50 | 6.50 | N/A | $365.00 | $365.00 | $2,372.50 |
| Megan Bowsher | Paralegal | Litigation - General | N/A | $9,855.00 | 27.00 | 1 | $365.00 | $365.00 | $9,855.00 |
| | | | | $3,515.50 | 8.90 | | $395.00 | $365.00 | $3,248.50 |
| Janet Bustamante | Paralegal | Litigation - General | N/A | $28,652.50 | 78.50 | 1 | $365.00 | $365.00 | $28,652.50 |
| | | | | $26,267.50 | 66.50 | | $395.00 | $365.00 | $24,272.50 |
| Kimberly A.H. Chervenak | Paralegal | Litigation - General | N/A | $2,016.00 | 4.20 | N/A | $480.00 | $480.00 | $2,016.00 |
| Amy Donahue | Paralegal | Restructuring | N/A | $405.00 | 1.00 | N/A | $405.00 | $405.00 | $405.00 |
| Julia R. Foster | Paralegal | Restructuring | N/A | $769.50 | 1.90 | N/A | $405.00 | $405.00 | $769.50 |
| Noreen Gosselin | Paralegal | Technology & IP Transactions | N/A | $7,290.00 | 18.00 | 1 | $405.00 | $405.00 | $7,290.00 |
| | | | | $240.00 | 0.50 | | $480.00 | $405.00 | $202.50 |
| Luis E. Moreau | Paralegal | Technology & IP Transactions | N/A | $1,620.00 | 4.00 | N/A | $405.00 | $405.00 | $1,620.00 |
| Robert Orren | Paralegal | Restructuring | N/A | $60,000.00 | 125.00 | 1 | $480.00 | $480.00 | $60,000.00 |
| | | | | $36,081.00 | 63.30 | | $570.00 | $480.00 | $30,384.00 |
| Laura Saal | Paralegal | Restructuring | N/A | $2,880.00 | 6.00 | N/A | $480.00 | $480.00 | $2,880.00 |
| Barbara M. Siepka | Paralegal | Technology & IP Transactions | N/A | $912.50 | 2.50 | N/A | $365.00 | $365.00 | $912.50 |
| Rob Soneson | Paralegal | Technology & IP Transactions | N/A | $2,976.00 | 6.20 | N/A | $480.00 | $480.00 | $2,976.00 |
| Ken Sturek | Paralegal | Litigation - General | N/A | $118,368.00 | 246.60 | 1 | $480.00 | $480.00 | $118,368.00 |
| | | | | $72,875.00 | 132.50 | | $550.00 | $480.00 | $63,600.00 |
| Casllen Timberlake | Paralegal | Litigation - General | N/A | $1,005.00 | 3.00 | N/A | $335.00 | $280.00 | 840.00 |
| Morgan Willis | Paralegal | Restructuring | N/A | $22,228.50 | 60.90 | 1 | $365.00 | $365.00 | 22,228.50 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| | | | | $27,255.00 | 69.00 | | $395.00 | $365.00 | 25,185.00 |
| Matthew Beach | Junior Paralegal | Litigation - General | N/A | $13,197.00 | $49.80 | 1 | $265.00 | $265.00 | $13,197.00 |
| | | | | $3,864.50 | $13.10 | | $295.00 | $265.00 | $3,471.50 |
| Nicholas Graves | Junior Paralegal | Litigation - General | N/A | $2,979.50 | $10.10 | N/A | $295.00 | $295.00 | $2,979.50 |
| Jacqueline Hahn | Junior Paralegal | Restructuring | N/A | $1,121.00 | $3.80 | N/A | $295.00 | $295.00 | $1,121.00 |
| Luke Spangler | Junior Paralegal | Restructuring | N/A | $206.50 | $0.70 | 1 | $295.00 | $295.00 | $206.50 |
| | | | | $422.50 | $1.30 | | $325.00 | $295.00 | $383.50 |
| Casllen Timberlake | Junior Paralegal | Litigation - General | N/A | $5,348.00 | $19.10 | N/A | $280.00 | $280.00 | $5,348.00 |
| Danielle Walker | Junior Paralegal | Restructuring | N/A | $32,568.00 | $110.40 | 1 | $295.00 | $295.00 | $32,568.00 |
| | | | | $13,065.00 | $40.20 | | $325.00 | $295.00 | $11,859.00 |
| Lydia Yale | Junior Paralegal | Restructuring | N/A | $1,150.50 | $3.90 | N/A | $295.00 | $295.00 | $1,150.50 |
| Tanzila Zomo | Junior Paralegal | Restructuring | N/A | $39,795.50 | $134.90 | 1 | $295.00 | $295.00 | $39,795.50 |
| | | | | $33,150.00 | $102.00 | | $325.00 | $295.00 | $30,090.00 |
| Library Factual Research | Support Staff | Administrative Mgt - Office | N/A | $729.00 | $1.80 | N/A | $405.00 | $405.00 | $729.00 |
| Library IP Research | Support Staff | Administrative Mgt - Office | N/A | $2,430.00 | $6.00 | N/A | $405.00 | $405.00 | $2,430.00 |
| Michael Y. Chan | Support Staff | Conflicts Analysis | N/A | $3,597.00 | $10.90 | N/A | $330.00 | $330.00 | $3,597.00 |
| Eric Nyberg | Support Staff | Conflicts Analysis | N/A | $3,420.00 | $12.00 | N/A | $285.00 | $285.00 | $3,420.00 |
| Hunter Appler | Support Staff | Litigation & Practice Tech | N/A | $19,167.50 | $45.10 | 1 | $425.00 | $425.00 | $19,167.50 |
| | | | | $9,025.00 | $19.00 | | $475.00 | $425.00 | $8,075.00 |
| Mark Malone | Support Staff | Litigation - General | N/A | $704.00 | $1.60 | N/A | $440.00 | $440.00 | $704.00 |
| Dana R. Bucy Miller | Support Staff | Litigation & Practice Tech | N/A | $322.50 | $0.50 | N/A | $645.00 | - | - |
| Maryam Tabrizi | Support Staff | Litigation & Practice Tech | N/A | $14,949.00 | $30.20 | 1 | $495.00 | $495.00 | $14,949.00 |
| | | | | $15,093.00 | $25.80 | | $585.00 | $495.00 | $12,771.00 |
| Jose Lopez | Support Staff | Trial Technology | N/A | $4,200.00 | $10.00 | N/A | $420.00 | $420.00 | $4,200.00 |