# Exhibit G

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | | | $80.00 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | | $8,743.30 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | $11,114.00 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | $370.50 |
| Outside Messenger Services | Washington Express LLC - Messenger Service | | $741.77 |
| Local Transportation | | | $2,961.20 |
| Travel Expense | | | $29,572.52 |
| Airfare | | | $15,302.56 |
| Transportation to/from airport | | | $2,143.41 |
| Travel Meals | | | $2,455.90 |
| Other Travel Expenses | | | $50.00 |
| Court Reporter Fee/Deposition | Veritext; Lexitas | | $55,021.25 |
| Filing Fees | | | $7,354.00 |
| Other Court Costs and Fees | Miller Advertising Agency Inc; Veritext | | $64,689.68 |
| Expert Fees | | | $2,860.44 |
| Professional Fees | Transperfect Translations International | | $5,105.10 |
| Other Trial Expenses | | | $11,352.33 |
| Outside Computer Services | | | $200.00 |
| Outside Copy/Binding Services | Empire Discovery LLC | | $115,709.77 |
| Working Meals/K&E Only | | | $133.16 |
| Working Meals/K&E and Others | | | $180.00 |
| Catering Expenses | | | $8,642.95 |
| Outside Retrieval Service | CT Corporation; CT Lien Solutions | | $47,410.50 |
| Computer Database Research | Company Registrations Online Limited; Restructuring Concepts LLC; Proquest LLC | | $15,270.69 |
| Westlaw Research | Thomson Reuters - West Publishing Corp | | $43,656.69 |
| LexisNexis Research | Lexis Nexis | | $25,305.93 |
| Overtime Transportation | Vital Transportation Services | | $4,844.33 |
| Overtime Meals - Non-Attorney | GRUBHUB Holdings Inc. | | $400.00 |
| Overtime Meals - Attorney | GRUBHUB Holdings Inc. | | $2,320.00 |
| Overnight Delivery - Hard | Federal Express | | $908.44 |
| Computer Database Research - Soft | | | $1,455.50 |
| TOTAL | | | **$486,355.92** |