# Exhibit H

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 3 | Adversary Proceeding & Contested Matters | 2,525 - 3,283 | 1,805.00 | $3,606,150 - $4,445,000 | $1,923,557.50 |
| 4 | Automatic Stay Matters | 220 - 286 | 86.20 | $195,947 - $255,000 | $74,252.50 |
| 5 | Business Operations | 740 - 963 | 330.30 | $710,315 - $925,000 | $365,229.00 |
| 6 | Case Administration | 1,350 - 1,755 | 928.70 | $1,261,881 - $1,640,000 | $897,933.00 |
| 7 | Cash Management and DIP Financing | 20 - 26 | 24.50 | $21,223 - $30,000 | $32,592.00 |
| 8 | Customer and Vendor Communications | 335 - 436 | 313.70 | $296,926 - $390,000 | $289,262.00 |
| 9 | Claims Administration and Objections | 465 - 605 | 966.30 | $426,434 - $550,000 | $961,669.00 |
| 10 | Official Committee Matters and Meetings | 175 - 228 | 245.20 | $158,052 - $205,000 | $278,175.00 |
| 11 | Use, Sale, and Disposition of Property | 6,020 - 7,826 | 2,971.00 | $4,790,957 - $6,525,000 | $2,759,152.00 |
| 12 | Corp., Governance, & Securities Matters | 610 - 793 | 585.80 | $545,533 - $710,000 | $814,141.50 |
| 13 | Employee Matters | 910 - 1,184 | 554.20 | $740,988 - $1,025,000 | $630,912.00 |
| 14 | Executory Contracts and Unexpired Leases | 145 - 189 | 101.70 | $145,948 - $190,000 | $93,527.50 |
| 15 | SOFAs and Schedules | 75 - 98 | 39.70 | $73,849 - $100,000 | $43,075.00 |
| 16 | Hearings | 255 - 332 | 736.10 | $263,879 - $340,000 | $629,673.50 |
| 17 | Insurance and Surety Matters | 20 - 26 | 138.40 | $16,348 - $20,000 | $150,345.50 |
| 18 | Disclosure Statement, Plan, Confirmation | 915 - 1,190 | 2,488.50 | $1,900,198 - $2,170,000 | $3,168,428.50 |
| 19 | International Issues | 40 - 52 | 19.60 | $38,448 - $50,000 | $24,709.00 |
| 20 | K&E Retention Matters | 1,275 - 1,658 | 738.10 | $467,390 - $815,000 | $675,230.50 |
| 21 | Non-K&E Retention Matters | 460 - 599 | 455.20 | $449,244 - $585,000 | $445,816.50 |
| 22 | Tax Matters | 195 - 254 | 188.20 | $191,800 - $250,000 | $266,828.50 |
| 23 | Non-Working Travel | 80 - 104 | 75.00 | $80,183 - $100,000 | $100,272.00 |
| 24 | U.S. Trustee Communications & Reporting | 105 - 137 | 87.30 | $108,290 - $140,000 | $88,566.50 |
| 25 | Expenses | 355 - 462 | - | $363,466 - $470,000 | $486,355.92 |
| 26 | Special Committee Matters | 2,360 - 3,068 | 1,564.10 | $2,421,976 - $3,150,000 | $1,678,047.50 |
| 27 | Stone Litigation | 0 | 2.50 | $0 | $4,612.50 |
| 28 | Prime Trust Litigation | 0 | 4.70 | $0 | $6,121.50 |
| 29 | Equities First Holdings Litigation | 0 | 2.90 | $0 | $1,232.50 |
| 30 | Stake Hound Litigation | 0 | 18.60 | $0 | $23,624.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 38 | Blockchain Access UK Litigation | 0 | 0.50 | $0 | $737.50 |
| 41 | Tether Limited Litigation | 1,175 - 1,528 | 6.40 | $883,607 - $1,390,000 | $9,132.00 |
| 42 | Core Scientific Litigation | 1,045 - 1,359 | 732.80 | 1,522,178 - $1,980,000 | $645,096.50 |
| 43 | Examiner Matters | 1,270 - 1,651 | 1,732.30 | $874,447 - $1,435,000 | $1,871,773.00 |
| 44 | GK8 | 50 - 66 | 1,583.70 | $59,515 - $80,000 | $1,532,140.00 |
| 45 | Frishberg Litigation | 1,175 - 1,528 | 94.60 | $883,607 - $1,390,000 | $98,683.50 |
| 46 | Core Scientific, Chapter 11 Filing | 0 | 304.90 | $0 | $354,797.50 |
| 47 | Tiffany Fong Litigation | 0 | 77.00 | $0 | $72,476.50 |
| 48 | K&E Fee Matters | 0 | 224.80 | $0 | $230,122.00 |
| 49 | Non-K&E Fee Matters | 0 | 32.30 | $0 | $32,418.00 |
| 50 | Government and Regulatory Investigations | 0 | 480.70 | $0 | $625,647.00 |
| 51 | Appeals | 0 | 148.80 | $0 | $135,619.50 |
| | **Totals** | **10,730 - 30,148** | **20,890.30** | **$22,615,172 - $29,965,000** | **$22,035,629.50** |