Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**OMNIBUS NOTICE OF FILING OF**
**INTERIM FEE APPLICATIONS FOR DEBTOR PROFESSIONALS**

**TO:**  the Debtors; counsel to the Debtors; the Office of the United States Trustee for the Southern District of New York; counsel to the Official Committee of Unsecured Creditors, counsel to the Fee Examiner; the Fee Examiner; and all parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that Alvarez & Marsal North America, LLC, Akin Gump Strauss Hauer & Feld LLP, Ernst & Young LLP, Latham & Watkins LLP, Centerview Partners LLC, Kirkland & Ellis LLP and Kirkland & Ellis International LLP (and, collectively with A.M. Saccullo Legal, LLC, the "Retained Professionals") have filed their second interim fee applications for the fee period from November 1, 2022 through and including February 28, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

at Docket Nos. 2437, 2446, 2455, 2461, 2466, and 2469, respectively (the "Second Interim Fee Applications").

**PLEASE TAKE NOTICE** that A.M. Saccullo Legal, LLC has filed its first interim fee application for the fee period from December 1, 2022 through and including February 28, 2023 at Docket No. 2462 (the "First Interim Fee Application" and together with the Second Interim Fee Applications, the "Interim Fee Applications").

**PLEASE TAKE FURTHER NOTICE** that, if any party other than the United States Trustee or the Fee Examiner wishes to file a response or objection to the Interim Fee Applications, any such responses or objections must be filed on or before **May 5, 2023 at 12:00 p.m. (Prevailing Eastern Time)**. At the same time, you must serve a copy of the objection or response on the applicable Retained Professionals.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee and the Fee Examiner shall be entitled to review, and potentially object to, the Interim Fee Applications until ten days prior to the hearing on the Interim Fee Applications pursuant to the fee review schedule set forth in the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Interim Fee Applications will be held at a date and time convenient to the Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim Fee Applications and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: April 15, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                    ross.kwasteniet@kirkland.com<br>                    chris.koenig@kirkland.com<br>                    dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |