**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  david.turetsky@whitecase.com
          sam.hershey@whitecase.com
          jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  mandolina@whitecase.com
          gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF REVISED PROPOSED ORDER IN CONNECTION WITH THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) ESTABLISHING PROCEDURES TO ESTIMATE THE INTERCOMPANY CLAIM THAT CELSIUS NETWORK, LLC HAS AGAINST CELSIUS NETWORK LIMITED AND (II) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

AMERICAS 116616989 v1

The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), by and through its undersigned counsel, hereby submits this notice of revised proposed order in connection with the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order (i) Establishing Procedures to Estimate the Intercompany Claim That Celsius Network, LLC Has against Celsius Network Limited and (ii) Granting Related Relief* [Dkt. No. 2369] (the "**Committee Motion**"):[2]

## NOTICE

1. On April 4, 2023, the Committee filed the Committee Motion. In the Committee Motion, the Committee stated that "[c]onsistent with the Court's statements in the Customer Claims Decision, the Committee intends to bring other claims and causes of action (for example, substantive consolidation and fraudulent conveyance) regarding account holders' rights and entitlements . . . [and] intends to coordinate these actions to the extent possible on the schedule approved by the Court so that all relevant evidence and arguments can be presented to the Court efficiently." Committee Mot. at 6, n.6.

2. On April 15, 2023, the Committee filed a limited objection [Dkt. No. 2471] (the "**Committee Objection**") to the *Series B Preferred Holders' Motion for Entry of an Order Establishing Estimation Procedure for the Intercompany Claim Between Celsius Network LLC and Celsius Network Limited in Furtherance of Formulating the Debtors' Plan of Reorganization* [Dkt. No. 2367] (the "**Series B Motion**"). In the Committee Objection, the Committee proposed a schedule by which estimation, substantive consolidation and constructive fraudulent transfer could be litigated simultaneously. Committee Obj. ¶ 8.

---

[2] Capitalized terms used but not defined herein have the meanings given to them in the Committee Motion.

3.  Also, on April 15, 2023, the Debtors filed a limited objection to the Committee Motion and the Series B Motion [Dkt. No. 2472] (the "**Debtors Objection**"). The Debtors expressed their agreement with the Committee that "the interrelated issues of estimation of intercompany claims, substantive consolidation, and constructive fraudulent transfer should be litigated simultaneously." Debtors Obj. ¶ 6. However, the Debtors proposed a schedule that differed from the schedule proposed by the Committee. *Id.*

4.  Following the filing of the Committee Objection and the Debtors Objection, the Committee and the Debtors further conferred and reached agreement on a form of schedule, which is set forth below.[3] The Committee and the Debtors transmitted this agreed proposed schedule to the Series B Preferred Holders on April 15, 2023, and requested to meet and confer. As of the filing of this Notice, the Series B Preferred Holders have not responded to the Committee's request.

5.  Accordingly, the Committee requests that the Court enter the revised proposed order attached as **Exhibit A** (the "**Revised Proposed Order**"), which reflects the below agreed schedule between the Debtors and the Committee:[4]

| Task | Deadline |
| --- | --- |
| Deadline for (i) Debtors and/or Committee to file motion for substantive consolidation and (ii) Committee to file adversary complaint asserting constructive fraudulent transfer claim | Monday, May 1 |
| Deadline for parties to serve written discovery regarding (i) estimation, (ii) substantive consolidation and (iii) constructive fraudulent transfer (note: each party may propound a total of 12 interrogatories) | Thursday, May 4 |
| Deadline for responses to written discovery | Monday, May 8 |
| Deadline for substantial completion of document production | Wednesday, May 31 |

---

[3] The Committee reserves all rights in connection with any additional claims or causes of action to those reflected on the agreed schedule.

[4] A redline of the Revised Proposed Order to the order originally submitted with the Committee Motion is attached as **Exhibit B**.

| | |
|---|---|
| Deadline to complete fact depositions | Thursday, June 15 |
| Deadline for expert reports | Friday, June 16 |
| Deadline for expert rebuttal reports | Friday, June 23 |
| Deadline to complete expert depositions | Friday, June 30 |
| Deadline for parties to file opening briefs | Friday, June 30 |
| Deadline for parties to file response briefs | Monday, July 10 |
| Deadline to exchange witness and exhibit lists | Wednesday, July 12 |
| Deadline for objections to witness and exhibit lists | Friday, July 14 |
| Trial on (i) estimation, (ii) constructive fraudulent transfer and (iii) substantive consolidation | Monday, July 17 |

6. This proposed schedule also resolves certain objections that the Series B Preferred Holders raised in the *Limited Objection to the Committee's Motion to Establish Procedures to Estimate the Intercompany Claim Between Celsius Network LLC and Celsius Network Limited* [Dkt. No. 2473] (the "**Series B Objection**"). First, the Series B Preferred Holders objected that the Committee had not provided "details regarding the scope or bases of" substantive consolidation and constructive fraudulent transfer "or the procedural posture in which they may be raised." Series B Obj. ¶ 2. The above schedule provides that on May 1, 2023, the Debtors and/or the Committee will file a motion setting forth the basis for substantive consolidation of LLC and CNL, and the Committee will file an adversary complaint setting forth the basis for a constructive fraudulent transfer claim by LLC against CNL. Second, the Series B Preferred Holders objected that the schedule submitted with the Committee Motion had expert reports due at the same time as opening briefs, rather than before. *Id.* ¶ 3. The above schedule requires all expert reports to be exchanged before the parties file opening briefs. Third, the Series B Preferred Holders objected that the dates and deadlines in the schedule submitted with the Committee Motion should be extended out. *Id.* ¶ 4. The above schedule does so, with trial occurring in July rather than June.

7.      The only remaining issue of which the Committee is aware is whether estimation, substantive consolidation and constructive fraudulent transfer should be tried simultaneously. For the reasons set forth in the Committee Objection and the Debtors Objection, the Committee submits that they should be.

8.      Please take notice that the Court will consider the Committee Motion, including the Revised Proposed Order, at the hearing on **April 18, 2023, at 10:00 a.m., prevailing Eastern Time** (the "**Hearing**"). The Hearing will be conducted remotely using Zoom for Government in accordance with General Order M-543 dated March 20, 2020. Parties may obtain copies of the Committee Motion and any other pleadings filed in these chapter 11 cases for free on Stretto's website at https://cases.stretto.com/celsius or for a fee and in accordance with the procedures on the Court's website at http://www.nysb.uscourts.gov.

[*Remainder of this page intentionally left blank*]

| | |
|---|---|
| Dated:  April 17, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Samuel P. Hershey*<br>**WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>Joshua Weedman<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email: david.turetsky@whitecase.com<br>         sam.hershey@whitecase.com<br>         jweedman@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:  mandolina@whitecase.com<br>          gregory.pesce@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile:  (305) 358-5744<br>Email: kwofford@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile:  (213) 452-2329<br>Email:  aaron.colodny@whitecase.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |