**OFFIT KURMAN, P.A.**
Jason A. Nagi, Esq.
590 Madison Avenue, 6th Floor
New York, NY 10022
Telephone: (212) 545-1900
Facsimile: (212) 545-1656
Jason.nagi@offitkurman.com

       -and-

Joyce A. Kuhns, Esq. (pro hac pending)
300 East Lombard Street, Suite 2010
Baltimore, Maryland 21202
Telephone: (410) 209-6463
Facsimile: (410) 209-6400
Jkuhns@offitkurman.com

*Attorneys for the Ad Hoc Group of*
*Earn Account Holders including*
*Immanuel Herrmann, Nicholas Farr and Brett Perry*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, et al. | : | Case No. 22-10964 (MG) |
| | : | |
| | : | Jointly Administered |
| Debtor | : | |

---------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Offit Kurman, P.A. hereby appears in the above-referenced chapter 11 cases on behalf of the Ad Hoc Group of Earn Account Holders including Immanuel Herrmann, Nicholas Farr and Brett Perry and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices and pleadings given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon the undersigned

attorneys at the following address, telephone and facsimile numbers and email addresses, and further requests to be added to the master service list established in this case:

>   Jason A. Nagi, Esq.
>   OFFIT KURMAN, P.A.
>   590 Madison Avenue, 6th Floor
>   New York, NY 10022
>   Telephone: (212) 545-1900
>   Facsimile: (212) 545-1656
>   Jason.nagi@offitkurman.com
>
>   -and-
>
>   Joyce A. Kuhns, Esq.
>   OFFIT KURMAN, P.A.
>   300 East Lombard Street, Suite 2010
>   Baltimore, Maryland 21202
>   Telephone: (410) 209-6463
>   Facsimile: (410) 209-6400
>   Jkuhns@offitkurman.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver or release of the Ad Hoc Group of Earn Account Holders including Immanuel Herrmann's, Nicholas Farr's and Brett Perry's rights including, without limitation, (i) against the Debtors or any other person or entity, (ii) to a jury trial in any proceeding so triable herein or, in

any case, any controversy or proceeding related hereto, (iii) to have any unliquidated portions of his claims determined by an applicable court other than the Bankruptcy Court, (iv) to have the reference withdrawn by the United States District Court for the Southern District of New York in any matter subject to mandatory or discretionary withdrawal, (v) to setoff or recoupment, (vi) to consent to the jurisdiction of the United States Bankruptcy Court, or (vii) any other rights, claims, actions, or defenses to which the Ad Hoc Group of Earn Account Holders including Immanuel Herrmann, Nicholas Farr and Brett Perry may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses are expressly reserved.

Dated: New York, New York
      April 17, 2023

**OFFIT KURMAN, P.A.**

*/s/ Jason A. Nagi*
Jason A. Nagi, Esq.
590 Madison Avenue, 6th Floor
New York, NY 10022
Telephone: (212) 545-1900
Facsimile: (212) 545-1656
Jason.nagi@offitkurman.com
    -and-
Joyce A. Kuhns, Esq. (pro hac pending)
300 East Lombard Street, Suite 2010
Baltimore, Maryland 21202
Telephone: (410) 209-6463
Facsimile: (410) 209-6435
Jkuhns@offitkurman.com

*Attorneys for the Ad Hoc Group of Earn Account Holders including Immanuel Herrmann, Nicholas Farr and Brett Perry*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on April 17, 2023.

*/s/ Jason A. Nagi*
Jason A. Nagi, Esq.