**OFFIT KURMAN, P.A.**
Joyce A. Kuhns, Esq.
300 East Lombard Street, Suite 2010
Baltimore, Maryland 21202
Telephone: (410) 209-6463
Facsimile: (410) 209-6400
Jkuhns@offitkurman.com

*Attorneys for the Ad Hoc Group of*
*Earn Account Holders including*
*Immanuel Herrmann, Nicholas Farr and Brett Perry*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, et al. | : | Case No. 22-10964 (MG) |
| | : | |
| | : | Jointly Administered |
| Debtor | : | |

------------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

   I, Joyce A. Kuhns, hereby request admission pro hac vice in the above-referenced chapter 11 cases to represent the Ad Hoc Group of Earn Account Holders including Immanuel Herrmann, Nicholas Farr and Brett Perry. I certify that I am a member in good standing of the bar of the Maryland. I have submitted the filing fee of $200 with this motion for pro hac vice admission.

| | |
|---|---|
| Dated: New York, New York<br>   April 17, 2023 | Respectfully Submitted,<br><br>*/s/ Joyce A. Kuhns*<br>Joyce A. Kuhns, Esq.<br>Offit Kurman, P.A.<br>300 East Lombard Street, Suite 2010<br>Baltimore, Maryland 21202<br>(410) 209-6463<br>Jkuhns@offitkurman.com<br><br>*Attorneys for Ad Hoc Group of Earn Account*<br>*Holders including Immanuel Herrmann,*<br>*Nicholas Farr and Brett Perry* |

**OFFIT KURMAN, P.A.**
Joyce A. Kuhns, Esq.
300 East Lombard Street, Suite 2010
Baltimore, Maryland 21202
Telephone: (410) 209-6463
Facsimile: (410) 209-6400
Jkuhns@offitkurman.com

*Attorneys for the Ad Hoc Group of
Earn Account Holders including
Immanuel Herrmann, Nicholas Farr and Brett Perry*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
CELSIUS NETWORK LLC, et al.                         :    Case No. 22-10964 (MG)
                                                    :
                                                    :    Jointly Administered
                            Debtor                  :
-------------------------------------------------------------------X
```

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE**

Upon the motion of Joyce A. Kuhns, to be admitted pro hac vice to represent Ad Hoc Group of Earn Account Holders including Immanuel Herrmann, Nicholas Farr and Brett Perry in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the Maryland, it is hereby:

ORDERED that Joyce A. Kuhns is admitted to practice pro hac vice in the above-captioned cases to represent Ad Hoc Group of Earn Account Holders including Immanuel Herrmann, Nicholas Farr and Brett Perry in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: _____, 2023            _____
                                      THE HONORABLE CHIEF JUDGE GLENN
                                      UNITED STATES BANKRUPTCY JUDGE