| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | Dan Latona (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone:   (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile:   (212) 446-4900 | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:   (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF APRIL 18, 2023, HEARING PRESENTATION**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file the presentation (the "Presentation"), attached hereto as **Exhibit A**, that will be used at the hearing that will take place on **Tuesday, April 18, 2023 at 10:00 a.m., prevailing Eastern Time** (the "Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that copies of the Presentation and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: April 17, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                    ross.kwasteniet@kirkland.com<br>                    chris.koenig@kirkland.com<br>                    dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# Exhibit A

**Presentation**



# Ongoing Activities Update

**April 2023**

# Custody Withdrawals Update

## Custody Withdrawals

- 68% of users or 89% of total value has passed KYC
- $32mm of completed withdrawals representing 65% of the distributable value
- Withdrawals have recently slowed and $17mm or 35% of value remains on the platform

## Settlement Opt-in Status

- 37% of eligible customers or 55% of value have opted into the settlement - eligible users have until April 24th to vote

## KYC Status



KYC Status
(as % of eligible customers)

- 0.4% KYC Rejected
- 31.6% KYC Not Started
- 67.9% KYC Passed

## Withdrawal Status



Cumulative Withdrawn ($M)

Note: Values expressed in $ terms as of April 16, 2023.

2



# Mining Update

**Rig Deployments**

- ~45k rigs deployed at the end of March - an increase of 28% from February due to the continued ramp at the OKC facility with ~17K miners deployed in March
- Executed hosting agreement at a site in Harding MT - expect to deploy 13K miners by early May

**Highlights**

- Adjusted EBITDA of $0.9mm for March - down 9% from February
    - Total revenue of $6.4mm is a 20% increase from February
    - Adjusted Gross Margin of 16% is down 14% from February - driven by a 16% lower uptime (economic curtailment from spikes in energy costs) and a 12% higher network hash
    - Average revenue per mined Bitcoin of $24,843 is an increase of 7% from February

| Key Metrics | March 2023 | February 2023 | Diff. (³) |
|---|---|---|---|
| BTC Production | 257 | 230 | 12% |
| Avg. BTC Produced per Day | 8.3 | 8.2 | 1% |
| Revenue ($mm) | $6.4 | $5.3 | 20% |
| Adjusted Gross Margin (¹) | 16% | 30% | -14% |
| EBITDA ($mm) | $0.9 | $1.0 | -9% |
| Ending Rigs Deployed | 45101 | 35307 | 28% |
| Uptime (²) | 59% | 75% | -16% |
| Network Hash (TH/s) | 332 | 297 | 12% |



Revenue ($mm): Sep-22: 9.1, Oct-22: 10.0, Nov-22: 8.2, Dec-22: 7.9, Jan-23: 5.4, Feb-23: 5.3, Mar-23: 6.4

(1) Adjusted Gross Margin is after deduction of power cost, hosting services, operating cost as well as profit share
(2) Defined as the number of mining equipment in operation as a percentage of the total equipment deployed
(3) Adjusted Gross Margin and Uptime differences between two months are the rate differences and the rest of the metrics are using change rate

3



# Mining March 2023 Trending









(1) Adjusted gross margin decreased 14% from combination of increased network hash and higher energy costs.
(2) Avg daily BTC mined stayed flat because additional rigs were deployed at the end of the month.
(3) Avg daily BTC mined stayed flat due to lower uptime from curtailment at proprietary sites and transformer outages at OKC facility. (4) Proforma reflects rigs to be deployed at Montana and East Stiles.

4



# Cash Flow & Liquidity (Petition date - March 2023)

Liquidity on hand (in $mm)



- Petition Date: $138
- 3Q22: $194
- 4Q22: $135
- 1Q23: $166

Current Cash balance **$166mm**;

**+$28mm** since Petition Date

**+$28mm net cash flows since the Petition Date**

Cash Inflows of $271mm

- ❏ $58mm from payments on investments & loans
- ❏ $72mm from selling mined BTC
- ❏ $92mm of cash withdrawn from exchanges + sale of stablecoins
- ❏ $40mm from sales proceed of GK8

Operating Outflows of $95mm

- ❏ $49mm of mining hosting fees
- ❏ $32mm for payroll & other account payables
- ❏ $14mm for other expenses

Restructuring Fees of $97mm

Capital Expenditures of $51mm

---

*Note: There are an additional $9mm of other cash inflows that are not specifically called out in the explanation in order to total $271mm.*

