Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED[2] AGENDA FOR HEARING TO BE HELD**
**APRIL 18, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    April 18, 2023, at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:    The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance:
Instructions:    In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted using Zoom for Government.  Parties wishing to appear at the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    **Amended items appear in bold.**

Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on April 17, 2023**.

Due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the 10:00 a.m., April 18, 2023 (prevailing Eastern Time) Hearing must connect to the Hearing beginning at 9:00 a.m., April 18, 2023 (prevailing Eastern Time). When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

Copies of Motions:   A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I.   **Company Status Update**.

1.   **Status Update**. Status Update provided by Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors.

     Related Documents:

     (1)   **Notice of Filing of April 18, 2023, Hearing Presentation [Docket No. 2490]**.

## II.   **Uncontested Matters**.

2.   **Stout Retention Application**. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Stout Risius Ross, LLC as

2

Valuation Advisor, Effective as of February 21, 2023, and (II) Granting Related Relief [Docket No. 2335].

Objection Deadline:  April 11, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Revised Proposed Order (I) Authorizing the Retention and Employment of Stout Risius Ross, LLC as Valuation Advisor, Effective as of February 21, 2023, and (II) Granting Related Relief [Docket No. 2458].

(2)     Supplemental Declaration of Joel Cohen in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Stout Risius Ross, LLC as Valuation Advisor, Effective as of February 21, 2023, and (II) Granting Related Relief [Docket No. 2460].

**Status**:     This matter is going forward.

3.     **Motion for Withhold Settlement**.     Joint Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors, the Committee, and the Withhold Ad Hoc Group and (II) Granting Related Relief [Docket No. 2334].

Objection Deadline:  April 11, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:  None.

**Status**:     This matter is going forward.

4.     **Motion for Wohlman Settlement**.  Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors and Odette Wohlman and (II) Granting Related Relief [Docket No. 2331].

Objection Deadline:  April 11, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors in Support of the Debtors' Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors and Odette Wohlman and (II) Granting Related Relief [Docket No. 2416].

**Status**:     This matter is going forward.

III.     **Contested Matters.**

5.      **Motion to File Class Claim**.  Motion of the Official Committee of Unsecured
Creditors (I) for Authority to File a Class Claim Asserting Non-Contract Claims on
Behalf of Account Holders or (II) to Appoint a Third-Party Fiduciary to Assert a
Class Claim on Behalf of Account Holders [Docket No. 2399].

Objection Deadline:  The original objection deadline was April 14, 2023, at 11:59
p.m. (prevailing Eastern Time).  The objection deadline was extended to April 16,
2023, at 12:00 p.m. (prevailing Eastern Time) for Ignat Tuganov.

Responses Received:

(1)     Proposed Securities Litigation Lead Plaintiffs' Statement and Reservation
of Rights with Respect to Motion of the Official Committee of Unsecured
Creditors (I) for Authority to File a Class Claim Asserting Non-Contract
Claims on Behalf of Account Holders or (II) to Appoint a Third-Party
Fiduciary to Assert a Class Claim on Behalf of Account Holders
[Docket No. 2432].

(2)     Series B Preferred Holders' Objection to the Motion of the Official
Committee of Unsecured Creditors (I) for Authority to File a Class Claim
Asserting Non-Contract Claims on Behalf of Account Holders or (II) to
Appoint a Third-Party Fiduciary to Assert a Class Claim on Behalf of
Account Holders [Docket No. 2467].

(3)     **Response to the Motion of the Official Committee of Unsecured
Creditors (A) for Authority to File a Class Claim Asserting
Non-Contract Claims on Behalf of Account Holders or (B) to Appoint
a Third-Party Fiduciary to Assert a Class Claim on Behalf of Account
Holders [Docket No. 2474].**

(4)     **The Official Committee of Unsecured Creditors' Omnibus Reply in
Support of the Motion (I) for Authority to File a Class Claim Asserting
Non-Contract Claims on Behalf of Account Holders or (II) to Appoint
a Third-Party Fiduciary to Assert a Class Claim on Behalf of Account
Holders [Docket No. 2475].**

(5)     **Response to the Motion of the Official Committee of Unsecured
Creditors (I) for Authority to File a Class Claim Asserting
Non-Contract Claims on Behalf of Account Holders or (II) to Appoint
a Third-Party Fiduciary to Assert as Class Claim on Behalf of Account
Holders [Docket No. 2476].**

(6)     **Joinder to Ignat Tuganov's Response–and Rebuttal to the Series B
Preferred Holders' Objection–to the Motion of the Official Committee
of Unsecured Creditors (I) for Authority to File a Class Claim
Asserting Non-Contract Claims on Behalf of Account Holders or (II) to**

**Appoint a Third-Party Fiduciary to Assert a Class Claim on Behalf of Account Holders [Docket No. 2482].**

(7)   **Statement of the United States Trustee in Response to the Motion of the Official Committee of Unsecured Creditors (I) for Authority to File a Class Claim Asserting Non-Contract Claims on Behalf of Account Holders or (II) to Appoint a Third-Party Fiduciary to Assert a Class Claim on Behalf of Account Holders [Docket No. 2484].**

Related Documents:

(1)   The Official Committee of Unsecured Creditors' Motion for Entry of an Order (A) Shortening Notice for Its Motion (I) for Authority to File a Class Claim Asserting Non-Contract Claims on Behalf of Account Holders or (II) to Appoint a Third-Party Fiduciary to Assert a Class Claim on Behalf of Account Holders or (B) Alternatively, Extending the Amended Bar Date [Docket No. 2396].

(2)   Order Granting the Official Committee of Unsecured Creditors' Motion for Entry of an Order (A) Shortening Notice for Its Motion (I) for Authority to File a Class Claim Asserting Non-Contract Claims on Behalf of Account Holders or (II) to Appoint a Third-Party Fiduciary to Assert a Class Claim on Behalf of Account Holders or (B) Alternatively, Extending the Amended Bar Date [Docket No. 2400].

(3)   Letter Request to Extend Deadline to Object to Class Claim Motion [Docket No. 2429].

(4)   Memorandum Endorsed Order Extending Objection Deadline [Docket No. 2439].

**Status:**   This matter is going forward.

## IV.   Fee Applications.

6.   **Fee Examiner's Summary Report.** Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

**Related Documents:**

(1)   First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from July 13, 2022 Through and Including October 31, 2022 [Docket No. 1721].

(2)   First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for

5

Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period July 13, 2022 Through and Including October 31, 2022 [Docket No. 1707].

(3)    First Interim Fee Application of Centerview Partners LLC, as Investment Banker to the Debtors' [sic] for Allowance of Compensation and Reimbursement of Expenses for the Period July 13, 2022 Through October 31, 2022 [Docket No. 1709].

(4)    First Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 14, 2022 Through and Including October 31, 2022 [Docket No. 1710].

(5)    First Interim Fee Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of July 29, 2022 Through October 31, 2022 [Docket No. 1715].

(6)    First Interim Fee Application of M3 Advisory Partners, LP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period of August 1, 2022 Through October 31, 2022 [Docket No. 1716].

(7)    First Interim Fee Application of Elementus Inc. For Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC. [sic], *et al.*, for the Period of August 1, 2022 Through October 31, 2022 [Docket No. 1718].

(8)    First Interim Fee Application of Perella Weinberg Partners LP for Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors of Celsius Network LLC. [sic], *et al.*, for the Period of August 2, 2022 Through October 31, 2022 [Docket No. 1720].

(9)    First Interim Fee Application of Huron Consulting Services LLC as Financial Advisor to the Examiner for the Period from October 10, 2022, Through and Including October 31, 2022 [Docket No. 1719].

**Status:**    This matter is going forward.

7.    **Kirkland & Ellis Interim Fee Application**.  First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the

Debtors and Debtors in Possession, for the Interim Fee Period from July 13, 2022 Through and Including October 31, 2022 [Docket No. 1721].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   Daniel A. Frishbergs' [sic] Omnibus Objection to the First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from July 13, 2022 Through and Including October 31, 2022 and Other Various Professionals' Fee Applications [Docket No. 1823].

(2)   **Daniel A. Frishbergs [sic] Statement About His Fee Objection.**

Related Documents:

(1)   First Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from July 13, 2022 Through July 31, 2022 [Docket No. 1071].

(2)   Second Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2022 Through August 31, 2022 [Docket No. 1451].

(3)   Third Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2022 Through October 31, 2022 [Docket No. 1705].

(4)   Omnibus Notice of Filing of First Interim Fee Applications for Debtor Professionals [Docket No. 1736].

(5)   Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

(6)   **Debtors' Omnibus Reply to Objections to First Interim Fee Applications of Retained Professionals [Docket No. 2483].**

**Status**:     This matter is going forward.

8.   **Akin Gump Interim Fee Application**.  First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and

Reimbursement of Expenses for the Period July 13, 2022 Through and Including October 31, 2022 [Docket No. 1707].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)     Daniel A. Frishbergs' [sic] Omnibus Objection to the First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from July 13, 2022 Through and Including October 31, 2022 and Other Various Professionals' Fee Applications [Docket No. 1823].

(2)     **Daniel A. Frishbergs [sic] Statement About His Fee Objection.**

Related Documents:

(1)     First Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of July 13, 2022 Through August 31, 2022 [Docket No. 1072].

(2)     Second Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of September 1, 2022 Through September 30, 2022 [Docket No. 1407].

(3)     Third Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of October 1, 2022 Through October 31, 2022 [Docket No. 1668].

(4)     Omnibus Notice of Filing of First Interim Fee Applications for Debtor Professionals [Docket No. 1736].

(5)     Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

(6)     **Debtors' Omnibus Reply to Objections to First Interim Fee Applications of Retained Professionals [Docket No. 2483].**

**Status**:     This matter is going forward.

9.     **Centerview Partners Interim Fee Application**.  First Interim Fee Application of Centerview Partners LLC, as Investment Banker to the Debtors' [sic] for

Allowance of Compensation and Reimbursement of Expenses for the Period July 13, 2022 Through October 31, 2022 [Docket No. 1709].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   Daniel A. Frishbergs' [sic] Omnibus Objection to the First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from July 13, 2022 Through and Including October 31, 2022 and Other Various Professionals' Fee Applications [Docket No. 1823].

(2)   **Daniel A. Frishbergs [sic] Statement About His Fee Objection.**

Related Documents:

(1)   Omnibus Notice of Filing of First Interim Fee Applications for Debtor Professionals [Docket No. 1736].

(2)   Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

(3)   **Debtors' Omnibus Reply to Objections to First Interim Fee Applications of Retained Professionals [Docket No. 2483].**

**Status**:    This matter is going forward.

10.   **Alvarez & Marsal Interim Fee Application**.  First Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from July 14, 2022 Through and Including October 31, 2022 [Docket No. 1710].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   Daniel A. Frishbergs' [sic] Omnibus Objection to the First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from July 13, 2022 Through and Including October 31, 2022 and Other Various Professionals' Fee Applications [Docket No. 1823].

(2)   **Daniel A. Frishbergs [sic] Statement About His Fee Objection.**

Related Documents:

(1)    First Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from July 14, 2022 Through August 31, 2022 [Docket No. 1001].

(2)    Second Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from September 1, 2022 Through September 30, 2022 [Docket No. 1419].

(3)    Third Monthly Fee Statement of Services Rendered and Expenses Incured [sic] by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from October 1, 2022 Through October 31, 2022 [Docket No. 1688].

(4)    Omnibus Notice of Filing of First Interim Fee Applications for Debtor Professionals [Docket No. 1736].

(5)    Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

(6)    **Debtors' Omnibus Reply to Objections to First Interim Fee Applications of Retained Professionals [Docket No. 2483].**

**Status**:    This matter is going forward.

11.    **White & Case Interim Fee Application**.  First Interim Fee Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of July 29, 2022 Through October 31, 2022 [Docket No. 1715].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Daniel A. Frishbergs' [sic] Omnibus Objection to the First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from July 13, 2022 Through and Including October 31, 2022 and Other Various Professionals' Fee Applications [Docket No. 1823].

(2)    **Daniel A. Frishbergs [sic] Statement About His Fee Objection.**

Related Documents:

(1)    First Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from July 29, 2022 Through August 31, 2022 [Docket No. 1224].

(2)    Second Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from September 1, 2022 Through September 30, 2022 [Docket No. 1450].

(3)    Third Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2022 Through October 31, 2022 [Docket No. 1635].

(4)    Omnibus Notice of Filing of First Interim Fee Applications for Debtor Professionals [Docket No. 1736].

(5)    Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

(6)    **The Official Committee of Unsecured Creditors' Omnibus Reply to First Interim Fee Applications of Retained Professionals and Joinder to Debtors' Omnibus Reply [Docket No. 2488].**

**Status**:    This matter is going forward.

12.    **M3 Interim Fee Application**.  First Interim Fee Application of M3 Advisory Partners, LP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period of August 1, 2022 Through October 31, 2022 [Docket No. 1716].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Daniel A. Frishbergs' [sic] Omnibus Objection to the First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from July 13, 2022 Through and Including October 31, 2022 and Other Various Professionals' Fee Applications [Docket No. 1823].

(2)    **Daniel A. Frishbergs [sic] Statement About His Fee Objection.**

Related Documents:

(1) First Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from August 1, 2022 Through August 31, 2022 [Docket No. 1287].

(2) Second Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from September 1, 2022 Through September 30, 2022 [Docket No. 1408].

(3) Third Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from October 1, 2022 Through October 31, 2022 [Docket No. 1606].

(4) Omnibus Notice of Filing of First Interim Fee Applications for Debtor Professionals [Docket No. 1736].

(5) Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

(6) **The Official Committee of Unsecured Creditors' Omnibus Reply to First Interim Fee Applications of Retained Professionals and Joinder to Debtors' Omnibus Reply [Docket No. 2488].**

**Status**:    This matter is going forward.

13. **Elementus Interim Fee Application**. First Interim Fee Application of Elementus Inc. For Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC. [sic], *et al.*, for the Period of August 1, 2022 Through October 31, 2022 [Docket No. 1718].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1) Daniel A. Frishbergs' [sic] Omnibus Objection to the First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from July 13, 2022 Through and Including October 31, 2022 and Other Various Professionals' Fee Applications [Docket No. 1823].

(2) **Daniel A. Frishbergs [sic] Statement About His Fee Objection.**

Related Documents:

(1)    First Monthly Invoice of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from August 1, 2022 Through August 31, 2022 [Docket No. 1274].

(2)    Second Monthly Invoice of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from September 1, 2022 Through September 30, 2022 [Docket No. 1275].

(3)    Omnibus Notice of Filing of First Interim Fee Applications for Debtor Professionals [Docket No. 1736].

(4)    Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

(5)    **The Official Committee of Unsecured Creditors' Omnibus Reply to First Interim Fee Applications of Retained Professionals and Joinder to Debtors' Omnibus Reply [Docket No. 2488].**

**Status**:    This matter is going forward.

14.    **Perella Weinberg Interim Fee Application**.  First Interim Fee Application of Perella Weinberg Partners LP for Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors of Celsius Network LLC. [sic], *et al.*, for the Period of August 2, 2022 Through October 31, 2022 [Docket No. 1720].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Daniel A. Frishbergs' [sic] Omnibus Objection to the First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from July 13, 2022 Through and Including October 31, 2022 and Other Various Professionals' Fee Applications [Docket No. 1823].

(2)    **Daniel A. Frishbergs [sic] Statement About His Fee Objection.**

Related Documents:

(1)    Combined First, Second, and Third Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for

the Period from August 2, 2022 Through October 31, 2022 [Docket No. 1612].

(2)    Omnibus Notice of Filing of First Interim Fee Applications for Debtor Professionals [Docket No. 1736].

(3)    Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

(4)    **The Official Committee of Unsecured Creditors' Omnibus Reply to First Interim Fee Applications of Retained Professionals and Joinder to Debtors' Omnibus Reply [Docket No. 2488].**

**Status**:    This matter is going forward.

15.    **Huron Interim Fee Application**.    First Interim Fee Application of Huron Consulting Services LLC as Financial Advisor to the Examiner for the Period from October 10, 2022, Through and Including October 31, 2022 [Docket No. 1719].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    First Monthly Fee Statement of Huron Consulting Services for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Examiner for Period from October 1, 2022 Through October 31, 2022 [Docket No. 1685].

(2)    First Interim Application of Shoba Pillay, Examiner and Jenner & Block LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period of September 29, 2022 Through October 31, 2022 [Docket No. 1717].

(3)    Notice of Filing of First Interim Fee Applications of Examiner's Professionals [Docket No. 1740].

(4)    Omnibus Notice of Filing of First Interim Fee Applications for Debtor Professionals [Docket No. 1736].

(5)    Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

**Status**:    This matter is going forward.

## V.   **Status Conferences.**

16.   **Status Conference on Key Employee Incentive Plan**.  Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Docket No. 2336].

Objection Deadline:  The initial objection deadline was April 11, 2023, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was extended for the U.S. Trustee to April 14, 2023, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was also extended for the Committee to May 10, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   Objection to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Docket No. 2408].

(2)   Víctor Ubierna de las Heras Objection to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief (Dk. 2336) [Docket No. 2409].

(3)   Objection to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Docket No. 2410].

(4)   Objection to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Docket No. 2411].

(5)   Objection of the United States Trustee to Motion of Debtors for Entry of Order Approving Debtors' Key Employee Incentive Plan [Docket No. 2430].

(6)   **Supplemental Statement Regarding the Debtors' So-Called "KEIP" (That Is Really A KERP) and Joinder to the United States Trustee's Objection and Other Objections to the Same [Docket No. 2481].**

Related Documents:

(1)   Declaration of Allison Hoeinghaus in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Plan and (II) Granting Related Relief [Docket No. 2337].

(2)   Letter Request re Extension of Deadline to Object to Debtors' KEIP Motion [Docket No. 2340].

    (3)    Memorandum Endorsed Order Granting Letter Request re Extension of Deadline to Object to Debtors' KEIP Motion [Docket No. 2343].

    (4)    Notice of Status Conference Regarding the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Docket No. 2397].

    (5)    Letter Request re Extension of Deadline to Object to Debtors' KEIP Motion [Docket No. 2401].

    (6)    Memorandum Endorsed Order Granting Letter Request re Extension of Deadline to Object to Debtors' KEIP Motion [Docket No. 2404].

**Status**:    This matter is going forward as a status conference. The motion will be heard on May 17, 2023, at 10:00 a.m. (prevailing Eastern Time).

17.    **Application for Reimbursement**. Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 2045].

Objection Deadline: The initial objection deadline was April 11, 2023, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended for the Committee to May 10, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

    (1)    Statement of the United States Trustee in Response to the Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 2434].

Related Documents:

    (1)    Letter Request to Extend Deadline to Object to Motion for Reimbursement [Docket No. 2373].

    (2)    Memorandum Endorsed Order Granting Letter Request to Extend Deadline to Object to Motion for Reimbursement [Docket No. 2374].

    (3)    Letter Request to Extend Deadline to Object to Motion for Reimbursement [Docket No. 2382].

    (4)    Memorandum Endorsed Order Granting Letter Request to Extend Deadline to Object to Motion for Reimbursement [Docket No. 2386].

(5)    Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

(6)    Order Adjourning the Application of Connor Nolan and the Debtors' Motion to Enter into Witness Cooperation Agreements [Docket No. 2441].

**Status**:    This matter is going forward as a status conference. The motion will be heard on May 17, 2023, at 10:00 a.m. (prevailing Eastern Time).

18.    **Motion for Witness Cooperation Agreements**. Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2147].

Objection Deadline: March 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Response to Debtors' Motion Seeking Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements, (II) Authorizing Reimbursement of Past and Future Out of Pocket Expenses of Cooperating Witnesses and (III) Granting Related Relief [Docket No. 2223].

(2)    Official Committee of Unsecured Creditors' Objection to the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2227].

(3)    Objection of the United States Trustee to Debtors' Motion for an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2230].

(4)    Joinder to Response to Debtors' Motion Seeking Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements, (II) Authorizing Reimbursement of Past and Future out of Pocket Expenses of Cooperating Witnesses and (III) Granting Related Relief [Docket No. 2395].

Related Documents:

(1)    Notice of Adjournment of Hearing on the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2269].

(2)    Second Notice of Adjournment of Hearing on the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements With Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2341].

(3)    Third Notice of Adjournment of Hearing on the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-Of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2393].

(4)    Order Adjourning the Application of Connor Nolan and the Debtors' Motion to Enter into Witness Cooperation Agreements [Docket No. 2441].

**Status:**    This matter is going forward as a status conference. The motion will be heard on May 17, 2023, at 10:00 a.m. (prevailing Eastern Time).

## VI.    Adjourned Matters.

19.    **Georgiou et al. v. Celsius Network LLC et al. (Adv. Proc. No. 23-01016).** Pre-Trial Conference.

Related Documents:

(1)    Complaint [Docket No. 1].

(2)    Summons with Notice of Pre-Trial Conference [Docket No. 2].

(3)    Stipulation Extending Debtors' Time to Answer [Docket No. 3].

(4)    Notice of Adjournment [Docket No. 2431].

**Status**:    This matter has been adjourned to May 17, 2023, at 10:00 a.m. (prevailing Eastern Time).

20.    **Shanks v. Celsius Network LLC et al. (Adv. Proc. No. 23-01010).**  Pre-Trial
Conference.

Related Documents:

(1)    Complaint for Declaratory Judgment [Docket No. 1].

(2)    Amended Complaint for Declaratory Judgment [Docket No. 4].

(3)    Summons with Notice of Pre-Trial Conference [Docket No. 5].

**Status**:    This matter has been adjourned to May 17, 2023, at 10:00 a.m.
(prevailing Eastern Time).

21.    **Shanks v. Celsius Network LLC, et al.** (Adv. Proc. No. 22-01190).  Hearing on
Debtors' Motion to Dismiss.

Related Documents:

(1)    Debtors' Motion to Dismiss the Amended Complaint and Incorporated
Memorandum of Law [Docket No. 17].

(2)    Objection on Debtors' Motion to Dismiss of Claim No. 22-01190 of Fred
M. Shanks [Docket No. 18].

**Status**:    This matter has been adjourned to June 28, 2023, at 10:00 a.m.
(prevailing Eastern Time).

22.    **Ad Hoc Group of Borrowers v. Celsius Network LLC et al. (Adv. Proc. No. 23-
01007)**.  Pre-Trial Conference.

Related Documents:

(1)    Complaint for Declaratory Judgment [Docket No. 1].

(2)    Summons With Notice of Pre-Trial Conference [Docket No. 2].

**Status**:    This matter has been adjourned.

23.    **Core Scientific Dispute**.  Status Conference on Celsius/Core Scientific Dispute.

Related Documents:

(1)    Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt
[Docket No. 917].

(2)    Letter re Request for Status Conference Concerning *In re Celsius Network
LLC*, Chapter 11 Case No. 22-10964 (MG) [Docket No. 997].

(3)     Letter in Response to Core Scientific re *In re Celsius Network LLC*, No. 22-10964 (MG) – Debtors' Motion to Enforce the Stay and for Contempt Sanctions [Docket No. 1003].

(4)     Joint Stipulation and Agreed Scheduling Order by and Among the Debtors, the Official Committee of Unsecured Creditors, and Core Scientific, Inc. With Respect to Schedule [Docket No. 1114].

(5)     *Ex-parte* Motion of Core Scientific, Inc. for Entry of an Order Authorizing Redaction of Certain Information and Filing of Certain Documents Under Seal Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9018-1 in Connection With Core Scientific, Inc.'s Forthcoming Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt and Core Scientific, Inc.'s Motion Seeking Affirmative Relief [Docket No. 1130].

(6)     Declaration of Todd Duchene in Support of Core Scientific, Inc.'s Motion for Entry of an Order Authorizing Redaction of Certain Information and Filing of Certain Documents Under Seal Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9018-1 in Connection With Core Scientific, Inc.'s Forthcoming Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt and Core Scientific, Inc.'s Motion Seeking Affirmative Relief [Docket No. 1132].

(7)     Order Authorizing Redaction of Certain Information and Filing of Certain Documents Under Seal Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9018-1 in Connection With Core Scientific, Inc.'s Forthcoming Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt and Core Scientific, Inc.'s Motion Seeking Affirmative Relief [Docket No. 1133].

(8)     The Official Committee of Unsecured Creditors' Joinder to the Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt [Docket No. 1139].

(9)     Core Scientific, Inc.'s Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt [Docket No. 1140].

(10)    Declaration of Jeff Pratt in Support of Core Scientific, Inc.'s Opposition to Debtors' Motion to Enforce the Automatic Stay and For Civil Contempt [Docket No. 1141].

(11)    Declaration of Monica Xia in Support of Core Scientific, Inc.'s Opposition to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt [Docket No. 1142].

(12)     Declaration of KC Mares [Docket No. 1143].

(13)     Motion of Core Scientific, Inc. (I) to Compel Immediate Payment of Administrative Expenses and (II) (A) for Relief from Automatic Stay to Exercise Rights Under Master Services Agreement and Related Orders or (B) in the Alternative, to Compel Assumption or Rejection of Master Services Agreement and Related Orders [Docket No. 1144].

(14)     Letter re *In re Celsius Network LLC*, No. 22-10964 (MG) – Request for Informal Conference With the Court, Pursuant to Local Rule 7007-1(b) [Docket No. 1182].

(15)     Letter re *In re Celsius Network LLC*, No. 22-10964 (MG) – Response to Request for Informal Conference With the Court, Pursuant to Local Rule 7007-1(b) [Docket No. 1200].

(16)     Joint Stipulation and Agreed Amended Scheduling Order by and Among the Debtors, the Official Committee of Unsecured Creditors, and Core Scientific, Inc. With Respect to Schedule [Docket No. 1283].

(17)     Order Scheduling Status Conference Regarding Core Scientific Motions [Docket No. 1366].

(18)     Notice of Adjournment [Docket No. 1694].

(19)     Notice of Adjournment [Docket No. 1841].

(20)     Notice of Adjournment [Docket No. 1907].

(21)     Notice of Adjournment [Docket No. 2055].

(22)     Notice of Adjournment [Docket No. 2181].

(23)     Notice of Adjournment [Docket No. 2413].

**Status**:     This matter has been adjourned to May 17, 2023, at 10:00 a.m. (prevailing Eastern Time).

24.     **Latham & Watkins Interim Fee Application**.   First Interim Application of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from July 13, 2022 Through October 31, 2022 [Docket No. 1712].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)     Daniel A. Frishbergs' [sic] Omnibus Objection to the First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International

LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from July 13, 2022 Through and Including October 31, 2022 and Other Various Professionals' Fee Applications [Docket No. 1823].

(2)     **Daniel A. Frishbergs [sic] Statement About His Fee Objection.**

Related Documents:

(1)     Combined First Monthly Fee Statement of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from July 13, 2022 Through August 31, 2022 [Docket No. 1225].

(2)     Second Monthly Fee Statement of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from September 1, 2022 Through September 30, 2022 [Docket No. 1523].

(3)     Third Monthly Fee Statement of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from October 1, 2022 Through October 31, 2022 [Docket No. 1650].

(4)     Omnibus Notice of Filing of First Interim Fee Applications for Debtor Professionals [Docket No. 1736].

(5)     Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

(6)     **Debtors' Omnibus Reply to Objections to First Interim Fee Applications of Retained Professionals [Docket No. 2483].**

**Status**:     This matter has been adjourned.

25.     **Jenner Interim Fee Application**.  First Interim Application of Shoba Pillay, Examiner and Jenner & Block LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period of September 29, 2022 Through October 31, 2022 [Docket No. 1717].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     First Monthly Fee Statement of Jenner & Block LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys

for Examiner for the Period of September 29, 2022 Through October 31, 2022 [Docket No. 1459].

(2) Omnibus Notice of Filing of First Interim Fee Applications for Debtor Professionals [Docket No. 1736].

(3) Notice of Filing of First Interim Fee Applications of Examiner's Professionals [Docket No. 1740].

(4) Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

**Status**:    This matter has been adjourned.

26.    **Ernst & Young Interim Fee Application**.  First Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period July 13, 2022 Through October 31, 2022 [Docket No. 2170].

Objection Deadline:  December 29, 2022, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1) Combined First Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period July 13, 2022 Through October 31, 2022 [Docket No. 2109].

(2) Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

**Status**:    This matter has been adjourned.

27.    **Series B Motion for Estimation**.  Series B Preferred Holders' Motion for Entry of an Order Establishing Estimation Procedure for the Intercompany Claim Between Celsius Network LLC and Celsius Network Limited in Furtherance of Formulating the Debtors' Plan of Reorganization [Docket No. 2367].

Objection Deadline:  April 17, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1) **Limited Objection of the Official Committee of Unsecured Creditors to the Series B Preferred Holders' Motion for Entry of an Order**

**Establishing Estimation Procedure for the Intercompany Claim Between Celsius Network LLC and Celsius Network Limited in Furtherance of Formulating the Debtors' Plan of Reorganization [Docket No. 2471].**

(2) **Debtors' Limited Objection to (I) the Series B Preferred Holders' Motion for Intercompany Claim Estimation Procedures and (II) the Official Committee of Unsecured Creditors' Motion for Intercompany Claim Estimation Procedures [Docket No. 2472].**

(3) **Omnibus Reservation of Rights in Response to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Establishing Procedures to Estimate the Intercompany Claim That Celsius Network, LLC Has Against Celsius Network Limited and (II) Granting Related Relief and the Series B Preferred Holders' Motion for Entry of an Order Establishing Estimation Procedure for the Intercompany Claim Between Celsius Network LLC and Celsius Network Limited in Furtherance of Formulating the Debtors' Plan of Reorganization [Docket No. 2480].**

Related Documents:

(1) Memorandum Endorsed Order Denying Request to Extend Objection Deadline [Docket No. 2438].

(2) **Reply in Further Support of the Series B Preferred Holders' Motion to Establish Estimation Procedures for the Intercompany Claim Between Celsius Network LLC and Celsius Network Limited [Docket No. 2478].**

**Status:**   This matter has been adjourned.  The Debtors, Official Committee of Unsecured Creditors, and Series B Preferred Holders shall agree or submit competing schedules by April 20, 2023, at 5:00 p.m. (prevailing Eastern Time).

28.   **Committee Motion for Estimation**.   Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Establishing Procedures to Estimate the Intercompany Claim That Celsius Network, LLC Has Against Celsius Network Limited and (II) Granting Related Relief [Docket No. 2369].

Objection Deadline:  April 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1) **Debtors' Limited Objection to (I) the Series B Preferred Holders' Motion for Intercompany Claim Estimation Procedures and (II) the Official Committee of Unsecured Creditors' Motion for Intercompany Claim Estimation Procedures [Docket No. 2472].**

24

(2) **Limited Objection to the Committee's Motion to Establish Procedures to Estimate the Intercompany Claim Between Celsius Network LLC and Celsius Network Limited [Docket No. 2473].**

(3) **Omnibus Reservation of Rights in Response to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Establishing Procedures to Estimate the Intercompany Claim That Celsius Network, LLC Has Against Celsius Network Limited and (II) Granting Related Relief and the Series B Preferred Holders' Motion for Entry of an Order Establishing Estimation Procedure for the Intercompany Claim Between Celsius Network LLC and Celsius Network Limited in Furtherance of Formulating the Debtors' Plan of Reorganization [Docket No. 2480].**

Related Documents:

(1) Notice of Hearing on the Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Establishing Procedures to Estimate the Intercompany Claim That Celsius Network, LLC Has Against Celsius Network Limited and (II) Granting Related Relief [Docket No. 2371].

(2) Letter Request to Extend Deadline to Object to Estimation Motion [Docket No. 2428].

(3) Letter Request to Extend Deadline to Object to Estimation Motion [Docket No. 2429].

(4) Memorandum Endorsed Order Denying Request to Extend Objection Deadline [Docket No. 2438].

(5) Memorandum Endorsed Order Denying Request to Extend Objection Deadline [Docket No. 2439].

(6) **Notice of Revised Proposed Order in Connection with the Motion of the Official Committee of Unsecured Creditors for Entry of an Order (I) Establishing Procedures to Estimate the Intercompany Claim That Celsius Network, LLC Has Against Celsius Network Limited and (II) Granting Related Relief [Docket No. 2477].**

**Status:** This matter has been adjourned.  The Debtors, Official Committee of Unsecured Creditors, and Series B Preferred Holders shall agree or submit competing schedules by April 20, 2023, at 5:00 p.m. (prevailing Eastern Time).

New York, New York
Dated: April 17, 2023

/s/ Joshua A. Sussberg

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        patrick.nash@kirkland.com
              ross.kwasteniet@kirkland.com
              chris.koenig@kirkland.com
              dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*