**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Tinfoil Restructuring LLC, Attn: Nathan Smith at 1309 Coffeen Ave, Suite 7973, Sheridan, WY 82801:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2345]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2445]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Stuart Craig Daniels at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2345]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on EDS Financial Services Inc. at 24 Hammond, #C, Irvine, CA 92618:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2347]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2348]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2347]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2348]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Cherokee Debt Acquisition, LLC, Attn: Vladimir Jelisavcic at 1384 Broadway, Suite 906, New York, NY 10018:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2360]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2391]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2425]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2426]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2440]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Aleix-Gerard Massot Arbones at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2360]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Nikhil Jagdish Bangad at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2391]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Contrarian Funds, LLC, Attn: Alpa Jimenez at 411 West Putnam Ave, Suite 425, Greenwich, CT 06830:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2392]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Dennis Eriks at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2392]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Marco Borgato at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2425]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Andy Khun at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2426]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Malcolm Hong at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2440]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Oroboros Cel I, LLC at 4 Lakeside Drive, Chobham Lakes, Woking, Surrey, GU24 8BD, United Kingdom:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2443]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on David Traverso at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2443]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Guan, Chua Soon at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2444]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Michael Andrew Neupauer at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2444]**

Furthermore, on April 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Victor Ching at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2445]**

Dated: April 18, 2023

Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 18th day of April, 2023, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **Exhibit A**



**Exhibit A**

Served Via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| AHNAF SALAM | ADDRESS REDACTED |
| DENNIS GRABA | ADDRESS REDACTED |
| JASON MATTHEW BURT | ADDRESS REDACTED |
| JOSH BELLINGHAM | ADDRESS REDACTED |
| JOSHUA TRUJILLO | ADDRESS REDACTED |
| KACSO GELLERT | ADDRESS REDACTED |
| KUSHAL PATEL | ADDRESS REDACTED |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1

# Exhibit B



**Exhibit B**

Served Via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| ALEXIS MERRITT TORREY | ADDRESS REDACTED |
| LUIS DE MELO | ADDRESS REDACTED |
| MATTHEW CHRISTENSEN | ADDRESS REDACTED |
| RIZQI YAKHUSNA | ADDRESS REDACTED |
| SEBASTIAN FRYDRYCH | ADDRESS REDACTED |
| THOMAS PAV | ADDRESS REDACTED |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)