GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re : | Chapter 11 |
| **CELSIUS NETWORK, LLC,** *et al.*,[1] : | Case No. 22-10964 (MG) |
| Debtors. : | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF DELAWAREADR, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COURT-APPOINTED INDEPENDENT FEE EXAMINER, FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| Name of Applicant: | DelawareADR, LLC | |
|---|---|---|
| Applicant's Role in Case: | Independent Fee Examiner | |
| Date Order of Employment Signed | October 20, 2022 [Docket No. 1151] | |
| Time Period Covered by This Statement: | March 1, 2023 to March 31, 2023 | |
|  | **Fees** | **Expenses** |
| Invoice #164 | $11,400.00 | n/a |
| Holdback (20% of Fees): | ($2,280.00) | n/a |
| **Amount Requested:** | **$9,120.00** | **n/a** |
| **This is a(n):**   X  Monthly Fee Statement       ___ Interim Application       ___Final Application | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals,* dated December 19, 2022 [Docket No. 1746], and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated December 19, 2022 [Docket No. 1745] (the "Interim Compensation Order"), DelawareADR, LLC (the "Fee Examiner") hereby submits this *Sixth Monthly Fee Statement of DelawareADR, LLC for Compensation for Services and Reimbursement of Expenses as Court-Appointed Independent Fee Examiner for the Period From March 1, 2023 Through March 31, 2023* (this "Fee Statement").

Specifically, the Fee Examiner seeks the provisional allowance of monthly compensation in the amount of $9,120.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary services that the Fee Examiner incurred during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is DelawareADR Invoice No. 193, showing the number of hours (7.6) expended and fees incurred by the Fee Examiner during the Fee Period. As reflected in **Exhibit A**, the Fee Examiner incurred $11,400.00 in fees during the Fee Period and seeks provisional reimbursement for 80% of such fees, or $9,120.00.

2. The Fee Examiner's hourly billing rate is $1,500.00, and the Fee Examiner is the only professional requesting fees herein.

**Notice**

3. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. No other or further notice need be given.

WHEREFORE, DelawareADR, LLC, respectfully requests the provisional allowance of $9,120.00 for the reasonable and necessary Fee Examiner services rendered during the Fee Period, which is equal to 80% of the total amount of compensation sought for reasonable and necessary Fee Examiner services rendered during the Fee Period.

Dated: April 20, 2023.

                                              **GODFREY & KAHN, S.C.**
                                              *Counsel for Fee Examiner*

                                              By   */s/ Katherine Stadler*
                                                     Katherine Stadler (NYSB #4938064)
                                                     One East Main Street, Suite 500
                                                     Madison, WI 53703
                                                     Telephone: (608) 297-3911
                                                     E-mail: kstadler@gklaw.com

# EXHIBIT A



# Delaware ADR

**INVOICE**

Invoice # 193
Date: 04/04/2023
Due Upon Receipt

P.O. Box 7908
Wilmington, Delaware 19803

Joshua A. Sussberg
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**4400-000-CSS**

## In re: Celsius

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 03/13/2023 | Email correspondence; review of summaries; telephone conference w counsel; | 1.20 | $1,500.00 | $1,800.00 |
| Service | 03/18/2023 | Email correspondence with counsel; | 0.30 | $1,500.00 | $450.00 |
| Service | 03/21/2023 | Communications re meeting | 0.30 | $1,500.00 | $450.00 |
| Service | 03/22/2023 | Email correspondence | 0.20 | $1,500.00 | $300.00 |
| Service | 03/26/2023 | Email correspondence | 0.10 | $1,500.00 | $150.00 |
| Service | 03/27/2023 | Email correspondence; review of documents | 2.20 | $1,500.00 | $3,300.00 |
| Service | 03/28/2023 | Meeting w counsel re fee negotiations; | 1.30 | $1,500.00 | $1,950.00 |
| Service | 03/29/2023 | Review of memorandum; email correspondence re same | 0.70 | $1,500.00 | $1,050.00 |
| Service | 03/30/2023 | Email correspondence re fee negotiations | 0.10 | $1,500.00 | $150.00 |
| Service | 03/31/2023 | Meeting w counsel re fee negotiations | 1.20 | $1,500.00 | $1,800.00 |

**Total** **$11,400.00**

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 127 | 11/02/2022 | $10,050.00 | $8,040.00 | $2,010.00 |
| 138 | 12/07/2022 | $25,842.50 | $20,862.50 | $4,980.00 |
| 151 | 01/07/2023 | $4,569.41 | $3,879.41 | $690.00 |
| 164 | 02/01/2023 | $8,700.00 | $6,960.00 | $1,740.00 |
| 179 | 03/01/2023 | $12,057.50 | $0.00 | $12,057.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 193 | 04/04/2023 | $11,400.00 | $0.00 | $11,400.00 |
| | | | **Outstanding Balance** | **$32,877.50** |
| | | | **Total Amount Outstanding** | **$32,877.50** |

Please make all amounts payable to: Delaware ADR

ACH **(preferred)** and Wire Payment Instructions below:

**ACH Bank Information:**
WSFS Bank
500 Delaware Avenue
Wilmington, DE 19801

Bank Routing Number: ▮0102
Bank Account Number: ▮4854
Bank Account Type: Checking

**Wire Transfer Instructions:**
Swift Code: ▮US33
Routing Number: ▮102
Account Number: ▮4854

Payment is due upon receipt.

Interest at the rate of 1% per month will be charged on any unpaid invoice over 30 days past due.

GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **CELSIUS NETWORK, LLC,** *et al.,*[2] | : | Case No. 22-10964 (MG) |
| Debtors. | : | (Jointly Administered) |

**AFFIDAVIT OF SERVICE OF SIXTH MONTHLY FEE STATEMENT OF DELAWAREADR, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COURT-APPOINTED INDEPENDENT FEE EXAMINER, FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

I, Katherine Stadler, under penalty of perjury declare as follows, that on April 20, 2023, at my direction and under my supervision, employees of Godfrey & Kahn, S.C. served a copy of the following documents upon the individuals registered to receive electronic notices via the Court's ECF noticing system, via email to those identified on the **Core 2002 list as of April 3, 2023** and via first-class mail to the parties with no known email listed.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, NJ 07030.

4

- *SIXTH MONTHLY FEE STATEMENT OF DELAWAREADR, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COURT-APPOINTED INDEPENDENT FEE EXAMINER, FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023*

Dated:  April 20, 2023.

                                                By  */s/ Katherine Stadler*
                                                   Katherine Stadler

29102983.1