**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
         sam.hershey@whitecase.com
         jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
         gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EIGHTH MONTHLY FEE STATEMENT
OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS
ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed its *Eighth Monthly Fee Statement of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From March 1, 2023 Through March 31, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 1745 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Fee Statement**, by (i) Elementus Inc. and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Fee Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Elementus.

AMERICAS 116616989 v1

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.   You may also obtain copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page left intentionally blank]*

AMERICAS 116616989 v1

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

Dated:    April 20, 2023                    Respectfully submitted,
          New York, New York


                                           */s/ Gregory F. Pesce*
                                           **WHITE & CASE LLP**
                                           David M. Turetsky
                                           Samuel P. Hershey
                                           1221 Avenue of the Americas
                                           New York, New York 10020
                                           Telephone: (212) 819-8200
                                           Facsimile:  (212) 354-8113
                                           Email:  david.turetsky@whitecase.com
                                                   sam.hershey@whitecase.com
                                                   azatz@whitecase.com

                                           – and –

                                           **WHITE & CASE LLP**
                                           Keith H. Wofford
                                           Southeast Financial Center
                                           200 South Biscayne Blvd., Suite 4900
                                           Miami, Florida 33131
                                           Telephone: (305) 371-2700
                                           Facsimile:  (305) 358-5744
                                           Email: kwofford@whitecase.com

                                           – and –

                                           **WHITE & CASE LLP**
                                           Michael C. Andolina (admitted *pro hac vice*)
                                           Gregory F. Pesce (admitted *pro hac vice*)
                                           111 South Wacker Drive, Suite 5100
                                           Chicago, Illinois 60606
                                           Telephone: (312) 881-5400
                                           Facsimile:  (312) 881-5450
                                           Email:  mandolina@whitecase.com
                                                   gregory.pesce@whitecase.com

                                           – and –

                                           **WHITE & CASE LLP**
                                           Aaron E. Colodny (admitted *pro hac vice*)
                                           555 South Flower Street, Suite 2700
                                           Los Angeles, California 90071
                                           Telephone: (213) 620-7700
                                           Facsimile:  (213) 452-2329
                                           Email:  aaron.colodny@whitecase.com

4

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  david.turetsky@whitecase.com
       sam.hershey@whitecase.com
       jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  mandolina@whitecase.com
       gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO**
**EIGHTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR**
**INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

| Name of Applicant: | Elementus Inc. |
| --- | --- |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | March 1, 2023 – March 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $176,210.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $140,968.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $35,242.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $40,140.07 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $216,350.07 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $181,108.07 |

This is a <u>monthly</u> fee invoice.

AMERICAS 116616989 v1



## Professional Hours Tracker – March 2023

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 1 March 2023

### Hours Summary

| Name | Role | Rate | Communications with M3, W+C, A+M, and external parties | Internal Development | Administrative Tasks | Total (hrs) | Cost |
|------|------|------|------|------|------|------|------|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 11.8 | 16.9 | 0 | 28.7 | $ 28,700 |
| Matt Lam | Senior Data Scientist | $900 | 4.5 | 36.8 | 0 | 41.3 | $ 37,170 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 0.2 | 12.4 | 0 | 12.6 | $ 11,340 |
| Sirish Jetti | Vice President | $800 | 0 | 5.8 | 0 | 5.8 | $ 4,640 |
| Matt Austin | Vice President | $800 | 0 | 7.3 | 7.8 | 15.1 | $ 12,080 |
| Bryan Young | Vice President | $800 | 4.8 | 17.3 | 6.5 | 28.6 | $ 22,880 |
| Nicholas Shaker | Project Manager | $600 | 12.3 | 45.7 | 0 | 58.0 | $ 34,800 |
| Umber Kohli | Project Manager | $600 | 4.1 | 32.4 | 3.5 | 40.0 | $ 24,000 |
| Dan Young | Project Manager | $600 | 0 | 0.3 | 0.7 | 1.0 | $ 600 |
| **Labor Totals** | | | **37.7** | **174.9** | **18.5** | **231.1** | **$ 176,210** |

### Other Expenses

| Description | Date | Cost |
|------|------|------|
| Amazon Web Services Costs | | $ 21,840.08 |
| Google Cloud Platform | | $ 5,404.37 |
| Google Voice | | $ 55.21 |
| Asana - Project Management | | $ 414.95 |
| Atlassian - Project Management | | $ 165.99 |
| Microsoft 365 Subscriptions | | $ 94.40 |
| Miro | | $ 30.07 |
| Bryan Cave Leighton Paisner - legal fees | | $ 12,135.00 |
| **Other Expenses Totals** | | **$ 40,140.07** |

| | | |
|------|------|------|
| **February 2022 Grand Total** | | **$ 216,350.07** |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0.2 |
| Internal Development | 12.4 |
| **Total** | **12.6** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 3/2/2023 | Thursday | 0.5 | N. Goldstein wallet clarification analysis | Internal Development |
| 3/15/2023 | Wednesday | 0.2 | Meeting with M. Galka, B. Young, U. Kohli re external presentation | Communications |
| 3/16/2023 | Thursday | 0.4 | CEL movement investigation w/ B. Young | Internal Development |
| 3/17/2023 | Friday | 1.5 | CEL analysis for White and Case w/ U. Kohli and B. Young | Internal Development |
| 3/18/2023 | Saturday | 2.8 | CEL analysis for White and Case | Internal Development |
| 3/20/2023 | Monday | 0.5 | Internal meeting on presentation w/ N. Shaker and U. Kohli | Internal Development |
| 3/20/2023 | Monday | 0.7 | Insiders selling into buybacks slide for W&C | Internal Development |
| 3/21/2023 | Tuesday | 2 | Insiders selling into buybacks slides review for W&C deck | Internal Development |
| 3/21/2023 | Tuesday | 1.5 | External slide deck preparation | Internal Development |
| 3/22/2023 | Wednesday | 1.5 | Insider sales Data Review internal call | Internal Development |
| 3/24/2023 | Friday | 1 | Additional buyback transaction analysis | Internal Development |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 4.8 |
| Internal Development | 17.3 |
| Administrative Tasks | 6.5 |
| **Total** | **28.6** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 3/1/2023 | Wednesday | 0.5 | Internal call with N. Shaker re workstreams in progress | Administrative |
| 3/3/2023 | Friday | 0.7 | Review Weekly Reporting and Slide Generation | Internal Development |
| 3/6/2023 | Wednesday | 0.5 | Internal call with N. Shaker re workstreams in progress | Administrative |
| 3/7/2023 | Tuesday | 2.7 | Weekly UCC Call | Communications |
| 3/8/2023 | Wednesday | 2.5 | Prepare Fee Examiner responses with M. Austin | Administrative Tasks |
| 3/9/2023 | Thursday | 0.5 | Internal call regarding tracking down major losses | Internal Development |
| 3/14/2023 | Tuesday | 1 | Call with external counsel and B. Young to discuss Fee Examiner responses | Administrative Tasks |
| 3/15/2023 | Wednesday | 0.4 | Call with N. Shaker, U. Kohli re external presentation | Administrative |
| 3/15/2023 | Wednesday | 0.2 | Meeting with M. Galka, A. Mologoko, U. Kohli re external presentation | Communications |
| 3/16/2023 | Thursday | 2.5 | Developing analysis and slides as well as meetings to review content for external emeeting | Internal Development |
| 3/17/2023 | Friday | 2.7 | Developing analysis and slides as well as meetings to review content for external meeting | Internal Development |
| 3/17/2023 | Friday | 1.1 | Finalize Fee Examiner responses with B. Young | Administrative Tasks |
| 3/16/2023 | Thursday | 0.4 | Email Report to A. Colodny at WC re Internal Fireblocks CEL Movements | Communications |
| 3/16/2023 | Thursday | 0.4 | CEL movement investigation w/ B. Young | Internal Development |
| 3/17/2023 | Friday | 0.5 | Analysis for White and Case w/ A. Mologoko and U. Kohli | Internal Development |
| 3/18/2023 | Saturday | 1.8 | Analysis request with A. Mologoko for White and Case | Internal Development |
| 3/18/2023 | Monday | 1 | Call with M. Austin regarding external presentation | Internal Development |
| 3/20/2023 | Monday | 0.5 | Review UCC Presentation Slide Generation | Internal Development |
| 3/20/2023 | Monday | 2.2 | External presentation data preparation and slide creation | Internal Development |
| 3/21/2023 | Tuesday | 2.5 | External presentation preparation | Internal Development |
| 3/23/2023 | Monday | 0.5 | Internal call with N. Shaker re workstreams in progress | Administrative |
| 3/24/2023 | Friday | 0.8 | Review UCC Slide and weekly progress report generation | Internal Development |
| 3/28/2023 | Tuesday | 1 | Weekly UCC Call | Communications |
| 3/30/2023 | Thursday | 0.5 | Weekly All Advisors Call | Communications |
| 3/31/2023 | Friday | 1.2 | Review Progress Report Generation and UCC Slide Creation | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 7.3 |
| Administrative Tasks | 7.8 |
| **Total** | **15.1** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 3/8/2023 | Wednesday | 2.5 | Prepare Fee Examiner responses with B. Young | Administrative Tasks |
| 3/14/2023 | Tuesday | 1 | Call with external counsel and B. Young to discuss Fee Examiner responses | Administrative Tasks |
| 3/17/2023 | Friday | 1.1 | Finalize Fee Examiner responses with B. Young | Administrative Tasks |
| 3/18/2023 | Monday | 1 | Call with B. Young regarding external presentation | Internal Development |
| 3/20/2023 | Monday | 2.2 | External presentation data preparation and slide creation | Internal Development |
| 3/21/2023 | Tuesday | 2.1 | External presentation preparation | Internal Development |
| 3/21/2023 | Tuesday | 2 | Prep call with White & Case for external presentation | Internal Development |
| 3/31/2023 | Tuesday | 3.2 | Administrative tasks re: monthly billable hours and expense reporting | Administrative Tasks |

| Employee Name | Role |
|---|---|
| Dan Young | Partnerships Manager |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 0.3 |
| Administrative Tasks | 0.7 |
| **Total** | **1** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 3/13/2023 | Monday | 0.7 | Wallet Alert Analysis and Summary Alerting | Administrative |
| 3/17/2023 | Friday | 0.3 | Automated wallet Alert Analysis | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Lam | Senior Data Scientist |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 4.5 |
| Internal Development | 36.8 |
| **Total** | **41.3** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 3/2/2023 | Thursday | 3.9 | Investigating Defi hacks | Internal Development |
| 3/13/2023 | Monday | 0.5 | Celsius losses call | Communications |
| 3/13/2023 | Monday | 3 | Celsius internal accounting investigation | Internal Development |
| 3/14/2023 | Tuesday | 3.7 | Celsius internal accounting investigation | Internal Development |
| 3/14/2023 | Tuesday | 2 | UCC meeting | Communications |
| 3/14/2023 | Tuesday | 0.8 | Meeting with w&c regarding CEL price movements | Communications |
| 3/15/2023 | Wednesday | 4.7 | Compare on-chain data w/ internal ledger for accuracy | Internal Development |
| 3/17/2023 | Thursday | 5.4 | Investigate price movement related to third-party exchange | Internal Development |
| 3/17/2023 | Friday | 0.7 | Meeting with white & case top discuss investigation | Communications |
| 3/23/2023 | Thursday | 4.3 | Insider wallets and transfers analysis | Internal Development |
| 3/23/2023 | Thursday | 3.7 | Additional CEL buybacks analysis | Internal Development |
| 3/24/2023 | Friday | 4.2 | CEL wash trade analysis | Internal Development |
| 3/27/2023 | Monday | 0.5 | Wash trades meeting | Communications |
| 3/30/2023 | Thursday | 3.9 | Third-party exchange users and Celsius us-uk transfers | Internal Development |

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 11.8 |
| Internal Development | 16.9 |
| **Total** | **28.7** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 3/7/2023 | Tuesday | 1.5 | Celsius - Committee Members Weekly Meeting | Communications |
| 3/7/2023 | Monday | 2.1 | Engineering and Data Science sprint planning | Internal Development |
| 3/9/2023 | Thursday | 0.5 | Internal call regarding tracking down major losses | Internal Development |
| 3/13/2023 | Monday | 0.5 | UCC Workstreams Standup | Internal Development |
| 3/14/2023 | Tuesday | 1 | Celsius - Committee Members Weekly Meeting | Communications |
| 3/14/2023 | Tuesday | 1 | Data Science prioritization planning meeting | Internal Development |
| 3/15/2023 | Wednesday | 0.2 | Meeting with M. Galka, B. Young, U. Kohli re external presentation | Communications |
| 3/15/2023 | Wednesday | 0.5 | UCC Workstreams Standup | Internal Development |
| 3/17/2023 | Friday | 1 | Celsius Meeting - internal team meeting | Internal Development |
| 3/20/2023 | Monday | 0.5 | UCC Workstreams Standup | Internal Development |
| 3/20/2023 | Monday | 1.5 | Review external presentation Data Preparation and Slides | Internal Development |
| 3/21/2023 | Tuesday | 2 | Insiders selling into buybacks slides review for W&C deck | Internal Development |
| 3/21/2023 | Tuesday | 2.5 | External presentation Slide Deck Preparation | Internal Development |
| 3/21/2023 | Tuesday | 2 | Prep call with White & Case for the external presentation | Communications |
| 3/22/2023 | Wednesday | 1.5 | Celsius - UCC - Debtors Call | Communications |
| 3/23/2023 | Thursday | 2.5 | Prepare for external presentation call | Communications |
| 3/23/2023 | Thursday | 0.7 | Call with B. Young to discuss UCC and external presentation | Internal Development |
| 3/24/2023 | Friday | 1.6 | Celsius - UCC Presentation | Communications |
| 3/24/2023 | Friday | 0.5 | Call with B. Young to discuss UCC and external presentation | Internal Development |
| 3/24/2023 | Friday | 1.1 | Prepare for external presentation | Internal Development |
| 3/24/2023 | Friday | 1.5 | External presentation Call | Communications |
| 3/24/2023 | Friday | 0.5 | Internal debrief with B. Young and M.Austin on external presentation | Internal Development |
| 3/24/2023 | Friday | 1 | Review CEL wash trade analysis | Internal Development |
| 3/30/2023 | Thursday | 1 | Review Third-party exchange users and Celsius us-uk transfers | Internal Development |

| Employee name | Role |
|---|---|
| Sirish Jetti | Vice President |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 5.8 |
| **Total** | **5.8** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 3/7/2023 | Monday | 2.1 | Engineering and Data Science sprint planning related to investigation | Internal Development |
| 3/14/2023 | Tuesday | 1 | Data Science prioritization planning meeting related to investigation | Internal Development |
| 3/21/2023 | Monday | 1.3 | Engineering and Data Science sprint planning related to investigation | Internal Development |
| 3/22/2023 | Thursday | 1.4 | Insider attribution and analysis review | Internal Development |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 12.3 |
| Internal Development | 45.7 |
| Administrative Tasks | 0 |
| **Total** | **58** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 3/2/2023 | Thursday | 0.1 | Celsius All Advisors Call | Communications |
| 3/3/2023 | Friday | 1.4 | Weekly Reporting and Slide Generation | Internal Development |
| 3/3/2023 | Friday | 2.1 | VIP Additional Wallet Attribution Investigation | Internal Development |
| 3/6/2023 | Monday | 0.6 | Insider Transaction History List Generation | Internal Development |
| 3/7/2023 | Tuesday | 2.7 | Weekly UCC Call | Communications |
| 3/9/2023 | Thursday | 0.5 | Internal call regarding tracking down major losses | Internal Development |
| 3/11/2023 | Saturday | 3.4 | UCC Call and Missing Funds Investigation Prep | Internal Development |
| 3/20/2023 | Monday | 1.6 | UCC Presentation Slide Generation | Internal Development |
| 3/20/2023 | Monday | 0.5 | Internal Meeting re: Price Manipulation and Missing Funds | Internal Development |
| 3/20/2023 | Monday | 6.4 | External presentation Data Preparation and Slide Creation | Internal Development |
| 3/20/2023 | Monday | 0.4 | Call with White and Case re: external presentation | Communications |
| 3/21/2023 | Tuesday | 5.7 | External presentation preparation | Internal Development |
| 3/21/2023 | Tuesday | 0.5 | Prep Call with White and Case for external presentation | Communications |
| 3/22/2023 | Wednesday | 1.3 | External presentation Briefing with Debtors | Communications |
| 3/23/2023 | Wednesday | 0.6 | Insider Address Attribution Deconfliction | Internal Development |
| 3/23/2023 | Thursday | 6.6 | External presentation Sanity Checking and Additional Insiders Sales | Internal Development |
| 3/23/2023 | Thursday | 3.4 | Buyback data collection and analysis | Internal Development |
| 3/24/2023 | Friday | 1.5 | External presentation data formatting and adjustments for M3 | Internal Development |
| 3/24/2023 | Friday | 1.5 | External presentation Call | Communications |
| 3/24/2023 | Friday | 1.6 | UCC Slide and weekly progress report generation | Internal Development |
| 3/27/2023 | Monday | 4.3 | Wash Trades Analysis and Slide Generation | Internal Development |
| 3/27/2023 | Monday | 0.5 | Call with W+C and M3 about Wash Trade Allegations | Communications |
| 3/28/2023 | Tuesday | 2.1 | Weekly UCC Call | Communications |
| 3/29/2023 | Wednesday | 0.3 | Call with M3 about Internal Ledger Data | Communications |
| 3/29/2023 | Wednesday | 0.5 | Call with M3 regarding wallet restraining order investigation | Communications |
| 3/29/2023 | Wednesday | 1 | Call with Akin re: restraining order | Communications |
| 3/29/2023 | Wednesday | 0.4 | Call with A+M about internal ledger data | Communications |
| 3/29/2023 | Wednesday | 0.5 | Call with Kirkland and White and Case about CEL squeeze data | Communications |
| 3/30/2023 | Thursday | 0.5 | Weekly All Advisors Call | Communications |
| 3/31/2023 | Thursday | 2.3 | Private Wallet Transaction Analysis and US/UK Entity Transfer Data Analysis | Internal Development |
| 3/31/2023 | Friday | 3.2 | Progress Report Generation and UCC Slide Creation | Internal Development |

| Employee Name | Role |
|---|---|
| Umber Kohli | Business Operations Manager |

**Summary**

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 4.1 |
| Internal Development | 32.4 |
| Administrative Tasks | 3.5 |
| **Total** | **40.0** |

**Details**

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 3/15/2023 | Wednesday | 0.4 | Call w/ Bryan Y and Nick S on structuring slide deck for external presentation | Communications |
| 3/15/2023 | Wednesday | 0.2 | Meeting with Max G, Alex M, and Bryan Y on specific content for external presentation | Communications |
| 3/16/2023 | Thursday | 8 | Developing analysis and slides as well as meetings to review content for external presentation | Internal Development |
| 3/17/2023 | Friday | 7.5 | Developing analysis and slides as well as meetings to review content for external presentation | Internal Development |
| 3/17/2023 | Friday | 0.5 | Meeting w/ Alex M and Bryan M on specific analysis request from White & Case for external presentation | Communications |
| 3/20/2023 | Monday | 1 | Internal meetings N. Shaher, A. Mologoko related to analysis and specific requests from White & Case on external presentation | Communications |
| 3/20/2023 | Monday | 7 | Addressing feedback and making edits for slide deck for external presentation | Internal Development |
| 3/21/2023 | Tuesday | 1 | Internal call with N. Shaker + related to slide deck for external presentation | Communications |
| 3/21/2023 | Tuesday | 1 | External call with White & Case related to slide deck for external presentation | Communications |
| 3/21/2023 | Tuesday | 6 | Addressing feedback and making edits to slide deck for external presentation | Internal Development |
| 3/22/2023 | Wednesday | 3.5 | Administrative tasks re: monthly billable hours and expense reporting | Administrative |
| 3/27/2023 | Monday | 0.4 | Working with N. Shaker on creating inflow / outflow charts | Internal Development |