**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
        sam.hershey@whitecase.com
        jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
        gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF THIRD MONTHLY STATEMENT OF GORNITZKY & CO. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ISRAELI COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that on the date hereof, Gornitzky & Co. ("**GNY**") filed its *Third Monthly Statement of Gornitzky & Co. for Interim Compensation and Reimbursement of Expenses as Israeli Counsel for the Official Committee of Unsecured Creditors for the Period From February 1, 2023 Through February 28, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 1745 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to the title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Granting Related Relief* [Docket No. 1745] (the "**Interim Compensation Procedures**")[2]; (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Statement**, to (i) GNY and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Compensation Procedures.

2

promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to GNY.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

| | |
|---|---|
| Dated: April 21, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Gregory F. Pesce*<br>**WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>Joshua Weedman<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>Email:  david.turetsky@whitecase.com<br>　　　　sam.hershey@whitecase.com<br>　　　　jweedman@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile: (312) 881-5450<br>Email:  mandolina@whitecase.com<br>　　　　gregory.pesce@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br>Email:  kwofford@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile: (213) 452-2329<br>Email:  aaron.colodny@whitecase.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY STATEMENT OF GORNITZKY & CO. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ISRAELI COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023**

| Name of Applicant: | Gornitzky & Co. ("**GNY**") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | December 20, 2022 [Docket No. 1760], *Effective as of* November 2, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | February 1, 2023 – February 28, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $3,068.32 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $2,454.65 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $613.67 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $0.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Total Interim Compensation and Reimbursement of Expenses Sought: | $3,068.32 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $2,454.65 |

This is a <u>monthly</u> fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, GNY, as Israeli Counsel to the Committee of the Debtors, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $2,454.65, consisting of 80% of the $3,068.32 in fees earned and 100% of the $0.00 in expenses incurred.

**Background**

1.  On July 13, 2022, Celsius Network LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") commenced with this Court these voluntary cases under chapter 11 of title 11 of the U.S. Code.[3]

2.  On November 7, 2022, the Official Committee of Unsecured Creditors (the "**Committee**") filed *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Gornitzky & Co. as Israeli Counsel Effective as of November 2, 2022* [Docket No. 1298] (the "**Retention Application**").

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

[3] Debtors GK8 Ltd., GK8 USA LLC, and GK8 UK each commenced their voluntary cases on December 7, 2022, and on December 8, 2022, this Court ordered for each of their cases to be jointly administered with the Debtors' cases. [Docket No. 1648].

2

3. On December 20, 2022, the Court entered the *Order Authorizing the Employment and Retention of Gornitzky & Co. as Israeli Counsel Effective as of November 2, 2022* [Docket No. 1760] (the "**Retention Order**") thereby granting the Retention Application.

4. The Retention Order approved, among other things, GNY's Monthly Fee. Retention Order ¶ 3.

**Professional Services Rendered and Expense Disbursements Incurred**

5. For the Compensation Period, GNY:

    a. Earned monthly fees in the amount of $3,068.32;

    b. Incurred expenses in the amount of $0.00; and

    c. In accordance with the Interim Compensation Procedures, seeks payment in the amount of $2,454.65 (representing 80% of the amount of GNY's monthly fees earned and 100% of the amount of GNY expenses incurred during the Compensation Period).

6. An invoice detailing the monthly fees earned and expenses incurred by GNY during the Compensation Period is attached hereto as **Exhibit A**.

7. The amount of fees and out-of-pocket expenses sought in this Monthly Statement and GNY's compensation practices are consistent with market practices both in and out of a bankruptcy context. GNY has maintained contemporaneous time records in 0.1 and 0.25 hour increments. Time records with respect to the 8.45 hours expended by GNY professionals in providing services are provided in **Exhibit A.** A summary of the total amount of hours expended by GNY professionals during the Compensation Period is provided in Exhibit A.

**Reservation of Rights**

8. Although GNY has made every effort to include all fees and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly

Statement due to delays caused by accounting and processing during the Compensation Period.

GNY reserves the right to seek payment of such expenses not included herein.

## **Notice**

9. GNY will provide notice of this Monthly Statement to the Monthly Fee Statement Recipients [*see* Docket No. 1745 ¶ 3.a.] in accordance with the Interim Compensation Order.

Dated:  April 21, 2023    Respectfully submitted,
        Tel Aviv, Israel

                            */s/ Amnon Biss*
                            Amnon Biss
                            Partner, Gornitzky & Co.

**<u>Exhibit A</u>**

**Invoice with Time Records**

![Gornitzky logo]

VAT No.: 557294543

| To: | Client VAT No.: |
|---|---|
| GK8 Ltd | Date: 18/04/2023 |
| | Client ID: 9350 |

## Invoice for Legal Services No. 68353

Statement of account for period between February 1, 2023 – February 28, 2023.
For the representation as Israeli counsel of the unsecured creditors committee of Celsius, including in the sale of Celsius Israeli subsidiary, GK8, to Galaxy.

| Type | Amount before VAT | VAT | Total Due |
|---|---|---|---|
| Fees | $2,622.50 | $445.82 | $3,068.32 |
| | **$2,622.50** | **$445.82** | **$3,068.32** |

| | |
|---|---|
| **Invoice Total** | $3,068.32 |
| **Paid on account** | $0.00 |
| **Total amount due** | **$3,068.32** |

Yours sincerely,

Gornitzky & Co., Advocates




gornitzky.com | Gornitzky & Co., Advocates | Vitania Tel-Aviv Tower, 20 HaHarash St., TLV Israel
Zip: 6761310 | Tel: +972-3-7109191 | Fax: +972-3-5606555 | Email: office@gornitzky.com | EST.1938

1



# Appendix to Invoice No. 68353

the unsecured creditors committee of Celsius - 9350

the unsecured creditors committee of Celsius - General - 43076

| Date | Name | Description | Billed Hours | Rate | Total |
|---|---|---|---|---|---|
| 01/02/2023 | Maya Ben Meir | Call with Yuval re memorandum of law filed by the UCC | 0.25 | $350.00 | $87.50 |
| 01/02/2023 | Yuval Sheer | Review and summary of filings pertaining to Terms of Use | 3.00 | $300.00 | $900.00 |
| 02/02/2023 | Yuval Sheer | Email to Amnon B. and Yael B. pertaining to Account-Holder liability hearing; review and analysis of underlying filings | 2.00 | $300.00 | $600.00 |
| 06/02/2023 | Yuval Sheer | Review of filings pertaining to User Agreement Interpretation | 0.40 | $300.00 | $120.00 |
| 08/02/2023 | Maya Ben Meir | coordinate invoice for GNY fee statement | 0.25 | $350.00 | $87.50 |
| 08/02/2023 | Yuval Sheer | Review of recent filings in US Bankruptcy case | 0.50 | $300.00 | $150.00 |
| 09/02/2023 | Yuval Sheer | Review of bankruptcy docket; and past filings; study of case | 0.25 | $300.00 | $75.00 |
| 12/02/2023 | Maya Ben Meir | Correspond with W&C and FBC re conditions to close | 0.50 | $350.00 | $175.00 |
| 12/02/2023 | Yuval Sheer | Review of ongoing correspondence pertaining to GK8 transactoin | 0.20 | $300.00 | $60.00 |
| 14/02/2023 | Maya Ben Meir | Correspond with FBC and White and Case re closing | 0.25 | $350.00 | $87.50 |
| 15/02/2023 | Yuval Sheer | Review of ongoing correspondence pertain to GK8 closing | 0.15 | $300.00 | $45.00 |
| 19/02/2023 | Maya Ben Meir | Correspond with GNY team re fee statement | 0.50 | $350.00 | $175.00 |
| 19/02/2023 | Yuval Sheer | Review of ongoing email correspondence | 0.20 | $300.00 | $60.00 |
| | | **Total** | **8.45** | | **$2,622.50** |



Gornitzky & Co., Advocates | Vitania Tel-Aviv Tower, 20 HaHarash St., TLV Israel
Zip: 6761310 | Tel: +972-3-7109191 | Fax: +972-3-5606555 | Email: office@gornitzky.com | EST. 1938

# Appendix to Invoice No. 68353

## Matter Summary:

| Name | Type | Total Billed Hours | Total |
|---|---|---|---|
| Maya Ben Meir | Time | 1.75 | $612.50 |
| Yuval Sheer | Time | 6.70 | $2,010.00 |
| **Total Hours** | | **8.45** | **$2,622.50** |

**Note: The above amounts do not include VAT**