**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, et al., | ) 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                          )        SS.:
COUNTY OF NEW YORK    )

Mia Baker, being duly sworn, deposes and says,

  I am employed by Milbank LLP, counsel to the Series B Preferred Shareholders in the above-captioned proceedings, having offices located at 55 Hudson Yards, New York, New York. I am a resident of the United States, over the age of eighteen years, and am not a party to these proceedings.

  On the 20ᵗʰ of April 2023, I caused true and correct copies of the following document:

- Series B Preferred Holders' Statement Regarding Proposed Litigation Schedule

to be served by email upon the parties identified on the Core/2002 Service List attached hereto as <u>Exhibit A</u>, and to be served by first class mail upon the parties identified on the Core/2002 Service List attached hereto as <u>Exhibit B</u>.

Dated: April 21, 2023

New York, New York

/s/ Mia Baker
Mia Baker

SWORN TO AND SUBSCRIBED before me
on this 21st of April 2023

/s/   Jacqueline Brewster
JACQUELINE BREWSTER
Notary Public, State of New York
No. 01BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2023

## Exhibit A

'KORTIZ@TEAMTOGUT.COM'; 'BKOTLIAR@TEAMTOGUT.COM';
'DPERSON@TEAMTOGUT.COM'; 'AODEN@TEAMTOGUT.COM';
'AGLAUBACH@TEAMTOGUT.COM'; 'EBLANDER@TEAMTOGUT.COM';
'ARODRIGUEZ@TEAMTOGUT.COM'; 'BKOTLIAR@TEAMTOGUT.COM';
'GQUIST@TEAMTOGUT.COM'; 'ASTOLP@TEAMTOGUT.COM';
'DEBORAH.KOVSKY@TROUTMAN.COM'; 'KAY.KRESS@TROUTMAN.COM';
'LJKOTLER@DUANEMORRIS.COM'; 'MBATES@DUANEMORRIS.COM';
'CONSUMERINTEREST@ALABAMAAG.GOV'; 'DIETDERICHA@SULLCROM.COM';
'GLUECKSTEINB@SULLCROM.COM'; 'BELLERB@SULLCROM.COM';
'ATTORNEY.GENERAL@ALASKA.GOV'; 'RICHARD@ALTCOINTRADER.CO.ZA';
'TDOMINCZYK@MAURICEWUTSCHER.COM'; 'THOMAS-DOMINCZYK-
5025@ECF.PACERPRO.COM'; 'DADLER@MCCARTER.COM'; 'AGINFO@AZAG.GOV';
'OAG@ARKANSASAG.GOV'; 'MIDDLEOFFICE@B2C2.COM';
'SPG@13TRUSTEE.NET'; 'XAVIER.BECERRA@DOJ.CA.GOV';
'JSUSSBERG@KIRKLAND.COM'; 'PATRICK.NASH@KIRKLAND.COM';
'ROSS.KWASTENIET@KIRKLAND.COM'; 'DADLER@MCCARTER.COM';
'SPG@13TRUSTEE.NET'; 'CORA.REQUEST@COAG.GOV';
'ATTORNEY.GENERAL@CT.GOV'; 'RAY.SCHROCK@WEIL.COM';
'DAVID.LENDER@WEIL.COM'; 'RONIT.BERKOVICH@WEIL.COM';
'CELSIUSBANKRUPTCY@COVAR.IO'; 'MARK.BANNER@COVAR.IO';
'DAZMAN@MWE.COM'; 'MCO@MWE.COM'; 'CGREER@MWE.COM';
'GSTEINMAN@MWE.COM'; 'C10_SPC@INVICTUSCAPITAL.COM';
'DANIEL@INVICTUSCAPITAL.COM'; 'CIADONISI@DEFERRED1031.COM';
'ATTORNEY.GENERAL@STATE.DE.US'; 'ATTORNEY.GENERAL@DELAWARE.GOV';
'ELOBELLO@MSEK.COM'; 'JWEISS@MSEK.COM'; 'OAG@DC.GOV';
'JEFFREY.GLEIT@AFSLAW.COM'; 'ALLISON.WEISS@AFSLAW.COM';
'LISA.INDELICATO@AFSLAW.COM'; 'ALYSSA.FIORENTINO@AFSLAW.COM';
'SCHROEDER@JRLAW.ORG'; 'HEALEY@JRLAW.ORG'; 'KJOHNSON3@FTC.GOV';
'KAIZPURU@FTC.GOV'; 'KSTADLER@GKLAW.COM';
'ASHLEY.MOODY@MYFLORIDALEGAL.COM'; 'INFO@IPATENT.CO.IL';
'OHSCELSIUSNOTICE@ORRICK.COM'; 'BROSSZER@LAW.GA.GOV';
'HAWAIIAG@HAWAII.GOV'; 'DUFFYS2@GMAIL.COM';
'STEPHANIE.GUYON@AG.IDAHO.GOV'; 'AJCURRIE@VENABLE.COM';
'JSSABIN@VENABLE.COM'; 'CWEINERLEVY@VENABLE.COM';
APELED@VENABLE.COM '; 'INFO@LISAMADIGAN.ORG';
'GKOPACZ@SILLSCUMMIS.COM'; 'C20_SPC@INVICTUSCAPITAL.COM';
'DANIEL@INVICTUSCAPITAL.COM'; 'CONSUMER@AG.IOWA.GOV';
'CONTACTUS@INNOVATIONISRAEL.ORG.IL'; 'KYLE@KYLEROCHE.LAW';
'DADLER@MCCARTER.COM'; 'EVAN.ZUCKER@BLANKROME.COM';
'EDOCKETING@BLANKROME.COM'; 'MJB@HOPKINSCARLEY.COM';
'EAMARO@HOPKINSCARLEY.COM'; 'SPG@13TRUSTEE.NET';
'DEREK.SCHMIDT@AG.KS.GOV'; 'DADLER@MCCARTER.COM';
'SPG@13TRUSTEE.NET'; 'ADMININFO@AG.STATE.LA.US';
'ATTORNEY.GENERAL@MAINE.GOV'; 'DADLER@MCCARTER.COM';

'OAG@OAG.STATE.MD.US'; 'BGOLUB@WGPLLP.COM';
'JCIANCIULLI@WGPLLP.COM'; 'MBROADHURST@WGPLLP.COM';
'HARRISJ12@MICHIGAN.GOV'; 'ATTORNEY.GENERAL@AG.STATE.MN.US';
'CONSUMER.HELP@AGO.MO.GOV'; 'DADLER@MCCARTER.COM';
'CONTACTDOJ@MT.GOV'; 'ATTORNEYGENERAL@DOJ.NH.GOV';
'JBERNSTEIN@MDMC-LAW.COM'; 'NLEONARD@MDMC-LAW.COM';
'SSHIDNER@MDMC-LAW.COM'; 'VSHEA@MDMC-LAW.COM';
'HBALDERAS@NMAG.GOV'; 'JOSHUA@LEVINEPSTEIN.COM';
'CARL.NEFF@FISHERBROYLES.COM';
'THOMAS.WALKER@FISHERBROYLES.COM'; 'ELOBELLO@MSEK.COM';
'JWEISS@MSEK.COM'; 'INFO@NIKI-NIKAYON.COM'; 'ELOBELLO@MSEK.COM';
'NDAG@ND.GOV'; 'USTPREGION02.NYECF@USDOJ.GOV';
'SHARA.CORNELL@USDOJ.GOV'; 'AARON.COLODNY@WHITECASE.COM';
'DAVID.TURETSKY@WHITECASE.COM'; 'SAM.HERSHEY@WHITECASE.COM';
'MCOSBNY@WHITECASE.COM'; 'JDISANTI@WHITECASE.COM';
'MANDOLINA@WHITECASE.COM'; 'GREGORY.PESCE@WHITECASE.COM';
'JDISANTI@W HITECASE.COM'; 'MCO@WHITECASE.COM';
'QUESTIONS@OAG.OK.GOV'; 'SCHRISTIANSON@BUCHALTER.COM';
'ELLEN.ROSENBLUM@DOJ.STATE.OR.US';
'ATTORNEYGENERAL@DOJ.STATE.OR.US'; 'DADLER@MCCARTER.COM';
'BHANNON@NORGAARDFIRM.COM'; 'MNORGAARD@NORGAARDFIRM.COM';
'CROSE@NORGAARDFIRM.COM'; 'KCIMMINO@NORGAARDFIRM.COM';
'CROSE@NORGAARDFIRM.COM'; 'ADMIN@LANTERNVENTURES.COM';
'PSHANKMAN@FORTISLAW.COM'; 'MORRIS.WEISS@WALLERLAW.COM';
'SHERRI.SAVALA@WALLERLAW.COM';
'ANNMARIE.JEZISEK@WALLERLAW.COM'; 'TYLER.LAYNE@WALLERLAW.COM';
'CHRIS.CRONK@WALLERLAW.COM'; 'AG@RIAG.RI.GOV';
'ABARRAGE@DWT.COM'; 'HUGHMCCULLOUGH@DWT.COM';
'ELAINEHUCKABEE@DWT.COM'; 'SEADOCKET@DWT.COM';
'JMONTGOMERY@BROWNCONNERY.COM'; 'NYROBANKRUPTCY@SEC.GOV';
'SECBANKRUPTCY-OGC-ADO@SEC.GOV';
'BANKRUPTCYNOTICESCHR@SEC.GOV'; 'NYROBANKRUPTCY@SEC.GOV';
'SSIMON@GOETZFITZ.COM'; 'KCORDRY@NAAG.ORG';
'GOTTESMAN@MINTZANDGOLD.COM'; 'SONDHI@MINTZANDGOLD.COM';
'AGBANKNEWYORK@AG.TN.GOV'; 'LAYLA.MILLIGAN@OAG.TEXAS.GOV';
'ABIGAIL.RYAN@OAG.TEXAS.GOV'; 'JASON.BINFORD@OAG.TEXAS.GOV'
'ROMA.DESAI@OAG.TEXAS.GOV'; 'SLIEBERMAN@PRYORCASHMAN.COM';
'MSILVERMAN@PRYORCASHMAN.COM'; 'UAG@UTAH.GOV';
'JENNIFER.ROOD@VERMONT.GOV'; 'AGO.INFO@VERMONT.GOV';
'RPILSON@BERLINERPILSON.COM'; 'HOLLACE.COHEN@FISHERBROYLES.COM';
'MAIL@OAG.STATE.VA.US'; 'DINA.YUNKER@ATG.WA.GOV';
'BCUYUNKER@ATG.WA.GOV'; 'STEPHEN.MANNING@ATG.WA.GOV';
'CONSUMER@WVAGO.GOV'; 'INFO@XTRA-MILE.CO'; 'OFFICE@YHMTECH.CO.IL';
'METKIN@LOWENSTEIN.COM'; 'ABEHLMANN@LOWENSTEIN.COM';
'PKHEZRI@LOW ENSTEIN.COM'; 'CFO@ZIGLU.IO'; JKUHNS@OFFITKURMAN.COM;
JASON.NAGI@OFFITKURMAN.COM; CONSUMER@AZAG.GOV;

MVANECK@ATTORNEYGENERAL.GOV; ATG.CED@HAWAII.GOV; VEL@FNF.LAW;
FGAY@SELENDYGAY.COM; COBRIEN@SELENDYGAY.COM;
JKUHNS@OFFITKURMAN.COM; JASON.NAGI@OFFITKURMAN.COM;
CONSUMER@AZAG.GOV; MVANECK@ATTORNEYGENERAL.GOV;
ATG.CED@HAWAII.GOV; VEL@FNF.LAW; FGAY@SELENDYGAY.COM;

COBRIEN@SELENDYGAY.COM; JSELENDY@SELENDYGAY.COM; REINACH_J@MAIL.TEL-AVIV.GOV.IL; AGARBER@WGWC-LAW.COM

**Exhibit B**

AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS
C/O TOGUT SEGAL & SEGAL LLP
ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR
ONE PENN PLAZA
SUITE 3335
NEW YORK, NY 10119

AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL
HERRMANN, NICHOLAS FARR AND BRETT PERRY
C/O OFFIT KURMAN, P.A.
ATTN: JASON A. NAGI, ESQ.
590 MADISON AVE
6TH FLOOR
NEW YORK, NY 10022

AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL
HERRMANN, NICHOLAS FARR AND BRETT PERRY
C/O OFFIT KURMAN, P.A.
ATTN: JOYCE A. KUHNS, ESQ.
300 E LOMBARD ST
SUITE 2010
BALTIMORE, MD 21202

AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER
C/O TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTN: DEBORAH KOVSKY-APAP
4000 TOWN CENTER
SUITE 1800
SOUTHFIELD, MI
48075

ADRIAN PEREZ-SIAM
C/O DUANE MORRIS LLP
ATTN: LAWRENCE J. KOTLER & MALCOLM M. BATES
30 S. 17TH STREET
PHILADELPHIA, PA          19103-4196

ALABAMA OFFICE OF THE ATTORNEY GENERAL
501 WASHINGTON AVE
MONTGOMERY, AL          36104

ALAMEDA RESEARCH LLC AND AFFILIATES,
C/O SULLIVAN & CROMWELL LLP,
ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER
125 BROAD ST
NEW YORK, NY 10004

ALASKA OFFICE OF THE ATTORNEY GENERAL
1031 W 4TH AVE
SUITE 200
ANCHORAGE, AK 99501

ALTCOINTRADER (PTY) LTD
229 ONTDEKKERS RD, HORIZON
ROODEPOORT        1724
SOUTH AFRICA

AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES
INSURANCE COMPANY INC.
C/O MAURICE WUTSCHER LLP
ATTN: THOMAS R. DOMINCZYK
5 WALTER FORAN BLVD  SUITE 2007
FLEMINGTON, NJ 08822

ANABELLE DIAS
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA
825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

ARIZONA OFFICE OF THE ATTORNEY GENERAL
2005 N CENTRAL AVE
PHOENIX        AZ, 85004

ARKANSAS OFFICE OF THE ATTORNEY GENERAL
323 CENTER ST        SUITE 200
LITTLE ROCK, AR 72201

B2C2 LTD
86-90 PAUL ST
LONDON
EC2A 4NE        UNITED KINGDOM

BRANDON VOSS
ATTN: STUART P. GELBERG, ESQ.
600 OLD COUNTRY ROAD
SUITE 410
GARDEN CITY, NY 11530

CALIFORNIA OFFICE OF THE ATTORNEY GENERAL
PO BOX 944255
SACRAMENTO, CA
94244-2550

CELSIUS NETWORK LLC, ET AL.
C/O KIRKLAND & ELLIS LLP
ATTN: JOSHUA A. SUSSBERG
601 LEXINGTON AVE
NEW YORK, NY10022

CELSIUS NETWORK LLC, ET AL.
C/O KIRKLAND & ELLIS LLP
ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET
300 N LASALLE ST
CHICAGO, IL 60654

CHRISTOPHER J. LITTLE
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER    WORLDWIDE PLAZA
825 EIGHTH AVE
31ST FLOOR
NEW YORK, NY 10019

CLINT PETTY
ATTN: STUART P. GELBERG, ESQ.
600 OLD COUNTRY RD
SUITE 410
GARDEN CITY, NY 11530

COLORADO OFFICE OF THE ATTORNEY GENERAL
RALPH L. CARR JUDICIAL BUILDING
1300 BROADWAY
10TH FLOOR
DENVER, CO 80203

CONNECTICUT OFFICE OF THE ATTORNEY GENERAL
165 CAPITOL AVE
HARTFORD, CT 6106

CORE SCIENTIFIC, INC.
C/O WEIL GOTSHAL & MANGES LLP
ATTN: RAY C. SCHROCK, P.C., DAVID J. LENDER, & RONIT J. BERKOVICH
767 FIFTH AVE
NEW YORK, NY 10153

COVARIO AG
LANDYS GYR STRASSE 1
ZUG
6300   SWITZERLAND

CRED INC. LIQUIDATION TRUST
C/O MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN
ONE VANDERBILT AVE
NEW YORK, NY 10017-3852

CRED INC. LIQUIDATION TRUST
C/O MCDERMOTT WILL & EMERY LLP
ATTN: GREGG STEINMAN
333 SE 2ND AVE
SUITE 4500
MIAMI, FL 33131-2184

CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL
TECHNOLOGIES SPC
67 FORT ST
1ST FLOOR
ARTEMIS HOUSE
GEORGE TOWN
KY1-1102
CAYMAN ISLANDS

DEFERRED 1031 EXCHANGE,  LLC
LAKELAND AVE.
DOVER, DE 19901

DELAWARE DEPARTMENT OF JUSTICE
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST
WILMINGTON,       DE 19801

DEPARTMENT OF TREASURY    INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA        19101-7346

DIANA THANT AND NATAKOM CHULAMORKODT  C/O  MEYER,  SUOZZI,  ENGLISH & KLEIN, PC ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS
1350 BROADWAY
SUITE 1420
NEW YORK, NY 10018

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
400 6TH STREET NW
WASHINGTON, DC 20001

DOIT INTERNATIONAL
DAVID ELAZAR 12
TEL AVIV,  ISRAEL

DR. ASHRAF ELSHAFEI
C/O ARENTFOX SCHIFF LLP
ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS
1301 AVENUE OF THE AMERICAS
42ND FLOOR
NEW YORK, NY 10019

EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC.
ATTN: WILLIAM D. SCHROEDER, JR.
920 LENMAR DR
BLUE BELL, PA 19422

FEDERAL TRADE COMMISSION
ATTN: KATHERINE JOHNSON & KATHERINE AIZPURU
600 PENNSYLVANIA AVE NW    MAIL STOP CC-9528
WASHINGTON, DC 2058

FEE EXAMINER, CHRISTOPHER S. SONTCHI
C/O GODFREY & KAHN, S.C.
ATTN: KATHERINE STADLER
ONE EAST MAIN STREET, SUITE 500
MADISON    , WI    53703

FLORIDA OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL PL-01
TALLAHASSEE, FL 32399

GALAXY DIGITAL TRADING LLC
C/O ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR., ESQ.
51 W 52ND ST
NEW YORK, NY 10019-6142

G. E. EHRLICH (1995) LTD.
THE ROGOVIN-TIDHAR TOWER 15TH FLOOR
11 MENACHEM BEGIN ROAD
RAMAT-GAN,  5268104

GEORGIA OFFICE OF THE ATTORNEY GENERAL
BERNADETT ROSSZER FIGUEROA
40 CAPITOL SQ SW
ATLANTA    , GA   30334

GUBERMAN CONSULTING
12 YAD HARUTZIM RD
TEL-AVIV,  ISRAEL

HAWAII OFFICE OF THE ATTORNEY GENERAL
425 QUEEN ST
HONOLULU, HI 96813

ICB SOLUTIONS
W ROYAL FOREST BLVD
COLUMBUS, OH 43214

IDAHO OFFICE OF THE ATTORNEY GENERAL
700 W JEFFERSON ST
SUITE 210
PO BOX 83720
BOISE, ID     83720

IGNAT TUGANOV
C/O VENABLE LLP
ATTN: ANDREW J. CURRIE
600 MASSACHUSETTS AVE NW
WASHINGTON,  DC 20001

IGNAT TUGANOV
C/O VENABLE LLP
ATTN: JEFFREY S. SABIN, CAROL WEINER LEVY, & ARIE PELED
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK, NY 10020

ILLINOIS OFFICE OF THE ATTORNEY GENERAL
JAMES R. THOMPSON CENTER
100 W RANDOLPH ST
CHICAGO, IL 60601

ILLUMITI CORP A/K/A SYNTAX SYSTEMS USA LP
C/O SILLS CUMMIS & GROSS PC
ATTN: GREGORY A. KOPACZ
ONE RIVERFRONT PLAZA
NEWARK,    NJ 07102

INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH
302 W WASHINGTON ST
5TH FLOOR
INDIANAPOLIS, IN 46204

INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC
67 FORT ST
GRAND CAYMAN
KY1-1102    CAYMAN ISLANDS

IOWA OFFICE OF THE ATTORNEY GENERAL
HOOVER STATE OFFICE BUILDING
1305 E WALNUT ST
DES MOINES, IA 50319

ISRAEL INNOVATION AUTHORITY
TECHNOLOGY PARK, DERECH AGUDAT SPORT
HA'POEL 2
JERUSALEM, 95102

JASON STONE AND KEYFI INC.
C/O KYLE ROCHE P.A.
ATTN: KYLE W. ROCHE, ESQ.
260 MADISON AVE
8TH FLOOR
NEW YORK, NY 10016
JOHN DZARAN        C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA
825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

JOHN MARCHIONI
C/O BLANK ROME LLP
ATTN: EVAN J. ZUCKER
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

JONATHAN JERRY SHROYER
C/O HOPKINS & CARLEY, ALC
ATTN: MONIQUE D. JEWETT-BREWSTER
70 S FIRST ST
SAN JOSE     CA, 95113

JOHN DZARAN
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA
825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

JOHN MARCHIONI
C/O BLANK ROME LLP
ATTN: EVAN J. ZUCKER
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

JYOTI SUKHNANI
ATTN: STUART P. GELBERG, ESQ.
600 OLD COUNTRY RD
SUITE 410
GARDEN CITY, NY 11530

KANSAS OFFICE OF THE ATTORNEY GENERAL
ATTN: ATTORNEY GENERAL DEREK SCHMIDT
120 SW 10TH AVE
2ND FLOOR
TOPEKA, KS 66612

KEITH SUCKNO
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA
825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

KENTUCKY OFFICE OF THE ATTORNEY GENERAL
ATTN: DANIEL CAMERON
700 CAPITAL AVE
SUITE 118
FRANKFORT, KY 40601

KOST FORER GABBAY & KASIERER, A MEMBER OF ERNST & YOUNG
GLOBAL
144 MENACHEM BEGIN RD, 6492102,
TEL AVIV,  ISRAEL

KYLE FARMERY
ATTN: STUART P. GELBERG, ESQ.
600 OLD COUNTRY RD
SUITE 410
GARDEN CITY, NY 11530

LOUISIANA OFFICE OF THE ATTORNEY GENERAL  DEPARTMENT   OF   JUSTICE300
CAPITAL DR
BATON ROUGE, LA70802

MAINE OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, ME        04333

MARTIN LANGLOIS
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA
825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

MARYLAND OFFICE OF THE ATTORNEY GENERAL
200 ST. PAUL PLACE
BALTIMORE, MD 21202

MASSACHUSETTS ATTORNEY GENERAL'S OFFICE
1 ASHBURTON PLACE
20TH FLOOR
BOSTON, MA 02108

MATTHEW PINTO
C/O WEIR GREENBLATT PIERCE LLP
ATTN: BONNIE R. GOLUB
667 MADISON AVE
5TH FLOOR
NEW YORK, NY 10065

MATTHEW PINTO
C/O WEIR GREENBLATT PIERCE LLP
ATTN: JEFFREY S. CIANCIULLI & MICHAEL P. BROADHURST
1339 CHESTNUT ST
SUITE 500
PHILADELPHIA, PA       19107

MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
525 W OTTAWA ST
LANSING,    MI 48906

MICHIGAN DEPARTMENT OF TREASURY
ATTN: JUANDISHA HARRIS
CADILLAC PLACE BUILDING
3030 W GRAND BLVD
SUITE 10-200
DETROIT, MI 48202

MINNESOTA OFFICE OF THE ATTORNEY GENERAL
445 MINNESOTA ST
SUITE 1400
ST. PAUL, MN       55101

MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
WALTER SILLERS BUILDING
550 HIGH ST
PO BOX 220
JACKSON, MS       39201

MISSOURI OFFICE OF THE ATTORNEY GENERAL
SUPREME COURT BUILDING
207 W HIGH ST
JEFFERSON CITY, MO 65101

MONIKA KOSA        C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA
825 EIGHTH AVE
31ST FLOOR
NEW YORK, NY 10019

MONTANA OFFICE OF THE ATTORNEY GENERAL
JUSTICE BUILDING, 3RD FLOOR
215 N SANDERS
PO BOX 201401
HELENA, MT 59602

NEBRASKA OFFICE OF THE ATTORNEY GENERAL
2115 STATE CAPITOL
LINCOLN, NE 68509

NEVADA OFFICE OF THE ATTORNEY GENERAL
OLD SUPREME COURT BUILDING
100 N CARSON ST
CARSON CITY, NV 89701

NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD, NH      3301

NEW JERSEY BUREAU OF SECURITIES
C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: JEFFREY BERNSTEIN, ESQ.
570 BROAD ST
NEWARK, NJ 07102

NEW JERSEY BUREAU OF SECURITIES
C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: NICOLE LEONARD, ESQ.
225 LIBERTY ST
36TH FLOOR
NEW YORK, NY 10281

NEW JERSEY BUREAU OF SECURITIES
C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: VIRGINIA T. SHEA
1300 MT. KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NJ 07962-2075

NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL, WEST WING
BOX 080
TRENTON, NJ      8611

NEW MEXICO OFFICE OF THE ATTORNEY GENERAL
408 GALISTEO ST
VILLAGRA BUILDING
SANTA FE, NM      87501

NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC
C/O LEVIN EPSTEIN & ASSOCIATES PC
ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ.
60 E 42ND ST
SUITE 4700
NEW YORK, NY 10165

NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC
C/O FISHERBROYLES, LLP
ATTN: CARL D. NEFF
CSC STATION
112 SOUTH FRENCH STREET
WILMINGTON, DE 19801

NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC
C/O FISHERBROYLES, LLP
ATTN: THOMAS R. WALKER
945 EAST PACES FERRY ROAD, NE SUITE 2000
ATLANTA, GA        30326

NEW YORK OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
2ND FLOOR
ALBANY, NY 12224

NHAT VAN MEYER
C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS
1350 BROADWAY, SUITE 1420
NEW YORK, NY 10018

NIKI GA MANAGEMENT AND MAINTENANCE LTD
23 BAR KOCHVA
BNEI BRAK,  5126002

NOL MYER
C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS
1350 BROADWAY, SUITE 1420
NEW YORK, NY 10018

NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL
114 W EDENTON ST
RALEIGH, NC 27603

NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL    STATE CAPITOL
600 E BOULEVARD AVE
DEPT. 125
BISMARCK, ND 58505

OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW
YORK
ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO
201 VARICK ST      ROOM 1006
NEW YORK, NY 10014

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O WHITE & CASE LLP
ATTN: AARON E. COLODNY
555 S FLOWER ST
SUITE 2700
LOS ANGELES, CA 90071

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O WHITE & CASE LLP
ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O WHITE & CASE LLP
ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE
111 S WACKER DR
SUITE 5100
CHICAGO, IL 60606

OHIO OFFICE OF THE ATTORNEY GENERAL
STATE OFFICE TOWER
30 E BROAD ST      14TH FLOOR
COLUMBUS, OH 43215

OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
313 NE 21ST ST
OKLAHOMA CITY, OK 73105

ORACLE AMERICA, INC.
C/O BUCHALTER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
425 MARKET ST
SUITE 2900
SAN FRANCISCO, CA 94105-3493

OREGON OFFICE OF THE ATTORNEY GENERAL
1162 COURT ST NE
SALEM, OR 97301-4096

PAOLA LEANO PERALTA
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA
825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL
STRAWBERRY SQUARE 16TH FL
HARRISBURG,       PA 17120

PETER POLOMBO
C/O NORGAARD O'BOYLE & HANNON
ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ.
184 GRAND AVE
ENGLEWOOD, NJ 07631

PHAROS USD FUND SP & PHAROS FUND SP
LANDMARK SQUARE, 1ST FLOOR
64 EARTH CLOSE
PO BOX 715
GRAND CAYMAN
KY-1107       CAYMAN ISLANDS

RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA
RGP
C/O FORTIS LLP
ATTN: PAUL R. SHANKMAN
650 TOWN CENTER DR
SUITE 1530
COSTA MESA, CA 92626

RH MONTGOMERY PROPERTIES, INC.
C/O WALLER LANSDEN DORTCH & DAVIS LLP
ATTN: MORRIS D. WEISS
100 CONGRESS AVE       18TH FLOOR
AUSTIN, TX 78704

RH MONTGOMERY PROPERTIES, INC.
C/O WALLER LANSDEN DORTCH & DAVIS LLP
ATTN: TYLER N. LAYNE
511 UNION ST
SUITE 2700
NASHVILLE, TN 37219

RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
150 S MAIN ST
PROVIDENCE, RI 2903

RIPPLE LABS INC.
C/O DAVIS WRIGHT TREMAINE LLP
ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH
1251 SIXTH AVE
21ST FLOOR
NEW YORK, NY 10020

SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC.
C/O BROWN & CONNERY LLP
ATTN: JULIE F. MONTGOMERY, ESQ.
6 N BROAD ST
SUITE 100
WOODBURY, NJ 08096

SECURITIES & EXCHANGE COMMISSION
100 F ST NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
100 PEARL ST
SUITE 20-100
NEW YORK, NY 10004-2616

SECURITIES AND EXCHANGE COMMISSION
ATTN: REGIONAL DIRECTOR
NEW YORK REGIONAL OFFICE
200 VESEY ST
SUITE 400    BROOKFIELD PLACE
NEW YORK, NY 10281-1022

SHERFI YEHUDA, CONSTRUCTION
DAM HAMACCABIM 11
TEL AVIV, ISRAEL

SHERFI YEHUDA, CONSTRUCTION
DAM HAMACCABIM 11
TEL AVIV, ISRAEL

SIGNATURE BANK
C/O GOETZ FITZPATRICK LLP
ATTN: SCOTT D. SIMON, ESQ.
ONE PENN PLAZA
31ST FLOOR
NEW YORK, NY 10119

SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL
REMBERT C. DENNIS BLDG
1000 ASSEMBLY ST
ROOM 519
COLUMBIA, SC 29201

SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL
1302 E HIGHWAY 14        SUITE 1
PIERRE, SD 57501-8501

SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

STATES OF ALABAMA, ARKANSAS, CALIFORNIA, DISTRICT OF COLUMBIA,
HAWAII, MAINE, MISSOURI, NEW YORK, NORTH DAKOTA AND OKLAHOMA
C/O NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY, BANKRUPTCY COUNSEL
1850 M ST NW
12TH FLOOR
WASHINGTON, DC

SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD
C/O MINTZ & GOLD LLP
ATTN: ANDREW R. GOTTESMAN, ESQ. & AMIT SONDHI, ESQ.
600 THIRD AVE
25TH FLOOR
NEW YORK, NY 10016

TECHEN
DANIEL FRISCH 3
TEL AVIV,  ISRAEL

TEL AVIV MUNICIPALITY
SHLOMO IBN GABIROL ST 69
TEL AVIV,  ISRAEL

TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE
C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION
ATTN: MARVIN E. CLEMENTS, JR.
PO BOX 20207
NASHVILLE, TN 37202-0207

TENNESSEE OFFICE OF THE ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

TEXAS DEPARTMENT OF BANKING
C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY &
COLLECTIONS DIVISION
ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD, ROMA N. DESAI,
ASSISTANT ATTORNEYS GENERAL
PO BOX 12548 MC008
AUSTIN, TX 78711-2548

TEXAS OFFICE OF THE ATTORNEY GENERAL
300 W 15TH ST
AUSTIN, TX 78701

TEXAS STATE SECURITIES BOARD
ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N.
DESAI
PO BOX 12548 MC 008

BANKRUPTCY & COLLECTIONS DIVISION
OFFICE OF THE ATTORNEY GENERAL
AUSTIN        TX      78711-2548

THOMAS DIFIORE
C/O PRYOR CASHMAN LLP
ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN
7 TIMES SQUARE
NEW YORK, NY 10036-6569

ULREY, RENARD
C/O WADSWORTH, GARBER, WARNER AND CONRARDY, P.C.
ATTN: AARON A. GARBER
2580 W. MAIN ST
LITTLETON, CO 80120

UTAH OFFICE OF THE ATTORNEY GENERAL
ATTN: SEAN D. REYES
UTAH STATE CAPITOL COMPLEX
350 N STATE ST
SUITE 230
SALT LAKE CITY, UT 84114

VERMONT DEPARTMENT OF FINANCIAL REGULATION
ATTN: JENNIFER ROOD, ESQ.
89 MAIN ST
3RD FLOOR
MONTPELIER, VT 05620

VERMONT OFFICE OF THE ATTORNEY GENERAL
109 STATE ST
MONTPELIER, VT 5609

VICKERS, LISA T.
C/O BERLINER & PILSON, ESQS
ATTN: RICHARD J. PILSON, ESQ
40 CUTTERMILL RD
SUITE 308
GREAT NECK, NY 11021

VINCENT THEODORE GOETTEN
C/O FISHERBROYLES, LLP
ATTN: HOLLACE T. COHEN, ESQ.
445 PARK AVE
9TH FLOOR
NEW YORK, NY 10022

VIRGINIA OFFICE OF THE ATTORNEY GENERAL
202 N NINTH ST
RICHMOND, VA 23219

WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND
EMPLOYMENT SECURITY
ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL       BANKRUPTCY   &
COLLECTIONS UNIT
800 FIFTH AVE       SUITE 2000
SEATTLE, WA       98104-3188

WASHINGTON OFFICE OF THE ATTORNEY GENERAL
1125 WASHINGTON ST SE
OLYMPIA, WA       98501

WASHINGTON OFFICE OF THE ATTORNEY GENERAL
PO BOX 40100
OLYMPIA, WA        98504-00

WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS
ATTN: STEPHEN MANNING
OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON GOVERNMENT
COMPLIANCE AND ENFORCEMENT DIVISIONGOVERNMENT COMPLIANCE AND
ENFORCEMENT DIVISION
PO BOX 40100
OLYMPIA, WA        98504-4010

WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL      STATE CAPITOL
1900 KANAWHA BLVD E   BUILDING 1
ROOM E-26
CHARLESTON, WV 25305

WISCONSIN OFFICE OF THE ATTORNEY GENERAL
17 W MAIN ST
ROOM 114 EAST P
MADISON, WI 53702

WYOMING OFFICE OF THE ATTORNEY GENERAL
109 STATE CAPITOL
CHEYENNE, WY 82002

XTRA MILE LTD.
HATAMAR 75
NEVE YAMIN,  4492000

YASMINE PETTY
ATTN: STUART P. GELBERG, ESQ.
600 OLD COUNTRY RD
SUITE 410
GARDEN CITY, NY 11530

YHM TECHNOLOGY LTD
DERECH BEGIN 132
TEL AVIV,  ISRAEL

ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL
MAZZOTTA
C/O LOWENSTEIN SANDLER LLP
ATTN: MICHAEL S. ETKIN, ESQ. & ANDREW BEHLMANN, ESQ.
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068

ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL
MAZZOTTA
C/O LOWENSTEIN SANDLER LLP
ATTN: PHILLIP KHEZRI, ESQ.
1251 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NY 10020

ZIGLU LIMITED
1 POULTRY
LONDON, EC2R8EJ
UNITED KINGDOM