In re: Celsius Network LLC, et al.
NYSB Case No. 22-10964 (MG)

Exhibit A

**First Interim Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | | Interim Expenses Requested | Fee Examiner's Recommended Expenses Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Akin Gump Strauss Hauer & Feld LLP** [Dkt. No. 1707]<br>*Special Litigation Counsel to the Debtors* | 7/13/2022-10/31/2022 | $ 2,322,174.60 | $ 58,326.86 | | $ 107,347.68 | $ 33,386.46 | | $ 2,263,847.74 | $ 73,961.22 |
| 2 | **Alvarez & Marsal North America, LLC** [Dkt. No. 1710]<br>*Financial Advisors for the Debtors* | 7/14/2022-10/13/2022 | $ 6,511,737.00 | $ 59,065.50 | | $ 10,180.91 | $ 3,138.59 | | $ 6,452,671.50 | $ 7,042.32 |
| 3 | **Centerview Partners LLC** [Dkt. No. 1709]<br>*Investment Banker to the Debtors* | 7/13/2022-10/31/2022 | $ 650,000.00 | $ - | | $ 3,167.98 | $ 485.36 | | $ 650,000.00 | $ 2,682.62 |
| 4 | **Elementus Inc.** [Dkt. No. 1718]<br>*Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors* | 8/1/2022-10/31/2022 | $ 876,470.00 | $ 240.00 | | $ 263,370.42 | $ 84,922.50 | FN1 | $ 876,230.00 | $ 178,447.92 |
| 5 | **Huron Consulting Services LLC** [Dkt. No. 1719]<br>*Financial Advisor to the Chapter 11 Examiner* | 10/10/2022-10/31/2022 | $ 518,063.00 | $ 16,552.94 | | $ - | $ - | | $ 501,510.06 | $ - |
| 6 | **Kirkland & Ellis LLP and Kirkland & Ellis International LLP** [Dkt. No. 1721]<br>*Attorneys for the Debtors* | 7/13/2022-10/31/2022 | $ 19,844,014.00 | $ 373,213.69 | | $ 258,925.90 | $ 22,131.37 | | $ 19,470,800.31 | $ 236,794.53 |
| 7 | **M3 Advisory Partners, LP** [Dkt. No. 1716]<br>*Financial Advisor to the Official Committee of Unsecured Creditors* | 8/1/2022-10/31/2022 | $ 4,026,092.00 | $ 9,883.40 | | $ 5,994.95 | $ 118.52 | | $ 4,016,208.60 | $ 5,876.43 |
| 8 | **Perella Weinberg Partners LP** [Dkt. No. 1720]<br>*Investment Banker to the Official Committee of Unsecured Creditors* | 8/2/2022-10/31/2022 | $ 296,774.19 | $ - | | $ 70,542.52 | $ 5,418.31 | | $ 296,774.19 | $ 65,124.21 |
| 9 | **White & Case LLP** [Dkt. No. 1715]<br>*Counsel to the Official Committee of Unsecured Creditors* | 7/29/2022-10/31/2022 | $ 10,219,205.00 | $ 252,398.45 | FN2 | $ 12,457.18 | $ 118.16 | | $ 9,966,806.55 | $ 12,339.02 |

**FN1** - This adjustment includes $75,000 in licensing fees for the use of in-house proprietary software.  Elementus and the Fee Examiner have agreed that the Fee Examiner will reconsider the compensability of these expenses at the conclusion of these proceedings.

**FN2** - This recommended fee adjustment includes a credit of $32,104.80 reflected in White & Case's First Monthly Statement [Dkt. No. 1224] but inadvertently excluded from White & Case's First Interim Fee Application [Dkt. No. 1715].