In re: Celsius Network LLC, et al.
NYSB Case No. 22-10964 (MG)

**First Interim Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expenses Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| 1 | **Ernst & Young LLP** [Dkt. No. 2170] *Tax Compliance and Tax Advisory Services Provider for Debtors* | 7/13/2022 - 10/31/2022 | $ 778,680.00 | | $ - | | | |
| 2 | **Latham & Watkins LLP** [Dkt. No. 1712] *Special Counsel to the Debtors* | 7/13/2022-10/31/2022 | $ 5,097,947.00 | | $ 137,073.92 | | | |
| 3 | **Pillay, Shoba and Jenner & Block LLP** [Dkt. No. 1717] *Chapter 11 Examiner and Counsel* | 9/29/2022-10/31/2022 | $ 1,863,035.50 | | $ 1,135.09 | | | |