**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| Debtors. | ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On April 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Omnibus Hearing Scheduled for June 28, 2023** (Docket No. 2493)
- **Order (I) Authorizing the Retention and Employment of Stout Risius Ross, LLC as Valuation Advisor, Effective as of February 21, 2023, and (II) Granting Related Relief** (Docket No. 2498)
- **Order (I) Approving the Settlement by and Among the Debtors and Odette Wohlman and (II) Granting Related Relief** (Docket No. 2499)

[THIS SPACE INTENTIONALLY LEFT BLANK]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on April 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Odette Wohlman at an address on file, and via electronic mail at an address on file:

- **Order (I) Approving the Settlement by and Among the Debtors and Odette Wohlman and (II) Granting Related Relief** (Docket No. 2499)

Dated: April 20, 2023

Janira N. Sanabria

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Florida,
County of Santa Rosa

Subscribed and sworn to (or affirmed) before me on this 20th day of April 2023, by Janira N. Sanabria, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ____________________

NOTARY PUBLIC STATE OF FLORIDA
NOAH MACIVER
MY COMMISSION # HH 330931
EXPIRES: November 9, 2026

# Exhibit A



# Exhibit A

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | ONE PENN PLAZA | SUITE 3335 | NEW YORK | NY | 10119 | |
| AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL HERRMANN, NICHOLAS FARR AND BRETT PERRY | C/O OFFIT KURMAN, P.A. | ATTN: JASON A. NAGI, ESQ. | 590 MADISON AVE | 6TH FLOOR | NEW YORK | NY | 10022 | |
| AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL HERRMANN, NICHOLAS FARR AND BRETT PERRY | C/O OFFIT KURMAN, P.A. | ATTN: JOYCE A. KUHNS, ESQ. | 300 E LOMBARD ST | SUITE 2010 | BALTIMORE | MD | 21202 | |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | 4000 TOWN CENTER | SUITE 1800 | SOUTHFIELD | MI | 48075 | |
| ADRIAN PEREZ-SIAM | C/O DUANE MORRIS LLP | ATTN: LAWRENCE J. KOTLER & MALCOLM M. BATES | 30 S. 17TH STREET | | PHILADELPHIA | PA | 19103-4196 | |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | 125 BROAD ST | | NEW YORK | NY | 10004 | |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 | |
| ALTCOINTRADER (PTY) LTD. | | 229 ONTDEKKERS ROAD, HORIZON, | | | ROODEPOORT | | 1724 | SOUTH AFRICA |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN: THOMAS R. DOMINCZYK | 5 WALTER FORAN BLVD | SUITE 2007 | FLEMINGTON | NJ | 8822 | |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 | |
| B2C2 LTD | | 86-90 PAUL ST | | | LONDON | | EC2A 4NE | UNITED KINGDOM |
| BAKER, DOMINIC JOHN | | ON FILE | | | | | | |
| BLOCKDAEMON INC. | | 1055 WEST 7TH STREET | | | LOS ANGELES | CA | 90017 | |
| BRANDON VOSS | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY ROAD SUITE 410 | | | GARDEN CITY | NY | 11530 | |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | |
| CHANG, RICKIE | | ON FILE | | | | | | |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| CIMO, MICHAEL | | ON FILE | | | | | | |
| CLINT PETTY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 | |
| COMMONWEALTH OF PA DEPARTMENT OF REVENUE | C/O PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: MELISSA L. VAN ECK CHIEF DEPUTY AG | 15TH FLOOR, STRAWBERRY SQUARE | | HARRISBURG | PA | 17120 | |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 165 CAPITOL AVE | | | HARTFORD | CT | 6106 | |
| CORE SCIENTIFIC, INC. | C/O WEIL GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, P.C., DAVID J. LENDER, & RONIT J. BERKOVICH | 767 FIFTH AVE | | NEW YORK | NY | 10153 | |
| COVARIO AG | | LANDYS GYR STRASSE 1 | | | ZUG | | 6300 | SWITZERLAND |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | ONE VANDERBILT AVE | | NEW YORK | NY | 10017-3852 | |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | 333 SE 2ND AVE | SUITE 4500 | MIAMI | FL | 33131-2184 | |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | 1ST FLOOR | ARTEMIS HOUSE | GEORGE TOWN | | KY1-1102 | CAYMAN ISLANDS |
| DANIEL IBRAHIM | | ON FILE | | | | | | |
| DEFERRED 1031 EXCHANGE, LLC | | LAKELAND AVE. | | | DOVER | DE | 19901 | |
| DEKKER, CARLOS C | | ON FILE | | | | | | |
| DELAWARE DEPARTMENT OF JUSTICE | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | |
| DENTZEL, ZARYN | | ON FILE | | | | | | |
| DEPARTMENT OF TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O MEYER, SUOZZI, ENGLISH & KLEIN, PC | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY | SUITE 1420 | NEW YORK | NY | 10018 | |
| DIFIORE, THOMAS ALBERT | | ON FILE | | | | | | |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | 400 6TH STREET NW | | | WASHINGTON | DC | 20001 | |
| DIXON, SIMON | | ON FILE | | | | | | |
| DOIT INTERNATIONAL | | DAVID ELAZAR 12 | | | TEL AVIV | | | ISRAEL |
| DOWNS, BRADLEY JAMES | | ON FILE | | | | | | |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS | 1301 AVENUE OF THE AMERICAS | 42ND FLOOR | NEW YORK | NY | 10019 | |
| ELIE SIMON | | ON FILE | | | | | | |
| ELIE SIMON | | ON FILE | | | | | | |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | 920 LENMAR DR | | | BLUE BELL | PA | 19422 | |
| ERAN TROMER | | ON FILE | | | | | | |
| ERAN TROMER | | ON FILE | | | | | | |
| FARR, NICHOLAS | | ON FILE | | | | | | |
| FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON & KATHERINE AIZPURU | 600 PENNSYLVANIA AVE NW | MAIL STOP CC-9528 | | WASHINGTON | DC | 2058 | |
| FEE EXAMINER, CHRISTOPHER S. SONTCHI | C/O GODFREY & KAHN, S.C. | ATTN: KATHERINE STADLER | ONE EAST MAIN STREET, SUITE 500 | | MADISON | WI | 53703 | |
| G. E. EHRLICH (1995) LTD. | | THE ROGOVIN-TIDHAR TOWER 15TH FLOOR | 11 MENACHEM BEGIN ROAD | | RAMAT-GAN | | 5268104 | ISRAEL |
| GALAXY DIGITAL TRADING LLC | C/O ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA, JR., ESQ. | 51 W 52ND ST | | NEW YORK | NY | 10019-6142 | |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | |
| GUBERMAN CONSULTING | | 12 YAD HARUTZIM RD | | | TEL- AVIV | | | ISRAEL |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | 425 QUEEN ST | | | HONOLULU | HI | 96813 | |
| ICB SOLUTIONS | | ON FILE | | | | | | |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W JEFFERSON ST | SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: ANDREW J. CURRIE | 600 MASSACHUSETTS AVE NW | | WASHINGTON | DC | 20001 | |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN JEFFREY S SABIN, CAROL WEINER LEVY ARIE PELED | 1270 AVENUE OF THE AMERICAS | 24TH FLOOR | NEW YORK | NY | 10020 | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | JAMES R. THOMPSON CENTER | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 | |
| ILLUMITI CORP A/K/A SYNTAX SYSTEMS USA LP | C/O SILLS CUMMIS & GROSS PC | ATTN: GREGORY A. KOPACZ | ONE RIVERFRONT PLAZA | | NEWARK | NJ | 7102 | |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | | | GRAND CAYMAN | | KY1-1102 | CAYMAN ISLANDS |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | DES MOINES | IA | 50319 | |
| ISRAEL INNOVATION AUTHORITY | | TECHNOLOGY PARK, DERECH AGUDAT SPORT | HA'POEL 2 | | JERUSALEM | | 95102 | ISRAEL |
| JASON STONE AND KEYFI INC. | C/O FREEDMAN NORMAND FRIEDLAND LLP | ATTN: VEL (DEVIN) FREEDMAN | 1 SE 3RD AVE., SUITE 1240 | | MIAMI | FL | 33131 | |
| JASON STONE AND KEYFI INC. | C/O KYLE ROCHE P.A. | ATTN: KYLE W. ROCHE, ESQ. | 260 MADISON AVE | 8TH FLOOR | NEW YORK | NY | 10016 | |
| JEFFRIES, DAVID | | ON FILE | | | | | | |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN: EVAN J. ZUCKER | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | |
| JYOTI SUKHNANI | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 | |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE | SUITE 118 | | FRANKFORT | KY | 40601 | |
| KOHJI, HIROKADO | | ON FILE | | | | | | |
| KOST FORER GABBAY & KASIERER, A MEMBER OF ERNST & YOUNG GLOBAL | | 144 MENACHEM BEGIN RD, 6492102, | | | TEL AVIV | | | ISRAEL |
| KYLE FARMERY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | 300 CAPITAL DR | | | BATON ROUGE | LA | 70802 | |
| LYLLOFF, SANDER | | ON FILE | | | | | | |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 4333 | |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |



# Exhibit A

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 | |
| MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | | 1 ASHBURTON PLACE | 20TH FLOOR | | BOSTON | MA | 2108 | |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: BONNIE R. GOLUB | 667 MADISON AVE | 5TH FLOOR | NEW YORK | NY | 10065 | |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: JEFFREY S. CIANCIULLI & MICHAEL P. BROADHURST | 1339 CHESTNUT ST | SUITE 500 | PHILADELPHIA | PA | 19107 | |
| MCCLINTOCK, MICHAEL | | ON FILE | | | | | | |
| MCMULLEN, BRIAN | | ON FILE | | | | | | |
| MICHAEL CIMO | | ON FILE | | | | | | |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | | 525 W OTTAWA ST | | | LANSING | MI | 48906 | |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: JUANDISHA HARRIS | CADILLAC PLACE BUILDING | 3030 W GRAND BLVD | SUITE 10-200 | DETROIT | MI | 48202 | |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 | |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST | PO BOX 220 | JACKSON | MS | 39201 | |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS | PO BOX 201401 | HELENA | MT | 59602 | |
| MURPHY, JR, THOMAS PATRICK | | ON FILE | | | | | | |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | |
| NEOT AVIV | | ON FILE | | | | | | |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | | CONCORD | NH | 3301 | |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN, ESQ. | 570 BROAD ST | | NEWARK | NJ | 7102 | |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD, ESQ. | 225 LIBERTY ST | 36TH FLOOR | NEW YORK | NY | 10281 | |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: VIRGINIA T. SHEA | 1300 MT. KEMBLE AVENUE | P.O. BOX 2075 | MORRISTOWN | NJ | 07962-2075 | |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING | BOX 080 | TRENTON | NJ | 8611 | |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | 408 GALISTEO ST | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ. | 60 E 42ND ST | SUITE 4700 | NEW YORK | NY | 10165 | |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O FISHERBROYLES, LLP | ATTN: CARL D. NEFF | CSC STATION 112 SOUTH FRENCH STREET | | WILMINGTON | DE | 19801 | |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O FISHERBROYLES, LLP | ATTN: THOMAS R. WALKER | 945 EAST PACES FERRY ROAD, NE SUITE 2000 | | ATLANTA | GA | 30326 | |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 | |
| NHAT VAN MEYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY, SUITE 1420 | | NEW YORK | NY | 10018 | |
| NIKI GA MANAGEMENT AND MAINTENANCE LTD | | 23 BAR KOCHVA | | | BNEI BRAK | | 5126002 | ISRAEL |
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY, SUITE 1420 | | NEW YORK | NY | 10018 | |
| NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 | |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN STE 534 | | | NEW YORK | NY | 10004-1459 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST | SUITE 2700 | LOS ANGELES | CA | 90071 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR | SUITE 5100 | CHICAGO | IL | 60606 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O SELENDY GAY ELSBERG PLLC | ATTN: JENNIFER M. SELENDY, ESQ., FAITH E. GAY, ESQ., & CLAIRE O'BRIEN, ESQ. | 1290 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10104 | |
| OHIO OFFICE OF THE ATTORNEY GENERAL | | STATE OFFICE TOWER | 30 E BROAD ST | 14TH FLOOR | COLUMBUS | OH | 43215 | |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET ST | SUITE 2900 | SAN FRANCISCO | CA | 94105-3493 | |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 | |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| PARK, SEONG | | ON FILE | | | | | | |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 | |
| PERRY, BRETT ALAN | | ON FILE | | | | | | |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON & MARK E. NORGAARD | 184 GRAND AVE | | ENGLEWOOD | NJ | 7631 | |
| PHAROS USD FUND SP & PHAROS FUND SP | | LANDMARK SQUARE, 1ST FLOOR | 64 EARTH CLOSE | PO BOX 715 | GRAND CAYMAN | | KY-1107 | CAYMAN ISLANDS |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | C/O FORTIS LLP | ATTN: PAUL R. SHANKMAN | 650 TOWN CENTER DR | SUITE 1530 | COSTA MESA | CA | 92626 | |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS | 100 CONGRESS AVE | 18TH FLOOR | AUSTIN | TX | 78704 | |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE | 511 UNION ST | SUITE 2700 | NASHVILLE | TN | 37219 | |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 2903 | |
| SAP AMERICA, INC & SAP NATIONAL SECURITY SERVICES, INC | C/O BROWN & CONNERY LLP | ATTN: JULIE F. MONTGOMERY, ESQ. | 6 N BROAD ST | SUITE 100 | WOODBURY | NJ | 8096 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | | WASHINGTON | DC | 20549 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | | NEW YORK | NY | 10281-1022 | |
| SHERFI YEHUDA, CONSTRUCTION | | DAM HAMACCABIM 11 | | | | | | ISRAEL |
| SHUFERSAL | | 30 SHMOTKIN BENYAMIN STREET PO BOX 15103 | | | RISHON LE-ZION | | | ISRAEL |
| SIGNATURE BANK | C/O GOETZ FITZPATRICK LLP | ATTN: SCOTT D. SIMON, ESQ. | ONE PENN PLAZA | 31ST FLOOR | NEW YORK | NY | 10119 | |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST | ROOM 519 | COLUMBIA | SC | 29201 | |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 1302 E HIGHWAY 14 | SUITE 1 | | PIERRE | SD | 57501-8501 | |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | | ONE ST. ANDREWS PLAZA | | | NEW YORK | NY | 10007 | |
| STEWART, RUSSELL GARTH | | ON FILE | | | | | | |
| STROBILUS LLC | | ON FILE | | | | | | |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | C/O MINTZ & GOLD LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. & AMIT SONDHI, ESQ. | 600 THIRD AVE | 25TH FLOOR | NEW YORK | NY | 10016 | |
| TAN, RICHARD | | ON FILE | | | | | | |
| TAN, YAN | | ON FILE | | | | | | |
| TECHEN | | DANIEL FRISCH 3 | | | TEL AVIV | | | ISRAEL |
| TEL AVIV MUNICIPALITY | | SHLOMO IBN GABIROL ST 69 | | | TEL AVIV | | | ISRAEL |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD, ROMA N. DESAI, ASSIST ATTORNEYS GENERAL | PO BOX 12548 MC008 | | AUSTIN | TX | 78711-2548 | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | 300 W 15TH ST | | | AUSTIN | TX | 78701 | |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | PO BOX 12548 MC 008 | BANKRUPTCY & COLLECTIONS DIVISION | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | AUSTIN | TX | 78711-2548 | |
| THE CAEN GROUP LLC | | ON FILE | | | | | | |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 | |
| TRUSSELL, MARK | | ON FILE | | | | | | |



## Exhibit A

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| TYCHALSKI, GEORGE | | ON FILE | | | | | | |
| ULREY, RENARD | C/O WADSWORTH, GARBER, WARNER & CONRARDY, P.C. | ATTN: AARON A. GARBER | 2580 W. MAIN ST | | LITTLETON | CO | 80120 | |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 N STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 | |
| VAN, LOC TRUYEN | | ON FILE | | | | | | |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. | 89 MAIN ST | 3RD FLOOR | | MONTPELIER | VT | 5620 | |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | 109 STATE ST | | | MONTPELIER | VT | 5609 | |
| VICKERS, LISA T. | C/O BERLINER & PILSON, ESQS | ATTN: RICHARD J. PILSON, ESQ | 40 CUTTERMILL RD | SUITE 308 | GREAT NECK | NY | 11021 | |
| VILLINGER, CHRISTOPHER | | ON FILE | | | | | | |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES, LLP | ATTN: HOLLACE T. COHEN, ESQ. | 445 PARK AVE | 9TH FLOOR | NEW YORK | NY | 10022 | |
| VINCENT, CAROLYN MARGARET | | ON FILE | | | | | | |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N NINTH ST | | | RICHMOND | VA | 23219 | |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS UNIT | 800 FIFTH AVE | SUITE 2000 | SEATTLE | WA | 98104-3188 | |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 | |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 | |
| WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | ATTN: STEPHEN MANNING | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | PO BOX 40100 | OLYMPIA | WA | 98504-4010 | |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E | BUILDING 1 | ROOM E-26 | CHARLESTON | WV | 25305 | |
| WILCOX, WAYLON J | | ON FILE | | | | | | |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | | 17 W MAIN ST | ROOM 114 EAST P | | MADISON | WI | 53702 | |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 | |
| XTRA MILE LTD. | | HATAMAR 75 | | | NEVE YAMIN | | 4492000 | ISRAEL |
| YASMINE PETTY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | |
| YATES-WALKER, JOSH OISIN | | ON FILE | | | | | | |
| YHM TECHNOLOGY LTD | | DERECH BEGIN 132 | | | TEL AVIV | | | ISRAEL |
| YOON, ANDREW | | ON FILE | | | | | | |
| ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL MAZZOTTA | C/O LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ESQ. & ANDREW BEHLMANN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 7068 | |
| ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL MAZZOTTA | C/O LOWENSTEIN SANDLER LLP | ATTN: PHILLIP KHEZRI, ESQ. | 1251 AVENUE OF THE AMERICAS | 17TH FLOOR | NEW YORK | NY | 10020 | |
| ZIGLU LIMITED | | 1 POULTRY | | | LONDON | | EC2R8EJ | UNITED KINGDOM |

# Exhibit B

## Exhibit B

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | KORTIZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>DPERSON@TEAMTOGUT.COM<br>AODEN@TEAMTOGUT.COM<br>AGLAUBACH@TEAMTOGUT.COM<br>EBLANDER@TEAMTOGUT.COM<br>ARODRIGUEZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>GQUIST@TEAMTOGUT.COM<br>ASTOLP@TEAMTOGUT.COM |
| AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL HERRMANN, NICHOLAS FARR AND BRETT PERRY | C/O OFFIT KURMAN, P.A. | ATTN: JASON A. NAGI, ESQ. | JASON.NAGI@OFFITKURMAN.COM |
| AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL HERRMANN, NICHOLAS FARR AND BRETT PERRY | C/O OFFIT KURMAN, P.A. | ATTN: JOYCE A. KUHNS, ESQ. | JKUHNS@OFFITKURMAN.COM |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM<br>KAY.KRESS@TROUTMAN.COM |
| ADRIAN PEREZ-SIAM | C/O DUANE MORRIS LLP | ATTN: LAWRENCE J. KOTLER & MALCOLM M. BATES | LJKOTLER@DUANEMORRIS.COM<br>MBATES@DUANEMORRIS.COM |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMERINTEREST@ALABAMAAG.GOV |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@ALASKA.GOV |
| ALTCOINTRADER (PTY) LTD. | | | RICHARD@ALTCOINTRADER.CO.ZA |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN: THOMAS R. DOMINCZYK | TDOMINCZYK@MAURICEWUTSCHER.COM<br>THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AZAG.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | | OAG@ARKANSASAG.GOV |
| B2C2 LTD | | | MIDDLEOFFICE@B2C2.COM |
| BAKER, DOMINIC JOHN | | | ON FILE |
| BLOCKDAEMON INC. | | | ACCOUNTING@BLOCKDAEMON.COM |
| BRANDON VOSS | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | | XAVIER.BECERRA@DOJ.CA.GOV |
| CELSIUS NETWORK LIMITED AND CELSIUS KEYFI LLC | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JESSICA MANNON & ELIZABETH D. SCOTT | JMANNON@AKINGUMP.COM<br>EDSCOTT@AKINGUMP.COM |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG | JSUSSBERG@KIRKLAND.COM |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET | PATRICK.NASH@KIRKLAND.COM<br>ROSS.KWASTENIET@KIRKLAND.COM |
| CHANG, RICKIE | | | ON FILE |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| CIMO, MICHAEL | | | ON FILE |
| CLINT PETTY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | | CORA.REQUEST@COAG.GOV |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE | C/O PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: MELISSA L. VAN ECK CHIEF DEPUTY ATTORNEY GENERAL | MVANECK@ATTORNEYGENERAL.GOV |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@CT.GOV |
| CORE SCIENTIFIC, INC. | C/O WEIL GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, P.C., DAVID J. LENDER, & RONIT J. BERKOVICH | RAY.SCHROCK@WEIL.COM<br>DAVID.LENDER@WEIL.COM<br>RONIT.BERKOVICH@WEIL.COM |
| COVARIO AG | | | CELSIUSBANKRUPTCY@COVAR.IO<br>MARK.BANNER@COVAR.IO |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | DAZMAN@MWE.COM<br>MCO@MWE.COM<br>CGREER@MWE.COM |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | GSTEINMAN@MWE.COM |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | | C10_SPC@INVICTUSCAPITAL.COM<br>DANIEL@INVICTUSCAPITAL.COM |
| DEFERRED 1031 EXCHANGE, LLC | | | CIADONISI@DEFERRED1031.COM |
| DEKKER, CARLOS C | | | ON FILE |
| DELAWARE DEPARTMENT OF JUSTICE | | | ATTORNEY.GENERAL@STATE.DE.US<br>ATTORNEY.GENERAL@DELAWARE.GOV |
| DENTZEL, ZARYN | | | ON FILE |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O MEYER, SUOZZI, ENGLISH & KLEIN, PC | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | ELOBELLO@MSEK.COM<br>JWEISS@MSEK.COM |
| DIFIORE, THOMAS ALBERT | | | ON FILE |



# Exhibit B
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | | OAG@DC.GOV |
| DIXON, SIMON | | | ON FILE |
| DOWNS, BRADLEY JAMES | | | ON FILE |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS | JEFFREY.GLEIT@AFSLAW.COM ALLISON.WEISS@AFSLAW.COM LISA.INDELICATO@AFSLAW.COM ALYSSA.FIORENTINO@AFSLAW.COM |
| ELIE SIMON | | | ON FILE |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | | SCHROEDER@JRLAW.ORG HEALEY@JRLAW.ORG |
| ERAN TROMER | | | ON FILE |
| FARR, NICHOLAS | | | ON FILE |
| FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON & KATHERINE AIZPURU | | KJOHNSON3@FTC.GOV KAIZPURU@FTC.GOV |
| FEE EXAMINER, CHRISTOPHER S. SONTCHI | C/O GODFREY & KAHN, S.C. | ATTN: KATHERINE STADLER | KSTADLER@GKLAW.COM |
| FEINTISCH, ADAM MICHAEL | | | ON FILE |
| FITE, JACOB BENJAMIN | | | ON FILE |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| G. E. EHRLICH (1995) LTD. | | | INFO@IPATENT.CO.IL |
| GALAXY DIGITAL TRADING LLC | C/O ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA, JR., ESQ. | OHSCELSIUSNOTICE@ORRICK.COM |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | | BROSSZER@LAW.GA.GOV |
| GUBERMAN CONSULTING | | | INFO@GUBERMAN.CO.IL |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | | ATG.CED@HAWAII.GOV |
| ICB SOLUTIONS | | | ON FILE |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: ANDREW J. CURRIE | AJCURRIE@VENABLE.COM |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL WEINER LEVY, & ARIE PELED | JSSABIN@VENABLE.COM CWEINERLEVY@VENABLE.COM APELED@VENABLE.COM |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | | INFO@LISAMADIGAN.ORG |
| ILLUMITI CORP A/K/A SYNTAX SYSTEMS USA LP | C/O SILLS CUMMIS & GROSS PC | ATTN: GREGORY A. KOPACZ | GKOPACZ@SILLSCUMMIS.COM |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | | C20_SPC@INVICTUSCAPITAL.COM DANIEL@INVICTUSCAPITAL.COM |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AG.IOWA.GOV |
| ISRAEL INNOVATION AUTHORITY | | | CONTACTUS@INNOVATIONISRAEL.ORG.IL |
| JASON STONE AND KEYFI INC. | C/O FREEDMAN NORMAND FRIEDLAND LLP | ATTN: VEL (DEVIN) FREEDMAN | VEL@FNF.LAW |
| JASON STONE AND KEYFI INC. | C/O KYLE ROCHE P.A. | ATTN: KYLE W. ROCHE, ESQ. | KYLE@KYLEROCHE.LAW |
| JEFFRIES, DAVID | | | ON FILE |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN: EVAN J. ZUCKER | EVAN.ZUCKER@BLANKROME.COM EDOCKETING@BLANKROME.COM |
| JYOTI SUKHNANI | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | | DEREK.SCHMIDT@AG.KS.GOV |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| KIBLER-MELBY, CORT | | | ON FILE |
| KIESER, GREGORY ALLEN | | | ON FILE |
| KOHJI, HIROKADO | | | ON FILE |
| KYLE FARMERY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | | ADMININFO@AG.STATE.LA.US |
| LYLLOFF, SANDER | | | ON FILE |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@MAINE.GOV |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | | OAG@OAG.STATE.MD.US |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: BONNIE R. GOLUB | BGOLUB@WGPLLP.COM |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: JEFFREY S. CIANCIULLI & MICHAEL P. BROADHURST | JCIANCIULLI@WGPLLP.COM MBROADHURST@WGPLLP.COM |
| MCCLINTOCK, MICHAEL | | | ON FILE |
| MCMULLEN, BRIAN | | | ON FILE |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: JUANDISHA HARRIS | | HARRISJ12@MICHIGAN.GOV |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER.HELP@AGO.MO.GOV |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | | CONTACTDOJ@MT.GOV |
| MOVILEI HOVALOT | | | ON FILE |
| MURPHY, JR, THOMAS PATRICK | | | ON FILE |
| NEOT AVIV | | | ON FILE |



## Exhibit B

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN, ESQ. | JBERNSTEIN@MDMC-LAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD, ESQ. | NLEONARD@MDMC-LAW.COM<br>SSHIDNER@MDMC-LAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: VIRGINIA T. SHEA | VSHEA@MDMC-LAW.COM |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | | HBALDERAS@NMAG.GOV |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ. | JOSHUA@LEVINEPSTEIN.COM |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O FISHERBROYLES, LLP | ATTN: CARL D. NEFF | CARL.NEFF@FISHERBROYLES.COM |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O FISHERBROYLES, LLP | ATTN: THOMAS R. WALKER | THOMAS.WALKER@FISHERBROYLES.COM |
| NHAT VAN MEYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | ELOBELLO@MSEK.COM<br>JWEISS@MSEK.COM |
| NIKI GA MANAGEMENT AND MAINTENANCE LTD | | | INFO@NIKI-NIKAYON.COM |
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | ELOBELLO@MSEK.COM<br>JWEISS@MSEK.COM |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV<br>SHARA.CORNELL@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>JWEEDMAN@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | ON FILE |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O SELENDY GAY ELSBERG PLLC | ATTN: JENNIFER M. SELENDY, ESQ., FAITH E. GAY, ESQ., & CLAIRE O'BRIEN, ESQ. | JSELENDY@SELENDYGAY.COM<br>FGAY@SELENDYGAY.COM<br>COBRIEN@SELENDYGAY.COM |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | | QUESTIONS@OAG.OK.GOV |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | SCHRISTIANSON@BUCHALTER.COM |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | | ELLEN.ROSENBLUM@DOJ.STATE.OR.US<br>ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| PARK, SEONG | | | ON FILE |
| PERRY, BRETT ALAN | | | ON FILE |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. | BHANNON@NORGAARDFIRM.COM<br>MNORGAARD@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM<br>KCIMMINO@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM |
| PETERSON, STEPHEN PAUL | | | ON FILE |
| PHAROS USD FUND SP & PHAROS FUND SP | | | ADMIN@LANTERNVENTURES.COM |
| RAJ, RAFAEL | | | ON FILE |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | C/O FORTIS LLP | ATTN: PAUL R. SHANKMAN | PSHANKMAN@FORTISLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS | MORRIS.WEISS@WALLERLAW.COM<br>SHERRI.SAVALA@WALLERLAW.COM<br>ANNMARIE.JEZISEK@WALLERLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE | TYLER.LAYNE@WALLERLAW.COM<br>CHRIS.CRONK@WALLERLAW.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | | AG@RIAG.RI.GOV |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | | ELAINEHUCKABEE@DWT.COM<br>SEADOCKET@DWT.COM |
| SAENZ, JESUS ARMANDO | | | ON FILE |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | C/O BROWN & CONNERY LLP | ATTN: JULIE F. MONTGOMERY, ESQ. | JMONTGOMERY@BROWNCONNERY.COM |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| SIGNATURE BANK | C/O GOETZ FITZPATRICK LLP | ATTN: SCOTT D. SIMON, ESQ. | SSIMON@GOETZFITZ.COM |



## Exhibit B

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| STATES OF ALABAMA, ARKANSAS, DISTRICT OF COLUMBIA, HAWAII, IDAHO, MAINE, NEW YORK, NORTH DAKOTA, OKLAHOMA AND SOUTH CAROLINA, AND THE CALIFORNIA DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION ("DFPI") | C/O NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY, BANKRUPTCY COUNSEL | KCORDRY@NAAG.ORG |
| STEWART, RUSSELL GARTH | | | ON FILE |
| STROBILUS LLC | | | ON FILE |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | C/O MINTZ & GOLD LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. & AMIT SONDHI, ESQ. | GOTTESMAN@MINTZANDGOLD.COM SONDHI@MINTZANDGOLD.COM |
| TAIAROA, KERI DAVID | | | ON FILE |
| TAN, RICHARD | | | ON FILE |
| TAN, YAN | | | ON FILE |
| TEL AVIV MUNICIPALITY | | | REINACH_J@MAIL.TEL-AVIV.GOV.IL |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | AGBANKNEWYORK@AG.TN.GOV |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD, ROMA N. DESAI, ASSISTANT ATTORNEYS GENERAL | LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV JASON.BINFORD@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | | JASON.BINFORD@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV |
| THE CAEN GROUP LLC | | | ON FILE |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | SLIEBERMAN@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM |
| TRUSSELL, MARK | | | ON FILE |
| TYCHALSKI, GEORGE | | | ON FILE |
| ULREY, RENARD | C/O WADSWORTH, GARBER, WARNER & CONRARDY, P.C. | ATTN: AARON A. GARBER | AGARBER@WGWC-LAW.COM |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | | UAG@UTAH.GOV |
| VAN, LOC TRUYEN | | | ON FILE |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. | | JENNIFER.ROOD@VERMONT.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | | AGO.INFO@VERMONT.GOV |
| VICKERS, LISA T. | C/O BERLINER & PILSON, ESQS | ATTN: RICHARD J. PILSON, ESQ | RPILSON@BERLINERPILSON.COM |
| VILLINGER, CHRISTOPHER | | | ON FILE |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES, LLP | ATTN: HOLLACE T. COHEN, ESQ. | HOLLACE.COHEN@FISHERBROYLES.COM |
| VINCENT, CAROLYN MARGARET | | | ON FILE |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | | MAIL@OAG.STATE.VA.US |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS UNIT | DINA.YUNKER@ATG.WA.GOV BCUYUNKER@ATG.WA.GOV |
| WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | ATTN: STEPHEN MANNING | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON GOVERNMENT COMPLIANCE & ENFORCEMENT DIVISION | STEPHEN.MANNING@ATG.WA.GOV BCUYUNKER@ATG.WA.GOV |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | CONSUMER@WVAGO.GOV |
| WEXLER, KEVIN JAY | | | ON FILE |
| WILCOX, WAYLON J | | | ON FILE |
| WRIGHT, CHRISTOPHER | | | ON FILE |
| XTRA MILE LTD. | | | INFO@XTRA-MILE.CO |
| YASMINE PETTY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| YATES-WALKER, JOSH OISIN | | | ON FILE |
| YHM TECHNOLOGY LTD | | | OFFICE@YHMTECH.CO.IL |
| YOON, ANDREW | | | ON FILE |
| ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL MAZZOTTA | C/O LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ESQ. & ANDREW BEHLMANN, ESQ. | METKIN@LOWENSTEIN.COM ABEHLMANN@LOWENSTEIN.COM |
| ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL MAZZOTTA | C/O LOWENSTEIN SANDLER LLP | ATTN: PHILLIP KHEZRI, ESQ. | PKHEZRI@LOWENSTEIN.COM |
| ZIGLU LIMITED | | | CFO@ZIGLU.IO |