**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### *EX PARTE* ORDER, PURSUANT TO FED. R. BANKR. P. 2004, AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ISSUE *SUBPOENAS DUCES TECUM* UPON THE FTX DEBTORS

Upon the ex-parte application (the "Application") the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned Chapter 11 cases (collectively, the "Chapter 11 Cases"), for an order, pursuant to section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2004-1 of the Local Bankruptcy Rules for the Southern District of New York, authorizing the Committee to issue subpoenas *duces tecum* (each a "Subpoena," collectively, the "Subpoenas") upon the FTX Debtors;[2] and the Court having found that it has jurisdiction over the Application; and the Application being a core proceeding; and venue of this proceeding and the Application being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Application is in the best interest of the Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] "FTX Debtors" refers to the entities that have filed voluntary petitions under chapter 11 of the Bankruptcy Code in the jointly administered cases styled *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.), a list of which can be found under "List of Debtors" at https://restructuring.ra.kroll.com/FTX/Home-Index.

estates, their creditors and other parties in interest; and no notice of the relief sought in the Application being required or necessary; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, that pursuant to Bankruptcy Rules 2004 and 9016, the Committee shall be, and hereby is authorized to serve the Subpoenas upon the FTX Debtors; and it is further

**ORDERED**, that the FTX Debtors are directed to either timely comply with the terms of this Order and any Subpoenas issued to them or make an appropriate motion for a protective order or to quash any Subpoenas; and it is further

**ORDERED**, that unless otherwise ordered by this Court, no Subpoena shall seek the production or inspection of documents or things on less than fourteen (14) days' notice; and it is further

**ORDERED**, that the terms and conditions of this Order are immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that this Order is without prejudice to the rights of the Committee to apply for further discovery from any party or other entity or person; and it is further

**ORDERED**, that this Court shall retain jurisdiction to interpret, implement, and enforce the terms and provisions of this Order, including adjudicating any discovery disputes that may arise between or among the parties.

Dated: _____, 2023
       New York, New York

                                                THE HONORABLE MARTIN GLENN
                                                UNITED STATES BANKRUPTCY JUDGE