Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF AUCTION**

**PLEASE TAKE NOTICE** that on November 2, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order (I) Approving the Bidding Procedures In Connection With the Sale of Substantially All of the Debtors' Assets, (II) Scheduling Certain Dates With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Relief* [Docket No. 1272] (the "Order"), approving certain dates, deadlines, and procedures for the potential sale of substantially all of the Debtors' assets (the "Bidding Procedures").[2]

**PLEASE TAKE FURTHER NOTICE** that on March 1, 2023, pursuant to and in accordance with paragraph 12 of the Order and Section VI of the Bidding Procedures, the Debtors, in consultation with the Committee, filed the *Notice of (I) Selection of Stalking Horse Bidder and (II) Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Substantially All of the Debtors' Assets* [Docket No. 2150] (the "Notice of Stalking Horse Bidder"), which designated NovaWulf Digital Management, LP ("NovaWulf") as the Stalking Horse Bidder, announced that the Debtors, the Committee, and NovaWulf executed the Plan Sponsor Agreement, and extended the Final Bid Deadline to April 17, 2023.

**PLEASE TAKE FURTHER NOTICE** that, following the Notice of Stalking Horse Bidder and prior to the Final Bid Deadline, the Debtors received two additional Qualified Bids from: (1) Fahrenheit, LLC, whose equity is owned, directly or indirectly, by Arrington Capital, U.S. Data Mining Group, Inc. (d/b/a U.S. Bitcoin Corp.), Proof Group Capital Management LLC, Steven Kokinos, and Ravi Kaza; and (2) the Blockchain Recovery Investment Committee, which includes Van Eck Absolute Return Advisers Corporation, Global X Digital, LLC, or an affiliate thereof including GXD Labs LLC, Plutus Lending LLC d/b/a Abra, and Gemini Trust Company, LLC.

**PLEASE TAKE FURTHER NOTICE** that, on April 22, 2023, the Debtors filed the *Notice of Auction* [Docket No. 2519], which established the date for the Auction as April 25, 2023, at 2:00 p.m. (prevailing Eastern Time).

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph G of the Order and Section XI of the Bidding Procedures, the Debtors, in consultation with the Committee, commenced the Auction on April 25, 2023, at 2:00 p.m. (prevailing Eastern Time).  Prior to the Auction, Qualified Bidders were provided copies of the rules for the Auction (the "Auction Rules").  The proceedings were conducted in accordance with the Bidding Procedures and Auction Rules.  Proceedings in the main room were recorded by a court reporter.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph G of the Order and Section XI of the Bidding Procedures, the Debtors, in consultation with the Committee, continued the Auction on April 26, 2023, at 10:00 a.m. (prevailing Eastern Time).  The proceedings were conducted in accordance with the Bidding Procedures and Auction Rules.  Proceedings in the main room were recorded by a court reporter.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph G of the Order and Section XI of the Bidding Procedures, the Debtors, in consultation with the Committee, continued the Auction on April 27, 2023, at 10:00 a.m. (prevailing Eastern Time).  The proceedings were conducted in accordance with the Bidding Procedures and Auction Rules.  Proceedings in the main room were recorded by a court reporter.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section XI of the Bidding Procedures, the Debtors hereby adjourn the Auction to **April 28, 2023, at 9:00 a.m., prevailing Eastern Time**, at the offices of Counsel to the Debtors: **Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York, 10002**.  Proceedings in the main room of the Auction will be recorded by a court reporter.

**PLEASE TAKE FURTHER NOTICE** that Creditors and any other party who have executed a Confidentiality Agreement with Debtors' counsel will be permitted to attend the

Auction remotely. Confidentiality Agreements will be strictly enforced. Participation by those attending the Auction remotely will be strictly listen only. Livestreaming or recording of the Auction will be strictly prohibited. The Debtors reserve the right to exclude any and all parties from the Auction at their discretion. A transcript will be provided at the conclusion of the Auction.

**PLEASE TAKE FURTHER NOTICE** that a hearing approving the results of the Auction will be scheduled in connection with confirmation of a chapter 11 plan of reorganization and may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures, Order, Notice of Stalking Horse Bidder, and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Bidding Procedures, Order, Notice of Stalking Horse Bidder, and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: April 27, 2023 | /s/ Joshua A. Sussberg<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |