# BANKRUPTCY RULE 2019 EXHIBIT

# LIST OF MEMBERS OF THE AD HOC GROUP OF EARN ACCOUNT HOLDERS

| Name[1] Presented in Alphabetical Order | Earn Account Balance | Custody Account Balance | Withhold Account Balance | Borrower's Collateral / Account Balance |
|---|---|---|---|---|
| Broad Reach Consulting, LLC (Manager: Jesse Lund) | USDC 1,336,516.38 | | | |
| James Corr | BTC: 4.61671800471206<br>ETH: 51.7185579547167<br>CEL: 2.03721003193565<br>USDC: 1.61506363137011 | BTC: 0.00696149054727818 | 0 | 0 |
| Irina Dukhon | BTC 0.409064501564151<br>CEL 1274.53345859768<br>COMP 0.0769893154800942<br>ETH 6.31587617242128<br>LINK 10.1659261730152<br>MATIC 203.593798646465<br>PAXG 1.47577622118197<br>SNX 66.4480995220389<br>USDC 10431.0470786072<br>XLM 50.8937453078368 | BTC 0.00689009647768001<br>CEL 2 | | |
| Nicholas Farr | USDC: 14603717.18<br>XRP: 1466.49<br>SGB : 217.29<br>CEL: 1.11 | 0 | 0 | 0 |

---

[1] The balances on this sheet are based upon the Debtors' Schedules and/or as provided by the claimants. All rights to dispute the Debtors' scheduling of claims–and to argue that customer deposits are not property of the Debtors' estates under Section 541 of the Bankruptcy Code–are expressly reserved. The addresses and contact information for all members of the Ad Hoc Committee of Earn Account Holders is provided as Offit Kurman, P.A. c/o Jason Nagi, Esq and Joyce Kuhns, Esq., 590 Madison Ave 6th Floor, New York, NY 10022.

| Name[1] Presented in Alphabetical Order | Earn Account Balance | Custody Account Balance | Withhold Account Balance | Borrower's Collateral / Account Balance |
|---|---|---|---|---|
| Bradley Giardiello | BTC: 0.0242462711164994<br>ETH: 19.6984564187484<br>USDC: 604902.415751484 | CEL: 47.1698113207547 | 0 | 0 |
| Immanuel Herrmann | BTC: 2.483712<br>ETH: 26.372890<br>USDC: 9,595.38<br>MATIC: 2,698.327311<br>LINK: 128.666594<br>UNI: 133.235822<br>CEL: 1,065.651300<br>AAVE: 3.538616 | CEL: 3.701600 | | |
| Jonathon Holt | GUSD: 614,825.92<br>ETH: 531.314448<br>CEL: 346.937 | 0 | 0 | 0 |
| Kulpreet Khanuja | BTC 6.8665223947402<br>ETH 190.137187997613 | | | |
| Lisa Lang, representing<br>1) Stillahn-Lang Trust DTD 2/19/2015<br>2) Science of Business, Inc. Defined Benefit Pension Plan and Trust | 1) BTC: 0.398287339949853<br>GUSD: 258501.048485097<br>CEL: 45.840780063841<br>2) BTC: 0.0203842665186694<br>GUSD: 352830.270899074<br>USDC: 26323.761083428 | CEL: 124.870672961273 | 0 | 0 |
| Brett Perry | BTC: 54.2961724085811<br>ETH: 4406.35363063367<br>CEL: 1.15116892753898 | | | |

| Name[1] Presented in Alphabetical Order | Earn Account Balance | Custody Account Balance | Withhold Account Balance | Borrower's Collateral / Account Balance |
|---|---|---|---|---|
| Courtney Burks Steadman | AAVE 0.688969054586088 ADA 18425.2843733153 AVAX 109.898272250714 BCH 4.20279772445611 BTC 2.00768716760193 CEL 11145.1980150606 COMP 0.118456260955766 DOT 4.21504531882493 ETH 37.507996070603 LINK 94.4074576000886 LTC 38.2128593204545 MATIC 8632.74504477845 MCDAI 8.22934911654831 PAX 389.610512296379 SNX 2989.71438953844 UMA 73.8034118016999 UNI 28.0541657408893 USDC 523.626443694396 XRP 1761.74155969221 | AVAX 9.964647511041099 | 0 | 0 |