**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF**
**MARK T. HURFORD IN SUPPORT OF THE DECLARATION**
**OF ANTHONY M. SACCULLO IN SUPPORT OF DEBTORS' APPLICATION**
**FOR AUTHORITY TO RETAIN AND EMPLOY A.M. SACCULLO LEGAL, LLC**
**AS SPECIAL COUNSEL TO THE DEBTORS EFFECTIVE AS OF DECEMBER 1, 2022**

I, Mark T. Hurford, hereby declare that the following statements are true and correct to the best of my knowledge after due inquiry as described herein:

1. I am a special counsel at A.M. Saccullo Legal, LLC ("AMSL"), which maintains offices for the practice of law at 27 Crimson King Drive, Bear, Delaware 19701. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, the United States District Court for the District of Delaware, and the United States Court of Appeals for the Third Circuit.

2. I submit this declaration (the "Declaration") in support of the *Application for Entry of an Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Retention and Employment of A.M. Saccullo Legal, LLC as Special Counsel to the Debtors Effective as of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*December 1, 2022* [Docket No. 1984] (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the *Declaration of Anthony M. Saccullo in Support of Debtors' Application for Entry of an Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Retention and Employment of A.M. Saccullo Legal, LLC as Special Counsel to the Debtors Effective as of December 1, 2022* [Docket No. 1984].

3. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge or my review of relevant documents. To the extent any information disclosed herein requires amendment or modification as additional party-in-interest information becomes available to AMSL, a supplemental declaration will be submitted to this Court reflecting such amended or modified information.

4. As noted in the Application, AMSL has been retained as special counsel to represent the Debtors in connection with *In re FTX Trading Ltd.*, Case No. 22-11068 (JTD) (Bankr. D. Del. 2022) pending in the United States Bankruptcy Court for the District of Delaware (collectively, the "FTX Debtors" or "FTX"). In particular, AMSL's services include (a) monitoring the FTX Debtors' docket for filings and coordinating with Kirkland & Ellis LLP on pending matters that need responses; (b) attending hearings in the United States Bankruptcy Court for the District of Delaware; (c) providing legal advice regarding local rules, practices, and procedures; (d) reviewing and commenting on drafts of documents to ensure compliance with local rules, practices, and procedures; (e) filing documents as requested by Kirkland & Ellis LLP and coordinating for service of documents; (f) performing such other legal services as may be required or requested or as may otherwise be deemed in the interests of the Debtors and duties as set forth

---

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the Application.

in the Bankruptcy Code, Bankruptcy Rules, or other applicable law; and (g) providing additional support to Kirkland & Ellis LLP, and any other counsel to the Debtors, as requested.

5.  After the Application was filed, the FTX Debtors filed their respective Schedules of Assets and Liabilities and Statements of Financial Affairs. With regards to FTX Debtor West Realm Shires Services Inc., the Schedules of Assets and Liabilities and Statements of Financial Affairs were filed at FTX Debtors' Docket Nos. 1001, 1004, 1006, 1008, and 1010. These filings total over 7,100 pages.

6.  As noted in paragraph 15 of the *Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs of West Realm Shires Services, Inc.* [FTX Debtors' Docket No. 1010] (the "West Realm Global Notes"), "customers have been scheduled utilizing an unique, individualized customer identification number (each, a "Customer Code") assigned to each applicable customer by the Debtors." This was done to "preserve the confidentiality of customer identities." *Id.* at ¶ 15.

7.  As noted in paragraph 7 of the West Realm Global Notes, "the deficiencies with the Debtors' record keeping and reporting have been well documented." *Id.* at ¶ 7.

8.  Thereafter, I received an email from Kroll Restructuring Administration LLC, the FTX Debtors' claims and noticing agent. In the email, I was advised that I was assigned a customer code and that I was scheduled as follows: USD [0.2200673160000000].

9.  It is listed on Scheduled E/F as a non-priority unsecured claim.

10. I suspect that this relates to an account that I previously had with the FTX Debtors. On or about November of 2021, I opened an account with FTX US and transferred a de minimis amount of money into it. Less than one year later, and prior to the FTX Debtors filing for

bankruptcy, I moved the assets in the FTX account into a cold wallet. This was my only involvement with the FTX Debtors.

11. I do not believe that I have a claim against any of the FTX Debtors. To the extent that there is a claim, it will be waived.

[*Remainder of page intentionally left blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 2nd day of May, 2023.

                                                                                                      /s/   *Mark T. Hurford*
                                                                                                         Mark T. Hurford