**WHITE & CASE**

May 8, 2023

**VIA eFile and E-MAIL**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

*In re Celsius Network LLC*, **No. 22-10964 (MG) –**
**Request to Extend Deadline to Object to *Pro Se* Creditors' Motions to Value CEL Token**

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the Case Management Procedures, which is attached as Exhibit 1 to the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560], and upon mutual agreement with Mr. StJohn and Mr. Caceres, we write to request confirmation of the extension of the deadline for the Official Committee of Unsecured Creditors to object to: (1) Mr. StJohn's *Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; if Otherwise (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief* [Docket No. 2216]; and (2) Mr. Caceres' *Second Amended Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; if Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief* [Docket No. 2240] to Wednesday, June 21, 2023 at 4:00 p.m. (prevailing Eastern Time).

Sincerely,

*/s/ Aaron Colodny*
Aaron Colodny
White & Case LLP
Counsel to the Official Committee of Unsecured Creditors

AMERICAS 123280361

Pg 2 of 2

**WHITE & CASE**

Hon. Martin Glenn
May 8, 202

cc:   Mr. Sean StJohn and Mr. Santos Caceres
      *Pro Se* Creditors

      Mr. Christopher Koenig
      Kirkland & Ellis LLP
      Counsel to the Debtors

**WHITE & CASE**

2