**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Celsius Network LLC                                              CASE NO.: 22−10964−mg

Social Security/Taxpayer ID/Employer ID/Other Nos.:         CHAPTER: 11
87−1192148

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on March 13, 2023, document number 2356, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 23−cv−2882 assigned to the Honorable Jennifer L. Rochon.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: May 9, 2023                                                          Vito Genna
                                                                                       Clerk of the Court