## Notice Recipients

District/Off: 0208−1            User: admin                Date Created: 5/9/2023
Case: 22−10964−mg              Form ID: tranapl           Total: 1


**Recipients of Notice of Electronic Filing:**
aty        David Turetsky        david.turetsky@whitecase.com

                                                            TOTAL: 1