# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 5/9/2023 |
| Case: 22−10964−mg | Form ID: tranapl | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr         Immanuel Herrmann
unk        Daniel A. Frishberg

TOTAL: 2