# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

Chris Koenig
To Call Writer Directly:
+1 312 862 2372
chris.koenig@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

May 9, 2023

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re:     *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend
Debtors' Deadline to Object to *Pro Se* Creditors' Motions to Value CEL
Token

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as Exhibit 1 to the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] and upon mutual agreement between the Debtors and Mr. StJohn and Mr. Caceres, we write to request confirmation of the extension of the deadline for the Debtors to object to:  (i) Mr. StJohn's *Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; If Otherwise (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief* [Docket No. 2216]; and (ii) Mr. Caceres' *Second Amended Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; if Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief* [Docket No. 2240] to Wednesday, June 21, 2023 at 4:00 p.m. (prevailing Eastern Time).

# KIRKLAND & ELLIS LLP

May 9, 2023

Sincerely,

/s/ *Christopher S. Koenig*

Christopher S. Koenig
Kirkland & Ellis LLP
Counsel to the Debtors

cc:    Mr. Sean StJohn and Mr. Santos Caceres
*Pro Se* Creditors

Gregory F. Pesce
Aaron Colodny
White & Case LLP
Counsel to the Official Committee of Unsecured Creditors