Daniel A. Frishberg
Immanuel J. Herrmann
*Pro Se Customer-Appellants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

# NOTICE OF WITHDRAWAL OF CUSTOMER-APPELLANTS' MOTION TO EXPEDITE TRANSMITTAL OF THE RECORD ON APPEAL TO THE DISTRICT COURT

**PLEASE TAKE NOTICE** that on Tuesday, May 9, the records on appeal for case nos. 23-CV-2882-JLR and 23-3144-CV-JLR (collectively, the "Customer Claims Appeals") were transmitted to the United States District Court of the Southern District of New York. (See: Bkr. Case No. 22-10964 *Notice of Transmittal of Record on Appeal,* D.R. Nos. 2596 and 2597.)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that, in light of the transmittal of the records on appeal to the District Court, *Customer-Appellants' Motion to Expedite Transmittal of the Record on Appeal to the District Court*, filed in Bkr. Case No. 22-10964 at D.R. 2546, is hereby withdrawn.

**PLEASE TAKE FURTHER NOTICE** that Mr. Frishberg and Mr. Herrmann reserve all other rights with respect to the appeals, and the record on appeal.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel A. Frishberg* | */s/ Immanuel Herrmann* |
| Daniel A. Frishberg | Immanuel Herrmann |
| *Pro Se* | *Pro Se* |
| May 9, 2023 | May 9, 2023 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2023, a true and correct copy of the *Notice of Withdrawal of Customer-Appellants' Motion to Expedite Transmittal of the Record on Appeal to the District Court* was filed with the Clerk of the United States Bankruptcy Court in the Southern District of New York and served upon Chambers, the parties to the appeal, and the Core/2002 service list.

*/s/ Immanuel Herrmann*
Immanuel Herrmann
*Pro Se*
May 9, 2023