UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**THIRD SUPPLEMENTAL DECLARATION OF KEVIN COFSKY IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF PERELLA WEINBERG PARTNERS LP AS INVESTMENT BANKER TO THE COMMITTEE EFFECTIVE AS OF AUGUST 2, 2022, (II) APPROVING THE TERMS OF THE PERELLA ENGAGEMENT LETTER, (III) WAIVING CERTAIN REPORTING REQUIREMENTS PURSUANT TO LOCAL RULE 2016, AND (IV) GRANTING RELATED RELIEF**

I, Kevin Cofsky, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Partner of the firm of Perella Weinberg Partners LP ("**PWP**"), which has its principal office at 767 Fifth Avenue, New York, New York 10153. PWP is part of a global financial services firm that provides corporate advisory services. I am authorized to execute this third supplemental declaration (the "**Third Supplemental Declaration**") on behalf of PWP.

2. On August 24, 2022, the Official Committee of Unsecured Creditors (the "**Committee**") filed the *Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to the Committee Effective as of August 2, 2022, (II) Approving the Terms of*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 606] (the "**Application**").[2]

3. On October 18, 2022, this Court entered its *Order Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to the Committee Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 1096].

4. This Third Supplemental Declaration is being submitted to supplement my declaration filed with the Application (the "**Initial Declaration**"), my first supplemental declaration [Docket No. 1090] (the "**First Supplemental Declaration**"), and my second supplemental declaration (the "**Second Supplemental Declaration**") [Docket No. 1728], all in support of the Application in these Chapter 11 cases.

5. The facts set forth in this Third Supplemental Declaration are based upon my personal knowledge, upon information and belief, or upon client matter records kept in the ordinary course of business that were reviewed either by me or by employees of PWP under my supervision and direction. If called and sworn as a witness, I could and would testify competently to the facts set forth herein.

6. I submit this Third Supplemental Declaration to provide additional disclosures in accordance with Bankruptcy Rules 2014(a) and 2016(b).

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

**Supplemental Disclosures**

A.     **Supplemental Parties in Interest List**

7.     On April 27, 2023, PWP received, through its counsel, a Supplemental Parties in Interest List prepared by counsel for the Debtors, which is annexed as **Schedule 1** hereto.

8.     After receiving the Supplemental Parties in Interest List, PWP reviewed connections between both PWP and its affiliates relating to its Advisory Practice (i.e., PWP Group and its subsidiaries, including PWP, Perella Weinberg UK Limited, Perella Weinberg GmbH, Perella Weinberg Partners France S.A.S., Tudor, Pickering, Holt & Co. Securities LLC and Tudor, Pickering, Holt & Co. Securities-Canada, ULC and their respective predecessors) and the Supplemental Parties in Interest.

9.     PWP searched its databases of current direct investments held by PWP Professionals in PWP's Advisory Practice against the list of Supplemental Parties in Interest to identify any known investments by such PWP Professionals in any Supplemental Parties in Interest. PWP's search of direct investments held by such PWP Professionals indicated investments in one of the Supplemental Parties in Interest and/or their affiliates: Okta, Inc. All such investments were in amounts representing less than 0.1% of any issue and none of the investments were held by PWP Professionals working on the Chapter 11 Cases.

10.     PWP searched its databases (consisting of entities for which it has in the recent past been or is currently engaged to provide Advisory Services and entities that are currently or have in the recent past provided goods or services to PWP or its affiliates) against the list of Supplemental Parties in Interest looking back a period of at least three years. The results of that search are reflected on **Schedule 2** hereto. Where PWP's search of its databases identified connections with entities with names similar to names of the Supplemental Parties in Interest, PWP investigated whether such entities were related to such Supplemental Parties in Interest and, if so,

3

reflected such connection on Schedule 2 hereto. PWP has disclosed any known connections to the Supplemental Parties in Interest. To the best of my knowledge based on the information received in PWP's connections check performed for the purposes of the Application, except as otherwise set forth herein, no relationships identified in such searches constitute interests materially adverse to the Debtors in matters upon which PWP is engaged in the Chapter 11 Cases.

11. PWP searched its databases of current directorships held by its Professionals against the list of Supplemental Parties in Interest. Except as otherwise disclosed herein, PWP's search of directorships indicated no relationship between any such directorships and the Supplemental Parties in Interest.

12. PWP searched its databases of executed confidentiality agreements with third parties (other than confidentiality agreements with vendors to PWP executed in the ordinary course of business). To the best of my knowledge based on the information received in PWP's connection check performed for the purposes of the Application, no confidentiality agreement business relationship constitutes an interest materially adverse to the Debtors' estates in matters upon which PWP is to be engaged in the Chapter 11 Cases.

**B.    GXD Disclosure**

13. Global X Digital, LLC ("**GXD Mining**"), or an affiliate thereof, including GXD Labs LLC (collectively, "**GXD**") has participated in the auction for the Debtors' assets.

14. Prior to the Petition Date, PWP entered into an engagement letter (the "**Reno Engagement Letter**") with an affiliate of GXD named Reno East LLC ("**Reno**"). Pursuant to the Reno Engagement Letter, PWP advised Reno in connection with matters that are wholly unrelated to the Debtors or these Chapter 11 cases.

4

15. PWP disclosed its engagement with Reno to the Debtors and Committee and their respective advisors. For the avoidance of doubt, PWP has not advised GXD in any capacity in connection with its bid to acquire the Debtors' mining assets or any other transaction in these Chapter 11 cases.

16. Pursuant to the terms of the Reno Engagement Letter, PWP may be entitled to receive a success fee in the event GXD consummates a transaction to acquire the Debtors' mining assets or any other assets in these Chapter 11 cases. In light of the foregoing, PWP has agreed to waive any fees to which PWP may be entitled to receive under the Reno Engagement Letter in the event GXD consummates any such transaction.

17. PWP has disclosed the foregoing to the Committee and its counsel, and has not received any objection to the proposed arrangement described herein.

18. To the best of my knowledge, and based on the information received in PWP's connections checks performed for the purposes of the Application and the Third Supplemental Declaration, PWP remains a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code in that, except as otherwise set forth in the Initial Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, or herein, PWP and its Professionals: (a) are not creditors of the Debtors, equity security holders of the Debtors, or "insiders" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code; (b) are not and have not been, within two years before the date of the filing of the Debtors' Chapter 11 petitions, a director, officer, or employee of the Debtors; and (c) do not have an interest materially adverse to the interest of the Committee or the Debtors' estates, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.

19. If any new material facts or relationships bearing on the matters described herein

5

are discovered or otherwise arise during the pendency of these Chapter 11 Cases, PWP will use reasonable efforts to provide the Court with a supplemental declaration disclosing such new material facts or relationships pursuant to Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 10, 2023
      New York, New York

                                                    */s/ Kevin Cofsky*
                                                    Kevin Cofsky
                                                    Partner
                                                    Perella Weinberg Partners LP

## Schedule 1

### Supplemental Parties in Interest List

| Party in Interest | Relationship to Debtors |
|---|---|
| Brett Flora | Notice of Appearance / Pro Hac Vice |
| Brown Connery | Notice of Appearance / Pro Hac Vice |
| CDP Investments Inc. | Notice of Appearance / Pro Hac Vice |
| Coan Payton & Paine | Notice of Appearance / Pro Hac Vice |
| Courtney Burks Steadman | Notice of Appearance / Pro Hac Vice |
| Illinois Secretary of State | Notice of Appearance / Pro Hac Vice |
| Joe Breher | Notice of Appearance / Pro Hac Vice |
| Josh Tornetta | Notice of Appearance / Pro Hac Vice |
| JR Law | Notice of Appearance / Pro Hac Vice |
| Keith Ryals | Notice of Appearance / Pro Hac Vice |
| Kim Flora | Notice of Appearance / Pro Hac Vice |
| Livingston PLLC | Notice of Appearance / Pro Hac Vice |
| Lucy Thomson | Notice of Appearance / Pro Hac Vice |
| Miles & Stockbridge | Notice of Appearance / Pro Hac Vice |
| Pennsylvania Department of Revenue | Notice of Appearance / Pro Hac Vice |
| Saul Ewing | Notice of Appearance / Pro Hac Vice |
| Texas Attorney General | Notice of Appearance / Pro Hac Vice |
| Willis Towers Watson US LLC | Notice of Appearance / Pro Hac Vice |
| Lowenstein Sandler LLP | Notice of Appearance / Pro Hac Vice |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Notice of Appearance / Pro Hac Vice |
| Orrick, Herrington & Sutcliffe LLP | Notice of Appearance / Pro Hac Vice |
| Pennsylvania Office of Attorney General | Notice of Appearance / Pro Hac Vice |
| Wadsworth, Garber, Warner and Conrardy, P.C | Notice of Appearance / Pro Hac Vice |
| Stout Risius Ross, LLC | Ordinary Course Professionals |
| Acxiom LLC | Vendors |
| Aguilar Castillo Love, S.r.l. | Vendors |
| Allied Universal | Vendors |
| American Arbitration Association | Vendors |
| Aon Consulting, Inc. | Vendors |
| Appleby (Bermuda) Limited | Vendors |
| Aquatech Solutions | Vendors |
| Argus, Inc. | Vendors |
| Bernstein & Andriulli | Vendors |
| BGOV LLC | Vendors |
| Board of European Students of Technology | Vendors |
| Bureau van Dijk Electronic Publishing Inc. | Vendors |
| Classic Exhibits Inc. | Vendors |

| Party in Interest | Relationship to Debtors |
|---|---|
| DD Mrcourier Services | Vendors |
| DLA Piper | Vendors |
| EcoWaste | Vendors |
| EZ Blockchain Services | Vendors |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | Vendors |
| FTI Consulting Technology LLC | Vendors |
| Global X Digital, LLC | Vendors |
| iFinex Inc. | Vendors |
| IP House Doo | Vendors |
| IVXS Technology USA | Vendors |
| IW Group Services (UK) | Vendors |
| J.B. Hunt | Vendors |
| Jackson Square Advisors, LLC | Vendors |
| Lindsey R. Mullholand | Vendors |
| Meltwater News US Inc | Vendors |
| Mothership Energy Group | Vendors |
| New Horizon Communications | Vendors |
| New Horizon Communications (NHC) | Vendors |
| Okta, Inc. | Vendors |
| Optimus SBR, Inc. | Vendors |
| Piper Alderman | Vendors |
| Prescient Comply, LLC | Vendors |
| RailsTech, Inc. | Vendors |
| Regulatory DataCorp Inc | Vendors |
| Salt Security, Inc | Vendors |
| Sarson Funds, Inc | Vendors |
| Saville & Co Scrivener Notaries | Vendors |
| Solutions Evenements | Vendors |
| Sorainen | Vendors |
| Systems MEC LLC | Vendors |
| TAMID Group | Vendors |
| The Crypto Can Man Ltd | Vendors |
| The Hartford | Vendors |
| Uria Menendez | Vendors |
| Vaco, LLC | Vendors |
| Bentley, Philip | Bankruptcy Judge |
| Bonnell, Julia | Bankruptcy Judges Staff |
| Pollan, Jennifer | Bankruptcy Judges Staff |
| Ernst & Young LLP | Bankruptcy Professionals - Retained |
| A.M. Saccullo Legal, LLC | Bankruptcy Professionals - Retained |
| Fischer (FBC & Co.) | Bankruptcy Professionals - Retained |
| KE Andrews | Bankruptcy Professionals - Retained |
| Andersen LLP | Bankruptcy Professionals - Retained |

| Party in Interest | Relationship to Debtors |
|---|---|
| Gornitzky & Co. | UCC Professionals |
| Selendy Gay Elsberg PLLC | UCC Professionals |
| M3 Advisory Partners, LP | UCC Professionals |
| Fahrenheit, LLC | Potential Bidding Parties and Principals |
| U.S. Data Mining Group, Inc. (d/b/a US Bitcoin Corp.) | Potential Bidding Parties and Principals |
| Proof Group Capital Management LLC | Potential Bidding Parties and Principals |
| Steven Kokinos | Potential Bidding Parties and Principals |
| Ravi Kaza | Potential Bidding Parties and Principals |
| GXD Labs LLC | Potential Bidding Parties and Principals |
| Plutus Lending LLC (d/b/a Abra) | Potential Bidding Parties and Principals |
| Gemini Trust Company, LLC | Potential Bidding Parties and Principals |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Potential Bidding Parties and Principals |
| Arrington Capital | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| Beowulf Energy LLC | Potential Bidding Parties and Principals |
| Blockchain Recovery Investment Committee | Potential Bidding Parties and Principals |
| Brown Rudnick LLP | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| Jason New | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| Michael Abbate | Potential Bidding Parties and Principals |
| Michael Cagney | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| Terawulf | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| US Bitcoin Corp. | Potential Bidding Parties and Principals |
| ■■■■■■ | Potential Bidding Parties and Principals |
| Van Eck Absolute Return Advisers Corporation | Potential Bidding Parties and Principals |
| Willkie Farr & Gallagher LLP | Potential Bidding Parties and Principals |
| U.S. Department of Treasury | Taxing Authority/Governmental/Regulatory Agencies |
| Aaron Dale Higbee | Retail Customers |
| Adam David Fritz | Retail Customers |

3

| Party in Interest | Relationship to Debtors |
|---|---|
| Adam Joscelyne | Retail Customers |
| Adam Kryskow | Retail Customers |
| Alain Bonvecchio | Retail Customers |
| Alfred Bokhour | Retail Customers |
| Amirhossein Aminsharifi | Retail Customers |
| Andy Tran | Retail Customers |
| Annette Christine Davies | Retail Customers |
| Ariel Ceja | Retail Customers |
| Austin Wilcox | Retail Customers |
| Balazs Lesko | Retail Customers |
| Benjamin Julian Dame | Retail Customers |
| Berne Loh Tai Yuan | Retail Customers |
| Biao Shou | Retail Customers |
| Brandon Singer | Retail Customers |
| Brian Bang | Retail Customers |
| Brian Barnes | Retail Customers |
| Bryan Perl | Retail Customers |
| Calvin Spencer Rawe | Retail Customers |
| Cherktyek Consulting, Llc | Retail Customers |
| Christian Ander | Retail Customers |
| Christopher Chung | Retail Customers |
| Christopher James Maudlin | Retail Customers |
| Christopher Shey-Tau Sun | Retail Customers |
| Clarence Thomas | Retail Customers |
| Clint Worden | Retail Customers |
| Cort Kibler-Melby | Retail Customers |
| Craig Wilson Mcgarrah Iii | Retail Customers |
| Daniel Miller | Retail Customers |
| David Anthony Sims | Retail Customers |
| David Arie Schneider | Retail Customers |
| David Carl Lindahl | Retail Customers |
| David Dennis | Retail Customers |
| David Fahrney | Retail Customers |
| David Jeffries | Retail Customers |
| David Little | Retail Customers |
| Davis Chan | Retail Customers |
| Dias Malayev | Retail Customers |
| Didier Pawlicki | Retail Customers |
| Dimitris Zourdos | Retail Customers |
| Don Hosea Smith | Retail Customers |
| Donald Jay Vinberg | Retail Customers |
| Eduardo Sy Jr Buenviaje | Retail Customers |
| Four Thirteen Llc | Retail Customers |

| Party in Interest | Relationship to Debtors |
|---|---|
| Franklin Kashner | Retail Customers |
| George Chavous | Retail Customers |
| George Vasile | Retail Customers |
| Gregory Allen Kieser | Retail Customers |
| Hamad Alshamsi | Retail Customers |
| Hayden Smith | Retail Customers |
| Heather Trussell | Retail Customers |
| Herman Vissia | Retail Customers |
| Hr National Pty Ltd | Retail Customers |
| Ivari Kuuse | Retail Customers |
| J&J Hoffard Pty Ltd Atf Hoffard Family Trust | Retail Customers |
| Jacob Daniels | Retail Customers |
| Jacob John Ring | Retail Customers |
| Jad Jubayli | Retail Customers |
| Jansen P Del Vecchio | Retail Customers |
| Jason Colling | Retail Customers |
| Jeffrey J Bradian | Retail Customers |
| Jeffrey R Kerr | Retail Customers |
| Jianwei Hu | Retail Customers |
| JLS Projects, LLC | Retail Customers |
| John Cioffoletti | Retail Customers |
| John Robert Kemenosh | Retail Customers |
| Johnny Piquero | Retail Customers |
| Jon Collins-Black | Retail Customers |
| Jonathon Robert Prendergast | Retail Customers |
| Joseph Michael Breher | Retail Customers |
| Keith Ryals | Retail Customers |
| Kipton Ford Anderson | Retail Customers |
| Law Offices Of Stefan Coleman, P.A | Retail Customers |
| Marc Shachtman | Retail Customers |
| Marcelo Tellez Anderson | Retail Customers |
| Marco Bonomi | Retail Customers |
| Mario Harrison Asp | Retail Customers |
| Mark E Blair | Retail Customers |
| Mark Finelli | Retail Customers |
| Mark Redeker | Retail Customers |
| Mathew Salazar | Retail Customers |
| Matias Ureta Montero | Retail Customers |
| Matthew Evan Scott | Retail Customers |
| Melissa Ann Licari | Retail Customers |
| Miae Kim | Retail Customers |
| Michael R Blemaster | Retail Customers |

| Party in Interest | Relationship to Debtors |
|---|---|
| Michael Russell Fortwengler | Retail Customers |
| Mokrohond Btc Llc | Retail Customers |
| Nathan Boyd | Retail Customers |
| Nick Cousyn | Retail Customers |
| Nojan Jahedmanesh | Retail Customers |
| Paul Daniel Storvick | Retail Customers |
| Paul Mcneal | Retail Customers |
| Paz Paramdeep Dhody | Retail Customers |
| Peter Truss | Retail Customers |
| Peter Van Newhyzen | Retail Customers |
| Pietro Vincent Licari | Retail Customers |
| Rebecca N Egan | Retail Customers |
| Rena Cannaa | Retail Customers |
| Richard Gordon | Retail Customers |
| Rishi Raj Yadav | Retail Customers |
| Roshandip Singh | Retail Customers |
| Ryan Yukio Nakaima | Retail Customers |
| San Lo | Retail Customers |
| Scott Mashburn | Retail Customers |
| Sergi Sagas | Retail Customers |
| Shawn Steven Steinborn | Retail Customers |
| Stephen Hawkins | Retail Customers |
| Steven Thayer Spiller | Retail Customers |
| Tam II Holdings LLLC | Retail Customers |
| Tarek Rajab Pacha | Retail Customers |
| Terence Foo | Retail Customers |
| Terry Parker | Retail Customers |
| Thomas Findlan | Retail Customers |
| Thomas Foo | Retail Customers |
| Thomas Schach | Retail Customers |
| Timothy Hiu Ki Lam | Retail Customers |
| Trent Johnson | Retail Customers |
| Umar Yusuf Girei | Retail Customers |
| Umesh Balani | Retail Customers |
| Vladimir Aneychik | Retail Customers |
| Vladislav Adzic | Retail Customers |
| Wesley Geunhyuk Chang | Retail Customers |
| William M Rogers | Retail Customers |
| Wing Hong Lai | Retail Customers |
| Yves Daniel Diserens | Retail Customers |
| Zaryn Dentzel | Retail Customers |
| 冰玉 梁 | Retail Customers |

## Schedule 2

## PWP Connections to Supplemental Parties in Interest

| Party in Interest | Relationship to Debtors | Relationship to PWP Advisory, Research, Sales, Trading Services |
|---|---|---|
| Fragomen, Del Rey, Bernsen & Loewy, LLP | Vendors | Vendor Affiliate |
| Okta, Inc. | Vendors | Vendor |
| Stout Risius Ross, LLC | Ordinary Course Professionals | Vendor |
| Ernst & Young LLP | Bankruptcy Professionals - Retained | Vendor Affiliate |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Potential Bidding Parties and Principals | Vendor |
| Willkie Farr & Gallagher LLP | Potential Bidding Parties and Principals | Vendor |
| U.S. Department of Treasury | Taxing Authority/Governmental/Regulatory Agencies | Advisory Client |