# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

Dan Latona  
To Call Writer Directly:  
+1 312 862-3445  
dan.latona@kirkland.com

300 North LaSalle  
Chicago, IL 60654  
United States

+1 312 862 2000

www.kirkland.com

Facsimile:  
+1 312 862 2200

May 10, 2023

**By eFile & E-mail**

Hon. Martin Glenn  
Chief United States Bankruptcy Judge  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green, Courtroom 523  
New York, NY 10004-1408

Re: *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Object to Debtors' KEIP Motion

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as <u>Exhibit 1</u> to the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] and upon mutual agreement with the official committee of unsecured creditors (the "<u>Committee</u>"), we write to request confirmation of the extension of the deadline for the Committee to object to the *Debtors' Motion Seeking Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief* [Docket No. 2336] (the "<u>KEIP Motion</u>") to Wednesday, June 21, 2023 at 4:00 p.m. (prevailing Eastern Time).

Sincerely,

/s/ *Dan Latona*

Dan Latona

---

cc: Gregory F. Pesce, Counsel to the Committee