ROTTENBERG LIPMAN RICH, P.C.
Mitchell Epner, Esq.
Jennifer A. Kreder, Esq.
The Helmsley Building
230 Park Avenue, 18th Floor
New York, New York 10169
Telephone: (212) 661-3080
Facsimile: (646) 203-0280
Email: mepner@rlrpclaw.com
jkreder@rlrpclaw.com

*Counsel for Grace Chung*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
CELSIUS NETWORK LLC, *et al.*,[1]                           :    Case No. 22-10964 (MG)
                                                            :
                                                            :
                        Debtor.                             :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X

**NOTICE OF APPEARANCE OF COUNSEL**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned chapter 11 case as counsel for Grace Chung in this matter and, pursuant to Rule 2002 and 9010(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), request that all

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

notices given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

>Mitchell Epner, Esq.
>Jennifer A. Kreder, Esq.
>**ROTTENBERG LIPMAN RICH, P.C.**
>The Helmsley Building
>230 Park Avenue, 18th Floor
>New York, New York 10169
>Telephone: (212) 661-3080
>Facsimile: (646) 203-0280
>Email: mepner@rlrpclaw.com
>           jkreder@rlrpclaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to a trial by jury in any proceeding related to, or triable in this case or any cases, controversy or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses,

setoffs or recoupments as appropriate , in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: May 11, 2023<br>New York, New York | ROTTENBERG LIPMAN RICH, P.C.<br><br>By: */s/ Mitchell Epner*<br>Mitchell Epner, Esq.<br>Jennifer A. Kreder, Esq.<br>The Helmsley Building<br>230 Park Avenue, 18th Floor<br>New York, New York 10169<br>Telephone: (212) 661-3080<br>Facsimile: (212) 867-1914<br>Email: mepner@rlrpclaw.com<br>          jkreder@rlrpclaw.com<br><br>*Counsel for Grace Chung* |