**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Celsius Network LLC                                    CASE NO.: 22–10964–mg

Social Security/Taxpayer ID/Employer ID/Other Nos.:          CHAPTER: 11
87–1192148

---

## NOTICE OF TRANSMITTAL OF
## RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on April 5, 2023, document number 2375, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 23–cv–3144 assigned to the Honorable Jennifer L. Rochon.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: May 9, 2023                                    Vito Genna
                                                      Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                                    Case No. 22-10964-mg

Celsius Network LLC                                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1                     User: admin                                   Page 1 of 9
Date Rcvd: May 09, 2023             Form ID: tranapl                          Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| unk | | Daniel A. Frishberg |
| cr | | Immanuel Herrmann |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2023                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Colodny | on behalf of Creditor Committee The Official Committee of Unsecured Creditors aaron.colodny@whitecase.com jdisanti@whitecase.com,mco@whitecase.com |
| Aaron Garber | on behalf of Creditor Renard Ulrey agarber@wgwc-law.com |
| Abigail Ryan | on behalf of Interested Party Texas State Securities Board abigail.ryan@oag.texas.gov |
| Adrienne Woods | on behalf of Creditor Gilbert Castillo adrienne@woodslawpc.com |
| Adrienne Woods | on behalf of Creditor Georges Georgiou adrienne@woodslawpc.com |
| Adrienne Woods | on behalf of Plaintiff Georges Georgiou adrienne@woodslawpc.com |
| Adrienne Woods | on behalf of Plaintiff Gilbert Castillo adrienne@woodslawpc.com |
| Adrienne Woods | |

| District/off: 0208-1 | User: admin | Page 2 of 9 |
|---|---|---|
| Date Rcvd: May 09, 2023 | Form ID: tranapl | Total Noticed: 0 |

|  |  |
|---|---|
|  | on behalf of Plaintiff Philip Harris Stewart adrienne@woodslawpc.com |
| Adrienne Woods | |
|  | on behalf of Creditor Philip Harris Stewart adrienne@woodslawpc.com |
| Alexandra Steinberg Barrage | |
|  | on behalf of Unknown Ripple Labs Inc. abarrage@dwt.com |
| Andrea Amulic | |
|  | on behalf of Creditor Committee The Official Committee of Unsecured Creditors andrea.amulic@whitecase.com jdisanti@whitecase.com,mco@whitecase.com |
| Andrew Jones | |
|  | on behalf of Transferee Ceratosaurus Investors  L.L.C. andrew@ajoneslaw.com |
| Andrew R. Gottesman | |
|  | on behalf of Unknown Symbolic Capital Partners gottesman@mintzandgold.com  gottesman@mintzandgold.com |
| Annemarie V. Reilly | |
|  | on behalf of Debtor Celsius Network LLC annemarie.reilly@lw.com |
| Anthony J. DeGirolamo | |
|  | on behalf of Creditor Eric Wohlwend tony@ajdlaw7-11.com |
| Arie Peled | |
|  | on behalf of Creditor Ignat Tuganov aapeled@venable.com |
| Barry R. Kleiner | |
|  | on behalf of Creditor Brendan White dkleiner@kkwc.com |
| Bonnie R. Golub | |
|  | on behalf of Creditor Matthew Pinto bgolub@wgpllp.com |
| Brian D. Glueckstein | |
|  | on behalf of Creditor Alameda Research LLC gluecksb@sullcrom.com s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com |
| Brian G. Hannon | |
|  | on behalf of Creditor Peter Polombo bhannon@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Bryan Kotliar | |
|  | on behalf of Plaintiff Ad Hoc Group of Custodial Account Holders bkotliar@teamtogut.com eblander@teamtogut.com;jmcclain@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com |
| Bryan Kotliar | |
|  | on behalf of Interested Party Ad Hoc Group of Custodial Account Holders bkotliar@teamtogut.com eblander@teamtogut.com;jmcclain@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com |
| Carl D. Neff | |
|  | on behalf of Creditor MRK Spanish Ridge  LLC carl.neff@fisherbroyles.com |
| Carl D. Neff | |
|  | on behalf of Unknown New Spanish Ridge  LLC carl.neff@fisherbroyles.com |
| Carl D. Neff | |
|  | on behalf of Creditor PREH Spanish Ridge  LLC carl.neff@fisherbroyles.com |
| Carla O. Andres | |
|  | on behalf of Examiner Fee Examiner Sontchi candres@gklaw.com  kboucher@gklaw.com |
| Carol Weiner Levy | |
|  | on behalf of Plaintiff Ignat Tuganov cwlevy@venable.com  cwlevy@venable.com |
| Catherine Steege | |
|  | on behalf of Examiner Shoba Pillay csteege@jenner.com  jeffrey_cross@discovery.com |
| Daniel Eggermann | |
|  | on behalf of Unknown Tether International Limited deggermann@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Daniel J. McCarthy | |
|  | on behalf of Creditor A2E  aka Anything2Everything dmccarthy@hillfarrer.com |
| Darren T. Azman | |
|  | on behalf of Interested Party Cred Inc. Liquidation Trust dazman@mwe.com  mco@mwe.com;cgreer@mwe.com |
| David Turetsky | |
|  | on behalf of Creditor Committee The Official Committee of Unsecured Creditors david.turetsky@whitecase.com jdisanti@whitecase.com,mco@whitecase.com |
| David J. Adler | |
|  | on behalf of Creditor John Dzaran dadler@mccarter.com |

District/off: 0208-1                     User: admin                                    Page 3 of 9
Date Rcvd: May 09, 2023                  Form ID: tranapl                               Total Noticed: 0

David J. Adler
on behalf of Creditor Monika Kosa dadler@mccarter.com

David J. Adler
on behalf of Creditor Paola Leano Peralta dadler@mccarter.com

David J. Adler
on behalf of Creditor Gregory Kieser dadler@mccarter.com

David J. Adler
on behalf of Creditor Michael Conlon dadler@mccarter.com

David J. Adler
on behalf of Unknown Michael Conlon dadler@mccarter.com

David J. Adler
on behalf of Plaintiff Ad Hoc Group of Borrowers dadler@mccarter.com

David J. Adler
on behalf of Creditor Zaryn Dentzel dadler@mccarter.com

David J. Adler
on behalf of Creditor Ad Hoc Group of Borrowers dadler@mccarter.com

David J. Adler
on behalf of Creditor Keith Suckno dadler@mccarter.com

David J. Adler
on behalf of Unknown Joseph Eduardo dadler@mccarter.com

David J. Adler
on behalf of Creditor Christopher Little dadler@mccarter.com

David J. Adler
on behalf of Unknown Martin Langlois dadler@mccarter.com

David J. Adler
on behalf of Unknown Ad Hoc Group of Borrowers dadler@mccarter.com

David J. Adler
on behalf of Creditor Anabelle Dias dadler@mccarter.com

David M Pohl
on behalf of Unknown Bradley Condit david.pohl@parkerpohl.com

Dawn R. Copley
on behalf of Unknown Thomas Shannon  D.D.S. dcopley@dickinsonwright.com, tcorey@dickinsonwright.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Celsius Network LLC dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Celsius Network Limited dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Plaintiff Celsius KeyFi LLC dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Dean Lindsay Chapman, Jr.
on behalf of Defendant Celsius Mining LLC dchapman@akingump.com
AGSearch-Lit@akingump.com;kmanlove@akingump.com;nymco@akingump.com

Deborah Kovsky-Apap
on behalf of Interested Party Ad Hoc Group of Withhold Account Holders and Other Transferees deborah.kovsky@troutman.com
kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Interested Party Ad Hoc Group of Withhold Account Holders deborah.kovsky@troutman.com
kay.kress@troutman.com

Devin Freedman
on behalf of Defendant KeyFi  Inc. vel@fnf.law

Devin Freedman
on behalf of Defendant Jason Stone vel@fnf.law

Dina L. Yunker Frank
on behalf of Creditor Washington State Taxing Agencies bcuyunker@atg.wa.gov

Edward J. LoBello
on behalf of Creditor Nol and Nhat Van Meyer elobello@msek.com

Edward J. LoBello
                    on behalf of Creditor Natakom Chulamorkodt elobello@msek.com

Edward J. LoBello
                    on behalf of Creditor Diana Thant elobello@msek.com

Elizabeth Scott
                    on behalf of Plaintiff Celsius Network Limited edscott@akingump.com

Elizabeth Scott
                    on behalf of Defendant Celsius Mining LLC edscott@akingump.com

Elizabeth Scott
                    on behalf of Plaintiff Celsius KeyFi LLC edscott@akingump.com

Emily K. Devan
                    on behalf of Unknown Josh Tornetta edevan@milesstockbridge.com

Eric Goldstein
                    on behalf of Creditor Gartner  Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Erica Kravchenko
                    on behalf of Creditor Keith Ryals ekravchenko@bernsteinlaw.com  ekravchenko@ecf.courtdrive.com

Erica Kravchenko
                    on behalf of Creditor Stuart McLean ekravchenko@bernsteinlaw.com  ekravchenko@ecf.courtdrive.com

Evan J. Zucker
                    on behalf of Interested Party John Marchioni ezucker@blankrome.com  eDocketing@blankrome.com

Gregory Kopacz
                    on behalf of Creditor Illumiti Corp a/k/a Syntax Systems USA LP gkopacz@sillscummis.com

Gregory F Pesce
                    on behalf of Consultant Elementus Inc. gregory.pesce@whitecase.com  jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce
                    on behalf of Creditor Committee The Official Committee of Unsecured Creditors gregory.pesce@whitecase.com
                    jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce
                    on behalf of Interested Party Perella Weinberg Partners LP gregory.pesce@whitecase.com
                    jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce
                    on behalf of Financial Advisor M3 Advisory Partners  LP gregory.pesce@whitecase.com,
                    jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce
                    on behalf of Other Prof. Gornitzky & Co. gregory.pesce@whitecase.com  jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce
                    on behalf of Other Prof. Elementus Inc. gregory.pesce@whitecase.com  jdisanti@whitecase.com,mco@whitecase.com

Hollace T. Cohen
                    on behalf of Creditor Vincent Theodore Goetten hollace.cohen@fisherbroyles.com

Howard Steel
                    on behalf of Defendant Prime Trust  LLC HSteel@goodwinlaw.com

Hugh R. McCullough
                    on behalf of Unknown Ripple Labs Inc. hughmccullough@dwt.com  sherriparsons@dwt.com;SEADocket@dwt.com

James I. Glasser
                    on behalf of Unknown Connor Nolan c/o Wiggin and Dana LLP jglasser@wiggin.com

Jason A Nagi
                    on behalf of Unknown Ad Hoc Group of Earn Account Holders including Immanuel Herrmann  Nicholas Farr and Brett Perry
                    jason.nagi@offitkurman.com, rona.cohen@offitkurman.com

Jeffrey Bernstein
                    on behalf of Interested Party New Jersey Bureau of Securities jbernstein@mdmc-law.com  kpatterson@mdmc-law.com

Jeffrey Bernstein
                    on behalf of Creditor The New Jersey Bureau of Securities jbernstein@mdmc-law.com  kpatterson@mdmc-law.com

Jeffrey Alan Latov
                    on behalf of Defendant Celsius Mining LLC jlatov@akingump.com

Jeffrey R. Gleit
                    on behalf of Interested Party Ashraf Elshafei jeffrey.gleit@afslaw.com  lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Jeffrey S. Cianciulli

District/off: 0208-1                           User: admin                                    Page 5 of 9

Date Rcvd: May 09, 2023                        Form ID: tranapl                               Total Noticed: 0

on behalf of Creditor Matthew Pinto jcianciulli@wgpllp.com  imarciniszyn@weirpartners.com

Jeffrey S. Sabin

on behalf of Plaintiff Ignat Tuganov jssabin@venable.com

Jeffrey S. Sabin

on behalf of Creditor Ignat Tuganov jssabin@venable.com

Jennifer Rood

on behalf of Creditor Vermont Dept. of Financial Regulation jennifer.rood@vermont.gov

Jennifer Selendy

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jselendy@selendygay.com

Jessica Mannon

on behalf of Plaintiff Celsius Network Limited jmannon@akingump.com

Jessica Mannon

on behalf of Plaintiff Celsius KeyFi LLC jmannon@akingump.com

Joel L Perrell, Jr

on behalf of Unknown Josh Tornetta joel.perrell@wbd-us.com

John Kane

on behalf of Plaintiff Celsius Network Limited jkane@akingump.com

John Kane

on behalf of Plaintiff Celsius Network LLC jkane@akingump.com

John Reding

on behalf of Creditor Illinois Secretary of State john.reding@ilag.gov

Joshua Mester

on behalf of Stockholder CDP Investissements Inc. jmester@jonesday.com

Joshua Sussberg

on behalf of Defendant Celsius Network Inc. jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

on behalf of Debtor Celsius KeyFi LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

on behalf of Debtor Celsius Mining LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

on behalf of Debtor Celsius Lending LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

on behalf of Other Prof. Centerview Partners LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

on behalf of Plaintiff Celsius Network LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

on behalf of Defendant Celsius Keyfi LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

on behalf of Attorney Kirkland & Ellis LLP and Kirkland & Ellis International LLP jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

on behalf of Debtor GK8 Ltd. jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

on behalf of Financial Advisor Alvarez & Marsal North America  LLC jsussberg@kirkland.com,
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

on behalf of Defendant Celsius Mining LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg

on behalf of Debtor Celsius Network LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

District/off: 0208-1                                    User: admin                                         Page 6 of 9

Date Rcvd: May 09, 2023                            Form ID: tranapl                                   Total Noticed: 0

Joshua Sussberg
                    on behalf of Defendant Celsius Network Limited jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Defendant Celsius US Holding LLC jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Debtor Celsius Network Limited jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Debtor GK8 USA LLC jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Debtor Celsius US Holding LLC jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Debtor Celsius Network Inc. jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Plaintiff Celsius KeyFi LLC jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Defendant Celsius Network LLC jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Other Prof. Ernst & Young LLP jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Defendant Celsius Lending LLC jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Debtor Celsius Networks Lending LLC jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Defendant Celsius Networks Lending LLC jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Plaintiff Celsius Network Limited jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
                    on behalf of Debtor GK8 UK Limited jsussberg@kirkland.com
                    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Weedman
                    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jweedman@whitecase.com
                    jdisanti@whitecase.com,mco@whitecase.com

Joyce A. Kuhns
                    on behalf of Unknown Ad Hoc Group of Earn Account Holders including Immanuel Herrmann  Nicholas Farr and Brett Perry
                    jkuhns@offitkurman.com

Juandisha Harris
                    on behalf of Creditor State of Michigan Department of Treasury harrisj12@michigan.gov

Julie F. Montgomery
                    on behalf of Creditor SAP America  Inc. jmontgomery@brownconnery.com

Karen Cordry
                    on behalf of Attorney Karen Cordry kcordry@naag.org

Karen Cordry
                    on behalf of Interested Party Alabama  Arkansas, California, District of Columbia, Hawaii, Maine, Missouri, North Dakota, and
                    Oklahoma kcordry@naag.org

Katherine Johnson
                    on behalf of Interested Party Federal Trade Commission kjohnson3@ftc.gov  kaizpuru@ftc.gov

Katherine Stadler
                    on behalf of Attorney Godfrey & Kahn  S.C. kstadler@gklaw.com, kboucher@gklaw.com

District/off: 0208-1    User: admin    Page 7 of 9
Date Rcvd: May 09, 2023    Form ID: tranapl    Total Noticed: 0

Katherine Stadler
on behalf of Examiner Fee Examiner Sontchi kstadler@gklaw.com  kboucher@gklaw.com

Kevin J. Windels
on behalf of Interested Party Kevin Windels Euclid Financial Institution Underwriters  LLC kwindels@kdvlaw.com,
ecf@damato-lynch.com;managingclerk@damato-lynch.com

Kimberly Anne Havlin
on behalf of Creditor Committee The Official Committee of Unsecured Creditors kim.havlin@whitecase.com
jdisanti@whitecase.com;mco@whitecase.com

Kyle J. Ortiz
on behalf of Interested Party Ad Hoc Group of Custodial Account Holders kortiz@teamtogut.com
dperson@teamtogut.com;aoden@teamtogut.com;eblander@teamtogut.com;bkotliar@teamtogut.com;gquist@teamtogut.com;astol
p@teamtogut.com;lebrahimi@teamtogut.com

Kyle J. Ortiz
on behalf of Plaintiff Ad Hoc Group of Custodial Account Holders kortiz@teamtogut.com
dperson@teamtogut.com;aoden@teamtogut.com;eblander@teamtogut.com;bkotliar@teamtogut.com;gquist@teamtogut.com;astol
p@teamtogut.com;lebrahimi@teamtogut.com

Kyle William Roche
on behalf of Defendant Jason Stone kyle@kyleroche.law  akaradjas@rochefreedman.com

Kyle William Roche
on behalf of Defendant KeyFi  Inc. kyle@kyleroche.law, akaradjas@rochefreedman.com

Kyle William Roche
on behalf of Creditor KeyFi Inc. kyle@kyleroche.law  akaradjas@rochefreedman.com

Kyle William Roche
on behalf of Creditor Jason Stone kyle@kyleroche.law  akaradjas@rochefreedman.com

Lawrence J. Kotler
on behalf of Creditor Adrian Perez-Siam ljkotler@duanemorris.com

Layla Milligan
on behalf of Interested Party Texas State Securities Board Layla.Milligan@oag.texas.gov

Layla Milligan
on behalf of Interested Party Texas Department of Banking Layla.Milligan@oag.texas.gov

Lucian Murley
on behalf of Interested Party Willis Towers Watson US LLC luke.murley@saul.com  robyn.warren@saul.com

Lucy Thomson
on behalf of Consumer Privacy Ombudsman Consumer Privacy Ombudsman lucythomson_cpo@earthlink.net

Malcolm M Bates
on behalf of Creditor Adrian Perez-Siam mbates@duanemorris.com

Mark Norgaard
on behalf of Creditor Peter Polombo mnorgaard@norgaardfirm.com  crose@norgaardfirm.com;sferreira@norgaardfirm.com

Mark A. Lindsay
on behalf of Creditor Brett Flora mlindsay@bernsteinlaw.com

Mark A. Lindsay
on behalf of Creditor Keith Ryals mlindsay@bernsteinlaw.com

Mark A. Lindsay
on behalf of Creditor Kim David Flora mlindsay@bernsteinlaw.com

Mark A. Lindsay
on behalf of Creditor Courtney Burks Steadman mlindsay@bernsteinlaw.com

Mark A. Lindsay
on behalf of Creditor Stuart McLean mlindsay@bernsteinlaw.com

Mark Warren Hancock
on behalf of Examiner Fee Examiner Sontchi mhancock@gklaw.com

Marvin E. Clements, Jr.
on behalf of Creditor TN Dept of Commerce and Insurance agbanknewyork@ag.tn.gov

Melissa L. Van Eck
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov

Michael Andolina
on behalf of Creditor Committee The Official Committee of Unsecured Creditors mandolina@whitecase.com
jdisanti@whitecase.com,mco@whitecase.com

Michael Chen

|  |  |
|---|---|
| | on behalf of Plaintiff Celsius Network Limited mchen@akingump.com |
| Michael Chen | |
| | on behalf of Plaintiff Celsius KeyFi LLC mchen@akingump.com |
| Michael D. Morris | |
| | on behalf of Interested Party State of Wisconsin - Dep't of Financial Instutions morrismd@doj.state.wi.us radkeke@doj.state.wi.us |
| Michael P. Broadhurst | |
| | on behalf of Creditor Matthew Pinto mbroadhurst@wgpllp.com |
| Michael R. Herz | |
| | on behalf of Creditor Nuno Saravia mherz@foxrothschild.com  cbrown@formanlaw.com |
| Michael S. Etkin | |
| | on behalf of Interested Party Proposed Lead Plaintiffs In Securities Class Action Litigation metkin@lowenstein.com mseymour@lowenstein.com |
| Michael Todd Parker | |
| | on behalf of Unknown Bradley Condit todd.parker@parkerpohl.com |
| Mitchell Hurley | |
| | on behalf of Plaintiff Celsius Network Limited mhurley@akingump.com  bkemp@akingump.com;dkrasa@akingump.com |
| Mitchell Hurley | |
| | on behalf of Defendant Celsius Mining LLC mhurley@akingump.com  bkemp@akingump.com;dkrasa@akingump.com |
| Mitchell Hurley | |
| | on behalf of Debtor Celsius Network LLC mhurley@akingump.com  bkemp@akingump.com;dkrasa@akingump.com |
| Mitchell Hurley | |
| | on behalf of Plaintiff Celsius Network LLC mhurley@akingump.com  bkemp@akingump.com;dkrasa@akingump.com |
| Mitchell Hurley | |
| | on behalf of Plaintiff Celsius KeyFi LLC mhurley@akingump.com  bkemp@akingump.com;dkrasa@akingump.com |
| Monique Debrikka Jewett-Brewster | |
| | on behalf of Creditor Jonathan Jerry Shroyer mjb@hopkinscarley.com  eamaro@hopkinscarley.com |
| Morris D. Weiss | |
| | on behalf of Creditor RH Montgomery Properties  Inc. morris.weiss@hklaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com |
| Nelly Cessiska Almeida | |
| | on behalf of Stockholder CDP Investissements Inc. nalmeida@milbank.com jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com |
| Nelly Cessiska Almeida | |
| | on behalf of Stockholder Celsius New SPV Investors  LP nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com |
| Nelly Cessiska Almeida | |
| | on behalf of Stockholder Community First Partners  LLC nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com |
| Nelly Cessiska Almeida | |
| | on behalf of Stockholder Celsius SPV Investors  LP nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com |
| Nicole A Leonard | |
| | on behalf of Creditor The New Jersey Bureau of Securities nleonard@mdmc-law.com  sshidner@mdmc-law.com |
| Paul N. Silverstein | |
| | on behalf of Interested Party Creditor Rights Coalition paulsilverstein@huntonak.com |
| Paul R. Shankman | |
| | on behalf of Creditor   Resources Connection, LLC, dba Resources Global Professionals, aka RGP pshankman@fortislaw.com |
| Raniero D'Aversa | |
| | on behalf of Interested Party Galaxy Digital Trading LLC rdaversa@orrick.com mperrigino@orrick.com;nymao@orrick.com;casestream@ecf.courtdrive.com |
| Ray C Schrock | |
| | on behalf of Unknown Core Scientific  Inc. ray.schrock@weil.com, matthew.goren@weil.com |
| Richard J. Pilson | |
| | on behalf of Creditor Lisa T Vickers richardjpilson@aol.com |
| Roma N Desai | |
| | on behalf of Interested Party Texas State Securities Board roma.desai@oag.texas.gov |
| Ronit Berkovich | |

on behalf of Unknown Core Scientific  Inc. Ronit.Berkovich@weil.com

Samuel P Hershey

on behalf of Plaintiff Official Committee of Unsecured Creditors shershey@whitecase.com
mco@whitecase.com,jdisanti@whitecase.com

Samuel P Hershey

on behalf of Creditor Committee The Official Committee of Unsecured Creditors shershey@whitecase.com
mco@whitecase.com,jdisanti@whitecase.com

Scott D. Simon

on behalf of Creditor Signature Bank ssimon@goetzfitz.com

Seth H. Lieberman

on behalf of Creditor Thomas DiFiore slieberman@pryorcashman.com  cfrench@pryorcashman.com

Shara Claire Cornell

on behalf of U.S. Trustee United States Trustee shara.cornell@usdoj.gov

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shaya Rochester

on behalf of Interested Party Perella Weinberg Partners LP shaya.rochester@katten.com
courtalertnyc@katten.com;nyc.bknotices@katten.com

Stephen Manning

on behalf of Unknown State of Washington Stephen.Manning@atg.wa.gov  GCEEF@atg.wa.gov

Steven Mulligan

on behalf of Creditor Joe Breher smulligan@cp2law.com

Stuart P. Gelberg

on behalf of Creditor Clint Petty spg@13trustee.net

Stuart P. Gelberg

on behalf of Creditor Kyle Farmery spg@13trustee.net

Stuart P. Gelberg

on behalf of Creditor Yasmine Petty spg@13trustee.net

Stuart P. Gelberg

on behalf of Creditor Jyoti Sukhnani spg@13trustee.net

Stuart P. Gelberg

on behalf of Creditor Brandon Voss spg@13trustee.net

Susan L Adler

on behalf of Unknown Odette Wohlman nycsa@aol.com  susannycsa@gmail.com

Susan L Adler

on behalf of Stockholder Andersen Invest Luxembourg S.A SPF nycsa@aol.com  susannycsa@gmail.com

Therese Scheuer

on behalf of Interested Party U.S. Securities and Exchange Commission scheuert@sec.gov

Thomas Robert Dominczyk

on behalf of Creditor AmTrust North America  Inc. on behalf of Associated Industries Insurance Company, Inc.
tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

Thomas Scott Leo

on behalf of Creditor GREAT AMERICAN INSURANCE COMPANY sleo@leolawpc.com  emartinez@leolawpc.com

Tyler Nathaniel Layne

on behalf of Creditor RH Montgomery Properties  Inc. tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

Vincent Edward Lazar

on behalf of Examiner Shoba Pillay vlazar@jenner.com

Virginia T. Shea

on behalf of Creditor The New Jersey Bureau of Securities vshea@mdmc-law.com

William D Schroeder, Jr

on behalf of Creditor EMCO Technology  Inc. schroeder@jrlaw.org, healey@jrlaw.org

TOTAL: 206