**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
Email: jselendy@selendygay.com
      fgay@selendygay.com
      tagangawilliams@selendygay.com
      cobrien@selendygay.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**THIRD DECLARATION OF JENNIFER M. SELENDY IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SELENDY GAY ELSBERG PLLC AS CO-COUNSEL EFFECTIVE AS OF JANUARY 8, 2023**

I, Jennifer M. Selendy, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.    I am a partner of the law firm Selendy Gay Elsberg PLLC ("**Selendy Gay Elsberg**" or the "**Firm**"), which maintains offices for the practice of law at 1290 Avenue of the Americas,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

New York, NY 10104. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in New York. There are no disciplinary proceedings pending against me in any jurisdiction.

2. I submit this third declaration (the "**Third Declaration**") pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1, 2016 and Rule 9013-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**") in support of the *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Selendy Gay Elsberg PLLC as Co-Counsel Effective as of January 8, 2023* [Docket No. 1964] (the "**Application**").[2] My first declaration was submitted as Exhibit B to the Application (the "**First Declaration**"). My second declaration was filed on March 7, 2023 [Docket No. 2191] (the "**Second Declaration**") (collectively, the "**Prior Declarations**").

3. On March 16, 2023, the Court entered the *Order Authorizing the Employment and Retention of Selendy Gay Elsberg PLLC as Co-Counsel for the Official Committee of Unsecured Creditors Effective as of January 8, 2023* [Docket No. 2251] (the "**Retention Order**").

4. To the extent that Selendy Gay Elsberg determines that any information disclosed herein requires amendment or modification upon Selendy Gay Elsberg's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

submitted to the Court reflecting the same. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

5. As stated in the Prior Declarations, Selendy Gay Elsberg has reviewed and will continue to review its files periodically during these chapter 11 cases with respect to known and newly identified parties in interest. If any new relevant facts or relationship are discovered or arise, Selendy Gay Elsberg will use reasonable efforts to identify such developments and will promptly file a supplemental declaration.

6. This Third Declaration discloses information from (i) Selendy Gay Elsberg's continued periodic review of Parties in Interest, and (ii) Selendy Gay Elsberg's review of the Supplemental Parties in Interest, as those terms are defined below.

**Periodic Review of Parties in Interest**

7. In connection with the Prior Declarations, Selendy Gay Elsberg conducted a disclosure review based on a list of names supplied by the Debtors' counsel and provided to Selendy Gay Elsberg by White & Case, co-counsel to the Committee, which were first listed on Schedule 1 of the Application, annexed thereto (the **"Parties in Interest"**). Selendy Gay Elsberg conducted searches on its electronic databases for potential connections to Parties in Interest. Based on those searches, Selendy Gay Elsberg made certain disclosures regarding certain Parties in Interest either (i) that Selendy Gay Elsberg currently represents or has represented within the last two (2) years, in matters unrelated to the Debtors, these chapter 11 cases, or such parties' claims against and interest in the Debtors; or (ii) that have a relationship with an entity or individual that Selendy Gay

---

[3] Certain of the disclosures herein relate to matters within the knowledge of attorneys or employees of Selendy Gay Elsberg and are based on information provided by them.

3

Elsberg currently represents, or has represented within the last two (2) years, in matters unrelated to the Debtors, these chapter 11 cases, or such entities' claims against and interest in the Debtors.[4]

8. The Prior Declarations stated that Selendy Gay Elsberg would continue to review and periodically refresh the search results regarding the Parties in Interest. Since filing the Prior Declarations, Selendy Gay Elsberg has continued its review of the Parties in Interest and conducted updated searches on its electronic databases for potential connections to Parties in Interest.

9. From this continued review, **Schedule 2**, annexed hereto, discloses certain Parties in Interest either (i) that Selendy Gay Elsberg currently represents or has represented within the last two (2) years, in matters unrelated to the Debtors, these chapter 11 cases, or such parties' claims against and interest in the Debtors; or (ii) that have a relationship with an entity or individual that Selendy Gay Elsberg currently represents, or has represented within the last two (2) years, in matters unrelated to the Debtors, these chapter 11 cases, or such entities' claims against and interest in the Debtors.

10. None of the Parties in Interest listed on Schedule 2 represented more than 1% of Selendy Gay Elsberg's revenue for the twelve-month period through March 31, 2023, except for an entity with a known relationship to Dow Jones & Company, Inc. that represented 1.1% of Selendy Gay Elsberg's revenue for the twelve-month period from April 1, 2022 to March 31, 2023,

---

[4] Where particular name(s) supplied by the Debtors and provided to Selendy Gay Elsberg by White & Case are incomplete or ambiguous, Selendy Gay Elsberg's search was broad and inclusive and erred on the side of disclosure. Additionally, Selendy Gay Elsberg's disclosures are over-inclusive generally, and Selendy Gay Elsberg erred on the side of disclosure when identifying potential relationships. Finally, the Application and Prior Declarations are for convenience and are not, and shall not be construed as, an acknowledgement or admission regarding any potential party in interest, including with respect to any claims or relationships that such potential party in interest may have with the Debtors.

4

and an entity with a known relationship to Alan Jeffrey Carr that represented 2.2% of Selendy Gay Elsberg's revenue for the twelve-month period from April 1, 2022 to March 31, 2023.

**Review of Supplemental List of Parties in Interest**

11. Since filing the Prior Declarations, Selendy Gay Elsberg received a list of additional names supplied by the Debtors' counsel and provided to Selendy Gay Elsberg by White & Case, co-counsel to the Committee, which are identified on **Schedule 1** annexed hereto (the "**Supplemental Parties in Interest**").

12. Following the procedures set forth in the First Declaration, Selendy Gay Elsberg conducted a disclosure review with respect to the Firm's potential connections to the Supplemental Parties in Interest. Selendy Gay Elsberg conducted searches on its electronic databases for its potential connections to the names identified on the Supplemental Parties in Interest List.

13. **Schedule 2**, annexed hereto, sets forth certain Supplemental Parties in Interest from this review, BlackRock, BlockFI, and Digital Currency Group, which have a relationship with an entity or individual that Selendy Gay Elsberg currently represents, in matters unrelated to the Debtors, these chapter 11 cases, or such entities' claims against and interest in the Debtors.[5]

14. None of the Supplemental Parties in Interest listed on Schedule 2 represented more than 1% of Selendy Gay Elsberg's revenue for the twelve-month period from April 1, 2022 through March 31, 2023.

---

[5] Where particular name(s) supplied by the Debtors and provided to Selendy Gay Elsberg by White & Case are incomplete or ambiguous, Selendy Gay Elsberg's search was broad and inclusive and erred on the side of disclosure. Additionally, Schedule 2 is over-inclusive generally and Selendy Gay Elsberg erred on the side of disclosure when identifying potential relationships. Finally, this Declaration is for convenience and is not, and shall not be construed as, an acknowledgement or admission regarding any potential party in interest, including with respect to any claims or relationships that such potential party in interest may have with the Debtors.

**Additional Disclosures Regarding Specific Names on Schedule 2**

15.     Alan Jeffrey Carr, who serves as a director of Celsius Network Limited, serves on the management team of an entity that Selendy Gay Elsberg represents in matters unrelated to the Debtors, these chapter 11 cases, or such entities' claims against and interest in the Debtors. Based on the foregoing, I do not believe that Mr. Carr's involvement on the management team of certain Selendy Gay Elsberg clients or affiliates thereof precludes Selendy Gay Elsberg from meeting the standard for retention of Committee counsel under the Bankruptcy Code.

16.     Caisse de dépôt et placement du Québec has a known relationship with an entity that Selendy Gay Elsberg does not currently represent but has represented within the last two (2) years, in matters unrelated to the Debtors, these chapter 11 cases, or such entities' claims against and interest in the Debtors. Caisse de dépôt et placement du Québec is a global investment firm with many investments and relationships worldwide. Based on the foregoing, I do not believe that Selendy Gay Elsberg's former representation of an entity with a known relationship to Caisse de dépôt et placement du Québec precludes Selendy Gay Elsberg from meeting the standard for retention of Committee counsel under the Bankruptcy Code.

**Reaffirmation of Statement of Disinterestedness**

17.     Based on the foregoing, to the best of my knowledge and insofar as I have been able to ascertain, (a) Selendy Gay Elsberg is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) Selendy Gay Elsberg holds no interest adverse under section 1103(b) of the Bankruptcy Code, and (c) Selendy Gay Elsberg has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Application, the Prior

6

Declarations, or this Third Declaration. Accordingly, I respectfully submit that the requirements for Selendy Gay Elsberg's retention as attorneys for the Committee have been met.

Dated: May 12, 2023
New York, New York

    /s/   *Jennifer M. Selendy*
Jennifer M. Selendy
Partner, Selendy Gay Elsberg PLLC

# SCHEDULE 1

## Supplemental Parties in Interest

| Name | Category |
|---|---|
| Bentley, Philip | Bankruptcy Judge |
| Bonnell, Julia | Bankruptcy Judges Staff |
| Pollan, Jennifer | Bankruptcy Judges Staff |
| KE Andrews | Bankruptcy Professionals - Other |
| Andersen LLP | Bankruptcy Professionals - Other |
| A.M. Saccullo Legal, LLC | Bankruptcy Professionals - Retained |
| Fischer (FBC & Co.) | Bankruptcy Professionals - Retained |
| Ernst & Young LLP | Bankruptcy Professionals - Retained |
| Lowenstein Sandler LLP | Notice of Appearance / Pro Hac Vice |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Notice of Appearance / Pro Hac Vice |
| Orrick, Herrington & Sutcliffe LLP | Notice of Appearance / Pro Hac Vice |
| Pennsylvania Office of Attorney General | Notice of Appearance / Pro Hac Vice |
| Wadsworth, Garber, Warner and Conrardy, P.C | Notice of Appearance / Pro Hac Vice |
| Brett Flora | Notice of Appearance / Pro Hac Vice |
| Brown Connery | Notice of Appearance / Pro Hac Vice |
| CDP Investments Inc. | Notice of Appearance / Pro Hac Vice |
| Coan Payton & Paine | Notice of Appearance / Pro Hac Vice |
| Courtney Burks Steadman | Notice of Appearance / Pro Hac Vice |
| Illinois Secretary of State | Notice of Appearance / Pro Hac Vice |
| Joe Breher | Notice of Appearance / Pro Hac Vice |
| Josh Tornetta | Notice of Appearance / Pro Hac Vice |
| JR Law | Notice of Appearance / Pro Hac Vice |
| Keith Ryals | Notice of Appearance / Pro Hac Vice |
| Kim Flora | Notice of Appearance / Pro Hac Vice |
| Livingston PLLC | Notice of Appearance / Pro Hac Vice |
| Lucy Thomson | Notice of Appearance / Pro Hac Vice |
| Miles & Stockbridge | Notice of Appearance / Pro Hac Vice |
| Pennsylvania Department of Revenue | Notice of Appearance / Pro Hac Vice |
| Saul Ewing | Notice of Appearance / Pro Hac Vice |
| Texas Attorney General | Notice of Appearance / Pro Hac Vice |
| Willis Towers Watson US LLC | Notice of Appearance / Pro Hac Vice |
| Stout Risius Ross, LLC | Ordinary Course Professionals |
| Arrington Capital | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| Beowulf | Potential Bidding Parties and Principals |
| Block Chain Recovery Committee | Potential Bidding Parties and Principals |
| Brown Rudnick LLP | Potential Bidding Parties and Principals |

| Name | Category |
|---|---|
| ■■■ | Potential Bidding Parties and Principals |
| ■■■ | Potential Bidding Parties and Principals |
| Fahrenheit, LLC | Potential Bidding Parties and Principals |
| Gemini Trust Company, LLC | Potential Bidding Parties and Principals |
| GXD Labs LLC | Potential Bidding Parties and Principals |
| Jason New | Potential Bidding Parties and Principals |
| ■■■ | Potential Bidding Parties and Principals |
| ■■■ | Potential Bidding Parties and Principals |
| ■■■ | Potential Bidding Parties and Principals |
| Michael Abbate | Potential Bidding Parties and Principals |
| Michael Cagney | Potential Bidding Parties and Principals |
| ■■■ | Potential Bidding Parties and Principals |
| ■■■ | Potential Bidding Parties and Principals |
| ■■■ | Potential Bidding Parties and Principals |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Potential Bidding Parties and Principals |
| Plutus Lending LLC (d/b/a Abra) | Potential Bidding Parties and Principals |
| Proof Group Capital Management LLC | Potential Bidding Parties and Principals |
| ■■■ | Potential Bidding Parties and Principals |
| Ravi Kaza | Potential Bidding Parties and Principals |
| Steven Kokinos | Potential Bidding Parties and Principals |
| Terawulf | Potential Bidding Parties and Principals |
| ■■■ | Potential Bidding Parties and Principals |
| ■■■ | Potential Bidding Parties and Principals |
| US Bitcoin Corp. | |
| U.S. Data Mining Group, Inc. (d/b/a US Bitcoin Corp.) | Potential Bidding Parties and Principals |
| ■■■ | Potential Bidding Parties and Principals |
| Van Eck Absolute Return Advisers Corporation | Potential Bidding Parties and Principals |
| Willkie Farr & Gallagher LLP | Potential Bidding Parties and Principals |
| Aaron Dale Higbee | Retail Customers |
| Adam David Fritz | Retail Customers |
| Adam Joscelyne | Retail Customers |
| Adam Kryskow | Retail Customers |
| Alain Bonvecchio | Retail Customers |
| Alfred Bokhour | Retail Customers |
| Amirhossein Aminsharifi | Retail Customers |
| Andy Tran | Retail Customers |
| Annette Christine Davies | Retail Customers |
| Ariel Ceja | Retail Customers |
| Austin Wilcox | Retail Customers |
| Balazs Lesko | Retail Customers |
| Benjamin Julian Dame | Retail Customers |

| Name | Category |
| --- | --- |
| Berne Loh Tai Yuan | Retail Customers |
| Biao Shou | Retail Customers |
| Brandon Singer | Retail Customers |
| Brian Bang | Retail Customers |
| Brian Barnes | Retail Customers |
| Bryan Perl | Retail Customers |
| Calvin Spencer Rawe | Retail Customers |
| Cherktyek Consulting, Llc | Retail Customers |
| Christian Ander | Retail Customers |
| Christopher Chung | Retail Customers |
| Christopher James Maudlin | Retail Customers |
| Christopher Shey-Tau Sun | Retail Customers |
| Clarence Thomas | Retail Customers |
| Clint Worden | Retail Customers |
| Cort Kibler-Melby | Retail Customers |
| Craig Wilson Mcgarrah Iii | Retail Customers |
| Daniel Miller | Retail Customers |
| David Anthony Sims | Retail Customers |
| David Arie Schneider | Retail Customers |
| David Carl Lindahl | Retail Customers |
| David Dennis | Retail Customers |
| David Fahrney | Retail Customers |
| David Jeffries | Retail Customers |
| David Little | Retail Customers |
| Davis Chan | Retail Customers |
| Dias Malayev | Retail Customers |
| Didier Pawlicki | Retail Customers |
| Dimitris Zourdos | Retail Customers |
| Don Hosea Smith | Retail Customers |
| Donald Jay Vinberg | Retail Customers |
| Eduardo Sy Jr Buenviaje | Retail Customers |
| Four Thirteen Llc | Retail Customers |
| Franklin Kashner | Retail Customers |
| George Chavous | Retail Customers |
| George Vasile | Retail Customers |
| Gregory Allen Kieser | Retail Customers |
| Hamad Alshamsi | Retail Customers |
| Hayden Smith | Retail Customers |
| Heather Trussell | Retail Customers |
| Herman Vissia | Retail Customers |
| Hr National Pty Ltd | Retail Customers |
| Ivari Kuuse | Retail Customers |
| J&J Hoffard Pty Ltd Atf Hoffard Family Trust | Retail Customers |

| Name | Category |
|---|---|
| Jacob Daniels | Retail Customers |
| Jacob John Ring | Retail Customers |
| Jad Jubayli | Retail Customers |
| Jansen P Del Vecchio | Retail Customers |
| Jason Colling | Retail Customers |
| Jeffrey J Bradian | Retail Customers |
| Jeffrey R Kerr | Retail Customers |
| Jianwei Hu | Retail Customers |
| JLS Projects, LLC | Retail Customers |
| John Cioffoletti | Retail Customers |
| John Robert Kemenosh | Retail Customers |
| Johnny Piquero | Retail Customers |
| Jon Collins-Black | Retail Customers |
| Jonathon Robert Prendergast | Retail Customers |
| Joseph Michael Breher | Retail Customers |
| Keith Ryals | Retail Customers |
| Kipton Ford Anderson | Retail Customers |
| Law Offices Of Stefan Coleman, P.A | Retail Customers |
| Marc Shachtman | Retail Customers |
| Marcelo Tellez Anderson | Retail Customers |
| Marco Bonomi | Retail Customers |
| Mario Harrison Asp | Retail Customers |
| Mark E Blair | Retail Customers |
| Mark Finelli | Retail Customers |
| Mark Redeker | Retail Customers |
| Mathew Salazar | Retail Customers |
| Matias Ureta Montero | Retail Customers |
| Matthew Evan Scott | Retail Customers |
| Melissa Ann Licari | Retail Customers |
| Miae Kim | Retail Customers |
| Michael R Blemaster | Retail Customers |
| Michael Russell Fortwengler | Retail Customers |
| Mokrohond Btc Llc | Retail Customers |
| Nathan Boyd | Retail Customers |
| Nick Cousyn | Retail Customers |
| Nojan Jahedmanesh | Retail Customers |
| Paul Daniel Storvick | Retail Customers |
| Paul Mcneal | Retail Customers |
| Paz Paramdeep Dhody | Retail Customers |
| Peter Truss | Retail Customers |
| Peter Van Newhyzen | Retail Customers |
| Pietro Vincent Licari | Retail Customers |
| Rebecca N Egan | Retail Customers |
| Rena Cannaa | Retail Customers |

| Name | Category |
| --- | --- |
| Richard Gordon | Retail Customers |
| Rishi Raj Yadav | Retail Customers |
| Roshandip Singh | Retail Customers |
| Ryan Yukio Nakaima | Retail Customers |
| San Lo | Retail Customers |
| Scott Mashburn | Retail Customers |
| Sergi Sagas | Retail Customers |
| Shawn Steven Steinborn | Retail Customers |
| Stephen Hawkins | Retail Customers |
| Steven Thayer Spiller | Retail Customers |
| Tam II Holdings LLLC | Retail Customers |
| Tarek Rajab Pacha | Retail Customers |
| Terence Foo | Retail Customers |
| Terry Parker | Retail Customers |
| Thomas Findlan | Retail Customers |
| Thomas Foo | Retail Customers |
| Thomas Schach | Retail Customers |
| Timothy Hiu Ki Lam | Retail Customers |
| Trent Johnson | Retail Customers |
| Umar Yusuf Girei | Retail Customers |
| Umesh Balani | Retail Customers |
| Vladimir Aneychik | Retail Customers |
| Vladislav Adzic | Retail Customers |
| Wesley Geunhyuk Chang | Retail Customers |
| William M Rogers | Retail Customers |
| Wing Hong Lai | Retail Customers |
| Yves Daniel Diserens | Retail Customers |
| Zaryn Dentzel | Retail Customers |
| 冰玉 梁 | Retail Customers |
| U.S. Department of Treasury | Taxing Authority/Governmental/Regulatory Agencies |
| Selendy Gay Elsberg PLLC | UCC Professionals |
| Gornitzky & Co. | UCC Professionals |
| M3 Advisory Partners, LP | UCC Professionals |
| Acxiom LLC | Vendors |
| Aguilar Castillo Love, S.r.l. | Vendors |
| Allied Universal | Vendors |
| American Arbitration Association | Vendors |
| Aon Consulting, Inc. | Vendors |
| Appleby (Bermuda) Limited | Vendors |
| Aquatech Solutions | Vendors |
| Argus, Inc. | Vendors |
| Bernstein & Andriulli | Vendors |
| BGOV LLC | Vendors |

| Name | Category |
|---|---|
| Board of European Students of Technology | Vendors |
| Bureau van Dijk Electronic Publishing Inc. | Vendors |
| Classic Exhibits Inc. | Vendors |
| DD Mrcourier Services | Vendors |
| DLA Piper | Vendors |
| EcoWaste | Vendors |
| EZ Blockchain Services | Vendors |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | Vendors |
| FTI Consulting Technology LLC | Vendors |
| Global X Digital, LLC | Vendors |
| iFinex Inc. | Vendors |
| IP House Doo | Vendors |
| IVXS Technology USA | Vendors |
| IW Group Services (UK) | Vendors |
| J.B. Hunt | Vendors |
| Jackson Square Advisors, LLC | Vendors |
| Lindsey R. Mullholand | Vendors |
| Meltwater News US Inc | Vendors |
| Mothership Energy Group | Vendors |
| New Horizon Communications | Vendors |
| New Horizon Communications (NHC) | Vendors |
| Okta, Inc. | Vendors |
| Optimus SBR, Inc. | Vendors |
| Piper Alderman | Vendors |
| Prescient Comply, LLC | Vendors |
| RailsTech, Inc. | Vendors |
| Regulatory DataCorp Inc | Vendors |
| Salt Security, Inc | Vendors |
| Sarson Funds, Inc | Vendors |
| Saville & Co Scrivener Notaries | Vendors |
| Solutions Evenements | Vendors |
| Sorainen | Vendors |
| Systems MEC LLC | Vendors |
| TAMID Group | Vendors |
| The Crypto Can Man Ltd | Vendors |
| The Hartford | Vendors |
| Uria Menendez | Vendors |
| Vaco, LLC | Vendors |

# SCHEDULE 2

## Selendy Gay Elsberg's Connections with Parties in Interest

| Name | Category(ies) | Active/Inactive |
|---|---|---|
| Alan Jeffrey Carr | Directors/Officers | Active |
| BlackRock | Potential Bidding Party | Active |
| BlockFI | Significant Competitors | Active |
| Caisse de dépôt et placement du Québec | Significant Equity Holders | Inactive |
| Digital Currency Group | Potential Bidding Party | Active |
| Dow Jones & Company, Inc. | Vendor | Active |
| Gogo Air | Vendor | Inactive |
| Headway Workforce Solutions Inc. | Insurance | Inactive |
| Logitech | Vendor | Inactive |
| Markel Insurance | Insurance | Inactive |
| ████ | Potential Bidding Party (DIP Financing) | Inactive |
| Oracle Corp. UK Ltd. | Vendor | Inactive |
| Postmates | Vendor | Active |
| RingCentral Inc. | Utilities | Inactive |
| Uber | Vendor | Active |
| Uber Eats | Vendor | Active |