UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUPPLEMENTAL DECLARATION OF SHERYL BETANCE IN SUPPORT OF
(A) DEBTORS' APPLICATION SEEKING ENTRY OF AN ORDER (I) AUTHORIZING
AND APPROVING THE APPOINTMENT OF STRETTO, INC. AS CLAIMS AND
NOTICING AGENT AND (II) GRANTING RELATED RELIEF, AND (B) DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF STRETTO, INC. AS ADMINISTRATIVE ADVISOR TO
THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JULY 13, 2022**

I, Sheryl Betance, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Managing Director of Stretto, Inc. ("Stretto"), a chapter 11 administrative services firm with offices at 410 Exchange, Ste. 100, Irvine, CA 92602. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. This declaration is made in further support of the (a) *Debtors' Application Seeking Entry of an Order (I) Authorizing and Approving the Appointment of Stretto, Inc. as Claims and Noticing Agent and (II) Granting Related Relief* [Docket No. 4] filed on July 13, 2022, and (b) *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Stretto, Inc. as Administrative Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 361] filed on August 4, 2022.

3. I caused to be submitted for review by our conflicts system the names of additional potential parties in interest (the "Additional Potential Parties in Interest") in these chapter 11 cases, which was provided by the Debtors. The Additional Potential Parties in Interest is attached hereto as **Schedule 1**.

4. The list of Additional Potential Parties in Interest includes Saul Ewing LLP. Barry Chatz and Stephen Ravin, partners of Saul Ewing LLP, are current clients of Stretto's depository services business in their individual capacities, but such relationships are unrelated to the Debtors and their estates, assets, or businesses.

5. The list of Additional Potential Parties in Interest includes Wadsworth Garber Warner Conrardy, P.C. David Wadsworth, partner with Wadsworth Garber Warner Conrardy, P.C., is a current client of Stretto's depository services business in his individual capacity, but such relationship is unrelated to the Debtors and their estates, assets, or businesses.

6. The list of Potential Parties in Interest identifies Core Scientific, Inc., which is a client of Stretto's Corporate Restructuring business. However, to the best of my knowledge, such relationship is materially unrelated to these chapter 11 cases.

7. Additionally, the list of Additional Potential Parties in Interest includes the following entities, which are current, former or potential defendants to avoidance actions brought under the Bankruptcy Code by clients of Stretto Recovery Services: J.B. Hunt Transport Inc., North Carolina Department of Revenue, Okta Inc., Oracle America, Inc., Orrick Herrington & Sutcliffe LLP, Pennsylvania Department of Revenue, South Carolina Department of Revenue, State of Connecticut, State of West Virginia, Tennessee Department of Revenue, and U.S.

Treasury.  However, to the best of my knowledge, such relationships are materially unrelated to these chapter 11 cases.

8. To the extent any information disclosed herein requires amendment or modification upon Stretto's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration will be filed stating such amended or modified information.

[*Remainder of page intentionally left blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 13, 2023
New York, New York

*/s/ Sheryl Betance*
Sheryl Betance
Senior Managing Director
Stretto, Inc.
410 Exchange, Ste. 100
Irvine, California 92602

# SCHEDULE 1

## Additional Potential Parties in Interest

A.M. Saccullo Legal, LLC
Aaron Dale Higbee
Acxiom LLC
AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS
AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER
Adam David Fritz
Adam Joscelyne
Adam Kryskow
Aguilar Castillo Love, S.r.l.
ALABAMA OFFICE OF THE ATTORNEY GENERAL
Alain Bonvecchio
ALAMEDA RESEARCH LLC AND AFFILIATES
ALASKA OFFICE OF THE ATTORNEY GENERAL
Alfred Bokhour
Allied Universal
ALTCOINTRADER (PTY) LTD.
American Arbitration Association
Amirhossein Aminsharifi
AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC.
ANABELLE DIAS
Andersen LLP
Andy Tran
Annette Christine Davies
Aon Consulting, Inc.
Appleby (Bermuda) Limited
Aquatech Solutions
Argus, Inc.
Ariel Ceja
ARIZONA OFFICE OF THE ATTORNEY GENERAL
ARKANSAS OFFICE OF THE ATTORNEY GENERAL
Arrington Capital
Asher Genoot
Austin Wilcox
Balazs Lesko
Benjamin Julian Dame
Bentley, Philip
Beowulf Energy LLC
Berne Loh Tai Yuan
Bernstein & Andriulli
BGOV LLC
Biao Shou
Block Chain Recovery Committee
Board of European Students of Technology
Bonnell, Julia
Brandon Singer
BRANDON VOSS
Brett Flora
Brian Bang
Brian Barnes
Brown Connery
Brown Rudnick LLP
Bryan Perl
Bureau van Dijk Electronic Publishing Inc.
CALIFORNIA OFFICE OF THE ATTORNEY GENERAL
Calvin Spencer Rawe
Carl Tipton
CDP Investments Inc.
CELSIUS NETWORK LIMITED AND CELSIUS KEYFI LLC
CELSIUS NETWORK LLC, ET AL.
Cherktyek Consulting, Llc
Christian Ander
Clint Worden
Coan Payton & Paine
COLORADO OFFICE OF THE ATTORNEY GENERAL
COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE
CONNECTICUT OFFICE OF THE ATTORNEY GENERAL
CORE SCIENTIFIC, INC.
Cort Kibler-Melby
Courtney Burks Steadman
Craig Wilson Mcgarrah Iii
Daniel Miller
David Anthony Sims
David Arie Schneider
David Carl Lindahl
David Dennis
David Fahrney
David Jeffries
David Little
David Proman
Davis Chan
DD Mrcourier Services
DELAWARE DEPARTMENT OF JUSTICE
DENTZEL, ZARYN
DEPARTMENT OF TREASURY
DIANA THANT AND NATAKOM CHULAMORKODT
Dias Malayev
Didier Pawlicki
DIFIORE, THOMAS ALBERT
Dimitris Zourdos
DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
DLA Piper
Don Hosea Smith
Donald Jay Vinberg
DR. ASHRAF ELSHAFEI
EcoWaste
Eduardo Sy Jr Buenviaje
EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC.
Ernst & Young LLP
EZ Blockchain Services
Fahrenheit, LLC
FEE EXAMINER, CHRISTOPHER S. SONTCHI
FEINTISCH, ADAM MICHAEL
Fischer (FBC & Co.)
FLORIDA OFFICE OF THE ATTORNEY GENERAL
Four Thirteen Llc
Fragomen, Del Rey, Bernsen & Loewy, LLP
Franklin Kashner
FTI Consulting Technology LLC
George Chavous
George Vasile
GEORGIA OFFICE OF THE ATTORNEY GENERAL
Gemini Trust Company, LLC
Global X Digital, LLC
Gornitzky & Co.
GXD Labs LLC
Gregory Allen Kieser
Hamad Alshamsi
HAWAII OFFICE OF THE ATTORNEY GENERAL
Hayden Smith
Heather Trussell
Herman Vissia
Hr National Pty Ltd
ICB SOLUTIONS

| | |
|---|---|
| IDAHO OFFICE OF THE ATTORNEY GENERAL | MARYLAND OFFICE OF THE ATTORNEY GENERAL |
| iFinex Inc. | MASSACHUSETTS ATTORNEY GENERAL'S OFFICE |
| IGNAT TUGANOV | Mathew Salazar |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | Matias Ureta Montero |
| Illinois Secretary of State | Matt Prusak |
| ILLUMITI CORP A/K/A SYNTAX SYSTEMS USA LP | Matthew Evan Scott |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | MATTHEW PINTO |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
| IOWA OFFICE OF THE ATTORNEY GENERAL | Melissa Ann Licari |
| IP House Doo | Meltwater News US Inc |
| Ivari Kuuse | Miae Kim |
| IVXS Technology USA | Michael Abbate |
| IW Group Services (UK) | Michael Cagney |
| J&J Hoffard Pty Ltd Atf Hoffard Family Trust | Michael R Blemaster |
| J.B. Hunt | Michael Russell Fortwengler |
| Jackson Square Advisors, LLC | MICHIGAN DEPARTMENT OF ATTORNEY GENERAL |
| Jacob Daniels | Mike Ho |
| Jacob John Ring | Miles & Stockbridge |
| Jad Jubayli | MINNESOTA OFFICE OF THE ATTORNEY GENERAL |
| Jansen P Del Vecchio | MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL |
| Jason Colling | MISSOURI OFFICE OF THE ATTORNEY GENERAL |
| Jason New | Mokrohond Btc Llc |
| JASON STONE AND KEYFI INC. | MONIKA KOSA |
| Jeffrey J Bradian | MONTANA OFFICE OF THE ATTORNEY GENERAL |
| Jeffrey R Kerr | Mothership Energy Group |
| JEFFRIES, DAVID | MURPHY, JR, THOMAS PATRICK |
| Jianwei Hu | Nathan Boyd |
| JLS Projects, LLC | Nazar Khan |
| Joe Breher | NEBRASKA OFFICE OF THE ATTORNEY GENERAL |
| Joel Block | NEVADA OFFICE OF THE ATTORNEY GENERAL |
| John Cioffoletti | NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL |
| JOHN DZARAN | New Horizon Communications (NHC) |
| JOHN MARCHIONI | NEW MEXICO OFFICE OF THE ATTORNEY GENERAL |
| John Robert Kemenosh | NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC |
| Johnny Piquero | |
| Jon Collins-Black | NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC |
| Jonathon Robert Prendergast | |
| Joseph Michael Breher | NEW YORK OFFICE OF THE ATTORNEY GENERAL |
| Josh Tornetta | Nick Cousyn |
| JR Law | Nojan Jahedmanesh |
| JYOTI SUKHNANI | NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL |
| KE Andrews | OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK |
| Keith Ryals | |
| KEITH SUCKNO | OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | OHIO OFFICE OF THE ATTORNEY GENERAL |
| KIBLER-MELBY, CORT | OKLAHOMA OFFICE OF THE ATTORNEY GENERAL |
| KIESER, GREGORY ALLEN | Okta, Inc. |
| Kim Flora | Optimus SBR, Inc. |
| Kipton Ford Anderson | ORACLE AMERICA, INC. |
| Law Offices Of Stefan Coleman, P.A | OREGON OFFICE OF THE ATTORNEY GENERAL |
| Li, Zhao | Orrick, Herrington & Sutcliffe LLP |
| Lindsey R. Mullholand | PAOLA LEANO PERALTA |
| Livingston PLLC | Paul Daniel Storvick |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | Paul Mcneal |
| Lowenstein Sandler LLP | Paul Prager |
| Lucy Thomson | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| M3 Advisory Partners, LP | Paz Paramdeep Dhody |
| MAINE OFFICE OF THE ATTORNEY GENERAL | Pennsylvania Department of Revenue |
| Marc Shachtman | Pennsylvania Office of Attorney General |
| Marcelo Tellez Anderson | PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL |
| Marco Bonomi | Peter Truss |
| Mario Harrison Asp | Peter Van Newhyzen |
| Mark E Blair | PHAROS USD FUND SP & PHAROS FUND SP |
| Mark Finelli | Pietro Vincent Licari |
| Mark Redeker | Piper Alderman |
| MARTIN LANGLOIS | Pollan, Jennifer |
| | Plutus Lending LLC (d/b/a Abra) |

| | |
|---|---|
| Prescient Comply, LLC | The Crypto Can Man Ltd |
| Proof Group Capital Management LLC | The Hartford |
| R Christian Wyatt | Thomas Findlan |
| RailsTech, Inc. | Thomas Foo |
| Ravi Kaza | Thomas Schach |
| Rebecca N Egan | Timothy Hiu Ki Lam |
| Regulatory DataCorp Inc | Tom Carlson |
| Rena Cannaa | Trent Johnson |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | TRUSSELL, MARK |
| | U.S. Department of Treasury |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | U.S. Data Mining Group, Inc. (d/b/a US Bitcoin Corp.) |
| Richard Gordon | Umar Yusuf Girei |
| Rishi Raj Yadav | Umesh Balani |
| Roshandip Singh | Uria Menendez |
| Ryan Yukio Nakaima | US Bitcoin Corp. |
| SAENZ, JESUS ARMANDO | UTAH OFFICE OF THE ATTORNEY GENERAL |
| Salt Security, Inc | Vaco, LLC |
| San Lo | Valon Mortgage, Inc. |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | Van Eck Absolute Return Advisers Corporation |
| | VAN, LOC TRUYEN |
| Sarson Funds, Inc | VERMONT OFFICE OF THE ATTORNEY GENERAL |
| Saul Ewing | VICKERS, LISA T. |
| Saville & Co Scrivener Notaries | VINCENT, CAROLYN MARGARET |
| Scott Mashburn | VIRGINIA OFFICE OF THE ATTORNEY GENERAL |
| SECURITIES AND EXCHANGE COMMISSION | Vladimir Aneychik |
| Selendy Gay Elsberg PLLC | Vladislav Adzic |
| Sergi Sagas | Wadsworth, Garber, Warner and Conrardy, P.C |
| Shawn Liang | WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY |
| Shawn Steven Steinborn | |
| SIGNATURE BANK | WASHINGTON OFFICE OF THE ATTORNEY GENERAL |
| Solutions Evenements | Wesley Geunhyuk Chang |
| Sorainen | WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | William M Rogers |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | Willis Towers Watson US LLC |
| | Willkie Farr & Gallagher LLP |
| STATES OF ALABAMA, ARKANSAS, DISTRICT OF COLUMBIA, HAWAII, IDAHO, MAINE, NEW YORK, NORTH DAKOTA, OKLAHOMA AND SOUTH CAROLINA, AND THE CALIFORNIA DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION ("DFPI") | Wing Hong Lai |
| | WISCONSIN OFFICE OF THE ATTORNEY GENERAL |
| | WYOMING OFFICE OF THE ATTORNEY GENERAL |
| | YASMINE PETTY |
| | Yves Daniel Diserens |
| Stephen Hawkins | Zack Kaplan, Michael Kaplan, Eli Kaplan, Ben Kaplan and Michael Mazzotta |
| Steven Kokinos | |
| Steven Thayer Spiller | Zaryn Dentzel |
| Stout Risius Ross, LLC | ZIGLU LIMITED |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | |
| Systems MEC LLC | |
| TAIAROA, KERI DAVID | |
| Tam II Holdings LLLC | |
| TAMID Group | |
| Tarek Rajab Pacha | |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | |
| Terawulf | |
| Terence Foo | |
| Terry Parker | |
| Terryl Zerby | |
| Texas Attorney General | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | |