**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
Email: jselendy@selendygay.com
      fgay@selendygay.com
      tagangawilliams@selendygay.com
      cobrien@selendygay.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBPOENAS DIRECTED TO AND SERVED UPON THE FTX DEBTORS**

      PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 9016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule") and Bankruptcy Rule 2004, the Official Committee of Unsecured Creditors of Celsius Network LLC, et al., by and through their attorneys, will serve subpoenas *duces tecum*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

(each a "Subpoena," collectively, the "Subpoenas") to produce documents on the FTX Debtors[2] listed in Schedule A below. A copy of the Subpoenas is attached as Exhibit 1.

| | |
|---|---|
| Dated:   May 15, 2023 | /s/   *Jennifer M. Selendy* <br> **SELENDY GAY ELSBERG PLLC** <br> Jennifer M. Selendy <br> Faith E. Gay <br> Temidayo Aganga-Williams <br> Claire O'Brien <br> 1290 Avenue of the Americas <br> New York, New York 10104 <br> Tel.: 212-390-9000 <br> jselendy@selendygay.com <br> fgay@selendygay.com <br> tagangawilliams@selendygay.com <br> cobrien@selendygay.com <br><br> *Co-Counsel to the Official Committee of Unsecured Creditors* |

---

[2] "FTX Debtors" refers to the entities that have filed voluntary petitions under chapter 11 of the Bankruptcy Code in the jointly administered cases styled *In re FTX Trading Ltd., et al.*, No. 22-11068 (Bankr. D. Del.), a list of which can be found under "List of Debtors" at https://restructuring.ra.kroll.com/FTX/Home-Index.

2

## SCHEDULE A

## FTX DEBTORS

| Number | Debtor |
|---|---|
| 1 | Alameda Aus Pty Ltd |
| 2 | Alameda Global Services Ltd. |
| 3 | Alameda Research (Bahamas) Ltd |
| 4 | Alameda Research Holdings Inc. |
| 5 | Alameda Research KK |
| 6 | Alameda Research LLC |
| 7 | Alameda Research Ltd |
| 8 | Alameda Research Pte Ltd |
| 9 | Alameda Research Yankari Ltd |
| 10 | Alameda TR Ltd |
| 11 | Alameda TR Systems S. de R.L. |
| 12 | Allston Way Ltd |
| 13 | Analisya Pte Ltd |
| 14 | Atlantis Technology Ltd. |
| 15 | Bancroft Way Ltd |
| 16 | Blockfolio, Inc. |
| 17 | Blue Ridge Ltd |
| 18 | Cardinal Ventures Ltd |
| 19 | Cedar Bay Ltd |
| 20 | Cedar Grove Technology Services, Ltd. |
| 21 | Clifton Bay Investments LLC |
| 22 | Clifton Bay Investments Ltd |
| 23 | Cottonwood Grove Ltd |
| 24 | Cottonwood Technologies Ltd |
| 25 | Crypto Bahamas LLC |
| 26 | DAAG Trading, DMCC |
| 27 | Deck Technologies Holdings LLC |
| 28 | Deck Technologies Inc. |
| 29 | Deep Creek Ltd |
| 30 | Digital Custody Inc. |
| 31 | Euclid Way Ltd |
| 32 | FTX (Gibraltar) Ltd |
| 33 | FTX Canada Inc |
| 34 | FTX Certificates GmbH |
| 35 | FTX Crypto Services Ltd. |
| 36 | FTX Digital Assets LLC |
| 37 | FTX Digital Holdings (Singapore) Pte Ltd |
| 38 | FTX EMEA Ltd. |
| 39 | FTX Equity Record Holdings Ltd |
| 40 | FTX EU Ltd. |

| Number | Debtor |
|---|---|
| 41 | FTX Europe AG |
| 42 | FTX Exchange FZE |
| 43 | FTX Hong Kong Ltd |
| 44 | FTX Japan Holdings K.K. |
| 45 | FTX Japan K.K. |
| 46 | FTX Japan Services KK |
| 47 | FTX Lend Inc. |
| 48 | FTX Marketplace, Inc. |
| 49 | FTX Products (Singapore) Pte Ltd |
| 50 | FTX Property Holdings Ltd |
| 51 | FTX Services Solutions Ltd. |
| 52 | FTX Structured Products AG |
| 53 | FTX Switzerland GmbH |
| 54 | FTX Trading GmbH |
| 55 | FTX Trading Ltd. |
| 56 | FTX US Services, Inc. |
| 57 | FTX US Trading, Inc. |
| 58 | FTX Ventures Ltd. |
| 59 | FTX Zuma Ltd |
| 60 | GG Trading Terminal Ltd |
| 61 | Global Compass Dynamics Ltd. |
| 62 | Good Luck Games, LLC |
| 63 | Goodman Investments Ltd |
| 64 | Hannam Group Inc |
| 65 | Hawaii Digital Assets Inc. |
| 66 | Hilltop Technology Services LLC |
| 67 | Hive Empire Trading Pty Ltd |
| 68 | Innovatia Ltd |
| 69 | Island Bay Ventures Inc |
| 70 | Killarney Lake Investments Ltd |
| 71 | Ledger Holdings Inc. |
| 72 | LedgerPrime Bitcoin Yield Enhancement Fund, LLC |
| 73 | LedgerPrime Bitcoin Yield Enhancement Master Fund LP |
| 74 | LedgerPrime Digital Asset Opportunities Fund, LLC |
| 75 | LedgerPrime Digital Asset Opportunities Master Fund LP |
| 76 | LedgerPrime LLC |
| 77 | LedgerPrime Ventures, LP |
| 78 | Liquid Financial USA Inc. |
| 79 | Liquid Securities Singapore Pte Ltd |
| 80 | LiquidEX LLC |
| 81 | LT Baskets Ltd. |
| 82 | Maclaurin Investments Ltd. |
| 83 | Mangrove Cay Ltd |
| 84 | North Dimension Inc |

| Number | Debtor |
|---|---|
| 85 | North Dimension Ltd |
| 86 | North Wireless Dimension Inc. |
| 87 | Paper Bird Inc |
| 88 | Pioneer Street Inc. |
| 89 | Quoine India Pte Ltd |
| 90 | Quoine Pte Ltd |
| 91 | Quoine Vietnam Co. Ltd |
| 92 | Strategy Ark Collective Ltd. |
| 93 | Technology Services Bahamas Limited |
| 94 | Verdant Canyon Capital LLC |
| 95 | Western Concord Enterprises Ltd. |
| 96 | West Innovative Barista Ltd. |
| 97 | West Realm Shires Financial Services Inc. |
| 98 | West Realm Shires Inc. |
| 99 | West Realm Shires Services Inc. |
| 100 | Zubr Exchange Ltd |