**Celsius Network**

**Weekly Cash Flow Forecast - CONSOLIDATED DEBTORS**

*Dated: May 16, 2023*

*($000s)*

| Week:<br>Period End Date: | 1<br>12-May-23 | 2<br>19-May-23 | 3<br>26-May-23 | 4<br>2-Jun-23 | 5<br>9-Jun-23 | 6<br>16-Jun-23 | 7<br>23-Jun-23 | 8<br>30-Jun-23 | 9<br>7-Jul-23 | 10<br>14-Jul-23 | 11<br>21-Jul-23 | 12<br>28-Jul-23 | 13<br>4-Aug-23 | Forecast<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | |
| Other Receipts[1] | $ -- | $ 2,620 | $ -- | $ 2,620 | $ 7,100 | $ 2,620 | $ -- | $ 5,955 | $ -- | $ 2,620 | $ -- | $ 2,620 | $ -- | $ 26,155 |
| BTC Sales | 3,134 | 2,408 | 2,408 | 2,408 | 2,707 | 2,757 | 2,757 | 2,757 | 2,601 | 2,483 | 2,483 | 2,483 | 2,453 | 33,840 |
| **Total Receipts** | **3,134** | **5,028** | **2,408** | **5,028** | **9,807** | **5,377** | **2,757** | **8,712** | **2,601** | **5,103** | **2,483** | **5,103** | **2,453** | **59,995** |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | |
| Payroll | (32) | (1,233) | (93) | (15) | (15) | (1,257) | (93) | (85) | (15) | (1,257) | (93) | (15) | (15) | (4,217) |
| Hosting[2] | (2,468) | (2,428) | (375) | -- | -- | (6,115) | -- | (375) | -- | (8,732) | -- | (375) | -- | (20,868) |
| Other Operating Disbursements[3] | (624) | (370) | (315) | (915) | (435) | (1,370) | (1,228) | (828) | (378) | (2,313) | (953) | (807) | (1,435) | (11,970) |
| **Total Operating Disbursements** | **(3,125)** | **(4,031)** | **(783)** | **(930)** | **(450)** | **(8,741)** | **(1,321)** | **(1,288)** | **(393)** | **(12,301)** | **(1,046)** | **(1,197)** | **(1,450)** | **(37,055)** |
| **Operating Cash Flow** | **9** | **996** | **1,625** | **4,098** | **9,357** | **(3,364)** | **1,437** | **7,424** | **2,208** | **(7,198)** | **1,438** | **3,907** | **1,003** | **22,940** |
| **NON-OPERATING ACTIVITIES** | | | | | | | | | | | | | | |
| Capital Expenditures[4] | (521) | (59) | (59) | (597) | (14,995) | (1,620) | (20) | (20) | (20) | (2,320) | -- | -- | -- | (20,229) |
| Restructuring Activities | (50) | (3,711) | (5,128) | (7,797) | (257) | (157) | (5,707) | (9,577) | (1,022) | (157) | (5,867) | (13,832) | (8,260) | (61,519) |
| **Total Restructuring Activities** | **(570)** | **(3,770)** | **(5,187)** | **(8,394)** | **(15,252)** | **(1,776)** | **(5,726)** | **(9,596)** | **(1,041)** | **(2,476)** | **(5,867)** | **(13,832)** | **(8,260)** | **(81,749)** |
| **Net Cash Flow** | **(561)** | **(2,774)** | **(3,562)** | **(4,297)** | **(5,894)** | **(5,140)** | **(4,290)** | **(2,172)** | **1,166** | **(9,674)** | **(4,429)** | **(9,925)** | **(7,257)** | **(58,809)** |
| **LIQUIDITY SCHEDULE** | | | | | | | | | | | | | | |
| Beginning Cash Balance | 136,377 | 135,816 | 133,042 | 129,480 | 125,183 | 119,289 | 114,148 | 109,859 | 107,686 | 108,853 | 99,178 | 94,750 | 84,825 | 136,377 |
| Net Cash Flow | (561) | (2,774) | (3,562) | (4,297) | (5,894) | (5,140) | (4,290) | (2,172) | 1,166 | (9,674) | (4,429) | (9,925) | (7,257) | (58,809) |
| **Ending Cash Balance[5]** | **135,816** | **133,042** | **129,480** | **125,183** | **119,289** | **114,148** | **109,859** | **107,686** | **108,853** | **99,178** | **94,750** | **84,825** | **77,568** | **77,568** |
| Minimum Cash Balance | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) |
| **Baseline Liquidity** | **$ 115,816** | **$ 113,042** | **$ 109,480** | **$ 105,183** | **$ 99,289** | **$ 94,148** | **$ 89,859** | **$ 87,686** | **$ 88,853** | **$ 79,178** | **$ 74,750** | **$ 64,825** | **$ 57,568** | **$ 57,568** |

**Notes:**

[1] Includes EFH collections and Mawson loan

[2] Includes mining related hosting costs and approx. $2mm of deposits and other non-recurring costs

[3] Does not include any potential break up fees and/or other potential costs associated with the pending auction

[4] Includes S&U taxes

[5] Includes $38.5mm of restricted cash related to sales proceeds from GK8 asset sale

**Celsius Network**
Assets by Coin Type as of March 31, 2023
(USD, $MMs)

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Held at Fireblocks | | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Held at GK8[1] | Total Coins in Possession | DeFi[2][3] | Staking[3] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | $ 133.2 | $ 97.9 | $ 0.0 | $ 0.0 | $ 5.4 | $ - | $ 0.6 | $ - | $ 237.1 | $ - | $ - | $ - | $ - | $ - | $ 237.1 | $ 100.5 |
| ETH** | 4.1 | 21.5 | 0.0 | 0.1 | 0.0 | - | 70.2 | - | 96.0 | 35.1 | 675.6 | 12.2 | 0.0 | - | 818.8 | 1,915.5 |
| stETH** | 775.6 | (0.0) | - | - | - | - | - | - | 775.6 | - | - | - | - | - | 775.6 | - |
| WBTC* | - | 0.1 | - | - | - | - | 0.0 | - | 0.1 | 0.0 | - | 5.3 | - | - | 5.4 | 3.2 |
| BTC* | 923.0 | 14.0 | - | - | - | 4.6 | 88.1 | - | 1,029.78 | - | - | 16.2 | 17.5 | 0.7 | 1,064.2 | 3,000.7 |
| USDC | 3.6 | 3.6 | 0.0 | - | - | - | 28.7 | - | 35.8 | 0.0 | - | 229.8 | - | 7.5 | 273.2 | 935.3 |
| MATIC | 9.7 | 11.6 | - | - | - | - | 6.3 | - | 27.6 | 0.0 | 51.6 | 5.1 | - | 18.4 | 102.7 | 275.2 |
| USDT ERC20 | 1.3 | 0.1 | 0.0 | - | - | - | 1.3 | - | 2.7 | - | - | 47.2 | - | - | 49.9 | 121.0 |
| ADA | 0.1 | 0.0 | 0.0 | 0.0 | - | - | 2.9 | - | 3.023 | - | 33.9 | 4.1 | - | 0.2 | 41.2 | 104.7 |
| LINK | 21.5 | 0.5 | - | - | 0.0 | - | 3.4 | - | 25.3 | 0.0 | - | 0.1 | - | - | 25.4 | 72.2 |
| WETH** | 0.0 | 20.5 | - | - | - | - | - | - | 20.5 | 0.0 | - | - | - | - | 20.5 | - |
| GUSD | - | 0.0 | - | - | - | - | 4.2 | - | 4.2 | 0.0 | - | 10.8 | - | - | 15.0 | 86.2 |
| DOT | 1.6 | 5.9 | 0.0 | - | 0.0 | - | 0.9 | - | 8.4 | 1.4 | 0.5 | 0.8 | 0.4 | - | 11.5 | 30.3 |
| LTC | 7.3 | 1.8 | - | - | - | - | 1.4 | - | 10.6 | - | - | 7.8 | - | - | 18.4 | 40.2 |
| FTT | 0.6 | 0.0 | - | - | - | - | - | - | 0.6 | - | - | - | 0.0 | - | 0.6 | (0.0) |
| MCDAI | 0.0 | 0.0 | 0.0 | - | 0.0 | - | 0.4 | - | 0.4 | 0.0 | - | 8.8 | - | - | 9.2 | 4.4 |
| AAVE | 0.0 | 7.1 | 0.0 | - | - | - | 0.3 | - | 7.4 | 0.1 | - | 0.4 | - | - | 7.9 | 9.4 |
| TGBP | 9.3 | 0.4 | - | - | - | - | 0.1 | - | 9.8 | - | - | - | - | - | 9.8 | 9.2 |
| BCH | 6.5 | 0.0 | - | - | - | - | 0.1 | - | 6.6 | - | - | - | - | - | 6.6 | 6.5 |
| UNI | 2.4 | 1.0 | 0.0 | - | 0.0 | - | 0.2 | - | 3.6 | 0.0 | - | 1.7 | - | - | 5.3 | 11.1 |
| SOL | 0.0 | 0.0 | - | - | - | - | 1.4 | - | 1.4 | - | - | 1.7 | - | 0.0 | 3.1 | 20.0 |
| XLM | 5.0 | 0.0 | 0.0 | - | 0.0 | - | 0.4 | - | 5.4 | - | - | - | 0.0 | - | 5.4 | 11.2 |
| BNB | 4.0 | 0.1 | - | 0.1 | - | - | 0.0 | - | 4.2 | - | - | 1.7 | - | - | 5.9 | 26.2 |
| EOS | 2.1 | 0.0 | 0.0 | - | - | - | 0.1 | - | 2.2 | - | - | 1.6 | - | - | 3.7 | 5.1 |
| SRM | 0.4 | - | - | - | - | - | - | - | 0.4 | - | - | - | 0.8 | - | 1.2 | (0.0) |
| **Top 25 Subtotal** | $ 1,911.3 | $ 186.3 | $ 0.0 | $ 0.2 | $ 5.4 | $ 4.6 | $ 210.9 | $ - | $ 2,318.9 | $ 36.6 | $ 761.6 | $ 355.2 | $ 18.8 | $ 26.8 | $ 3,517.8 | $ 6,788.1 |
| Other Coins | 23.4 | 11.6 | 0.0 | 1.5 | 0.0 | 0.4 | 8.4 | - | 45.3 | 2.7 | 0.3 | 10.2 | 0.1 | 2.4 | 61.0 | 250.1 |
| **Total Coin Value** | $ 1,934.7 | $ 198.0 | $ 0.0 | $ 1.7 | $ 5.4 | $ 5.1 | $ 219.3 | $ - | $ 2,364.2 | $ 39.3 | $ 761.9 | $ 365.4 | $ 18.8 | $ 29.2 | $ 3,578.8 | $ 7,038.2 |

| | |
|---|---|
| Net Coin Position | $ (3,459.4) |
| Net USD-Denominated Assets / (Liabilities) | 1,394.0 |
| Reserves | (359.3) |
| **Equity** | **$ (2,424.6)** |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Memo: BTC Equiv.* | $ 923.0 | $ 14.1 | $ - | $ - | $ - | $ 4.6 | $ 88.1 | $ - | $ 1,029.9 | $ 0.0 | $ - | $ 21.4 | $ 17.5 | $ 0.7 | $ 1,069.6 | $ 3,003.8 |
| Memo: ETH Equiv.** | 779.7 | 42.0 | 0.0 | 0.1 | 0.0 | - | 70.2 | - | 892.1 | 35.1 | 675.6 | 12.2 | 0.0 | - | 1,614.9 | 1,915.5 |
| Memo: Stablecoins | 4.9 | 4.2 | 0.0 | 0.1 | 0.0 | 0.4 | 35.2 | - | 44.8 | 0.0 | - | 301.0 | - | 7.5 | 353.3 | 1,198.8 |

(1) These coins are owned by Celsius
(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**
Assets by Coin Type as of March 31, 2023
*(# of coins in 000s)*

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Held at Fireblocks | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Held at GK8[1] | Total Coins in Possession | DeFi[2][3] | Staking[3] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | 370,998 | 272,844 | 0 | 0 | 15,003 | - | 1,580 | - | 660,427 | - | - | - | - | - | 660,427 | 279,916 |
| ETH** | 2 | 12 | 0 | 0 | 0 | - | 38 | - | 52 | 19 | 369 | 7 | 0 | - | 447 | 1,047 |
| stETH** | 425 | (0) | - | - | - | - | - | - | 425 | - | - | - | - | - | 425 | - |
| WBTC* | - | 0 | - | - | - | - | 0 | - | 0 | 0 | - | 0 | - | - | 0 | 0 |
| BTC* | 32 | 0 | - | - | - | 0 | 3 | - | 36 | - | - | 1 | 1 | 0 | 37 | 105 |
| USDC | 3,616 | 3,554 | 2 | - | - | - | 28,642 | - | 35,813 | 15 | - | 229,730 | - | 7,477 | 273,035 | 934,824 |
| MATIC | 8,681 | 10,315 | - | - | - | - | 5,654 | - | 24,650 | 1 | 46,082 | 4,567 | - | 16,390 | 91,689 | 245,741 |
| USDT ERC20 | 1,274 | 137 | 0 | - | - | - | 1,283 | - | 2,694 | - | - | 47,187 | - | - | 49,881 | 120,851 |
| ADA | 216 | 41 | 0 | 0 | - | - | 7,301 | - | 7,558 | - | 84,760 | 10,161 | - | 535 | 103,014 | 261,878 |
| LINK | 2,827 | 60 | - | - | 0 | - | 446 | - | 3,332 | 0 | - | 7 | - | - | 3,339 | 9,497 |
| WETH** | 0 | 11 | - | - | - | - | - | - | 11 | 0 | - | - | - | - | 11 | - |
| GUSD | - | 26 | - | - | - | - | 4,151 | - | 4,177 | 1 | - | 10,822 | - | - | 15,000 | 86,083 |
| DOT | 257 | 933 | 0 | - | 0 | - | 136 | - | 1,325 | 222 | 77 | 127 | 71 | - | 1,821 | 4,781 |
| LTC | 79 | 20 | - | - | - | - | 15 | - | 114 | - | - | 84 | - | - | 197 | 431 |
| FTT | 439 | 0 | - | - | - | - | - | - | 439 | - | - | - | 0 | - | 439 | (0) |
| MCDAI | 0 | 25 | 0 | - | 0 | - | 354 | - | 379 | 5 | - | 8,802 | - | - | 9,186 | 4,433 |
| AAVE | 0 | 95 | 0 | - | - | - | 4 | - | 99 | 1 | - | 6 | - | - | 106 | 126 |
| TGBP | 7,565 | 334 | - | - | - | - | 78 | - | 7,977 | - | - | - | - | - | 7,977 | 7,448 |
| BCH | 51 | 0 | - | - | - | - | 1 | - | 53 | - | - | - | - | - | 53 | 51 |
| UNI | 393 | 162 | 0 | - | 0 | - | 38 | - | 593 | 0 | - | 271 | - | - | 864 | 1,820 |
| SOL | 0 | 2 | - | - | - | - | 65 | - | 68 | - | - | 80 | - | 0 | 148 | 941 |
| XLM | 44,198 | 10 | 1 | - | 0 | - | 3,684 | - | 47,892 | - | - | - | 1 | - | 47,894 | 98,693 |
| BNB | 13 | 0 | - | 0 | - | - | 0 | - | 13 | - | - | 6 | - | - | 19 | 83 |
| EOS | 1,731 | 0 | 0 | - | - | - | 84 | - | 1,816 | - | - | 1,303 | - | - | 3,119 | 4,264 |
| SRM | 2,019 | - | - | - | - | - | - | - | 2,019 | - | - | - | 3,548 | - | 5,567 | (0) |
| **Top 25 Subtotal** | 444,817 | 288,582 | 3 | 1 | 15,003 | 0 | 53,557 | - | 801,963 | 263 | 131,288 | 313,159 | 3,621 | 24,402 | 1,274,696 | 2,063,013 |
| Other Coins | 8,826,358 | 411,392 | 1 | 1,363 | 0 | 439 | 40,219 | - | 9,279,771 | 3,328 | 34,420 | 14,322 | 8 | 15,866 | 9,347,716 | 625,508 |
| **Total Coin Quantity** | 9,271,176 | 699,974 | 4 | 1,363 | 15,003 | 439 | 93,776 | - | 10,081,735 | 3,591 | 165,709 | 327,481 | 3,628 | 40,268 | 10,622,412 | 2,688,521 |
| | | | | | | | | | | | | | | | | |
| *Memo: BTC Equiv.** | *32* | *0* | *-* | *-* | *-* | *0* | *3* | *-* | *36* | *0* | *-* | *1* | *1* | *0* | *37* | *105* |
| *Memo: ETH Equiv.*** | *428* | *23* | *0* | *0* | *0* | *-* | *38* | *-* | *489* | *19* | *369* | *7* | *0* | *-* | *884* | *1,047* |
| *Memo: Stablecoins* | *4,890* | *4,152* | *2* | *74* | *0* | *439* | *35,197* | *-* | *44,754* | *778* | *-* | *300,783* | *-* | *7,477* | *353,792* | *1,197,944* |

(1) These coins are owned by Celsius
(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**
Assets by Coin Type as of April 28, 2023
*(USD, $MMs)*

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Held at Fireblocks | | | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Held at GK8(1) | Total Coins in Possession | DeFi(2)(3) | Staking(3) | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | $ 108.2 | $ 79.6 | $ 0.0 | $ 0.0 | $ 4.4 | $ - | $ 0.4 | $ - | $ 192.7 | $ - | $ - | $ - | $ - | $ - | $ 192.7 | $ 81.7 |
| ETH** | 25.4 | 22.4 | 0.0 | 0.2 | 0.0 | - | 72.6 | - | 120.6 | 36.5 | 703.2 | 12.7 | 0.0 | - | 873.0 | 1,993.2 |
| stETH** | 811.9 | (0.0) | - | - | - | - | - | - | 811.9 | - | - | - | - | - | 811.9 | - |
| WBTC* | - | 0.1 | - | - | - | - | 0.0 | - | 0.1 | 0.0 | - | 5.4 | - | - | 5.6 | 3.3 |
| BTC* | 948.3 | 14.4 | - | - | - | 6.4 | 89.4 | - | 1,058.47 | - | - | 16.6 | 18.3 | 0.7 | 1,094.1 | 3,081.7 |
| USDC | 3.6 | 11.0 | 0.0 | - | - | - | 28.0 | - | 42.7 | 0.0 | - | 229.9 | - | 0.0 | 272.6 | 934.8 |
| MATIC | 8.8 | 10.3 | - | - | - | - | 5.6 | - | 24.7 | 0.0 | 46.5 | 4.6 | - | 16.5 | 92.4 | 247.6 |
| USDT ERC20 | 1.3 | 0.1 | 0.0 | - | - | - | 1.3 | - | 2.7 | - | - | 47.2 | - | - | 49.9 | 121.0 |
| ADA | 0.1 | 0.0 | 0.0 | 0.0 | - | - | 2.9 | - | 3.046 | - | 34.5 | 4.1 | - | 0.2 | 41.9 | 106.4 |
| LINK | 20.0 | 0.4 | - | - | 0.0 | - | 3.1 | - | 23.6 | 0.0 | - | 0.1 | - | - | 23.6 | 67.2 |
| WETH** | 0.0 | 0.2 | - | - | - | - | - | - | 0.2 | 0.0 | - | - | - | - | 0.2 | - |
| GUSD | - | 0.0 | - | - | - | - | 4.1 | - | 4.2 | 0.0 | - | 10.8 | - | - | 15.0 | 86.1 |
| DOT | 1.5 | 5.6 | 0.0 | - | 0.0 | - | 0.8 | - | 7.9 | 1.3 | 0.5 | 0.8 | 0.5 | - | 11.0 | 28.7 |
| LTC | 7.1 | 1.8 | - | - | - | - | 1.4 | - | 10.2 | - | - | 7.5 | - | - | 17.8 | 38.9 |
| FTT | 0.7 | 0.0 | - | - | - | - | - | - | 0.7 | - | - | - | 0.0 | - | 0.7 | (0.0) |
| MCDAI | 0.0 | 0.0 | 0.0 | - | 0.0 | - | 0.4 | - | 0.4 | 0.0 | - | 8.8 | - | - | 9.2 | 4.4 |
| AAVE | 0.0 | 6.9 | 0.0 | - | - | - | 0.3 | - | 7.2 | 0.1 | - | 0.4 | - | - | 7.7 | 9.1 |
| TGBP | 9.5 | 0.4 | - | - | - | - | 0.1 | - | 10.0 | - | - | - | - | - | 10.0 | 9.4 |
| BCH | 6.1 | 0.0 | - | - | - | - | 0.1 | - | 6.3 | - | - | - | - | - | 6.3 | 6.1 |
| UNI | 2.2 | 0.9 | 0.0 | - | 0.0 | - | 0.2 | - | 3.3 | 0.0 | - | 1.5 | - | - | 4.8 | 10.2 |
| SOL | 0.0 | 0.1 | - | - | - | - | 1.4 | - | 1.5 | - | - | 1.9 | - | 0.0 | 3.4 | 21.9 |
| XLM | 4.2 | 0.0 | 0.0 | - | 0.0 | - | 0.3 | - | 4.6 | - | - | - | 0.0 | - | 4.6 | 9.4 |
| BNB | 4.1 | 0.1 | - | 0.1 | - | - | 0.0 | - | 4.3 | - | - | 1.8 | - | - | 6.1 | 26.9 |
| EOS | 1.8 | 0.0 | 0.0 | - | - | - | 0.1 | - | 1.9 | - | - | 1.4 | - | - | 3.3 | 4.5 |
| SRM | 0.3 | - | - | - | - | - | - | - | 0.3 | - | - | - | 0.4 | - | 0.7 | (0.0) |
| **Top 25 Subtotal** | $ 1,965.2 | $ 154.6 | $ 0.0 | $ 0.2 | $ 4.4 | $ 6.4 | $ 212.7 | $ - | $ 2,343.4 | $ 38.0 | $ 784.6 | $ 355.5 | $ 19.3 | $ 17.5 | $ 3,558.3 | $ 6,892.4 |
| Other Coins | 21.4 | 10.8 | 0.0 | 1.4 | 0.0 | 0.4 | 8.0 | - | 42.1 | 2.6 | 0.4 | 9.6 | 0.1 | 2.4 | 57.2 | 238.7 |
| **Total Coin Value** | $ 1,986.6 | $ 165.4 | $ 0.0 | $ 1.6 | $ 4.4 | $ 6.8 | $ 220.7 | $ - | $ 2,385.5 | $ 40.6 | $ 785.0 | $ 365.1 | $ 19.3 | $ 19.9 | $ 3,615.4 | $ 7,131.1 |

| | |
|---|---:|
| Net Coin Position | $ (3,515.7) |
| Net USD-Denominated Assets / (Liabilities) | 1,352.2 |
| Reserves | (351.8) |
| **Equity** | **$ (2,515.3)** |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Memo: BTC Equiv.** | $ 948.3 | $ 14.5 | $ - | $ - | $ - | $ 6.4 | $ 89.4 | $ - | $ 1,058.6 | $ 0.0 | $ - | $ 22.0 | $ 18.3 | $ 0.7 | $ 1,099.7 | $ 3,085.0 |
| *Memo: ETH Equiv.*** | 837.3 | 22.6 | 0.0 | 0.2 | 0.0 | - | 72.6 | - | 932.7 | 36.5 | 703.2 | 12.7 | 0.0 | - | 1,685.1 | 1,993.2 |
| *Memo: Stablecoins* | 4.9 | 11.6 | 0.0 | 0.1 | 0.0 | 0.4 | 34.6 | - | 51.6 | 0.0 | - | 301.0 | - | 0.0 | 352.6 | 1,198.1 |

(1) These coins are owned by Celsius
(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**
Assets by Coin Type as of April 28, 2023
*(# of coins in 000s)*

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Held at Fireblocks | | | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Held at GK8[1] | Total Coins in Possession | DeFi[2][3] | Staking[3] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | 370,998 | 272,844 | 0 | 0 | 15,003 | - | 1,502 | - | 660,348 | - | - | - | - | - | 660,348 | 279,899 |
| ETH** | 13 | 12 | 0 | 0 | 0 | - | 38 | - | 63 | 19 | 369 | 7 | 0 | - | 458 | 1,046 |
| stETH** | 427 | (0) | - | - | - | - | - | - | 427 | - | - | - | - | - | 427 | - |
| WBTC* | - | 0 | - | - | - | - | 0 | - | 0 | 0 | - | 0 | - | - | 0 | 0 |
| BTC* | 32 | - | - | - | - | 0 | 3 | - | 36 | - | - | 1 | 1 | 0 | 37 | 105 |
| USDC | 3,616 | 11,032 | 2 | - | - | - | 28,029 | - | 42,678 | 16 | - | 229,730 | - | 10 | 272,434 | 934,210 |
| MATIC | 8,681 | 10,258 | - | - | - | - | 5,575 | - | 24,515 | 1 | 46,159 | 4,567 | - | 16,390 | 91,630 | 245,661 |
| USDT ERC20 | 1,274 | 136 | 0 | - | - | - | 1,273 | - | 2,683 | - | - | 47,187 | - | - | 49,870 | 120,841 |
| ADA | 216 | 44 | 0 | 0 | - | - | 7,236 | - | 7,496 | - | 84,873 | 10,161 | - | 535 | 103,065 | 261,813 |
| LINK | 2,827 | 60 | - | - | 0 | - | 443 | - | 3,329 | 0 | - | 7 | - | - | 3,337 | 9,494 |
| WETH** | 0 | 0 | - | - | - | - | - | - | 0 | 0 | - | - | - | - | 0 | - |
| GUSD | - | 26 | - | - | - | - | 4,135 | - | 4,161 | 1 | - | 10,822 | - | - | 14,984 | 86,067 |
| DOT | 257 | 933 | 0 | - | 0 | - | 134 | - | 1,324 | 222 | 77 | 127 | 83 | - | 1,832 | 4,780 |
| LTC | 79 | 20 | - | - | - | - | 15 | - | 114 | - | - | 84 | - | - | 197 | 431 |
| FTT | 439 | 0 | - | - | - | - | - | - | 439 | - | - | - | 0 | - | 439 | (0) |
| MCDAI | 0 | 25 | 0 | - | 0 | - | 352 | - | 378 | 5 | - | 8,802 | - | - | 9,185 | 4,431 |
| AAVE | 0 | 95 | 0 | - | - | - | 4 | - | 99 | 1 | - | 6 | - | - | 106 | 126 |
| TGBP | 7,565 | 334 | - | - | - | - | 78 | - | 7,977 | - | - | - | - | - | 7,977 | 7,448 |
| BCH | 51 | 0 | - | - | - | - | 1 | - | 53 | - | - | - | - | - | 53 | 51 |
| UNI | 393 | 162 | 0 | - | 0 | - | 38 | - | 593 | 0 | - | 271 | - | - | 864 | 1,820 |
| SOL | 0 | 2 | - | - | - | - | 62 | - | 65 | - | - | 80 | - | 0 | 145 | 938 |
| XLM | 44,198 | 10 | 1 | - | 0 | - | 3,642 | - | 47,850 | - | - | - | 1 | - | 47,851 | 98,650 |
| BNB | 13 | 0 | - | 0 | - | - | 0 | - | 13 | - | - | 6 | - | - | 19 | 83 |
| EOS | 1,731 | 0 | 0 | - | - | - | 84 | - | 1,816 | - | - | 1,303 | - | - | 3,119 | 4,264 |
| SRM | 2,019 | - | - | - | - | - | - | - | 2,019 | - | - | - | 3,548 | - | 5,567 | (0) |
| **Top 25 Subtotal** | **444,830** | **295,995** | **3** | **1** | **15,003** | **0** | **52,643** | **-** | **808,474** | **265** | **131,478** | **313,159** | **3,633** | **16,935** | **1,273,943** | **2,062,159** |
| Other Coins | 8,826,358 | 411,556 | 1 | 1,365 | 0 | 439 | 39,781 | - | 9,279,500 | 3,329 | 36,849 | 14,322 | 8 | 15,866 | 9,349,874 | 624,950 |
| **Total Coin Quantity** | **9,271,188** | **707,551** | **4** | **1,366** | **15,003** | **439** | **92,423** | **-** | **10,087,974** | **3,594** | **168,327** | **327,481** | **3,640** | **32,801** | **10,623,818** | **2,687,109** |
| | | | | | | | | | | | | | | | | |
| *Memo: BTC Equiv.** | *32* | *0* | *-* | *-* | *-* | *0* | *3* | *-* | *36* | *0* | *-* | *1* | *1* | *0* | *37* | *105* |
| *Memo: ETH Equiv.*** | *440* | *12* | *0* | *0* | *0* | *-* | *38* | *-* | *490* | *19* | *369* | *7* | *0* | *-* | *885* | *1,046* |
| *Memo: Stablecoins* | *4,890* | *11,637* | *2* | *74* | *0* | *439* | *34,547* | *-* | *51,589* | *781* | *-* | *300,783* | *-* | *10* | *353,163* | *1,197,294* |

(1) These coins are owned by Celsius
(2) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(3) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**

**Mining Activity Summary, March - April 2023**

|  | Coin Recap |
|---|---:|
| **BTC ROLL FORWARD** | |
| Beginning Balance | 234.85 |
| Mined BTC | 543.71 |
| Sold BTC | (540.00) |
| **Ending Balance** | **238.55** |