Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:    (312) 862-2200  

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

# AMENDED[2] AGENDA FOR HEARING TO BE HELD
# MAY 17, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)

Time and Date of Hearing:    May 17, 2023, at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:    The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance
Instructions:    In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted using Zoom for Government. Parties wishing to appear at the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] **Amended items appear in bold.**

|  |  |
|---|---|
|  | Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on May 16, 2023**. |
|  | Due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the 10:00 a.m., May 17, 2023 (prevailing Eastern Time) Hearing must connect to the Hearing beginning at 9:00 a.m., May 17, 2023 (prevailing Eastern Time).  When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing.  Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing.  When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect.  Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance.  Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

**I.    Company Status Update.**

1. **Status Update**.  Status Update provided by Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors.

    Related Documents:

    (1)    **Notice of Filing of May 17, 2023 Hearing Presentation [Docket No. 2655].**

**II.    Contested Matters.**

2. **Motion for Witness Cooperation Agreements**.  Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing

2

Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2147].

Objection Deadline:  March 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   Response to Debtors' Motion Seeking Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements, (II) Authorizing Reimbursement of Past and Future Out of Pocket Expenses of Cooperating Witnesses and (III) Granting Related Relief [Docket No. 2223].

(2)   Official Committee of Unsecured Creditors' Objection to the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2227].

(3)   Objection of the United States Trustee to Debtors' Motion for an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2230].

(4)   Joinder to Response to Debtors' Motion Seeking Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements, (II) Authorizing Reimbursement of Past and Future out of Pocket Expenses of Cooperating Witnesses and (III) Granting Related Relief [Docket No. 2395].

(5)   **Debtors' Reply in Support of Debtors' Motion Seeking Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements, (II) Authorizing Reimbursement of Past and Future out of Pocket Expenses of Cooperating Witnesses and (III) Granting Related Relief [Docket No. 2653].**

Related Documents:

(1)   Notice of Adjournment of Hearing on the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2269].

    (2)    Second Notice of Adjournment of Hearing on the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2341].

    (3)    Third Notice of Adjournment of Hearing on the Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-Of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2393].

    (4)    Order Adjourning the Application of Connor Nolan and the Debtors' Motion to Enter into Witness Cooperation Agreements [Docket No. 2441].

    (5)    Notice of Adjournment [Docket No. 2520].

    (6)    Notice of Filing of Revised Proposed Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief [Docket No. 2643].

    (7)    **Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Debtors' Motion Seeking Authorization to Enter into Witness Cooperation Agreements and Reimburse Certain Out-of-Pocket Expenses of Cooperating Witnesses [Docket No. 2654].**

    <u>Status</u>:    This matter is going forward.

3.    **Application for Reimbursement**. Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 2045].

<u>Objection Deadline</u>: The initial objection deadline was April 11, 2023, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended for the Official Committee of Unsecured Creditors to May 10, 2023, at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:

    (1)    Statement of the United States Trustee in Response to the Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for

        Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 2434].

(2)    Objection of the United States Trustee to the Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(B)(3)(D) and 503(B)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 2599].

(3)    The Official Committee of Unsecured Creditors' Objection to Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 2616].

Related Documents:

(1)    Letter Request to Extend Deadline to Object to Motion for Reimbursement [Docket No. 2373].

(2)    Memorandum Endorsed Order Granting Letter Request to Extend Deadline to Object to Motion for Reimbursement [Docket No. 2374].

(3)    Letter Request to Extend Deadline to Object to Motion for Reimbursement [Docket No. 2382].

(4)    Memorandum Endorsed Order Granting Letter Request to Extend Deadline to Object to Motion for Reimbursement [Docket No. 2386].

(5)    Order Adjourning the Application of Connor Nolan and the Debtors' Motion to Enter into Witness Cooperation Agreements [Docket No. 2441].

(6)    Notice of Adjournment [Docket No. 2520].

**Status**:    This matter is going forward.

4.    **Motion for Stay**. Customer-Appellants' Motion for a Stay Pending Appeal of the Order Regarding Which Debtor Entities Have Liability for Customer Contract Claims Under the Terms of Use Pursuant to Federal Rule of Bankruptcy Procedure 8007 [Docket No. 2545].

Objection Deadline: May 10, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Series B Preferred Holders' Statement Regarding the Customer-Appellants' Motion for a Stay Pending Appeal [Docket No. 2612].

(2)    **Reply in Support of Customer-Appellants' Motion for A Stay Pending Appeal of the Order Regarding Which Debtor Entities Have Liability**

5

        for Customer Contract Claims Under the Terms of Use Pursuant to FRBP 8007 and Motion for Indicative Vacatur Pursuant to FRBP 8008 [Docket No. 2650].

        Related Documents:

        (1)    Notice of Appeal [Docket No. 2375].

        **Status**:    This matter is going forward.

5.    **Motion to Investigate**. Jason Amerson's Motion for Entry of an Order (I) to Request the Court to Investigate if the Debtor and/or Debtor's Legal Counsel Aided in Granting Financial Relief to an Unsecured Creditor After the February 9th, 2023 Proof of Claim Bar Date Occurred, (II) to Request the Court to Remedy Any Clear Violations of Bankruptcy Law if Such Acts Are Found to Be True (III) Granting Related Relief [Docket No. 2252].

        Objection Deadline: The original objection deadline was set for April 15, 2023, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to May 14th, 2023, at 4:00 p.m. (prevailing Eastern Time).

        Responses Received:

        (1)    Debtors' Omnibus Objection to the Communications Motion and Amended Claim Motion [Docket No. 2615].

        Related Documents:

        (1)    Amended Notice of Hearing on Jason Amerson's Motion for Entry of an Order (I) to Request the Court to Investigate if the Debtor and/or Debtor's Legal Counsel Aided in Granting Financial Relief to an Unsecured Creditor After the February 9th, 2023 Proof of Claim Bar Date Occurred, (II) to Request the Court to Remedy Any Clear Violations of Bankruptcy Law if Such Acts Are Found to Be True (III) Granting Related Relief [Docket No. 2330].

        (2)    Jason Amerson's Amended Motion for Entry of an Order (I) to Request the Court to Investigate if the Debtor and/or Debtor's Legal Counsel Aided in Granting Financial Relief to an Unsecured Creditor After the February 9th, 2023 Proof of Claim Bar Date Occurred, (II) to Request the Court to Remedy Any Clear Violations of Bankruptcy Law if Such Acts Are Found to Be True (III) Granting Related Relief [Docket No. 2333].

        (3)    Amended Notice of Hearing on Jason Amerson's Motion for Entry of an Order (I) to Request the Court to Investigate if the Debtor and/or Debtor's Legal Counsel Aided in Granting Financial Relief to an Unsecured Creditor After the February 9th, 2023 Proof of Claim Bar Date Occurred, (II) to Request the Court to Remedy Any Clear Violations of Bankruptcy Law if

Such Acts Are Found to Be True (III) Granting Related Relief [Docket No. 2530].

(4) Amended Notice of Hearing on Jason Amerson's Motion for Entry of an Order (I) to Request the Court to Investigate if the Debtor and/or Debtor's Legal Counsel Aided in Granting Financial Relief to an Unsecured Creditor After the February 9th, 2023 Proof of Claim Bar Date Occurred, (II) to Request the Court to Remedy Any Clear Violations of Bankruptcy Law if Such Acts Are Found to Be True (III) Granting Related Relief [Docket No. 2532].

**Status:** This matter is going forward.

6. **Motion for Injunction.** Jason Amerson's Motion for Entry of an Order (I) to Request an Injunction or Sanction on Inappropriate Communications Between Debtor and Unsecured Creditor(s), (II) Granting Related Relief [Docket No. 2235].

Objection Deadline: The original objection deadline was set for April 15, 2023, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to May 14th, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1) Debtors' Omnibus Objection to the Communications Motion and Amended Claim Motion [Docket No. 2615].

(2) **Daniel A. Frishberg's Statement and Joinder to the Debtor's [*sic*] and the UCC's Responses in Regards to *Pro Se* Motion for Sanctions and to Increase the Value of the Worthless Fraudulent CEL Token [Docket No. 2649].**

Related Documents:

(1) Jason Amerson's Amended Motion for Entry of an Order (I) to Request an Injunction or Sanction on Inappropriate Communications Between Debtor and Unsecured Creditor, (II) Granting Related Relief [Docket No. 2314].

(2) Amended Notice of Hearing on Jason Amerson's Motion for Entry of an Order (I) to Request an Injunction or Sanction on Inappropriate Communications Between Debtor and Unsecured Creditor, (II) Granting Related Relief [Docket No. 2332].

(3) Amended Notice of Hearing on Jason Amerson's Motion for Entry of an Order (I) to Request an Injunction or Sanction on Inappropriate Communications Between Debtor and Unsecured Creditor, (II) Granting Related Relief [Docket No. 2532].

**Status:** This matter is going forward.

### III. Status Conferences.

7. **Herrmann v. Celsius Network LLC, *et al.* (Adv. Proc. No. 23-01025).** Pre-Trial Conference.

    Related Documents:

    (1) Complaint for Declaratory Judgment [Docket No. 1].

    (2) Summons and Notice of Pre-Trial Conference [Docket No. 2].

    (3) Joint Stipulation and Agreed Order by and Among the Debtors, Daniel Frishberg and Immanuel Herrmann Staying Deadlines [Docket No. 3].

    (4) Joint Stipulation and Agreed Order Signed on 4/21/2023 by and Among the Debtors, Daniel Frishberg and Immanuel Herrmann Staying Deadlines [Docket No. 5].

    **Status**: This matter is going forward.

8. **Frishberg v. Celsius Network LLC, *et al.* (Adv. Proc. No. 22-01179).** Pre-Trial Conference.

    Related Documents:

    (1) Complaint [Docket No. 1].

    (2) Summons with Notice of Pre-Trial Conference [Docket No. 2].

    (3) Second Summons with Notice of Pre-Trial Conference [Docket No. 16].

    (4) Daniel A. Frishberg's Demand for a Trial by Jury Under Rule 38 [Docket No. 17].

    (5) Amended Complaint [Docket No. 18].

    (6) Joint Stipulation and Agreed Order by and Among the Debtors and Daniel Frishberg Regarding Debtors' Time to Respond to Mr. Frishberg's Complaint [Docket No. 21].

    (7) Joint Stipulation and Agreed Order by and Among the Debtors, Daniel Frishberg and Immanuel Herrmann Staying Deadlines [Docket No. 22].

    (8) Joint Stipulation and Agreed Order Signed on 4/21/2023 by and Among the Debtors, Daniel Frishberg and Immanuel Herrmann Staying Deadlines [Docket No. 24].

    (9) Notice of Adjournment [Docket No. 26].

    (10)    Notice of Status Conference [Docket No. 27].

    **Status**:    This matter is going forward.

9.    **Core Scientific Dispute**.  Status Conference on Celsius/Core Scientific Dispute.

    Related Documents:

    (1)    Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt [Docket No. 917].

    (2)    Letter re Request for Status Conference Concerning *In re Celsius Network LLC*, Chapter 11 Case No. 22-10964 (MG) [Docket No. 997].

    (3)    Letter in Response to Core Scientific re *In re Celsius Network LLC*, No. 22-10964 (MG) – Debtors' Motion to Enforce the Stay and for Contempt Sanctions [Docket No. 1003].

    (4)    Joint Stipulation and Agreed Scheduling Order by and Among the Debtors, the Official Committee of Unsecured Creditors, and Core Scientific, Inc. With Respect to Schedule [Docket No. 1114].

    (5)    *Ex-parte* Motion of Core Scientific, Inc. for Entry of an Order Authorizing Redaction of Certain Information and Filing of Certain Documents Under Seal Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9018-1 in Connection With Core Scientific, Inc.'s Forthcoming Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt and Core Scientific, Inc.'s Motion Seeking Affirmative Relief [Docket No. 1130].

    (6)    Declaration of Todd Duchene in Support of Core Scientific, Inc.'s Motion for Entry of an Order Authorizing Redaction of Certain Information and Filing of Certain Documents Under Seal Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9018-1 in Connection With Core Scientific, Inc.'s Forthcoming Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt and Core Scientific, Inc.'s Motion Seeking Affirmative Relief [Docket No. 1132].

    (7)    Order Authorizing Redaction of Certain Information and Filing of Certain Documents Under Seal Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9018-1 in Connection With Core Scientific, Inc.'s Forthcoming Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt and Core Scientific, Inc.'s Motion Seeking Affirmative Relief [Docket No. 1133].

(8) The Official Committee of Unsecured Creditors' Joinder to the Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt [Docket No. 1139].

(9) Core Scientific, Inc.'s Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt [Docket No. 1140].

(10) Declaration of Jeff Pratt in Support of Core Scientific, Inc.'s Opposition to Debtors' Motion to Enforce the Automatic Stay and For Civil Contempt [Docket No. 1141].

(11) Declaration of Monica Xia in Support of Core Scientific, Inc.'s Opposition to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt [Docket No. 1142].

(12) Declaration of KC Mares [Docket No. 1143].

(13) Motion of Core Scientific, Inc. (I) to Compel Immediate Payment of Administrative Expenses and (II) (A) for Relief from Automatic Stay to Exercise Rights Under Master Services Agreement and Related Orders or (B) in the Alternative, to Compel Assumption or Rejection of Master Services Agreement and Related Orders [Docket No. 1144].

(14) Letter re *In re Celsius Network LLC*, No. 22-10964 (MG) – Request for Informal Conference With the Court, Pursuant to Local Rule 7007-1(b) [Docket No. 1182].

(15) Letter re *In re Celsius Network LLC*, No. 22-10964 (MG) – Response to Request for Informal Conference With the Court, Pursuant to Local Rule 7007-1(b) [Docket No. 1200].

(16) Joint Stipulation and Agreed Amended Scheduling Order by and Among the Debtors, the Official Committee of Unsecured Creditors, and Core Scientific, Inc. With Respect to Schedule [Docket No. 1283].

(17) Order Scheduling Status Conference Regarding Core Scientific Motions [Docket No. 1366].

(18) Notice of Adjournment [Docket No. 1694].

(19) Notice of Adjournment [Docket No. 1841].

(20) Notice of Adjournment [Docket No. 1907].

(21) Notice of Adjournment [Docket No. 2055].

  (22) Notice of Adjournment [Docket No. 2181].

  (23) Notice of Adjournment [Docket No. 2413].

  <u>Status</u>: This matter is going forward.

## IV. <u>Adjourned Matters.</u>

10. **Christopher Lee Shanks v. Celsius Network LLC,** *et al.* **(Adv. Proc. No. 23-01010)**. Pre-Trial Conference.

 <u>Related Documents</u>:

  (1) Complaint for Declaratory Judgment [Docket No. 1].

  (2) Amended Complaint for Declaratory Judgment [Docket No. 4].

  (3) Summons with Notice of Pre-Trial Conference [Docket No. 5].

  (4) Letter Request for Subsequent Summons [Docket No. 6].

  (5) Second Summons and Notice of Pre-Trial Conference [Docket No. 7].

  (6) Debtors' Motion to Dismiss the Amended Complaint and Incorporated Memorandum of Law [Docket No. 9].

  (7) Notice of Adjournment [Docket No. 11].

 <u>Status</u>: This matter has been adjourned to June 28, 2023, at 10:00 a.m. (prevailing Eastern Time).

11. **Fred Shanks v. Celsius Network LLC,** *et al.* **(Adv. Proc. No. 22-01190)**. Hearing on Debtors' Motion to Dismiss.

 <u>Related Documents</u>:

  (1) Debtors' Motion to Dismiss the Amended Complaint and Incorporated Memorandum of Law [Docket No. 17].

  (2) Objection on Debtors' Motion to Dismiss of Claim No. 22-01190 of Fred M. Shanks [Docket No. 18].

  (3) Notice of Adjournment [Docket No. 19].

 <u>Status</u>: This matter has been adjourned to June 28, 2023, at 10:00 a.m. (prevailing Eastern Time).

12. **Key Employee Incentive Plan**.  Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Docket No. 2336].

    Objection Deadline:  The initial objection deadline was April 11, 2023, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was extended for the U.S. Trustee to April 14, 2023, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was also extended for the Official Committee of Unsecured Creditors to May 10, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    (1) Objection to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Docket No. 2408].

    (2) Víctor Ubierna de las Heras Objection to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief (Dk. 2336) [Docket No. 2409].

    (3) Objection to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Docket No. 2410].

    (4) Objection to the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Docket No. 2411].

    (5) Objection of the United States Trustee to Motion of Debtors for Entry of Order Approving Debtors' Key Employee Incentive Plan [Docket No. 2430].

    (6) Supplemental Statement Regarding the Debtors' So-Called "KEIP" (That Is Really a KERP) and Joinder to the United States Trustee's Objection and Other Objections to the Same [Docket No. 2481].

    Related Documents:

    (1) Declaration of Allison Hoeinghaus in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Plan and (II) Granting Related Relief [Docket No. 2337].

    (2) Letter Request re Extension of Deadline to Object to Debtors' KEIP Motion [Docket No. 2340].

    (3) Memorandum Endorsed Order Granting Letter Request re Extension of Deadline to Object to Debtors' KEIP Motion [Docket No. 2343].

(4) Notice of Status Conference Regarding the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Docket No. 2397].

(5) Letter Request re Extension of Deadline to Object to Debtors' KEIP Motion [Docket No. 2401].

(6) Memorandum Endorsed Order Granting Letter Request re Extension of Deadline to Object to Debtors' KEIP Motion [Docket No. 2404].

(7) Letter Request to Extend Deadline to Object to Key Employee Incentive Plan [Docket No. 2613].

(8) Notice of Adjournment [Docket No. 2614].

(9) Memorandum Endorsed Order Granting Letter Request re Extension of Deadline to Object to Debtors' KEIP Motion [Docket No. 2618].

**Status**: This matter has been adjourned to June 28, 2023, at 10:00 a.m. (prevailing Eastern Time).

13. **Caceres Motion for Valuation of CEL Token**. Santos Caceres' Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; if Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2169].

Objection Deadline: The initial objection deadline was March 18, 2023, at 10:00 a.m. (prevailing Eastern Time). The objection deadline was extended to May 14, 2023, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended a second time for the Debtors and the Official Committee of Unsecured Creditors to June 21, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

(1) Santos Caceres' Amended Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; if Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2208].

(2) Amended Notice of Hearing on Santos Caceres' Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; if Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2215].

    (3)    Santos Caceres' Second Amended Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; if Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2240].

    (4)    Amended Notice of Hearing on Santos Caceres' Second Amended Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; if Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2241].

    (5)    Order Adjourning the Motion of Santos Caceres [Docket No. 2260].

    (6)    Amended Notice of Hearing on Santos Caceres' Second Amended Motion for Entry of an Order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; if Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2329].

    (7)    Letter Request to Extend Deadline to Object for the Official Committee of Unsecured Creditors [Docket No. 2593].

    (8)    Letter Request to Extend Deadline to Object for the Debtors [Docket No. 2601].

    (9)    Memorandum Endorsed Order Granting Letter Request to Extend Deadline to Object [Docket No. 2610].

    **Status**:    This matter has been adjourned to June 28, 2023, at 10:00 a.m. (prevailing Eastern Time).

14.    **StJohn Motion for Valuation of CEL Token**. Sean StJohn's Motion for Entry of an order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; if Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2216].

Objection Deadline: The initial objection deadline was May 14, 2023, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended for the Debtors and the Official Committee of Unsecured Creditors to June 21, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)   Notice of Hearing on Sean StJohn's Motion for Entry of an order (I) to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565; if Otherwise, (II) Request the Debtors to Submit Evidence Supporting Inequitable Treatment of Unsecured Creditors in the Earn Group (III) Granting Related Relief [Docket No. 2327].

(2)   Letter Request to Extend Deadline to Object for the Official Committee of Unsecured Creditors [Docket No. 2593].

(3)   Letter Request to Extend Deadline to Object for the Debtors [Docket No. 2601].

(4)   Memorandum Endorsed Order Granting Letter Request to Extend Deadline to Object [Docket No. 2610].

**Status**:   This matter has been adjourned to June 28, 2023, at 10:00 a.m. (prevailing Eastern Time).

15. **Georgiou, *et al.* v. Celsius Network LLC, *et al.* (Adv. Proc. No. 23-01016).** Pre-Trial Conference.

Related Documents:

(1)   Complaint [Docket No. 1].

(2)   Summons with Notice of Pre-Trial Conference [Docket No. 2].

(3)   Stipulation Extending Debtors' Time to Answer [Docket No. 3].

(4)   Notice of Adjournment [Docket No. 2431].

(5)   Notice of Adjournment [Docket No. 4].

(6)   Joint Stipulation and Agreed Order by and Among the Debtors and Plaintiffs [Docket No. 5].

(7)   Joint Stipulation and Agreed Order by and Among the Debtors and Plaintiffs Signed on 5/3/2023 [Docket No. 6].

(8)   **Notice of Adjournment [Docket No. 8].**

**Status**:   **This matter has been adjourned to June 28, 2023, at 10:00 a.m. (prevailing Eastern Time).**

V. **Withdrawn Matters.**

16. **Motion to Expedite**. Customer-Appellants' Motion to Expedite Transmittal of the Record on Appeal to the District Court Judge [Docket No. 2546].

    Objection Deadline: May 10, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    (1)    Notice of Appeal [Docket No. 2375].

    (2)    Customer-Appellants' Motion for a Stay Pending Appeal of the Order Regarding Which Debtor Entities Have Liability for Customer Contract Claims Under the Terms of Use Pursuant to Federal Rule of Bankruptcy Procedure 8007 [Docket No. 2545]

    (3)    Notice of Withdrawal of Customer-Appellants' Motion to Expedite Transmittal of the Record on Appeal to the District Court [Docket No. 2608].

    **Status:** This matter has been withdrawn.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: May 16, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:           joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br>                     chris.koenig@kirkland.com<br>                     dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |