## **Exhibit C**

**Amulic Declaration and Redacted Exhibits**

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
        sam.hershey@whitecase.com
        jweedman@whitecase.com


– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
        gregory.pesce@whitecase.com


– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF ANDREA AMULIC IN SUPPORT OF THE MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) CERTIFY THE
CLASS OF ACCOUNT HOLDERS ASSERTING NON-CONTRACT CLAIMS AGAINST
THE DEBTORS PURSUANT TO BANKRUPTCY RULE 7023, (II) APPOINT THOMAS
DIFIORE, REBECCA GALLAGHER, AND IGNAT TUGANOV AS THE CLASS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**REPRESENTATIVES, AND (III) APPOINT WHITE & CASE LLP AS CLASS
COUNSEL, IN EACH CASE PURSUANT TO BANKRUPTCY RULE 7023**

I, Andrea Amulic, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I submit this declaration (this "**Declaration**") in support of the *Motion of the
Official Committee of Unsecured Creditors to (I) Certify the Class of Account Holders Asserting
Non-Contract Claims Against the Debtors Pursuant to Bankruptcy Rule 7023, (II) Appoint Thomas
DiFiore, Rebecca Gallagher, and Ignat Tuganov as the Class Representatives, and (III) Appoint
White & Case LLP as Class Counsel* (the "**Motion**").[2]

2.      Attached to this Declaration as Exhibit 1 is a true and correct copy of a letter from
Vivien De Melo of the Unauthorised Business Department (the "**UBD**") of the Financial Conduct
Authority of the United Kingdom (the "**FCA**") to the Directors of Celsius Network Limited
("**CNL**") dated June 18, 2021, bearing the Bates numbers CEL-UCC-00068306 through CEL-
UCC-00068313.

3.      Attached to this Declaration as Exhibit 2 is a true and correct copy of an email chain
between Alex Mashinsky, Kimberley Gantz, Johannes Treutler, Waseem Shabout, and others
dated from March 12–15, 2020, bearing the Bates numbers CEL-UCC-01647137 through CEL-
UCC-01647147.

4.      Attached to this Declaration as Exhibit 3 is a true and correct copy of an email sent
by CNL to an individual dated October 24, 2019, bearing the Bates number CEL-UCC-00001824.

5.      Attached to this Declaration as Exhibit 4 is a true and correct copy of an email sent
by CNL to an individual dated December 6, 2020, bearing the Bates numbers CEL-UCC-00001669
through CEL-UCC-00001671.

---

[2]     Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

6.      Attached to this Declaration as <u>Exhibit 5</u> is a true and correct copy of relevant excerpts from a Media Statement Assessment prepared by Prescient for Celsius covering the date range April 9, 2020 to September 25, 2020, and dated May 10, 2022, bearing the Bates numbers CEL-UCC-00023785,     CEL-UCC-00023794–97,     CEL-UCC-00023806–08;     CEL-UCC-00023811–13; CEL-UCC-00023835–36; and CEL-UCC-00023842–45.

7.      Attached to this Declaration as <u>Exhibit 6</u> is a true and correct copy of relevant excerpts from a Media Statement Assessment prepared by Prescient for Celsius covering the date range September 28, 2020 to November 28, 2020, and dated May 10, 2022, bearing the Bates numbers CEL-UCC-00023849 and CEL-UCC-00023860-69.

8.      Attached to this Declaration as <u>Exhibit 7</u> is a true and correct copy of relevant excerpts from a Media Statement Assessment prepared by Prescient for Celsius covering the date range December 21, 2010 to February 15, 2022, and dated May 24, 2022, bearing the Bates numbers CEL-UCC-00023603 and CEL-UCC-00238707-09.

9.      Attached to this Declaration as <u>Exhibit 8</u> is a true and correct copy of a letter from John J. Sikora, Jr. of Latham & Watkins LLP (Celsius's former counsel) ("**L&W**") to Stacy L. Bogert, Assistant Director of the Division of Enforcement of the U.S. Securities and Exchange Commission  (the "**SEC**") dated August 23, 2021, bearing the Bates numbers CEL-UCC-00022923 through CEL-UCC-00022982.

10.      Attached to this Declaration as <u>Exhibit 9</u> is a true and correct copy of an email from Ashley Harrell to Young Cho dated December 20, 2019, bearing the Bates numbers CEL-UCC-00023460 through CEL-UCC-00023461.

11.      Attached to this Declaration as <u>Exhibit 10</u> is a true and correct copy of the Full Minutes of the Board of Directors of CNL dated April 7, 2020, bearing the Bates numbers CEL-

UCC-00000095 through CEL-UCC-00000101.

12.     Attached to this Declaration as <u>Exhibit 11</u> is a true and correct copy of a Unanimous Written Consent of the Board of Directors of CNL in Lieu of Meeting dated August 19, 2021, bearing the Bates numbers CEL-UCC-00000211 through CEL-UCC-00000212.

13.     Attached to this Declaration as <u>Exhibit 12</u> is a true and correct copy of Slack messages between Aaron Patchen, Nuke Goldstein, Ashley Harrell, S. Daniel Leon, and others dated March 1, 2019, bearing the Bates numbers CEL-UCC-00182002 through CEL-UCC-00182006.

14.     Attached to this Declaration as <u>Exhibit 13</u> is a true and correct copy of Slack messages between Harumi Urata-Thompson and Johannes Treutler dated June 3, 2020, bearing the Bates numbers CEL-UCC-00277650 through CEL-UCC-00277658.

15.     Attached to this Declaration as <u>Exhibit 14</u> is a true and correct copy of an email from Tom McCarthy to Monica Varzea dated June 21, 2022, forwarding an earlier email chain between Gal Cohen, Shakti Tailor, Peter Graham, and others dated March 13, 2022, bearing the Bates numbers CEL-UCC-00209368 through CEL-UCC-00209374.

16.     Attached to this Declaration as <u>Exhibit 15</u> is a true and correct copy of an undated Celsius advertisement, bearing the Bates number CEL_EXAM-00123118.

17.     Attached to this Declaration as <u>Exhibit 16</u> is a true and correct copy of an email chain between Frank van Etten, Jason Perman, Dean Tappen, Connor Nolan, and others dated December 16, 2021, bearing the Bates numbers CEL_EXAM-00057814 through CEL_EXAM-00057830.

18.     Attached to this Declaration as <u>Exhibit 17</u> is a true and correct copy of a letter from Roni Cohen-Pavon to the FCA dated June 11, 2021, bearing the Bates numbers CEL-UCC-

00192896 through CEL-UCC-00192899.

19.     Attached to this Declaration as Exhibit 18 is a true and correct copy of Slack
messages between Alex Mashinsky and Rod Bolger dated February 23, 2022, bearing the Bates
number CEL-UCC-01461178.

20.     Attached to this Declaration as Exhibit 19 is a true and correct copy of an email
chain between Frank van Etten and Alex Mashinsky dated December 30, 2021, bearing the Bates
numbers CEL_EXAM-00057186 through CEL_EXAM-00057187.

21.     Attached to this Declaration as Exhibit 20 is a true and correct copy of an email
chain between Charles Roberts from Celsius and Lauren Pitas and Lucy Castledine of the FCA
dated June 11, 2021, bearing the Bates numbers CEL_EXAM-00107374 through CEl_EXAM-
00107380.

22.     Attached to this Declaration as Exhibit 21 is a true and correct copy of a letter from
Roni Cohen-Pavon to Vivien De Melo of the UBD of the FCA dated July 2, 2021, bearing the
Bates numbers CEL-UCC-00192947 through CEL-UCC-00192956.

23.     Attached to this Declaration as Exhibit 22 is a true and correct copy of an undated
set of graphs, illustrating CNL's exposure and bearing the Bates number CEL_EXAM-00059393.

24.     Attached to this Declaration as Exhibit 23 is a true and correct copy of a slide deck
from a meeting of the Celsius Risk Committee dated December 16, 2021, bearing the Bates
numbers CEL-UCC-00041681 through CEL-UCC-00041710.

25.     Attached to this Declaration as Exhibit 24 is a true and correct copy of a letter from
John J. Sikora, Jr. of L&W to the New Jersey Office of the Attorney General (the "**NJ OAG**")
dated August 19, 2021, bearing the Bates numbers CEL-UCC-00023216 through CEL-UCC-
00023242.

26.     Attached to this Declaration as Exhibit 25 is a true and correct copy of an email from Rodney Sunada-Wong to Ashilan Denizkurdu dated January 28, 2022, forwarding an earlier email chain between Tom McCarthy, Rodney Sunada-Wong, Bethany Davis, Ron Deutsch, and others dated May 14, 2021, bearing the Bates numbers CEL-UCC-00208957 through CEL-UCC-00208966.

27.     Attached to this Declaration as Exhibit 26 is a true and correct copy of a letter from John J. Sikora, Jr. of L&W to the NJ OAG dated August 10, 2021, bearing the Bates numbers CEL-UCC-00023212 through CEL-UCC-00023215.

28.     Attached to this Declaration as Exhibit 27 is a true and correct copy of a slide deck from a meeting of the Celsius Risk Committee dated May 12, 2022, bearing the Bates numbers CEL-UCC-00042349 through CEL-UCC-00042391.

29.     Attached to this Declaration as Exhibit 28 is a true and correct copy of the Celsius Network Credit Risk Policy dated June 9, 2021, bearing the Bates numbers CEL-UCC-00015907 through CEL-UCC-00015913.

30.     Attached to this Declaration as Exhibit 29 is a true and correct copy of screenshots from Alex Mashinsky's Twitter dated September 29, 2020, bearing the Bates number PV_C9436160S.

31.     Attached to this Declaration as Exhibit 30 is a true and correct copy of Slack messages between Harumi Urata-Thompson and Johannes Treutler dated September 20, 2020, bearing the Bates numbers CEL-UCC-00277873 through CEL-UCC-00277880.

32.     Attached to this Declaration as Exhibit 31 is a true and correct copy of a letter from John J. Sikora, Jr. of L&W to Huong Lam, Financial Legal Examiner in the Securities Division of the Enforcement Unit of the State of Washington Department of Financial Institutions dated

August 31, 2021, bearing the Bates numbers CEL-UCC-00023264 through CEL-UCC-00023295.

33.     Attached to this Declaration as <u>Exhibit 32</u> is a true and correct copy of a letter from John J. Sikora, Jr. of L&W to Kirsten Soltner, Securities Examiner in the Pennsylvania Bureau of Securities Compliance and Examinations dated September 17, 2021, bearing the Bates numbers CEL-UCC-00023296 through CEL-UCC-00023325.

34.     Attached to this Declaration as <u>Exhibit 33</u> is a true and correct copy of a letter from John J. Sikora, Jr. of L&W to Rob Fagnant, Enforcement Attorney in the Oklahoma Department of Securities dated October 1, 2021, bearing the Bates numbers CEL-UCC-00018300 through CEL-UCC-00018337.

35.     Attached to this Declaration as <u>Exhibit 34</u> is a true and correct copy of a letter from John J. Sikora, Jr. of L&W to Lucinda Rivera of the Enforcement Section of the Massachusetts Securities Division dated October 29, 2021, bearing the Bates numbers CEL-UCC-00004650 through CEL-UCC-00004667.

36.     Attached to this Declaration as <u>Exhibit 35</u> is a true and correct copy of an email from Adrian Alisie to Vanessa Joasaint dated February 2, 2022, bearing the Bates numbers CELSIUSNETWORK_02718489 through CELSIUSNETWORK_02718496.

37.     Attached to this Declaration as <u>Exhibit 36</u> is a true and correct copy of a slide deck from Celsius's CeFi Trading, Hedging & Investment Strategies Targeted Review dated February 16, 2022, bearing the Bates numbers CEL-UCC-00076695 through CEL-UCC-00076711.

38.     Attached to this Declaration as <u>Exhibit 37</u> is a true and correct copy of an email chain between a CNL officer and an Ernst & Young advisor dated December 7, 2021, bearing the Bates numbers CEL_EXAM-00028829 through CEL_EXAM-00028835.

39.     Attached to this Declaration as <u>Exhibit 38</u> is a true and correct copy of an email

from Tom McCarthy to Monica Varzea dated June 21, 2022, forwarding an earlier email chain between Shakti Tailor, Peter Graham, Gal Cohen, and others dated April 22, 2022, bearing the Bates numbers CEL-UCC-00209166 through CEL-UCC-00209179.

40.     Attached to this Declaration as Exhibit 39 is a true and correct copy of a letter from Amy Kopleton, Deputy Bureau Chief of the NJ OAG to Ron Deutsch dated May 14, 2021, bearing the Bates numbers CEL-UCC-00068302 through CEL-UCC-00068303.

41.     Attached to this Declaration as Exhibit 40 is a true and correct copy of a letter from Kristina Littman, Chief of the Cyber Unit of the SEC to CNL dated July 23, 2021, bearing the Bates numbers CEL-UCC-00068085 through CEL-UCC-00068095.

42.     Attached to this Declaration as Exhibit 41 is a true and correct copy of an email from Yarden Noy to Alex Mashinsky dated November 25, 2021, bearing the Bates numbers CEL-UCC-02010066 through CEL-UCC-02010067.

43.     Attached to this Declaration as Exhibit 42 is a true and correct copy of an email chain between Roni Cohen-Pavon, Vijay Konduru, Alex Mashinsky, Yarden Noy, and others dated June 11, 2021, bearing the Bates numbers CEL-UCC-02011601 through CEL-UCC-02011602.

44.     Attached to this Declaration as Exhibit 43 is a true and correct copy of an email from Peter Graham to Rodney Sunada-Wong dated March 15, 2022, bearing the Bates numbers CELSIUSNETWORK_00081305 through CELSIUSNETWORK_00081306.

45.     Attached to this Declaration as Exhibit 44 is a true and correct copy of an email chain between Alex Mashinsky, Roni Cohen-Pavon, Yarden Noy, and others dated November 9, 2021, bearing the Bates numbers CELSIUSNETWORK_03212282 through CELSIUSNETWORK_03212283.

46.     Attached to this Declaration as Exhibit 45 is a true and correct copy of an email

chain between Alex Mashinsky, Rodney Sunada-Wong, Vijay Konduru, and others dated May 3, 2021, bearing the Bates numbers CEL-UCC-00209093 through CEL-UCC-00209095.

47.     Attached to this Declaration as Exhibit 46 is a true and correct copy of an email chain between Rodney Sunada-Wong and Yarden Noy dated June 2, 2022, bearing the Bates numbers CEL-UCC-01704147 through CEL-UCC-01704150.

48.     Attached to this Declaration as Exhibit 47 is a true and correct copy of an email chain between Rodney Sunada-Wong and Bethany Davis dated May 11, 2021, bearing the Bates numbers CEL-UCC-00207348 through CEL-UCC-00207352.

49.     Attached to this Declaration as Exhibit 48 is a true and correct copy of an email chain between Peter Graham, Shakti Tailor, Tom McCarthy, Zach Wildes, and others dated June 2, 2022, bearing the Bates numbers CEL-UCC-00207086 through CEL-UCC-00207094.

50.     Attached to this Declaration as Exhibit 49 is a true and correct copy of an email from Yarden Noy to Roni Cohen-Pavon dated April 20, 2022, bearing the Bates numbers CELSIUSNETWORK_03212245 through CELSIUSNETWORK_03212249.

51.     Attached to this Declaration as Exhibit 50 is a true and correct copy of an email chain between Rodney Sunada-Wong, Alex Mashinsky, Roni Cohen-Pavon, and others dated July 26, 2021, bearing the Bates numbers CELSIUSNETWORK_03212250 through CELSIUSNETWORK_03212253.

52.     Attached to this Declaration as Exhibit 51 is a true and correct copy of an email chain between Yarden Noy, Bethany Davis, Tushar Nadkarni, Alex Mashinsky, and others dated November 29, 2021, bearing the Bates numbers CELSIUSNETWORK_03212272 through CELSIUSNETWORK_03212274.

53.     Attached to this Declaration as Exhibit 52 is a true and correct copy of notes from

a meeting of the Celsius Risk Committee dated December 11, 2020, bearing the Bates numbers CEL-UCC-00042583 through CEL-UCC-00042589.

54.      Attached to this Declaration as Exhibit 53 is a true and correct copy of a slide deck from a meeting of the Celsius Risk Committee dated August 5, 2021, bearing the Bates numbers CEL-UCC-00041119 through CEL-UCC-00041120.

55.      Attached to this Declaration as Exhibit 54 is a true and correct copy of a Memorandum of Understanding between CNL and KeyFi, Inc. dated October 1, 2020, bearing the Bates numbers CEL_EXAM-00081440 through CEL_EXAM-00081448.

56.      Attached to this Declaration as Exhibit 55 is a true and correct copy of an Asset Purchase Agreement between KeyFi, Inc. and CNL dated December 31, 2020, bearing the Bates numbers CEL_KEY_00001451 through CEL_KEY_00001482.

57.      Attached to this Declaration as Exhibit 56 is a true and correct copy of an email chain between Aliza Landes and Sid Nayak dated December 23, 2020, bearing the Bates numbers CELSIUSNETWORK_00574939 through CELSIUSNETWORK_00574940.

58.      Attached to this Declaration as Exhibit 57 is a true and correct copy of an email chain between Glenn Williams and Rod Bolger dated February 24, 2022, bearing the Bates numbers CEL-UCC-00064349 through CEL-UCC-00064350.

59.      Attached to this Declaration as Exhibit 58 is a true and correct copy of an email chain between Rod Bolger, Rodney Sunada-Wong, Dean Tappen, and others dated February 25, 2022, bearing the Bates numbers CEL-UCC-00065489 through CEL-UCC-00065491.

60.      Attached to this Declaration as Exhibit 59 is a true and correct copy of an email chain between Dean Tappen, Paul Lang, Glenn Williams, and others dated March 24, 2022, bearing the Bates numbers CEL-UCC-00064374 through CEL-UCC-00064376.

61.    Attached to this Declaration as Exhibit 60 is a true and correct copy of an email chain between Tat Chan and Tamas Antal dated February 26, 2022, bearing the Bates numbers CEL-UCC-00076625 through CEL-UCC-00076626.

62.    Attached to this Declaration as Exhibit 61 is a true and correct copy of Slack messages between Harumi Urata-Thompson and Johannes Treutler dated August 5, 2020, bearing the Bates numbers CEL-UCC-00277814 through CEL-UCC-00277822.

63.    Attached to this Declaration as Exhibit 62 is a true and correct copy of Slack messages between Harumi Urata-Thompson and Johannes Treutler dated August 6, 2020, bearing the Bates numbers CEL-UCC-00277823 through CEL-UCC-0077825.

64.    Attached to this Declaration as Exhibit 63 is a true and correct copy of Slack messages between Harumi Urata-Thompson, Johannes Treutler, and Connor Nolan dated December 30, 2020, bearing the Bates numbers CEL-UCC-00238274 through CEL-UCC-00238275.

65.    Attached to this Declaration as Exhibit 64 is a true and correct copy of Slack messages between Alex Mashinsky and Johannes Treutler dated January 3, 2021, bearing the Bates numbers CEL-UCC-00336290 through CEL-UCC-00336291.

66.    Attached to this Declaration as Exhibit 65 is a true and correct copy of Slack messages between Harumi Urata-Thompson, Johannes Treutler, and Connor Nolan dated January 8, 2021, bearing the Bates number CEL-UCC-00196126.

67.    Attached to this Declaration as Exhibit 66 is a true and correct copy of Slack messages between Harumi Urata-Thompson, Johannes Treutler, and Connor Nolan dated March 21, 2021, bearing the Bates numbers CEL-UCC-00196135 through CEL-UCC-00196137.

68.    Attached to this Declaration as Exhibit 67 is a true and correct copy of a slide deck

from a meeting of the Celsius Asset-Liability Committee dated April 13, 2022, bearing the Bates numbers CEL-UCC-00042816 through CEL-UCC-00042825.

69.     Attached to this Declaration as <u>Exhibit 68</u> is a true and correct copy of a slide deck from a meeting of the Celsius Executive Committee dated May 4, 2021, bearing the Bates numbers CEL-UCC-00274748 through CEL-UCC-00274790.

70.     Attached to this Declaration as <u>Exhibit 69</u> is a true and correct copy of a slide deck from a meeting of the Celsius Asset-Liability Committee dated May 25, 2022, bearing the Bates numbers CEL-UCC-00042883 through CEL-UCC-00042895.

71.     Attached to this Declaration as <u>Exhibit 70</u> is a true and correct copy of Celsius's Postmortem Analysis dated February 11, 2022, bearing the Bates numbers CEL-UCC-00073959 through CEL-UCC-00074001.

72.     Attached to this Declaration as <u>Exhibit 71</u> is a true and correct copy of CNL's Annual Report and Financial Statements for the Year Ended 29 February 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 17, 2023
                      New York, New York

/s/ *Andrea Amulic*
Andrea Amulic
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-7061
Email:  andrea.amulic@whitecase.com

*Counsel to the Official Committee of
Unsecured Creditors*

# <u>EXHIBIT 1</u>

**Filed Under Seal**

# EXHIBIT 2

**Filed Under Seal**

# EXHIBIT 3

**Filed Under Seal**

# <u>EXHIBIT 4</u>

**Filed Under Seal**

# EXHIBIT 5

**Filed Under Seal**

# EXHIBIT 6

**Filed Under Seal**

# <u>EXHIBIT 7</u>

**Filed Under Seal**

# EXHIBIT 8

**Filed Under Seal**

# EXHIBIT 9

**Filed Under Seal**

# EXHIBIT 10

**Filed Under Seal**

# EXHIBIT 11

**Filed Under Seal**

# EXHIBIT 12

**Filed Under Seal**

# EXHIBIT 13

**Filed Under Seal**

# EXHIBIT 14

**Filed Under Seal**

# EXHIBIT 15

**Filed Under Seal**

# EXHIBIT 16

**Filed Under Seal**

# EXHIBIT 17

**Filed Under Seal**

# EXHIBIT 18

**Filed Under Seal**

# EXHIBIT 19

**Filed Under Seal**

# EXHIBIT 20

**Filed Under Seal**

# <u>EXHIBIT 21</u>

**Filed Under Seal**

# EXHIBIT 22

**Filed Under Seal**

# EXHIBIT 23

**Filed Under Seal**

# **<u>EXHIBIT 24</u>**

**Filed Under Seal**

# EXHIBIT 25

**Filed Under Seal**

# EXHIBIT 26

**Filed Under Seal**

# EXHIBIT 27

**Filed Under Seal**

# EXHIBIT 28

**Filed Under Seal**

# EXHIBIT 29

**Filed Under Seal**

# **<u>EXHIBIT 30</u>**

**Filed Under Seal**

# EXHIBIT 31

**Filed Under Seal**

# EXHIBIT 32

**Filed Under Seal**

# EXHIBIT 33

**Filed Under Seal**

# EXHIBIT 34

**Filed Under Seal**

# EXHIBIT 35

**Filed Under Seal**

# **EXHIBIT 36**

**Filed Under Seal**

# EXHIBIT 37

**Filed Under Seal**

# EXHIBIT 38

**Filed Under Seal**

# <u>EXHIBIT 39</u>

**Filed Under Seal**

# EXHIBIT 40

**Filed Under Seal**

# EXHIBIT 41

**Filed Under Seal**

# EXHIBIT 42

**Filed Under Seal**

# EXHIBIT 43

**Filed Under Seal**

# <u>EXHIBIT 44</u>

**Filed Under Seal**

# EXHIBIT 45

**Filed Under Seal**

# EXHIBIT 46

**Filed Under Seal**

# <u>EXHIBIT 47</u>

**Filed Under Seal**

# EXHIBIT 48

**Filed Under Seal**

# EXHIBIT 49

**Filed Under Seal**

# EXHIBIT 50

**Filed Under Seal**

# EXHIBIT 51

**Filed Under Seal**

# EXHIBIT 52

**Filed Under Seal**

# EXHIBIT 53

**Filed Under Seal**

# EXHIBIT 54

**Filed Under Seal**

# EXHIBIT 55

**Filed Under Seal**

# EXHIBIT 56

**Filed Under Seal**

# **EXHIBIT 57**

**Filed Under Seal**

# EXHIBIT 58

**Filed Under Seal**

# **EXHIBIT 59**

**Filed Under Seal**

# EXHIBIT 60

**Filed Under Seal**

# EXHIBIT 61

**Filed Under Seal**

# EXHIBIT 62

**Filed Under Seal**

# EXHIBIT 63

**Filed Under Seal**

# **EXHIBIT 64**

**Filed Under Seal**

# EXHIBIT 65

**Filed Under Seal**

# EXHIBIT 66

**Filed Under Seal**

# EXHIBIT 67

**Filed Under Seal**

# <u>EXHIBIT 68</u>

**Filed Under Seal**

# <u>EXHIBIT 69</u>

**Filed Under Seal**

# EXHIBIT 70

**Filed Under Seal**