UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| | (Jointly Administered) |
| Debtors. | |

**FOURTH SUPPLEMENTAL DECLARATION OF ROBERT CAMPAGNA
IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY AND RETAIN
ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO
THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JULY 13, 2022**

I, ROBERT CAMPAGNA, hereby declare under penalty of perjury, as follows:

1. I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its professional service provider affiliates (all of which are wholly-owned by its parent company and employees), its wholly-owned subsidiaries and independent contractors, "A&M"), a restructuring advisory services firm with numerous offices throughout the country. I submit this declaration (this "Fourth Supplemental Declaration") to supplement my prior declarations that have been submitted in connection with A&M's retention in these chapter 11 cases. Except as otherwise noted, I have personal knowledge of the matters set forth herein or have been informed of such matters by professionals of A&M.

2. On July 13, 2022 (the "Petition Date"), Celsius Network LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

3. On August 9, 2022, the Debtors filed the *Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 410] (the "Application") and attached thereto was my declaration in support of the Application (the "Original Declaration"). On August 31, 2022, the Debtors filed the *First Supplemental Declaration of Robert Campagna in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 667] (the "First Supplemental Declaration"). On December 16, 2022, the Debtors filed the *Second Supplemental Declaration of Robert Campagna in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 1737] (the "Second Supplemental Declaration"). On December 23, 2022, the Debtor's filed the *Third Supplemental Declaration of Robert Campagna in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 1785] (the "Third Supplemental Declaration" and together with Original Declaration, First Supplemental Declaration, and Second Supplemental Declaration, the "Prior Declarations").

4. On, September 16, 2022, the Court entered the *Order Authorizing Debtors to Employ and Retain Alvarez & Marsal North America, LLC As Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 842].

2

5.  I submit this Fourth Supplemental Declaration to disclose certain additional connections to Potential Parties in Interest that have been discovered since the date of the Prior Declarations. Capitalized terms used herein and not otherwise defined have the respective meanings set forth in the Prior Declarations.

**ADDITIONAL POTENTIAL PARTIES IN INTEREST**

6.  In connection with its retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether any material relevant facts or relationships have arisen or been discovered. In connection therewith, it has come to A&M's attention that the entities identified on Schedule A hereto ("Additional Parties") are parties involved in the Debtors' Chapter 11 cases who were not identified on Schedules A to the Prior Declarations. The Additional Parties together with the parties identified on Schedule A to the Prior Declarations are hereinafter referred to as the "Potential Parties in Interest".

7.  Based on the Firm Procedures described in the Original Declaration, the relationships with the Additional Parties are identified on Schedule B hereto.

8.  Based on the results of its review, to be best of my knowledge, except as set forth herein or in the Prior Declarations, A&M does not have an active relationship with any of Potential Parties in Interest in matters relating to the Debtors' chapter 11 cases.

9.  To the extent any information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated May 19, 2023  
New York, New York

/s/ Robert Campagna  
Name: Robert Campagna  
Title: Managing Director  
Alvarez & Marsal North America, LLC

## SCHEDULE A

### New Potential Parties in Interest

**Bankruptcy Judge**
Philip Bentley

**Bankruptcy Judges Staff**
Jennifer Pollan
Julia Bonnell

**Bankruptcy Professionals**
A.M. Saccullo Legal, LLC
Fischer (FBC & Co.)
KE Andrews

**Notice of Appearance / Pro Hac Vice**
Brett Flora
Brown Connery
CDP Investments Inc.
Coan Payton & Paine
Courtney Burks Steadman
Illinois Secretary of State
Joe Breher
Josh Tornetta
JR Law
Keith Ryals
Kim Flora
Livingston PLLC
Lowenstein Sandler LLP
Lucy Thomson
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Miles & Stockbridge
Orrick, Herrington & Sutcliffe LLP
Pennsylvania Department of Revenue
Pennsylvania Office of Attorney General
Saul Ewing
Texas Attorney General
Wadsworth, Garber, Warner and Conrardy, P.C
Willis Towers Watson US LLC

**Ordinary Course Professionals**
McMillan LLP
Middlebrooks Shapiro, P.C.
Stout Risius Ross, LLC
Walker Morris LLP

**Potential Bidding Parties and Principals**
Arrington Capital
Asher Genoot
Beowulf
Block Chain Recovery Committee
Brown Rudnick LLP
Carl Tipton
David Proman
Fahrenheit, LLC
Figure Securities, Inc.
Figure Technologies
Gemini Trust Company, LLC
GXD Labs LLC
Jason New
Joel Block
Li Zhao
Matt Prusak
Michael Abbate
Michael Cagney
Mike Ho
Nazar Khan
NovaWulf Digital Management, L.P.
Paul Prager
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Plutus Lending LLC (d/b/a Abra)
Proof Group Capital Management LLC
R Christian Wyatt
Ravi Kaza
Steven Kokinos
Terawulf
Terryl Zerby
Tom Carlson
U.S. Data Mining Group, Inc. (d/b/a US Bitcoin Corp.)
US Bitcoin Corp.
Valon
Van Eck Absolute Return Advisers Corporation
Willkie Farr & Gallagher LLP

**Retail Customers**
Aaron Dale Higbee
Adam David Fritz
Adam Joscelyne
Adam Kryskow
Alain Bonvecchio
Alfred Bokhour
Amirhossein Aminsharifi
Andy Tran
Annette Christine Davies
Ariel Ceja
Austin Wilcox
Balazs Lesko

| | |
|---|---|
| Benjamin Julian Dame | JLS Projects, LLC |
| Berne Loh Tai Yuan | John Cioffoletti |
| Biao Shou | John Robert Kemenosh |
| Brandon Singer | Johnny Piquero |
| Brian Bang | Jon Collins-Black |
| Brian Barnes | Jonathon Robert Prendergast |
| Bryan Perl | Joseph Michael Breher |
| Calvin Spencer Rawe | Keith Ryals |
| Cherktyek Consulting, LLC | Kipton Ford Anderson |
| Christian Ander | Law Offices Of Stefan Coleman, P.A |
| Christopher Chung | Marc Shachtman |
| Christopher James Maudlin | Marcelo Tellez Anderson |
| Christopher Shey-Tau Sun | Marco Bonomi |
| Clarence Thomas | Mario Harrison Asp |
| Clint Worden | Mark E Blair |
| Cort Kibler-Melby | Mark Finelli |
| Craig Wilson Mcgarrah Iii | Mark Redeker |
| Daniel Miller | Mathew Salazar |
| David Anthony Sims | Matias Ureta Montero |
| David Arie Schneider | Matthew Evan Scott |
| David Carl Lindahl | Melissa Ann Licari |
| David Dennis | Miae Kim |
| David Fahrney | Michael R Blemaster |
| David Jeffries | Michael Russell Fortwengler |
| David Little | Mokrohond Btc Llc |
| Davis Chan | Nathan Boyd |
| Dias Malayev | Nick Cousyn |
| Didier Pawlicki | Nojan Jahedmanesh |
| Dimitris Zourdos | Paul Daniel Storvick |
| Don Hosea Smith | Paul Mcneal |
| Donald Jay Vinberg | Paz Paramdeep Dhody |
| Eduardo Sy Jr Buenviaje | Peter Truss |
| Four Thirteen Llc | Peter Van Newhyzen |
| Franklin Kashner | Pietro Vincent Licari |
| George Chavous | Rebecca N Egan |
| George Vasile | Rena Cannaa |
| Gregory Allen Kieser | Richard Gordon |
| Hamad Alshamsi | Rishi Raj Yadav |
| Hayden Smith | Roshandip Singh |
| Heather Trussell | Ryan Yukio Nakaima |
| Herman Vissia | San Lo |
| Hr National Pty Ltd | Scott Mashburn |
| Ivari Kuuse | Sergi Sagas |
| J&J Hoffard Pty Ltd Atf Hoffard Family Trust | Shawn Liang |
| Jacob Daniels | Shawn Steven Steinborn |
| Jacob John Ring | Stephen Hawkins |
| Jad Jubayli | Steven Thayer Spiller |
| Jansen P Del Vecchio | Tam II Holdings LLLC |
| Jason Colling | Tarek Rajab Pacha |
| Jeffrey J Bradian | Terence Foo |
| Jeffrey R Kerr | Terry Parker |
| Jianwei Hu | Thomas Findlan |

2

Thomas Foo
Thomas Schach
Timothy Hiu Ki Lam
Trent Johnson
Umar Yusuf Girei
Umesh Balani
Vladimir Aneychik
Vladislav Adzic
Wesley Geunhyuk Chang
William M Rogers
Wing Hong Lai
Yves Daniel Diserens
Zaryn Dentzel

**Taxing Authority/Governmental/Regulatory Agencies**
U.S. Department of Treasury

**UCC Professionals**
Gornitzky & Co.
Selendy Gay Elsberg PLLC

**Vendors**
Plaid Inc.

**SCHEDULE B**

**Known Connections to Potential Parties in Interest in Unrelated Matters**

**Current and Former Clients of A&M and/or its Affiliates** [1]
Figure Technologies
Willis Towers Watson US LLC

**Significant Equity Holders of Current and Former A&M Clients** [2]
Cagney, Michael
Van Eck Absolute Return Advisers Corporation

**Professionals & Advisors** [3]
Brown Connery
Brown Rudnick LLP
KE Andrews
Lowenstein Sandler LLP
McElroy, Deutsch, Mulvaney & Carpenter, LLP
McMillan LLP
Miles & Stockbridge
Orrick, Herrington & Sutcliffe LLP
Paul, Weiss, Rifkind, Wharton & Garrison
Saul Ewing
Stout Risius Ross, LLC
Walker Morris LLP

Willis Towers Watson US LLC
Willkie Farr & Gallagher LLP

**Significant Joint Venture Partners** [4]
Terawulf

**Board Members** [5]
Little, David

**Government and Regulatory** [6]
U.S. Department of Treasury

**A&M Vendors** [7]
Orrick, Herrington & Sutcliffe LLP
Paul, Weiss, Rifkind, Wharton & Garrison
Willkie Farr & Gallagher LLP

---

[1] A&M and/or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[4] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[5] These parties or their affiliates are board members of other clients or former clients of A&M or their affiliates in wholly unrelated matters.

[6] A&M and/or an affiliate is currently providing or has provided certain consulting or interim management services to these government entities or regulatory agencies in wholly unrelated matters.

[7] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates