Annemarie V. Reilly
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200

John J. Sikora (admitted *pro hac vice*)
Heather A. Waller (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700

*Special Counsel to the Initial Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**FIFTH SUPPLEMENTAL DECLARATION**
**OF JOHN J. SIKORA IN SUPPORT OF DEBTORS' APPLICATION FOR**
**AUTHORITY TO RETAIN AND EMPLOY LATHAM & WATKINS LLP AS**
**SPECIAL COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, John J. Sikora, declare as follows:

1.      I am a partner in the law firm of Latham & Watkins LLP ("L&W"), an international

law firm with offices across the United States, Europe, and Asia.  I am admitted in, practicing in,

and a member in good standing of the state bar of Illinois, and there are no disciplinary proceedings

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending
LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited
(8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209);
GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's
principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison
Street, Suite 209F, Hoboken, New Jersey 07030.

pending against me.  I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein.

2.      I submit this fifth supplemental declaration (the "Fifth Supplemental Declaration") in further support of the *Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date* [D.I. 363 & 1030] (the "Application")[2] and to supplement the disclosures set forth in the Sikora Declaration attached as Exhibit B to the Application (the "Initial Declaration"), the first supplemental Sikora declaration filed on August 12, 2022 [D.I. 440 & 1031], the second supplemental Sikora declaration filed on August 31, 2022 [D.I. 647], the third supplemental Sikora declaration filed on December 15, 2022 [D.I. 1711], and the fourth supplemental Sikora declaration filed on January 25, 2023 [D.I. 1937] (collectively, the "Prior Declarations").

3.      All facts set forth in this Fifth Supplemental Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents.  To the extent any information disclosed herein requires amendment or modification as additional information becomes available to L&W, an additional supplemental declaration will be submitted to this Court reflecting such amended or modified information.

4.      Since the Application was filed, L&W has continued to review its connections to parties in interest in the Chapter 11 Cases using the disclosure procedures described in paragraphs 11 and 12 of the Initial Declaration.  Specifically, L&W searched its Client Database for connections to the parties listed on Appendix 1 hereto (collectively, the "Supplemental Parties in Interest").  This inquiry revealed that certain of the Supplemental Parties in Interest are current or

---

[2]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

former clients of L&W, or were clients of L&W attorneys while such attorneys were at a prior firm. Such Supplemental Parties in Interest, and their relationship to L&W, are listed on Appendix 2 to this Fifth Supplemental Declaration. Through the information generated by this computer inquiry, and through follow-up inquiries with L&W attorneys as necessary, it was determined that the representation of the parties in interest disclosed on Appendix 2 hereto concerned matters in which such clients were not adverse to the Debtors or the Debtors' estates with respect to the L&W Services.

5.      Based on the information available to me, I believe that L&W: (a) has no connection to the Debtors, their creditors, or their related parties except as may be disclosed herein or in the Prior Declarations, and (b) does not hold or represent any interest adverse to the interests of the Debtors or their estates with respect to the matters on which L&W is to be employed in these Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 19th day of May, 2023

_/s/ John J. Sikora_____
John J. Sikora

## <u>Appendix 1</u>

**Supplemental Parties in Interest List**

**Appendix 1**

**<u>List of Appendices</u>**

<u>**Appendix**</u>    <u>**Category**</u>

| | |
|---|---|
| 1(a) | Bankruptcy Judges & Staff |
| 1(b) | Bankruptcy Professionals |
| 1(c) | Insurance |
| 1(d) | Notice of Appearance / Pro Hac Vice |
| 1(e) | Ordinary Course Professionals |
| 1(f) | Potential Bidding Parties & Principals |
| 1(g) | Potential Vendors |
| 1(h) | Retail Customers |
| 1(i) | Taxing Authority/Governmental/Regulatory Agencies |
| 1(j) | U.S. Trustee Office |
| 1(k) | UCC Professionals |
| 1(l) | Vendors |

## Appendix 1(a)

## Bankruptcy Judges & Staff

Bentley, Philip
Bonnell, Julia
Pollan, Jennifer

## Appendix 1(b)

## Bankruptcy Professionals

A. M. Saccullo Legal LLC
Ernst & Young LLP
Fischer (FBC & Co.)
KE Andrews
Kroll Restructuring
Pepper Hamilton LLP

## Appendix 1(c)

## Insurance

Sentinel Insurance Co. Ltd.

## Appendix 1(d)

## Notice of Appearance / Pro Hac Vice

Breher, Joe
Brown Connery
Buchalter PC
CDP Investments Inc.
Coan Payton & Payne
Flora, Brett
Flora, Kim
Illinois, State of, Secretary
JR Law
Livingston PLLC
Lowenstein Sandler LLP
McElroy, Deutsch, Mulvaney & Carpenter LLP
Miles & Stockbridge
Orrick, Herrington & Sutcliffe LLP
Pennsylvania, Commonwealth of, Department of Revenue
Pennsylvania, Commonwealth of, Office of Attorney General
Ryals, Keith
Saul Ewing
Steadman, Courtney Burks
Texas, State of, Attorney General
Thomson, Lucy
Tornetta, Josh
Van Meyer, Nol
Wadsworth, Garber, Warner & Conrardy PC
Willis Towers Watson US LLC

## Appendix 1(e)

## Ordinary Course Professionals

McMillan LLP
Middlebrooks Shapiro PC
Stout Risius Ross LLC
Walker Morris LLP

## Appendix 1(f)

### Potential Bidding Parties & Principals

[Confidential]
Abbate, Michael
Arrington Capital
[Confidential]
Beowulf Energy LLC
[Confidential]
[Confidential]
Block, Joel
[Confidential]
Brown Rudnick LLP
Cagney, Michael
[Confidential]
Carlson, Tom
[Confidential]
[Confidential]
[Confidential]
[Confidential]
Fahrenheit LLC
Figure Technologies
[Confidential]
[Confidential]
Gemini Trust Co. LLC
Genoot, Asher
Global X Digital
GXD Labs LLC
[Confidential]
Ho, Mike
[Confidential]
Kaza, Ravi
Khan, Nazar
Kokinos, Steven
[Confidential]
New, Jason
[Confidential]
[Confidential]
Paul, Weiss, Rifkind, Wharton & Garrison
    LLP
Plutus Lending LLC
Prager, Paul
Proman, David

Proof Group Capital Management LLC
Prusak, Matt
[Confidential]
[Confidential]
[Confidential]
[Confidential]
[Confidential]
TeraWulf
Tipton, Carl
[Confidential]
US Bitcoin Corp.
US Data Mining Group Inc.
Valon Mortgage Inc.
Van Eck Absolute Return Advisers Corp.
Willkie Farr & Gallagher LLP
Wyatt, Christian R.
[Confidential]
Zerby, Terryl
Zhao, Li

## Appendix 1(g)

### Potential Vendors

Figure Securities Inc.

**Appendix 1(h)**

**Retail Customers**

| | |
|---|---|
| Adzic, Vladislav | Foo, Thomas |
| Alshamsi, Hamad | Fortwengler, Michael Russell |
| Aminsharifi, Amirhossein | Fritz, Adam David |
| Ander, Christian | Girei, Umar Yusuf |
| Anderson, Kipton Ford | Gordon, Richard |
| Anderson, Marcelo Tellez | Harrison, Mario |
| Aneychik, Vladimir | Hawkins, Stephen |
| ATF Hoffard Family Trust | Higbee, Aaron Dale |
| Balani, Umesh | HR National Pty. Ltd. |
| Bang, Brian | Hu, Jianwei |
| Barnes, Brian | J&J Hoffard Pty. Ltd. |
| Blair, Mark E. | Jahedmanesh, Nojan |
| Blemaster, Michael R. | JLS Projects LLC |
| Bokhour, Alfred | Johnson, Trent |
| Bonomi, Marco | Joscelyne, Adam |
| Bonvecchio, Alain | Kashner, Franklin |
| Boyd, Nathan | Kemenosh, John Robert |
| Bradian, Jeffrey J. | Kerr, Jeffrey R. |
| Breher, Joseph Michael | Kryskow, Adam |
| Buenviaje, Eduardo Sy, Jr. | Kuuse, Ivari |
| Cannaa, Rena | Lai, Wing Hong |
| Ceja, Ariel | Lam, Timothy Hiu Ki |
| Chan, Davis | Law Offices of Stefan Coleman PA |
| Chang, Wesley Geunhyuk | Lesko, Balazs |
| Chavous, George | Liang, Shawn |
| Chung, Christopher | Licari, Melissa Ann |
| Cioffoletti, John | Licari, Pietro Vincent |
| Colling, Jason | Lindahl, David Carl |
| Collins-Black, Jon | Lo, San |
| Cousyn, Nick | Malayev, Dias |
| Dame, Benjamin Julian | Mashburn, Scott |
| Daniels, Jacob | Maudlin, Christopher James |
| Davies, Annette Christine | McGarrah, Craig Wilson, III |
| Del Vecchio, Jansen P. | McNeal, Paul |
| Dennis, David | Miller, Daniel |
| Dhody, Paz Paramdeep | Mokrohond BTC LLC |
| Diserens, Yves Daniel | Montero, Matias Ureta |
| Egan, Rebecca N. | Nakaima, Ryan Yukio |
| Fahrney, David | Pacha, Tarek Rajab |
| Findlan, Thomas | Parker, Terry |
| Finelli, Mark | Pawlicki, Didier |
| Foo, Terence | Perl, Bryan |

Piquero, Johnny
Prendergast, Jonathon Robert
Rawe, Calvin Spencer
Redeker, Mark
Ring, Jacob John
Rogers, William M.
Sagas, Sergi
Salazar, Mathew
Schach, Thomas
Schneider, David Arie
Scott, Matthew Evan
Shachtman, Marc
Shou, Biao
Sims, David Anthony
Singer, Brandon
Smith, Don Hosea
Smith, Hayden
Spiller, Steven Thayer
Steinborn, Shawn Steven
Storvick, Paul Daniel
Sun, Christopher Shey-Tau
Tam II Holdings LLC
Thomas, Clarence
Tran, Andy
Truss, Peter
Trussell, Heather
Van Newhyzen, Peter
Vasile, George
Vinberg, Donald Jay
Vissia, Herman
Wilcox, Austin
Worden, Clint
Yadav, Rishi Raj
Yuan, Berne Loh Tai
Zourdos, Dimitris

## Appendix 1(i)

### Taxing Authority/Governmental/Regulatory Agencies

United States, Government of the, Department of the Treasury

## Appendix 1(j)

### U.S. Trustee Office

Joseph, Nadkarni

## Appendix 1(k)

## UCC Professionals

Gorintzky & Co.
M3 Advisory Partners LP
Selendy Gay Elsberg PLLC

### Appendix 1(l)

### Vendors

Acxiom LLC
Aguilar Castillo Love SRL
Allied Universal
American Arbitration Association
Aon Consulting Inc.
Appleby (Bermuda) Ltd.
Aquatech Solutions
Argus Inc.
Bernstein & Andriulli
BGOV LLC
Board of European Students of Technology
Bureau Van Dijk Electronic Publishing Inc.
Classic Exhibits Inc.
Crypto Can Man Ltd., The
DD Mrcourier Services
DLA Piper
EcoWaste
EZ Blockchain Services
Fragomen, Del Rey, Bernsen & Loewy, LLP
FTI Consulting Technology LLC
Global X Digital LLC
Hartford, The
iFinex Inc.
IP House Doo
IVXS Technology USA
IW Group Services (UK)
J.B. Hunt
Jackson Square Advisors LLC
Meltwater News US Inc.
Menendez, Uria
Mothership Energy Group
New Horizon Communications
Okta Inc.
Optimus SBR Inc.
Piper Alderman
Prescient Comply LLC
Public Access to Court Electronic Records
RailsTech Inc.
Regulatory DataCorp Inc.
Salt Security Inc.
Sarson Funds Inc.
Saville & Co. Scrivener Notaries

Solutions Evenements
Sorainen
Systems MEC LLC
TAMID Group
Vaco LLC

## **Appendix 2**

**Client Match List**

**Client Match List**

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Ernst & Young LLP | Bankruptcy Professionals | Current Client, Prior Client |
| CDP Investments Inc. | Notice of Appearance / Pro Hac Vice | Current Client |
| Livingston PLLC | Notice of Appearance / Pro Hac Vice | Current Client |
| Lowenstein Sandler LLP | Notice of Appearance / Pro Hac Vice | Current Client |
| Willis Towers Watson US LLC | Notice of Appearance / Pro Hac Vice | Current Client, Prior Client |
| Arrington Capital | Potential Bidding Parties and Principals | Prior Client |
| Blockchain Recovery Investment Committee | Potential Bidding Parties and Principals | Current Client, Prior Client |
| Brown Rudnick LLP | Potential Bidding Parties and Principals | Former Client |
| Gemini Trust Company, LLC | Potential Bidding Parties and Principals | Current Client, Prior Client |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Potential Bidding Parties and Principals | Prior Client |
| Plutus Lending LLC (d/b/a Abra) | Potential Bidding Parties and Principals | Prior Client |
| Terawulf | Potential Bidding Parties and Principals | Current Client |
| US Bitcoin Corp. | Potential Bidding Parties and Principals | Prior Client |
| Willkie Farr & Gallagher LLP | Potential Bidding Parties and Principals | Prior Client |
| U.S. Department of Treasury | Taxing Authority/Governmental/ Regulatory Agencies | Prior Client |
| Allied Universal | Vendors | Current Client |
| American Arbitration Association | Vendors | Former Client |
| Aon Consulting, Inc. | Vendors | Current Client |
| DLA Piper | Vendors | Former Client |
| FTI Consulting Technology LLC | Vendors | Current Client, Prior Client |
| IVXS Technology USA | Vendors | Current Client |
| J.B. Hunt | Vendors | Former Client, Prior Client |

---

[1]   The term "Current Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter.  The term "Former Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years but all matters for such client have since been closed.  The term "Prior Client" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm.

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Okta, Inc. | Vendors | Current Client, Prior Client |
| Salt Security, Inc. | Vendors | Current Client |
| Sorainen | Vendors | Prior Client |
| The Hartford | Vendors | Current Client, Prior Client |
| Uria Menendez | Vendors | Prior Client |