UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Moon Sung Gwak, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the information agent for the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases.

On May 11, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Notice Party Service List attached hereto as **Exhibit A**:

- The Official Committee of Unsecured Creditors' Objection to Application of Connor Nolan Pursuant to 11 U.S.C. §§ 503(B)(3)(D) and 503(B)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 2616]

Dated: May 16, 2023

*/s/ Moon Sung Gwak*
Moon Sung Gwak

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 16, 2023, by Moon Sung Gwak, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

SRF 69638

**Exhibit A**

Exhibit A
Notice Party Service List
Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| WIGGIN AND DANA LLP | ATTN: JAMES I. GLASSER<br>437 MADISON AVENUE, FLOOR 35<br>NEW YORK NY 10022 | JGLASSER@WIGGIN.COM | First Class Mail and Email |