# Exhibit 3

## Scott, Elizabeth D.

| | |
|---|---|
| **From:** | Nick Cerasuolo <nickcerasuolo@RHDM.com> |
| **Sent:** | Tuesday, February 14, 2023 12:31 PM |
| **To:** | Withers, Sarah |
| **Cc:** | Hurley, Mitchell; Scott, Elizabeth D.; ron.deutsch@celsius.network; Charles Topping; Becky Rice; Morgan Soule; Chase Blackmon; Joseph Golding-Ochsner; Anthony Ausiello; Jared Melillo; Pacey, Matt; Peetz, Anne G.; Laughlin, Thomas; Shirley, Jack |
| **Subject:** | RE: Rule 408: Akin <> Rhodium --- Celsius option contract |

Hi Sarah and team,

Wanted to follow up to see what next steps are on closing down this workstream. We are refiling our S-4 today and then expect one more submission before it goes effective in March and the merger closes. Once the S-4 is effective, it will be extremely difficult to try to get something done retroactively. We will not delay our merger under any circumstance. We missed our target date of 2/9 so I wanted to highlight the importance of closing this down asap.

Thanks,
Nick



**Nick Cerasuolo** | Chief Financial Officer
**Rhodium Enterprises, Inc.**
e: nickcerasuolo@RHDM.com

---

**From:** Withers, Sarah <swithers@akingump.com>
**Sent:** Thursday, February 9, 2023 4:43 PM
**To:** Nick Cerasuolo <nickcerasuolo@RHDM.com>
**Cc:** Hurley, Mitchell <mhurley@AkinGump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>; ron.deutsch@celsius.network; Charles Topping <chucktopping@RHDM.com>; Becky Rice <Rebeccarice@RHDM.com>; Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>; Anthony Ausiello <anthonyausiello@RHDM.com>; Jared Melillo <jaredmelillo@RHDM.com>; Pacey, Matt <matt.pacey@kirkland.com>; Peetz, Anne G. <anne.peetz@kirkland.com>; Laughlin, Thomas <thomas.laughlin@kirkland.com>; Shirley, Jack <jack.shirley@kirkland.com>
**Subject:** RE: Rule 408: Akin <> Rhodium --- Celsius option contract

Nick – PWP (the UCC's financial advisor) has requested additional time to review your diligence responses. Can we move tomorrow's call to Monday at 1:30pm ET? PWP is generally free after that so let me know if an alternative time works better on your end.

**Sarah K. Withers**
**A K I N  G U M P  S T R A U S S  H A U E R  &  F E L D** LLP
Direct: +1 212.872.8074 | Internal: 38074

---

**From:** Nick Cerasuolo <nickcerasuolo@RHDM.com>
**Sent:** Monday, February 6, 2023 2:55 PM
**To:** Withers, Sarah <swithers@akingump.com>
**Cc:** Hurley, Mitchell <mhurley@AkinGump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>;
ron.deutsch@celsius.network; Charles Topping <chucktopping@RHDM.com>; Becky Rice <Rebeccarice@RHDM.com>;

Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>; Anthony Ausiello <anthonyausiello@RHDM.com>; Jared Melillo <jaredmelillo@RHDM.com>; Pacey, Matt <matt.pacey@kirkland.com>; Peetz, Anne G. <anne.peetz@kirkland.com>; Laughlin, Thomas <thomas.laughlin@kirkland.com>; Shirley, Jack <jack.shirley@kirkland.com>
**Subject:** Re: Rule 408: Akin <> Rhodium --- Celsius option contract

Thanks Sarah. We are available after 5pm ET tonight, tomorrow or Wednesday. If those times work, could you send a calendar invite?

Nicholas Cerasuolo
Rhodium
+1 781 726 0486


Sent from my iPhone...tiny keyboard, no spell check, thumbs only.




**Nick Cerasuolo** | Chief Financial Officer
**Rhodium Enterprises, Inc.**
e: nickcerasuolo@RHDM.com


On Feb 6, 2023, at 12:40 PM, Withers, Sarah <swithers@akingump.com> wrote:


We discussed with the UCC and their advisors (White & Case and PWP). PWP requested a call with Rhodium to discuss specific valuation points. I emailed this group twice last week to set up a call but did not get a response. Can you please let me know Rhodium's availability for such a call this week?

**Sarah K. Withers**
AKIN GUMP STRAUSS HAUER & FELD LLP
Direct: +1 212.872.8074 | Internal: 38074

**From:** Nick Cerasuolo <nickcerasuolo@RHDM.com>
**Sent:** Monday, February 6, 2023 9:34 AM
**To:** Withers, Sarah <swithers@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>
**Cc:** ron.deutsch@celsius.network; Charles Topping <chucktopping@RHDM.com>; Becky Rice <Rebeccarice@RHDM.com>; Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>; Anthony Ausiello <anthonyausiello@RHDM.com>; Jared Melillo <jaredmelillo@RHDM.com>
**Subject:** Re: Rule 408: Akin <> Rhodium --- Celsius option contract

Hi Sarah,

Any update on the below? Were you able to discuss with the UCC/court?

Thanks,
Nick

Nicholas Cerasuolo
Rhodium

+1 781 726 0486

Sent from my iPhone…tiny keyboard, no spell check, thumbs only.

<image001.png>     **Nick Cerasuolo** | Chief Financial Officer
**Rhodium Enterprises, Inc.**
e: nickcerasuolo@RHDM.com

On Jan 29, 2023, at 9:22 PM, Nick Cerasuolo <nickcerasuolo@rhdm.com> wrote:

Great, thank you Sarah.

<image001.png>     **Nick Cerasuolo** | Chief Financial Officer
**Rhodium Enterprises, Inc.**
e: nickcerasuolo@RHDM.com

**From:** Withers, Sarah <swithers@akingump.com>
**Sent:** Sunday, January 29, 2023 10:13 PM
**To:** Nick Cerasuolo <nickcerasuolo@RHDM.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>
**Cc:** ron.deutsch@celsius.network; Charles Topping <chucktopping@RHDM.com>; Becky Rice <Rebeccarice@RHDM.com>; Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>; Anthony Ausiello <anthonyausiello@RHDM.com>
**Subject:** RE: Rule 408: Akin <> Rhodium --- Celsius option contract

I think that's a reasonable target – will have a better idea after we speak with the UCC. Will be in touch this week.

**Sarah K. Withers**
AKIN GUMP STRAUSS HAUER & FELD LLP
Direct: +1 212.872.8074 | Internal: 38074

**From:** Nick Cerasuolo <nickcerasuolo@RHDM.com>
**Sent:** Sunday, January 29, 2023 7:30 PM
**To:** Withers, Sarah <swithers@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>
**Cc:** ron.deutsch@celsius.network; Charles Topping <chucktopping@RHDM.com>; Becky Rice <Rebeccarice@RHDM.com>; Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>; Anthony Ausiello <anthonyausiello@RHDM.com>
**Subject:** RE: Rule 408: Akin <> Rhodium --- Celsius option contract

Ok thank you. Can we collectively agree on a target date to try to close? Is Thursday 2/9 feasible from your perspective?

<image001.png> **Nick Cerasuolo** | Chief Financial Officer
**Rhodium Enterprises, Inc.**
e: nickcerasuolo@RHDM.com

---

**From:** Withers, Sarah <swithers@akingump.com>
**Sent:** Sunday, January 29, 2023 9:18 PM
**To:** Nick Cerasuolo <nickcerasuolo@RHDM.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>
**Cc:** ron.deutsch@celsius.network; Charles Topping <chucktopping@RHDM.com>; Becky Rice <Rebeccarice@RHDM.com>; Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>; Anthony Ausiello <anthonyausiello@RHDM.com>
**Subject:** RE: Rule 408: Akin <> Rhodium --- Celsius option contract

We will have comments to the option contract.

**Sarah K. Withers**
AKIN GUMP STRAUSS HAUER & FELD LLP
Direct: +1 212.872.8074 | Internal: 38074

---

**From:** Nick Cerasuolo <nickcerasuolo@RHDM.com>
**Sent:** Sunday, January 29, 2023 7:13 PM
**To:** Withers, Sarah <swithers@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>
**Cc:** ron.deutsch@celsius.network; Charles Topping <chucktopping@RHDM.com>; Becky Rice <Rebeccarice@RHDM.com>; Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>; Anthony Ausiello <anthonyausiello@RHDM.com>
**Subject:** RE: Rule 408: Akin <> Rhodium --- Celsius option contract

Thank you, Sarah. Do you plan to present the option contract as is or do you have any redlines?

<image001.png> **Nick Cerasuolo** | Chief Financial Officer
**Rhodium Enterprises, Inc.**
e: nickcerasuolo@RHDM.com

---

**From:** Withers, Sarah <swithers@akingump.com>
**Sent:** Sunday, January 29, 2023 7:55 PM
**To:** Nick Cerasuolo <nickcerasuolo@RHDM.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>
**Cc:** ron.deutsch@celsius.network; Charles Topping <chucktopping@RHDM.com>; Becky Rice <Rebeccarice@RHDM.com>; Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>; Anthony Ausiello <anthonyausiello@RHDM.com>
**Subject:** RE: Rule 408: Akin <> Rhodium --- Celsius option contract

Nick – we are planning to connect with the UCC this week to get alignment on path forward. Will be in touch as soon as we have a next step.

**Sarah K. Withers**

**AKIN GUMP STRAUSS HAUER & FELD** LLP

Direct: +1 212.872.8074 | Internal: 38074

---

**From:** Nick Cerasuolo <nickcerasuolo@RHDM.com>
**Sent:** Sunday, January 29, 2023 5:24 PM
**To:** Hurley, Mitchell <mhurley@AkinGump.com>; Withers, Sarah <swithers@akingump.com>; Scott, Elizabeth D. <EDScott@AKINGUMP.com>
**Cc:** ron.deutsch@celsius.network; Charles Topping <chucktopping@RHDM.com>; Becky Rice <Rebeccarice@RHDM.com>; Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>; Anthony Ausiello <anthonyausiello@RHDM.com>
**Subject:** RE: Rule 408: Akin <> Rhodium --- Celsius option contract

**\*\*EXTERNAL Email\*\***

Sarah, Mitchell, Elizabeth,

Friendly bump on the below – do you expect to send back redlines soon? Can you advise on overall status of getting a deal signed?

Thanks,
Nick

<image001.png>    **Nick Cerasuolo** | Chief Financial Officer
               **Rhodium Enterprises, Inc.**
                    e: nickcerasuolo@RHDM.com

---

**From:** Nick Cerasuolo <nickcerasuolo@RHDM.com>
**Sent:** Wednesday, January 25, 2023 5:49 PM
**To:** Mitchell <mhurley@akingump.com>; Withers, Sarah <swithers@akingump.com>; Scott, Elizabeth D. <EDScott@akingump.com>
**Cc:** ron.deutsch@celsius.network; Charles Topping <chucktopping@RHDM.com>; Becky Rice <Rebeccarice@RHDM.com>; Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>; Anthony Ausiello <anthonyausiello@RHDM.com>
**Subject:** RE: Rule 408: Akin <> Rhodium --- Celsius option contract

Hi Sarah,

Do you have any revisions to the option contract?

Thanks,
Nick

<image001.png>    **Nick Cerasuolo** | Chief Financial Officer
               **Rhodium Enterprises, Inc.**
                    e: nickcerasuolo@RHDM.com

**From:** Nick Cerasuolo <nickcerasuolo@RHDM.com>
**Sent:** Thursday, January 19, 2023 11:52 PM
**To:** Mitchell <mhurley@akingump.com>; Withers, Sarah <swithers@akingump.com>; Scott, Elizabeth D. <EDScott@akingump.com>
**Cc:** ron.deutsch@celsius.network; Charles Topping <chucktopping@RHDM.com>; Becky Rice <Rebeccarice@RHDM.com>; Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>; Anthony Ausiello <anthonyausiello@RHDM.com>
**Subject:** RE: Rule 408: Akin <> Rhodium --- Celsius option contract

Sarah, Mitchell, Elizabeth,

Attached is the first draft of the option contract for your review and revisions.

We should have the information request completed tomorrow. Can you let us know who the appropriate contact is at White & Case to send it to?

Best regards,
Nick

<image001.png>   **Nick Cerasuolo** | Chief Financial Officer
**Rhodium Enterprises, Inc.**
e: nickcerasuolo@RHDM.com

---

**From:** Ron Deutsch <ron.deutsch@celsius.network>
**Sent:** Tuesday, January 17, 2023 8:12 PM
**To:** Nick Cerasuolo <nickcerasuolo@RHDM.com>
**Cc:** Withers, Sarah <swithers@akingump.com>; Mitchell <mhurley@akingump.com>; Scott, Elizabeth D. EDScott@akingump.com; Charles Topping chucktopping@RHDM.com; Becky Rice <Rebeccarice@RHDM.com>; Morgan Soule <morgansoule@rhdm.com>; Chase Blackmon <chaseblackmon@RHDM.com>; Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>
**Subject:** Re: Rule 408: Akin <> Rhodium --- Celsius option contract

Info requests I understand go directly to UCC advisors.  They are represented by White & Case on the legal side.

Thanks

On Tue, Jan 17, 2023, 7:06 PM Nick Cerasuolo <nickcerasuolo@rhdm.com> wrote:

> Sarah, Mitchell, Elizabeth,
>
>
> I just discussed with Ron Deutsch and we are aligned on process.
>
> Next steps:

1. Rhodium will send to Akin the info request. We will not copy Ron and team to keep confidential at Celsius's request; and
2. Rhodium will draft and send Akin the option contract.

Note that Rhodium internal counsel (cc'd Chuck Topping and Morgan) will draft the option contract, not Kirkland.

Also note that in terms of publicly available information, we plan to resubmit our S-4 a couple more times before 3/31. We expect the merger to close before 3/31 pending shareholder and regulatory approval. We will not be updating the S-4 with Q4 numbers prior to the anticipated merger close.

We plan to get you #1 and 2 this week.

Best regards,

Nick

<image001.png>    **Nick Cerasuolo** | Chief Financial Officer
**Rhodium Enterprises, Inc.**
e: nickcerasuolo@RHDM.com

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

50 Harrison St
Suite 209F
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.