# Exhibit 6

**Scott, Elizabeth D.**

| | |
|---|---|
| **From:** | Victor O'Connell <voconnell@stris.com> |
| **Sent:** | Friday, April 21, 2023 9:31 AM |
| **To:** | Hurley, Mitchell |
| **Cc:** | Wofford, Keith; Ericksen, A.J.; 'Hershey, Samuel'; Withers, Sarah; Dana Berkowitz; John Stokes; Latov, Jeff; Scott, Elizabeth D.; Peter Stris |
| **Subject:** | RE: In re: Celsius Network, LLC, Case No. 22-10964 (MG) (Bankr. S.D.N.Y.) |

Mitchell,

We've received your letter. As you know, we're in California and are coordinating with folks in different time zones. We will get back to you asap today (and in no event later than COB).

Best,
Victor

---

**From:** Scott, Elizabeth D. <EDScott@AKINGUMP.com>
**Sent:** Wednesday, April 19, 2023 9:30 AM
**To:** Peter Stris <PStris@stris.com>; Victor O'Connell <voconnell@stris.com>
**Cc:** Hurley, Mitchell <mhurley@AkinGump.com>; Wofford, Keith <kwofford@whitecase.com>; Ericksen, A.J. <AJ.ericksen@whitecase.com>; 'Hershey, Samuel' <sam.hershey@whitecase.com>; Withers, Sarah <swithers@akingump.com>; Dana Berkowitz <dberkowitz@stris.com>; John Stokes <JStokes@stris.com>; Latov, Jeff <jlatov@akingump.com>
**Subject:** RE: In re: Celsius Network, LLC, Case No. 22-10964 (MG) (Bankr. S.D.N.Y.)

[External Email]
Counsel,

Please see the attached correspondence regarding the above-referenced matter.

Thank you,

**Elizabeth Scott**
**Akin**
Direct: +1 214.969.4297 | Internal: 14297

**From:** Victor O'Connell <voconnell@stris.com>
**Sent:** Friday, April 14, 2023 7:06 PM
**To:** Hurley, Mitchell <mhurley@AkinGump.com>
**Cc:** Peter Stris <PStris@stris.com>; Dana Berkowitz <dberkowitz@stris.com>; John Stokes <JStokes@stris.com>
**Subject:** RE: In re: Celsius Network, LLC, Case No. 22-10964 (MG) (Bankr. S.D.N.Y.)

Hi Mitchell,

Thank you for your patience. As promised, here is our letter.

Best,
Victor

**From:** Hurley, Mitchell <mhurley@AkinGump.com>
**Sent:** Monday, April 10, 2023 1:31 PM
**To:** Victor O'Connell <voconnell@stris.com>
**Cc:** Peter Stris <PStris@stris.com>; Dana Berkowitz <dberkowitz@stris.com>; John Stokes <JStokes@stris.com>
**Subject:** RE: In re: Celsius Network, LLC, Case No. 22-10964 (MG) (Bankr. S.D.N.Y.)

[External Email]
Hello Victor and Peter:  As a courtesy, Celsius agrees to the one week extension you request.  Please be advised, however, that unless the parties are able to arrive at a compromise in the very near term, Celsius must proceed as indicated in our letter.   We look forward to receiving your response by April 14.

Regards,


**Mitchell P. Hurley**
**Akin**

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.1011 | Internal: 31011
Fax: +1 212.872.1002 | mhurley@akingump.com | akingump.com | Bio

---

**From:** Victor O'Connell <voconnell@stris.com>
**Sent:** Friday, April 7, 2023 11:08 AM
**To:** Hurley, Mitchell <mhurley@AkinGump.com>
**Cc:** Peter Stris <PStris@stris.com>; Dana Berkowitz <dberkowitz@stris.com>; John Stokes <JStokes@stris.com>
**Subject:** In re: Celsius Network, LLC, Case No. 22-10964 (MG) (Bankr. S.D.N.Y.)


**\*\*EXTERNAL Email\*\***

Dear Mitchell,

Please find the attached time-sensitive letter from Peter K. Stris regarding the above-referenced matter.

Best,
Victor

Victor O'Connell
Partner, Stris & Maher LLP

777 S Figueroa St Ste 3850
Los Angeles, CA 90017
Direct: (213) 995-6802
voconnell@stris.com


This e-mail message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If you are not an intended recipient, you may not use, copy, or distribute this message or any information contained in this message. If you have received this e-mail in error, please notify us immediately by e-mail and delete all copies of the message and any attachments.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This e-mail message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If you are not an intended recipient, you may not use, copy, or distribute this message or any information contained in this message. If you have received this e-mail in error, please notify us immediately by e-mail and delete all copies of the message and any attachments.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This e-mail message may contain information that is privileged, confidential, or otherwise exempt from disclosure. If you are not an intended recipient, you may not use, copy, or distribute this message or any information contained in this message. If you have received this e-mail in error, please notify us immediately by e-mail and delete all copies of the message and any attachments.