# Exhibit 9

Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 22-10964-mg

4    Adv. Case No. 23-01101-mg

5    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6    In the Matter of:

7

8    CELSIUS NETWORK LLC,

9

10           Debtor.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12   RHODIUM ENTERPRISES, INC.,

13               Plaintiff,

14          v.

15   CELSIUS MINING LLC,

16               Defendants.

17   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18

19               United States Bankruptcy Court

20               One Bowling Green

21               New York, NY  10004

22

23               May 2, 2023

24               5:01 PM

25

1    B E F O R E :

2    HON MARTIN GLENN

3    U.S. BANKRUPTCY JUDGE

4

5    ECRO:    JONATHAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    HEARING re Adversary proceeding: 23-01101-mg Rhodium

2    Enterprises, Inc. v. Celsius Mining LLC Case Management

3    Conference Using Zoom for Government. (Doc## 7, 10, 15, 16)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 5 of 51

Page 4

```
 1   A P P E A R A N C E S :

 2

 3   STRIS MAHER LLP

 4        Attorneys for Plaintiff, Rhodium Enterprises, Inc.

 5        777 S Figueroa Street, Suite 3850

 6        Los Angeles, CA 90017

 7

 8   BY:  DANA BERKOWITZ

 9        VICTOR O'CONNELL

10        JOHN STOKES

11

12   AKIN GUMP STRAUSS HAUER & FELD LLP

13        Attorneys for Defendant, Celsius Mining LLC

14        One Bryant Park

15        New York, NY 10036

16

17   BY:  DEAN CHAPMAN

18        MICHELL HURLEY

19

20   AKIN GUMP STRAUSS HAUER & FELD LLP

21        Attorneys for Defendant, Celsius Mining LLC

22        2300 N. Field Street, Suite 1800

23        Dallas, TX 75201

24

25   BY:  ELIZABETH SCOTT
```

1    WHITE & CASE LLP

2         Attorneys for Defendant, Celsius Mining LLC

3         1221 Avenue of the Americas

4         New York, NY 10020

5

6    BY:  SAMUEL P. HERSHEY

7

8    ALSO PRESENT TELEPHONICALLY:

9    VENKATA PHANI AMARTHALURU

10   JESSE BAIR

11   KENNEDY BODNAREK

12   TIMOTHY BURNS

13   ANGELA CIPOLLA

14   TRUSHA GOFFE

15   UDAY GORREPATI

16   DIETRICH KNAUTH

17   FRANK A. OSWALD

18   CHRISTOPHER PERKINS

19   ADAM M. SMITH

20   CHELSIE WARNER

21   BRIANNA B. BILTTER

22   TAYLOR HARRISON

23   CATHY TA

24   VICTOR UBIERNA DE LAS HERAS

25   KAILA ZAHARIS

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 7 of 51

Page 6

1              P R O C E E D I N G S

2              CLERK:  Okay. Calling Case Number 23-01101-mg,

3    Rhodium Enterprises, Inc. v. Celsius Mining LLC.  For the

4    parties that just joined, if you can unmute and give your

5    appearances.  Thanks so much.

6              MR. STOKES:  Thank you.  This is John Stokes from

7    the law firm Stris & Maher on behalf of the Plaintiff in the

8    adversary proceeding, Rhodium Enterprises, Inc.  I'll be

9    joined momentarily by a couple of my colleagues.

10             CLERK:  Okay.  Thank you very much.

11             MR. STOKES:  Thank you.

12             CLERK:  Ms. Zaharis, would you mind unmuting and

13   making your appearance?

14             MS. ZAHARIS:  Hi.  Can you hear me?

15             CLERK:  Yes, I can hear you.

16             MS. ZAHARIS:  Sorry.  I'm actually not appearing

17   today.  I'm just listening.

18             CLERK:  Okay.  Thank you so much.

19             MS. ZAHARIS:  Thank you.  Sorry about my voice.

20             CLERK:  No apologies necessary.  Hope you feel

21   better.  You can pause the recording, Jonathan.  Mr.

22   O'Connell, do you mind unmuting and giving your appearance?

23             MR. O'CONNELL:  Of course.  My name is Victor

24   O'Connell here for Plaintiff.

25             CLERK:  Thank you very much.  You can pause the

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 8 of 51

Page 7

1   recording, Jonathan.  Ms. Berkowitz, can you please unmute

2   and give your appearance?

3              MS. BERKOWITZ:  Good afternoon.  This is Dana

4   Berkowitz with Stris & Maher.

5              CLERK:  And you're on behalf of the Plaintiff.

6   Correct?

7              MS. BERKOWITZ:  I am.  Thank you.

8              CLERK:  Thank you.  You can pause the recording,

9   Jonathan.

10             (Pause)

11             CLERK:  Hi, Mr. Chapman.  If you're going to be

12   speaking on the record, do you mind unmuting and giving your

13   appearance?

14             MR. CHAPMAN:  I doubt I'll be speaking on the

15   record, but I don't mind anyway.  Dean Chapman, Akin Gump

16   Strauss Hauer Feld for Celsius.

17             CLERK:  Appreciate it.  Thank you.  You can

18   actually keep the recording going.  Ms. Scott, will you be

19   speaking on the record today?

20             MS. SCOTT:  Hi.  Good afternoon.  I'm not certain

21   so I'll go ahead and enter an appearance if that's okay.

22             CLERK:  Of course.  Thank you.

23             MS. SCOTT:  Elizabeth Scott with Akin Gump on

24   behalf of Celsius.

25             CLERK:  Thank you very much.  You can pause the

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 9 of 51

Page 8

1      recording now, Jonathan.

2              (Pause)

3              CLERK:  Hi, Mr. Hurley.  If you're going to be

4      speaking on the record, if you'd mind just making an

5      appearance.

6              MR. HURLEY:  Yes.  Good afternoon or good evening

7      I guess.  Mitch Hurley with Akin Gump Strauss Hauer Feld on

8      behalf of the Defendant, Celsius.

9              CLERK:  Thank you very much.

10             MR. HURLEY:  You're welcome.

11             CLERK:  You can pause the recording, Jonathan.

12     You can pause the recording, Jonathan.

13             (Pause)

14             CLERK:  Start the recording again.  Mr. Hershey,

15     do you want to unmute and give your appearance, please?

16             MR. HERSHEY:  Yeah.  Sam Hershey from White & Case

17     on behalf of the Official Committee of Unsecured Creditors.

18             CLERK:  Okay.  Judge, would you like to begin?

19             THE COURT:  Yes, I would.  Good afternoon,

20     everybody.  We're here in the adversary proceeding Rhodium

21     Enterprises versus Celsius Mining, 23-01101.

22             The Court has reviewed the letters from Mr. Hurley

23     and Ms. Berkowitz and I scheduled this conference today to

24     talk about it.  I entered an order setting the conference

25     with also some directions.  Ms. Berkowitz, do you want to

Page 9

1    begin?

2            MR. STOKES:  Your Honor, this is John Stokes.

3            THE COURT:  Okay.

4            MR. STOKES:  I'll be speaking for the Plaintiff,

5    Rhodium.

6            THE COURT:  Okay.  Go ahead, Mr. Stokes.

7            MR. STOKES:  Yes.  Happy to begin.  First, I want

8    to thank the Court and its staff and the court reporter for

9    seeing us on an urgent basis in the evening.  I know that's

10   unusual and we thank the Court for its time.

11           The basic ask that we have, that we be given the

12   opportunity to lay this dispute out for you, to have our

13   position considered, and see if we can persuade you, Your

14   Honor, that this case does involve an unambiguous contract

15   that doesn't require the introduction of extrinsic evidence,

16   not dissimilar from what would happen if you were

17   considering a motion to dismiss.

18           Now, we're a declaratory relief plaintiff so the

19   posture's a little bit different, but in our view, the --

20   it's essentially the same concept.  Now, if you were to

21   agree with us, that would presumably be the end of it.  If

22   you were to disagree, we of course acknowledge that there

23   would need to be discovery into what the parties meant on

24   any ambiguous terms that matter to the case.  But the basic

25   ask remains the same, that we be permitted to file our

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 11 of 51

Page 10

1   motion and have a chance to lay it out so that there's at

2   least a possibility of -- and we know that this is not

3   itself an inconsiderable ask.  We understand that -- but so

4   that there's at least a possibility that this matter gets

5   resolved in advance of what is the June 30 deadline for the

6   merger between Rhodium and SilverSun.  That's the basic

7   position that we have.

8            Now, we have met and conferred and we're happy to

9   -- about the matters in your order.  We're happy to talk

10  about that further, but I wanted to begin with what our kind

11  of fundamental position remains, and really like the request

12  that we would still like to make of the Court.

13            THE COURT:  Okay.  Mr. Hurley.

14            MR. HURLEY:  Thank you.  Good evening, Your Honor.

15  So, Your Honor, we received the Court's order I guess last

16  night requiring the parties to meet and confer in advance of

17  this conference and just try to agree on a CMO and

18  scheduling order that includes "a date for Defendant to

19  answer the complaint, file counterclaims, dates for

20  concluding fact and expert discovery, and following the

21  close of discovery, any dispositive motion practice."  This

22  morning at about 9:00 a.m., we sent over a CMO and

23  scheduling order to Rhodium that complied with that

24  direction.

25            We had a meet-and-confer at noon today with

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 12 of 51

Page 11

1    Rhodium, and we asked them, you know, what they thought of

2    our proposed schedule.  They said that they thought it was

3    basically reasonable but that they were going to renew their

4    request that they be allowed to make a summary judgment

5    motion before taking discovery.

6         I asked them specifically whether they had a

7    proposal to make that would allow for all of the things that

8    Your Honor included in the order last night to happen in

9    advance of having this motion decided by June 30th.  They

10   said they did not have such a proposal and would not be

11   making such a proposal.  Instead, what they suggested is

12   that they would proceed with their motion alongside the

13   schedule that we proposed, which of course would effectively

14   mean that we would not have the opportunity to take any

15   discovery or engage in other typical early motion practices

16   before a summary judgment motion is filed.

17        We continue to believe that that approach is both

18   unjustified and impractical and counter to the practice in

19   virtually every case I've ever been involved in in any way.

20   It really puts the cart before the horse, and our real

21   concern here, Your Honor, is cost.  I mean, you know, a lot

22   of times a party wants to kind of take a halfcourt shot at

23   the beginning of the case because they hope if they hit it,

24   then, great, they -- everybody gets to go home.  But there's

25   a real cost to taking that halfcourt shot at the beginning

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 13 of 51

Page 12

1  of the case and it's a cost to Celsius and to Celsius

2  creditors, and Rhodium has done nothing in our view

3  convincingly to suggest that Celsius should have to take

4  that risk and that cost on its own shoulders.

5       To the extent there is any urgency here, and we've

6  never heard a cogent explanation for how there really is

7  urgency other than that Rhodium wants to know the answer so

8  it can decide whether it wants to go -- want to follow

9  through with this deal -- but to the extent there's any

10 urgency at all, is 100 percent of the making of Rhodium.

11 Celsius identified this dispute on October 27th of last

12 year.

13      While it certainly is true that the parties

14 engaged in negotiations over settlements since then, again

15 and again over the course of the past six months, Celsius

16 advised Rhodium that it did not yet have a deal and if

17 Celsius ever got to the point where it was interested in

18 accepting terms, the UCC would also have to agree and then

19 the Court would have to agree.  The UCC became involved in

20 discussions in late December.  We had back and forth where

21 there was some diligence requests made and some narrative

22 responses provided, but the documents that we requested --

23 they never provided a single page, and, you know, they say,

24 well, we were asking you guys whether, you know, we could

25 get a response to your settlement.  We didn't get one.

22-10964-mg    Doc 2698-9    Filed 05/22/23    Entered 05/22/23 13:01:38    Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas    Pg 14 of 51

Page 13

1     Well, that doesn't mean that you should conclude that you're

2     definitely getting a settlement.   In fact, I would suggest

3     it probably means the exact opposite.

4              But even if they were right, Your Honor, that

5     somehow they had this belief that we were going to get into

6     a settlement, that doesn't justify what they did.   They

7     didn't just hide the ball and not tell us until April 27th

8     that they believed that the existence of this dispute could

9     make it legally impossible for them to close.   The first

10    time they ever said that was April 27th.   They didn't just

11    hide that ball until April 27th.   They said the opposite.

12    They -- part of their negotiating strategy was to basically

13    threaten that if -- that they could close with or without

14    us.   If we didn't get onboard, they were going to run over

15    us.

16             Having said that to us for the better part of six

17    months, Your Honor, I don't see how they can show up here

18    and insist that the Court and Celsius bear the cost and

19    inconvenience that's associated with them suddenly deciding

20    that what they've been telling us for five or six months

21    actually wasn't accurate and that they need to eliminate

22    this dispute by the end of June.

23             I would note that the approach that they're

24    proposing to take is basically unheard of and unprecedented.

25    You know, in virtually every case, when a party comes

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 15 of 51

Page 14

1    forward and says, we want to move for judgment before

2    there's been discovery, it winds up being an unproductive

3    proceeding.  Let me just quote something that Your Honor

4    said on December 8th because I think it captures exactly the

5    situation we have here.

6         On December 8th, some other parties in this case

7    had suggested that there be a ruling construing the terms of

8    use with respect to which Debtor has liability to customers

9    without first taking discovery because supposedly the terms

10   of use were unambiguously required, the outcome advocated by

11   those advocates, and Your Honor said -- and it's a brief

12   quote and I'll make it brief -- Your Honor said, "How many

13   times have I heard that over the years?  Everybody thinks

14   it's unambiguous but they completely disagree about what it

15   means.  You know, I've had many cases over the year, and as

16   a lawyer before I became a judge, where people had competing

17   arguments that the plain language of a contract supports

18   their view and extrinsic evidence is not admissible and then

19   a court decides that, no, it's ambiguous and we need

20   extrinsic evidence."

21        And in that case, Your Honor, you also refused to

22   do things backwards.  And instead, you said, we're going to

23   do discovery before we get into these arguments.  I would

24   submit that the same approach makes sense here.  And I would

25   finally note, talking about the lack of precedence for this

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 16 of 51

Page 15

1    approach, they cite -- Rhodium cites one case to Your Honor

2    for this to support what they're proposing to do.  In that

3    case, there wasn't a motion for summary judgment filed five

4    days after a preemptive complaint was filed.  It was 16

5    months after the complaint was filed in the case that they

6    cite that summary judgment motion was made.  And in that

7    case, Your Honor, the motion was denied in part, including

8    the breach of contract claim, in order to permit the parties

9    to take discovery.

10           I'd submit again as we did in our letter that the

11   approach that Mr. Stokes is proposing is completely wasteful

12   and it is unjustified.  It is the product of a problem that

13   they have created entirely themselves.

14           THE COURT:  Let me ask you this, Mr. Hurley.  Have

15   you been involved in this dispute since it first surfaced in

16   the discussion?

17           MR. HURLEY:  Yes, I have.

18           THE COURT:  Okay.  And I realize this hearing

19   today was scheduled very shortly after the complaint filed

20   which I typically never do for very good reasons, frankly.

21   But I'll ask you this question in any event since you

22   obviously been involved in the issues in dispute.  What is

23   your view, and I realize it may -- I'm not going to bind you

24   to this -- it may still change -- as to what answer -- well,

25   are you going to answer or move to dismiss?  What is the

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 17 of 51

Page 16

1    view as of now at least as to what course if you're required

2    to respond to the complaint?  Is it going to an answer?  Are

3    there going to be counterclaims?  What is the likely

4    approach?

5                MR. HURLEY:  We believe the likely approach is an

6    answer with counterclaims followed by discovery, Your Honor.

7                THE COURT:  Okay.  And do you at this stage --

8    because obviously, you've been -- the parties have been in

9    discussion for quite some time -- what are the nature of the

10   counterclaims that you expect to assert?

11               MR. HURLEY:  We're still considering the full

12   panoply of available counterclaims, Your Honor.  We

13   certainly have a different view of the meaning of the

14   agreement than the Defendants do.  We certainly believe that

15   no matter what, it's going to be necessary for there to be

16   discovery here, including into valuation.

17               So, if I could just back up and give you a little

18   bit of the background on the case, Your Honor, if that's

19   okay.

20               THE COURT:  Sure, please.

21               MR. HURLEY:  Okay.  So, Celsius invested $50

22   million in Rhodium on June 2nd, 2021, pursuant to the SAFE

23   agreement, okay, and just to be clear, that's 50 million

24   real dollars that Celsius contributed --

25               THE COURT:  That's not sell tokens?

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 18 of 51

Page 17

1             MR. HURLEY:  Not sell tokens, U.S. dollars.  That

2    Celsius contributed to Rhodium according to the terms of the

3    SAFE itself for the purposes of funding Rhodium's business

4    operations.  That's in June of 2021.

5             In return for that key funding, Celsius got some

6    rights under the SAFE, and it has the right on the

7    occurrence of certain kinds of transactions involving

8    Rhodium to receive $50 million worth of shares of Rhodium.

9    Now Rhodium itself admits that.  It's $50 million worth.

10   The value has got to be $50 million.  In some cases, it

11   would actually be more because the number of shares required

12   to get to $50 million is calculated at a discount so that

13   there's a premium for Celsius in that event, and we believe

14   this merger at issue here is such a transaction.  But at a

15   minimum, it's got to be $50 million worth of shares.

16           So, the question here really hinges on the

17   category of transaction which the merger falls and how you

18   arrive at the consideration that has to be provided to equal

19   at least $50 million.  Okay.

20           Now here, Rhodium purports to calculate the number

21   of shares due to Celsius based on a valuation that Rhodium

22   appears to have created with its merger partner SilverSun.

23   According to them, Rhodium is worth around $650 million at

24   least for the Common A.  So, their valuation is, say, $650

25   million.  Okay.

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 19 of 51

Page 18

1          That valuation appears, Your Honor, to be grossly

2     inflated compared to the actual value of the company,

3     including based on market evidence.  So SilverSun's shares

4     are publicly traded, and if you look at the trading price of

5     SilverSun shares and consider what those shareholders are

6     supposed to get under this deal, the implied value of the

7     company that's going to merge is not $650 million.  It's

8     substantially less than $250 million.

9          Now, if you use the $650 million valuation as the

10    basis for calculating the number of shares that we're

11    entitled to, but really the company's worth $250 million,

12    Celsius is getting a small fraction of the $50 million-

13    dollar investment that it's entitled to recoup, literally,

14    less than $20 million.

15          So -- now, an interesting thing here, Your Honor,

16    is we have pointed this issue out to Rhodium on several

17    occasions.  And the response have not been, Celsius, stop,

18    let me explain to you why it is that in fact the fair value

19    of this company is $650 million.  The answer has been

20    instead, it doesn't matter.  If we and SilverSun say it's

21    $650 million, you are required to accept that value as a

22    basis for calculating the number of shares that it'd be

23    provided as consideration to you for this SAFE unless we say

24    it's more than 3 billion.  Anything under 3 billion, if we

25    agree to it, that's it, you don't even get to ask us about

Page 19

1    the valuation.

2              THE COURT:  Is that based -- is their argument

3    based on some contract language that they pointed to?

4              MR. HURLEY:  Your Honor, there is nothing --

5              MR. STOKES:  Yes, Your Honor.

6              MR. HURLEY:  -- in the contract that says --

7              THE COURT:  Don't interrupt Mr. Hurley.  Go ahead.

8    Go ahead, Mr. Hurley.

9              MR. HURLEY:  Your Honor, there's nothing in the

10   contract that says that Rhodium is entitled to go out and

11   create a valuation.  There is nothing in -- the contract

12   itself speaks of share price.  It speaks of proceeds on the

13   consummation of the deal, and it says very explicitly that

14   the consideration must be equal to $50 million, okay?

15             So, we had asked from the beginning, well, let us

16   understand how you arrived at this number, and they will not

17   give us a single page of documentary information concerning

18   the valuation.  They say, well, there was a fairness opinion

19   that was provided to SilverSun, as if that's supposed to

20   give comfort to a SAFE holder that's only getting Rhodium

21   shares.  It doesn't, Your Honor, because the SilverSun

22   shareholders under the terms of the merger agreement,

23   they're not just getting Rhodium shares, they're also

24   getting cash and they're getting a spun-out company.  And

25   their fairness opinion itself says in the disclosures that

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 21 of 51

Page 20

1     the opinion is only that when you take all of those

2     transactions and consideration together that go into

3     SilverSun shareholders, that those -- that that -- those

4     transactions together are fair to SilverSun shareholders.

5              There's an express disclaimer that they are not

6     saying that any individual element of the consideration is

7     fair.  There's a disclaimer that they're not saying that the

8     transactions are fair to anyone but SilverSun.

9              So, there is nothing in the contract that supports

10    -- in our opinion, there is a limit to how much they set the

11    value at.  It's 3 billion.  They can't go above 3 billion

12    and I acknowledge that.  But there's nothing, in our view,

13    that remotely supports the idea that they can out and create

14    a valuation that is not fair value or at least a good faith

15    attempt to arrive at fair value, and they have never even

16    tried to demonstrate to us that's either thing.

17             So, we believe no matter what with respect to that

18    question, discovery is going to be required.  We think there

19    are real questions about the way this transaction was

20    structured and whether it was done in a way to basically

21    arrive at the exact same outcome as a listing event while

22    avoiding having to apply the discount in calculating the

23    numbers of shares that are due to us.  We think there needs

24    to be some discovery around that.  There are a host of other

25    issues, Your Honor.  We sent them letters that include in

Page 21

1    detail the information we think is relevant and we believe

2    that's going to be an important part of this case once it

3    proceeds, and certainly before, we submit respectfully,

4    Celsius's required to respond to a dispositive motion.

5              THE COURT:  All right.  Mr. Stokes, do you want to

6    respond?

7              MR. STOKES:  Yeah.  I'd like to respond on the

8    merits and then to a number of the procedural points that

9    were made.

10             First on the merits.  Celsius has taken the

11   position that under the SAFE, the transaction that we're

12   talking about here is what's known as a listing event which

13   entitles them to a discount of the valuation that is being

14   used in connection with the transaction.  The SAFE expressly

15   defines three types of triggering events that give -- that

16   qualify as a listing event.  The only one that Celsius

17   points to is what's called a direct lifting.  There have

18   only been something like 20 direct listings in the history

19   of -- in history ever, and it requires -- and this is in the

20   contract's terms -- a direct listing requires an S-1

21   registration of the company's existing shares.

22             The merger that's happening here is under an S-4

23   registration which is the way you go public through a merger

24   not through a direct listing.  There are three specifically

25   enumerated categories that say what counts as a listing

Page 22

1    event that triggers the discount.  This clearly isn't one of

2    them.  This clearly isn't one of them.  And we think that

3    once we have a chance to lay this out for you, it's going to

4    be crystal clear.  And I don't know what exactly Mr. Hurley

5    is suggesting on this point that, like, it's not within the

6    spirit or something of the -- of what a listing event is,

7    but where the contract's terms are clear, they're clear.

8    This is obviously -- obviously -- not a listing event under

9    the contract.

10           Now, as to the --

11           THE COURT:  Does that resolve the value -- that

12   may go to whether or not they acquired at a discount, but

13   does that deal with the valuation issue?

14           MR. STOKES:  No, not directly.  It resolves the

15   discount.  As to the valuation, if this is -- the other type

16   of event -- well, there are a couple of others, but the

17   other relevant type of event -- a liquidity event -- what

18   they are entitled to is $50 million of proceed.  It's a

19   capitalized term in the agreement.

20           Proceeds are defined as the cash and other assets,

21   including without limitation, stock consideration that are

22   proceeds from the liquidity event, meaning, like in plain

23   English, they get a share of the proceeds that Rhodium's

24   existing shareholders get from the transaction.

25           Under the merger, it's extremely clear.  I mean,

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 24 of 51

Page 23

1    Mr. Hurley said it.  What Rhodium's shareholder are getting

2    is based on the $650 million valuation that was established

3    for Rhodium in connection with the merger.  That's what

4    they're entitled to.  It doesn't say anything at all about a

5    valuation.  It doesn't.  It says you get proceeds, including

6    stock that are proceeds from the liquidity event.  Okay.

7    That means ask what we got.  What did Rhodium get from the

8    transaction.

9              What Rhodium got from the transaction are shares

10   based on this valuation.  Again, we can lay this out for you

11   in clear terms.  It's very clear that the Rhodium valuation

12   determines the number of shares that Rhodium's existing

13   shareholders get and the --

14              THE COURT:  So, Rhodium could pick any number it

15   wished for its valuation and Celsius would sort of be stuck

16   with it?  They would not be able to contest that valuation?

17   Is that your position?

18              MR. STOKES:  No.  They're not alleging --

19              THE COURT:  Is that your position?

20              MR. STOKES:  No.  They're not alleging this is a

21   sham transaction, Your Honor.

22              THE COURT:  But that wasn't not my question.  You

23   get to pick what the valuation number is and they can't

24   contest it?

25              MR. STOKES:  Yes.  If it's --

Page 24

1                THE COURT:  Really?

2                MR. STOKES:  -- if -- yes.  Let's say that we were

3    to -- this is the way that it works under a SAFE, Your

4    Honor.  Let's say that we were to go and raise money through

5    like a Series A -- or I don't know what Series A would be on

6    -- but like through, let's say, a Series A round with a

7    major VC firm.  And the VC firms says, we're going to invest

8    $10 million at a $100 million valuation or a $1 billion

9    valuation of Rhodium.

10               They are bound by that.  The only protection that

11   they negotiated for in the SAFE -- the only protection is

12   the valuation cap.  The contract speaks exactly to this

13   point.  Now, I can imagine a world where they say, this is a

14   made-up transaction.  This isn't even a bona fide thing.

15   It's a sham where the whole purpose is to, you know -- where

16   it's not real.  It's not like an arm's length transaction,

17   whatever.  That's not what they're saying.

18               They're saying they just disagree with the

19   valuation.  There's no way, we think, that they're going to

20   be able to allege that this is some kind of sham or anything

21   like that.  And as long as we're not in that world, the

22   contract speaks exactly to what they're entitled to.  The

23   whole point is to put -- when you're talking about proceeds,

24   it says, you, Celsius get what we, Rhodium, get.  The whole

25   point is for -- is to put everyone on the same footing.

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 26 of 51

Page 25

1    Everyone shared in the same pot of money.

2         What Celsius is asking for is an independent right

3    to appraise the transaction so that their shares are

4    calculated based on an entirely different valuation than

5    literally everyone else is.  That's not how this is supposed

6    to work.  Again, we submit that like -- we can fight about

7    the meaning of the contract's terms.  Certainly, obviously,

8    they have their view.  We think that once we lay it for you

9    and point you to the relevant terms the relevant pieces of

10   the merger agreement, it's going to be very clear what the

11   answer is.

12        That's on the merits.  If I could speak briefly on

13   the procedural points, Your Honor.  First, you know, one

14   thing that we proposed in connection with the parties' meet

15   and confer is that Celsius file its answer on an expedited

16   basis.  For example, we proposed by May 9th.

17        THE COURT:  Wait a second, Mr. Stokes.  You've

18   known about this dispute for months and months and months,

19   and yet you wait until today -- until this week -- to

20   trigger this and say, we want to file an immediate summary

21   judgment motion.  It doesn't work that way, okay?  It simply

22   does not work that way, all right?

23        I will --

24        MR. STOKES:  May I speak to that, Your Honor?

25        THE COURT:  No, you can't.  You can't.  You cannot

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 27 of 51

Page 26

1   speak to that, okay.  I control my docket which is extremely

2   busy, all right, and you can't file this complaint and

3   before there's any responsive pleading, any discovery,

4   anything else, say, we want to immediately file a summary

5   judgment motion, okay.

6          Never in 16-plus years on the bench have I

7   permitted that to happen and I'm not going to permit that

8   today, okay.  Let me make that crystal clear to you.  You've

9   not persuaded me by your letter that you're entitled to the

10  relief you're seeking.  This case is going proceed in an

11  orderly fashion.

12         MR. STOKES:  Your Honor, one alternative that

13  would --

14         THE COURT:  The rules set out the alternatives,

15  Mr. Stokes, and I'm going to follow the rules and you're

16  going to follow the rules.

17         MR. STOKES:  We intend to follow the rules.  And

18  just to be clear, Your Honor, the Federal Rules allow for

19  the filing of a summary judgment motion at any time,

20  including at the commencement of the case.  Now, I --

21         THE COURT:  Not -- our Local Rules do not.  Our

22  Local Rules do not, okay.  I am not permitting you to file

23  your -- you can -- you know, if you want to file your

24  summary judgment motion, it's going to sit there.  It's not

25  going to get considered.  They're not going to have to

22-10964-mg    Doc 2698-9    Filed 05/22/23    Entered 05/22/23 13:01:38    Exhibit 9 -
Transcript of the May 2    2023 case management conference in Adv. Cas    Pg 28 of 51

Page 27

1    respond.  I won't stop you from filing your summary judgment

2    motion.  You file it, and we'll hear it sometime after the

3    cases at issue, after there's been discovery.

4            So, go ahead and file your motion.  You think you

5    have the right?  Go ahead.  File it.

6            MR. STOKES:  I'd like to --

7            THE COURT:  You want to file it today?  File it

8    today, okay.  It'll be sometime months from now before

9    you'll ever have that considered.

10           MR. STOKES:  Understood, Your Honor.  We believe

11   that once Celsius files an answer and its counterclaims, the

12   rules would permit us to file, for example, a motion to

13   dismiss those counterclaims or for judgment on the

14   pleadings.  Perhaps -- I understand Your Honor's view on

15   getting any kind of answer with respect to this question

16   before June 30th.

17           An alternative that would comply with the pleading

18   stage rules would be if Celsius files its answer on an

19   expedited basis.  They've had six-plus months to consider

20   their view of what claims they might have.

21           THE COURT:  Is it true that you hadn't produced

22   any of the documents they requested?  Is that true?

23           MR. STOKES:  The -- yeah.  The --

24           THE COURT:  That was a yes?  That was a yes to my

25   question?

1          MR. STOKES:  Based on parties' extensive --

2          THE COURT:  How is it that you think that when you

3     are in discussions and negotiations with them and they made

4     a request for documents and you stonewalled them, that

5     you're going to come in today and say, oh, they don't need

6     any discovery.

7          MR. STOKES:  Right.

8          THE COURT:  We'll just file our motion for summary

9     judgment, okay?  It's not happening.

10         MR. STOKES:  Your Honor, we --

11         THE COURT:  Look, when -- file your motion today,

12    okay.  Is it ready?

13         MR. STOKES:  I'd like to make a record, Your

14    Honor, if I could --

15         THE COURT:  No.  Is your motion ready?

16         MR. STOKES:  Your Honor, the motion -- it would

17    ready to file tomorrow.

18         THE COURT:  Okay.  File your motion tomorrow.

19         MR. STOKES:  Just to clarify the record, Your

20    Honor, we provided them extensive information after a

21    months-long negotiation about their document requests that

22    was in connection with what Rhodium understood to be a --

23    this close to settlement position.  We have an email --

24         THE COURT:  Why didn't you provide them with the

25    documents?

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 30 of 51

Page 29

```
 1              MR. STOKES:  Because after extensive discussions

 2      with them, Your Honor, about what they needed in connection

 3      with the parties' business resolution where we had an email

 4      --

 5              THE COURT:  Do you decide what they need or what

 6      they ask for?

 7              MR. STOKES:  No.  We spoke -- I wasn't on these

 8      calls.  There were multiple diligence calls as they were

 9      called in the record.  We can put the record before you,

10      Your Honor.

11              THE COURT:  I don't want the record in front of

12      me.  When this case -- when the case is at issue, and if

13      Celsius wishes to take its discovery, it should move forward

14      with the discovery.  And in due course, this will all be

15      treated -- if you want to file your motion, I'm not stopping

16      you from filing your motion.  I'm just not going to require

17      them to respond to the motion at this stage.

18              MR. STOKES:  Understood, Your Honor.

19              THE COURT:  Okay.  Mr. Hurley, tell me what the

20      schedule you proposed.

21              MR. HURLEY:  So, I apologize, Your Honor.  I don't

22      have it in front of me.  I know that the date that we had

23      proposed to conclude all fact discovery I believe is --

24              THE COURT:  Let's take it one step at a time.

25              MR. HURLEY:  Okay.
```

22-10964-mg    Doc 2698-9    Filed 05/22/23    Entered 05/22/23 13:01:38    Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas    Pg 31 of 51

Page 30

1          THE COURT:  When do you propose to answer and file

2     counterclaims?

3          MR. HURLEY:  The answer was on the ordinary

4     schedule basically, Your Honor.

5          MR. STOKES:  I sorry.  I hate to interrupt.  I

6     have it up.  I can speak to it.

7          MR. HURLEY:  Sure.

8          MR. STOKES:  I don't -- I do not intend to

9     interrupt.

10          MR. HURLEY:  That's okay.

11          MR. STOKES:  The date that they have is May 22nd.

12          MR. HURLEY:  If you have it, that's better.

13     Thanks.

14          MR. STOKES:  I have it.  The date they propose is

15     May 22nd.

16          THE COURT:  All right.

17          MR. STOKES:  The date for initial disclosures that

18     they proposed -- and Your Honor, aside from the answer date,

19     we would agree to all of these dates -- is May 26th was the

20     initial disclosure date.

21          THE COURT:  Go ahead.

22          MR. STOKES:  September 15th was the date they

23     proposed for fact discovery.

24          THE COURT:  Okay.  Go ahead.

25          MR. STOKES:  Expert discovery -- I'm sorry?

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 32 of 51

Page 31

| | |
|---|---|
| 1 | THE COURT:  Yeah, go ahead. |
| 2 | MR. STOKES:  Expert discovery to be completed no |
| 3 | later than 75 days after the -- so, it's no later than 75 |
| 4 | days after September 15th.  I'm sorry.  I don't have the |
| 5 | date listed in here. |
| 6 | THE COURT:  Okay. |
| 7 | MR. STOKES:  There's a deadline -- you know, I'm |
| 8 | happy to keep speaking about these dates, Your Honor.  There |
| 9 | are a couple of things that aren't dates.  The parties are, |
| 10 | I believe, close to agreeing on a form. |
| 11 | Can I propose that we just confer -- it could be |
| 12 | this evening or tomorrow -- with them and submit a proposed |
| 13 | case management and scheduling order that would reflect |
| 14 | these dates and the other matters that we believe -- we |
| 15 | understand from -- that are, you know, common to a case |
| 16 | management scheduling order in your Court? |
| 17 | THE COURT:  Mr. Hurley, let me ask you. |
| 18 | Ordinarily, I wouldn't provide 75 days for expert discovery. |
| 19 | Why do you need 75 days? |
| 20 | MR. HURLEY:  You know, it was what we started out |
| 21 | with.  I guess we thought we were going to have a discussion |
| 22 | on our meet and confer call today but it was cut off pretty |
| 23 | short.  We can certainly -- if that's too much time from |
| 24 | your perspective, Your Honor, of course we'd be happy to |
| 25 | shorten it. |

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 33 of 51

Page 32

1              THE COURT:  Just bear with me a second.  Well, my

2    template -- you could persuade me otherwise -- but my

3    template ordinarily provides 45 days for expert discovery

4    after the close of fact discovery.  Why is it that you think

5    need 75 days?

6              MR. HURLEY:  Well, we can work with 45 days, Your

7    Honor.  I mean, a little more time, we probably would have

8    made use of, but 45 days is fine.  We don't object to that

9    if that -- I mean, assuming that --

10              THE COURT:  All right.  Look, here's what I want

11    the two of you to do.  Confer and see if you can agree on

12    the case management and scheduling order, including if you -

13    - if the two of you agree that more than 45 days is needed

14    for expert discovery within, you know -- if it's somewhere

15    between the 45 and 75 days, work it out, okay.

16              And if you agree -- if you can agree on the terms

17    of the case management and scheduling order, use the basic

18    form that's in my template which is posted on the website.

19    I think you've seen it before.  In all likelihood, I will

20    enter that order.  So, if you would -- I'm going to --

21    actually leaving for Washington, D.C. for meetings and

22    coming back Friday the end of the day, but I will be in

23    touch with my chambers so if you can submit it by the end of

24    the day Thursday, the form of an order.  I'll confer with my

25    chambers and hopefully it will be entered.

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 34 of 51

Page 33

1          MR. HURLEY:  I'm sure that timing will work, Your

2     Honor.

3          THE COURT:  You know, Mr. Stokes, if you want to

4     file your motion, go ahead and file your motion.  I'm just

5     not going to require the Debtor to answer or respond to the

6     motion at this point.

7          MR. STOKES:  Okay.  Understood, Your Honor.  I

8     don't to want belabor any point because we appreciate that

9     we have already burdened the Court's time on an evening

10    conference.  I would like if you would permit me to make our

11    record on the fact -- on the history here that Mr. Hurley

12    presented to you for why we got to this point just so that

13    we could at least note our disagreement.

14         THE COURT:  Go ahead.

15         MR. STOKES:  Rhodium believed that this matter was

16    on the verge of being settled in February.  The parties were

17    exchanging deal documents that they were calling them.  We

18    have an email from Mr. Hurley's office saying that it --

19    they believed that February 9th was a reasonable target to

20    close.  After that date passed, we had radio silence from

21    Rhodium -- or I'm sorry -- from Celsius from more than a

22    month.

23         Celsius did not respond to multiple emails that

24    Rhodium personnel, Rhodium employees, sent them, and then

25    resurfaced in March -- March 16th was the date of their

Page 34

1    letter -- proposing an entirely different settlement

2    structure making an entirely different demand.  At that

3    point, the parties exchanged a couple more letters because

4    it has always been Rhodium's preference to resolve this

5    dispute.  And within days of us receiving a letter from

6    Celsius saying that they didn't think that -- basically

7    cutting off, in our view, any further negotiations, we filed

8    our complaint.

9         We strenuously object to the characterization that

10   it is our fault that we are in this position because we

11   thought that this was going to be done and then we didn't

12   hear back from them for more than a month.  Once they

13   resurfaced, we again tried in good faith to settle it, and

14   as soon as it became clear that we couldn't, we filed our

15   complaint.  So, I just want to make our record on that so

16   that it wasn't a one-sided presentation.

17        THE COURT:  Okay.  I will look out for the case

18   management and scheduling order.  If you want to file your

19   motion, file your motion.  I will look at it.  We may

20   schedule another conference to talk about it.  I want to see

21   what the Celsius answer is and what counterclaims if any

22   they assert as well.

23        Anything else for today?  Well, let me -- Mr.

24   Hershey, is there anything you want to say on behalf of the

25   committee?

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 36 of 51

Page 35

1          MR. HERSHEY:  Thank you, Your Honor, no.

2          THE COURT:  Okay.  All right.  Anybody else have

3   anything they want to add?  All right.  We're adjourned.

4   I'll be on the lookout for your -- for the draft of the case

5   management and scheduling order.

6          MR. HURLEY:  Thank you, Your Honor.

7          MR. STOKES:  Thank you, Your Honor.

8

9          (Whereupon these proceedings were concluded at

10   5:37 PM)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 36

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  May 8, 2023

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 38 of 51

[& - ambiguous]                                                              Page 1

| & | 2nd   16:22 | 9 | advocated |
|---|---|---|---|

**&**   4:12,20 5:1
6:7 7:4 8:16

**1**

**1**   21:20 24:8
**10**   3:3 24:8
**100**   12:10 24:8
**10004**   1:21
**10020**   5:4
**10036**   4:15
**11501**   36:23
**12151**   36:6
**1221**   5:3
**15**   3:3
**15th**   30:22
   31:4
**16**   3:3 15:4
   26:6
**16th**   33:25
**1800**   4:22

**2**

**2**   1:23
**20**   18:14 21:18
**2021**   16:22
   17:4
**2023**   1:23
   36:25
**22-10964**   1:3
**22nd**   30:11,15
**23-01101**   1:4
   3:1 6:2 8:21
**2300**   4:22
**250**   18:8,11
**26th**   30:19
**27th**   12:11
   13:7,10,11

**3**

**3**   18:24,24
   20:11,11
**30**   10:5
**300**   36:22
**30th**   11:9
   27:16
**330**   36:21
**3850**   4:5

**4**

**4**   21:22
**45**   32:3,6,8,13
   32:15

**5**

**50**   16:21,23
   17:8,9,10,12
   17:15,19 18:12
   19:14 22:18
**5:01**   1:24
**5:37**   35:10

**6**

**650**   17:23,24
   18:7,9,19,21
   23:2

**7**

**7**   3:3
**75**   31:3,3,18,19
   32:5,15
**75201**   4:23
**777**   4:5

**8**

**8**   36:25
**8th**   14:4,6

**90017**   4:6
**9:00**   10:22
**9th**   25:16
   33:19

**a**

**a.m.**   10:22
**able**   23:16
   24:20
**above**   20:11
**accept**   18:21
**accepting**
   12:18
**accurate**   13:21
   36:4
**acknowledge**
   9:22 20:12
**acquired**   22:12
**actual**   18:2
**actually**   6:16
   7:18 13:21
   17:11 32:21
**adam**   5:19
**add**   35:3
**adjourned**
   35:3
**admissible**
   14:18
**admits**   17:9
**adv**   1:4
**advance**   10:5
   10:16 11:9
**adversary**   3:1
   6:8 8:20
**advised**   12:16

   14:10
**advocates**
   14:11
**afternoon**   7:3
   7:20 8:6,19
**agree**   9:21
   10:17 12:18,19
   18:25 30:19
   32:11,13,16,16
**agreeing**   31:10
**agreement**
   16:14,23 19:22
   22:19 25:10
**ahead**   7:21 9:6
   19:7,8 27:4,5
   30:21,24 31:1
   33:4,14
**akin**   4:12,20
   7:15,23 8:7
**allege**   24:20
**alleging**   23:18
   23:20
**allow**   11:7
   26:18
**allowed**   11:4
**alongside**
   11:12
**alternative**
   26:12 27:17
**alternatives**
   26:14
**amarthaluru**
   5:9
**ambiguous**
   9:24 14:19

22-10964-mg    Doc 2698-9    Filed 05/22/23    Entered 05/22/23 13:01:38    Exhibit 9 -
Transcript of the May 2    2023 case management conference in Adv. Cas    Pg 39 of 51
[americas - case]                                                                    Page 2

**americas** 5:3
**angela** 5:13
**angeles** 4:6
**answer** 10:19
  12:7 15:24,25
  16:2,6 18:19
  25:11,15 27:11
  27:15,18 30:1
  30:3,18 33:5
  34:21
**anybody** 35:2
**anyway** 7:15
**apologies** 6:20
**apologize**
  29:21
**appearance**
  6:13,22 7:2,13
  7:21 8:5,15
**appearances**
  6:5
**appearing** 6:16
**appears** 17:22
  18:1
**apply** 20:22
**appraise** 25:3
**appreciate**
  7:17 33:8
**approach**
  11:17 13:23
  14:24 15:1,11
  16:4,5
**april** 13:7,10
  13:11
**argument** 19:2
**arguments**
  14:17,23

**arm's** 24:16
**arrive** 17:18
  20:15,21
**arrived** 19:16
**aside** 30:18
**asked** 11:1,6
  19:15
**asking** 12:24
  25:2
**assert** 16:10
  34:22
**assets** 22:20
**associated**
  13:19
**assuming** 32:9
**attempt** 20:15
**attorneys** 4:4
  4:13,21 5:2
**available** 16:12
**avenue** 5:3
**avoiding** 20:22

**b**

**b** 2:1 5:21
**back** 12:20
  16:17 32:22
  34:12
**background**
  16:18
**backwards**
  14:22
**bair** 5:10
**ball** 13:7,11
**bankruptcy**
  1:1,19 2:3
**based** 17:21
  18:3 19:2,3
  23:2,10 25:4

28:1
**basic** 9:11,24
  10:6 32:17
**basically** 11:3
  13:12,24 20:20
  30:4 34:6
**basis** 9:9 18:10
  18:22 25:16
  27:19
**bear** 13:18
  32:1
**beginning**
  11:23,25 19:15
**behalf** 6:7 7:5
  7:24 8:8,17
  34:24
**belabor** 33:8
**belief** 13:5
**believe** 11:17
  16:5,14 17:13
  20:17 21:1
  27:10 29:23
  31:10,14
**believed** 13:8
  33:15,19
**bench** 26:6
**berkowitz** 4:8
  7:1,3,4,7 8:23
  8:25
**better** 6:21
  13:16 30:12
**billion** 18:24
  18:24 20:11,11
  24:8
**biltter** 5:21
**bind** 15:23

**bit** 9:19 16:18
**bodnarek** 5:11
**bona** 24:14
**bound** 24:10
**bowling** 1:20
**breach** 15:8
**brianna** 5:21
**brief** 14:11,12
**briefly** 25:12
**bryant** 4:14
**burdened** 33:9
**burns** 5:12
**business** 17:3
  29:3
**busy** 26:2

**c**

**c** 4:1 6:1 36:1,1
**ca** 4:6
**calculate** 17:20
**calculated**
  17:12 25:4
**calculating**
  18:10,22 20:22
**call** 31:22
**called** 21:17
  29:9
**calling** 6:2
  33:17
**calls** 29:8,8
**cap** 24:12
**capitalized**
  22:19
**captures** 14:4
**cart** 11:20
**case** 1:3,4 3:2
  5:1 6:2 8:16
  9:14,24 11:19

[case - contributed]　　　　　　　　　　　　　　　　　　　　　　Page 3

11:23 12:1
13:25 14:6,21
15:1,3,5,7
16:18 21:2
26:10,20 29:12
29:12 31:13,15
32:12,17 34:17
35:4
**cases** 14:15
17:10 27:3
**cash** 19:24
22:20
**categories**
21:25
**category** 17:17
**cathy** 5:23
**celsius** 1:8,15
3:2 4:13,21 5:2
6:3 7:16,24 8:8
8:21 12:1,1,3
12:11,15,17
13:18 16:21,24
17:2,5,13,21
18:12,17 21:10
21:16 23:15
24:24 25:2,15
27:11,18 29:13
33:21,23 34:6
34:21
**celsius's** 21:4
**certain** 7:20
17:7
**certainly** 12:13
16:13,14 21:3
25:7 31:23
**certified** 36:3

**chambers**
32:23,25
**chance** 10:1
22:3
**change** 15:24
**chapman** 4:17
7:11,14,15
**characterizat...**
34:9
**chelsie** 5:20
**christopher**
5:18
**cipolla** 5:13
**cite** 15:1,6
**cites** 15:1
**claim** 15:8
**claims** 27:20
**clarify** 28:19
**clear** 16:23
22:4,7,7,25
23:11,11 25:10
26:8,18 34:14
**clearly** 22:1,2
**clerk** 6:2,10,12
6:15,18,20,25
7:5,8,11,17,22
7:25 8:3,9,11
8:14,18
**close** 10:21
13:9,13 28:23
31:10 32:4
33:20
**cmo** 10:17,22
**cogent** 12:6
**colleagues** 6:9
**come** 28:5

**comes** 13:25
**comfort** 19:20
**coming** 32:22
**commencem...**
26:20
**committee**
8:17 34:25
**common** 17:24
31:15
**company** 18:2
18:7,19 19:24
**company's**
18:11 21:21
**compared** 18:2
**competing**
14:16
**complaint**
10:19 15:4,5
15:19 16:2
26:2 34:8,15
**completed** 31:2
**completely**
14:14 15:11
**complied** 10:23
**comply** 27:17
**concept** 9:20
**concern** 11:21
**concerning**
19:17
**conclude** 13:1
29:23
**concluded** 35:9
**concluding**
10:20
**confer** 10:16
10:25 25:15
31:11,22 32:11

32:24
**conference** 3:3
8:23,24 10:17
33:10 34:20
**conferred** 10:8
**connection**
21:14 23:3
25:14 28:22
29:2
**consider** 18:5
27:19
**consideration**
17:18 18:23
19:14 20:2,6
22:21
**considered**
9:13 26:25
27:9
**considering**
9:17 16:11
**construing**
14:7
**consummation**
19:13
**contest** 23:16
23:24
**continue** 11:17
**contract** 9:14
14:17 15:8
19:3,6,10,11
20:9 22:9
24:12,22
**contract's**
21:20 22:7
25:7
**contributed**
16:24 17:2

22-10964-mg    Doc 2698-9    Filed 05/22/23    Entered 05/22/23 13:01:38    Exhibit 9 -
Transcript of the May 2    2023 case management conference in Adv. Cas    Pg 41 of 51
[control - discussions]                                                      Page 4

**control** 26:1
**convincingly**
12:3
**correct** 7:6
**cost** 11:21,25
12:1,4 13:18
**counter** 11:18
**counterclaims**
10:19 16:3,6
16:10,12 27:11
27:13 30:2
34:21
**country** 36:21
**counts** 21:25
**couple** 6:9
22:16 31:9
34:3
**course** 6:23
7:22 9:22
11:13 12:15
16:1 29:14
31:24
**court** 1:1,19
8:19,22 9:3,6,8
9:8,10 10:12
10:13 12:19
13:18 14:19
15:14,18 16:7
16:20,25 19:2
19:7 21:5
22:11 23:14,19
23:22 24:1
25:17,25 26:14
26:21 27:7,21
27:24 28:2,8
28:11,15,18,24
29:5,11,19,24

30:1,16,21,24
31:1,6,16,17
32:1,10 33:3
33:14 34:17
35:2
**court's** 10:15
33:9
**create** 19:11
20:13
**created** 15:13
17:22
**creditors** 8:17
12:2
**crystal** 22:4
26:8
**customers** 14:8
**cut** 31:22
**cutting** 34:7

**d**

**d** 6:1
**d.c.** 32:21
**dallas** 4:23
**dana** 4:8 7:3
**date** 10:18
29:22 30:11,14
30:17,18,20,22
31:5 33:20,25
36:25
**dates** 10:19
30:19 31:8,9
31:14
**day** 32:22,24
**days** 15:4 31:3
31:4,18,19
32:3,5,6,8,13
32:15 34:5

**de** 5:24
**deadline** 10:5
31:7
**deal** 12:9,16
18:6 19:13
22:13 33:17
**dean** 4:17 7:15
**debtor** 1:10
14:8 33:5
**december**
12:20 14:4,6
**decide** 12:8
29:5
**decided** 11:9
**decides** 14:19
**deciding** 13:19
**declaratory**
9:18
**defendant** 4:13
4:21 5:2 8:8
10:18
**defendants**
1:16 16:14
**defined** 22:20
**defines** 21:15
**definitely** 13:2
**demand** 34:2
**demonstrate**
20:16
**denied** 15:7
**detail** 21:1
**determines**
23:12
**dietrich** 5:16
**different** 9:19
16:13 25:4
34:1,2

**diligence** 12:21
29:8
**direct** 21:17,18
21:20,24
**direction** 10:24
**directions** 8:25
**directly** 22:14
**disagree** 9:22
14:14 24:18
**disagreement**
33:13
**disclaimer**
20:5,7
**disclosure**
30:20
**disclosures**
19:25 30:17
**discount** 17:12
20:22 21:13
22:1,12,15
**discovery** 9:23
10:20,21 11:5
11:15 14:2,9
14:23 15:9
16:6,16 20:18
20:24 26:3
27:3 28:6
29:13,14,23
30:23,25 31:2
31:18 32:3,4
32:14
**discussion**
15:16 16:9
31:21
**discussions**
12:20 28:3
29:1

22-10964-mg    Doc 2698-9    Filed 05/22/23    Entered 05/22/23 13:01:38    Exhibit 9 -
Transcript of the May 2    2023 case management conference in Adv. Cas    Pg 42 of 51

[dismiss - file]                                                                        Page 5

dismiss  9:17
15:25 27:13
dispositive
10:21 21:4
dispute  9:12
12:11 13:8,22
15:15,22 25:18
34:5
dissimilar  9:16
district  1:2
doc  3:3
docket  26:1
document
28:21
documentary
19:17
documents
12:22 27:22
28:4,25 33:17
dollar  18:13
dollars  16:24
17:1
doubt  7:14
draft  35:4
due  17:21
20:23 29:14

**e**

e  2:1,1 4:1,1
6:1,1 36:1
early  11:15
ecro  2:5
effectively
11:13
either  20:16
element  20:6
eliminate
13:21

elizabeth  4:25
7:23
email  28:23
29:3 33:18
emails  33:23
employees
33:24
engage  11:15
engaged  12:14
english  22:23
enter  7:21
32:20
entered  8:24
32:25
enterprises
1:12 3:2 4:4
6:3,8 8:21
entirely  15:13
25:4 34:1,2
entitled  18:11
18:13 19:10
22:18 23:4
24:22 26:9
entitles  21:13
enumerated
21:25
equal  17:18
19:14
essentially  9:20
established
23:2
evening  8:6 9:9
10:14 31:12
33:9
event  15:21
17:13 20:21
21:12,16 22:1

22:6,8,16,17
22:17,22 23:6
events  21:15
everybody
8:20 11:24
14:13
evidence  9:15
14:18,20 18:3
exact  13:3
20:21
exactly  14:4
22:4 24:12,22
example  25:16
27:12
exchanged
34:3
exchanging
33:17
existence  13:8
existing  21:21
22:24 23:12
expect  16:10
expedited
25:15 27:19
expert  10:20
30:25 31:2,18
32:3,14
explain  18:18
explanation
12:6
explicitly  19:13
express  20:5
expressly
21:14
extensive  28:1
28:20 29:1

extent  12:5,9
extremely
22:25 26:1
extrinsic  9:15
14:18,20

**f**

f  2:1 36:1
fact  10:20 13:2
18:18 29:23
30:23 32:4
33:11
fair  18:18 20:4
20:7,8,14,15
fairness  19:18
19:25
faith  20:14
34:13
falls  17:17
fashion  26:11
fault  34:10
february  33:16
33:19
federal  26:18
feel  6:20
feld  4:12,20
7:16 8:7
fide  24:14
field  4:22
fight  25:6
figueroa  4:5
file  9:25 10:19
25:15,20 26:2
26:4,22,23
27:2,4,5,7,7,12
28:8,11,17,18
29:15 30:1
33:4,4 34:18

22-10964-mg    Doc 2698-9    Filed 05/22/23    Entered 05/22/23 13:01:38    Exhibit 9 -
Transcript of the May 2    2023 case management conference in Adv. Cas    Pg 43 of 51

[file - hurley]                                                            Page 6

34:19

**filed** 11:16
15:3,4,5,19
34:7,14
**files** 27:11,18
**filing** 26:19
27:1 29:16
**finally** 14:25
**fine** 32:8
**firm** 6:7 24:7
**firms** 24:7
**first** 9:7 13:9
14:9 15:15
21:10 25:13
**five** 13:20 15:3
**follow** 12:8
26:15,16,17
**followed** 16:6
**following**
10:20
**footing** 24:25
**foregoing** 36:3
**form** 31:10
32:18,24
**forth** 12:20
**forward** 14:1
29:13
**fraction** 18:12
**frank** 5:17
**frankly** 15:20
**friday** 32:22
**front** 29:11,22
**full** 16:11
**fundamental**
10:11
**funding** 17:3,5

**further** 10:10
34:7

### g

**g** 6:1
**getting** 13:2
18:12 19:20,23
19:24,24 23:1
27:15
**give** 6:4 7:2
8:15 16:17
19:17,20 21:15
**given** 9:11
**giving** 6:22
7:12
**glenn** 2:2
**go** 7:21 9:6
11:24 12:8
19:7,8,10 20:2
20:11 21:23
22:12 24:4
27:4,5 30:21
30:24 31:1
33:4,14
**goffe** 5:14
**going** 7:11,18
8:3 11:3 13:5
13:14 14:22
15:23,25 16:2
16:3,15 18:7
20:18 21:2
22:3 24:7,19
25:10 26:7,10
26:15,16,24,25
26:25 28:5
29:16 31:21
32:20 33:5
34:11

**good** 7:3,20 8:6
8:6,19 10:14
15:20 20:14
34:13
**gorrepati** 5:15
**government**
3:3
**great** 11:24
**green** 1:20
**grossly** 18:1
**guess** 8:7 10:15
31:21
**gump** 4:12,20
7:15,23 8:7
**guys** 12:24

### h

**halfcourt**
11:22,25
**happen** 9:16
11:8 26:7
**happening**
21:22 28:9
**happy** 9:7 10:8
10:9 31:8,24
**harrison** 5:22
**hate** 30:5
**hauer** 4:12,20
7:16 8:7
**hear** 6:14,15
27:2 34:12
**heard** 12:6
14:13
**hearing** 3:1
15:18
**heras** 5:24
**hershey** 5:6
8:14,16,16

34:24 35:1
**hi** 6:14 7:11,20
8:3
**hide** 13:7,11
**hinges** 17:16
**history** 21:18
21:19 33:11
**hit** 11:23
**holder** 19:20
**home** 11:24
**hon** 2:2
**honor** 9:2,14
10:14,15 11:8
11:21 13:4,17
14:3,11,12,21
15:1,7 16:6,12
16:18 18:1,15
19:4,5,9,21
20:25 23:21
24:4 25:13,24
26:12,18 27:10
28:10,14,16,20
29:2,10,18,21
30:4,18 31:8
31:24 32:7
33:2,7 35:1,6,7
**honor's** 27:14
**hope** 6:20
11:23
**hopefully**
32:25
**horse** 11:20
**host** 20:24
**hurley** 4:18 8:3
8:6,7,10,22
10:13,14 15:14
15:17 16:5,11

22-10964-mg    Doc 2698-9    Filed 05/22/23    Entered 05/22/23 13:01:38    Exhibit 9 -
Transcript of the May 2    2023 case management conference in Adv. Cas    Pg 44 of 51

[hurley - listening]                                                      Page 7

16:21 17:1
19:4,6,7,8,9
22:4 23:1
29:19,21,25
30:3,7,10,12
31:17,20 32:6
33:1,11 35:6
**hurley's** 33:18
**hyde** 3:25 36:3
36:8

**i**

**idea** 20:13
**identified**
12:11
**imagine** 24:13
**immediate**
25:20
**immediately**
26:4
**implied** 18:6
**important** 21:2
**impossible**
13:9
**impractical**
11:18
**include** 20:25
**included** 11:8
**includes** 10:18
**including** 15:7
16:16 18:3
22:21 23:5
26:20 32:12
**inconsiderable**
10:3
**inconvenience**
13:19

**independent**
25:2
**individual** 20:6
**inflated** 18:2
**information**
19:17 21:1
28:20
**initial** 30:17,20
**insist** 13:18
**intend** 26:17
30:8
**interested**
12:17
**interesting**
18:15
**interrupt** 19:7
30:5,9
**introduction**
9:15
**invest** 24:7
**invested** 16:21
**investment**
18:13
**involve** 9:14
**involved** 11:19
12:19 15:15,22
**involving** 17:7
**issue** 17:14
18:16 22:13
27:3 29:12
**issues** 15:22
20:25
**it'd** 18:22
**it'll** 27:8

**j**

**jesse** 5:10
**john** 4:10 6:6
9:2
**joined** 6:4,9
**jonathan** 2:5
6:21 7:1,9 8:1
8:11,12
**judge** 2:3 8:18
14:16
**judgment** 11:4
11:16 14:1
15:3,6 25:21
26:5,19,24
27:1,13 28:9
**june** 10:5 11:9
13:22 16:22
17:4 27:16
**justify** 13:6

**k**

**kaila** 5:25
**keep** 7:18 31:8
**kennedy** 5:11
**key** 17:5
**kind** 10:10
11:22 24:20
27:15
**kinds** 17:7
**knauth** 5:16
**know** 9:9 10:2
11:1,21 12:7
12:23,24 13:25
14:15 22:4
24:5,15 25:13
26:23 29:22
31:7,15,20

32:14 33:3
**known** 21:12
25:18

**l**

**lack** 14:25
**language** 14:17
19:3
**las** 5:24
**late** 12:20
**law** 6:7
**lawyer** 14:16
**lay** 9:12 10:1
22:3 23:10
25:8
**leaving** 32:21
**ledanski** 3:25
36:3,8
**legal** 36:20
**legally** 13:9
**length** 24:16
**letter** 15:10
26:9 34:1,5
**letters** 8:22
20:25 34:3
**liability** 14:8
**lifting** 21:17
**likelihood**
32:19
**likely** 16:3,5
**limit** 20:10
**limitation**
22:21
**liquidity** 22:17
22:22 23:6
**listed** 31:5
**listening** 6:17

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 45 of 51

[listing - never]                                                        Page 8

**listing** 20:21
21:12,16,20,24
21:25 22:6,8
**listings** 21:18
**literally** 18:13
25:5
**little** 9:19
16:17 32:7
**llc** 1:8,15 3:2
4:13,21 5:2 6:3
**llp** 4:3,12,20
5:1
**local** 26:21,22
**long** 24:21
28:21
**look** 18:4 28:11
32:10 34:17,19
**lookout** 35:4
**los** 4:6
**lot** 11:21

**m**

**m** 5:19
**made** 12:21
15:6 21:9
24:14 28:3
32:8
**maher** 4:3 6:7
7:4
**major** 24:7
**make** 10:12
11:4,7 13:9
14:12 26:8
28:13 33:10
34:15
**makes** 14:24
**making** 6:13
8:4 11:11

12:10 34:2
**management**
3:2 31:13,16
32:12,17 34:18
35:5
**march** 33:25
33:25
**market** 18:3
**martin** 2:2
**matter** 1:6
9:24 10:4
16:15 18:20
20:17 33:15
**matters** 10:9
31:14
**mean** 11:14,21
13:1 22:25
32:7,9
**meaning** 16:13
22:22 25:7
**means** 13:3
14:15 23:7
**meant** 9:23
**meet** 10:16,25
25:14 31:22
**meetings** 32:21
**merge** 18:7
**merger** 10:6
17:14,17,22
19:22 21:22,23
22:25 23:3
25:10
**merits** 21:8,10
25:12
**met** 10:8
**mg** 1:3,4 3:1
6:2

**michell** 4:18
**million** 16:22
16:23 17:8,9
17:10,12,15,19
17:23,25 18:7
18:8,9,11,12
18:14,19,21
19:14 22:18
23:2 24:8,8
**mind** 6:12,22
7:12,15 8:4
**mineola** 36:23
**minimum**
17:15
**mining** 1:15
3:2 4:13,21 5:2
6:3 8:21
**mitch** 8:7
**momentarily**
6:9
**money** 24:4
25:1
**month** 33:22
34:12
**months** 12:15
13:17,20 15:5
25:18,18,18
27:8,19 28:21
**morning** 10:22
**motion** 9:17
10:1,21 11:5,9
11:12,15,16
15:3,6,7 21:4
25:21 26:5,19
26:24 27:2,4
27:12 28:8,11
28:15,16,18

29:15,16,17
33:4,4,6 34:19
34:19
**move** 14:1
15:25 29:13
**multiple** 29:8
33:23

**n**

**n** 4:1,22 6:1
36:1
**name** 6:23
**narrative**
12:21
**nature** 16:9
**necessary** 6:20
16:15
**need** 9:23
13:21 14:19
28:5 29:5
31:19 32:5
**needed** 29:2
32:13
**needs** 20:23
**negotiated**
24:11
**negotiating**
13:12
**negotiation**
28:21
**negotiations**
12:14 28:3
34:7
**network** 1:8
**never** 12:6,23
15:20 20:15
26:6

22-10964-mg    Doc 2698-9    Filed 05/22/23    Entered 05/22/23 13:01:38    Exhibit 9 -
Transcript of the May 2    2023 case management conference in Adv. Cas    Pg 46 of 51

[new - posture's]                                                    Page 9

**new** 1:2,21
4:15 5:4
**night** 10:16
11:8
**noon** 10:25
**note** 13:23
14:25 33:13
**number** 6:2
17:11,20 18:10
18:22 19:16
21:8 23:12,14
23:23
**numbers** 20:23
**ny** 1:21 4:15
5:4 36:23

**o**

**o** 2:1 6:1 36:1
**o'connell** 4:9
6:22,23,24
**object** 32:8
34:9
**obviously**
15:22 16:8
22:8,8 25:7
**occasions**
18:17
**occurrence**
17:7
**october** 12:11
**office** 33:18
**official** 8:17
**oh** 28:5
**okay** 6:2,10,18
7:21 8:18 9:3,6
10:13 15:18
16:7,19,21,23
17:19,25 19:14

23:6 25:21
26:1,5,8,22
27:8 28:9,12
28:18 29:19,25
30:10,24 31:6
32:15 33:7
34:17 35:2
**old** 36:21
**onboard** 13:14
**once** 21:2 22:3
25:8 27:11
34:12
**operations**
17:4
**opinion** 19:18
19:25 20:1,10
**opportunity**
9:12 11:14
**opposite** 13:3
13:11
**order** 8:24
10:9,15,18,23
11:8 15:8
31:13,16 32:12
32:17,20,24
34:18 35:5
**orderly** 26:11
**ordinarily**
31:18 32:3
**ordinary** 30:3
**oswald** 5:17
**outcome** 14:10
20:21
**own** 12:4

**p**

**p** 4:1,1 5:6 6:1
**page** 12:23
19:17
**panoply** 16:12
**park** 4:14
**part** 13:12,16
15:7 21:2
**parties** 6:4
9:23 10:16
12:13 14:6
15:8 16:8
25:14 28:1
29:3 31:9
33:16 34:3
**partner** 17:22
**party** 11:22
13:25
**passed** 33:20
**past** 12:15
**pause** 6:21,25
7:8,10,25 8:2
8:11,12,13
**people** 14:16
**percent** 12:10
**perkins** 5:18
**permit** 15:8
26:7 27:12
33:10
**permitted** 9:25
26:7
**permitting**
26:22
**personnel**
33:24
**perspective**
31:24

**persuade** 9:13
32:2
**persuaded**
26:9
**phani** 5:9
**pick** 23:14,23
**pieces** 25:9
**plain** 14:17
22:22
**plaintiff** 1:13
4:4 6:7,24 7:5
9:4,18
**pleading** 26:3
27:17
**pleadings**
27:14
**please** 7:1 8:15
16:20
**plus** 26:6 27:19
**pm** 1:24 35:10
**point** 12:17
22:5 24:13,23
24:25 25:9
33:6,8,12 34:3
**pointed** 18:16
19:3
**points** 21:8,17
25:13
**position** 9:13
10:7,11 21:11
23:17,19 28:23
34:10
**possibility** 10:2
10:4
**posted** 32:18
**posture's** 9:19

22-10964-mg    Doc 2698-9    Filed 05/22/23    Entered 05/22/23 13:01:38    Exhibit 9 -
Transcript of the May 2    2023 case management conference in Adv. Cas    Pg 47 of 51

[pot - respectfully]                                                    Page 10

pot  25:1
practice  10:21
  11:18
practices  11:15
precedence
  14:25
preemptive
  15:4
preference
  34:4
premium
  17:13
present  5:8
presentation
  34:16
presented
  33:12
presumably
  9:21
pretty  31:22
price  18:4
  19:12
probably  13:3
  32:7
problem  15:12
procedural
  21:8 25:13
proceed  11:12
  22:18 26:10
proceeding  3:1
  6:8 8:20 14:3
proceedings
  35:9 36:4
proceeds  19:12
  21:3 22:20,22
  22:23 23:5,6
  24:23

produced
  27:21
product  15:12
proposal  11:7
  11:10,11
propose  30:1
  30:14 31:11
proposed  11:2
  11:13 25:14,16
  29:20,23 30:18
  30:23 31:12
proposing
  13:24 15:2,11
  34:1
protection
  24:10,11
provide  28:24
  31:18
provided  12:22
  12:23 17:18
  18:23 19:19
  28:20
provides  32:3
public  21:23
publicly  18:4
purports  17:20
purpose  24:15
purposes  17:3
pursuant  16:22
put  24:23,25
  29:9
puts  11:20

q

qualify  21:16
question  15:21
  17:16 20:18
  23:22 27:15,25

questions
  20:19
quite  16:9
quote  14:3,12

r

r  2:1 4:1 6:1
  36:1
radio  33:20
raise  24:4
ready  28:12,15
  28:17
real  11:20,25
  16:24 20:19
  24:16
realize  15:18
  15:23
really  10:11
  11:20 12:6
  17:16 18:11
  24:1
reasonable
  11:3 33:19
reasons  15:20
receive  17:8
received  10:15
receiving  34:5
record  7:12,15
  7:19 8:4 28:13
  28:19 29:9,9
  29:11 33:11
  34:15 36:4
recording  6:21
  7:1,8,18 8:1,11
  8:12,14
recoup  18:13
reflect  31:13

refused  14:21
registration
  21:21,23
relevant  21:1
  22:17 25:9,9
relief  9:18
  26:10
remains  9:25
  10:11
remotely  20:13
renew  11:3
reporter  9:8
request  10:11
  11:4 28:4
requested
  12:22 27:22
requests  12:21
  28:21
require  9:15
  29:16 33:5
required  14:10
  16:1 17:11
  18:21 20:18
  21:4
requires  21:19
  21:20
requiring
  10:16
resolution  29:3
resolve  22:11
  34:4
resolved  10:5
resolves  22:14
respect  14:8
  20:17 27:15
respectfully
  21:3

[respond - speaking]

**respond** 16:2
21:4,6,7 27:1
29:17 33:5,23
**response** 12:25
18:17
**responses**
12:22
**responsive**
26:3
**resurfaced**
33:25 34:13
**return** 17:5
**reviewed** 8:22
**rhodium** 1:12
3:1 4:4 6:3,8
8:20 9:5 10:6
10:23 11:1
12:2,7,10,16
15:1 16:22
17:2,8,8,9,20
17:21,23 18:16
19:10,20,23
23:3,7,9,11,14
24:9,24 28:22
33:15,21,24,24
**rhodium's** 17:3
22:23 23:1,12
34:4
**right** 13:4 17:6
21:5 25:2,22
26:2 27:5 28:7
30:16 32:10
35:2,3
**rights** 17:6
**risk** 12:4
**road** 36:21

**round** 24:6
**rules** 26:14,15
26:16,17,18,21
26:22 27:12,18
**ruling** 14:7
**run** 13:14

**s**

**s** 4:1,5 6:1
21:20,22
**safe** 16:22 17:3
17:6 18:23
19:20 21:11,14
24:3,11
**sam** 8:16
**samuel** 5:6
**saying** 20:6,7
24:17,18 33:18
34:6
**says** 14:1 19:6
19:10,13,25
23:5 24:7,24
**schedule** 11:2
11:13 29:20
30:4 34:20
**scheduled** 8:23
15:19
**scheduling**
10:18,23 31:13
31:16 32:12,17
34:18 35:5
**scott** 4:25 7:18
7:20,23,23
**second** 25:17
32:1
**see** 9:13 13:17
32:11 34:20

**seeing** 9:9
**seeking** 26:10
**seen** 32:19
**sell** 16:25 17:1
**sense** 14:24
**sent** 10:22
20:25 33:24
**september**
30:22 31:4
**series** 24:5,5,6
**set** 20:10 26:14
**setting** 8:24
**settle** 34:13
**settled** 33:16
**settlement**
12:25 13:2,6
28:23 34:1
**settlements**
12:14
**several** 18:16
**sham** 23:21
24:15,20
**share** 19:12
22:23
**shared** 25:1
**shareholder**
23:1
**shareholders**
18:5 19:22
20:3,4 22:24
23:13
**shares** 17:8,11
17:15,21 18:3
18:5,10,22
19:21,23 20:23
21:21 23:9,12
25:3

**short** 31:23
**shorten** 31:25
**shortly** 15:19
**shot** 11:22,25
**shoulders** 12:4
**show** 13:17
**sided** 34:16
**signature** 36:6
**silence** 33:20
**silversun** 10:6
17:22 18:5,20
19:19,21 20:3
20:4,8
**silversun's**
18:3
**simply** 25:21
**single** 12:23
19:17
**sit** 26:24
**situation** 14:5
**six** 12:15 13:16
13:20 27:19
**small** 18:12
**smith** 5:19
**solutions** 36:20
**sonya** 3:25
36:3,8
**soon** 34:14
**sorry** 6:16,19
30:5,25 31:4
33:21
**sort** 23:15
**southern** 1:2
**speak** 25:12,24
26:1 30:6
**speaking** 7:12
7:14,19 8:4 9:4

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 49 of 51
[speaking - tokens]                                                              Page 12

31:8
**speaks** 19:12
19:12 24:12,22
**specifically**
11:6 21:24
**spirit** 22:6
**spoke** 29:7
**spun** 19:24
**staff** 9:8
**stage** 16:7
27:18 29:17
**start** 8:14
**started** 31:20
**states** 1:1,19
**step** 29:24
**stock** 22:21
23:6
**stokes** 4:10 6:6
6:6,11 9:2,2,4
9:6,7 15:11
19:5 21:5,7
22:14 23:18,20
23:25 24:2
25:17,24 26:12
26:15,17 27:6
27:10,23 28:1
28:7,10,13,16
28:19 29:1,7
29:18 30:5,8
30:11,14,17,22
30:25 31:2,7
33:3,7,15 35:7
**stonewalled**
28:4
**stop** 18:17 27:1
**stopping** 29:15

**strategy** 13:12
**strauss** 4:12,20
7:16 8:7
**street** 4:5,22
**strenuously**
34:9
**stris** 4:3 6:7 7:4
**structure** 34:2
**structured**
20:20
**stuck** 23:15
**submit** 14:24
15:10 21:3
25:6 31:12
32:23
**substantially**
18:8
**suddenly** 13:19
**suggest** 12:3
13:2
**suggested**
11:11 14:7
**suggesting**
22:5
**suite** 4:5,22
36:22
**summary** 11:4
11:16 15:3,6
25:20 26:4,19
26:24 27:1
28:8
**support** 15:2
**supports** 14:17
20:9,13
**supposed** 18:6
19:19 25:5

**supposedly**
14:9
**sure** 16:20 30:7
33:1
**surfaced** 15:15

**t**

**t** 36:1,1
**ta** 5:23
**take** 11:14,22
12:3 13:24
15:9 20:1
29:13,24
**taken** 21:10
**talk** 8:24 10:9
34:20
**talking** 14:25
21:12 24:23
**target** 33:19
**taylor** 5:22
**telephonically**
5:8
**tell** 13:7 29:19
**telling** 13:20
**template** 32:2
32:3,18
**term** 22:19
**terms** 9:24
12:18 14:7,9
17:2 19:22
21:20 22:7
23:11 25:7,9
32:16
**thank** 6:6,10
6:11,18,19,25
7:7,8,17,22,25
8:9 9:8,10
10:14 35:1,6,7

**thanks** 6:5
30:13
**thing** 18:15
20:16 24:14
25:14
**things** 11:7
14:22 31:9
**think** 14:4
20:18,23 21:1
22:2 24:19
25:8 27:4 28:2
32:4,19 34:6
**thinks** 14:13
**thought** 11:1,2
31:21 34:11
**threaten** 13:13
**three** 21:15,24
**thursday** 32:24
**time** 9:10
13:10 16:9
26:19 29:24
31:23 32:7
33:9
**times** 11:22
14:13
**timing** 33:1
**timothy** 5:12
**today** 6:17
7:19 8:23
10:25 15:19
25:19 26:8
27:7,8 28:5,11
31:22 34:23
**together** 20:2,4
**tokens** 16:25
17:1

22-10964-mg   Doc 2698-9   Filed 05/22/23   Entered 05/22/23 13:01:38   Exhibit 9 -
Transcript of the May 2   2023 case management conference in Adv. Cas   Pg 50 of 51

[tomorrow - yeah]                                                    Page 13

**tomorrow**
28:17,18 31:12
**touch** 32:23
**traded** 18:4
**trading** 18:4
**transaction**
17:14,17 20:19
21:11,14 22:24
23:8,9,21
24:14,16 25:3
**transactions**
17:7 20:2,4,8
**transcribed**
3:25
**transcript** 36:4
**treated** 29:15
**tried** 20:16
34:13
**trigger** 25:20
**triggering**
21:15
**triggers** 22:1
**true** 12:13
27:21,22 36:4
**trusha** 5:14
**try** 10:17
**two** 32:11,13
**tx** 4:23
**type** 22:15,17
**types** 21:15
**typical** 11:15
**typically** 15:20

**u**

**u.s.** 2:3 17:1
**ubierna** 5:24
**ucc** 12:18,19

**uday** 5:15
**unambiguous**
9:14 14:14
**unambiguou...**
14:10
**under** 17:6
18:6,24 19:22
21:11,22 22:8
22:25 24:3
**understand**
10:3 19:16
27:14 31:15
**understood**
27:10 28:22
29:18 33:7
**unheard** 13:24
**united** 1:1,19
**unjustified**
11:18 15:12
**unmute** 6:4 7:1
8:15
**unmuting** 6:12
6:22 7:12
**unprecedented**
13:24
**unproductive**
14:2
**unsecured** 8:17
**unusual** 9:10
**urgency** 12:5,7
12:10
**urgent** 9:9
**use** 14:8,10
18:9 32:8,17
**used** 21:14
**using** 3:3

**v**

**v** 1:14 3:2 6:3
**valuation**
16:16 17:21,24
18:1,9 19:1,11
19:18 20:14
21:13 22:13,15
23:2,5,10,11
23:15,16,23
24:8,9,12,19
25:4
**value** 17:10
18:2,6,18,21
20:11,14,15
22:11
**vc** 24:7,7
**venkata** 5:9
**verge** 33:16
**veritext** 36:20
**versus** 8:21
**victor** 4:9 5:24
6:23
**view** 9:19 12:2
14:18 15:23
16:1,13 20:12
25:8 27:14,20
34:7
**virtually** 11:19
13:25
**voice** 6:19

**w**

**wait** 25:17,19
**want** 8:15,25
9:7 12:8 14:1
21:5 25:20
26:4,23 27:7

29:11,15 32:10
33:3,8 34:15
34:18,20,24
35:3
**wanted** 10:10
**wants** 11:22
12:7,8
**warner** 5:20
**washington**
32:21
**wasteful** 15:11
**way** 11:19
20:19,20 21:23
24:3,19 25:21
25:22
**we've** 12:5
**website** 32:18
**week** 25:19
**welcome** 8:10
**white** 5:1 8:16
**winds** 14:2
**wished** 23:15
**wishes** 29:13
**work** 25:6,21
25:22 32:6,15
33:1
**works** 24:3
**world** 24:13,21
**worth** 17:8,9
17:15,23 18:11

**x**

**x** 1:5,11,17

**y**

**yeah** 8:16 21:7
27:23 31:1

**[year - zoom]**                                                                Page 14

| | |
|---|---|
| **year**   12:12 | |
| 14:15 | |
| **years**   14:13 | |
| 26:6 | |
| **york**   1:2,21 | |
| 4:15 5:4 | |
| **z** | |
| **zaharis**   5:25 | |
| 6:12,14,16,19 | |
| **zoom**   3:3 | |