| | |
|---|---|
| **WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>Joshua Weedman<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:  david.turetsky@whitecase.com<br>            sam.hershey@whitecase.com<br>            jweedman@whitecase.com | **WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile:  (305) 358-5744<br>Email:  kwofford@whitecase.com |
| – and – | – and – |
| **WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:  mandolina@whitecase.com<br>            gregory.pesce@whitecase.com | **WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile:  (213) 452-2329<br>Email:  aaron.colodny@whitecase.com |

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF NINTH MONTHLY FEE STATEMENT
OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS
ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

22-10964-mg    Doc 2700    Filed 05/22/23    Entered 05/22/23 17:56:49    Main Document
Pg 2 of 14

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed its *Ninth Monthly Fee Statement of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From April 1, 2023 Through April 30, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 1745 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Fee Statement**, by (i) Elementus Inc. and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Fee Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Elementus.

AMERICAS 116616989 v1

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

Dated:  May 22, 2023
       New York, New York

Respectfully submitted,

*/s/ Gregory F. Pesce*
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
      sam.hershey@whitecase.com
      azatz@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
      gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

AMERICAS 116616989 v1

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
            sam.hershey@whitecase.com
            jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
            gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO**
**NINTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR**
**INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

| | |
|---|---|
| Name of Applicant: | Elementus Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | April 1, 2023 – April 30, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $61,800.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $49,440.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $12,360.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $37,789.12 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $99,589.12 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $87,229.12 |

This is a <u>monthly</u> fee invoice.

2

AMERICAS 116616989 v1



## Professional Hours Tracker - April 2023

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 30 April 2023

### Hours Summary

| Name | Role | Rate | Communications with M3, W+C, A+M, and external parties | Internal Development | Administrative Tasks | Total (hrs) | Cost |
|---|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 0 | 5.2 | 0 | 5.2 | $ 5,200 |
| Matt Lam | Senior Data Scientist | $900 | 0.5 | 7.8 | 0 | 8.3 | $ 7,470 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 1.8 | 0.3 | 0 | 2.1 | $ 1,890 |
| Matt Austin | Vice President | $800 | 0 | 2.2 | 16 | 18.2 | $ 14,560 |
| Bryan Young | Vice President | $800 | 1.1 | 8.1 | 0 | 9.2 | $ 7,360 |
| Nicholas Shaker | Project Manager | $600 | 15.8 | 17.9 | 0 | 33.7 | $ 20,220 |
| Umber Kohli | Project Manager | $600 | 0.0 | 8.5 | 0.0 | 8.5 | $ 5,100 |
| **Labor Totals** | | | **19.2** | **50.0** | **16.0** | **85.2** | **$ 61,800** |

### Other Expenses

| Description | Cost |
|---|---|
| Amazon Web Services Costs | $26,059.78 |
| Google Cloud Platform | 8,493.38 |
| Google Voice | 55.21 |
| Asana - Project Management | 414.65 |
| Atlassian - Project Management | 65.73 |
| Microsoft 365 Subscriptions | 40.83 |
| Miro | 24.54 |
| Bryan Cave - Legal fees | 2,635.00 |
| **Other Expenses Totals** | **$ 37,789.12** |

| | |
|---|---|
| **April 2023 Grand Total** | **$ 99,589.12** |

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 5.2 |
| **Total** | **5.2** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 4/6/2023 | Thursday | 2 | Analasys of Stone Transactions | Internal Development |
| 4/17/2023 | Monday | 2 | Review and Analysis of CEL for W/C | Internal Development |
| 4/18//2023 | Tuesday | 1.2 | Review and Analasys of Internal Transaction Data | Internal Development |

| Employee Name | Role |
|---|---|
| Matt Lam | Senior Data Scientist |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0.5 |
| Internal Development | 7.8 |
| **Total** | **8.3** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 4/5/2023 | Wednesday | 0.5 | short squeeze meeting | Communications |
| 4/17/2023 | Monday | 2.4 | cel summary for white&case | Internal Development |
| 4/17/2023 | Monday | 1 | Discuss Celsius summary for White & Case | Internal Development |
| 4/18/2023 | Tuesday | 2 | verify a&m transactions | Internal Development |
| 4/21/2023 | Friday | 0.2 | discuss w&c deliverables | Internal Development |
| 4/23/2023 | Sunday | 2.2 | celsius platform and exec balances | Internal Development |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 1.8 |
| Internal Development | 0.3 |
| **Total** | **2.1** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 4/5/2023 | Wednesday | 0.7 | Call with Selendy and W+C re: insider trading behavior | Communications |
| 4/5/2023 | Wednesday | 0.3 | Discussion with Nick re: insider trading behavior | Internal Development |
| 4/12/2023 | Wednesday | 1.1 | Call w/ White & Case re: tax cost basis | Communications |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 0 |
| Internal Development | 2.2 |
| Administrative Tasks | 16 |
| **Total** | **18.2** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 4/3/2023 | Monday | 5.5 | Complete second interim fee application and accompanying exhibits | Administrative |
| 4/6/2023 | Thursday | 2.5 | Review updated PII list from Kirkland and circulate with team to identify potential conflic | Administrative |
| 4/10/2023 | Monday | 2.1 | Review edits from W&C on interim fee application and make necessary changes | Administrative |
| 4/10/2023 | Monday | 0.5 | Review final copy of second interim application fee from W&C | Administrative |
| 4/10/2023 | Monday | 0.3 | Correspond with W&C to communicate no conflicts with updated PII list | Administrative |
| 4/12/2023 | Wednesday | 0.5 | Review additional PII draft from W&C | Administrative |
| 4/13/2023 | Thursday | 1.5 | Preprare monthly time sheets and send to W&C | Administrative |
| 4/13/2023 | Thursday | 1.1 | Review draft interim feel applications for Committee Professionals provided by W&C | Administrative |
| 4/25/2023 | Tuesday | 1.7 | Review omnibus fee order and prepare one-page invoice for A&M re: first interim fee ap | Internal Development |
| 4/25/2023 | Tuesday | 0.5 | Make edits to one-page invoice based on feedback from A&M | Internal Development |
| 4/27/2023 | Thursday | 0.5 | Review revised version of PII list from W&C | Administrative |
| 4/28/2023 | Friday | 1.5 | Aggregate reimbursable expenses for monthly billing procedures | Administrative |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Communications with M3, W+C, A+M, and external parties | 1.1 |
| Internal Development | 8.1 |
| Administrative Tasks | 0 |
| **Total** | **9.2** |

| Details | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Activity | Category |
| 4/3/2023 | Monday | 0.5 | Review and Analasys of FTX requests for Selendy | Internal Development |
| 4/4/2023 | Tuesday | 2.3 | Review of Documentation re CEL transfers | Internal Development |
| 4/5/2023 | Wednesday | 1.5 | Review of and Analysis of Documentation re CEL transfers/Insider trading behavior | Internal Development |
| 4/6/2023 | Thursday | 0.8 | Selendy FTX Complaint Review and Analysis | Internal Development |
| 4/12/2023 | Wednesday | 1.1 | Call w/ White & Case re: tax cost basis | Communications |
| 4/12/2023 | Wednesday | 0.5 | Review and Analysis of documentation re tax cost basis | Internal Development |
| 4/17/2023 | Monday | 1 | Discussion, Review & Analysis of CEL info for W/C | Internal Development |
| 4/17/2023 | Monday | 0.5 | Inflow/Outflow Review and Analysis | Internal Development |
| 2/24/2023 | Monday | 0.5 | Review and Analysis of documentation re Selendy Data Request | Internal Development |
| 4/26/2023 | Wednesday | 0.5 | Review and Analysis of coin balances for Selendy requests | Internal Development |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 15.8 |
| Internal Development | 17.9 |
| Administrative Tasks | 0 |
| **Total** | **33.7** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 4/3/2023 | Monday | 1.1 | FTX discovery call with Selendy | Communications |
| 4/3/2023 | Monday | 3.2 | Analysis of private wallet CEL transfers over time | Internal Development |
| 4/4/2023 | Tuesday | 4.2 | Analysis of private wallet CEL transfers over time, cont. | Internal Development |
| 4/4/2023 | Tuesday | 1.7 | Weekly UCC Call | Communications |
| 4/5/2023 | Wednesday | 0.7 | Call with Selendy and W+C re: insider trading behavior | Communications |
| 4/5/2023 | Wednesday | 0.5 | Call with Selendy re: naked shorting account info | Communications |
| 4/5/2023 | Wednesday | 0.3 | Call with M3 regarding KeyFi items | Communications |
| 4/5/2023 | Wednesday | 0.7 | Call with Selendy re: suspicious CEL Transfers | Communications |
| 4/6/2023 | Thursday | 1.6 | Selendy FTX Complaint Review | Internal Development |
| 4/6/2023 | Thursday | 1 | Celsius All Advisor Weekly Call | Communications |
| 4/6/2023 | Thursday | 0.8 | Call with Jason Stone and counsel re: trades | Communications |
| 4/10/2023 | Monday | 0.1 | Call with Selendy re: insider trading behavior | Communications |
| 4/10/2023 | Monday | 0.3 | Internal Call re: insider trading behavior | Internal Development |
| 4/11/2023 | Tuesday | 1.8 | UCC Weekly Call | Communications |
| 4/10/2023 | Monday | 1.1 | Slide Preparation for UCC Call | Internal Development |
| 4/12/2023 | Wednesday | 1.1 | Call with White and Case re: tax cost basis | Communications |
| 4/13/2023 | Thursday | 0.8 | UCC All Advisors Call | Communications |
| 4/14/2023 | Friday | 1.4 | Weekly report and UCC slide generation | Internal Development |
| 4/14/2023 | Friday | 0.2 | Catch up call with Truman at M3 | Communications |
| 4/17/2023 | Monday | 0.1 | Call with Truman re: BTC prices | Communications |
| 4/17/2023 | Monday | 1.6 | BTC inflows and outflows analysis | Internal Development |
| 4/18/2023 | Tuesday | 0.8 | Celsius Weekly UCC Meeting | Communications |
| 4/19/2023 | Wednesday | 2 | UCC Weekly Call part 2 | Communications |
| 4/20/2023 | Thursday | 0.1 | Call with Truman regarding workstream update | Communications |
| 4/20/2023 | Thursday | 1.3 | Selendy FTX Motion Data Preparation | Internal Development |
| 4/21/2023 | Friday | 0.2 | discuss w&c deliverables | Internal Development |
| 4/17/2023 | Monday | 1 | Discuss Celsius summary for White & Case | Internal Development |
| 4/23/2023 | Sunday | 1.5 | Selendy Data Request Analysis | Internal Development |
| 4/24/2023 | Monday | 0.9 | Selendy data request write up | Communications |
| 4/26/2023 | Wednesday | 1.1 | Selendy Comms explaining coin balances across different dates | Communications |
| 4/21/2023 | Friday | 0.5 | Billing sync up w/ U Kohli | Internal Development |

| Employee Name | Role |
|---|---|
| Umber Kohli | Business Operations Manager |

### Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0.0 |
| Internal Development | 8.5 |
| Administrative Tasks | 0.0 |
| **Total** | **8.5** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 4/21/2023 | Friday | 0.5 | Billing sync up w/ N Shaker | Internal Development |
| 4/19/2023 | Wednesday | 8 | Billing reconciliation | Internal Development |