**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**FOURTH DECLARATION OF BENJAMIN J. STEELE IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KROLL RESTRUCTURING ADMINISTRATION LLC AS NOTICING AND INFORMATION AGENT TO THE COMMITTEE EFFECTIVE AS OF AUGUST 5, 2022**

I, Benjamin J. Steele, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director of Kroll Restructuring Administration LLC ("**Kroll**"),[2] noticing and information agent to the Committee, whose principal office is located at 55 East 52nd Street, 17th Floor, New York, New York 10055. I am authorized to submit this declaration on behalf of Kroll.

2. I submit this declaration (the "**Fourth Declaration**") in support of *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent to the Committee Effective as of August 5, 2022*, filed August 11, 2022 [Docket No. 433] (the "**Application**"), filed by the Committee, and as a supplement to my previously

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification number are as follows: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application (as defined below).

submitted declarations [Docket Nos. 443-2, 775, and 1348] (the "**Prior Declarations**") in support of the Application. On September 15, 2022, the Court entered an order approving the Application [Docket No. 827].

3. After the filing of the Prior Declarations, counsel to the Debtors provided Kroll with the names of additional potential parties in interest identified on **Schedule 1** annexed hereto (the "**Supplemental Parties in Interest List**"). The results of the conflict check for this Supplemental Parties in Interest List were compiled and reviewed by Kroll professionals under my supervision.

4. Based on the additional parties added to the Supplemental Parties in Interest List, I hereby supplement my Prior Declarations to disclose the following connections, each of which Kroll believes does not present an interest adverse to the Debtors' estates and is disclosed solely out of an abundance of caution:

- Gabriel Brunswick, Associate General Counsel of Kroll, was formerly an associate at Willkie, counsel to the Blockchain Recovery Investment Consortium in connection with these chapter 11 cases. Mr. Brunswick left Willkie in January 2020. Mr. Brunswick did not work on any matters involving Blockchain Recovery Investment Consortium or the Debtors during his time at Willkie.

- James Waldron, former Clerk of the United States Bankruptcy Court for the District of New Jersey, joined Kroll as Senior Advisor in March 2017. Mr. Waldron's daughter, Keara Waldron, is a counsel at Lowenstein Sandler LLP, counsel to Zach Kaplan, Michael Kaplan, Eli Kaplan, Ben Kaplan, and Michael Mazzotta.

5. As disclosed in my Prior Declarations, Kroll is an indirect subsidiary of Kroll, LLC ("**Kroll Parent**"). Kroll Parent is the world's premier provider of services and digital products

related to governance, risk and transparency. Within the Kroll Parent corporate structure, Kroll operates independently from Kroll Parent. As such, any relationships that Kroll Parent and its affiliates maintain do not create an interest of Kroll's that is materially adverse to the Debtors' estates or any class of creditors or security holders.

6. Notwithstanding the foregoing, out of an abundance of caution, Kroll hereby discloses that certain Kroll employees and temporary employees under their general supervision have provided administrative project management and data review services to a confidential client of Kroll Parent that appears on the Potential Parties in Interest List. Such confidential client of Kroll Parent is also a Confidential Party as defined in the Court's *Order (I) Authorizing All Parties to Redact and File Under Seal the Names of Certain Confidential Parties in Interest Related to the Potential Sale of Certain or Substantially All of the Debtors' Assets and the Potential Procurement of Debtor-in-Possession Financing and (II) Granting Related Relief* [Docket No. 1431]. The services provided to the confidential client by Kroll and Kroll Parent are unrelated to the Debtors and these chapter 11 cases. Kroll therefore believes that this connection does not present an interest adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders.

7. To the best of my knowledge, Kroll continues to be a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors' estates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ Benjamin J. Steele  
Benjamin J. Steele  
Managing Director  
Kroll Restructuring Administration LLC

## Schedule 1

Supplemental Parties in Interest List

| Name | Category |
|---|---|
| Lowenstein Sandler LLP | Notice of Appearance / Pro Hac Vice |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Notice of Appearance / Pro Hac Vice |
| Orrick, Herrington & Sutcliffe LLP | Notice of Appearance / Pro Hac Vice |
| Pennsylvania Office of Attorney General | Notice of Appearance / Pro Hac Vice |
| Wadsworth, Garber, Warner and Conrardy, P.C | Notice of Appearance / Pro Hac Vice |
| Arrington Capital | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| Beowulf Energy LLC | Potential Bidding Parties and Principals |
| Blockchain Recovery Investment Committee | Potential Bidding Parties and Principals |
| Brown Rudnick LLP | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| Jason New | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| Michael Abbate | Potential Bidding Parties and Principals |
| Michael Cagney | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| Terawulf | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| US Bitcoin Corp. | Potential Bidding Parties and Principals |
| [Redacted] | Potential Bidding Parties and Principals |
| Van Eck Absolute Return Advisers Corporation | Potential Bidding Parties and Principals |
| Willkie Farr & Gallagher LLP | Potential Bidding Parties and Principals |
| Aaron Dale Higbee | Retail Customers |
| Adam David Fritz | Retail Customers |
| Adam Joscelyne | Retail Customers |
| Adam Kryskow | Retail Customers |
| Alain Bonvecchio | Retail Customers |
| Alfred Bokhour | Retail Customers |
| Amirhossein Aminsharifi | Retail Customers |
| Andy Tran | Retail Customers |
| Annette Christine Davies | Retail Customers |
| Ariel Ceja | Retail Customers |
| Austin Wilcox | Retail Customers |
| Balazs Lesko | Retail Customers |

| Name | Category |
|---|---|
| Benjamin Julian Dame | Retail Customers |
| Berne Loh Tai Yuan | Retail Customers |
| Biao Shou | Retail Customers |
| Brandon Singer | Retail Customers |
| Brian Bang | Retail Customers |
| Brian Barnes | Retail Customers |
| Bryan Perl | Retail Customers |
| Calvin Spencer Rawe | Retail Customers |
| Cherktyek Consulting, Llc | Retail Customers |
| Christian Ander | Retail Customers |
| Christopher Chung | Retail Customers |
| Christopher James Maudlin | Retail Customers |
| Christopher Shey-Tau Sun | Retail Customers |
| Clarence Thomas | Retail Customers |
| Clint Worden | Retail Customers |
| Cort Kibler-Melby | Retail Customers |
| Craig Wilson Mcgarrah Iii | Retail Customers |
| Daniel Miller | Retail Customers |
| David Anthony Sims | Retail Customers |
| David Arie Schneider | Retail Customers |
| David Carl Lindahl | Retail Customers |
| David Dennis | Retail Customers |
| David Fahrney | Retail Customers |
| David Jeffries | Retail Customers |
| David Little | Retail Customers |
| Davis Chan | Retail Customers |
| Dias Malayev | Retail Customers |
| Didier Pawlicki | Retail Customers |
| Dimitris Zourdos | Retail Customers |
| Don Hosea Smith | Retail Customers |
| Donald Jay Vinberg | Retail Customers |
| Eduardo Sy Jr Buenviaje | Retail Customers |
| Four Thirteen Llc | Retail Customers |
| Franklin Kashner | Retail Customers |
| George Chavous | Retail Customers |
| George Vasile | Retail Customers |
| Gregory Allen Kieser | Retail Customers |
| Hamad Alshamsi | Retail Customers |
| Hayden Smith | Retail Customers |
| Heather Trussell | Retail Customers |
| Herman Vissia | Retail Customers |
| Hr National Pty Ltd | Retail Customers |
| Ivari Kuuse | Retail Customers |
| J&J Hoffard Pty Ltd Atf Hoffard Family Trust | Retail Customers |
| Jacob Daniels | Retail Customers |
| Jacob John Ring | Retail Customers |
| Jad Jubayli | Retail Customers |
| Jansen P Del Vecchio | Retail Customers |
| Jason Colling | Retail Customers |

| Name | Category |
|---|---|
| Jeffrey J Bradian | Retail Customers |
| Jeffrey R Kerr | Retail Customers |
| Jianwei Hu | Retail Customers |
| JLS Projects, LLC | Retail Customers |
| John Cioffoletti | Retail Customers |
| John Robert Kemenosh | Retail Customers |
| Johnny Piquero | Retail Customers |
| Jon Collins-Black | Retail Customers |
| Jonathon Robert Prendergast | Retail Customers |
| Joseph Michael Breher | Retail Customers |
| Keith Ryals | Retail Customers |
| Kipton Ford Anderson | Retail Customers |
| Law Offices Of Stefan Coleman, P.A | Retail Customers |
| Marc Shachtman | Retail Customers |
| Marcelo Tellez Anderson | Retail Customers |
| Marco Bonomi | Retail Customers |
| Mario Harrison Asp | Retail Customers |
| Mark E Blair | Retail Customers |
| Mark Finelli | Retail Customers |
| Mark Redeker | Retail Customers |
| Mathew Salazar | Retail Customers |
| Matias Ureta Montero | Retail Customers |
| Matthew Evan Scott | Retail Customers |
| Melissa Ann Licari | Retail Customers |
| Miae Kim | Retail Customers |
| Michael R Blemaster | Retail Customers |
| Michael Russell Fortwengler | Retail Customers |
| Mokrohond Btc Llc | Retail Customers |
| Nathan Boyd | Retail Customers |
| Nick Cousyn | Retail Customers |
| Nojan Jahedmanesh | Retail Customers |
| Paul Daniel Storvick | Retail Customers |
| Paul Mcneal | Retail Customers |
| Paz Paramdeep Dhody | Retail Customers |
| Peter Truss | Retail Customers |
| Peter Van Newhyzen | Retail Customers |
| Pietro Vincent Licari | Retail Customers |
| Rebecca N Egan | Retail Customers |
| Rena Cannaa | Retail Customers |
| Richard Gordon | Retail Customers |
| Rishi Raj Yadav | Retail Customers |
| Roshandip Singh | Retail Customers |
| Ryan Yukio Nakaima | Retail Customers |
| San Lo | Retail Customers |
| Scott Mashburn | Retail Customers |
| Sergi Sagas | Retail Customers |
| Shawn Steven Steinborn | Retail Customers |
| Stephen Hawkins | Retail Customers |
| Steven Thayer Spiller | Retail Customers |
| Tam II Holdings LLLC | Retail Customers |

| Name | Category |
|---|---|
| Tarek Rajab Pacha | Retail Customers |
| Terence Foo | Retail Customers |
| Terry Parker | Retail Customers |
| Thomas Findlan | Retail Customers |
| Thomas Foo | Retail Customers |
| Thomas Schach | Retail Customers |
| Timothy Hiu Ki Lam | Retail Customers |
| Trent Johnson | Retail Customers |
| Umar Yusuf Girei | Retail Customers |
| Umesh Balani | Retail Customers |
| Vladimir Aneychik | Retail Customers |
| Vladislav Adzic | Retail Customers |
| Wesley Geunhyuk Chang | Retail Customers |
| William M Rogers | Retail Customers |
| Wing Hong Lai | Retail Customers |
| Yves Daniel Diserens | Retail Customers |
| Zaryn Dentzel | Retail Customers |
| U.S. Department of Treasury | Taxing Authority/Governmental/Regulatory Agencies |
| Selendy Gay Elsberg PLLC | UCC Professionals |
| Brett Flora | Notice of Appearance / Pro Hac Vice |
| Brown Connery | Notice of Appearance / Pro Hac Vice |
| CDP Investments Inc. | Notice of Appearance / Pro Hac Vice |
| Coan Payton & Paine | Notice of Appearance / Pro Hac Vice |
| Courtney Burks Steadman | Notice of Appearance / Pro Hac Vice |
| Illinois Secretary of State | Notice of Appearance / Pro Hac Vice |
| Joe Breher | Notice of Appearance / Pro Hac Vice |
| Josh Tornetta | Notice of Appearance / Pro Hac Vice |
| JR Law | Notice of Appearance / Pro Hac Vice |
| Keith Ryals | Notice of Appearance / Pro Hac Vice |
| Kim Flora | Notice of Appearance / Pro Hac Vice |
| Livingston PLLC | Notice of Appearance / Pro Hac Vice |
| Lucy Thomson | Notice of Appearance / Pro Hac Vice |
| Miles & Stockbridge | Notice of Appearance / Pro Hac Vice |
| Pennsylvania Department of Revenue | Notice of Appearance / Pro Hac Vice |
| Saul Ewing | Notice of Appearance / Pro Hac Vice |
| Texas Attorney General | Notice of Appearance / Pro Hac Vice |
| Willis Towers Watson US LLC | Notice of Appearance / Pro Hac Vice |
| Stout Risius Ross, LLC | Ordinary Course Professionals |
| Acxiom LLC | Vendors |
| Aguilar Castillo Love, S.r.l. | Vendors |
| Allied Universal | Vendors |
| American Arbitration Association | Vendors |
| Aon Consulting, Inc. | Vendors |
| Appleby (Bermuda) Limited | Vendors |
| Aquatech Solutions | Vendors |
| Argus, Inc. | Vendors |
| Bernstein & Andriulli | Vendors |
| BGOV LLC | Vendors |
| Board of European Students of Technology | Vendors |

| Name | Category |
|---|---|
| Bureau van Dijk Electronic Publishing Inc. | Vendors |
| Classic Exhibits Inc. | Vendors |
| DD Mrcourier Services | Vendors |
| DLA Piper | Vendors |
| EcoWaste | Vendors |
| EZ Blockchain Services | Vendors |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | Vendors |
| FTI Consulting Technology LLC | Vendors |
| Global X Digital, LLC | Vendors |
| iFinex Inc. | Vendors |
| IP House Doo | Vendors |
| IVXS Technology USA | Vendors |
| IW Group Services (UK) | Vendors |
| J.B. Hunt | Vendors |
| Jackson Square Advisors, LLC | Vendors |
| Lindsey R. Mullholand | Vendors |
| Meltwater News US Inc | Vendors |
| Mothership Energy Group | Vendors |
| New Horizon Communications | Vendors |
| New Horizon Communications (NHC) | Vendors |
| Okta, Inc. | Vendors |
| Optimus SBR, Inc. | Vendors |
| Piper Alderman | Vendors |
| Prescient Comply, LLC | Vendors |
| RailsTech, Inc. | Vendors |
| Regulatory DataCorp Inc | Vendors |
| Salt Security, Inc | Vendors |
| Sarson Funds, Inc | Vendors |
| Saville & Co Scrivener Notaries | Vendors |
| Solutions Evenements | Vendors |
| Sorainen | Vendors |
| Systems MEC LLC | Vendors |
| TAMID Group | Vendors |
| The Crypto Can Man Ltd | Vendors |
| The Hartford | Vendors |
| Uria Menendez | Vendors |
| Vaco, LLC | Vendors |
| Bentley, Philip | Bankruptcy Judge |
| Bonnell, Julia | Bankruptcy Judges Staff |
| Pollan, Jennifer | Bankruptcy Judges Staff |
| A.M. Saccullo Legal, LLC | Bankruptcy Professionals - Retained |
| Fischer (FBC & Co.) | Bankruptcy Professionals - Retained |
| KE Andrews | Bankruptcy Professionals - Other |
| Andersen LLP | Bankruptcy Professionals - Other |
| Ernst & Young LLP | Bankruptcy Professionals - Retained |
| Gornitzky & Co. | UCC Professionals |
| M3 Advisory Partners, LP | UCC Professionals |
| Fahrenheit, LLC | Potential Bidding Parties and Principals |
| U.S. Data Mining Group, Inc. (d/b/a US | Potential Bidding Parties and Principals |

5

| Name | Category |
|---|---|
| Bitcoin Corp.) | |
| Proof Group Capital Management LLC | Potential Bidding Parties and Principals |
| Steven Kokinos | Potential Bidding Parties and Principals |
| Ravi Kaza | Potential Bidding Parties and Principals |
| GXD Labs LLC | Potential Bidding Parties and Principals |
| Plutus Lending LLC (d/b/a Abra) | Potential Bidding Parties and Principals |
| Gemini Trust Company, LLC | Potential Bidding Parties and Principals |