UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 25, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2676]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2677]**

Furthermore, on May 25, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2704]**

Dated: May 26, 2023

_____
Janira N. Sanabria

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Florida,
County of Santa Rosa

Subscribed and sworn to (or affirmed) before me on this 26th day of May, 2023, by Janira N. Sanabria, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT R. OTWELL, JR.
MY COMMISSION # HH 301772
EXPIRES: August 17, 2026

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

# Exhibit A

STRETTO

**Exhibit A**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| CHEROKEE DEBT ACQUISITION, LLC AS ASSIGNEE OF RODGERS, TRAVIS | ATTN: VLADIMIR JELISAVCIC | 1384 BROADWAY, SUITE 906 | NEW YORK | NY | 10018 |
| RODGERS, TRAVIS | | ON FILE | | | |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1

# **Exhibit B**



**Exhibit B**

Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| AARON BENNETT AS ASSIGNEE OF MICHAEL ARABIAN | ON FILE |
| MICHAEL ARABIAN | ON FILE |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)