**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**THIRD SUPPLEMENTAL DECLARATION OF ELIZABETH HARVEY**
**IN SUPPORT OF DEBTORS' APPLICATION**
**FOR ENTRY OF AN ORDER (I) AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF ERNST & YOUNG LLP AS**
**TAX COMPLIANCE AND TAX ADVISORY SERVICES PROVIDER,**
**EFFECTIVE AS OF JULY 13, 2022, AND (II) GRANTING RELATED RELIEF**

I, Elizabeth Harvey, hereby declare under penalty of perjury, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure as follows:

1.      I am a Partner of EY LLP.[2]  I submit this third supplemental declaration (this "Third Supplemental Declaration") on behalf of EY LLP in further support of *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Compliance and Tax Advisory Services Provider, Effective as of July 13, 2022 and (II) Granting Related Relief* [Docket No. 1404] (the "Application").  This Third Supplemental Declaration supplements the disclosures set forth in my original declaration that was filed with this Court on November 18, 2022 [Docket No. 1404, Ex. B] (the "Original Declaration"), my first supplemental

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]      Capitalized terms used herein but not otherwise defined shall have the meanings set forth in the Application or the Previous Declarations.

declaration that was filed with this Court on January 13, 2023 [Docket No. 1861] (the "First Supplemental Declaration"), and my second supplemental declaration that was filed with this Court on February 6, 2023 [Docket No. 1993] (together with the Original Declaration and First Supplemental Declaration, the "Previous Declarations").

2.      The facts set forth in this Third Supplemental Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of EY LLP or employees of member firms of Ernst & Young Global limited under my supervision and direction.

3.      On April 19 and April 24, 2023, Debtors' counsel provided EY LLP with the names of additional Parties in Interest that had not been shared with EY LLP at the time the Previous Declarations were filed (the "Second Set of Additional Parties in Interest").

4.      EY LLP caused the names of the Second Set of Additional Parties in Interest to be run through the Database.  The disclosure schedule annexed hereto as **Schedule 1** lists the names on the Second Set of Additional Parties in Interest and whether they are currently engaging, or have engaged during the last three years, EY LLP or any other EYGL member firm in a client matter, as shown in the Database.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  May 24, 2023

                                     _/s/ Elizabeth Harvey_____
                                    ELIZABETH HARVEY, PARTNER
                                    Ernst & Young LLP

## <u>Schedule 1</u>

**Results of Connections Check**

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1 | Bankruptcy Judge | Bentley  Philip | | X |
| 2 | Bankruptcy Judges Staff | Bonnell  Julia | | X |
| 3 | Bankruptcy Judges Staff | Pollan  Jennifer | | X |
| 4 | Bankruptcy Professionals - Other | Andersen LLP | | X |
| 5 | Bankruptcy Professionals - Other | KE Andrews | | X |
| 6 | Bankruptcy Professionals - Retained | A.M. Saccullo Legal  LLC | | X |
| 7 | Bankruptcy Professionals - Retained | Fischer (FBC & Co.) | | X |
| 8 | Notice of Appearance / Pro Hac Vice | Brett Flora | | X |
| 9 | Notice of Appearance / Pro Hac Vice | Brown Connery | | X |
| 10 | Notice of Appearance / Pro Hac Vice | CDP Investments Inc. | | X |
| 11 | Notice of Appearance / Pro Hac Vice | Coan Payton & Paine | | X |
| 12 | Notice of Appearance / Pro Hac Vice | Courtney Burks Steadman | | X |
| 13 | Notice of Appearance / Pro Hac Vice | Illinois Secretary of State | | X |
| 14 | Notice of Appearance / Pro Hac Vice | Joe Breher | | X |
| 15 | Notice of Appearance / Pro Hac Vice | Josh Tornetta | | X |
| 16 | Notice of Appearance / Pro Hac Vice | JR Law | | X |
| 17 | Notice of Appearance / Pro Hac Vice | Keith Ryals | | X |
| 18 | Notice of Appearance / Pro Hac Vice | Kim Flora | | X |
| 19 | Notice of Appearance / Pro Hac Vice | Livingston PLLC | | X |
| 20 | Notice of Appearance / Pro Hac Vice | Lowenstein Sandler LLP | | X |
| 21 | Notice of Appearance / Pro Hac Vice | Lucy Thomson | | X |
| 22 | Notice of Appearance / Pro Hac Vice | McElroy  Deutsch  Mulvaney & Carpenter  LLP | X | |
| 23 | Notice of Appearance / Pro Hac Vice | Miles & Stockbridge | | X |
| 24 | Notice of Appearance / Pro Hac Vice | Orrick  Herrington & Sutcl ffe LLP | X | |
| 25 | Notice of Appearance / Pro Hac Vice | Pennsylvania Department of Revenue | | X |
| 26 | Notice of Appearance / Pro Hac Vice | Pennsylvania Office of Attorney General | | X |
| 27 | Notice of Appearance / Pro Hac Vice | Saul Ewing | | X |
| 28 | Notice of Appearance / Pro Hac Vice | Texas Attorney General | | X |
| 29 | Notice of Appearance / Pro Hac Vice | Wadsworth  Garber  Warner and Conrardy  P.C | | X |
| 30 | Notice of Appearance / Pro Hac Vice | Willis Towers Watson US LLC | X | |
| 31 | Ordinary Course Professionals | Stout Risius Ross  LLC | | X |
| 32 | Potential Bidding Parties and Principals | ███████████ | X | |
| 33 | Potential Bidding Parties and Principals | Arrington Capital | | X |
| 34 | Potential Bidding Parties and Principals | Asher Genoot | | X |
| 35 | Potential Bidding Parties and Principals | Avalanche | | X |
| 36 | Potential Bidding Parties and Principals | Axia | X | |
| 37 | Potential Bidding Parties and Principals | Beowulf Energy LLC | | X |
| 38 | Potential Bidding Parties and Principals | Bitfinex | | X |
| 39 | Potential Bidding Parties and Principals | ████████ | X | |
| 40 | Potential Bidding Parties and Principals | ██████████ | X | |
| 41 | Potential Bidding Parties and Principals | Block | X | |
| 42 | Potential Bidding Parties and Principals | Block Chain Recovery Committee | | X |
| 43 | Potential Bidding Parties and Principals | ████████████ | | X |
| 44 | Potential Bidding Parties and Principals | Brown Rudnick LLP | X | |
| 45 | Potential Bidding Parties and Principals | █████████ | | X |
| 46 | Potential Bidding Parties and Principals | Carl Tipton | | X |
| 47 | Potential Bidding Parties and Principals | █████████ | | X |
| 48 | Potential Bidding Parties and Principals | █████████ | | X |
| 49 | Potential Bidding Parties and Principals | █████████ | X | |
| 50 | Potential Bidding Parties and Principals | Circle | X | |
| 51 | Potential Bidding Parties and Principals | Consensys | X | |
| 52 | Potential Bidding Parties and Principals | ███████████ | X | |
| 53 | Potential Bidding Parties and Principals | David Proman | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 54 | Potential Bidding Parties and Principals | ███████ | X | |
| 55 | Potential Bidding Parties and Principals | Fahrenheit  LLC | | X |
| 56 | Potential Bidding Parties and Principals | Focalpoint (B. R ley) | | X |
| 57 | Potential Bidding Parties and Principals | Foundry Digital | X | |
| 58 | Potential Bidding Parties and Principals | GXD Labs LLC | | X |
| 59 | Potential Bidding Parties and Principals | ███████ | | X |
| 60 | Potential Bidding Parties and Principals | ███ | X | |
| 61 | Potential Bidding Parties and Principals | Jason New | | X |
| 62 | Potential Bidding Parties and Principals | Joel Block | | X |
| 63 | Potential Bidding Parties and Principals | ███ | | X |
| 64 | Potential Bidding Parties and Principals | Li Zhao | | X |
| 65 | Potential Bidding Parties and Principals | Matt Prusak | | X |
| 66 | Potential Bidding Parties and Principals | Michael Abbate | | X |
| 67 | Potential Bidding Parties and Principals | Michael Cagney | | X |
| 68 | Potential Bidding Parties and Principals | Mike Ho | | X |
| 69 | Potential Bidding Parties and Principals | Nazar Khan | | X |
| 70 | Potential Bidding Parties and Principals | ███ | X | |
| 71 | Potential Bidding Parties and Principals | ████ | X | |
| 72 | Potential Bidding Parties and Principals | Paul Prager | | X |
| 73 | Potential Bidding Parties and Principals | Paul  Weiss  Rifkind  Wharton & Garrison LLP | X | |
| 74 | Potential Bidding Parties and Principals | Polygon | X | |
| 75 | Potential Bidding Parties and Principals | Proof Group Capital Management LLC | | X |
| 76 | Potential Bidding Parties and Principals | R Christian Wyatt | | X |
| 77 | Potential Bidding Parties and Principals | Ravi Kaza | | X |
| 78 | Potential Bidding Parties and Principals | █████ | X | |
| 79 | Potential Bidding Parties and Principals | ████ | | X |
| 80 | Potential Bidding Parties and Principals | ████ | | X |
| 81 | Potential Bidding Parties and Principals | ██████ | X | |
| 82 | Potential Bidding Parties and Principals | ███ | | X |
| 83 | Potential Bidding Parties and Principals | Steven Kokinos | | X |
| 84 | Potential Bidding Parties and Principals | Swiss Digital Exchange | | X |
| 85 | Potential Bidding Parties and Principals | Terawulf | | X |
| 86 | Potential Bidding Parties and Principals | Terryl Zerby | | X |
| 87 | Potential Bidding Parties and Principals | Tom Carlson | | X |
| 88 | Potential Bidding Parties and Principals | ███ | | X |
| 89 | Potential Bidding Parties and Principals | U.S. Data Mining Group  Inc. (d/b/a US Bitcoin Corp.) | | X |
| 90 | Potential Bidding Parties and Principals | Valon Mortgage  Inc. | | X |
| 91 | Potential Bidding Parties and Principals | Van Eck Absolute Return Advisers Corporation | | X |
| 92 | Potential Bidding Parties and Principals | Willkie Farr & Gallagher LLP | X | |
| 93 | Potential Bidding Parties and Principals | ███ | | X |
| 94 | Potential Bidding Parties and Principals | Gemini Trust Company  LLC | X | |
| 95 | Potential Bidding Party | Plutus Lending LLC (d/b/a Abra) | | X |
| 96 | Retail Customers | Aaron Dale Higbee | | X |
| 97 | Retail Customers | Adam David Fritz | | X |
| 98 | Retail Customers | Adam Joscelyne | | X |
| 99 | Retail Customers | Adam Kryskow | | X |
| 100 | Retail Customers | Alain Bonvecchio | | X |
| 101 | Retail Customers | Alfred Bokhour | | X |
| 102 | Retail Customers | Amirhossein Aminshar fi | | X |
| 103 | Retail Customers | Andy Tran | | X |
| 104 | Retail Customers | Annette Christine Davies | | X |
| 105 | Retail Customers | Ariel Ceja | | X |
| 106 | Retail Customers | Austin Wilcox | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 107 | Retail Customers | Balazs Lesko | | X |
| 108 | Retail Customers | Benjamin Julian Dame | | X |
| 109 | Retail Customers | Berne Loh Tai Yuan | | X |
| 110 | Retail Customers | Biao Shou | | X |
| 111 | Retail Customers | Brandon Singer | | X |
| 112 | Retail Customers | Brian Bang | | X |
| 113 | Retail Customers | Brian Barnes | | X |
| 114 | Retail Customers | Bryan Perl | | X |
| 115 | Retail Customers | Calvin Spencer Rawe | | X |
| 116 | Retail Customers | Cherktyek Consulting  Llc | | X |
| 117 | Retail Customers | Christian Ander | | X |
| 118 | Retail Customers | Christopher Chung | | X |
| 119 | Retail Customers | Christopher James Maudlin | | X |
| 120 | Retail Customers | Christopher Shey-Tau Sun | | X |
| 121 | Retail Customers | Clarence Thomas | | X |
| 122 | Retail Customers | Clint Worden | | X |
| 123 | Retail Customers | Cort Kibler-Melby | | X |
| 124 | Retail Customers | Craig Wilson Mcgarrah Iii | | X |
| 125 | Retail Customers | Daniel Miller | | X |
| 126 | Retail Customers | David Anthony Sims | | X |
| 127 | Retail Customers | David Arie Schneider | | X |
| 128 | Retail Customers | David Carl Lindahl | | X |
| 129 | Retail Customers | David Dennis | X | |
| 130 | Retail Customers | David Fahrney | | X |
| 131 | Retail Customers | David Jeffries | | X |
| 132 | Retail Customers | David Little | | X |
| 133 | Retail Customers | Davis Chan | | X |
| 134 | Retail Customers | Dias Malayev | | X |
| 135 | Retail Customers | Didier Pawlicki | | X |
| 136 | Retail Customers | Dimitris Zourdos | | X |
| 137 | Retail Customers | Don Hosea Smith | | X |
| 138 | Retail Customers | Donald Jay Vinberg | | X |
| 139 | Retail Customers | Eduardo Sy Jr Buenviaje | | X |
| 140 | Retail Customers | Four Thirteen Llc | | X |
| 141 | Retail Customers | Franklin Kashner | | X |
| 142 | Retail Customers | George Chavous | | X |
| 143 | Retail Customers | George Vasile | | X |
| 144 | Retail Customers | Gregory Allen Kieser | | X |
| 145 | Retail Customers | Hamad Alshamsi | | X |
| 146 | Retail Customers | Hayden Smith | | X |
| 147 | Retail Customers | Heather Trussell | | X |
| 148 | Retail Customers | Herman Vissia | | X |
| 149 | Retail Customers | Hr National Pty Ltd | | X |
| 150 | Retail Customers | Ivari Kuuse | | X |
| 151 | Retail Customers | J&J Hoffard Pty Ltd Atf Hoffard Family Trust | | X |
| 152 | Retail Customers | Jacob Daniels | | X |
| 153 | Retail Customers | Jacob John Ring | | X |
| 154 | Retail Customers | Jad Jubayli | | X |
| 155 | Retail Customers | Jansen P Del Vecchio | | X |
| 156 | Retail Customers | Jason Col ing | | X |
| 157 | Retail Customers | Jeffrey J Bradian | | X |
| 158 | Retail Customers | Jeffrey R Kerr | | X |
| 159 | Retail Customers | Jianwei Hu | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|--------------------------------------|------------|---------------|
| 160 | Retail Customers | JLS Projects  LLC | | X |
| 161 | Retail Customers | John Cioffoletti | | X |
| 162 | Retail Customers | John Robert Kemenosh | | X |
| 163 | Retail Customers | Johnny Piquero | | X |
| 164 | Retail Customers | Jon Collins-Black | | X |
| 165 | Retail Customers | Jonathon Robert Prendergast | | X |
| 166 | Retail Customers | Joseph Michael Breher | | X |
| 167 | Retail Customers | Keith Ryals | | X |
| 168 | Retail Customers | Kipton Ford Anderson | | X |
| 169 | Retail Customers | Law Offices Of Stefan Coleman  P.A | | X |
| 170 | Retail Customers | Marc Shachtman | | X |
| 171 | Retail Customers | Marcelo Tellez Anderson | | X |
| 172 | Retail Customers | Marco Bonomi | | X |
| 173 | Retail Customers | Mario Harrison Asp | | X |
| 174 | Retail Customers | Mark E Blair | | X |
| 175 | Retail Customers | Mark Finelli | | X |
| 176 | Retail Customers | Mark Redeker | | X |
| 177 | Retail Customers | Mathew Salazar | | X |
| 178 | Retail Customers | Matias Ureta Montero | | X |
| 179 | Retail Customers | Matthew Evan Scott | | X |
| 180 | Retail Customers | Melissa Ann Licari | | X |
| 181 | Retail Customers | Miae Kim | | X |
| 182 | Retail Customers | Michael R Blemaster | | X |
| 183 | Retail Customers | Michael Russe l Fortwengler | | X |
| 184 | Retail Customers | Mokrohond Btc Llc | | X |
| 185 | Retail Customers | Nathan Boyd | | X |
| 186 | Retail Customers | Nick Cousyn | | X |
| 187 | Retail Customers | Nojan Jahedmanesh | | X |
| 188 | Retail Customers | Paul Daniel Storvick | | X |
| 189 | Retail Customers | Paul Mcneal | | X |
| 190 | Retail Customers | Paz Paramdeep Dhody | | X |
| 191 | Retail Customers | Peter Truss | | X |
| 192 | Retail Customers | Peter Van Newhyzen | | X |
| 193 | Retail Customers | Pietro Vincent Licari | | X |
| 194 | Retail Customers | Rebecca N Egan | | X |
| 195 | Retail Customers | Rena Cannaa | | X |
| 196 | Retail Customers | Richard Gordon | | X |
| 197 | Retail Customers | Rishi Raj Yadav | | X |
| 198 | Retail Customers | Roshandip Singh | | X |
| 199 | Retail Customers | Ryan Yukio Nakaima | | X |
| 200 | Retail Customers | San Lo | | X |
| 201 | Retail Customers | Scott Mashburn | | X |
| 202 | Retail Customers | Sergi Sagas | | X |
| 203 | Retail Customers | Shawn Liang | | X |
| 204 | Retail Customers | Shawn Steven Steinborn | | X |
| 205 | Retail Customers | Stephen Hawkins | | X |
| 206 | Retail Customers | Steven Thayer Spiller | | X |
| 207 | Retail Customers | Tam II Holdings LLLC | | X |
| 208 | Retail Customers | Tarek Rajab Pacha | | X |
| 209 | Retail Customers | Terence Foo | | X |
| 210 | Retail Customers | Terry Parker | | X |
| 211 | Retail Customers | Thomas Findlan | | X |
| 212 | Retail Customers | Thomas Foo | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 213 | Retail Customers | Thomas Schach | | X |
| 214 | Retail Customers | Timothy Hiu Ki Lam | | X |
| 215 | Retail Customers | Trent Johnson | | X |
| 216 | Retail Customers | Umar Yusuf Girei | | X |
| 217 | Retail Customers | Umesh Balani | | X |
| 218 | Retail Customers | Vladimir Aneychik | | X |
| 219 | Retail Customers | Vladislav Adzic | | X |
| 220 | Retail Customers | Wesley Geunhyuk Chang | | X |
| 221 | Retail Customers | W lliam M Rogers | | X |
| 222 | Retail Customers | Wing Hong Lai | | X |
| 223 | Retail Customers | Yves Daniel Diserens | | X |
| 224 | Retail Customers | Zaryn Dentzel | | X |
| 225 | Taxing Authority/Governmental/Regulatory Agencies | U.S. Department of Treasury | | X |
| 226 | UCC Professionals | Gornitzky & Co. | X | |
| 227 | UCC Professionals | M3 Advisory Partners  LP | | X |
| 228 | UCC Professionals | Selendy Gay Elsberg PLLC | | X |
| 229 | Vendors | Acxiom LLC | X | |
| 230 | Vendors | Aguilar Casti lo Love  S.r.l. | X | |
| 231 | Vendors | Allied Universal | X | |
| 232 | Vendors | American Arbitration Association | X | |
| 233 | Vendors | Aon Consulting  Inc. | X | |
| 234 | Vendors | Appleby (Bermuda) Limited | | X |
| 235 | Vendors | Aquatech Solutions | | X |
| 236 | Vendors | Argus  Inc. | X | |
| 237 | Vendors | Bernstein & Andriulli | | X |
| 238 | Vendors | BGOV LLC | | X |
| 239 | Vendors | Board of European Students of Technology | | X |
| 240 | Vendors | Bureau van Dijk Electronic Publishing Inc. | | X |
| 241 | Vendors | Classic Exhibits Inc. | | X |
| 242 | Vendors | DD Mrcourier Services | | X |
| 243 | Vendors | DLA Piper | X | |
| 244 | Vendors | EcoWaste | X | |
| 245 | Vendors | EZ Blockchain Services | | X |
| 246 | Vendors | Fragomen  Del Rey  Bernsen & Loewy  LLP | | X |
| 247 | Vendors | FTI Consulting Technology LLC | | X |
| 248 | Vendors | Global X Digital  LLC | | X |
| 249 | Vendors | iFinex Inc. | | X |
| 250 | Vendors | IP House Doo | | X |
| 251 | Vendors | IVXS Technology USA | | X |
| 252 | Vendors | IW Group Services (UK) | | X |
| 253 | Vendors | J.B. Hunt | X | |
| 254 | Vendors | Jackson Square Advisors  LLC | | X |
| 255 | Vendors | Lindsey R. Mullholand | | X |
| 256 | Vendors | Meltwater News US Inc | | X |
| 257 | Vendors | Mothership Energy Group | | X |
| 258 | Vendors | New Horizon Communications | | X |
| 259 | Vendors | New Horizon Communications (NHC) | | X |
| 260 | Vendors | Okta  Inc. | X | |
| 261 | Vendors | Optimus SBR Inc. | | X |
| 262 | Vendors | Piper Alderman | | X |
| 263 | Vendors | Prescient Comply  LLC | | X |
| 264 | Vendors | RailsTech  Inc. | | X |
| 265 | Vendors | Regulatory DataCorp Inc | X | |

Results of Connection Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 266 | Vendors | Salt Security  Inc | | X |
| 267 | Vendors | Sarson Funds  Inc | | X |
| 268 | Vendors | Saville & Co Scrivener Notaries | | X |
| 269 | Vendors | Solutions Evenements | | X |
| 270 | Vendors | Sorainen | | X |
| 271 | Vendors | Systems MEC LLC | | X |
| 272 | Vendors | TAMID Group | | X |
| 273 | Vendors | The Crypto Can Man Ltd | | X |
| 274 | Vendors | The Hartford | X | |
| 275 | Vendors | Uria Menendez | | X |
| 276 | Vendors | Vaco  LLC | | X |