UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**APPELLEE'S COUNTER-DESIGNATION OF THE RECORD
AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellee, the Official Committee of Unsecured Creditors appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "**Committee**"), respectfully designates the following items to be included in the record on appeal in connection with the appeal styled *Community First Partners, LLC, et al. v. Official Committee of Unsecured Creditors for Celsius Network LLC, et al.*, Case No. 23-CV-03920 (JHR) (S.D.N.Y.) in addition to those items designated by Community First Partners, LLC, Celsius SPV Investors, LP, Celsius New SPV Investors, LP, and CDP Investissements Inc. (collectively, the "**Appellants**"). The Committee reserves its right to designate additional items for inclusion in the record or to restate or modify

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

the issues presented on appeal. For items designated, the designation includes all documents attached to a particular document number including, without limitation, all statements, appendices, exhibits, attachments, declarations, and/or affidavits.

**Designation of Additional Items to be Included in the Record on Appeal**

| Item No. | Date | Docket No.[2] | Document Title |
|---|---|---|---|
| 1. | 09/22/2022 | 880 | *Motion of Community First Partners, LLC, Celsius SPV Investors, LP, Celsius New SPV Investors, LP, and CDP Investissements Inc. for Entry of an Order Directing the Appointment of an Official Preferred Equity Committee* |
| 2. | 10/13/2022 | 1045 | *Debtors' Objection to Motion for Entry of an Order Directing the Appointment of an Official Preferred Equity Committee* |
| 3. | 10/13/2022 | 1048 | *The Official Committee of Unsecured Creditors' Objection to the Motion of Community First Partners, LLC, Celsius SPV Investors, LP, Celsius New SPV Investors, LP, and CDP Investissements Inc. for Entry of an Order Directing the Appointment of an Official Preferred Equity Committee* |
| 4. | 10/19/22 | 1120 | *Reply in Further Support of the Requesting Holders' Motion for Entry of an Order Directing Appointment of an Official Preferred Equity Committee* |
| 5. | 10/24/2022 | 1168 | *Memorandum Opinion and Order Denying Motion for the Appointment of an Official Preferred Equity Committee* |

---

[2] Docket references refer to *In re: Celsius Network LLC*, Docket No. 1:22-bk-10964 (MG) (Bankr. S.D.N.Y. Jul 13, 2022), unless otherwise indicated.

| Item No. | Date | Docket No.[2] | Document Title |
|---|---|---|---|
| 6. | 02/14/2023 | 2054 | *Motion of the Official Committee of Unsecured Creditors to Approve Joint Stipulation and Agreed Order Between the Official Committee of Unsecured Creditors and the Debtors With Respect to Certain Claims and Causes of Action Belonging to the Debtors' Estates* |
| 7. | 03/14/2023 | 2228 | *Response to Debtors' Objection to Rebecca Gallagher's Proof of Claim, Claim No. 23959* |
| 8. | 03/14/2023 | 2237 | *Objection to Debtors' Objection to Proof of Claim No. 24480 of Daniel A. Frishberg* |
| 9. | 03/14/2023 | 2238 | *Response to Debtors' Objection to Proof of Claim No. 24604 of Immanuel Herrmann* |
| 10. | 03/31/2023 | 2358 | *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* |
| 11. | 04/04/2023 | 2367 | *Series B Preferred Holders' Motion for Entry of an Order Establishing Estimation Procedure For the Intercompany Claim Between Celsius Network LLC and Celsius Network Limited in Furtherance of Formulating the Debtors' Plan of Reorganization* |
| 12. | 04/04/2023 | 2369 | *Motion of the Official Committee of Unsecured Creditors For Entry of an Order (I) Establishing Procedures to Estimate the Intercompany Claim That Celsius Network, LLC Has Against Celsius Network Limited and (II) Granting Related Relief* |
| 13. | 04/15/2023 | 2471 | *Limited Objection of the Official Committee of Unsecured Creditors to the Series B Preferred Holders' Motion For Entry of an Order Establishing Estimation Procedure For the Intercompany Claim Between Celsius Network LLC and Celsius Network Limited in Furtherance of Formulating the Debtors' Plan of Reorganization* |

3

| Item No. | Date | Docket No.[2] | Document Title |
|---|---|---|---|
| 14. | 04/15/2023 | 2472 | *Debtors' Limited Objection to (I) The Series B Preferred Holders' Motion For Intercompany Claim Estimation Procedures and (II) the Official Committee of Unsecured Creditors' Motion For Intercompany Claim Estimation Procedures* |

**Statement Regarding Appellants' Statement of Issues on Appeal**

The Committee contests the statement of issues set forth by the Appellants in their designation of appellate record. The Committee will address those issues and the appropriate standard of review in any briefing on the merits of this appeal.

Dated:   May 30, 2023
         New York, New York

                    **WHITE & CASE LLP**

            By:   */s/ Samuel P. Hershey*
                  David M. Turetsky
                  Samuel P. Hershey
                  Joshua D. Weedman
                  1221 Avenue of the Americas
                  New York, NY 10020
                  Telephone: (212) 819-8200
                  Facsimile:  (212) 354-8113
                  Email:  david.turetsky@whitecase.com
                          sam.hershey@whitecase.com
                          jweedman@whitecase.com

                  Michael C. Andolina (admitted *pro hac vice*)
                  Gregory F. Pesce (admitted *pro hac vice*)
                  111 South Wacker Drive, Suite 5100
                  Chicago, Illinois 60606
                  Telephone: (312) 881-5400

4

Facsimile: (312) 881-5450
Email:  mandolina@whitecase.com
           gregory.pesce@whitecase.com

Keith H. Wofford
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  kwofford@whitecase.com

Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of
  Unsecured Creditors*