

**United States Bankruptcy Court**
**Southern District of New York**

FILED
U.S. BANKRUPTCY COURT
2023 MAY 26  P 1: 42
S.D.N.Y.

**In re Celsius Network LLC, et al.**

**Case No. 22-10964 (MG)**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
| --- | --- |

**Eric Loke**

Address on File

**EDS Financial Services Inc.**

24 Hammond #C
Irvine, CA 92618

**Schedule F Claim #** 3.1.171425

**Transferred Claim Amount** as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:

*[signature]*
0E2E7EA4D5E74DF...
Transferee

05/25/2023

Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## **EVIDENCE OF TRANSFER OF CLAIM**

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

Seller, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to Buyer, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **Celsius Network LLC, et al.**

**Schedule F Claim  #**        3.1.171425

**Claim Amount**        as detailed on Schedule F

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: _____05/25/2023_____

Buyer:                                                    Seller:

**EDS Financial Services Inc.**                          **Eric Loke**

DocuSigned by:                                            DocuSigned by:

_____                                _____
0E2E7EA4D5E74DF...                                       D41857C6310F423...

Name: Avi Marciano                                       Name: Eric Loke

DocuSign Envelope ID: E546AF38-7FD5-4324-9785-3F8239CF486E



| SCHEDULE F LINE | CREDITORS NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON LOAN RECEIVABLE |
|---|---|---|---|---|---|---|---|---|
| 3.1 171425 | ERIC LYKE | ADDRESS REDACTED | | | BTC 0.16098407651380?? USDC 298.927490170162 ETH 0.3265529133461464958 | BTC 0.0773099 ETH 0.94000008009339800981 | | |