Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF TRANSCRIPT OF AUCTION PROCEEDINGS**

    **PLEASE TAKE NOTICE** that on November 2, 2022, the United States Bankruptcy Court

for the Southern District of New York (the "Court") entered the *Order (I) Approving the Bidding*

*Procedures In Connection With the Sale of Substantially All of the Debtors' Assets, (II) Scheduling*

*Certain Dates With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof,*

*(IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Relief* [Docket No. 1272] (the "Order"), approving certain dates, deadlines, and procedures for the potential sale of substantially all of the Debtors' assets (the "Bidding Procedures").[2]

PLEASE TAKE FURTHER NOTICE that on March 1, 2023, pursuant to and in accordance with paragraph 12 of the Order and Section VI of the Bidding Procedures, the Debtors, in consultation with the Committee, filed the *Notice of (I) Selection of Stalking Horse Bidder and (II) Amended Dates and Deadlines with Respect to Bidding Procedures for the Potential Sale of Substantially All of the Debtors' Assets* [Docket No. 2150] (the "Notice of Stalking Horse Bidder"), which designated NovaWulf Digital Management, LP ("NovaWulf") as the Stalking Horse Bidder, announced that the Debtors, the Committee, and NovaWulf executed a plan sponsor agreement, and extended the Final Bid Deadline to April 17, 2023.

PLEASE TAKE FURTHER NOTICE that, following the Debtors filing of the Notice of Stalking Horse Bidder and prior to the Final Bid Deadline, the Debtors received two additional Qualified Bids from: (1) Fahrenheit, LLC, whose equity is owned, directly or indirectly, by Arrington Capital, U.S. Data Mining Group, Inc. (d/b/a U.S. Bitcoin Corp.), Proof Group Capital Management LLC, Steven Kokinos, and Ravi Kaza ("Fahrenheit"); and (2) the Blockchain Recovery Investment Consortium, which includes Van Eck Absolute Return Advisers Corporation and GXD Labs LLC (the "BRIC").

PLEASE TAKE FURTHER NOTICE that, on April 22, 2023, the Debtors filed the *Notice of Auction* [Docket No. 2519], which established April 25, 2023 (prevailing Eastern Time) as the date that the Auction would commence.

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order or Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph G of the Order and Section XI of the Bidding Procedures, the Debtors, in consultation with the Committee, commenced the Auction on April 25, 2023, at 2:00 p.m. (prevailing Eastern Time). Prior to the Auction, Qualified Bidders were provided copies of the rules for the Auction (the "Auction Rules"). The Auction concluded on May 24, 2023. The proceedings were conducted in accordance with the Bidding Procedures and Auction Rules. Proceedings in the main room of the Auction were recorded by a court reporter.

**PLEASE TAKE FURTHER NOTICE** that on May 25, 2023, the Debtors' filed the *Notice of Successful Bidder and Backup Bidder* [Docket No. 2713] (the "Notice of Successful and Backup Bidder"), which announced that, pursuant to Sections XII and XIII of the Bidding Procedures, the Debtors, in consultation with the Committee, selected Fahrenheit as the Successful Bidder and the BRIC as the Backup Bidder.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 8 of the Order and Section XI of the Bidding Procedures, certified transcripts of the on the record Auction proceedings are attached hereto as **Exhibits A**, **B**, **C**, **D, E, F, G**, and **H** (collectively, the "Auction Transcripts").

**PLEASE TAKE FURTHER NOTICE** that the contents of the Auction Transcripts are no longer Confidential Information as defined under the confidentiality agreements executed by the Debtors and Auction attendees.

**PLEASE TAKE FURTHER NOTICE** that copies of the Order, the Bidding Procedures, the Notice of Successful Bidder and Backup Bidder, the Auction Transcripts, and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

New York, New York
Dated: June 2, 2023

/s/ Joshua A. Sussberg
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:          joshua.sussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:          patrick.nash@kirkland.com
                 ross.kwasteniet@kirkland.com
                 chris.koenig@kirkland.com
                 dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

**Auction Transcript from April 25, 2023**

Page 1

1

2     UNITED STATES BANKRUPTCY COURT

3     SOUTHERN DISTRICT OF NEW YORK

4     Chapter 11

5     Case No. 22-10964 (MG)

      - - - - - - - - - - - - - - - - - - - - -x

6

      In re:

7

      CELSIUS NETWORK LLC, et al.,

8

                Debtors.

9

      - - - - - - - - - - - - - - - - - - - - -x

10

               601 Lexington Avenue

11             New York, New York 10022

12             April 25, 2023

               2:13 p.m.

13

14

15        AUCTION hosted by the Debtors in the

16    above-entitled action, held at the above

17    time and place, taken before

18    SAMUEL HITTIN, a Shorthand Reporter and

19    Notary Public of the State of New York,

20    pursuant to the Federal Rules of Civil

21    Procedure, order and stipulations between

22    Counsel.

23

24                *     *     *

25

22-10964-mg   Doc 2748   Filed 06/02/23   Entered 06/02/23 22:12:50   Main Document
Pg 8 of 256


```
                                              Page 2

 1

 2     APPEARANCES:

 3

       KIRKLAND & ELLIS, P.C.
 4     Attorneys for Debtors
       CELSIUS NETWORK LLC, et al.
 5          601 Lexington Avenue
            New York, New York 10022
 6          (212) 446-4800
 7     BY:  DAN LATONA, ESQ.
            ROSS. M. KWASTENIET, ESQ.
 8          CHRISTOPHER S. KOENIG, ESQ.
            PATRICK J. NASH JR. ESQ.

 9

10

11     ALSO PRESENT:

12

       ALVAREZ & MARSAL
13

       BOB KAMPAGNA
14     SAM SCHREIBER
       CHASE BRANTLY

15

16

       PERELLA WEINBERG PARTNERS
17

       KEVIN COFSKY
18     MATT RAHMANI
       EMMANUEL AIDO
19     RYAN MOON
       SAM SAFERSTEIN

20

21     A&M
22     ROBERT CAMPAGNA
       SAM SCHREIBER
23     CHASE BRANTLEY

24

25
```

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400

Page 3

```
 1
 2       CENTERVIEW
 3       MARC PUNTUS
         RYAN KIELTY
 4       BOB BEASLEY
         DANIEL BENDETSON
 5       ZACH MOHAMED
         BEN GOLDSTEIN
 6
 7
 8       M3 PARTNERS
 9       MOHSIN MEGHJI
         JAVIER SCHIFFRIN
10       KENNETH EHRLER
         TRUMAN BIGGS
11       JOHN MAGLIANO
         CHRIS FERRARO
12       ALAN CARR
         DAVID BARSE
13
14
         WHITE & CASE
15
         BARRETT LINGLE
16       AARON COLODNY
         KEITH WOFFORD
17       GREG PESCE
         DAVID TURETSKY
18       TOM DIFIORE
         SCOTT DUFFY
19
20
         FAHRENHEIT
21
         ANDREW CARTY
22       MICHAEL ARRINGTON
         NOAH JESSOP
23       STEVE KOKINOS
         ASHER GENOOT
24       JOEL BLOCK
         MATT URETSKY
25       KELI CALLAGHAN
```

```
 1
 2
         NOVAWULF
 3
         JASON NEW
 4       MICHAEL ABBATE
         CONNOR DOUGHERTY
 5       LILY YARBOROUGH
         KEN ZIMAN
 6       KYLE SATTERFIELD
 7
 8       BRIC GROUP
 9       BRIAN LENNON
         MATT BABINSKY
10       MARSHALL BEARD
         ALEXANDRA BELL
11       TYLER MEADE
         PRANAV KANADE
12       JAN VAN ECK
         CHRISTIAN WYATT
13       DAVID PROMAN
         BRIAN LENNON
14       JARED FERTMAN
         RUSSELL LEAF
15       YARA KASS-GERGIS
         DEBRA SINCLAIR
16       JUSTIN BROWDER
         MICHAEL PASSALACQUA
17       VADIM MAHMOUDOV
18
19
20
                   *       *       *
21
22
23
24
25
```

Page 5

```
 1                PROCEEDINGS
 2           MR. LATONA:  Good afternoon.  We
 3      are going on the record at 2:13
 4      eastern time.  My name is Dan Latona,
 5      I'm with Kirkland & Ellis, we are
 6      counsel to Celsius Network LLC, and
 7      its affiliated debtors in their
 8      Chapter 11 cases pending in the United
 9      States Bankruptcy Court for the
10      Southern District of New York.  I will
11      be moderating today's auction for the
12      debtors' assets.
13           Each time a participant speaks,
14      please state your name clearly for the
15      record so that the stenographer can
16      record.  In the room today on behalf
17      of the debtors is David Barse, a
18      member of the special team of Celsius
19      Network Limited; the debtors' interim
20      executive officer, chief financial
21      officer, and chief restructuring
22      officer, Christopher Farraro; I'm also
23      joined by my partners; Ross
24      Kwasteniet, Chris Koenig, and other
25      members of the Kirkland team.
```

```
 1                    PROCEEDINGS
 2             Also here today are the other
 3        members of the debtors' advisors
 4        including Marc Puntus, Ryan Kielty,
 5        and other members at Centerview
 6        Partners, the debtors' investment
 7        banker.  And Bob Kampagna, Sam
 8        Schreiber, Chase Brantly and other
 9        members of the Alvarez & Marsal team,
10        the debtors' financial advisor.
11             Also in attendance are
12        representative from the committee;
13        White & Case, M3 Partners and Perella
14        Weinberg Partners, who will be making
15        remarks today.
16             Before we begin, I would like to
17        acknowledge that various regulatory
18        agencies and many of the debtors'
19        account holders are attending today's
20        auction.  This is an excellent
21        opportunity for those account holders
22        to experience behind-the-scenes
23        actions that would not typically be
24        available outside of this auction.
25             In light of the unique nature of
```

Page 7

1              PROCEEDINGS

2        these Chapter 11 cases and in the

3        interest of transparency, the debtors

4        and the committee recognize it would

5        be beneficial for account holders to

6        experience the proceedings and hear

7        representatives from the various

8        bidding groups to understand what was

9        being evaluated and considered to

10       determine the highest and best bid.

11            I would; however, like to remind

12       everyone that this auction is not

13       opened to the public and is being

14       conducted pursuant to confidentiality

15       agreements that each participant

16       signed as a condition of attendance.

17       Today's auction is considered

18       confidential under the terms of those

19       confidentiality agreements.

20            [Discussion held off the

21       record.]

22            MR. LATONA:  Let me go back a

23       bit:  Before we begin today, I would

24       like to acknowledge that many of the

25       regulatory agencies and debtors'

Page 8

```
 1              PROCEEDINGS
 2      account holders are attending today's
 3      auction.  This is an excellent
 4      opportunity for those account holders
 5      to experience behind-the-scenes
 6      actions that would not typically be
 7      available outside of the auction room.
 8           In light of the unique nature of
 9      these Chapter 11 cases and in the
10      interest of transparency, the debtors
11      and the committee recognize it would
12      be beneficial for account holders to
13      hear the proceedings and the
14      representatives from the various
15      bidding groups to understand what was
16      being evaluated and considered to
17      determine the best and highest bid.
18           I would; however, like to remind
19      everyone that this auction is not
20      opened to the public and is being
21      conducted pursuant to confidentiality
22      agreements that each participant
23      signed as a condition of attendance.
24      Today's auction is considered
25      confidential under the terms of the
```

Page 9

```
 1              PROCEEDINGS
 2      confidentiality agreements.
 3              Attendees are prohibited from
 4      broadcasting, streaming, tweeting,
 5      sharing, messaging, posting,
 6      recording, or otherwise memorializing
 7      or transmitting the contents of this
 8      auction.  Failure of attendees to
 9      comply with these guidelines and the
10      terms of the confidentiality
11      agreements could require the debtors
12      to shut off the live stream and
13      moreover, could be harmful to the
14      auction process itself.
15              A stenographer is recording the
16      auction and a transcript will be filed
17      on the docket in the coming days and
18      posted on the website of the debtors'
19      claims noticing any solicitation
20      agent's trail.  Once the transcript is
21      docketed the contents will no longer
22      be considered confidential information
23      under the confidentiality agreement.
24              Pursuant to the bid procedures
25      on March 1st, the debtors in
```

Page 10

1                    PROCEEDINGS
2        consultation with the committee
3        selected NovaWulf Digital Management
4        LP partnering with Figure
5        Technologies, Anchorage, and
6        Provenance Blockchain as a
7        stalking-horse bidder.  The terms of
8        NovaWulf's bid are memorialized in
9        plan sponsor agreement and plan term
10       sheet, file docket number 2151.  As a
11       result of selecting NovaWulf as
12       stalking-horse bidder, the debtors
13       extended the final bid deadline to
14       April 17th engaged with a number of
15       parties thereafter.  After the final
16       bid deadline, the debtors, in
17       consultation with the committee
18       identified two qualified bidders
19       pursuant to the bid procedures.
20            First, the debtors identified
21       the Fahrenheit Group as qualified
22       bidder which comprises US Bitcoin,
23       Arrington Capital, Valon and Coinbase.
24            Second, the debtors identified
25       the Block-Chain Recovery Investment

Page 11

```
 1                  PROCEEDINGS
 2        Corporation or BRIC as a qualified
 3        bidder which comprises VanEck Absolute
 4        Return Advisors, GlobalXDigital, Abra,
 5        and Gemini Trust Company.
 6              Participants and advisors for
 7        each of NovaWulf, Fahrenheit and BRIC
 8        are in attendance and will have an
 9        opportunity to introduce themselves.
10              This auction is unique because
11        the nature of the debtors' business
12        and assets are unique.  We have two
13        competing transaction structures which
14        will be described in more detail
15        shortly by the Centerview team.
16              The first transaction structure
17        contemplates a NewCo and go-forward
18        operating business that will
19        distribute a significant portion of
20        the debtors' liquid Cryptocurrency,
21        operate the debtors' mining business
22        and monetize over time the debtors'
23        illiquid assets for the benefit of
24        account holders.
25              The second transaction structure
```

Page 12

```
 1              PROCEEDINGS
 2      contemplates an orderly distribution
 3      and monetization of the debtors'
 4      liquid and illiquid assets over time
 5      and potential spin-off or other
 6      transaction for the debtors' mining
 7      business.
 8            Because a number of the debtors'
 9      account holders are in attendance
10      virtually I want to provide an
11      overview of how the auction will
12      proceed:
13            First, on the record, the
14      debtors will identify the baseline
15      bid.  After that we will go off the
16      record for a short period and I'll
17      have each bidder to consultant its
18      advisors to determine how it can
19      improve its bid.  Then after bidders
20      make subsequent bids we will send an
21      e-mail and in 15 minutes come back on
22      the record and read each party's
23      subsequent bid into the record.
24            Again, we will go off the
25      record.  The debtors and the committee
```

Page 13

PROCEEDINGS

1
2    will consult and evaluate which bid is
3    currently highest and best, the
4    reasons for that decision, and what
5    terms each bid must improve.  This
6    process will continue until the
7    debtors and the committee either
8    decide that a particular bid is
9    highest and best or there is no
10   counter bid to the bid previously
11   identified as the highest and best.
12   Only qualified bidders are permitted
13   to submit bids.
14        Pursuant to the bid procedures,
15   the debtors, in consultation to the
16   committee, it is in their discretion
17   to reserve the right to modify these
18   bid procedures to facilitate the
19   auction.  Any changes to the auction
20   rules will be noted on the record.
21        Before we proceed I would like
22   to turn the microphone over to the
23   committee to allow it to make its
24   opening remarks.
25        MR. PUNTUS:  Can I go first and

```
                                              Page 14

 1                    PROCEEDINGS
 2       then you guys go?  Unless you guys
 3       want to go now.
 4              MR. LATONA:  You're up.
 5              MR. PUNTUS:  I'll try to be
 6       brief, get this started.  I'm Marc
 7       Puntus from Centerview Partners.
 8       Thanks, Dan.
 9              I'm going to just try to give an
10       overview on the process of where I
11       think we stand today, and then I think
12       everybody will go to their separate
13       rooms, reconvene, and hopefully we'll
14       get this process going.
15              Again, mentioning today, we have
16       what we consider three qualified bids;
17       the NovaWulf bid which is reflected on
18       a docket, the Fahrenheit consortium
19       bid which is a bid that is similarly
20       structured to the NovaWulf bid, as
21       well as a bid by the BRIC consortium
22       which would help the debtors
23       facilitate or wind-down of its
24       illiquid assets or reorganization of
25       its mining business and the
```

Page 15

PROCEEDINGS

1
2    distribution of liquid currency.  The
3    BRIC bid specifically contemplates a
4    liquidating trust structure.  Finally
5    for the illiquid assets of the debtors
6    as well as the distribution mechanic
7    for the liquid assets of the debtors.
8    We would contemplate pairing the BRIC
9    bid with a reorganization of the
10   debtors', what we think, very valuable
11   mining business.
12       There was one other going
13   concern bid proffer before the bid
14   deadline and both the debtors and the
15   UCC have concluded that that bid is
16   not a qualified bid.
17       At the end of my remarks, and
18   maybe, actually not now, but after we
19   reconvene, my partner Ryan Kielty will
20   read into the record the details of
21   both the BRIC bid as well as the
22   Fahrenheit bid.  The NovaWulf bid is
23   already in the record.
24       I'm just going to spend a minute
25   describing where we stand and what the

Page 16

```
 1                PROCEEDINGS
 2      current state of play is.  I think
 3      first and foremost, for everybody
 4      listening, I think it is the debtors'
 5      and the UCC's intention to move
 6      quickly here, we need to move to
 7      conformation, consummation and
 8      distribution, a value to our customers
 9      as expeditiously as possible, we don't
10      intend to be knocked off of our
11      current path.
12           As to the bids:  I'll start with
13      the two going concern NewCo bids;
14      NovaWulf and Fahrenheit.  Based upon
15      an analysis completed by the debtors
16      and UCC, as of where we stand today,
17      actually as of where we stood as of
18      noon today, neither of those bids is
19      better than an organized line-down, a
20      distribution of liquid Crypto paired
21      with a reorganization of mining, that
22      is where we stand today.  We have
23      delivered this message specifically
24      both to the Fahrenheit Group as well
25      as to the NovaWulf Group, we have
```

```
                                              Page 17
 1                    PROCEEDINGS
 2        given them specific guidance as to
 3        what needs to be improved in either or
 4        both of these bids for them to be
 5        deemed higher or better than the
 6        alternative structure.  I'm not going
 7        to go into extensive detail, but the
 8        two most important features of these
 9        bids which need to improve are one;
10        fees, broadly; and two, Crypto return.
11        As to fees, both bids, as they were
12        structured before we arrived today,
13        the quantum of fees are simply too
14        high in relation to the potential
15        value creation for customers and the
16        estate.
17             Secondly, the fees, as they are
18        currently structured, and there has
19        been movement from the Fahrenheit team
20        which we can speak about when we
21        reconvene, but as currently
22        structured, are too intertwined with
23        Crypto in and of itself.
24        Specifically, the fees would result in
25        both sponsors being paid not just for
```

Page 18

1              PROCEEDINGS
2        enterprise value creation, but simply
3        because of the rise and the price of
4        Crypto, and we've asked each of the
5        sponsors to address that piece of
6        their -- or a proposal.
7              The second piece, and we've
8        heard this loudly and clearly from the
9        community, is Crypto and Crypto
10       return.  Both proposals today have a
11       significant portion of Crypto,
12       specifically STE and ETH.  As part of
13       NewCo we have asked each of the
14       sponsors to look at that piece of
15       their proposal and agree to a greater
16       return of Crypto to the estate for
17       distribution to customers either
18       immediately or prospectively through
19       dividend policies.
20             That's pretty much it at a high
21       level.  We provided additional
22       feedback on specific aspects of each
23       bid to each party as well as to the
24       BRIC folks.  And we hope to engage in
25       any full and complete sort of

Page 19

PROCEEDINGS

1

2      discussion and auction of these issues

3      of today.

4            As to BRIC specifically, we

5      appreciate -- the debtors and UCC

6      appreciate the hard work that BRIC has

7      put in to provide us a proposal that

8      we think compliments and helps

9      maximize the value as part of this

10     process.  I think we've gone a long

11     way for its addressing issues that we

12     have, UCC has with that proposal, I

13     don't think we're quite there yet, but

14     we intend today to sit down with BRIC

15     Group, identify the issues we continue

16     to have with their proposal, and

17     hopefully leave here with BRIC as a

18     viable piece of a wind-down mining

19     reorganization structure.

20           So next steps, we'd ask

21     everybody to go to their respective

22     rooms to think about the issues we've

23     raised.  We know that Fahrenheit -- we

24     were in the room with Fahrenheit for

25     about an hour, and we know that they

Page 20

```
1            PROCEEDINGS
2       have revised our proposal, we haven't
3       seen it in writing, it hasn't yet been
4       documented, but that's in process.
5       But we'd ask Nova and Fahrenheit to
6       think about the issues we've raised,
7       to go back to their rooms and to come
8       back and hopefully make what is their
9       highest and best NewCo proposal here.
10           I guess the last thing I would
11      say is, we are not looking for bidders
12      to bid on the borrower settlement, to
13      bid on the convenience class, to bid
14      on sell token recoveries and other
15      aspects of the plan, those are issues
16      that will be decided by debtors and
17      the creditors committee pursuant to
18      the plan.  And to the extent there are
19      changes in the bids to cater, to
20      address one or more of those issues,
21      they won't be addressed as part of our
22      evaluation process.
23           Thanks everybody for showing up
24      today.  We are confident that this
25      process will maximize value for our
```

```
                                            Page 21

 1                     PROCEEDINGS

 2          customers, will get us to the right

 3          outcome and will let us exit Chapter

 4          11 in an expeditious manner.

 5                 Instead of turning it over to

 6          Ryan to read the bids into the record,

 7          I think I will turn it over to Aaron

 8          for a moment to make some comments on

 9          behalf of the committee, and then when

10          we document the revised Fahrenheit bid

11          we can come back and read that, and

12          the BRIC proposal as it now stands,

13          into the record.

14                 So with that, I will now turn it

15          over to Aaron Colodny from White &

16          Case.

17                 MR. COLODNY:  Thanks, Marc.  Can

18          everyone hear me on the video?  I'll

19          take that as a yes.

20                 My name is Aaron Colodny, I'm a

21          partner of White & Case in

22          representing the official committee of

23          secured creditors in this case.

24                 I'm joined today in person by

25          our co-chairs Tom DiFiore and Scott
```

Page 22

1                  PROCEEDINGS
2        Duffy, all of our other committee
3        members are participating remotely,
4        and I want to stress that.  I know
5        that you see a lot of professionals
6        that are up in front of you, but our
7        committee members have been engaged in
8        this process, we've made them
9        available to meet with each and every
10       bidder at every bidder's request, and
11       they have, and made a proper chance to
12       sit down with all of these bidders and
13       engage with them so that they can
14       determine what the highest and best
15       proposal is here.
16             We are very excited to be here,
17       it's the culmination of a long process
18       in this time of Bitcoin that we move
19       towards exiting this Chapter 11
20       business, that's one thing that I
21       could not agree with Marc more.
22             We need to do that with two
23       reasons:  First, we need to give
24       people access to their coins, deposits
25       have been paused for almost a year,

```
                                                   Page 23

 1                  PROCEEDINGS

 2        account orders, other creditors, and

 3        service strikes in the distribution as

 4        soon as possible, and I know NovaWulf

 5        descended on their town hall, I think

 6        every bidder is absolutely interested

 7        in that.

 8              Second, whoever is selected as

 9        the winning bidder has a lot of work

10        in front of them to stand this up, and

11        we need to get that started to Marc.

12        This is not going to be a process

13        where we go down two months of

14        litigation to get the conformation, we

15        need to start making preparations so

16        when we get to the effective date we

17        have distributions shortly thereafter.

18        We don't want a long tail of this

19        process.

20              I want to stress a couple of

21        points, it might also be duplicative

22        of what Dan and Marc said.  But first,

23        we were very clear with the debtors

24        and they accepted with open arms that

25        this would be an open process that's
```

Page 24

```
 1                  PROCEEDINGS
 2         based on rules and is documented by a
 3         court reporter, and I believe that's
 4         for everybody's benefit.  We worked
 5         with the debtors to develop auction
 6         rules we've circulated to all bidders
 7         this morning.  And we want to
 8         encourage the most competitive process
 9         to drive the best recoveries of the
10         creditors, we believe that's why each
11         bidder is here today.
12              I know there's also been a lot
13         of comments about the confidentiality
14         requirements everyone was required to
15         sign.  We want to encourage a
16         competitive process, that's the key
17         here.  And there is the potential that
18         if everybody is hopping online, it
19         could affect how the bidders will bid.
20         If someone thinks that they have the
21         popular backing of the community, they
22         may not offer the best proposal.  I'm
23         not naive, I don't think I can
24         convince the 500 people on the phone
25         not to tweet, not to talk, but I can
```

Page 25

1                    PROCEEDINGS

2        ask with you via by a confidentiality

3        agreement, and if you decide not to,

4        consider how that will affect everyone

5        else's recovery and your own.

6             At the end of the auction the

7        transcript will be made public, its

8        confidentiality restriction not to

9        ever, everyone will get to talk about

10       what happened on and off the record,

11       it's going to be part it.

12            Finally, I want to set some of

13       the -- well, not finally, but I want

14       to set some appropriate expectations

15       for all of those that have not

16       participated in a bankruptcy auction.

17       It's going to be a lot of excitement

18       followed by a lot of moments of

19       nothing happening.  We're going to go

20       off of the record, we're going to go

21       back into the rooms, the bidders are

22       going to work on their bids, their

23       going to present them us, we're going

24       to evaluate the bids, that's not going

25       to happen instantaneously, there are a

Page 26

```
 1                  PROCEEDINGS
 2       lot of moving parts here, there's a
 3       lot of qualitative considerations
 4       which everyone has to think about.  I
 5       know that some bidders want a list on
 6       Provenance, some want a list on
 7       NASDAQ, that is a consideration which
 8       everybody has different views on and
 9       is not black and white, but we are all
10       going to consider it and try to come
11       to the highest and best outcome.
12            One thing that there will be no
13       different view on; however, is going
14       to be what's said on the record, and
15       we're going to try to give everybody a
16       15-minute heads-up via e-mail to get
17       back onto the record, it may be a
18       while and I ask for all of your
19       patience, but you can all know that
20       we're working hard to get the highest
21       and best deal here.
22            I want to address a couple
23       points that I think are important for
24       the bidders, and the first was touched
25       on I believe by Marc.  NovaWulf,
```

Page 27

1                    PROCEEDINGS
2           Fahrenheit, and BRIC do not have a
3           position with respect to sell or
4           retail Provenance, those are issues,
5           that is, in the committee have taken
6           positions on, we put those positions
7           on the record and we will decide.
8           NovaWulf has put a plan out, it
9           includes those provisions, those
10          provisions were included by the
11          debtors and the committee, not
12          NovaWulf.  Likewise, the Fahrenheit
13          Group, I expect them to not bid on
14          those provisions.  We all know that
15          they are sensitive provisions by the
16          community, they're sensitive
17          provisions amongst us.  We spent a lot
18          of time negotiating, discussing each
19          of them, but they are not for the
20          bidders.  NewCo is going to emerge or
21          you're going to have the reorganized
22          mining company, and that will be a new
23          start.  It will be these groups' job
24          to operate those businesses for
25          everyone's benefit, and that's what

Page 28

1          PROCEEDINGS

2      everybody's focused on here today,

3      growing the pot for everyone, I want

4      to make that absolutely clear.

5              And last, it's going to be tough

6      to valuate these bids, it's not easy

7      to take a unique business with many

8      qualitative components and look at

9      them and say what's the highest

10     investment.  Everybody's going to have

11     different opinions, the bidders have

12     different opinions, that's why they

13     proposed the bids that they proposed,

14     their bid is right.

15             We're going to hear from

16     everyone, we're going to talk to

17     everyone and we're all going to take

18     it into consideration.  Throughout

19     this process the debtors have worked

20     extremely cooperatively and

21     collaboratively with the committee.

22     Chris Farraro has met with Tom and

23     Scott weekly to discuss how the cases

24     have proceeded and what is the best

25     proposal, and I think that through

Page 29

1                    PROCEEDINGS
2        cooperation we're going to get to the
3        best result today.
4             You know, this is a fluid
5        process, we've established rules.  The
6        rules and the landscape may change,
7        and we appreciate everyone bearing
8        with us throughout it, and we hope you
9        guys get to enjoy what I think is a
10       pretty unique look inside a bankruptcy
11       process and what was an extremely --
12       and it is an extremely unique
13       bankruptcy case.
14            So with that, I think we'll
15       close the record unless there may be
16       any other comments.  We'll come back
17       shortly to read the bids into the
18       record so that everyone knows what's
19       on the board.
20            MR. LATONA:  Thanks, Aaron.
21            Again, Dan Latona of Kirkland &
22       Ellis for the debtors.  Before we
23       break, just a few additional remarks,
24       and then I want to give each of the
25       bidder groups an opportunity to

Page 30

PROCEEDINGS

1
2          introduce themselves.

3                So as I mentioned, this auction

4          is being conducted pursuant to the

5          order approving the bidding procedures

6          and the notice of that order.  Under

7          the bidding procedures, the debtors in

8          their discretion and in consultation

9          with committee reserve all rights to

10         modify the procedures and rules of the

11         auction.  The debtors also reserve the

12         right to adjourn the auction and

13         recommence it at any time pursuant to

14         the bid procedures order.

15               As discussed, any proposal or

16         modification will be binding on a

17         bidding party once it is read into the

18         record.

19               The key components of the -- the

20         current re-bid as Marc mentioned is

21         for an orderly distribution and

22         monetization of the debtors' liquid

23         and illiquid assets, and operation of

24         the mining business.

25               The key components of this bid

Page 31

```
1              PROCEEDINGS
2        are quantum timely distribution,
3        monetization, including the mining
4        business, the debtors' other
5        alternative assets and any other
6        claims and causes of action.
7              Bidders will need to improve
8        upon their bids whether through a new
9        core structure, orderly distribution
10       or other otherwise.  The debtors and
11       committee will valuate each bid based
12       on any criteria the debtors and
13       committee determine are necessary.
14             When we come back on the record,
15       we will begin with NovaWulf, then
16       Fahrenheit, and then BRIC.  Each
17       subsequent bid will be read into the
18       record, and once so read in, will be
19       binding.
20             Bidders are prohibited from
21       communicating with each other during
22       the auction unless previously
23       authorized in writing by the debtors.
24       All communications must be through the
25       debtors and their advisors; Kirkland,
```

Page 32

```
 1              PROCEEDINGS
 2      Centerview and A&M or the committee
 3      and its advisors; White & Case, M3 and
 4      Perella.
 5              We request that, to the extent
 6      practical, each bidding group maintain
 7      a primary spokesperson, to indicate,
 8      when necessary, if there's been a
 9      change in such spokesperson.  If
10      questions come up, the moderator will
11      recognize the party's questions.  If
12      you can please limit to a single
13      authorized spokesperson, when
14      recognized by the moderator, speak one
15      at a time as the stenographer can only
16      record one speaker at a time.
17      Identify yourself each time you speak
18      by name, title, and firm.
19              We've provided breakout rooms
20      for each bidder group to hold
21      discussions amongst their advisors and
22      the debtors and committee, if
23      necessary.
24              With that, I'm going to allow
25      each bidder group to identify itself
```

```
                                      Page 33
1                  PROCEEDINGS
2        and pick one primary spokesperson.
3        I'll begin with the NovaWulf Group.
4            MR. NEW:  Good afternoon.  Can
5        everyone hear me?  I'm Jason New, I'm
6        one of the cofounders and managing
7        partners of NovaWulf.  And I think
8        we've been pretty involved and
9        outspoken in this process.  I'm not so
10       sure if we can really introduce us or
11       how we think about things.  But, you
12       know, we think there is an opportunity
13       to create a lot of value out of this
14       company and for the benefit of all
15       stakeholders, and we're excited about
16       the process moving forward.
17           MR. LATONA:  Thank you.
18           Farenheit Group.
19           MR. KOKINOS:  Hi.  I'm Steve
20       Kokinos and CEO of Farenheit Group --
21       or proposed CEO.
22           I wanted to just say for
23       everyone watching in here, we're
24       really excited about this opportunity,
25       we think there's a really good story
```

Page 34

1               PROCEEDINGS

2        that can be brought from, you know,

3        what we know has been a long time for

4        so many people.  And I think really

5        what we represent is a group of

6        Crypto-native operators with a lot of

7        experience across each of the key

8        areas that represent sort of the

9        business and go-forward plan for the

10       Celsius Group.  And both, on behalf of

11       myself, Arrington Capital, US Bitcoin,

12       Coinbase, Valon Proof Group and Ondo,

13       we think we really brought together

14       the best, and agreed and decided to

15       continue discussions here.

16            MR. LATONA:  And finally the

17       BRIC Group.

18            MR. PROMAN:  Thank you.  David

19       Proman, former CEO of GlobalXDigital,

20       managing partner of GXD Labs.

21            We came in -- first I want to

22       say thank you to Kirkland for hosting

23       us today.  Thank you to the debtor,

24       and thank you for having us in this

25       process and including us, we very much

Page 35

1                PROCEEDINGS

2          appreciate it.

3               We started this process from a

4          point of trying to solve problems and

5          looking at this unfortunate bankruptcy

6          solution as sort of a unique situation

7          where you have 600,000 depositors who

8          unfortunately had their assets locked

9          up and they want them back.  So we've

10         been listening a lot to the community,

11         we've been trying to understand what

12         the issues are here.  We came at this

13         at a point of trying to help find a

14         solution for the mining accidents

15         which is a 140 megawatt-operated, 350

16         megawatt capacity, Bitcoin mining

17         business in Oklahoma.  We tried to

18         find a solution for the liquid Crypto

19         assets.  We spent a lot of time with

20         VanEck and Gemini.  VanEck is a

21         50-year old, $70 billion intro-fund

22         complex that faces millions of retail

23         customers on a daily basis.  Gemini is

24         a best-of-class regulated Crypto

25         exchange that has to on-board all of

Page 36

1                  PROCEEDINGS
2        the customers very quickly and make
3        sure they're doing everything above
4        quarters for a regulatory compliant
5        perspective.  And Abra is a
6        block-chain servicer who can come in
7        and service the remainder of the loan
8        book for whatever settlement is
9        reached between the debtor and the
10       special committee.
11              We like to solve problems.  We
12       have a lot of experience building
13       businesses, we have a lot of
14       experience in restructuring.  My
15       partner, Christian, who's here today
16       was a planning trustee of Lehman
17       Brothers and responsible for
18       liquidating Toys"R"Us, please don't
19       tell my children we sold Geoffrey the
20       Giraffe.
21              But we're just thankful to be
22       here today, we really appreciate
23       everyone's support and we're hopeful
24       that we can find the right solution
25       for the community, for all the

Page 37

1               PROCEEDINGS
2      creditors to return their property as
3      quickly and efficiently as possible
4      and allow them to have the upside on
5      their own.  We don't believe that it's
6      the right tap to create a growing
7      concern business in a public company
8      out of the assets of this estate.
9      It's a very unique situation and we're
10     happy to be here to help.  Thank you.
11            Now I'm going to hand it over to
12     Brian Lennon who's going to be our
13     spokesperson now.
14            MR. LENNON:  Thank you.
15            MR. LATONA:  Thank you to each
16     group.  We're excited to have you all
17     in the process and we look forward to
18     a swift resolution to these Chapter 11
19     cases and moving the process forward.
20            The time is now 2:42 eastern and
21     we're going to go off the record.
22            [Discussion held off the
23     record.]
24            MR. LATONA:  We're back on the
25     record.  The time is 3:15 eastern.

Page 38

```
 1                    PROCEEDINGS
 2          This is Dan Latona of Kirkland &
 3          Ellis.  At this time I'm going to turn
 4          the microphone over to Ryan Kielty of
 5          Centerview Partners.
 6               MR. KIELTY:  Thanks, Dan.
 7               As Dan said, Ryan Kielty,
 8          partner with Centerview Partners,
 9          investment banker to the debtors.  So
10          I am going to summarize the Fahrenheit
11          bid and the BRIC bid for the record,
12          and I'll start with Fahrenheit.  As
13          Marc Puntus mentioned in his opening
14          remarks, the Fahrenheit bid is in a
15          structure that's substantially similar
16          to the NovaWulf bid that is already on
17          the record.  And I'll go through the
18          parties involved in Fahrenheit bid
19          again.
20               The Fahrenheit bid includes US
21          Bitcoin, Coinbase, Valon, Arrington
22          Capital, Proof Group and Ondo Finance.
23          Ondo, for those who don't know, is an
24          Ethereum-based security token.  The
25          bid structure is a customer-owned
```

Page 39

1                    PROCEEDINGS

2        company which we're calling NewCo,

3        comprised of illiquid assets, the

4        mining business, and newly developed

5        Crypto-oriented businesses and

6        services.  Again, this is

7        substantially similar to the NovaWulf

8        proposal.

9              Under the structure of earned

10       creditors will receive a liquid Crypto

11       distribution on or close to the

12       effective date, and 100 percent of the

13       common equity in NewCo through a

14       NASDAQ listing and an Ethereum-based

15       security token issued by Ondo Finance.

16             Fahrenheit will invest $45

17       million into a fund that will purchase

18       NewCo equity either through primary or

19       secondary transactions.

20             With respect to the mining

21       business, the mining business under

22       this proposal will be managed by US

23       Bitcoin, and that management

24       agreement, the terms of which I'll go

25       through in a moment, the debtors will

Page 40

1          PROCEEDINGS
2      have an opportunity to determine -- to
3      shop that US Bitcoin proposal and
4      determine whether they're in fact the
5      best and most cost effective party to
6      manage the mining operations.
7          The Fahrenheit proposal also
8      makes available the opportunity to
9      deploy 20,000 mining rigs out of the
10     US Bitcoin partner site, and there's
11     also plans to develop an additional
12     76,000-rig option, that size, that are
13     currently under construction or in the
14     pipeline.  The option to deploy these
15     rigs is a condition upon US Bitcoin
16     being selected as a manager of the
17     mining business.
18         With respect to the fees for the
19     NewCo proposal, Fahrenheit is
20     proposing a fixed management fee of
21     $20 million a year as well as an
22     incentive fee of 8 percent of the
23     growth in the share price of NewCo in
24     excess of an 8 percent hurdle rate,
25     and that incentive fee is payable 100

Page 41

1                      PROCEEDINGS

2          percent in stock of NewCo.

3                 Fahrenheit has also agreed in an

4          effort to increase Crypto

5          distributions on or close to the

6          effective date for any Cryptocurrency

7          associated with retail borrowers that

8          elect to the set-off option under the

9          proposed retail borrower loan

10         settlement, liquid Crypto associated

11         with those loans setting off may be

12         made available for distribution

13         subject to regulatory compliance

14         considerations.

15                With respect to mining fees,

16         Fahrenheit has proposed a monthly

17         fixed fee of $2,920 per megawatt with

18         the prospect for discounts available

19         for third-party facilities that are

20         yet undefined as well as an upside

21         share equivalent to 5 percent of the

22         profits of the mining division

23         annually.

24                With respect to trading, as I

25         mentioned earlier, the equity in NewCo

```
                                              Page 42

 1                     PROCEEDINGS

 2         will be listed on an exchange like

 3         NASDAQ as well as through an

 4         Ethereum-based security token issued

 5         by Ondo Finance.

 6              On governance, NewCo will be led

 7         by Steve Kokinos as the CEO and Joel

 8         Block as the CFO, and the board will

 9         be comprised of seven members; two

10         directors appointed by Fahrenheit, two

11         directors appointed by the UCC, and

12         three directors appointed by the UCC

13         with Fahrenheit's consent.

14              Just to remind the parties

15         again, this is substantially similar

16         to the NovaWulf bid, this component

17         I'm about to mention with the

18         litigation trust will be overseen by

19         the litigation oversight board which

20         will be appointed by the UCC and is

21         not a part of NewCo, and litigation

22         recovery will be distributed to earned

23         creditors separately from this NewCo

24         structure.

25              Fahrenheit, is that an
```

Page 43

```
 1              PROCEEDINGS
 2    appropriate characterization of the
 3    bid?
 4         MR. KOKINOS:  Yes.
 5         MR. KIELTY:  Okay.
 6         All right.  Now I'll move to the
 7    BRIC proposal.  So as Marc and Dan
 8    mentioned in their opening remarks,
 9    the BRIC structure is different.  The
10    parties under the BRIC structure are
11    GlobalXDigital, or affiliate, and
12    VanEck, they are the joint plan
13    administrators; Gemini is the exchange
14    and distribution partner, and Abra is
15    the loan settlement administrator
16    under the BRIC proposal.
17         With respect to the structure,
18    the BRIC structure includes a
19    reorganization of the Celsius mining
20    business in which creditors will get
21    100 percent of those assets in a
22    structure to be determined, as Marc
23    mentioned earlier, a potential
24    uplisting, either a public exchange or
25    some alternative transaction, and GXD
```

Page 44

1                      PROCEEDINGS
2          is also offering a potential
3          management contract for the mining
4          business if the debtors so choose with
5          terms to be determined.
6                 The remainder of the Celsius
7          assets will be wound down through the
8          existing estate.  Liquid
9          Cryptocurrency will be distributed as
10         soon as possible after the effective
11         date and proceeds of illiquid assets
12         will be distributed as well upon
13         monetization.  The earned claimants
14         will receive ERC-721 tokens, each of
15         which represent a non-fundable right
16         to their property distribution from
17         this estate from this recovery
18         corporation.  And Abra, as I mentioned
19         already, will service the retailer
20         borrower loan portfolio under this
21         bid.
22                 With respect to the fees payable
23         under this alternative, there is a $50
24         million plan administration fee which
25         is payable in annual installments over

Page 45

1            PROCEEDINGS

2       five years, so $10 million a year.  To

3       the extent the wind-down ends sooner

4       than five years, the $50 million

5       represents a minimum fee.

6            There is also a distribution fee

7       which is payable on the value of

8       assets that are distributed to earned

9       claimants.  In the first six months,

10       the distribution fee is 1.5 percent;

11       in months 6 through 12, 1.25 percent;

12       in year two, 1 percent, in year three,

13       75 basis points; in year four, 50

14       basis points; and in year five, 25

15       basis points.

16            There is also an incentive fee

17       in this structure which is ten percent

18       of the value recovered above an

19       initial asset valuation for the assets

20       in this bid.  This incentive fee

21       excludes liquid Crypto and market

22       price appreciation on the assets, and

23       the initial asset valuation on which

24       this incentive will derived is

25       determined by RecoveryCo.

Page 46

1                   PROCEEDINGS

2           There is an efficiency incentive

3     fee which is 20 percent of the savings

4     achieved in a given year relative to

5     the annual RecoveryCo budget.

6           There is a consultation services

7     fee of $500,000 per month payable per

8     month pre-emergence plus reimbursement

9     of legal fees, and there is a

10    management annual discretionary bonus

11    of up to one times the planned

12    administration fee which is, I already

13    mentioned, is the $50 million fee, and

14    that's paid in years two through five

15    with a majority vote of the oversight

16    committee.  So if the oversight

17    committee elects to pay it then it's

18    paid.

19          BRIC is also agreeing to be the

20    backup bid behind any NewCo bid that

21    may be selected as the winner for a

22    $1.5 million fee and a reimbursement

23    of legal expenses.  They will also

24    agree to design, create, and implement

25    a distribution mechanism for the

Page 47

```
1              PROCEEDINGS
2      liquid Crypto distribution occurring
3      under an alternative bid under the
4      effective date if asked by the debtors
5      in exchange for distribution fees.
6              Governance for this proposal:
7      The board will consist of seven
8      members, two directors appointed by
9      BRIC, two directors appointed the UCC,
10     and three directors appointed by the
11     UCC with BRIC's consent.  Those
12     directors will be compensated per
13     member, the greater of .1 percent of
14     distributions made and $350,000 plus
15     $1 million to each director upon
16     closing of the wind-down.
17              And similar to the NewCo bids,
18     with respect to the litigation trust,
19     it will be overseen by the litigation
20     oversight board which is appointed by
21     the UCC and is separate and apart from
22     this BRIC RecoveryCo.
23              BRIC team, is that an accurate
24     depiction of your bid?
25              MR. LENNON:  It is.  Just to
```

Page 48

1                    PROCEEDINGS
2         clarify, we strongly believe the
3         ERC-721 token works, but our plan does
4         work with or without the ERC-721
5         token.
6              MR. KIELTY:  Okay.  Thanks.
7              MR. LENNON:  All right.
8              MR. KIELTY:  Excuse me one
9         second.
10             [Discussion held off the
11        record.]
12             MR. KIELTY:  One clarifying
13        point on the Fahrenheit bid -- excuse
14        me one second.
15             [Discussion held off the
16        record.]
17             MR. KIELTY:  Never mind that
18        clarifying comment.
19             MR. PUNTUS:  I was clarifying.
20             MR. LENNON:  Brian Lennon,
21        Willkie Farr & Gallagher, on behalf of
22        the BRIC, two other clarifying points:
23        Mr. Puntus referenced a liquidating
24        trust in our structure earlier; there
25        is no liquidating trust, it's the --

Page 49

1                    PROCEEDINGS

2          the assets remain in the estate, the

3          wind-down estate, just to clarify

4          that.   And then on the discretionary

5          bonus, it's a one-time bonus for each

6          year, so that would be $10 million,

7          it's not a $50 million bonus for each

8          year, it's discretionary up to the

9          oversight committee vote -- subject to

10         the oversight committee vote.

11              MR. KIELTY:   Makes sense.   So

12         with respect to these bids we received

13         the -- an updated Fahrenheit bid very

14         soon prior to the auction, that is the

15         bid that I read into the record.   The

16         debtors and the creditors committee

17         are still evaluating this bid.   Right

18         now we have not determined that this

19         bid is a higher or better bid than the

20         soft awards or better than a

21         wind-down, and we intend to caucus

22         coming out of this discussion to talk

23         more about the bid and we'll be back

24         to each of the bidders in the room

25         with the next-steps.

```
                                       Page 50

 1                    PROCEEDINGS
 2              MR. LATONA:  Thanks, Ryan.
 3              Again, Dan Latona of Kirkland &
 4       Ellis on behalf of Celsius, the time
 5       is now 3:28 eastern time, we'll be off
 6       the record.
 7              [Discussion held off the
 8       record.]
 9              MR. LATONA:  The time is 7:53
10       p.m. eastern, we are back on the
11       record.  This is Dan Latona of
12       Kirkland & Ellis on behalf of Celsius.
13       Turning the microphone over to Ryan
14       Kielty.
15              MR. KIELTY:  Hi, Ryan Kielty
16       from Centerview Partners for the
17       debtors.
18              So the first thing I want to do
19       here is just read in two clarifying
20       points on the Fahrenheit bid that --
21       honest, that Fahrenheit's move to just
22       confirm after I'm done.
23              So with the respect to the $45
24       million equity investment under the
25       Fahrenheit bid, the Fahrenheit team
```

Page 51

1                    PROCEEDINGS

2          has confirmed that they are leaving it

3          up to the debtors' option.  If their

4          bid were to be finalized and accepted,

5          that that 45 million could be invested

6          at net asset value on the effective

7          date or held back and used to purchase

8          equity in the secondary market to the

9          extent that equity value declines

10         below net asset value, that's number

11         one.

12                And then number two:  When I was

13         describing the bid earlier, I said

14         that the Fahrenheit bidder was

15         comfortable to the extent there is

16         additional liquid Cryptocurrency freed

17         up, so to speak, due to retail

18         borrowers elected in treatment B under

19         the retail borrower proposed

20         settlement, that is the setoff option

21         that they would be comfortable

22         releasing that liquid Cryptocurrency

23         to earned claimants, and the

24         Fahrenheit bidder has confirmed that

25         they would be willing to do that up to

Page 52

```
 1              PROCEEDINGS
 2       25 percent of the liquid
 3       Cryptocurrency associated with the
 4       retail borrower loans; is that
 5       correct?
 6            MR. CARTY:  Subject to the 40
 7       Act analysis.
 8            MR. KIELTY:  Subject to
 9       regulatory considerations.
10            MR. CARTY:  Correct.  Andrew
11       Carty.
12            MR. ARRINGTON:  Subject to the
13       40 Act considerations -- sorry, this
14       is Mike Arrington, Arrington Capital,
15       part of the Fahrenheit bid.  I forgot
16       the question.
17            MR. LATONA:  He said it on the
18       record, it's subject to the 40 Act
19       regulatory.
20            MR. KIELTY:  Subject to
21       regulatory.  Okay.  We also have a --
22       NovaWulf also wishes to submit a
23       revised bid, and so I'll turn to the
24       microphone over to the Jason New of
25       NovaWulf to walk over their bid.
```

Page 53

1              PROCEEDINGS

2              MR. NEW:  Thanks, Ryan.  I hope

3      everybody can hear me and thanks

4      everybody who stuck it out and made it

5      till 8 p.m.  I know for some of you

6      also probably listening, you're

7      overseas, so I'm sure it's probably

8      very late.

9              First, we wanted to say, you

10     know, we've been very mindful of the

11     feedback from the community, the UCC,

12     and the other participants in the bid,

13     all which we're very appreciative of.

14     You know, we've been at this now with

15     the company for probably close to six

16     months and, you know, we built a very

17     good working relationship, we think,

18     with management which we value a lot,

19     and we are very committed to moving

20     this process forward.

21             Before going into the

22     modifications for our bid, we just

23     want to reiterate that we've spent a

24     lot of time on the regulatory

25     framework around our bid, we believe

Page 54

1                    PROCEEDINGS

2          the bid to be regulatory compliant.

3          Obviously Judge Klein reached out or

4          requested feedback from the

5          regulators, we think in the context of

6          a transaction like this the regulatory

7          feedback was about as positive to be

8          expected which was they didn't

9          criticize it much, but -- or at all,

10         so we think that's a positive.  We

11         think that's worth material value to

12         the creditor groups on a go-forward

13         basis.  We think by being able to get

14         this pushed through, the regulators in

15         a compliant fashion, we think that

16         could be worth, you know, upwards of

17         50 million or more at this stage,

18         given the cost of delays and

19         everything else and potential

20         uncertainty.

21              With respect to our bid, with

22         regard to the $45 million, similar to

23         the Fahrenheit Group, we'll be

24         contributing $45 million to purchase

25         equity, that could be done either at

Page 55

1               PROCEEDINGS

2         Nav on a primary basis or on a

3         secondary basis depending upon, you

4         know, at that point, it could be taken

5         up in NewCo's board, determination or

6         some -- probably in consultation

7         because it's happening out of mergence

8         with the UCC, so we'll defer to the

9         groups as to how they want to handle

10        that, whatever's best for the company.

11        We would agree to lock up that equity

12        for two years.

13              With respect to the figure

14        consideration to the transaction, for

15        those of you who remember our prior

16        bid, it was 450 million HASH tokens

17        that were being contributed at today's

18        price which is about $0.6, that's

19        about $7.2 million.  We are agreeing

20        to increase the HASH contribution to a

21        billion HASH, so that is an increase

22        from 7.2 to about $16 million of

23        consideration through the HASH token.

24        In addition, we will be contributing

25        $25 million worth of figure equity to

Page 56

1          PROCEEDINGS

2     NewCo as part of a transaction.

3          With respect to our management

4     fee, we are going to move to a fixed

5     management fee including managing

6     mining for $40 million a year, we also

7     will work with the company as it

8     relates to mining where we believe we

9     could bring at least 200 megawatts of

10    Brownfield expansion capacity in the

11    geographic and fuel-diversified manner

12    to the company; so in other words, not

13    relying on Texas and not relying

14    necessarily on natural gas, wind or

15    SORE, but other fuels, potentially via

16    clear and hydro.

17          With respect to the incentive

18    fee, we are limiting incentive fee

19    entirely, we will move to a structure

20    where it will be restricted stock

21    units granted pursuant to the

22    management agreement.  Those units

23    will be 5 percent of the equity that

24    will rest -- vest, excuse me, ratably

25    over five years with a one-year lockup

Page 57

1                    PROCEEDINGS

2          on each one of those equity vesting

3          provisions.  In addition, we have

4          requested options for an additional

5          five percent in five traunches that

6          effectively vest 20 percent per year

7          over that five-year period, the

8          options will be struck at the prior

9          year's closing price of the stock.

10         The goal here is to take under

11         consideration any imbedded up or

12         downside associated with the

13         Cryptocurrency held on a balance sheet

14         which should be imbedded in the

15         fluctuation of the per share of price.

16              With respect to the liquid

17         Crypto, our view is to distribute as

18         much liquid Crypto as possible with

19         the consideration being in the event

20         of a loan settlement, we would request

21         that 400 million of liquid Crypto

22         moves on to the NewCo balance sheet,

23         it would be the greater of 400 million

24         or the collateral required to support

25         the loan borrowers who are electing

Page 58

```
                        PROCEEDINGS
 1
 2          option A under the settlement.  We
 3          have done lowering analysis on this,
 4          and we feel like that works with a
 5          sufficient margin for error, quite a
 6          bit of cushion in that regard.
 7                With respect to other
 8          considerations, we would request that
 9          -- well, we're prepared to put down
10          the $10 million deposit by 5 p.m.
11          tomorrow, and if we were going to
12          continue moving forward, we would
13          request the other bidders to do so as
14          well.
15                That's our revised proposal,
16          thanks.  Ryan, have I missed anything
17          on that?
18                MR. KIELTY:  Jason, can you just
19          comment on whether or not the MST for
20          earning claimants is still in your
21          proposal?
22                MR. NEW:  Thank you.  Yes.  We
23          have not had an opportunity to confer
24          with this on -- confer with the UCC on
25          this, but assuming that was a feature
```

Page 59

1                   PROCEEDINGS
2          the creditors found attractive,
3          effectively it's a fixed dividend on
4          the equity as the way we think about
5          it, so we will be prepared to continue
6          to have a token which represents a
7          fixed dividend distribution of 50
8          percent of any of the per annum --
9          sorry, not 50 percent, 50 basis points
10         per annum, and we may need to change
11         the name from MST, so we'll work on
12         that.  But we will continue to have
13         that token as part of our plan.
14                 Thanks, Ryan.
15                 MR. KIELTY:  And that MST token
16         with respect to the 50 basis points,
17         but just like you're getting rid of
18         the previous upside construct, the
19         incentive fee from the MST of two and
20         a half percent is also going away?
21                 MR. NEW:  That is correct,
22         yes.
23                 MR. KIELTY:  Okay.  Thanks.  So
24         we recognize it's been a long day for
25         everyone.  We just received this bid

Page 60

1                    PROCEEDINGS

2        minutes before coming in here to put

3        it on the record, so the debtors and

4        the committee are going to spend the

5        night syncing up and discussing.  And

6        for those of you in the room, we'd

7        like everybody back here at 10 o'clock

8        tomorrow.  For those that are

9        listening, I'm not sure exactly at

10       this point when we will go on the

11       record, but we'll continue pushing

12       forward, and we'll do the same

13       15-minute alert that we provided

14       today.  The debtors are also working

15       on a summary of what Jason just

16       presented and we'd expect to give that

17       on paper to the bidders in the room.

18            So I'll turn it over to Dan to

19       close the record.

20            MR. LATONA:  Thanks.  Again, Dan

21       Latona, Kirkland & Ellis on behalf of

22       the debtors.  The debtors and

23       committee have decided to adjourn the

24       auction for today, we will reconvene

25       tomorrow morning at 10 a.m. eastern

Page 61

1              PROCEEDINGS

2        time.  The current time is 8:04 p.m.

3        eastern, and we are off the record.

4        Thank you.

5

6              [TIME NOTED:  8:04 p.m.]

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 62

1

2          CERTIFICATION

3

4      I, Samuel Hittin, a Notary Public for

5    and within the State of New York, do

6    hereby certify:

7      That the within transcript is a true

8    and accurate record of the proceedings.

9      I further certify that I am not

10   related to any of the parties to this

11   action by blood or marriage, and that I am

12   in no way interested in the outcome of

13   this matter.

14      IN WITNESS WHEREOF, I have hereunto

15   set my hand this 25th day of April, 2023.

16

17

18

19

20      SAMUEL HITTIN

21

22

23          *        *        *

24

25

Page 63

1   Celsius Network LLC

2   Celsius Network Auction (#5886857)

3                 E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24  Celsius Network Auction              Date

25

Page 64

1    Celsius Network LLC

2    Celsius Network Auction (#5886857)

3                 ACKNOWLEDGEMENT OF DEPONENT

4        I, Celsius Network Auction, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Celsius Network Auction              Date

13   *If notary is required

14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                      _____ DAY OF _____, 20___.

16

17

18                      _____

19                      NOTARY PUBLIC

20

21

22

23

24

25

**[& - adjourn]** Page 1

| & | | | |
|---|---|---|---|

**&**   2:3,12 3:14
5:5 6:9,13
21:15,21 29:21
32:3 38:2
48:21 50:3,12
60:21

**0**

**0.6**   55:18

**1**

**1**   45:12 47:13
47:15
**1.25**   45:11
**1.5**   45:10 46:22
**10**   45:2 49:6
58:10 60:7,25
**100**   39:12
40:25 43:21
**10022**   1:11 2:5
**11**   1:4 5:8 7:2
8:9 21:4 22:19
37:18
**12**   45:11
**140**   35:15
**15**   12:21 26:16
60:13
**15185**   62:19
**16**   55:22
**17th**   10:14
**1st**   9:25

**2**

**2,920**   41:17
**20**   40:21 46:3
57:6 64:15

**20,000**   40:9
**200**   56:9
**2023**   1:12
62:15
**212**   2:6
**2151**   10:10
**22-10964**   1:5
**25**   1:12 45:14
52:2 55:25
**25th**   62:15
**2:42**   37:20

**3**

**350**   35:15
**350,000**   47:14
**3:15**   37:25
**3:28**   50:5

**4**

**40**   52:6,13,18
56:6
**400**   57:21,23
**446-4800**   2:6
**45**   39:16 50:23
51:5 54:22,24
**450**   55:16

**5**

**5**   41:21 56:23
58:10
**50**   35:21 44:23
45:4,13 46:13
49:7 54:17
59:7,9,9,16
**500**   24:24
**500,000**   46:7

**5886857**   63:2
64:2

**6**

**6**   45:11
**600,000**   35:7
**601**   1:10 2:5

**7**

**7.2**   55:19,22
**70**   35:21
**721**   44:14 48:3
48:4
**75**   45:13
**76,000**   40:12

**8**

**8**   40:22,24 53:5
**8:04**   61:2,6

**a**

**a&m**   2:21 32:2
**a.m.**   60:25
**aaron**   3:16
21:7,15,20
29:20
**abbate**   4:4
**able**   54:13
**above**   1:16,16
36:3 45:18
64:7
**abra**   11:4 36:5
43:14 44:18
**absolute**   11:3
**absolutely**   23:6
28:4
**accepted**   23:24
51:4

**access**   22:24
**accidents**   35:14
**account**   6:19
6:21 7:5 8:2,4
8:12 11:24
12:9 23:2
**accurate**   47:23
62:8
**achieved**   46:4
**acknowledge**
6:17 7:24
**acknowledge...**
64:3
**act**   52:7,13,18
**action**   1:16
31:6 62:11
**actions**   6:23
8:6
**actually**   15:18
16:17
**addition**   55:24
57:3
**additional**
18:21 29:23
40:11 51:16
57:4
**additions**   64:6
**address**   18:5
20:20 26:22
**addressed**
20:21
**addressing**
19:11
**adjourn**   30:12
60:23

administration
  44:24 46:12
administrator
  43:15
administrators
  43:13
advisor  6:10
advisors  6:3
  11:4,6 12:18
  31:25 32:3,21
affect  24:19
  25:4
affiliate  43:11
affiliated  5:7
afternoon  5:2
  33:4
agencies  6:18
  7:25
agent's  9:20
agree  18:15
  22:21 46:24
  55:11
agreed  34:14
  41:3
agreeing  46:19
  55:19
agreement  9:23
  10:9 25:3
  39:24 56:22
agreements
  7:15,19 8:22
  9:2,11
aido  2:18
al  1:7 2:4

alan  3:12
alert  60:13
alexandra  4:10
allow  13:23
  32:24 37:4
alternative
  17:6 31:5
  43:25 44:23
  47:3
alvarez  2:12
  6:9
analysis  16:15
  52:7 58:3
anchorage  10:5
andrew  3:21
  52:10
annual  44:25
  46:5,10
annually  41:23
annum  59:8,10
apart  47:21
appearances
  2:2
appended  64:7
appointed
  42:10,11,12,20
  47:8,9,10,20
appreciate  19:5
  19:6 29:7 35:2
  36:22
appreciation
  45:22
appreciative
  53:13

appropriate
  25:14 43:2
approving  30:5
april  1:12
  10:14 62:15
areas  34:8
arms  23:24
arrington  3:22
  10:23 34:11
  38:21 52:12,14
  52:14
arrived  17:12
asher  3:23
asked  18:4,13
  47:4
aspects  18:22
  20:15
asset  45:19,23
  51:6,10
assets  5:12
  11:12,23 12:4
  14:24 15:5,7
  30:23 31:5
  35:8,19 37:8
  39:3 43:21
  44:7,11 45:8
  45:19,22 49:2
associated  41:7
  41:10 52:3
  57:12
assuming  58:25
attendance
  6:11 7:16 8:23
  11:8 12:9

attendees  9:3,8
attending  6:19
  8:2
attorneys  2:4
attractive  59:2
auction  1:15
  5:11 6:20,24
  7:12,17 8:3,7
  8:19,24 9:8,14
  9:16 11:10
  12:11 13:19,19
  19:2 24:5 25:6
  25:16 30:3,11
  30:12 31:22
  49:14 60:24
  63:2,24 64:2,4
  64:12
authorized
  31:23 32:13
available  6:24
  8:7 22:9 40:8
  41:12,18
avenue  1:10 2:5
awards  49:20

**b**

b  51:18
babinsky  4:9
back  7:22
  12:21 20:7,8
  21:11 25:21
  26:17 29:16
  31:14 35:9
  37:24 49:23
  50:10 51:7
  60:7

[backing - brantly]                                                Page 3

backing 24:21
backup 46:20
balance 57:13
  57:22
banker 6:7
  38:9
bankruptcy 1:2
  5:9 25:16
  29:10,13 35:5
barrett 3:15
barse 3:12 5:17
based 16:14
  24:2 31:11
  38:24 39:14
  42:4
baseline 12:14
basis 35:23
  45:13,14,15
  54:13 55:2,3
  59:9,16
beard 4:10
bearing 29:7
beasley 3:4
behalf 5:16
  21:9 34:10
  48:21 50:4,12
  60:21
believe 24:3,10
  26:25 37:5
  48:2 53:25
  56:8
bell 4:10
ben 3:5
bendetson 3:4

beneficial 7:5
  8:12
benefit 11:23
  24:4 27:25
  33:14
best 7:10 8:17
  13:3,9,11 20:9
  22:14 24:9,22
  26:11,21 28:24
  29:3 34:14
  35:24 40:5
  55:10
better 16:19
  17:5 49:19,20
bid 7:10 8:17
  9:24 10:8,13
  10:16,19 12:15
  12:19,23 13:2
  13:5,8,10,10,14
  13:18 14:17,19
  14:19,20,21
  15:3,9,13,13,15
  15:16,21,22,22
  18:23 20:12,13
  20:13 21:10
  24:19 27:13
  28:14 30:14,20
  30:25 31:11,17
  38:11,11,14,16
  38:18,20,25
  42:16 43:3
  44:21 45:20
  46:20,20 47:3
  47:24 48:13
  49:13,15,17,19

49:19,23 50:20
  50:25 51:4,13
  52:15,23,25
  53:12,22,25
  54:2,21 55:16
  59:25
bidder 10:7,12
  10:22 11:3
  12:17 22:10
  23:6,9 24:11
  29:25 32:20,25
  51:14,24
bidder's 22:10
bidders 10:18
  12:19 13:12
  20:11 22:12
  24:6,19 25:21
  26:5,24 27:20
  28:11 31:7,20
  49:24 58:13
  60:17
bidding 7:8
  8:15 30:5,7,17
  32:6
bids 12:20
  13:13 14:16
  16:12,13,18
  17:4,9,11
  20:19 21:6
  25:22,24 28:6
  28:13 29:17
  31:8 47:17
  49:12
biggs 3:10

billion 35:21
  55:21
binding 30:16
  31:19
bit 7:23 58:6
bitcoin 10:22
  22:18 34:11
  35:16 38:21
  39:23 40:3,10
  40:15
black 26:9
block 3:24
  10:25 36:6
  42:8
blockchain
  10:6
blood 62:11
board 29:19
  35:25 42:8,19
  47:7,20 55:5
bob 2:13 3:4
  6:7
bonus 46:10
  49:5,5,7
book 36:8
borrower
  20:12 41:9
  44:20 51:19
  52:4
borrowers 41:7
  51:18 57:25
brantley 2:23
brantly 2:14
  6:8

**break** 29:23
**breakout** 32:19
**brian** 4:9,13
  37:12 48:20
**bric** 4:8 11:2,7
  14:21 15:3,8
  15:21 18:24
  19:4,6,14,17
  21:12 27:2
  31:16 34:17
  38:11 43:7,9
  43:10,16,18
  46:19 47:9,22
  47:23 48:22
**bric's** 47:11
**brief** 14:6
**bring** 56:9
**broadcasting**
  9:4
**broadly** 17:10
**brothers** 36:17
**brought** 34:2
  34:13
**browder** 4:16
**brownfield**
  56:10
**budget** 46:5
**building** 36:12
**built** 53:16
**business** 11:11
  11:18,21 12:7
  14:25 15:11
  22:20 28:7
  30:24 31:4
  34:9 35:17

37:7 39:4,21
39:21 40:17
43:20 44:4
**businesses**
  27:24 36:13
  39:5

**c**

**callaghan** 3:25
**calling** 39:2
**campagna** 2:22
**capacity** 35:16
  56:10
**capital** 10:23
  34:11 38:22
  52:14
**carr** 3:12
**carty** 3:21 52:6
  52:10,11
**case** 1:5 3:14
  6:13 21:16,21
  21:23 29:13
  32:3
**cases** 5:8 7:2
  8:9 28:23
  37:19
**cater** 20:19
**caucus** 49:21
**causes** 31:6
**celsius** 1:7 2:4
  5:6,18 34:10
  43:19 44:6
  50:4,12 63:1,2
  63:24 64:1,2,4
  64:12

**centerview** 3:2
  6:5 11:15 14:7
  32:2 38:5,8
  50:16
**ceo** 33:20,21
  34:19 42:7
**certification**
  62:2
**certify** 62:6,9
**cfo** 42:8
**chain** 10:25
  36:6
**chairs** 21:25
**chance** 22:11
**change** 29:6
  32:9 59:10
  63:4,7,10,13,16
  63:19
**changes** 13:19
  20:19 64:6
**chapter** 1:4 5:8
  7:2 8:9 21:3
  22:19 37:18
**characterizati...**
  43:2
**chase** 2:14,23
  6:8
**chief** 5:20,21
**children** 36:19
**choose** 44:4
**chris** 3:11 5:24
  28:22
**christian** 4:12
  36:15

**christopher** 2:8
  5:22
**circulated** 24:6
**civil** 1:20
**claimants**
  44:13 45:9
  51:23 58:20
**claims** 9:19
  31:6
**clarify** 48:2
  49:3
**clarifying**
  48:12,18,19,22
  50:19
**class** 20:13
  35:24
**clear** 23:23
  28:4 56:16
**clearly** 5:14
  18:8
**close** 29:15
  39:11 41:5
  53:15 60:19
**closing** 47:16
  57:9
**cofounders**
  33:6
**cofsky** 2:17
**coinbase** 10:23
  34:12 38:21
**coins** 22:24
**collaboratively**
  28:21
**collateral** 57:24

[colodny - convenience]                                          Page 5

colodny  3:16
  21:15,17,20
come  12:21
  20:7 21:11
  26:10 29:16
  31:14 32:10
  36:6
comfortable
  51:15,21
coming  9:17
  49:22 60:2
comment  48:18
  58:19
comments  21:8
  24:13 29:16
committed
  53:19
committee  6:12
  7:4 8:11 10:2
  10:17 12:25
  13:7,16,23
  20:17 21:9,22
  22:2,7 27:5,11
  28:21 30:9
  31:11,13 32:2
  32:22 36:10
  46:16,17 49:9
  49:10,16 60:4
  60:23
common  39:13
communicating
  31:21
communicati...
  31:24

community
  18:9 24:21
  27:16 35:10
  36:25 53:11
company  11:5
  27:22 33:14
  37:7 39:2
  53:15 55:10
  56:7,12
compensated
  47:12
competing
  11:13
competitive
  24:8,16
complete  18:25
  64:8
completed
  16:15
complex  35:22
compliance
  41:13
compliant  36:4
  54:2,15
compliments
  19:8
comply  9:9
component
  42:16
components
  28:8 30:19,25
comprised  39:3
  42:9
comprises
  10:22 11:3

concern  15:13
  16:13 37:7
concluded
  15:15
condition  7:16
  8:23 40:15
conducted  7:14
  8:21 30:4
confer  58:23,24
confident  20:24
confidential
  7:18 8:25 9:22
confidentiality
  7:14,19 8:21
  9:2,10,23
  24:13 25:2,8
confirm  50:22
confirmed  51:2
  51:24
conformation
  16:7 23:14
connor  4:4
consent  42:13
  47:11
consider  14:16
  25:4 26:10
consideration
  26:7 28:18
  55:14,23 57:11
  57:19
considerations
  26:3 41:14
  52:9,13 58:8
considered  7:9
  7:17 8:16,24

9:22
consist  47:7
consortium
  14:18,21
construct  59:18
construction
  40:13
consult  13:2
consultant
  12:17
consultation
  10:2,17 13:15
  30:8 46:6 55:6
consummation
  16:7
contemplate
  15:8
contemplates
  11:17 12:2
  15:3
contents  9:7,21
context  54:5
continue  13:6
  19:15 34:15
  58:12 59:5,12
  60:11
contract  44:3
contributed
  55:17
contributing
  54:24 55:24
contribution
  55:20
convenience
  20:13

[convince - determine]                                    Page 6

convince   24:24
cooperation
  29:2
cooperatively
  28:20
core   31:9
corporation
  11:2 44:18
correct   52:5,10
  59:21 64:8
corrections
  64:6
cost   40:5 54:18
counsel   1:22
  5:6
counter   13:10
couple   23:20
  26:22
court   1:2 5:9
  24:3
create   33:13
  37:6 46:24
creation   17:15
  18:2
creditor   54:12
creditors   20:17
  21:23 23:2
  24:10 37:2
  39:10 42:23
  43:20 49:16
  59:2
criteria   31:12
criticize   54:9
crypto   16:20
  17:10,23 18:4

18:9,9,11,16
34:6 35:18,24
39:5,10 41:4
41:10 45:21
47:2 57:17,18
57:21
cryptocurrency
  11:20 41:6
  44:9 51:16,22
  52:3 57:13
culmination
  22:17
currency   15:2
current   16:2,11
  30:20 61:2
currently   13:3
  17:18,21 40:13
cushion   58:6
customer   38:25
customers   16:8
  17:15 18:17
  21:2 35:23
  36:2

### d

daily   35:23
dan   2:7 5:4
  14:8 23:22
  29:21 38:2,6,7
  43:7 50:3,11
  60:18,20
daniel   3:4
date   23:16
  39:12 41:6
  44:11 47:4
  51:7 63:24

64:12
david   3:12,17
  4:13 5:17
  34:18
day   59:24
  62:15 64:15
days   9:17
deadline   10:13
  10:16 15:14
deal   26:21
debra   4:15
debtor   34:23
  36:9
debtors   1:8,15
  2:4 5:7,12,17
  5:19 6:3,6,10
  6:18 7:3,25
  8:10 9:11,18
  9:25 10:12,16
  10:20,24 11:11
  11:20,21,22
  12:3,6,8,14,25
  13:7,15 14:22
  15:5,7,10,14
  16:4,15 19:5
  20:16 23:23
  24:5 27:11
  28:19 29:22
  30:7,11,22
  31:4,10,12,23
  31:25 32:22
  38:9 39:25
  44:4 47:4
  49:16 50:17
  51:3 60:3,14

60:22,22
decide   13:8
  25:3 27:7
decided   20:16
  34:14 60:23
decision   13:4
declare   64:4
declines   51:9
deemed   17:5
  64:6
defer   55:8
delays   54:18
delivered   16:23
depending   55:3
depiction   47:24
deploy   40:9,14
deponent   64:3
deposit   58:10
depositors   35:7
deposits   22:24
derived   45:24
descended   23:5
described
  11:14
describing
  15:25 51:13
design   46:24
detail   11:14
  17:7
details   15:20
determination
  55:5
determine   7:10
  8:17 12:18
  22:14 31:13

[determine - estate]                                                    Page 7

40:2,4
**determined**
43:22 44:5
45:25 49:18
**develop** 24:5
40:11
**developed** 39:4
**different** 26:8
26:13 28:11,12
43:9
**difiore** 3:18
21:25
**digital** 10:3
**director** 47:15
**directors** 42:10
42:11,12 47:8
47:9,10,12
**discounts** 41:18
**discretion**
13:16 30:8
**discretionary**
46:10 49:4,8
**discuss** 28:23
**discussed** 30:15
**discussing**
27:18 60:5
**discussion** 7:20
19:2 37:22
48:10,15 49:22
50:7
**discussions**
32:21 34:15
**distribute**
11:19 57:17

**distributed**
42:22 44:9,12
45:8
**distribution**
12:2 15:2,6
16:8,20 18:17
23:3 30:21
31:2,9 39:11
41:12 43:14
44:16 45:6,10
46:25 47:2,5
59:7
**distributions**
23:17 41:5
47:14
**district** 1:3
5:10
**diversified**
56:11
**dividend** 18:19
59:3,7
**division** 41:22
**docket** 9:17
10:10 14:18
**docketed** 9:21
**document**
21:10
**documented**
20:4 24:2
**doing** 36:3
**dougherty** 4:4
**downside** 57:12
**drive** 24:9
**due** 51:17

**duffy** 3:18 22:2
**duplicative**
23:21

| e |
|---|

**e** 12:21 26:16
63:3,3,3
**earlier** 41:25
43:23 48:24
51:13
**earned** 39:9
42:22 44:13
45:8 51:23
**earning** 58:20
**eastern** 5:4
37:20,25 50:5
50:10 60:25
61:3
**easy** 28:6
**eck** 4:12
**effective** 23:16
39:12 40:5
41:6 44:10
47:4 51:6
**effectively** 57:6
59:3
**efficiency** 46:2
**efficiently** 37:3
**effort** 41:4
**ehrler** 3:10
**either** 13:7 17:3
18:17 39:18
43:24 54:25
**elect** 41:8
**elected** 51:18

**electing** 57:25
**elects** 46:17
**ellis** 2:3 5:5
29:22 38:3
50:4,12 60:21
**else's** 25:5
**emerge** 27:20
**emergence** 46:8
**emmanuel** 2:18
**encourage** 24:8
24:15
**ends** 45:3
**engage** 18:24
22:13
**engaged** 10:14
22:7
**enjoy** 29:9
**enterprise** 18:2
**entirely** 56:19
**entitled** 1:16
**equity** 39:13,18
41:25 50:24
51:8,9 54:25
55:11,25 56:23
57:2 59:4
**equivalent**
41:21
**erc** 44:14 48:3
48:4
**error** 58:5
**esq** 2:7,7,8,8
**established**
29:5
**estate** 17:16
18:16 37:8

[estate - fixed]                                                    Page 8

44:8,17 49:2,3
et  1:7 2:4
eth  18:12
ethereum  38:24
  39:14 42:4
evaluate  13:2
  25:24
evaluated  7:9
  8:16
evaluating
  49:17
evaluation
  20:22
event  57:19
everybody
  14:12 16:3
  19:21 20:23
  24:18 26:8,15
  53:3,4 60:7
everybody's
  24:4 28:2,10
everyone's
  27:25 36:23
exactly  60:9
excellent  6:20
  8:3
excess  40:24
exchange  35:25
  42:2 43:13,24
  47:5
excited  22:16
  33:15,24 37:16
excitement
  25:17

excludes  45:21
excuse  48:8,13
  56:24
executive  5:20
existing  44:8
exit  21:3
exiting  22:19
expansion
  56:10
expect  27:13
  60:16
expectations
  25:14
expected  54:8
expeditious
  21:4
expeditiously
  16:9
expenses  46:23
experience  6:22
  7:6 8:5 34:7
  36:12,14
extended  10:13
extensive  17:7
extent  20:18
  32:5 45:3 51:9
  51:15
extremely
  28:20 29:11,12

f

faces  35:22
facilitate  13:18
  14:23
facilities  41:19

fact  40:4
fahrenheit  3:20
  10:21 11:7
  14:18 15:22
  16:14,24 17:19
  19:23,24 20:5
  21:10 27:2,12
  31:16 38:10,12
  38:14,18,20
  39:16 40:7,19
  41:3,16 42:10
  42:25 48:13
  49:13 50:20,25
  50:25 51:14,24
  52:15 54:23
fahrenheit's
  42:13 50:21
failure  9:8
farenheit  33:18
  33:20
farr  48:21
farraro  5:22
  28:22
fashion  54:15
feature  58:25
features  17:8
federal  1:20
fee  40:20,22,25
  41:17 44:24
  45:5,6,10,16,20
  46:3,7,12,13,22
  56:4,5,18,18
  59:19
feedback  18:22
  53:11 54:4,7

feel  58:4
fees  17:10,11
  17:13,17,24
  40:18 41:15
  44:22 46:9
  47:5
ferraro  3:11
fertman  4:14
figure  10:4
  55:13,25
file  10:10
filed  9:16
final  10:13,15
finalized  51:4
finally  15:4
  25:12,13 34:16
finance  38:22
  39:15 42:5
financial  5:20
  6:10
find  35:13,18
  36:24
firm  32:18
first  10:20
  11:16 12:13
  13:25 16:3
  22:23 23:22
  26:24 34:21
  45:9 50:18
  53:9
five  45:2,4,14
  46:14 56:25
  57:5,5,7
fixed  40:20
  41:17 56:4

[fixed - high]                                                          Page 9

59:3,7
**fluctuation**
57:15
**fluid** 29:4
**focused** 28:2
**folks** 18:24
**followed** 25:18
**foregoing** 64:5
**foremost** 16:3
**forgot** 52:15
**former** 34:19
**forward** 11:17
33:16 34:9
37:17,19 53:20
54:12 58:12
60:12
**found** 59:2
**four** 45:13
**framework**
53:25
**freed** 51:16
**front** 22:6
23:10
**fuel** 56:11
**fuels** 56:15
**full** 18:25
**fund** 35:21
39:17
**fundable** 44:15
**further** 62:9

**g**

**gallagher** 48:21
**gas** 56:14
**gemini** 11:5
35:20,23 43:13

**genoot** 3:23
**geoffrey** 36:19
**geographic**
56:11
**gergis** 4:15
**getting** 59:17
**giraffe** 36:20
**give** 14:9 22:23
26:15 29:24
60:16
**given** 17:2 46:4
54:18 64:9
**globalxdigital**
11:4 34:19
43:11
**go** 7:22 11:17
12:15,24 13:25
14:2,3,12 17:7
19:21 20:7
23:13 25:19,20
34:9 37:21
38:17 39:24
54:12 60:10
**goal** 57:10
**going** 5:3 14:9
14:14 15:12,24
16:13 17:6
23:12 25:11,17
25:19,20,22,23
25:23,24 26:10
26:13,15 27:20
27:21 28:5,10
28:15,16,17
29:2 32:24
37:11,12,21

38:3,10 53:21
56:4 58:11
59:20 60:4
**goldstein** 3:5
**good** 5:2 33:4
33:25 53:17
**governance**
42:6 47:6
**granted** 56:21
**greater** 18:15
47:13 57:23
**greg** 3:17
**group** 4:8
10:21 16:24,25
19:15 27:13
32:6,20,25
33:3,18,20
34:5,10,12,17
37:16 38:22
54:23
**groups** 7:8 8:15
27:23 29:25
54:12 55:9
**growing** 28:3
37:6
**growth** 40:23
**guess** 20:10
**guidance** 17:2
**guidelines** 9:9
**guys** 14:2,2
29:9
**gxd** 34:20
43:25

**h**

**h** 63:3
**half** 59:20
**hall** 23:5
**hand** 37:11
62:15
**handle** 55:9
**happen** 25:25
**happened**
25:10
**happening**
25:19 55:7
**happy** 37:10
**hard** 19:6
26:20
**harmful** 9:13
**hash** 55:16,20
55:21,23
**heads** 26:16
**hear** 7:6 8:13
21:18 28:15
33:5 53:3
**heard** 18:8
**held** 1:16 7:20
37:22 48:10,15
50:7 51:7
57:13
**help** 14:22
35:13 37:10
**helps** 19:8
**hereto** 64:7
**hereunto** 62:14
**hi** 33:19 50:15
**high** 17:14
18:20

higher 17:5 49:19

highest 7:10 8:17 13:3,9,11 20:9 22:14 26:11,20 28:9

hittin 1:18 62:4 62:20

hold 32:20

holders 6:19,21 7:5 8:2,4,12 11:24 12:9

honest 50:21

hope 18:24 29:8 53:2

hopeful 36:23

hopefully 14:13 19:17 20:8

hopping 24:18

horse 10:7,12

hosted 1:15

hosting 34:22

hour 19:25

hurdle 40:24

hydro 56:16

**i**

identified 10:18,20,24 13:11

identify 12:14 19:15 32:17,25

illiquid 11:23 12:4 14:24 15:5 30:23 39:3 44:11

imbedded 57:11,14

immediately 18:18

implement 46:24

important 17:8 26:23

improve 12:19 13:5 17:9 31:7

improved 17:3

incentive 40:22 40:25 45:16,20 45:24 46:2 56:17,18 59:19

included 27:10

includes 27:9 38:20 43:18

including 6:4 31:3 34:25 56:5

increase 41:4 55:20,21

indicate 32:7

information 9:22

initial 45:19,23

inside 29:10

installments 44:25

instantaneous... 25:25

intend 16:10 19:14 49:21

intention 16:5

interest 7:3 8:10

interested 23:6 62:12

interim 5:19

intertwined 17:22

intro 35:21

introduce 11:9 30:2 33:10

invest 39:16

invested 51:5

investment 6:6 10:25 28:10 38:9 50:24

involved 33:8 38:18

issued 39:15 42:4

issues 19:2,11 19:15,22 20:6 20:15,20 27:4 35:12

**j**

j 2:8

jan 4:12

jared 4:14

jason 4:3 33:5 52:24 58:18 60:15

javier 3:9

jessop 3:22

job 27:23

joel 3:24 42:7

john 3:11

joined 5:23 21:24

joint 43:12

jr 2:8

judge 54:3

justin 4:16

**k**

kampagna 2:13 6:7

kanade 4:11

kass 4:15

keith 3:16

keli 3:25

ken 4:5

kenneth 3:10

kevin 2:17

key 24:16 30:19 30:25 34:7

kielty 3:3 6:4 15:19 38:4,6,7 43:5 48:6,8,12 48:17 49:11 50:14,15,15 52:8,20 58:18 59:15,23

kirkland 2:3 5:5,25 29:21 31:25 34:22 38:2 50:3,12 60:21

klein 54:3

knocked 16:10

**know** 19:23,25
22:4 23:4
24:12 26:5,19
27:14 29:4
33:12 34:2,3
38:23 53:5,10
53:14,16 54:16
55:4
**knows** 29:18
**koenig** 2:8 5:24
**kokinos** 3:23
33:19,20 42:7
43:4
**kwasteniet** 2:7
5:24
**kyle** 4:6

**l**

**labs** 34:20
**landscape** 29:6
**late** 53:8
**latona** 2:7 5:2,4
7:22 14:4
29:20,21 33:17
34:16 37:15,24
38:2 50:2,3,9
50:11 52:17
60:20,21
**leaf** 4:14
**leave** 19:17
**leaving** 51:2
**led** 42:6
**legal** 46:9,23
**lehman** 36:16
**lennon** 4:9,13
37:12,14 47:25

48:7,20,20
**level** 18:21
**lexington** 1:10
2:5
**light** 6:25 8:8
**likewise** 27:12
**lily** 4:5
**limit** 32:12
**limited** 5:19
**limiting** 56:18
**line** 16:19 63:4
63:7,10,13,16
63:19
**lingle** 3:15
**liquid** 11:20
12:4 15:2,7
16:20 30:22
35:18 39:10
41:10 44:8
45:21 47:2
51:16,22 52:2
57:16,18,21
**liquidating**
15:4 36:18
48:23,25
**list** 26:5,6
**listed** 42:2
**listening** 16:4
35:10 53:6
60:9
**listing** 39:14
**litigation** 23:14
42:18,19,21
47:18,19

**live** 9:12
**llc** 1:7 2:4 5:6
63:1 64:1
**loan** 36:7 41:9
43:15 44:20
57:20,25
**loans** 41:11
52:4
**lock** 55:11
**locked** 35:8
**lockup** 56:25
**long** 19:10
22:17 23:18
34:3 59:24
**longer** 9:21
**look** 18:14 28:8
29:10 37:17
**looking** 20:11
35:5
**lot** 22:5 23:9
24:12 25:17,18
26:2,3 27:17
33:13 34:6
35:10,19 36:12
36:13 53:18,24
**loudly** 18:8
**lowering** 58:3
**lp** 10:4

**m**

**m** 2:7
**m3** 3:8 6:13
32:3
**made** 22:8,11
25:7 41:12
47:14 53:4

64:5
**magliano** 3:11
**mahmoudov**
4:17
**mail** 12:21
26:16
**maintain** 32:6
**majority** 46:15
**make** 12:20
13:23 20:8
21:8 28:4 36:2
**makes** 40:8
49:11
**making** 6:14
23:15
**manage** 40:6
**managed** 39:22
**management**
10:3 39:23
40:20 44:3
46:10 53:18
56:3,5,22
**manager** 40:16
**managing** 33:6
34:20 56:5
**manner** 21:4
56:11
**marc** 3:3 6:4
14:6 21:17
22:21 23:11,22
26:25 30:20
38:13 43:7,22
**march** 9:25
**margin** 58:5

[market - neither]                                              Page 12

market  45:21
  51:8
marriage  62:11
marsal  2:12 6:9
marshall  4:10
material  54:11
matt  2:18 3:24
  4:9
matter  62:13
maximize  19:9
  20:25
meade  4:11
mechanic  15:6
mechanism
  46:25
meet  22:9
megawatt
  35:15,16 41:17
megawatts
  56:9
meghji  3:9
member  5:18
  47:13
members  5:25
  6:3,5,9 22:3,7
  42:9 47:8
memorialized
  10:8
memorializing
  9:6
mention  42:17
mentioned  30:3
  30:20 38:13
  41:25 43:8,23
  44:18 46:13

mentioning
  14:15
mergence  55:7
message  16:23
messaging  9:5
met  28:22
mg  1:5
michael  3:22
  4:4,16
microphone
  13:22 38:4
  50:13 52:24
mike  52:14
million  39:17
  40:21 44:24
  45:2,4 46:13
  46:22 47:15
  49:6,7 50:24
  51:5 54:17,22
  54:24 55:16,19
  55:22,25 56:6
  57:21,23 58:10
millions  35:22
mind  48:17
mindful  53:10
minimum  45:5
mining  11:21
  12:6 14:25
  15:11 16:21
  19:18 27:22
  30:24 31:3
  35:14,16 39:4
  39:20,21 40:6
  40:9,17 41:15
  41:22 43:19

  44:3 56:6,8
minute  15:24
  26:16 60:13
minutes  12:21
  60:2
missed  58:16
moderating
  5:11
moderator
  32:10,14
modification
  30:16
modifications
  53:22
modify  13:17
  30:10
mohamed  3:5
mohsin  3:9
moment  21:8
  39:25
moments  25:18
monetization
  12:3 30:22
  31:3 44:13
monetize  11:22
month  46:7,8
monthly  41:16
months  23:13
  45:9,11 53:16
moon  2:19
morning  24:7
  60:25
move  16:5,6
  22:18 43:6
  50:21 56:4,19

movement
  17:19
moves  57:22
moving  26:2
  33:16 37:19
  53:19 58:12
mst  58:19
  59:11,15,19

                  n

naive  24:23
name  5:4,14
  21:20 32:18
  59:11
nasdaq  26:7
  39:14 42:3
nash  2:8
native  34:6
natural  56:14
nature  6:25 8:8
  11:11
nav  55:2
necessarily
  56:14
necessary
  31:13 32:8,23
  64:6
need  16:6 17:9
  22:22,23 23:11
  23:15 31:7
  59:10
needs  17:3
negotiating
  27:18
neither  16:18

net 51:6,10
network 1:7
2:4 5:6,19 63:1
63:2,24 64:1,2
64:4,12
never 48:17
new 1:3,11,11
1:19 2:5,5 4:3
5:10 27:22
31:8 33:4,5
52:24 53:2
58:22 59:21
62:5
newco 11:17
16:13 18:13
20:9 27:20
39:2,13,18
40:19,23 41:2
41:25 42:6,21
42:23 46:20
47:17 56:2
57:22
newco's 55:5
newly 39:4
night 60:5
noah 3:22
non 44:15
noon 16:18
notary 1:19
62:4 64:13,19
noted 13:20
61:6 64:7
notice 30:6
noticing 9:19

nova 20:5
novawulf 4:2
10:3,11 11:7
14:17,20 15:22
16:14,25 23:4
26:25 27:8,12
31:15 33:3,7
38:16 39:7
42:16 52:22,25
novawulf's
10:8
number 10:10
10:14 12:8
51:10,12

o

o'clock 60:7
obviously 54:3
occurring 47:2
offer 24:22
offering 44:2
officer 5:20,21
5:22
official 21:22
okay 43:5 48:6
52:21 59:23
oklahoma
35:17
old 35:21
once 9:20 30:17
31:18
ondo 34:12
38:22,23 39:15
42:5
online 24:18

open 23:24,25
opened 7:13
8:20
opening 13:24
38:13 43:8
operate 11:21
27:24
operated 35:15
operating
11:18
operation
30:23
operations 40:6
operators 34:6
opinions 28:11
28:12
opportunity
6:21 8:4 11:9
29:25 33:12,24
40:2,8 58:23
option 40:12,14
41:8 51:3,20
58:2
options 57:4,8
order 1:21 30:5
30:6,14
orderly 12:2
30:21 31:9
orders 23:2
organized
16:19
oriented 39:5
outcome 21:3
26:11 62:12

outside 6:24
8:7
outspoken 33:9
overseas 53:7
overseen 42:18
47:19
oversight 42:19
46:15,16 47:20
49:9,10
overview 12:11
14:10
own 25:5 37:5
owned 38:25

p

p.c. 2:3
p.m. 1:12 50:10
53:5 58:10
61:2,6
page 63:4,7,10
63:13,16,19
paid 17:25
46:14,18
paired 16:20
pairing 15:8
paper 60:17
part 18:12 19:9
20:21 25:11
42:21 52:15
56:2 59:13
participant
5:13 7:15 8:22
participants
11:6 53:12
participated
25:16

[participating - proceedings]                                    Page 14

**participating**
22:3
**particular** 13:8
**parties** 10:15
38:18 42:14
43:10 62:10
**partner** 15:19
21:21 34:20
36:15 38:8
40:10 43:14
**partnering**
10:4
**partners** 2:16
3:8 5:23 6:6,13
6:14 14:7 33:7
38:5,8 50:16
**parts** 26:2
**party** 18:23
30:17 40:5
41:19
**party's** 12:22
32:11
**passalacqua**
4:16
**path** 16:11
**patience** 26:19
**patrick** 2:8
**paused** 22:25
**pay** 46:17
**payable** 40:25
44:22,25 45:7
46:7
**pending** 5:8
**people** 22:24
24:24 34:4

**percent** 39:12
40:22,24 41:2
41:21 43:21
45:10,11,12,17
46:3 47:13
52:2 56:23
57:5,6 59:8,9
59:20
**perella** 2:16
6:13 32:4
**period** 12:16
57:7
**permitted**
13:12
**person** 21:24
**perspective**
36:5
**pesce** 3:17
**phone** 24:24
**pick** 33:2
**piece** 18:5,7,14
19:18
**pipeline** 40:14
**place** 1:17
**plan** 10:9,9
20:15,18 27:8
34:9 43:12
44:24 48:3
59:13
**planned** 46:11
**planning** 36:16
**plans** 40:11
**play** 16:2
**please** 5:14
32:12 36:18

**plus** 46:8 47:14
**point** 35:4,13
48:13 55:4
60:10
**points** 23:21
26:23 45:13,14
45:15 48:22
50:20 59:9,16
**policies** 18:19
**popular** 24:21
**portfolio** 44:20
**portion** 11:19
18:11
**position** 27:3
**positions** 27:6
27:6
**positive** 54:7
54:10
**possible** 16:9
23:4 37:3
44:10 57:18
**posted** 9:18
**posting** 9:5
**pot** 28:3
**potential** 12:5
17:14 24:17
43:23 44:2
54:19
**potentially**
56:15
**practical** 32:6
**pranav** 4:11
**pre** 46:8
**preparations**
23:15

**prepared** 58:9
59:5
**present** 2:11
25:23
**presented**
60:16
**pretty** 18:20
29:10 33:8
**previous** 59:18
**previously**
13:10 31:22
**price** 18:3
40:23 45:22
55:18 57:9,15
**primary** 32:7
33:2 39:18
55:2
**prior** 49:14
55:15 57:8
**probably** 53:6
53:7,15 55:6
**problems** 35:4
36:11
**procedure** 1:21
**procedures**
9:24 10:19
13:14,18 30:5
30:7,10,14
**proceed** 12:12
13:21
**proceeded**
28:24
**proceedings**
5:1 6:1 7:1,6
8:1,13 9:1 10:1

[proceedings - reconvene]                                   Page 15

11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:8
**proceeds** 44:11
**process** 9:14
  13:6 14:10,14
  19:10 20:4,22
  20:25 22:8,17
  23:12,19,25
  24:8,16 28:19
  29:5,11 33:9
  33:16 34:25
  35:3 37:17,19
  53:20
**professionals**
  22:5
**proffer** 15:13
**profits** 41:22
**prohibited** 9:3
  31:20

**proman** 4:13
  34:18,19
**proof** 34:12
  38:22
**proper** 22:11
**property** 37:2
  44:16
**proposal** 18:6
  18:15 19:7,12
  19:16 20:2,9
  21:12 22:15
  24:22 28:25
  30:15 39:8,22
  40:3,7,19 43:7
  43:16 47:6
  58:15,21
**proposals**
  18:10
**proposed** 28:13
  28:13 33:21
  41:9,16 51:19
**proposing**
  40:20
**prospect** 41:18
**prospectively**
  18:18
**provenance**
  10:6 26:6 27:4
**provide** 12:10
  19:7
**provided** 18:21
  32:19 60:13
**provisions** 27:9
  27:10,14,15,17
  57:3

**public** 1:19
  7:13 8:20 25:7
  37:7 43:24
  62:4 64:19
**puntus** 3:3 6:4
  13:25 14:5,7
  38:13 48:19,23
**purchase** 39:17
  51:7 54:24
**pursuant** 1:20
  7:14 8:21 9:24
  10:19 13:14
  20:17 30:4,13
  56:21
**pushed** 54:14
**pushing** 60:11
**put** 19:7 27:6,8
  58:9 60:2

**q**

**qualified** 10:18
  10:21 11:2
  13:12 14:16
  15:16
**qualitative**
  26:3 28:8
**quantum** 17:13
  31:2
**quarters** 36:4
**question** 52:16
**questions** 32:10
  32:11
**quickly** 16:6
  36:2 37:3
**quite** 19:13
  58:5

**r**

**r** 36:18 63:3,3
**rahmani** 2:18
**raised** 19:23
  20:6
**ratably** 56:24
**rate** 40:24
**reached** 36:9
  54:3
**read** 12:22
  15:20 21:6,11
  29:17 30:17
  31:17,18 49:15
  50:19 64:5
**really** 33:10,24
  33:25 34:4,13
  36:22
**reason** 63:6,9
  63:12,15,18,21
**reasons** 13:4
  22:23
**receive** 39:10
  44:14
**received** 49:12
  59:25
**recognize** 7:4
  8:11 32:11
  59:24
**recognized**
  32:14
**recommence**
  30:13
**reconvene**
  14:13 15:19
  17:21 60:24

**record** 5:3,15
5:16 7:21
12:13,16,22,23
12:25 13:20
15:20,23 21:6
21:13 25:10,20
26:14,17 27:7
29:15,18 30:18
31:14,18 32:16
37:21,23,25
38:11,17 48:11
48:16 49:15
50:6,8,11
52:18 60:3,11
60:19 61:3
62:8
**recording** 9:6
9:15
**recovered**
45:18
**recoveries**
20:14 24:9
**recovery** 10:25
25:5 42:22
44:17
**recoveryco**
45:25 46:5
47:22
**referenced**
48:23
**reflected** 14:17
**regard** 54:22
58:6
**regulated**
35:24

**regulators** 54:5
54:14
**regulatory** 6:17
7:25 36:4
41:13 52:9,19
52:21 53:24
54:2,6
**reimbursement**
46:8,22
**reiterate** 53:23
**related** 62:10
**relates** 56:8
**relation** 17:14
**relationship**
53:17
**relative** 46:4
**releasing** 51:22
**relying** 56:13
56:13
**remain** 49:2
**remainder** 36:7
44:6
**remarks** 6:15
13:24 15:17
29:23 38:14
43:8
**remember**
55:15
**remind** 7:11
8:18 42:14
**remotely** 22:3
**reorganization**
14:24 15:9
16:21 19:19
43:19

**reorganized**
27:21
**reporter** 1:18
24:3
**represent** 34:5
34:8 44:15
**representative**
6:12
**representatives**
7:7 8:14
**representing**
21:22
**represents** 45:5
59:6
**request** 22:10
32:5 57:20
58:8,13
**requested** 54:4
57:4
**require** 9:11
**required** 24:14
57:24 64:13
**requirements**
24:14
**reserve** 13:17
30:9,11
**resolution**
37:18
**respect** 27:3
39:20 40:18
41:15,24 43:17
44:22 47:18
49:12 50:23
54:21 55:13
56:3,17 57:16

58:7 59:16
**respective**
19:21
**responsible**
36:17
**rest** 56:24
**restricted**
56:20
**restriction** 25:8
**restructuring**
5:21 36:14
**result** 10:11
17:24 29:3
**retail** 27:4
35:22 41:7,9
51:17,19 52:4
**retailer** 44:19
**return** 11:4
17:10 18:10,16
37:2
**revised** 20:2
21:10 52:23
58:15
**rid** 59:17
**rig** 40:12
**right** 13:17
21:2 28:14
30:12 36:24
37:6 43:6
44:15 48:7
49:17
**rights** 30:9
**rigs** 40:9,15
**rise** 18:3

[robert - spent] Page 17

robert 2:22
room 5:16 8:7
  19:24 49:24
  60:6,17
rooms 14:13
  19:22 20:7
  25:21 32:19
ross 2:7 5:23
rules 1:20
  13:20 24:2,6
  29:5,6 30:10
russell 4:14
ryan 2:19 3:3
  6:4 15:19 21:6
  38:4,7 50:2,13
  50:15 53:2
  58:16 59:14

**s**

s 2:8 63:3
saferstein 2:19
sam 2:14,19,22
  6:7
samuel 1:18
  62:4,20
satterfield 4:6
savings 46:3
scenes 6:22 8:5
schiffrin 3:9
schreiber 2:14
  2:22 6:8
scott 3:18
  21:25 28:23
second 10:24
  11:25 18:7
  23:8 48:9,14

secondary
  39:19 51:8
  55:3
secondly 17:17
secured 21:23
security 38:24
  39:15 42:4
see 22:5
seen 20:3
selected 10:3
  23:8 40:16
  46:21
selecting 10:11
sell 20:14 27:3
send 12:20
sense 49:11
sensitive 27:15
  27:16
separate 14:12
  47:21
separately
  42:23
service 23:3
  36:7 44:19
servicer 36:6
services 39:6
  46:6
set 25:12,14
  41:8 62:15
setoff 51:20
setting 41:11
settlement
  20:12 36:8
  41:10 43:15
  51:20 57:20

58:2
seven 42:9 47:7
share 40:23
  41:21 57:15
sharing 9:5
sheet 10:10
  57:13,22
shop 40:3
short 12:16
shorthand 1:18
shortly 11:15
  23:17 29:17
showing 20:23
shut 9:12
sign 24:15
signature 62:19
signed 7:16
  8:23
significant
  11:19 18:11
similar 38:15
  39:7 42:15
  47:17 54:22
similarly 14:19
simply 17:13
  18:2
sinclair 4:15
single 32:12
sit 19:14 22:12
site 40:10
situation 35:6
  37:9
six 45:9 53:15
size 40:12

soft 49:20
sold 36:19
solicitation
  9:19
solution 35:6
  35:14,18 36:24
solve 35:4
  36:11
soon 23:4 44:10
  49:14
sooner 45:3
sore 56:15
sorry 52:13
  59:9
sort 18:25 34:8
  35:6
southern 1:3
  5:10
speak 17:20
  32:14,17 51:17
speaker 32:16
speaks 5:13
special 5:18
  36:10
specific 17:2
  18:22
specifically
  15:3 16:23
  17:24 18:12
  19:4
spend 15:24
  60:4
spent 27:17
  35:19 53:23

**spin** 12:5
**spokesperson** 32:7,9,13 33:2 37:13
**sponsor** 10:9
**sponsors** 17:25 18:5,14
**stage** 54:17
**stakeholders** 33:15
**stalking** 10:7 10:12
**stand** 14:11 15:25 16:16,22 23:10
**stands** 21:12
**start** 16:12 23:15 27:23 38:12
**started** 14:6 23:11 35:3
**state** 1:19 5:14 16:2 62:5
**states** 1:2 5:9
**ste** 18:12
**stenographer** 5:15 9:15 32:15
**steps** 19:20 49:25
**steve** 3:23 33:19 42:7
**stipulations** 1:21

**stock** 41:2 56:20 57:9
**stood** 16:17
**story** 33:25
**stream** 9:12
**streaming** 9:4
**stress** 22:4 23:20
**strikes** 23:3
**strongly** 48:2
**struck** 57:8
**structure** 11:16 11:25 15:4 17:6 19:19 31:9 38:15,25 39:9 42:24 43:9,10,17,18 43:22 45:17 48:24 56:19
**structured** 14:20 17:12,18 17:22
**structures** 11:13
**stuck** 53:4
**subject** 41:13 49:9 52:6,8,12 52:18,20
**submit** 13:13 52:22
**subscribed** 64:14
**subsequent** 12:20,23 31:17

**substantially** 38:15 39:7 42:15
**sufficient** 58:5
**summarize** 38:10
**summary** 60:15
**support** 36:23 57:24
**sure** 33:10 36:3 53:7 60:9
**swift** 37:18
**sworn** 64:14
**syncing** 60:5

**t**

**t** 63:3,3
**tail** 23:18
**take** 21:19 28:7 28:17 57:10
**taken** 1:17 27:5 55:4
**talk** 24:25 25:9 28:16 49:22
**tap** 37:6
**team** 5:18,25 6:9 11:15 17:19 47:23 50:25
**technologies** 10:5
**tell** 36:19
**ten** 45:17
**term** 10:9
**terms** 7:18 8:25 9:10 10:7 13:5

39:24 44:5
**testimony** 64:8
**texas** 56:13
**thank** 33:17 34:18,22,23,24 37:10,14,15 58:22 61:4
**thankful** 36:21
**thanks** 14:8 20:23 21:17 29:20 38:6 48:6 50:2 53:2 53:3 58:16 59:14,23 60:20
**thing** 20:10 22:20 26:12 50:18
**things** 33:11
**think** 14:11,11 15:10 16:2,4 19:8,10,13,22 20:6 21:7 23:5 24:23 26:4,23 28:25 29:9,14 33:7,11,12,25 34:4,13 53:17 54:5,10,11,13 54:15 59:4
**thinks** 24:20
**third** 41:19
**three** 14:16 42:12 45:12 47:10
**till** 53:5

**[time - value]** Page 19

time  1:17 5:4
  5:13 11:22
  12:4 22:18
  27:18 30:13
  32:15,16,17
  34:3 35:19
  37:20,25 38:3
  49:5 50:4,5,9
  53:24 61:2,2,6
timely  31:2
times  46:11
title  32:18
today  5:16 6:2
  6:15 7:23
  14:11,15 16:16
  16:18,22 17:12
  18:10 19:3,14
  20:24 21:24
  24:11 28:2
  29:3 34:23
  36:15,22 60:14
  60:24
today's  5:11
  6:19 7:17 8:2
  8:24 55:17
together  34:13
token  20:14
  38:24 39:15
  42:4 48:3,5
  55:23 59:6,13
  59:15
tokens  44:14
  55:16
tom  3:18 21:25
  28:22

tomorrow
  58:11 60:8,25
touched  26:24
tough  28:5
towards  22:19
town  23:5
toys  36:18
trading  41:24
trail  9:20
transaction
  11:13,16,25
  12:6 43:25
  54:6 55:14
  56:2
transactions
  39:19
transcript  9:16
  9:20 25:7 62:7
  64:5,8
transmitting
  9:7
transparency
  7:3 8:10
traunches  57:5
treatment
  51:18
tried  35:17
true  62:7 64:8
truman  3:10
trust  11:5 15:4
  42:18 47:18
  48:24,25
trustee  36:16
try  14:5,9
  26:10,15

trying  35:4,11
  35:13
turetsky  3:17
turn  13:22 21:7
  21:14 38:3
  52:23 60:18
turning  21:5
  50:13
tweet  24:25
tweeting  9:4
two  10:18
  11:12 16:13
  17:8,10 22:22
  23:13 42:9,10
  45:12 46:14
  47:8,9 48:22
  50:19 51:12
  55:12 59:19
tyler  4:11
typically  6:23
  8:6

**u**

ucc  15:15 16:16
  19:5,12 42:11
  42:12,20 47:9
  47:11,21 53:11
  55:8 58:24
ucc's  16:5
uncertainty
  54:20
undefined
  41:20
under  7:18
  8:25 9:23 30:6
  39:9,21 40:13

41:8 43:10,16
  44:20,23 47:3
  47:3 50:24
  51:18 57:10
  58:2
understand  7:8
  8:15 35:11
unfortunate
  35:5
unfortunately
  35:8
unique  6:25 8:8
  11:10,12 28:7
  29:10,12 35:6
  37:9
united  1:2 5:8
units  56:21,22
updated  49:13
uplisting  43:24
upside  37:4
  41:20 59:18
upwards  54:16
uretsky  3:24
used  51:7

**v**

vadim  4:17
valon  10:23
  34:12 38:21
valuable  15:10
valuate  28:6
  31:11
valuation  45:19
  45:23
value  16:8
  17:15 18:2

**[value - ziman]**

19:9 20:25
33:13 45:7,18
51:6,9,10
53:18 54:11
**van** 4:12
**vaneck** 11:3
35:20,20 43:12
**various** 6:17
7:7 8:14
**vest** 56:24 57:6
**vesting** 57:2
**viable** 19:18
**video** 21:18
**view** 26:13
57:17
**views** 26:8
**virtually** 12:10
**vote** 46:15 49:9
49:10

| w |
| --- |

**walk** 52:25
**want** 12:10
14:3 22:4
23:18,20 24:7
24:15 25:12,13
26:5,6,22 28:3
29:24 34:21
35:9 50:18
53:23 55:9
**wanted** 33:22
53:9
**watching** 33:23
**way** 19:11 59:4
62:12

**we've** 18:4,7
19:10,22 20:6
22:8 24:6 29:5
32:19 33:8
35:9,11 53:10
53:14,23
**website** 9:18
**weekly** 28:23
**weinberg** 2:16
6:14
**whatever's**
55:10
**whereof** 62:14
**white** 3:14 6:13
21:15,21 26:9
32:3
**willing** 51:25
**willkie** 48:21
**wind** 14:23
19:18 45:3
47:16 49:3,21
56:14
**winner** 46:21
**winning** 23:9
**wishes** 52:22
**witness** 62:14
**wofford** 3:16
**words** 56:12
**work** 19:6 23:9
25:22 48:4
56:7 59:11
**worked** 24:4
28:19
**working** 26:20
53:17 60:14

**works** 48:3
58:4
**worth** 54:11,16
55:25
**wound** 44:7
**writing** 20:3
31:23
**wyatt** 4:12

| x |
| --- |

**x** 1:5,9

| y |
| --- |

**yara** 4:15
**yarborough**
4:5
**year** 22:25
35:21 40:21
45:2,12,12,13
45:14 46:4
49:6,8 56:6,25
57:6,7
**year's** 57:9
**years** 45:2,4
46:14 55:12
56:25
**york** 1:3,11,11
1:19 2:5,5 5:10
62:5

| z |
| --- |

**zach** 3:5
**ziman** 4:5

## Exhibit B

**Auction Transcript from April 26, 2023**

Page 1

1          Celsius Network Ltd. Auction

2

3

4

5

6      Moderated by Daniel S. Latona, Esquire

7          Wednesday, April 26, 2023

8              11:36 a.m.

9

10

11    Kirkland & Ellis, LLP - Remote Proceeding

12       601 Lexington Avenue, 50th Floor

13         New York, New York 10022

14

15

16

17

18

19   Reported by:   John Sheffield

20   JOB NO.:       5886862

21

22

23

24

25

Page 2

1                 P R O C E E D I N G S

2                 THE AUCTIONEER:  -- 11:37 a.m. Eastern

3      Time.  We are back on the record.

4                 Welcome back to day two of the Celsius

5      auction.  The debtors, in consultation with the

6      committee, have determined for purposes of the auction

7      that bidder should assume that the loan settlement

8      previously disclosed in the bid protections motion

9      filed at docket no. 2151 is not part of the Chapter 11

10     plan.

11                The debtors and the committee continue

12     to discuss the treatment of retail loans under the

13     Chapter 11 plan.

14                Bidders should also assume new co. will

15     be capitalized with approximately 500 million of

16     liquid cryptocurrency.  As a result, there will be a

17     meaningful higher amount of liquid cryptocurrency

18     distributed to account holders.

19                Bidders should take this, among other

20     things, into consideration when revising their bids.

21     We will be in touch later with a further update when

22     we can go back on the record.

23                The time is 11:38 a.m. Eastern Time and

24     we're off the record.

25     //

Page 3

1          (Whereupon, the meeting concluded at

2          11:38 a.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                    CERTIFICATE OF DEPOSITION OFFICER

2                    I, JOHN SHEFFIELD, the officer before whom

3        the foregoing proceedings were taken, do hereby

4        certify that any witness(es) in the foregoing

5        proceedings, prior to testifying, were duly sworn;

6        that the proceedings were recorded by me and

7        thereafter reduced to typewriting by a qualified

8        transcriptionist; that said digital audio recording of

9        said proceedings are a true and accurate record to the

10       best of my knowledge, skills, and ability; that I am

11       neither counsel for, related to, nor employed by any

12       of the parties to the action in which this was taken;

13       and, further, that I am not a relative or employee of

14       any counsel or attorney employed by the parties

15       hereto, nor financially or otherwise interested in the

16       outcome of this action.

17

18

19                        JOHN SHEFFIELD

20          Notary Public in and for the

21                  State of New York

22

23

24

25

Page 5

1        CERTIFICATE OF TRANSCRIBER

2            I, ALICE AMUSIN, do hereby certify that this

3    transcript was prepared from the digital audio

4    recording of the foregoing proceeding, that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; that I am neither counsel for, related to,

8    nor employed by any of the parties to the action in

9    which this was taken; and, further, that I am not a

10   relative or employee of any counsel or attorney

11   employed by the parties hereto, nor financially or

12   otherwise interested in the outcome of this action.

13

14

15              ALICE AMUSIN

16

17

18

19

20

21

22

23

24

25

[& - loans]                                                           Page 1

| & | | | |
| --- | --- | --- | --- |

**&**

& 1:11

**1**

10022 1:13
11 2:9,13
11:36 1:8
11:37 2:2
11:38 2:23 3:2

**2**

2023 1:7
2151 2:9
26 1:7
26290 5:14
28643 4:18

**5**

500 2:15
50th 1:12
5886862 1:20

**6**

601 1:12

**a**

a.m. 1:8 2:2,23
  3:2
ability 4:10 5:7
account 2:18
accurate 4:9
  5:5
action 4:12,16
  5:8,12
alice 5:2,15
amount 2:17
amusin 5:2,15

**approximately**
  2:15
april 1:7
assume 2:7,14
attorney 4:14
  5:10
auction 1:1 2:5
  2:6
auctioneer 2:2
audio 4:8 5:3
avenue 1:12

**b**

back 2:3,4,22
best 4:10 5:6
bid 2:8
bidder 2:7
bidders 2:14,19
bids 2:20

**c**

c 2:1
capitalized
  2:15
celsius 1:1 2:4
certificate 4:1
  5:1
certify 4:4 5:2
chapter 2:9,13
committee 2:6
  2:11
concluded 3:1
consideration
  2:20
consultation
  2:5

**continue** 2:11
counsel 4:11,14
  5:7,10
cryptocurrency
  2:16,17

**d**

d 2:1
daniel 1:6
day 2:4
debtors 2:5,11
deposition 4:1
determined 2:6
digital 4:8 5:3
disclosed 2:8
discuss 2:12
distributed
  2:18
docket 2:9
duly 4:5

**e**

e 2:1,1
eastern 2:2,23
ellis 1:11
employed 4:11
  4:14 5:8,11
employee 4:13
  5:10
es 4:4
esquire 1:6

**f**

filed 2:9
financially 4:15
  5:11

**floor** 1:12
foregoing 4:3,4
  5:4
further 2:21
  4:13 5:9

**g**

g 2:1
go 2:22

**h**

hereto 4:15
  5:11
higher 2:17
holders 2:18

**i**

interested 4:15
  5:12

**j**

job 1:20
john 1:19 4:2
  4:19

**k**

kirkland 1:11
knowledge
  4:10 5:6

**l**

latona 1:6
lexington 1:12
liquid 2:16,17
llp 1:11
loan 2:7
loans 2:12

| m | | |
|---|---|---|
| **meaningful** 2:17 | **protections** 2:8 | **t** |
| **meeting** 3:1 | **public** 4:20 | **take** 2:19 |
| **million** 2:15 | **purposes** 2:6 | **taken** 4:3,12 5:9 |
| **moderated** 1:6 | **q** | **testifying** 4:5 |
| **motion** 2:8 | **qualified** 4:7 | **things** 2:20 |

| n | | |
|---|---|---|
| **n** 2:1 | **r** | **time** 2:3,23,23 |
| **neither** 4:11 5:7 | **r** 2:1 | **touch** 2:21 |
| **network** 1:1 | **record** 2:3,22 2:24 4:9 5:5 | **transcriber** 5:1 |
| **new** 1:13,13 2:14 4:21 | **recorded** 4:6 | **transcript** 5:3,5 |
| **notary** 4:20 | **recording** 4:8 5:4 | **transcriptionist** 4:8 |

| o | | |
|---|---|---|
| **o** 2:1 | **reduced** 4:7 | **treatment** 2:12 |
| **officer** 4:1,2 | **related** 4:11 5:7 | **true** 4:9 5:5 |
| **outcome** 4:16 5:12 | **relative** 4:13 5:10 | **two** 2:4 |
| | **remote** 1:11 | **typewriting** 4:7 |

| p | | |
|---|---|---|
| **p** 2:1 | **reported** 1:19 | **u** |
| **part** 2:9 | **result** 2:16 | **under** 2:12 |
| **parties** 4:12,14 5:8,11 | **retail** 2:12 | **update** 2:21 |
| **plan** 2:10,13 | **revising** 2:20 | **w** |
| **prepared** 5:3 | **s** | **wednesday** 1:7 |
| **previously** 2:8 | **s** 1:6 2:1 | **welcome** 2:4 |
| **prior** 4:5 | **settlement** 2:7 | **witness** 4:4 |
| **proceeding** 1:11 5:4 | **sheffield** 1:19 4:2,19 | **y** |
| **proceedings** 4:3,5,6,9 5:6 | **signature** 4:18 5:14 | **york** 1:13,13 4:21 |
| | **skills** 4:10 5:6 | |
| | **state** 4:21 | |
| | **sworn** 4:5 | |

**Exhibit C**

**Auction Transcript from April 27, 2023**

Page 1

1           UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF NEW YORK

3    _____

4    In re:

5    CELSIUS NETWORK, LLC, et al.,            Case No.

6          Debtors,                           22-10964(MG)

7    _____

8                    ADJOURNMENT OF AUCTION

9    DATE:          Thursday, April 27, 2023

10   TIME:          12:47 p.m.

11   LOCATION:      Kirkland & Ellis

12                  601 Lexington Avenue, Floor 50

13                  New York, NY 10022

14   REPORTED BY:   Chanyri Figueroa Monsanto, Notary

15                  Public

16   JOB NO.:       5893953

17

18

19

20

21

22

23

24

25

Page 2

1              A P P E A R A N C E S

2    ON BEHALF OF DEBTORS AND DEBTORS IN POSSESSION:

3         DAN LATONA, ESQUIRE

4         Kirkland & Ellis LLP

5         601 Lexington Avenue, Floor 50

6         New York, NY 10022

7         dan.latona@kirkland.com

8         tanzila.zomo@kirkland.com

9         joshua.raphael@kirkland.com

10        (212) 446-4800

11        (312) 862-2000

12

13   ALSO PRESENT:

14        Ryan Kielty, Centerview Partners

15        Marc Puntus, Centerview Partners

16

17

18

19

20

21

22

23

24

25

Page 3

1                        **E X H I B I T S**

2    NO.                DESCRIPTION                    PAGE

3                      (None marked.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 4

1                    CELSIUS NETWORK, LLC

2            MR. LATONA:  Good afternoon.  The

3       time is 12:47 p.m. Eastern time, and we

4       are back on the record.  This is Dan

5       Latona of Kirkland & Ellis on behalf of

6       Celsius Network Limited and its debtors.

7       Today is Day 3 of the Celsius auction.

8            To all those account holders and

9       regulatory entities listening in, thank

10      you for being patient.  We understand that

11      there is significant downtime to this

12      process and not many updates.  But rest

13      assured, the debtors in the community have

14      been working with each bidding group over

15      the past 24 hours to improve the terms of

16      the bids.

17           At this time, the debtors in the

18      community have determined that a Nuco bid

19      is currently higher and better than a

20      standalone mining and wind-down.  The Nuco

21      bid that is currently the highest invested

22      is that of NovaWulf.

23           In a moment, I'll pass the microphone

24      to the Centerview team to walk through the

25      criteria that the debtors in the community

Page 5

CELSIUS NETWORK, LLC

1

2          are considering.

3                At the same time, the debtors in the

4          committee are continuing to develop a

5          back-up bid for an orderly distribution of

6          the debtors' liquid and illiquid assets

7          and standalone mining operation to the

8          extent that a Nuco bid cannot be

9          consummated.

10               With that, I'll pass the microphone

11         to the Centerview team to walk through the

12         details of the revised bid.

13               MR. KIELTY:  Hello -- okay.  Ryan

14         Kielty from Centerview Partners for the

15         debtors.  First, before I turn it over to

16         Marc for the considerations used in making

17         that determination that Dan just

18         announced, a couple of clarifying

19         additions to each of the bids.

20               So first with respect to Fahrenheit,

21         the fixed incentive fee economics in the

22         proposal that's been put on the record

23         previously does not include economics,

24         cash, or any equity incentives for the

25         executive management team and other senior

Page 6

```
 1                    CELSIUS NETWORK, LLC
 2      management team members of the proposed
 3      Nuco.
 4           Second clarification is Fahrenheit
 5      has improved its bid by dropping its
 6      approval rate on one of the UCC proposed
 7      board members in the seven board members
 8      that I walked through the specifics of
 9      earlier on the record.
10           With respect to NovaWulf, again, a
11      point of clarification.  All management
12      equity grants for Nuco combining equity
13      that may be given as part of their
14      compensation package, as well as cash
15      compensation for the executive management
16      team of Nuco, is included in the fixed fee
17      that has already been put on the record.
18           And both bidders have further
19      enhanced their mining offering under their
20      bids by providing more clarity on hosting
21      and/or proprietary expansion
22      opportunities.  So I'll turn it over to
23      Marc.
24           MR. PUNTUS:  Thanks, Ryan.  Marc
25      Puntus from Centerview Partners.  I'm
```

Page 7

CELSIUS NETWORK, LLC

1

2     going to walk through the factors the

3     debtors and the UCC have considered and

4     will continue to consider as part of these

5     determinations.

6           First factor is aggregate fees, both

7     fixed and incentive fee.

8           The second factor is break-up fee and

9     expense reimbursement.  As of today, were

10    we not to choose NovaWulf, we would owe a

11    $5 million break-up fee and up to $8

12    million in expense reimbursement.

13          The third factor is as I'll call it

14    incremental consideration.  As was

15    reflected on the record, NovaWulf has

16    offered two components in incremental

17    consideration.

18          The fifth factor is regulatory

19    risk/certainty.  That is something we

20    spent a lot of time talking about as to

21    each of the bidders in this process.

22          The next factor is just overall

23    execution risk.  As I think we've all

24    discussed, it's unfortunately not as

25    simple as signing an agreement today.  We

Page 8

1                 CELSIUS NETWORK, LLC
2          hope to pick a winner, and then we need to
3          move forward to get a plan confirmed and
4          Nuco stood up and support it.
5               Next factor is overall strength of
6          management.  This is an important factor.
7          Each of the bidders has provided us a
8          business plan with different components
9          including mining.  So strength of
10         management, the ability to operate and
11         stand up businesses, the ability to
12         operate a mining business.
13              We have spent a lot of time with the
14         committee, its members, our board members,
15         discussing those issues as in between the
16         bidders.
17              The last factor broadly is liquidity.
18         We are going to create a new code here
19         that will issue equity in some form,
20         tokenized or regular equity.  It is
21         important to all of us that we do the best
22         we can in the circumstances to support the
23         trading value of that equity.
24              We know there will be pressure on it
25         immediately after consummation of a plan.

Page 9

1              CELSIUS NETWORK, LLC

2      So we have discussed these issues with

3      both parties, and we have taken into

4      account each party's perspective on that

5      specific issue.

6          As to overall fees, we and the

7      committee have put together an analysis

8      and a model, which shows what those fees

9      would be in the aggregate over a five-year

10     period as in between the two bids.  And

11     we're happy to share that analysis with

12     both bidders in an attempt to give you

13     some better framework to fashion what was

14     hopefully another bid.

15         And with that, I think I -- you're

16     ready to go off the record?  But I'm

17     finished.  Thank you, guys.  We really

18     appreciate everybody's help with this.

19         Dan is right.  I think what we would

20     like or what we would hope for that people

21     have been thinking about this overnight.

22     And Fahrenheit is on the clock.  And we

23     would hope that within the hour, the

24     Fahrenheit group can come back to us with

25     a competing bid.  We would hope.  We

Page 10

1                    CELSIUS NETWORK, LLC

2        request.  We encourage.

3              MR. LATONA:  All right.  Thanks,

4        Marc.  Dan Latona of Kirkland & Ellis.

5        The time is 12:54 p.m. Eastern, and we are

6        off the record.

7              (Whereupon, at 12:54 p.m., the

8              proceeding was concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 11

CERTIFICATE OF DEPOSITION OFFICER

I, CHANYRI FIGUEROA MONSANTO, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

CHANYRI FIGUEROA MONSANTO

Notary Public in and for the

State of New York

Page 12

1                    CERTIFICATE OF TRANSCRIBER

2            I, ARIEL ANDREW, do hereby certify that this

3    transcript was prepared from the digital audio recording of

4    the foregoing proceeding, that said transcript is a true

5    and accurate record of the proceedings to the best of my

6    knowledge, skills, and ability; that I am neither counsel

7    for, related to, nor employed by any of the parties to the

8    action in which this was taken; and, further, that I am not

9    a relative or employee of any counsel or attorney employed

10   by the parties hereto, nor financially or otherwise

11   interested in the outcome of this action.

12

13

14                                    ARIEL ANDREW

15

16

17

18

19

20

21

22

23

24

25

**[& - considerations]**                                                          Page 1

| & | a | b | |
|---|---|---|---|
| **&**  1:11 2:4 4:5 10:4 | **ability**  8:10,11 11:9 12:6 | **b**  3:1 | 5:11,14 6:25 |
| **1** | **account**  4:8 9:4 | **back**  4:4 5:5 9:24 | **certainty**  7:19 |
| **10022**  1:13 2:6 | **accurate**  11:8 12:5 | **behalf**  2:2 4:5 | **certificate**  11:1 12:1 |
| **12:47**  1:10 4:3 | **action**  11:11,15 12:8,11 | **best**  8:21 11:9 12:5 | **certify**  11:4 12:2 |
| **12:54**  10:5,7 | **additions**  5:19 | **better**  4:19 9:13 | **chanyri**  1:14 11:2,17 |
| **2** | **adjournment**  1:8 | **bid**  4:18,21 5:5 5:8,12 6:5 9:14 9:25 | **choose**  7:10 |
| **2023**  1:9 | **afternoon**  4:2 | **bidders**  6:18 7:21 8:7,16 9:12 | **circumstances**  8:22 |
| **212**  2:10 | **aggregate**  7:6 9:9 | **bidding**  4:14 | **clarification**  6:4,11 |
| **22-10964**  1:6 | **agreement**  7:25 | **bids**  4:16 5:19 6:20 9:10 | **clarifying**  5:18 |
| **24**  4:15 | **al**  1:5 | **board**  6:7,7 8:14 | **clarity**  6:20 |
| **25639**  11:16 | **analysis**  9:7,11 | **break**  7:8,11 | **clock**  9:22 |
| **27**  1:9 | **andrew**  12:2,14 | **broadly**  8:17 | **code**  8:18 |
| **27972**  12:13 | **announced**  5:18 | **business**  8:8,12 | **combining**  6:12 |
| **3** | **appreciate**  9:18 | **businesses**  8:11 | **come**  9:24 |
| **3**  4:7 | **approval**  6:6 | **c** | **committee**  5:4 8:14 9:7 |
| **312**  2:11 | **april**  1:9 | **c**  2:1 | **community**  4:13,18,25 |
| **4** | **ariel**  12:2,14 | **call**  7:13 | **compensation**  6:14,15 |
| **446-4800**  2:10 | **assets**  5:6 | **case**  1:5 | **competing**  9:25 |
| **5** | **assured**  4:13 | **cash**  5:24 6:14 | **components**  7:16 8:8 |
| **5**  7:11 | **attempt**  9:12 | **celsius**  1:5 4:1 4:6,7 5:1 6:1 7:1 8:1 9:1 10:1 | **concluded**  10:8 |
| **50**  1:12 2:5 | **attorney**  11:13 12:9 | **centerview**  2:14,15 4:24 | **confirmed**  8:3 |
| **5893953**  1:16 | **auction**  1:8 4:7 | | **consider**  7:4 |
| **6** | **audio**  11:7 12:3 | | **consideration**  7:14,17 |
| **601**  1:12 2:5 | **avenue**  1:12 2:5 | | **considerations**  5:16 |
| **8** | | | |
| **8**  7:11 | | | |
| **862-2000**  2:11 | | | |

[considered - hours]                                                      Page 2

considered  7:3
considering  5:2
consummated
  5:9
consummation
  8:25
continue  7:4
continuing  5:4
counsel  11:10
  11:13 12:6,9
couple  5:18
court  1:1
create  8:18
criteria  4:25
currently  4:19
  4:21

**d**

dan  2:3 4:4
  5:17 9:19 10:4
dan.latona  2:7
date  1:9
day  4:7
debtors  1:6 2:2
  2:2 4:6,13,17
  4:25 5:3,6,15
  7:3
deposition  11:1
description  3:2
details  5:12
determination
  5:17
determinations
  7:5
determined
  4:18

develop  5:4
different  8:8
digital  11:7
  12:3
discussed  7:24
  9:2
discussing  8:15
distribution
  5:5
district  1:1,2
downtime  4:11
dropping  6:5
duly  11:5

**e**

e  2:1,1 3:1
earlier  6:9
eastern  4:3
  10:5
economics  5:21
  5:23
ellis  1:11 2:4
  4:5 10:4
employed
  11:10,13 12:7
  12:9
employee  11:12
  12:9
encourage  10:2
enhanced  6:19
entities  4:9
equity  5:24
  6:12,12 8:19
  8:20,23
es  11:4

esquire  2:3
et  1:5
everybody's
  9:18
execution  7:23
executive  5:25
  6:15
expansion  6:21
expense  7:9,12
extent  5:8

**f**

factor  7:6,8,13
  7:18,22 8:5,6
  8:17
factors  7:2
fahrenheit  5:20
  6:4 9:22,24
fashion  9:13
fee  5:21 6:16
  7:7,8,11
fees  7:6 9:6,8
fifth  7:18
figueroa  1:14
  11:2,17
financially
  11:14 12:10
finished  9:17
first  5:15,20
  7:6
five  9:9
fixed  5:21 6:16
  7:7
floor  1:12 2:5
foregoing  11:3
  11:4 12:4

form  8:19
forward  8:3
framework
  9:13
further  6:18
  11:12 12:8

**g**

give  9:12
given  6:13
go  9:16
going  7:2 8:18
good  4:2
grants  6:12
group  4:14
  9:24
guys  9:17

**h**

h  3:1
happy  9:11
hello  5:13
help  9:18
hereto  11:13
  12:10
higher  4:19
highest  4:21
holders  4:8
hope  8:2 9:20
  9:23,25
hopefully  9:14
hosting  6:20
hour  9:23
hours  4:15

**[illiquid - previously]**                                    Page 3

| i |
|---|
| **illiquid** 5:6 |
| **immediately** 8:25 |
| **important** 8:6 8:21 |
| **improve** 4:15 |
| **improved** 6:5 |
| **incentive** 5:21 7:7 |
| **incentives** 5:24 |
| **include** 5:23 |
| **included** 6:16 |
| **including** 8:9 |
| **incremental** 7:14,16 |
| **interested** 11:14 12:11 |
| **invested** 4:21 |
| **issue** 8:19 9:5 |
| **issues** 8:15 9:2 |

| j |
|---|
| **job** 1:16 |
| **joshua.raphael** 2:9 |

| k |
|---|
| **kielty** 2:14 5:13 5:14 |
| **kirkland** 1:11 2:4 4:5 10:4 |
| **kirkland.com** 2:7,8,9 |
| **know** 8:24 |

| knowledge |
|---|
| 11:9 12:6 |

| l |
|---|
| **latona** 2:3 4:2,5 10:3,4 |
| **lexington** 1:12 2:5 |
| **limited** 4:6 |
| **liquid** 5:6 |
| **liquidity** 8:17 |
| **listening** 4:9 |
| **llc** 1:5 4:1 5:1 6:1 7:1 8:1 9:1 10:1 |
| **llp** 2:4 |
| **location** 1:11 |
| **lot** 7:20 8:13 |

| m |
|---|
| **making** 5:16 |
| **management** 5:25 6:2,11,15 8:6,10 |
| **marc** 2:15 5:16 6:23,24 10:4 |
| **marked** 3:3 |
| **members** 6:2,7 6:7 8:14,14 |
| **mg** 1:6 |
| **microphone** 4:23 5:10 |
| **million** 7:11,12 |
| **mining** 4:20 5:7 6:19 8:9,12 |

| model 9:8 |
|---|
| **moment** 4:23 |
| **monsanto** 1:14 11:2,17 |
| **move** 8:3 |

| n |
|---|
| **n** 2:1 |
| **need** 8:2 |
| **neither** 11:10 12:6 |
| **network** 1:5 4:1,6 5:1 6:1 7:1 8:1 9:1 10:1 |
| **new** 1:2,13 2:6 8:18 11:19 |
| **notary** 1:14 11:18 |
| **novawulf** 4:22 6:10 7:10,15 |
| **nuco** 4:18,20 5:8 6:3,12,16 8:4 |
| **ny** 1:13 2:6 |

| o |
|---|
| **offered** 7:16 |
| **offering** 6:19 |
| **officer** 11:1,2 |
| **okay** 5:13 |
| **operate** 8:10,12 |
| **operation** 5:7 |
| **opportunities** 6:22 |

| orderly 5:5 |
|---|
| **outcome** 11:14 12:11 |
| **overall** 7:22 8:5 9:6 |
| **overnight** 9:21 |
| **owe** 7:10 |

| p |
|---|
| **p** 2:1,1 |
| **p.m.** 1:10 4:3 10:5,7 |
| **package** 6:14 |
| **page** 3:2 |
| **part** 6:13 7:4 |
| **parties** 9:3 11:11,13 12:7 12:10 |
| **partners** 2:14 2:15 5:14 6:25 |
| **party's** 9:4 |
| **pass** 4:23 5:10 |
| **past** 4:15 |
| **patient** 4:10 |
| **people** 9:20 |
| **period** 9:10 |
| **perspective** 9:4 |
| **pick** 8:2 |
| **plan** 8:3,8,25 |
| **point** 6:11 |
| **possession** 2:2 |
| **prepared** 12:3 |
| **present** 2:13 |
| **pressure** 8:24 |
| **previously** 5:23 |

**prior** 11:5
**proceeding** 10:8 12:4
**proceedings** 11:3,4,5,8 12:5
**process** 4:12 7:21
**proposal** 5:22
**proposed** 6:2,6
**proprietary** 6:21
**provided** 8:7
**providing** 6:20
**public** 1:15 11:18
**puntus** 2:15 6:24,25
**put** 5:22 6:17 9:7

**q**

**qualified** 11:7

**r**

**r** 2:1
**rate** 6:6
**ready** 9:16
**really** 9:17
**record** 4:4 5:22 6:9,17 7:15 9:16 10:6 11:9 12:5
**recorded** 11:6
**recording** 11:8 12:3

**reduced** 11:6
**reflected** 7:15
**regular** 8:20
**regulatory** 4:9 7:18
**reimbursement** 7:9,12
**related** 11:10 12:7
**relative** 11:12 12:9
**reported** 1:14
**request** 10:2
**respect** 5:20 6:10
**rest** 4:12
**revised** 5:12
**right** 9:19 10:3
**risk** 7:19,23
**ryan** 2:14 5:13 6:24

**s**

**s** 2:1 3:1
**second** 6:4 7:8
**senior** 5:25
**seven** 6:7
**share** 9:11
**shows** 9:8
**signature** 11:16 12:13
**significant** 4:11
**signing** 7:25
**simple** 7:25
**skills** 11:9 12:6

**southern** 1:2
**specific** 9:5
**specifics** 6:8
**spent** 7:20 8:13
**stand** 8:11
**standalone** 4:20 5:7
**state** 11:19
**states** 1:1
**stood** 8:4
**strength** 8:5,9
**support** 8:4,22
**sworn** 11:5

**t**

**t** 3:1
**taken** 9:3 11:3 11:11 12:8
**talking** 7:20
**tanzila.zomo** 2:8
**team** 4:24 5:11 5:25 6:2,16
**terms** 4:15
**testifying** 11:5
**thank** 4:9 9:17
**thanks** 6:24 10:3
**think** 7:23 9:15 9:19
**thinking** 9:21
**third** 7:13
**thursday** 1:9
**time** 1:10 4:3,3 4:17 5:3 7:20 8:13 10:5

**today** 4:7 7:9 7:25
**together** 9:7
**tokenized** 8:20
**trading** 8:23
**transcriber** 12:1
**transcript** 12:3 12:4
**transcriptionist** 11:7
**true** 11:8 12:4
**turn** 5:15 6:22
**two** 7:16 9:10
**typewriting** 11:6

**u**

**ucc** 6:6 7:3
**under** 6:19
**understand** 4:10
**unfortunately** 7:24
**united** 1:1
**updates** 4:12
**used** 5:16

**v**

**value** 8:23

**w**

**walk** 4:24 5:11 7:2
**walked** 6:8
**we've** 7:23

**[wind - york]**                                                    Page 5

| |
|---|
| **wind**   4:20 |
| **winner**   8:2 |
| **witness**   11:4 |
| **working**   4:14 |
| **x** |
| **x**   3:1 |
| **y** |
| **year**   9:9 |
| **york**   1:2,13 2:6 |
|    11:19 |

**Exhibit D**

**Auction Transcript from April 28, 2023**

Page 1

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3    _____

4    In Re:

5    CELSIUS NETWORK, LLC, et al.,          Case No.

6          Debtors,                    22-10964(MG)

7    _____

8                    ADJOURNMENT OF AUCTION

9    DATE:          Friday, April 28, 2023

10   TIME:          7:03 p.m.

11   LOCATION:      Kirkland & Ellis LLP

12                  601 Lexington Avenue, Floor 50

13                  New York, NY 10022

14   REPORTED BY:   Chanyri Figueroa Monsanto, Notary

15                  Public

16   JOB NO.:       5896153

17

18

19

20

21

22

23

24

25

```
                                                    Page 2
1                    A P P E A R A N C E S
2      ON BEHALF OF DEBTOR AND DEBTORS IN POSSESSION:
3           DAN LATONA, ESQUIRE
4           Kirkland & Ellis
5           601 Lexington Avenue, Floor 50
6           New York, NY 10022
7           dan.latona@kirkland.com
8           (312) 862-3445
9
10     ON BEHALF OF FAHRENHEIT, LLC:
11          NOAH JESSOP, ESQUIRE
12          ANDREW CARTY, ESQUIRE
13
14     ON BEHALF OF BRICK:
15          BRIAN LENNON, ESQUIRE
16
17     ON BEHALF OF CENTERVIEW PARTNER:
18          RYAN KIELTY, ESQUIRE
19          31 West 52nd Street, 22nd Floor
20          New York, NY 10019
21
22
23
24
25
```

Page 3

1                    **E X H I B I T S**

2    NO.              DESCRIPTION                    PAGE

3                      (None marked.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CELSIUS NETWORK, LLC

Page 4

1

2          MR. LATONA:  Okay.  The time is 7:03

3     p.m. Eastern.  We are back on the

4     record.  This is Dan Latona of Kirkland &

5     Ellis on behalf of Celsius, known as the

6     Debtors.  Today is day 4 of the Celsius

7     Auction.

8          Thank you to all listening for your

9     patience.  The debtors and committee have

10    been working very hard with all the

11    bidders to approve upon the terms of their

12    bids, giving them specific feedback and

13    guidance.  As a result, the debtors and

14    committee have received several bids,

15    which we are now going to read into the

16    record.

17          First, the debtors and the committee

18    received a revised bid from the Fahrenheit

19    Group, which the debtors, in consultation

20    with the committee, have determined is the

21    higher or better offer than the current

22    NovaWulf proposal.

23          At this time, I'm going to turn it

24    over to Noah Jessop of the Fahrenheit

25    Group to read that bid into the record.

CELSIUS NETWORK, LLC

Page 5

```
 1

 2          MR. JESSOP:  Good evening.  This is

 3      Noah Jessop from Fahrenheit.  We've been

 4      working tirelessly to drive more value to

 5      Celsius's creditors, so thank you for your

 6      patience and for being here.

 7          The new Fahrenheit bid, what we'd

 8      like to note is we've substantially

 9      matched the NovaWulf bid to make things

10      more easy to compare.  Specifically, we

11      have taken -- totally eliminated the

12      mining fee, you'll also note that removal

13      of the hosting deal.  And instead, have

14      bundled that together.  The only

15      management fee is now $35 million

16      annually, including all mining fees, $5

17      million lower than the NovaWulf bid for

18      $25 million in total savings.  And then

19      also, eliminate the management incentive

20      program matching the NovaWulf fee.

21          For contribution, Fahrenheit has

22      increased our cash out of pocket to help

23      the Celsius creditors to $50 million to

24      purchase equity in either primary or

25      secondary transactions and actions at the
```

CELSIUS NETWORK, LLC

Page 6

```
 1
 2        discretion of the debtor and the
 3        committee.  And then also note, we are
 4        willing to take from the Therium
 5        Capitalization cap, $50 million to help
 6        get the company out of bankruptcy.  If
 7        there was any miss clarity, feel free to
 8        calculate.
 9             And then also, for -- based on the
10        popular creditor request, we would also
11        like to add the consideration of $25 in
12        Arby gift card to our
13        bid.  Apple.  Apple.  Goodness.  Thank you
14        for that correction.
15             MR. KIELTY:  Thank you for that.  Two
16        clarifications.  One -- I'm sorry.  This
17        is Ryan Kielty of Centerview Partners for
18        the debtors.  Two clarifications.  One,
19        with respect to the mining economics being
20        subsumed within the $35 million fixed
21        management fee, that is both the fixed
22        money management fee, as well as the five
23        percent profit share previously described
24        on the record; correct?
25             MR. JESSOP:  That is correct.  In
```

CELSIUS NETWORK, LLC

Page 7

1

2          capped.

3              MR. KIELTY:  Okay.  And then with

4          respect to the last portion of your

5          description where you were describing the

6          incremental cash consideration being made

7          available for distribution, that is not a

8          component of the proposal that you just

9          read; right?  That's correct?

10             MR. CARTY:  Andrew Carty, from Brown

11         Rudnick, on behalf of the Fahrenheit Group

12         -- counsel for the Fahrenheit Group, I

13         should say.

14             So we had submitted two bids.  That

15         aspect of the proposal was with respect to

16         the second bid, which we understand was

17         not the entire bettor.

18             MR. KIELTY:  Correct.

19             MR. CARTY:  So I just wanted to

20         clarify that.  That wasn't part of this

21         bid.

22             MR. KIELTY:  Got it.

23             MR. CARTY:  Thank you.

24             MR. KIELTY:  So the -- with respect -

25         - so the minimum liquid cryptocurrency in

CELSIUS NETWORK, LLC

Page 8

1

2          the new structure that you're bidding on

3          is 500 million as previously described on

4          the record?

5               MR. CARTY:  Consistent with the

6          guidance provided to us by the debtors.

7               MR. KIELTY:  Correct.  Thank

8          you.  And is there any -- is there any

9          change to the Fahrenheit consent over

10         directors in this bid from what was

11         previously on the record?

12              MR. JESSOP:  Yes, that's correct.  We

13         are proposing seven board seats, of which

14         two are Fahrenheit appointed, three are

15         committee appointed, and three are

16         committee -- two -- sorry.  Seven.  We're

17         having trouble counting here.  Two that

18         are Fahrenheit, three that are committee,

19         and then two that are committee proposed

20         Fahrenheit confirmed.

21              MR. CARTY:  With reasonable consent

22         of Fahrenheit.

23              MR. KIELTY:  Right,

24         right.  Consistent with the previous

25         structure.

CELSIUS NETWORK, LLC

Page 9

1

2              MR. CARTY:  Yeah.

3              MR. KIELTY:  Okay.  One final point

4        of clarification.  With respect to the

5        change in -- with respect to the mining

6        economics now being paid through the fixed

7        fee consistent with NovaWulf, you are also

8        assuming the same services that NovaWulf

9        was assuming pursuant to the comparison

10       that was provided to you last time?

11             MR. JESSOP:  That is correct.

12             MR. KIELTY:  Okay.  Thank you.

13             MR. LATONA:  Thank you, Noah and

14       Ryan.  Dan Latona, from Kirkland & Ellis,

15       counsel for Celsius.  In addition to the

16       Fahrenheit bid, the debtors also received

17       a revised proposal from Brick, which I

18       will turn over to Mr. Lennon in just a

19       moment to read that proposal into the

20       record.

21             While Brick did submit a bid that was

22       better than its previous bid, the debtors,

23       in consultation with the committee, did

24       not deem that bid higher or better than

25       the NovaWulf bid at the time.

CELSIUS NETWORK, LLC

Page 10

1

2          In addition, the debtors, the

3     committee, and Brick, continue discussions

4     around the terms of Brick's bid as a

5     backup bid.

6          With that, I'll turn it over to Mr.

7     Lennon.

8          MR. LENNON:  Thank you, Dan.  Brian

9     Lennon of Willkie Farr & Gallagher, on

10    behalf of The Brick.  I think it may make

11    sense to take a brief recess.  And I think

12    we can come back on and read our bid into

13    the record.  We may be able to make some

14    progress during that brief recess if we're

15    all good with that.

16         MR. KIELTY:  How long are you

17    requesting?

18         MR. LENNON:  Fifteen minutes.

19         MR. KIELTY:  Okay.

20         MR. LENNON:  Thank you.

21         MR. LATONA:  The time is 7:10 p.m.

22    Eastern.  We are off the record.

23         (Off the record.)

24         MR. LATONA:  Okay.  The time is 7:23

25    p.m. Eastern.  We are back on the

CELSIUS NETWORK, LLC

Page 11

1

2          record.  This is Dan Latona of Kirkland &

3          Ellis, counsel to Celsius.

4               At this time, I'm going to turn it

5          over to Brian Lennon of The Brick.

6               MR.  LENNON:  Thank you, Dan.  Brian

7          Lennon of Willkie Far & Gallagher, on

8          behalf of The Brick.  When The Brick says

9          15 minutes, we mean it.

10              On Tuesday afternoon, the debtors

11         wrote a summary of the Blockchain Recovery

12         Investment Committee's proposed plan into

13         the record.  In simple terms, The Brick's

14         plan is composed of two components.

15              First, a pure-play publicly traded

16         mining business in which Celsius creditors

17         will receive 100 percent of the equity

18         interests with a potential management

19         contract with GXD.

20              And second, a timely distribution of

21         the liquid cryptocurrency to Celsius

22         creditors.

23              The Brick believes that its plan is

24         cost-efficient and regulatorily

25         compliant.  Since Tuesday, The Brick has

CELSIUS NETWORK, LLC

Page 12

1

2          modified its proposed plan terms in two

3          material ways to address concerns raised

4          by the debtors and the committee.

5               First, The Brick has reduced its

6          proposed planned administration and

7          distribution fee proposal for its five-

8          year plan from approximately $82 million

9          to approximately $72 million.  For

10         clarity, under The Brick's revised

11         proposal, The Brick would receive a

12         planned administration fee of $10 million

13         per year for five years, as well as the

14         distribution fees previously

15         disclosed.  Except that the initial

16         distribution fee of one and a half percent

17         for months zero through six after the

18         effective date shall be replaced with a

19         flat fee of $15 million.  Thereafter,

20         Brick's distribution fees will remain as

21         originally proposed.

22              In addition, the debtors and the

23         committee shall have the ability to set

24         the compensation for the members of the

25         proposed oversight committee in

CELSIUS NETWORK, LLC

Page 13

1

2          consultation with The Brick.  The

3          remaining fee provisions shall remain as

4          originally proposed.

5                Second, The Brick has proposed

6          specific terms on which GXD would be

7          willing to manage the Mining NewCo's [ph]

8          business.  Including overseeing all mining

9          assets and preparing Mining NewCo for its

10         public listing at a flat cost of $3

11         million per year, plus RSUs for five

12         percent of the equity in Mining NewCo.

13               Additionally, GXD has offered to host

14         180 megawatts at GXD's Flagship

15         operational site on the same hosting terms

16         and conditions that Celsius previously

17         agreed to in its prior hosting contract

18         with GXD.

19               The Brick has also committed to serve

20         as a backup plan sponsor, provided that

21         the debtors seek and obtain timely

22         approval of a bankruptcy court order

23         authorizing payment of a $1.5 million fee

24         for serving as the backup plan sponsor,

25         which shall be payable upon entry of the

CELSIUS NETWORK, LLC

Page 14

1

2          order and credited against the first

3          year's planned administration fee, to the

4          extent that The Brick plan is the Chapter

5          11 plan that is ultimately consummated.

6              Payment of a consultation services

7          fee of $500,000 per month.  Payment of a

8          data science claims reconciliation and

9          distribution fee of $15 million paid upon

10         the earlier of the date of the successful

11         initial distribution or 45 days after the

12         effective date.  And immediate and ongoing

13         reimbursement of fees and expenses.

14             The Brick disagrees with the debtor's

15         characterization that its bid is not the

16         highest or otherwise best bid on the

17         record.  But discussion remains ongoing,

18         and we look forward to continuing to

19         participate in this auction.  Thank you.

20             MR. LATONA:  Thank you,

21         Brian.  Again, Dan Latona of Kirkland &

22         Ellis, on behalf of the debtors.

23             And to clarify for the record, we

24         understand that The Brick's

25         characterization, but the debtors and the

CELSIUS NETWORK, LLC

Page 15

1

2        committee have determined that The Brick's

3        bid, as revised, is not higher or better

4        than the current bid.  But we will

5        continue to discuss with Brick on the

6        terms that Mr. Lennon stated.

7            The time is now 7:28 p.m.

8        Eastern.  We are going off the record.  We

9        will be adjourned until further notice.

10           And to clarify for the record, the

11       current bid -- sorry.  NovaWulf will be

12       the next to bid.  Thank you.

13           (Whereupon, at 7:28 p.m., the

14           proceeding was concluded.)

15

16

17

18

19

20

21

22

23

24

25

Page 16

1              CERTIFICATE OF DEPOSITION OFFICER

2              I, CHANYRI FIGUEROA MONSANTO, the officer before

3    whom the foregoing proceedings were taken, do hereby

4    certify that any witness(es) in the foregoing proceedings,

5    prior to testifying, were duly sworn; that the proceedings

6    were recorded by me and thereafter reduced to typewriting

7    by a qualified transcriptionist; that said digital audio

8    recording of said proceedings are a true and accurate

9    record to the best of my knowledge, skills, and ability;

10   that I am neither counsel for, related to, nor employed by

11   any of the parties to the action in which this was taken;

12   and, further, that I am not a relative or employee of any

13   counsel or attorney employed by the parties hereto, nor

14   financially or otherwise interested in the outcome of this

15   action.

16

17

18

19

20   CHANYRI FIGUEROA MONSANTO

     Notary Public in and for the

21   State of New York

22

23

24

25

Page 17

1                    CERTIFICATE OF TRANSCRIBER

2              I, SAMANTHA TAMBURRINO, do hereby certify that

3    this transcript was prepared from the digital audio

4    recording of the foregoing proceeding, that said transcript

5    is a true and accurate record of the proceedings to the

6    best of my knowledge, skills, and ability; that I am

7    neither counsel for, related to, nor employed by any of the

8    parties to the action in which this was taken; and,

9    further, that I am not a relative or employee of any

10   counsel or attorney employed by the parties hereto, nor

11   financially or otherwise interested in the outcome of this

12   action.

13

14

15

16

17

18   SAMANTHA TAMBURRINO

19

20

21

22

23

24

25

| & |
|---|
| **&** 1:11 2:4 4:4 9:14 10:9 11:2 11:7 14:21 |

| 1 |
|---|
| **1.5** 13:23 |
| **10** 12:12 |
| **100** 11:17 |
| **10019** 2:20 |
| **10022** 1:13 2:6 |
| **11** 14:5 |
| **15** 11:9 12:19 14:9 |
| **180** 13:14 |

| 2 |
|---|
| **2023** 1:9 |
| **22-10964** 1:6 |
| **22nd** 2:19 |
| **25** 5:18 6:11 |
| **25639** 16:19 |
| **27070** 17:17 |
| **28** 1:9 |

| 3 |
|---|
| **3** 13:10 |
| **31** 2:19 |
| **312** 2:8 |
| **35** 5:15 6:20 |

| 4 |
|---|
| **4** 4:6 |
| **45** 14:11 |

| 5 |
|---|
| **5** 5:16 |
| **50** 1:12 2:5 5:23 6:5 |
| **500** 8:3 |
| **500,000** 14:7 |
| **52nd** 2:19 |
| **5896153** 1:16 |

| 6 |
|---|
| **601** 1:12 2:5 |

| 7 |
|---|
| **72** 12:9 |
| **7:10** 10:21 |
| **7:28** 15:7,13 |

| 8 |
|---|
| **82** 12:8 |
| **862-3445** 2:8 |

| a |
|---|
| **ability** 12:23 16:9 17:6 |
| **able** 10:13 |
| **accurate** 16:8 17:5 |
| **action** 16:11,15 17:8,12 |
| **actions** 5:25 |
| **add** 6:11 |
| **addition** 9:15 10:2 12:22 |
| **additionally** 13:13 |
| **address** 12:3 |

**adjourned** 15:9
**adjournment** 1:8
**administration** 12:6,12 14:3
**afternoon** 11:10
**agreed** 13:17
**al** 1:5
**andrew** 2:12 7:10
**annually** 5:16
**apple** 6:13,13
**appointed** 8:14 8:15
**approval** 13:22
**approve** 4:11
**approximately** 12:8,9
**april** 1:9
**arby** 6:12
**aspect** 7:15
**assets** 13:9
**assuming** 9:8,9
**attorney** 16:13 17:10
**auction** 1:8 4:7 14:19
**audio** 16:7 17:3
**authorizing** 13:23
**available** 7:7
**avenue** 1:12 2:5

| b |
|---|
| **b** 3:1 |
| **back** 4:3 10:12 10:25 |
| **backup** 10:5 13:20,24 |
| **bankruptcy** 6:6 13:22 |
| **based** 6:9 |
| **behalf** 2:2,10 2:14,17 4:5 7:11 10:10 11:8 14:22 |
| **believes** 11:23 |
| **best** 14:16 16:9 17:6 |
| **better** 4:21 9:22,24 15:3 |
| **bettor** 7:17 |
| **bid** 4:18,25 5:7 5:9,17 6:13 7:16,21 8:10 9:16,21,22,24 9:25 10:4,5,12 14:15,16 15:3 15:4,11,12 |
| **bidders** 4:11 |
| **bidding** 8:2 |
| **bids** 4:12,14 7:14 |
| **blockchain** 11:11 |
| **board** 8:13 |
| **brian** 2:15 10:8 11:5,6 14:21 |

[brick - debtors]                                                                Page 2

**brick** 2:14 9:17
  9:21 10:3,10
  11:5,8,8,23,25
  12:5,11 13:2,5
  13:19 14:4,14
  15:5
**brick's** 10:4
  11:13 12:10,20
  14:24 15:2
**brief** 10:11,14
**brown** 7:10
**bundled** 5:14
**business** 11:16
  13:8

|   c   |
|-------|

**c** 2:1
**calculate** 6:8
**cap** 6:5
**capitalization**
  6:5
**capped** 7:2
**card** 6:12
**carty** 2:12 7:10
  7:10,19,23 8:5
  8:21 9:2
**case** 1:5
**cash** 5:22 7:6
**celsius** 1:5 4:5
  4:6 5:23 9:15
  11:3,16,21
  13:16
**celsius's** 5:5
**centerview**
  2:17 6:17

**certificate** 16:1
  17:1
**certify** 16:4
  17:2
**change** 8:9 9:5
**chanyri** 1:14
  16:2,20
**chapter** 14:4
**characterizati...**
  14:15,25
**claims** 14:8
**clarification**
  9:4
**clarifications**
  6:16,18
**clarify** 7:20
  14:23 15:10
**clarity** 6:7
  12:10
**come** 10:12
**committed**
  13:19
**committee** 4:9
  4:14,17,20 6:3
  8:15,16,18,19
  9:23 10:3 12:4
  12:23,25 15:2
**committee's**
  11:12
**company** 6:6
**compare** 5:10
**comparison** 9:9
**compensation**
  12:24

**compliant**
  11:25
**component** 7:8
**components**
  11:14
**composed**
  11:14
**concerns** 12:3
**concluded**
  15:14
**conditions**
  13:16
**confirmed** 8:20
**consent** 8:9,21
**consideration**
  6:11 7:6
**consistent** 8:5
  8:24 9:7
**consultation**
  4:19 9:23 13:2
  14:6
**consummated**
  14:5
**continue** 10:3
  15:5
**continuing**
  14:18
**contract** 11:19
  13:17
**contribution**
  5:21
**correct** 6:24,25
  7:9,18 8:7,12
  9:11

**correction** 6:14
**cost** 11:24
  13:10
**counsel** 7:12
  9:15 11:3
  16:10,13 17:7
  17:10
**counting** 8:17
**court** 1:1 13:22
**credited** 14:2
**creditor** 6:10
**creditors** 5:5
  5:23 11:16,22
**cryptocurrency**
  7:25 11:21
**current** 4:21
  15:4,11

|   d   |
|-------|

**dan** 2:3 4:4
  9:14 10:8 11:2
  11:6 14:21
**dan.latona** 2:7
**data** 14:8
**date** 1:9 12:18
  14:10,12
**day** 4:6
**days** 14:11
**deal** 5:13
**debtor** 2:2 6:2
**debtor's** 14:14
**debtors** 1:6 2:2
  4:6,9,13,17,19
  6:18 8:6 9:16
  9:22 10:2
  11:10 12:4,22

[debtors - incentive]                                                    Page 3

13:21 14:22,25
**deem** 9:24
**deposition** 16:1
**described** 6:23
  8:3
**describing** 7:5
**description** 3:2
  7:5
**determined**
  4:20 15:2
**digital** 16:7
  17:3
**directors** 8:10
**disagrees** 14:14
**disclosed** 12:15
**discretion** 6:2
**discuss** 15:5
**discussion**
  14:17
**discussions**
  10:3
**distribution**
  7:7 11:20 12:7
  12:14,16,20
  14:9,11
**district** 1:1,2
**drive** 5:4
**duly** 16:5

**e**

**e** 2:1,1 3:1
**earlier** 14:10
**eastern** 4:3
  10:22,25 15:8
**easy** 5:10

**economics** 6:19
  9:6
**effective** 12:18
  14:12
**efficient** 11:24
**either** 5:24
**eliminate** 5:19
**eliminated** 5:11
**ellis** 1:11 2:4
  4:5 9:14 11:3
  14:22
**employed**
  16:10,13 17:7
  17:10
**employee** 16:12
  17:9
**entire** 7:17
**entry** 13:25
**equity** 5:24
  11:17 13:12
**es** 16:4
**esquire** 2:3,11
  2:12,15,18
**et** 1:5
**evening** 5:2
**except** 12:15
**expenses** 14:13
**extent** 14:4

**f**

**fahrenheit** 2:10
  4:18,24 5:3,7
  5:21 7:11,12
  8:9,14,18,20,22
  9:16

**far** 11:7
**farr** 10:9
**fee** 5:12,15,20
  6:21,22 9:7
  12:7,12,16,19
  13:3,23 14:3,7
  14:9
**feedback** 4:12
**feel** 6:7
**fees** 5:16 12:14
  12:20 14:13
**fifteen** 10:18
**figueroa** 1:14
  16:2,20
**final** 9:3
**financially**
  16:14 17:11
**first** 4:17 11:15
  12:5 14:2
**five** 6:22 12:7
  12:13 13:11
**fixed** 6:20,21
  9:6
**flagship** 13:14
**flat** 12:19 13:10
**floor** 1:12 2:5
  2:19
**foregoing** 16:3
  16:4 17:4
**forward** 14:18
**free** 6:7
**friday** 1:9
**further** 15:9
  16:12 17:9

**g**

**gallagher** 10:9
  11:7
**gift** 6:12
**giving** 4:12
**going** 4:15,23
  11:4 15:8
**good** 5:2 10:15
**goodness** 6:13
**group** 4:19,25
  7:11,12
**guidance** 4:13
  8:6
**gxd** 11:19 13:6
  13:13,18
**gxd's** 13:14

**h**

**h** 3:1
**half** 12:16
**hard** 4:10
**help** 5:22 6:5
**hereto** 16:13
  17:10
**higher** 4:21
  9:24 15:3
**highest** 14:16
**host** 13:13
**hosting** 5:13
  13:15,17

**i**

**immediate**
  14:12
**incentive** 5:19

including  5:16
 13:8
increased  5:22
incremental
 7:6
initial  12:15
 14:11
interested
 16:14 17:11
interests  11:18
investment
 11:12

**j**

jessop  2:11
 4:24 5:2,3 6:25
 8:12 9:11
job  1:16

**k**

kielty  2:18 6:15
 6:17 7:3,18,22
 7:24 8:7,23 9:3
 9:12 10:16,19
kirkland  1:11
 2:4 4:4 9:14
 11:2 14:21
kirkland.com
 2:7
knowledge
 16:9 17:6
known  4:5

**l**

latona  2:3 4:2,4
 9:13,14 10:21
 10:24 11:2

14:20,21
lennon  2:15
 9:18 10:7,8,9
 10:18,20 11:5
 11:6,7 15:6
lexington  1:12
 2:5
liquid  7:25
 11:21
listening  4:8
listing  13:10
llc  1:5 2:10
llp  1:11
location  1:11
long  10:16
look  14:18
lower  5:17

**m**

made  7:6
make  5:9 10:10
 10:13
manage  13:7
management
 5:15,19 6:21
 6:22 11:18
marked  3:3
matched  5:9
matching  5:20
material  12:3
mean  11:9
megawatts
 13:14
members  12:24
mg  1:6

million  5:15,17
 5:18,23 6:5,20
 8:3 12:8,9,12
 12:19 13:11,23
 14:9
minimum  7:25
mining  5:12,16
 6:19 9:5 11:16
 13:7,8,9,12
minutes  10:18
 11:9
modified  12:2
moment  9:19
money  6:22
monsanto  1:14
 16:2,20
month  14:7
months  12:17

**n**

n  2:1
neither  16:10
 17:7
network  1:5
new  1:2,13 2:6
 2:20 5:7 8:2
 16:21
newco  13:9,12
newco's  13:7
noah  2:11 4:24
 5:3 9:13
notary  1:14
 16:20
note  5:8,12 6:3
notice  15:9

novawulf  4:22
 5:9,17,20 9:7,8
 9:25 15:11
ny  1:13 2:6,20

**o**

obtain  13:21
offer  4:21
offered  13:13
officer  16:1,2
okay  4:2 7:3
 9:3,12 10:19
 10:24
ongoing  14:12
 14:17
operational
 13:15
order  13:22
 14:2
originally
 12:21 13:4
outcome  16:14
 17:11
overseeing  13:8
oversight  12:25

**p**

p  2:1,1
p.m.  1:10 4:3
 10:21,25 15:7
 15:13
page  3:2
paid  9:6 14:9
part  7:20
participate
 14:19

parties  16:11
  16:13 17:8,10
partner  2:17
partners  6:17
patience  4:9
  5:6
payable  13:25
payment  13:23
  14:6,7
percent  6:23
  11:17 12:16
  13:12
ph  13:7
plan  11:12,14
  11:23 12:2,8
  13:20,24 14:4
  14:5
planned  12:6
  12:12 14:3
play  11:15
plus  13:11
pocket  5:22
point  9:3
popular  6:10
portion  7:4
possession  2:2
potential  11:18
prepared  17:3
preparing  13:9
previous  8:24
  9:22
previously  6:23
  8:3,11 12:14
  13:16

primary  5:24
prior  13:17
  16:5
proceeding
  15:14 17:4
proceedings
  16:3,4,5,8 17:5
profit  6:23
program  5:20
progress  10:14
proposal  4:22
  7:8,15 9:17,19
  12:7,11
proposed  8:19
  11:12 12:2,6
  12:21,25 13:4
  13:5
proposing  8:13
provided  8:6
  9:10 13:20
provisions  13:3
public  1:15
  13:10 16:20
publicly  11:15
purchase  5:24
pure  11:15
pursuant  9:9

**q**

qualified  16:7

**r**

r  2:1
raised  12:3
read  4:15,25
  7:9 9:19 10:12

reasonable
  8:21
receive  11:17
  12:11
received  4:14
  4:18 9:16
recess  10:11,14
reconciliation
  14:8
record  4:4,16
  4:25 6:24 8:4
  8:11 9:20
  10:13,22,23
  11:2,13 14:17
  14:23 15:8,10
  16:9 17:5
recorded  16:6
recording  16:8
  17:4
recovery  11:11
reduced  12:5
  16:6
regulatorily
  11:24
reimbursement
  14:13
related  16:10
  17:7
relative  16:12
  17:9
remain  12:20
  13:3
remaining  13:3
remains  14:17

removal  5:12
replaced  12:18
reported  1:14
request  6:10
requesting
  10:17
respect  6:19
  7:4,15,24 9:4,5
result  4:13
revised  4:18
  9:17 12:10
  15:3
right  7:9 8:23
  8:24
rsus  13:11
rudnick  7:11
ryan  2:18 6:17
  9:14

**s**

s  2:1 3:1
samantha  17:2
  17:18
savings  5:18
says  11:8
science  14:8
seats  8:13
second  7:16
  11:20 13:5
secondary  5:25
seek  13:21
sense  10:11
serve  13:19
services  9:8
  14:6

serving   13:24
set   12:23
seven   8:13,16
several   4:14
share   6:23
signature   16:19
　17:17
simple   11:13
site   13:15
six   12:17
skills   16:9 17:6
sorry   6:16 8:16
　15:11
southern   1:2
specific   4:12
　13:6
specifically
　5:10
sponsor   13:20
　13:24
state   16:21
stated   15:6
states   1:1
street   2:19
structure   8:2
　8:25
submit   9:21
submitted   7:14
substantially
　5:8
subsumed   6:20
successful
　14:10
summary   11:11

sworn   16:5

**t**

t   3:1
take   6:4 10:11
taken   5:11 16:3
　16:11 17:8
tamburrino
　17:2,18
terms   4:11 10:4
　11:13 12:2
　13:6,15 15:6
testifying   16:5
thank   4:8 5:5
　6:13,15 7:23
　8:7 9:12,13
　10:8,20 11:6
　14:19,20 15:12
therium   6:4
things   5:9
think   10:10,11
three   8:14,15
　8:18
time   1:10 4:2
　4:23 9:10,25
　10:21,24 11:4
　15:7
timely   11:20
　13:21
tirelessly   5:4
today   4:6
together   5:14
total   5:18
totally   5:11
traded   11:15

transactions
　5:25
transcriber
　17:1
transcript   17:3
　17:4
transcriptionist
　16:7
trouble   8:17
true   16:8 17:5
tuesday   11:10
　11:25
turn   4:23 9:18
　10:6 11:4
two   6:15,18
　7:14 8:14,16
　8:17,19 11:14
　12:2
typewriting
　16:6

**u**

ultimately   14:5
under   12:10
understand
　7:16 14:24
united   1:1

**v**

value   5:4

**w**

wanted   7:19
ways   12:3
we've   5:3,8
west   2:19

willing   6:4 13:7
willkie   10:9
　11:7
witness   16:4
working   4:10
　5:4
wrote   11:11

**x**

x   3:1

**y**

yeah   9:2
year   12:8,13
　13:11
year's   14:3
years   12:13
york   1:2,13 2:6
　2:20 16:21

**z**

zero   12:17

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

**Exhibit E**

**Auction Transcript from May 3, 2023**

Page 1

1                UNITED STATES BANKRUPTCY COURT

2                SOUTHERN DISTRICT OF NEW YORK

3       _____

4       In re:

5       CELSIUS NETWORK LLC, et al.,              Chapter 11

6             Debtors.                            Case No.

7                                                 22-10964 (MG)

8       _____

9                        AUCTION OF

10                   CELSIUS NETWORK LLC

11      DATE:         Wednesday, May 3, 2023

12      TIME:         10:05 p.m.

13      LOCATION:     Kirkland & Ellis LLP

14                    601 Lexington Avenue, Floor 50

15                    New York, NY 10022

16      REPORTED BY:  Chanyri Figueroa Monsanto,

17                    Notary Public

18      JOB NO.:      5898109

19

20

21

22

23

24

25

Page 2

1                    A P P E A R A N C E S

2    ON BEHALF OF DEBTOR CELSIUS NETWORK LLC:

3          DAN LATONA, ESQUIRE

4          Pro Hac Vice, Kirkland & Ellis LLP

5          300 North LaSalle Street

6          Chicago, IL 60654

7          dan.latona@kirkland.com

8          312-862-2000

9

10   ALSO PRESENT:

11         Ryan Kielty, Centerview Partners

12         Jason New, NovaWulf

13         Brian Lennon, The Brick Group

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                    **E X H I B I T S**

2    NO.              DESCRIPTION                    PAGE

3                    (None marked.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                              Page 4
 1              CELSIUS NETWORK LLC, ET AL.
 2         MR. LATONA: All right.  The time is
 3     10:05 p.m., Eastern.  This is day five of
 4     the Celsius Auction.  We are back on the
 5     record.
 6           This is Dan Latona of Kirkland &
 7     Ellis on behalf of Celsius Network LLC,
 8     Debtors. At this time I'll turn the
 9     microphone over to Ryan Kielty of
10     Centerview Partners.
11         MR. KIELTY:  Thanks, Dan.  I won't
12     announce myself because you just did.  So
13     instead of just reading the changes from
14     the last NovaWulf bid that was put on the
15     record, I'm going to read the key details
16     of the bid in its entirety just to
17     consolidate it on the record for
18     simplicity and just to make sure that
19     everybody can follow it as there have been
20     a number of changes.
21           So with respect to the NovaWulf
22     initial consideration, NovaWulf is
23     contributing $45 million which may be
24     structured as a purchase of ESTs via a
25     purchase in primary market meaning a
```

Page 5

1              CELSIUS NETWORK LLC, ET AL.

2     purchase from Nucor at net asset value or

3     kept to the side and used for a secondary

4     equity purchases to support training of

5     the EST after the effective date and which

6     one of those is primary or secondary is at

7     the Debtors and the UCC's discretion.  And

8     any equity purchased with this $45 million

9     is subject to a two-year lockup.

10         Figure is also making a significant

11    contribution here and has increased its

12    contribution to the bid.  Figure's

13    contributing 1 billion HASH Tokens which

14    is consistent with the last bid made on

15    the record.  Figure has increased the

16    contribution of their own equity to the

17    bid.  They're contributing $50 million,

18    structured as ten-year penny warrants and

19    those penny warrants are struck in three

20    point -- sorry that's wrong -- $50 million

21    of Figure equity structured as ten-year

22    penny warrants on a $3.2 billion valuation

23    which was the valuation with Figure's last

24    round of financing.  The additional Figure

25    equity will be contributed to true up the

Page 6

1                 CELSIUS NETWORK LLC, ET AL.

2        proposed $50 million equity contribution

3        if Figure issues equity in the future at

4        or below a $2.4 billion valuation.  So

5        some dilution support in the event that

6        they aren't around.  Figure is also

7        committing all of its lending licenses,

8        service and capabilities, and DARTs, it's

9        an acronym D-A-R-T for Nucor's lending

10       business at Nucor's option.

11             At Nucor's option, Figure will

12       migrate its crypto secured lending

13       business to Nucor and commit to support

14       new lending in Nucor through Figure

15       licenses and servicing at an amount to be

16       agreed by Nucor and Figure which shall not

17       be higher than the lesser of 125 percent

18       of Figure's cost of service and market for

19       those services.

20             Figure will not engage in crypto

21       lending outside of this Nucor partnership

22       and Figure will work with the Nucor

23       management team to introduce new products

24       such as watching and invoicing in

25       marketplaces, new watching in capital

Page 7

1            CELSIUS NETWORK LLC, ET AL.

2     markets and banking services tied to

3     Nucor's equity.

4         The management fee consistent with

5     the last bid is an annual payment of $40

6     million to NovaWulf and consistent with

7     the last bid that includes compensation

8     for Nucor's executives.  So the cost of

9     Nucor's executives is assumed within the

10    management fee and that includes minor

11    executives.

12        The previous management arrangement

13    was a five-year management term.  The

14    management term is still five years but

15    NovaWulf is adding a two-year renewal

16    option for Nucor with a fixed management

17    fee of $40 million per annum adjusted for

18    inflation and no additional equity

19    compensation.  So if the Nucor board

20    wishes to extend the NovaWulf contract by

21    two years they are able to do so.

22        With respect to RSUs consistent with

23    the last bid, the 5 percent in restricted

24    stock units, they invest rapidly over five

25    years and those RSUs have a one-year

Page 8

1                    CELSIUS NETWORK LLC, ET AL.

2        lockup.  And consistent with the last bid

3        there is a 5 percent option package but

4        the structure has been modified so that

5        they are indexed relative to crypto market

6        and I'll explain that now.

7             So 5 percent in aggregate options

8        structured in five challenges of five-year

9        options of 1 percent with one challenge

10       granted each year at the anniversary of

11       the closing.  That's consistent with the

12       last bid.

13            Now, each year's strike price for the

14       1 percent options when they're issued is

15       set at the trailing 90-day average index

16       level of the crypto market capitalization

17       using the CMC 200 index including BTC or

18       some other index to be agreed between

19       NovaWulf, the Debtors, and the UCC.

20            The change to option price based on

21       moving on the agreed index is cumulative

22       from the effective date and the initial

23       share price will be calculated using the

24       effective date net asset value divided by

25       outstanding shares at emergence.  So for

Page 9

1              CELSIUS NETWORK LLC, ET AL.

2        example, if the CMC 200 index including

3        BTC or some other index to be agreed is

4        set at the 100 level at the effective date

5        and the stock price NAV divided by shares

6        outstanding is $10, if after one year the

7        index trades to 150, then the strike price

8        on the options granted at year one will be

9        $15.  So effectively in order for the

10       options to be in the money, Nucor's share

11       price has to outpace the index.

12            There have also been a few

13       clarifications to the exclusivity and the

14       disclosure arrangement as between NovaWulf

15       and Nucor.

16            So Nucor will have a right of first

17       refusal in a mechanism to be agreed on any

18       purchase or intention to purchase greater

19       than $20 million of any class of

20       securities or financial instruments of the

21       operating business.

22            NovaWulf agrees to not create or

23       acquire new operating businesses or

24       material assets of an operating business

25       outside of Nucor.  NovaWulf will have a

Page 10

1              CELSIUS NETWORK LLC, ET AL.

2        customary global allocation policy that

3        includes Nucor and the Nucor board will

4        have disclosure rights to all NovaWulf

5        investor materials including quarterly

6        portfolio detail.

7             There's also been a modification to

8        the key member provisions which were in

9        the original documents filed with the

10       Court supporting the NovaWulf proposal.

11       Key member provisions for five years and

12       the provision is triggered if either

13       Jason, Michael or the future mining CEO

14       depart and are not replaced by executives

15       with comparable industry experience which

16       is subject to the board's approval not to

17       be unreasonably withheld.

18            With respect to liquid crypto and

19       other liquid consideration retained in

20       Nucor, liquid crypto will be retained in

21       Nucor in an amount equaled to 455 million

22       so NovaWulf is releasing an incremental 45

23       million from Nucor so that incremental

24       liquid crypto can be distributed to

25       creditors on or near the effective date.

Page 11

1                CELSIUS NETWORK LLC, ET AL.

2        And then NovaWulf is also maintaining the

3        MSD structure that was in their original

4        proposal with one modification.  So the

5        MSD from the original proposal was a 50

6        basis point distribution of total asset

7        value in the aggregate paid annually.  The

8        MSDs are distributed one for one with the

9        ESTs and they are stapled together for one

10       year and they can trade separately after

11       that.  And the incentive fee, the

12       2.5 percent incentive fee that was

13       previously tied to the MSDs has been

14       removed which is consistent with the

15       incentive fee structured in the original

16       NovaWulf proposal.  So the MSD now is a 50

17       basis point annual distribution of total

18       asset value.

19            NovaWulf has also made modifications

20       to the mining operating and management

21       agreement.  The O&M as we call it will now

22       include a milestone for 100 megawatts of

23       development to be energized within 12

24       months of emergence and a $1 million

25       monthly penalty will be paid to Nucor by

Page 12

1                CELSIUS NETWORK LLC, ET AL.

2        NovaWulf for missing this milestone up to

3        six months so a penalty cap of $6 million.

4        The mining operating agreement Nucor will

5        also be a third-party beneficiary of

6        rights under that agreement.

7             NovaWulf is also making a commitment

8        of mining infrastructure 100 megawatts

9        committed right to lease capacity at a

10       site owned by Somerset Operating Company

11       at Lake Mariner with a ten-year lease

12       priced at $5 per megawatt hour which is

13       approximately $4.2 million per annum

14       assuming 95 percent on-time and that lease

15       shall contain a ten-year renewal option on

16       the same economic terms and consistent

17       with last bid rounds NovaWulf is ongoing

18       to service as a backup bid to try to

19       control the volume there.

20            NovaWulf team, can you confirm that's

21       accurate?

22            MR. NEW:  Yes, just one

23       clarification, Ryan.  With respect to the

24       455 million liquid crypto contribution,

25       that is to the extent that $45 million is

```
                                                    Page 13
 1                   CELSIUS NETWORK LLC, ET AL.
 2        used to purchase as secondary.  If it's
 3        used to purchase in the primary,
 4        effectively that goes up to 500 if the
 5        full 45 million is used in the primary but
 6        that's the only clarification.  Otherwise,
 7        I agree with everything you said.
 8             MR. KIELTY:  Understood.  Thanks.
 9             MR. NEW:  Thank you.
10             MR. KIELTY:  And for the record, that
11        was Jason New with NovaWulf.
12             MR. NEW:  Thank you, Ryan.
13             MR. KIELTY:  Apologies. One
14        clarification with respect to the
15        exclusivity arrangements.  So when I was
16        reading the exclusivity arrangements, I
17        said that Nucor will have a right of first
18        refusal.  I'm going to clarify that as a
19        right of first offer.
20             MR. NEW:  That is correct.  Thank
21        you.
22             MR. KIELTY:  Thanks.  I'll turn it
23        back to Dan Latona with Kirkland & Ellis.
24             MR. LATONA:  Thanks, Ryan.
25             The Debtors in consultation with
```

```
                                            Page 14

 1                  CELSIUS NETWORK LLC, ET AL.

 2      Committee have determined that the revised

 3      NovaWulf bid is currently the highest and

 4      best bid.

 5           The Fahrenheit Group will have until

 6      10 a.m., Eastern tomorrow to submit a

 7      revised bid.

 8           If the Debtors in consultation with

 9      Committee determine that a revised

10      Fahrenheit bid is higher and/or better,

11      then NovaWulf will have two hours from the

12      time the Debtors announce that bid on the

13      record to respond.

14           In addition, over the weekend, The

15      Brick Group submitted revised

16      documentation expressing a willingness to

17      serve as a backup plan sponsor for a plan

18      composed of the following key components:

19           First, a pure play publicly traded

20      mining business in which Celsius creditors

21      will receive 100 percent of the equity

22      interest with a potential management

23      contract with GXD.

24           Second, a liquid crypto currency

25      distribution to Celsius creditors on or as
```

```
                                    Page 15
 1              CELSIUS NETWORK LLC, ET AL.

 2      soon as practical after the effective

 3      date.

 4           Third, a timely monetization of the

 5      remaining assets of the Debtors estates

 6      and subsequent liquid crypto currency

 7      distributions to Celsius creditors.

 8           And finally, the terms of an orderly

 9      wind down.

10           Subject to final documentation, the

11      Debtors and the Committee have accepted

12      The Bricks proposal to serve as the backup

13      plan sponsor on the following terms which

14      will be memorialized in a backup plan

15      sponsor agreement by and among the

16      Debtors, the Committee, and The Brick and

17      will be filed with the Court as soon as

18      possible.

19           The Brick will receive a $1.5 million

20      commitment fee payable as soon as

21      reasonably practical after the banker's

22      court approves the order of Brick serving

23      as a backup plan sponsor which agreement

24      will remain open and effective through

25      December 31, 2023.
```

Page 16

1               CELSIUS NETWORK LLC, ET AL.

2          The Brick will also receive a

3     $500,000 monthly consultation fee

4     retroactive to May 1st through the

5     effective date in exchange for providing

6     the Debtors and the Committee the

7     consultation services described in the

8     backup plan support agreement.

9          The Debtors will also seek Bankruptcy

10    Court approval of the proposed Committee

11    and consultation fees and expense

12    reimbursement as soon as reasonably

13    practical.

14         The Debtors will reimburse The

15    Brick's out-of-pocket reasonable and

16    documented expenses including legal fees

17    through the date the Court approves the

18    backup plan and sponsor agreement.

19         After court approval of the proposed

20    fees and expense reimbursement, the

21    Debtors will pay or reimburse the backup

22    plan sponsor's expenses accrued after the

23    entry of the order through and including

24    the date the Debtors in consultation with

25    the Committee determines a pivot to the

```
                                    Page 17
 1                    CELSIUS NETWORK LLC, ET AL.
 2        backup plan transactions and those
 3        expenses will be subject to a $500,000
 4        cap.
 5             If the Debtors, in consultation with
 6        the Committee, determines a pivot to the
 7        backup plan transactions, the Debtors will
 8        reimburse all reasonable and documented
 9        out-of-pocket expenses of The Brick in
10        connection with effectuating the backup
11        plan.  The Debtors will have the right to
12        terminate the agreement with The Brick
13        upon 30 days written notice at which point
14        The Brick will no longer have the
15        obligation to serve as the backup plan
16        sponsor.
17             In the event the Bankruptcy Court
18        does not approve the proposed fees and
19        expense reimbursement, the Debtors and
20        Committee have agreed to support any
21        substantial contribution motion filed by
22        The Brick in connection with The Brick's
23        participation in the auction and the
24        backup plan sponsor agreement.
25             Brick Group, did I accurately
```

```
                                          Page 18

 1              CELSIUS NETWORK LLC, ET AL.

 2        summarize your proposal?

 3             MR. LENNON:  Thank you, Dan.  Brian

 4        Lennon with Willkie, Farr, & Gallagher on

 5        behalf of The Brick.  We agree with the

 6        description of The Brick's backup planned

 7        proposal.

 8             The Brick continues to believe that

 9        our plan is the right plan for Celsius as

10        stakeholders and would like to thank the

11        Debtors and the Committee for working with

12        us to lock in the path forward for the

13        benefit of the community.

14             We understand that we have an

15        agreement on the proposed economics with

16        both the Debtors and the Committee and

17        look forward to finalizing the

18        documentation as quickly as possible.

19             MR. LATONA:  Thank you, Brian.

20             Again, Dan Latona of Kirkland & Ellis

21        on behalf of Celsius.

22             That will conclude the auction for

23        today.  We are still speaking with the

24        bidders.  Tomorrow's start time we are

25        targeting 9 a.m., Eastern Time.
```

Page 19

1              CELSIUS NETWORK LLC, ET AL.

2          The time is now 10:21 p.m., Eastern.

3      We are going off the record.

4          (Whereupon, at 10:21, p.m. the

5          proceeding was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 20

CERTIFICATE OF DEPOSITION OFFICER

1

2          I, CHANYRI FIGUEROA MONSANTO, the officer before

3     whom the foregoing proceedings were taken, do hereby

4     certify that any witness(es) in the foregoing proceedings,

5     prior to testifying, were duly sworn; that the proceedings

6     were recorded by me and thereafter reduced to typewriting

7     by a qualified transcriptionist; that said digital audio

8     recording of said proceedings are a true and accurate

9     record to the best of my knowledge, skills, and ability;

10    that I am neither counsel for, related to, nor employed by

11    any of the parties to the action in which this was taken;

12    and, further, that I am not a relative or employee of any

13    counsel or attorney employed by the parties hereto, nor

14    financially or otherwise interested in the outcome of this

15    action.

16

17              CHANYRI FIGUEROA MONSANTO

18              Notary Public in and for the

19              State of New York

20

21

22

23

24

25

Page 21

CERTIFICATE OF TRANSCRIBER

1

2              I, DEBORAH ALKER, do hereby certify that this

3      transcript was prepared from the digital audio recording of

4      the foregoing proceeding, that said transcript is a true

5      and accurate record of the proceedings to the best of my

6      knowledge, skills, and ability; that I am neither counsel

7      for, related to, nor employed by any of the parties to the

8      action in which this was taken; and, further, that I am not

9      a relative or employee of any counsel or attorney employed

10     by the parties hereto, nor financially or otherwise

11     interested in the outcome of this action.

12

13

                          *Deborah Alker*

14                        DEBORAH ALKER

15

16

17

18

19

20

21

22

23

24

25

[& - audio]                                                                                  Page 1

| & |
| --- |
| **&**   1:13 2:4 4:6 |
| 13:23 18:4,20 |

| 1 |
| --- |
| **1**   5:13 8:9,14 |
| 11:24 |
| **1.5**   15:19 |
| **10**   9:6 14:6 |
| **100**   9:4 11:22 |
| 12:8 14:21 |
| **10022**   1:15 |
| **10:05**   1:12 4:3 |
| **10:21**   19:2,4 |
| **11**   1:5 |
| **12**   11:23 |
| **125**   6:17 |
| **15**   9:9 |
| **150**   9:7 |
| **1st**   16:4 |

| 2 |
| --- |
| **2.4**   6:4 |
| **2.5**   11:12 |
| **20**   9:19 |
| **200**   8:17 9:2 |
| **2023**   1:11 15:25 |
| **22-10964**   1:7 |
| **25639**   20:16 |
| **28351**   21:13 |

| 3 |
| --- |
| **3**   1:11 |
| **3.2**   5:22 |
| **30**   17:13 |
| **300**   2:5 |

| **31**   15:25 |
| --- |
| **312-862-2000** |
| 2:8 |

| 4 |
| --- |
| **4.2**   12:13 |
| **40**   7:5,17 |
| **45**   4:23 5:8 |
| 10:22 12:25 |
| 13:5 |
| **455**   10:21 12:24 |

| 5 |
| --- |
| **5**   7:23 8:3,7 |
| 12:12 |
| **50**   1:14 5:17,20 |
| 6:2 11:5,16 |
| **500**   13:4 |
| **500,000**   16:3 |
| 17:3 |
| **5898109**   1:18 |

| 6 |
| --- |
| **6**   12:3 |
| **601**   1:14 |
| **60654**   2:6 |

| 9 |
| --- |
| **9**   18:25 |
| **90**   8:15 |
| **95**   12:14 |

| a |
| --- |
| **a.m.**   14:6 18:25 |
| **ability**   20:9 |
| 21:6 |
| **able**   7:21 |

accepted   15:11
accrued   16:22
accurate   12:21
  20:8 21:5
accurately
  17:25
acquire   9:23
acronym   6:9
action   20:11,15
  21:8,11
adding   7:15
addition   14:14
additional   5:24
  7:18
adjusted   7:17
aggregate   8:7
  11:7
agree   13:7 18:5
agreed   6:16
  8:18,21 9:3,17
  17:20
agreement
  11:21 12:4,6
  15:15,23 16:8
  16:18 17:12,24
  18:15
agrees   9:22
al   1:5 4:1 5:1
  6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1
alker   21:2,14

allocation   10:2
amount   6:15
  10:21
anniversary
  8:10
announce   4:12
  14:12
annual   7:5
  11:17
annually   11:7
annum   7:17
  12:13
apologies   13:13
approval   10:16
  16:10,19
approve   17:18
approves   15:22
  16:17
approximately
  12:13
arrangement
  7:12 9:14
arrangements
  13:15,16
asset   5:2 8:24
  11:6,18
assets   9:24 15:5
assumed   7:9
assuming   12:14
attorney   20:13
  21:9
auction   1:9 4:4
  17:23 18:22
audio   20:7 21:3

**[avenue - contribution]**                                    Page 2

| | | | |
|---|---|---|---|
| **avenue** 1:14 | **board's** 10:16 | **centerview** | **company** 12:10 |
| **average** 8:15 | **brian** 2:13 18:3 | 2:11 4:10 | **comparable** |
| **b** | 18:19 | **ceo** 10:13 | 10:15 |
| | **brick** 2:13 | **certificate** 20:1 | **compensation** |
| **b** 3:1 | 14:15 15:16,19 | 21:1 | 7:7,19 |
| **back** 4:4 13:23 | 15:22 16:2 | **certify** 20:4 | **components** |
| **backup** 12:18 | 17:9,12,14,22 | 21:2 | 14:18 |
| 14:17 15:12,14 | 17:25 18:5,8 | **challenge** 8:9 | **composed** |
| 15:23 16:8,18 | **brick's** 16:15 | **challenges** 8:8 | 14:18 |
| 16:21 17:2,7,10 | 17:22 18:6 | **change** 8:20 | **conclude** 18:22 |
| 17:15,24 18:6 | **bricks** 15:12 | **changes** 4:13 | **concluded** 19:5 |
| **banker's** 15:21 | **btc** 8:17 9:3 | 4:20 | **confirm** 12:20 |
| **banking** 7:2 | **business** 6:10 | **chanyri** 1:16 | **connection** |
| **bankruptcy** 1:1 | 6:13 9:21,24 | 20:2,17 | 17:10,22 |
| 16:9 17:17 | 14:20 | **chapter** 1:5 | **consideration** |
| **based** 8:20 | **businesses** 9:23 | **chicago** 2:6 | 4:22 10:19 |
| **basis** 11:6,17 | **c** | **clarification** | **consistent** 5:14 |
| **behalf** 2:2 4:7 | | 12:23 13:6,14 | 7:4,6,22 8:2,11 |
| 18:5,21 | **c** 2:1 | **clarifications** | 11:14 12:16 |
| **believe** 18:8 | **calculated** 8:23 | 9:13 | **consolidate** |
| **beneficiary** | **call** 11:21 | **clarify** 13:18 | 4:17 |
| 12:5 | **cap** 12:3 17:4 | **class** 9:19 | **consultation** |
| **benefit** 18:13 | **capabilities** 6:8 | **closing** 8:11 | 13:25 14:8 |
| **best** 14:4 20:9 | **capacity** 12:9 | **cmc** 8:17 9:2 | 16:3,7,11,24 |
| 21:5 | **capital** 6:25 | **commit** 6:13 | 17:5 |
| **better** 14:10 | **capitalization** | **commitment** | **contain** 12:15 |
| **bid** 4:14,16 | 8:16 | 12:7 15:20 | **continues** 18:8 |
| 5:12,14,17 7:5 | **case** 1:6 | **committed** 12:9 | **contract** 7:20 |
| 7:7,23 8:2,12 | **celsius** 1:5,10 | **committee** 14:2 | 14:23 |
| 12:17,18 14:3,4 | 2:2 4:1,4,7 5:1 | 14:9 15:11,16 | **contributed** |
| 14:7,10,12 | 6:1 7:1 8:1 9:1 | 16:6,10,25 17:6 | 5:25 |
| **bidders** 18:24 | 10:1 11:1 12:1 | 17:20 18:11,16 | **contributing** |
| **billion** 5:13,22 | 13:1 14:1,20,25 | **committing** 6:7 | 4:23 5:13,17 |
| 6:4 | 15:1,7 16:1 | **community** | **contribution** |
| **board** 7:19 | 17:1 18:1,9,21 | 18:13 | 5:11,12,16 6:2 |
| 10:3 | 19:1 | | |

12:24 17:21
**control**  12:19
**correct**  13:20
**cost**  6:18 7:8
**counsel**  20:10
20:13 21:6,9
**court**  1:1 10:10
15:17,22 16:10
16:17,19 17:17
**create**  9:22
**creditors**  10:25
14:20,25 15:7
**crypto**  6:12,20
8:5,16 10:18,20
10:24 12:24
14:24 15:6
**cumulative**
8:21
**currency**  14:24
15:6
**currently**  14:3
**customary**  10:2

### d

**d**  6:9
**dan**  2:3 4:6,11
13:23 18:3,20
**dan.latona**  2:7
**darts**  6:8
**date**  1:11 5:5
8:22,24 9:4
10:25 15:3
16:5,17,24
**day**  4:3 8:15
**days**  17:13

**deborah**  21:2
21:14
**debtor**  2:2
**debtors**  1:6 4:8
5:7 8:19 13:25
14:8,12 15:5,11
15:16 16:6,9,14
16:21,24 17:5,7
17:11,19 18:11
18:16
**december**
15:25
**depart**  10:14
**deposition**  20:1
**described**  16:7
**description**  3:2
18:6
**detail**  10:6
**details**  4:15
**determine**  14:9
**determined**
14:2
**determines**
16:25 17:6
**development**
11:23
**digital**  20:7
21:3
**dilution**  6:5
**disclosure**  9:14
10:4
**discretion**  5:7
**distributed**
10:24 11:8

**distribution**
11:6,17 14:25
**distributions**
15:7
**district**  1:2
**divided**  8:24
9:5
**documentation**
14:16 15:10
18:18
**documented**
16:16 17:8
**documents**
10:9
**duly**  20:5

### e

**e**  2:1,1 3:1
**eastern**  4:3
14:6 18:25
19:2
**economic**  12:16
**economics**
18:15
**effective**  5:5
8:22,24 9:4
10:25 15:2,24
16:5
**effectively**  9:9
13:4
**effectuating**
17:10
**either**  10:12
**ellis**  1:13 2:4
4:7 13:23
18:20

**emergence**  8:25
11:24
**employed**
20:10,13 21:7,9
**employee**  20:12
21:9
**energized**
11:23
**engage**  6:20
**entirety**  4:16
**entry**  16:23
**equaled**  10:21
**equity**  5:4,8,16
5:21,25 6:2,3
7:3,18 14:21
**es**  20:4
**esquire**  2:3
**est**  5:5
**estates**  15:5
**ests**  4:24 11:9
**et**  1:5 4:1 5:1
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1
**event**  6:5 17:17
**everybody**  4:19
**example**  9:2
**exchange**  16:5
**exclusivity**  9:13
13:15,16
**executives**  7:8
7:9,11 10:14

[expense - lasalle]                                                            Page 4

| | | | |
|---|---|---|---|
| **expense** 16:11 16:20 17:19 | **financially** 20:14 21:10 | **h** | **instruments** 9:20 |
| **expenses** 16:16 16:22 17:3,9 | **financing** 5:24 | **h** 3:1 | **intention** 9:18 |
| **experience** 10:15 | **first** 9:16 13:17 13:19 14:19 | **hac** 2:4 | **interest** 14:22 |
| **explain** 8:6 | **five** 4:3 7:13,14 7:24 8:8,8 10:11 | **hash** 5:13 | **interested** 20:14 21:11 |
| **expressing** 14:16 | **fixed** 7:16 | **hereto** 20:13 21:10 | **introduce** 6:23 |
| **extend** 7:20 | **floor** 1:14 | **higher** 6:17 14:10 | **invest** 7:24 |
| **extent** 12:25 | **follow** 4:19 | **highest** 14:3 | **investor** 10:5 |
| **f** | **following** 14:18 15:13 | **hour** 12:12 | **invoicing** 6:24 |
| **fahrenheit** 14:5 14:10 | **foregoing** 20:3 20:4 21:4 | **hours** 14:11 | **issued** 8:14 |
| **farr** 18:4 | **forward** 18:12 18:17 | **i** | **issues** 6:3 |
| **fee** 7:4,10,17 11:11,12,15 15:20 16:3 | **full** 13:5 | **il** 2:6 | **j** |
| **fees** 16:11,16 16:20 17:18 | **further** 20:12 21:8 | **incentive** 11:11 11:12,15 | **jason** 2:12 10:13 13:11 |
| **figueroa** 1:16 20:2,17 | **future** 6:3 10:13 | **include** 11:22 | **job** 1:18 |
| **figure** 5:10,15 5:21,24 6:3,6 6:11,14,16,20 6:22 | **g** | **includes** 7:7,10 10:3 | **k** |
| **figure's** 5:12,23 6:18 | **gallagher** 18:4 | **including** 8:17 9:2 10:5 16:16 16:23 | **kept** 5:3 |
| **filed** 10:9 15:17 17:21 | **global** 10:2 | **increased** 5:11 5:15 | **key** 4:15 10:8 10:11 14:18 |
| **final** 15:10 | **goes** 13:4 | **incremental** 10:22,23 | **kielty** 2:11 4:9 4:11 13:8,10,13 13:22 |
| **finalizing** 18:17 | **going** 4:15 13:18 19:3 | **index** 8:15,17 8:18,21 9:2,3,7 9:11 | **kirkland** 1:13 2:4 4:6 13:23 18:20 |
| **finally** 15:8 | **granted** 8:10 9:8 | **indexed** 8:5 | **kirkland.com** 2:7 |
| **financial** 9:20 | **greater** 9:18 | **industry** 10:15 | **knowledge** 20:9 21:6 |
| | **group** 2:13 14:5,15 17:25 | **inflation** 7:18 | **l** |
| | **gxd** 14:23 | **infrastructure** 12:8 | **lake** 12:11 |
| | | **initial** 4:22 8:22 | **lasalle** 2:5 |

**[latona - number]**                                                                Page 5

| | | | |
|---|---|---|---|
| **latona** 2:3 4:2,6 13:23,24 18:19 18:20 | **make** 4:18 | **million** 4:23 5:8 5:17,20 6:2 7:6 7:17 9:19 10:21,23 11:24 12:3,13,24,25 13:5 15:19 | **net** 5:2 8:24 |
| **lease** 12:9,11 12:14 | **making** 5:10 12:7 | | **network** 1:5,10 2:2 4:1,7 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 |
| **legal** 16:16 | **management** 6:23 7:4,10,12 7:13,14,16 11:20 14:22 | | |
| **lending** 6:7,9 6:12,14,21 | | **mining** 10:13 11:20 12:4,8 14:20 | |
| **lennon** 2:13 18:3,4 | **mariner** 12:11 | | **new** 1:2,15 2:12 6:14,23,25 9:23 12:22 13:9,11 13:12,20 20:19 |
| **lesser** 6:17 | **marked** 3:3 | **minor** 7:10 | |
| **level** 8:16 9:4 | **market** 4:25 6:18 8:5,16 | **missing** 12:2 | |
| **lexington** 1:14 | **marketplaces** 6:25 | **modification** 10:7 11:4 | **north** 2:5 |
| **licenses** 6:7,15 | **markets** 7:2 | **modifications** 11:19 | **notary** 1:17 20:18 |
| **liquid** 10:18,19 10:20,24 12:24 14:24 15:6 | **material** 9:24 | **modified** 8:4 | **notice** 17:13 |
| | **materials** 10:5 | **monetization** 15:4 | **novawulf** 2:12 4:14,21,22 7:6 7:15,20 8:19 9:14,22,25 10:4 10:10,22 11:2 11:16,19 12:2,7 12:17,20 13:11 14:3,11 |
| **llc** 1:5,10 2:2 4:1,7 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 | **meaning** 4:25 | **money** 9:10 | |
| | **mechanism** 9:17 | **monsanto** 1:16 20:2,17 | |
| | **megawatt** 12:12 | **monthly** 11:25 16:3 | |
| | **megawatts** 11:22 12:8 | **months** 11:24 12:3 | |
| **llp** 1:13 2:4 | **member** 10:8 10:11 | **motion** 17:21 | **nucor** 5:2 6:13 6:14,16,21,22 7:16,19 9:15,16 9:25 10:3,3,20 10:21,23 11:25 12:4 13:17 |
| **location** 1:13 | **memorialized** 15:14 | **moving** 8:21 | |
| **lock** 18:12 | | **msd** 11:3,5,16 | |
| **lockup** 5:9 8:2 | **mg** 1:7 | **msds** 11:8,13 | |
| **longer** 17:14 | **michael** 10:13 | | |
| **look** 18:17 | **microphone** 4:9 | **n** | **nucor's** 6:9,10 6:11 7:3,8,9 9:10 |
| **m** | | **n** 2:1 | |
| **made** 5:14 11:19 | **migrate** 6:12 | **nav** 9:5 | |
| | **milestone** 11:22 12:2 | **near** 10:25 | **number** 4:20 |
| **maintaining** 11:2 | | **neither** 20:10 21:6 | |

ny 1:15

**o**

o&m 11:21
obligation
   17:15
offer 13:19
officer 20:1,2
ongoing 12:17
open 15:24
operating 9:21
   9:23,24 11:20
   12:4,10
option 6:10,11
   7:16 8:3,20
   12:15
options 8:7,9
   8:14 9:8,10
order 9:9 15:22
   16:23
orderly 15:8
original 10:9
   11:3,5,15
outcome 20:14
   21:11
outpace 9:11
outside 6:21
   9:25
outstanding
   8:25 9:6
own 5:16
owned 12:10

**p**

p 2:1,1

p.m. 1:12 4:3
   19:2,4
package 8:3
page 3:2
paid 11:7,25
participation
   17:23
parties 20:11
   20:13 21:7,10
partners 2:11
   4:10
partnership
   6:21
party 12:5
path 18:12
pay 16:21
payable 15:20
payment 7:5
penalty 11:25
   12:3
penny 5:18,19
   5:22
percent 6:17
   7:23 8:3,7,9,14
   11:12 12:14
   14:21
pivot 16:25
   17:6
plan 14:17,17
   15:13,14,23
   16:8,18,22 17:2
   17:7,11,15,24
   18:9,9
planned 18:6

play 14:19
pocket 16:15
   17:9
point 5:20 11:6
   11:17 17:13
policy 10:2
portfolio 10:6
possible 15:18
   18:18
potential 14:22
practical 15:2
   15:21 16:13
prepared 21:3
present 2:10
previous 7:12
previously
   11:13
price 8:13,20
   8:23 9:5,7,11
priced 12:12
primary 4:25
   5:6 13:3,5
prior 20:5
pro 2:4
proceeding
   19:5 21:4
proceedings
   20:3,4,5,8 21:5
products 6:23
proposal 10:10
   11:4,5,16 15:12
   18:2,7
proposed 6:2
   16:10,19 17:18
   18:15

providing 16:5
provision 10:12
provisions 10:8
   10:11
public 1:17
   20:18
publicly 14:19
purchase 4:24
   4:25 5:2 9:18
   9:18 13:2,3
purchased 5:8
purchases 5:4
pure 14:19
put 4:14

**q**

qualified 20:7
quarterly 10:5
quickly 18:18

**r**

r 2:1 6:9
rapidly 7:24
read 4:15
reading 4:13
   13:16
reasonable
   16:15 17:8
reasonably
   15:21 16:12
receive 14:21
   15:19 16:2
record 4:5,15
   4:17 5:15
   13:10 14:13
   19:3 20:9 21:5

[recorded - tied]                                                Page 7

recorded  20:6
recording  20:8
  21:3
reduced  20:6
refusal  9:17
  13:18
reimburse
  16:14,21 17:8
reimbursement
  16:12,20 17:19
related  20:10
  21:7
relative  8:5
  20:12 21:9
releasing  10:22
remain  15:24
remaining  15:5
removed  11:14
renewal  7:15
  12:15
replaced  10:14
reported  1:16
respect  4:21
  7:22 10:18
  12:23 13:14
respond  14:13
restricted  7:23
retained  10:19
  10:20
retroactive
  16:4
revised  14:2,7
  14:9,15
right  4:2 9:16
  12:9 13:17,19

  17:11 18:9
rights  10:4 12:6
round  5:24
rounds  12:17
rsus  7:22,25
ryan  2:11 4:9
  12:23 13:12,24

**s**

s  2:1 3:1
second  14:24
secondary  5:3
  5:6 13:2
secured  6:12
securities  9:20
seek  16:9
separately
  11:10
serve  14:17
  15:12 17:15
service  6:8,18
  12:18
services  6:19
  7:2 16:7
servicing  6:15
serving  15:22
set  8:15 9:4
share  8:23 9:10
shares  8:25 9:5
side  5:3
signature  20:16
  21:13
significant  5:10
simplicity  4:18
site  12:10

six  12:3
skills  20:9 21:6
somerset  12:10
soon  15:2,17,20
  16:12
sorry  5:20
southern  1:2
speaking  18:23
sponsor  14:17
  15:13,15,23
  16:18 17:16,24
sponsor's  16:22
stakeholders
  18:10
stapled  11:9
start  18:24
state  20:19
states  1:1
stock  7:24 9:5
street  2:5
strike  8:13 9:7
struck  5:19
structure  8:4
  11:3
structured  4:24
  5:18,21 8:8
  11:15
subject  5:9
  10:16 15:10
  17:3
submit  14:6
submitted
  14:15
subsequent
  15:6

substantial
  17:21
summarize
  18:2
support  5:4 6:5
  6:13 16:8
  17:20
supporting
  10:10
sure  4:18
sworn  20:5

**t**

t  3:1 6:9
taken  20:3,11
  21:8
targeting  18:25
team  6:23
  12:20
ten  5:18,21
  12:11,15
term  7:13,14
terminate
  17:12
terms  12:16
  15:8,13
testifying  20:5
thank  13:9,12
  13:20 18:3,10
  18:19
thanks  4:11
  13:8,22,24
third  12:5 15:4
three  5:19
tied  7:2 11:13

**[time - york]**                                                                    Page 8

| | | |
|---|---|---|
| **time** 1:12 4:2,8 12:14 14:12 18:24,25 19:2 | **u** | **wind** 15:9 |
| **timely** 15:4 | **ucc** 8:19 | **wishes** 7:20 |
| **today** 18:23 | **ucc's** 5:7 | **withheld** 10:17 |
| **together** 11:9 | **under** 12:6 | **witness** 20:4 |
| **tokens** 5:13 | **understand** 18:14 | **work** 6:22 |
| **tomorrow** 14:6 | **understood** 13:8 | **working** 18:11 |
| **tomorrow's** 18:24 | **united** 1:1 | **written** 17:13 |
| **total** 11:6,17 | **units** 7:24 | **wrong** 5:20 |
| **trade** 11:10 | **unreasonably** 10:17 | **x** |
| **traded** 14:19 | **used** 5:3 13:2,3 13:5 | **x** 3:1 |
| **trades** 9:7 | **using** 8:17,23 | **y** |
| **trailing** 8:15 | **v** | **year** 5:9,18,21 7:13,15,25 8:8 8:10 9:6,8 11:10 12:11,15 |
| **training** 5:4 | **valuation** 5:22 5:23 6:4 | **year's** 8:13 |
| **transactions** 17:2,7 | **value** 5:2 8:24 11:7,18 | **years** 7:14,21 7:25 10:11 |
| **transcriber** 21:1 | **vice** 2:4 | **york** 1:2,15 20:19 |
| **transcript** 21:3 21:4 | **volume** 12:19 | |
| **transcriptionist** 20:7 | **w** | |
| **triggered** 10:12 | **warrants** 5:18 5:19,22 | |
| **true** 5:25 20:8 21:4 | **watching** 6:24 6:25 | |
| **try** 12:18 | **wednesday** 1:11 | |
| **turn** 4:8 13:22 | **weekend** 14:14 | |
| **two** 5:9 7:15,21 14:11 | **willingness** 14:16 | |
| **typewriting** 20:6 | **willkie** 18:4 | |

## Exhibit F

**Auction Transcript from May 9, 2023**

Page 1

1          UNITED STATES BANKRUPTCY COURT

2          SOUTHERN DISTRICT OF NEW YORK

3    _____

4    In Re:

5    CELSIUS NETWORK LLC, ET AL.,              Chapter 11

6          Debtors.                            Case No.

7                                              22-10964(MG)

8    _____

9                    AUCTION OF

10                 CELSIUS NETWORK LLC

11   DATE:          Tuesday, May 9, 2023

12   TIME:          9:35 p.m. EST

13   LOCATION:      Remote Proceeding

14                  New York, NY 10001

15   REPORTED BY:   Chanryi Figueroa Monsanto,

16                  Notary Public

17

18

19

20

21

22

23

24

25

Page 2

1                    A P P E A R A N C E S

2     ON BEHALF OF DEBTOR CELSIUS NETWORK LLC:

3          DAN LATONA, ESQUIRE (by videoconference)

4          Kirkland & Ellis LLP

5          300 North LaSalle Street

6          Chicago, IL 60654

7          dan.latona@kirkland.com

8          (312) 862-2000

9

10    ON BEHALF OF FAHRENHEIT, LLC:

11         ANDREW CARTY, ESQUIRE (by videoconference)

12         Brown Rudnick LLP

13         7 Times Square

14         New York, NY 10036

15         acarty@brownrudnick.com

16         (212) 209-4959

17

18    ALSO PRESENT:

19         Ryan Kielty, Representative for Centerview

20         Partners (by videoconference)

21

22

23

24

25

Page 3

1                       **E X H I B I T S**

2     NO.                 DESCRIPTION                      PAGE

3

4                        (None marked.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1           CELSIUS NETWORK LLC, ET AL.

2           MR. LATONA: Okay. The time is

3     9:35 p.m. Eastern, and we are back on the

4     record. Today is Day 6 of this Celsius

5     auction.

6           For the record, Dan Latona, from

7     Kirkland & Ellis, counsel for Celsius

8     Network, LLC, and its affiliated debtors.

9           Thank you everyone for your patience.

10    Over the course of the past week, the

11    debtors and the committee continued to

12    work with the various bidder groups to

13    improve upon the components of their

14    respective bids.

15          Earlier today, the Fahrenheit group

16    submitted a revised bid, which we will

17    describe in just a moment. It has been

18    several days since we've gone on the

19    record, but rest assured, we've been hard

20    at work with the document to revise it

21    with the Fahrenheit group.

22          The initial terms of NovaWulf's bid

23    were set forth in the plan sponsor

24    agreement and the exhibit's thereto.

25          But as well as the Chapter 11 plan

Page 5

```
 1              CELSIUS NETWORK LLC, ET AL.
 2       the debtors filed on March 31st, the
 3       members of the committee have been working
 4       with Fahrenheit and its advisors on
 5       documents and terms of its latest bid and
 6       give a detailed term sheet so that the
 7       parties can compare in terms of the
 8       Fahrenheit bid against the term of the
 9       NovaWulf bid.
10            Now we understand that this process
11       is taking quite some time, but it is
12       important to ensure that all parties are
13       clear on the very specific terms of each
14       bid as the auction progresses.
15            As part of evaluating the Fahrenheit
16       bid against the prior NovaWulf bid, the
17       debtors and the committee analyzed several
18       quantitative and qualitative factors,
19       including, among other things, the ability
20       of each bidder's management to create
21       value for customers in Nuco, including
22       with the management team, the buildout of
23       the mining business, and the development
24       of new and valuable created business
25       lines.
```

Page 6

1              CELSIUS NETWORK LLC, ET AL.

2         Second, the total quantity and

3    structure of these management costs and

4    expenses, in the context of each bidder's

5    proposed business plan.

6         Third, each bid's ability to become

7    regulatory compliant for the quantum and

8    timing of liquid cryptocurrency

9    distributions to earn account holders.

10        And finally, the costs and time

11   associated with emerging from Chapter 11.

12        Again, earlier today, the Fahrenheit

13   Group submitted a revised bid.  And at

14   this time, the debtors, in consultation

15   with committee, have determined that that

16   bid is currently the lead bid.

17        And at this time, I will pass the

18   virtual microphone to Ryan Kielty from

19   Centerview Partners to read that bid into

20   the record.

21        Ryan?

22        MR. KIELTY:  Thank you, Dan.

23        This is Ryan Kielty with Centerview

24   Partners for the debtors.

25        So I'm going to read the key points

Page 7

1                CELSIUS NETWORK LLC, ET AL.

2        and the key changes of the Fahrenheit bid,

3        relative to their prior bid.

4             So the first element is the

5        Fahrenheit bidder is increasing their

6        contribution to the estates from 45

7        million to 50 million dollars.

8             Just to remind everyone, that 50

9        million dollars can be contributed at the

10       debtor's option, either in primary equity,

11       at new asset value on the effective date,

12       or in the secondary markets, subject to a

13       structure to be negotiated.

14            Equity purchased through this

15       mechanic will be subject to a two-year

16       lockup, structured as follows.

17            For the first year, there will be a

18       total lockup.  No ability for the

19       Fahrenheit parties to sell the shares.

20            In the second year, Fahrenheit is

21       able to sell 30 percent of the shares

22       purchased through this mechanic if the

23       price of Nuco equity is up at least 50

24       percent.

25            And then in incremental 30 percent

Page 8

1                    CELSIUS NETWORK LLC, ET AL.

2          for a total of 60 percent of equity

3          purchased through this mechanic could be

4          sold if the shares of Nuco equity are up

5          100 percent from the effective date price

6          at net asset value, divided by total

7          shares outstanding.

8               Along with this contribution,

9          Fahrenheit is agreeing to reduce the

10         requirement for minimum cryptocurrency in

11         Nuco from 500 million to 450 million.

12              And if 50 million of the Fahrenheit

13         contribution that I just mentioned comes

14         in in the form of primary equity, then

15         total liquid assets in Nuco on the

16         effective date would be 500 million.

17              The fixed management fee for

18         Fahrenheit is still $35 million,

19         consistent with its prior bid, but that

20         management fee has now been split between

21         a $20 million general management fee and a

22         $15 million mining management fee.

23              I'll come back to the relevance of

24         that split in a few minutes, when I'm

25         talking through the mining changes here.

Page 9

1                 CELSIUS NETWORK LLC, ET AL.
2            But that five-year management
3       agreement is available for two extensions
4       of two years each, with an inflation
5       adjustment on the $35 million fee and no
6       additional equity.
7            So if Nuco elected both extensions,
8       the total management agreement length
9       would be nine years.
10           I'll now go through the equity-based
11      compensation.  There is a 5 percent RSU
12      grant, which vests over five years.
13      That's consistent with the prior bid.
14           The vesting schedule is altered a
15      bit.  The vesting now occurs, of each 1
16      percent vesting stock, that occurs at the
17      end of each year.
18           And so although there is no one-year
19      lockup on shares issued pursuant to this
20      provision, as in the NovaWulf bid, the
21      timing at which these RSUs could be sold
22      by Fahrenheit is the same, given they
23      don't vest until the end of each year.
24           With respect to the stock options
25      under this proposal, the total quantum of

Page 10

1                CELSIUS NETWORK LLC, ET AL.

2          5 percent, with 1 percent granted per

3          annum, is the same as in prior proposals.

4               But the Fahrenheit bid group is

5          providing the debtors with the option of

6          choosing whether the debtors would prefer

7          the strike structure described in the

8          prior bid -- where options granted each

9          year are struck at the Nuco share price as

10         of the day prior -- or the Fahrenheit

11         Group is also offering the index option

12         structure as described on the record with

13         the last NovaWulf bid.

14              So the debtors will make an election

15         as to which option we would prefer.  But

16         both options are available to the debtors

17         under this proposal.

18              With respect to the changes to this

19         proposal that fall into the mining

20         category, Fahrenheit is agreeing to

21         provide a royalty-free license of US

22         Bitcoin's proprietary mining management

23         and curtailment software during the tenor

24         of this management agreement at no cost to

25         the debtors.

Page 11

1            CELSIUS NETWORK LLC, ET AL.

2            Fahrenheit is agreeing to build and

3    energize 100 megawatts of Bitcoin mining

4    facility housed in a cathedral design.

5    Such facility shall be energized within 12

6    months of the effective date.

7            And if such facility is not, the $15

8    million annual mining management fee shall

9    be reduced by 1 million per month of the

10   delay beyond twelve months, up to a total

11   of six months.

12           So a total $6 million penalty if the

13   construction of this facility is delayed

14   beyond twelve months.

15           The construction of medium voltage to

16   plug-ready infrastructure shall be capped

17   at $395,000 per megawatt for 24 months

18   after the effective date.

19           And any costs incurred in

20   constructing this facility in excess of

21   the cap shall be offset against the mining

22   management fee in the applicable year.

23           That same build cost cap of $395,000

24   per megawatt and the offset against the

25   mining management fee shall apply to an

Page 12

1                  CELSIUS NETWORK LLC, ET AL.

2        additional 300 megawatts of construction

3        to the extent that the debtors or Nuco

4        elect to build that much capacity.

5             And then that cost cap of 395,000 is

6        fixed for two years.  And then the bill

7        cost cap still applies after two years,

8        but it's subject to inflation adjustments.

9             Fahrenheit shall also provide site-

10       level employees for any Celsius self-

11       mining locations, those that we currently

12       have, and any facilities constructed by

13       Celsius for Nuco for cost.  So site-level

14       employees provided at cost.

15            But in any event, capped at $2

16       million for every 100 megawatts of sites

17       managed as self-mining locations.

18            If the cost exceeds $2 million per

19       100 megawatts, then the excess is charged

20       to the mining management fee in the

21       applicable year.

22            Fahrenheit will also use commercially

23       reasonable efforts to contribute the lease

24       hold and development rights to a 240

25       megawatt behind the meter site on economic

```
                                       Page 13

 1                CELSIUS NETWORK LLC, ET AL.

 2       terms no worse than those available to US

 3       Bitcoin currently.

 4            If Fahrenheit wins the auction,

 5       Fahrenheit will provide the debtors or

 6       Nuco with an option to purchase an already

 7       constructed 50 megawatt facility in

 8       upstate New York for $600,000 per

 9       megawatt.

10            That facility is plug-ready, and the

11       option to purchase this facility is

12       available to the debtors or Nuco for up to

13       six months from today.

14            In addition to those enhancements,

15       Fahrenheit will also offer up to 50

16       megawatts of containers and transformers,

17       and other supplies to the debtors of the

18       lower of its cost to obtain such items or

19       market prices.

20            And Fahrenheit will offer 20,000 rack

21       spaces of hosting capacity for a five-year

22       term or such other term that may be

23       negotiated on the same terms as have been

24       previously disclosed on the record.

25            Fahrenheit will also provide the
```

Page 14

1              CELSIUS NETWORK LLC, ET AL.

2        debtors and Nuco with access to energy

3        trading desks and its energy management

4        team at no cost.  That is, US Bitcoin's

5        energy management team.

6             With respect to staking, at the

7        debtor's and the committee's option Proof

8        Group, one of the Fahrenheit bid partners,

9        will provide Nuco with a royalty-free

10       perpetual license of intellectual property

11       owned by Proof Group with respect to

12       staking services, and commitment to

13       support staking in Nuco using the Proof

14       Group IP at no cost to Nuco.

15             Proof Group, and its principals, and

16       its managed entities agree that from the

17       time of the termination that the

18       Fahrenheit bid is the lead bid at the

19       auction, none of them will engage in

20       staking businesses other than existing

21       fundraises and investments outside of Nuco

22       without the prior written consent of the

23       debtors and the committee.

24             Prior to the effective date, Proof

25       Group will offer its staking services to

Page 15

                    CELSIUS NETWORK LLC, ET AL.

1

2          the debtors at passthrough cost, subject

3          to the necessary bankruptcy approvals, of

4          course.

5               In the event that Nuco licenses the

6          Proof Group IP on or after the effective

7          date, Proof Group shall migrate its

8          current staking customers to Nuco, to the

9          extent such customers agree to be

10         transferred to Nuco, and shall drop those

11         customers who do not agree to be

12         transferred to Nuco.

13              With respect to exclusivity and the

14         right of first offer provisions,

15         Fahrenheit, Proof Group, and Arrington

16         Capital, together with their principals,

17         will each have a customary global

18         allocation policy that includes Nuco.

19              In Fahrenheit, Proof Group,

20         Arrington, and principals will also be

21         bound by the following limitations.

22              Nuco shall have a right of first

23         offer on the creation of operating

24         cryptocurrency businesses by the

25         Fahrenheit exclusivity parties, which as I

```
                                          Page 16
 1                CELSIUS NETWORK LLC, ET AL.
 2        just mentioned are Fahrenheit, Proof,
 3        Arrington, and principals.
 4             They will also have a right of first
 5        offer on cryptocurrency-related
 6        investments, including acquisions and
 7        ownership stakes in new operating
 8        cryptocurrency businesses or acquisions
 9        of material assets of operating
10        cryptocurrency businesses, with any
11        proposed investment in excess of $20
12        million.
13             Provided that the Fahrenheit
14        exclusivity party shall be deemed to have
15        satisfied this obligation, to the extent
16        that any investment opportunity in the
17        clauses I just read was provided to
18        Nuco -- regardless of whether Nuco chooses
19        to pursue the opportunity, and regardless
20        of whether Nuco reaches an agreement with
21        a potential counterpart -- Arrington
22        Capital and Proof Group will also agree to
23        share substantially all deal flow with
24        Nuco and use commercially reasonable
25        efforts to include Nuco in any deals of
```

```
                                              Page 17

 1                   CELSIUS NETWORK LLC, ET AL.

 2         interest to Nuco.

 3               Fahrenheit, Proof Group, and

 4         Arrington will each have a customary

 5         global allocation policy that includes

 6         Nuco.

 7               The Fahrenheit exclusivity parties

 8         will work in good faith with the new board

 9         to create appropriate conflict and

10         disclosure policies.

11               And for the avoidance of doubt, any

12         financial conflicts in these groups will

13         be disclosed to Nuco.

14               The new board may, at their

15         discretion, become investors in any member

16         funds of the Fahrenheit exclusivity

17         parties and receive customary investor

18         disclosures, including quarterly portfolio

19         detail, investor communications, and

20         audited financials.

21               Fahrenheit is also offering a deposit

22         under this bid of $10 million, which will

23         be provided to the debtors within three

24         days.

25               And consistent with prior Fahrenheit
```

```
                                        Page 18
 1                  CELSIUS NETWORK LLC, ET AL.
 2        bids, the intent of Fahrenheit is to list
 3        the Nuco equity on NASDAQ or a similar
 4        exchange.
 5             With that, I will turn the microphone
 6        back over to Dan Latona of Kirkland &
 7        Ellis.
 8             MR. LATONA:  Thanks, Ryan.
 9             Again, Dan Latona, Kirkland & Ellis,
10        on behalf of the debtors.
11             Andrew Carty, does that accurately
12        summarize the terms of the bid?
13             MR. CARTY:  Thanks, Dan.  Can you
14        hear me?
15             MR. LATONA:  Yes.
16             MR. CARTY:  Andrew Carty, from Brown
17        Rudnick, on behalf of Fahrenheit, LLC.
18             As I believe you mentioned, we did
19        submit -- I think at this point, it's a
20        fairly lengthy term sheet -- 14 or so
21        pages, single-spaced.
22             I think generally speaking, the bid
23        as described is consistent with the term
24        sheet.  I think there are a couple of
25        discrepancies in defined terms.
```

Page 19

1                CELSIUS NETWORK LLC, ET AL.

2           So I would just say that I would

3       refer to the written bid that we submitted

4       as "the bid" to the extent of any

5       inconsistencies between this description

6       and what's in the term sheet.  The term

7       sheet would control.

8           But with that clarification, we

9       confirm.

10          MR. LATONA:  All right.  Thank you,

11      Andrew.

12          Again, Dan Latona, Kirkland & Ellis,

13      on behalf of the debtors.

14          Thank you again, everyone, for

15      attending and for your patience with

16      debtors and the committee.

17          We're going to discuss the terms of

18      the revised bid with NovaWulf.

19          And we will provide a further update

20      when we intend to go back on the record.

21          The debtors and committee are going

22      to continue to work to maximize the value

23      of each bid as it's processed -- and we

24      look forward to a resolution to this

25      auction and exit from Chapter 11.

Page 20

1              CELSIUS NETWORK LLC, ET AL.

2         With that, the time is now 9:52 p.m.

3     Eastern.  We are off the record.

4         (Whereupon, the meeting

5         concluded at 9:52 p.m. EST.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 21

CERTIFICATE OF DEPOSITION OFFICER

I, CHANYRI FIGUEROA MONSANTO, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.


CHANYRI FIGUEROA MONSANTO

Notary Public in and for the State of New York

Page 22

CERTIFICATE OF TRANSCRIBER

I, LAURA K. MILLER, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

LAURA K. MILLER, CET

[& - bankruptcy]                                                                 Page 1

| & | | |
|---|---|---|

**&**   2:4 4:7 18:6 18:9 19:12

**1**

**1**   9:15 10:2 11:9
**10**   17:22
**100**   8:5 11:3 12:16,19
**10001**   1:14
**10036**   2:14
**11**   1:5 4:25 6:11 19:25
**12**   11:5
**14**   18:20
**15**   8:22 11:7

**2**

**2**   12:15,18
**20**   8:21 16:11
**20,000**   13:20
**2023**   1:11
**209-4959**   2:16
**212**   2:16
**22-10964**   1:7
**24**   11:17
**240**   12:24
**25639**   21:19
**26458**   22:15

**3**

**30**   7:21,25
**300**   2:5 12:2
**312**   2:8
**31st**   5:2

**35**   8:18 9:5
**395,000**   11:17 11:23 12:5

**4**

**45**   7:6
**450**   8:11

**5**

**5**   9:11 10:2
**50**   7:7,8,23 8:12 13:7,15
**500**   8:11,16

**6**

**6**   4:4 11:12
**60**   8:2
**600,000**   13:8
**60654**   2:6

**7**

**7**   2:13

**8**

**862-2000**   2:8

**9**

**9**   1:11
**9:35**   1:12 4:3
**9:52**   20:2,5

**a**

**ability**   5:19 6:6 7:18 21:9 22:6
**able**   7:21
**acarty**   2:15
**access**   14:2
**account**   6:9

**accurate**   21:8 22:5
**accurately**   18:11
**acquisitions**   16:6,8
**action**   21:11,15 22:8,11
**addition**   13:14
**additional**   9:6 12:2
**adjustment**   9:5
**adjustments**   12:8
**advisors**   5:4
**affiliated**   4:8
**agree**   14:16 15:9,11 16:22
**agreeing**   8:9 10:20 11:2
**agreement**   4:24 9:3,8 10:24 16:20
**al**   1:5 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1
**allocation**   15:18 17:5
**altered**   9:14
**analyzed**   5:17
**andrew**   2:11 18:11,16 19:11

**annual**   11:8
**annum**   10:3
**applicable**   11:22 12:21
**applies**   12:7
**apply**   11:25
**appropriate**   17:9
**approvals**   15:3
**arrington**   15:15,20 16:3 16:21 17:4
**asset**   7:11 8:6
**assets**   8:15 16:9
**associated**   6:11
**assured**   4:19
**attending**   19:15
**attorney**   21:13 22:9
**auction**   1:9 4:5 5:14 13:4 14:19 19:25
**audio**   21:7 22:3
**audited**   17:20
**available**   9:3 10:16 13:2,12
**avoidance**   17:11

| b | |
|---|---|

**b**   3:1
**back**   4:3 8:23 18:6 19:20
**bankruptcy**   1:1 15:3

[based - costs]                                             Page 2

**based**  9:10
**behalf**  2:2,10
  18:10,17 19:13
**believe**  18:18
**best**  21:9 22:5
**beyond**  11:10
  11:14
**bid**  4:16,22 5:5
  5:8,9,14,16,16
  6:13,16,16,19
  7:2,3 8:19 9:13
  9:20 10:4,8,13
  14:8,18,18
  17:22 18:12,22
  19:3,4,18,23
**bid's**  6:6
**bidder**  4:12 7:5
**bidder's**  5:20
  6:4
**bids**  4:14 18:2
**bill**  12:6
**bit**  9:15
**bitcoin**  11:3
  13:3
**bitcoin's**  10:22
  14:4
**board**  17:8,14
**bound**  15:21
**brown**  2:12
  18:16
**brownrudnic...**
  2:15
**build**  11:2,23
  12:4

**buildout**  5:22
**business**  5:23
  5:24 6:5
**businesses**
  14:20 15:24
  16:8,10

**c**

**c**  2:1
**cap**  11:21,23
  12:5,7
**capacity**  12:4
  13:21
**capital**  15:16
  16:22
**capped**  11:16
  12:15
**carty**  2:11
  18:11,13,16,16
**case**  1:6
**category**  10:20
**cathedral**  11:4
**celsius**  1:5,10
  2:2 4:1,4,7 5:1
  6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  12:10,13 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1
**centerview**
  2:19 6:19,23
**certificate**  21:1
  22:1
**certify**  21:4
  22:2

**cet**  22:15
**changes**  7:2
  8:25 10:18
**chanryi**  1:15
**chanyri**  21:2,19
**chapter**  1:5
  4:25 6:11
  19:25
**charged**  12:19
**chicago**  2:6
**chooses**  16:18
**choosing**  10:6
**clarification**
  19:8
**clauses**  16:17
**clear**  5:13
**come**  8:23
**comes**  8:13
**commercially**
  12:22 16:24
**commitment**
  14:12
**committee**  4:11
  5:3,17 6:15
  14:23 19:16,21
**committee's**
  14:7
**communicati...**
  17:19
**compare**  5:7
**compensation**
  9:11
**compliant**  6:7
**components**
  4:13

**concluded**  20:5
**confirm**  19:9
**conflict**  17:9
**conflicts**  17:12
**consent**  14:22
**consistent**  8:19
  9:13 17:25
  18:23
**constructed**
  12:12 13:7
**constructing**
  11:20
**construction**
  11:13,15 12:2
**consultation**
  6:14
**containers**
  13:16
**context**  6:4
**continue**  19:22
**continued**  4:11
**contribute**
  12:23
**contributed**  7:9
**contribution**
  7:6 8:8,13
**control**  19:7
**cost**  10:24
  11:23 12:5,7
  12:13,14,18
  13:18 14:4,14
  15:2
**costs**  6:3,10
  11:19

counsel  4:7
 21:10,13 22:6
 22:9
counterpart
 16:21
couple  18:24
course  4:10
 15:4
court  1:1
create  5:20
 17:9
created  5:24
creation  15:23
cryptocurrency
 6:8 8:10 15:24
 16:5,8,10
current  15:8
currently  6:16
 12:11 13:3
curtailment
 10:23
customary
 15:17 17:4,17
customers  5:21
 15:8,9,11

**d**

dan  2:3 4:6
 6:22 18:6,9,13
 19:12
dan.latona  2:7
date  1:11 7:11
 8:5,16 11:6,18
 14:24 15:7
day  4:4 10:10

days  4:18 17:24
deal  16:23
deals  16:25
debtor  2:2
debtor's  7:10
 14:7
debtors  1:6 4:8
 4:11 5:2,17
 6:14,24 10:5,6
 10:14,16,25
 12:3 13:5,12
 13:17 14:2,23
 15:2 17:23
 18:10 19:13,16
 19:21
deemed  16:14
defined  18:25
delay  11:10
delayed  11:13
deposit  17:21
deposition  21:1
describe  4:17
described  10:7
 10:12 18:23
description  3:2
 19:5
design  11:4
desks  14:3
detail  17:19
detailed  5:6
determined
 6:15
development
 5:23 12:24

digital  21:7
 22:3
disclosed  13:24
 17:13
disclosure
 17:10
disclosures
 17:18
discrepancies
 18:25
discretion
 17:15
discuss  19:17
distributions
 6:9
district  1:2
divided  8:6
document  4:20
documents  5:5
dollars  7:7,9
doubt  17:11
drop  15:10
duly  21:5

**e**

e  2:1,1 3:1
earlier  4:15
 6:12
earn  6:9
eastern  4:3
 20:3
economic  12:25
effective  7:11
 8:5,16 11:6,18
 14:24 15:6

efforts  12:23
 16:25
either  7:10
elect  12:4
elected  9:7
election  10:14
element  7:4
ellis  2:4 4:7
 18:7,9 19:12
emerging  6:11
employed
 21:10,13 22:7
 22:9
employee  21:12
 22:9
employees
 12:10,14
energize  11:3
energized  11:5
energy  14:2,3,5
engage  14:19
enhancements
 13:14
ensure  5:12
entities  14:16
equity  7:10,14
 7:23 8:2,4,14
 9:6,10 18:3
es  21:4
esquire  2:3,11
est  1:12 20:5
estates  7:6
et  1:5 4:1 5:1
 6:1 7:1 8:1 9:1
 10:1 11:1 12:1

[et - investment]                                                    Page 4

13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1
**evaluating** 5:15
**event** 12:15
15:5
**exceeds** 12:18
**excess** 11:20
12:19 16:11
**exchange** 18:4
**exclusivity**
15:13,25 16:14
17:7,16
**exhibit's** 4:24
**existing** 14:20
**exit** 19:25
**expenses** 6:4
**extensions** 9:3
9:7
**extent** 12:3
15:9 16:15
19:4

**f**

**facilities** 12:12
**facility** 11:4,5,7
11:13,20 13:7
13:10,11
**factors** 5:18
**fahrenheit** 2:10
4:15,21 5:4,8
5:15 6:12 7:2,5
7:19,20 8:9,12
8:18 9:22 10:4
10:10,20 11:2
12:9,22 13:4,5

13:15,20,25
14:8,18 15:15
15:19,25 16:2
16:13 17:3,7
17:16,21,25
18:2,17
**fairly** 18:20
**faith** 17:8
**fall** 10:19
**fee** 8:17,20,21
8:22 9:5 11:8
11:22,25 12:20
**figueroa** 1:15
21:2,19
**filed** 5:2
**finally** 6:10
**financial** 17:12
**financially**
21:14 22:10
**financials**
17:20
**first** 7:4,17
15:14,22 16:4
**five** 9:2,12
13:21
**fixed** 8:17 12:6
**flow** 16:23
**following** 15:21
**follows** 7:16
**foregoing** 21:3
21:4 22:4
**form** 8:14
**forth** 4:23
**forward** 19:24

**free** 10:21 14:9
**fundraises**
14:21
**funds** 17:16
**further** 19:19
21:12 22:8

**g**

**general** 8:21
**generally** 18:22
**give** 5:6
**given** 9:22
**global** 15:17
17:5
**go** 9:10 19:20
**going** 6:25
19:17,21
**good** 17:8
**grant** 9:12
**granted** 10:2,8
**group** 4:15,21
6:13 10:4,11
14:8,11,14,15
14:25 15:6,7
15:15,19 16:22
17:3
**groups** 4:12
17:12

**h**

**h** 3:1
**hard** 4:19
**hear** 18:14
**hereto** 21:13
22:10

**hold** 12:24
**holders** 6:9
**hosting** 13:21
**housed** 11:4

**i**

**il** 2:6
**important** 5:12
**improve** 4:13
**include** 16:25
**includes** 15:18
17:5
**including** 5:19
5:21 16:6
17:18
**inconsistencies**
19:5
**increasing** 7:5
**incremental**
7:25
**incurred** 11:19
**index** 10:11
**inflation** 9:4
12:8
**infrastructure**
11:16
**initial** 4:22
**intellectual**
14:10
**intend** 19:20
**intent** 18:2
**interest** 17:2
**interested**
21:14 22:11
**investment**
16:11,16

investments 14:21 16:6
investor 17:17 17:19
investors 17:15
ip 14:14 15:6
issued 9:19
items 13:18

**k**

k 22:2,15
key 6:25 7:2
kielty 2:19 6:18 6:22,23
kirkland 2:4 4:7 18:6,9 19:12
kirkland.com 2:7
knowledge 21:9 22:6

**l**

lasalle 2:5
latest 5:5
latona 2:3 4:2,6 18:6,8,9,15 19:10,12
laura 22:2,15
lead 6:16 14:18
lease 12:23
length 9:8
lengthy 18:20
level 12:10,13
license 10:21 14:10

licenses 15:5
limitations 15:21
lines 5:25
liquid 6:8 8:15
list 18:2
llc 1:5,10 2:2,10 4:1,8 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 18:17 19:1 20:1
llp 2:4,12
location 1:13
locations 12:11 12:17
lockup 7:16,18 9:19
look 19:24
lower 13:18

**m**

make 10:14
managed 12:17 14:16
management 5:20,22 6:3 8:17,20,21,22 9:2,8 10:22,24 11:8,22,25 12:20 14:3,5
march 5:2
marked 3:4

market 13:19
markets 7:12
material 16:9
maximize 19:22
mechanic 7:15 7:22 8:3
medium 11:15
meeting 20:4
megawatt 11:17,24 12:25 13:7,9
megawatts 11:3 12:2,16 12:19 13:16
member 17:15
members 5:3
mentioned 8:13 16:2 18:18
meter 12:25
mg 1:7
microphone 6:18 18:5
migrate 15:7
miller 22:2,15
million 7:7,7,9 8:11,11,12,16 8:18,21,22 9:5 11:8,9,12 12:16,18 16:12 17:22
minimum 8:10
mining 5:23 8:22,25 10:19 10:22 11:3,8

11:21,25 12:11 12:17,20
minutes 8:24
moment 4:17
monsanto 1:15 21:2,19
month 11:9
months 11:6,10 11:11,14,17 13:13

**n**

n 2:1
nasdaq 18:3
necessary 15:3
negotiated 7:13 13:23
neither 21:10 22:6
net 8:6
network 1:5,10 2:2 4:1,8 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1
new 1:2,14 2:14 5:24 7:11 13:8 16:7 17:8,14 21:20
nine 9:9
north 2:5
notary 1:16 21:20

novawulf 5:9 5:16 9:20 10:13 19:18
novawulf's 4:22
nuco 5:21 7:23 8:4,11,15 9:7 10:9 12:3,13 13:6,12 14:2,9 14:13,14,21 15:5,8,10,12,18 15:22 16:18,18 16:20,24,25 17:2,6,13 18:3
ny 1:14 2:14

**o**

obligation 16:15
obtain 13:18
occurs 9:15,16
offer 13:15,20 14:25 15:14,23 16:5
offering 10:11 17:21
officer 21:1,2
offset 11:21,24
okay 4:2
operating 15:23 16:7,9
opportunity 16:16,19
option 7:10 10:5,11,15 13:6,11 14:7

options 9:24 10:8,16
outcome 21:14 22:11
outside 14:21
outstanding 8:7
owned 14:11
ownership 16:7

**p**

p 2:1,1
p.m. 1:12 4:3 20:2,5
page 3:2
pages 18:21
part 5:15
parties 5:7,12 7:19 15:25 17:7,17 21:11 21:13 22:7,10
partners 2:20 6:19,24 14:8
party 16:14
pass 6:17
passthrough 15:2
past 4:10
patience 4:9 19:15
penalty 11:12
percent 7:21,24 7:25 8:2,5 9:11 9:16 10:2,2
perpetual 14:10

plan 4:23,25 6:5
plug 11:16 13:10
point 18:19
points 6:25
policies 17:10
policy 15:18 17:5
portfolio 17:18
potential 16:21
prefer 10:6,15
prepared 22:3
present 2:18
previously 13:24
price 7:23 8:5 10:9
prices 13:19
primary 7:10 8:14
principals 14:15 15:16,20 16:3
prior 5:16 7:3 8:19 9:13 10:3 10:8,10 14:22 14:24 17:25 21:5
proceeding 1:13 22:4
proceedings 21:3,4,5,8 22:5
process 5:10

processed 19:23
progresses 5:14
proof 14:7,11 14:13,15,24 15:6,7,15,19 16:2,22 17:3
property 14:10
proposal 9:25 10:17,19
proposals 10:3
proposed 6:5 16:11
proprietary 10:22
provide 10:21 12:9 13:5,25 14:9 19:19
provided 12:14 16:13,17 17:23
providing 10:5
provision 9:20
provisions 15:14
public 1:16 21:20
purchase 13:6 13:11
purchased 7:14 7:22 8:3
pursuant 9:19
pursue 16:19

[qualified - taken]                                                        Page 7

| q | | | |
|---|---|---|---|
| **qualified**  21:7 | **regardless** 16:18,19 | **ryan**  2:19 6:18 6:21,23 18:8 | **speaking**  18:22 |
| **qualitative** 5:18 | **regulatory**  6:7 | **s** | **specific**  5:13 |
| **quantitative** 5:18 | **related**  16:5 21:10 22:7 | **s**  2:1 3:1 | **split**  8:20,24 |
| **quantity**  6:2 | **relative**  7:3 21:12 22:9 | **satisfied**  16:15 | **sponsor**  4:23 |
| **quantum**  6:7 9:25 | **relevance**  8:23 | **schedule**  9:14 | **square**  2:13 |
| **quarterly** 17:18 | **remind**  7:8 | **second**  6:2 7:20 | **stakes**  16:7 |
| **quite**  5:11 | **remote**  1:13 | **secondary**  7:12 | **staking**  14:6,12 14:13,20,25 15:8 |
| r | **reported**  1:15 | **self**  12:10,17 | **state**  21:20 |
| **r**  2:1 | **representative** 2:19 | **sell**  7:19,21 | **states**  1:1 |
| **rack**  13:20 | **requirement** 8:10 | **services**  14:12 14:25 | **stock**  9:16,24 |
| **reaches**  16:20 | **resolution** 19:24 | **set**  4:23 | **street**  2:5 |
| **read**  6:19,25 16:17 | **respect**  9:24 10:18 14:6,11 15:13 | **several**  4:18 5:17 | **strike**  10:7 |
| **ready**  11:16 13:10 | **respective**  4:14 | **share**  10:9 16:23 | **struck**  10:9 |
| **reasonable** 12:23 16:24 | **rest**  4:19 | **shares**  7:19,21 8:4,7 9:19 | **structure**  6:3 7:13 10:7,12 |
| **receive**  17:17 | **revise**  4:20 | **sheet**  5:6 18:20 18:24 19:6,7 | **structured**  7:16 |
| **record**  4:4,6,19 6:20 10:12 13:24 19:20 20:3 21:9 22:5 | **revised**  4:16 6:13 19:18 | **signature**  21:19 22:15 | **subject**  7:12,15 12:8 15:2 |
| **recorded**  21:6 | **right**  15:14,22 16:4 19:10 | **similar**  18:3 | **submit**  18:19 |
| **recording**  21:8 22:3 | **rights**  12:24 | **single**  18:21 | **submitted**  4:16 6:13 19:3 |
| **reduce**  8:9 | **royalty**  10:21 14:9 | **site**  12:9,13,25 | **substantially** 16:23 |
| **reduced**  11:9 21:6 | **rsu**  9:11 | **sites**  12:16 | **summarize** 18:12 |
| **refer**  19:3 | **rsus**  9:21 | **six**  11:11 13:13 | **supplies**  13:17 |
| | **rudnick**  2:12 18:17 | **skills**  21:9 22:6 | **support**  14:13 |
| | | **software**  10:23 | **sworn**  21:5 |
| | | **sold**  8:4 9:21 | t |
| | | **southern**  1:2 | **t**  3:1 |
| | | **spaced**  18:21 | **taken**  21:3,11 22:8 |
| | | **spaces**  13:21 | |

**[talking - york]**

**talking**  8:25
**team**  5:22 14:4
    14:5
**tenor**  10:23
**term**  5:6,8
    13:22,22 18:20
    18:23 19:6,6
**termination**
    14:17
**terms**  4:22 5:5
    5:7,13 13:2,23
    18:12,25 19:17
**testifying**  21:5
**thank**  4:9 6:22
    19:10,14
**thanks**  18:8,13
**thereto**  4:24
**things**  5:19
**think**  18:19,22
    18:24
**third**  6:6
**three**  17:23
**time**  1:12 4:2
    5:11 6:10,14
    6:17 14:17
    20:2
**times**  2:13
**timing**  6:8 9:21
**today**  4:4,15
    6:12 13:13
**together**  15:16
**total**  6:2 7:18
    8:2,6,15 9:8,25
    11:10,12

**trading**  14:3
**transcriber**
    22:1
**transcript**  22:3
    22:4
**transcriptionist**
    21:7
**transferred**
    15:10,12
**transformers**
    13:16
**true**  21:8 22:4
**tuesday**  1:11
**turn**  18:5
**twelve**  11:10,14
**two**  7:15 9:3,4
    12:6,7
**typewriting**
    21:6

### u

**under**  9:25
    10:17 17:22
**understand**
    5:10
**united**  1:1
**update**  19:19
**upstate**  13:8
**use**  12:22 16:24
**using**  14:13

### v

**valuable**  5:24
**value**  5:21 7:11
    8:6 19:22

**various**  4:12
**vest**  9:23
**vesting**  9:14,15
    9:16
**vests**  9:12
**videoconfere...**
    2:3,11,20
**virtual**  6:18
**voltage**  11:15

### w

**we've**  4:18,19
**week**  4:10
**wins**  13:4
**witness**  21:4
**work**  4:12,20
    17:8 19:22
**working**  5:3
**worse**  13:2
**written**  14:22
    19:3

### x

**x**  3:1

### y

**year**  7:15,17,20
    9:2,17,18,23
    10:9 11:22
    12:21 13:21
**years**  9:4,9,12
    12:6,7
**york**  1:2,14
    2:14 13:8
    21:20

**Exhibit G**

**Auction Transcript from May 19, 2023**

Page 1

1          UNITED STATES BANKRUPTCY COURT

2           SOUTHERN DISTRICT OF NEW YORK

3    ────────────────────────────────

4    In re:

5    CELSIUS NETWORK LLC, et al.,          Chapter 11

6            Debtors.                      Case No.

7                                          22-10964 (MG)

8    ────────────────────────────────

9           VIDEOCONFERENCE AUCTION OF

10             CELSIUS NETWORK LLC

11   DATE:          Friday, May 19, 2023

12   TIME:          2:02 p.m.

13   LOCATION:      Remote Proceeding

14                  601 Lexington Avenue

15                  New York, NY 10022

16   REPORTED BY:   Hilary Bornemann, Notary Public

17   JOB NO.:       5930021

18

19

20

21

22

23

24

25

```
                                                    Page 2
1                    A P P E A R A N C E S

2      ON BEHALF OF DEBTOR CELSIUS NETWORK LLC:

3             CHRIS KOENIG, ESQUIRE (by videoconference)

4             Kirkland & Ellis LLP

5             300 North LaSalle Street

6             Chicago, IL 60654

7             chris.koenig@kirkland.com

8             (312) 862-2000

9

10

11     ALSO PRESENT:

12            Ryan Kielty, Centerview Partners

13            by videoconference)

14            Jason New, NovaWulf Digital Management

15            (by videoconference)

16

17

18

19

20

21

22

23

24

25
```

Page 3

1                          **E X H I B I T S**

2    NO.                DESCRIPTION                    PAGE

3                        (None marked.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1             CELSIUS NETWORK LLC, ET AL.

2         MR. KOENIG:   -- prospective bids.

3     NovaWulf submitted a revised bid this

4     week, which we and the committee have been

5     working to document in a formal term

6     sheet, similar to the most recent

7     Fahrenheit bid.

8         As part of evaluating NovaWulf's bid

9     against the prior bid made by Fahrenheit,

10    the debtors and the committee have

11    continued to analyze the quantitative and

12    qualitative factors that we have announced

13    on the record previously.

14        Following analysis of the NovaWulf

15    bid compared to the prior Fahrenheit bid,

16    the debtors, in consultation with the

17    committee, have determined that, subject

18    to final documentation and completion of

19    remaining diligence, the most recent bid

20    from NovaWulf is higher and better than

21    the prior Fahrenheit bid.  And this

22    NovaWulf bid is the lead bid.

23        Notably, the debtors and the

24    committee have also just received a new

25    bid from the Fahrenheit Group that has

```
                                              Page 5
```

1              CELSIUS NETWORK LLC, ET AL.

2        been termed a best and final bid from

3        Fahrenheit.  The debtors and the committee

4        are continuing to evaluate this bid.

5              And to be clear, the NovaWulf bid

6        that we just announced as the leading bid

7        was compared against the prior Fahrenheit

8        bid, not this most recent best and final

9        bid that we just received from Fahrenheit.

10             The debtors and the committee are

11       asking both bidders, NovaWulf and

12       Fahrenheit, to present their best and

13       final bid by 5 p.m. eastern time on

14       Monday.

15             And the debtors and the committee

16       will make a final decision on the winning

17       bid and announce the winning bid and

18       bidder and conclude the auction by the end

19       of the day on Wednesday.

20             At this time, I will pass the virtual

21       microphone to Ryan Kielty of Centerview

22       Partners to read into the record the

23       details of NovaWulf's revised bid.

24         MR. KIELTY:  Thank you, Chris.

25             So everyone bear with me here.

```
                                              Page 6
 1                CELSIUS NETWORK LLC, ET AL.
 2        There's a lot of content.
 3             So the first element I'll discuss is
 4        the contribution that NovaWulf is making
 5        to the estate.
 6             NovaWulf is increasing its $45
 7        million contribution to $50 million that
 8        can be used at the debtors' option to
 9        purchase ESTs in the primary market from
10        NewCo, which would result in $50 million
11        of cash going into NewCo in exchange for
12        equity at plan/NAV value.
13             Or it can be used in the secondary
14        market to support the trading level of
15        ESTs after the effective date.
16             NovaWulf is also agreeing to the same
17        lock-up provisions for equity purchased in
18        that structure, the same lock-up
19        provisions as was put on the record for
20        the last Fahrenheit bid, so matching
21        Fahrenheit on the same lock-up provisions.
22             With respect to management fees,
23        NovaWulf is reducing its $40 million-per-
24        annum management fee to $35 million in
25        aggregate.
```

Page 7

CELSIUS NETWORK LLC, ET AL.

1
2          And similar to the allocation of
3     management of the annual management fee
4     between the management company and mining
5     that Fahrenheit did in its last bid,
6     NovaWulf is splitting that $35 million
7     annual management fee $25 million to
8     general NewCo Management and $10 million
9     specific to mining.
10          NovaWulf is also matching
11     Fahrenheit's management contract extension
12     concept, where NovaWulf is now increasing
13     to two consecutive two-year renewal
14     options for the management fee.
15          And that is a no-additional-equity
16     extension with the $35 million dollar fee
17     adjusted for inflation for those two
18     subsequent two-year periods.
19          With respect to mining management and
20     the $10 million mining management fee,
21     NovaWulf is granting the board an option
22     to re-evaluate the mining management
23     agreement after 30 months.
24          And in the event that NovaWulf is
25     terminated after 30 months, NovaWulf will

Page 8

1           CELSIUS NETWORK LLC, ET AL.

2     be paid the entirety of their three-year

3     management fee.  So, effectively, a six-

4     month breakup fee imbedded in there.

5          And NovaWulf will manage the mining

6     assets with the support of Beowulf.

7     NovaWulf will also use commercially

8     reasonable efforts to maximize the value

9     of the Bitmain credits and coupons for

10    NewCo.  That's consistent with an addition

11    that Fahrenheit made in the last round of

12    bidding.

13         And the Beowulf Energy team will

14    provide NewCo with direct access to its

15    energy trading desks.  Again, a similar

16    addition that Fahrenheit made in its last

17    bid.

18         With respect to RSUs and options, the

19    RSUs are substantially similar to what's

20    been offered in prior rounds and is the

21    same as Fahrenheit, 5 percent RSUs vested

22    ratably over five years, with a one-year

23    lock-up.

24         And with respect to the options,

25    NovaWulf is adopting the same option

Page 9

1              CELSIUS NETWORK LLC, ET AL.

2       construct as described in the last

3       Fahrenheit bid, where the debtors have the

4       option to choose one of two strike

5       mechanics.

6            One mechanic, the strike price of the

7       options is set annually based upon the

8       then -- EST price.  And in Option 2, as

9       previously described on the record, the

10      options are indexed relative to the CMC

11      200 index or some index to be agreed upon

12      by the debtors and NovaWulf.

13           With respect to Ethereum staking,

14      NewCo is committing to have the capability

15      to self-stake all of NewCo's Ethereum by

16      the effective date of a plan of

17      reorganization.

18           In addition, by the effective date,

19      NovaWulf will have hired a staking team,

20      with the head of staking paid as part of

21      the fixed management fee.

22           NovaWulf will build capacity for

23      NewCo to run its own bare-metal servers in

24      a Tier-4-plus data center.  NewCo will

25      also have hired an external security firm

```
                                              Page 10

 1                 CELSIUS NETWORK LLC, ET AL.

 2        to run penetration tests.  NewCo will have

 3        the ability to stake customer funds within

 4        three months post-effective date.

 5             And in addition to those items,

 6        NovaWulf will also make additional staking

 7        team hires and staking platform compliance

 8        testing around relevant milestones.

 9             The NovaWulf bid, consistent with

10        Fahrenheit's past bid put on the record,

11        will have a minimum liquid crypto retained

12        in NewCo amount of $450 million.

13             And that liquid currency amount will

14        increase up to a maximum of $500 million

15        to the extent the $50 million contribution

16        is made on a primary basis.  But in no

17        instance will there by more than $500

18        million of liquid cryptocurrency in NewCo

19        as of the effective date.

20             Consistent with its past bid,

21        NovaWulf and its bid partners are

22        providing one billion HASH tokens.

23             And NovaWulf and its bid partners are

24        also increasing the amount of Figure

25        equity provided under the bid to 100
```

Page 11

1              CELSIUS NETWORK LLC, ET AL.

2    million of Figure equity at a 3.2 billion

3    valuation, which is the valuation of

4    Figure's last round of equity.

5          And consistent with the Figure equity

6    contributed in NovaWulf's last bid, there

7    is also a true-up on 100 million of equity

8    to the extent Figure issues, in the

9    future, equity at or below a 2.4 billion

10   valuation.

11         Figure is also committing all of its

12   lending licenses, servicing capabilities,

13   and DART for NewCo's lending business at

14   NewCo's option.

15         Figure will migrate its crypto-

16   secured lending business to NewCo and

17   commit to support new lending in NewCo

18   through Figure licenses and servicing.

19         Figure's also agreeing to not engage

20   in crypto lending outside of this NewCo

21   partnership and will work exclusively with

22   the NewCo management team to introduce new

23   products.

24         With respect to the mining -- I'll

25   call "mining business plan enhancements,"

Page 12

1                    CELSIUS NETWORK LLC, ET AL.

2         NovaWulf is agreeing to a milestone for

3         100 megawatts of development to be

4         energized within 12 months of emergence --

5         provided the board approved the funding

6         for such development -- and consistent

7         with its past bid, is agreeing to a $1

8         million monthly penalty for each missed

9         milestone, up to six months.

10             So that's a total penalty of 6

11        million, to the extent they don't hit the

12        timeline on that development.

13             NovaWulf's also contributing 150-

14        megawatt behind-the-meter site on terms

15        that are no worse than what's available to

16        NovaWulf.

17             Beowulf was providing NewCo with the

18        option for up to six months post-effective

19        date to purchase a 45-megawatt facility --

20        575,000 per megawatt -- that is currently

21        plug ready.

22             NovaWulf, consistent with the

23        Fahrenheit most recent bid, will make 50

24        megawatts of containers and transformers

25        available to NewCo at market prices.

Page 13

1                  CELSIUS NETWORK LLC, ET AL.

2          NewCo will also have the opportunity

3      to purchase an existing fully permitted

4      and as-is built 50-megawatt facility in

5      Montana.

6          NewCo will also have the opportunity

7      to enter into a ten-year lease for 100

8      megawatts of capacity, for $5 per megawatt

9      hour, at a facility in Upstate New York.

10     And that's consistent with NovaWulf's

11     prior bid.

12         NovaWulf is also providing a royalty-

13     free software for mining and curtailment

14     management.  And it's also important to

15     note NovaWulf has previously delivered

16     14,000 rack spaces to NewCo for -- excuse

17     me -- to Celsius for a five-year term.  So

18     Celsius is currently hosting 14,000 rigs

19     in a NovaWulf facility.

20         NovaWulf is also matching the

21     Fahrenheit $2 million cap for on-site-

22     level employees -- that's a $2 million cap

23     per 100 megawatts of owned mining

24     capacity -- and is also agreeing to cap

25     construction costs for facilities

Page 14

1           CELSIUS NETWORK LLC, ET AL.

2       developed by NovaWulf, again, at the NewCo

3       board's option, capping those at 395,000

4       per megawatt for 24 months after the

5       effective date, with the additional

6       timelines and caps included in the on-the-

7       record description of the Fahrenheit bid.

8           Also consistent with the last

9       Fahrenheit bid, NovaWulf is agreeing

10      between the date that they are selected as

11      the winner of the auction through to the

12      effective date, NovaWulf is making

13      available the mining services described

14      under this bid to Celsius to the extent

15      the board, in consultation with the UCC,

16      decides to use them.

17          With respect to trading and liquidity

18      as previously described on the record, the

19      NovaWulf strategy is to have ESTs that

20      represent the equity of NewCo issued and

21      traded on the Provenance Blockchain.

22          And NovaWulf has added to this bid a

23      provision that one year after emergence

24      the board will re-evaluate the Provenance

25      Blockchain based upon the trading volume

```
                                    Page 15

 1              CELSIUS NETWORK LLC, ET AL.

 2       and pricing and will decide whether to

 3       have NewCo continue to be listed on the

 4       Provenance Blockchain or seek to list on

 5       an alternative exchange like Nasdaq or

 6       others.

 7            NovaWulf is also maintaining the MST

 8       construct in this bid, which entitles

 9       holders to an annual dividend of 50 basis

10       points of the total asset value in NewCo.

11            With respect to governance, the board

12       composition, and which of NovaWulf and the

13       UCC are able to appoint and consent to

14       board members, that is consistent with

15       NovaWulf's last bid.

16            And with respect to exclusivity and

17       disclosure and limitations on outside

18       business practices for NovaWulf and its

19       partners, those terms are consistent with

20       the last NovaWulf bid that was put on the

21       record.

22            And, finally, consistent with the

23       last Fahrenheit bid, NovaWulf is agreeing

24       to provide the $10 million deposit.

25            I see that Jason New is on the line.
```

Page 16

                    CELSIUS NETWORK LLC, ET AL.

1
2          Jason, is that description consistent
3     with your bid?  And, if not, feel free to
4     provide any clarifications or changes.
5          MR. NEW:  Ryan, that's consistent.
6     Although, I missed a little bit of it
7     because I'm on a train, and you cut out.
8     So I don't know if Ken or somebody else is
9     on just to confirm.  But from what I
10    heard, yes.
11         MR. KIELTY:  Okay.  And if anything
12    was missed, when we are next on the record
13    in this auction, we can provide those
14    clarifications.
15         MR. NEW:  Great.  Thank you.
16         MR. KIELTY:  Okay, Chris.  I'll turn
17    it over to you.
18         MR. KOENIG:  Thanks, Ryan.  All
19    right.  With that, we will go off the
20    record.  It is 2:17.  We look forward to
21    the conclusion of this auction next week.
22    We appreciate everybody's patience as we
23    work with the bidders.
24         And as I mentioned the bid earlier,
25    we expect to conclude the auction and

Page 17

1                    CELSIUS NETWORK LLC, ET AL.

2        announce a winner this coming Wednesday.

3        Thank you all very much.

4              (Whereupon, at 2:17 p.m., the

5              proceeding was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 18

1                CERTIFICATE OF DEPOSITION OFFICER

2          I, HILARY BORNEMANN, the officer before whom the

3  foregoing proceedings were taken, do hereby certify that

4  any witness(es) in the foregoing proceedings, prior to

5  testifying, were duly sworn; that the proceedings were

6  recorded by me and thereafter reduced to typewriting by a

7  qualified transcriptionist; that said digital audio

8  recording of said proceedings are a true and accurate

9  record to the best of my knowledge, skills, and ability;

10 that I am neither counsel for, related to, nor employed by

11 any of the parties to the action in which this was taken;

12 and, further, that I am not a relative or employee of any

13 counsel or attorney employed by the parties hereto, nor

14 financially or otherwise interested in the outcome of this

15 action.

16

17                  HILARY BORNEMANN

18                  Notary Public in and for the

19                  State of New Jersey

20

21

22

23

24

25

Page 19

1                         CERTIFICATE OF TRANSCRIBER

2              I, KASSIE YOUNG, do hereby certify that this

3     transcript was prepared from the digital audio recording of

4     the foregoing proceeding, that said transcript is a true

5     and accurate record of the proceedings to the best of my

6     knowledge, skills, and ability; that I am neither counsel

7     for, related to, nor employed by any of the parties to the

8     action in which this was taken; and, further, that I am not

9     a relative or employee of any counsel or attorney employed

10     by the parties hereto, nor financially or otherwise

11     interested in the outcome of this action.

12

13

14                         KASSIE YOUNG

15

16

17

18

19

20

21

22

23

24

25

[& - bid]                                                                                    Page 1

| & | |
|---|---|
| **&**   2:4 | |

| **1** | |
|---|---|
| **1**   12:7 | |
| **10**   7:8,20 15:24 | |
| **100**   10:25 11:7 | |
| 12:3 13:7,23 | |
| **10022**   1:15 | |
| **11**   1:5 | |
| **12**   12:4 | |
| **14,000**   13:16,18 | |
| **150**   12:13 | |
| **19**   1:11 | |

| **2** | |
|---|---|
| **2**   9:8 13:21,22 | |
| **2.4**   11:9 | |
| **200**   9:11 | |
| **2023**   1:11 | |
| **22-10964**   1:7 | |
| **24**   14:4 | |
| **25**   7:7 | |
| **25681**   18:16 | |
| **29440**   19:13 | |
| **2:02**   1:12 | |
| **2:17**   16:20 17:4 | |

| **3** | |
|---|---|
| **3.2**   11:2 | |
| **30**   7:23,25 | |
| **300**   2:5 | |
| **312**   2:8 | |
| **35**   6:24 7:6,16 | |
| **395,000**   14:3 | |

| **4** | |
|---|---|
| **4**   9:24 | |
| **40**   6:23 | |
| **45**   6:6 12:19 | |
| **450**   10:12 | |

| **5** | |
|---|---|
| **5**   5:13 8:21 | |
| 13:8 | |
| **50**   6:7,10 10:15 | |
| 12:23 13:4 | |
| 15:9 | |
| **500**   10:14,17 | |
| **575,000**   12:20 | |
| **5930021**   1:17 | |

| **6** | |
|---|---|
| **6**   12:10 | |
| **601**   1:14 | |
| **60654**   2:6 | |

| **8** | |
|---|---|
| **862-2000**   2:8 | |

| **a** | |
|---|---|
| **ability**   10:3 | |
| 18:9 19:6 | |
| **able**   15:13 | |
| **access**   8:14 | |
| **accurate**   18:8 | |
| 19:5 | |
| **action**   18:11,15 | |
| 19:8,11 | |
| **added**   14:22 | |
| **addition**   8:10 | |
| 8:16 9:18 10:5 | |

**additional**   7:15
10:6 14:5
**adjusted**   7:17
**adopting**   8:25
**aggregate**   6:25
**agreed**   9:11
**agreeing**   6:16
11:19 12:2,7
13:24 14:9
15:23
**agreement**   7:23
**al**   1:5 4:1 5:1
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1
**allocation**   7:2
**alternative**
15:5
**amount**   10:12
10:13,24
**analysis**   4:14
**analyze**   4:11
**announce**   5:17
17:2
**announced**
4:12 5:6
**annual**   7:3,7
15:9
**annually**   9:7
**annum**   6:24
**appoint**   15:13
**appreciate**
16:22

**approved**   12:5
**asking**   5:11
**asset**   15:10
**assets**   8:6
**attorney**   18:13
19:9
**auction**   1:9
5:18 14:11
16:13,21,25
**audio**   18:7 19:3
**available**   12:15
12:25 14:13
**avenue**   1:14

| **b** | |
|---|---|
| **b**   3:1 | |
| **bankruptcy**   1:1 | |
| **bare**   9:23 | |
| **based**   9:7 14:25 | |
| **basis**   10:16 | |
| 15:9 | |
| **bear**   5:25 | |
| **behalf**   2:2 | |
| **beowulf**   8:6,13 | |
| 12:17 | |
| **best**   5:2,8,12 | |
| 18:9 19:5 | |
| **better**   4:20 | |
| **bid**   4:3,7,8,9,15 | |
| 4:15,19,21,22 | |
| 4:22,25 5:2,4,5 | |
| 5:6,8,9,13,17 | |
| 5:17,23 6:20 | |
| 7:5 8:17 9:3 | |
| 10:9,10,20,21 | |
| 10:23,25 11:6 | |

[bid - date]                                                                Page 2

12:7,23 13:11
14:7,9,14,22
15:8,15,20,23
16:3,24
**bidder**  5:18
**bidders**  5:11
16:23
**bidding**  8:12
**bids**  4:2
**billion**  10:22
11:2,9
**bit**  16:6
**bitmain**  8:9
**blockchain**
14:21,25 15:4
**board**  7:21
12:5 14:15,24
15:11,14
**board's**  14:3
**bornemann**
1:16 18:2,17
**breakup**  8:4
**build**  9:22
**built**  13:4
**business**  11:13
11:16,25 15:18

**c**

**c**  2:1
**call**  11:25
**cap**  13:21,22,24
**capabilities**
11:12
**capability**  9:14
**capacity**  9:22
13:8,24

**capping**  14:3
**caps**  14:6
**case**  1:6
**cash**  6:11
**celsius**  1:5,10
2:2 4:1 5:1 6:1
7:1 8:1 9:1
10:1 11:1 12:1
13:1,17,18 14:1
14:14 15:1
16:1 17:1
**center**  9:24
**centerview**
2:12 5:21
**certificate**  18:1
19:1
**certify**  18:3
19:2
**changes**  16:4
**chapter**  1:5
**chicago**  2:6
**choose**  9:4
**chris**  2:3 5:24
16:16
**chris.koenig**
2:7
**clarifications**
16:4,14
**clear**  5:5
**cmc**  9:10
**coming**  17:2
**commercially**
8:7
**commit**  11:17

**committee**  4:4
4:10,17,24 5:3
5:10,15
**committing**
9:14 11:11
**company**  7:4
**compared**  4:15
5:7
**completion**
4:18
**compliance**
10:7
**composition**
15:12
**concept**  7:12
**conclude**  5:18
16:25
**concluded**  17:5
**conclusion**
16:21
**confirm**  16:9
**consecutive**
7:13
**consent**  15:13
**consistent**  8:10
10:9,20 11:5
12:6,22 13:10
14:8 15:14,19
15:22 16:2,5
**construct**  9:2
15:8
**construction**
13:25
**consultation**
4:16 14:15

**containers**
12:24
**content**  6:2
**continue**  15:3
**continued**  4:11
**continuing**  5:4
**contract**  7:11
**contributed**
11:6
**contributing**
12:13
**contribution**
6:4,7 10:15
**costs**  13:25
**counsel**  18:10
18:13 19:6,9
**coupons**  8:9
**court**  1:1
**credits**  8:9
**crypto**  10:11
11:15,20
**cryptocurrency**
10:18
**currency**  10:13
**currently**  12:20
13:18
**curtailment**
13:13
**customer**  10:3
**cut**  16:7

**d**

**dart**  11:13
**data**  9:24
**date**  1:11 6:15
9:16,18 10:4,19

[date - following]                                                          Page 3

| | | | |
|---|---|---|---|
| 12:19 14:5,10 14:12 | **document**  4:5 | 14:20 | **external**  9:25 |
| **day**  5:19 | **documentation**  4:18 | **es**  18:4 | **f** |
| **debtor**  2:2 | **dollar**  7:16 | **esquire**  2:3 | **facilities**  13:25 |
| **debtors**  1:6 | **duly**  18:5 | **est**  9:8 | **facility**  12:19 |
| 4:10,16,23 5:3 | **e** | **estate**  6:5 | 13:4,9,19 |
| 5:10,15 6:8 9:3 | **e**  2:1,1 3:1 | **ests**  6:9,15 | **factors**  4:12 |
| 9:12 | **earlier**  16:24 | 14:19 | **fahrenheit**  4:7 |
| **decide**  15:2 | **eastern**  5:13 | **et**  1:5 4:1 5:1 | 4:9,15,21,25 |
| **decides**  14:16 | **effective**  6:15 | 6:1 7:1 8:1 9:1 | 5:3,7,9,12 6:20 |
| **decision**  5:16 | 9:16,18 10:4,19 | 10:1 11:1 12:1 | 6:21 7:5 8:11 |
| **delivered**  13:15 | 12:18 14:5,12 | 13:1 14:1 15:1 | 8:16,21 9:3 |
| **deposit**  15:24 | **effectively**  8:3 | 16:1 17:1 | 12:23 13:21 |
| **deposition**  18:1 | **efforts**  8:8 | **ethereum**  9:13 | 14:7,9 15:23 |
| **described**  9:2,9 | **element**  6:3 | 9:15 | **fahrenheit's** |
| 14:13,18 | **ellis**  2:4 | **evaluate**  5:4 | 7:11 10:10 |
| **description**  3:2 | **emergence**  12:4 | 7:22 14:24 | **fee**  6:24 7:3,7 |
| 14:7 16:2 | 14:23 | **evaluating**  4:8 | 7:14,16,20 8:3 |
| **desks**  8:15 | **employed** | **event**  7:24 | 8:4 9:21 |
| **details**  5:23 | 18:10,13 19:7,9 | **everybody's** | **feel**  16:3 |
| **determined** | **employee**  18:12 | 16:22 | **fees**  6:22 |
| 4:17 | 19:9 | **exchange**  6:11 | **figure**  10:24 |
| **developed**  14:2 | **employees** | 15:5 | 11:2,5,8,11,15 |
| **development** | 13:22 | **exclusively** | 11:18 |
| 12:3,6,12 | **energized**  12:4 | 11:21 | **figure's**  11:4,19 |
| **digital**  2:14 | **energy**  8:13,15 | **exclusivity** | **final**  4:18 5:2,8 |
| 18:7 19:3 | **engage**  11:19 | 15:16 | 5:13,16 |
| **diligence**  4:19 | **enhancements** | **excuse**  13:16 | **finally**  15:22 |
| **direct**  8:14 | 11:25 | **existing**  13:3 | **financially** |
| **disclosure** | **enter**  13:7 | **expect**  16:25 | 18:14 19:10 |
| 15:17 | **entirety**  8:2 | **extension**  7:11 | **firm**  9:25 |
| **discuss**  6:3 | **entitles**  15:8 | 7:16 | **first**  6:3 |
| **district**  1:2 | **equity**  6:12,17 | **extent**  10:15 | **five**  8:22 13:17 |
| **dividend**  15:9 | 7:15 10:25 | 11:8 12:11 | **fixed**  9:21 |
| | 11:2,4,5,7,9 | 14:14 | **following**  4:14 |

[foregoing - megawatt]                                                    Page 4

| | | | |
|---|---|---|---|
| **foregoing** 18:3 18:4 19:4 | **hit** 12:11 | **kirkland** 2:4 | **llp** 2:4 |
| **formal** 4:5 | **holders** 15:9 | **kirkland.com** 2:7 | **location** 1:13 |
| **forward** 16:20 | **hosting** 13:18 | **know** 16:8 | **lock** 6:17,18,21 8:23 |
| **free** 13:13 16:3 | **hour** 13:9 | **knowledge** 18:9 19:6 | **look** 16:20 |
| **friday** 1:11 | **i** | **koenig** 2:3 4:2 16:18 | **lot** 6:2 |

**foregoing** 18:3
18:4 19:4
**formal** 4:5
**forward** 16:20
**free** 13:13 16:3
**friday** 1:11
**fully** 13:3
**funding** 12:5
**funds** 10:3
**further** 18:12
19:8
**future** 11:9

**g**

**general** 7:8
**go** 16:19
**going** 6:11
**governance** 15:11
**granting** 7:21
**great** 16:15
**group** 4:25

**h**

**h** 3:1
**hash** 10:22
**head** 9:20
**heard** 16:10
**hereto** 18:13
19:10
**higher** 4:20
**hilary** 1:16
18:2,17
**hired** 9:19,25
**hires** 10:7

**hit** 12:11
**holders** 15:9
**hosting** 13:18
**hour** 13:9

**i**

**il** 2:6
**imbedded** 8:4
**important** 13:14
**included** 14:6
**increase** 10:14
**increasing** 6:6
7:12 10:24
**index** 9:11,11
**indexed** 9:10
**inflation** 7:17
**instance** 10:17
**interested** 18:14 19:11
**introduce** 11:22
**issued** 14:20
**issues** 11:8
**items** 10:5

**j**

**jason** 2:14
15:25 16:2
**jersey** 18:19
**job** 1:17

**k**

**kassie** 19:2,14
**ken** 16:8
**kielty** 2:12 5:21
5:24 16:11,16

**kirkland** 2:4
**kirkland.com** 2:7
**know** 16:8
**knowledge** 18:9 19:6
**koenig** 2:3 4:2
16:18

**l**

**lasalle** 2:5
**lead** 4:22
**leading** 5:6
**lease** 13:7
**lending** 11:12
11:13,16,17,20
**level** 6:14 13:22
**lexington** 1:14
**licenses** 11:12
11:18
**limitations** 15:17
**line** 15:25
**liquid** 10:11,13
10:18
**liquidity** 14:17
**list** 15:4
**listed** 15:3
**little** 16:6
**llc** 1:5,10 2:2
4:1 5:1 6:1 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1

**llp** 2:4
**location** 1:13
**lock** 6:17,18,21
8:23
**look** 16:20
**lot** 6:2

**m**

**made** 4:9 8:11
8:16 10:16
**maintaining** 15:7
**make** 5:16 10:6
12:23
**making** 6:4
14:12
**manage** 8:5
**management** 2:14 6:22,24
7:3,3,4,7,8,11
7:14,19,20,22
8:3 9:21 11:22
13:14
**marked** 3:3
**market** 6:9,14
12:25
**matching** 6:20
7:10 13:20
**maximize** 8:8
**maximum** 10:14
**mechanic** 9:6
**mechanics** 9:5
**megawatt** 12:14,19,20
13:4,8 14:4

**[megawatts - present]**                                   Page 5

| | | | |
|---|---|---|---|
| **megawatts** 12:3 12:24 13:8,23 | **mst** 15:7 | 6:23 7:6,10,12 7:21,24,25 8:5 | **p** |
| **members** 15:14 | **n** | 8:7,25 9:12,19 | **p** 2:1,1 |
| **mentioned** 16:24 | **n** 2:1 | 9:22 10:6,9,21 | **p.m.** 1:12 5:13 17:4 |
| **metal** 9:23 | **nasdaq** 15:5 | 10:23 12:2,16 | **page** 3:2 |
| **meter** 12:14 | **nav** 6:12 | 12:22 13:12,15 | **paid** 8:2 9:20 |
| **mg** 1:7 | **neither** 18:10 19:6 | 13:19,20 14:2,9 | **part** 4:8 9:20 |
| **microphone** 5:21 | **network** 1:5,10 | 14:12,19,22 | **parties** 18:11 18:13 19:7,10 |
| **migrate** 11:15 | 2:2 4:1 5:1 6:1 | 15:7,12,18,20 | **partners** 2:12 |
| **milestone** 12:2 12:9 | 7:1 8:1 9:1 | 15:23 | 5:22 10:21,23 |
| **milestones** 10:8 | 10:1 11:1 12:1 | **novawulf's** 4:8 5:23 11:6 | 15:19 |
| **million** 6:7,7,10 | 13:1 14:1 15:1 | 12:13 13:10 | **partnership** 11:21 |
| 6:23,24 7:6,7,8 | 16:1 17:1 | 15:15 | **pass** 5:20 |
| 7:16,20 10:12 | **new** 1:2,15 2:14 | **ny** 1:15 | **past** 10:10,20 12:7 |
| 10:14,15,18 | 4:24 11:17,22 | **o** | **patience** 16:22 |
| 11:2,7 12:8,11 | 13:9 15:25 | | **penalty** 12:8,10 |
| 13:21,22 15:24 | 16:5,15 18:19 | **offered** 8:20 | **penetration** 10:2 |
| **minimum** 10:11 | **newco** 6:10,11 | **officer** 18:1,2 | **percent** 8:21 |
| **mining** 7:4,9,19 | 7:8 8:10,14 | **okay** 16:11,16 | **periods** 7:18 |
| 7:20,22 8:5 | 9:14,23,24 10:2 | **opportunity** 13:2,6 | **permitted** 13:3 |
| 11:24,25 13:13 | 10:12,18 11:16 | **option** 6:8 7:21 | **plan** 6:12 9:16 11:25 |
| 13:23 14:13 | 11:17,20,22 | 8:25 9:4,8 | **platform** 10:7 |
| **missed** 12:8 | 12:17,25 13:2,6 | 11:14 12:18 | **plug** 12:21 |
| 16:6,12 | 13:16 14:2,20 | 14:3 | **plus** 9:24 |
| **monday** 5:14 | 15:3,10 | **options** 7:14 | **points** 15:10 |
| **montana** 13:5 | **newco's** 9:15 | 8:18,24 9:7,10 | **post** 10:4 12:18 |
| **month** 8:4 | 11:13,14 | **outcome** 18:14 | **practices** 15:18 |
| **monthly** 12:8 | **north** 2:5 | 19:11 | **prepared** 19:3 |
| **months** 7:23,25 | **notably** 4:23 | **outside** 11:20 | **present** 2:11 |
| 10:4 12:4,9,18 | **notary** 1:16 | 15:17 | 5:12 |
| 14:4 | 18:18 | **own** 9:23 | |
| | **note** 13:15 | **owned** 13:23 | |
| | **novawulf** 2:14 | | |
| | 4:3,14,20,22 | | |
| | 5:5,11 6:4,6,16 | | |

**[previously - substantially]**                                    Page 6

| | | | |
|---|---|---|---|
| **previously** 4:13 9:9 13:15 14:18 | **put** 6:19 10:10 15:20 | **remaining** 4:19 | **servers** 9:23 |
| **price** 9:6,8 | **q** | **remote** 1:13 | **services** 14:13 |
| **prices** 12:25 | **qualified** 18:7 | **renewal** 7:13 | **servicing** 11:12 11:18 |
| **pricing** 15:2 | **qualitative** 4:12 | **reorganization** 9:17 | **set** 9:7 |
| **primary** 6:9 10:16 | **quantitative** 4:11 | **reported** 1:16 | **sheet** 4:6 |
| **prior** 4:9,15,21 5:7 8:20 13:11 18:4 | **r** | **represent** 14:20 | **signature** 18:16 19:13 |
| | **r** 2:1 | **respect** 6:22 7:19 8:18,24 9:13 11:24 14:17 15:11,16 | **similar** 4:6 7:2 8:15,19 |
| **proceeding** 1:13 17:5 19:4 | **rack** 13:16 | | **site** 12:14 13:21 |
| **proceedings** 18:3,4,5,8 19:5 | **ratably** 8:22 | **result** 6:10 | **six** 8:3 12:9,18 |
| **products** 11:23 | **read** 5:22 | **retained** 10:11 | **skills** 18:9 19:6 |
| **prospective** 4:2 | **ready** 12:21 | **revised** 4:3 5:23 | **software** 13:13 |
| **provenance** 14:21,24 15:4 | **reasonable** 8:8 | **right** 16:19 | **somebody** 16:8 |
| **provide** 8:14 15:24 16:4,13 | **received** 4:24 5:9 | **rigs** 13:18 | **southern** 1:2 |
| **provided** 10:25 12:5 | **recent** 4:6,19 5:8 12:23 | **round** 8:11 11:4 | **spaces** 13:16 |
| **providing** 10:22 12:17 13:12 | **record** 4:13 5:22 6:19 9:9 10:10 14:7,18 15:21 16:12,20 18:9 19:5 | **rounds** 8:20 | **specific** 7:9 |
| | | **royalty** 13:12 | **splitting** 7:6 |
| | | **rsus** 8:18,19,21 | **stake** 9:15 10:3 |
| | | **run** 9:23 10:2 | **staking** 9:13,19 9:20 10:6,7 |
| **provision** 14:23 | **recorded** 18:6 | **ryan** 2:12 5:21 16:5,18 | **state** 18:19 |
| **provisions** 6:17 6:19,21 | **recording** 18:8 19:3 | | **states** 1:1 |
| **public** 1:16 18:18 | **reduced** 18:6 | **s** | **strategy** 14:19 |
| | **reducing** 6:23 | **s** 2:1 3:1 | **street** 2:5 |
| **purchase** 6:9 12:19 13:3 | **related** 18:10 19:7 | **secondary** 6:13 | **strike** 9:4,6 |
| | **relative** 9:10 18:12 19:9 | **secured** 11:16 | **structure** 6:18 |
| **purchased** 6:17 | **relevant** 10:8 | **security** 9:25 | **subject** 4:17 |
| | | **see** 15:25 | **submitted** 4:3 |
| | | **seek** 15:4 | **subsequent** 7:18 |
| | | **selected** 14:10 | **substantially** 8:19 |
| | | **self** 9:15 | |

[support - young]                                                    Page 7

**support**  6:14
  8:6 11:17
**sworn**  18:5

**t**

**t**  3:1
**taken**  18:3,11
  19:8
**team**  8:13 9:19
  10:7 11:22
**ten**  13:7
**term**  4:5 13:17
**termed**  5:2
**terminated**
  7:25
**terms**  12:14
  15:19
**testifying**  18:5
**testing**  10:8
**tests**  10:2
**thank**  5:24
  16:15 17:3
**thanks**  16:18
**three**  8:2 10:4
**tier**  9:24
**time**  1:12 5:13
  5:20
**timeline**  12:12
**timelines**  14:6
**tokens**  10:22
**total**  12:10
  15:10
**traded**  14:21
**trading**  6:14
  8:15 14:17,25

**train**  16:7
**transcriber**
  19:1
**transcript**  19:3
  19:4
**transcriptionist**
  18:7
**transformers**
  12:24
**true**  11:7 18:8
  19:4
**turn**  16:16
**two**  7:13,13,17
  7:18 9:4
**typewriting**
  18:6

**u**

**ucc**  14:15 15:13
**under**  10:25
  14:14
**united**  1:1
**upstate**  13:9
**use**  8:7 14:16
**used**  6:8,13

**v**

**valuation**  11:3
  11:3,10
**value**  6:12 8:8
  15:10
**vested**  8:21
**videoconfere...**
  1:9 2:3,13,15
**virtual**  5:20

**volume**  14:25

**w**

**wednesday**
  5:19 17:2
**week**  4:4 16:21
**winner**  14:11
  17:2
**winning**  5:16
  5:17
**witness**  18:4
**work**  11:21
  16:23
**working**  4:5
**worse**  12:15

**x**

**x**  3:1

**y**

**year**  7:13,18
  8:2,22 13:7,17
  14:23
**years**  8:22
**york**  1:2,15
  13:9
**young**  19:2,14

**<u>Exhibit H</u>**

**Auction Transcript from May 24, 2023**

Page 1

1          UNITED STATES BANKRUPTCY COURT

2          SOUTHERN DISTRICT OF NEW YORK

3   _____

4   In Re:

5   CELSIUS NETWORK LLC, et al.,              Chapter 11

6          Debtors.                           Case No.

7                                             22-10964(MG)

8   _____

9              VIDEOCONFERENCE AUCTION OF

10                CELSIUS NETWORK LLC

11   DATE:          Wednesday, May 24, 2023

12   TIME:          10:36 p.m.

13   LOCATION:      Remote Proceeding

14                  New York, NY 10022

15   REPORTED BY:   Hilary Bornemann, Notary Public

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 2

 1                    A P P E A R A N C E S

 2     ON BEHALF OF DEBTOR CELSIUS NETWORK LLC:

 3          DAN LATONA, ESQUIRE (by videoconference)

 4          Kirkland & Ellis LLP

 5          300 North LaSalle Street

 6          Chicago, IL 60654

 7          dan.latona@kirkland.com

 8          (312) 862-2000

 9

10     ON BEHALF OF FAHRENHEIT, LLC:

11          ANDREW CARTY, ESQUIRE (by videoconference)

12          Brown Rudnick LLP

13          7 Times Square

14          New York, NY 10036

15          acarty@brownrudnick.com

16          (212) 209-4959

17

18     ALSO PRESENT:

19          Ryan Kielty, Representative for Centerview

20          Partners (by videoconference)

21          Aaron Colodny, Esquire of White & Case, for

22          Committee of Unsecured Creditors (by

23          videoconference)

24

25
```

Page 3

1                    P R O C E E D I N G S

2                    MS. LATONA:   Okay.   The time is 10:36

3    p.m. prevailing Eastern Time, and we are back on the

4    record.

5                    This is Dan Latona of Kirkland & Ellis,

6    counsel to the Celsius debtors.   Today is the

7    conclusion of the Celsius auction.

8                    This auction has been a competitive,

9    unique, and complex process in light of the nature of

10   the debtors' liquid and illiquid assets.   And that

11   complexity and uniqueness required the debtors, the

12   committee, and their respective advisors to evaluate

13   both quantitative and qualitative factors, including

14   those previously read into the record.

15                   As a consequence, the bidders, the

16   debtors, the committee, and their respective advisors

17   carefully and thoroughly evaluated the terms of each

18   bid, which required a substantial time commitment.

19   And although this was a long process, it has proven to

20   be fruitful.   This auction process has delivered

21   significant value to the Celsius community.

22                   Both bids from NovaWulf and Fahrenheit

23   substantially improved over the past few weeks, in

24   terms of total of quantum of fees, mining economics,

25   other forms of economic consideration, and various

Page 4

1    qualitative factors.

2                    On Monday, May 22nd, both NovaWulf and

3    Fahrenheit submitted based and final bids by 5 p.m.

4    Eastern Time.  And the debtors, the committee, and

5    their respective advisors, evaluated the terms of both

6    bids.

7                    On Tuesday, May 23rd, the debtors, the

8    committee, and their advisors, met with both NovaWulf

9    and Fahrenheit to discuss the terms of their

10   respective final bids and visions for NewCo.

11                   And today, the debtors, in consultation

12   with the committee, has selected Fahrenheit as the

13   auction winner.

14                   In addition to the quantitative factors

15   such as the total quantum of fees and upfront

16   consideration, the debtors and their advisors

17   evaluated several qualitative factors such as

18   certainty of execution, the ability for NewCo to be or

19   become regulatorily compliant, and the time associated

20   with immergence from Chapter 11.

21                   The debtors believe that both the

22   NovaWulf and Fahrenheit teams are qualified management

23   teams, each of which the debtors believe are capable

24   of building valuable NewCo businesses to maximize the

25   value of the debtor's assets.

Page 5

1             Accordingly, the debtors did not credit

2    either bid over the other with respect to their

3    proposed future business plans.  The committee and its

4    advisors, however, believe that the Fahrenheit

5    management team has the ability to create more value

6    for NewCo over time, and therefore also gave

7    significant weight to that factor in making its

8    determination.

9             As the committee is the fiduciary for

10   the debtors' account holders, who will be the future

11   owners of NewCo, the debtors deferred to the

12   committee's judgment on this significant factor in the

13   committee's determination.

14            At this time, I'll pass the virtual

15   microphone over to Ryan Kielty of Centerview Partners

16   to read the terms of the Fahrenheit bid into the

17   record.

18            MR. KIELTY:  Thanks, Dan.  Ron Kielty

19   from Centerview Partners, investment banker to the

20   debtors.

21            So, as Dan described, the debtors and

22   the unsecured creditors committee asked both bidders

23   for best and final bids over the weekend, and I'm

24   going to read through the key changes that both

25   bidders made to their bids in this best and final

Page 6

1   round.

2                    And I'll start with the NovaWulf bid.

3   Key changes.  With respect to the annual management

4   fees, NovaWulf reduced the total annual management fee

5   from $35 million per annum to $30 million per annum.

6   With respect to the incentive fees, which as

7   previously described were structured as 5 percent RSUs

8   and 5 percent options, NovaWulf agreed to shift 1

9   percent of the RSUs to the option construct.  So 4

10  percent in RSUs and 6 percent options, with all other

11  terms around the equity construct the same.  Meaning,

12  RSUs vest each year over five years.  The options, 6

13  percent options, are struck each year over 5 years, so

14  1.2 percent per year on the options side.

15                   With respect to figure equity, the

16  NovaWulf consortium increased the contribution of

17  figure equity from $100 million at a 3.2 billion

18  valuation, to $125 million at a 3.2 valuation, with

19  the same 2.4 billion downside protection as described

20  previously on the record.

21                   NovaWulf also agreed to match the

22  Fahrenheit board appointment numbers, such that

23  NovaWulf would have two direct appointees, and they

24  would increase the committee's appointee in their sole

25  discretion to three.  So, matching the change

Page 7

1    Fahrenheit made earlier in this process.  NovaWulf

2    also increased the renewal periods for the management

3    agreement to 2 renewal periods of 30 months from 24

4    months.  So, a longer option on the management

5    agreement.

6              With respect to Fahrenheit on annual

7    management fees/incentive fees, there are not changes

8    in this round.  With respect to mining, incremental

9    consideration was added in a number of line items.

10   Fahrenheit is contributing $100 million in

11   non-expiring MicroBT coupons that can be applied to

12   the purchase of future machines.  That would be a 20

13   percent discount.  So if all $100 million of coupons

14   were utilized, that would represent $500 million in

15   machines.

16             NewCo is also being granted the option

17   to utilize up to 8,500 rack spaces at the Alpha

18   facility, which also as a part of this bid in a prior

19   bid, NewCo was offered the right to purchase.  So

20   these rack spaces would be utilized, to the extent

21   NewCo elects not to purchase this facility.  They're

22   still able to utilize 8,500 rack spaces of hosting, on

23   no worse terms than presently being offered at the

24   Hardin [ph] Beowolf facility for those same machines.

25   That could be transferred over at NewCo's option.

Page 8

1               NewCo's also being given an option to

2       utilize an additional 15,000 rack spaces on market

3       terms.   Fahrenheit is also providing improved terms

4       and incremental flexibility for the 2000 -- excuse me,

5       20,000 mining rack spaces already offered as part of

6       their bid in a prior round.

7               Fahrenheit is also providing NewCo with

8       the option to acquire substation materials that are

9       presently owned on the balance sheet by USBTC at on

10      cost to -- excuse me, at cost to assist in the

11      construction of BTC mining facilities, you know, which

12      are otherwise subject to the cost caps previously

13      described on the record.

14              Incremental to these enhancements,

15      Fahrenheit is also providing an MOU, which would

16      propose -- between NewCo and Canaan, one of the

17      largest global manufacturers of Bitcoin mining rigs,

18      whereby at NewCo's election the parties would enter

19      into a JV, which would aid in substantially growing

20      NewCo's mining footprint up to an incremental 90,000

21      owned rigs and an incremental 90,000 rigs that would

22      be hosted for Canaan by NewCo.  NewCo would construct

23      the infrastructure to house these rigs, but they're

24      being made available to NewCo on attractive terms.

25              That represents the changes from both

Page 9

1    bidders.  At this point, to the extent the bidders are

2    on the line, I would ask that they confirm the changes

3    to their bid.  And we'll be filing a term sheet

4    documenting the details of the Fahrenheit bid tonight.

5              MR. CARTY:  Yes.  This is Andrew Carty

6    at Brown Rudnick, as Counsel to Fahrenheit.  As I did

7    with the last round, I'll just note that we did submit

8    our term sheet, and the bid is reflected in that term

9    sheet.  I think the description is generally

10   consistent with it, subject to the term sheet.

11             MR. KIELTY:  Thanks, Andrew.

12             So at this time, I'll turn it over to

13   Aaron Colodny of White & Case, counsel to the

14   unsecured creditors committee, to make some additional

15   comments.

16             MR. COLODNY:  Thanks, Ryan.

17             Hi, everyone.  This is Aaron Colodny of

18   White & Case, on behalf of the official committee of

19   unsecured creditors.

20             You know, I think it's safe to say this

21   has not been a typical auction.  But nothing seems to

22   be typical in these cases.  You know, the debtors, the

23   committee, and their professionals were tasked with

24   evaluating what is the best plan for the debtors to

25   emerge from bankruptcy.

```
                                                    Page 10
 1                    And in doing so, the committee and its
 2      members directly spent considerable time meeting with
 3      each bidder group and performing substantial diligence
 4      on each aspect of the bids.
 5                    The committee evaluated the total
 6      package.  And that included the expertise of the
 7      management team, each team's business plan for the
 8      mining and staking businesses, and the consideration
 9      they offered with respect to those businesses.  It
10      also evaluated the fees and consideration provided by
11      each bidder, each bidder's ability to consummate a
12      plan, and successfully execute Chapter 11 in a timely
13      manner, and the proposed method for delivering
14      liquidity and the equity of NewCo to the debtors'
15      creditors.
16                    I really want to stress that throughout
17      this auction process, both bids improved dramatically.
18      The current plan provides for the distribution of
19      hundreds of millions of dollars of more liquid
20      cryptocurrency to accountholders than was envisioned
21      under the Stalking Horse bid.  Both bids adopted a
22      fixed management fee that will cover the salaries of
23      all C-suite employees and the mining management team.
24                    Both bids adopted an incentive package
25      composed of options with strike price that will be
```

Page 11

1    based on either a crypto-based index or the stock

2    price of NewCo in the proceeding year.  In other

3    words, that incentive compensation will not strike

4    based purely on the rising value of cryptocurrency

5    prices.  I think, you know, a way that I think about

6    it is that this management team is going to own equity

7    in NewCo and is going to stand alongside the

8    creditors, and their incentives will be aligned to

9    maximize the value of NewCo.

10                   We were also, the debtors and the

11   committee, able to secure many attractive terms to

12   energize the debtors' currently idle mining fleet.

13   And I expect that to happen in the next 60 days.  That

14   will present an ability for NewCo to get idle miners

15   up and running, generating cashflow for this estate.

16                   The other mining considerations

17   significantly de-risk the future expansion of the

18   debtor's mining business in NewCo, which again will

19   accrue to the benefit of all creditors.

20                   We view each of these components as big

21   wins for creditors, and we believe that they will

22   drive significant value.

23                   Now, as you heard from Ryan's

24   resuscitation, at the end of the day, the NovaWulf bid

25   provided for lower fees.  But that wasn't our only

Page 12

1   consideration.  The committee chose the bid that it

2   thought provided the best opportunity to make

3   creditors whole and hopefully more than whole over the

4   long run.

5               The Fahrenheit team is a group of

6   individuals who have built and operated successful

7   crypto businesses.  And NewCo is going to be poised to

8   hit the ground running as a regulatory-compliant

9   company that will provide full disclosure to all of

10  its accountholders.  The Fahrenheit team has echoed

11  the debtors' and the committee's commitment to work

12  with regulators to make sure NewCo is operated in a

13  compliant fashion for the benefit of all of its

14  stakeholders.

15              The committee's pleased with the

16  outcome and we're grateful to the participants,

17  including the NovaWulf parties who put together a

18  great team and competed admirably.

19              I would like to thank the debtors, and

20  particularly the special committee for their

21  cooperation throughout this process.  The committee's

22  looking forward to finalizing the documentation of the

23  Fahrenheit bid and moving towards the exit.

24              And on that note, the Fahrenheit team

25  has agreed to a plan and disclosure statement

Page 13

1    milestone of June 30th, where both documents have to

2    be on file.  I hope we beat that target by a

3    significant margin, and we're going to work our

4    hardest to try to meet it.

5              Finally, I want to mention that during

6    the auction, a lawsuit was filed against U.S. Bitcoin,

7    a member of the Fahrenheit team, alleging that U.S.

8    Bitcoin was infringing on the plaintiff's patents.

9    The committee and the debtors performed significant

10   diligence with respect to that action, have discussed

11   the lawsuit with counsel to Fahrenheit, and they have

12   expressed that they believe the lawsuit lacks merit.

13             Fahrenheit and U.S. Bitcoin have

14   confirmed their position that that lawsuit and the

15   claims contained therein will have no material impact

16   on Fahrenheit and U.S. Bitcoin's ability to provide

17   mining or other services proposed in their bid with

18   respect to the debtors.  And Fahrenheit has agreed to

19   include provisions in the mining management agreement

20   between NewCo and U.S. Bitcoin that provide for

21   termination rights in favor of NewCo, including in the

22   event that the manager is unable to perform for

23   whatever reason.  Fahrenheit and U.S. Bitcoin have

24   further agreed to indemnify NewCo for any damages that

25   it may incur related to that lawsuit or the claims

Page 14

1    asserted therein.

2                   Again, I know this has been a long

3    process, but we are very happy with the outcome, and

4    we think we are now moving towards the exit.  I know

5    that we are nearing one year since Celsius paused

6    withdrawals, and we're excited to turn the page and

7    soon exit Chapter 11.  Thank you.

8                   MS. LATONA:  Thanks, Aaron.  Again, Dan

9    Latona of Kirkland & Ellis, counsel to the Celsius

10   debtors.

11                  As Ryan mentioned, the debtors will

12   file a notice tonight announcing the winning bid and

13   attaching the term sheet for both the Fahrenheit bid

14   and also for the BRIC group as the backup bid.

15                  The debtors would also like to thank

16   NovaWulf, Fahrenheit, and the BRIC for participating

17   in the auction and presenting their respective visions

18   for maximizing the value of the debtors' assets.  The

19   debtors and the committee now look forward to

20   documenting the terms of the Fahrenheit bid in the

21   disclosure statement and plan, which the debtors

22   intend to file in the coming weeks.  We will then

23   proceed to approve the disclosure statement and begin

24   soliciting the plan, taking a significant step toward

25   confirmation and emergence.

Page 15

1                Also, in the coming days, the debtors

2     will file the auction transcripts, at which time the

3     contents will no longer be considered confidential

4     information under the NDAs.

5                Thank you to everyone for participating

6     in this process, and we look forward to bringing these

7     Chapter 11 cases to a value-maximizing conclusion.

8                The time is now 10:52 p.m. Eastern

9     Time.  The auction is now concluded, and we are off

10    the record.  Thank you.

11                (Whereupon, at 10:52 p.m., the

12                proceeding was concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 16

1              CERTIFICATE OF DEPOSITION OFFICER

2              I, HILARY BORNEMANN, the officer before whom

3      the foregoing proceedings were taken, do hereby

4      certify that any witness(es) in the foregoing

5      proceedings, prior to testifying, were duly sworn;

6      that the proceedings were recorded by me and

7      thereafter reduced to typewriting by a qualified

8      transcriptionist; that said digital audio recording of

9      said proceedings are a true and accurate record to the

10     best of my knowledge, skills, and ability; that I am

11     neither counsel for, related to, nor employed by any

12     of the parties to the action in which this was taken;

13     and, further, that I am not a relative or employee of

14     any counsel or attorney employed by the parties

15     hereto, nor financially or otherwise interested in the

16     outcome of this action.

17

18

19

20

       HILARY BORNEMANN

21       Notary Public in and for the

       State of New York

22

23

24

25

Page 17

1                    CERTIFICATE OF TRANSCRIBER

2              I, NICHOLE RYAN, do hereby certify that this

3    transcript was prepared from the digital audio

4    recording of the foregoing proceeding, that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; that I am neither counsel for, related to,

8    nor employed by any of the parties to the action in

9    which this was taken; and, further, that I am not a

10   relative or employee of any counsel or attorney

11   employed by the parties hereto, nor financially or

12   otherwise interested in the outcome of this action.

13

14

15

16

NICHOLE RYAN

17

18

19

20

21

22

23

24

25

**[& - backup]**                                                        Page 1

| & | | |
|---|---|---|

**&**  2:4,21 3:5 9:13,18 14:9

**1**

**1**  6:8
**1.2**  6:14
**100**  6:17 7:10 7:13
**10022**  1:14
**10036**  2:14
**10:52**  15:8,11
**11**  1:5 4:20 10:12 14:7 15:7
**125**  6:18
**15,000**  8:2

**2**

**2**  7:3
**2.4**  6:19
**20**  7:12
**20,000**  8:5
**2000**  8:4
**2023**  1:11
**209-4959**  2:16
**212**  2:16
**22-10964**  1:7
**22822**  17:16
**22nd**  4:2
**23rd**  4:7
**24**  1:11 7:3
**25681**  16:20

**3**

**3.2**  6:17,18
**30**  6:5 7:3
**300**  2:5
**30th**  13:1
**312**  2:8
**35**  6:5

**4**

**4**  6:9

**5**

**5**  4:3 6:7,8,13
**500**  7:14

**6**

**6**  6:10,12
**60**  11:13
**60654**  2:6

**7**

**7**  2:13

**8**

**8,500**  7:17,22
**862-2000**  2:8

**9**

**90,000**  8:20,21

**a**

**aaron**  2:21 9:13,17 14:8
**ability**  4:18 5:5 10:11 11:14 13:16 16:10 17:7
**able**  7:22 11:11

**acarty**  2:15
**account**  5:10
**accountholders**  10:20 12:10
**accrue**  11:19
**accurate**  16:9 17:5
**acquire**  8:8
**action**  13:10 16:12,16 17:8 17:12
**added**  7:9
**addition**  4:14
**additional**  8:2 9:14
**admirably**  12:18
**adopted**  10:21 10:24
**advisors**  3:12 3:16 4:5,8,16 5:4
**agreed**  6:8,21 12:25 13:18,24
**agreement**  7:3 7:5 13:19
**aid**  8:19
**al**  1:5
**aligned**  11:8
**alleging**  13:7
**alongside**  11:7
**alpha**  7:17
**andrew**  2:11 9:5,11

**announcing**  14:12
**annual**  6:3,4 7:6
**annum**  6:5,5
**applied**  7:11
**appointee**  6:24
**appointees**  6:23
**appointment**  6:22
**approve**  14:23
**asked**  5:22
**aspect**  10:4
**asserted**  14:1
**assets**  3:10 4:25 14:18
**assist**  8:10
**associated**  4:19
**attaching**  14:13
**attorney**  16:14 17:10
**attractive**  8:24 11:11
**auction**  1:9 3:7 3:8,20 4:13 9:21 10:17 13:6 14:17 15:2,9
**audio**  16:8 17:3
**available**  8:24

**b**

**back**  3:3
**backup**  14:14

**balance**  8:9
**banker**  5:19
**bankruptcy**  1:1
  9:25
**based**  4:3 11:1
  11:1,4
**beat**  13:2
**behalf**  2:2,10
  9:18
**believe**  4:21,23
  5:4 11:21
  13:12
**benefit**  11:19
  12:13
**beowolf**  7:24
**best**  5:23,25
  9:24 12:2
  16:10 17:6
**bid**  3:18 5:2,16
  6:2 7:18,19 8:6
  9:3,4,8 10:21
  11:24 12:1,23
  13:17 14:12,13
  14:14,20
**bidder**  10:3,11
**bidder's**  10:11
**bidders**  3:15
  5:22,25 9:1,1
**bids**  3:22 4:3,6
  4:10 5:23,25
  10:4,17,21,24
**big**  11:20
**billion**  6:17,19
**bitcoin**  8:17
  13:6,8,13,20,23

**bitcoin's**  13:16
**board**  6:22
**bornemann**
  1:15 16:2,20
**bric**  14:14,16
**bringing**  15:6
**brown**  2:12 9:6
**brownrudnic...**
  2:15
**btc**  8:11
**building**  4:24
**built**  12:6
**business**  5:3
  10:7 11:18
**businesses**  4:24
  10:8,9 12:7

**c**

**c**  2:1 3:1 10:23
**canaan**  8:16,22
**capable**  4:23
**caps**  8:12
**carefully**  3:17
**carty**  2:11 9:5,5
**case**  1:6 2:21
  9:13,18
**cases**  9:22 15:7
**cashflow**  11:15
**celsius**  1:5,10
  2:2 3:6,7,21
  14:5,9
**centerview**
  2:19 5:15,19
**certainty**  4:18
**certificate**  16:1
  17:1

**certify**  16:4
  17:2
**change**  6:25
**changes**  5:24
  6:3 7:7 8:25
  9:2
**chapter**  1:5
  4:20 10:12
  14:7 15:7
**chicago**  2:6
**chose**  12:1
**claims**  13:15,25
**colodny**  2:21
  9:13,16,17
**coming**  14:22
  15:1
**comments**  9:15
**commitment**
  3:18 12:11
**committee**  2:22
  3:12,16 4:4,8
  4:12 5:3,9,22
  9:14,18,23
  10:1,5 11:11
  12:1,20 13:9
  14:19
**committee's**
  5:12,13 6:24
  12:11,15,21
**community**
  3:21
**company**  12:9
**compensation**
  11:3

**competed**
  12:18
**competitive**  3:8
**complex**  3:9
**complexity**
  3:11
**compliant**  4:19
  12:8,13
**components**
  11:20
**composed**
  10:25
**concluded**  15:9
  15:12
**conclusion**  3:7
  15:7
**confidential**
  15:3
**confirm**  9:2
**confirmation**
  14:25
**confirmed**
  13:14
**consequence**
  3:15
**considerable**
  10:2
**consideration**
  3:25 4:16 7:9
  10:8,10 12:1
**considerations**
  11:16
**considered**
  15:3

[consistent - esquire]                                              Page 3

consistent  9:10
consortium
  6:16
construct  6:9
  6:11 8:22
construction
  8:11
consultation
  4:11
consummate
  10:11
contained
  13:15
contents  15:3
contributing
  7:10
contribution
  6:16
cooperation
  12:21
cost  8:10,10,12
counsel  3:6 9:6
  9:13 13:11
  14:9 16:11,14
  17:7,10
coupons  7:11
  7:13
court  1:1
cover  10:22
create  5:5
credit  5:1
creditors  2:22
  5:22 9:14,19
  10:15 11:8,19
  11:21 12:3

crypto  11:1
  12:7
cryptocurrency
  10:20 11:4
current  10:18
currently  11:12

**d**

d  3:1
damages  13:24
dan  2:3 3:5
  5:18,21 14:8
dan.latona  2:7
date  1:11
day  11:24
days  11:13 15:1
de  11:17
debtor  2:2
debtor's  4:25
  11:18
debtors  1:6 3:6
  3:10,11,16 4:4
  4:7,11,16,21,23
  5:1,10,11,20,21
  9:22,24 10:14
  11:10,12 12:11
  12:19 13:9,18
  14:10,11,15,18
  14:19,21 15:1
deferred  5:11
delivered  3:20
delivering
  10:13
deposition  16:1
described  5:21
  6:7,19 8:13

description  9:9
details  9:4
determination
  5:8,13
digital  16:8
  17:3
diligence  10:3
  13:10
direct  6:23
directly  10:2
disclosure  12:9
  12:25 14:21,23
discount  7:13
discretion  6:25
discuss  4:9
discussed  13:10
distribution
  10:18
district  1:2
documentation
  12:22
documenting
  9:4 14:20
documents
  13:1
doing  10:1
dollars  10:19
downside  6:19
dramatically
  10:17
drive  11:22
duly  16:5

**e**

e  2:1,1 3:1,1
earlier  7:1
eastern  3:3 4:4
  15:8
echoed  12:10
economic  3:25
economics  3:24
either  5:2 11:1
election  8:18
elects  7:21
ellis  2:4 3:5
  14:9
emerge  9:25
emergence
  14:25
employed
  16:11,14 17:8
  17:11
employee  16:13
  17:10
employees
  10:23
energize  11:12
enhancements
  8:14
enter  8:18
envisioned
  10:20
equity  6:11,15
  6:17 10:14
  11:6
es  16:4
esquire  2:3,11
  2:21

estate  11:15
et  1:5
evaluate  3:12
evaluated  3:17
  4:5,17 10:5,10
evaluating  9:24
event  13:22
excited  14:6
excuse  8:4,10
execute  10:12
execution  4:18
exit  12:23 14:4
  14:7
expansion
  11:17
expect  11:13
expertise  10:6
expiring  7:11
expressed
  13:12
extent  7:20 9:1

f

facilities  8:11
facility  7:18,21
  7:24
factor  5:7,12
factors  3:13 4:1
  4:14,17
fahrenheit  2:10
  3:22 4:3,9,12
  4:22 5:4,16
  6:22 7:1,6,10
  8:3,7,15 9:4,6
  12:5,10,23,24
  13:7,11,13,16

13:18,23 14:13
  14:16,20
fashion  12:13
favor  13:21
fee  6:4 10:22
fees  3:24 4:15
  6:4,6 7:7,7
  10:10 11:25
fiduciary  5:9
figure  6:15,17
file  13:2 14:12
  14:22 15:2
filed  13:6
filing  9:3
final  4:3,10
  5:23,25
finalizing  12:22
finally  13:5
financially
  16:15 17:11
five  6:12
fixed  10:22
fleet  11:12
flexibility  8:4
footprint  8:20
foregoing  16:3
  16:4 17:4
forms  3:25
forward  12:22
  14:19 15:6
fruitful  3:20
full  12:9
further  13:24
  16:13 17:9

future  5:3,10
  7:12 11:17

g

g  3:1
generally  9:9
generating
  11:15
given  8:1
global  8:17
going  5:24 11:6
  11:7 12:7 13:3
granted  7:16
grateful  12:16
great  12:18
ground  12:8
group  10:3
  12:5 14:14
growing  8:19

h

happen  11:13
happy  14:3
hardest  13:4
hardin  7:24
heard  11:23
hereto  16:15
  17:11
hi  9:17
hilary  1:15
  16:2,20
hit  12:8
holders  5:10
hope  13:2
hopefully  12:3

horse  10:21
hosted  8:22
hosting  7:22
house  8:23
hundreds
  10:19

i

idle  11:12,14
il  2:6
illiquid  3:10
immergence
  4:20
impact  13:15
improved  3:23
  8:3 10:17
incentive  6:6
  7:7 10:24 11:3
incentives  11:8
include  13:19
included  10:6
including  3:13
  12:17 13:21
increase  6:24
increased  6:16
  7:2
incremental
  7:8 8:4,14,20
  8:21
incur  13:25
indemnify
  13:24
index  11:1
individuals
  12:6

**information**
  15:4
**infrastructure**
  8:23
**infringing**  13:8
**intend**  14:22
**interested**
  16:15 17:12
**investment**
  5:19
**items**  7:9

**j**

**judgment**  5:12
**june**  13:1
**jv**  8:19

**k**

**key**  5:24 6:3
**kielty**  2:19 5:15
  5:18,18 9:11
**kirkland**  2:4
  3:5 14:9
**kirkland.com**
  2:7
**know**  8:11 9:20
  9:22 11:5 14:2
  14:4
**knowledge**
  16:10 17:6

**l**

**lacks**  13:12
**largest**  8:17
**lasalle**  2:5
**latona**  2:3 3:2,5
  14:8,9

**lawsuit**  13:6,11
  13:12,14,25
**light**  3:9
**line**  7:9 9:2
**liquid**  3:10
  10:19
**liquidity**  10:14
**llc**  1:5,10 2:2,10
**llp**  2:4,12
**location**  1:13
**long**  3:19 12:4
  14:2
**longer**  7:4 15:3
**look**  14:19 15:6
**looking**  12:22
**lower**  11:25

**m**

**machines**  7:12
  7:15,24
**made**  5:25 7:1
  8:24
**make**  9:14 12:2
  12:12
**making**  5:7
**management**
  4:22 5:5 6:3,4
  7:2,4,7 10:7,22
  10:23 11:6
  13:19
**manager**  13:22
**manner**  10:13
**manufacturers**
  8:17
**margin**  13:3

**market**  8:2
**match**  6:21
**matching**  6:25
**material**  13:15
**materials**  8:8
**maximize**  4:24
  11:9
**maximizing**
  14:18 15:7
**meaning**  6:11
**meet**  13:4
**meeting**  10:2
**member**  13:7
**members**  10:2
**mention**  13:5
**mentioned**
  14:11
**merit**  13:12
**met**  4:8
**method**  10:13
**mg**  1:7
**microbt**  7:11
**microphone**
  5:15
**milestone**  13:1
**million**  6:5,5,17
  6:18 7:10,13
  7:14
**millions**  10:19
**miners**  11:14
**mining**  3:24 7:8
  8:5,11,17,20
  10:8,23 11:12
  11:16,18 13:17
  13:19

**monday**  4:2
**months**  7:3,4
**mou**  8:15
**moving**  12:23
  14:4

**n**

**n**  2:1 3:1
**nature**  3:9
**ndas**  15:4
**nearing**  14:5
**neither**  16:11
  17:7
**network**  1:5,10
  2:2
**new**  1:2,14 2:14
  16:21
**newco**  4:10,18
  4:24 5:6,11
  7:16,19,21 8:7
  8:16,22,22,24
  10:14 11:2,7,9
  11:14,18 12:7
  12:12 13:20,21
  13:24
**newco's**  7:25
  8:1,18,20
**nichole**  17:2,16
**non**  7:11
**north**  2:5
**notary**  1:15
  16:21
**note**  9:7 12:24
**notice**  14:12
**novawulf**  3:22
  4:2,8,22 6:2,4,8

[novawulf - record]                                                      Page 6

| | | | |
|---|---|---|---|
| 6:16,21,23 7:1 11:24 12:17 14:16 | page 14:6 part 7:18 8:5 participants 12:16 | position 13:14 prepared 17:3 present 2:18 | provided 10:10 11:25 12:2 provides 10:18 |

number 7:9
numbers 6:22
ny 1:14 2:14

**o**

o 3:1
offered 7:19,23
8:5 10:9
officer 16:1,2
official 9:18
okay 3:2
operated 12:6
12:12
opportunity
12:2
option 6:9 7:4
7:16,25 8:1,8
options 6:8,10
6:12,13,14
10:25
outcome 12:16
14:3 16:16
17:12
own 11:6
owned 8:9,21
owners 5:11

**p**

p 2:1,1 3:1
p.m. 1:12 3:3
4:3 15:8,11
package 10:6
10:24

page 14:6
part 7:18 8:5
participants
12:16
participating
14:16 15:5
particularly
12:20
parties 8:18
12:17 16:12,14
17:8,11
partners 2:20
5:15,19
pass 5:14
past 3:23
patents 13:8
paused 14:5
percent 6:7,8,9
6:10,10,13,14
7:13
perform 13:22
performed 13:9
performing
10:3
periods 7:2,3
ph 7:24
plaintiff's 13:8
plan 9:24 10:7
10:12,18 12:25
14:21,24
plans 5:3
pleased 12:15
point 9:1
poised 12:7

position 13:14
prepared 17:3
present 2:18
11:14
presenting
14:17
presently 7:23
8:9
prevailing 3:3
previously 3:14
6:7,20 8:12
price 10:25
11:2
prices 11:5
prior 7:18 8:6
16:5
proceed 14:23
proceeding
1:13 11:2
15:12 17:4
proceedings
16:3,5,6,9 17:6
process 3:9,19
3:20 7:1 10:17
12:21 14:3
15:6
professionals
9:23
propose 8:16
proposed 5:3
10:13 13:17
protection 6:19
proven 3:19
provide 12:9
13:16,20

provided 10:10
11:25 12:2
provides 10:18
providing 8:3,7
8:15
provisions
13:19
public 1:15
16:21
purchase 7:12
7:19,21
purely 11:4
put 12:17

**q**

qualified 4:22
16:7
qualitative
3:13 4:1,17
quantitative
3:13 4:14
quantum 3:24
4:15

**r**

r 2:1 3:1
rack 7:17,20,22
8:2,5
read 3:14 5:16
5:24
really 10:16
reason 13:23
record 3:4,14
5:17 6:20 8:13
15:10 16:9
17:5

recorded  16:6
recording  16:8
  17:4
reduced  6:4
  16:7
reflected  9:8
regulatorily
  4:19
regulators
  12:12
regulatory  12:8
related  13:25
  16:11 17:7
relative  16:13
  17:10
remote  1:13
renewal  7:2,3
reported  1:15
represent  7:14
representative
  2:19
represents  8:25
required  3:11
  3:18
respect  5:2 6:3
  6:6,15 7:6,8
  10:9 13:10,18
respective  3:12
  3:16 4:5,10
  14:17
resuscitation
  11:24
right  7:19
rights  13:21

rigs  8:17,21,21
  8:23
rising  11:4
risk  11:17
ron  5:18
round  6:1 7:8
  8:6 9:7
rsus  6:7,9,10,12
rudnick  2:12
  9:6
run  12:4
running  11:15
  12:8
ryan  2:19 5:15
  9:16 14:11
  17:2,16
ryan's  11:23

**s**

s  2:1 3:1
safe  9:20
salaries  10:22
secure  11:11
seems  9:21
selected  4:12
services  13:17
several  4:17
sheet  8:9 9:3,8
  9:9,10 14:13
shift  6:8
side  6:14
signature  16:20
  17:16
significant  3:21
  5:7,12 11:22
  13:3,9 14:24

significantly
  11:17
skills  16:10
  17:6
sole  6:24
soliciting  14:24
soon  14:7
southern  1:2
spaces  7:17,20
  7:22 8:2,5
special  12:20
spent  10:2
square  2:13
stakeholders
  12:14
staking  10:8
stalking  10:21
stand  11:7
start  6:2
state  16:21
statement
  12:25 14:21,23
states  1:1
step  14:24
stock  11:1
street  2:5
stress  10:16
strike  10:25
  11:3
struck  6:13
structured  6:7
subject  8:12
  9:10
submit  9:7

submitted  4:3
substantial
  3:18 10:3
substantially
  3:23 8:19
substation  8:8
successful  12:6
successfully
  10:12
suite  10:23
sure  12:12
sworn  16:5

**t**

taken  16:3,12
  17:9
target  13:2
tasked  9:23
team  5:5 10:7
  10:23 11:6
  12:5,10,18,24
  13:7
team's  10:7
teams  4:22,23
term  9:3,8,8,10
  14:13
termination
  13:21
terms  3:17,24
  4:5,9 5:16 6:11
  7:23 8:3,3,24
  11:11 14:20
testifying  16:5
thank  12:19
  14:7,15 15:5
  15:10

**[thanks - york]**                                                     Page 8

**thanks**  5:18
  9:11,16 14:8
**think**  9:9,20
  11:5,5 14:4
**thoroughly**
  3:17
**thought**  12:2
**three**  6:25
**time**  1:12 3:2,3
  3:18 4:4,19 5:6
  5:14 9:12 10:2
  15:2,8,9
**timely**  10:12
**times**  2:13
**today**  3:6 4:11
**together**  12:17
**tonight**  9:4
  14:12
**total**  3:24 4:15
  6:4 10:5
**toward**  14:24
**towards**  12:23
  14:4
**transcriber**
  17:1
**transcript**  17:3
  17:5
**transcriptionist**
  16:8
**transcripts**
  15:2
**transferred**
  7:25
**true**  16:9 17:5

**try**  13:4
**tuesday**  4:7
**turn**  9:12 14:6
**two**  6:23
**typewriting**
  16:7
**typical**  9:21,22

| u |
|---|

**u.s.**  13:6,7,13
  13:16,20,23
**unable**  13:22
**under**  10:21
  15:4
**unique**  3:9
**uniqueness**
  3:11
**united**  1:1
**unsecured**  2:22
  5:22 9:14,19
**upfront**  4:15
**usbtc**  8:9
**utilize**  7:17,22
  8:2
**utilized**  7:14,20

| v |
|---|

**valuable**  4:24
**valuation**  6:18
  6:18
**value**  3:21 4:25
  5:5 11:4,9,22
  14:18 15:7
**various**  3:25
**vest**  6:12

**videoconfere...**
  1:9 2:3,11,20
  2:23
**view**  11:20
**virtual**  5:14
**visions**  4:10
  14:17

| w |
|---|

**want**  10:16
  13:5
**way**  11:5
**wednesday**
  1:11
**weekend**  5:23
**weeks**  3:23
  14:22
**weight**  5:7
**white**  2:21 9:13
  9:18
**winner**  4:13
**winning**  14:12
**wins**  11:21
**withdrawals**
  14:6
**witness**  16:4
**words**  11:3
**work**  12:11
  13:3
**worse**  7:23

| y |
|---|

**year**  6:12,13,14
  11:2 14:5
**years**  6:12,13

**york**  1:2,14
  2:14 16:21