Dennis F. Dunne
Atara Miller
Nelly Almeida
Katherine Fell
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Tel: (212) 530-5000
Fax: (212) 660-5219

Andrew M. Leblanc
Melanie Westover Yanez
**MILBANK LLP**
1850 K Street, NW, Suite 1100
Washington, DC 20006
Tel: (202) 835-7500
Fax: (202) 263-7586

*Counsel to Community First Partners, LLC,*
*Celsius SPV Investors, LP, and Celsius*
*New SPV Investors, LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned

cases as counsel to Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

SPV Investors, LP, as beneficial holders, or investment advisors or managers of beneficial holders, of Series B Preferred Shares issued by Celsius Network Limited, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, and requests that copies of all notices and papers filed or entered in these cases be given to and served upon:

> Dennis F. Dunne
> Atara Miller
> Nelly Almeida
> Katherine Fell
> **MILBANK LLP**
> 55 Hudson Yards
> New York, New York 10001
> Tel:    (212) 530-5000
> Fax:    (212) 530-5219
> Email: ddunne@milbank.com
>            amiller@milbank.com
>            nalmeida@milbank.com
>            kfell@milbank.com
>
> Andrew M. Leblanc
> Melanie Westover Yanez
> Julie M. Wolf (*pro hac vice* application forthcoming)
> **MILBANK LLP**
> 1850 K Street, NW, Suite 1100
> Washington, DC 20006
> Tel:    (202) 835-7500
> Fax:    (202) 263-7586
> Email: aleblanc@milbank.com
>            mwyanez@milbank.com
>            jwolf@milbank.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the provisions specified above, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, written, or oral and whether transmitted or conveyed by mail,

electronic mail, hand delivery, telephone, facsimile, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive (i) any right to have any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties adjudicated by an Article III court, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) any right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a Debtor or any other entity in these cases or in any other action are expressly reserved.

[*Remainder of page left intentionally blank*]

Dated: June 5, 2023
      New York, New York

*/s/ Dennis F. Dunne*
Dennis F. Dunne
Atara Miller
Nelly Almeida
Katherine Fell
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Tel: (212) 530-5000
Fax: (212) 530-5219
Email: ddunne@milbank.com
      amiller@milbank.com
      nalmeida@milbank.com
      kfell@milbank.com

- and -

Andrew M. Leblanc
Melanie Westover Yanez
**MILBANK LLP**
1850 K Street, NW, Suite 1100
Washington, DC 20006
Tel: (202) 835-7500
Fax: (202) 263-7586
Email: aleblanc@milbank.com
      mwyanez@milbank.com

*Counsel to Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP*

4