**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Phone: (212) 909-0661
Fax: (212) 918-3100
Pieter Van Tol
pieter.vantol@hoganlovells.com

*Attorneys for Shlomi Daniel Leon and Aliza Landes*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED R. BANKR. P. 2002**

PLEASE TAKE NOTICE that Pieter Van Tol of Hogan Lovells US LLP, located at 390 Madison Avenue, New York, New York 10017, a member in good standing of this Court, enters this appearance as counsel for Shlomi Daniel Leon ("Mr. Leon") and Aliza Landes ("Ms. Landes") in these cases. Mr. Leon and Ms. Landes, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, requests that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the following:

> Pieter Van Tol
> **HOGAN LOVELLS US LLP**
> 390 Madison Avenue
> New York, NY 10017
> Tel. (212) 909-0661
> Fax (212) 918-3100
> pieter.vantol@hoganlovlles.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint, or demand, motion, petition, pleading, or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Federal Rule of Bankruptcy Procedure 2002 shall not be deemed or construed to be a waiver of any of the rights of Mr. Leon and Ms. Landes, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs,

or recoupments to which Mr. Leon and Ms. Landes may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[Remainder of page left intentionally blank]*

Dated: June 6, 2023
      New York, New York

Respectfully submitted,

<u>/s/ *Pieter Van Tol*</u>
Pieter Van Tol
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel. (212) 909-0661
Fax (212) 918-3001
pieter.vantol@hoganlovells.com

*Counsel for S. Daniel Leon and Aliza Landes*

## CERTIFICATE OF SERVICE

I certify that on June 6, 2023 a copy of this document was served by electronic service on all counsel of record via the Court's CM/ECF system.

<i>/s/ Pieter Van Tol</i><br>
Pieter Van Tol