**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*, | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Julie M. Wolf, to be admitted *pro hac vice* to represent the Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP in the above-referenced chapter 11 cases, and upon the movant's certification that she is a member in good standing of the bars of the State of New York, the District of Columbia, and the United States District Court for the District of Columbia, it is hereby:

**ORDERED** that Julie M. Wolf, is admitted to practice *pro hac vice* in the above-captioned cases to represent the Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated:  June 7, 2023

                                                  **/s/Martin Glenn**
                                         THE HONORABLE MARTIN GLENN
                                      CHIEF UNITED STATES BANKRUPTCY JUDGE