| | |
|---|---|
| HOGAN LOVELLS US LLP<br>390 Madison Avenue<br>New York, NY 10017<br>Tel. (212) 918-3000<br>Fax (212) 918-3001<br>Pieter Van Tol<br>pieter.vantol@hoganlovells.com | **Hearing Date and Time:**<br>**June 28, 2023 at 10:00 a.m.**<br><br>**Objection Deadline Date and Time:**<br>**June 21, 2023 at 4:00 p.m.** |

*Attorneys for Shlomi Daniel Leon and Aliza Landes*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | **Chapter 11** |
| CELSIUS NETWORK LLC, *et al.*, | ) ) ) | **Case No. 22-10964 (MG)** |
| Debtors.[1] | ) ) ) | **(Jointly Administered)** |

**NOTICE OF HEARING OF MOTION OF SHLOMI DANIEL LEON AND ALIZA LANDES FOR RELIEF FROM THE AUTOMATIC STAY, AS APPLICABLE, TO PERMIT PAYMENTS UNDER D & O INSURANCE AND JOINDER IN INSURERS' MOTION SEEKING THE SAME RELIEF**

**PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") of Shlomi Daniel Leon and Aliza Landes (the "Movants") for relief from the automatic stay, to the extent it applies, to permit payments under a Directors & Officer's Liability and Corporate Securities Liability insurance policy, No. EFI1203088-00, issued to one of the Debtors, Celsius Network, Inc., will be held before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the omnibus

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

hearing to be held on **June 28, 2023 at 10:00 a.m., prevailing Eastern Time** (the "Hearing") or as soon thereafter as counsel may be heard. In accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing (June 27, 2023). Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 10:00 a.m., prevailing Eastern Time on June 28, 2023, must connect to the Hearing beginning at 9:00 a.m., prevailing Eastern Time on June 28, 2023. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their

2

eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to Chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of In re Celsius Network LLC, No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to Chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, which are available on the Court's website at http://www.nysb.uscourts.gov; and (d) be served in accordance with the Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 1181] (the "Case Management Order") by June 21, 2023, at 4:00 p.m., prevailing Eastern Time, to (i) the entities on the Master Service List, as defined in the Case Management Order and available on the case website of the Debtors at https://cases.stretto.com/celsius, and (ii) any person or entity with a particularized interest in the subject matter of the Motion.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Motion as requested by the movant.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in these Chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Motion and other pleadings

3

filed in these Chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or a later hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion, must (i) be made in writing; (ii) state with particularity the grounds therefore; (iii) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court; (iv) be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, preferably in Portable Document Format (.pdf), WordPerfect, Microsoft Word or any other Windows-based word processing format (with a hard copy delivered directly to Judge Glenn's Chambers); and (v) be served in accordance with General Order M-399, and upon counsel for the Movants, Hogan Lovells US LLP, 390 Madison Avenue, New York, New York 10017, Attention: Pieter Van Tol, together with proof of service therein, so as to be received by no later than 4:00 p.m. (Eastern, Daylight Savings Time) on June 21, 2023.

Dated: June 7, 2023
       New York, New York          Respectfully submitted,

                                                                 */s/ Pieter Van Tol*

                                                                 Pieter Van Tol
                                                                 pieter.vantol@hoganlovells.com
                                                                 **HOGAN LOVELLS US LLP**
                                                                 390 Madison Avenue
                                                                 New York, NY 10017
                                                                 Tel. (212) 918-3000
                                                                 Fax (212) 918-3001

                                                                 *Attorneys for S. Daniel Leon and Aliza Landes*

5