**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

     I, Lorenza Vassallo, hereby request admission *pro hac vice* in the above-referenced chapter 11 cases to represent the Debtors and Debtors in Possession. I certify that I am a member in good standing of the bar of New York. I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated:  June 07, 2023          */s/ Lorenza Vassallo*
       New York, New York     Lorenza Vassallo
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-3037
Facsimile:   (202) 389-5200
Email:        lorenza.vassallo@kirkland.com

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Lorenza Vassallo, to be admitted *pro hac vice* to represent the Debtors and Debtors in Possession in the above-referenced chapter 11 cases, and upon the movant's certification that she is a member in good standing of the bar of New York, it is hereby:

**ORDERED** that Lorenza Vassallo is admitted to practice *pro hac vice* in the above-captioned cases to represent the Debtors and Debtors in Possession in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated:_____, 2023

_____
THE HONORABLE CHIEF JUDGE GLENN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.