**Hearing Date: June 28, 2023, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: June 21, 2023, at 4:00 p.m. (prevailing Eastern Time)**

Mitchell P. Hurley
Dean L. Chapman Jr.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1001
mhurley@akingump.com
dchapman@akingump.com

Elizabeth D. Scott (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
edscott@akingump.com

*Special Litigation Counsel for Debtors and*
*Plaintiffs Celsius Network Limited and Celsius Network LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF MOTION TO APPROVE THE TRANSFER OF**
**PROPERTY PURSUANT TO BANKRUPTCY CODE SECTION 105 AND RULE 9019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**PLEASE TAKE NOTICE** that Celsius Network LLC and Celsius Network Limited

(together, "Celsius"), debtors in the above-captioned chapter 11 cases, filed the *Motion to Approve*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893) and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*the Transfer of Property Pursuant to Bankruptcy Code Section 105 and Rule 9019 of the Federal Rules of Bankruptcy Procedure* [ECF No. 2758] (the "Motion"), seeking entry of an order pursuant to section 105 of title 11 of the United States Code and in furtherance of the Stipulation to Settle and Discontinue Adversary Proceeding entered among:  (i) Celsius Network Limited, (ii) Celsius Network LLC, and (iii) Prime Trust, LLC, and approved by this Court on December 6, 2022 pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure in the adversary proceeding styled, *Celsius Network Limited and Celsius Network LLC v. Prime Trust, LLC*, Adv. Proc. No. 22-01140 (MG).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Martin Glenn, United States Bankruptcy Judge (the "Court") at the June Omnibus Hearing previously scheduled for **June 28, 2023, at 10:00 a.m., prevailing Eastern Time** (the "June Omnibus Hearing").

**PLEASE TAKE FURTHER NOTICE** that on June 6, 2023, Celsius provided notice that the June Omnibus Hearing would take place remotely. *See* Motion.

**PLEASE TAKE FURTHER NOTICE** that at the direction of the Court, **all future hearings, including the June Omnibus Hearing, will take place in a hybrid fashion both in person and via Zoom for Government.**  Those wishing to participate in the June Omnibus Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.  For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the June Omnibus Hearing will be conducted remotely using Zoom for Government.  Parties wishing to appear at the June Omnibus Hearing, whether making a "live" or "listen only" appearance before

the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's

website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. eCourtAppearances need to

be made **by 4:00 p.m., prevailing Eastern Time, the business day before the hearing (i.e., on**

**Tuesday, June 27, 2023).**

PLEASE TAKE FURTHER NOTICE that due to the large number of expected

participants in the June Omnibus Hearing and the Court's security requirements for participating

in a Zoom for Government audio and video hearing, **all persons seeking to attend the June**

**Omnibus Hearing remotely at 10:00 a.m., prevailing Eastern Time on June 28, 2023 must**

**connect to the June Omnibus Hearing beginning at 9:00 a.m., prevailing Eastern Time on**

**June 28, 2023.** When parties sign in to Zoom for Government and add their names, they must

type in the first and last name that will be used to identify them at the June Omnibus Hearing.

Parties that type in only their first name, a nickname, or initials will not be admitted into the June

Omnibus Hearing. When seeking to connect for either audio or video participation in a Zoom for

Government Hearing, you will first enter a "Waiting Room" in the order in which you seek to

connect. Court personnel will admit each person to the June Omnibus Hearing from the Waiting

Room after confirming the person's name (and telephone number, if a telephone is used to connect)

with their eCourtAppearance. Because of the large number of expected participants, you may

experience a delay in the Waiting Room before you are admitted to the June Omnibus Hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Motion may be obtained free of

charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain

copies of any pleadings filed with the Court by visiting the Court's website at

https://www.nysb.uscourts.gov and following the procedures and paying any fees set forth therein.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion (the "Objections") shall:  (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York; (iii) be filed with the Bankruptcy Court, together with proof of service, electronically on the docket of *In re Celsius Network LLC*, No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (iv) be served in accordance with the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [ECF No. 2560] (the "Case Management Order"), so as to be filed and received no later than **June 21, 2023, at 4:00 p.m., prevailing Eastern Time**, to:  (1) the entities on the Master Service List (as defined in the Case Management Order and available on the case website of the Debtors at https://cases.stretto.com/celsius) and (2) any person or entity with a particularized interest in the subject matter of the Motion.

PLEASE TAKE FURTHER NOTICE that only those responses or objections that are timely filed, served, and received will be considered at the Hearing.  The relief requested herein may be granted, pursuant to Local Rule 9074-1(b)(1)(K), without a hearing if no objection is timely filed and served in accordance with the Case Management Order.

Dated:       June 7, 2023
             New York, New York

                                            AKIN GUMP STRAUSS HAUER & FELD LLP

                                            By:    */s/Mitchell P. Hurley*
                                                   Mitchell P. Hurley
                                                   Dean L. Chapman Jr.
                                                   One Bryant Park
                                                   New York, New York 10036

4

Telephone: (212) 872-1000
Facsimile: (212) 872-1001
mhurley@akingump.com
dchapman@akingump.com

Elizabeth D. Scott (admitted pro hac vice)
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
edscott@akingump.com

*Special Litigation Counsel for Debtors and
Plaintiffs Celsius Network Limited and
Celsius Network LLC*