**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*, | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Samir Vora, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP, in the above-referenced jointly administered cases. I certify that I am a member in good standing of the bars of the State of California, and the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 8, 2023     Respectfully submitted,
       New York, New York

/s/ *Samir L. Vora*
Samir L. Vora
**MILBANK LLP**
1850 K Street NW, Suite 1100
Washington, DC 20006
Tel:  (202) 835-7500
Fax:  (202) 263-7586
Email: svora@milbank.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*, | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Samir L. Vora, to be admitted *pro hac vice* to represent the Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bars of the State of California, and the District of Columbia, it is hereby:

**ORDERED** that Samir L. Vora, is admitted to practice *pro hac vice* in the above-captioned cases to represent the Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: _____, 2023

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE