# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

May 9, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SAMIR LALIT VORA, #253772 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2007 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Samir Vora*

was duly qualified and admitted on October 4, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 09, 2023.*

JULIO A. CASTILLO
*Clerk of the Court*

*Issued By:*

David Chu - Director, Membership
District of Columbia Bar Membership

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**