AKIN GUMP STRAUSS HAUER & FELD LLP
Nicholas R. Lombardi
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES DISTRICT BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br><br>　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>JASON STONE and KEYFI, INC.,<br><br>　　　　　　　　　Defendants. | Adversary Proceeding<br>　No. 22-01139 (MG) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nicholas R. Lombardi, request admission *pro hac vice* before the Honorable Martin Glenn, to represent Plaintiffs Celsius Network Limited and Celsius KeyFi LLC in the above-referenced adversary proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I certify that I am a member in good standing of the State Bar of New York, the State Bar of Texas, and the District of Columbia Bar.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Dallas, Texas  
June 9, 2023

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Nicholas R. Lombardi*  
Nicholas R. Lombardi  
2300 N. Field Street  
Suite 1800  
Dallas, Texas 75201  
Telephone:   (214) 969-2800  
Facsimile:   (214) 969-4343  
nlombardi@akingump.com

*Special Litigation Counsel*  
*to the Debtors and Debtors in Possession*

2

AKIN GUMP STRAUSS HAUER & FELD LLP
Nicholas R. Lombardi
2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES DISTRICT BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>JASON STONE and KEYFI, INC.,<br>　　　　　　　　　　Defendants. | Adversary Proceeding<br>No. 22-01139 (MG) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Nicholas R. Lombardi, to be admitted *pro hac vice*, to represent Plaintiffs Celsius Network Limited and Celsius KeyFi LLC in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the State Bar of New York, the State Bar of Texas, and the District of Columbia Bar, it is hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

**ORDERED,** that Nicholas R. Lombardi, Esq. is admitted to practice, *pro hac vice*, in the above-referenced adversary proceedings to represent Plaintiffs Celsius Network Limited and Celsius KeyFi LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____  
New York, New York

_____  
THE HONORABLE MARTIN GLENN  
CHIEF UNITED STATES BANKRUPTCY JUDGE