**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Cherokee Debt Acquisition, LLC, Attn: Vladimir Jelisavcic at 1384 Broadway, Suite 906, New York, NY 10018:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2728]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2729]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2743]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Guillermo Gomez Matheus at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2728]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Viktor Stramb at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2729]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Contrarian Funds, LLC, Attn: Alpa Jimenez at 411 West Putnam Ave, Suite 425, Greenwich, CT 06830:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2732]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jakob Eberg at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2732]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on CEX Claims US, Corp. at 3422 Old Capitol Trail, PMB 1425, Wilmington, DE 19808:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2736]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Akema Khatun at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2736]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Invictus Global Management, LLC, Attn: Cindy Chen Delano at 310 Comal Street, Building A, Suite 229, Austin, TX 78702:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2737]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Swyftx Pty Ltd at 4/55 McDougall Street, Milton, QLD 4064, Australia:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2737]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Serrur Investment Partners, LP, Attn: Ezra Serrur at 197 Freeman Street 3C, Brooklyn, NY 11222:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2741]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2752]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Georgios Papadakis at redacted addresses:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2741]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Marco de Lucentiis at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2743]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bradford Capital Holdings, LP, Attn: Brian L. Brager at PO Box 4353, Clifton, NJ 07012:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2749]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Marcus Jackson at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2749]**

Furthermore, on June 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Elizabeth Papadakis at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2752]**

Furthermore, on June 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on EDS Financial Services Inc. at 24 Hammond #C, Irvine, CA 92618:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2738]**

Furthermore, on June 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2738]**

Dated: June 9, 2023                                            *Sabrina Tu*
                                                               Sabrina G. Tu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 9th day of June, 2023, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Danielle Harnden*

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| ERIC LOKE | ON FILE |
| JUSTIN HAZEL | ON FILE |
| RODRIGO DE PAULA | ON FILE |
| SHARDUL RAKSHIT | ON FILE |
| TONI SUDIMAC | ON FILE |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1