UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br>                    Debtors.<br><br>CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br><br>                    Plaintiffs,<br>         v.<br>JASON STONE and KEYFI, INC.,<br>                    Defendants. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered<br><br><br><br>Adversary Proceeding<br>No. 22-01139 (MG) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Nicholas R. Lombardi, to be admitted *pro hac vice*, to represent Plaintiffs Celsius Network Limited and Celsius KeyFi LLC in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the State Bar of New York, the State Bar of Texas, and the District of Columbia Bar, it is hereby

**ORDERED,** that Nicholas R. Lombardi, Esq. is admitted to practice, *pro hac vice*, in the above-referenced adversary proceedings to represent Plaintiffs Celsius Network Limited and Celsius KeyFi LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

Dated: June 9, 2023            /s/Martin Glenn
New York, New York            THE HONORABLE MARTIN GLENN
                              CHIEF UNITED STATES BANKRUPTCY JUDGE