**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**ORDER ESTABLISHING SCHEDULE FOR LITIGATION OF THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) CERTIFY THE CLASS OF ACCOUNT HOLDERS ASSERTING NON-CONTRACT CLAIMS AGAINST THE DEBTORS, (II) APPOINT THOMAS DIFIORE, REBECCA GALLAGHER, AND IGNAT TUGANOV AS THE CLASS REPRESENTATIVES, AND (III) APPOINT WHITE & CASE LLP AS CLASS COUNSEL, IN EACH CASE PURSUANT TO BANKRUPTCY RULE 7023**

Consistent with the relief requested in the Letter of the Official Committee of Unsecured Creditors (the "**Committee**") (the "**Letter**") [Dkt. 2792] regarding entry of an order (this "**Order**") setting a litigation schedule for the *Motion of The Official Committee of Unsecured Creditors to (I) Certify the Class of Account Holders Asserting Non-Contract Claims Against the Debtors, (II) Appoint Thomas DiFiore, Rebecca Gallagher, and Ignat Tuganov as the Class Representatives, and (III) Appoint White & Case LLP as Class Counsel, in each Case Pursuant to Bankruptcy Rule 7023* [Dkt. 2670] (the "Class Certification Motion"); and the Court having determined that it is appropriate to set a schedule with respect to the litigation of the Class Certification Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, entered February 1, 2012; and this Court having found that it may enter a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

final order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Letter is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having determined that the factual basis set forth in the Letter establishes just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. Litigation regarding the Class Certification Motion shall follow the below schedule:

| Date | Deadline |
|---|---|
| **June 12, 2023** | Deadline to serve written discovery requests in connection with the Class Certification Motion |
| **June 19, 2023** | Deadline for responses to written discovery requests |
| **June 21, 2023** | Deadline for identification of affirmative expert(s) and the scope of their testimony |
| **June 28, 2023** | Deadline for the final production of documents, with the intent that the Parties will make productions on a rolling basis with substantial completion of document production by no later than June 21 |
| **July 9, 2023** | Deadline for the completion of fact depositions |
| **July 12, 2023** | Deadline for the Committee to file any affirmative expert report(s) |
| **July 24, 2023** | Deadline for any rebuttal expert report(s) |
| **July 28, 2023** | Deadline for the completion of expert depositions |
| **July 28, 2023** | Deadline for the Committee's brief in support of the Class Certification Motion with supporting declarations and exhibits |
| **August 10, 2023** | Deadline for any opposition briefs with supporting declarations, exhibits, and deposition designations |
| **August 16, 2023** | Deadline for the Committee's reply brief and deposition counter-designations |
| **August 16, 2023** | Deadline for any motions *in limine* |

| | |
|---|---|
| **August 25, 2023** | Deadline for oppositions to any motions *in limine* |
| **September 1, 2023** | Deadline for any replies to any motions *in limine* |
| **Week of September 25, 2023** | Time shall be reserved for a hearing on the Class Certification Motion. All declarants will be available for live cross-examination. |

**IT IS SO ORDERED.**
Dated:  June 12, 2023
        New York, New York

                                         /s/ Martin Glenn
                                        MARTIN GLENN
                                Chief United States Bankruptcy Judge