UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Therese A. Scheuer (admitted *pro hac vice*)
100 F. Street, NE
Washington, DC 20549
Phone: (202) 551-6029
Fax: (202) 772-9317

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* ) | Case No. 22-10964 (MG) |
| ) | |
| CELSIUS NETWORK LLC, *et al.*[1] ) | Chapter 11 |
| ) | **(Jointly Administered)** |
| Debtors. ) | |
| ) | |

**STATEMENT REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING AND APPROVING CERTAIN FEES AND EXPENSES
FOR THE BACKUP PLAN SPONSOR, AND (II) GRANTING RELATED RELIEF**

The U.S. Securities and Exchange Commission ("SEC" or "Commission") files this statement regarding the *Debtors' Motion For Entry Of An Order (I) Authorizing And Approving Certain Fees and Expenses for the Backup Plan Sponsor, And (II) Granting Related Relief* [Docket No. 2774] (the "Motion").

The staff of the SEC has reviewed the Motion and does not object to the payment of fees and expenses to the Backup Plan Sponsor.[2] In not objecting, the SEC is not opining as to the legality, under the federal securities laws, of the transactions outlined in the Motion, and reserves its rights to challenge transactions involving crypto assets. As we obtain additional information, we will consider regulatory implications and raise them with the Court and the Debtors as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1

appropriate.

Dated: Washington, DC
       June 21, 2023

                            UNITED STATES SECURITIES AND
                            EXCHANGE COMMISSION

                            By: /s/ Therese A. Scheuer
                                Therese A. Scheuer (admitted *pro hac vice*)
                                Senior Trial Counsel
                                100 F. Street, NE
                                Washington, DC 20549
                                Phone: (202) 551-6029
                                Fax: (202) 772-9317
                                scheuert@sec.gov

Of Counsel: Alistaire Bambach

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of June, 2023, a true and correct copy of the foregoing Statement was furnished to all ECF Participants via the CM/ECF system.

/s/ Therese A. Scheuer

Therese A. Scheuer (admitted *pro hac vice*)