UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before June 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on AD HOC Group of Earn Account Holders Including Immanuel Herrmann, Nicholas Farr and Brett Perry, c/o Offit Kurman, P.A., Attn: Joyce A. Kuhns, Esq. at 7021 Columbia Gateway Dr, Ste 200, Columbia, MD 21046-2967, pursuant to USPS forwarding instructions:

- **Notice of Extended Deadline to File Disclosure Statement** (Docket No. 2633)

- **Third Supplemental Declaration of Marc Puntus in Support of Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022, (II) Approving the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief** (Docket No. 2637)

- **Supplemental Declaration of Sheryl Betance in Support of (A) Debtors' Application Seeking Entry of an Order (I) Authorizing and Approving the Appointment of Stretto, Inc. as Claims and Noticing Agent and (II) Granting Related Relief, and (B) Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Stretto, Inc. as Administrative Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022** (Docket No. 2638)

- **Joint Stipulation and Agreed Order Between the Debtors, Industrious Atlanta, and Industrious Tampa Allowing Limited Relief from the Automatic Stay to Apply Security Deposits Against Certain Claims** (Docket No. 2641)

- **Joint Stipulation and Agreed Order Between the Debtors, Industrious Atlanta, and Industrious Tampa Allowing Limited Relief from the Automatic Stay to Apply Security Deposits Against Certain Claims** (Docket No. 2675)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on June 9, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Virtru at 1801 Pennsylvania Ave NW, Ste 500, Washington, DC 20006-3619, pursuant to USPS forwarding instructions:

- **Request to Extend Debtors' Deadline to Object to Pro Se Creditors' Motions to Value CEL Token** (Docket No. 2610)

Furthermore, on June 14, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Shutterstock at 350 5th Ave, Fl 20, New York, NY 10118-2101, pursuant to USPS forwarding instructions:

- **Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief** (Docket No. 2560)

Dated: June 20, 2023

_____
Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 20th day of June, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027