**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Christopher S. Koenig<br>To Call Writer Directly:<br>+1 312 862 2372<br>chris.koenig@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br><br>+1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

June 21, 2023

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

      Re:   *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Object to the Backup Fees Motion

Dear Chief Judge Glenn:

    Pursuant to paragraph 27 of the *Case Management Procedures*, attached as Exhibit 1 to the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] and upon mutual agreement with certain state regulators (the "State Regulators"), we write to request confirmation of the extension of the deadline for the State Regulators to object to the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief* [Docket No. 2774] (the "Backup Fees Motion") to Friday, June 23, 2023 at 4:00 p.m. (prevailing Eastern Time).

                                        Sincerely,

                                        /s/ *Christopher S. Koenig*

                                        Christopher S. Koenig

cc:    Aaron Colodny, Counsel to the Committee
        Karen Cordry, Attorney for the National Association of Attorneys General
        Layla D. Milligan, Attorney for the Texas State Securities Board and Texas Department of Banking

The request to extend the deadline for the State Regulators to object to the Backup Fee Motion to Friday, June 23, 2023 at 4:00 p.m. (prevailing Eastern Time) is **GRANTED**.

**MEMORANDUM ENDORSED.**

**IT IS SO ORDERED.**

Dated:  June 21, 2023
        New York, New York

                                                                **/s/ Martin Glenn**
                                                                 MARTIN GLENN
                                        Chief United States Bankruptcy Judge