# **EXHIBIT 5**

**From:**          Celsius Network <hello@celsius.network>
**To:**            Ashley O'Brien
**Sent:**          7/6/2020 2:15:33 PM
**Subject:**       Heat up your cold storage! Celsius Weekly HODL Rates, July 3 - 10



# Long days, low rates & BIG savings

Take advantage of our lowest loan rates ever! Use your crypto as collateral to borrow dollars and stable coins at the lowest rates in the industry - guaranteed, and keep the upside potential of your crypto, too! There are no origination fees, no credit checks, and no banking BS. Apply today through your Celsius app and borrow in **your** best interest.

CONFIDENTIAL
HIGHLY CONFIDENTIAL

CELSIUS_PA_0002091
CEL-UCC-00020430



LTV Chart

Read more about our summer rates and find out how to get started
on our blog.

Borrow Funds →

## AcCELerate your income 🚀

Get more bang for your buck with weekly interest rewards on your
favorite cryptocurrencies! Choose to earn in-kind or set your settings
to CEL to get up to 35% more rewards each week! There's no
minimum deposit, no lockups, and you can set your interest settings
for each coin held in your Celsius wallet!

CONFIDENTIAL
HIGHLY CONFIDENTIAL



Celsius Rates

**Rates for 1st BTC & 1st 100 ETH**
*Exclusively for CEL Loyalty Members:*

Bronze: 4.56% APY
Silver: 5.03% APY
Gold: 5.49% APY
Platinum: 6.20% APY

Earn Crypto →

## CEL Community Insights 🔍

454,778
Weekly CEL Tokens Purchased

33,841,478
Total CEL Tokens Purchased

$22,110,238.28

CONFIDENTIAL
HIGHLY CONFIDENTIAL

Total Interest Earned

## 38.12%

### Celsians Earning in CEL

For additional community insights, visit the "Community" page of the Celsius Network app and audit our
data via the blockchain at Celsians.com.

CEL

CONFIDENTIAL
HIGHLY CONFIDENTIAL

CELSIUS_PA_0002094
CEL-UCC-00020433



CEL BTC ETH

Track Celsius Network's CEL purchases in real time through our public wallet address which shows the total number of tokens purchased that have not been withdrawn.

CEL tokens can be purchased on Liquid, IDEX, Switcheo, and HitBTC.

## From the News Feed 

Check out some of the recent coverage of Celsius, and head over to the Celsius blog to read up on even more company updates and announcements.

▶

**Ask Team Celsius Anything! - July 2, 2020**
*Alex and the Celsius team answer your questions about anything and everything!*

CONFIDENTIAL

HIGHLY CONFIDENTIAL

CELSIUS_PA_0002095

CEL-UCC-00020434

Watch

---

 Summer of Savings

## Lowest Loan Rates - EVER!

*We've lowered our rates at every LTV option! Read more to take advantage today!*

Read More

---

## Watch: MoIP Episode 12

*Alex interviews Isaiah Jackson, author of 'Bitcoin and Black America'*

Watch

## Unbank Yourself ⇢📱



Celsius is not a depository institution, and your Celsius wallet is not a deposit account. Eligible digital assets are not legal tender. Eligible digital assets in your Celsius wallet are not insured by the Federal Deposit Insurance Corporation (FDIC) or the Securities Investor Protection Corporation (SIPC). This is not an offer, or solicitation of any offer to buy or sell any security, investment or other product. Celsius Network reserves the right to monitor and retain all incoming and outgoing communications as permitted by applicable law. Interest rates are variable subject to change at our discretion, at any time. No minimum balance required.

*Copyright © 2020 Celsius Network, All rights reserved.*

Our mailing address is:
Celsius Network
221 River Street, 9th Floor
Hoboken, NJ 07030

Unsubscribe

CONFIDENTIAL
HIGHLY CONFIDENTIAL

CELSIUS_PA_0002096
CEL-UCC-00020435

CONFIDENTIAL
HIGHLY CONFIDENTIAL

CELSIUS_PA_0002097
CEL-UCC-00020436