# **EXHIBIT 13**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309474
CEL-UCC-00274748



### Exco Agenda

CNS / CEL / KPI Update / Customer Service:  Daniel — 15 mins

Special Presentation:  Business Development — Camilla — 20 min

Department Updates:  All — 50 min

- CEO Office
- COO Office
- Finance - CFO
- Digital Asset Markets - C/O
- Retail Lending
- People
- Technology / Product
- Security
- Risk Management
- Marketing / Analytics
- Legal
- Business Development

Competitive Advantage - All — 5 min

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309475
CEL-UCC-00274749



Weekly CNS & CEL and Customer Service Updates



blokfi ETH rates - 5.5 -> 4.3 (88mil in net transfer); this week ETH took over.  New users still bring BTC. the existing are more rates sensitive.
XRP - huge decline by americans by it level off 90mil still held by americans. 10,000 users hold XRP.
MATIC - lots of withdrawals mostly from high er balance. Hard to tell. Price double - maybe people are exiting.
Liquid - like a bitwalla deal - lunched API partnership.

Bottom line ETH drove the increase increase.
User reg similar. Despite blockfi - you would expect more movement to us but customer base is less retail so not so much.



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309478
CEL-UCC-00274752



GEM IS BACK.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309480
CEL-UCC-00274754



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

## Business Development – Special Presentation 1

**Objective: BD Update & Prime Brokerage**

- **BD - Update on team and current priorities**

**Prime Brokerage:**

- **Phase 2: thematic update / potential**
- *Phase 2: more detailed presentation including projections / revenues*
- **Value proposition for Celsius & CEL token**
- **Potential short / med / long term road map - leverage current offering, map out risk / legal / tech build**

9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL



## Business Development – Special Presentation 2

**BD - Update on team and current priorities**

**Team:**

**Close Coordination:**

**US:**
Camilla Churcher - NY
Greg Wolfson - LA (DeFI)
Christina Sciotto (5/17) - Chicago
Steven Hillenbrand - NY
(+2)

**EMEA:**
Chad Walls - LDN
+2

**APAC:**
Kal Chan - HK
+2

*Partnerships:*
*Leah Jonas*
*John Amorosana*
*Salome Mkheidze*
*Amriel Kissner*

*Corporate / VIP:*
*Antony Lingard*

**Priorities: Deployment**
-   Deploying digital assets, CEL, other assets (GBTC etc)
-   Onboarding new institutions
-   DeFi deployment opportunities
-   Using CEL and GBTC as collateral
-   USD borrow - Institutional customers, corporates, non crypto firms

10

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309483
CEL-UCC-00274757

# Business Development – Special Presentation 3

**Market Trends > Prime Brokerage:**

**Institutional Adoption**
- *Investors > Hedge Fund Capital Allocations*
- *Traditional asset management firms enter crypto*

**Issue:**
- *Scalable growth with existing clients as they raise capital*
- *Increasingly sophisticated needs*
- *Expectations of PB offering*

**Competition**
- *Aggressive financing & rates*
- *Abundance of credit*
- *Marketing Prime Brokerage*
- *New entrants*

**Issue:**
- *Compete in risk adjusted manner*
- *Consistent policy across clients*

**Celsius**
- *Exponential growth*
- *Institutional footprint*

**Issue:**
- *Rewards*
- *Profitability*
- *Capitalise on market position*

11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

# Business Development – Special Presentation 4

**What is Prime Brokerage**



| | |
|---|---|
| Access to Borrow | |
| Financing / Margin | *Core value add: Alpha, capital efficiency* <br> ***Includes borrowing USD vs crypto - complimentary to loan product - different LTV's available* <br> *Portfolio margin - vs individual trades - scales* |
| Execution | |
| Custody | *Utility: commoditized, low margin (over time)* |
| Cap Intro | |
| Consulting | *Ancillary: Nice to have, sales tools (cost center)* |

12

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309485
CEL-UCC-00274759



## Business Development – Special Presentation 5

**Benefits to Celsius?**

| | |
|---|---|
| *Deployment* | *Win additional customers, grow wallet share - barrier to entry* |
| *'Sticky' balances* | *Balances remain stable and predictable* |
| *Term lending* | *Create term facilities, incentives - duration for portfolio* |
| *Fees - additional revenue* | *Charge for services, gas fees, custody etc* |
| *Portfolio margin (multi asset coll)* | *Greater visibility, diversification* |
| *Additional products / services* | *Execution, custody, tokenized assets, securities, swaps, futures & options (B/D)* |
| *CEL Token* | *Create incentives within the offering - CEL to pay interest, collateral etc* |

13

## Business Development – Special Presentation 6

**Roadmap**

**Now / short term**
- *Marketing*
- *Vendor partnerships (Qredo, XMargin, Copper etc)*
- *Instilend functionality*
- *Client partnerships - build with key clients in mind*

**Medium**
- *Risk policy - portfolio margin*
- *Legal agreements - netting*
- *Marketing Prime Brokerage*
- *New entrants*

**Long**
- *Structure e.g. Broker Dealer*
- *Technology*
- *Reporting / portal*
- *institutional footprint*

**Conclusion**
- *Opportunity to redefine PB model and create long term value and profit for Celsius*
- *Complimentary to existing institutional business and loan business*
- *Incorporate new ideas: DeFi? CEL? EAM?*
- *Challenge competition*

14



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL



### CEO Office – Alex

**Corporate Goal 2021**

| CEL Token to | Goal: $10 dollars (Jan 2021) | Update: Use CEL as collateral |
|---|---|---|

**Top Priorities This Week / Department Update**      **What Can ExCo do or help with your priorities?**

| CEL as collateral | CSCA – focus your team on the number one task |
|---|---|

**What Can ExCo Do for Me?**

16

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309489
CEL-UCC-00274763



## COO Office – Daniel

**Corporate Goal 2021**

| | | |
|---|---|---|
| **Project:** Customer Service & Corporate launch | **Goal:** One Touch Service | **Update:** See data. |

**Top Priorities This Week / Department Update**      **What Can ExCo do or help with your priorities?**

- **Organizational Structure & Roles / Responsibilities** - Upcoming Employee survey, Job Architecture, Revisit Org-Chart (w People Dept.)

- **MVP M&A&I** - Project management, Communication, and Onboarding (signing on 12th; still minor issues).

- **Growth of global offices** - Reopening office in New York, Operating entity in Australia, Planning additional floor in Israel, NJ. (from banks, legal, ops to offices).

- **Systems** - Mapping Finance systems, Mambu implementation Kick-off

- **Provisioning** - Create Provisioning Process & Provisioning Capability (w IT Dept.)

- **Corporate Business** - Full plan, hiring (managers and support), process, marketing and communication. in preparation for launch.

18

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309491
CEL-UCC-00274765



## Customer Care

COO

VP Customer Care

Customer Care Manager USA — Customer Care Manager Europe — Director Community Manager — WFM Manager — Senior Trainer

Call Center Coordinator

Call Center Manager Cyprus — Call Center Manager Belgrade

Shift Manager — Shift Manager — Shift Manager

Agents — Agents — Agents — Community Manager

Senior QA — Process Manager — Analytics/optimization — Shift planner — Information Manager

Junior QA (on ground) — Junior Trainers (on ground)

19    *Note: no Australia; say hello to Las Vegas.*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309492
CEL-UCC-00274766

## Customer Success

### Goals End of Month

- Untouched Tickets: 1,900
- Backlog  5,900
- Agent Touches per Ticket: 1.95
- First Reply Time: 65 hrs

### Real Time Results

- Untouched Tickets:  3,500
- Backlog  7,500
- Agent Touches per Ticket: 2.04
- First Reply Time: 64.18 hrs

### Customer Care Update

- Restructure Customer Care with integration of 17 + 3 agents from ECD into Celsius

- New statistic + forecast and shift plan starts next week

- Zendesk Sell + Mamboo = CRM solution

- Community Managers integration into Customer Care and train on tickets

20





### Finance (CFO) – Yaron

**Corporate Goal 2021**

| Finance Infrastructure | **Goal:** IPO readiness captures it all (primarily recruitment, financial reporting processes) | **Update:** **(i)** Recruitments progress, still missing positions; **(ii)** automation of current closing process delayed; **(iii)** Instilend improvements are slow; Hedgeguard multi-projects need prioritization; Mambu in the long term; |
|---|---|---|

**Top Priorities / Department Update priorities?**

- **New Deployment wallets structure**
- **CF and Capital projections and planning**
- Recruiting team
- Continue automating and robusting financial data collection
- Completing Dec-2020 and Q1-21 audit trail evidences ASAP
- Re-Org; Global taxation planning; IPO readiness

**What Can ExCo do or help with your**

- Temporary internal resources mobilization

**What ExCo Needs to Know (this week and in general)**

21

# Finance (CFO) – Yaron

**Automated reporting ⇒ online monitoring ⇒ measuring ⇒ trends ⇒ analyzing ⇒ planning**

| | 2-Apr-21 9-Apr-21 | 10-Apr-21 16-Apr-21 | 17-Apr-21 23-Apr-21 | 24-Apr-21 30-Apr-21 | Total April | Q1 2021 |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Retail lending | 349,760 | 374,182 | 395,208 | 408,083 | 1,527,233 | 3,018,291 |
| Institutional lending | 4,516,863 | 4,904,911 | 4,911,264 | 4,979,535 | 19,312,573 | 35,334,121 |
| Exchanges: Bitfinex BOT | 113,000 | 152,121 | 360,732 | 218,417 | 844,270 | 993,678 |
| Exchanges FTX | - | - | 161,781 | 722,742 | 884,523 | |
| DeFi (old) | - | | | | | 60,000,000 |
| DeFi (New) | - | 1,088,101 | 1,464,803 | 2,034,359 | 4,587,263 | |
| Yield Farming | 876,010 | 458,081 | 627,133 | 1,394,264 | 3,355,488 | |
| Staking | - | - | - | 19,240 | 19,240 | |
| OTC net inflow | 3,624,681 | 5,521,992 | 1,576,971 | 1,936,078 | 12,659,682 | 36,577,920 |
| Sale of Cel Tokens from Treasury | 868,783 | 1,603,676 | 1,349,507 | 1,519,163 | 5,341,129 | - |
| Mining | 1,085,735 | 1,041,236 | 1,328,360 | 1,522,922 | 4,978,253 | 5,828,000 |
| Equities | - | (450,000) | (1,050,000) | (1,000,000) | (2,500,000) | (13,897,000) |
| EAM | 600,000 | 356,486 | 419,384 | 230,088 | 1,605,918 | |
| | **12,034,833** | **15,050,725** | **11,745,124** | **13,764,891** | **52,595,573** | **125,795,006** |
| | | | | | | |
| **COGS** | | | | | | |
| Rewards | (9,613,845) | (10,201,488) | (8,739,896) | (10,217,810) | (38,773,040) | (80,705,818) |
| Borrowing costs | (1,617,801) | (1,883,649) | (2,003,886) | (2,004,871) | (7,510,207) | (8,975,780) |
| OPEX (HR; Opps, Promo) | (804,590) | (913,509) | (914,502) | (949,607) | (3,582,207) | (13,030,289) |
| | **(12,036,237)** | **(12,998,647)** | **(11,658,284)** | **(13,172,287)** | **(49,865,455)** | **(102,711,846)** |
| | | | | | | |
| **Core Activity P&L** | **(1,404)** | **2,052,079** | **86,840** | **592,604** | **2,730,119** | **23,083,160** |

22





## Finance (CFO) – Yaron

**Automated reporting ⇒ online monitoring ⇒ measuring ⇒ trends ⇒ analyzing ⇒ planning**

### As of April 30, 2021 (W/O Cel Token)

| Assets | | Liabilities | |
|---|---|---|---|
| Undeployed Assets | $3,513,170,700.41 | user balances | $10,933,073,260.85 |
| Exchange Balances | $665,127,103.59 | User Collateral | $1,955,822,779.31 |
| Institutional Loans Out | $2,652,942,115.29 | Locked (CEL) | $153,900,263.50 |
| Institutional Posted Collateral | $3,544,134,892.93 | Institutional collateral (Liability) | $1,506,264,302.57 |
| Defi Current Balance | $3,282,157,757.49 | Institutional Borrows (Liability) | $1,803,718,515.49 |
| Grayscale | $1,060,078,043.37 | | |
| Keyfi receivable | $405,613,923.66 | Other | $26,920,285.52 |
| Other | $468,327,683.46 | defi | $200,616,305.03 |
| Retail Loans | $412,581,663.12 | | |
| Undeployable (Primetrust) | $272,163,499.57 | | |
| | | | |
| Total | $16,276,297,382.89 | Total | -$16,580,315,712.26 |
| | | Net | -$304,018,329.36 |

**What do we want to monitor over time?**
- **Direct ROI per Deployment:**
  - per desk;
  - for a predetermined period
- **Undeployed Assets:**
  - Cel Tokens
  - Borrow against GBTC
  - EFH collateral
- **Cost of Capital**
  - Per coin
  - Blended for the company
- **LTV**

24

# Digital Asset Markets – Harumi

### Corporate Goal 2021

| Coin Deployment | Goal: 80% | Update: All 77.4% BTC 92.12% ETH 89.58% 17.3 billion |
| --- | --- | --- |

### Top Priorities This Week / Department Update       What Can ExCo Do To Help?

| Getting different platforms and strategies approved<br>Trying to jazz up InstiLend<br>Rounding up HedgeGuard stakeholders and requirement | |
| --- | --- |

### What ExCo Needs to Know (this week and in general)

25

## DAM: Allocation Breakdown and Return

| | Total Allocated | Total Earned | Percent Income | Annualized % |
|---|---|---|---|---|
| Institutional | $2,772,107,229.38 $2,571,718,309.81 | $5,242,228.09 $5,001,385.44 | 0.1891% 0.1945% | 9.86% 10.14% |
| BOT (Bitfinex only) | $268,164,442.00 $237,955,763.00 | $218,417.45 $360,732.00 | 0.0814% 0.1516% | 4.25% 7.90% |
| Retail Lending | $449,374,334.41 $428,996,220.86 | $405,629.34 $405,629.34 | 0.0943 % 0.0946% | 4.87% 4.93% |

| | |
|---|---|
| Yield on Deployed | 8.79% 9.370% |
| Paid on Assets | -4.40% -4.65% |

*Monthly expected income divide by 4



26

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309499
CEL-UCC-00274773

## DAM: DeFi and Cash & Carry

| | | | | | |
|---|---|---|---|---|---|
| Start Date | 03/27/2021 | 04/03/2021 | 04/10/2021 | 04/17/2021 | 04/24/2021 |
| End Date | 04/02/2021 | 04/09/2021 | 04/16/2021 | 04/23/2021 | 04/30/2021 |
| CW | 14 | 15 | 16 | 17 | 18 |

| **CEL Operations** | | | | | |
|---|---|---|---|---|---|
| OTC IN | $1,633,353 | $9,277,595 | $9,664,764 | $6,348,771 | $7,876,050 |
| OTC OUT | -$2,890,652 | -$8,351,027 | -$5,746,488 | -$6,121,307 | -$7,479,135 |
| OTC NET | -$1,257,299 | $926,568 | $3,918,276 | $227,464 | $396,915 |
| Interest Payment | $2,516,995 | $3,368,696 | $3,207,351 | $2,699,013 | $3,038,326 |
| Interest Purchase | $2,516,995 | $2,500,000 | $1,603,676 | $1,349,507 | $1,519,163 |
| Interest Treasury | $0 | $868,696 | $1,603,676 | $1,349,507 | $1,519,163 |
| CEL Operations NET | -$1,257,299 | $1,795,264 | $5,521,952 | $1,576,971 | $1,916,078 |

| **DeFi** | | | | | |
|---|---|---|---|---|---|
| DeFi book (eow) | | $441,806,013 | $1,134,627,054 | $1,097,038,443 | $1,533,717,244 |
| realized gain (cash) | | $0 | $0 | $0 | $0 |
| realized gain (native) | | $702,050 | $1,189,651 | $1,741,728 | $2,034,359 |
| unrealized gain | | $53,062 | $787,214 | -$276,925 | $856,338 |
| PnL | | $755,112 | $1,976,865 | $1,464,803 | $2,890,697 |

| **Cash & Carry** | | | | | |
|---|---|---|---|---|---|
| Allocated Cash (eow) | | | $70,000,000 | $130,000,000 | $150,000,000 |
| Funding Profit | | | $162,294 | $795,571 | $734,832 |
| Funding Loss | | | -$513 | -$56,748 | -$22,070 |
| realized spread | | | $0 | $0 | $0 |
| unrealized spread | | | $0 | $0 | |
| PnL | | | $161,781 | $738,823 | $712,762 |

27

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309501
CEL-UCC-00274775

## DAM: InstiLend Latest

In between sprint updates:

- Aggregates pricing info from multiple providers that can become a part of API service in the future
- Hourly Pricing Engine for assets Instilend supports can become by the minute
- Have a full AUM turnoff sign off -  Will have to keep it open for side by side for the following period, of course

29

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309502
CEL-UCC-00274776

## Retail Lending - Aliza

**Corporate Goal 2021**

| Retail Lending | **Goal:** 25% of our net deposits | **Update:** 453M in Active loans!!!! (+27M)<br>2.2 Billion in Collateral<br>Overall LTV: 20% |
|---|---|---|

**Top Priorities This Week / Department Update**     **What Can ExCo Do To Help?**

| HIRING - lending associates, analyst, VIP, etc.<br>Liquidation break the glass protocol<br>Mambu kick off | -`notice on CEL employee loans, please make sure to circulate<br>- If there are changes in staffing/capabilities that impact lending please give us a<br>heas up as early as possible/minimum a week prior |
|---|---|

**What ExCo Needs to Know (this week and in general)**

- California around the corner - must get ready
- In-app loan closure May 20th
- Growing steadily - but BIG CLOSURE THIS WEEK: Darma is closing their **$25M loan/110,000 ETH in collateral**

30



## People – Trunshedda

**Corporate Goal 2021**

| People | Goal: Recruiting | Update: 14 New Hires<br>Headcount: 245 |
|---|---|---|

**Top Priorities This Week / Department Update** | **What Can ExCo Do To Help?**

- MVP Employment Agreements - Approve and finalize drafts this week
- Szilvia Hock-Kovacs - Sr. Technical Recruiter in UK
- Completed CEL TBD Clean up for Israel last week. This week the rest of the CEL Tbd's will be confirmed and communicated to all employees.

- Employee Roles and Responsibility Survey - Launch May 5th
  - Department Heads please read email and update employees during team meeting. Set expectations that the survey must be completed by May 14th.

**What ExCo Needs to Know (this week and in general)**

**Recruiting:**
- 46 Candidates presented with DeFi/Crypto Experience
  - 12 Offers Extended
  - 5 No Offer
  - 31 - Interview in Progress
- 72 Positions open and actively being recruited for

31

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309504
CEL-UCC-00274778

## People - Trunshedda

**Employee Roles and Responsibilities Survey will be launched on Wednesday, May 5, 2021.**

- **WHY?** We have done this before.
- We must start here to scale. This is the first step for two initiatives.
  - Defining our organizational structure & Roles and Responsibilities
  - Mid-Year Performance Reviews where we will align on expectations that employees will be evaluated on at year end.
  - Bonus and merit increases will be determined by performance.

**Organizational Structure**
- Assess current structure

- Benchmark Organizational Structure
  - Identify 5 external organizations to benchmark against
  - Match external ExCo and Leadership teams against Celsius ExCo and Leadership Teams
  - Present recommended organizational structure for Celsius

**Timeline**

- May 4th - Communications to Leaders
- May 4th - Share at ExCo and All Hands
- May 5th - Employee Survey Launches
- May 14th - EE Survey Completed
- May 25th - ExCo Update - Key Findings Survey

32

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309505
CEL-UCC-00274779

## People - Trunshedda

**Employee CEL Backed Loan Program**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00309506
CEL-UCC-00274780



### Technology / Product – Nuke

**Corporate Goal 2021**

| Priorities: | Goal: | Updates: |
|---|---|---|
| 1. Reorg to support tech/product - hiring, onboarding, MVP,... | 1. ~100 devs in the next few months | • May 6 - zUSD |
| 2. Strategic infrastructure - APIs, Mambu, DeFi/CeFi bridge | 2. Devs portal + API 2.0 | • Mid May - PoC (retail) beta release |
| 3. Infrastructure - harden the system against systemic risks | 3. Transition to Mambu before year end | • Late May - Web App release, ETH2 |
| security, Fireblocks, AWS, etc. | 4. DeFi/CeFi architecture + TBD | • Late June - CEL to accredited inv. |
| prepare for flood of users/assets (QA, Devops) | | • July 1 - Developers portal |

**Top Priorities This Week / Department Update**              **What Can ExCo Do To Help?**

| • **MVP** | • PrimeTrust? |
|---|---|
| • **PrimeTrust** | • Trunshedda - Nikola? Tokens issue |

**What ExCo Needs to Know (this week and in general)**

What is the story with other teams hiring engineers?

34

## Security - Shiran

#### Corporate Goal 2021

| Zero Incidents | **Goal:** Zero significant and even medium severity incidents | **Update:** Lessons learned will be presented |
|---|---|---|

#### Top Priorities This Week / Department Update          What Can ExCo do or help with your priorities?

| | |
|---|---|
| 1. Tabletop exercise will be conducted start Mid May<br>2. DeFi Risk Hub - ongoing, people are working with it - need to expand usage<br>3. **DeFi platforms - focus on specific platforms and test end to end deployment and unwinding.**<br>4. **Even if given platform was approved, at times there are different deployment types and use cases - check with security, risk, legal - tech and contract wise**<br>5. Physical security - Miami Conference | |

#### What Can ExCo Do for Me?

- Before engaging with system/app/tech platform vendors, update Security, so we can conduct the needed security/tech Due Diligence
- Travel security - before any travel - update Security, HR, Ops

35

## Risk Management – Rodney

**Corporate Goal 2021**

| "Right-Size" Risk-Taking | **Goal:** Risk Dashboard (RD)<br>Reduce EFH exposure | **Update:** Looking at HedgeGuard as an infrastructure<br>EFH open to GBTC and ETHE loans; but not new BTC tranches |
|---|---|---|
| Increase Inst'l Credit Approvals | **Goal:** to $2Bn | **Update:** Implementing limits increases for specific names |

**Top Priorities This Week / Department Update**          **What Can ExCo Do To Help?**

| Retail Loan Liquidation<br><br>Synergies between Mining and "Core" | • Roni next steps on restructuring the loan |
|---|---|

**What ExCo Needs to Know (this week and in general)**

| | |
|---|---|

36

## Marketing / Analytics - Vijay

### Corporate Goal 2021

| User Growth<br>Free coins on books | **User growth:** 1.5MM users by EOY<br>**Free coins:** $1B in loans, $3B in collateral by EOY | **Updates**<br>• Loans promo performing well (in progress update - 1425 new loans leading to $12.7MM in loans; final update after promo close and analysis)<br>• New communications to move stuck customers through onboarding funnel (WELCOME40 emails, push, etc.)<br>• iHeart marketing terms aligned on. Contract work remains<br>• P.R. - Ditto engagement terminated (contract runs through end of next week) |
|---|---|---|

### Top Priorities This Week / Department Update

### What Can ExCo Do To Help?

| • iHeart planning (podcast + media buys)<br>• Website redesign v1 (Apr 30 - staging; May 17 - launch)<br>• Continue push on 1% loans<br>• P.R. agency change → Fastest growing fintech pitch to Tier 1 MSM<br>• New promos going live today / tomorrow (HNW stablecoins promo, Unblock promo, small deposits promo) | • (All) P.R. announcements pipeline<br>• Stick to high level feedback about website / landing pages being shared. This is MVP. We will move to continuous testing and refinement process (weekly releases)<br>• AMA engagement (before AMA and during live streaming) |
|---|---|

### What ExCo Needs to Know (this week and in general)

• BTC Conference, Miami, June
  ○ Core working group locked and approved by Alex 3 weeks ago (Marketing/BD/Lending)
  ○ If anyone from your teams want to go, please have them seek your (ExCo) approval and have them plan for travel logistics. Ticket can be sourced from current pool held for community

37

**Legal & Compliance– Ron**



## Business Development – Camilla

**Corporate Goal 2021**

| Institutional deployment - USDT, BTC | YTD $1.88bn USDT ($120m past week), $655m USDC<br>BTC - Active week - $557m YTD - $89m past week (Cumberland, Galaxy)<br>Borrow USD - draw existing facilities. Focus: LINK / XRP / XLM and others |
|---|---|
| CEL Token as collateral | DeFi and exchange options (inc. Aave, Maker, Sarson)<br>Tether facility - new customers - deploying @10.5% +<br>Revisiting institutional clients - mix of BTC / CEL etc |

**Top Priorities This Week / Department Update**          **What Can ExCo Do To Help?**

| Onboarding new institutions | Legal, compliance, credit responsiveness |
|---|---|
| Increasing limits with existing customers | Successful increase for existing clients - moving to new counterparts |
| Balance customer flow and internal deployment | New business and organic growth - protect reputation and be consistent |

**What ExCo Needs to Know (this week and in general)**

| Team | 3 new hires. Start date 5/3 & 5/17 |
|---|---|
| Bitcoin Miami 2021 - June 4-5 (and BD travel) | BD attending - planning client event & 1:1 meetings with key clients, prospects<br>Consider travel later this year - review rules / budget |
| Corporate funnel | FAQ, Financials, Risk Policy |

39

## Celsius Sustainable Competitive Advantage to $20B

**Assignment**                                                                **Owner**

1. Use pledged GBTC, wrapped tokens, Sarson assets @75% LTV to borrow USD        **Camilla**
2. Use our $4B CEL balance sheet to borrow productive assets/USD - QCP           **Roni**
3. Issue synthetic stable coin/DAI to dominate credit in DeFi – Terra.money       **Roni/Daniel**
4. No fees as we make money in different ways –  BTC -2%, Highest rates 22         **Daniel**
5. Cross chain liquidity                                                          **Nuke**
6. DeFi integrations                                                              **Nuke**
7. Reduce fees overhead – settle in app                                           **Nuke**
8. Self Insurance                                                                 **Alex**
9. Financial systems overseeing and managing operational activities               **Nuke / Yaron**
10. Use DeFi as freemium to bring millions of users into Celsius – choose and buy best wallet for this   **Vijay**
11. Pay more interest and use our AUM to lower the rates others pay.  Algo to allocate to the highest rates to bring them down below ours   **Harumi**

12. Hire away or buy startups for best talent to dominate industry –  50% DeFi    **Trunshedda / Roni**
    1. Have the most free coins – $1 Billion in loans (⅓ of the way there!)        **Aliza**
    2. CC that pays its own interest to bring to the masses – 1m new users          **Oren / Ashley**
    3. Reduce Risk exposure and increase institutional credit approvals to $2B      **Rodney**
    4. Stop bleeding money because of inefficiency (OTC, Financial Position, locked collaterals, etc)   **Yaron**

40



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL



### Closing Remarks

41

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

## Top Projects/Goals Status Review - Snapshot

| Project: | Strategic Goal (2021): | Lead: | Status (one liner): |
|---|---|---|---|
| 1. CEL Token to | $10 dollars ✔ Dan 2021) | Alex | Use CEL as collateral |
| 2. Community Pool Growth 2021 | $150bn = $150bn crypto<br>$25bn USD and stablecoin lending<br>$5bn - Gold | Vijay - retail<br>Camilla - b2b | $1bn USDT, $533m USDC Instit loans<br>Gold - solving yield issue |
| 3. Fundraising | $250mil Debt + $250m Equity | Roni | Finalizing financials, starting to sign investors on SAFEs, closed BTTF and DR should be opened by the end of the week<br><br>Debt instruments in Sweden and Israel |
| 4. Coin Deployment | 80% | Harumi | All 67.42% BTC 84.84% ETH 85.86% |
| 5. Finance Infrastructure | Financial Position Dashboard automated. | Yaron | Instblend improvements slowly; Hedgeguard multi-projects; Mambo in the long term.<br>Basis for enhanced data-driven financial and risk decision making processes |
| 6. Retail Lending | 1 Billion Loans, 3 Billion Collateral<br>HAPPY CUSTOMERS | Aliza<br>Vijay | $296m in active loans!!!! |
| 7. People | Recruiting the best talent to support growth;<br>Engaged culture. | Trunshedda | 9 New Hires This Week (Security, Dev, Marketing, Finance, People)<br>Preparing for MVP integration. |
| 8. Customer Service | One Touch Service | Daniel | 1.73 Agent Touches per Ticket. First time ever below 2 touches per ticket. |
| 9. "Right-Size" Risk-Taking<br><br>Increase Inst'l Credit Approvals | 1st and 2nd v. of Risk Dashboard (RD)<br>to $2Bn | Rodney | Reach-outs to mgt; Conveying Risk Dashboard reqmts TBD |

42

**Redacted**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL