# **EXHIBIT 16**
## **Redacted**

**mpdm-connor.nolan--johannes.treutler--harumi-1**

Chat Filters    ☑ Events    ☑ History    ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Harumi Urata-Thompson | Celsius | UTNCMP49G | ▮▮▮ | 3 | 0 |
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | ▮▮▮ | 6 | 1 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | ▮▮▮ | 2 | 0 |

**Johannes Treutler**   2021-01-08 02:23:45.007 PM

It seems Alex selling went quite for now since half a day .. but the huge sell off he started and the FUD on Socials persists .. Small update for you Harumi: • What we bought on Liquid with our resting orders equals what we sold OTC ... • CEL/BTC dropped from 0.00020 to 0.000135 ... our last buy order at 0.000135 is nearly sold down • CEL/ETH dropped from 0.0080 to 0.0044 .. our last buy order sits at 0.0040

**Johannes Treutler**   2021-01-08 02:25:10.007 PM

We did not yet add new resting orders (like 0.000125 .. 0.000120 .. 0.000115 .. 0.000110 in BTC for example) and are somehow waiting on your advice.

**Johannes Treutler**   2021-01-08 02:53:41.013 PM

Things that helped stabilize markets in the past: 1. Adding buy orders below the market 2. Buying a small tranche actively to visually show CEL is not dropping like a stone but someone is buying it ------- @Harumi Urata-Thompson I recommend we do this: 1. Add normal buy orders like we had it before for the next 30-40% down move .. but keep it medium size 2. We buy 50,000 CEL agressively .. this can stop the massive underperformance as it attracts buyers who want to buy the retracement .. it's similar with us selling the tops to calm down the rally which we did a week ago ....

**Harumi Urata-Thompson**   2021-01-08 03:26:48.013 PM

I understand that after I went over the seriousness of the matter with Daniel (seems like they forgot that the legal opinion on cross trade was already in place) Roni spoke to Alex and looks like he stopped for now. Just FYI

**Harumi Urata-Thompson**   2021-01-08 03:27:26.013 PM

And because Alex already breached, let's "breach it back" and support the market. It is just disproportionate how we are performing out there

**Harumi Urata-Thompson**   2021-01-08 03:27:42.017 PM

if needed, this is one time "let's take this out of Treasury" buy operation

**Johannes Treutler**   2021-01-08 03:28:26.017 PM

Got it .. we will keep you updated

**Johannes Treutler**   2021-01-08 04:00:48.017 PM



**Johannes Treutler**   2021-01-08 04:01:03.017 PM

At least he did not lie this time 🎧🖐

**Connor Nolan**   2021-01-08 04:10:46.017 PM

but now people are asking him to share his LP address

**Connor Nolan**   2021-01-08 04:10:48.017 PM

lol

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00073611
CEL-UCC-00196126