# **<u>EXHIBIT 22</u>**

# The Great Decision

## June 2022

A CelsiusX Production

# Option 1: Bring more utility to $CEL

1. In new products: credit card, staking, on-ramps, etc.
2. In existing products: borrow, earn, withdrawals, swaps (*e.g.,* [Voyager](#))
3. Pros:
    a. Increased buying pressure from increased demand
    b. Reduced selling pressure since people now have more reason to hodl
4. Cons:
    a. Still can't talk about it ($CEL still a security)
    b. Price impact may be muted, especially in current bear market



# Option 2: Celsius launches $xCEL

1. One-way exchange, burn $CEL to get $xCEL
    a. Both tokens live side-by-side, $CEL is the CeFi token and $xCEL is the DeFi token
2. Pros:
    a. Ideally, $xCEL is not a security so can be freely discussed and used as incentive mechanism
3. Cons:
    a. Regulators may view $xCEL as a proxy for $CEL, subject to same security restrictions.
    b. Our regulatory team said Celsius could not launch this token or offer a 1:1 redemption.
    c. A two token system may be confusing to retail users



# Option 3: Launch Web3 Startup

1. Company is focused on R&D, new product development, venture, and incubation to advance web3 ecosystem (*e.g.*, [Cronos Labs](#), [Protocol Labs](#))
2. New product launches use $xCEL as decentralized utility token (*e.g.,* Protocol Labs launched Filecoin with $FIL as decentralized utility token)
   a. Multichain DEX AMM. $xCEL decentralized utility is emissions director (*e.g.,* solidly, velodrome)
   b. Multichain money market. $xCEL decentralized utility is governance (*e.g.,* compound, aave)
   c. Algorithmic pegged token. $xCEL decentralized utility is pegged to $CEL. Could use $CEL transferred from Celsius to bootstrap liquidity (*e.g.,* tomb finance, polaris finance)
3. $CEL holders receive $xCEL airdrops, excluding Celsius Network holdings
4. Celsius can use $xCEL as incentive mechanism in app
5. Risk: startup fails and Celsius loses seed investment



# Option 4: Community launches DAO

1. Foundation setup to administer DAO with non-Celsius Board see: [ApeCoin example](#)
2. Uses $xCEL as governance token, establishing its decentralized utility
3. $CEL holders receive $xCEL airdrops, excluding Celsius Network holdings
4. Celsius can use $xCEL as incentive mechanism in app
5. Risks
    a. Have to let community launch and manage it all
    b. Relies on trust instead of economic incentives



# Option 3 Roadmap Example



**Q3 2022** — **NewCo Launch**: Nuke Goldstein, CTO & Co-Founder of Celsius Network launches NewCo, a web3 R&D lab focused on advancing the crypto ecosystem

**Q4 2022** — **First Product Launch**: NewCo launches first DeFi product to mainnet with $xCEL utility token. Airdrop to $CEL holders.

**Q4 2022** — **Celsius Incorporates $xCEL into App**: Celsius Network uses $xCEL as incentive mechanism across all its products

**Q1 2023** — **NewCo Acquires Thetanuts**: NewCo acquires Thetanuts, a structured options provider. $xCEL to be used as its new governance token



# Appendix

# Crypto.com Timeline 2017-2022



**2017 June**

**ICO**

Raised $27 million with promise of MCO-enabled debit crypto card

**2018 Dec**

**Crypto.com Chain Announced**

Chain details announced. Uses the CRO token. Goal is to be 100% decentralized. Airdrop to MCO holders. Issued by Crypto.com, but later Cronos Labs. Excluding US and others. MCO held by Crypto.com not eligible.

**2020 Aug**

**MCO Swap**

MCO Swap announced. MCO being phased out. Users must swap before Nov 2. Community very upset.

**2020 Dec**

**Particle B Launch**

Gary Or, CTO & Co-Founder of Crypto.com launches Particle B, an accelerator that will incubate DeFi projects built on the Crypto.com Chain

**2021 Feb**

**Token Burn**

Announces burn of 70B tokens to get to 100% decentralization prior to Crypto.org Mainnet launch. 30B remaining for new total market cap. 5B for chain block rewards. 0.9B for Cronos Labs. 30-5-0.9 = 24.1B remaining for circulating supply (4.5B as airdrop & community dev & 19.6B as secondary dist & launch incentives)

**2022**

**Particle B Changes to Cronos Labs**

Particle B changes branding to Cronos Labs, a Web3 startup accelerator and ecosystem development fund focused on growing the Cronos chain ecosystem. **Listed as CRO issuer in whitepaper**.



# Voyager Digital Timeline 2017-2022



**2017 July — Ethos Wallet ICO**
Fundraising for the Ethos self-custody wallet founded by Shingo Lavine. Ticker: BQX

**2018 July — Voyager Announces App**
Voyager Digital announces that in Q4 they will launch their app with for users to buy crypto assets with best execution smart order routing technology and fiat-on ramps.

**2019 Feb — Goes Public & Acquires Ethos**
Sept 2018 Voyager partners with Ethos wallet to provide in-app fiat gateway. Feb 2019 Voyager goes Public via reverse merger and shortly after acquires Ethos wallet, along with the BQX token, for $4mm.

**2019 Oct — Ethos BQX Rebranded to VGX**
Ethos token ticker BQX is rebranded to VGX (later known as VGX 1.0).

**2020 Oct — Voyager Acquires LGO & Token**
Announces acquisition of LGO Markets, French crypto exchange, and merger of the LGO token and VGX 1.0 token. LGO Markets raised 3,600 BTC during Feb 2018 ICO.

**2021 Aug — VGX & LGO merge to VGX 2.0**
Voyager announces merger of VGX 1.0 and LGO to VGX 2.0 (Ticker: VGX) along with 2.0 Whitepaper and new loyalty program. Aug 2021 VGX is listed on Binance and Nov 2021 on Coinbase.



# Option 3 Roadmap Example



**Q3 2022 — NewCo Launch**
Nuke Goldstein, CTO & Co-Founder of Celsius Network launches NewCo,, a web3 R&D lab focused on advancing the crypto ecosystem

**Q4 2022 — First Product Launch**
NewCo launches first DeFi product to mainnet with $xCEL utility token. Airdrop to $CEL holders.

**Q4 2022 — Celsius Incorporates $xCEL into App**
Celsius Network uses $xCEL as incentive mechanism across all its products

**Q1 2023 — NewCo Acquires Thetanuts**
NewCo acquires Thetanuts, a structured options provider. $xCEL to be used as its new governance token

