# **EXHIBIT 23**
## **Redacted**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Harumi Urata-Thompson | ███ | Celsius UTNCMP49G | ███ | 14 | 0 |
| Johannes Treutler | ███ | Celsius UP9BC1BR6 | ███ | 20 | 1 |

**Harumi Urata-Thompson**  2020-10-13 12:30:15.003 AM

So last week of this month the call with ITB is at 6pm edt and then go back to 5pm?

**Johannes Treutler**  2020-10-13 09:12:27.003 AM

Excuse me I fall asleep while replying. This was what I wrote: Oh yeah I see it might be the clock change / daylight savings .. the change is in Germany and US taking place at different weekends. I can adjust manually so all calls are the same US time.

**Harumi Urata-Thompson**  2020-10-13 10:01:36.003 AM

Initially I thought it might be a case but it goes right back to 5pm in the following week

**Johannes Treutler**  2020-10-13 10:28:45.003 AM

Yeah there is only one week with New York and Germany having 5 hours time difference instead of 6

**Harumi Urata-Thompson**  2020-10-13 11:46:51.000 AM

Ah that's why. Ok

**Harumi Urata-Thompson**  2020-10-13 11:46:56.000 AM

Unlike spring

**Johannes Treutler**  2020-10-13 12:59:09.000 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00135405
CEL-UCC-00277954



Johannes Treutler

2020-10-13 12:59:35.000 PM

Slide 22 on the EXCO deck is an important one this week =)

Johannes Treutler

2020-10-13 12:59:52.000 PM

Let me know if you have any questions

Johannes Treutler

2020-10-13 01:00:53.003 PM

I tried to explain everything in the notes and as usual to Daniel during my Tuesday EXCO preparation call with him .. but yeah, let me know if it all adds up for you

Johannes Treutler

2020-10-13 01:02:01.007 PM

The orange boxes show how much on the weekly OTC sale proceeds we used to stabilize markets when they dropped ... and the arrows show when in chart we did this ..

Johannes Treutler

2020-10-13 01:07:16.010 PM

And FYI: Alex asked us a few days ago to not buy back OTC sales before we hit the level of $1-2M a month of pure sale proceeds -> and that's why you see that we didn't do anything since 5-6 days (no orange box in the chart the last days) ... but

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00135406
CEL-UCC-00277955

I'm glad we are close to surpassing the $2M level so we can resume buying back CEL tokens when prices drop, with a part of the future sale proceeds

Harumi Urata-Thompson

2020-10-13 01:34:52.010 PM

yes, but could you hold start buying back for just anotehr day? there is something brewing and we may need all revenues we can get for the next few days

Harumi Urata-Thompson

2020-10-13 01:35:11.013 PM

what's the important point I am seeing on the exco slide? I have't had the time and chance to study it yet...

Johannes Treutler

2020-10-13 01:41:25.013 PM

Yes for sure. We only do the normal weekly CEL purchases at the moment. Before re starting the OTC repurchases or how ever you call it I would ask you for your formal approval

Johannes Treutler

2020-10-13 01:51:31.017 PM

The important point was to show that the OTC desk helped drive the price up from $0.60-now. NOT by buying prices up but with repurchasing CEL tokens when prices dropped 5..10..15..20..25% Means the OTC Sale Repurchases maintained prices stability and caused a growing interest in OTC purchases .. Makes sense? 😅

Harumi Urata-Thompson

2020-10-13 01:58:32.017 PM

absolutely! thank you so much for walking me through

Harumi Urata-Thompson

2020-10-13 01:58:53.020 PM

managing trading desk related stuff and running the finance department as a whole does take a little help from everyone 🙂

Harumi Urata-Thompson

2020-10-13 02:24:18.020 PM

by the way we need to pick up the speed of getting Fractal agreement.,,

Johannes Treutler

2020-10-13 02:35:26.020 PM

Yes absolutely! It feels like I'm super slow on these topics .. damn .. [Redacted]

[Redacted]

Harumi Urata-Thompson

2020-10-13 02:36:29.023 PM

[Redacted]

Harumi Urata-Thompson

2020-10-13 02:37:09.023 PM

[Redacted]

Johannes Treutler

2020-10-13 02:43:05.023 PM

Could you give me a rough picture of "What is brewing"? Do we need to stop weekly CEL purchases to save buying power? Or is it something else and I misunderstood you?

Harumi Urata-Thompson

| | |
|---|---:|
| no not OTC operations issue. More about tax with the CEL's getting unlocked - we literally might need cash | 2020-10-13 02:44:55.023 PM |
| Johannes Treutler<br>kk got it | 2020-10-13 02:46:14.027 PM |
| Johannes Treutler<br>Hi. Can we please delay our call about 1-1.5 hours? | 2020-10-13 06:24:41.027 PM |
| Harumi Urata-Thompson<br>like 6pm or something? | 2020-10-13 06:37:35.027 PM |
| Johannes Treutler<br>yes that would be awesome. Is this possible for you or would this be a pain? | 2020-10-13 07:19:57.027 PM |
| Johannes Treutler<br>How can I join the call with Kyle? | 2020-10-13 08:02:22.027 PM |
| Johannes Treutler<br>You invited me but there is no link | 2020-10-13 08:02:35.027 PM |
| Johannes Treutler<br>Started a . | 2020-10-13 08:03:01.027 PM |
| Johannes Treutler<br>nvm I've got access | 2020-10-13 08:09:36.030 PM |
| Harumi Urata-Thompson<br>6pm is fine by the way in case it wasn't clear | 2020-10-13 09:08:45.030 PM |
| Johannes Treutler<br>Thank you. TTY in 30 minutes 🙏 | 2020-10-13 09:29:15.030 PM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00135408
CEL-UCC-00277957