# EXHIBIT 26
**Redacted**

Message

---

| | |
|---|---|
| **From:** | Dean Tappen |
| **on behalf of** | Dean Tappen |
| **Sent:** | 5/18/2022 3:31:54 PM |
| **To:** | Jason Perman |
| **CC:** | Aaron Wu ; Kai Tang |
| **Subject:** | Re: Weekly CEL Activities & P&L (05/07-05/13/2022) |

It depends on the view. 57 is what we actually spent but we only paid out 47. The extra 10 we bought and can use to payout in later weeks or absorb it on the BS. If we absorb it on the BS I would count it as a direct expense (assume CEL is $0 since we cannot liquidate our current CEL position) - if we are prepaying future expenses then I would defer it to next week.



**Dean Tappen**
**Coin Deployment Specialist** | Celsius

Work Cell:
221 River Street - Hoboken, NJ

Download the Celsius app today!

On Wed, May 18, 2022 at 11:29 AM Jason Perman < > wrote:
> So what's the key net figure here? Is it -47 or -57?
>
> On Wed, May 18, 2022 at 11:20 AM Dean Tappen < > wrote:
>> Got it that makes sense.



**Dean Tappen**
**Coin Deployment Specialist** | Celsius

Work Cell:
221 River Street - Hoboken, NJ

Download the Celsius app today!

>> On Wed, May 18, 2022 at 11:18 AM Aaron Wu < > wrote:
>> The CEL Rewards + Burn are paid out of the FTX CEL Purchase therefore the $47mm is not additive to the $57mm FTX purchase.
>>
>> Only the amount of CEL Rewards + Burn are our losses. We don't count FTX or Quickswap CEL excessive purchases (yet to be paid as rewards or burn) as losses.
>>
>> Lastly, CELGross Revenue is based on realized P&L where outside parties bought high/sell low or vice versa. MTM P&L from price movement is not accounted for.
>>
>> On Wed, May 18, 2022 at 11:12 AM Jason Perman < > wrote:
>>> Yes please confirm Dean's math, important to understand what our support cost is here as something needs to drastically change

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUS_SEC_00040664
HIGHLY CONFIDENTIAL                                      CEL-UCC-00120671

On Wed, May 18, 2022 at 11:00 AM Dean Tappen ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
Shouldn't the net CEL revenue be (57,243,458) + (47,122,037) = (104,365,495)

We lose money from FTX re-buy (66), Quickswap buying (549k), Internal OTC (-1), CEL Rewards (-43), CEL Burn (-4) and are only going positive through OTC sales +11.2 - doesn't all of this add up to a larger negative number. I am not sure where the CEL Gross Revenue figure of 1.58mm is coming from.



**Dean Tappen**
**Coin Deployment Specialist | Celsius**

Work Cell: ▮▮▮▮▮▮▮▮▮
221 River Street - Hoboken, NJ

*Download the Celsius app today!*

On Wed, May 18, 2022 at 10:40 AM Aaron Wu ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
How does the below look?

|  | Date |  | CEL/USD | BTC/USD | ETH/USD |
|---|---|---|---|---|---|
| start | 05/07/2022 |  | $1.97 | $35,462 | $2,635 |
| end | 05/13/2022 |  | $0.79 | $29,233 | $2,006 |
|  |  |  | -59.93% | -17.57% | -23.89% |

|  | Weekly Buy/Sell | Weekly Proceeds (USD) |  | YTD Buy/Sell | YTD Proceeds (USD) |  | Weekly Realized P&L | YTD Realized P&L |
|---|---|---|---|---|---|---|---|---|
| OTC General | -177,367 | $361,269 |  | -3,750,994 | $11,208,810 | OTC General | $705,452 | $1,630,838 |
| OTC Internal | 0 | $0 |  | 369,425 | -$1,204,856 | OTC Internal | $0 | -$9,455 |
| FTX CEL | 5,154,860 | -$6,576,723 |  | 26,392,595 | -$66,697,825 | FTX CEL | -$4,080 | -$35,895 |
| Quickswap CEL | 76,155 | -$120,342 |  | 279,282 | -$549,588 | Quickswap CEL | $0 | $0 |
| **Total CEL buyback** | 5,053,648 | -$6,335,796 |  | 23,290,307 | -$57,243,458 | CEL Gross Revenue | $701,372 | $1,585,489 |
| CEL Rewards | -1,420,685 | -$1,407,923 |  | -16,593,494 | -$43,691,828 | CEL Rewards | -$1,407,923 | -$43,691,828 |
| CEL Burn | -100,620 | -$203,900 |  | -1,497,024 | -$4,323,301 | CEL Burn | -$203,900 | -$4,323,301 |
| **Net CEL buyback** | 3,532,343 |  |  | 5,199,790 |  | USD Borrow Cost | -$86,700 | -$691,517 |
|  |  |  |  |  |  | ETH Borrow Cost | -$279 | -$881 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00040665
CEL-UCC-00120672

| | | | | | | CEL Net Revenue | -$997,430 | - $47,122,037 |
|---|---|---|---|---|---|---|---|---|

On Tue, May 17, 2022 at 2:01 PM Jason Perman ▮wrote:
Why is burn positive? Copying my suggestions below

> **Jason Perman** <jason.perman@celsius.network>
> to Dean, Chris, Joseph, Kai, Aaron
>
> Is the CEL revenue from OTC buys / sells and taking a spread? I think we should be showing the following:
>
> CEL Revenue from OTC
> CEL Purchase - straight negative
> CEL Burn - Another negative
> USD Borrow cost - use carry against $ borrowed from Treasury to buy
>
> What you'll get is a fully loaded view as to what CEL support costs us in profitability each week and then maybe more people will realize we should just let the token float and pay out of Treasury
>
> Adding Chris / Joe / Dean as we're constantly talking about CEL economics to the firm

On Mon, May 16, 2022 at 1:36 PM Aaron Wu ▮ wrote:

**Comments:**

- FTX purchase of 5.15mm CEL to pay for rewards/burn and add liquidity for the market.
- Purchase of 76k in Quickswap via WETH.
- OTC market net bought 177k CEL from us.
- Weekly Realized P&L of $701k. YTD Total Realized P&L of $1.58mm.
- CEL dropped to $0.79 from $1.97 on the back of broader market retreat.

| | |
|---|---|
| start | |
| end | |
| | |
| FTX CEL | |
| Quickswap CEL | |
| OTC General | |
| OTC Internal | |
| **Total CEL buyback** | |
| | |
| CEL Rewards | |
| CEL Burn | |

- 

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00040666
CEL-UCC-00120673

| Date | Net Buy/Sell | Proceeds (USD) |
|---|---|---|
| 05/07/2022 | 5,154,860 | -6,576,723 |
| 05/13/2022 | 76,155 | -120,342 |
|  | -177,367 | 361,269 |
|  | 0 | 0 |
|  | 5,053,648 | -6,335,796 |
|  | 1,420,685 | 1,407,923 |
|  | 100,620 | 203,900 |
|  | **1,521,305** | **1,611,823** |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00040667
CEL-UCC-00120674


- 

| CEL/USD |
|---|
| $1.97 |
| $0.79 |
| -59.93% |

- 

| BTC/USD |
|---|
| $35,462 |
| $29,233 |
| -17.57% |

| Weekly P&L |
|---|
| -$4,013 |
| $0 |
| $705,452 |
| $0 |
| **$701,439** |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00040668
CEL-UCC-00120675

- 

| ETH/USD |
|---|
| $2,635 |
| $2,006 |
| -23.89% |

| YTD P&L |
|---|
| -$35,817 |
| $0 |
| $1,630,838 |
| -$9,455 |
| **$1,585,566** |

- 

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00040669
CEL-UCC-00120676

| YTD Cumulative Buy/Sell |
|---|
| 26,392,595 |
| 279,282 |
| -3,750,994 |
| 369,425 |
| **23,290,307** |
| |
| |
| 16,593,494 |
| 1,497,024 |
| **18,090,518** |

| YTD Proceeds |
|---|
| - |
| $66,697,825 |
| -$549,588 |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00040670
CEL-UCC-00120677

| |
|---|
| $11,208,810 |
| -$1,204,856 |
| -$57,243,458 |

| |
|---|
| $43,691,828 |
| $4,323,301 |
| **$48,015,129** |

Link: https://docs.google.com/spreadsheets/d/1HuxLNqZaIQWjOR5tmpXIDlcE1plDXKU0SmSx-20T2jw/edit#gid=1172478005

--
Aaron Wu, CFA, Cryptocurrency Product Control Manager
Phone: ███

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00040671
CEL-UCC-00120678