# EXHIBIT 12
## Redacted

| | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | ▓▓▓▓▓ | S.whatsapp | ▓▓▓▓▓ | | 11 | 0 |
| ☑ | System Message System | | System Message | | 1 | 0 |

**System Message System Message** — 2022-05-12 10:07:02.000 PM
🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

**▓▓▓▓▓ RB** — 2022-05-12 10:07:02.000 PM
Hey Jacob

**▓▓▓▓▓ RB** — 2022-05-12 10:07:05.000 PM
Rod here

**▓▓▓▓▓ RB** — 2022-05-12 10:07:11.000 PM
How you holding up??

**▓▓▓▓▓ יעקב ישראל** — 2022-05-12 10:08:12.000 PM
I am fine Rod, thank you, just waiting for you all to make a decision

**▓▓▓▓▓ RB** — 2022-05-12 10:08:27.000 PM
Ha.

**▓▓▓▓▓ RB** — 2022-05-12 10:08:32.000 PM
On what specifically

**▓▓▓▓▓ יעקב ישראל** — 2022-05-12 10:09:16.000 PM
Alex told me to buy CEL as you already know

**▓▓▓▓▓ RB** — 2022-05-12 10:09:22.000 PM
Yep.

**▓▓▓▓▓ RB** — 2022-05-12 10:09:36.000 PM
He said you bought 1.6mm and were done

**▓▓▓▓▓ יעקב ישראל** — 2022-05-12 10:10:21.000 PM
He told to buy up to 5mm USD but I don't have enough USD

**▓▓▓▓▓ יעקב ישראל** — 2022-05-12 10:10:36.000 PM
1.68m until now

**▓▓▓▓▓ RB** — 2022-05-12 10:11:00.000 PM
a347df4f-8a1a-4981-a62a-cfd43fdf8437.jpg



(Screenshot of message from Alex Mashinsky: "No. He spent 1.6m in total today. He is not buying any more. We approved $5m in total. Standing by for now to see where we are.")

**▓▓▓▓▓ RB** — 2022-05-12 10:13:22.000 PM
Just talked to Alex. He said it's w me.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00071641
CEL-UCC-00193404

| | RB | 2022-05-12 10:13:38.000 PM |

He said I should deal w you for future actions.

| | RB | 2022-05-12 10:13:47.000 PM |

So let me know if you think we should step in

| | RB | 2022-05-12 10:13:57.000 PM |

Sorry you got caught in middle.

| | RB | 2022-05-12 10:14:02.000 PM |

I know that's no fun

| | יעקב ישראל | 2022-05-12 10:15:09.000 PM |

It's OK it's my job and I care about what's going on with markets and Celsius specific.

| | יעקב ישראל | 2022-05-12 10:16:02.000 PM |

I think, if we got to 1$ it won't last to long if we aren't holding it

| | יעקב ישראל | 2022-05-12 10:17:59.000 PM |

Still it can drop back again, nothing is guaranteed. But at least we can earn some time

| | יעקב ישראל | 2022-05-12 10:18:30.000 PM |

Until markets calms down

| | יעקב ישראל | 2022-05-12 11:15:47.000 PM |

⊘ Deleted by the sender

| | יעקב ישראל | 2022-05-12 11:22:46.000 PM |

BTW- Who moved the USD from the CEL subaccount? who gave the order?

| | RB | 2022-05-12 11:30:04.000 PM |

Probably me. I told the team to get all liquidity ready

| | RB | 2022-05-12 11:30:40.000 PM |

We can't prop up CEL at this point.

| | RB | 2022-05-12 11:30:53.000 PM |

Unfortunately don't have that luxury.

| | יעקב ישראל | 2022-05-12 11:41:52.000 PM |

I don't think there should be any activity in CEL in the first place, but when it is my responsibility and the team does it in the middle of making trades without notice, it is not acceptable. We could have gone in to a margin call.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00071642
CEL-UCC-00193405