# **EXHIBIT 21**
**Redacted**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| ▇▇▇ Adrian Alisie (C) | S.whatsapp | ▇▇▇ | ▇▇▇ | 2 | 0 |
| ▇▇▇ Daniel Leon | S.whatsapp | ▇▇▇ | ▇▇▇ | 2 | 0 |
| ▇▇▇ Alex Mashinsky | S.whatsapp | ▇▇▇ | ▇▇▇ | 0 | 0 |
| ▇▇▇ Rodney Sunada-Wong | S.whatsapp | ▇▇▇ | ▇▇▇ | 6 | 0 |
| ▇▇▇ Nuke Goldstein | S.whatsapp | ▇▇▇ | ▇▇▇ | 13 | 0 |
| ▇▇▇ Trunshedda Ramos | S.whatsapp | ▇▇▇ | ▇▇▇ | 0 | 0 |
| ▇▇▇ Tushar | S.whatsapp | ▇▇▇ | ▇▇▇ | 0 | 0 |
| System Message System Message | | System Message | | 0 | 0 |
| ▇▇▇ Tal Bentov | S.whatsapp | ▇▇▇ | ▇▇▇ | 0 | 0 |
| ▇▇▇ Yaron Shalem | S.whatsapp | ▇▇▇ | ▇▇▇ | 0 | 0 |
| ▇▇▇ Julie Secor | S.whatsapp | ▇▇▇ | ▇▇▇ | 0 | 0 |
| ▇▇▇ Roni Cohen pavon Celsius | S.whatsapp | ▇▇▇ | ▇▇▇ | 26 | 1 |
| ▇▇▇ Frank Van Etten | S.whatsapp | ▇▇▇ | ▇▇▇ | 0 | 0 |
| ▇▇▇ Aliza | S.whatsapp | ▇▇▇ | ▇▇▇ | 0 | 0 |
| ▇▇▇ Oren | S.whatsapp | ▇▇▇ | ▇▇▇ | 0 | 0 |
| ▇▇▇ Daniel Leon | S.whatsapp | ▇▇▇ | ▇▇▇ | 0 | 0 |

▇▇▇ Nuke Goldstein

▇▇▇ 52,682 CEL to burn. Please approve.

2021-10-01 04:29:37.000 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_03633366

**Roni Cohen pavon Celsius** — 2021-10-01 04:30:56.000 PM
Yes, that's the number I got from Gabe

**Roni Cohen pavon Celsius** — 2021-10-01 04:31:18.000 PM
If you can verify on Proof of Community that would be great (this is what people will be looking at)

**Nuke Goldstein** — 2021-10-01 06:50:48.000 PM
Thanks.

**Roni Cohen pavon Celsius** — 2021-10-01 06:51:01.000 PM
Sent you an email

**Roni Cohen pavon Celsius** — 2021-10-01 06:51:07.000 PM
About proof of community

**Roni Cohen pavon Celsius** — 2021-10-01 06:52:52.000 PM
The community is going crazy

**Roni Cohen pavon Celsius** — 2021-10-01 06:52:59.000 PM
Look at the telegram channel

**Daniel Leon** — 2021-10-01 07:01:00.000 PM
Genius move!

**Nuke Goldstein** — 2021-10-01 07:21:26.000 PM
waiting for the CEL now to get into the burning wallet. once done I'll share the etherscan.

**Adrian Alisie (C)** — 2021-10-01 07:24:20.000 PM
🚫 Deleted by the sender

**Roni Cohen pavon Celsius** — 2021-10-01 07:24:33.000 PM
🚫 Deleted by the sender

**Roni Cohen pavon Celsius** — 2021-10-01 07:24:39.000 PM
🚫 Deleted by the sender

**Adrian Alisie (C)** — 2021-10-01 07:25:02.000 PM
🚫 Deleted by the sender

**Nuke Goldstein** — 2021-10-01 07:26:07.000 PM
🚫 Deleted by the sender

**Roni Cohen pavon Celsius**
2021-10-01 07:26:54.000 PM

The CEL is much more of a security in the US than before. This burn requires us to be much more cautious and responsible on everything we do with the token. From insider trading to investment advice. We always been careful, but now we need to be even more, and yes, even internally.

**Roni Cohen pavon Celsius**
2021-10-01 07:27:42.000 PM

It also changes the way we do market making and has other impacts. We will work on a clear policy, but until then, if you're not sure, please ask

**Rodney Sunada-Wong**
2021-10-01 07:28:03.000 PM

I will distribute the transcript so everyone can review what was said during the AMA

**Nuke Goldstein**
2021-10-01 07:31:44.000 PM

▇▇▇▇ is Adeel the one to ask for the tokens to burn? I'm sending an email... please tell them to not jerk me around.

**Daniel Leon**
2021-10-01 07:31:52.000 PM

I feel that we all need much more communication training abt this ▇▇▇

**Roni Cohen pavon Celsius**
2021-10-01 07:32:28.000 PM

Not sure what does it mean. Why aren't you doing it?

**Roni Cohen pavon Celsius**
2021-10-01 07:32:39.000 PM

Didn't you do the test yesterday?

**Nuke Goldstein**
2021-10-01 07:33:34.000 PM

to burn tokens they need to be sent to the master wallet, there I can execute the burn.

**Roni Cohen pavon Celsius**
2021-10-01 07:33:44.000 PM

No one discussed this with Adeel.

**Roni Cohen pavon Celsius**
2021-10-01 07:33:53.000 PM

▇▇▇▇ - can you reach out to him?

**Nuke Goldstein**
2021-10-01 07:34:26.000 PM

Connor asked me to write Adeel and him in an email. I sent an email. Just need then to understand this is real and urgent.

**Roni Cohen pavon Celsius**
2021-10-01 07:37:52.000 PM

We need to take from the coins that we bought this week

**Roni Cohen pavon Celsius**
2021-10-01 07:37:57.000 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                                                  CELSIUSNETWORK_03633368

**Roni Cohen pavon Celsius**
2021-10-01 07:38:02.000 PM

I'll check where they are

**Nuke Goldstein**
2021-10-01 07:39:01.000 PM

in the basement, behind the tiger.

**Roni Cohen pavon Celsius**
2021-10-01 07:39:59.000 PM

8a21fcc7-ddcb-42d1-a5eb-ab0edf8d170e.webp

**Rodney Sunada-Wong**
2021-10-01 07:44:10.000 PM

I'm confused by this discussion. Are you saying that on the AMA that Alex communicated to the community that we burnt 53,682 CEL (visually he had a button that he pushed) but that we did not actually burn the CEL?

**Roni Cohen pavon Celsius**
2021-10-01 07:49:26.000 PM

Correct. We will reveal the transaction so all will see it. Next week it will be done in real time. Not sure why it was not done today but the risk is minimal as long as we do this fast and show the real transaction

**Nuke Goldstein**
2021-10-01 07:58:44.000 PM

52,682 tokens. doing now. the moment I see the tokens.

**Nuke Goldstein**
2021-10-01 08:01:47.000 PM

https://etherscan.io/tx/0x783c9d41c1069a0321c6a0736bf5e322579bc8d5bc730e4eeaa68dc828a45a52

**Nuke Goldstein**
2021-10-01 08:01:50.000 PM

done!

**Roni Cohen pavon Celsius**
2021-10-01 08:01:59.000 PM

Let's tweet it

**Roni Cohen pavon Celsius**
2021-10-01 08:02:05.000 PM

Please send me the wording before it is done

**Nuke Goldstein**
2021-10-01 08:04:49.000 PM

I have to hit the road. Also, don't want anyone to know I do it. So from marketing plz.

**Rodney Sunada-Wong**
2021-10-01 08:05:56.000 PM

Alex is asking for the burning process to be clarified. Who owns this process?

**Roni Cohen pavon Celsius**
2021-10-01 08:06:26.000 PM

What does it mean own the process? Communication?

**Rodney Sunada-Wong** — 2021-10-01 08:06:37.000 PM

The burning process

**Roni Cohen pavon Celsius** — 2021-10-01 08:07:14.000 PM

We will set a process next week

**Roni Cohen pavon Celsius** — 2021-10-01 08:07:20.000 PM

I'll take it

**Rodney Sunada-Wong** — 2021-10-01 08:10:30.000 PM

Ok. Thank you

**Roni Cohen pavon Celsius** — 2021-10-01 08:10:53.000 PM

We'll also publish this on the website

**Nuke Goldstein** — 2021-10-01 08:11:50.000 PM

The only thing I need is to send the tokens to the wallet address that I specified.

**Roni Cohen pavon Celsius** — 2021-10-01 08:12:16.000 PM

I'll circulate the internal and external process before formalizing it

**Rodney Sunada-Wong** — 2021-10-01 09:33:11.000 PM

🙏🙏🙏

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_03633370