# EXHIBIT 24
## Redacted

**D0394TH5CGN**

Chat Filters  ☑ Events  ☑ History  ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | Dean Tappen | Celsius | U018R79AFH6 | ███ | 20 | 0 |
| ☑ | Chris Ferraro | Celsius | U0399FG7UH1 | ███ | 15 | 0 |

---

**Chris Ferraro** — 2022-04-13 12:45:37.693 PM
did you send the email to Rod regarding permissions and immediate steps?

**Dean Tappen** — 2022-04-13 12:45:45.717 PM
I did

**Dean Tappen** — 2022-04-13 12:46:26.847 PM
forwarded to you

**Chris Ferraro** — 2022-04-13 01:38:39.547 PM
Is that a beer you are slamming down!

**Dean Tappen** — 2022-04-13 01:56:58.560 PM
hahaha I wish

**Chris Ferraro** — 2022-04-13 05:25:32.473 PM
can i book 15min today on freeze recomendations -

**Dean Tappen** — 2022-04-13 05:25:41.227 PM
yeah I am available

**Chris Ferraro** — 2022-04-13 05:37:40.880 PM
free now?

**Dean Tappen** — 2022-04-13 05:38:03.013 PM
can you hear me?

**Chris Ferraro** — 2022-04-13 05:38:58.630 PM
i hear you

**Dean Tappen** — 2022-04-13 05:39:09.507 PM
Sent you a Google meet

**Chris Ferraro** — 2022-04-13 05:39:13.893 PM
cool

**Dean Tappen** — 2022-04-13 08:10:28.357 PM
Not to put another thing on your plate but We have paid USD out to top employees totaling $40,154,760.78 due to CEL buybacks

**Dean Tappen** — 2022-04-13 08:11:00.983 PM
Not sure if we should be monitoring or limiting this in anyway but wanted to make you aware

**Dean Tappen** — 2022-04-13 08:12:57.457 PM
Top employees being Alex, Daniel, nuke, etc....

**Chris Ferraro** — 2022-04-13 08:16:39.873 PM
so we pay in CEL then we buy back what they sell?

**Dean Tappen** — 2022-04-13 08:17:03.920 PM
Correct we let them sell it back to us via the OTC desk

**Dean Tappen** — 2022-04-13 08:18:23.733 PM
So employees with big CEL holdings end up costing the company a lot of USD or ETH etc

**Chris Ferraro** — 2022-04-13 08:24:24.590 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00030037
CEL-UCC-00083099

| | |
|---|---|
| so the 40mm is CEL bonus payments to top employees? and they sell and do not hold. so we buy in USD primarily. | |
| Dean Tappen | 2022-04-13 08:25:44.560 PM |
| No no sorry I didn't explain. Celsius has bought $40mm worth of CEL back from the top 5 or 6 employees | |
| Chris Ferraro | 2022-04-13 08:26:17.513 PM |
| were they allocated in the ICO, bonus payments or they purchased them and sold? | |
| Dean Tappen | 2022-04-13 08:26:32.497 PM |
| ICO bonus and other payments of the sort | |
| Chris Ferraro | 2022-04-13 08:26:51.790 PM |
| but top employees did not buy in the first place, they were awarded | |
| Dean Tappen | 2022-04-13 08:26:58.673 PM |
| Correct | |
| Chris Ferraro | 2022-04-13 08:27:51.737 PM |
| and there was a short lock up period? | |
| Dean Tappen | 2022-04-13 08:28:18.707 PM |
| Yeah in some cases no lock up | |
| Chris Ferraro | 2022-04-13 08:28:40.507 PM |
| thats insane | |
| Chris Ferraro | 2022-04-13 08:28:44.087 PM |
| who can stop that? | |
| Dean Tappen | 2022-04-13 08:29:15.253 PM |
| Not sure this is why I'm bringing it up to you - if anyone ever found out our position and how much founders took in USD could be a very very bad look | |
| Chris Ferraro | 2022-04-13 08:30:52.307 PM |
| absolutely. my point is all CEL awards should vest like equity options 4 yr | |
| Dean Tappen | 2022-04-13 08:31:56.927 PM |
| Agreed but that is not the reality and I think us spending any money on buy backs given our situation is bad. We are using users USDC to pay for employees worthless CEL | |
| Dean Tappen | 2022-04-13 08:32:14.637 PM |
| All because the company is the one inflating the price to get the valuations to be able to sell back to the company | |
| Dean Tappen | 2022-04-13 08:32:32.520 PM |
| And the same people ordering buying in the markets are the same people selling their tokens when the price appreciates | |
| Chris Ferraro | 2022-04-13 08:33:01.517 PM |
| should be awarded, 4 year vest, with scheduled selling | |
| Dean Tappen | 2022-04-13 08:33:15.970 PM |
| Yeah that would make sense to me | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00030038
CEL-UCC-00083100