# EXHIBIT 25
## Redacted

| | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | Kai Tang | Celsius | U025ELCKLBV | ▇▇▇ | 24 | 1 |
| ☑ | Jason Perman | Celsius | U028PN0N03B | ▇▇▇ | 43 | 1 |

**Jason Perman** — 2022-05-12 01:13:30.807 PM
do we still have ETH on Terra somewhere or its all been removed

**Kai Tang** — 2022-05-12 01:14:37.083 PM
all swapped out

**Jason Perman** — 2022-05-12 01:15:03.840 PM
*[Key facts image — illegible bullet points about Celsius ETH deposits/withdrawals]*

**Jason Perman** — 2022-05-12 01:15:08.283 PM
Is this not true the 36k

**Jason Perman** — 2022-05-12 01:39:31.320 PM
where's the 36k ETH

**Jason Perman** — 2022-05-12 01:39:33.913 PM
@Kai Tang

**Jason Perman** — 2022-05-12 01:39:43.630 PM
I need to fill Rod in on something he got, do u know

**Kai Tang** — 2022-05-12 01:41:41.567 PM
i dont see any ETH on Terra in Defi

**Kai Tang** — 2022-05-12 01:42:04.400 PM
let me confirm with Defi desk

**Jason Perman** — 2022-05-12 01:42:30.163 PM
Did we send 261 in

**Jason Perman** — 2022-05-12 01:42:43.187 PM
146+115

**Kai Tang** — 2022-05-12 01:46:51.650 PM
*[Screenshot:]*
**Kai Tang** 9:42 AM
@Jason O'Neill do we have any ETH on Terra?    New
**Jason O'Neill** 9:44 AM
no

**Kai Tang** — 2022-05-12 06:59:51.913 PM
May outlook looks like sh*t

**Jason Perman** — 2022-05-12 07:00:59.000 PM
bro

**Jason Perman** — 2022-05-12 07:01:01.023 PM
there is no hope

**Jason Perman** — 2022-05-12 07:01:09.040 PM

| | | |
|---|---|---|
| | there is no plan | |
| Kai Tang | | 2022-05-12 07:01:48.140 PM |
| | this morning was the perfect example | |
| Kai Tang | | 2022-05-12 07:02:04.473 PM |
| | i think Rod is meeting with Alex now | |
| Jason Perman | | 2022-05-12 07:02:14.897 PM |
| | He already did | |
| Jason Perman | | 2022-05-12 07:02:25.117 PM |
| | I had seen enough but I def have seen enough | |
| Jason Perman | | 2022-05-12 07:02:26.087 PM |
| | now | |
| Kai Tang | | 2022-05-12 07:02:59.960 PM |
| | TradFi looks attractive now | |
| Kai Tang | | 2022-05-12 07:03:22.327 PM |
| | our equity chopped in half | |
| Jason Perman | | 2022-05-12 07:03:28.697 PM |
| | half | |
| Jason Perman | | 2022-05-12 07:03:32.310 PM |
| | $0 | |
| Kai Tang | | 2022-05-12 07:03:48.107 PM |
| | lol...working for min wage | |
| Kai Tang | | 2022-05-12 07:04:04.927 PM |
| | expect mass exodus | |
| Jason Perman | | 2022-05-12 07:04:23.883 PM |
| | Yea +/- 3 months | |
| Kai Tang | | 2022-05-12 07:04:28.460 PM |
| | CEL $0.65 | |
| Jason Perman | | 2022-05-12 07:04:37.157 PM |
| | Should be 0 | |
| Jason Perman | | 2022-05-12 07:04:49.770 PM |
| | I cant work for a CEO like that | |
| Kai Tang | | 2022-05-12 07:05:06.463 PM |
| | we knew that fro the start | |
| Jason Perman | | 2022-05-12 07:05:17.403 PM |
| | well i didnt know to this extent | |
| Jason Perman | | 2022-05-12 07:05:22.210 PM |
| | but ive seen enough | |
| Jason Perman | | 2022-05-12 07:05:27.030 PM |
| | leadership is important to me | |
| Kai Tang | | 2022-05-12 07:05:38.580 PM |
| | whats outcome ofRod/Alex mtg | |
| Jason Perman | | 2022-05-12 07:05:42.353 PM |
| | Guess what? if you didnt tell me i was dumb for trying to raise term funding, we wouldnt be in this spot maybe | |
| Jason Perman | | 2022-05-12 07:05:55.477 PM |
| | for alex | |

| Kai Tang | 2022-05-12 07:06:00.723 PM |
|---|---|
| shocking / stupidty | |
| Jason Perman | 2022-05-12 07:33:03.987 PM |
| We cut at .33? | |
| Kai Tang | 2022-05-12 07:34:58.017 PM |
| yeah..sold at bottom | |
| Kai Tang | 2022-05-12 07:36:03.697 PM |
| Rod just called me asking for a summary...he wasnt happy | |
| Jason Perman | 2022-05-12 07:36:37.073 PM |
| Why didn't we sell it all at .97 | |
| Jason Perman | 2022-05-12 07:45:48.797 PM |
| There's little no value to this place | |
| Jason Perman | 2022-05-12 07:45:52.060 PM |
| U see the pnl | |
| Jason Perman | 2022-05-12 07:46:09.557 PM |
| Next funding round will be a down round | |
| Kai Tang | 2022-05-12 07:46:21.023 PM |
| i am not convinced anyone has a good sense of our net UST exposure at this pt. | |
| Jason Perman | 2022-05-12 07:46:39.953 PM |
| This is what happens when u have no risk systems | |
| Kai Tang | 2022-05-12 07:46:52.427 PM |
| we asked 5 traders and got 20 diff answers | |
| Kai Tang | 2022-05-12 07:48:02.847 PM |
| i am so frustrated at this place...the amount of hours i spent getting to bottom of things is ridiculous. not worth the aggravation | |
| Jason Perman | 2022-05-12 07:48:36.787 PM |
| The amount of time we spend safeguarding it for our ceo to try and blow it up on a trade he clearly doesn't even understand | |
| Kai Tang | 2022-05-12 07:50:10.057 PM |
| it blows my mind that we still dont have a clear sense of our overall exposures by coin. | |
| Jason Perman | 2022-05-12 07:50:24.593 PM |
| Not worth hoping it gets sorted | |
| Jason Perman | 2022-05-12 07:50:32.607 PM |
| Prob time to take your ball and go home | |
| Kai Tang | 2022-05-12 07:53:02.727 PM |
| CEL heading towards $0.50. what's going t happen? bank run? | |
| Jason Perman | 2022-05-12 07:53:16.680 PM |
| Crashing that bad? | |
| Jason Perman | 2022-05-12 07:53:29.380 PM |
| Withdrawals have slowed | |
| Jason Perman | 2022-05-12 07:53:37.433 PM |
| We've already had a bank run | |
| Jason Perman | 2022-05-12 07:53:49.340 PM |
| If we make it will be best thing for this place | |
| Jason Perman | 2022-05-12 07:53:54.743 PM |
| Shed tons of AUM | |

| Jason Perman | 2022-05-12 07:54:31.787 PM |
|---|---|

WestCap gotta have major regret

| Kai Tang | 2022-05-12 07:56:13.350 PM |
|---|---|

they knew that the moment we burned up all their capital in <6 mos with nothing to show for

| Jason Perman | 2022-05-12 07:56:37.913 PM |
|---|---|

Yea so what happens when we go to raise again and they don't participate

| Jason Perman | 2022-05-12 07:56:44.897 PM |
|---|---|

It's all over then. Won't be able to raise a thing

| Kai Tang | 2022-05-12 07:57:10.133 PM |
|---|---|

if crypto stays at these levels...it's over

| Jason Perman | 2022-05-12 08:00:43.190 PM |
|---|---|

it wont forever

| Jason Perman | 2022-05-12 08:00:51.523 PM |
|---|---|

have to take a long view

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_FTC_00006361
CEL-UCC-00092040