**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
          sam.hershey@whitecase.com
          jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
          gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF TENTH MONTHLY FEE STATEMENT
OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS
ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed its *Tenth Monthly Fee Statement of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From May 1, 2023 Through May 31, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 2779 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Fee Statement**, by (i) Elementus Inc. and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 2779 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Fee Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Elementus.

AMERICAS 116616989 v1

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

AMERICAS 116616989 v1

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

Dated: June 22, 2023
New York, New York

Respectfully submitted,

*/s/ Gregory F. Pesce*
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
sam.hershey@whitecase.com
azatz@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

4

AMERICAS 116616989 v1

...

| | |
|---|---|
| **WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>Joshua Weedman<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:  david.turetsky@whitecase.com<br>            sam.hershey@whitecase.com<br>            jweedman@whitecase.com | **WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile:  (305) 358-5744<br>Email:  kwofford@whitecase.com |
| – and – | – and – |
| **WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:  mandolina@whitecase.com<br>            gregory.pesce@whitecase.com | **WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile:  (213) 452-2329<br>Email:  aaron.colodny@whitecase.com |

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**COVER SHEET TO**
**TENTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR**
**INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM MAY 1, 2023 THROUGH MAY 31, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

| Name of Applicant: | Elementus Inc. |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | May 1, 2023 – May 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $31,300.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $25,040.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $6,260.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $33,463.51 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $64,763.51 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $58,503.51 |

This is a <u>monthly</u> fee invoice.

2

AMERICAS 116616989 v1



## Professional Hours Tracker - May 2023

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 31 May 2023

### Hours Summary

| Date | Day | Name | Role | Activity | Category | Rate | Hours | Cost |
|---|---|---|---|---|---|---|---|---|
| 5/2/2023 | Tuesday | Bobby MacKinnon | Project Manager | Weekly UCC Call | Communications | $600 | 2 | $1,200 |
| 5/2/2023 | Tuesday | Bobby MacKinnon | Project Manager | Figure Demo + Q&A Call | Communications | $600 | 2 | $1,200 |
| 5/2/2023 | Tuesday | Bobby MacKinnon | Project Manager | Provenance Blockchain Research + DD | Internal Development | $600 | 4.8 | $2,880 |
| 5/2/2023 | Tuesday | Bryan Young | Vice President | Provenance Blockchain Research, Analysis & Due Dilligence | Internal Development | $800 | 5.8 | $4,640 |
| 5/2/2023 | Tuesday | Sarah Cox | Data Scientist | Provenance Blockchain Research + DD | Internal Development | $800 | 4.1 | $3,280 |
| 5/2/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Review of Provenance Blockchain Analysis | Internal Development | $1,000 | 1.5 | $1,500 |
| 5/2/2023 | Tuesday | Umber Kohli | Project Manager | Weekly UCC Call | Communications | $600 | 2 | $1,200 |
| 5/2/2023 | Tuesday | Umber Kohli | Project Manager | Figure Demo + Q&A Call | Communications | $600 | 2 | $1,200 |
| 5/15/2023 | Monday | Matt Austin | Vice President | Review monthly timesheets and send to White and Case | Internal Development | $800 | 1.6 | $1,280 |
| 5/16/2023 | Tuesday | Umber Kohli | Project Manager | Billing reconciliation for April | Internal Development | $600 | 3 | $1,800 |
| 5/18/2023 | Thursday | Umber Kohli | Project Manager | Catch up w/ T Biggs from M3 | Communications | $600 | 0.5 | $300 |
| 5/23/2023 | Tuesday | Umber Kohli | Project Manager | Weekly UCC Committee Call | Communications | $600 | 1.4 | $840 |
| 5/26/2023 | Friday | Bryan Young | Vice President | Emails with M3 re company internal wallet transfers | Communications | $800 | 0.5 | $400 |
| 5/26/2023 | Friday | Umber Kohli | Project Manager | Emails with M3 re company internal wallet transfers | Communications | $600 | 0.5 | $300 |
| 5/29/2023 | Monday | Bryan Young | Vice President | Emails with M3 re company internal wallet transfers | Communications | $800 | 1 | $800 |
| 5/30/2023 | Tuesday | Umber Kohli | Project Manager | Meeting with B. Young re open workstreams | Internal Development | $600 | 0.25 | $150 |
| 5/29/2023 | Monday | Umber Kohli | project Manager | Emails with M3 re company internal wallet transfers | Communications | $600 | 0.5 | $300 |
| 5/30/2023 | Tuesday | Bryan Young | Vice President | Meeting with U. Kohli re open workstreams | Internal Development | $800 | 0.25 | $200 |
| 5/30/2023 | Tuesday | Umber Kohli | Project Manager | Call w/ M3 on key deliverables | Communications | $600 | 0.75 | $450 |
| 5/30/2023 | Tuesday | Matt Lam | Senior Data Scientist | Call w/ M3 on key deliverables | Communications | $900 | 0.75 | $675 |
| 5/30/2023 | Tuesday | Umber Kohli | Project Manager | Weekly UCC Call | Communications | $600 | 1 | $600 |
| 5/30/2023 | Tuesday | Matt Lam | Senior Data Scientist | Analysis on key deliverables | Communications | $900 | 5 | $4,500 |
| 5/30/2023 | Tuesday | Matt Austin | Vice President | To aggregate reimbursable expenses for monthly billing procedures | Internal Development | $800 | 0.6 | $480 |
| 5/31/2023 | Wednesday | Umber Kohli | Project Manager | Follow up call w/ M3 on key deliverables | Communications | $600 | 0.75 | $450 |
| 5/31/2023 | Wednesday | Matt Lam | Senior Data Scientist | Follow up call w/ M3 on key deliverables | Communications | $900 | 0.75 | $675 |
| **May 2023 Labor Totals** | | | | | | | **43.30** | **$31,300** |

| Other Expenses | |
|---|---|
| **Description** | **Cost** |
| Amazon Web Services Costs | $23,181.69 |
| Google Cloud Platform | 7,051.88 |
| Google Voice | 54.40 |
| Asana - Project Management | 414.95 |
| Atlassian - Project Management | 65.73 |
| Microsoft 365 Subscriptions | 40.83 |
| Miro | 19.03 |
| Bryan Cave - Legal fees | 2,635.00 |
| **Other Expenses Totals** | **$ 33,463.51** |