UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Therese A. Scheuer (admitted *pro hac vice*)
100 F. Street, NE
Washington, DC 20549
Phone: (202) 551-6029
Fax: (202) 772-9317

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC, *et al.*[1] | Chapter 11 |
| Debtors. | **(Jointly Administered)** |

**STATEMENT REGARDING STIPULATION AND**
**AGREED ORDER BETWEEN THE COMMITTEE OF UNSECURED**
**CREDITORS AND THE DEBTORS REGARDING CONVERSION OF ALTCOINS**

The U.S. Securities and Exchange Commission ("SEC") files this statement regarding the *Stipulation and Agreed Order Between the Committee and the Debtors Regarding Conversion of Altcoins* [Docket No. 2804] (the "Stipulation").

The staff of the SEC has reviewed the Stipulation and does not object to the terms thereof.[2] In not objecting, the SEC is not opining as to the legality, under the federal securities laws, of the transactions outlined in the Stipulation, and reserves its rights to challenge transactions involving crypto assets. As we obtain additional information, we will consider regulatory implications and raise them with the Court and the Debtors as appropriate.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

1

Dated: Washington, DC
       June 26, 2023

                      UNITED STATES SECURITIES AND
                      EXCHANGE COMMISSION

                      By: /s/ Therese A. Scheuer
                          Therese A. Scheuer (admitted *pro hac vice*)
                          Senior Trial Counsel
                          100 F. Street, NE
                          Washington, DC 20549
                          Phone: (202) 551-6029
                          Fax: (202) 772-9317
                          scheuert@sec.gov

Of Counsel: Alistaire Bambach

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2023, a true and correct copy of the foregoing Statement was furnished to all ECF Participants via the CM/ECF system.

/s/ Therese A. Scheuer

Therese A. Scheuer (admitted *pro hac vice*)