**YANKWITT LLP**
140 Grand Street, Suite 705
White Plains, New York 10601
Phone: (914) 686-1500
Fax: (914) 487-5000
Benjamin R. Allee
Jonathan Ohring
benjamin@yankwitt.com
jonathan@yankwitt.com

*Attorneys for Alex Mashinsky*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

| | |
|---|---|
| In re: | **Chapter 11** |
| CELSIUS NETWORK LLC, et al.,[1] | **Case No. 22-10964 (MG)** |
| Debtors. | **(Jointly Administered)** |

------------------------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Alex Mashinsky ("Mashinsky"), and request, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone numbers and e-mail addresses:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Benjamin R. Allee
Jonathan Ohring
**YANKWITT LLP**
140 Grand Street, Suite 705
White Plains, New York 10601
Tel: (914) 686-1500
Fax: (914) 487-5000
Email:  benjamin@yankwitt.com
            jonathan@yankwitt.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the provisions specified above, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, written, or oral and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, facsimile, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive (i) any right to have any matter or proceeding for which a bankruptcy court lacks the authority to enter a final order or judgment without the consent of the parties adjudicated by an Article III court, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) any right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in

equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a Debtor or any other person or entity in these cases or in any other action are expressly reserved.

Dated:   White Plains, New York
         June 26, 2023

                                  **YANKWITT LLP**

By: _____
     Benjamin R. Allee
     Jonathan Ohring
     140 Grand Street, Suite 705
     White Plains, New York 10601
     Tel: (914) 686-1500
     benjamin@yankwitt.com
     jonathan@yankwitt.com

*Attorneys for Alex Mashinsky*