June 26, 2023

Re: White 7 Case Objection  -- Docket #2840

The Honorable Martin Glenn
Chief Judge
United States Bankruptcy Court
Southern District of New York

Dear Judge Glenn,

As a Celsius creditor, I am writing to make you aware that the Celsius UCC's objection to Pro Se motion (docket #2240) submitted my Mr. Caceres, does NOT represent my views as a Celsius creditor. In fact, I support Mr. Caceres' view that the CEL token should receive fair and equal treatment and receive the same pricing as all other coins held by creditors—the Bankruptcy petition date of .81 cents.

I strongly object to the actions taken by the Celsius UCC to reduce the CEL token price of 81 cents from petition date to 20 cents for the following reasons:

- As a Voyager creditor as well, VGX token was deemed a security by the SEC, but I still received Bankruptcy petition date pricing. The CEL token was NOT deemed a security and no debtor has ever claimed it to be a security, yet White & Case, without regulatory authority arbitrarily deem CEL a security.

- White & Case then falsely state that because they deem CEL token a security, it should now be valued at it's IPO price of 20 cents vs the petition date price of 81 cents.

- I am NOT an accredited investor. I used my retirement account savings and purchased CEL token at an average of $5.30 per coin.  I did NOT purchase OTC nor was I ever offered an IPO price of 20 cents. I purchased CEL token to receive a lower rate on my loan

- These actions by White & Case, the lawyers for the Celsius UCC, hurt the common creditor of which 56% of Celsius Creditors currently hold CEL token. I am not an insider, nor did I receive special IPO pricing. Please allow CEL token holders to receive equal treatment as other coins. The Celsius UCC is failing us by not fulfilling their duty to maximize recovery for ALL creditors

Sincerely,

Elizabeth Bohon
Celsius Creditor