Dear Judge Glenn,

My name is Jason Mc., and I am a Celsius creditor. I fall into many categories within the Celsius Network case since I have an existing Loan, 6-figure EARN, and I also invested into Cel token. I am writing to you today in concern for unequal treatment to Cel token holders.

I invested my money into Cel token instead of other investments and paid taxes on the interest it accrewed. $0.81 was the petition date amount we all believed would be the honored value. I was not an insider, and didn't have knowledge of the alleged manipulation.

I am a #UAW worker in Michigan that was getting closer to changing my future. I'm hopeful the petition date pricing is honored as with other cases. Our hard earned money bought and paid taxes on Cel token.

Thank you for reading my concerns.

Sincerely,

Jason Mc.