| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | Dan Latona (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone: (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile: (212) 446-4900 | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**FIFTH SUPPLEMENTAL NOTICE OF ADDITIONAL PHISHING ATTEMPTS**

**PLEASE TAKE NOTICE** that, on June 26, 2023, the Debtors became aware that additional phishing emails[2] purporting to be "Celsius Customer Support" were sent to certain of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] On November 30, 2022, the Debtors filed the *Notice of Phishing Attempts* [Docket No. 1527] (the "Original Notice") to inform parties in interest of phishing emails sent to certain of the Debtors' customers purporting to be restructuring associates at Kirkland & Ellis LLP, the Debtors' Counsel, and requesting that customers submit their wallet addresses and other account information to receive claim distributions. Copies of such emails are attached to the Original Notice as Exhibit A. Additionally, on December 13, 2022, the Debtors filed the *Supplemental Notice of Phishing Attempts* [Docket No. 1681] (the "First Supplemental Notice") to inform parties in interest of third-party reports of these and similar phishing emails targeting cryptocurrency users and their potential sources. Copies of such reports are attached to the Supplemental Notice as Exhibit A. On January 22, 2023, the Debtors filed the *Second Supplemental Notice of Additional Phishing Attempts* [Docket No. 1904] (the "Second Supplemental Notice") to inform parties in interest of phishing texts and emails sent to certain of the Debtors' customers purporting to be a senior manager at Stretto, Inc., the Debtors' claims agent ("Stretto"), and requesting that customers submit their official personal identification, cryptocurrency wallet addresses, bank accounts, and contact information to receive claim distributions, and pay a purported "filing fee" and "tax fee." Copies of such texts and emails were attached to the Second Supplemental Notice as Exhibit A and Exhibit B,

the Debtors' customers (i) advertising that "Celsius and Fahrenheit" have "restore[d] a significant portion of the assets, amounting to 42%," (ii) claiming that customers can "withdraw" or "claim" their Tokens now or "almost immediately," and (iii) containing a suspicious hyperlink. Three copies of such emails are attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that these emails are *not authorized messages* from the Debtors or the Plan Sponsor, Fahrenheit, LLC[3] and are *strongly suspected to be phishing scams containing links to malware or otherwise seeking to obtain personally identifiable information and account information of Celsius customers*.

**PLEASE TAKE FURTHER NOTICE** that neither the Debtors, the Plan Sponsor, nor their respective advisors will *ever* contact you by email, telephone call, text message, or otherwise to request account information or other personal information absent an (a) order by the Court or (b) on-the-record instruction from the Court; *provided* that, prior to the Debtors' reopening of withdrawals pursuant to any orders by the Court, the Debtors will provide (x) notice(s) to parties in interest with respect to the withdrawal procedures on the website of Stretto, at https://cases.stretto.com/celsius, and (y) communication through the Debtors' mobile application (the "Celsius App") in accordance with such withdrawal procedures. *See, e.g.*, *Notice of Schedule*

---

respectively. On February 6, 2023, the Debtors filed the *Third Supplemental Notice of Additional Phishing Attempts* [Docket No. 1992] (the "Third Supplemental Notice") to inform parties in interest of similar phishing emails sent to certain of the Debtors' customers purporting to be a senior manager at Stretto, Inc., that contained a hyperlink to a *falsified* order (the "Falsified Order") purportedly from the United States Bankruptcy Court for the Southern District of New York (the "Court"). A copy of such emails, a redline showing the differences between the Falsified Order and the correct copy of the *Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 526], and a copy of the Falsified Order were attached to the Third Supplemental Notice as Exhibit A, Exhibit B, and Exhibit C, respectively. On February 15, 2023, the Debtors filed the *Fourth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2082] (the "Fourth Supplemental Notice" and collectively with the Original Notice, the First, the Second, and the Third Supplemental Notice, the "Phishing Notices") to inform parties in interest of phishing emails purporting to be from Stretto, Inc. and advertising an alleged opportunity to receive "NFT." A copy of such emails was attached to the Fourth Supplemental Notice as Exhibit A.

[3]  *See Notice of Debtors' Entry into Plan Sponsor Agreement* [Docket No. 2759].

*of Custody Users Entitled to Withdraw Certain Assets* [Docket No. 1958]; *Notice of Withdrawals Opening for Eligible Custody Users* [Docket No. 2176]; *Notice of Schedule of Postpetition Transferors Entitled to Withdraw Postpetition Transfers* [Docket No. 2667] (collectively, the "Withdrawal Notices").

**PLEASE TAKE FURTHER NOTICE** that, if you receive any uncorroborated email, text message, or telephone call purporting to be from the Debtors or their advisors purporting that withdrawals are available or requesting account information, personal information, or payment, we request that you please ***immediately*** contact the Debtors' counsel at CelsiusCreditorQuestions@kirkland.com or the Debtors' claims agent at CelsiusInquiries@stretto.com.

**PLEASE TAKE FURTHER NOTICE** that copies of the Phishing Notices, the Withdrawal Notices, the Plan Sponsor Agreement, and all other documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: June 26, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                       ross.kwasteniet@kirkland.com<br>                       chris.koenig@kirkland.com<br>                       dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# Exhibit A

# Phishing Emails

From: Celsius <xoomwebdevelopment@gmail.com>
Date: June 26, 2023 at 4:21:26 PM CDT
To: ███████████
Subject: Celsius Network: Final Opportunity to Secure Coin Settling and Reclaim Your Assets

**Dear Valued Customer,**

We have an important announcement to make regarding the claiming of your Ethereum and Binance Smart-chain tokens as a valued Celsius customer. This announcement is of great significance, similar to the clearance of bankruptcy by the SEC.

We are pleased to inform you that our dedicated teams at Celsius and Fahrenheit have successfully recovered 42% of the assets owed to our loyal customers, including yourself, who have patiently awaited the opportunity to claim their tokens over the past six months.

You can now easily claim your tokens through our user-friendly platform. Simply use any of your pre-approved addresses to begin the claiming process. Should you encounter any difficulties, our customer support team is here to assist you. Please refer to the provided contact number in this email.

We encourage you to act promptly in order to secure your assets, as we anticipate a high volume of claim requests. Please be aware that slight delays may occur once all customers have received this email.

Claim Your Tokens

At Celsius, we remain committed to serving our customers and diligently working to ensure that all owed assets are returned to you. We sincerely appreciate your ongoing **support** and understanding during this challenging period. Your participation in the Celsius community is highly valued.

**Celsius,**



---

From: Celsius <trey@wellnessresources.com>
Date: June 24, 2023 at 1:15:45 PM PDT
To: ███████████
Subject: [Celsius] Your frozen assets are available to withdraw Now.

**Dear Customer,**

I hope this email finds you well. We are writing to provide you with an important **update** regarding the restoration of assets in Ethereum and Binance Smart-chain tokens for **Celsius customers**.

After six long months of relentless effort, Celsius and Fahrenheit have worked tirelessly to restore a significant portion of the assets, amounting to **42%**, to our valued customers who have been patiently waiting for their funds. This accomplishment is a testament to the dedication and commitment of our teams.

We are pleased to inform you that customers can now **withdraw their Tokens** almost immediately through our withdraw site. Simply use any of your whitelisted addresses to initiate the **withdrawal process**. In case you encounter any issues, please contact the Customer Support Phone Number provided in this email.

Please act promptly in retrieving your assets as there will be an **influx of withdrawals**, which may cause some delay in transaction processing once everyone has received this email.

Withdraw Now

At Celsius, we remain committed to customers and are steadfast in our efforts to restore the complete assets owed to you. We appreciate your continued support and understanding throughout this challenging period. Thank you for being a valued member of the Celsius community.

Sincerely,
Celsius Customer Support

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity. More security tips ?

**From:** Celsius Network <admin@insurparts.com>
**Subject:** [Celcius] Your Frozen assets are now available for withdraw.
**Date:** 26 June 2023 at 7:16:54 AM NZST
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



## Dear Customer,

I hope this email finds you well. I am writing to provide you with an important **update** regarding the restoration of assets in Ethereum and Binance Smart-chain tokens for **Celsius customers**.

After six long months of relentless effort, Celsius and Fahrenheit have worked tirelessly to restore a significant portion of the assets, amounting to **42%**, to our valued customers who have been patiently waiting for their funds. This accomplishment is a testament to the dedication and commitment of our teams.

We are pleased to inform you that customers can now **withdraw their Tokens** almost immediately through our withdraw site. Simply use any of your whitelisted addresses to initiate the **withdrawal process**. In case you encounter any issues, please contact the Customer Support Phone Number provided in this email.

Please act promptly in retrieving your assets as there will be an **influx of withdrawals**, which may cause some delay in transaction processing once everyone has received this email.

[**Withdraw Now**]

*At Celsius, we remain committed à our customers and are steadfast in our efforts to restore the complete assets owed to you. We appreciate your continued support and understanding throughout this challenging period. Thank you for being a valued member of the Celsius community.*

*Sincerely,*
*Celsius Customer Support*

---

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity. More security tips →

Celsius Network LLC - 50 Harrison St. Suite 209F Hoboken NJ 07030, USA

Celsius EU UAB - Gedimino pr. 20, Vilnius 01103, Lithuania

Celsius Network Limited (UK Tax Strategy) - The Harley Building, 77-79 New Cavendish Street, London W1W 6XB, United Kingdom

Celsius Lending LLC - 50 Harrison St. Suite 209F Hoboken NJ 07030, USA

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this website be viewed as an offer or inducement to make any financial decisions.

©2023 Celsius Network

Registered as a Money Services Business (MSB) number 31000216727485 with the US Financial Crimes Enforcement Network (FinCEN).

©2023 Celsius Lending LLC - NMLS ID: 2063747