Daniel A. Frishberg, *Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

# Letter To The Court

Dear Chief Judge Glenn,

I am sure that you are inundated with frivolous copy and pasted letters from various pro-CEL token "squeezers" (individuals who participated in artificially "short squeezing" the price of the CEL token both pre, and post petition). So I will keep this brief. Mr. Otis Davis (@otisa502 on Twitter) sent a letter to the Court (ECF Docket No. 2872). Some key information that he left out, is that he was one of the ring leaders of the so called "short squeeze" which artificially increased the price of the CEL token before the petition. Attached in **Exhibit A** is a transcript of a call which I have previously shown this court. Mr. Otis Davis not only manipulated the CEL token, but also defamed and (at a minimum) said what can only be described as implied threats.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

This Court should do what it previously warned it may, and sanction them filers of the various CEL motions/letters for frivolously wasting not only The Courts time, but estate resources.

Respectfully Signed,

Daniel Frishberg, *Pro Se*

Santa Clara County, California,

06/26/2023

/s/<u>*Daniel A. Frishberg*</u>

**EXHIBIT A: TRANSCRIPT OF TWITTER SPACES WITH MR. AMERSON, MR. DAVIS AND OTHER SQUEEZERS**

I, Daniel A. Frishberg, swear that to the best of my knowledge, belief and information, the below transcript is accurate.

This is a transcript of the Twitter space, which can be heard at:

https://twitter.com/camcrews/status/1633493598275608578?s=12&t=1C5AjSNHGS-rNUWq-RnyHg

FightForCel81[2]: "He went out of his way to try [illegible due to Otisa502 speaking over him]"

Otis Davis[3] (@Otisa502 on Twitter): "Listen, **I don't advocate violence against anybody**, but this is people's life savings your fucking with Mr. Frishberg, **motherfuckers will come hunt you down. You better stop, you think this is a joke?** You fucking with peoples lives? [at this point, Mr. Amerson, also known as "CryptoCexual[4]", Twitter tag @Jamers2012, uses the "raise hand[5]" function to raise his hand in the Twitter space]. **People don't take this lightly**. You" (Emphasis added)

CryptoCexual (Mr. Amerson, interrupting Otis): "Hunt you down on Twitter right? [audibly laughing slightly]

---

[2] Who to the best of my knowledge, belief and information, is Zach Wildes, a former Celsius employee who was Alex Mashinsky's right hand man at AMA's, and who has in the past on a twitter space with me admitted to knowing how Celsius operated like a hedge fund, among other things he did not disclose to customers at the time.
[3] It should also be noted that Mr. Davis has a very large amount of CEL, and has engaged in selling/buying of it on FTX.
[4] https://twitter.com/jamers2012
[5] Which is used to effectively signal the desire to speak.

Otis Davis: "are filing a motion against CEL token holders? People that have their life savings on the platform. Are you stupid? Let Kirkland and Ellis do that."

[Unknown individual, illegible speaking]

CryptoCexual (Mr. Amerson): You meant, you meant they're gonna hunt him, they're gonna hunt him down in the DMs [DMs likely means direct messages], they're gonna DM him by sending him, [illegible beeping] yeah right?

Otis Davis: "I talk as it is"

CryptoCexual: (Mr. Amerson, speaking over Otis): [chuckle/background noise]

Otis Davis: "I know how people are frustrated, like people that have their savings are motion to get 80 cents, it does not mean that 80 cents, it will probably end up being 40 cents when it's hair cutted. You're trying to steal their money."