Andrew M. Carty, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4800

-and-

Shari I. Dwoskin, Esq.
Matthew A. Sawyer, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, *et al.*, | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and

1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Brown

Rudnick LLP hereby enters its appearance in the above-referenced chapter 11 cases (the

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

"Chapter 11 Cases") as counsel to Fahrenheit, LLC ("Fahrenheit") and hereby request that all notices given or required in these Chapter 11 Cases, and all documents, and all other papers served in the Chapter 11 Cases, be given to and served upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive Fahrenheit's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which Fahrenheit is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys respectfully request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Cases.

Dated: June 27, 2023
      New York, New York           Respectfully submitted,

**BROWN RUDNICK LLP**


By: */s/ Andrew M. Carty*             
      Andrew M. Carty, Esq.
      Seven Times Square
      New York, NY  10036
      acarty@brownrudnick.com
      Telephone:  (212) 209-4800

      -and-

      Shari I. Dwoskin, Esq.
      Matthew A. Sawyer, Esq.
      One Financial Center
      Boston, MA 02111
      sdwoskin@brownrudnick.com
      msawyer@brownrudnick.com
      Telephone:  (617) 856-8200

      *Counsel for Fahrenheit, LLC*