Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF FILING OF JUNE 28, 2023, HEARING PRESENTATION**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file the presentation (the "Presentation"), attached hereto as **Exhibit A**, that will be used at the hearing that will take place on **Wednesday, June 28, 2023 at 10:00 a.m., prevailing Eastern Time** (the "Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that copies of the Presentation and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: June 27, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:            joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:            patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br>                     chris.koenig@kirkland.com<br>                     dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# Exhibit A

**Presentation**



# Ongoing Activities Update

June 2023



# Account Withdrawals Update

| Group | Description | Eligible Users | KYC'd Users | Eligible Value ($mm) | Withdrawn Value ($mm) | Funds Available Date |
|---|---|---|---|---|---|---|
| 1st | Pure Custody & Below $7,575 Pref. Threshold | ~33.9k[1] | ~18.4k (55% of eligible) | $39.8mm | $31.9mm (80% of eligible) | March 2 (94%) May 4 (6%) |
| 2nd | Custody Settlement Opt-in | ~5.2k | ~4.3k (84% of eligible) | $47.1mm | $39.1mm (83% of eligible) | May 9 – Payment 1 of 2 [2] |
| 3rd | Withhold (Ad Hoc only) | 14[1] | 100% | $0.15mm [3] | $0.15mm (99% of eligible) | May 18 |
| 4th | Postpetition | ~3.0k | ~1.3K (43% of eligible) | $1.6mm | $1.0mm (71% of eligible) | May 25 |

Note: Values expressed in $ terms use coin pricing as of the petition date; withdrawals and the number of KYC'd users is as of June 25th, 2023.
(1) Group 1 now includes ~200 additional users (33.9K vs 33.7K in the prior update) who became eligible with the addition of the 6%, and one additional user (14 total vs 13 in previous update) was included in Group 3 (Withhold settlement). (2) Payment 1 of 2 (36.25% of Custody Account value) available on May 9th. (3) Represents 15% of users balances that are eligible for withdrawal.

2



# Mining Update

**Rig Deployments**

- ~64k rigs deployed at the end of May - an increase of 20% from April

**Highlights**

- Adjusted EBITDA of $1.5mm for May, compared to $1.4mm for April
  - Total May revenue of $10.2mm, a 21% increase from April, driven by higher transaction fee income
  - Average revenue per mined Bitcoin of $27,527, a decrease of 5% from April
  - Lower uptime in May due to a planned maintenance outage at the Hardin MT facility

| Key Metrics | May 2023 | April 2023 | Diff. [4] |
|---|---|---|---|
| BTC Production | 378 | 289 | 31% |
| Avg. BTC Produced per Day [1] | 12.2 | 9.6 | 27% |
| Revenue ($mm) [1] | $10.2 | $8.4 | 21% |
| Adjusted Gross Margin [2] | 27% | 26% | 1% |
| Adjusted EBITDA ($mm) | $1.5 | $1.4 | 4% |
| Ending Rigs Deployed ('000) | 64 | 53 | 20% |
| Uptime [3] | 61% | 68% | -7% |
| Network Hash (TH/s) | 361 | 343 | 5% |
| Average Revenue per Mined BTC ($) | 27,527 | 28,863 | -5% |



Revenue ($ mm)

*(1) BTC production and Revenue earned are gross BTC produced before any expenses or profit share.*
*(2) Adjusted Gross Margin is after deduction of power cost, hosting services, operating cost and profit share.*
*(3) Defined as the number of mining equipment in operation as a percentage of the total equipment deployed.*
*(4) Adjusted Gross Margin and Uptime differences are the simple subtraction between two months and the rest of the metrics are a percentage change.*

3



# Mining May 2023 Trend











# Cash Flow & Liquidity (Petition Date - May 2023)



Cash on hand (in $mm)

Petition Date: $138; 3Q22: $194; 4Q22: $135; 1Q23: $166; April: $142; May: $137

Current cash balance **$137mm**;

**-$1mm** since Petition Date

**-$1mm net cash flows since the Petition Date**

Cash Inflows of $300mm[1]

- $69mm from payments on investments & loans
- $84mm from selling mined BTC
- $106mm of cash withdrawn from exchanges + sale of stablecoins
- $40mm from sale proceeds of GK8

Operating Outflows of $116mm

- $60mm of mining hosting fees
- $41mm for payroll & other account payables
- $15mm for other expenses

Restructuring Costs of $133mm

Capital Expenditures of $52mm

---

(1) $1.0mm proceed in sales of mining equipments and other smaller inflows are not noted separately.

5

