UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*, | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

# ORDER DENYING WITHOUT PREJUDICE DEBTORS' MOTION TO PAY FEES TO THE BACKUP PLAN SPONSOR

Pending before the Court is Motion of Court is the motion (the "Motion," ECF Doc. # 2774) of the above captioned debtors and debtors in possession, for entry of an order approving certain fees and expenses for BRIC and BRIC Exchange Sponsor. For the reasons stated on the record at the hearing on June 28, 2023, the Motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  June 28, 2023
        New York, New York

                                      /s/ Martin Glenn
                                      MARTIN GLENN
                                      Chief United States Bankruptcy Judge