3.1.171552 | ERIC MCNELIS | ADDRESS REDACTED

ADA 665.667602689474
BTC 0.0516602358911036
ETH 0.607932631245543
SOL 4.8791687986952

22-10964-mg    Doc 2944-1    Filed 06/30/23    Entered 06/30/23 11:19:36    Exhibit Proof of scheduled claim    Pg 1 of 1