| | | | |
|---|---|---|---|
| Case No. 22-10964<br>Case Name:<br>Celsius Network,<br>LLC, et al. | **FIRST INTERIM FEE PERIOD**<br>October 13, 2022 - February 28, 2023 | | Exhibit A |

| Applicant | Date/Document Number of Application | Interim Fees Requested on Application | Fees Allowed | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Fee Period(s) if any) (i.e., Holdback Release) | Total Fees to be Paid | Interim Expenses Requested | Expenses to be Approved and Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **Godfrey & Kahn, S.C.**<br>*Counsel to Fee Examiner* | May 11, 2023<br>Dkt. No. 2623 | $637,735.00 | $637,735.00 | $637,735.00 | $0.00 | $637,735.00 | $7,359.71 | $7,359.71 |

DATE ON WHICH ORDER WAS SIGNED: June 30, 2023         INITIALS: __MG__ USBJ