**Case No.: 22-10964**
**Case Name:**
**Celsius Network, LLC, et al.**

**FIRST INTERIM FEE PERIOD**
**October 13, 2022 - February 28, 2023**

**Exhibit A**

| Applicant | Date/Document Number of Application | Interim Fees Requested on Application | Fees Allowed | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | Total Fees to be Paid | Interim Expenses Requested | Expenses Approved for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **DelawareADR by Christopher Sontchi** *Fee Examiner* | May 11, 2023 Dkt. Nos. 2622, 2942 | $59,100.00 | $59,100.00 | $11,820.00 | $0.00 | $11,820.00 | $2,046.28 | $2,046.28 |

DATE ON WHICH ORDER WAS SIGNED: June 30, 2023

INITIALS: __MG__ USBJ