**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **CELSIUS NETWORK LLC, *et al.*,**[1] | ) | **Case No. 22-10964 (MG)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**COMBINED FOURTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES AS TAX COMPLIANCE AND TAX ADVISORY SERVICES PROVIDER**
**FOR THE TIME PERIOD MARCH 1, 2023 THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 20, 2022 (*effective as of* July 13, 2022) |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2023 through April 30, 2023 |
| Monthly Fees Incurred: | $137,030.00 |
| 20% Holdback: | $27,406.00 |
| Total Compensation Less 20% Holdback: | $109,624.00 |
| Monthly Expenses Incurred: | $-0- |
| Total Fees and Expenses Requested: | $109,624.00 |

This is a ___X___ monthly _____ interim _____ final application.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

EY LLP ("EY LLP"), providing Tax Compliance and Tax Advisory services to the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submits this statement of fees and disbursements (the "Combined Fourth Monthly Fee Statement") covering the period from March 1, 2023 through and including April 30, 2023 (the "Compensation Period") in accordance with the *First Amended Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 2779] (the "Interim Compensation Order"). By this Combined Fourth Monthly Fee Statement, EY LLP requests (a) interim allowance and payment of compensation in the amount of $109,624.00 (80% of $137,030.00) for fees on account of reasonable and necessary professional services rendered to the Debtors by EY LLP during the Compensation Period and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred by EY LLP during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

In support of this Combined Fourth Monthly Fee Statement, attached hereto as **Exhibit A** is a summary list of all EY LLP professionals who worked on this case during the Compensation Period.

Also, in support of this Combined Fourth Monthly Fee Statement, attached hereto as **Exhibit B** is a summary of the hours and fees incurred by category during the Compensation Period by EY LLP on behalf of the Debtors.

Also, in support of this Combined Fourth Monthly Fee Statement, attached hereto as **Exhibit C** is the supporting detail by activity by professional detailing the activities and services performed by EY LLP professionals on behalf of the Debtors.

**EXPENSES INCURRED**
**DURING THE COMPENSATION PERIOD**

EY LLP seeks reimbursement of actual and necessary expenses incurred by EY LLP during the Compensation Period in the aggregate amount of $0.00.

**REPRESENTATIONS**

Although every effort has been made to include all fees and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Combined Fourth Monthly Fee Statement due to delays caused by accounting and processing during the Compensation Period. EY LLP reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the Interim Compensation Order.

Dated: June 30, 2023

*/s/ Elizabeth Harvey*
Elizabeth Harvey
Partner, Ernst & Young LLP

## EXHIBIT A
## SUMMARY BY PROFESSIONAL

| Last Name | First Name | Rank | Time | Hourly Rate | Total Individual Fees |
|-----------|-----------|------|------|-------------|----------------------|
| Carr | Russell | Partner/Principal | 12.5 | $1,250.00 | $15,625.00 |
| Coleman | Jade | Staff | 0.2 | $400.00 | $80.00 |
| Flagg | Nancy | Executive Director | 14.6 | $1,150.00 | $16,790.00 |
| Gatt | Katherine | Senior Manager | 13.8 | $950.00 | $13,110.00 |
| Gillenwater | Emily | Senior | 0.2 | $600.00 | $120.00 |
| Harvey | Elizabeth | Partner/Principal | 19.7 | $1,250.00 | $24,625.00 |
| Hill | Jeanne | Senior Manager | 2.0 | $950.00 | $1,900.00 |
| Hill | Jeffrey | Partner/Principal | 0.5 | $1,250.00 | $625.00 |
| Johnson | Derrick | Staff | 7.0 | $400.00 | $2,800.00 |
| Kapp | Amanda | Staff | 0.2 | $400.00 | $80.00 |
| Li | Eric | Staff | 4.7 | $400.00 | $1,880.00 |
| Lombardi | Dino | Partner/Principal | 0.8 | $1,250.00 | $1,000.00 |
| Lubic | Jacob | Staff | 5.2 | $400.00 | $2,080.00 |
| Mitchell | Traci | Executive Director | 0.6 | $1,150.00 | $690.00 |
| Ryan | Joe | Senior Manager | 2.0 | $950.00 | $1,900.00 |
| Sapir | Eric | Executive Director | 19.4 | $1,150.00 | $22,310.00 |
| Shwartz | Yoav | Partner/Principal | 11.0 | $1,250.00 | $13,750.00 |
| Tuchinsky | Maria | Senior Manager | 13.3 | $950.00 | $12,635.00 |
| Wehr | Robert | Senior Manager | 3.4 | $950.00 | $3,230.00 |
| Weiler | Sam | Partner/Principal | 0.5 | $1,250.00 | $625.00 |
| Chenchinski | Amir | Partner/Principal | 4.9 | n/a | Fixed Fee |
| Nazarenko | Maria | Staff | 2.5 | n/a | Fixed Fee |
| Wasserman | Ofer | Senior Manager | 26.4 | n/a | Fixed Fee |
| **Total** | | | **165.4** | | **$135,855.00** |

**Total Fixed Fee for Tax Compliance Services During the Fee Period $0.00**

## Fee Application Preparation

| Last Name | First Name | Title | Hours | Hourly Rate | Total Fees |
|-----------|-----------|-------|-------|-------------|------------|
| Duncker | Debra | Staff | 4.7 | $250.00 | $1,175.00 |
| **Total** | | | **4.7** | | **$1,175.00** |

| **Combined Total** | | | **170.1** | | **$137,030.00** |

# EXHIBIT B
## SUMMARY BY CATEGORY

| Time Category | Category Descriptions | Total Hours | Total Fees |
|---|---|---|---|
| Federal Tax Service | Assistance with analyzing the federal income tax considerations of historical transactions and potential restructuring alternatives. | 79.7 | $93,095.00 |
| SALT Tax Service | Assistance with reviewing and remediating Client's sales/use and property tax filings. | 51.9 | $42,760.00 |
| Tax Compliance | Prepare Tax Returns | 33.8 | Fixed Fee |
| | **Total** | **165.4** | **$135,855.00** |

**Total Fixed Fee for Tax Compliance Services During the Fee Period $0.00**

**Fee Application Preparation**

| Time Category | Category Description | Total Hours | Total Fees |
|---|---|---|---|
| Preparation of Fee Application | This category relates to the preparation of fee application in format required by the Bankruptcy Court. | 4.7 | $1,175.00 |
| | **Total** | **4.7** | **$1,175.00** |

| | **Combined Total** | **170.1** | **$137,030.00** |

# EXHIBIT C
## TIME DETAIL OF HOURS INCURRED BY PROFESSIONAL

**Federal Tax Services**

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Elizabeth Harvey | Partner/Principal | 07 Mar 2023 | Tax Consulting | Reviewing and sending 2022 tax compliance SOW | 1.1 | $1,250.00 | $1,375.00 |
| Elizabeth Harvey | Partner/Principal | 14 Mar 2023 | Tax Consulting | Weekly tax call to discuss creditor claims against specific legal entities and potential bankruptcy substantive consolidation. Celsius: L. Koren and J. Morgan. Kirkland: A. Sexton, S. Cantor, and M. Kandallu. EY: E. Sapir, E. Harvey, and Y. Shwartz. Andersen:D. Seymour, and H. Griffiths. | 0.6 | $1,250.00 | $750.00 |
| Eric Sapir | Executive Director | 14 Mar 2023 | Tax Consulting | Weekly tax call to discuss creditor claims against specific legal entities and potential bankruptcy substantive consolidation. Celsius: L. Koren and J. Morgan. Kirkland: A. Sexton, S. Cantor, and M. Kandallu. EY: E. Sapir, E. Harvey, and Y. Shwartz. Andersen:D. Seymour, and H. Griffiths. | 0.6 | $1,150.00 | $690.00 |
| Yoav Shwartz | Partner / Principal | 14 Mar 2023 | Tax Consulting | Weekly tax call to discuss creditor claims against specific legal entities and potential bankruptcy substantive consolidation. Celsius: L. Koren and J. Morgan. Kirkland: A. Sexton, S. Cantor, and M. Kandallu. EY: E. Sapir, E. Harvey, and Y. Shwartz. Andersen:D. Seymour, and H. Griffiths. | 0.6 | $1,250.00 | $750.00 |
| Eric Sapir | Executive Director | 15 Mar 2023 | Tax Consulting | Tracking asset tax basis movements between the US and UK in 2021. | 1.3 | $1,150.00 | $1,495.00 |
| Elizabeth Harvey | Partner/Principal | 16 Mar 2023 | Tax Consulting | Reviewing balance sheet spreadsheet comparison for 2021 and 2022 to track 2022 income statement activity. | 2.9 | $1,250.00 | $3,625.00 |
| Eric Sapir | Executive Director | 16 Mar 2023 | Tax Consulting | Reviewing 2022 defi asset changes to identify impact to income statement. | 1.7 | $1,150.00 | $1,955.00 |

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------------------|------------------|-------------|-------|-------------|-----|
| Elizabeth Harvey | Partner/Principal | 20 Mar 2023 | Tax Consulting | Review balance sheet comparison files to prepare questions for client discussion on 2022 income statement activity and transfers. | 3.2 | $1,250.00 | $4,000.00 |
| Eric Sapir | Executive Director | 20 Mar 2023 | Tax Consulting | Update balance sheet comparison to attempt to locate transfers between the US and UK. | 2.8 | $1,150.00 | $3,220.00 |
| Elizabeth Harvey | Partner/Principal | 21 Mar 2023 | Tax Consulting | Weekly tax call to discuss tax treatment of retail loan customers.  EY: E. Sapir, E. Harvey, and Y. Shwartz.  Kirkland: A. Sexton, S. Cantor, and M. Kandallu.  Celsius: L. Koren.  Andersen: S. Shears, H. Griffiths, Z. Wyatt, and D. Seymour. | 0.6 | $1,250.00 | $750.00 |
| Eric Sapir | Executive Director | 21 Mar 2023 | Tax Consulting | Weekly tax call to discuss tax treatment of retail loan customers.  EY: E. Sapir, E. Harvey, and Y. Shwartz.  Kirkland: A. Sexton, S. Cantor, and M. Kandallu.  Celsius: L. Koren.  Andersen: S. Shears, H. Griffiths, Z. Wyatt, and D. Seymour. | 0.6 | $1,150.00 | $690.00 |
| Yoav Shwartz | Partner / Principal | 21 Mar 2023 | Tax Consulting | Weekly tax call to discuss tax treatment of retail loan customers.  EY: E. Sapir, E. Harvey, and Y. Shwartz.  Kirkland: A. Sexton, S. Cantor, and M. Kandallu.  Celsius: L. Koren.  Andersen: S. Shears, H. Griffiths, Z. Wyatt, and D. Seymour. | 0.6 | $1,250.00 | $750.00 |
| Elizabeth Harvey | Partner/Principal | 22 Mar 2023 | Tax Consulting | Review client information on mining assets to calculate tax basis | 2.9 | $1,250.00 | $3,625.00 |
| Elizabeth Harvey | Partner/Principal | 22 Mar 2023 | Tax Consulting | Internal EY call to discuss bankruptcy status update, including fixed asset information required for federal tax calculations. Attendees: N.Flagg, E.Harvey, E.Sapir | 0.4 | $1,250.00 | $500.00 |
| Eric Sapir | Executive Director | 22 Mar 2023 | Tax Consulting | Internal EY call to discuss bankruptcy status update, including fixed asset information required for federal tax calculations. Attendees: N.Flagg, E.Harvey, E.Sapir | 0.4 | $1,150.00 | $460.00 |
| Eric Sapir | Executive Director | 22 Mar 2023 | Tax Consulting | Estimate tax basis in Celsius Mining assets. | 2.1 | $1,150.00 | $2,415.00 |

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Elizabeth Harvey | Partner/Principal | 23 Mar 2023 | Tax Consulting | Call to discuss tax basis in mining assets and expected capital expenditures.  EY: E. Sapir and E. Harvey.  Celsius: J. Morgan. | 0.8 | $1,250.00 | $1,000.00 |
| Eric Sapir | Executive Director | 23 Mar 2023 | Tax Consulting | Call to discuss tax basis in mining assets and expected capital expenditures.  EY: E. Sapir and E. Harvey.  Celsius: J. Morgan. | 0.8 | $1,150.00 | $920.00 |
| Elizabeth Harvey | Partner/Principal | 24 Mar 2023 | Tax Consulting | Updating mining tax basis schedules from client information. | 1.1 | $1,250.00 | $1,375.00 |
| Dino Lombardi | Partner/Principal | 25 Mar 2023 | Tax Consulting | Responded to question with regards to proper recovery period for crypto mining rigs. | 0.8 | $1,250.00 | $1,000.00 |
| Elizabeth Harvey | Partner/Principal | 27 Mar 2023 | Tax Consulting | Call to discuss tax basis in the mining assets.  EY: E. Sapir and E. Harvey.  Celsius: J. Morgan and L. Koren. | 0.4 | $1,250.00 | $500.00 |
| Eric Sapir | Executive Director | 27 Mar 2023 | Tax Consulting | Revisions to mining asset basis calculation to take into account Company feedback. | 2.1 | $1,150.00 | $2,415.00 |
| Eric Sapir | Executive Director | 27 Mar 2023 | Tax Consulting | Call to discuss tax basis in the mining assets.  EY: E. Sapir and E. Harvey.  Celsius: J. Morgan and L. Koren. | 0.4 | $1,150.00 | $460.00 |
| Elizabeth Harvey | Partner/Principal | 28 Mar 2023 | Tax Consulting | Weekly tax call to discuss revision to intercompany account balances and UK/US transfers.  Kirkland: S. Cantor and M. Kandallu.  Celsius: L. Koren and J. Morgan.  Andersen: D. Seymour and S. Shears.  EY: E. Sapir, E. Harvey, and Y. Shwartz. | 0.9 | $1,250.00 | $1,125.00 |
| Eric Sapir | Executive Director | 28 Mar 2023 | Tax Consulting | Weekly tax call to discuss revision to intercompany account balances and UK/US transfers.  Kirkland: S. Cantor and M. Kandallu.  Celsius: L. Koren and J. Morgan.  Andersen: D. Seymour and S. Shears.  EY: E. Sapir, E. Harvey, and Y. Shwartz. | 0.9 | $1,150.00 | $1,035.00 |
| Sam Weiler | Partner/Principal | 28 Mar 2023 | Tax Consulting | Review/response to cost recovery of crypto mining rig | 0.5 | $1,250.00 | $625.00 |

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Yoav Shwartz | Partner / Principal | 28 Mar 2023 | Tax Consulting | Weekly tax call to discuss revision to intercompany account balances and UK/US transfers. Kirkland: S. Cantor and M. Kandallu. Celsius: L. Koren and J. Morgan. Andersen: D. Seymour and S. Shears. EY: E. Sapir, E. Harvey, and Y. Shwartz. | 0.9 | $1,250.00 | $1,125.00 |
| Elizabeth Harvey | Partner/Principal | 29 Mar 2023 | Tax Consulting | Updates to mining tax basis schedule | 1.4 | $1,250.00 | $1,750.00 |
| Elizabeth Harvey | Partner/Principal | 04 Apr 2023 | Tax Consulting | Weekly call to discuss deal update. Kirkland: S. Cantor and M. Kandallu. Celsius: L. Koren. Andersen: D. Seymour and H. Griffiths.EY: E. Sapir, E. Harvey, and Y. Shwartz. | 0.1 | $1,250.00 | $125.00 |
| Eric Sapir | Executive Director | 04 Apr 2023 | Tax Consulting | Weekly call to discuss deal update. Kirkland: S. Cantor and M. Kandallu. Celsius: L. Koren. Andersen: D. Seymour and H. Griffiths.EY: E. Sapir, E. Harvey, and Y. Shwartz. | 0.1 | $1,150.00 | $115.00 |
| Yoav Shwartz | Partner / Principal | 04 Apr 2023 | Tax Consulting | Weekly call to discuss deal update. Kirkland: S. Cantor and M. Kandallu. Celsius: L. Koren. Andersen: D. Seymour and H. Griffiths.EY: E. Sapir, E. Harvey, and Y. Shwartz. | 0.1 | $1,250.00 | $125.00 |
| Elizabeth Harvey | Partner/Principal | 13 Apr 2023 | Tax Consulting | Call to discuss status of updated balance sheets to perform gain/loss calculation. EY: E. Sapir, E. Harvey, Y. Shwartz, and J. Hill. Kirkland: A. Sexton and S. Cantor. Celsius: J. Morgan and L. Koren. Andersen: D. Seymour, H. Griffiths, and S. Shears. | 0.5 | $1,250.00 | $625.00 |
| Eric Sapir | Executive Director | 13 Apr 2023 | Tax Consulting | Call to discuss status of updated balance sheets to perform gain/loss calculation. EY: E. Sapir, E. Harvey, Y. Shwartz, and J. Hill. Kirkland: A. Sexton and S. Cantor. Celsius: J. Morgan and L. Koren. Andersen: D. Seymour, H. Griffiths, and S. Shears. | 0.5 | $1,150.00 | $575.00 |

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Jeff Hill | Partner/Principal | 13 Apr 2023 | Tax Consulting | Call to discuss status of updated balance sheets to perform gain/loss calculation.  EY: E. Sapir, E. Harvey, Y. Shwartz, and J. Hill.  Kirkland: A. Sexton and S. Cantor.  Celsius: J. Morgan and L. Koren.  Andersen: D. Seymour, H. Griffiths, and S. Shears. | 0.5 | $1,250.00 | $625.00 |
| Russell Carr | Partner/Principal | 13 Apr 2023 | Tax Consulting | Analysis of tax issues related to non-US transfers in 2021. | 2.8 | $1,250.00 | $3,500.00 |
| Yoav Shwartz | Partner / Principal | 13 Apr 2023 | Tax Consulting | Call to discuss status of updated balance sheets to perform gain/loss calculation.  EY: E. Sapir, E. Harvey, Y. Shwartz, and J. Hill.  Kirkland: A. Sexton and S. Cantor.  Celsius: J. Morgan and L. Koren.  Andersen: D. Seymour, H. Griffiths, and S. Shears. | 0.5 | $1,250.00 | $625.00 |
| Russell Carr | Partner/Principal | 14 Apr 2023 | Tax Consulting | Analysis of tax issues regarding UK restructuring. | 1.6 | $1,250.00 | $2,000.00 |
| Russell Carr | Partner/Principal | 14 Apr 2023 | Tax Consulting | Review of calculation to support substantially all test on UK restructuring transaction. | 2.9 | $1,250.00 | $3,625.00 |
| Elizabeth Harvey | Partner/Principal | 18 Apr 2023 | Tax Consulting | Weekly call to discuss defi liability changes between 2021 and 2022 and property tax interest and penalties.  Kirkland: A. Sexton, S. Cantor, and M. Kandallu.  Celsius: L. Koren and J. Morgan.  Andersen: H. Griffiths, S. Shears, D. Seymour, and Z. Wyatt.  EY: E. Harvey, N. Flagg, Y. Shwartz, and E. Sapir. | 0.7 | $1,250.00 | $875.00 |
| Eric Sapir | Executive Director | 18 Apr 2023 | Tax Consulting | Weekly call to discuss defi liability changes between 2021 and 2022 and property tax interest and penalties.  Kirkland: A. Sexton, S. Cantor, and M. Kandallu.  Celsius: L. Koren and J. Morgan.  Andersen: H. Griffiths, S. Shears, D. Seymour, and Z. Wyatt.  EY: E. Harvey, N. Flagg, Y. Shwartz, and E. Sapir. | 0.7 | $1,150.00 | $805.00 |

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Yoav Shwartz | Partner / Principal | 18 Apr 2023 | Tax Consulting | Weekly call to discuss defi liability changes between 2021 and 2022 and property tax interest and penalties.  Kirkland: A. Sexton, S. Cantor, and M. Kandallu.  Celsius: L. Koren and J. Morgan.  Andersen: H. Griffiths, S. Shears, D. Seymour, and Z. Wyatt.  EY: E. Harvey, N. Flagg, Y. Shwartz, and E. Sapir. | 0.7 | $1,250.00 | $875.00 |
| Russell Carr | Partner/Principal | 19 Apr 2023 | Tax Consulting | Additional analysis of tax issues related to UK restructuring. | 1.4 | $1,250.00 | $1,750.00 |
| Eric Sapir | Executive Director | 20 Apr 2023 | Tax Consulting | Call to discuss historic international tax analysis and supporting calculations.  EY: Y. Shwartz, R. Carr, J. Ryan, M. Tuchinsky, E. Diner, and E. Sapir. | 1.1 | $1,150.00 | $1,265.00 |
| Joe Ryan | Senior Manager | 20 Apr 2023 | Tax Consulting | Review of international tax analysis model and supporting materials. | 0.9 | $950.00 | $855.00 |
| Joe Ryan | Senior Manager | 20 Apr 2023 | Tax Consulting | Call to discuss historic international tax analysis and supporting calculations.  EY: Y. Shwartz, R. Carr, J. Ryan, M. Tuchinsky, E. Diner, and E. Sapir. | 1.1 | $950.00 | $1,045.00 |
| Maria Tuchinsky | Senior Manager | 20 Apr 2023 | Tax Consulting | Preparation of International Tax model in connection with the 2021 restructuring | 2.2 | $950.00 | $2,090.00 |
| Maria Tuchinsky | Senior Manager | 20 Apr 2023 | Tax Consulting | US International Tax analysis in connection with the 2021 restructuring - updates to functional analysis | 1.8 | $950.00 | $1,710.00 |
| Maria Tuchinsky | Senior Manager | 20 Apr 2023 | Tax Consulting | Prepare reconciliation of historic international tax analysis and supporting calculations | 2.4 | $950.00 | $2,280.00 |
| Maria Tuchinsky | Senior Manager | 20 Apr 2023 | Tax Consulting | Call to discuss historic international tax analysis and supporting calculations.  EY: Y. Shwartz, R. Carr, J. Ryan, M. Tuchinsky, E. Diner, and E. Sapir. | 1.1 | $950.00 | $1,045.00 |
| Russell Carr | | 20 Apr 2023 | Tax Consulting | Call to discuss historic international tax analysis and supporting calculations.  EY: Y. Shwartz, R. Carr, J. Ryan, M. Tuchinsky, E. Diner, and E. Sapir. | 1.1 | $1,250.00 | $1,375.00 |
| Russell Carr | Partner/Principal | 20 Apr 2023 | Tax Consulting | Review of international tax model. | 2.7 | $1,250.00 | $3,375.00 |

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Yoav Shwartz | Partner / Principal | 20 Apr 2023 | Tax Consulting | Call to discuss historic international tax analysis and supporting calculations. EY: Y. Shwartz, R. Carr, J. Ryan, M. Tuchinsky, E. Diner, and E. Sapir. | 1.1 | $1,250.00 | $1,375.00 |
| Elizabeth Harvey | Partner/Principal | 21 Apr 2023 | Tax Consulting | EY internal call in preparation for and followup to today's call with Client and Kirkland to discuss and review next step recommendations and timing requirements for compilation of schedules for Texas and Pennsylvania use tax claims and estimation of indirect taxcosts related to bankruptcy emergence. Attendees: E. Harvey, E, Sapir, K. Gatt, N. Flagg | 1.1 | $1,250.00 | $1,375.00 |
| Elizabeth Harvey | Partner/Principal | 21 Apr 2023 | Tax Consulting | Call to seek Client and Kirkland input on status and required timing for compilation of Texas and Pennsylvania use tax schedules and asset data to support calculation of potential indirect tax costs related to bankruptcy emergence. Attendees: Celsius – J. Morgan, Kirkland – A. Sexton and S. Cantor, EY-E. Harvey, E. Sapir, K. Gatt, N. Flagg | 0.8 | $1,250.00 | $1,000.00 |
| Eric Sapir | Executive Director | 21 Apr 2023 | Tax Consulting | EY internal call in preparation for and followup to today's call with Client and Kirkland to discuss and review next step recommendations and timing requirements for compilation of schedules for Texas and Pennsylvania use tax claims and estimation of indirect taxcosts related to bankruptcy emergence. Attendees: E. Harvey, E, Sapir, K. Gatt, N. Flagg | 1.1 | $1,150.00 | $1,265.00 |
| Eric Sapir | Executive Director | 21 Apr 2023 | Tax Consulting | Call to seek Client and Kirkland input on status and required timing for compilation of Texas and Pennsylvania use tax schedules and asset data to support calculation of potential indirect tax costs related to bankruptcy emergence. Attendees: Celsius – J. Morgan, Kirkland – A. Sexton and S. Cantor, EY-E. Harvey, E. Sapir, K. Gatt, N. Flagg | 0.8 | $1,150.00 | $920.00 |

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------------------|-----------------|-------------|-------|-------------|-----|
| Yoav Shwartz | Partner / Principal | 23 Apr 2023 | Tax Consulting | Review of International Tax model and functional analysis | 1.9 | $1,250.00 | $2,375.00 |
| Maria Tuchinsky | Senior Manager | 24 Apr 2023 | Tax Consulting | Review and insert Celsius cap tables to International Tax Model | 1.4 | $950.00 | $1,330.00 |
| Yoav Shwartz | Partner / Principal | 24 Apr 2023 | Tax Consulting | Continued Review of International Tax model and functional analysis | 2.1 | $1,250.00 | $2,625.00 |
| Maria Tuchinsky | Senior Manager | 25 Apr 2023 | Tax Consulting | Review and adjust all support tabs in the International Tax Model | 2.8 | $950.00 | $2,660.00 |
| Maria Tuchinsky | Senior Manager | 25 Apr 2023 | Tax Consulting | Update properties fraction to adjust for third party investors and update to functional analysis in the International Tax Model | 1.6 | $950.00 | $1,520.00 |
| Eric Sapir | Executive Director | 26 Apr 2023 | Tax Consulting | Review public filings for updated information. | 1.2 | $1,150.00 | $1,380.00 |
| Elizabeth Harvey | Partner/Principal | 27 Apr 2023 | Tax Consulting | Weekly call to discuss auction status and potential emergence alternatives.  Kirkland: A. Sexton and S. Cantor.  Celsius: J. Morgan and L. Koren.  Andersen: Z. Wyatt, D. Seymour, and S. Shears.  EY: E. Harvey, Y. Shwartz, and E. Sapir | 0.2 | $1,250.00 | $250.00 |
| Eric Sapir | Executive Director | 27 Apr 2023 | Tax Consulting | Weekly call to discuss auction status and potential emergence alternatives.  Kirkland: A. Sexton and S. Cantor.  Celsius: J. Morgan and L. Koren.  Andersen: Z. Wyatt, D. Seymour, and S. Shears.  EY: E. Harvey, Y. Shwartz, and E. Sapir | 0.2 | $1,150.00 | $230.00 |
| Yoav Shwartz | Partner / Principal | 27 Apr 2023 | Tax Consulting | Weekly call to discuss auction status and potential emergence alternatives.  Kirkland: A. Sexton and S. Cantor.  Celsius: J. Morgan and L. Koren.  Andersen: Z. Wyatt, D. Seymour, and S. Shears.  EY: E. Harvey, Y. Shwartz, and E. Sapir | 0.2 | $1,250.00 | $250.00 |
| Yoav Shwartz | Partner / Principal | 30 Apr 2023 | Tax Consulting | Review of International Tax model and properties fraction | 2.3 | $1,250.00 | $2,875.00 |
| | | | | **Total** | **79.7** | | **$93,095.00** |

**State and Local Tax Services**

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------------------|------------------|-------------|-------|-------------|-----|
| Wehr,Robert W | Senior Manager | 02 Mar 2023 | State Tax Consulting | Oklahoma sales tax assistance review load management and cleaning proposal provided by client (J.Morgan) | 0.4 | $950.00 | $380.00 |
| Flagg,Nancy A. | Executive Director | 02 Mar 2023 | State Tax Consulting | Prepare open tax items list and next steps | 0.6 | $1,150.00 | $690.00 |
| Mitchell,Traci R. | Executive Director | 09 Mar 2023 | State Tax Consulting | Emails regarding Wyoming state of incorporation questions | 0.6 | $1,150.00 | $690.00 |
| Flagg,Nancy A. | Executive Director | 15 Mar 2023 | State Tax Consulting | Call with client (J.Morgan) and R.Wehr to discuss Texas and other tax open items | 1.1 | $1,150.00 | $1,265.00 |
| Wehr,Robert W | Senior Manager | 15 Mar 2023 | State Tax Consulting | Call with client (J.Morgan) and N.Flagg to discuss Texas and other tax open items | 1.1 | $950.00 | $1,045.00 |
| Flagg,Nancy A. | Executive Director | 17 Mar 2023 | State Tax Consulting | Internal EY call with J.Hill to discuss Pennsylvania sales and use tax registration status | 0.4 | $1,150.00 | $460.00 |
| Hill,Jeanne L. | Senior Manager | 17 Mar 2023 | State Tax Consulting | Internal EY call with J.Hill to discuss Pennsylvania sales and use tax registration status | 0.4 | $950.00 | $380.00 |
| Gatt,Katie | Senior Manager | 20 Mar 2023 | State Tax Consulting | Compile state tax code November December fee statement detail | 4.4 | $950.00 | $4,180.00 |
| Johnson,Derrick Joseph | Staff/Assistant | 20 Mar 2023 | State Tax Consulting | Compile tax claims log reflecting detail (e.g., tax type, period(s), interest, etc.) per N.Flagg instructions | 3.7 | $400.00 | $1,480.00 |
| Flagg,Nancy A. | Executive Director | 20 Mar 2023 | State Tax Consulting | Internal EY call to discuss tax claims filed to date, including claims in excess of $1million. Attendees: D. Johnson, N. Flagg and K. Gatt | 0.4 | $1,150.00 | $460.00 |
| Gatt,Katie | Senior Manager | 20 Mar 2023 | State Tax Consulting | Internal EY call to discuss tax claims filed to date, including claims in excess of $1million. Attendees: D. Johnson, N. Flagg and K. Gatt | 0.4 | $950.00 | $380.00 |
| Johnson,Derrick Joseph | Staff/Assistant | 20 Mar 2023 | State Tax Consulting | Internal EY call to discuss tax claims filed to date, including claims in excess of $1million. Attendees: D. Johnson, N. Flagg and K. Gatt | 0.4 | $400.00 | $160.00 |
| Flagg,Nancy A. | Executive Director | 20 Mar 2023 | State Tax Consulting | Review bankruptcy tax claims list from company to determine next steps for claims log | 0.3 | $1,150.00 | $345.00 |

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Flagg,Nancy A. | Executive Director | 21 Mar 2023 | State Tax Consulting | Call with client (J. Morgan) to discuss Pennsylvania sales and use tax registration and tax claim open items.  EY attendees: N.Flagg, J.Hill | 1.4 | $1,150.00 | $1,610.00 |
| Hill,Jeanne L. | Senior Manager | 21 Mar 2023 | State Tax Consulting | Call with client (J. Morgan) to discuss Pennsylvania sales and use tax registration and tax claim open items.  EY attendees: N.Flagg, J.Hill | 1.4 | $950.00 | $1,330.00 |
| Flagg,Nancy A. | Executive Director | 21 Mar 2023 | State Tax Consulting | Internal EY call with J. Hill to confirm follow-ups and next steps per call with client (J.Morgan) | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 22 Mar 2023 | State Tax Consulting | Internal EY call to discuss bankruptcy status update, including fixed asset information required for federal tax calculations. Attendees: N.Flagg, E.Harvey, E.Sapir | 0.4 | $1,150.00 | $460.00 |
| Hill,Jeanne L. | Senior Manager | 22 Mar 2023 | State Tax Consulting | Internal EY call with N.Flagg to confirm follow-ups and next steps per call with client (J.Morgan) | 0.2 | $950.00 | $190.00 |
| Flagg,Nancy A. | Executive Director | 22 Mar 2023 | State Tax Consulting | Review files provided by client (J. Morgan) reflecting current fixed asset information to send to federal team | 0.6 | $1,150.00 | $690.00 |
| Lubic,Jake | Staff/Assistant | 23 Mar 2023 | State Tax Consulting | Review and update tax claims detail log prepared by D.Johnson | 2.1 | $400.00 | $840.00 |
| Gatt,Katie | Senior Manager | 27 Mar 2023 | State Tax Consulting | Review January 2023 fee statement detail | 1.9 | $950.00 | $1,805.00 |
| Gatt,Katie | Senior Manager | 28 Mar 2023 | State Tax Consulting | Update November-December fee application per general counsel office | 0.9 | $950.00 | $855.00 |
| Coleman,Jade J. | Staff/Assistant | 28 Mar 2023 | State Tax Consulting | Internal EY call to discuss detailed tax claims log master, including relevant claim details and alignment/prioritization open tax items and to-dos. Attendees: N. Flagg, K. Gatt, J. Coleman, E. Li, Z. Dryer, E. Gillenwater, A. Kapp, D. Johnson. | 0.2 | $400.00 | $80.00 |
| Flagg,Nancy A. | Executive Director | 28 Mar 2023 | State Tax Consulting | Internal EY call to discuss detailed tax claims log master, including relevant claim details and alignment/prioritization open tax items and to-dos. Attendees: N. Flagg, K. Gatt, J. Coleman, E. Li, Z. Dryer, E. Gillenwater, A. Kapp, D. Johnson. | 0.2 | $1,150.00 | $230.00 |
| Gatt,Katie | Senior Manager | 28 Mar 2023 | State Tax Consulting | Internal EY call to discuss detailed tax claims log master, including relevant claim details and alignment/prioritization open tax items and to-dos. Attendees: N. Flagg, K. Gatt, J. Coleman, E. Li, Z. Dryer, E. Gillenwater, A. Kapp, D. Johnson. | 0.2 | $950.00 | $190.00 |

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|------|------------------|------------------|-------------|-------|-------------|-----|
| Gillenwater,Emily | Senior | 28 Mar 2023 | State Tax Consulting | Internal EY call to discuss detailed tax claims log master, including relevant claim details and alignment/prioritization open tax items and to-dos. Attendees: N. Flagg, K. Gatt, J. Coleman, E. Li, Z. Dryer, E. Gillenwater, A. Kapp, D. Johnson. | 0.2 | $600.00 | $120.00 |
| Johnson,Derrick Joseph | Staff/Assistant | 28 Mar 2023 | State Tax Consulting | Internal EY call to discuss detailed tax claims log master, including relevant claim details and alignment/prioritization open tax items and to-dos. Attendees: N. Flagg, K. Gatt, J. Coleman, E. Li, Z. Dryer, E. Gillenwater, A. Kapp, D. Johnson. | 0.2 | $400.00 | $80.00 |
| Kapp,Amanda Michele | Staff/Assistant | 28 Mar 2023 | State Tax Consulting | Internal EY call to discuss detailed tax claims log master, including relevant claim details and alignment/prioritization open tax items and to-dos. Attendees: N. Flagg, K. Gatt, J. Coleman, E. Li, Z. Dryer, E. Gillenwater, A. Kapp, D. Johnson. | 0.2 | $400.00 | $80.00 |
| Li,Eric | Staff/Assistant | 28 Mar 2023 | State Tax Consulting | Internal EY call to discuss detailed tax claims log master, including relevant claim details and alignment/prioritization open tax items and to-dos. Attendees: N. Flagg, K. Gatt, J. Coleman, E. Li, Z. Dryer, E. Gillenwater, A. Kapp, D. Johnson. | 0.2 | $400.00 | $80.00 |
| Lubic,Jake | Staff/Assistant | 28 Mar 2023 | State Tax Consulting | Internal EY call to discuss detailed tax claims log master, including relevant claim details and alignment/prioritization open tax items and to-dos. Attendees: N. Flagg, K. Gatt, J. Coleman, E. Li, Z. Dryer, E. Gillenwater, A. Kapp, D. Johnson. | 0.2 | $400.00 | $80.00 |
| Gatt,Katie | Senior Manager | 28 Mar 2023 | State Tax Consulting | Review February 2023 fee statement detail | 1.2 | $950.00 | $1,140.00 |
| Gatt,Katie | Senior Manager | 30 Mar 2023 | State Tax Consulting | Finalize January-February fee application detail | 1.2 | $950.00 | $1,140.00 |
| Li,Eric | Staff/Assistant | 04 Apr 2023 | State Tax Consulting | Compile March 2023 fee statement detail | 4.5 | $400.00 | $1,800.00 |
| Flagg,Nancy A. | Executive Director | 06 Apr 2023 | State Tax Consulting | Respond to A. Sexton (Kirkland) on status of Pennsylvania and Texas sales and use tax resolutions and state transfer tax estimates related to plan emergence | 0.4 | $1,150.00 | $460.00 |
| Johnson,Derrick Joseph | Staff/Assistant | 06 Apr 2023 | State Tax Consulting | Update and prioritize open items list in master tracker | 2.7 | $400.00 | $1,080.00 |
| Flagg,Nancy A. | Executive Director | 10 Apr 2023 | State Tax Consulting | Internal EY call with J.Lubic to discuss open tax items, including tax claims log revisions / updates | 0.3 | $1,150.00 | $345.00 |

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Lubic,Jake | Staff/Assistant | 10 Apr 2023 | State Tax Consulting | Review tax claims log prepared by D. Johnson in order to provide to client (J.Morgan) | 2.6 | $400.00 | $1,040.00 |
| Lubic,Jake | Staff/Assistant | 10 Apr 2023 | State Tax Consulting | Internal EY call with N.Flagg to discuss open tax items, including tax claims log revisions / updates | 0.3 | $400.00 | $120.00 |
| Wehr,Robert W | Senior Manager | 11 Apr 2023 | State Tax Consulting | Texas sales tax assistance review client (J.Morgan) email and reply with updated rates proposed | 1.0 | $950.00 | $950.00 |
| Wehr,Robert W | Senior Manager | 13 Apr 2023 | State Tax Consulting | Research Texas sales tax taxability of security services and hosting services with repairs for client email | 0.6 | $950.00 | $570.00 |
| Flagg,Nancy A. | Executive Director | 16 Apr 2023 | State Tax Consulting | Email client (J.Morgan) list of bankruptcy tax claims, including summary by tax type and claim detail tracker attached along with list and next steps on Cherokee County North Carolina pre-petition property tax notice received | 1.3 | $1,150.00 | $1,495.00 |
| Flagg,Nancy A. | Executive Director | 17 Apr 2023 | State Tax Consulting | Call with client (J.Morgan) to discuss indirect tax open items status | 1.4 | $1,150.00 | $1,610.00 |
| Flagg,Nancy A. | Executive Director | 18 Apr 2023 | State Tax Consulting | Follow-up call with client (J. Morgan) to discuss open indirect tax items and next steps | 0.7 | $1,150.00 | $805.00 |
| Flagg,Nancy A. | Executive Director | 18 Apr 2023 | State Tax Consulting | Weekly tax call to discuss balance sheet and P&L status and updates on property and sales tax process.  Kirkland: A. Sexton, S. Canto, and M. Kandallu.  Celsius: L. Koren and J. Morgan.  EY: E. Harvey, Y. Shwartz, N. Flagg, and E. Sapir.  Andersen: H. Griffiths, S. Shears, D. Seymour, and Z. Wyatt. | 0.7 | $1,150.00 | $805.00 |
| Flagg,Nancy A. | Executive Director | 19 Apr 2023 | State Tax Consulting | Review Pennsylvania pre and post-petition claim amounts filed for review for comparison with J. Morgan (Celsius) separate calculations | 0.6 | $1,150.00 | $690.00 |
| Flagg,Nancy A. | Executive Director | 19 Apr 2023 | State Tax Consulting | Review Texas pre-petition claim amounts filed for review for comparison with J. Morgan (Celsius) separate calculations | 0.4 | $1,150.00 | $460.00 |
| Flagg,Nancy A. | Executive Director | 20 Apr 2023 | State Tax Consulting | Field question from S. Cantor (Kirkland) on potential transfer tax profile calculations | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 20 Apr 2023 | State Tax Consulting | Respond to A. Sexton (Kirkland) on status of Pennsylvania and Texas sales and use tax resolutions and state transfer tax estimates related to plan emergence | 0.4 | $1,150.00 | $460.00 |

| Name | Rank | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Flagg,Nancy A. | Executive Director | 21 Apr 2023 | State Tax Consulting | Call to seek Client (J.Morgan) and Kirkland input on status and required timing for compilation of Texas and Pennsylvania use tax schedules and asset data to support calculation of potential indirect tax costs related to bankruptcy emergence.  Attendees: Celsius – J. Morgan,  Kirkland – A. Sexton and S. Cantor,  EY- E. Harvey, E. Sapir, K. Gatt, N. Flagg | 0.8 | $1,150.00 | $920.00 |
| Flagg,Nancy A. | Executive Director | 21 Apr 2023 | State Tax Consulting | Internal EY call in preparation for and follow-up to call with client and Kirkland to discuss and review next step recommendations and timing requirements for compilation of schedules for Texas and Pennsylvania use tax claims and estimation of indirect tax costs related to bankruptcy emergence.  Attendees:  E. Harvey, E, Sapir, K. Gatt, N. Flagg | 1.1 | $1,150.00 | $1,265.00 |
| Flagg,Nancy A. | Executive Director | 21 Apr 2023 | State Tax Consulting | Prioritize and assign post client call indirect tax items requiring follow-up to EY team | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 21 Apr 2023 | State Tax Consulting | Set agenda for call with client (J.Morgan) and Kirkland to discuss open indirect tax items | 0.2 | $1,150.00 | $230.00 |
| Gatt,Katie | Senior Manager | 21 Apr 2023 | State Tax Consulting | Call to seek Client (J.Morgan) and Kirkland input on status and required timing for compilation of Texas and Pennsylvania use tax schedules and asset data to support calculation of potential indirect tax costs related to bankruptcy emergence.  Attendees: Celsius – J. Morgan,  Kirkland – A. Sexton and S. Cantor,  EY- E. Harvey, E. Sapir, K. Gatt, N. Flagg | 0.8 | $950.00 | $760.00 |
| Gatt,Katie | Senior Manager | 21 Apr 2023 | State Tax Consulting | Internal EY call in preparation for and follow-up to call with client and Kirkland to discuss and review next step recommendations and timing requirements for compilation of schedules for Texas and Pennsylvania use tax claims and estimation of indirect tax costs related to bankruptcy emergence.  Attendees:  E. Harvey, E, Sapir, K. Gatt, N. Flagg | 1.1 | $950.00 | $1,045.00 |
| Gatt,Katie | Senior Manager | 21 Apr 2023 | State Tax Consulting | Review applicability of sales tax to transfer / sale of assets in Oklahoma, Texas, Georgia, Ohio, Pennsylvania, Montana | 1.7 | $950.00 | $1,615.00 |
| Flagg,Nancy A. | Executive Director | 23 Apr 2023 | State Tax Consulting | Review client (J. Morgan) mining asset location list to confirm current states and send the finalized list to K.Gatt | 0.3 | $1,150.00 | $345.00 |
| Wehr,Robert W | Senior Manager | 27 Apr 2023 | State Tax Consulting | Respond to email from client (J.Morgan) regarding the taxability of storage fees | 0.3 | $950.00 | $285.00 |
| | | | | **Total** | 51.9 | | $42,760.00 |

**Tax Compliance**

| Name | Title | Transaction date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Amir Chenchinski | Partner / Principal | 29 Mar 2023 | Tax Compliance | Review of IRS extensions for New Jersey state income tax return for Celsius Network Inc | 0.9 |
| Maria Nazarenko | Staff | 05 Apr 2023 | Tax Compliance | Prepare IRS extensions for Connecticut state income tax return for Celsius Network Inc | 0.7 |
| Maria Nazarenko | Staff | 04 Apr 2023 | Tax Compliance | Review South Carolina state income tax return extension for Celsius Network LLC | 1.8 |
| Ofer Wasserman | Senior Manager | 16 Apr 2023 | Tax Compliance | Preparation of IRS extension for California state income tax return for Celsius Network Inc | 1.3 |
| Ofer Wasserman | Senior Manager | 16 Apr 2023 | Tax Compliance | Review of IRS extensions for Connecticut state income tax return for Celsius Network Inc | 1.1 |
| Ofer Wasserman | Senior Manager | 16 Apr 2023 | Tax Compliance | Preparation of IRS extensions for Washington state income tax return for Celsius Network Inc | 0.9 |
| Ofer Wasserman | Senior Manager | 16 Apr 2023 | Tax Compliance | Review of IRS extensions for Boston state income tax return for Celsius Network Inc | 1.1 |
| Ofer Wasserman | Senior Manager | 16 Apr 2023 | Tax Compliance | Preparation of IRS extensions for Michigan state income tax return for Celsius Network Inc | 1.1 |
| Ofer Wasserman | Senior Manager | 16 Apr 2023 | Tax Compliance | Preparation of IRS extensions for New Jersey state income tax return for Celsius Network Inc | 1.3 |
| Ofer Wasserman | Senior Manager | 16 Apr 2023 | Tax Compliance | Review of IRS extensions for New York state income tax return for Celsius Network Inc | 1.1 |
| Ofer Wasserman | Senior Manager | 16 Apr 2023 | Tax Compliance | Review of IRS extensions for Oklahoma and Oregon states (income tax returns) for Celsius Network Inc | 0.8 |
| Ofer Wasserman | Senior Manager | 16 Apr 2023 | Tax Compliance | Preparation of IRS extensions for Wisconsin state for Celsius Network Inc | 1.2 |
| Ofer Wasserman | Senior Manager | 17 Apr 2023 | Tax Compliance | Review Texas extension for Celsius Network Inc. and affiliates | 1.1 |
| Ofer Wasserman | Senior Manager | 17 Apr 2023 | Tax Compliance | Review North Carolina state extensions for NON Unitary Celsius Network LLC | 1.3 |

| Name | Title | Transaction date | Project Category | Description | Hours |
|------|-------|------------------|------------------|-------------|-------|
| Ofer Wasserman | Senior Manager | 17 Apr 2023 | Tax Compliance | Review of IRS extensions for North Carolina state for Celsius Holdings LLC | 0.9 |
| Amir Chenchinski | Partner / Principal | 17 Apr 2023 | Tax Compliance | Review of IRS extensions for New Jersey state for Celsius Network Inc. and affiliates | 0.8 |
| Amir Chenchinski | Partner / Principal | 17 Apr 2023 | Tax Compliance | Continuation of Review of IRS extensions for New Jersey state for Celsius Network Inc. | 1.2 |
| Amir Chenchinski | Partner / Principal | 17 Apr 2023 | Tax Compliance | Review of IRS extensions for New York state for Celsius Network Inc. and affiliates | 0.9 |
| Amir Chenchinski | Partner / Principal | 17 Apr 2023 | Tax Compliance | Continuation of Review of IRS extensions for New York state for Celsius Network Inc. and affiliates | 1.1 |
| Ofer Wasserman | Senior Manager | 17 Apr 2023 | Tax Compliance | Review South Carolina extensions for Celsius Network LLC | 1.4 |
| Ofer Wasserman | Senior Manager | 17 Apr 2023 | Tax Compliance | Review Tennessee state extensions for Celsius Network LLC | 1.2 |
| Ofer Wasserman | Senior Manager | 17 Apr 2023 | Tax Compliance | Preparation Georgia IRS extension Form for Celsius Network Inc | 0.9 |
| Ofer Wasserman | Senior Manager | 17 Apr 2023 | Tax Compliance | Review Celsius Network North Carolina state IRS extensions for Celsius Holdings LLC | 1.1 |
| Ofer Wasserman | Senior Manager | 17 Apr 2023 | Tax Compliance | Preparation South Carolina state IRS extensions for Celsius Network Inc | 1.3 |
| Ofer Wasserman | Senior Manager | 18 Apr 2023 | Tax Compliance | Review IRS Extensions for Tennessee state for Celsius Network LLC | 1.2 |
| Ofer Wasserman | Senior Manager | 18 Apr 2023 | Tax Compliance | Preparation Georgia state IRS extensions for Celsius Network Inc | 1.3 |
| Ofer Wasserman | Senior Manager | 18 Apr 2023 | Tax Compliance | Review Maryland state IRS extensions for Celsius Network Inc | 0.9 |
| Ofer Wasserman | Senior Manager | 18 Apr 2023 | Tax Compliance | Review North Carolina state IRS extensions  for  Celsius Holdings LLC | 0.9 |
| Ofer Wasserman | Senior Manager | 18 Apr 2023 | Tax Compliance | Review South Carolina IRS extensions  for Celsius Network Inc | 1.3 |

| Name | Title | Transaction date | Project Category | Description | Hours |
|------|-------|------------------|------------------|-------------|-------|
| Ofer Wasserman | Senior Manager | 18 Apr 2023 | Tax Compliance | Review IRS extension Form for Tennessee state and Celsius Network Inc | 1.1 |
| Ofer Wasserman | Senior Manager | 23 Apr 2023 | Tax Compliance | Analyzed with Marty extensions regarding time line | 0.6 |
| **Total** | | | | | **33.8** |

**Total Fixed Fee for Tax Compliance Services During the Fee Period $0.00**

**Fee Application Preparation**

| Employee Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|---|---|
| Duncker, Debra | Staff | March 29, 2023 | Preparation of Fee Application | Prepare fee statement for the Combined Second Monthly for filing. (November 1, 2022 - December 31, 2022) | 1.0 | $250.00 | $250.00 |
| Duncker, Debra | Staff | March 30, 2023 | Preparation of Fee Application | Continue preparation of fee statement for the Combined Second Monthly for filing. (November 1, 2022 - December 31, 2022) | 0.5 | $250.00 | $125.00 |
| Duncker, Debra | Staff | April 11, 2023 | Preparation of Fee Application | Preparation of fee statement for the Combined Third Monthly Fee Statement for filing. (January 1, 2023 - February 28, 2023) | 1.4 | $250.00 | $350.00 |
| Duncker, Debra | Staff | April 12, 2023 | Preparation of Fee Application | Preparation of the Second Interim Fee Application (November 1 - February 28, 2023) | 1.3 | $250.00 | $325.00 |
| Duncker, Debra | Staff | April 13, 2023 | Preparation of Fee Application | Continued preparation of the Second Interim Fee Application (November 1 - February 28, 2023) | 0.5 | $250.00 | $125.00 |
| | | | | **Total** | **4.7** | | **$1,175.00** |