**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 22, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on AD HOC Group of Earn Account Holders Including Immanuel Herrman, Nicholas Farr, Brett Perry, c/o Offit Kurman, P.A., Attn: Joyce A. Kuhns, Esq. at 7021 Columbia Gateway Dr, Ste 200, Columbia, MD 21046-2967, pursuant to USPS forwarding instructions:

- **Notice of Conversion of LUNC and UST to Alternative Cryptocurrency** (Docket No. 2666)

- **Notice of Schedule of Postpetition Transferors Entitled to Withdraw Postpetition Transfers** (Docket No. 2667)

- **Notice of Continuation of Auction** (Docket No. 2689)

- **Fourth Supplemental Declaration of Robert Campagna in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022** (Docket No. 2690)

- **Fifth Supplemental Declaration of John J. Sikora in Support of Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date** (Docket No. 2691)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

- **Notice of Continuation of Auction** (Docket No. 2692)

Dated: July 5, 2023

_____
Stephanie Delgado

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 5th day of July, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026