| 3.1.063501 | BENCE BERECZKI | ADDRESS REDACTED | CEL 0.00827749221547865 | | |
|---|---|---|---|---|---|