| | | | | | |
|---|---|---|---|---|---|
| 3.1.441245 | PAOLO VEARDO | ADDRESS REDACTED | | ADA 387.280469011968<br>(illegible)<br>COMP 0.741639370160907<br>DASH 3.15606231511332<br>ETH 1.61292739976926<br>MANA 77.8694395870628<br>MATIC 0.181495392030817<br>PAXG 2.0912868070514<br>SOL 1.18579679501006<br>SUSHI 15.0903118627236<br>USDT ERC20 6400.2210971048<br>ZRX 233.857103914346 | |