Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF OMNIBUS HEARING
TO CONSIDER INTERIM FEE APPLICATIONS**

**PLEASE TAKE NOTICE THAT** the hearing at which the Court will consider the Interim Fee Applications (as defined below) will commence on **July 18, 2023 at 10:00 a.m.** prevailing Eastern Time (the "July Omnibus Hearing").

**PLEASE TAKE FURTHER NOTICE THAT** the July Omnibus Hearing will take place in a hybrid fashion both in person and via Zoom for Government.  Those wishing to participate in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

the July Omnibus Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the July Omnibus Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at or listen to the July Omnibus Hearing, whether (a) an attorney or nonattorney, (b) appearing in person or remotely, or (c) making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they will appear at the July Omnibus Hearing remotely or in person and, and if appearing remotely, whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) **need to be made by 4:00 p.m., prevailing Eastern Time, the business day before the hearing (*i.e.*, on Monday, July 17, 2023)**.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the July Omnibus Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the July Omnibus Hearing remotely at 10:00 a.m., prevailing Eastern Time on July 18, 2023 must connect to the July Omnibus Hearing beginning at 9:00 a.m., prevailing Eastern Time on July 18, 2023. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the July Omnibus Hearing. Parties that type in only their first name, a nickname, or initials will not be admitted into the July Omnibus Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first

enter a "Waiting Room" in the order in which you seek to connect. Court personnel will admit each person to the July Omnibus Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the July Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that Jenner & Block LLP filed its first interim fee application from the period from September 29, 2022 through October 31, 2022 at Docket No. 1717; Ernst & Young LLP filed its first interim fee application for the fee period from July 13, 2022 through and including October 31, 2022 at Docket No. 2170; Selendy Gay Elsberg PLLC filed its first interim fee application for the fee period from January 8, 2023 through and including February 28, 2023 at Docket No. 2452; Gornitzky & Co. filed its first interim fee application for the fee period from November 2, 2022 through and including February 28, 2023 at Docket No. 2514; and A.M. Saccullo Legal, LLC filed its first interim fee application for the fee period from December 1, 2022 through and including February 28, 2023 at Docket No. 2462 (the "First Interim Fee Applications").

**PLEASE TAKE FURTHER NOTICE** that Jenner & Block LLP filed their second interim fee application for the period from November 1, 2022 through March 31, 2023 at Docket No. 2463 (the "Jenner & Block Second Interim Fee Application").

**PLEASE TAKE FURTHER NOTICE** that Alvarez & Marsal North America, LLC, Akin Gump Strauss Hauer & Feld LLP, Ernst & Young LLP, Perella Weinberg Partners LP, White & Case LLP, M3 Advisory Partners, LP, Elementus Inc., Huron Consulting Services LLC, Centerview Partners LLC, Kirkland & Ellis LLP and Kirkland & Ellis International LLP (and, collectively with Jenner & Block LLP, Selendy Gay Elsberg PLLC, Gornitzky & Co., and A.M.

Saccullo Legal, LLC, the "Retained Professionals") filed their second interim fee applications for the fee period from November 1, 2022 through and including February 28, 2023 at Docket Nos. 2437, 2446, 2455, 2456, 2457, 2459, 2464, 2465, 2466, and 2469, respectively (the "Second Interim Fee Applications" and together with the First Interim Fee Applications and the Jenner & Block LLP Second Interim Fee Applications, the "Interim Fee Applications").

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee and the Fee Examiner shall be entitled to review, and potentially object to, the Interim Fee Applications until **Monday, July 10, 2023,** pursuant to the fee review schedule set forth in the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745]. On July 7, 2023, the Fee Examiner filed the *Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023* [Docket No. 2975].

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim Fee Applications and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated:  July 9, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |