**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**ORDER SCHEDULING AN EXPEDITED**
**HEARING AND SHORTENING THE NOTICE**
**PERIOD ON THE DEBTORS' MOTION FOR ENTRY OF AN ORDER**
**(I) AUTHORIZING AND APPROVING CERTAIN FEES AND EXPENSES**
**FOR THE BACKUP PLAN SPONSOR, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession

(collectively, the "Debtors") for entry of an order (this "Order"), scheduling an expedited hearing

and shortening the noticing period with respect to the *Debtors' Motion for Entry of an Order*

*(I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and*

*(II) Granting Related Relief* (the "Backup Plan Sponsor Motion"), all as more fully set forth in the

Motion; and upon the Ferraro Declaration; and this Court having jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the

United States District Court for the Southern District of New York, entered February 1, 2012; and

this Court having the power to enter a final order consistent with Article III of the United States

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]  Capitalized terms used but not defined herein have the meanings given to such terms in the Motion or the Backup Plan Sponsor Motion, as applicable.

Constitution; and this Court having found that venue of these cases in this district is proper

pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in

the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in

interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a

hearing thereon were appropriate under the circumstances and no other notice need be provided;

and this Court having reviewed the Motion and having heard the statements in support of the relief

requested therein at a hearing (the "Hearing") before this Court; and this Court having determined

that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      A hearing (the "Backup Plan Sponsor Hearing") on the Backup Plan Sponsor

Motion will be held on **July 18, 2023, at 10:00 a.m., prevailing Eastern Time**.  The Backup Plan

Sponsor Hearing will take place in a hybrid fashion both in person and via Zoom for Government.

Those wishing to participate in the Backup Plan Sponsor Hearing in person may appear before the

Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy

Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling

Green, New York, New York 10004-1408.   For those wishing to participate remotely, in

accordance with General Order M-543 dated March 20, 2020, the Backup Plan Sponsor Hearing

will be conducted remotely using Zoom for Government.  Parties wishing to appear at the Backup

Plan Sponsor Hearing, whether making a "live" or "listen only" appearance before the Court, need

to make an electronic appearance (an "eCourtAppearance") through the Court's website at

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  When making an eCourtAppearance,

parties must specify whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m., prevailing Eastern Time, the business day before the hearing (*i.e.*, on Monday, July 17, 2023)**.

3.       Responses or objections to the relief requested in the Backup Plan Sponsor Motion shall:  (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC*, No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served in accordance with the Case Management Order by **July 14, 2023, at 4:00 p.m., prevailing Eastern Time**, to (i) the entities on the Master Service List (as defined in the Case Management Order and available on the case website of the Debtors at https://cases.stretto.com/celsius) and (ii) any person or entity with a particularized interest in the subject matter of the Motion.

4.       Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

5.       Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6.       The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

22-10964-mg   Doc 2982   Filed 07/10/23   Entered 07/10/23 07:56:13   Main Document
Pg 4 of 4

7.      This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.


**IT IS SO ORDERED.**

Dated:   July 10, 2023
         New York, New York


                                        **/s/ Martin Glenn**
                                        MARTIN GLENN
                                        Chief United States Bankruptcy Judge