ROTTENBERG LIPMAN RICH, P.C.
Mitchell Epner, Esq.
Jennifer A. Kreder, Esq.
The Helmsley Building
230 Park Avenue, 18th Floor
New York, New York 10169
Telephone: (212) 661-3080
Facsimile: (646) 203-0280
Email: mepner@rlrpclaw.com
jkreder@rlrpclaw.com

*Counsel for Grace Chung*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | : | Case No. 22-10964 (MG) |
| Debtor. | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF MITCHELL EPNER AND JENNFER A. KREDER**

**PLEASE TAKE NOTICE** that the undersigned firm of Rottenberg Lipman Rich, P.C. ("RLR") hereby moves the Court for an Order, pursuant to Local Rule 2090-1(e), granting its Motion for Withdrawal of Appearance of Mitchell Epner and Jennifer A. Kreder as attorneys of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

record for Grace Chung in the above-captioned matter. Ms. Chung will continue in this action pro se.

The withdrawal of RLR and its attorneys, Mitchell Epner and Jennifer A. Kreder, will not affect the progress of this case, and RLR does not and cannot assert a retaining or charging lien.

Accordingly, it is submitted that proper grounds exist for the withdrawal of Mr. Epner and Ms. Kreder as attorneys of record for Grace Chung.

Dated: July 10, 2023  
New York, New York

ROTTENBERG LIPMAN RICH, P.C.

By: _____  
Mitchell Epner, Esq.  
Jennifer A. Kreder, Esq.  
The Helmsley Building  
230 Park Avenue, 18th Floor  
New York, New York 10169  
Telephone: (212) 661-3080  
Facsimile: (212) 867-1914  
Email: mepner@rlrpclaw.com  
　　　　jkreder@rlrpclaw.com

*Outgoing Counsel for Grace Chung*