UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.,* | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ASSIGNMENT OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Assignee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the assignment, other than for security, of the claim referenced in this evidence and notice.

| Name of Assignor: | Name of Assignee: |
|---|---|
| Michael Bottjer | Celsius SPV1 Ltd |
| Name and Current Address of Assignor: | Name and Address where notices and payments to Assignee should be sent: |
| michael@arceaucapital.com | Adrienne Woods, Esq.<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20<br>New York, New York 10111<br>aw@heimdallrwa.com |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F line 3.1.554768 | Michael Bottjer | as described on Schedule F | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Sitanshu Kumar* .          Date:        7/9/2023        .
Assignee/Assignee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to five (5) years, or both.  18 U.S.C. §§ 152 & 3571.

2

# EVIDENCE OF ASSIGNMENT OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

AND TO: Celsius Network LLC ("Debtor")
Case No. 22-10964 ("Case")

**Claim No.: 29857**
**Schedule: Schedule F line 3.1.554768**

Michael Bottjer ("Assignor") does hereby unconditionally and irrevocably assign by deed unto:

**CELSIUS SPV1 LTD**
Suite 202, 2nd Floor, Eden Plaza
Eden Island, Mahe, Seychelles

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Assignor in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Assignor; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case; and (f) to any amounts listed on Debtor's schedules (collectively, "Claim"), which represents 100% of the total claim amount of the Assignor against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Assignor hereby waives: (a) any objection to the assignment of the Claim to Assignee on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Assignor assigning the Claim to Assignee and recognizing Assignee as the sole owner and holder of the Claim.

Assignee does not assume and will not be responsible for any obligations or liabilities of Assignor related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Assignee.

**Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, all payments or distributions of money or property in respect of the Claim or for any other purpose in this Case, shall be delivered or made to the Assignee.**

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Assignment of Claim by their duly authorized representative dated July 9, 2023.

| | |
|---|---|
| Michael Bottjer | CELSIUS SPV1 LTD |
| By: _*(signed)*_ | By: _Sitanshu Kumar_ |
| Name: Michael Bottjer | Title: Director |
| Title: | |