UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Kevin J. Windels, depose and say that I am an attorney duly licensed to practice law in the State of New York and admitted to practice before this Court. I am Of Counsel to the firm of Kaufman, Dolowich & Voluck, LLP, attorneys for Euclid Financial Institution Underwriters, LLC, a duly authorized agent of Certain Underwriters at Lloyds of London and Republic Vanguard Insurance Company in the above-captioned chapter 11 cases.

On July 11, 2023, I caused the following documents to be served by email on the Master Service List and 2002 List provided by Stretto attached hereto as **Exhibit A** and the Counsel for the Affected Individuals who have agreed to accept service for their clients attached hereto as **Exhibit B**:

**LETTER REQUEST FOR CLARIFICATION OF COURT'S
MEMORANDUM OPINION OF JULY 10, 2023 (*Docket No.3003*).**

/s/Kevin J. Windels
Kevin J. Windels

State of New York
County of New York

Subscribed and sworn before me on July 12, 2023, by Kevin J. Windels, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/S/Melina El
**Notary Public**

MELINA L. EL
Notary Public, State of New York
No. 01EL6188440
Qualified in New York County
Commission Expires 06/09/2025

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956), GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

## EXHIBIT A

| Creditor Name | Attention | Email |
|---|---|---|
| BAKER, DOMINIC JOHN | | NODEWARRIOR@PROTONMAIL.COM |
| CHANG, RICKIE | | RICKIE.CHANG@GMAIL.COM |
| CIMO, MICHAEL | | MICHAEL.CIMO@GK8.IO |
| DEKKER, CARLOS C | | CARLODEKKER@GMAIL.COM |
| DENTZEL, ZARYN | | DENTZEL@GMAIL.COM |
| DIFIORE, THOMAS ALBERT | | TOMDIF@GMAIL.COM |
| DIXON, SIMON | | SIDIXON22@ME.COM |
| DOWNS, BRADLEY JAMES | | GET2BDOWNS17@GMAIL.COM |
| ELIE SIMON | | ELIE.V.SIMON@GMAIL.COM |
| ERAN TROMER | | ERAN.TROMER@GMAIL.COM |
| FARR, NICHOLAS | | NICKTOOFARR@GMAIL.COM |
| FEINTISCH, ADAM MICHAEL | | AFEINTISCH@GMAIL.COM |
| FITE, JACOB BENJAMIN | | JNJFITE@GMAIL.COM; JAKE@SIDEGRAPH.COM |
| ICB SOLUTIONS | | DUFFYS2@GMAIL.COM |
| JEFFRIES, DAVID | | DAVID.JEFFRIES@GMAIL.COM |
| KIBLER-MELBY, CORT | | CORTKIBLERMELBY@GMAIL.COM |
| KIESER, GREGORY ALLEN | | GREGKIESER@GMAIL.COM |
| KOHJI, HIROKADO | | HIROKADO54@GMAIL.COM |
| LYLLOFF, SANDER | | LYLLOFF.SANDER@OUTLOOK.COM |
| MCCLINTOCK, MICHAEL | | MICHAEL.MUSIC@GMAIL.COM |
| MCMULLEN, BRIAN | | MOONWAVEARTISTS@AOL.COM |
| MOVILEI HOVALOT | | mo.hovalot@gmail.com |
| MURPHY, JR, THOMAS PATRICK | | TOM@SYSDYNAMIX.COM |
| NEOT AVIV | | office@keret.co.il |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON, MARK ROBINSON, & KEITH NOYES FOR COVARIO AG | CAROLINEGWARREN@GMAIL.COM; TOMDIF@GMAIL.COM; ICBSOLUTIONS@PROTON.ME; CHRISTOPHER.J.COCO@GMAIL.COM; CELSIUSBANKRUPTCYCASE@GMAIL.COM; MARKROBINSON55@GMAIL.COM; CELSIUSBANKRUPTCY@COVAR.IO |
| PARK, SEONG | | SMVC88@GMAIL.COM |
| PERRY, BRETT ALAN | | BRETTPERRY19@GMAIL.COM |
| PETERSON, STEPHEN PAUL | | CSPETER8@GMAIL.COM |
| RAJ, RAFAEL | | RAJ.RAFAEL@GMAIL.COM |
| SAENZ, JESUS ARMANDO | | MANDOSAENZ23@GMAIL.COM |
| STEWART, RUSSELL GARTH | | RUSS@THEMORTGAGEFIRM.COM |
| STROBILUS LLC | | COLIN.DELARGY@GMAIL.COM |
| TAIAROA, KERI DAVID | | KERI@3181.NET.AU |
| TAN, RICHARD | | RICHARD@SRGLOBAL.COM |
| TAN, YAN | | JAMIEEYOUNG@PROTONMAIL.COM |
| THE CAEN GROUP LLC | | CHI.W.YAU@GMAIL.COM |
| TRUSSELL, MARK | | MT13@KARA.COM.AU |
| TYCHALSKI, GEORGE | | GEORGE1TYCHALSKI@COMCAST.NET |
| VAN, LOC TRUYEN | | LOCTVAN@HOTMAIL.COM |
| VILLINGER, CHRISTOPHER | | CHRIS.VILLINGER@PROTONMAIL.COM |
| VINCENT, CAROLYN MARGARET | | CAROLYNVINCENT@PROTONMAIL.COM |
| WEXLER, KEVIN JAY | | ELAN.WEXLER.BUSINESS@GMAIL.COM |
| WILCOX, WAYLON J | | WILCOXWAYLON@GMAIL.COM |
| WRIGHT, CHRISTOPHER | | PANACEACMW@AOL.COM |
| YATES-WALKER, JOSH OISIN | | MYSELF@JOY-W.ME.UK |
| YOON, ANDREW | | ANDREWYOON91@GMAIL.COM |

| Creditor Name | Attention | Email |
|---|---|---|
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | KORTIZ@TEAMTOGUT.COM; BKOTLIAR@TEAMTOGUT.COM; DPERSON@TEAMTOGUT.COM; AODEN@TEAMTOGUT.COM; AGLAUBACH@TEAMTOGUT.COM; EBLANDER@TEAMTOGUT.COM; ARODRIGUEZ@TEAMTOGUT.COM; BKOTLIAR@TEAMTOGUT.COM; GQUIST@TEAMTOGUT.COM; ASTOLP@TEAMTOGUT.COM |
| AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL HERRMANN, NICHOLAS FARR AND BRETT PERRY | C/O OFFIT KURMAN, P.A. | JASON.NAGI@OFFITKURMAN.COM |
| AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL HERRMANN, NICHOLAS FARR AND BRETT PERRY | C/O OFFIT KURMAN, P.A. | JKUHNS@OFFITKURMAN.COM |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | DEBORAH.KOVSKY@TROUTMAN.COM; KAY.KRESS@TROUTMAN.COM |
| ADRIAN PEREZ-SIAM | C/O DUANE MORRIS LLP | LJKOTLER@DUANEMORRIS.COM; MBATES@DUANEMORRIS.COM |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | CONSUMERINTEREST@ALABAMAAG.GOV |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | DIETDERICHA@SULLCROM.COM; GLUECKSTEINB@SULLCROM.COM; BELLERB@SULLCROM.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@ALASKA.GOV |
| ALTCOINTRADER (PTY) LTD. | | RICHARD@ALTCOINTRADER.CO.ZA |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | TDOMINCZYK@MAURICEWUTSCHER.COM; THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | DADLER@MCCARTER.COM |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | consumer@azag.gov |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | OAG@ARKANSASAG.GOV |
| B2C2 LTD | | MIDDLEOFFICE@B2C2.COM |

| Creditor Name | Attention | Email |
|---|---|---|
| BLOCKDAEMON INC. | | accounting@blockdaemon.com |
| BRANDON VOSS | ATTN: STUART P. GELBERG, ESQ. | SPG@13TRUSTEE.NET |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| CELSIUS NETWORK LIMITED AND CELSIUS KEYFI LLC | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | JMANNON@AKINGUMP.COM; EDSCOTT@AKINGUMP.COM |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | PATRICK.NASH@KIRKLAND.COM; ROSS.KWASTENIET@KIRKLAND.COM |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | JSUSSBERG@KIRKLAND.COM |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | DADLER@MCCARTER.COM |
| CLINT PETTY | ATTN: STUART P. GELBERG, ESQ. | SPG@13TRUSTEE.NET |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | CORA.REQUEST@COAG.GOV |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE | C/O PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | MVANECK@ATTORNEYGENERAL.GOV |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@CT.GOV |
| CORE SCIENTIFIC, INC. | C/O WEIL GOTSHAL & MANGES LLP | RAY.SCHROCK@WEIL.COM; DAVID.LENDER@WEIL.COM; RONIT.BERKOVICH@WEIL.COM |
| COVARIO AG | | CELSIUSBANKRUPTCY@COVAR.IO; MARK.BANNER@COVAR.IO |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | DAZMAN@MWE.COM; MCO@MWE.COM; CGREER@MWE.COM |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | GSTEINMAN@MWE.COM |

| Creditor Name | Attention | Email |
|---|---|---|
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | C10_SPC@INVICTUSCAPITAL.COM; DANIEL@INVICTUSCAPITAL.COM |
| DEFERRED 1031 EXCHANGE, LLC | | CIADONISI@DEFERRED1031.COM |
| DELAWARE DEPARTMENT OF JUSTICE | | ATTORNEY.GENERAL@STATE.DE.US; ATTORNEY.GENERAL@DELAWARE.GOV |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O MEYER, SUOZZI, ENGLISH & KLEIN, PC | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | OAG@DC.GOV |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | JEFFREY.GLEIT@AFSLAW.COM; ALLISON.WEISS@AFSLAW.COM; LISA.INDELICATO@AFSLAW.COM; ALYSSA.FIORENTINO@AFSLAW.COM |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | SCHROEDER@JRLAW.ORG; HEALEY@JRLAW.ORG |
| FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON & KATHERINE AIZPURU | KJOHNSON3@FTC.GOV; KAIZPURU@FTC.GOV |
| FEE EXAMINER, CHRISTOPHER S. SONTCHI | C/O GODFREY & KAHN, S.C. | KSTADLER@GKLAW.COM |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| G. E. EHRLICH (1995) LTD. | | info@ipatent.co.il |
| GALAXY DIGITAL TRADING LLC | C/O ORRICK HERRINGTON & SUTCLIFFE LLP | OHSCELSIUSNOTICE@ORRICK.COM |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | brosszer@law.ga.gov |
| GUBERMAN CONSULTING | | info@Guberman.co.il |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | atg.ced@hawaii.gov |

| Creditor Name | Attention | Email |
|---|---|---|
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| IGNAT TUGANOV | C/O VENABLE LLP | JSSABIN@VENABLE.COM; CWEINERLEVY@VENABLE.COM; APELED@VENABLE.COM |
| IGNAT TUGANOV | C/O VENABLE LLP | AJCURRIE@VENABLE.COM |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | INFO@LISAMADIGAN.ORG |
| ILLUMITI CORP A/K/A SYNTAX SYSTEMS USA LP | C/O SILLS CUMMIS & GROSS PC | GKOPACZ@SILLSCUMMIS.COM |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | C20_SPC@INVICTUSCAPITAL.COM; DANIEL@INVICTUSCAPITAL.COM |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@AG.IOWA.GOV |
| ISRAEL INNOVATION AUTHORITY | | contactus@innovationisrael.org.il |
| JASON STONE AND KEYFI INC. | C/O KYLE ROCHE P.A. | KYLE@KYLEROCHE.LAW |
| JASON STONE AND KEYFI INC. | C/O FREEDMAN NORMAND FRIEDLAND LLP | VEL@FNF.LAW |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | DADLER@MCCARTER.COM |
| JOHN MARCHIONI | C/O BLANK ROME LLP | EVAN.ZUCKER@BLANKROME.COM; EDOCKETING@BLANKROME.COM |
| JYOTI SUKHNANI | ATTN: STUART P. GELBERG, ESQ. | spg@13trustee.net |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | DEREK.SCHMIDT@AG.KS.GOV |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | DADLER@MCCARTER.COM |

| Creditor Name | Attention | Email |
|---|---|---|
| KYLE FARMERY | ATTN: STUART P. GELBERG, ESQ. | SPG@13TRUSTEE.NET |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | ADMININFO@AG.STATE.LA.US |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@MAINE.GOV |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | DADLER@MCCARTER.COM |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | OAG@OAG.STATE.MD.US |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | BGOLUB@WGPLLP.COM |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | JCIANCIULLI@WGPLLP.COM; MBROADHURST@WGPLLP.COM |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: JUANDISHA HARRIS | HARRISJ12@MICHIGAN.GOV |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | CONSUMER.HELP@AGO.MO.GOV |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | DADLER@MCCARTER.COM |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | CONTACTDOJ@MT.GOV |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | JBERNSTEIN@MDMC-LAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | VSHEA@MDMC-LAW.COM |

| Creditor Name | Attention | Email |
|---|---|---|
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | NLEONARD@MDMC-LAW.COM; SSHIDNER@MDMC-LAW.COM |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | HBALDERAS@NMAG.GOV |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | JOSHUA@LEVINEPSTEIN.COM |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O FISHERBROYLES, LLP | CARL.NEFF@FISHERBROYLES.COM |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O FISHERBROYLES, LLP | THOMAS.WALKER@FISHERBROYLES.COM |
| NHAT VAN MEYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |
| NIKI GA MANAGEMENT AND MAINTENANCE LTD | | info@niki-nikayon.com |
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ELOBELLO@MSEK.COM; JWEISS@MSEK.COM |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | USTPREGION02.NYECF@USDOJ.GOV; SHARA.CORNELL@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | DAVID.TURETSKY@WHITECASE.COM; SAM.HERSHEY@WHITECASE.COM; MCOSBNY@WHITECASE.COM; JDISANTI@WHITECASE.COM; JWEEDMAN@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | MANDOLINA@WHITECASE.COM; GREGORY.PESCE@WHITECASE.COM; JDISANTI@WHITECASE.COM; MCO@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | AARON.COLODNY@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O SELENDY GAY ELSBERG PLLC | JSELENDY@SELENDYGAY.COM; FGAY@SELENDYGAY.COM; COBRIEN@SELENDYGAY.COM |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | QUESTIONS@OAG.OK.GOV |

| Creditor Name | Attention | Email |
|---|---|---|
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | ELLEN.ROSENBLUM@DOJ.STATE.OR.US; ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | DADLER@MCCARTER.COM |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | BHANNON@NORGAARDFIRM.COM; MNORGAARD@NORGAARDFIRM.COM; CROSE@NORGAARDFIRM.COM; KCIMMINO@NORGAARDFIRM.COM; CROSE@NORGAARDFIRM.COM |
| PHAROS USD FUND SP & PHAROS FUND SP | | ADMIN@LANTERNVENTURES.COM |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | C/O FORTIS LLP | PSHANKMAN@FORTISLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | MORRIS.WEISS@WALLERLAW.COM; SHERRI.SAVALA@WALLERLAW.COM; ANNMARIE.JEZISEK@WALLERLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | TYLER.LAYNE@WALLERLAW.COM; CHRIS.CRONK@WALLERLAW.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | AG@RIAG.RI.GOV |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | ELAINEHUCKABEE@DWT.COM; SEADOCKET@DWT.COM |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | C/O BROWN & CONNERY LLP | JMONTGOMERY@BROWNCONNERY.COM |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SIGNATURE BANK | C/O GOETZ FITZPATRICK LLP | SSIMON@GOETZFITZ.COM |

| Creditor Name | Attention | Email |
|---|---|---|
| STATES OF ALABAMA, ARKANSAS, DISTRICT OF COLUMBIA, HAWAII, IDAHO, MAINE, NEW YORK, NORTH DAKOTA, OKLAHOMA AND SOUTH | C/O NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KCORDRY@NAAG.ORG |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | C/O MINTZ & GOLD LLP | GOTTESMAN@MINTZANDGOLD.COM; SONDHI@MINTZANDGOLD.COM |
| TEL AVIV MUNICIPALITY | | reinach_j@mail.tel-aviv.gov.il |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | AGBANKNEWYORK@AG.TN.GOV |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV; JASON.BINFORD@OAG.TEXAS.GOV; ROMA.DESAI@OAG.TEXAS.GOV |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | JASON.BINFORD@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV; ROMA.DESAI@OAG.TEXAS.GOV |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | SLIEBERMAN@PRYORCASHMAN.COM; MSILVERMAN@PRYORCASHMAN.COM |
| ULREY, RENARD | C/O WADSWORTH, GARBER, WARNER AND CONRARDY, P.C. | AGARBER@WGWC-LAW.COM |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | UAG@UTAH.GOV |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. | JENNIFER.ROOD@VERMONT.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | AGO.INFO@VERMONT.GOV |
| VICKERS, LISA T. | C/O BERLINER & PILSON, ESQS | RPILSON@BERLINERPILSON.COM |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES, LLP | HOLLACE.COHEN@FISHERBROYLES.COM |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | MAIL@OAG.STATE.VA.US |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | DINA.YUNKER@ATG.WA.GOV; BCUYUNKER@ATG.WA.GOV |

| Creditor Name | Attention | Email |
|---|---|---|
| WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | ATTN: STEPHEN MANNING | STEPHEN.MANNING@ATG.WA.GOV; BCUYUNKER@ATG.WA.GOV |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | CONSUMER@WVAGO.GOV |
| XTRA MILE LTD. | | info@xtra-mile.co |
| YASMINE PETTY | ATTN: STUART P. GELBERG, ESQ. | spg@13trustee.net |
| YHM TECHNOLOGY LTD | | office@yhmtech.co.il |
| Zack Kaplan, Michael Kaplan, Eli Kaplan, Ben Kaplan and Michael Mazzotta | c/o Lowenstein Sandler LLP | metkin@lowenstein.com; abehlmann@lowenstein.com |
| ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL MAZZOTTA | C/O LOWENSTEIN SANDLER LLP | PKHEZRI@LOWENSTEIN.COM |
| ZIGLU LIMITED | | CFO@ZIGLU.IO |

# **EXHIBIT B**

| |
|---|
| Jonathan Ohring, Esq.<br>Yankwitt, LLP<br>140 Grand Street, Suite 705<br>White Plains, New York 10601<br>Attorneys for Alexander Mashinsky<br><br>Via Email: (*Jonathan@yankwitt.com*) |
| Samson Enzer, Esq.<br>Cahill, Gordon & Reindel, LLP<br>32 Old Slip<br>New York, New York 10005<br>Attorneys for Asaf Iram<br><br>Via Email: (*Senzer@Cahill.com*) |
| Susan E. Brune, Esq.<br>Brune Law, PC<br>450 Park Avenue<br>New York, New York 10022<br>Attorneys for Johannes Treutler<br><br>Via Email: (*Sbrune@Brunelaw.com*) |
| Eric Rosen, Esq.<br>Freedman, Normand, Friedland, LLP<br>225 Franklin Street, 26th Floor<br>Boston, Massachusetts 02110<br>Attorneys for Harumi Urata-Thompson<br>Via Email (*ERosen@fnf.law*) |
| Jeffrey Brown, Esq.<br>Nicholas Gersh, Esq.<br>Dechert, LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Attorneys for Roni Cohen-Pavon<br><br>Via Email (*Jeffrey.Brown@Dechert.com*);<br>(*Nicholas.Gersh@Dechert.com*) |

| |
|---|
| Pieter Van Tol, Esq.<br>Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, New York 10017<br>Attorneys for Shlomi "Daniel" Leon<br><br>Via Email: (*Pieter.vantol@hoganlovells.com*) |
| Jonathan N. Halpern, Esq.<br>Holland & Knight, LLP<br>31 West 52nd Street<br>New York, New York 10019<br>Attorneys for Dean Tappen<br><br>Via Email: *(Jonathan.halpern@hklaw.com)* |
| Thad Wilson, Esq.<br>King & Spalding, LLP<br>1180 Peachtree Street N.E., Suite 1600<br>Atlanta, Georgia 30309<br>Attorneys for Jeremie Beaudry<br><br>Via Email: (*thadwilson@kslaw.com*) |
| Avi Weitzman, Esq.<br>Paul Hastings, LLP<br>200 Park Avenue<br>New York, New York 10166<br>Attorneys for Adrian Alisie; Amir Ayalon; Tal Bentov; Guillermo Bodnar; Rod Bolger; Ron Deutsch; Chris Ferraro; Hanoch "Nuke" Goldstein; Shiran Kleiderman; Jason Perman; Trunshedda Ramos; Rodney Sunada-Wong<br><br>Via Email:(*Aviweitzman@paulhastings.com*) |
| Leigh Nathanson, Esq.<br>King & Spalding, LLP<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036<br>Attorneys for Kristine Meehan Mashinsky<br><br>Via Email: (*Lnathanson@kslaw.com*) |

Greg D. Andres, Esq.
Darren S. Klein, Esq.
Dan Peck, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue New York, N.Y. 10017
Attorneys for Aslihan Denizkurdu

Via Email: greg.andres@davispolk.com
darren.klein@davispolk.com
dan.peck@davispolk.com