**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHEROKEE
ACQUISITION

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al., | No. 22-10964 (MG) |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:
**Christopher Gabriel Parrado**

Name of Transferee:
**FTX Bidco LLC**

Name and Current Address of
Transferor:

Name and Address where notices and payments
to transferee should be sent:

**Christopher Gabriel Parrado**
**(Redacted)**

**FTX Bidco LLC**
**90 Argyle Avenue**
**New Rochelle, NY 10804**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F Line (3.1.105713) | Christopher Gabriel Parrado | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: July ⁶ᵗʰ , 2023
*Susan Myers*
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO:        U.S. Bankruptcy Court
           Southern District of New York ("Bankruptcy Court")

AND TO:    Celsius Network LLC ("Debtor")
           Case No. 22-10964 ("Case")

Proof of Claim #: Not Filed
Schedule F Line #: 3.1.105713

CHRISTOPHER GABRIEL PARRADO ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**FTX BIDCO LLC**
Attn: Susan Meyers
90 Argyle Ave
New Rochelle, NY 10804

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the claim; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount of the Schedule F amount, which represents 100% of the total claim amount of the Schedule F amount ("Claim") against Debtor in the Bankruptcy Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated July  6th , 2023.

CHRISTOPHER GABRIEL PARRADO           **FTX BIDCO LLC**

By:                                    By:
Name: Christopher Parrado             Name:  Irvin Schlussel
Title: Owner                          Title:    Managing Partner

SAC CEL 2023-1                                                              page 6

| 3.1.105713 | CHRISTOPHER GABRIEL PARRADO | ADDRESS REDACTED | | ADA 4119.31832843635<br>AVAX 67.3538960416193<br>BTC 2.09076418971058<br>CEL 106.599510747943<br>DOT 249.682688979584<br>ETH 11.3334549159037<br>LINK 189.80707143358<br>MANA 4079.98670155268<br>MATIC 2876.69694342743<br>SNX 2006.99128651877<br>SOL 81.1126656141561 | CEL 47.6190476190476<br>XRP 45290.245462 | |