Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF HYBRID OMNIBUS HEARINGS**

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "Court") scheduled omnibus hearing dates and times for matters in the above-captioned chapter 11 cases for **Tuesday, August 29, 2023, at 11:00 a.m., prevailing Eastern Time** (the "August Omnibus Hearing"), **Thursday, September 14, 2023, at 10:00 a.m., prevailing Eastern Time** (the "September Omnibus Hearing"), and **Thursday, October 5, 2023, at 10:00 a.m., prevailing Eastern Time** (the "October Omnibus Hearing," and together with the August Omnibus Hearing and the September Omnibus Hearing, the "Hearings").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that the Hearings will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Hearings in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Hearings will be conducted remotely using Zoom for Government. Parties wishing to appear at or listen to the Hearings, whether (a) an attorney or non-attorney, (b) appearing in person or remotely, or (c) making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they will appear at the Hearing remotely or in person and, and if appearing remotely, whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) for the August Omnibus Hearing need to be made by **4:00 p.m., prevailing Eastern Time, the business day before the August Omnibus Hearing (*i.e.*, on Monday, August 28, 2023)**. Electronic appearances (eCourtAppearances) for the September Omnibus Hearing need to be made by **4:00 p.m., prevailing Eastern Time, the business day before the September Omnibus Hearing (*i.e.*, on Wednesday, September 13, 2023)**. Electronic appearances (eCourtAppearances) for the October Omnibus Hearing need to be made by **4:00 p.m., prevailing Eastern Time, the business day before the October Omnibus Hearing (*i.e.*, on Wednesday, October 4, 2023).**

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearings and the Court's security requirements for participating in a Zoom for

Government audio and video hearing, all persons seeking to remotely attend the August Omnibus Hearing at 11:00 a.m., prevailing Eastern Time on August 29, 2023 must connect to the August Omnibus Hearing beginning at 10:00 a.m., prevailing Eastern Time on August 29, 2023.  All persons seeking to remotely attend the September Omnibus Hearing at 10:00 a.m., prevailing Eastern Time on September 14, 2023, must connect to the September Omnibus Hearing beginning at 9:00 a.m., prevailing Eastern Time on September 14, 2023. All persons seeking to remotely attend the October Omnibus Hearing at 10:00 a.m., prevailing Eastern Time on October 5, 2023, must connect to the October Omnibus Hearing beginning at 9:00 a.m., prevailing Eastern Time on October 5, 2023. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing.  Parties that type in only their first name, a nickname, or initials will not be admitted into the Hearing.  When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room" in the order in which you seek to connect.  Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance.  Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

    **PLEASE TAKE FURTHER NOTICE** that copies of the motions and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of the motions and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: July 13, 2023 | /s/ Joshua A. Sussberg<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>        ross.kwasteniet@kirkland.com<br>        chris.koenig@kirkland.com<br>        dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |