**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Cherokee Debt Acquisition, LLC, Attn: Vladimir Jelisavcic at 1384 Broadway, Suite 906, New York, NY 10018:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2771]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2777]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2789]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2790]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2792]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2794]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2810]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2814]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2833]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2857]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2910]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2911]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2932]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2940]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2945]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2946]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2953]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2956]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2957]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Braedy Luxenburg at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2771]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Scott Roberts at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2777]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bradford Capital Holdings, LP, Attn: Brian L. Brager at PO Box 4353, Clifton, NJ 07012:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2784]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Wayne Richard Jr Stanley at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2784]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Arianna Hoffman at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2789]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Marleytta Calilla Potter at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2790]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Oroboros Cel I, LLC at 4 Lakeside Drive, Chobham Lakes, Woking, Surrey, GU24 8BD, United Kingdom:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2791]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2796]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Timothy Malcolm at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2791]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2796]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Brandon Lentz at redacted addresses:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2792]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Sven De La Rosa at redacted addresses:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2794]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Diamond Family Investments LLC at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2798]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2912]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on AK Solutions Inc at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2798]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Contrarian Funds, LLC, Attn: Alpa Jimenez at 411 West Putnam Ave, Suite 425, Greenwich, CT 06830:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2800]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2822]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on George Tychalski at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2800]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on BFCP IV LLC, c/o Nexxus Holdings Operations LLC at 800 Miramonte Dr, Suite 380, Santa Barbara, CA 93109

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2809]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2829]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2830]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2854]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2927]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2928]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2931]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2961]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Richard Greenwood at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2809]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Thomas Luff at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2810]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Nicolas Agnelli Sabin Casal at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2814]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Serrur Investment Partners, LP at 197 Freeman Street 3C, Brooklyn, NY 11222:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2818]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Christopher Weller at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2818]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Diann Jones at redacted addresses:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2822]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Joseph Michael Mercola at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2829]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Philip Perry at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2830]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Dana Sandefur at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2833]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Menachem Eizicovics at redacted addresses:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2854]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Brandon Danzyger at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2857]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Carl Mattias Abrahamsson at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2910]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Michael Wood at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2911]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Fabien Menigault at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2912]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Keagan Hyunchul Lee at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2927]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Alexander Stevens at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2928]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Daniel J Goldwyn at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2931]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Shane Williams at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2932]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Dilip Pedada at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2940]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on SLFAQ LLC at 670 White Plains Road, Penthouse, Scarsdale, NY 10583:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2944]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Eric McNelis at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2944]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Aaron Bigoto Carr at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2945]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Kevin E Daugherty at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2946]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on NovaWulf Digital Parallel Master Fund, L.P., Attn: Michael Abbate at 9 Federal Street, Easton, MD 21601:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2950]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Irakli Gogua at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2950]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Fredrik Andersen at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2953]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on John J Jr Reichmeier at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2956]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Mohammed Salam at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2957]**

Furthermore, on July 11, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Noel Boensel at redacted addresses:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2961]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Cherokee Debt Acquisition, LLC, Attn: Vladimir Jelisavcic at 1384 Broadway, Suite 906, New York, NY 10018:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2972]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2986]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2989]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Chris Tahmazis at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2972]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on SLFAQ LLC at 670 White Plains Road, Penthouse, Scarsdale, NY 10583:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2973]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2974]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bence Bereczki at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2973]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Paolo Veardo at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2974]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on FTX Bidco LLC at 90 Argyle Avenue, New Rochelle, NY 10804:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2985]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Lukasz Lobacz at redacted addresses:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2985]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Bruno Vidak at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2986]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2989]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Michael Bottjer at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2997]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2999]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Oroboros Cel I, LLC at 4 Lakeside Drive, Chobham Lakes, Woking, Surrey, GU24 8BD, United Kingdom:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 2997]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Celsius SPV1 Ltd, c/o WZMP, Attn: Adrienne Woods at 45 Rockefeller Plaza, Floor 20, New York, NY 10111:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 2999]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Celsius SPV1 Ltd, c/o WZMP, Attn: Adrienne Woods at 45 Rockefeller Plaza, Floor 20, New York, NY 10011:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3000]**

Furthermore, on July 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jean-Charles Gautard at redacted addresses:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3000]**

Dated: July 13, 2023

*Sabrina Tu*
Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 13th day of July, 2023, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Kerrie Lynne Darby*

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027