Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF STATUS CONFERENCES**

**PLEASE TAKE NOTICE** that the *Debtors' Motion to Dismiss the Second Amended Complaint and Incorporated Memorandum of Law* (the "F. Shanks Motion") [Adv. No. 23-01190, Docket No. 27] will not be heard at the omnibus hearing on **July 18, 2023, at 10:00 a.m., prevailing Eastern Time** before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, and instead will proceed as a status conference at that time (the "F. Shanks Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the *Debtors' Motion to Dismiss the Amended Complaint* (the "C. Shanks Motion") [Adv. No. 23-01010, Docket No. 9] will not be heard at the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

omnibus hearing on **July 18, 2023, at 3:00 p.m., prevailing Eastern Time** before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, and instead will proceed as a status conference (the "C. Shanks Status Conference") on **July 18, 2023 at 10:00 a.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that the *Debtors' Motion to Dismiss the Complaint and Incorporated Memorandum of Law* (the "Georgiou Motion") [Adv No. 23-01016, Docket No. 9] will not be heard at the omnibus hearing on **July 18, 2023, at 3:00 p.m., prevailing Eastern Time** before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, and instead will proceed as a status conference (the "Georgiou Status Conference") on **July 18, 2023 at 10:00 a.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that a status conference regarding the *Complaint for Declaratory Judgment* [Adv. No. 23-01007, Docket No. 1] (the "Ad Hoc Group of Borrowers Complaint" and together with the F. Shanks Motion, the C. Shanks Motion, and the Georgiou Motion, the "Pleadings") will be held on **July 18, 2023, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, Chief United States Bankruptcy Judge (the "Ad Hoc Group of Borrowers Status Conference" and together with the F. Shanks Status Conference, the C. Shanks Status Conference, and the Georgiou Status Conference, the "Status Conferences").

**PLEASE TAKE FURTHER NOTICE** that the Status Conferences will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Status Conferences in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Status Conferences will be conducted remotely using Zoom for Government. Parties

2

wishing to appear at or listen to the Status Conferencess, whether (a) an attorney or non-attorney, (b) appearing in person or remotely, or (c) making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgibin/nysbAppearances.pl.   When making an eCourtAppearance, parties must specify whether they will appear at the Status Conference remotely or in person and, and if appearing remotely, whether they are making a "live" or "listen only" appearance.  Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m., prevailing Eastern Time, the business day before the Status Conferences (*i.e.*, on Monday, July 17, 2023)**.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Status Conference and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Status Conferences at 10:00 a.m., prevailing Eastern Time on July 18, 2023, must connect to the Status Conference beginning at 9:00 a.m., prevailing Eastern Time on July 18, 2023.  When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Status Conference.  Parties that type in only their first name, a nickname or initials will not be admitted into the Status Conference.  When seeking to connect for either audio or video participation in a Zoom for Government Status Conference, you will first enter a "Waiting Room," in the order in which you seek to connect.  Court personnel will admit each person to the Status Conference from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance.  Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Status Conference.

**PLEASE TAKE FURTHER NOTICE** that copies of the Pleadings and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Pleadings and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: July 14, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  patrick.nash@kirkland.com<br>  ross.kwasteniet@kirkland.com<br>  chris.koenig@kirkland.com<br>  dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |