Valeriya Yanchuk
Neubuergle 1
CH-6026 Rain
E-Mail: ztmr123@gmail.com
Phone: 004178 231 71 07

Abs.: Valeriya Yanchuk, Neubuergle 1, CH-6026 Rain(LU)
United States Bankruptcy Court
Southern District of New York
One Bowling Green, 6th Floor
New York, NY 10004-1408
USA



03th
of July 2023

**Concerning Chapter 11 Case No. 22-10964 (MG).**
**Debtor: Celsius Network LLC**
**Creditor: Valeriya Yanchuk**
**Amount and currency claimed by creditor: 0.0314415487403715 BTC**

Dear Sir or Madam,

I sent you the filled form 1040 in January 2023.
The last letter I received concerning the case No. 22-10964 was in April 2023. This letter informed about an auction that took place in April in connection with filing for bankruptcy in accordance to Chapter 11 by Celsius Network LLC.

Already in 2022 I made a claim to get back 0.0314415487403715 BTC that Celsius took from me in the same year. Please transfer the indicated amount on my Coinbase-account registered on my name.

If you are not responsible for restitution, please pass this demand to the institution that is in charge of this process.

You can contact me via e-mail or make a phone call on my phone number 004178 231 71 07.
Respond within 10 (ten) days please.

Kind regards,

*Yanchuk*
Valeriya Yanchuk