Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenues
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AGENDA FOR HEARING TO BE HELD
## JULY 18, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)

Time and Date of Hearing:     July 18, 2023, at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:     The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance:
Instructions:     In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will take place in a hybrid fashion both in person and via Zoom for Government.  Those wishing to participate in the Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. Parties wishing to appear at the Hearings live or via Zoom, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m. (prevailing Eastern Time) on July 17, 2023.**

Due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing scheduled to commence at 10:00 a.m., July 18, 2023 (prevailing Eastern Time), must connect to the Hearing beginning at 9:00 a.m., July 18, 2023 (prevailing Eastern Time).

When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

Copies of Motions:    A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I.    Uncontested Matters.

1.    **Motion to Approve Fees for Backup Plan Sponsor**. Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief [Docket No. 2978].

Objection Deadline: July 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

2

Related Documents:

(1)     Statement Regarding Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief [Docket No. 2831].

(2)     Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor and (II) Granting Related Relief [Docket No. 2847].

(3)     Reply in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief [Docket No. 2908].

(4)     Declaration of Samuel Schreiber, Senior Director of Alvarez & Marsal North America, LLC, in Support of the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief [Docket No. 2909].

(5)     Notice of Filing of Revised Proposed Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief [Docket No. 2921].

(6)     Order Denying Without Prejudice Debtors' Motion to Pay Fees to the Backup Plan Sponsor [Docket No. 2923].

(7)     Debtors' Motion to Schedule an Expedited Hearing and Shorten the Notice Period on the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief [Docket No. 2979].

(8)     Order Scheduling an Expedited Hearing and Shortening the Notice Period on the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief [Docket No. 2982].

(9)     Notice of Amended and Restated Backup Plan Sponsor Agreement and Deadline to Submit Backup Bids [Docket No. 2983].

(10)    Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief [Docket No. 2984].

**Status**:    This matter is going forward.

## II.    **Contested Matters.**

2.    **Motion to Approve Series B Settlement**.  Joint Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors, the Committee, and the Initial Consenting Series B Preferred Holders and (II) Granting Related Relief [Docket No. 2899].

Objection Deadline:  July 11, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Limited Objection of Andersen Invest Luxembourg S.A. SPF, J.R. Investment Trust and David Hoffman to the Proposed Settlement [Docket No. 3002].

(2)    Limited Objection to the Joint Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors, the Committee, and the Initial Consenting Series B Preferred Holders and (II) Granting Related Relief [Docket No. 3013].

Related Documents:

(1)    Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Joint Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors, the Committee, and the Initial Consenting Series B Preferred Holders and (II) Granting Related Relief [Docket No. 2967].

(2)    Notice of Filing of Revised Proposed Order (I) Approving the Settlement by and Among the Debtors, the Committee, and the Consenting Series B Preferred Holders and (II) Granting Related Relief [Docket No. 2998].

**Status**:    This matter is going forward.

## III.    **Fee Applications.**

3.    **Fee Examiner's Report**.  Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

Related Documents:

(1)    Second Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from November 1, 2022, Through and Including February 28, 2023 [Docket No. 2469].

(2)     First Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period July 13, 2022 Through October 31, 2022 [Docket No. 2170].

(3)     Second Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period November 1, 2022 Through February 28, 2023 [Docket No. 2455].

(4)     Second Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 1, 2022 Through and Including February 28, 2023 [Docket No. 2437].

(5)     Second Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period November 1, 2022 Through and Including February 28, 2023 [Docket No. 2446].

(6)     First Interim Fee Application of Selendy Gay Elsberg PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of January 8, 2023 Through February 28, 2023 [Docket No. 2452].

(7)     Second Interim Fee Application of Perella Weinberg Partners LP for Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors of Celsius Network, LLC, et al., for the Period of November 1, 2022 Through February 28, 2023 [Docket No. 2456].

(8)     Second Interim Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors from November 1, 2022 Through February 28, 2023 [Docket No. 2457].

(9)     Second Interim Fee Application of M3 Advisory Partners, LP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period of November 1, 2022 Through February 28, 2023 [Docket No. 2459].

(10)    First Interim Application of A.M. Saccullo Legal, LLC [for] Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from December 1, 2022 Through February 28, 2023 [Docket No. 2462].

(11)    First Interim Fee Application of Shoba Pillay, Examiner and Jenner & Block LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period from September 29, 2022 Through October 31, 2022 [Docket No. 1717].

(12)    Second Interim Application of Shoba Pillay, Examiner and Jenner & Block LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period of November 1, 2022 Through March 31, 2023 [Docket No. 2463].

(13)    Second Interim Application of Elementus Inc. For Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC., et al., for the Period of November 1, 2022 Through February 28, 2023 [Docket No. 2464].

(14)    Second Interim Fee Application of Huron Consulting Services LLC as Financial Advisor to the Examiner for the Period from November 1, 2022, Through and Including February 28, 2023 [Docket No. 2465].

(15)    Second Interim Fee Application of Centerview Partners LLC, as Investment Banker to the Debtors' [*sic*] for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2022 Through February 28, 2023 [Docket No. 2466].

(16)    First Interim Fee Application of Gornitzky & Co. For Compensation for Services Rendered and Reimbursement of Expenses as Israeli Counsel to the Official Committee of Unsecured Creditors for the Period of November 2, 2022 Through February 28, 2023 [Docket No. 2514].

4.    **Kirkland & Ellis Second Interim Fee Application**.  Second Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from November 1, 2022, Through and Including February 28, 2023 [Docket No. 2469].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Fourth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from November 1, 2022 Through November 30, 2022 [Docket No. 1863].

(2)  Fifth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from December 1, 2022 Through December 31, 2022 [Docket No. 2249].

(3)  Sixth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2023 Through February 28, 2023 [Docket No. 2424].

(4)  Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

5.  **Ernst & Young First and Second Interim Fee Applications**.  First Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period July 13, 2022 Through October 31, 2022 [Docket No. 2170]; Second Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period November 1, 2022 Through February 28, 2023 [Docket No. 2455].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)  Combined First Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period July 13, 2022 Through October 31, 2022 [Docket No. 2109].

(2)  Combined Second Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period November 1, 2022 Through December 31, 2022 [Docket No. 2363].

(3)  Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on April 18, 2023 [Docket No. 2387].

(4)  Combined Third Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as

Tax Compliance and Tax Advisory Services Provider for the Time Period January 1, 2023 Through February 28, 2023 [Docket No. 2427].

(5)     Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:     This matter is going forward.

6.     **Alvarez & Marsal Second Interim Fee Application**.  Second Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 1, 2022 Through and Including February 28, 2023 [Docket No. 2437].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Fourth Monthly Fee Statement of Services Rendered and Expenses Incured [*sic*] by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from November 1, 2022 Through November 30, 2022 [Docket No. 1943].

(2)     Fifth Monthly Fee Statement of Services Rendered and Expenses Incured [*sic*] by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from December 1, 2022 Through December 31, 2022 [Docket No. 2108].

(3)     Sixth Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from January 1, 2023 Through January 31, 2023 [Docket No. 2233].

(4)     Seventh Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from February 1, 2023 Through February 28, 2023 [Docket No. 2384].

(5)     Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:     This matter is going forward.

7.      **Akin Gump Second Interim Fee Application**.  Second Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period November 1, 2022 Through and Including February 28, 2023 [Docket No. 2446].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)      Fourth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of November 1, 2022 Through November 30, 2022 [Docket No. 1896].

(2)      Fifth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of December 1, 2022 Through December 31, 2022 [Docket No. 2114].

(3)      Sixth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of January 1, 2023 Through January 31, 2023 [Docket No. 2289].

(4)      Seventh Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of February 1, 2023 Through February 28, 2023 [Docket No. 2420].

(5)      Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:      This matter is going forward.

8.      **Selendy Gay Elsberg PLLC First Interim Fee Application**.  First Interim Fee Application of Selendy Gay Elsberg PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of January 8, 2023 Through February 28, 2023 [Docket No. 2452].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    First Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Cocounsel [*sic*] for the Official Committee of Unsecured Creditors for the Period from January 8, 2023 Through February 28, 2023 [Docket No. 2355].

(2)    Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:    This matter is going forward.

9.    **Perella Weinberg Second Interim Fee Application**.    Second Interim Fee Application of Perella Weinberg Partners LP for Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors of Celsius Network, LLC, Et Al., for the Period of November 1, 2022 Through February 28, 2023 [Docket No. 2456].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Fourth Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from November 1, 2022 Through November 30, 2022 [Docket No. 2448].

(2)    Notice of Fifth Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from December 1, 2022 Through December 31, 2022 [Docket No. 2449].

(3)    Sixth Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from January 1, 2023 Through January 31, 2023 [Docket No. 2450].

(4)    Seventh Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from February 1, 2023 Through February 28, 2023 [Docket No. 2451].

      (5)     Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:     This matter is going forward.

10.    **White & Case Second Interim Fee Application**.  Second Interim Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors from November 1, 2022 Through February 28, 2023 [Docket No. 2457].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

      (1)     Fourth Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from November 1, 2022 Through November 30, 2022 [Docket No. 1899].

      (2)     Fifth Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2022 Through December 31, 2022 [Docket No. 2099].

      (3)     Sixth Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from January 1, 2023 Through January 31, 2023 [Docket No. 2214].

      (4)     Seventh Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from February 1, 2023 Through February 28, 2023 [Docket No. 2368].

      (5)     Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:     This matter is going forward.

11.    **M3 Second Interim Fee Application**.  Second Interim Fee Application of M3 Advisory Partners, LP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period of November 1, 2022 Through February 28, 2023 [Docket No. 2459].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Fourth Monthly Statement of M3 Advisory Partners, LP for Interim
       Compensation and Reimbursement of Expenses as Financial Advisor for
       the Official Committee of Unsecured Creditors for the Period from
       November 1, 2022 Through November 30, 2022 [Docket No. 1982].

(2)    Fifth Monthly Statement of M3 Advisory Partners, LP for Interim
       Compensation and Reimbursement of Expenses as Financial Advisor for
       the Official Committee of Unsecured Creditors for the Period from
       December 1, 2022 Through December 31, 2022 [Docket No. 2062].

(3)    Sixth Monthly Statement of M3 Advisory Partners, LP for Interim
       Compensation and Reimbursement of Expenses as Financial Advisor for
       the Official Committee of Unsecured Creditors for the Period from
       January 1, 2023 Through January 31, 2023 [Docket No. 2232].

(4)    Seventh Monthly Statement of M3 Advisory Partners, LP for Interim
       Compensation and Reimbursement of Expenses as Financial Advisor for
       the Official Committee of Unsecured Creditors for the Period from
       February 1, 2023 Through February 28, 2023 [Docket No. 2388].

(5)    Fee Examiner's Summary Report on Fee Review Process and Second
       Interim Fee Applications Scheduled for Uncontested Hearing on
       July 18, 2023 [Docket No. 2975].

**Status**:    This matter is going forward.

12.    **A.M. Saccullo First Interim Fee Application**.  First Interim Application of A.M.
       Saccullo Legal, LLC Compensation for Services and Reimbursement of Expenses
       Incurred as Special Counsel to the Debtors for the Period from December 1, 2022
       Through February 28, 2023 [Docket No. 2462].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Combined First Monthly Fee Statement of A.M. Saccullo Legal, LLC for
       Compensation for Services and Reimbursement of Expenses Incurred as
       Special Counsel to the Debtors from December 1, 2022, Through
       February 28, 2023 [Docket No. 2307].

(2)    Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:    This matter is going forward.

13.    **Jenner & Block First and Second Interim Fee Applications**.  First Interim Fee Application of Shoba Pillay, Examiner and Jenner & Block LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period from September 29, 2022 Through October 31, 2022 [Docket No. 1717]; Second Interim Application of Shoba Pillay, Examiner and Jenner & Block LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period of November 1, 2022 Through March 31, 2023 [Docket No. 2463].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    First Monthly Fee Statement of Jenner & Block LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period of September 29, 2022 Through October 31, 2022 [Docket No. 1459].

(2)    Second Monthly Fee Statement of Jenner & Block LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period of November 1, 2022 Through November 30, 2022 [Docket No. 1878].

(3)    Third Monthly Fee Statement of Jenner & Block LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period of December 1, 2022 Through December 31, 2022 [Docket No. 1971].

(4)    Fourth Monthly Fee Statement of Jenner & Block LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period of January 1, 2023 Through January 31, 2023 [Docket No. 2171].

(5)    Fifth Monthly Fee Statement of Jenner & Block LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period of February 1, 2023 Through February 28, 2023 [Docket No. 2283].

(6)    Amended Fifth Monthly Fee Statement of Jenner & Block LLP for Professional Services Rendered and Reimbursement of Expenses Incurred

as Attorneys for Examiner for the Period of February 1, 2023 Through February 28, 2023 [Docket No. 2338].

(7)     Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:     This matter is going forward.

14.     **Elementus Second Interim Fee Application**.   Second Interim Application of Elementus Inc. For Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC., Et Al., for the Period of November 1, 2022 Through February 28, 2023 [Docket No. 2464].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Fourth Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from November 1, 2022 Through November 30, 2022 [Docket No. 1776].

(2)     Fifth Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from December 1, 2022 Through December 31, 2022 [Docket No. 1898].

(3)     Sixth Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from January 1, 2023 Through January 31, 2023 [Docket No. 2116].

(4)     Seventh Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from February 1, 2023 Through February 28, 2023 [Docket No. 2342].

(5)     Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:     This matter is going forward.

14

15.   **Huron Second Interim Fee Application**.  Second Interim Fee Application of Huron Consulting Services LLC as Financial Advisor to the Examiner for the Period from November 1, 2022, Through and Including February 28, 2023 [Docket No. 2465].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)   Third Monthly Fee Statement of Huron Consulting Services for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Examiner for Period from December 1, 2022 Through December 31, 2022 [Docket No. 2377].

(2)   Fourth Monthly Fee Statement of Huron Consulting Services for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Examiner for Period from January 1, 2023 Through January 31, 2023 [Docket No. 2378].

(3)   Second Monthly Fee Statement of Huron Consulting Services for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Examiner for Period from November 1, 2022 Through November 30, 2022 [Docket No. 2379].

(4)   Fifth Monthly Fee Statement of Huron Consulting Services for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Examiner for Period from February 1, 2023 Through February 28, 2023 [Docket No. 2380].

(5)   Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:   This matter is going forward.

16.   **Centerview Partners Interim Fee Application**.  Second Interim Fee Application of Centerview Partners LLC, as Investment Banker to the Debtors' [*sic*] for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2022 Through February 28, 2023 [Docket No. 2466].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:    This matter is going forward.

17.    **Gornitzky & Co. First Interim Fee Application**.  First Interim Fee Application of Gornitzky & Co. For Compensation for Services Rendered and Reimbursement of Expenses as Israeli Counsel to the Official Committee of Unsecured Creditors for the Period of November 2, 2022 Through February 28, 2023 [Docket No. 2514].

Objection Deadline:  July 10, 2023, at 11:59 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    First Monthly Statement of Gornitzky & Co. For Interim Compensation and Reimbursement of Expenses as Israeli Counsel for the Official Committee of Unsecured Creditors for the Period from November 2, 2022 Through December 31, 2022 [Docket No. 1897].

(2)    Second Monthly Statement of Gornitzky & Co. For Interim Compensation and Reimbursement of Expenses as Israeli Counsel for the Official Committee of Unsecured Creditors for the Period from January 1, 2023 Through January 31, 2023 [Docket No. 2213].

(3)    Third Monthly Statement of Gornitzky & Co. For Interim Compensation and Reimbursement of Expenses as Israeli Counsel for the Official Committee of Unsecured Creditors for the Period from February 1, 2023 Through February 28, 2023 [Docket No. 2513].

(4)    Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on July 18, 2023 [Docket No. 2975].

**Status**:    This matter is going forward.

## IV.    **Adversary Proceedings**.

18.    **Fred Shanks v. Celsius Network LLC, *et al.* (Adv. Proc. No. 22-01190)**. Status conference on Motion to Dismiss.

Related Documents:

(1)    Debtors' Motion to Dismiss the Amended Complaint and Incorporated Memorandum of Law [Docket No. 17].

(2)     Objection on Debtors' Motion to Dismiss of Claim No. 22-01190 of Fred M. Shanks [Docket No. 18].

(3)     Notice of Adjournment [Docket No. 19].

(4)     Amended Complaint [Docket No. 21].

(5)     Notice of Adjournment [Docket No. 22].

(6)     Joint Stipulation and Agreed Order by and Among the Debtors and Fred M. Shanks Setting Briefing Schedule [Docket No. 25].

(7)     Debtors' Motion to Dismiss the Second Amended Complaint and Incorporated Memorandum of Law [Docket No. 27].

(8)     Notice of Objection on Debtors' Motion to Dismiss of Claim No. 22-01190 of Fred M. Shanks [Docket No. 29].

(9)     Notice of Objection on Debtors' Motion to Dismiss of Claim No. 22-01190 of Fred M. Shanks [Docket No. 30].

(10)    Notice of Status Conferences [Docket No. 32].

**Status**:     This matter is going forward.

19.   **Christopher Lee Shanks v. Celsius Network LLC, *et al.* (Adv. Proc. No. 23-01010)**.  Status conference on Motion to Dismiss.

Related Documents:

(1)     Complaint for Declaratory Judgment [Docket No. 1].

(2)     Amended Complaint for Declaratory Judgment [Docket No. 4].

(3)     Summons with Notice of Pre-Trial Conference [Docket No. 5].

(4)     Letter Request for Subsequent Summons [Docket No. 6].

(5)     Second Summons and Notice of Pre-Trial Conference [Docket No. 7].

(6)     Debtors' Motion to Dismiss the Amended Complaint and Incorporated Memorandum of Law [Docket No. 9].

(7)     Notice of Adjournment [Docket No. 11].

(8)     Notice of Status Conference on Debtors' Motion to Dismiss the Amended Complaint [Docket No. 12].

(9)     Notice of Status Conferences [Docket No. 15].

**Status**:    This matter is going forward.

20.    **Georgiou, *et al.* v. Celsius Network LLC, *et al.* (Adv. Proc. No. 23-01016).** Status conference on Motion to Dismiss.

Related Documents:

(1)    Complaint [Docket No. 1].

(2)    Summons with Notice of Pre-Trial Conference [Docket No. 2].

(3)    Stipulation Extending Debtors' Time to Answer [Docket No. 3].

(4)    Notice of Adjournment [Docket No. 2431].

(5)    Notice of Adjournment [Docket No. 4].

(6)    Joint Stipulation and Agreed Order by and Among the Debtors and Plaintiffs [Docket No. 5].

(7)    Joint Stipulation and Agreed Order by and Among the Debtors and Plaintiffs Signed on 5/3/2023 [Docket No. 6].

(8)    Notice of Adjournment [Docket No. 8].

(9)    Debtors' Motion to Dismiss the Complaint and Incorporated Memorandum of Law [Docket No. 9].

(10)    Plaintiffs' Opposition to Defendants' Motion to Dismiss [Docket No. 12].

(11)    Debtors' Reply in Support of Debtors' Motion to Dismiss the Complaint and Incorporated Memorandum of Law [Docket No. 13].

(12)    Notice of Status Conferences [Docket No. 16].

**Status**:    This matter is going forward.

21.    **Ad Hoc Group of Borrowers v. Celsius Network LLC, *et al.* (Adv. Proc. No. 23-01007).**  Status Conference on Complaint.

Related Documents:

(1)    Complaint [Docket No. 1].

(2)    Summons with Notice of Pre-Trial Conference [Docket No. 2].

(3)    Notice of Status Conference [Docket No. 3].

(4)    Notice of Status Conferences [Docket No. 6].

**Status**:    This matter is going forward.

## V.    **Adjourned Matters.**

22.    **Willis Towers Watson Retention Application**.  Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Willis Towers Watson US LLC as Compensation Consultant, Effective as of July 13, 2022, and (II) Granting Related Relief [Docket No. 2726].

Objection Deadline:  The initial objection deadline was June 21, 2023, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was extended for the U.S. Trustee to July 11, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.  The objection deadline was extended again to July 26, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    United States Trustee's Motion for Order Directing Disgorgement of All Estate Funds Paid to Willis Towers Watson [Docket No. 2640].

(2)    Notice of Adjournment [Docket No. 2850].

(3)    Notice of Adjournment [Docket No. 3001].

**Status**:    This matter has been adjourned to August 2, 2023, at 10:00 a.m. (prevailing Eastern Time).

23.    **Motion for Disgorgement of Fees**.  United States Trustee's Motion for Order Directing Disgorgement of All Estate Funds Paid to Willis Towers Watson [Docket No. 2640].

Objection Deadline:  The initial objection deadline was June 21, 2023, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was extended for the U.S. Trustee to July 11, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.  The objection deadline was extended again to July 26, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Notice of Adjournment [Docket No. 2850].

(2)    Notice of Adjournment [Docket No. 3001].

**Status**:    This matter has been adjourned to August 2, 2023, at 10:00 a.m. (prevailing Eastern Time).

[*Remainder of page intentionally left blank*]

New York, New York
Dated:  July 14, 2023

*/s/ Joshua A. Sussberg*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:        (212) 446-4800
Facsimile:         (212) 446-4900
Email:              joshua.sussberg@kirkland.com

  - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:         (312) 862-2200
Email:              patrick.nash@kirkland.com
                        ross.kwasteniet@kirkland.com
                        chris.koenig@kirkland.com
                        dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*