| 3.1.501256 | SAMUEL RODRIGUEZ | ADDRESS REDACTED | 22-10964-mg Doc 3041-1 Filed 07/18/23 Entered 07/18/23 12:43:25 Exhibit Scheduled Claim Pg 1 of 1 | AAVE 2.45929245440895<br>BAT 10.1686543368<br>DASH 0.0151694460528<br>ETH 3.20422724768921<br>KNC 0.018584891651195<br>LINK 5.72934467406897 | | |