| 3.1.508663 | SEAN LUDGATE | ADDRESS REDACTED | 22-10964-mg | Doc 3042-1 Filed 07/18/23 Entered 07/18/23 12:57:09 Exhibit Scheduled Claim Pg 1 of 1 | BTC 0.000027058315968503<br>CEL 60.0706826717652<br>USDC 6241.53338405377 | |