**WIGGIN AND DANA LLP**

James I. Glasser
437 Madison Ave. Floor 35
New York, NY 10022
Telephone: (203) 498-4313
jglasser@wiggin.com

*Counsel for Connor Nolan*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*[1],<br><br>                     Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCUMENTS

PLEASE TAKE NOTICE that Wiggin and Dana LLP, counsel to Mr. Connor Nolan in the above-entitled proceeding, hereby withdraws the following four documents which were filed on July 10, 2023: the First Monthly Fee Statement *of Wiggin and Dana LLP for Compensation for Services and Reimbursement of Expenses as Counsel to Connor Nolan for the Period from June 23, 2022 to June 30, 2022* [Docket No. 2990]; the Second Monthly Fee Statement *of Wiggin and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

*Dana LLP for Compensation for Services and Reimbursement of Expenses as Counsel to Connor Nolan for the Period from July 1, 2022 to July 31, 2022* [Docket No. 2991]; the Third Monthly Fee Statement *of Wiggin and Dana LLP for Compensation for Services and Reimbursement of Expenses as Counsel to Connor Nolan for the Period from August 1, 2022 to August 31, 2022* [Docket No. 2992]; and the Fourth Monthly Fee Statement *of Wiggin and Dana LLP for Compensation for Services and Reimbursement of Expenses as Counsel to Connor Nolan for the Period from September 1, 2022 to September 30, 2022* [Docket No. 2993].

Counsel for Mr. Nolan filed the above-referenced fee statements in error. Counsel therefore requests that the Fee Statements at Docket Nos. 2990, 2991, 2992, and 2993 be withdrawn from the docket.

DATED: July 18, 2023                            Respectfully submitted,

                                                By: */s/ James I. Glasser*
                                                WIGGIN AND DANA LLP
                                                James I. Glasser
                                                437 Madison Ave. Floor 35
                                                New York, NY 10022
                                                Telephone:    (203) 498-4313
                                                jglasser@wiggin.com

                                                *Counsel for Connor Nolan*