Honorable Judge Glenn
United States Bankruptcy Court
Southern District of New York

Re: Failure to Receive Assets from Crypto Custody Account Settlement

Case Number: [**22-10964**]

Judge Glenn:

I write to bring to your attention the unresolved issue regarding my assets held in my Celsius crypto custody account, despite successfully opting into the custody settlement in the ongoing bankruptcy case [**22-10964**]. Despite numerous attempts to contact the lawyers involved, I have yet to receive assistance in accessing my assets.

I urgently request your intervention to resolve this matter. I have received confirmation of my successful participation in the custody settlement; however, I am unable to access my assets in the custody wallet held with Celsius. I received my opt-in notice with its confirmation number which I can provide if needed. To conclude this matter, I need immediate access to withdraw my funds and self-custody them.

I have made over a dozen attempts to contact the lawyers through phone calls and emails but have received no response or assistance. The lack of resolution has caused significant financial distress and uncertainty.

I kindly request your assistance in rectifying this situation promptly. It is crucial that I am granted access to remove my funds from the custody wallet, allowing me to finalize this chapter, regain control over my custody assets, and move on.

I understand the court's heavy workload but implore you to consider the urgency and gravity of my situation. I have exhausted all available avenues to seek assistance.

Thank you for your attention to this matter. I remain hopeful that your intervention will expedite the release of my assets, providing much-needed relief. I eagerly await your response and stand ready to provide any additional information necessary for a swift resolution.


Sincerely,
Jonathan