UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| **CELSIUS NETWORK, LLC**, *et al.*,[1] | : | Case No. 22-10964 (MG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | Re: Dkt. Nos. 1717, 2170, 2437, 2446, |
|  | : | 2452, 2455, 2456, 2457, 2459, 2462, |
|  | : | 2463, 2464, 2465, 2466, 2469, and 2514 |

**SECOND OMNIBUS ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE FIRST AND SECOND INTERIM COMPENSATION PERIODS FROM JULY 13, 2022 THROUGH OCTOBER 31, 2022 AND NOVEMBER 1, 2022 THROUGH FEBRUARY 28, 2023**

Upon consideration of the applications for allowance of interim compensation and reimbursement of expenses incurred during the period from July 13, 2022 through October 31, 2022 (the "**First Interim Compensation Period**") and November 1, 2022 through February 28, 2023 (the "**Second Interim Compensation Period**") indicated as "Recommended for Approval" on the attached **Exhibit A** (Dkt. Nos. 1717, 2170, 2437, 2446, 2452, 2455, 2456, 2457, 2459, 2462, 2463, 2464, 2465, 2466, 2469, and 2514) (together, the "**Uncontested Applications**"), filed pursuant to the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Dkt. No. 1745] (the "**Interim Compensation Order**"); the *Amended Order Appointing*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professional* [Dkt. No. 1746] (the "**Fee Examiner Order**"); and pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and a hearing having been held before this court to consider the Uncontested Applications on July 18, 2023; and the Court having reviewed the Uncontested Applications and/or the summary report filed by the Fee Examiner with respect to the Uncontested Applications [*see* Dkt. No. ____]; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Uncontested Applications was adequate under the circumstances; and (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Uncontested Applications, and upon the full record of all proceedings in this case; and sufficient cause having been shown therefor, it is hereby;

ORDERED THAT:

1. Each Uncontested Application is granted on an interim basis, to the extent set forth on the attached **Exhibit A**.

2. Each of the Uncontested Applicants is allowed (a) interim compensation for services rendered during the Compensation Period and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Period, each in the respective amounts set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay, except as otherwise indicated on **Exhibit A**, each of the Uncontested Applicants 100 percent of the fees and 100 percent of the expenses

listed on **Exhibit A** under the columns "Interim Fees Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively, for services rendered and expenses incurred during the Compensation Period.

4. All fees and expenses allowed herein shall be subject to final allowance by the Court without regard to whether such amounts have been paid to the Applicant.

5. This Order shall be deemed a separate order with respect to each of the Interim Applications. Any stay of this Order pending appeal with respect to any one Uncontested Application shall only apply to the Uncontested Applicant that is the subject of such appeal and shall not operate to stay the applicability and/or finality of this Order with respect to any other Uncontested Application.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this order.

7. Pursuant to the Fee Examiner's summary report, the interim fee applications listed on the attached **Exhibit B** are hereby adjourned for consideration at a later hearing date.

**IT IS SO ORDERED.**

**IT IS SO ORDERED.** Dated:
July 19, 2023
New York, New York

                                                    **/s/ Martin Glenn**
                                                     MARTIN GLENN
                                      Chief United States Bankruptcy Judge

22-10964-mg    Doc 3055    Filed 07/19/23    Entered 07/19/23 15:17:54    Main Document
Pg 4 of 5

In re: Celsius Network LLC, et al.
NYSB Case No. 22-10964 (MG)

Exhibit A

**First - Second Interim Fee Period Applications Approved**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustment | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustment | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *First Interim Fee Period (July 13, 2022 - October 31, 2022)* | | | | | | | |
| 1 | **Ernst & Young LLP** [Dkt. No. 2170]<br>Tax Compliance and Tax Advisory Services Provider for Debtors | 7/13/2022 - 10/31/2022 | $ 778,680.00 | $ 3,773.50 | $ - | $ - | $ 774,906.50 | $ - |
| 2 | **Pillay, Shoba and Jenner & Block LLP** [Dkt. No. 1717]<br>*Chapter 11 Examiner and Counsel* | 9/29/2022-10/31/2022 | $ 1,863,035.50 | $ 54,531.55 | $ 1,135.09 | $ - | $ 1,808,503.95 | $ 1,135.09 |
| | *Second Interim Fee Period (November 1, 2022 - February 28, 2023)* | | | | | | | |
| 3 | **Akin Gump Strauss Hauer & Feld LLP** [Dkt. No. 2446]<br>*Special Litigation Counsel to the Debtors* | 11/1/2022 - 2/28/2023 | $ 4,884,132.60 | $ 71,248.19 | $ 61,571.97 | $ 1,489.58 | $ 4,812,884.41 | $ 60,082.39 |
| 4 | **Alvarez & Marsal North America, LLC** [Dkt. No. 2437]<br>*Financial Advisors for the Debtors* | 11/1/2022 - 2/28/2023 | $ 7,194,758.50 | $ 34,779.75 | $ 17,746.65 | $ 875.82 | $ 7,159,978.75 | $ 16,870.83 |
| 5 | **A.M. Saccullo Legal, LLC** [Dkt. No. 2462]<br>*Special Counsel to the Debtors* | 12/1/2022 - 2/28/2023 | $ 63,845.00 | $ - | $ - | $ - | $ 63,845.00 | $ - |
| 6 | **Centerview Partners LLC** [Dkt. No. 2466]<br>*Investment Banker to the Debtors* | 11/1/2022 - 2/28/2023 | $ 2,000,000.00 | $ - | $ 2,195.04 | $ 799.76 | $ 2,000,000.00 | $ 1,395.28 |
| 7 | **Elementus Inc.** [Dkt. No. 2464]<br>*Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors* | 11/1/2022 - 2/28/2023 | $ 1,295,580.00 | $ 1,600.00 | $ 193,975.70 | $ 1,253.00 | $ 1,293,980.00 | $ 192,722.70 |
| 8 | **Ernst & Young LLP** [Dkt. No. 2455]<br>Tax Compliance and Tax Advisory Services Provider for Debtors | 11/1/2022 - 2/28/2023 | $ 417,855.00 | $ 10,556.50 | $ - | $ - | $ 407,298.50 | $ - |
| 9 | **Gornitzky & Co.** [Dkt No. 2514]<br>*Israeli Counsel to the Official Committee of Unsecured Creditors* | 11/2/2022 - 2/28/2023 | $ 80,396.54 | $ - | $ 337.73 | $ - | $ 80,396.54 | $ 337.73 |
| 10 | **Huron Consulting Services LLC** [Dkt. No. 2465]<br>*Financial Advisor to the Chapter 11 Examiner* | 11/1/2022 - 2/28/2023 | $ 3,386,594.00 | $ 53,023.30 | $ - | $ - | $ 3,333,570.70 | $ - |
| 11 | **Kirkland & Ellis LLP and Kirkland & Ellis International LLP** [Dkt. No. 2469]<br>*Attorneys for the Debtors* | 11/1/2022 - 2/28/2023 | $ 22,035,629.50 | $ 550,000.00 | $ 486,355.92 | $ 4,345.09 | $ 21,485,629.50 | $ 482,010.83 |
| 12 | **M3 Advisory Partners, LP** [Dkt. No. 2459]<br>*Financial Adviosr to the Official Committee of Unsecured Creditors* | 11/1/2022 - 2/28/2023 | $ 4,232,541.00 | $ 5,060.85 | $ 9,318.57 | $ 656.85 | $ 4,227,480.15 | $ 8,661.72 |
| 13 | **Perella Weinberg Partners LP** [Dkt. No. 2456]<br>*Investment Banker to the Official Committee of Unsecured Creditors* | 11/1/2022 - 2/28/2023 | $ 400,000.00 | $ - | $ 76,270.73 | $ 4,769.76 | $ 400,000.00 | $ 71,500.97 |
| 14 | **Pillay, Shoba and Jenner & Block LLP** [Dkt. No. 2463]<br>*Chapter 11 Examiner and Counsel* | 11/1/2022 - 3/31/2023<br>**FN1** | $ 9,534,819.50 | $ 250,944.13 | $ 66,595.09 | $ 2,592.08 | $ 9,283,875.37 | $ 64,003.01 |
| 15 | **Selendy Gay Elsberg PLLC** [Dkt. No. 2452]<br>*Co-Counsel to the Official Committee of Unsecured Creditors* | 1/8/2023 - 2/28/2023 | $ 499,615.00 | $ 14,389.08 | $ 4,280.71 | $ 1,381.20 | $ 485,225.92 | $ 2,899.51 |
| 16 | **White & Case LLP** [Dkt. No. 2457]<br>*Counsel to the Official Committee of Unsecured Creditors* | 11/1/2022-2/28/2023 | $ 14,436,734.50 | $ 248,578.23 | $ 114,138.95 | $ 4,859.76 | $ 14,188,156.27 | $ 109,279.19 |

**FN1** - In light of the Examiner's April 4, 2023 discharge, the Fee Examiner agreed that Jenner could include the month of March 2023 in its Second Interim Fee Period application. 100% of the compensation for the Pillay Shoba and Jenner and Block Applications went to Jenner and Block LLP. The Fee Examiner received no compensation personally.

In re: Celsius Network LLC, et al.
NYSB Case No. 22-10964 (MG)

**Exhibit B**

**First - Second Interim Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustment | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustment | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| *First Interim Fee Period (July 13, 2022 - October 31, 2022)* | | | | | | | | |
| 1 | **Latham & Watkins LLP** [Dkt. No. 1712] *Special Counsel to the Debtors* | 7/13/2022-10/31/2022 | $ 5,097,947.00 | | $ 137,073.92 | | | |
| *Second Interim Fee Period (November 1, 2022 - February 28, 2023)* | | | | | | | | |
| 2 | **Latham & Watkins LLP** [Dkt. No. 2461] *Special Counsel to the Debtors* | 11/1/2022 - 2/28/2023 | $ 8,045,325.75 | | $ 39,803.06 | | | |