IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 22-10964 |
| CELSIUS NETWORK LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

**Address for all Communications/Notices:**
CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., SUITE 425
GREENWICH, CT 06830
ATTN: ALPA JIMENEZ
Phone:  203-862-8259
Fax:    203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

**Address for all Payments/Distributions:**
CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

**SAMUEL A. MATTHEW**
Name of Transferor

**Address:**
c/o Contrarian Funds, LLC
Attn: 392426
500 Ross St 154-0455
Pittsburgh, PA 15262

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule # 3.1.500094 | Samuel A. Matthew | [See attached schedule page] | Celsius Network LLC | **22-10964** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____        Date: July 13, 2023
       Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| SCHEDULE F LINE | CREDITORS NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3.1.500071 | SAMSON SIA | ADDRESS REDACTED | | | BTC 0.000991260911013415<br>USDT ERC20 4.996440410487213 | | |
| 3.1.500072 | SAMSON TAMIRE | ADDRESS REDACTED | | | BTC 0.00203078722598885<br>CEL 0.770348587547552 | | |
| 3.1.500073 | SAMSON THOMAS | ADDRESS REDACTED | | | CEL 62.65928037073743<br>MATIC 1293.98<br>SNX 37.779 | | |
| 3.1.500074 | SAMSON TOROSYAN | ADDRESS REDACTED | | | BTC 0.00056426634515197<br>USDT ERC20 0.545148940006677 | | |
| 3.1.500075 | SAMSON TRUONG | ADDRESS REDACTED | | | ADA 1468.25533050042<br>BTC 0.0000371960100029929<br>DOT 52.4252357453851<br>ETH 0.000656903823018241<br>MATIC 720.702719093113<br>SOL 39.4650073657002<br>USDC 219.681300356483 | BTC 0.000000008914559645 | |
| 3.1.500076 | SAMSON WONG | ADDRESS REDACTED | | | BTC 0.000872731211976808<br>USDC 454.662979697714 | | |
| 3.1.500077 | SAMSON YEE | ADDRESS REDACTED | | | ADA 168.933322764794<br>BTC 0.311654558065406<br>COMP 0.0193907803278888<br>ETH 0.0102565852396603<br>USDC 8.81828782277581<br>XLM 26.8462776000208 | BTC 0.00000063 | |
| 3.1.500078 | SAMSON YUAN | ADDRESS REDACTED | | | BTC 0.00000153254615660599<br>USDC 0.468656237440609 | BTC 0.000000862658766309<br>USDC 0.00924789155455579 | |
| 3.1.500079 | SAMSONOV VADIM | ADDRESS REDACTED | | | BTC 0.00000210670926955<br>ZEC 0.000990847977038447 | | |
| 3.1.500080 | SAMSUDA KHEM-NGUAD | ADDRESS REDACTED | | | BTC 0.407086754627928<br>CEL 1.48234538903542 | | |
| 3.1.500081 | SAMSUL ARIFIN | ADDRESS REDACTED | | | BTC 0.000000000000000002 | | |
| 3.1.500082 | SAMSUL MACKIE ILHAM | ADDRESS REDACTED | | | CEL 0.000508970519986036<br>DASH 0.00035886 | | |
| 3.1.500083 | SAMTA BALPANDE | ADDRESS REDACTED | | | ADA 5.6722615700471<br>BTC 0.000370989467867976<br>DOT 0.577206759075304 | | |
| 3.1.500084 | SAMTHEMAN1990 NEW ZEALAND | ADDRESS REDACTED | | | CEL 0.0014571600480376<br>XLM 2.583999 | | |
| 3.1.500085 | SAMU AALTONEN | ADDRESS REDACTED | | | BTC 0.0204249502484922<br>ETH 0.123624516645861<br>USDC 0.492822472703844 | | |
| 3.1.500086 | SAMU HUOVINEN | ADDRESS REDACTED | | | BTC 0.000855474989728483<br>ETH 0.0622982829294931<br>USDC 188.561764224076 | | |
| 3.1.500087 | SAMU NAGY | ADDRESS REDACTED | | | BTC 0.000003097950635906<br>USDC 0.473995371355144 | | |
| 3.1.500088 | SAMU PIETILÄ | ADDRESS REDACTED | | | SGB 42.5264537998001<br>XRP 3100.60647875755 | | |
| 3.1.500089 | SAMUAL GENTRY | ADDRESS REDACTED | | | BTC 0.000228679012376163<br>ETH 0.0046886960781659<br>LTC 0.00454704651035962<br>XRP 399.560532 | BTC 0.000000004491610667<br>LTC 0.000000003030425702 | |
| 3.1.500090 | SAMUDITHA HETTIARACHCHIGE MIHIRANGA | ADDRESS REDACTED | | | BTC 0.000001714756633072<br>XRP 0.444837831756435 | | |
| 3.1.500091 | SAMUDRA MIARSONO | ADDRESS REDACTED | | | BTC 0.000017309045557939<br>ETH 0.00018682603821988<br>LUNC 0.00465969399832043 | | |
| 3.1.500092 | SAMUDRA PERERA | ADDRESS REDACTED | | | CEL 0.0290597393983496 | | |
| 3.1.500093 | SAMUDRA SUKARDI | ADDRESS REDACTED | | | BTC 0.00380458854419919<br>USDT ERC20 0.479185506886376 | | |
| 3.1.500094 | SAMUEL A MATTHEW | ADDRESS REDACTED | | | BTC 2.2903659314434<br>CEL 0.0435137663420164<br>ETH 3.97249926653861<br>GUSD 0.0678763830119857<br>MCDAI 2.95864089184736<br>PAX 0.00667886833843878<br>USDC 90503.1103617282 | | |
| 3.1.500095 | SAMUEL A VICTOR | ADDRESS REDACTED | | | BTC 0.000300676795800135 | | BTC 0.000000001522603085 |
| 3.1.500096 | SAMUEL ABERNATHY | ADDRESS REDACTED | | | ADA 4257.42921665216<br>BTC 0.000951179070769424 | | |
| 3.1.500097 | SAMUEL ADAMS | ADDRESS REDACTED | | | BTC 0.0010531046673254<br>XRP 1239.475489 | | |
| 3.1.500098 | SAMUEL ADAMS | ADDRESS REDACTED | | | MCDAI 31.6181950418602<br>XLM 12379.7940210673 | | |
| 3.1.500099 | SAMUEL ADAMS ENGS | ADDRESS REDACTED | | | BTC 3.30361681304457<br>CEL 162745.078958751<br>ETH 26.5542816585926 | | |
| 3.1.500100 | SAMUEL ADCOCK | ADDRESS REDACTED | | | ADA 7.80823891780079<br>BTC 0.001639040642229<br>CEL 0.00294503746888124<br>DOT 1.54872069655935<br>ETH 0.0135591314793577 | | |
| 3.1.500101 | SAMUEL ADEFALA | ADDRESS REDACTED | | | MATIC 0.361654465167033 | | |
| 3.1.500102 | SAMUEL ADEFOLALU | ADDRESS REDACTED | | | BTC 0.104803751481689<br>MATIC 1573.5158784874 | | |
| 3.1.500103 | SAMUEL ADEJUMOBI | ADDRESS REDACTED | | | BCH 0.000453021645281255<br>BTC 0.000011125524891091<br>CEL 0.000350508615787537<br>DOGE 0.0294256851222245<br>ETC 0.052831255033557<br>SOL 0.000181949945041809<br>XRP 0.0410770704012387<br>ZEC 0.00114282982806685 | | |
| 3.1.500104 | SAMUEL ADEKUNLE | ADDRESS REDACTED | | | BTC 0.00001089704333326<br>CEL 38.1077362942734<br>DOT 9.48265931672235<br>ETH 0.000107964809304163<br>LINK 7.05463838079887<br>MATIC 0.192738378940135 | | |
| 3.1.500105 | SAMUEL ADEWUSI | ADDRESS REDACTED | | | CEL 49.5539021689593<br>LUNC 30.2771471958201<br>MATIC 385.72 | | |
| 3.1.500106 | SAMUEL ADEYEMI | ADDRESS REDACTED | | | BTC 0.000005455253237388 | | |
| 3.1.500107 | SAMUEL ADRIAENSEN | ADDRESS REDACTED | | | BTC 0.000000363708953834 | | |
| 3.1.500108 | SAMUEL ADURAGBEMI FALORE | ADDRESS REDACTED | | | BTC 0.000000500352104248 | | |
| 3.1.500109 | SAMUEL AFOLAYAN | ADDRESS REDACTED | | | BTC 0.000000007431142411<br>CEL 6.51789746663802 | | |
| 3.1.500110 | SAMUEL AGUILAR | ADDRESS REDACTED | | | BTC 0.000000145900770047<br>BUSD 0.605801265524748 | | |
| 3.1.500111 | SAMUEL AGUNBIADE | ADDRESS REDACTED | | | CEL 1.08628795138243 | | |
| 3.1.500112 | SAMUEL AIMUEL | ADDRESS REDACTED | | | ADA 0.0531956644446165<br>CEL 0.163830598574722<br>ETH 0.000073172278734895<br>SOL 0.000466717959878525 | | |
| 3.1.500113 | SAMUEL AIROLA | ADDRESS REDACTED | | | BTC 0.0012040698018908<br>ETH 0.102321546150385<br>MATIC 522.116611212689 | | |
| 3.1.500114 | SAMUEL AJALA SAMSON | ADDRESS REDACTED | | | BTC 0.00248966452409589<br>USDT ERC20 403.343088711259 | | |

**EVIDENCE OF TRANSFER OF CLAIM**

Samuel A. Matthew, its successors and assigns ("Assignor"), pursuant to a certain Transfer of Claim Agreement on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to **Contrarian Funds, LLC** its successors and assigns ("Assignee") all rights, title and interest in in and to the following claims (the "Claims") against the Debtors listed below, in the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 22-10964 (MG) (Jointly Administered), or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

| *Claim No.* | *Creditor Name* | *Position* | *Debtor* |
|---|---|---|---|
| Schedule#: 3.1.500094 | Samuel A. Matthew | BTC 2.29036593144343<br>CEL 0.04351376634420164<br>ETH 3.97249926653861<br>GUSD 0.0678763830119857<br>MCDAI 2.95864089184736<br>PAX 0.006678868338343878<br>USDC 90503.1103617282 | Celsius Network LLC |

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on July 13, 2023.

Samuel A. Matthew

By: *[signature]*

Name: Samuel Matthew
Title: Self

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as Manager

By: *Keith McCormack*

Name: Keith McCormack
Title: Managing Director