Your Honor,

I would kindly ask that you again request the debtor to resolve the suspended accounts issue or that you bring this matter into the court room. I have become aware, due to social media, that there are many other individuals with suspended accounts. Currently suspended account owners are unaware of their position, and don't know if they will get anything back. Some of them, like me, have six figure claims against the debtor.

Your Honor asked the debtor during a hearing, approximately 2 months ago to work with me on the issue of my suspended accounts. Since then, I have had a brief phone conference and exchanged multiple emails with the debtor's counsel. Their latest email stated that the accounts will remain suspended until further notice and that they have nothing else to say on the matter. Unfortunately, they did not answer any questions of substance during our email exchange. In fact, they only muddied the waters. I have learned in our email exchange that the debtor has been combining different individuals' account(s) together into one account. They have done this based on mailing addresses and IP addresses. This essentially moved assets and/or liabilities between different individuals without them approving such transfers.

How this affects me is that they are passing on a liability of approximately $3,000-$4,000 from another individual to me by assigning ownership of her accounts to me. This individual has lived at the same address and shared computer devices/internet connections with me. They asked me multiple times if this individual is related to me, and she is not, though I don't know why it would matter if she was.

For my situation, they are claiming I have obtained roughly $7,000 in what they are calling "fraudulent promo rewards". Approximately $3,000-$4,000 of these "fraudulent promo rewards" exist under this other individual's accounts, for which I did not receive any funds but am being told I am liable for these "fraudulent promo rewards" simply for knowing the individual.

I appreciate the irony in the debtor using the term "fraud", but rather I believe this may fall under a violation of their terms of service for their promotions, not fraud. However, despite their promotion terms, their customer service representatives supported the use of multiple accounts and promotion codes during normal operations (before the pause).

Finally, I have a balance in Celsius of approximately $102,200, well above the $7,000 they are claiming that I wrongfully received, which again includes another individual's account liabilities. I therefore have a claim against the debtor of $95,200.00 and this is after they, what I believe to be illegally, assigned some other person's liabilities to me.

I am requesting the following relief from the court:

1. Make the debtor dissociate my accounts from those accounts of any other individuals, with urgency.
    - I am concerned my funds or claim may be given to other individuals since they are claiming I own her accounts; I would assume they claim she owns mine.
2. Unsuspend my accounts immediately so I can withdraw my custody balance of $2,200 and can receive any funds from future approved plans or withdrawals for my $100,000 in earn.
    - At this point the legal fees accumulated for legal counsel and work from the debtor for time spent on this task have likely greatly reduced the funds available for all the creditors. The debtor's counsel has likely spent tens of thousands of dollars, fighting for just a few thousand dollars they claim I received "fraudulently".
3. I am concerned that my private information may be, or may already have been, shared with other individuals. I would like to know what information, if any was shared, and I would like assurance that none of my private information will be shared within anyone but myself.

I believe I can only ask for relief for myself, but the court should know that other suspended account holders are concerned that the debtor and their counsel are hoping our accounts slip through the cracks of the bankruptcy process. Allowing them to steal money from multiple creditors with suspended accounts. These account holders also have no legal expertise and feel helpless and trapped with no idea what to do and no funds to pay attorney fees.

I am, like many others, simply a creditor trying to be treated fairly. I do not possess the means to hire my own counsel to fight for fair treatment. So, I lean on the justice system to ensure justice for all, no matter how small.

Thank you, your Honor, and I apologize for my lack of legal prowess in this request for relief.

Sincerely,

Lucas Holcomb.