Edward J. LoBello, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 1420
New York, New York 10018
Telephone:    (212) 763-7030
Email:  elobello@msek.com

*Attorneys for Diana Thant and Natakom Chulamorkodt*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM THE COURT'S ECF SYSTEM**

**PLEASE TAKE NOTICE** that the undersigned counsel for *Diana Thant and Natakom*

*Chulamorkodt* hereby withdraws his appearance as counsel for Diana Thant and Natakom

Chulamorkodt and requests that his name, physical address and email address be removed from the notice

lists maintained by the Debtor, and by the Court's ECF System, for the above-captioned bankruptcy case.

*[Remainder of Page Intentionally Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).

Respectfully submitted this 21st day of July, 2023.

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**

By:  */s/ Edward J. LoBello*
Edward J. LoBello, Esq.
1350 Broadway, Suite 1420
New York, New York 10018
Telephone:  (212) 763-7030
Email:  elobello@msek.com

*Attorneys for Diana Thant and Natakom Chulamorkodt*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on July 21, 2023.

/s/ *Edward J. LoBello*
Edward J. LoBello

2

5675089