# EXHIBIT 1

| Query | Document Count | Page Count | Family Count | Unique Hit Document Count | Unique Hit Query | Query Valid? | Failures | Warnings |
|---|---|---|---|---|---|---|---|---|
| (celsius safe)~3 OR (safe celsius)~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3 | 6682 | 1717341 | 14638 | 1937 | ("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) NOT (("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) OR ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) OR ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) OR (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) OR (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) OR (("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent* OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) OR ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) OR ("blue steel"~3 OR "steel blue"~3) OR (aesop) OR (tortuga) OR (lorien)) | TRUE | | |
| (safe trigger*)~5 OR (trigger* safe)~5 OR (safe treat*)~5 OR (treat* safe)~5 OR (safe conver*)~5 OR (conver* safe)~5 OR (safe settle*)~5 OR (settle* safe)~5 | 12278 | 796367 | 24381 | 2403 | ("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) NOT (("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) OR ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) OR ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) OR (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) OR (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) OR (("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent* OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) OR ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) OR ("blue steel"~3 OR "steel blue"~3) OR (aesop) OR (tortuga) OR (lorien)) | TRUE | | |

| Query | Document Count | Page Count | Family Count | Unique Hit Document Count | Unique Hit Query | Query Valid? | Failures | Warnings |
|---|---|---|---|---|---|---|---|---|
| (event liquidity)~2 OR (liquidity event)~2 OR (event listing)~2 OR (listing event)~2 OR (event dissolution)~2 OR (dissolution event)~2 | 12870 | 906662 | 29657 | 2020 | ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) NOT (("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) OR ("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) OR ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR "initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) OR (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) OR (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) OR (("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent* OR concern* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) OR ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) OR ("blue steel"~3 OR "steel blue"~3) OR (aesop) OR (tortuga) OR (lorien)) | TRUE | | |
| (transaction "cash-out amount")~5 OR (transaction proceeds)~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR (transaction valu*)~5 OR (ipo "cash-out amount")~5 OR (ipo proceeds)~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR (ipo valu*)~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR (merge* proceeds)~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR (spac proceeds)~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR (spac valu*)~5 | 17420 | 1276246 | 37979 | 4767 | ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) NOT (("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) OR ("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) OR ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) OR (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) OR (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) OR (("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent* OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) OR ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) OR ("blue steel"~3 OR "steel blue"~3) OR (aesop) OR (tortuga) OR (lorien)) | TRUE | | |

| Query | Document Count | Page Count | Family Count | Unique Hit Document Count | Unique Hit Query | Query Valid? | Failures | Warnings |
|---|---|---|---|---|---|---|---|---|
| silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*) | 16931 | 697216 | 27531 | 3544 | (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) NOT (("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) OR ("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) OR ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) OR ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) OR (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) OR (("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) OR ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) OR ("blue steel"~3 OR "steel blue"~3) OR (aesop) OR (tortuga) OR (lorien)) | TRUE | | |
| valu* AND ((rhodium merge*)~5 OR (rhodium ipo)~5 OR (silversun ipo)~5 OR (silversun surviv*)~5 OR (silversun share*)~5 OR (silversun stock*)~5 OR (silversun securit*)~5 OR (silversun distribut*)~5 OR (silversun pric*)~5 OR (silversun pay*)~5) | 13555 | 2649983 | 26983 | 845 | (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) NOT (("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) OR ("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) OR ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) OR ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) OR (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) OR (("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) OR ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) OR ("blue steel"~3 OR "steel blue"~3) OR (aesop) OR (tortuga) OR (lorien)) | TRUE | | |

| Query | Document Count | Page Count | Family Count | Unique Hit Document Count | Unique Hit Query | Query Valid? | Failures | Warnings |
|---|---|---|---|---|---|---|---|---|
| ((board silversun)~15 OR (board merge*)~15 OR (board ipo)~15 OR (board "initial public offer*")~15 OR (board spac)~15 OR (committee silversun)~15 OR (committee merge*)~15 OR (committee ipo)~15 OR (committee "initial public offer*")~15 OR (committee spac)~15) AND (vot* OR approv* OR consent* OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value") | 12558 | 819171 | 24690 | 3062 | ((("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent* OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) NOT (("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) OR ("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) OR ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) OR ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) OR (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) OR (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) OR ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) OR ("blue steel"~3 OR "steel blue"~3) OR (aesop) OR (tortuga) OR (lorien)) | TRUE | | |
| (rhodium valu*)~5 OR (valu* rhodium)~5 OR (silversun valu*)~5 OR (valu* silversun)~5 OR (merge* valu*)~5 OR (valu* merge*)~5 | 22412 | 3062149 | 48516 | 9249 | ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) NOT (("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) OR ("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) OR ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) OR ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) OR (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) OR (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) OR (("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent* OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) OR ("blue steel"~3 OR "steel blue"~3) OR (aesop) OR (tortuga) OR (lorien)) | TRUE | | |

| Query | Document Count | Page Count | Family Count | Unique Hit Document Count | Unique Hit Query | Query Valid? | Failures | Warnings |
|---|---|---|---|---|---|---|---|---|
| (blue steel)~3 OR (steel blue)~3 | 1990 | 1016407 | 4815 | 966 | ("blue steel"~3 OR "steel blue"~3) NOT (("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) OR ("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) OR ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) OR ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) OR (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) OR (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) OR (("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent* OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) OR ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) OR (aesop) OR (tortuga) OR (lorien)) | TRUE | | |
| aesop | 6075 | 746055 | 11493 | 2341 | (aesop) NOT (("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) OR ("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) OR ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) OR ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) OR (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) OR (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) OR (("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent* OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) OR ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) OR ("blue steel"~3 OR "steel blue"~3) OR (tortuga) OR (lorien)) | TRUE | | |

| Query | Document Count | Page Count | Family Count | Unique Hit Document Count | Unique Hit Query | Query Valid? | Failures | Warnings |
|---|---|---|---|---|---|---|---|---|
| tortuga | 846 | 951975 | 1574 | 143 | (tortuga) NOT (("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) OR ("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) OR ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) OR ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) OR (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) OR (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) OR (("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent* OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) OR ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) OR ("blue steel"~3 OR "steel blue"~3) OR (aesop) OR (lorien)) | TRUE | | |
| lorien | 38 | 292 | 94 | 3 | (lorien) NOT (("celsius safe"~3 OR "safe celsius"~3 OR (celsius "simple agreement for future equity")~3 OR ("simple agreement for future equity" celsius)~3) OR ("safe trigger*"~5 OR "trigger* safe"~5 OR "safe treat*"~5 OR "treat* safe"~5 OR "safe conver*"~5 OR "conver* safe"~5 OR "safe settle*"~5 OR "settle* safe"~5) OR ("event liquidity"~2 OR "liquidity event"~2 OR "event listing"~2 OR "listing event"~2 OR "event dissolution"~2 OR "dissolution event"~2) OR ((transaction "cash-out amount")~5 OR "transaction proceeds"~5 OR (transaction "conversion amount")~5 OR (transaction "conversion price")~5 OR (transaction "discount price")~5 OR (transaction "change of control")~5 OR "transaction valu*"~5 OR (ipo "cash-out amount")~5 OR "ipo proceeds"~5 OR (ipo "conversion amount")~5 OR (ipo "conversion price")~5 OR (ipo "discount price")~5 OR (ipo "change of control")~5 OR "ipo valu*"~5 OR ("initial public offering" "cash-out amount")~5 OR ("initial public offering" proceeds)~5 OR ("initial public offering" "conversion amount")~5 OR ("initial public offering" "conversion price")~5 OR ("initial public offering" "discount price")~5 OR ("initial public offering" "change of control")~5 OR ("initial public offering" valu*)~5 OR (merge* "cash-out amount")~5 OR "merge* proceeds"~5 OR (merge* "conversion amount")~5 OR (merge* "conversion price")~5 OR (merge* "discount price")~5 OR (merge* "change of control")~5 OR ("equity financing" "cash-out amount")~5 OR ("equity financing" proceeds)~5 OR ("equity financing" "conversion amount")~5 OR ("equity financing" "conversion price")~5 OR ("equity financing" "discount price")~5 OR ("equity financing" "change of control")~5 OR ("equity financing" valu*)~5 OR (spac "cash-out amount")~5 OR "spac proceeds"~5 OR (spac "conversion amount")~5 OR (spac "conversion price")~5 OR (spac "discount price")~5 OR (spac "change of control")~5 OR "spac valu*"~5) OR (silversun AND (merg* OR transact* OR deal* OR negotiate* OR diligen* OR valu* OR dividend OR spin*)) OR (valu* AND ("rhodium merge*"~5 OR "rhodium ipo"~5 OR "silversun ipo"~5 OR "silversun surviv*"~5 OR "silversun share*"~5 OR "silversun stock*"~5 OR "silversun securit*"~5 OR "silversun distribut*"~5 OR "silversun pric*"~5 OR "silversun pay*"~5)) OR (("board silversun"~15 OR "board merge*"~15 OR "board ipo"~15 OR (board "initial public offer*")~15 OR "board spac"~15 OR "committee silversun"~15 OR "committee merge*"~15 OR "committee ipo"~15 OR (committee "initial public offer*")~15 OR "committee spac"~15) AND (vot* OR approv* OR consent* OR concern* OR question* OR disput* OR object* OR "cash-out amount" OR proceeds OR "conversion amount" OR "conversion price" OR "safe price" OR "discount price" OR "change of control" OR valuation OR "enterprise value" OR "equity value")) OR ("rhodium valu*"~5 OR "valu* rhodium"~5 OR "silversun valu*"~5 OR "valu* silversun"~5 OR "merge* valu*"~5 OR "valu* merge*"~5) OR ("blue steel"~3 OR "steel blue"~3) OR (aesop) OR (tortuga)) | TRUE | | |