| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | Dan Latona (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone:     (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile:      (212) 446-4900 | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone:     (312) 862-2000 |
| | Facsimile:      (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF RESCHEDULED HYBRID OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that, on July 13, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Notice of Hybrid Omnibus Hearings* [Docket No. 3015] (the "Original Hearing Notice"), which provided notice of scheduled hearings for matters in the above-captioned chapter 11 cases originally set for August 29, 2023, at 11:00 a.m., prevailing Eastern time (the "First Omnibus Hearing"); Thursday, September 14, 2023, at 10:00 a.m., prevailing Eastern time (the "Second Omnibus Hearing"), and Thursday, October 5, 2023,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

at 10:00 a.m., prevailing Eastern time (the "Third Omnibus Hearing," and together with the First Omnibus Hearing and the Second Omnibus Hearing, the "Hearings").

**PLEASE TAKE FURTHER NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "Court") has rescheduled the date and time for the First Omnibus Hearing for matters in the above-captioned chapter 11 cases for **Thursday, September 7, 2023, at 10:00 a.m., prevailing Eastern time**, and has **canceled the Second Omnibus Hearing**. For the avoidance of doubt, the Third Omnibus Hearing is still set for the date and time provided in the Original Hearing Notice.

**PLEASE TAKE FURTHER NOTICE** that the First Omnibus Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the First Omnibus Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the First Omnibus Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at or listen to the First Omnibus Hearing, whether (a) an attorney or non-attorney, (b) appearing in person or remotely, or (c) making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they will appear at the First Omnibus Hearing remotely or in person and, and if appearing remotely, whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) for the First Omnibus Hearing need to be made by **4:00 p.m., prevailing**

**Eastern time, the business day before the First Omnibus Hearing (*i.e.*, on Wednesday, September 6, 2023)**.  Electronic appearances (eCourtAppearances) for the Third Omnibus Hearing need to be made by **4:00 p.m., prevailing Eastern time, the business day before the Third Omnibus Hearing (*i.e.*, on Wednesday, October 4, 2023).**

**PLEASE TAKE FURTHER NOTICE** that, due to the large number of expected participants in the First Omnibus Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to remotely attend the First Omnibus Hearing at 10:00 a.m., prevailing Eastern time on September 7, 2023, must connect to the First Omnibus Hearing beginning at 9:00 a.m., prevailing Eastern Time on September 7, 2023.  When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the hearing.  Parties that type in only their first name, a nickname, or initials will not be admitted into the First Omnibus Hearing.  When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room" in the order in which you seek to connect.  Court personnel will admit each person to the First Omnibus Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance.  Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the First Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Original Hearing Notice, motions, and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of the motions and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| New York, New York<br>Dated: July 26, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:          joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                    ross.kwasteniet@kirkland.com<br>                    chris.koenig@kirkland.com<br>                    dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |