| 3.1.380595 | MATTHEW JOHNSON | ADDRESS REDACTED | | BTC 1.01608047144308 | | | |