| 3.1.485716 | ROHIT RANJAN | ADDRESS REDACTED | | BTC 0.45333948685439 | | |

22-10964-mg    Doc 3099-1    Filed 07/27/23    Entered 07/27/23 12:37:58    Exhibit Scheduled Claim    Pg 1 of 1