| 3.1.498993 | SAM WOOLDRIDGE | ADDRESS REDACTED | | | |