**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before July 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on AD HOC Group of Earn Account Holders Including Immanuel Herrmann, Nicholas Farr, and Brett Perry, c/o Offit Kurman, P.A., Attn: Joyce A. Kuhns, Esq. at 7021 Columbia Gateway Dr, Ste 200, Columbia, MD 21046-2967, pursuant to USPS forwarding instructions:

- **Notice of Rejection of Certain Executory Contracts** (Docket No. 2635)

- **Notice of Successful Bidder and Backup Bidder** (Docket No. 2713)

- **Notice of Rejection of Certain Executory Contracts** (Docket No. 2714)

- **Notice of Hearing on Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Willis Towers Watson US LLC as Compensation Consultant, Effective as of July 13, 2022, and (II) Granting Related Relief** (Docket No. 2726)

- **Notice of Second Additional Statement of Work Related to the Retention and Employment of Ernst & Young LLP as Tax Compliance and Tax Advisory Services Provider** (Docket No. 2730)

- **Order (I) Authorizing the Retention and Employment of KE Andrews as Property Tax Services Provider Effective as of January 1, 2023, and (II) Granting Related Relief** (Docket No. 2753)

- **Order (I) Authorizing the Retention and Employment of Andersen LLP as UK Tax Services Provider Effective as of February 28, 2023, and (II) Granting Related Relief** (Docket No. 2755)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

- **Notice of Discovery Conference Regarding (I) Estimation of Certain Intercompany Contract Claims Between Celsius Network LLC and Celsius Network Limited, (II) Substantive Consolidation of Celsius Network LLC and Celsius Network Limited, and (III) Constructive Fraudulent Transfer Claim** (Docket No. 2756)

- **Notice of Debtors' Entry Into Plan Sponsor Agreement** (Docket No. 2759)

- **Revised Notice of Hybrid Omnibus Hearing Scheduled for June 28, 2023** (Docket No. 2762)

- **Notice of Hybrid Omnibus Hearing Scheduled for July 18, 2023** (Docket No. 2764)

Furthermore, on July 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Ignat Tuganov, Attn: Jeffrey S. Sabin, Carol Weiner Levy, & Arie Peled at 151 W 42nd St, Fl 4R, New York, NY 10036-6635, pursuant to USPS forwarding instructions:

- **Stipulation and Agreed Order Rejecting Terms and Conditions by and Between the Debtors and Chainalysis Inc.** (Docket No. 2372)

Dated: July 25, 2023

/s/ Stephanie Delgado
Stephanie Delgado

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 25th day of July, 2023, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026