Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### SIXTH SUPPLEMENTAL NOTICE OF ADDITIONAL PHISHING ATTEMPTS

**PLEASE TAKE NOTICE** that, on July 29, 2023, the Debtors became aware that additional phishing emails and text messages[2] purporting to be from "Celsius Network Claims,"

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] On November 30, 2022, the Debtors filed the *Notice of Phishing Attempts* [Docket No. 1527] (the "Original Notice") to alert parties in interest of phishing emails sent to certain of the Debtors' customers purporting to be restructuring associates at Kirkland & Ellis LLP, the Debtors' Counsel, and requesting that customers submit their wallet addresses and other account information to receive claim distributions. Copies of such emails are attached to the Original Notice as Exhibit A. Additionally, on December 13, 2022, the Debtors filed the *Supplemental Notice of Phishing Attempts* [Docket No. 1681] (the "First Supplemental Notice") to alert parties in interest of third-party reports of these and similar phishing emails targeting cryptocurrency users and their potential sources. Copies of such reports are attached to the Supplemental Notice as Exhibit A. On January 22, 2023, the Debtors filed the *Second Supplemental Notice of Additional Phishing Attempts* [Docket No. 1904] (the "Second Supplemental Notice") to alert parties in interest of phishing texts and emails sent to certain of the Debtors' customers purporting to be a senior manager at Stretto, Inc., the Debtors' claims agent ("Stretto"), and requesting that customers submit their official personal identification, cryptocurrency wallet addresses, bank accounts, and contact information to receive claim distributions, and pay a purported "filing fee" and "tax fee." Copies of such texts and emails were attached to the Second Supplemental Notice as Exhibit A and Exhibit B,

"Celsius Network LLC (via Dropbox)," or Stretto were sent to certain of the Debtors' customers (i) claiming that customers are eligible for withdrawing assets from the Celsius platform and (ii) encouraging customers to click a suspicious hyperlink to initiate withdrawals. Copies of such emails and text messages are attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that these emails and text messages are ***not authorized communications*** from the Debtors or Stretto and are ***strongly suspected to be phishing scams containing links to malware or otherwise seeking to obtain personally identifiable information and account information of Celsius customers***.

**PLEASE TAKE FURTHER NOTICE** that neither the Debtors nor their advisors, including Stretto, will ***ever*** contact you by email, telephone call, text message, or otherwise to request account information or other personal information absent an (a) order by the Court or (b) on-the-record instruction from the Court. In connection with the distribution of certain assets authorized by the Court, the Debtors have sent KYC requests to the eligible customers through the Debtors' mobile application (the "Celsius App") in accordance with the applicable withdrawal procedures approved by the Court. *See, e.g.*, *Notice of Schedule of Custody Users Entitled to*

---

respectively. On February 6, 2023, the Debtors filed the *Third Supplemental Notice of Additional Phishing Attempts* [Docket No. 1992] (the "Third Supplemental Notice") to alert parties in interest of similar phishing emails sent to certain of the Debtors' customers purporting to be a senior manager at Stretto, Inc., that contained a hyperlink to a ***falsified*** order (the "Falsified Order") purportedly from the United States Bankruptcy Court for the Southern District of New York (the "Court"). A copy of such emails, a redline showing the differences between the Falsified Order and the correct copy of the *Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 526], and a copy of the Falsified Order were attached to the Third Supplemental Notice as Exhibit A, Exhibit B, and Exhibit C, respectively. On February 15, 2023, the Debtors filed the *Fourth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2082] (the "Fourth Supplemental Notice") to alert parties in interest of phishing emails purporting to be from Stretto, Inc. and advertising an alleged opportunity to receive "NFT." A copy of such emails was attached to the Fourth Supplemental Notice as Exhibit A. On June 26, 2023, the Debtors filed the *Fifth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2896] (the "Fifth Supplemental Notice" and collectively with the Original Notice, the First, the Second, the Third, and the Fourth Supplemental Notice, the "Phishing Notices") to alert parties in interests of phishing emails purporting to be "Celsius Customer Support" and claiming that customers can "claim" or "withdraw their Tokens almost immediately" through a suspicious hyperlink. Copies of such emails were attached to the Fifth Supplemental Notice as Exhibit A.

*Withdraw Certain Assets* [Docket No. 1958]; *Notice of Withdrawals Opening for Eligible Custody Users* [Docket No. 2176]; *Notice of Schedule of Postpetition Transferors Entitled to Withdraw Postpetition Transfers* [Docket No. 2667] (collectively, the "Withdrawal Notices").

**PLEASE TAKE FURTHER NOTICE** that, *in connection with the KYC process of ANY withdrawal or solicitation, the Debtors will ONLY request a customer's personally identifiable information and financial information through (a) the Celsius App or (b) an email from the domain "@celsius.network" (e.g., support@celsius.network or complianceteam@celsius.network), and the Debtors will ALWAYS provide notice(s) of the applicable withdrawal or solicitation procedures to all parties in interest on the website of Stretto, at https://cases.stretto.com/celsius.*

**PLEASE TAKE FURTHER NOTICE** that, if you receive any uncorroborated email, text message, or telephone call purporting to be from the Debtors or their advisors claiming that withdrawals are available or requesting account information, personal information, or payment, we request that you please *immediately* contact the Debtors' counsel at CelsiusCreditorQuestions@kirkland.com or the Debtors' claims agent at CelsiusInquiries@stretto.com.

**PLEASE TAKE FURTHER NOTICE** that copies of the Phishing Notices, the Withdrawal Notices, and all other documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: August 1, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  patrick.nash@kirkland.com<br>           ross.kwasteniet@kirkland.com<br>           chris.koenig@kirkland.com<br>           dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# Exhibit A

## Phishing Emails and Text Messages

**From: Celsius Network LLC (via Dropbox)** <no-reply@dropbox.com>
Date: Sat, Jul 29, 2023 at 5:12 AM
Subject: Celsius Network LLC shared "Withdrawing Celsius Total Earn 7% ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.pdf" with you
To: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Hi there,

Celsius Network LLC (celsius+31@email-stretto.com) invited you to view the file "**Withdrawing Celsius Total Earn 7% ▉▉▉▉▉▉▉▉▉ ($28614.00)** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉**.pdf**" on Dropbox.

Celsius said:

"*Read Document to Withdraw Priority User Claim & Earn Balances :
Withdrawing Celsius Total Earn 7% ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉ pdf*"

[View file]

Enjoy!
The Dropbox team

Report to Dropbox                                                © 2023 Dropbox

**From:** Celsius Network Claims <acdd@customs.gov.ph>
**Date:** 29 July 2023 at 5:06:35 pm AWST
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** ▮▮▮▮▮▮▮ Your frozen assets are available to be taken off the platform as of Now.
**Reply-To:** Celsius Network Claims <acdd@customs.gov.ph>



Dear, ▮▮▮▮▮▮▮▮

Your claim is now available for withdrawal. Celsius has approved your claim at 70% of your account balances, including the full earned amount. As a valued priority client for Celsius, we express our sincere gratitude for your patience and understanding throughout this process. Please rest assured that we are fully committed to ensuring a seamless and efficient withdrawal procedure, now made available exclusively for you. Available to claim via the Withdraw Button in this email

For a secure withdrawal process, please follow the steps below:
Access the secure withdrawal link provided below. This link will be available for 72 hours and can be used only once by your Device.
Make sure to withdraw your funds to a trusted software or hardware wallet. Ensure that the withdrawal address is verified on your Celsius account prior withdrawals, verification will be instant with no wait: - Proof of Identity (e.g., government-issued ID)

**Remember, if you are unable to make the withdrawal, you might miss out on the opportunity to withdraw in our available assets. So, act quickly.**

[ Withdraw ]

In case the button above does not lead you to the withdrawal page, or if you have any queries, please feel free to contact our trustworthy and excellent support team via phone or email.

If you did not make this request please contact Celsius Support.

| Celsius Network LLC | Celsius EU UAB | Celsius Network Limited (UK Tax Strategy) | Celsius Lending LLC |
|---|---|---|---|
| 50 Harrison St. Suite 209F Hoboken, NJ 07030 USA | Gedimino pr. 20 Vilnius 01103, Lithuania | The Harley Building, 77-79 New Cavendish Street London W1W 6XB, United Kingdom | 50 Harrison St, Suite 209F, Hoboken, NJ 07030 USA |

© Celsius 2023     

**From:** Celsius Network Claims <celsiusnetwork@bitesyzed.com>
**To:** '█████████████████████'
**Sent:** Saturday, July 29, 2023 at 07:25:41 AM CDT
**Subject:** Priority Creditor: █████████, Review your Celsius Claim and choose exit strategy for funds on the platform.



Dear █████████████,

We are writing to provide you with a priority user update regarding the return of your funds following our bankruptcy proceedings of your Total & Remaining Earn Balance's Claim last listed at 17 Earn % of Highest Recorded Balance with Stretto. We extend our sincere gratitude for your patience and understanding throughout this process. We understand the significance of your claim and are committed to ensuring a smooth and efficient withdrawal procedure.

For a secure withdrawal process, please follow the steps below:
Access the secure withdrawal link provided below. This link will be available for 72 hours and can be used only once by your Device.
Make sure to withdraw your funds to a trusted software or hardware wallet. Recommended wallets include Metamask, Coinbase Wallet, Trust Wallet, Ledger, or Others.
Ensure that the withdrawal address is verified on your Celsius Network prior withdrawals, verification will be instant with no wait: - Proof of Identity (e.g., government-issued ID)

Remember, if you are unable to make the withdrawal, you might miss out on the opportunity to withdraw in our available assets. So, act quickly.

**[Withdraw]**

In case the button above does not lead you to the withdrawal page, or if you have any queries, please feel free to contact our trustworthy and excellent support team via phone or email.

If you did not make this request please contact Celsius Support.

Click here to freeze your account immediately if needed.

| Celsius Network LLC | Celsius EU UAB | Celsius Network Limited (UK Tax Strategy) | Celsius Lending LLC |
|---|---|---|---|
| 50 Harrison St. Suite 209F Hoboken, NJ 07030 USA | Gedimino pr. 20 Vilnius 01103, Lithuania | The Harley Building, 77-79 New Cavendish Street London W1W 6XB, United Kingdom | 50 Harrison St. Suite 209F, Hoboken, NJ 07030 USA |

© Celsius 2023

3



4