UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND**
**FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearances as counsel to Terraform Labs PTE Ltd. ("TFL"), pursuant to, *inter alia,* Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and § 1109(b) of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code"), requests that all notices given and all papers served or required to be served in each of these chapter 11 cases be given to and served upon:

Sarah M. Schrag
Claude D. Montgomery
Douglas W. Henkin
David L. Kornblau
**DENTONS US LLP**
1221 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: sarah.schrag@dentons.com
claude.montgomery@dentons.com
douglas.henkin@dentons.com
david.kornblau@dentons.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the chapter 11 cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, email, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notice and Service of Papers shall not be construed as an appointment of any person or entity as authorized agents of TFL, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Notice and Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive TFL's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which TFL is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Date: August 1, 2023 | */s/ Sarah M. Schrag*<br>**DENTONS US LLP**<br>Claude D. Montgomery<br>Sarah M. Schrag<br>Douglas W. Henkin<br>David L. Kornblau<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 768-6700<br>claude.montgomery@dentons.com<br>sarah.schrag@dentons.com<br>douglas.henkin@dentons.com<br>david.kornblau@dentons.com<br><br>Mark G. Califano (*pro hac vice* application forthcoming)<br>Matthew A. Lafferman (*pro hac vice* application forthcoming)<br>1900 K Street, NW<br>Washington, DC 20006-1102<br>Tel: (202) 496-7500<br>mark.califano@dentons.com<br>matthew.lafferman@dentons.com<br><br>*Counsel to Terraform Labs PTE Ltd.* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2023, a true and correct copy of the foregoing *Notice of Appearance and Demand for Notice and Service of Papers* was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in these chapter 11 cases.

Date:  August 1, 2023                              */s/ Sarah M. Schrag*
                                                                   Sarah M. Schrag