Andersen LLP
80 Coleman Street,
London, EC2R 5BJ,
United Kingdom
Telephone: +44 (0)20 7242 5000
Fax: +44 (0)20 7282 4337

*UK Tax Services Provider*
*for the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST MONTHLY FEE STATEMENT**
**OF SERVICES RENDERED AND EXPENSES**
**INCURRED BY ANDERSEN LLP AS UK TAX SERVICES PROVIDER**
**FOR THE DEBTORS, FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD FROM FEBRUARY 28, 2023 THROUGH JUNE 30, 2023**

| Name of Applicant | Andersen LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors |
| Retention Date | June 6, 2023, effective as of February 13, 2023 |
| Period for which compensation and reimbursement is sought: | February 13, 2023 through June 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $153,613.98 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |
| This is a(n) | Monthly Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

This is the FIRST monthly fee application filed in this case.

Andersen LLP ("Andersen"), as valuation advisors to the debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"), hereby submits this monthly fee statement (the "Fee Statement"), pursuant to this Court's *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779], dated June 8, 2023 (the "Amended Interim Compensation Order"), and this Court's Order under 11 U.S.C. § 1103, Fed. R. Bankr. P. 2014 and 5002, and S.D.N.Y. LBR 2014-1, *Order (I) Authorizing the Retention and Employment of Andersen LLP as UK Tax Services Provider Effective as of February 28, 2023, and (II) Granting Related Relief* [Docket No. 2755], dated June 6, 2023, seeking compensation and reimbursement of expenses for the period February 28, 2023 through June 30, 2023 (the "First Monthly Period"). By this Fee Statement, Andersen seeks payment of $122,891.18, which is equal to 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the First Monthly Period, $153,613.98.

Attached hereto as Exhibit A is a summary report outlining the hours and fees worked by task, hours and fees worked by professional, and hours and fees worked by task by professional for the First Monthly Period.

This Fee Statement also includes a billing summary by individual, setting forth the (i) name and title of each individual for whose work on these cases compensation is sought, (ii) aggregate time expended by each such individual, and (iii) hourly billing rate for each such individual at Andersen's current billing rates.

*[Remainder of page intentionally left blank]*

**NOTICE**

No trustee has been appointed in these chapter 11 cases. On September 29, 2022, the Court entered an order directing the appointment of Shoba Pillay as examiner [Docket No. 923]. Pursuant to the Interim Compensation Order, notice of this Fee Statement has been served upon (i) Celsius Network LLC, 50 Harrison Street, Suite 209F, Hoboken, New Jersey 0703, Attn: Ron Deutsch; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C. and Simon Briefel, and 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., and Christopher S. Koenig; (iii) the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Shara Cornell, Mark Bruh, and Brian S. Masumoto; (iv) counsel to the UCC, White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce, 1221 6th Avenue, New York, New York 10020, Attn: David Turetsky, and 555 South Flower Street, Suite 2700, Lost Angeles, California 90071, Attn: Aaron E. Colodny; (v) counsel to the Chapter 11 Examiner, Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654, Attn: Catherine L. Steege, and Vincent E. Lazar; (vi) counsel to the Ad Hoc Group of Custodial Account Holders, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Kyle J. Ortiz and Bryan M. Kotliar; (vii) counsel to the Ad Hoc Group of Withhold Account Holders, Troutman Pepper Hamilton Sanders, 875 Third Avenue, New York, New York 10022, Attn: Deborah Kovsky-Apap; (viii) via electronic mail to counsel to the Fee Examiner, Christopher S. Sontchi, at CelsiusFeeExaminer@gklaw.com; and (ix) any other statutory committee appointed in these chapter 11 cases. Andersen submits that, in view of the facts and circumstances, such notice is sufficient, and no other or further notice need be provided.

WHEREFORE, Andersen respectfully requests payment and reimbursement in accordance

with the procedures set forth in the Interim Compensation Order, *i.e.*, payment of $122,891.18,

which represents 80 percent of the compensation sought, $153,613.98.

Dated:  August 2, 2023

ANDERSEN LLP
By:  /s/ Zoe Wyatt
Zoe Wyatt
Andersen LLP
80 Coleman Street
London, EC2R 5BJ
United Kingdom.
Telephone:  +44 (0)20 7242 5000
Fax:  +44 (0)20 7282 4337

*UK Tax Services Provider*
*for the Debtors and Debtors-in-Possession*

**<u>Exhibit A</u>**

SUMMARY OF TOTAL FEES
BY PROFESSIONAL FOR ANDERSEN LLP
February 28, 2023 through June 30, 2023

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Zoe Wyatt | Engagement Partner and Head of Crypto & Digital Assets | 28 | $1168 | **32,704.00** |
| Sarah Shears | VAT Partner | 25.50 | $1112 | **28,356.00** |
| Dion Seymour | Crypto Technical Director | 64.5 | $863 | **55,663.50** |
| Huw Griffiths | Director - Corporate Tax | 23 | $863 | **19,849.00** |
| Jonathan Nehard | Head of financial reporting | 5.25 | $758 | **3,979.50** |
| Kevin Hindley | Partner and Head of Corporate | 2 | $1168 | **2,336.00** |
| James Paull | Partner - Incentives | 2.25 | $1168 | **2,502.00** |
| **TOTAL** | | **150.50** | | **$145,390.00** |
| *Less 15% Discount* | | | | *$(21,808.50)* |
| **SUB TOTAL** | | | | **$123,581.50** |
| **VAT** (calculated on the relevant invoice dates) | | | | **$30,032.48** |
| **TOTAL** | | | | **$153,613.98** |

SUMMARY OF TOTAL FEES
BY TASK CATEGORY FOR ANDERSEN LLP
February 28, 2023 through June 30, 2023

| Task | Description | Total Hours | Total Requested Fees |
|---|---|---|---|
| Accounts | Preparation and completion of Corporation Tax Returns for 2021 onward | 47.5 | **42,809.5** |
| Ad hoc | Completion of additional works not included within the original Statement of Work | 17.25 | **17,860.5** |
| Ad Hoc: Odette Settlement | Completion of work in relation to the Odette Settlement | 26.75 | **23,704.25** |
| Administrative | Activities in relation to Chapter 11 including review of court submissions and necessary documents | 5 | **5,153.75** |
| General | Time related to weekly catch-up calls and other such activity | 25.5 | **25,942** |
| VAT Return | Review and completion of VAT registration process and filing of VAT returns | 28.25 | **29,920** |
| SUB TOTAL | | 150.5 | **$145,390** |
| **Less 15% Discount** | | | **$123,581.50** |
| **VAT** (calculated on the relevant invoice dates) | | | **$30,032.48** |
| **TOTAL** | | | **$153,613.98** |

DETAIL OF TOTAL FEES BY PROFESSIONAL AND
BY TASK CATEGORY FOR ANDERSEN LLP
February 28, 2023 through June 30, 2023

| Date | Name | Task | Description | Hours | Rate ($) | Sum of Fees ($) |
|---|---|---|---|---|---|---|
| 13-Feb-23 | Zoe Wyatt | General | Kick off call | 0.5 | 1,168.00 | 584.00 |
| 14-Feb-23 | Dion Seymour | General | Celsius weekly tax call with EY, Kirkland and Celsius tax teams | 1 | 863.00 | 863.00 |
| 20-Feb-23 | Zoe Wyatt | General | Call with Lior, Moshe, Aswan, Dion and Huw to go through granular info on 2020 accounts. Plus update on restructure and Bitwave data. | 0.75 | 1,168.00 | 876.00 |
| 21-Feb-23 | Dion Seymour | General | Celsius weekly tax call with EY, Kirkland and Celsius tax teams | 1 | 863.00 | 863.00 |
| 21-Feb-23 | Zoe Wyatt | General | Internal call, call with Celsius UK team, read through the Ch 11 restructure | 3 | 1,168.00 | 3,504.00 |
| 23-Feb-23 | Dion Seymour | General | Meeting with client transition kick off to cover the extant issues including the engagement going forward | 1 | 863.00 | 863.00 |
| 23-Feb-23 | Zoe Wyatt | General | Prep for and call with Mazars and Celsius team | 1.5 | 1,168.00 | 1,752.00 |
| 27-Feb-23 | Sarah Shears | VAT Return | Pre-meeting prep (review of Mazaar's docs and VAT issues) and mtg with Zoe. Dion and Huw re: VAT. | 1.25 | 1,112.00 | 1,390.00 |
| 28-Feb-23 | Dion Seymour | General | Celsius weekly tax call with EY, Kirkland and Celsius tax teams | 1 | 863.00 | 863.00 |
| 02-Mar-23 | Huw Griffiths | Accounts | Meeting with Mazars to handover corporation tax role | 1 | 863.00 | 863.00 |
| 06-Mar-23 | Zoe Wyatt | Accounts | Call with Huw and Dion ahead of weekly catch up to discuss progress and next steps | 0.5 | 1,168.00 | 584.00 |
| 07-Mar-23 | Huw Griffiths | Accounts | Intro call to understand matter and run through information received | 1.5 | 863.00 | 1,294.50 |
| 07-Mar-23 | Dion Seymour | Accounts | Meeting at request of client to provide update on progress | 0.5 | 863.00 | 431.50 |
| 10-Mar-23 | Dion Seymour | Accounts | Review of progress with Partner. Considered position on 2022 accounts and the previous views from counsel on trade/investment and VAT opinion | 0.5 | 863.00 | 431.50 |
| 13-Mar-23 | Zoe Wyatt | Accounts | Brainstorm session with Huw and Dion | 1 | 1,168.00 | 1,168.00 |
| 13-Mar-23 | Dion Seymour | Accounts | Call with Huw Griffith to consider the information | 1.5 | 863.00 | 1,294.50 |

| Date | Name | Task | Description | Hours | Rate ($) | Sum of Fees ($) |
|------|------|------|-------------|-------|----------|----------------|
| | | | provided to date and prepare email for call with Celsius to gather further information. Further consideration on the filing position for 2020 to be refilled from investment to trade. | | | |
| 13-Mar-23 | Huw Griffiths | Accounts | Celsius - internal discussion with separation re source information and destination in the statutory accounts to determine potential impact on FY20 position | 1 | 863.00 | 863.00 |
| 13-Mar-23 | Sarah Shears | VAT Return | Discussions with Dion re: Celsius and review of file | 0.75 | 1,112.00 | 834.00 |
| 14-Mar-23 | Dion Seymour | VAT Return | Call with VAT partner to provide update on discussions in relation to Celsius and meeting with Mazars | 0.5 | 863.00 | 431.50 |
| 14-Mar-23 | Zoe Wyatt | General | Celsius weekly call | 0.5 | 1,168.00 | 584.00 |
| 14-Mar-23 | Dion Seymour | General | Celsius weekly tax call with EY, Kirkland and Andersen | 0.5 | 863.00 | 431.50 |
| 14-Mar-23 | Sarah Shears | VAT Return | Review docs, meeting with client and post meeting with Dion | 1.75 | 1,112.00 | 1,946.00 |
| 14-Mar-23 | Huw Griffiths | Accounts | Reworking FY20 position | 1.5 | 863.00 | 1,294.50 |
| 14-Mar-23 | Huw Griffiths | General | Weekly call | 1 | 863.00 | 863.00 |
| 15-Mar-23 | Dion Seymour | Accounts | Review of previous opinions and update of case | 2 | 863.00 | 1,726.00 |
| 17-Mar-23 | Sarah Shears | VAT Return | Review of Counsel notes and e-mail Ola | 1.25 | 1,112.00 | 1,390.00 |
| 20-Mar-23 | Huw Griffiths | Accounts | Call with client to understand information flow from TB to submitted FY20 tax computation and statutory accounts | 1 | 863.00 | 863.00 |
| 20-Mar-23 | Dion Seymour | Accounts | Call with Lior and Aswan at Celsius to discuss accounting treatment and records | 1 | 863.00 | 863.00 |
| 20-Mar-23 | Zoe Wyatt | Accounts | Internal call with Dion and Huw for a status update on 1) review of 2020 filing position and conversion to trading position, 2) VAT registration and 3) additional information requested on restructure | 0.5 | 1,168.00 | 584.00 |
| 20-Mar-23 | Dion Seymour | Accounts | Internal call with Huw to discuss accounting treatment for the 2020 accounts and furhter update with partner on progress | 1 | 863.00 | 863.00 |
| 21-Mar-23 | Sarah Shears | VAT Return | Ring Ola re: VAT reg | 0.25 | 1,112.00 | 278.00 |
| 21-Mar-23 | Zoe Wyatt | General | Weekly call (time rounded down) | 0.5 | 1,168.00 | 584.00 |

4

| Date | Name | Task | Description | Hours | Rate ($) | Sum of Fees ($) |
|---|---|---|---|---|---|---|
| 21-Mar-23 | Dion Seymour | General | Weekly tax call with Kirkland, EY and Celsius | 0.5 | 863.00 | 431.50 |
| 23-Mar-23 | Dion Seymour | Accounts | Review of information provided during week from email from Eric Sapir on 23 March | 1 | 863.00 | 863.00 |
| 23-Mar-23 | Sarah Shears | VAT Return | Telcon Ola at Mazaars re: VAT | 0.75 | 1,112.00 | 834.00 |
| 24-Mar-23 | Dion Seymour | VAT Return | Call with VAT partner to discuss VAT registration issues and liability considerations | 0.5 | 863.00 | 431.50 |
| 24-Mar-23 | Sarah Shears | VAT Return | Update Dion re: VAT issues | 0.75 | 1,112.00 | 834.00 |
| 27-Mar-23 | Huw Griffiths | Accounts | Call to run through current balance sheets to determine assets to be transferred in settlement of the intercompany liability due from Celsius Network Limited to Celsius US | 1 | 863.00 | 863.00 |
| 27-Mar-23 | Dion Seymour | Accounts | Call with Celsius to discuss UK entity assets and liabilities. Call lasted 45 minutes with call with the partner for 15 minutes. | 1 | 863.00 | 863.00 |
| 27-Mar-23 | Zoe Wyatt | General | Call with Lior, Dion, Huw and Kirkland - 45 mins. Follow-up discussion with Dion - 15 mins. | 1 | 1,168.00 | 1,168.00 |
| 28-Mar-23 | Dion Seymour | General | Celsius weekly tax call and additional time for next steps | 1.5 | 863.00 | 1,294.50 |
| 28-Mar-23 | Sarah Shears | VAT Return | E-mails re: VAT reg | 0.25 | 1,112.00 | 278.00 |
| 28-Mar-23 | Huw Griffiths | Accounts | Review 2020 accounting information to determine mapping between TB and stat accounts | 0.25 | 863.00 | 215.75 |
| 28-Mar-23 | Sarah Shears | General | Update call | 1 | 1,112.00 | 1,112.00 |
| 29-Mar-23 | Zoe Wyatt | Accounts | 1) Call with Dion re Anthony at Kirkland's emails on base cost and history of inter-co loan and associated UK tax consequences 2) Review Dion's draft emails. 3) Draft email to Anthony re UK tax consequences if there had been no inter-co. [Total time 55 mins, rounded down to 45 mins]. | 0.75 | 1,168.00 | 876.00 |
| 31-Mar-23 | Dion Seymour | Accounts | Review of previous position for the tax liability calculations undertaken by Mazar with consideration on the appraoch to be taken for the settlement of intercompany debt | 2.5 | 863.00 | 2,157.50 |
| 03-Apr-23 | Zoe Wyatt | Ad Hoc | Call with Dion re steps to take before we can determine tax consequence of asset transfer - ahead of call with Celsius & Kirkland on the same. [Actual | 0.25 | 1,168.00 | 292.00 |

| Date | Name | Task | Description | Hours | Rate ($) | Sum of Fees ($) |
|------|------|------|-------------|-------|----------|------------------|
| | | | time 25 mins, rounded down to 15 mins]. | | | |
| 03-Apr-23 | Zoe Wyatt | Accounts | Call with Kirkland, Lior and Dion re base cost information, wrapper BTC and tax on transfer of assets / matching with movement on inter-company liability | 0.5 | 1,168.00 | 584.00 |
| 03-Apr-23 | Dion Seymour | Accounts | Discussion with Lior Koren (CUK) and Anthony Sexton (Kirkland) on the UK tax implications | 0.75 | 863.00 | 647.25 |
| 03-Apr-23 | Dion Seymour | Accounts | Discussion with Partner on the progress of work for CEL prior to call | 0.5 | 863.00 | 431.50 |
| 04-Apr-23 | Dion Seymour | Accounts | Meeting with Lior Koren to discuss the details for the tax return for the year ending 2021 including any further information required. | 0.5 | 863.00 | 431.50 |
| 04-Apr-23 | Sarah Shears | General | Weekly call | 0.25 | 1,112.00 | 278.00 |
| 04-Apr-23 | Huw Griffiths | General | Weekly tax call | 0.5 | 863.00 | 431.50 |
| 05-Apr-23 | Zoe Wyatt | Administrative | Call with Kirkland re retention letter | 0.5 | 1,168.00 | 584.00 |
| 05-Apr-23 | Zoe Wyatt | Administrative | Call with Kirkland re retention letter | 0.5 | 1,168.00 | 584.00 |
| 05-Apr-23 | Zoe Wyatt | Administrative | Call with Kirkland re retention letter | 0.5 | 1,168.00 | 584.00 |
| 05-Apr-23 | Zoe Wyatt | Administrative | Call with Kirkland re retention letter | 0.5 | 1,168.00 | 584.00 |
| 05-Apr-23 | Huw Griffiths | Accounts | Celsius - reviewing FY21 transactions | 1.5 | 863.00 | 1,294.50 |
| 05-Apr-23 | Zoe Wyatt | Accounts | Further call with Huw and Dion | 0.5 | 1,168.00 | 584.00 |
| 05-Apr-23 | Zoe Wyatt | Accounts | Internal call with Huw and Dion | 0.5 | 1,168.00 | 584.00 |
| 05-Apr-23 | Dion Seymour | Administrative | meeting with Kirkland to discuss further required information to complete retention process | 0.5 | 863.00 | 431.50 |
| 05-Apr-23 | Dion Seymour | Accounts | Meeting with Partner and CT Director to discuss current matters and route forward | 0.5 | 863.00 | 431.50 |
| 05-Apr-23 | Zoe Wyatt | Accounts | Third call with Huw and Dion | 0.5 | 1,168.00 | 584.00 |
| 06-Apr-23 | Huw Griffiths | Accounts | Re-drafting FY20 and draft FY21 comps | 2 | 863.00 | 1,726.00 |
| 12-Apr-23 | Huw Griffiths | Accounts | Discuss Celsius draft tax numbers | 1 | 863.00 | 863.00 |
| 12-Apr-23 | Dion Seymour | Accounts | Review and discussion of CEL draft 2021 tax return | 1 | 863.00 | 863.00 |
| 13-Apr-23 | Huw Griffiths | Accounts | Call with Lior Koren and Aswan Seetharaman to discuss FY21 tax numbers | 1 | 863.00 | 863.00 |
| 13-Apr-23 | Dion Seymour | General | Celsius weekly tax call with Kirkland | 0.5 | 863.00 | 431.50 |

| Date | Name | Task | Description | Hours | Rate ($) | Sum of Fees ($) |
|------|------|------|-------------|-------|----------|-----------------|
| 13-Apr-23 | Huw Griffiths | Accounts | Client call re FY21 numbers | 0.75 | 863.00 | 647.25 |
| 13-Apr-23 | Dion Seymour | Accounts | Discussion with Lior to update on progress and clarification of aspects of the 2021 financial statements | 1 | 863.00 | 863.00 |
| 13-Apr-23 | Sarah Shears | General | Weekly call | 0.5 | 1,112.00 | 556.00 |
| 18-Apr-23 | Sarah Shears | VAT Return | Client update call | 0.5 | 1,112.00 | 556.00 |
| 18-Apr-23 | Sarah Shears | VAT Return | Review of Counsel's opinion | 1.5 | 1,112.00 | 1,668.00 |
| 18-Apr-23 | Huw Griffiths | General | Weekly call | 0.5 | 863.00 | 431.50 |
| 18-Apr-23 | Dion Seymour | General | Weekly tax call with Celsius and Kirkland | 0.5 | 863.00 | 431.50 |
| 20-Apr-23 | Sarah Shears | VAT Return | 1.5 hours - review Counsel's opinion. Discuss way forward with Dion 2.5 hours - finalising review of Counsel's opinion, review of David Rabbi opinion, review of 2 x Mazaars advice and consideration of penalty position. | 4 | 1,112.00 | 4,448.00 |
| 20-Apr-23 | Dion Seymour | Accounts | Meeting with Partners Kevin and Zoe and CT director to discuss current position on the return | 1 | 863.00 | 863.00 |
| 20-Apr-23 | Dion Seymour | VAT Return | Meeting with VAT partner to consider outstanding VAT matters | 0.5 | 863.00 | 431.50 |
| 20-Apr-23 | Dion Seymour | Accounts | Review of tax return prior to meeting with Partners | 0.5 | 863.00 | 431.50 |
| 21-Apr-23 | Dion Seymour | VAT Return | Review of counsel opinion and consideration on the tax position for Celsius in light of the advice | 2 | 863.00 | 1,726.00 |
| 24-Apr-23 | Sarah Shears | VAT Return | Drafting a note summarising the historic position and providing Andersen high level view re: position and way forward. Including review and internal discussions re: penalty position and recalculating relevant penalties under current penalty regime. | 2.25 | 1,112.00 | 2,502.00 |
| 24-Apr-23 | Sarah Shears | VAT Return | Preparation of VAT reg forms | 1.25 | 1,112.00 | 1,390.00 |
| 25-Apr-23 | Dion Seymour | Accounts | Writing of tax memo to Lior Koren to set out the route forward with the YE 2021 tax return | 1 | 863.00 | 863.00 |
| 26-Apr-23 | Sarah Shears | VAT Return | E-mail Lior re: VAT reg info and discuss with Dion | 0.5 | 1,112.00 | 556.00 |
| 26-Apr-23 | Huw Griffiths | Accounts | Rerunning FY20-FY21 on alternative basis | 1.5 | 863.00 | 1,294.50 |
| 26-Apr-23 | Dion Seymour | VAT Return | Review of email from VAT partner and view on next steps | 0.5 | 863.00 | 431.50 |

| Date | Name | Task | Description | Hours | Rate ($) | Sum of Fees ($) |
|---|---|---|---|---|---|---|
| 27-Apr-23 | Dion Seymour | Ad Hoc - Odette Settlement | Celsius weekly tax call with Kirkland | 0.5 | 863.00 | 431.50 |
| 27-Apr-23 | Zoe Wyatt | General | Weekly call | 0.25 | 1,168.00 | 292.00 |
| 02-May-23 | Dion Seymour | Ad Hoc - Odette Settlement | Drafting of formal note for partner review relating to the Odette settlement | 2 | 863.00 | 1,726.00 |
| 02-May-23 | James Paull | Ad Hoc - Odette Settlement | Question on payroll withholding for settlement payment and review/amend written advice | 0.75 | 1,112.00 | 834.00 |
| 02-May-23 | Dion Seymour | Ad Hoc - Odette Settlement | Review of email from Lior Koren on Odette settlement and consideration of next steps for Celsius to declare payroll liability to HMRC | 1 | 863.00 | 863.00 |
| 02-May-23 | Sarah Shears | VAT Return | Review supporting docs for VAT return | 0.25 | 1,112.00 | 278.00 |
| 03-May-23 | Dion Seymour | Ad Hoc - Odette Settlement | Discussions with James Paull on the Odette settlement including admin aspects, finalisation of note. | 4 | 863.00 | 3,452.00 |
| 03-May-23 | James Paull | Ad Hoc - Odette Settlement | Discussions with Dion Seymour re Odette settlement | 0.75 | 1,112.00 | 834.00 |
| 03-May-23 | Sarah Shears | VAT Return | VAT reg discussions | 0.25 | 1,112.00 | 278.00 |
| 04-May-23 | Dion Seymour | Ad Hoc - Odette Settlement | Discussion with Lior on progress for Odette settlement | 0.25 | 863.00 | 215.75 |
| 05-May-23 | James Paull | Ad Hoc - Odette Settlement | Call with Dion re PAYE withholding | 0.25 | 1,112.00 | 278.00 |
| 05-May-23 | Dion Seymour | Ad Hoc - Odette Settlement | Review of request from Lior at Celsius for Andersen to complete the payroll for Odette Settlement. Time includes discussion with Incentives Partner (James Paull), discussions with private client tax team members (responsible for private client payroll) and Crypto Partner (Zoe Wyatt). Email sent to Lior to confirm additional information required to process the request | 4 | 863.00 | 3,452.00 |
| 05-May-23 | Zoe Wyatt | Ad Hoc - Odette Settlement | Calls with Dion re Odette settlement for partner update and oversight | 1 | 1,168.00 | 1,168.00 |
| 09-May-23 | Dion Seymour | Accounts | Email to Lior, email to Zoe Wyatt | 0.5 | 863.00 | 431.50 |
| 09-May-23 | Zoe Wyatt | Ad Hoc - Odette Settlement | Call with Dion Seymour and Jon Nehard re Odette | 0.5 | 1,168.00 | 584.00 |

| Date | Name | Task | Description | Hours | Rate ($) | Sum of Fees ($) |
|---|---|---|---|---|---|---|
| 09-May-23 | Jonathan Nehard | Ad Hoc - Odette Settlement | Call with Dion and Zoe and then client re settlement payment | 1 | 758.00 | 758.00 |
| 09-May-23 | James Paull | Ad Hoc - Odette Settlement | Review Dion e-mail, call to discuss with DS/JH, review appropriate comp basis, consider pension implications in light of the terms of the settlement | 0.5 | 1,112.00 | 556.00 |
| 09-May-23 | Dion Seymour | Accounts | Review of emails from Celsius and email reply to Lior confirming Andersen can process the payroll payment requesting further information. Consider pension implications. Call with Lior | 2.5 | 863.00 | 2,157.50 |
| 09-May-23 | Dion Seymour | General | Weekly Client / Lawyer Update Call | 0.25 | 863.00 | 215.75 |
| 09-May-23 | Zoe Wyatt | General | Weekly Client / Lawyer Update Call | 0.25 | 1,168.00 | 292.00 |
| 09-May-23 | Sarah Shears | VAT Return | Weekly Client / Lawyer Update Call | 0.25 | 1,112.00 | 278.00 |
| 09-May-23 | Sarah Shears | VAT Return | VAT reg info | 0.25 | 1,112.00 | 278.00 |
| 10-May-23 | Jonathan Nehard | Ad Hoc - Odette Settlement | Follow up call with Lior | 0.5 | 758.00 | 379.00 |
| 10-May-23 | Dion Seymour | Ad Hoc - Odette Settlement | Internal discussions with Jon and James on the position of the Odette settlement | 2 | 863.00 | 1,726.00 |
| 10-May-23 | Jonathan Nehard | Ad Hoc - Odette Settlement | Calls with Dion and James re Odette | 2 | 758.00 | 1,516.00 |
| 10-May-23 | Dion Seymour | Ad Hoc - Odette Settlement | Redrafting and finalisation of Odette note for Celsius following partner, Zoe Wyatt review | 2 | 863.00 | 1,726.00 |
| 10-May-23 | Zoe Wyatt | Ad Hoc - Odette Settlement | Review and edit Odette note | 0.5 | 1,168.00 | 584.00 |
| 11-May-23 | Jonathan Nehard | Ad Hoc - Odette Settlement | Completion of computations | 1 | 758.00 | 758.00 |
| 11-May-23 | Dion Seymour | General | Email to Lior confirming previous email details | 0.5 | 863.00 | 431.50 |
| 15-May-23 | Sarah Shears | VAT Return | VAT registration follow ups | 0.25 | 1,112.00 | 278.00 |
| 23-May-23 | Sarah Shears | General | Weekly Client / Lawyer Update Call | 0.5 | 1,112.00 | 556.00 |
| 23-May-23 | Dion Seymour | General | Weekly Client / Lawyer Update Call | 0.5 | 863.00 | 431.50 |
| 23-May-23 | Dion Seymour | General | Call with Zoe Wyatt to provide summary of update call | 0.25 | 863.00 | 215.75 |
| 23-May-23 | Zoe Wyatt | General | Progress call with Dion Seymour | 0.25 | 1,168.00 | 292.00 |

| Date | Name | Task | Description | Hours | Rate ($) | Sum of Fees ($) |
|---|---|---|---|---|---|---|
| 30-May-23 | Zoe Wyatt | General | Weekly Client / Lawyer Update Call | 0.5 | 1,168.00 | 584.00 |
| 30-May-23 | Sarah Shears | General | Weekly Client / Lawyer Update Call | 0.5 | 1,112.00 | 556.00 |
| 30-May-23 | Dion Seymour | General | Weekly Client / Lawyer Update Call | 0.5 | 863.00 | 431.50 |
| 06-Jun-23 | Jonathan Nehard | Ad Hoc - Odette Settlement | Celsius payroll meeting and preparation call with Dion | 0.75 | 758.00 | 568.50 |
| 06-Jun-23 | Dion Seymour | Ad Hoc - Odette Settlement | Celsius Payroll meeting, call with Jon Nehard | 0.75 | 863.00 | 647.25 |
| 12-Jun-23 | Huw Griffiths | Accounts | Revise FY21 provision following receipt of new accounts | 2 | 863.00 | 1,726.00 |
| 13-Jun-23 | Huw Griffiths | Accounts | Celsius new version of provisions | 1.5 | 863.00 | 1,294.50 |
| 13-Jun-23 | Sarah Shears | VAT Return | VAT registration application including various HMRC system issues | 0.75 | 1,112.00 | 834.00 |
| 14-Jun-23 | Huw Griffiths | Accounts | Catch up with Dion on Fy21 updated provisions | 0.5 | 863.00 | 431.50 |
| 14-Jun-23 | Dion Seymour | Accounts | Call with Huw re FY21 updated provisions followed by email to Celsius to confirm further information required. | 0.75 | 863.00 | 647.25 |
| 15-Jun-23 | Dion Seymour | Accounts | Call with Huw and confirmation to Celsius on production of computations | 0.25 | 863.00 | 215.75 |
| 19-Jun-23 | Sarah Shears | VAT Return | Redrafting VAT reg forms with UK details - additional HMRC questions re: UTR and dates of payment of PAYE and CT etc | 0.75 | 1,112.00 | 834.00 |
| 19-Jun-23 | Dion Seymour | Administrative | Review of forms provided by Kirkland | 1 | 863.00 | 863.00 |
| 20-Jun-23 | Sarah Shears | VAT Return | 1 hour - VAT registration. 30 mins weekly call. Call with Dion. | 2 | 1,112.00 | 2,224.00 |
| 20-Jun-23 | Dion Seymour | VAT Return | Call with Sarah Shears in relation to VAT registration and completion of process + weekly call | 2 | 863.00 | 1,726.00 |
| 20-Jun-23 | Dion Seymour | Administrative | Internal call with Partner and accounts team prior to call with Kirkland | 0.25 | 863.00 | 215.75 |
| 20-Jun-23 | Zoe Wyatt | Administrative | Review of docs from Kirkland, internal call ahead of call with Kirkland | 0.75 | 1,168.00 | 876.00 |
| 21-Jun-23 | Zoe Wyatt | General | Call with Kirkland, review series B settlement info and email | 1.25 | 1,168.00 | 1,460.00 |
| 21-Jun-23 | Dion Seymour | Administrative | Invoicing call with Kirkland | 0.5 | 863.00 | 431.50 |

| Date | Name | Task | Description | Hours | Rate ($) | Sum of Fees ($) |
|---|---|---|---|---|---|---|
| 26-Jun-23 | Dion Seymour | Ad Hoc - Odette Settlement | Draft of email for Odette settlement to provide to HMRC | 0.75 | 863.00 | 647.25 |
| 26-Jun-23 | Dion Seymour | Accounts | Following email from Kirkland, a review with Huw Griffiths re the potential impact on the transfer of company assets Followed by a discussion with Zoe Wyatt | 1 | 863.00 | 863.00 |
| 26-Jun-23 | Huw Griffiths | Ad Hoc | Call with Dion re asset transfer | 0.5 | 863.00 | 431.50 |
| 26-Jun-23 | Huw Griffiths | Ad Hoc | Call with Huw re asset transfer | 0.5 | 863.00 | 431.50 |
| 26-Jun-23 | Zoe Wyatt | Ad Hoc | Series B debt restructure discussion | 0.5 | 1,168.00 | 584.00 |
| 27-Jun-23 | Sarah Shears | VAT Return | VAT registration application amendments | 0.5 | 1,112.00 | 556.00 |
| 28-Jun-23 | Zoe Wyatt | Accounts | Review letter to HMRC and call with Dion | 0.5 | 1,168.00 | 584.00 |
| 28-Jun-23 | Dion Seymour | Accounts | Review of letter for HMRC from Lior and supplying further detials on process to make payment, call with Zoe Wyatt | 0.75 | 863.00 | 647.25 |
| 29-Jun-23 | Sarah Shears | General | Weekly update call | 0.5 | 1,112.00 | 556.00 |
| 29-Jun-23 | Dion Seymour | General | Celsius weekly call | 0.5 | 863.00 | 431.50 |
| 29-Jun-23 | Huw Griffiths | Ad Hoc | Celsius weekly call and post-call discussion with DS re subcon and potential implications for Celsius Network | 1 | 863.00 | 863.00 |
| 29-Jun-23 | Dion Seymour | Ad Hoc | Discussion between Huw and Dion following weekly Celsius call on potential tax implications for a substantive construction. | 0.5 | 863.00 | 431.50 |
| 30-Jun-23 | Kevin Hindley | Ad Hoc | Catch up with ZW and reading through insolvency UNCITRAL provisions | 2 | 1,168.00 | 2,336.00 |
| 30-Jun-23 | Dion Seymour | Ad Hoc | Review of implications of a substantive consolidation from a cross border basis. Including review of bankrupcy regulations and any interaction with UK legislation several discussions with Zoe | 5 | 863.00 | 4,315.00 |
| 30-Jun-23 | Zoe Wyatt | Ad Hoc | Several discussions with Dion and Kevin Hindley. Review cross border insolvency regs and supporting guidance. Review s136 UK tax code to assess whether tax relief available, review HMRC guidance. Write up analysis. Draft email to Anthony. | 7 | 1,168.00 | 8,176.00 |

11

| Date | Name | Task | Description | Hours | Rate ($) | Sum of Fees ($) |
|------|------|------|-------------|-------|----------|-----------------|
|  |  |  |  |  | Sub total | $145,390.00 |
|  |  |  |  |  |  |  |
|  |  |  | Less discount (15%) |  | $21,808.50 |  |
|  |  |  | Total (excluding VAT) |  | $123,581.50 |  |
|  |  |  | VAT (calculated on the relevant invoice dates) |  | $30,032.48 |  |
|  |  |  | **TOTAL** |  | **$153,613.98** |  |