Your Honor,

In response to the letter filed on 8/1/2023 (Document 3126) by the debtor's counsel.

- The debtor's counsel accuses me of hiding third-party accounts.
    - The debtor asked if I had any relatives with Celsius accounts. I do not have any relatives that I know of with a Celsius account, so I answered no.
    - The debtor then asked if I knew Liesel Holcomb. I did, so I answered yes.
- I was concerned about identity theft because it seemed that the only way Liesel's account would be linked to my accounts, is if she used my social security number.
    - Since Liesel Holcomb lived with me, I was concerned she had used my social security number as she has access to it.
    - I was also concerned that 1099-MISC documents for Liesel may have been sent to the IRS with my SSN for those apparent rewards that the debtor's counsel has listed (account 8 through 11) – which would have been a tax nightmare.
    - Thankfully, she did not use my SSN, and those 1099-MISC were issued to her as they should be.
- As I stated, living in the same house means we use the same devices, internet, and of course address. The fact that the debtor's counsel may never have had roommates or housemates seems to be causing confusion. I cannot go to Liesel's bank and withdraw money from her account simply because we use the same devices, internet, or address. Nor can any car loans or anything she has in her name be put on my credit report. I believe this to be true of married couples as well, but I do not know, as I am not married.
- The debtor's counsel for the first time has presented the option of unsuspending my accounts.
    - This is valuable to me as I may desire to sell my claim, but more importantly I believe the debtor wishes to continue in their historically fraudulent behavior by using suspended accounts to steal untold thousands of dollars from people stuck in suspension, including myself.

In light of this; I would like to come to an agreement with the debtor and their counsel as follows to unsuspend my accounts:

- Liesel Holcomb's debts and assets are her own, and not mine.
    - Money paid to another individual does not belong to me, and I should not be liable for returning it.
- The following facts are used to find the balance due from myself to the debtor.
    - I am entitled to $1,310 in promotional rewards (account 2).
        - This is the largest single promotional awards account that I have.
        - Since such promotional awards were valid for any other individual with only one account this puts me in a fair position with respect to all other creditors.
    - I have $2,020 in promotional rewards still in accounts 3-6, the debtor shall remove these rewards balances from these accounts.
    - I have two accounts which I have withdrawn rewards from that the debtor claims I wasn't entitled to; those are account 1 ($1,160) and account 7 ($500).
        - Leaving a total of $1,660 of promotional rewards which the debtor claims I owe to them.

- The debtor holds $100,200 in my suspended accounts of my own monies, not received via promotional rewards. I would ask that the debtor remove $1,660.00 from one of my account's balances.

With the bullets points above met, the debtor has then paid me only "legitimate" promotional rewards to account 2 and has recovered all "illegitimate" promotional rewards.

The debtor, having performed the steps listed above shall then, in a timely fashion, either unsuspend all my accounts or combine the remaining balances into one of my accounts and unsuspend that account.

Sincerely,

Lucas Holcomb.

*Lucas Holcomb*