UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**ORDER GRANTING TERRAFORM LABS PTE LTD.'S
MOTION FOR ORDER SHORTENING NOTICE WITH RESPECT TO
MOTION OF TERRAFORM LABS PTE LTD. FOR LEAVE TO
SERVE RULE 45 DOCUMENT SUBPOENA(S) ON DEBTORS**

Upon consideration of *Terraform Labs PTE Ltd.'s Motion for Order Shortening Notice with Respect to Motion of Terraform Labs PTE Ltd. for Leave to Serve Rule 45 Document Subpoena(s) on Debtors* (the "Motion to Expedite") for entry of an order shortening time for notice and resolution of the *Motion of Terraform Labs PTE Ltd. for Leave to Serve Rule 45 Document Subpoena(s) on Debtors* [Docket No. 3129] (the "Rule 45 Motion");[1] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated February 1, 2012; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the U.S. Constitution; and this Court having found venue of this proceeding and the Motion to Expedite in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Expedite.

having reviewed the Motion to Expedite; and the Court having determined that the legal and factual bases set forth in the Motion to Expedite establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion to Expedite is **GRANTED**.

2. The hearing on the Rule 45 Motion is set for hearing on **Thursday, August 10, 2023 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing").

3. All objections to the Rule 45 Motion must be asserted in writing, conform to the Federal Rules of Bankruptcy Procedure and the Court's Local Bankruptcy Rules, and be filed and served no later than **4:00 p.m. (prevailing Eastern Time) on Monday, August 7, 2023**.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

**IT IS SO ORDERED.**
Dated:  August 2, 2023
        New York, New York

                                        ___/s/ Martin Glenn___
                                        MARTIN GLENN
                                        Chief United States Bankruptcy Judge