UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**NOTICE OF EXPEDITED HEARING ON MOTION OF TERRAFORM LABS PTE LTD. FOR LEAVE TO SERVE RULE 45 DOCUMENT SUBPOENA(S) ON DEBTORS**

**PLEASE TAKE NOTICE** that Terraform Labs PTE Ltd. ("TFL"), by and through the undersigned counsel, filed the *Motion of Terraform Labs PTE Ltd. for Leave to Serve Rule 45 Document Subpoena(s) on Debtors* ("Motion"), pursuant to §§ 105(a) and 362(d)(1) of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code"),[2] Rule 45 of the Federal Rules of Civil Procedure ("FRCP 45"), Rules 4001(a), 7004, 9006(d), 9014, and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 4001-1(a) and 9006-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), requesting the United States Bankruptcy Court for the Southern District of New York (the "Court") enter of an order substantially in the form annexed to the Motion as **Exhibit A** (the "Order"): (a) permitting TFL to serve Debtor Celsius Network Inc., inclusive of any of its affiliates or subsidiaries within its control, which may include but is not limited to one or more of the above-captioned debtors (collectively, the "Debtors"), with subpoena(s) under

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] All references herein to "section" or "§" are to sections of the Bankruptcy Code unless otherwise so stated.

1

FRCP 45 seeking the Proposed Limited Discovery (as defined in the Motion) on unrelated claims that do not affect the Debtors; (b) either (i) confirming that the automatic stay permits TFL's Proposed Limited Discovery, or (ii) modifying the automatic stay so that TFL can effectuate such Proposed Limited Discovery through the United States District Court for the Southern District of New York (the "District Court"); (c) waiving the optional fourteen-day stay period after any such Order is entered; and (d) granting such other relief as is just and equitable under the circumstances. In support of the Motion, TFL submitted the declaration of Chris Amani annexed as **Exhibit B** ("Amani Decl.") to the Motion. A hearing (the "Hearing") on the Motion will be held, on an expedited basis pursuant to the *Order Granting Terraform Labs PTE Ltd.'s Motion for Order Shortening Notice with Respect to Motion of Terraform Labs PTE Ltd. for Leave to Serve Rule 45 Document Subpoena(s) on Debtors* [Docket No. 3133], before the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the Court, One Bowling Green, New York, NY 10004-1408, Courtroom 523, on **Thursday, August 10, 2023, at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom for Government. Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) **no later than 4:00 p.m. (Eastern Time) the business day before the Hearing (the "Appearance Deadline")**. Following the Appearance Deadline, the Court will circulate by email the Zoom link for the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding

the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion shall: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and all General Orders applicable to chapter 11 cases in the Court; (c) be filed electronically with the Court on the docket of *In re Celsius Network, LLC*, Lead Case No. 22-10964 (MG) ("Chapter 11 Case") by registered users of the Court's electronic filing system and in accordance with the General Order M-399 (which is available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served on the undersigned counsel and as otherwise required in accordance with the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] (the "Case Management Order") so as to be actually received by **Monday, August 7, 2023, at 4:00 p.m., prevailing Eastern Time** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, Defendants shall, on or after the Objection Deadline, submit to the Court an order substantially in the form annexed as **Exhibit A** to the Motion, which order the Court may enter without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

[*Remainder of page left intentionally blank.*]

| | |
|---|---|
| Date:  August 2, 2023 | */s/ Sarah M. Schrag* <br> **DENTONS US LLP** <br> Claude D. Montgomery <br> Sarah M. Schrag <br> Douglas W. Henkin <br> David L. Kornblau <br> 1221 Avenue of the Americas <br> New York, New York 10020 <br> Tel: (212) 768-6700 <br> claude.montgomery@dentons.com <br> sarah.schrag@dentons.com <br> douglas.henkin@dentons.com <br> david.kornblau@dentons.com <br> <br> Mark G. Califano (*pro hac vice* application forthcoming) <br> Matthew A. Lafferman (*pro hac vice* application forthcoming) <br> 1900 K Street, NW <br> Washington, DC 20006-1102 <br> Tel: (202) 496-7500 <br> mark.califano@dentons.com <br> matthew.lafferman@dentons.com <br> <br> *Counsel to Terraform Labs PTE Ltd.* |

# CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, a true and correct copy of the foregoing *Notice of Expedited Hearing on Motion of Terraform Labs PTE Ltd. for Leave to Serve Rule 45 Document Subpoena(s) on Debtors* was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this chapter 11 case.

Date:  August 2, 2023

*/s/ Sarah M. Schrag*
Sarah M. Schrag