# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## ORDER REQUIRING ADDITIONAL BRIEFING REGARDING THE MOTION OF TERRAFORM LABS PTE LTD. FOR LEAVE TO SERVE RULE 45 DOCUMENT SUBPOENA(S) ON DEBTORS

Pending before the Court is the Motion of Terraform Labs PTE Ltd. ("Terraform") for leave to serve Rule 45 document subpoena(s) on the above captioned Debtors (the "Motion," ECF Doc. # 3129). The Court entered an order (the "Order to Shorten," ECF Doc. # 3133) shortening notice for the Motion and setting the hearing on the Motion for August 10, 2023 at 10:00 a.m. The Order to Shorten set Monday August 7, 2023 at 4:00 P.M. (prevailing eastern time) as the objection deadline (the "Objection Deadline"). The Debtor and Terraform are ORDERED to submit briefing, which in the case of Terraform will be supplemental briefing, by the Objection Deadline that addresses the issues raised in *In re Residential Cap., LLC*, 480 B.R. 529 (Bankr. S.D.N.Y. 2012).

**IT IS SO ORDERED.**

Dated: August 2, 2023
      New York, New York

                                          **/s/ Martin Glenn**
                                             MARTIN GLENN
                              Chief United States Bankruptcy Judge