# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC, INC., *et al.*[1] | Chapter 11 |
| | **(Jointly Administered)** |
| Debtors. | |

## ORDER GRANTING MOTION TO PRACTICE, *PRO HAC VICE*

Upon the motion of William M. Uptegrove, to be admitted, *pro hac vice*, to represent the U.S. Securities and Exchange Commission (the "SEC"), and upon the movant's certification that the movant is a member in good standing of the bars in the State of New York and the State of New Jersey, and the bars of the U.S. District Court for the District of New Jersey, the U.S. Court of Appeals for the Third Circuit, and the Supreme Court of the United States, it is hereby

**ORDERED** that William M. Uptegrove is admitted to practice, ***pro hac vice***, in the above referenced case to represent the SEC, in the United States Bankruptcy Court for the Southern District of New York. The filing fee is hereby waived.

Dated: _____
    New York, New York

                                                                                                    _____
                                                                                                    MARTIN GLENN
                                                                                                    Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.