# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Christopher S. Koenig<br>To Call Writer Directly:<br>+1 312 862 2372<br>chris.koenig@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br><br>+1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

August 3, 2023

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re:     *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Object to the Adequacy of the Disclosure Statement [Docket No. 3117]

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as <u>Exhibit 1</u> to the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] and upon agreement with the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>"), we write to request confirmation of the extension of the deadline for the U.S. Trustee to object to the adequacy of the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtors Affiliates* [Docket No. 3117] to Friday, August 4, 2023 at 4:00 p.m. (prevailing Eastern Time).

Sincerely,

/s/ *Christopher S. Koenig*

Christopher S. Koenig

cc:     Shara Cornell, Trial Attorney, Office of the United States Trustee