# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Christopher S. Koenig<br>To Call Writer Directly:<br>+1 312 862 2372<br>chris.koenig@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br><br>+1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

August 3, 2023

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

> Re: *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Object to the Adequacy of the Disclosure Statement [Docket No. 3117]

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as Exhibit 1 to the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] and upon mutual agreement with certain state regulators (the "State Regulators"), we write to request confirmation of the extension of the deadline for the State Regulators to object to the adequacy of the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtors Affiliates* [Docket No. 3117] to Friday, August 4, 2023 at 4:00 p.m. (prevailing Eastern Time).

Sincerely,

/s/ *Christopher S. Koenig*

Christopher S. Koenig

cc: Karen Cordry, Attorney for the National Association of Attorneys General

Jeffrey Bernstein, Counsel for the New Jersey Bureau of Securities

Marvin E. Clements, Jr., Attorney for Tennessee Department of Commerce and Insurance and Tennessee Department of Financial Institutions

# KIRKLAND & ELLIS LLP

August 3, 2023
Page 2

>Layla D. Milligan, Attorney for the Texas State Securities Board and Texas Department of Banking
>
>Jennifer Rood, Attorney for the Vermont Department of Financial Regulation

* * *

The requested extension is **APPROVED**.

**IT IS SO ORDERED.**

Dated:  August 3, 2023
         New York, New York

                                         **/s/ Martin Glenn**
                                         MARTIN GLENN
                                         Chief United States Bankruptcy Judge