Sheryl P. Giugliano
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-0190
(516) 663-6600
sgiugliano@rmfpc.com

*Attorneys for AM Ventures Holdings Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ruskin Moscou Faltischek, P.C. by Sheryl P. Guigliano, hereby appears as counsel to AM Ventures Holdings Inc. ("**AMVH**") and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 2018, 4001, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and demands that all notices given or required to be given in these jointly administered cases, and all papers served or required to be served in these cases, be given to and served at the following address:

Sheryl P. Giugliano, Esq.
Ruskin Moscou Faltischek, P.C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1007522

1

1425 RXR Plaza, 15th Floor<br>
Uniondale, NY 11556-1425<br>
(516) 663-6600<br>
E-mail: sgiugliano@rmfpc.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise, which affect or seeks to affect in any way, any rights, claims or interests of AMVH.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the above-captioned case is intended to be, or shall be construed as, a waiver of AMVH's: (i) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, actions, setoff, defenses, and recoupments are expressly reserved.

Dated: Uniondale, New York
       August 3, 2023

        RUSKIN MOSCOU FALTISCHEK, P.C.
        *Attorneys for AM Ventures Holdings Inc.*

By:   /s/ *Sheryl P. Giugliano*
     Sheryl P. Giugliano, Esq.
     1425 RXR Plaza, 15th Floor
     Uniondale, NY 11556-1425
     (516) 663-6600

TO: All Parties Receiving ECF Notification

1007522