

**FILED
U.S. BANKRUPTCY COURT
2023 JUL 20 P 1:37
S.D.N.Y.**

United States Bankruptcy Court
Southern District of New York

In re Celsius Network LLC, et al.                    Case No. 22-10964 (MG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Name (Redacted)** | **SLFAQ, LLC** |
| Address on File | 670 White Plains Rd- Penthouse<br>Scarsdale, NY 10583<br>ryan@slfaqllc.com |

**Schedule F Claim #** 3.1.053106

**Transferred Claim Amount** as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:
*Ryan Vollenhals*                    07/17/2023
Transferee                           Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Xclaim

### Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

# Xclaim

| SCHEDULE # | CREDITOR NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT UNLIQUIDATED DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL OR LOAN RECEIVABLE |
|---|---|---|---|---|---|---|---|---|
| 3.1.053106 | ARTHUR CARRA | ADDRESS REDACTED | | | | | BTC 1.13425164242041<br>DASH 4.66256426802339<br>ETH 10.3469766791227<br>USDC 12429.8650818511 | |