Brian S. Lennon
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel to Blockchain Recovery Investment Consortium*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, *et al.*, | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, in accordance with Rules 2002, 7005, 9007 and 9010(b) of the Federal Rule of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Blockchain Recovery Investment Consortium ("**BRIC**"), by and through its counsel, Willkie Farr & Gallagher LLP, hereby requests that all notices given or required to be given in these chapter 11 cases, and all papers served or required to be served in these cases, be given to and served upon the following:

>   **WILLKIE FARR & GALLAGHER LLP**
>   787 Seventh Avenue
>   New York, New York 10019
>   Telephone: 212-728-8000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

      Facsimile:  212-728-8111
      Attention:  Brian S. Lennon

      Email:      blennon@willkie.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive BRIC's (a) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) rights to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (c) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (d) rights to object to the jurisdiction of this Bankruptcy Court; or (e) other rights, claims, actions, defenses, setoffs, or recoupments to which BRIC is or may be entitled under arrangements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
August 3, 2023

        WILLKIE FARR & GALLAGHER LLP

        By: /s/ Brian S. Lennon
           Brian S. Lennon

           787 Seventh Avenue
           New York, New York 10019
           Telephone: (212) 728-8000
           Facsimile: (212) 728-8111
           blennon@willkie.com

           *Counsel to BRIC*