

# United States Bankruptcy Court
## Southern District of New York

In re Celsius Network LLC, et al.　　　　　　　　　　Case No. 22-10964 (MG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Amon OÜ** | **Amon Card Limited** |
| Company No. 14429089 | Company No. 12619776 |
| Harju maakond, Tallinn | Flat 204. Foundry House |
| Kesklinna linnaosa | 47 Morris Road |
| Ahtri tn 6a 10151 | London, England |
| Estonia | E14 6NJ |

**Proof of Claim #**　23429

**Schedule F Claim #**　3.1.029496

**Transferred Claim Amount**　as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.



　　　　　　　　　　　　　　　　Transferee　　　　　　　　　　06/15/2023
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Transferor, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably transferred and assigned to Transferee, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **Celsius Network LLC, et al.**

| | |
|---|---|
| **Proof of Claim #** | 23429 |
| **Schedule F Claim #** | 3.1.029496 |
| **Transferred Claim Amount** | as detailed on Schedule F |

Transferee hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Transferee.

Date: 06/15/2023

Transferee:

**Amon Card Limited**

DocuSigned by:
*Daniele Izzo*
—83940A02772F422...

Name: Daniele Izzo
Title: CEO

Transferor:

**Amon OÜ**

DocuSigned by:
*Daniele Izzo*
—83940A02772F422...

Name: Daniele Izzo
Title: CEO



| SCHEDULE F LINE | CREDITORS NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON LOAN RECEIVABLE |
|---|---|---|---|---|---|---|---|---|
| 3.1.029496 | AMION OU | ADDRESS REDACTED | | | BTC 0.33191581<br>CEL 4485.41437695746<br>USDT ERC20 249959.913669395 | | | |