

# Xclaim

## United States Bankruptcy Court
## Southern District of New York

In re Celsius Network LLC, et al.   Case No. 22-10964 (MG)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Amon OÜ** | **Amon Card Limited** |
| Company No. 14429089 | Company No. 12619776 |
| Harju maakond, Tallinn | Flat 204. Foundry House |
| Kesklinna linnaosa | 47 Morris Road |
| Ahtri tn 6a 10151 | London, England |
| Estonia | E14 6NJ |

**Proof of Claim #**   23431

**Schedule F Claim #**   3.1.029497

**Transferred Claim Amount**   as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by: Daniele Izzo   06/15/2023
Transferee   Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: EA92AEBA-7292-4410-BE85-B0F18FD7D089



## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Transferor, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably transferred and assigned to Transferee, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **Celsius Network LLC, et al.**

| | |
|---|---|
| **Proof of Claim #** | 23431 |
| **Schedule F Claim #** | 3.1.029497 |
| **Transferred Claim Amount** | as detailed on Schedule F |

Transferee hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Transferee as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Transferee.

Date: 06/15/2023

Transferee:

**Amon Card Limited**

DocuSigned by: Daniele Izzo
83948A82772F422...

Name: Daniele Izzo
Title: CEO

Transferor:

**Amon OÜ**

DocuSigned by: Daniele Izzo
83948A82772F422...

Name: Daniele Izzo
Title: CEO



| SCHEDULE F LINE | CREDITORS NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON LOAN RECEIVABLE |
|---|---|---|---|---|---|---|---|---|
| 3.1.029497 | ANON OU | ADDRESS REDACTED | | | BCH 51.30731.0243209<br>BTC 21.1494892237507<br>DASH 24.127420096.80138<br>ETH 73.4140320299746<br>LTC 162.7623425475.31<br>MATIC 5832.75865750.57<br>MCDN 5510.58533695640<br>SGB 2.0681886215897<br>USDC 50843.1565614960<br>USDT ERC20 28747.4785709624<br>XRP 34163.0525213862 | | | |