

# United States Bankruptcy Court
# Southern District of New York

**In re Celsius Network LLC, et al.**                    Case No. 22-10964 (MG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Name (Redacted)** | **Wei Qiang** |
| Address on File | 38 Cherry St, Tower 3 42D, Tai Kok Tsui, Hong Kong<br>wq88614@gmail.com |

**Schedule F Claim #** 3.1.554567

**Transferred Claim Amount** as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

_____  07/18/2023
Transferee                                Date

(DocuSigned by: Wei Qiang)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: FAC569BD-CF99-425E-877D-577B2AAB2D33



## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

# Xclaim

| SCHEDULE F LINE | CREDITORS NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON LOAN RECEIVABLE |
|---|---|---|---|---|---|---|---|---|
| 3.1.554567 | TIMOTHY JOBSON | ADDRESS REDACTED | | | | | ADA 1.85683972329008<br>BTC 0.000003484979535313<br>ETH 0.000007380763519202<br>PAXG 0.226018472917119<br>USDC 34841.0900168388 | |