KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
Matthew J. Gold
Dov R. Kleiner
500 Fifth Avenue
New York, New York 10110
Tel:  (212) 986-6000

*Counsel to Harrison Schoenau*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC *et al.*, | : | Case No. 22-10964 (mg) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>DECLARATION OF ELEANOR TAYLOR</u>

Pursuant to 28 U.S.C. Section 1746, I, Eleanor Taylor, hereby declare as follows under penalty of perjury:

1. On August 3, 2023, I caused true and correct copies of the Objection of Harrison Schoenau to Debtors' Request for Approval of Alternative Dispute Resolution Procedures [Dkt. 3161] to be served by mail upon the Office of the U.S. Trustee at 201 Varick Street #1006, New York, New York, 10014. On August 4, 2023, I caused true and correct copies of the Objection of Harrison Schoenau to Debtors' Request for Approval of Alternative Dispute Resolution Procedures [Dkt. 3161] to be served by mail upon the Office of the U.S. Trustee at Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York, 10004.

2. On August  4, 2023, I caused true and correct copies of the Objection of Harrison Schoenau to Debtors' Request for Approval of Alternative Dispute Resolution Procedures [Dkt. 3161] to be served by email upon the Chambers of Judge Martin Glenn, pursuant to Paragraph 8

of the Second Amended Final Order (I) Establishing Certain Notice, Case Management, and

Administrative Procedures and (II) Granting Related Relief [Dkt. 2560].

2. On August 3, 2023, I caused true and correct copies of the Objection of Harrison Schoenau

to Debtors' Request for Approval of Alternative Dispute Resolution Procedures [Dkt. 3161] to

be served by email upon those named below, pursuant to Paragraph 9 of the Second Amended

Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures

and (II) Granting Related Relief [Dkt. 2560]:

- accounting@blockdaemon.com
- aglaubach@teamtogut.com
- ajcurrie@venable.com
- aleblanc@milbank.com
- allison.weiss@afslaw.com
- alyssa.fiorentino@afslaw.com
- amiller@milbank.com
- aoden@teamtogut.com
- apeled@venable.com
- arodriguez@teamtogut.com
- ashley.moody@myfloridalegal.com
- astolp@teamtogut.com
- atg.ced@hawaii.gov
- attorney.general@alaska.gov
- attorney.general@ct.gov
- attorney.general@delaware.gov
- attorney.general@state.de.us
- bellerb@sullcrom.com
- birgit.urbons@zg.ch
- bkotliar@teamtogut.com
- bkotliar@teamtogut.com
- brosszer@law.ga.gov
- c10_spc@invictuscapital.com
- c20_spc@invictuscapital.com
- celsiusbankruptcy@covar.io
- cgreer@mwe.com
- ciadonisi@deferred1031.com
- consumer@ag.iowa.gov
- consumer@azag.gov
- consumerinterest@alabamaag.gov
- contactus@innovationisrael.org.il

- cora.request@coag.gov
- cweinerlevy@venable.com
- dadler@mccarter.com
- dadler@mccarter.com
- daniel@invictuscapital.com
- daniel@invictuscapital.com
- david.lender@weil.com
- dazman@mwe.com
- ddunne@milbank.com
- deborah.kovsky@troutman.com
- dietdericha@sullcrom.com
- dperson@teamtogut.com
- eblander@teamtogut.com
- edscott@akingump.com
- elobello@msek.com
- gkopacz@sillscummis.com
- gluecksteinb@sullcrom.com
- gquist@teamtogut.com
- gsteinman@mwe.com
- healey@jrlaw.org
- info@guberman.co.il
- info@ipatent.co.il
- info@lisamadigan.org
- jason.nagi@offitkurman.com
- jeffrey.gleit@afslaw.com
- jkreder@rlrpclaw.com
- jkuhns@offitkurman.com
- jmannon@akingump.com
- jssabin@venable.com
- jsussberg@kirkland.com
- jweiss@msek.com
- jwolf@milbank.com
- kaizpuru@ftc.gov
- kay.kress@troutman.com
- kfell@milbank.com
- kjohnson3@ftc.gov
- kortiz@teamtogut.com
- kstadler@gklaw.com
- kyle@kyleroche.law
- lisa.indelicato@afslaw.com
- ljkotler@duanemorris.com
- mark.banner@covar.io
- mbates@duanemorris.com
- mco@mwe.com

- mepner@rlrpclaw.com
- middleoffice@b2c2.com
- mvaneck@attorneygeneral.gov
- mwyanez@milbank.com
- nalmeida@milbank.com
- oag@arkansasag.gov
- oag@dc.gov
- ohscelsiusnotice@orrick.com
- patrick.nash@kirkland.com
- ray.schrock@weil.com
- richard@altcointrader.co.za
- ronit.berkovich@weil.com
- ross.kwasteniet@kirkland.com
- schroeder@jrlaw.org
- spg@13trustee.net
- spg@13trustee.net
- stephanie.guyon@ag.idaho.gov
- tdominczyk@mauricewutscher.com
- thomas-dominczyk-5025@ecf.pacerpro.com
- vel@fnf.law
- xavier.becerra@doj.ca.gov

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 4, 2023

_____*/s/ Eleanor Taylor*_____
Eleanor Taylor