**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on SLFAQ LLC at 670 White Plains Road, Penthouse, Scarsdale, NY 10583:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3024]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3096]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3098]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3099]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3101]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3024]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Wei Qiang at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3025]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3026]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Justin Lam at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3025]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Sean Xue at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3026]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Cherokee Debt Acquisition, LLC, Attn: Vladimir Jelisavcic at 1384 Broadway, Suite 906, New York, NY 10018:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3071]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3072]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3097]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3103]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3108]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Brian Rogalski at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3071]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Talia West at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3072]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Ann V. Sexton at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3077]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Mildred Sexton at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3077]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Oroboros Cel I, LLC at 4 Lakeside Drive, Chobham Lakes, Woking, Surrey, GU24 8BD, United Kingdom:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3079]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Tania Rebelo at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3079]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Casey Lynn Deshotels at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3096]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Nicholas Greenwood at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3097]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Matthew Johnson at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3098]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Rohit Ranjan at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3099]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Sam Wooldridge at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3101]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on BFCP IV LLC, c/o Nexxus Holdings Operations LLC at 800 Miramonte Dr, Suite 380, Santa Barbara, CA 93109:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3102]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3109]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jean-Charles Tessier at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3102]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Sumukh Setty at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3103]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Celsius SPV1 Ltd, c/o WZMP, Attn: Adrienne Woods at 45 Rockefeller Plaza, Floor 20, New York, NY 10011:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3107]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bastien Vogt at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3107]**

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on John Jones at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3108]**

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on August 3, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jason Edwards Mann at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3109]**

Dated: August 4, 2023                                        *Sabrina Tu*
                                                       _____
                                                              Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 4th day of August, 2023, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Kerrie Lynne Darby*
            _____

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# <u>Exhibit A</u>

Document Ref: UNOAK-EU3JB-BHE6F-ZUXBQ



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| PAUL BAUER | ON FILE |
| RICHARD GLENN III DEACON | ON FILE |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1