Honorable Chief Judge Glenn
United States Bankruptcy Court
Southern District of New York


RE: Support for Objection to Adequacy of Disclosure Statement and Request for CEL
Token Class Formation
Case No. 22-10964(MG)
DOC 3118 and DOC 3084

Dear Chief Judge Glenn,

I am writing this letter to unequivocally support the objections raised by Mr. Otis Davis, Pro Se and Mr. Santos Caceres Pro Se. This is pertaining to the adequacy of the disclosure statement.  The proposed settlement between EARN and LOANS, and the request for the formation of a CEL Token class in the Chapter 11 Bankruptcy case of Celsius Network LLC and its affiliated entities (CASE No. 22-10964(MG).

I am a regular retail user who in no way has any insider info nor affiliation with any insiders. So when I read Mr. Caceres and Mr. Davis's responses pertaining to the CEL token, I highly support and agree, and feel the same frustrations and concerns' raised in these documents. Their arguments are well founded and legitimate; and I really hope you will please take a moment to look into their concerns and frustrations with this whole CEL token issue.

I urge the court to please find the true value of CEL Token on the petition day, which without the Alameda Research manipulations is likely higher than $0.81 cents.

Please consider to recognize the legal precedent set by the Ripple/XRP case and declare CEL Tokens as not securities.

Please approve the formation of a CEL Token class, with professionals paid for by the estate, to allow for equal treatment and representation.

Thank you for taking the time to read this letter; I appreciate you helping foster an environment of transparency and justice in this bankruptcy case which has taken a mental toll on hundreds of thousands of us retail CEL holders.

Kind Regards,

Maria Helioti