**Carla Marshall**
16 Maryhill Lane
Ladue, MO 63124
Mobile: 314-503-6428

August 4, 2023

The Honorable Martin Glenn
Chief US Bankruptcy Judge
The United States Bankruptcy Court
The Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Celsius Network, LLC (MG)      Objection to the Approval of
    Chapter 11                     Debtor's Motion for Entry of an
    Bankruptcy Claim               Order Granting Approval and Relief
    Case #22-10964                 as Described in [Docket No. 2970].

Your honor,

I filed the following letter below pro se on August 3, 2023, prior to the deadline of 4:00 PM EDT, but erroneously addressed it to the Office of the United States Trustee. I respectfully submit it again today, to Your Honor, and ask that you please consider my Objection as timely, and grant the relief I am requesting:

I am writing to register a formal objection to the "Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates" filed by the Debtors on June 27, 2023, [Docket No. 2902] (as may be amended, modified, or supplemented from  time to time, the "Disclosure Statement"); and to the *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II)Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief* [Docket No. 2970] (as may be amended, modified, or supplemented from time to time, the "Disclosure Statement Motion") .

I am objecting to any approval **because I believe that my ability to obtain full reimbursement for my Frozen Celsius Account will be harmed and compromised.**

I filed a Proof of Claim on January 3, 2023 with Chief US Bankruptcy Judge, The Honorable Martin Glenn, and with Celsius Claims Processing. I disagreed with the priority of my Claim as Scheduled by Celsius.  The Court previously approved Debtor's

-2-

motion to allow certain Custody Assets and Withheld Assets to be returned prior to other general claimants, and my Frozen Account should also be included in this first category. I submitted nine pieces of evidence along with my Claim papers. I have not received any response from Celsius Network, LLC, and if they do not move my Frozen Account into the same priority position as the Custody Accounts and the Withheld Accounts, I will be irreparably harmed by the Motion before the Court.  I ask for relief in the form of transferring my Frozen Account to its proper priority position, so that I may obtain a full refund of my retirement assets contained therein.


Respectfully submitted,

Carla Marshall


The following individuals were sent a copy of this letter via electronic email and via US First Class Mail on August 3, 2023:

Cc:  Kirkland & Ellis LLP
     Kirkland & Ellis International LLP
     Joshua A. Sussberg, P.C.
     601 Lexington Avenue
     New York, NY 10022

     300 North LaSalle Street
     Chicago, IL 60654
     Attn: Patrick J. Nash, Jr., Ross M. Kwasteniet, Christopher S. Koenig, Dan Latona


     White & Case LLP
     1221 Avenue of the Americas
      New York, NY 10020
      Attn: David M. Turetsky, Esq.


     111 South Wacker Drive, Suite 5100
     Chicago, IL 60606
     Attn: Gregory F. Pesce

     555 South Flower Street, Suite 2700
     Los Angeles, CA 90071
     Attn: Aaron F. Colodny