# EXHIBIT A

**FOX ROTHSCHILD LLP**
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Michael A. Sweet, Esq.
Michael R. Herz, Esq.

*Attorneys for Mawson Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | : |
| | : Case No. 22-10964 (MG) |
| Debtors. | : |
| | : Jointly Administered |

**ORDER VACATING ORDER (I) AUTHORIZING THE DEBTORS TO ISSUE SUBPOENAS UNDER FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9016 TO MAWSON INFRASTRUCTURE GROUP IN., LUNA SQUARES, LLC, AND COSMOS INFRASTRUCTURE LLC AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of Mawson Infrastructure Group, Inc., Luna Squares LLC ("Luna"), and Cosmos Infrastructure (collectively, the "Mawson Entities"), for entry of an order pursuant to Federal Rule of Civil Procedure 60(b) and 11 U.S.C. § 105(a), granting the Mawson Entities relief from the Court's *Order (I) Authorizing the Debtors to Issue Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9019 to Mawson Infrastructure Group, Inc., Luna Squares LLC, and Cosmos Infrastructure LLC and (II) Granting Related Relief* (the "Discovery Order") [Docket No. 3091], entered on July 26, 2023, in the form of either (i) vacating

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

the Discovery Order, or (ii) modifying the Discovery Order to require the Debtors to properly issue and serve subpoenas while preserving the Mawson Entities' rights in responding or objecting thereto, and granting such further relief as the Court deems just and proper; and it appearing that good and sufficient notice of the Motion has been provided, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and the Court having considered the relief requested in the Motion, all opposition filed thereto, and the arguments of counsel at a hearing on the Motion; and upon the record and all of the proceedings before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is GRANTED as set forth herein; and it is further

**ORDERED** that the Discovery Order is hereby vacated and all obligations imposed therein upon the Mawson Entities are deemed null and void.