Aug 7, 2023

Re: Pro Se motions for Case No. 22-10964

Dear Judge Glenn,

    I am a Celsius Creditor writing to express my full support for Pro Se motions filed by Celsius Creditors Mr. Santos Caceres and Mr. Otis Davis; dockets 3124 & 3084 respectively. Both motions are advocating for fair and equal treatment of the CEL token. Specifically, that it receives the same pricing treatment as all the other Creditors' coins/tokens.

    It appears the Celsius UCC and its legal representation is in breach of their fiduciary duty to maximize recoveries for all Celsius Creditors in their attempt to subordinate claims for token holders. Their actions in this matter are disturbing and bewildering to many Celsius Creditors. Undoubtedly there are other motives at play here which are not being made clear to the court.

    Furthermore, I would like to bring to your Honor's attention that a significant number of creditor claims have been bought up by distressed asset investors. These investors appear to be exerting influence by various means to promote and facilitate an orderly wind-down. I can only surmise this is so they can receive an expedited return on their investments. While technically they are considered creditors by virtue of claim ownership, they *DO NOT* represent the overwhelming majority interests of the **original** Celsius Creditors who have been financially harmed by this bankruptcy and would benefit from a maximum recovery. I would strongly urge your Honor to take this into account as we enter the final stages of this bankruptcy.

Respectfully,

*Jason Amerson*, Celsius Creditor