Aug 8, 2023

Re: Pro Se motions for Case No. 22-10964

Dear Judge Glenn,

    I strongly support **Pro Se motions 3084 & 3124** which are calling for the fair and equal treatment of CEL token under the bankruptcy code.  There is no justification to single out and subordinate CEL token for the Creditors who happen it.  The reason for the Celsius UCC and White & Case taking this direction is baffling and not in the best interest of over-half of all Celsius Creditors who own CEL token.  They have a duty to maximize Creditors recoveries and their attempt to subordinate CEL token is in direct conflict with that duty.

    Judge Glenn, please take the necessary steps to ensure all CEL token receive fair and equal treatment under the bankruptcy code.  Precedent has already been set that favors Pro Se motions 3084 & 3124 so this should be an easy ruling for Your Honor.


Respectfully,

*Erica Amerson*, Celsius Creditor