**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

CELSIUS NETWORK LLC, et al.,

Debtors

Chapter 11

No. 22-10964 (MG)

(Jointly Administered)

CHEROKEE ACQUISITION

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:
**George Chavous**

Name of Transferee:
**BFCP IV LLC**

Name and Current Address of Transferor:

**George Chavous**
**(Redacted)**

Name and Address where notices and payments to transferee should be sent:

**BFCP IV LLC**
**Attn: Timothy Babich**
**c/o Nexxus Holdings Operations LLC**
**800 Miramonte Dr., Suite 380**
**Santa Barbara, CA 93109**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F Line (3.1.197845) | George Chavous | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: August  8, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO:  U.S. Bankruptcy Court
Southern District of New York ("Bankruptcy Court")

AND TO:  Celsius Network LLC ("Debtor")
Case No. 22-10964 ("Case")

Proof of Claim #: Not Filed
Schedule F Line #: 31197845

GEORGE CHAVOUS ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**BFCP IV LLC**
Attn: Timothy Babich
c/o Nexxus Holdings Operations LLC
800 Miramonte Dr., Suite 380
Santa Barbara, CA 93109

the undersigned, and assigns ("Buyer") all rights, title and interest in and to the claim of Seller, including all rights: (a) of subrogation and all administrative priority claims, and any cure payments made on account of Seller in the claim; (b) to any priority of claim filed by or in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case; and (f) to any amounts listed on Debtor's schedules, in the principal amount of the Schedule F amount, which represents 100% of the total claim amount of the Schedule F amount ("Claim") against Debtor in the Bankruptcy Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and to any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges, understands, agrees, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and other reductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated XXX 8, 2023
                                                        August

GEORGE CHAVOUS                                BFCP IV LLC

By: *(signed)* George Chavous                 By: *(signed)*
Name: George Chavous                          Name: Timothy Babich
Title: Individual                             Title: Officer

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3.1.197845 | GEORGE CHAVOUS | ADDRESS REDACTED | | | BTC 0.000687320824284219<br>MCDAI 0.0374910493436592<br>USDC 7.93112774918194 | BTC 0.19279082<br>USDC 806.00738157967 | |