Annemarie V. Reilly
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

John J. Sikora (admitted *pro hac vice*)
Heather A. Waller (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

*Special Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COMBINED SIXTH MONTHLY FEE STATEMENT**
**OF LATHAM & WATKINS LLP FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM**
**MARCH 1, 2023 THROUGH MAY 31, 2023**

| | |
|---|---|
| **Name of Applicant** | Latham & Watkins LLP |
| **Applicant's Role in Case** | Special Counsel to Celsius Network LLC, *et al.* |
| **Date Order of Employment Signed** | September 16, 2022 [Docket No. 838] |
| **Period for which compensation and reimbursement is sought** | March 1, 2023 to May 31, 2023 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$166,074.80**<br>**(80% of $207,593.50)** |
| **Total reimbursement requested in this statement** | **$97.61** |
| **Total compensation and reimbursement requested in this statement** | **$166,172.41** |
| **This is a(n):**   _X_ Monthly Application  ___ Interim Application ___ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date*, dated September 16, 2022 [Docket No. 838] (the "**Retention Order**"), the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated December 19, 2022 [Docket No. 1745] (the "**Amended Interim Compensation Order**"), and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated June 8, 2023 [Docket No. 2779] (the "**Second Amended Interim Compensation Order**") Latham & Watkins LLP ("**L&W**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this sixth combined monthly fee statement of services rendered and expenses incurred for the period from March 1, 2023 through May 31, 2023 (the "**Fee Period**") seeking (i) compensation in the amount of $166,074.80, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W earned in connection with such services during the Fee Period

(i.e., $207,593.50) and (ii) reimbursement of $97.61 for the actual, necessary expenses that L&W incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart setting forth the number of hours expended and fees earned (on an aggregate basis) by L&W professionals and paraprofessionals during the Fee Period with respect to each of the project categories L&W established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, L&W earned $207,593.50 in fees during the Fee Period.  Pursuant to this Fee Statement, L&W seeks reimbursement for 80% of such fees, totaling $166,074.80.

2.      Attached hereto as **Exhibit B** is a chart setting forth the L&W professionals and paraprofessionals who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,042.00.[2]  The blended hourly billing rate of all paraprofessionals is $453.00.[3]

3.      Attached hereto as **Exhibit C** is a chart setting forth the expenses that L&W incurred or disbursed in the amount of $97.61 in connection with providing professional services to the Debtors during the Fee Period.

---

[2]    The blended hourly billing rate for attorneys is derived by dividing the total fees for attorneys of $189,563.50 by the total hours of 181.90.

[3]    The blended hourly billing rate for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $18,030.00 by the total hours of 39.80.

4.      Attached hereto as **Exhibit D** are the time records of L&W for the Fee Period organized by project category with a daily time log describing the time spent by each professional and paraprofessional during the Fee Period.

5.      Attached hereto as **Exhibit E** are the detailed records of the expenses that L&W incurred or disbursed during the Fee Period.

### Notice

6.      The Debtors will provide notice of this Fee Statement in accordance with the Second Amended Interim Compensation Order.  The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, L&W, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $166,074.80, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that L&W earned in connection with such services during the Fee Period (i.e., $207,593.50) and (ii) reimbursement of $97.61 for the actual, necessary expenses that L&W incurred in connection with such services during the Fee Period.

**LATHAM & WATKINS LLP**

Dated:    August 9, 2023
          New York, New York

By:  */s/ Annemarie V. Reilly*
Annemarie V. Reilly
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile: (212) 751-4864
annemarie.reilly@lw.com

– and –

John J. Sikora (admitted pro hac vice)
Heather A. Waller (admitted pro hac vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Facsimile: (202) 637-5910
john.sikora@lw.com
heather.waller@lw.com

*Special Counsel to the Debtors*
*and Debtors in Possession*

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| L&W Fee Applications | 81.10 | $75,542.00 |
| L&W Retention Application and Disclosures | 4.00 | $4,204.00 |
| Practice Support Services | 14.80 | $5,550.00 |
| US Investigations | 121.80 | $122,297.50 |
| **TOTAL** | **221.70** | **$207,593.50** |

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Individual | Position; Date of Hire; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sikora Jr., John | Partner; joined firm in 2014; member of Illinois bar since 1993 | $1,690.00 | 0.80 | $1,352.00 |
| McNeily, Jack | Partner; joined firm in 2018; member of Illinois bar since 2019, member of New York bar since 2014 | $1,390.00 | 14.10 | $19,599.00 |
| Waller, Heather | Partner; joined firm in 2011; member of Illinois bar since 2010 | $1,390.00 | 2.60 | $3,614.00 |
| Reilly, Annemarie | Counsel; joined firm in 2009; member of New York bar since 2010 | $1,460.00 | 1.60 | $2,336.00 |
| Fox, Jon | Associate; joined firm in 2018. England and Wales (Solicitor) since 2015 | $1,305.00 | 0.70 | $913.50 |
| Belmonte, Celia | Associate; joined firm in 2019; member of New York bar since 2017 | $1,250.00 | 7.50 | $9,375.00 |
| Valenti, Matthew | Associate; joined firm in 2016; member of New York bar since 2017 | $1,250.00 | 11.10 | $13,875.00 |
| Lee, Kirsten | Associate; joined firm in 2019; member of Illinois bar since 2018 | $1,140.00 | 21.20 | $24,168.00 |
| Hazen, Nicholas | Associate; joined firm in 2019; member of New York bar since 2020 | $1,065.00 | 12.60 | $13,419.00 |
| Zenzerovich, Laura | Associate; joined firm in 2019; member of Illinois bar since 2019 | $1,065.00 | 6.20 | $6,603.00 |
| Davis, Alicia | Restructuring Attorney; joined firm in 2019; member of California bar since 2019, member of Illinois bar since 2009 | $980.00 | 54.10 | $53,018.00 |
| Malo, Ryan | Associate; joined firm in 2022; member of District of Columbia bar since 2021, member of Pennsylvania bar since 2021 | $960.00 | 6.70 | $6,432.00 |
| Ramakrishnan, Nayanthika | Associate; joined firm in 2021; member of New York bar since 2022 | $960.00 | 16.10 | $15,456.00 |
| Reid, Lachanda | Associate; joined firm in 2021; member of Illinois bar since 2021 | $830.00 | 5.20 | $4,316.00 |

| Name of Professional Individual | Position; Date of Hire; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gissendanner, Gwendolyn | Associate; joined firm in 2022; member of Illinois bar since 2022 | $705.00 | 10.70 | $7,543.50 |
| Levy, Mariah | Associate; joined firm in 2022; member of Illinois bar since 2022 | $705.00 | 5.90 | $4,159.50 |
| Zhao, Zeyu (Richard) | Associate; joined firm in 2022; member of Illinois bar since 2021 | $705.00 | 4.80 | $3,384.00 |
| Barr, Kristina | Senior Paralegal; joined firm in 2002 | $570.00 | 3.30 | $1,881.00 |
| Lingren, Kyle A. | Financial Analyst; joined firm in 2021. | $530.00 | 2.90 | $1,537.00 |
| Tarrant, Christopher | Senior Paralegal; joined firm in 2022 | $490.00 | 15.80 | $7,742.00 |
| Fane, Lauren | Senior Paralegal; joined firm in 2015 | $440.00 | 3.00 | $1,320.00 |
| Chau, Kin Man | Practice Technology Project Manager; joined firm in 2021 | $375.00 | 1.80 | $675.00 |
| Stansall, Christine | Practice Technology Project Manager; joined firm in 2021 | $375.00 | 12.10 | $4,537.50 |
| Tildon, Brian | Practice Technology Project Manager; joined firm in 2021 | $375.00 | 0.90 | $337.50 |
| **TOTAL** | | | **221.70** | **$207,593.50** |

**<u>Exhibit C</u>**

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Research | | $13.90 |
| Messenger/Courier | | $83.71 |
| **TOTAL** | | **$97.61** |

**<u>Exhibit D</u>**

**Detailed Time Records**

# LATHAM & WATKINS LLP

330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

**INVOICE**

June 20, 2023

Celsius Network Limited
50 W 17th Street
New York City, NY 10011
UNITED STATES
Attn: Chris Ferraro

Please identify your payment with the following:

Invoice No. 2300502812
Matter Number 061659-9112

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

REDACTED

For professional services rendered through March 31, 2023

|  | Services | Costs | Total |
|---|---|---|---|
| Fee Applications – LW | 21,760.00 |  | $ 21,760.00 |
| Practice Support Services | 5,550.00 |  | $ 5,550.00 |
| US Investigations Work | 116,976.00 |  | $ 116,976.00 |
| Total Services | 144,286.00 |  | $ 144,286.00 |
| **Total Due** |  |  | **$ 144,286.00** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502812 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

# LATHAM&WATKINS LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: Fee Applications – LW

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 03/01/23 | ACD | 0.20 | 980.00 | 196.00 | Obtain LEDES files for LW November/December fee statement and send to UST and fee examiner |
| 03/03/23 | ACD | 0.50 | 980.00 | 490.00 | Review LW invoices for privilege and confidentiality |
| 03/08/23 | ACD | 0.50 | 980.00 | 490.00 | Review LW invoices for privilege and confidentiality |
| 03/10/23 | ACD | 0.20 | 980.00 | 196.00 | Correspond with J. Glennon regarding LW January and February fee statements |
| 03/13/23 | ACD | 0.20 | 980.00 | 196.00 | Correspond with LW team regarding objection deadline for LW November/December fee statement (0.1); correspond with K&E regarding same (0.1) |
| 03/14/23 | ACD | 0.40 | 980.00 | 392.00 | Call and correspond with K&E (A. Wirtz) regarding matters related to LW interim fee application |
| 03/16/23 | ACD | 1.50 | 980.00 | 1,470.00 | Review LW invoices for privilege and confidentiality |
| 03/17/23 | ACD | 1.60 | 980.00 | 1,568.00 | Review LW invoices for privilege and confidentiality |
| 03/20/23 | ACD | 3.40 | 980.00 | 3,332.00 | Review LW invoices for privilege and confidentiality (3.1); correspond with LW team regarding LW fee statements and related matters (0.3) |
| 03/21/23 | ACD | 3.10 | 980.00 | 3,038.00 | Review LW invoices for privilege and confidentiality |
| 03/23/23 | CMT | 1.40 | 490.00 | 686.00 | Prepare draft of January/February 2023 fee statement |
| 03/23/23 | ACD | 0.70 | 980.00 | 686.00 | Review LW invoices for privilege and confidentiality (0.5); correspond with C. Tarrant regarding LW January/February monthly fee statement and second interim fee application (0.1); correspond with J. Glennon regarding same (0.1) |
| 03/24/23 | ACD | 1.70 | 980.00 | 1,666.00 | Review LW February invoices for privilege and confidentiality (1.7) |
| 03/28/23 | ACD | 1.40 | 980.00 | 1,372.00 | Call with A. Wirtz regarding fee application matters (0.2); review LW February invoices for privilege and confidentiality (1.1); correspond |

# LATHAM&WATKINS LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: Fee Applications – LW

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| | | | | | with J. Glennon regarding same (0.1) |
| 03/29/23 | ACD | 1.10 | 980.00 | 1,078.00 | Review LW February invoices for privilege and confidentiality |
| 03/30/23 | JMM | 1.20 | 1,390.00 | 1,668.00 | Review LW invoices for confidentiality and privilege |
| 03/30/23 | ACD | 1.60 | 980.00 | 1,568.00 | Correspond with LW team regarding status of LW fee statements (0.2); review LW invoices for privilege and confidentiality (1.4) |
| 03/31/23 | JMM | 1.20 | 1,390.00 | 1,668.00 | Review LW invoice for confidentiality and privilege |

**Attorney:**

| | | | | | |
|---|---|---|---|---|---|
| J M McNeily | Partner | 2.40 | Hrs. @ | $ 1,390.00/hr. | $ 3,336.00 |
| | | 2.40 | | | $ 3,336.00 |

**Other:**

| | | | | | |
|---|---|---|---|---|---|
| C M Tarrant | Paralegal | 1.40 | Hrs. @ | $ 490.00/hr. | $ 686.00 |
| A C Davis | Professional Staff | 18.10 | Hrs. @ | $ 980.00/hr. | $ 17,738.00 |
| | | 19.50 | | | $ 18,424.00 |

**GRAND TOTAL:**   **21.90**   **$ 21,760.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502812 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM & WATKINS** LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: Practice Support Services

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| 03/01/23 | CDS | 2.40 | 375.00 | 900.00 | Telephone conference with B. Tildon regarding one production set and production schedule (0.9); validate production set and analyze same (1.2); prepare instructions to vendor FTI Consulting regarding extracted text containing redacted text (0.3) |
| 03/01/23 | BBT | 0.90 | 375.00 | 337.50 | Telephone conference with C. Stansall regarding production set and production schedule |
| 03/02/23 | CDS | 2.10 | 375.00 | 787.50 | Accept secure delivery of extracted text files for production set from vendor FTI Consulting and organize on network drive (0.3); analyze production set and extracted text files (0.2); validate production set (0.7); confer with vendor FTI Consulting regarding production set (0.3); accept secure delivery of production set and organize on network drive (0.6) |
| 03/02/23 | KC | 1.80 | 375.00 | 675.00 | Prepare several production searches for case team review (1.1); send six productions to case team for distribution (0.7) |
| 03/03/23 | CDS | 1.80 | 375.00 | 675.00 | Validate production set for accuracy and completeness (0.5); send via secure transmission two production sets to N. Ramakrishnan with production details (0.7); update work product with details of production set (0.3); accept secure delivery of production set from vendor FTI Consulting and organize on network drive (0.3) |
| 03/04/23 | CDS | 2.40 | 375.00 | 900.00 | Accept secure delivery of two production sets from vendor FTI Consulting and organize on network drive (0.6); validate two production sets for accuracy and completeness (0.6); send two production sets to N. Ramakrishnan with production details (0.7); update work product with details of two production sets (0.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502812 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: Practice Support Services

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| 03/05/23 | CDS | 1.60 | 375.00 | 600.00 | Accept secure delivery of production set from vendor FTI Consulting and organize on network drive (0.3); validate production set for accuracy and completeness (0.6); send production set to N. Ramakrishnan with production details (0.4); update work product with details of two production sets (0.3) |
| 03/06/23 | CDS | 0.60 | 375.00 | 225.00 | Consult with vendor FTI Consulting regarding format of data of custodian (0.2); analyze production set and send to N. Ramakrishnan (0.2); confer with vendor FTI Consulting regarding transition (0.2) |
| 03/07/23 | CDS | 1.20 | 375.00 | 450.00 | Coordinate delivery of six production sets on physical media (0.7); confer with C. Belmonte and L. Zenzerovich regarding document production (0.5) |

**Practice Support:**

| | | | | | |
|---|---|---|---|---|---|
| K Chau | Practice Support | 1.80 | Hrs. @ | $ 375.00/hr. | $ 675.00 |
| C D Stansall | Practice Support | 12.10 | Hrs. @ | $ 375.00/hr. | $ 4,537.50 |
| B B Tildon | Practice Support | 0.90 | Hrs. @ | $ 375.00/hr. | $ 337.50 |
| | | 14.80 | | | $ 5,550.00 |

**GRAND TOTAL:**        **14.80**                **$ 5,550.00**

**LATHAM & WATKINS** LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: US Investigations Work

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| 03/01/23 | HAW | 0.20 | 1,390.00 | 278.00 | Communications with LW team regarding production to SDNY |
| 03/01/23 | CLB | 2.80 | 1,250.00 | 3,500.00 | Participate in call with G. Smith, D. Garcia Rios, G. Dodd, N. Hazen, M. Valenti, and L. Zenzerovich regarding response strategy for SDNY (0.2); prepare for call with client (0.2); correspondence with LW team regarding call with client (0.1); attention to analysis of state licensing matters (0.5); correspondence with LW team regarding enforcement actions schedule (0.1); correspondence with LW team, K&E, and Texas regulator regarding regulatory request (0.3); review and analyze filings related to Vermont, Alabama, California, Idaho, and New Hampshire regulatory notices and orders (0.5); correspondence with LW team regarding filings related to Vermont, Alabama, California, Idaho, and New Hampshire regulatory notices and orders (0.3); draft analysis of states document requests and document productions (0.4); revise summaries related to calls with California, Texas, and Vermont regulators (0.2) |
| 03/01/23 | KCL | 8.20 | 1,140.00 | 9,348.00 | Analyze privilege questions in connection with document review and production to SDNY (1.2); respond to questions regarding same (1.2); correspond with LW team regarding privilege review workflow (0.8); review and analyze documents for privilege for SDNY production (5.0) |
| 03/01/23 | MPV | 1.70 | 1,250.00 | 2,125.00 | Participate in call with G. Smith, D. Garcia Rios, G. Dodd, N. Hazen, C. Belmonte and L. Zenzerovich regarding response strategy to SDNY (0.2); prepare for call with client regarding SDNY production (0.2); prepare summary of document and data productions to SDNY in response to request from client (0.4); review and prepare materials for production in response to regulatory requests from SDNY (0.7); confer with team and FTI regarding same (0.2) |
| 03/01/23 | GG | 5.80 | 705.00 | 4,089.00 | Review and redact documents for SDNY production |
| 03/01/23 | NRH | 4.80 | 1,065.00 | 5,112.00 | Participate in call with G. Smith, D. Garcia Rios, G. Dodd, N. Hazen, M. Valenti, C. Belmonte and L. Zenzerovich regarding response strategy to SDNY (0.2); confer with M. Valenti regarding |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502812 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

# LATHAM&WATKINS LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: US Investigations Work

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| | | | | | status of document review and production for SDNY (0.3); review and analyze documents in connection with upcoming productions to SDNY (4.3) |
| 03/01/23 | MNL | 5.20 | 705.00 | 3,666.00 | Review and analyze documents for responsiveness and privilege for SDNY production (5.0); review correspondence regarding strategy for SDNY production (0.2) |
| 03/01/23 | RJM | 5.00 | 960.00 | 4,800.00 | Review documents for privilege in connection with upcoming document production to SDNY (4.7); correspond with LW team regarding same (0.3) |
| 03/01/23 | NR | 4.40 | 960.00 | 4,224.00 | Analyze documents for upcoming production to SDNY (3.6); draft letters to SEC and SDNY for upcoming production (0.8) |
| 03/01/23 | LRR | 3.70 | 830.00 | 3,071.00 | Review documents for privilege for SDNY production |
| 03/01/23 | LRZ | 2.70 | 1,065.00 | 2,875.50 | Participate in call with G. Smith, D. Garcia Rios, G. Dodd, N. Hazen, M. Valenti and C. Belmonte regarding response strategy to SDNY (0.2); review and redact documents for privilege for SDNY production (2.5) |
| 03/01/23 | ZZ | 3.80 | 705.00 | 2,679.00 | Review documents for responsiveness and privilege for production to SDNY |
| 03/01/23 | LEF | 0.90 | 440.00 | 396.00 | Update work product summarizing SDNY requests and production to provide to client (0.4); transmit recent production deliverables and corresponding materials to client (0.2); update trackers related to document production (0.3) |
| 03/02/23 | JMM | 1.40 | 1,390.00 | 1,946.00 | Review certain documents to be produced to SDNY (1.0); confer with team regarding same (0.4) |
| 03/02/23 | HAW | 0.80 | 1,390.00 | 1,112.00 | Review Freedom of Information Act request letter and communications with S. Hossain, client, and K&E regarding same (0.2); call with SEC and J. Sikora regarding confidential third-party request to Celsius (0.2); follow-up with client and K&E regarding same (0.1); communications with SEC regarding production request (0.1); communications with LW team regarding productions to SDNY (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502812 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM & WATKINS** LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: US Investigations Work

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| 03/02/23 | CLB | 0.80 | 1,250.00 | 1,000.00 | Prepare for call with client regarding state regulatory and SDNY investigations (0.2); correspondence with LW team regarding call with client (0.1); correspondence with LW team and client regarding state licensing matters (0.2); review and analyze state licensing matters (0.2); review and analyze filings related to Vermont, Alabama, California, Idaho, and New Hampshire regulatory notices and orders (0.1) |
| 03/02/23 | KCL | 6.90 | 1,140.00 | 7,866.00 | Review and analyze documents for privilege and production to SDNY (6.4); confer with LW and FTI regarding productions related to same (0.5) |
| 03/02/23 | MPV | 1.80 | 1,250.00 | 2,250.00 | Prepare for and attend call with client regarding status updates (0.4); prepare communication to client regarding pending items for SDNY production (0.4); confer with team regarding SDNY production (0.5); confer with LW team regarding request from client regarding status of production to SDNY (0.5) |
| 03/02/23 | GG | 4.70 | 705.00 | 3,313.50 | Review and redact documents for SDNY production |
| 03/02/23 | NRH | 5.20 | 1,065.00 | 5,538.00 | Review and analyze documents in connection with upcoming productions (4.1); correspond with M. Valenti, K. Lee, L. Zenzerovich, L. Reid, N. Ramakrishnan, R. Malo, G. Gissendanner, M. Levy, and R. Zhao regarding same (0.7); confer with M. Valenti and K. Lee regarding status of document productions in response to SDNY's requests (0.4) |
| 03/02/23 | MNL | 0.40 | 705.00 | 282.00 | Review correspondence regarding SDNY production, status updates, and strategy for next steps |
| 03/02/23 | RJM | 1.70 | 960.00 | 1,632.00 | Review documents for privilege in connection with upcoming SDNY production |
| 03/02/23 | NR | 4.50 | 960.00 | 4,320.00 | Review documents for upcoming production to SDNY (3.6); draft letters to SEC regarding production (0.7); communications with SEC regulators regarding document productions (0.2) |
| 03/02/23 | LRR | 1.50 | 830.00 | 1,245.00 | Review documents for privilege and production to SDNY |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502812 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8

**LATHAM&WATKINS**LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: US Investigations Work

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|---|---|---|
| 03/02/23 | ZZ | 1.00 | 705.00 | 705.00 | Review documents for responsiveness and privilege for SDNY production |
| 03/03/23 | JMM | 0.90 | 1,390.00 | 1,251.00 | Review certain documents identified for production to SDNY (0.5); confer with team regarding same (0.2); call with C. Belmonte regarding status of regulatory licenses (0.2) |
| 03/03/23 | HAW | 1.50 | 1,390.00 | 2,085.00 | Call with L. Workman, D. Garcia, G. Smith, and LW team regarding finalizing productions to SDNY (0.4); calls with client and B. Van Brackle regarding regulatory request from client relating to state license (0.6); email communications with LW team regarding productions to SDNY (0.3); participate in call with B. VanBrackle, C. Belmonte, D. Tinkler, A. Alisie, D. Garcia Rios, and G. Smith regarding state license (0.2) |
| 03/03/23 | CLB | 1.70 | 1,250.00 | 2,125.00 | Participate in call with G. Smith, L. Workman, D. Garcia Rios, G. Dodd, H. Waller, J. McNeily, M. Valenti, N. Hazen, and L. Zenzerovich regarding SDNY regulatory response strategy (0.4); participate in call with B. VanBrackle, H. Waller, D. Tinkler, A. Alisie, D. Garcia Rios, and G. Smith regarding state licensing matters (0.2); participate in call with J. McNeily regarding same (0.2); prepare for call with LW team and client (0.2); correspondence with LW team regarding state licensing matters (0.2); review and analyze state licensing questions (0.3); correspondence with LW team regarding document database (0.2) |
| 03/03/23 | KCL | 2.00 | 1,140.00 | 2,280.00 | Review and analyze SDNY production sets for quality control checks of responsiveness and privilege (1.7); confer with vendor regarding same (0.3) |
| 03/03/23 | MPV | 2.00 | 1,250.00 | 2,500.00 | Prepare for client call regarding SDNY production (0.5); review and finalize productions to be sent to SDNY (1.1); participate in call with G. Smith, L. Workman, D. Garcia Rios, G. Dodd, H. Waller, J. McNeily, N. Hazen, C. Belmonte and L. Zenzerovich regarding SDNY response strategy (0.4) |
| 03/03/23 | NRH | 0.50 | 1,065.00 | 532.50 | Participate in call with G. Smith, L. Workman, D. Garcia Rios, G. Dodd, H. Waller, J. McNeily, M. Valenti, C. Belmonte and L. Zenzerovich regarding response strategy to SDNY (0.4); |

# LATHAM&WATKINS LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: US Investigations Work

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| | | | | | correspond with C. Stansall and L. Zenzerovich regarding upcoming production to SDNY (0.1) |
| 03/03/23 | NR | 5.30 | 960.00 | 5,088.00 | Quality control review of documents for upcoming production to SDNY (2.8); communications with SDNY regarding document production (0.6); draft letter to SDNY regarding upcoming production (0.9); review documents for responsiveness and privilege for upcoming production to SDNY (1.0) |
| 03/03/23 | LRZ | 0.70 | 1,065.00 | 745.50 | Participate in call with G. Smith, L. Workman, D. Garcia Rios, G. Dodd, H. Waller, J. McNeily, M. Valenti, N. Hazen and C. Belmonte regarding response strategy to SDNY (0.4); prepare for delivery of SDNY production (0.3) |
| 03/03/23 | LEF | 1.40 | 440.00 | 616.00 | Confer with vendor and S. Wygrzyn regarding delivery of correspondence to SEC (0.2); update summaries of document productions (0.9); confer with LW team regarding delivery of production transmittals and correspondence to client (0.3) |
| 03/04/23 | KCL | 0.20 | 1,140.00 | 228.00 | Correspond with vendor regarding productions to SDNY |
| 03/05/23 | MPV | 0.30 | 1,250.00 | 375.00 | Coordinate with FTI and LW teams regarding document production to SDNY |
| 03/05/23 | NR | 0.80 | 960.00 | 768.00 | Confer with LW and FTI regarding production to SDNY |
| 03/05/23 | LRZ | 0.50 | 1,065.00 | 532.50 | Communications with SDNY regarding production of documents |
| 03/06/23 | CLB | 0.50 | 1,250.00 | 625.00 | Correspondence with client and LW team regarding upcoming call with client (0.1); prepare for call with client (0.1); correspondence with client and LW team regarding state licensing matters (0.2); review and analyze questions relating to state licensing matters (0.1) |
| 03/06/23 | KCL | 0.50 | 1,140.00 | 570.00 | Confer with M. Valenti and N. Hazen regarding request from SDNY |
| 03/06/23 | MPV | 0.80 | 1,250.00 | 1,000.00 | Participate in call with G. Smith, D. Garcia Rios, N. Hazen, and L. Zenzerovich regarding response strategy to SDNY (0.2); confer with N. Hazen and K. Lee regarding request from |

**LATHAM & WATKINS** LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: US Investigations Work

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| | | | | | SDNY (0.5); compile information related to same (0.1) |
| 03/06/23 | GG | 0.20 | 705.00 | 141.00 | Review communications regarding production of documents to SDNY |
| 03/06/23 | NRH | 1.00 | 1,065.00 | 1,065.00 | Participate in call with G. Smith, D. Garcia Rios, M. Valenti, and L. Zenzerovich regarding response strategy to SDNY (0.2); confer with M. Valenti and K. Lee regarding status of document production in response to SDNY's requests (0.5); correspond with M. Valenti and K. Lee regarding status of document production in response to SDNY's requests (0.3) |
| 03/06/23 | MNL | 0.20 | 705.00 | 141.00 | Review correspondence regarding SDNY production and status updates |
| 03/06/23 | LRZ | 1.60 | 1,065.00 | 1,704.00 | Participate in call with G. Smith, D. Garcia Rios, M. Valenti, and N. Hazen regarding response strategy to SDNY (0.2); correspond with vendor regarding document review and SDNY production (0.5); correspond with SDNY regarding production delivery and access (0.4); review correspondence with LW team regarding SDNY productions (0.5) |
| 03/06/23 | KKB | 1.20 | 570.00 | 684.00 | Communications with SDNY and client regarding document production (0.5); communications with FTI regarding SDNY correspondence (0.3); update work product summarizing SDNY productions (0.4) |
| 03/06/23 | LEF | 0.40 | 440.00 | 176.00 | Confer with S. Wygrzyn regarding assembly and transmission of production and correspondence to SEC (0.2); update work product summarizing recent production transmittals and prepare delivery of same to client (0.2) |
| 03/07/23 | JMM | 0.60 | 1,390.00 | 834.00 | Confer with counsel for individuals regarding witness interviews and preparation |
| 03/07/23 | HAW | 0.10 | 1,390.00 | 139.00 | Communications with LW team regarding production of documents to SDNY |
| 03/07/23 | CLB | 0.20 | 1,250.00 | 250.00 | Correspondence with LW team regarding call with client (0.1); prepare for call with client (0.1) |
| 03/07/23 | NRH | 0.30 | 1,065.00 | 319.50 | Correspond with K. Lee and M. Valenti |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502812 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

11

**LATHAM&WATKINS** LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: US Investigations Work

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| | | | | | regarding status of productions in response to SDNY requests |
| 03/07/23 | MNL | 0.10 | 705.00 | 70.50 | Review correspondence regarding SDNY production and status updates |
| 03/07/23 | NR | 1.10 | 960.00 | 1,056.00 | Communications with SDNY regarding productions of documents |
| 03/07/23 | KKB | 1.20 | 570.00 | 684.00 | Send SEC and SDNY correspondence and document productions to client (0.4); send SEC and SDNY correspondence to FTI (0.2); update tracker related to document production (0.4); prepare service copies of production correspondence for delivery (0.2) |
| 03/08/23 | CLB | 0.20 | 1,250.00 | 250.00 | Prepare for telephone conference with client (0.2) |
| 03/08/23 | KCL | 0.50 | 1,140.00 | 570.00 | Correspond with FTI regarding SDNY production index |
| 03/08/23 | MPV | 0.50 | 1,250.00 | 625.00 | Confer with client regarding update call (0.2); confer with K. Lee and N. Hazen regarding SDNY request for additional information relating to document productions (0.3) |
| 03/08/23 | LEF | 0.30 | 440.00 | 132.00 | Review files and correspond with L. Reid regarding research conducted in connection with production of material to state regulators |
| 03/09/23 | JMM | 0.50 | 1,390.00 | 695.00 | Prepare for (0.2) and teleconference with G. Smith, G. Dodd, D. Garcia-Rios, M. Valenti, C. Belmonte, L. Zenzerovich, and N. Hazen regarding response strategy to SDNY (0.3) |
| 03/09/23 | CLB | 0.30 | 1,250.00 | 375.00 | Participate in call with G. Smith, G. Dodd, D. Garcia Rios, J. McNeily, N. Hazen and L. Zenzerovich regarding response strategy to SDNY |
| 03/09/23 | KCL | 2.50 | 1,140.00 | 2,850.00 | Draft analysis related to SDNY document productions |
| 03/09/23 | NRH | 0.30 | 1,065.00 | 319.50 | Participate in call with G. Smith, G. Dodd, D. Garcia Rios, J. McNeily, C. Belmonte, and L. Zenzerovich regarding response strategy to SDNY |
| 03/09/23 | LRZ | 0.30 | 1,065.00 | 319.50 | Participate in call with G. Smith, G. Dodd, D. Garcia Rios, J. McNeily, C. Belmonte, and N. Hazen regarding response strategy to SDNY |

**LATHAM & WATKINS** LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: US Investigations Work

---

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| 03/09/23 | KKB | 0.40 | 570.00 | 228.00 | Prepare SEC and SDNY correspondence for attorney review |
| 03/10/23 | KCL | 0.40 | 1,140.00 | 456.00 | Correspond with M. Valenti, H. Waller, and J. McNeily regarding document production to SDNY |
| 03/10/23 | MPV | 0.50 | 1,250.00 | 625.00 | Review and provide comments on export requested by SDNY (0.4); draft email to LW team related to same (0.1) |
| 03/13/23 | CLB | 0.40 | 1,250.00 | 500.00 | Participate in call with G. Smith, D. Garcia Rios, G. Dodd, C. Roberts, J. McNeily, M. Valenti, and L. Zenzerovich regarding response strategy to SDNY (0.2); correspondence with LW team and client regarding call (0.1); prepare for call with client (0.1) |
| 03/13/23 | MPV | 0.30 | 1,250.00 | 375.00 | Participate in call with G. Smith, D. Garcia Rios, G. Dodd, C. Roberts, J. McNeily, C. Belmonte and L. Zenzerovich regarding response strategy to SDNY (0.2); respond to email from K&E regarding outside counsel for individual (0.1) |
| 03/13/23 | LRZ | 0.20 | 1,065.00 | 213.00 | Participate in call with G. Smith, D. Garcia Rios, G. Dodd, C. Roberts, J. McNeily, M. Valenti and C. Belmonte regarding response strategy to SDNY |
| 03/15/23 | CLB | 0.40 | 1,250.00 | 500.00 | Participate in call with G. Smith, D. Garcia Rios, G. Dodd, C. Roberts, J. McNeily, M. Valenti, N. Hazen and L. Zenzerovich regarding response strategy to SDNY (0.2); prepare for telephone conference with client (0.1); correspondence with LW team regarding telephone conference with client (0.1) |
| 03/15/23 | MPV | 0.20 | 1,250.00 | 250.00 | Participate in call with G. Smith, D. Garcia Rios, G. Dodd, C. Roberts, J. McNeily, C. Belmonte and L. Zenzerovich regarding response strategy to SDNY |
| 03/15/23 | NRH | 0.20 | 1,065.00 | 213.00 | Participate in call with G. Smith, D. Garcia Rios, G. Dodd, C. Roberts, J. McNeily, M. Valenti, C. Belmonte, and L. Zenzerovich regarding response strategy to SDNY |
| 03/15/23 | LRZ | 0.20 | 1,065.00 | 213.00 | Participate in call with G. Smith, D. Garcia Rios, G. Dodd, C. Roberts, J. McNeily, M. Valenti, C. Belmonte, and N. Hazen regarding response strategy to SDNY |

**LATHAM&WATKINS**LLP

Invoice No. 2300502812
June 20, 2023
Matter Name: US Investigations Work

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|---|---|---|
| 03/21/23 | MPV | 0.50 | 1,250.00 | 625.00 | Gather information and send to client in response to email from D. Garcia Rios regarding SEC and SDNY productions and confer with J. McNeily regarding same |
| 03/21/23 | NRH | 0.30 | 1,065.00 | 319.50 | Confer with M. Valenti regarding document productions to SDNY |
| 03/22/23 | CLB | 0.20 | 1,250.00 | 250.00 | Correspondence with LW team and FTI regarding SDNY document productions |
| 03/22/23 | KKB | 0.20 | 570.00 | 114.00 | Analyze SDNY document production to confirm question regarding recent productions per M. Valenti's request |

**Attorney:**

| | | | | | |
|---|---|---|---|---|---|
| J M McNeily | Partner | 3.40 | Hrs. @ | $ 1,390.00/hr. | $ 4,726.00 |
| H A Waller | Partner | 2.60 | Hrs. @ | $ 1,390.00/hr. | $ 3,614.00 |
| C L Belmonte | Associate, Sr. | 7.50 | Hrs. @ | $ 1,250.00/hr. | $ 9,375.00 |
| M P Valenti | Associate, Sr. | 8.60 | Hrs. @ | $ 1,250.00/hr. | $ 10,750.00 |
| K C Lee | Associate, Sr. | 21.20 | Hrs. @ | $ 1,140.00/hr. | $ 24,168.00 |
| N R Hazen | Associate, Jr. | 12.60 | Hrs. @ | $ 1,065.00/hr. | $ 13,419.00 |
| L R Zenzerovich | Associate, Jr. | 6.20 | Hrs. @ | $ 1,065.00/hr. | $ 6,603.00 |
| R J Malo | Associate, Jr. | 6.70 | Hrs. @ | $ 960.00/hr. | $ 6,432.00 |
| N Ramakrishnan | Associate, Jr. | 16.10 | Hrs. @ | $ 960.00/hr. | $ 15,456.00 |
| L R Reid | Associate, Jr. | 5.20 | Hrs. @ | $ 830.00/hr. | $ 4,316.00 |
| G Gissendanner | Associate, Jr. | 10.70 | Hrs. @ | $ 705.00/hr. | $ 7,543.50 |
| M N Levy | Associate, Jr. | 5.90 | Hrs. @ | $ 705.00/hr. | $ 4,159.50 |
| Z Zhao | Associate, Jr. | 4.80 | Hrs. @ | $ 705.00/hr. | $ 3,384.00 |
| | | 111.50 | | | $ 113,946.00 |

**Other:**

| | | | | | |
|---|---|---|---|---|---|
| K K Barr | Paralegal | 3.00 | Hrs. @ | $ 570.00/hr. | $ 1,710.00 |
| L E Fane | Paralegal | 3.00 | Hrs. @ | $ 440.00/hr. | $ 1,320.00 |
| | | 6.00 | | | $ 3,030.00 |

**GRAND TOTAL:**    **117.50**    **$ 116,976.00**

**LATHAM & WATKINS** LLP

330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

**INVOICE**

June 22, 2023

Celsius Network Limited
50 W 17th Street
New York City, NY 10011
UNITED STATES
Attn: Chris Ferraro

| Please identify your payment with the following: |
| --- |
| Invoice No. 2300502855 |
| Matter Number 061659-9112 |

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

**REDACTED**

For professional services rendered through April 30, 2023

|  | Services | Costs | Total |
| --- | --- | --- | --- |
| Fee Applications – LW | 43,817.00 |  | $ 43,817.00 |
| Retention Applications and Disclosures – LW | 2,930.00 |  | $ 2,930.00 |
| US Investigations Work | 4,408.00 |  | $ 4,408.00 |
| Total Services and Costs | 51,155.00 | 0.00 | $ 51,155.00 |

| **Total Due** | **$ 51,155.00** |
| --- | --- |

**LATHAM&WATKINS**LLP

Invoice No. 2300502855
June 22, 2023
Matter Name: Fee Applications – LW

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 04/02/23 | CMT | 1.60 | Review and revise LW second interim fee application (0.8); review and revise LW monthly fee statement (0.8) |
| 04/02/23 | ACD | 3.50 | Review LW invoices for privilege and confidentiality |
| 04/03/23 | JJS | 0.40 | Prepare fee application and related materials |
| 04/03/23 | CMT | 1.20 | Continue to review and revise second interim fee application (0.7); edit monthly fee statement (0.5) |
| 04/03/23 | ACD | 1.60 | Review LW invoices for privilege and confidentiality (1.3); correspond with J. Glennon regarding LW fee statements (0.1); correspond with C. Tarrant regarding LW second interim fee application (0.1); correspond with fee examiner's counsel regarding LW first interim fee application (0.1) |
| 04/04/23 | ACD | 0.20 | Correspond with J. Glennon regarding LW fee statement |
| 04/05/23 | ACD | 0.90 | Call with A. Wirtz regarding status of LW fee application and hearing on same (0.3); correspond with LW team regarding same (0.4); correspond with H. Waller regarding second interim fee application (0.2) |
| 04/06/23 | JMM | 2.30 | Review invoices for confidentiality and privilege |
| 04/06/23 | CMT | 0.90 | Review and revise second interim fee application |
| 04/06/23 | ACD | 0.20 | Correspond internally regarding LW second interim fee application |
| 04/07/23 | JMM | 1.20 | Review invoices for confidentiality and privilege |
| 04/07/23 | ACD | 0.70 | Review LW invoices for privilege and confidentiality (0.5); correspond with LW team regarding same (0.2) |
| 04/09/23 | ACD | 0.90 | Draft and revise LW second interim fee application |
| 04/10/23 | ACD | 2.30 | Continue to draft and revise LW interim fee application (1.8); correspond with LW team regarding same and related matters (0.5) |
| 04/11/23 | CMT | 1.80 | Review and revise LW monthly fee statement (0.9); review and revise LW second interim fee application (0.9) |
| 04/11/23 | ACD | 4.00 | Revise and edit LW fifth monthly fee statement (0.8); correspond with C. Tarrant regarding same (0.2); call and correspond with J. Glennon regarding same (0.5); revise LW interim fee application based on comments from H. Waller (0.8); correspond with LW team regarding LW interim fee application (0.6); review and analyze fee examiner's final report on first interim fee applications (0.8); correspond with LW team regarding same (0.3) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502855 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM & WATKINS** LLP

Invoice No. 2300502855
June 22, 2023
Matter Name: Fee Applications – LW

| **Date** | **Timekeeper** | **Hours** | **Description** |
|----------|----------------|-----------|-----------------|
| 04/12/23 | ACD | 2.60 | Correspond with LW team regarding hearing on first interim fee applications (0.1); call and correspond with A. Gonzales regarding revisions to LW second interim fee application (0.5); revise LW second interim fee application (1.5); correspond with LW team regarding same (0.5) |
| 04/13/23 | AVR | 0.70 | Review and comment on interim fee application (0.5); review monthly fee statement (0.2) |
| 04/13/23 | CMT | 3.10 | Review and revise monthly fee statement (1.5); revise interim fee application (1.1); call with A. Davis regarding same (0.5) |
| 04/13/23 | ACD | 5.00 | Call with C. Tarrant regarding LW second interim fee application (0.5); call with M. Hancock regarding LW second interim fee application (0.2); revise and update LW second interim fee application (2.4); correspond with LW team regarding same (0.4); revise and update LW fifth monthly fee statement (1.0); correspond with LW team regarding same (0.3); correspond with K&E team regarding same (0.2) |
| 04/13/23 | KAL | 2.90 | Prepare exhibits to monthly fee statement (0.8); prepare and revise exhibits to second interim fee application (2.1) |
| 04/14/23 | AVR | 0.40 | Review debtors' reply to Frishberg fee objection |
| 04/14/23 | CMT | 3.20 | Finalize and file monthly fee statement (1.7); finalize and file interim fee application (1.5) |
| 04/14/23 | ACD | 2.50 | Edit LW second interim fee application based on comments from LW team (0.4); correspond with K&E regarding LW second interim fee application (0.3); correspond with client regarding LW fifth monthly fee statement and second interim fee application (0.3); finalize LW fifth monthly fee statement and correspond with C. Tarrant regarding filing and service of same (0.4); finalize LW second interim fee application and correspond with C. Tarrant regarding filing and service of same (0.4); review debtors' draft reply to fee application objections sent by K&E (0.4); correspond with LW team regarding same (0.3) |
| 04/15/23 | ACD | 0.20 | Correspond with LW team regarding debtors' reply to fee objections |
| 04/16/23 | ACD | 0.20 | Correspond with C. Tarrant and M. Valenti regarding April 18 hearing (0.1); correspond with K&E regarding reply to fee objections (0.1) |
| 04/17/23 | ACD | 0.30 | Call and correspond with M. Valenti regarding hearing on first interim fee applications (0.2); correspond with H. Waller |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502855 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2300502855
June 22, 2023
Matter Name: Fee Applications – LW

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | regarding LW second interim fee application (0.1) |
| 04/18/23 | ACD | 0.50 | Review summary of hearing on fee applications and correspond with LW team regarding same (0.2); obtain and send LEDES files to fee examiner counsel and US Trustee (0.3) |
| 04/19/23 | ACD | 0.60 | Review LW invoices for privilege and confidentiality |
| 04/20/23 | ACD | 2.40 | Review LW invoices for privilege and confidentiality (2.2); correspond with J. Glennon regarding same (0.2) |
| 04/25/23 | ACD | 0.30 | Correspond internally and with fee examiner's counsel and UST regarding corrected LEDES file |
| 04/26/23 | ACD | 0.40 | Review and edit LW invoice for privilege and confidentiality (0.3); correspond with C. Tarrant regarding LW March fee statement (0.1) |
| 04/28/23 | CMT | 1.30 | Prepare March monthly fee statement |

**Attorney:**

| | | | | | |
|---|---|---|---|---|---|
| J J Sikora, Jr | Partner | 0.40 | Hrs. @ | $ 1,690.00/hr. | $ 676.00 |
| J M McNeily | Partner | 3.50 | Hrs. @ | $ 1,390.00/hr. | $ 4,865.00 |
| A V Reilly | Counsel | 1.10 | Hrs. @ | $ 1,460.00/hr. | $ 1,606.00 |
| | | 5.00 | | | $ 7,147.00 |

**Other:**

| | | | | | |
|---|---|---|---|---|---|
| C M Tarrant | Paralegal | 13.10 | Hrs. @ | $ 490.00/hr. | $ 6,419.00 |
| A C Davis | Professional Staff | 29.30 | Hrs. @ | $ 980.00/hr. | $ 28,714.00 |
| K A Lindgren | Professional Staff | 2.90 | Hrs. @ | $ 530.00/hr. | $ 1,537.00 |
| | | 45.30 | | | $ 36,670.00 |

**GRAND TOTAL:**                                    **50.30**                              **$ 43,817.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502855 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2300502855
June 22, 2023
Matter Name: Retention Applications and Disclosures – LW

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/12/23 | ACD | 0.40 | Review updates to parties in interest list (0.2); correspond with H. Waller regarding same and supplemental Sikora declaration (0.1); correspond with LW conflicts regarding same (0.1) |
| 04/19/23 | ACD | 0.20 | Review edits to parties in interest list and send to LW conflicts team |
| 04/24/23 | ACD | 0.30 | Review updates to parties in interest list and correspond with LW conflicts team regarding related conflicts check |
| 04/26/23 | ACD | 0.90 | Review and analyze conflicts results for supplemental parties in interest (0.3); draft fifth supplemental Sikora declaration (0.5); send same to H. Waller and A. Reilly for review (0.1) |
| 04/27/23 | JJS | 0.40 | Review supplemental declaration for filing |
| 04/27/23 | ACD | 0.30 | Correspond with J. Sikora regarding fifth supplemental Sikora declaration (0.2); correspond with K&E regarding same (0.1) |
| 04/28/23 | ACD | 0.20 | Correspond with K&E regarding supplemental Sikora declaration |

**Attorney:**

| | | | | | |
|---|---|---|---|---|---|
| J J Sikora, Jr | Partner | 0.40 | Hrs. @ | $ 1,690.00/hr. | $ 676.00 |
| | | 0.40 | | | $ 676.00 |

**Other:**

| | | | | | |
|---|---|---|---|---|---|
| A C Davis | Professional Staff | 2.30 | Hrs. @ | $ 980.00/hr. | $ 2,254.00 |
| | | 2.30 | | | $ 2,254.00 |

**GRAND TOTAL:**          2.70                    $ 2,930.00

# LATHAM&WATKINS LLP

Invoice No. 2300502855
June 22, 2023
Matter Name: US Investigations Work

| **Date** | **Timekeeper** | **Hours** | **Description** |
|---|---|---|---|
| 04/03/23 | MPV | 0.50 | Attention to communications with FTI, J. McNeily, and H. Waller regarding document collection |
| 04/10/23 | MPV | 0.40 | Review materials and prepare summary in connection with document analysis from FTI |
| 04/11/23 | MPV | 0.50 | Confer with H. Waller and J. McNeily regarding FTI's data analysis |
| 04/12/23 | MPV | 0.60 | Review and propose additions to FTI analysis regarding data (0.4); confer with H. Waller and J. McNeily regarding same (0.2) |
| 04/13/23 | MPV | 0.50 | Finalize comments on FTI's data analysis for K&E |
| 04/21/23 | JMM | 0.80 | Review and analyze document collection records and confer with L. Workman, H. Waller, and M. Valenti regarding same |
| 04/21/23 | KKB | 0.30 | Analyze correspondence with SDNY related to FTI's request |

**Attorney:**

| | | | | | |
|---|---|---|---|---|---|
| J M McNeily | Partner | 0.80 | Hrs. @ | $ 1,390.00/hr. | $ 1,112.00 |
| M P Valenti | Associate, Sr. | 2.50 | Hrs. @ | $ 1,250.00/hr. | $ 3,125.00 |
| | | 3.30 | | | $ 4,237.00 |

**Other:**

| | | | | | |
|---|---|---|---|---|---|
| K K Barr | Paralegal | 0.30 | Hrs. @ | $ 570.00/hr. | $ 171.00 |
| | | 0.30 | | | $ 171.00 |

**GRAND TOTAL:**           **3.60**                    **$ 4,408.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502855 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS** LLP

330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

**INVOICE**

June 22, 2023

Celsius Network Limited
50 W 17th Street
New York City, NY 10011
UNITED STATES
Attn: Chris Ferraro

Please identify your payment with the following:

Invoice No. 2300502877
Matter Number 061659-9112

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

**REDACTED**

For professional services rendered through May 31, 2023

|  | Services | Costs | Total |
|---|---|---|---|
| Fee Applications – LW | 9,965.00 |  | $ 9,965.00 |
| Retention Applications and Disclosures – LW | 1,274.00 |  | $ 1,274.00 |
| US Investigations Work | 913.50 |  | $ 913.50 |
| Total Services and Costs | 12,152.50 | 0.00 | $ 12,152.50 |
| **Total Due** |  |  | **$ 12,152.50** |

**LATHAM&WATKINS**LLP

Invoice No. 2300502877
June 22, 2023
Matter Name: Fee Applications – LW

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 05/01/23 | ACD | 0.40 | 980.00 | 392.00 | Correspond with LW team regarding objection deadline for fifth monthly fee statement and status of sixth monthly fee statement (0.2); correspond with J. Glennon regarding LW sixth (March) monthly fee statement (0.2) |
| 05/08/23 | JMM | 1.50 | 1,390.00 | 2,085.00 | Review invoices for confidentiality and privilege |
| 05/09/23 | ACD | 1.20 | 980.00 | 1,176.00 | Call and correspond with M. Hancock regarding LW second interim fee application (0.2); review LW invoices for privilege and confidentiality (1.0) |
| 05/11/23 | JMM | 1.00 | 1,390.00 | 1,390.00 | Review invoices for confidentiality and privilege |
| 05/16/23 | JMM | 1.50 | 1,390.00 | 2,085.00 | Review invoices for privilege and confidentiality |
| 05/16/23 | ACD | 0.30 | 980.00 | 294.00 | Correspond with LW team regarding March and April fee statements |
| 05/19/23 | ACD | 0.30 | 980.00 | 294.00 | Review and send revised invoices to US Trustee (0.2); correspond with LW team regarding March and April fee statements (0.1) |
| 05/22/23 | ACD | 0.40 | 980.00 | 392.00 | Review LW invoices for privilege and confidentiality (0.2); correspond with LW team regarding March fee statement (0.2) |
| 05/24/23 | AVR | 0.50 | 1,460.00 | 730.00 | Call with A. Davis regarding fee applications (0.5) |
| 05/24/23 | CMT | 1.30 | 490.00 | 637.00 | Prepare monthly fee statement |
| 05/24/23 | ACD | 0.50 | 980.00 | 490.00 | Call with A. Reilly regarding status of LW fee applications and anticipated workstreams (0.3); correspond with C. Tarrant regarding March/April fee statement (0.2) |

Attorney:

| | | | | | |
|---|---|---|---|---|---|
| J M McNeily | Partner | 4.00 | Hrs. @ | $ 1,390.00/hr. | $ 5,560.00 |
| A V Reilly | Counsel | 0.50 | Hrs. @ | $ 1,460.00/hr. | $ 730.00 |
| | | 4.50 | | | $ 6,290.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502877 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2300502877
June 22, 2023
Matter Name: Fee Applications – LW

**Other:**

| | | | | | |
|---|---|---|---|---|---|
| C M Tarrant | Paralegal | 1.30 | Hrs. @ | $ 490.00/hr. | $ 637.00 |
| A C Davis | Professional Staff | 3.10 | Hrs. @ | $ 980.00/hr. | $ 3,038.00 |
| | | 4.40 | | | $ 3,675.00 |
| **GRAND TOTAL:** | | **8.90** | | | **$ 9,965.00** |

**LATHAM&WATKINS**LLP

Invoice No. 2300502877
June 22, 2023
Matter Name: Retention Applications and Disclosures – LW

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| 05/08/23 | ACD | 0.60 | 980.00 | 588.00 | Correspond with K&E regarding supplemental Sikora declaration (0.2); correspond with LW team regarding same (0.1); edit and finalize supplemental Sikora declaration and send to K&E for filing (0.3) |
| 05/12/23 | ACD | 0.40 | 980.00 | 392.00 | Review proposed filing version of fifth supplemental Sikora declaration (0.2); correspond with J. Mudd (K&E) regarding same (0.2) |
| 05/19/23 | ACD | 0.30 | 980.00 | 294.00 | Correspond with K&E regarding finalizing and filing fifth supplemental Sikora declaration (0.2); correspond with LW team regarding filed fifth supplemental Sikora declaration (0.1) |

**Other:**

| | | | | | |
|---|---|---|---|---|---|
| A C Davis | Professional Staff | 1.30 | Hrs. @ | $ 980.00/hr. | $ 1,274.00 |
| | | 1.30 | | | $ 1,274.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502877 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM & WATKINS** LLP

Invoice No. 2300502877
June 22, 2023
Matter Name: US Investigations Work

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|-----------|-------|------|--------|-------------|
| 05/15/23 | JF | 0.20 | 1,305.00 | 261.00 | Respond to email from Celsius regarding transfer of shares held in escrow |
| 05/17/23 | JF | 0.50 | 1,305.00 | 652.50 | Discuss share transfers with O. Ganot; review stock transfer forms |

**Attorney:**

| | | | | | |
|---|---|---|---|---|---|
| J Fox | Associate, Sr. | 0.70 | Hrs. @ | $ 1,305.00/hr. | $ 913.50 |
| | | 0.70 | | | $ 913.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2300502877 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**<u>Exhibit E</u>**

**Detailed Expense Records**

330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

June 20, 2023

Celsius Network Limited
50 W 17th Street
New York City, NY 10011
UNITED STATES
Attn: Chris Ferraro

| Please identify your payment with the following: |
| --- |
| Invoice No. 2300502813 Matter Number 061659-0020 |
| **Tax Identification No.: 95-2018373** |
| **Remittance Instructions** |
| **REDACTED** |

For professional services rendered through March 31, 2023

**Re:**  **Expenses**

| | |
| --- | --- |
| Costs and Disbursements | 97.61 |

| | |
| --- | --- |
| **Total Due** | **$ 97.61** |

**LATHAM&WATKINS**LLP

Invoice No. 2300502813
June 20, 2023

---

**Costs and Disbursements:**

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 02/28/23 | Docket – CH Account: 2591433 | J M McNeily | 13.90 |
| | **Total Court Research** | | **13.90** |
| 03/03/23 | Messenger/Courier – Recipient: – WASHINGTON, DC 20549 on 03-Mar-2023 – AB #: 395317702574 – Inv #: 806443930 – Sender: Lauren Fane – CHICAGO, IL 60611 | L E Fane | 21.23 |
| 03/06/23 | Messenger/Courier – Recipient: – WASHINGTON, DC 20581 on 06-Mar-2023 – AB #: 395414509897 – Inv #: 806443930 – Sender: Lauren Fane – CHICAGO, IL 60611 | L E Fane | 21.32 |
| 03/08/23 | Messenger/Courier – Recipient: – WASHINGTON, DC 20549 on 08-Mar-2023 – AB #: 395497507310 – Inv #: 807101649 – Sender: Kristina Barr – CHICAGO, IL 60611 | K K Barr | 21.32 |
| 03/21/23 | Messenger/Courier – Recipient – NEW YORK, NY 10007 on 09-Mar-2023 – NPD Logistics Invoice #1549-3644 – 3/9/23 – Sender: Christine Stansall | C D Stansall | 19.84 |
| | **Total Federal Express & Messenger** | | **83.71** |
| | **Total Costs and Disbursements:** | | **$ 97.61** |

**Costs and Disbursements:**

| | |
|---|---|
| Court Research | 13.90 |
| Federal Express & Messenger | 83.71 |
| **Total Costs and Disbursements:** | **$ 97.61** |