UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on SLFAQ LLC at 670 White Plains Road, Penthouse, Scarsdale, NY 10583:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3152]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Arthur Carra at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3152]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Amon Card Limited, Company No. 19619776 at Flat 204. Foundry House, 47 Morris Road, London, England E14 6NJ:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3166]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3166]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Wei Qiang at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3167]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Timothy Jobson at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3167]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Cherokee Debt Acquisition, LLC, Attn: Vladimir Jelisavcic at 1384 Broadway, Suite 906, New York, NY 10018:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3189]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3190]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3203]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Przemyslaw Bronislaw Wochna at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3189]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Robert Thompson at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3190]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on BFCP IV LLC, c/o Nexxus Holdings Operations LLC, Attn: Timothy Babich at 800 Miramonte Dr, Suite 380, Santa Barbara, CA 93109:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3191]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Scott Glass at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3191]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Contrarian Funds, LLC, Attn: Alpa Jimenez at 411 West Putnam Ave, Suite 425, Greenwich, CT 06830:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3192]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Matthew Levy at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3192]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Timothy Joseph Llewellyn at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3203]**

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Serrur Investment Partners, LP, Attn: Ezra Serrur at 197 Freeman Street 3C, Brooklyn, NY 11222:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3204]**

[SPACE LEFT BLANK INTENTIONALLY]

Furthermore, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3204]**

Dated: August 9, 2023

_____
Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 9th day of August, 2023, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| AMON OU | ON FILE |
| AMON TALLINN | ON FILE |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**

Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| DELONG, THOMAS R | ON FILE |
| THOMAS ROBERT DELONG | ON FILE |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1