**RECEIVED**
**AUG - 7 2023**
U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CELSIUS NETWORK LLC, et al.,
Debtors

Chapter 11

No. 22-10964 (MG)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Sanela Kapular**

Name and Current Address of Transferor:

**Sanela Kapular**
**(Redacted)**

Name of Transferee:

**Filip Kapular**

Name, Email, and Address where notices and payments to transferee should be sent:

**Filip Kapular**
Email: fk1789@outlook.com
P.O. Box 407
Lemoyne, PA 17043

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F Line (3.1.502721) | Sanela Kapular | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Filip Kapular_ (signature)    Date: August 03, 2023
Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

PAGE 1

# EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO: U.S. Bankruptcy Court
Southern District of New York ("Court")

AND TO: Celsius Network LLC ("Debtor")
Case No. 22-10964 ("Case")

Claim #: 24677
Schedule F Line #:
3.1.502721

**SANELA KAPULAR** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer, and assign unto:

**FILIP KAPULAR**
P.O. Box 407
Lemoyne, PA 17043

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount of the Schedule F amount ("Claim"), which represents 100% of the total claim amount of the Schedule F amount against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated August 03, 2023.

| SANELA KAPULAR | FILIP KAPULAR |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Name: SANELA KAPULAR | Name: FILIP KAPULAR |
| Title: Individual | Title: Individual |

| 3.1.502721 | SANELA KAPULAR | ADDRESS REDACTED | | | Yes | BTC 0.000275592509714301 ETH 4.75011011813034 USDC 170.145748932264 | BTC 0.054154326684723 | | BTC 6.843201911589 |
|---|---|---|---|---|---|---|---|---|---|