DocuSign Envelope ID: CD902C61-1354-4D77-9DA1-440794F001CC



**United States Bankruptcy Court
Southern District of New York**

FILED
U.S. BANKRUPTCY COURT
2023 AUG -9 P 12: 18
S.D.N.Y.

In re Celsius Network LLC, et al.

Case No. 22-10964 (MG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Richard Deacon** | **SLFAQ, LLC** |
| Address on File | 670 White Plains Rd- Penthouse<br>Scarsdale, NY 10583<br>ryan@slfaqllc.com |

**Schedule F Claim #**   3.1.474786

**Transferred Claim Amount** as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:
Ryan Vollenhals                08/07/2023
1EB69C439766405
Transferee                     Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Richard Deacon**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **SFLAQ, LLC**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **Celsius Network LLC, et al.**

**Schedule F Claim #**    3.1.474786

**Claim Amount**    as detailed on Schedule F

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 06/30/2023

Buyer:

**SFLAQ, LLC**

*DocuSigned by:* Ryan Vollenhals
1FB69C439766405...

Name: Ryan Vollenhals

Seller:

**Richard Deacon**

*DocuSigned by:* Richard Deacon
8BC8AA29E7F048E

Name: Richard Deacon

DocuSign Envelope ID: DDB551EC-0E20-4939-AAAF-5CE6A4443F9E



| SCHEDULE F LINE | CREDITOR'S NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON LOAN RECEIVABLE |
|---|---|---|---|---|---|---|---|---|
| 3.1.474786 | RICHARD GLENN III DEACON | ADDRESS REDACTED | | | CEL 1789.14558414321<br>DOT 2006.25<br>USDT ERC20 50000 | | | |