**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**FIRST SUPPLEMENTAL**
**DECLARATION OF JOSEPHINE GARTRELL, ESQ.**
**IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN**
**ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF**
**WILLIS TOWERS WATSON US LLC AS COMPENSATION CONSULTANT,**
**EFFECTIVE AS OF JULY 13, 2022, AND (II) GRANTING RELATED RELIEF**

I, Josephine Gartrell, Esq., declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief.

1.      I am a Senior Director of Willis Towers Watson US LLC ("WTW"), with offices located at 800 North Glebe Road, Floor 10, Arlington, VA 22203.

2.      I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated May 30, 2023 (the "Initial Declaration"),[2] which was filed in support of the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Willis Towers*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]   Capitalized terms not defined herein shall have the same meanings ascribed to them in the Initial Declaration.

*Watson US LLC As Compensation Consultant, Effective as of July 13, 2022, and (II) Granting Related Relief* [Docket No. 2726] (the "Retention Application").

3.    Since filing the Initial Declaration, at the request of the U.S. Trustee, WTW has performed an additional conflicts check, in accordance with the procedures (the "Procedures") more fully described below, to identify any connections or relationship with the individuals and entities on the parties in interest list (the "Potential Parties in Interest") that was provided to WTW by the Debtors and is attached hereto as Schedule 1.

4.    Regarding its Procedures, WTW searched its Client Information System ("CIS"), which WTW maintains in the ordinary course of its business to keep track of current, former, and prospective clients.  The CIS contains the names of each client of WTW around the globe, the name of each party that has, or had, a substantial role with regard to the subject matter of WTW's retention, and the names of the WTW professionals who are, or were, primarily responsible for matters for such clients.  WTW used the CIS to search the Debtors' Potential Parties in Interest list (approximately 2,800 parties) set forth on Schedule 1.  After WTW identified all client connections with the Parties in Interest List and any parties with similar names identified in the CIS, WTW emailed WTW personnel listed as contacts for the connected parties to inquire about any potential conflicts regarding these representations.  WTW did not receive any affirmative responses to those emails.

5.    Listed on Schedule 2, attached hereto, are the results of WTW's conflicts searches of the entities listed in Schedule 1.  WTW confirmed, through follow up searches and other internal investigation, that the client relationships set forth on Schedule 2 are unrelated to the Debtors or these chapter 11 cases.

6.    As a result of its Procedures, I have thus far ascertained that, to the best of WTW's and my knowledge, no fact or situation exists that would represent a conflict of interest for WTW with regard to the Debtors.  Upon information and belief, if retained, WTW:

a)  is not a creditor of the Debtors[3] or an equity security holder of the Debtors;

b)  is not, and has not been, within two years before the date of filing of the petition, a director, officer, or employee of the Debtors; and

c)  does not have an interest materially adverse to the interest of the Debtors' estates, or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

7.    Further, as part of its diverse practice, WTW appears in numerous cases and proceedings, and participates in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and Potential Parties-in-Interest in the Debtors' chapter 11 cases.  Further, WTW has performed in the past, and may perform in the future, compensation consultant services for various entities, some of whom may be involved in these proceedings.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which WTW is to be employed, and none are in connection with these cases.

8.    To the best of my knowledge, no employee of WTW is a relative of, or has been connected with, the U.S. Trustee in this district or its employees.

---

[3]    WTW performed post-petition services for the Debtors in the amount of $375,000.00 and is seeking payment of such amount in its Retention Application via *nunc pro tunc* relief.

9.      WTW does not believe that the supplemental disclosures set forth herein impact its disinterestedness.  I reserve the right to supplement WTW's disclosures in the event that WTW learns of any additional information that would require disclosure.

10.     If any new material relevant facts or relationships are discovered or arise, WTW will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

San Francisco, California                    _/s/ Josephine Gartrell_
Dated:  August 10, 2023                      Name:       Josephine Gartrell, Esq.
                                             Title:      Senior Director

## Schedule 1

## Potential Parties in Interest

Allianz Global Assistance

Aloft Hotel

ALPHA Events Limited

AlphaGraphics

AltCoinTrader (Pty) Ltd

Altsholer benefits

Altshuler ShahamTrusts Ltd

Alvarez & Marsal

Alven Jerome Kroot Agreement Of Trust Dated
July 16, 1990, As Amended,
AM Ventures Holding Inc.

Amazon

Amber - Maple

Amber Technologies Limited

American Airlines

American Family Connect Property and Casualty
Insurance Company

American Lock & Key

Amon Card Limited

Amon OU

Amplicy LTD

Amsalem Tours & Travel Ltd

Amtrak

Amtrust Underwriters, Inc on behalf of Associated
Industries Insurance Company, Inc.

An Eye Toward Retirement LLC

Anat Raziel

Anchorage Hold LLC

Anchorage Lending CA LLC

Andari Co Ltd

Andersen LLP

Andreia Cucio Guisordi

Andreou, Foteini

Andromeda

Anna Pitzman

Antalpha Technologies Limited

ANV Insurance

Any.do

Aos Investments LLC

AP CAPITAL ABSOLUTE RETURN FUND

AP Capital Investment Limited

Apollo

Appbot

Apple Search Ads

Apple Store

AppsFlyer Inc

Aqua Kyoto Ltd

Arca

Arce, John

ArentFox Schiff LLP

Argo Innovations Labs, Inc.

Arkansas Securities Department

Arlo SoHo Hotel

Arocon Consulting LLC

ArtDesigna

Artus Capital GmbH & Co. KGaA

Asaff, Glenn

Ascential Events (Europe) Limited

Asha Gabai

Ashby & Geddes

Asher Harel

Asher Hersgkowitz

Aston Limo Service

AT&T

AT&T

Athlonutrition S.S

Atlantic Insurance

Atlas Holdings, LLC

Atlassian

Atom Exterminators Ltd

Attestor

Attestor Capital

Attorney For State Of Wisconsin Department Of
Financial Institutions

Auger, Matthew

August LLC

Aurelius

Auros Tech Limited

Auros Tech Limited - Maple

Auth0 Inc.

AutomationEdge Technologies Inc.

Autorite Des Marches Financiers (AMF) -
Canadian Securities Administrators
Avalanche

Avaya Inc.

Avishar

Aviv Reut

AVL Services LLC

Avner Mor

Avraham, Daniel

Axia

Ayalon Insurance Company

Azmi & Associates

B&C Camera

B&H Foto & Electronics Corp

B2C2 LTD

Babel Holding Limited

Bain

Bakkt

Bamboo HR

Bamboozle Cafe

Bank Hapoalim B.M.

Bank to the Future

Bari Catz

B-Brick Inc

BCAS Malta Ltd

BCB Prime Services Limited

BCL Search

BCRS2 LLC

Becerril, Jose Maria Caballero

Begg, Yusuf

Belleway Ltd

Bellwood Global Transportation

Benzinga

Berliner & Pilson, Esqs.

Bernard Kulysz

Bernstein-Burkley P.C.

Best Buy

Best Name Badges

Bfaller Rd LLC

Big Cartel

Biig LLC

Bill.com

Binance
Binance US

BIND Infosec Ltd.

Bionic Electronics

Birchams Art

Bitboy Crypto

Bitboy Crypto

Bitcoin.com (Saint Bitts LLC)

Bitfinex

Bitfinex

Bitfly

Bitfo, Inc.

BITGO

Bitmain Technologies

Bits of Gold LTD

Bits of Sunshine LLC

Bittrex

Bittrex Global

Bitwave

BJ Investment Holdings, LLC

BK Coin Capital LP

Blacklane

Blackpeak Inc

BlackRock

Blake & Company

Blank Rome LLP

Block

Block (Square)

Block Solutions Sdn Bhd

Blockchain Access UK Ltd

Blockchain.com

Blockchair Limited

Blockdaemon Inc.

Blockdaemon Limited

BlockFI

Blockfrost.io

Blockmetrix

BlockTower Capital

BlockWorks Group LLC

Bloomberg Finance LP

Bloomberg Industry Group

Blue Edge Bulgaria EOOD

Blue Fire Capital Europe Cooperatief

BLUE MOON CONSULT

Blue Rock

Blue Torch

BlueVoyant Israel Ltd.

Bnk To The Future

BNK to the Future

Bnktothefuture

BNY Mellon

Board Game Designs

Bob Group Limited

Bofur Capital

Bolt Food

BOOKYOURCOVIDTEST.COM

Boston Coach

Bowell, Reuben

Bradley, Marc

Braun, David

Brave Software International

Brazen Head Irish Pub

Brendan Gunn Consulting Group

Brian T. Slater Revocable Living Trust

British Airways

BROAD REACH CONSULTING LLC

Brooklyn's Down South

Brown & Connery, LLP

Brown, Charlotte

Brown, Oliver John

BROWSERSTACK INC.

Bru Textiles NV

Bslater Ddo LLC

BTC 2022 Conference

BTC Media, LLC

Buchalter, A Professional Corporation

Buckley LLP

Budget Rent A Car

Bui, Dung

BullPerks BVI Corp

Bulwerks LLC

Bulwerks Security

Burns, Matthew

Business Insider

BuyMe

Buzzsprout

Bveeder Rd LLC

C Street Advisory Group

C.A.N. Mouzouras Electrical Contractors

Cablevision Lightpath LLC

Cadwalader Wickersham & Taft

Caisse de dépôt et placement du Québec

Caj Krogh Holding Aps

Calendly LLC

California Department of Financial Protection and
Innovation

Callaghan, Simon

Callaway Capital

Canva

Caola Company, Inc.

Capitol Hill Hotel

Caplinked

Cardano

Carey Executive Transport

Carithers Flowers

Carmo Companies

Carolyn Vincent Superannuation Fund

Carta, Inc.

Caspian Holdings, Ltd

Castillo, Diana

CAYO Rafał Molak

CDP Investissements Inc.

CDPQ U.S. Inc.

CDW

Cellcom

Celsius (AUS) Pty Ltd. (Australia)

Celsius EU UAB (Lithuania)

Celsius KeyFi LLC

Celsius Lending LLC

Celsius Management Corp

Celsius Mining IL Ltd

Celsius Mining LLC

Celsius Network (Gibraltar) Limited

Celsius Network Europe d.o.o. Beograd (Serbia)

Celsius Network IL Ltd. – Bulgaria Branch

Celsius Network IL Ltd. (Israel)

Celsius Network Inc.

Celsius Network Limited (UK)

Celsius Network LLC

Celsius Networks Lending LLC

Celsius Operations LLC

Celsius Services CY Ltd (Cyprus)

Celsius US Holding LLC

Celsius US LLC (Formerly Celsius Money)

Centerbridge Partners, LP

Centerview Partners

Central Park

Cerberus

CEX IO LTD

Chain of Events SAS

Chainalysis

Chainalysis Inc.

Chainalysis, Inc.

Chainge

Chainlink

Chamber of Commerce Tel Aviv

Chamber of Digital Commerce

Chan, Kalvin

Chang, Yung-Tang

Charalambous, Alexia

Charmant, Audrey

Cherktyek Consulting, LLC

Chick-fil-A

Chief

Chime

Ching, Lam Wai

Christodoulou, Antonis

Christodoulou, Christodoulos

Christou, Renos

Circle

Cision Us Inc.

citizenM

Cleargate

Cleverbridge

Click and Play - Conteudos Digitais Lda

Clint Petty

ClubCorp USA

CMS Cameron McKenna Nabarro Olswang LLP

CMS CMNO LLP

CMS Holdings LLC

Code Warriors

CoderPad

Coffee Distributing Corp.

Cogency Global Inc.

Cohanzick Management

Coin Meester B.V.



CoinDesk Inc.

Coinfirm Limited

Coinlend

CoinMarketCap

Coinmerce BV

CoinRoutes Inc

Coleman, Bradley K

Comcast

Comcast

Commodity Futures Trading Commission

Commonwealth of Massachusetts Office of The
Attorney General

Commonwealth of Massachusetts Securities
Division

Compliance Risk Concepts LLC

Concorde Hotel

Consensus

Consensys

Consensys Ag

ConsenSys Software Inc.

Consumer Technology Association

Contentful, Inc.

Conyers Dill & Pearman

Cooper Global

Coppell FC

Copper

Core Club

Core Scientific, Inc.

Core Scientific Inc

Corsair Gaming, Inc.

Costco

Costica, Tudor

Coursera

Cox Business Services LLC

Cox Business Services LLC

Craig Barrett Andersen Invest Luxembourg S.A. Spf

Creative Video Productions Limited

Cred Inc. Liquidation Trust

Creditor Group Corp.

Creel, Garcia-Cuellar, Aiza y Enriquez, S.C.

Crelin Peck Consulting LLC

Cross River Bank

CrossTower

CRP Security Systems Ltd

Crum and Forster Specialty Insurance Company

Crypto Fiend

Crypto Love

Crypto Wendy O

Crypto10 SP -Segregated Portfolio of Invictus Capital Financial Technologies SPC

CryptoDailyYT Ltd

CryptoRecruit Pty Ltd

Cryptos Capital

CSC

CT Corporation

C-Tech Constandinos Telecommunication Ltd Co

CTI Solutions

Cumberland DRW LLC

Curb Mobility

Customer.io

CVS pharmacy

Cyberforce Global Limited

Cyesec Ltd.

Cyrus

Cyta

Dalia Mintz

Dalvey & Co

Dan Hotels

Dana Lev

Daniel Ibrahim

Daniel J. Edelman, Inc.

Data Dash

Datapoint Surveying

David Meltzer Enterprises

David Rabbi Law Firm

Dawson, Meryl

DBeaver

DEALEX MOVING LLC

Dearson, Levi & Pantz, PLLC

Debak, Antun

Decentral Media Inc

Decode

DeepL

Deferred 1031 Exchange, LLC

Degirolamo, Anthony J.

Del Friscos Grille

Delaware ADR, LLC

Delaware Division of Corporations

Dell

Deloitte & Touche LLP

Deloitte Tax LLP

Delta Airlines

Department of Financial Protection and Innovation

DERRIERES

Desk D.O.O

Desks & More

Dexterity Capital LP

Dezenhall Resources

DGL INVESTMENTS LLC

DHL

Diameter

Dias, Eric

Dickinson Wright PLLC

Diesenhaus

DiFiore ASA Irrevocable GST Trust

Difiore TSA Irrevocable GST Trust

Digital Asset Funds Management Pty Ltd

Digital Asset News, LLC

Digital Currency Group

Digital Treasures Management PTE Ltd

Dinwiddie, Spencer

District of Columbia Department of Insurance, Securities and Banking

Diversified Alpha SP

DLC Distributed Ledger Consulting GmbH

DNSFilter

Do Not Sit On The Furniture

Docker

Doit

DoiT International

DoiT International

DoiT International UK and I LTD

DoorDash, Inc.

Dor-aviv.

Dow Jones & Company, Inc.

Dragos DLT Consulting Ltd.

DRB Hosting Ltd. (Deribit)

Dream Hotels

Dreifuss, Itai

Dreyfus, Fernando

Dribbble

Druk Holding & Investments Limited - Druk
Project Fund
Druk Holding and Investments

DSCA44 LLC

DSV

Duane Morris LLP

Dunamis Trading (Bahamas) Ltd

Dunamis Trading III Ltd

Dune Analytics

DV Chain LLC

DV Chain, LLC

Dynasty Partners

E.C electricity

E.R. Bradleys Saloon

Eagle County Regional Airport

eBay

Ecrime Management Strategies, Inc dba PhishLabs

Eddison, Mark

Edgewater Advisory, LLC

EE Limited

EE Limited

Eede, Jelle Van den

Egon Zehnder International Inc.

Eisler Capital

Eitan Shopen

El Al Israel Airlines

Elements Massage

Elementus

Elie Simon

Elite Marketing Group LLC

Elmwood Design Ltd.

Elpida Constantinou

Emanuel Clodeanu Consultancy SRL

Embassy Suites

EMCO Technology

EMET

Emil Pilacik, Jr.

Emirates Airlines

Emmanuel, Alaina

Empire Group Holdings

Enginuity on Call

Enigma Securities Limited

EnjoyMaloy Trade Party

Enkur, Gokhan

Enlightium Ltd

ENSafrica

Enterprise Digital Resources

Enterprise Rent-A-Car

Epitome Capital Management (Pty) Ltd

Equities First Holdings

Eran Tromer

Eran Tromer

Eric Wohlwend

Estate of Edward W. Price Jr.

Ester Lima

Estiatorio, Avra Madison

Etherscan

eToro

eToro Ltd.

Etsy, Inc.

European Media Finance Ltd

Evaggelou, George

Evan Ferrante

Eversheds Sutherland

Evertas - USI Insurance Services

Evertas Insurance Agency LLC

Evgeni Kif

Exdo Events

Expedia

Explorium Ltd.

Exquisite Sounds Entertainment

EY
EZ Cater
Fabric Ventures Group Sarl
Facebook
Fairmont Austin Lodging
FalbaSoft Cezary Falba
FalconX
FalconX Limited
Falkensteiner Hotels & Residences
Falvey Insurance Group
Fasanara Investments Master Fund
FATAL
FatCat Coders
Fattal Hotels
Federal Trade Commission
FedEx
Fibermode Ltd.
Fidelity
Figure
Filmsupply
Financial and Consumer Affairs Authority
Financial Conduct Authority
Financial Times
FiNext Conference
FingerprintJS
Finnegan Henderson Farabow Garrett Dunner LLP
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Fintech, Lendit
Fireblocks
First Class Vending Inc
FIS
FisherBroyles, LLP
Fixer.io
FL3XX Gmbh
Flixel Inc.
FLOATZEN D.O.O.
Flonights Limited
Florist, Lovin
Flow Traders BV
Flowroute
Fluxpo Media
Flyday Consult

Focalpoint (B. Riley)
Folkvang SRL
Forest Road
Forkast Limited
Form Approvals
Forter, Inc.
Fortis Law Partners
Fortress
Fotis Skempes
Foundry Digital
Four Seasons Palm Beach
Four Thirteen LLC
Fractal
Frame.io
Framework - Maple
Frangeskidou, Angela
Frankfurt School
Frediani, Jeremy
Freeman
From Day One
Frontend Masters
FSCom Limited
FTX
Fuel Break Capital
Fusion Bowl
Future Technology Investment
Futuris Capital Inc
FXCH
G&TP Sweden AB
G. E. Ehrlich (1995) LTD.
Galaxy
Galaxy
Galaxy Digital
Galaxy Digital LLC
Galaxy Digital Trading LLC
Gandi
Gartner Inc.
GDA Luma
GEA Limited
GECKO LABS PTE. LTD.
Gecko Technology Partners

GEM

Gemini

Genesis Digital Assets

Genesis Global Capital LLC

Georgia Office of Secretary of State Securities & Charities Division

Gett

Gibraltar Financial Services Commission

Giffgaff

Giftagram USA, Inc

GILA DISHY LIFE COACH LLC

Gilbert + Tobin

GitBook

GitHub, Inc.

GitKraken

Gk8 Ltd

GK8 Ltd (Israel)

GK8 UK Limited

GK8 USA LLC

Global Regency Limited

Glovo

GoDaddy.com LLC

Godfrey & Kahn, S.C.

Gogo Air

Goin Postal

GoldenTree

Google Ads

Google Cloud

Google Fi

Google Fiber, Inc.

Google Fiber

Google LLC

Google Play

Gorfriends

GoToAssist

Grammarly, Inc.

Grammerly

Grapefruit Trading LLC

Great American Insurance Company

Great Meadows

GreyScaleGorilla

Grit Daily / Notability Partners

Group, K1 Financial

GrubHub

GSR Markets Limited

GSuite

Guardian Arc International

Guberman Consulting

GuljaÅ¡, JanoÅ¡

Gumi Cryptos Capital LLC

H Trussell Investments PTY LTD

H2PROD

Hadjipanayi, Christina

Hagal Hayarok

Haim Levy

Halborn Inc.

Hamilton's Reserve Inc.

Hampton Inn

HanaHaus

Handel Group LLC

Hanoch medical service

Harrison Opportunity III Inc.

Haruko Limited

HAS Futures LLC

Hattricks Tavern

Haun Ventures

Hawaii Department of Commerce and Consumer Affairs

Headway Workforce Solutions Inc.

Healthy Horizons

Heathrow Express Ltd.

Heavenly Scent Professionals LLC

Hedgeguard

Hehmeyer LLC

Hehmeyer Trading AG

HeleCloud Limited

Heliad Equity PartnersGmbH & Co. KGaA

HelpSystems, dba PhishLabs

Henriksen Butler Nevada, LLC

Herman systems

Hertz

Herzog Fox & Neeman

Highlight Films Ltd.

Hilton

Hire Right

| | |
|---|---|
| HMRC Shipley | INSIDE.COM INC. |
| Hodlnaut Pte. Ltd. | INSPERITY |
| Holland & Knight LLP | Instacart |
| Holley Nethercote Pty Ltd. | Integrated Security & Communications |
| HOME 007 LLC | Intelligo Group USA Corp |
| Home Depot | Intercontinental Hotel |
| Hootsuite | Intercontinental Miami |
| Hopkins & Carley | Intership Limited |
| Horasis | Intership LTD |
| Hot Mobile | Intership Ltd |
| Hotel Da Baixa | Intertrust |
| Hotel Majestic | Intuit - Quickbooks |
| Hotel Midtown Atlanta | InvestAnswers |
| Hotels.com | Invictus |
| Houlihan Lokey | Invictus Capital Financial Technologies SPC |
| Howden Insurance Brokers Limited | Invoice Maven |
| HPS | INX |
| HR Marketing | Ionut Lucian Ciochina |
| HRTJ Limited | IOTA Stiftung (IOTA Foundation) |
| Hudson Bay Capital | ip-api |
| Hudson Insurance Group | IPQualityScore |
| Hugh McCullough of Davis Wright Tremaine LLP | Israel Innovation Authority |
| Huron Consulting Services LLC | Israeli Innovation Authority |
| Hyatt Hotels | Issaschar brothers |
| Hypercore Networks, Inc. | IST NY Inc. |
| Hysolate Ltd | Iterable, Inc. |
| I.A.M.L LTD | Iterative OTC LLC |
| Ibrahim, Daniel | Ivan On Tech Academy |
| ICB Solutions | Jack Villacis |
| Ideal Communications | Jackson Lewis P.C. |
| Idemia | Jackson Lewis P.C. |
| Illinois Securities Department | JAMS, Inc. |
| Illumiti Corp | Jane Street |
| Incorporating Services, Ltd. | Jarvis Ltd. |
| Indian Eagle | JB Hunt |
| Indian Harbor Insurance Company | Jellestad Capital S.A. SPF |
| Industrious | Jenner & Block LLP |
| Inesha Premaratne | JetBlue |
| InfoObjects Inc | JetBrains |
| Infura | JKL Digital Capital Limited |
| InGenie LTD | Joberty Technologies |
| Innovatica LLC | Jobinfo |

John Dzaran 401K Trust
John Lewis & Partners
Jonathan Jerry Shroyer
Jones Day
JP Morgan
JPMorganChase
JR Investment Trust
JSC Royal Flight Airlines
JSCT Hong Kong Limited
JST Systems LLC
Juliet International Limited
Jumbo stock
JUMP Trading
Jumpcut 3D
Juniper Office
K.F.6 Partners Ltd
Kairon Labs BV
KALC LLC
Kanoo Pays
Kasafot Magen
Kazaka, Krista
KCA Holdings, LP
Keeper Security
Kenetic Trading Limited
Kentucky Department of Financial Institutions
Kerry Hotel HongKong
KeyFi, Inc.
Keyrock SA
Kforce Inc.
KHK Investments LP
Kimpton Surfcomber Hotel
KINOLIFE LLC
KINTSUGI, Unipessoal Lda.
Kirkland & Ellis LLP
Kirobo Ltd.
KKR
KN Media Manager, LLC
Knobs B.A.C.
Koala 1 LLC
KOALA 2 LLC
KOALA3 LLC
Kohji Hirokado

Kohl's
Kompaso Pty Ltd
Korn Ferry
Kost Forer Gabbay & Kasierer
Koutra Athos Sotiris
Koutra, Athos
Kozlowska, Kasandra
Kpham Rd LLC
Kraken
Krispy Kreme
Kroll Advisory Ltd
Kroll Restructuring
Kroll Restructuring Administration LLC

Kronos Holdings
KTM Capital
Kunder, Nikhil
kuperpan
Kyle Farmery
L & L Moving Storage & Trucking LLC
La Maison Favart
Lakeside Oral & Facial Surgery Institute, LLC
Lancium
Las Vegas Window Tinting
Latham
Latham & Watkins LLP
Lau, Weyne
LaunchDarkly
Lawn Care
LawnStarter
Leaa
Leadmetrix
Ledger
LedgerPrime DAO Master Fund LP
Ledn
Legalist
Lermont Ltd.
Levin-Epstein & Associates, P.C.
Levy Cohen
Libertad Group LLC
Lightpath Fiber
Line Group
Linkedin

LinkedIn Corporation
LinkedIn Ireland Unlimited Company
Liquibit USD Market Neutral Arbitrage Fund
Liquidity Technologies LTD
Liquidity Technologies Ltd D/B/A Coinflex
Lisa T. Vickers
Lithify Limited
Lloyds of London
Locate852
Loews Hotels
Logitech
Logshero LTD
Logz.io
London
Lord Abbett
Loucaides, Michael
LS Future Technology AB
LSEG
Lucidchart
Lucille's Smokehouse Bar-B-Que
Lufthansa Deutsche
Luis Filipe Espinhal
Lumen
Lumen
Lunar Sqaures
LUOJI2017 Limited
Luxor
LVC USA Inc.
Lyft
M4-Tse Inc
Madison Liquidators
MadRev LLC
Magnetar
Maine Office of Securities
MAKARIM & TAIRA S.
Malamas, Vasileios
Maltego Technologies
Mambu Tech B.V.
Mammoth Growth LLC
Mamoulides, George
Mandarin Oriental Hotel
Manhattan Bagel

Manzo's Suites
Maren Altman FZCO
Marina Point Investments LLC
Mariner
Marios Locksmith Limited
Markel Insurance
Marquette Digital
Marriott Hotels & Resorts
Marsh
Marsh USA
Mastercard

Matrix Port Technologies Limited
Matsurmura, Miko
Matthew D'Albert
Maurice Wutscher LLP
Maven Digital Ltd
Maxon
Mayami Mexicantina
Mazars LLP
Mazars Ltd
MC Credit Partners
McCarter & English, LLP
McCarthy Tetrault LLP
McCarthy Tetrault LLP
McDermott Will & Emery LLP
McLagan Partners Inc.
Mclean, Stuart
MCM 965
mDesign
MediaOne Partners
Mei Avivim
Melio
Memetic Capital LP
Memorisely
Menai Markets Ltd.
Menora Mivtachim Group
Meridian Crypto Trust
Metropol Palace
Metropolitan Partners
Meyer, Suozzi, English & Klein, P.C.
MF Partners LTD

MFA Network

MGM Grand Hotel

MHT Super Pty Ltd

Miami Beach Convention Center

Michael Cimo

Michael Cimo (Statera Bellus)

Michael Page International Inc

Michaels

Michaels, Panayiotis

Michigan Department of Treasury

Microsoft

Microsoft Azure

Migdal Insurance Company

M-III Partners, LLC

Mike Komaransky

MINDS

Minnesota Attorney General Office

Minnesota Department of Commerce

Mintz & Gold, LLP

Minute Man Press

Mississippi Secretary of State Office

Missouri Securities Division

Mitugon

Mixed Analytics

Mixpanel Inc.

Molly Spendthrift Trust

Momentum Media Group

Monarch

Monarch Blockchain Corporation

Monday.com

Moo Printing

Moralis Academy

Morgan Stanley

Morris, Manning & Martin, LLP

Moschoulla Patatsou Christofi

Motion Array

Motion Design School

Mountain Cloud Global Limited

Move4Less

Movilei Hovalot

Moya

Mr. Lock Inc

MRK Spanish Ridge, LLC

MS SD IRA LLC

MTA

Multiverse HLD

Music 2 The Max

MVP Workshop

MWR Investments Ltd

Myer-briggs

MythX

Nachmias Grinberg

Namecheap

Namlessplace

Nascent GP Inc

Nascent LP

Nasdaq

Natan Zecharia

National Association Of Attorneys General

National Office Interiors & Liquidators

Nationwide Multistate Licensing System

Navex Global, Inc.

NBC Universal

Necter

Neot Aviv

Neptune Digital Asset

Nespresso

Nevada Sign

New Hampshire Bureau of Securities Regulation

New Jersey Bureau of Securities

New Jersey Office of The Attorney General

New Spanish Ridge

New Spanish Ridge, LLC

New World Holdings

Nexo

NextGenProtection

Nhat Van Meyer

NICE Systems UK Limited

Nickel Digital Asset Fund SPC Digital Asset
Arbitrage SPC Institutional

Nickel Digital Asset Master Fund SPC - Digital
Factors Fund SP

Nico Signs Ltd

Niki GA Management and Maintenance Ltd

Niki-nikayon

Nisha

Noam Rozenthal

Noet Aviv Ltd

Nomura

Nord Layer

Nordlogic Software SRL

Nordstrom

Norgaard O'Boyle & Hannon

North Carolina Department of The Secretary of State

North Dakota Securities Department

Northern Trust

Nossaman LLP

Notarize

Nothing Bundt Cakes

Novawulf

Nuri

NuSources

NYDIG

NYDIG Funding LLC

Nyman Libson Paul LLP

OAKds, Inc

Oaktree

Ocean View Marketing Inc.

Office Depot

Office Movers Las Vegas

Office of The Attorney General of Missouri

Office of the Attorney General of Texas

Office Of The Attorney General Of Washington

Office of The Montana State Auditor

Office Star B2B Ltd

Office The Attorney General of West Virginia

OfficeSpace Software Inc

OFFICEVIBE

OILTRADING COM PTE LIMITED

OKEx

Olympus Peak

Onchain Custodian Pte Ltd

Onchain Custodian Pte. Ltd.

Onfido

Onfido Ltd

Onfido, Inc

Oobit Technologies Pte. Ltd

OpenSea

OPTIMAL ALPHA MASTER FUND LTD

Optimizely, Inc.

Oracle Corporation UK Limited

OSL SG PTE LTD

Otter.ai

Outremont Alpha Master Fund LP

Owen Lanktree

Owl Creek

PABXL

Pack & Send

Paddle

Pagliara Entertainment Enterprises LLC

Palantir Security LTD

Panago, Constantine

Panasonic Avionics Corporation

Panera Bread

Paneva, Violina

Panorays LTD

Panorays Ltd.

Pantera

Papaya Global Hk Limited

Paradigm

Parallel Capital Management Limited

Paris Castle IV LLC

Park MGM Las Vegas

Park Plaza Hotels

Parklane Resort & Spa

Party City

Patentic

Patrner

Paul Hastings LLP

Paxful Inc.

Paxos

PayPal

Payplus By Iris

Payplus Ltd

Peas Recruitment Limited

Peninsula Business Services Limited

Pennsylvania Bureau of Securities Compliance and Examinations

Pennsylvania Department of Banking and Securities

Pepper Hamilton LLP

Perella Weinberg Partners

Pesach Zilberman

Peter Polombo

Pharos Fund

Pharos Fund BTC SP

Pharos Fund Eth SP

Pharos Fund SP

Pharos Fund SPC

Pharos USD Fund SP

Phase II Block A South Waterfront Fee LLC

Phonamenon Management Group LLC

Photo Booth Vending

Plaid Inc.

Pluralsight

Plutus21 Blockchain Opportunities Fund I

Plutus21 Blockchain Opportunities Fund I L.P

Plutus21 Blockchain Opportunities I, SP of Plutus21 Global, SPC

Plutus21 Blockchain Opportunities II SP of Plutus21 Global, SPC

Plutus21 Blockchain Yield I, S.P. of Plutus21 Global, SPC

Plutus21 Crypto Fund I LP

Point LLC

Point95 Global

Polihouse Boutique Hotel

Polygon

Polyrize Security Ltd.

Portswigger

Postman

Postmates

Power Block Coin LLC

Practising Law Institute

Praktal computers

PREH Spanish Ridge, LLC

Premier Due Diligence LLC

Premium Beat

Prescient

PRG U.S. Inc

Prime Trust

Print Hoboken LLC

Printful, Inc.

Priority Power

Pro Blockchain

Profax Super Pty Ltd

Profluent Trading Inc

Profluent Trading Inc.

Profluent Trading UK Limited

Proof Of Talent, LLC

Prosegur

Prosegur Crypto

Prosegur Custodia De Activos Digitales S.L.U.

PROTECT OPERATIONS LTD

Provenance

ProxiBit

Pryor Cashman LLP

PSE Consulting Engineers, Inc

Psj Kanaris Enterprises Ltd

PTI Office Furniture

PubliBranco

Public Access to Court Electronic Records

Pure Marketing Group

Puressence LTD

QCP Capital PTE LTD

Quality Inn

Quantstamp, Inc.

Quoine PTE. LTD.

RA Venues at Churchill War Rooms

Radkl, LLC

Rails Tech, Inc.

Randel Brown Crypto Ventures, LLC

Real Vision Group

Rebecca Sweetman Consulting Ltd

Reblonde

Reblonde Public Relations

Red Acre Ventures

Red River Digital Trading LLC

Reddit, Inc.

redk CRM Solutions LTD

Refaeli, Alon

Reflectiz Ltd.

Regus

REGUS Management Group, LLC

Reliz LTD

Relm Insurance LTD

Remarkable

Republic Vanguard Insurance Company

Residence Inn

Resources Global Professionals

Restream.io

Retool Inc

Rever Networks

Revolut Bank

RFO Conferences Organizing LLC

RH Montgomery Properties, Inc.

RHMP Properties Inc

Rhodium Enterprise

Rianova Limited

Ring Central Inc.

Ring Central Inc.

Ripple

Ripple Labs Inc.

Robinhood

Roche Freedman LLP, A Professional Corporation

Rosewood Hotel

Rothschild TLV

Roy Niederhoffer

Royal Mail

Royalton Hotel

S.P.A. DATA4U LTD

Sabana Labs S.L.

Saffron Indian Cuisine

Sam's Club

Sam's Limousine & Transportation, Inc.

SandP Solutions Inc

SAP America, Inc.

SAP National Security Services

Scalar Investments Corp.

Schoen Legal Search

ScraperAPI

Scrypt Asset Management AG

Sculptor Capital

Seamless

SEBA Bank AG

SECUREDOCS INC.

Securelogic Ltd.

Securitas Security Services USA, Inc.

Securitize

Securrency

Segment, Inc.

Selfridges

SendSafely

Sentinel Insurance Company

Sentry

Sese, LLC

SEVIO FZC

SewWhatAndWear

SFDC Ireland Limited

SG Forge

Shani solutions

Shekel Ofek

Sheraton Hotels

Sherfi Yehuda, construction

Shimrit

Shlomo Kezas

Shloofta

Shoba Pillay

Shufersal

Shutters On The Beach

Shutterstock

Siafu Capital

Silicon Valley Bank

Sills Cummis & Gross P.C.

Silvergate

Similarweb Inc.

Simon, Elie

Simplex

Sino Global Capital

SJP Properties

SJP Properties, General Construction

Sketch

Skew

Slack Technologies, Inc.

Sleeper Hill Investments LLC

Sleeping1 LLC

SlideTeam

Small Pocket Video

Smart City Networks, LP

Smartcontract Inc.

SMSF Association

Snowflake Inc.

Softsale

Soho Beach House

Solana

Solarwinds

SolidBlock Inc

Somech Hikin

SonarSource

Sontchi, Christopher S.

South Carolina Office of The Attorney General

South City Kitchen

South Dakota Division of Insurance Securities Regulation

Southgate Superannuation Pty Ltd

Southwest Airlines

Sovos Compliance

SP V1CE LTD

Spears Electric

Spectrum

Spectrum Enterprise

Speterson Rd LLC

Sponja cleaning

Sponsor United

Sports1ternship, LLC

SpotHero

Standard Restaurant Equipment Co.

Staples

Starbucks

Starstone Insurance

State of California Department of Justice Public Inquiry Unit

State of Idaho Department of Finance

State of New York Office of The Attorney General, Division of Economic Justice

State of Oklahoma Department of Securities

State of Washington Department of Employment Security

State of Washington Department of Labor & Industries

State of Washington Department of Revenue

State Street

Statusgator

Steege, Catherine L.

Stephanos Greek & Mediterranean Grill

Stonehill Capital

Stoneridge

Stot and May

Stretto

Strobilus LLC

Stuart P. Gelberg, Esq

Stuart P. Gelberg, Esq.

Stuart Tracte Photography

Studio ViDA

Sublime HQ Pty Ltd

SULLIVAN & CROMWELL LLP

Superpharm

SuperSonic Movers

Surety Solutions, a Gallagher Company

SVPGlobal

Swag.com

Swept

Swiss Digital Exchange

Swiss International Air Lines Ltd

Switchup

Swyftx Pty Ltd

SXSW LLC

Sygnum Bank

Symbolic Capital Partners

Symbolic Capital Partners Ltd

Synapse Florida

Syndic Travel

TAAPI.IO

Tableau Software, LLC

Tagomi Trading LLC

Talking Cocktails

Tall Tree Consulting LLC

Tampa Printer

Tanzin

Tanzin Capital

Tap Root, LP

Target

TaskRabbit

TaxBit, Inc

Taylor Wessing LLP

Taylor Wessing LLP

TCL PUBLISHING LIMITED

TDSD Ltd.

TDX SG Pte Ltd

Team Netcon

Teamz, Inc.

Techen

Tel Aviv city tax

Tel Aviv Municipality

Tembo Embroidery

Ten Manchester Street

Tenderly

Tennessee Department of Commerce and Insurance Financial Services Investigation Unit

Terra Panonica

Tesla

TET Events

Tether International Limited

Tether International Ltd

Texas Department of Banking

Texas State Securities Board

Tezos Foundation

The Anna Pistey Family Trust

The Benjamin

The Block Crypto

The CAEN Group LLC

The College Investor LLC

The Diplomat Resort

The Expo Group

The Female Quotient LLC

The Harris-Harris Group LLC

The Hudson Standard

The Information

The Jaffa Hotel

The Junk Masterz

The Junkluggers

The Kevin Batteh Trust

The Killian Firm, P.C.

The KNL Family Trust

The Law Offices Of T. Scott Leo PC

The Left House

The Million Roses

The MSL Family Trust

The New York Times

The Ontario Securities Commission (The OSC)

The Ritz-Carlton

The Silhouette Building

The Trade Group Inc

The Wings Hotel

The Zegans Law Group Pllc

Thimble

Third Point

THOMAS DIFIORE CHILDRENS GST INVESTMENT IRRV TR

Thomas Shannon, D.D.S., M.D.S

Thomson Reuters

Thrasyvoulou, Olga

Three Arrows Capital Ltd

Thunderclap LLC

Timeclock 365

Titan Office Furniture Ltd

T-Mobile

TN Attorney General's Office

TN Dept of Commerce and Insurance

TNW Events B.V.

Togut Segal & Segal LLP

Togut, Segal & Segal

Tokentalk Ltd

no

Toll Free Forwarding

Tomer Zusman

Toolfarm

Tower BC Ltd

Tower Research Capital

Towers Watson Limited

TradingView, Inc.

Transfero Brasil Pagamentos SA

Transparencyx LLC

Transunion

Trash Cans Warehouse

TRD Comm

Trello, Inc.

Trigon Trading Pty LTD

Tromer, Eran

Tron

Troutman Pepper Hamilton Sanders LLP

Trovata Inc

TrueFi

Trustoken Inc

Trustpilot Inc.

TubeBuddy

Turkish Airlines

Twenty84 Solutions

Twilio

Twitter

Uber

Uber Eats

Ubuntu Love Pty Ltd

Udemy

Uline

Ultimate Coin

Unbound Tech Ltd.

Unifire Extinguishers Ltd

Uniswap

United Airlines

United States Department of Justice

United States Fire Insurance Company

United States Securities and Exchange Commission

University Arms Hotel

Unstoppable Domains

UPS

Upstager Consulting, Inc.

UrbanStems

Uría Menéndez Abogados, S.L.P

USA Strong Inc

USA Strong, Inc.

UsabilityHub Pty Ltd

Usastrong.io

USI Insurance Services, LLC

USPS

V3 Digital LTD

Valere Capital

Value financial services

Van Meyer, Nol

Vanguard Cleaning Systems of Las Vegas

Varonis Systems Inc.

Vast Bank, National Association

Vault12, Inc

VCU Blockchain

Vegan Nation

Venable LLP

Vercel Inc.

Verified First, LLC

VerifyInvestors.com

Verizon Wireless

Verizon Wireless

Vermont Department of Financial Regulation

Vert & Blanc Enterprises Ltd

Vexil Capital

Vexil Capital Ltd

ViaSat

Victor Pla Bustos

Victory Park

Vincent Theodore Goetten

Virtru

Virtual Business Source Ltd

Virtually Here For You Ltd

Visa

Vivid Edge Media Group

Volta Systems Group

VoskCoin LLC

Voyager Digital Holdings, Inc.

Voyager Digital LLC

VSECNOW LTD

Walgreens

Wall Street Journal

Waller Lansden Dortch & Davis, LLP

Walmart

Warwick Hotel

Washington State Department of Financial Institutions

Washington State Division of Securities

Wave

Wayfair

WCEF, LLC

Weave Markets LP

Weil, Gotshal & Manges LLP

Weir Greenblatt Pierce LLP

West Coast Pure Water, LLC

WestCap

WestCap Celsius Co-Invest 2021, LLC

WestCap Group

WestCap Management LLC

WestCap SOF Celsius 2021 Aggregator, LP

WestCap SOF II IEQ 2021 Co-Invest, LP

Whirling Dervish Productions

White & Case LLP

Wilde Aparthotels

William D. Schroeder, Jr.

Wilson Sonsini Goodrich & Rosati

Wincent Investment Fund PCC Ltd

Wintermute - Maple

Wintermute Trading Ltd

Wintermute Trading Ltd

Wisconsin Attorney General's Office

Wisconsin Department of Financial Institutions

Wolt

Wolters Kluwer

Workland

Workspace Management Ltd

World Economic Forum

World travel

WP Engine, Inc.

Wyndham

Wynn Las Vegas

Wyre Payments Inc

Xapo Bank

Xtra Mile Ltd

Yaniv Taieb

Yehuda Sharfi

Yellowgrid

yellowHEAD LTD.

Yeshayaho Blumfeld

YHM Technologies

YHM Technology LTD

Yigal Arnon

Yohann

YouTube Premium

Zapier.com

Zendesk, Inc.

Zeplin

Zeplin Unc.

Zero Hash

ZeroCap Limited

Ziglu Limited

Zipmex Asia Pte Ltd.

Zoho

Zoom

ZoomInfo

ZoomInfo Technologies

Zubtitle

Zuraz97 Limited

Zurich Insurance Group

## Schedule 2

## Conflict Search of Potential Parties in Interest

| WTW Client | Subsidiaries and/or Affiliates of WTW Client |
|---|---|
| 4imprint | |
| Alaska Air | Alaska Air Group inc.<br>Alaska Airlines |
| AlixPartners LLP | |
| Allianz Global Assistance | Allianz Global Assistance; Allianz Global Assistance International, S.A. |
| Alvarez & Marsal | Alvarez & Marsal Asia Limited;<br>Alvarez & Marsal Deutschland GmbH;<br>Alvarez & Marsal Dispute Analyst & Forensic Services, LLC;<br>Alvarez & Marsal Disputes and Investigations LLP;<br>Alvarez & Marsal Europe LLP;<br>Alvarez & Marsal Spain SL;<br>Alvarez & Marsal Taxand UK LLP;<br>Alvarez & Marsal, Inc.;<br>Alvarez & Marsal, Transaction Advisory Group Europe LLP; |

| | |
|---|---|
| Amazon | Amazon Asia-Pacific Resources Pte Ltd.;<br>Amazon City Logistica S r.l.;<br>Amazon Corporate Services Korea LLC;<br>Amazon CS Netherlands B.V.;<br>Amazon Data Services Ireland Limited;<br>Amazon Data Services Italy S r.l.;<br>Amazon Data Services Netherlands N.V.;<br>Amazon Data Services Spain, S.L.U.;<br>Amazon Data Services Switzerland GmbH;<br>Amazon Deutschland Services GmbH;<br>Amazon Development Center (Netherlands) B.V. ;<br>Amazon Development Center Austria GmbH;<br>Amazon Development Center Italy S r.l.;<br>Amazon Development Centre India Pvt Limited;<br>Amazon Development Centre Ireland Limited;<br>Amazon Energy Eoraip Limited;<br>Amazón España (Corporate) Services, S.L.;<br>Amazon EU S.à.r.l;<br>Amazon EU SARL – Succursale Italiana;<br>Amazon EU SARL, Dutch Branch;<br>AMAZON EU SARL, succursale française;<br>Amazon EU SARL, Sucursal en España;<br>Amazon EU SARL, Sucursal en Esparia;<br>Amazon EU Sarl, UK Branch;<br>Amazon France Logistique SAS;<br>AMAZON FRANCE SERVICES SAS;<br>AMAZON FRANCE TRANSPORT SAS;<br>Amazon Fulfillment Poland sp. z o.o.;<br>Amazon Fulfillment Services, Inc.;<br>Amazon India Ltd;<br>Amazon Ireland Support Services Limited;<br>Amazon Ireland Support Services Limited - MTI;<br>Amazon Italia Customer Services S.r.l.;<br>Amazon Italia Logistica S.r.l.;<br>Amazon Italia Services S r.l.;<br>Amazon Italia Transport S r.l.;<br>Amazon Japan G.K.;<br>Amazon Japan Logistics K.K.;<br>AMAZON ONLINE FRANCE SAS;<br>Amazon Online Italy S r.l.;<br>Amazon Online Netherlands B.V. ;<br>Amazon On-line Services, S.L.U.;<br>Amazon Online Spain S.L.U.;<br>Amazon Online Spain SL;<br>AMAZON ROAD TRANSPORT SPAIN SLU;<br>Amazon Seller Services Private Limited;<br>Amazon Services Europe SARL;<br>Amazon Services of Retail of Brazil Ltd.;<br>Amazon Spain Fulfillment, S.L.U.;<br>Amazon Spain Services, S.L.;<br>Amazon Technological Services;<br>Amazon Thailand;<br>Amazon Transport Netherlands B.V.;<br>Amazon UK Services Limited;<br>Amazon Web Services (Thailand) Ltd.;<br>Amazon Web Services Argentina SRL; |

| | |
|---|---|
| | Amazon Web Services Australia Pty Ltd;<br>Amazon Web Services EMEA SARL Irish Branch;<br>Amazon Web Services EMEA SARL,<br>Luxembourg, Zweigniederlassung Zürich;<br>Amazon Web Services EMEA SARL;<br>AMAZON WEB SERVICES EMEA SARL,<br>SUCCURSALE FRANCAISE;<br>Amazon Web Services EMEA SARL, Sucursal en<br>España;<br>Amazon Web Services Hong Kong Limited;<br>Amazon Web Services Italy S r.l.;<br>Amazon Web Services Korea LLC;<br>Amazon Web Services Malaysia Sdn Bhd;<br>Amazon Web Services MENA FZ-LLC;<br>Amazon Web Services México, S. de R.L. de C.V.;<br>Amazon Web Services Netherlands B.V. ;<br>Amazon Web Services Puerto Rico LLC:<br>Amazon Web Services Turkiye;<br>Amazon Web Services, Inc.;<br>Amazon Web Services, S.L.;<br>Amazon. Com U.K., Ltd;<br>Amazon.com, Inc;<br>AMAZON.FR;<br>Amazonen-Werke H. Dreyer GmbH & Co. KG;<br>Amazônia Azul Tecnologias de Defesa;<br>Amazonia Celular S.A.;<br>Alias: Amazonia Celular SA;<br>VVB Products Limited; |
| American Airlines | American Airlines;<br>American Airlines Center;<br>American Airlines Federal Credit;<br>American Airlines Group Inc.;<br>American Airlines, Inc; |
| American Family Connect Property and Casualty Insurance Company | American Family Connect Insurance Company;<br>American Family Connect Property and Casualty<br>Insurance Company;<br>American Family Insurance;<br>American Family Insurance Group |
| Amtrak | |
| ArentFox Schiff LLP | |
| Ascential Events (Europe) Limited | Ascential Group Ltd. |
| AT&T | AT&T; ATA&T (Thailand); AT&T Asia Pacific<br>Group Ltd.; AT&T Communications Services<br>(Phillipines), Inc.; AT&T Communications<br>Services (M), Sdn. Bhd.; AT&T Communications<br>Services Argentina S.R.L.; AT&T<br>Communications Services Colombia S.A.; AT&T<br>Communications Services Taiwan Inc.; AT&T<br>Comunicaciones Digitales |
| AT&T | |
| Atlas Holdings, LLC | |
| Avaya Inc. | Avaya Ltd.; Avaya; Avaya (Philippines); Avaya<br>Argentina S.R.L.; Avaya Austria GmbH; Avaya |

| | |
|---|---|
| | Belgium sprl; Avaya Canada Corporation; Avaya Communication; Avaya Communication de Mexico S.A. de C.V.; Avaya Communications de Colombia; Avaya Deutschlad Gmbh; Avaya do Brasil Ltda.; Avaya Gmbh. & Co. KG; Avaya HK Co. Ltd.; Avaya International Sales; Avaya INternational Sales Limited-TPL; Avaya International Sales - TR; Avaya Japan; Avaya LLC; Avaya Nederland BV; Avaya Singapore Pte. Ltd.; Avaya Switzerland Gmbh.; Avaya UK Ltd.; Sierra Communication Indonesia, PT (alias, Avaya) |
| Ayalon Insurance Company | |
| B&H Foto & Electronics Corp | |
| Bain | Bain Capital; Bain Capital Asia, LLC; Bain Capital Credit, LP; Bain Capital Everest Manager Holding SCA; Bain Capital Ltd.; Bain Capital Partners, LLC; Bain Capital Private Equity (Europe), LLP; Bain Capital, LLC |
| Best Buy | Best Buy Shanghai Inc.; Best Buy Canada Ltd.; Best Buy Company, Inc.; Best Buy Europe Distributions Limited; Best Buy Turkey |
| Blacklane | blacklane; blacklane GmbH |
| BlackRock | BlackRock; BlackRock (Hong Kong) Limited; BlackRock Merrill Lynch Investment Managers; BlackRock Advisors (UK) Limited; BlackRock Asset Management Deutschland AG; BlackRock Asset Management North Asia Limited; Blackrock Clinic Limited; Blackrock International Land plc; BlackRock Investment Management (Australia) Limited; BlackRock Investment Management (Korea) Limited; BlackRock Investment Management (Taiwan) Limited; BlackRock Investment Management (UK) Limited; BlackRock Investment Management (UK) Ltd; BlackRock Investment Management (UK) Ltd.; BlackRock Investment Management Ltd; BlackRock Investments; BlackRock Japan Co., Ltd; BlackRock Life Limited; BlackRock Pensions Limited; BlackRock Services India Private Limited; BlackRock Singapore Limited; BlackRock Smaller Companies Trust; Blackrock UK 1 LP; BlackRock World Mining Trust; BlackRock, Inc.; |

| | |
|---|---|
| | Prestadora de Servicios Integral BlackRock Mexico, S.A. De C.V. |
| Blank Rome LLP | |
| BlockFI | |
| Bloomberg Industry Group | |
| BlueVoyant Israel Ltd. | BlueVoyant LLC |
| BNY Mellon | ABN AMRO Mellon GSS B.V.; Bank of New York, The; BNY Mellon; BNY Mellon; BNY Mellon Asset Management; BNY Mellon Asset Management Hong Kong Limited; BNY Mellon Asset Management Korea Limited; BNY Mellon Asset Servicing B.V.; BNY MELLON Brasil; BNY MELLON FUND MANAGEMENT (LUXEMBOURG) S.A., SUCURSAL EN ESPAÑA; BNY Mellon Investment Management EMEA Limited; BNY Mellon Investment Management Hong Kong Limited; BNY Mellon Ireland Ltd; BNY Mellon Service Kapitalanlage-Gesellschaft mbH; BNY Mellon Wealth Management; BNY Mellon Western Fund Management Co., Ltd; The Bank of New York Mellon Corporation; The Bank of New York Mellon SA/NV; The Bank of New York Mellon Shanghai Branch; |

| | |
|---|---|
| British Airways | British Airways Japan;<br>British Airways Pension Services Limited;<br>British Airways Pensions;<br>British Airways Pensions Investment;<br>British Airways Pensions;<br>British Airways Plc |
| Cadwalader Wickersham & Taft | |
| Caisse de dépôt et placement du Québec | Caisse de dépôt et placement du Québec; CDPQ Infra Inc. |
| Canva | Canva Pty Ltd; Canva Solutions Inc |
| CDW | CDW; CDW LLC |
| Chick-fil-A | |
| CMS Cameron McKenna Nabarro Olswang LLP | |
| CMS CMNO LLP | CMA Cameron McKenna; CMS Cameron McKenna LLP; CMS Cameron McKenna Nabarro; CMS Cameron McKenna Nabarro Olswang LLP; CMS Computers Limited (india); CMS DeBacker - Avocats - Advocaten; CMS Derks Star Busmann; |
| Comcast | Comcast Cable Communications Holdings, Inc.;<br>Comcast China;<br>COMCAST CMCSA INTERNATIONAL SPAIN, S.L.;<br>Comcast Corporation;<br>Comcast India Engineering Center I LLP;<br>Comcast International Germany GmbH;<br>Comcast International Italy S r.l;<br>Comcast International Netherlands B.V.;<br>Comcast NBCU (Business News);<br>Comcast Pension;<br>Comcast Spectacor;<br>NBCU/Comcast; |
| Comcast | |
| ConsenSys Software Inc. | |
| Copper | Copper Technologies (UK) Ltd |
| Costco | Costco Canada;<br>COSTCO DE MEXICO, S.A. DE C.V.;<br>Costco Wholesale Corporation;<br>Costco Wholesale Korea, Ltd.;<br>Costco Wholesale Spain, S.L.U.;<br>Costco Wholesale Taiwan; |

| | |
|---|---|
| CVS pharmacy | Centrum voor verzekeringsstatistiek;<br>CVS Caremark;<br>CVS Health Corporation;<br>CVSC-TNS RESEARCH;<br>Drogaria Onofre Ltda |
| Dell | Dell;<br>Dell (China) Co., Ltd.;<br>Dell (Middle East);<br>Dell AG Richards;<br>Dell América Latina Corp.;<br>DELL ASIA PACIFIC;<br>Dell Asia Pacific Sdn Bhd;<br>Dell Asia Pte Ltd;<br>Dell B.V. Taiwan Branch;<br>Dell Bank International Limited;<br>Dell BV;<br>Dell Canada Inc.;<br>Dell Computadores do Brasil Ltda;<br>Dell Computadores Do Brasil Ltda.;<br>Dell Computer Asia Ltd;<br>Dell Computer de Chile Limitada;<br>Dell Computer Ltd;<br>DELL COMPUTER S.A.;<br>Dell Computer s.a./n.v.;<br>Dell Computer Services de México, S.A. de C.V.;<br>Dell Computers;<br>Dell Corporation (Thailand) Company Limited;<br>Dell Corporation Ltd;<br>Dell Corporation Ltd;<br>Dell EMC México Servicios;<br>Dell Global B.V. Singapore Branch;<br>Dell Global Business Center Sdn Bhd;<br>Dell Global Business Centre Sdn Bhd;<br>Dell GmbH;<br>Dell GmbH;<br>Dell Inc.;<br>Dell India Private Limited;<br>Dell India Private Ltd;<br>DELL Indonesia, PT;<br>Dell International Inc.;<br>Dell International Services Philippines, Inc.;<br>Dell International Services Private Limited;<br>DELL Italia S.p.A.;<br>Dell Japan Inc.;<br>Dell Latin America & The Caribbean;<br>Dell México, S.A. de C.V.;<br>Dell Products Europe B.V;<br>Dell Software Korea Ltd.;<br>Dell Taiwan B.V., Taiwan Branch;<br>Dell Technologies Inc.;<br>Dell USA L.P. |
| Delta Airlines | Delta Airlines, Hong Kong; Delta Airlines, Inc.;<br>Delta Airlines |

| | |
|---|---|
| DHL | DHL (Excel Supply Chain);<br>DHL Asia Pacific Information Services Sdn Bhd;<br>DHL Aviation Italy Srl;<br>DHL Aviation NV;<br>DHL Ceska Republika;<br>DHL Consulting GmbH;<br>DHL Corporate Services SC México, SA de CV;<br>DHL Danzas Air & Ocean (Philippines), Inc.;<br>DHL Danzas Lemuir Pvt. Ltd;<br>DHL eCommerce (India) LLP;<br>DHL Ekspres (Slovenija) doo;<br>DHL Employee Benefit Fund OFP;<br>DHL Estonia AS;<br>DHL Excel Supply Chain (Korea) Ltd.;<br>DHL Exel Supply Chain;<br>DHL Exel Supply Chain;<br>DHL Exel Supply Chain (Argentina) S.A.;<br>DHL EXEL SUPPLY CHAIN (SPAIN) S.L.;<br>DHL Exel Supply Chain (Taiwan) Co., Ltd;<br>DHL EXEL SUPPLY CHAIN INDONESIA, PT;<br>DHL Exel Supply Chain Phil., Inc.;<br>DHL Express;<br>DHL EXPRESS (ARGENTINA) S.A.;<br>DHL Express (Austria) GmbH;<br>DHL Express (Canada) Ltd.;<br>DHL Express (Hong Kong) Limited;<br>DHL Express (India) Pvt. Ltd.;<br>DHL Express (Italia) s.r.l.;<br>DHL Express (Luxembourg) SA;<br>DHL Express (Malaysia) Sdn Bhd;<br>DHL Express (S) Pte Ltd;<br>DHL Express (Schweiz) AG<br>Alias: DHL Express (Suisse) SA;<br>DHL Express (Sweden) AB;<br>DHL Express (UK) Limited;<br>DHL Express (UK) Limited TR;<br>DHL Express (USA) Inc.;<br>DHL Express Australia Pty Ltd;<br>DHL Express Bulgaria EOOD;<br>DHL EXPRESS CHILE LTDA.;<br>DHL Express Global Head Office;<br>DHL Express International (Thailand) Limited;<br>DHL Express Korea;<br>DHL Express Macedonia D.O.O.E.L.;<br>DHL EXPRESS MEXICO, S.A. DE C.V.;<br>DHL Express Servisco Sp. z.o.o.;<br>DHL Freight;<br>DHL Freight (Belgium) NV;<br>DHL Freight (Sweden) AB;<br>DHL Freight GmbH;<br>DHL Global Forwarding;<br>DHL Global Forwarding (Argentina) S.A.;<br>DHL Global Forwarding (Belgium) NV;<br>DHL Global Forwarding (Canada) Inc.;<br>DHL Global Forwarding (Exel);<br>DHL Global Forwarding (HK) Ltd; |

DHL Global Forwarding (México) S.A. de C.V.;
DHL Global Forwarding (Phils.), Inc.;
DHL Global Forwarding (Singapore) Pte. Ltd -
Taiwan Branch;
DHL Global Forwarding (Sweden) AB;
DHL Global Forwarding (Thailand) Limited;
DHL Global Forwarding (Vietnam) Corporation;
Dhl Global Forwarding Co Wll;
DHL GLOBAL FORWARDING FRANCE SAS;
DHL Global Forwarding GmbH;
DHL Global Forwarding Italy S.p.A.;
DHL Global Forwarding Japan K.K.;
DHL Global Forwarding Malaysia Sdn Bhd;
DHL Global Forwarding Spain, S.L.U.;
DHL Global Forwarding, Freight;
DHL Global logistics Services;
Dhl Global Mail;
DHL Global Management GmbH;
DHL Global Management GmbH;
DHL Information Services (Europe) s.r.o.;
DHL International (Albania) Ltd;
DHL International (Ireland) Limited;
DHL International (S) Pte Ltd;
DHL International (Thailand) Ltd.;
DHL International (UK) Limited;
DHL International B.s.c.;
DHL International GmbH;
DHL International Limited;
DHL International SARL;
DHL Italy;
DHL Japan, Inc.;
DHL Korea Ltd;
DHL LOGISTICS;
DHL Logistics (Brasil) Ltda;
DHL Logistics (UK) Limited;
DHL Logistics S.p.A.;
DHL Management (Schweiz) AG;
DHL Metropolitan Logistics SC México, S.A. de
C.V.;
DHL Nordic AB;
DHL Operations B.V. Jordan Ltd;
DHL Parcel (Belgium) NV;
DHL Parcel (Speedpack) nv;
Van Hooren, Andre - EMEA;
DHL REGIONAL LOGISTICS SC MÉXICO,
S.A. DE C.V.;
DHL Regional Office;
DHL Solutions Fashion GmbH;
DHL Solutions France SAS;
DHL SUPPLY CHAIN;
Dhl Supply Chain - Exel Saudi Arabia;
DHL Supply Chain (Belgium) N.V.;
Van Hooren, Andre - EMEA;
DHL Supply Chain (Malaysia) Sdn Bhd;
DHL Supply Chain (South Africa) (Pty) Ltd;
DHL Supply Chain (Sweden) AB;

| | |
|---|---|
| | DHL Supply Chain Automotive México, S.A. de C.V.;<br>DHL Supply Chain Chile S.A.;<br>DHL Supply Chain Italy S.p.A.<br>DHL Supply Chain Limited;<br>DHL Supply Chain Ltd.;<br>DHL Supply Chain Management GmbH;<br>DHL Supply Chain Singapore Pte Ltd;<br>DHL Taiwan Corp.;<br>DHL Turkey;<br>DHL UK;<br>DHL UK TR;<br>DHL Uruguay;<br>DHL Vertriebs GmbH;<br>DHL VNPT Express Ltd;<br>DHL WORLDWIDE EXPRESS;<br>DHL Worldwide Express (Bangladesh) Private Limited;<br>DHL Worldwide Express (Phils.) Corporation;<br>DHL Worldwide Express Brasil Ltda.;<br>DHL Worldwide Express GmbH;<br>DHL Worldwide Network NV/SA;<br>DHL-Sinotrans International Air Courier Ltd.;<br>DPWN Holdings (USA), Inc.;<br>Eurodifarm S r.l.;<br>Exel - Logistics (Portugal) - Serv. de Logistica, Lda.;<br>MITRadiopharma S r.l.;<br>MITSafetrans S r.l.;<br>ZAO DHL International (Express) |
| DoorDash, Inc. | |
| Dow Jones & Company, Inc. | |

| | |
|---|---|
| DSV | DFDS Transport Indonesia, PT;<br>DSV;<br>DSV;<br>DSV Air & Sea;<br>DSV AIR & SEA S.A. DE C.V.;<br>DSV AIR & SEA BRASIL LTDA;<br>DSV Air & Sea Co., Ltd.;<br>DSV Air & Sea GmbH;<br>DSV Air & Sea Inc.;<br>DSV Air & Sea Nederland B.V.;<br>DSV air & Sea Pty Ltd;<br>DSV Air & Sea S.A;<br>DSV Air and Sea Ltd;<br>DSV Consulting Engineers (Pty) Ltd;<br>DSV Hava & Deniz Taş. A.Ş.;<br>DSV International Shared Services Inc.;<br>DSV International Shared Services Sp. z o.o.;<br>DSV Ireland;<br>DSV Lead Logistics B.V.;<br>DSV Logistics Sa;<br>DSV Multi-Channel Fulfilment B.V.;<br>DSV Panalpina A/S;<br>DSV Panalpina Global Transport Company;<br>DSV Road B.V.;<br>DSV Road GmbH;<br>DSV Road Holding N.V.;<br>DSV Road Limited;<br>DSV ROAD SPAIN, S.A.U.;<br>DSV Shared services (Pty) Ltd;<br>DSV SOLUTIONS S.A. DE C.V.;<br>DSV Solutions (Dordrecht) B.V.;<br>DSV Solutions (Moerdijk) B.V.;<br>DSV SOLUTIONS CO., LTD.;<br>DSV Solutions Co., Ltd.;<br>DSV Solutions Nederland B.V.;<br>DSV SSC Manila (ROHQ);<br>DSV UK Group;<br>DSV, SGPS, Lda |
| Duane Morris LLP | Duane Morris LLP; Duane Morris & Selvam, LLP |
| eBay | Ebay<br>eBay GmbH;<br>eBay inc;<br>eBay Italia s.r.l;<br>eBay Singapore Services |
| Enigma Securities Limited | Enigma MPC Inc. |
| ENSafrica | ENSafrica; Edward Nathan Sonnenbergs Incorporated |
| Eversheds Sutherland | Eversheds Sutherland; Eversheds Sutherland (US) LLP |

| | |
|---|---|
| Expedia | Expedia;<br>Expedia Argentina S.R.L.;<br>Expedia Australia Pty Ltd;<br>Expedia Canada Corp.;<br>Expedia do Brasil Agência de Viagens e Turismo Ltda.;<br>Expedia Group, Inc.;<br>Expedia Lodging Partner Services Sàrl;<br>Expedia Online Travel Services India Private Limited;<br>Expedia Singapore;<br>Expedia.nl B.V.; |
| EY | Ernst & Young<br>Ernst & Young Auditores Independentes<br>Ernst & Young Chile Auditores y Consultores<br>Ernst & Young Global Limited (Taiwan)<br>Ernst & Young Han Young<br>Ernst & Young LLP<br>Ernst and Young Audit Ltd<br>EY<br>EY - Ernst & Young Assessoria Empresarial Ltda.<br>EY Advisory S.p.A<br>EY Bahrain<br>EY Consulting LLC<br>EY GDS<br>EY GDS CS ARGENTINA S.R.L<br>EY Global Delivery Network<br>EY Global Services (Poland) Sp. z o. o.<br>EY GLOBAL SERVICES BUENOS AIRES S.R.L.<br>EY Innovalue Management Advisors GmbH<br>EY Office Limited<br>EY Services France<br>EY Servicios Profesionales de Auditoria y Asesorias Spa |
| Facebook (Meta) | Meta Platforms Ireland Limited<br>Meta Platforms, Inc.<br>Facebook Singapore Pte. Ltd. |

| | |
|---|---|
| FedEx | FDX Corporation<br>Federal Express (S) Pte Ltd<br>Federal Express (UK) Pension Plan<br>Federal Express Europe Inc.<br>FedEx<br>Fedex Brasil Logística e Transporte Ltda.<br>FedEx Corporation<br>FedEx Express<br>Fedex Express (China) Co., Ltd.<br>FEDEX EXPRESS AGENCIA EN CHILE<br>FedEx Express Canada<br>FEDEX EXPRESS INTEGRADORA DE CAPITAL HUMANO S DE R.L. DE C.V.<br>Fedex Express Italy S r.l.<br>Fedex Express Latin America-Caribbean (LAC) Headquarters<br>FedEx Express Netherlands B.V.<br>FedEx Freight Corporation<br>Fedex Ground Package System, Inc.<br>FEDEX INDIA PVT. LTD.<br>FedEx International Freight Forwarding Agency Services (Shanghai) Company Limited<br>Fedex Kinko's Japan Co., Ltd.<br>FedEx Office<br>FedEx Services<br>FedEx Supply chain<br>Fedex Thailand<br>Fedex Trade Networks;<br>Fedex Trade Networks Transport & Brokerage (UK) Limited;<br>Fedex Trade Networks, Inc;<br>FedEx UK Limited;<br>FedEx Vietnam |
| Fidelity | Fidelity Investments;<br>Fidelity Investments (FMR);<br>Fidelity Investments Asset Management (Korea) Ltd.;<br>Fidelity Investments International;<br>Fidelity Investments Ireland;<br>Fidelity Investments Life Insurance Co.;<br>Fidelity Management & Research (HK) Ltd;<br>Fidelity Management & Research (Japan) Inc.;<br>Fidelity Management & Research (UK) Inc;<br>Fidelity Management & Research Company;<br>Fidelity Management Trust Company; |
| Financial Conduct Authority | Financial Conduct Authority; Financial Conduct Authority TR; FCA; FCA Pension Plan |
| Financial Times | Financial Times;<br>Financial Times Electronic Publishing Phils., Inc.;<br>Financial Times Newspaper;<br>The Financial Times (Europe) GmbH |

| | |
|---|---|
| FIS | Fidelity Information Services GmbH;<br>Fidelity National Information Services;<br>Fidelity National Information Services, Inc.;<br>FIS Flug- und Industriesicherheit Service- und Beratungs-GmbH;<br>FIS Global;<br>FIS Global Solutions |
| Gecko Technology Partners | |
| Glovo | GlovoApp 23 SL;<br>GlovoApp23, S.A.; |
| Google LLC | Google<br>Google Argentina S.R.L.;<br>Google Asia Pacific Pte. Ltd.;<br>Google Canada;<br>Google Fiber Inc.;<br>Google Germany GmbH;<br>Google Inc;<br>Google India Pvt. Limited<br>Google Ireland Limited     Google Italy;<br>Google Korea LLC.;<br>Google Malaysia;<br>Google Philippines;<br>Google Singapore Pte Ltd;<br>Google South Africa (PTY) Ltd;<br>Google Switzerland GmbH;<br>Google UK |
| Hertz | Autorentas del Pacifico, Hertz;<br>Hertz;<br>Hertz Australia Pty Ltd;<br>Hertz Claim Management Corporation;<br>Hertz de España, S.L.;<br>Hertz Equipement France;<br>Hertz Europe Ltd;<br>Hertz France;<br>Hertz Global Holdings, Inc.;<br>Hertz GmbH;<br>Hertz International Franchisee;<br>Hertz International Reinsurance Limited;<br>Hertz Italiana S.p.A. |

| | |
|---|---|
| Hilton | Conrad N. Hilton Foundation;<br>HILTON ENTERNASYONAL OTELCILIK AS;<br>HILTON FINANCE (UK) LIMITED;<br>Hilton Foods Australia Pty Ltd;<br>Hilton Grand Vacations Company, LLC;<br>Hilton Hotel Management (Shanghai) Co., Ltd.;<br>Hilton International (Germany) GmbH;<br>Hilton International Asia Pacific Pte Ltd;<br>HILTON INTERNATIONAL DUBAI;<br>HILTON INTERNATIONAL EGYPT;<br>Hilton Italiana s r.l.;<br>Hilton Meats Zaandam;<br>Hilton Metal Forging Ltd;<br>Hilton Mumbai International Airport hotel;<br>Hilton Worldwide Holdings Inc.;<br>Hilton Worldwide Limited;<br>Park Hotels & Resorts Inc.;<br>SOUTH CONVENTION CENTER S.A. |
| Holland & Knight LLP | |
| Home Depot | ASOCIADOS HOME DEPOT, S.A.<br>Home Depot Asia Sourcing;<br>Home Depot Canada Inc;<br>HOME DEPOT MEXICO S DE RL DE CV;<br>The Home Depot, Inc. |
| Hugh McCullough of Davis Wright Tremaine LLP | Davis Wright Tremaine LLP |
| Hyatt Hotels | Hyatt; Hyat Hotel & Casino Manila; Hyatt Hotels Corporation; Hyatt Hotels in Dubai/Human; Hyatt International - Asis Pacific Limited; Hyatt International EMEA LLC; Hyatt International Hotel Management (Beijing) Co. Limited; Hyatt International Soutwest Asis; Hyatt on the Bund; Hyatt Regency; Hyatt Regency London - The Churchill TR; Hyatt Regency Montreal - Centre-Ville; Park Hyatt Hotel; VI; |
| Idemia | Idemia;<br>IDEMIA IDENTITY & SECURITY CHILE;<br>Idemia Identity and Security Sucursal Colombia;<br>Idemia México, S.A. de C.V.;<br>MORPHO DE ARGENTINA S.A;<br>OBERTHUR TECHNOLOGIES OF PERU S.A.; |
| INSPERITY | Insperity; Administaff, Inc. |

| | |
|---|---|
| Intercontinental Hotel | Hotel Intercontinental;<br>InterContinental Hong Kong;<br>INTERCONTINENTAL HOTEL;<br>Intercontinental Hotel Group;<br>InterContinental Hotels;<br>InterContinental Hotels Group - Crowne Plaza - Jeddah;<br>InterContinental Hotels Group (Asia Pacific) Pte Ltd;<br>InterContinental Hotels Group (Shanghai) LTD.;<br>InterContinental Hotels Group Greater China;<br>InterContinental Hotels Group plc;<br>InterContinental Hotels Group Services Co;<br>Intercontinental Hotels Managementgesellschaft mbH;<br>InterContinental Le Vendome Beirut;<br>Intercontinental Medical Statistics;<br>InterContinental Phoenicia - Beirut |
| Intertrust | Intertrust;<br>Intertrust (Denmark) AS;<br>Intertrust (Finland) Oy;<br>Intertrust (Hong Kong) Limited;<br>Intertrust (Norway) AS;<br>Intertrust (Singapore) Ltd.;<br>Intertrust (Suisse) SA;<br>Intertrust (Sweden) AB;<br>Intertrust Curaçao;<br>Intertrust Group;<br>Intertrust Group B.V.;<br>Intertrust Ireland;<br>Intertrust Ireland-PLTS;<br>Intertrust N.V.;<br>INTERTRUSTVITEOS CORPORATE AND FUND SERVICES PRIVATE LIMITED |
| Intuit - Quickbooks | Intuit Brasil Serviços de Informatica Ltda;<br>Intuit Canada Limited;<br>Intuit Inc.;<br>Intuit limited;<br>Intuit Technology Services Private Limited |
| Jackson Lewis P.C. | |
| Jackson Lewis P.C. | |
| Jenner & Block LLP | |
| JetBlue | JetBlue Airways Corporation; JetBlue Airlines |
| Jones Day | Jones Day; Jones Day Reavis & Pogue |

| | |
|---|---|
| JP Morgan | J.P. Morgan Securities (Asia Pacific) Limited J.P. Morgan Securities plc; JP Morgan Chase Bank, N.A., Shanghai Branch; JP Morgan Funds (Asia) Limited; JP MORGAN SERVICIOS AUXILIARES; JPMorgan American IT; JPMorgan Asset Management (Europe) S.à r.l., Austrian Branch; JPMorgan Asset Management (Europe) S.à.r.l., Frankfurt Branch; JPMorgan Asset Management (Singapore) Limited; JPMorgan Asset Management (Taiwan) Limited; JPMORGAN ASSET MANAGEMENT (UK) LIMITED; JPMorgan Chase; JPMorgan Chase & Co; JPMorgan Chase Bank; JPMorgan Chase Bank (China) Co. Ltd., Shanghai Branch; JPMorgan Chase Bank NA; JPMorgan Chase Bank NA TR; JPMorgan Chase Bank, N.A; JPMorgan Chase Bank, N.A., Tokyo Branch; JPMorgan Chase Delaware; JPMorgan Chase N.A. - Philippine Global Services Center; JPMorgan Chase S.A.; JPMorgan Emerging Markets Investment Trust Plc; JPMorgan Fleming Asset Management (Schweiz) AG; JPMorgan Indian Inv Trust plc; JPMorgan Japanese Inv. Trust Plc; JPMorgan Life Limited; JPMorgan Securities Japan Co., Ltd.; JPMorgan Securities, Inc.; JPMorgan Sevicios, SA de CV |
| JPMorganChase | |
| KCA Holdings, LP | KCA Co. Ltd.; KCA Deutag Drilling Canada Ltd.; KCA Deutag Drilling Gmbh; Deutag; KCA Deutag Gulf Drilling Limited Company; KCA Deutag Limited |
| Kirkland & Ellis LLP | Kirkland & Ellis LLP; Kirkland & Ellis International LLP |
| Kohl's | Kohl's; Kohl's Corporation |

| | |
|---|---|
| Korn Ferry | HAY GROUP, PT.;<br>Hay Group, S.A.;<br>Korn Ferry;<br>Korn Ferry - Global Services and Solutions;<br>Korn Ferry - Hay Group- Portugal;<br>Korn Ferry (DE) GmbH;<br>Korn Ferry (NL) B.V.;<br>Korn Ferry (Schweiz) GmbH;<br>Korn Ferry (UK) Limited;<br>Korn Ferry Advisory (NL) B.V.;<br>Korn Ferry España, S.L.U.;<br>Korn Ferry Futurestep;<br>Korn Ferry Futurestep (Philippines), Inc;<br>Korn Ferry Hay Group;<br>Korn Ferry Hong Kong;<br>Korn Ferry International;<br>Korn Ferry International (Canada);<br>Korn Ferry International (Taiwan) Co., Ltd. (Inactive);<br>Korn Ferry International GmbH;<br>Korn Ferry International Limited;<br>Korn Ferry International S A;<br>Korn Ferry Ireland;<br>Korn Ferry Japan Co., Ltd.;<br>korn ferry México, S.C.;<br>Korn/Ferry International; |
| Krispy Kreme | Krispy Kreme Australia Pty Limited;<br>Krispy Kreme Doughnuts, Inc.;<br>Krispy Kreme Lotte Shanghai Co., Ltd.;<br>Krispy Kreme México S. De R.L. De C.V.;<br>Krispy Kreme Philippines;<br>Krispy Kreme UK Ltd; |
| Lancium | Lancium; Lancium, Inc.; Lancium HK Ltd. |
| Latham | Latham & Watkins LLP |
| Latham & Watkins LLP | |
| Ledger Investing | Ledger Investing Inc. |
| Linkedin | Linkedin Corporation;<br>LinkedIn Europe Ltd;<br>LINKEDIN FRANCE SAS;<br>LinkedIn Hong Kong;<br>LinkedIn Ireland Unlimited Company;<br>LinkedIn Middle East FZ - LLC;<br>LinkedIn Representações do Brasil Ltda; |
| LinkedIn Corporation | |
| LinkedIn Ireland Unlimited Company | LinkedIn Ireland Unlimited Company |
| Lisa T. Vickers | |
| Lloyds of London | Lloyds of London; Corporation of Lloyd's |

| | |
|---|---|
| Logitech | Logitech (Singapore) Pte Ltd;<br>Logitech Electronic ( India ) Private Ltd.;<br>LOGITECH EUROPA SA, TURKEYLIASON OFFICE;<br>Logitech Europe S.A.;<br>Logitech Far East Ltd.;<br>Logitech Hong Kong Limited;<br>Logitech Inc.;<br>Logitech International SA;<br>Logitech Ireland Services;<br>Logitech Ireland Services Limited;<br>Logitech Schweiz AG; |
| LSEG | London Stock Exchange Group plc;<br>LSEG Business Services Limited;<br>LSEG Pension Trustees Limited |
| Lumen Tech | CenturyLink Telecomunicaciones, S.A.;<br>Cirion Technologies;<br>Lumen Technologies |
| Mandarin Oriental Hotel | Kaman Aerospace International Corporation;<br>MANDARIN ORIENTAL;<br>Mandarin Oriental Hong Kong;<br>Mandarin Oriental Hotel Group;<br>Mandarin Oriental Hotel Group Limited;<br>MANDARIN ORIENTAL JAKARTA, DP;<br>Mandarin Oriental Macau;<br>Mandarin Oriental Management (USA) Inc.;<br>Mandarin Oriental Manila;<br>Mandarin Oriental Tokyo;<br>Mandarin Oriental, Kuala Lumpur;<br>PT. MO MANAGEMENT INDONESIA; |
| Markel Insurance | Markel (UK) Limited;<br>Ball, Matthew;<br>Markel Assurance;<br>Markel Australia Pty Ltd;<br>Markel Corporation;<br>Markel Europe PLC;<br>Markel Global Reinsurance;<br>Markel Insurance Co;<br>Markel Insurance Company of Canada;<br>Markel Insurance SE;<br>Markel International;<br>Markel International Insurance Co Ltd;<br>Markel International Insurance Company Ltd.;<br>Markel International Ireland-PLTS;<br>Markel International Singapore;<br>Markel Resseguradora do Brasil S/A;<br>Markel Services Incorporated;<br>Markel Shand, Inc;<br>Markel Syndicate Management Ltd;;<br>Markel Underwriting Managers, Inc.; |

| | |
|---|---|
| Marriott Hotels & Resorts | Marriott;<br>Marriott Château Champlain;<br>Marriott Executive Apartments;<br>Marriott Hanbury Manor Hotel and Country Club;<br>Marriott Hotel Holding GmbH;<br>Marriott Hotel Manila;<br>Marriott Hotel München Airport;<br>Marriott Hotels;<br>Marriott Hotels International Limited;<br>Marriott Hotels International Limited Oficina de Representacion En Espana<br>Marriott Hotels of Canada Ltd.;<br>Marriott International;<br>Marriott International Inc;<br>Marriott Vacation Club International;<br>Marriott Vacations Worldwide Corporation;<br>Sage Hospitality; |
| Marsh | Marsh & McLennan;<br>Marsh & McLennan Agency LLC;<br>Marsh & McLennan Companies<br>Marsh & McLennan Companies, Inc.;<br>Marsh & McLennan Securities Corporation;<br>Marsh & Mclennan Servicios S.A. De C.V.;<br>MARSH &McLENNAN;<br>Marsh (Beijing) Insurance Brokers Co. Ltd.;<br>Marsh (Hong Kong) Limited;<br>Marsh AG;<br>Marsh B.V.;<br>Marsh Brockman y Schuh, Agente de Seguros y de Fianzas, S.A. de C.V;<br>Marsh Brokers Limited;<br>Marsh Canada Limited;<br>Marsh Captive Solutions (Dublin) Limited;<br>Marsh Corretora de Seguros Ltda.;<br>Marsh Enterprises;<br>Marsh Executive Benefits;<br>Marsh Global Holdings Limited;<br>Marsh Global Holdings Limited;<br>Marsh Holdings B.V.;<br>Marsh India Insurance Brokers Pvt Ltd;<br>MARSH INDONESIA, PT;<br>Marsh Insurance Brokers;<br>Marsh Insurance Brokers & Risk Advisory;<br>Marsh Insurance Brokers (M) Sdn Bhd;<br>Marsh Ireland Ltd Desrochers, Simon;<br>Marsh Japan, Inc.;<br>Marsh Limited;<br>Marsh Management Service Singapore Pte Ltd;<br>Marsh Management Services;<br>Marsh Management Services (Barbados), Ltd.;<br>Marsh Management Services (Bermuda) Ltd Alias: Marsh Captive Solutions;<br>Marsh Management Services (Cayman) Ltd;<br>Marsh Management Services (Dubai) Limited; |

| | |
|---|---|
| | Marsh Management Services (Dublin) Ltd; Marsh Management Services Guernsey Ltd; Marsh Management Services Inc.; Marsh Management Services Malta Limited; Marsh Middle East; Marsh Philippines, Inc.; Marsh Plant Holdings Limited; Marsh Risk & Insurance Services; Marsh SA; MARSH SAS; Marsh Saudi Arabia Insurance & Reinsurance Brokers; Marsh Services Ltd per Guy Carpenter; Marsh Sigorta ve Reasurans Brokerligi A.S; Marsh Singapore; Marsh US Consumer/Seabury & Smith, Inc; Marsh USA Inc.; Marsh Vietnam Company Limited |
| Marsh USA | |
| Mastercard | MasterCard; Mastercard (Latin America/Caribbean); Mastercard Asia/Pacific Pte Ltd; Mastercard Brasil S/C Ltda.; Mastercard China; Mastercard Europe SA; Mastercard Europe SA – Representative Office Germany; MasterCard Europe sprl; Mastercard Europe SA (Representative Office Portugal); Mastercard France; MasterCard Inc.; MasterCard International Incorporated; MasterCard International Japan Inc.; MasterCard International, Inc.; Mastercard Ireland Ltd; MasterCard Latin America & Caribbean Region; MASTERCARD PAYMENT TRANSACTION SERVICES S A; MasterCard UK Inc; Mastercard UK Management Services Ltd; MasterCard Worldwide; MasterCard Worldwide Limited; |
| Mazars LLP | |
| Michaels | The Michaels Companies, Inc. |

| | |
|---|---|
| Microsoft | Corporación Microsoft Del Ecuador S.A.; MICROSOFT; Microsoft - Dubai; Microsoft (China) Co Ltd; Microsoft (Malaysia) Sdn Bhd; Microsoft (Thailand) Limited.; MICROSOFT 7724 SPAIN SL; Microsoft Arabia; Microsoft Asia Pacific Regional Office; Microsoft Australia; Microsoft B.V.; Microsoft Business Solutions; Microsoft Business Solutions b.v.b.a.; Microsoft Business Solutions Navision PC & C Vertriebs GmbH:  Microsoft Caribbean, Inc.; Microsoft Colombia; Microsoft Corporation; Microsoft Corporation India Pvt. Ltd; Microsoft Costa Rica; Microsoft de Argentina S.A; Microsoft Deutschland GmbH; Microsoft Egypt; MICROSOFT EMEA; Microsoft France; Microsoft Great Plains Business Solutions; Microsoft Gulf; Microsoft Gulf FZ LLC; Microsoft Hong Kong Limited; Microsoft Ibérica, S.R.L.; Microsoft India; MICROSOFT INDONESIA, PT; Microsoft Informática Ltda.; Microsoft International Holdings Spain S R L; Microsoft Japan Co., Ltd.; Microsoft Korea, Inc.; Microsoft Latin American Division; Microsoft Licensing, GP; Microsoft Limited; Microsoft Ltd; Microsoft México, S de R.L de C.V.; Microsoft Mobile Servicios, S.A. de C.V.; Microsoft Operations Pte Ltd (Asia Pacific Operations Center); Microsoft Operations Puerto Rico, LLC; Microsoft Österreich GmbH; Microsoft Philippines, Inc.; Microsoft Portugal; Microsoft S r.l.; Microsoft s.r.o.; Microsoft Schweiz GmbH; Microsoft Singapore Pte Ltd; Microsoft Taiwan Corporation; Microsoft Turkey; Microsoft Venezuela S.A.; Microsoft Vietnam LLC |
| Microsoft Azure | |

| | |
|---|---|
| Migdal Insurance Company | Migdal Insurance Company; Corporation Insurance Ligda's |
| Morgan Stanley | Morgan Stanley;<br>Dean Witter;<br>Morgan Stanley & Co International PLC;<br>Morgan Stanley & Co. International plc;<br>Morgan Stanley & Co. International plc, London, Zurich Branch;<br>Morgan Stanley & Co. Int'l plc Seoul Branch;<br>Morgan Stanley (España), S.A.;<br>Morgan Stanley (Global);<br>MORGAN STANLEY (SWITZERLAND) GmbH;<br>Morgan Stanley (UK) Group;<br>Morgan Stanley Advantage Services;<br>Morgan Stanley Asia Limited;<br>Morgan Stanley Asset & Investment Trust Management Co., Ltd;<br>Morgan Stanley Australia Limited;<br>Morgan Stanley Bank AG;<br>Morgan Stanley Bank International Limited;<br>Morgan Stanley Capital Partners V Funding LP;<br>Morgan Stanley Dean Witter;<br>Morgan Stanley Dean Witter Asia (Singapore) Pte Ltd;<br>Morgan Stanley Dean Witter Asia Ltd;<br>Morgan Stanley Dean Witter Do Brasil;<br>Morgan Stanley Huaxin Fund Management Ltd.;<br>Morgan Stanley Huaxin Securities Co., Ltd.;<br>Morgan Stanley Information Technology (Shanghai) Limited;<br>Morgan Stanley International Bank (China) Limited;<br>Morgan Stanley International Insurance Ltd;<br>Morgan Stanley Investment Management;<br>Morgan Stanley Investment Management;<br>Morgan Stanley Investment Management;<br>Morgan Stanley Investment Management Alias: Morgan Stanley;<br>Morgan Stanley Investment Management Ltd.;<br>Morgan Stanley Japan Group Co., Ltd.;<br>Morgan Stanley Management Service (Shanghai ) Limited;<br>Morgan Stanley México, Casa de Bolsa S.A. de C.V;<br>Morgan Stanley MUFG Securities Co., Ltd.;<br>Morgan Stanley Private Equity;<br>Morgan Stanley Private Equity Asia Limited;<br>Morgan Stanley Real Estate;<br>Morgan Stanley Russia;<br>Morgan Stanley Securities Pvt. Ltd.;<br>Morgan Stanley Taiwan Limited;<br>Morgan Stanley UK Ltd;<br>MSCI<br>Morgan Stanley Capital Investments<br>MSCI Barra (Suisse) Sàrl; |

| | |
|---|---|
| Nasdaq | Nasdaq Dubai;<br>NASDAQ Holding AB;<br>NASDAQ Inc.;<br>NASDAQ Omx Australia Holding Pty Ltd;<br>NASDAQ OMX GROUP INC.;<br>Nasdaq OMX PHLX;<br>NASDAQ OMX Stockholm AB;<br>Nasdaq Pty Ltd;<br>Nasdaq Vilnius Services UAB |
| NBC Universal | NBCUniversal<br>NBCUniversal Entertainment Japan LLC;<br>NBCUniversal International;<br>NBCUniversal International Ltd;<br>NBCUniversal International Television Distribution Germany GmbH;<br>NBCUniversal Media Distribution Services Private Limited;<br>NBCUniversal Telemundo Enterprises;<br>Universal Pictures International Germany GmbH; |
| Nordstrom | Nordstrom; Nordstrom, Inc.; Nordstrom HK Ltd. |
| Northern Trust | Northern Trust;<br>Northern Trust Services, Inc.;<br>Northern Trust - TR;<br>Northern Trust (Ireland) Limited;<br>Northern Trust Asset Management;<br>Northern Trust Company;<br>Northern Trust Company of Hong Kong Ltd., The;<br>Northern Trust Company Singapore Branch;<br>Northern Trust Corporation;<br>Northern Trust Corporation Ltd;<br>Northern Trust Global Investments;<br>Northern Trust Global Investments Japan, K.K.;<br>Northern Trust Global Services Limited;<br>Northern Trust Global Services SE;<br>Northern Trust Philippines;<br>Northern Trust Switzerland AG |
| Office Depot | OFFICE DEPOT;<br>Office Depot China, Beijing;<br>OFFICE DEPOT DE MEXICO, S.A. DE C.V.;<br>Office Depot Deutschland GmbH;<br>Office Depot Europe B.V.;<br>Office Depot International;<br>Office Depot Operations Holding B.V.;<br>Office Depot UK Ltd;<br>Office Depot, Inc. |
| Panasonic Avionics Corporation | Panasonic Avionics;<br>Panasonic Avionics China;<br>Panasonic Avionics Corp;<br>Panasonic Avionics Corporation;<br>Panasonic Avionics Corporation - Sucursal em Portugal |
| Party City | Party City Corporation; Party City HoldCo Inc. |

| | |
|---|---|
| Paul Hastings LLP | |
| PayPal | PayPal;<br>PayPal Australia Pty Limited;<br>PayPal Deutschland GmbH;<br>PayPal Europe Services Limited;<br>PayPal Malaysia Services;<br>PayPal Philippines, Inc.;<br>Paypal Pte Ltd;<br>PayPal Pte. Ltd., Tokyo Branch;<br>PayPal Pte. Ltd., 東京支店;<br>PayPal, Inc. |
| Perella Weinberg Partners | |
| Prosegur (PROSEGUR COMPAÑIA DE SEGURIDAD, S.A.) | COMPAÑIA DE SEGURIDAD PROSEGUR S.A.;<br>Prosegur;<br>Prosegur - Companhia de Segurança;<br>Prosegur Activa Argentina S.A.;<br>Prosegur Brasil S/A;<br>Prosegur Cash Services Germany GmbH;<br>Prosegur Cia de Seguridad;<br>PROSEGUR COMPAÑIA DE SEGURIDAD, S.A.;<br>Prosegur Consultoría y Servicios Administrativos S de R. L. de C. V;<br>PROSEGUR CUSTODIAS, S. A. DE C. V.;<br>PROSEGUR LTDA.;<br>PROSEGUR SECURITE HUMAINE;<br>PROSEGUR SEGURIDAD PRIVADA LOGISTICA Y GESTION DE;<br>PROSEGUR SEGURIDAD PRIVADA, S. A. DE C. V.;<br>Prosegur Tecnología, S.A. de C.V.;<br>Prosegur Uruguay;<br>Segurpro Vigilancia Patrimonial S.A.;<br>Transportadora de Caudales Juncadella S.A.; |
| Pryor Cashman LLP | |
| Robinhood | Robinhood Markets Inc. |
| Sam's Club | |
| Securitas Security Services USA, Inc. | |
| Selfridges | Selfridges; Selfridges Retail Ltd. |
| Sentry | Sentry Insurance |
| Shutterstock | |
| Silicon Valley Bank | Silicon Valley Bank, First Citizans BancShares Inc. |
| Silvergate | Silvergate Bank |
| Southwest Airlines | Southwest Airlines; Southwest Airlines Company; Southwest Airlines Pilots Association |
| Sovos Compliance | |

| | |
|---|---|
| Staples | Staples Argentina S.A.;<br>Staples Brasil Comercio de Materiais de Escritorio Ltda;<br>Staples Business Depot;<br>Staples Deutschland GmbH & Co. KG;<br>Staples Future Office Products Pvt. Ltd.;<br>Staples Nederland Holding B.V.;<br>STAPLES OFFICE CENTRE;<br>Staples Printing Systems Division;<br>Staples, Inc. |
| Starbucks | Coffee Concepts (Hong Kong) Ltd.;<br>Starbucks Coffee (Thailand) Company Limited;<br>Starbucks Coffee Argentina SA;<br>Starbucks Coffee Asia Pacific Ltd;<br>Starbucks Coffee Canada;<br>Starbucks Coffee Company;<br>Starbucks Coffee Company (UK) Ltd;<br>Starbucks Coffee Deutschland GmbH;<br>Starbucks Coffee EMEA BV;<br>STARBUCKS COFFEE FRANCE;<br>Starbucks Coffee Japan, Ltd.;<br>Starbucks Coffeee;<br>Starbucks Corporation;<br>Starbucks EMEA Ltd |
| State Street | State Street Bank;<br>State Street Bank & Trust Company (Inc);<br>State Street Bank and Trust Company;<br>State Street Bank and Trust Company - Singapore;<br>State Street Bank GmbH;<br>State Street Bank International GmbH;<br>State Street Bank S.p.A.;<br>State Street Banque;<br>State Street Canada Inc.;<br>State Street Corporation;<br>State Street Global Advisors;<br>State Street Global Advisors (Ireland) Ltd.;<br>State Street Global Advisors Asia Limited;<br>State Street Global Advisors France;<br>State Street Global Advisors Limited;<br>State Street Global Advisors Ltd.;<br>State Street Global Advisors Singapore Limited;<br>State Street Global Investment GmbH;<br>State Street Global Markets;<br>State Street Global Markets Shoken K.K.;<br>State Street International (Ireland) Limited;<br>State Street Research & Management Co.;<br>State Street Securities Finance;<br>State Street Services India Pvt. Ltd;<br>State Street Technology (Zhejiang) Co., Ltd.;<br>State Street Trust Company Canada |
| Stoneridge | Stoneridge Inc. |

| | |
|---|---|
| Target | Target;<br>Target Australia Sourcing Limited;<br>Target Canada Corporation;<br>Target CMI KK;<br>Target Corporation;<br>Target Corporation India Pvt Ltd; |
| | |
| Tesla | Tesla Germany GmbH;<br>TESLA Grohmann Automation GmbH;<br>Tesla International B.V.;<br>Tesla Manufacturing Brandenburg SE;<br>Tesla Motors;<br>Tesla Motors Inc |
| The New York Times | |
| The Ritz-Carlton | Hotel Ritz Carlton Santiago;<br>Ritz-Carlton Hotel Riyadh;<br>Ritz-Carlton Kuala Lumpur |
| Thomson Reuters | Clarivate Analytics (Deutschland) GmbH;<br>Grupo Reuters;<br>La Ley S.A.E. e I.;<br>Pangea3 Legal Database Systems Pvt. Ltd;<br>Refinitiv Italy S.p.A.;<br>Refinitiv Japan K.K.;<br>REFINITIV SL.;<br>Thomson (Philippines) Corporation, The;<br>Thomson Reuters;<br>Thomson Reuters (Markets) (3408);<br>Thomson Reuters (Markets) Europe AG;<br>Thomson Reuters (Professional) UK Ltd;<br>Thomson Reuters Austria Ges.m.b.H.;<br>Thomson Reuters Beijing Representative Office;<br>Thomson Reuters Corporation Pte. Ltd.;<br>Thomson Reuters Corporation Services (Thailand) Limited;<br>THOMSON REUTERS GROUP LIMITED;<br>Thomson Reuters Holdings AB;<br>Thomson Reuters Hong Kong Ltd;<br>Thomson Reuters India Private Limited;<br>Thomson Reuters International Services Pvt Ltd;<br>Thomson Reuters KK;<br>THOMSON REUTERS LEGAL;<br>Thomson Reuters Legal Executive Institute;<br>Thomson Reuters LLC;<br>Thomson Reuters Professional KK;<br>Thomson Reuters Serviços Econômicos Ltda;<br>Thomson Reuters Special Services, LLC; |

| | |
|---|---|
| T-Mobile | Deutsche Telekom (UK) Limited; T Mobile Polska S.A; T-Mobile; T-Mobile Austria GmbH; T-Mobile Hungary; T-Mobile International AG & Co. KG; T-Mobile International GmbH; T-Mobile International UK Pension Trustee Limited - TR; T-Mobile Netherlands B.V.; T-Mobile Netherlands B.V. (PPI); T-Mobile UK; T-Mobile USA |
| Transunion | Trans Union de Puerto Rico Inc; TransUnion Auto; TransUnion Brasil Sistemas em Informatica LTDA; TransUnion CIBIL Ltd; TransUnion GIC; TransUnion Hong Kong; TransUnion Information Solutions, Inc.; TransUnion ITC; TransUnion LLC; TransUnion Software Service Private Limited TransUnion; TransUnion UK |
| Twilio | |
| Twitter | Twitter Germany Gmbh; Twitter Inc.; Twitter International Company; Twitter Singapore; Twitter, Inc. |
| Uber | Uber Uber B.V. Uber Eats; Uber Freight LLC; Uber Fze; Uber India; Uber India Systems Private Limited Hamilton, Arlene Navi Mumbai India Uber International B.V. Alias: Uber Hill, Jeremy Amsterdam Netherlands Uber Singapore Technology Pte Ltd Alias: Uber Fang, Ye Singapore Singapore Uber Systems Inc Hamilton, Arlene Taguig City Philippines Uber Technologies, Inc. |
| Uber Eats | |
| Uline | |

| | |
|---|---|
| United Airlines | United Air Lines Inc.<br>United Airlines<br>United Airlines Holdings, Inc.;<br>United Airlines Inc TR;<br>United Airlines Ireland;<br>United Airlines, Inc., (Branch Office in Germany);<br>United Airlines, Inc., Taiwan Branch (U.S.A.);<br>United Airlines, Inc., Wilmington (Delaware/USA)<br>Zweigniederlassung Kloten |
| UPS | United Parcel Service de México S.A. de C.V.<br>United Parcel Service España Ltd. Y Compañía, S.R.C.<br>United Parcel Service Korea Co., Ltd<br>United Parcel Service Philippines<br>United Parcel Service Singapore Pte Ltd<br>United Parcel Service, Inc.<br>Universal Pictures Switzerland GmbH<br>UPS<br>UPS Chile Ltda<br>UPS Canada Ltd<br>UPS Capital<br>UPS Capital (HK) Ltd<br>UPS do Brasil & Cia<br>UPS Europe SPRL/BVBA<br>UPS Freight Services, Inc.<br>UPS Inc.<br>UPS International Inc., Taiwan Branch<br>UPS International Insurance Limited<br>UPS Ireland Limited<br>UPS JAPAN CO., LTD.<br>UPS Jetair Express Private Limited<br>UPS Limited<br>UPS Logistics Group, Inc.<br>UPS Parcel Delivery Service Ltd.<br>UPS Parcel Delivery Service Ltd.<br>UPS Philippines Group<br>UPS Saudi Arabia<br>UPS SCS (Singapore) Pte Ltd<br>UPS SCS GmbH & Co. OHG<br>UPS SCS Mexico S.A. de C.V.<br>UPS Services Uluslararasi Nakliyat Ltd<br>UPS Supply Chain Solutions<br>UPS United Parcel Service (Schweiz) AG<br>UPS/IBT Employee Pension Plan Trustees<br>UPSA SAS<br>UPS-Delbros International Express Ltd., Inc. |
| Uría Menéndez Abogados, S.L.P | |

| | |
|---|---|
| Verizon Wireless | Verizon Argentina S.R.L.<br>Verizon Austria GmbH;<br>Verizon Belgium Luxembourg nv/sa;<br>Verizon Business;<br>Verizon Canada;<br>Verizon Chile;<br>Verizon Colombia s.a.;<br>Verizon Communications Inc;<br>Verizon Communications Malaysia Sdn Bhd;<br>Verizon Communications Philippines, Inc.;<br>Verizon Communications Phils., Inc.;<br>Verizon Communications Singapore Pte Ltd;<br>Verizon Communications South Africa (Pty);<br>Verizon Corporation;<br>Verizon Data Services India Pvt. Ltd.;<br>Verizon Deutschland GmbH;<br>Verizon Dominican;<br>Verizon France SAS;<br>Verizon Global Solutions Ireland;<br>Verizon Ireland Ltd;<br>Verizon Italia S.p.A;<br>Verizon Japan Ltd;<br>Alias: Verizon Japan<br>Verizon Korea Limited;<br>Verizon Nederland B.V;<br>Verizon Network System Co;<br>Verizon Norway AS;<br>Verizon Portugal - Sociedade Unipessoal Lda;<br>Verizon Reinsurance Company Ltd.;<br>Verizon Servicios Administrativos S de RL de CV;<br>Verizon Servicios Administrativos, S de RL de CV;<br>Verizon Spain, S.L.;<br>Verizon Sweden AB;<br>Verizon Switzerland AG;<br>VERIZON TAIWAN CO., LTD.;<br>Verizon Telecomunicações do Brasil Ltda.<br>Verizon Telematics;<br>Verizon UK Ltd<br>Verizon UK Ltd TR<br>Verizon Wireless Inc.<br>Yahoo Holdings Inc. |
| Verizon Wireless | |
| ViaSat | Viasat Brasil Serviços de Comunicações Ltda.;<br>Viasat Broadcasting UK Ltd;<br>ViaSat Inc.;<br>Viasat Satellite Services AB |

| | |
|---|---|
| Visa | Visa;<br>Visa Argentina S.A.;<br>Visa Canada Corporation;<br>Visa do Brasil Empeendimentos Ltda.;<br>Visa Europe Inc.;<br>Visa Europe Limited;<br>Visa Europe Services LLC;<br>Visa Europe Services Llc - Representação Permanente;<br>Visa Inc;.<br>Visa Information Systems (Shanghai) Co., Ltd.;<br>Visa International;<br>Visa International (Thailand) Ltd.;<br>VISA International Asia Pacific Ltd.;<br>Visa International Service Association;<br>Visa Middle East FZ-LLC;<br>Visa Philippines Business Processing Center, Corp.<br>Visa Türkiye;<br>Visa U.S.A. Inc.;<br>Visa Worldwide Indonesia, PT;<br>Visa Worldwide Pte Ltd;<br>Visa Worldwide Singapore Pte. Ltd. - Phil. ROHQ |
| Voyager Digital LLC | Voyager Digital LLC |
| Walgreens | Walgreens Boots Alliance;<br>Walgreens Boots Alliance Services Limited<br>Walgreens Boots Alliance, Inc.;<br>Walgreens Co.;<br>Walgreens Health Care Clinics;<br>Walgreens Health Services |
| Walmart | SERVICIOS ADMINISTRATIVOS WAL MART, S. DE R.L. DE C.V.;<br>Walmart<br>Walmart Asia PTE Ltd.;<br>Wal-Mart Canada;<br>Walmart Chile Comercial S.A.;<br>Walmart Chile S.A.;<br>Walmart eCommerce;<br>Walmart Global Sourcing;<br>Walmart GSS;<br>Wal-Mart India Private Limited;<br>Walmart Labs;<br>Walmart PR, Inc;<br>WalMart Stores Inc;<br>WM Global Technology Services India Private Limited |
| Wave (Mobile Money) | Wave Mobile Money Inc. |
| Wayfair | Wayfair (UK) Limited;<br>Wayfair Deutschland Ltd. & Co. KG;<br>Wayfair Europe Operations Ltd;<br>Wayfair LLC – Corporate Headquarters;<br>Wayfair Stores Limited;<br>Wayfair, Inc. |

| | |
|---|---|
| WestCap Management LLC | |
| White & Case LLP | White & Case LLP |
| Wilson Sonsini Goodrich & Rosati | |
| Wolters Kluwer | Stichting Pensioenfonds Wolters Kluwer Nederland;<br>Wolters Kluwer Belgium;<br>Wolters Kluwer Brasil Tecnologia SA;<br>Wolters Kluwer Canada Limited;<br>Wolters Kluwer Deutschland GmbH;<br>WOLTERS KLUWER ESPAÑA, S.A.;<br>Wolters Kluwer Financial Services Belgium;<br>Wolters Kluwer Financial Services United Kingdom Limited;<br>Wolters Kluwer Financial Services United Kingdom Limited-PLTS;<br>Wolters Kluwer France SA<br>Wolters Kluwer Global Business Services B.V.;<br>Wolters Kluwer India Pvt. Ltd;<br>Wolters Kluwer Italia s r.l.;<br>Wolters Kluwer N.V.;<br>Wolters Kluwer Nederland B.V.;<br>Wolters Kluwer Polska Sp. Zoo;<br>Wolters Kluwer Sverige AB (formerly Norstedts Juridik AB);<br>Wolters Kluwer Tax & Accounting Deutschland GmbH;<br>Wolters Kluwer Transport Services;<br>Wolters Kluwer U.S. Corporation;<br>Wolters Kluwer UK;<br>Wolters KLuwer United States Inc. |
| | |
| Wyndham | Travel + Leisure Co.;<br>Wyndham Exchange and Rentals Holdings C.V.;<br>Wyndham grand regency Doha;<br>Wyndham Grand Regency Hotel;<br>Wyndham Hotel Group;<br>Wyndham Hotel Group Europe Ltd;<br>Wyndham Hotel Group, LLC;<br>WYNDHAM HOTEL MANAGEMENT DE ARGENTINA SRL;<br>Wyndham Hotels & Resorts, Inc.;<br>Wyndham International Inc.;<br>Wyndham Vacation Resorts |
| Wynn Las Vegas | Wynn Macau Steel, Roger Macao Macao<br>Wynn Resorts, Limited<br>Alias: WYNN RESORTS<br>Holderness, William (Alex) Las Vegas United States<br>Wynnchurch Capital, Ltd Carlson, Brett Rosemont United States<br>Wynn's Belgium BVBA |

| | |
|---|---|
| Zendesk, Inc. | Zendesk;<br>Zendesk Denmark ApS;<br>Zendesk España;<br>Zendesk GmbH;<br>Zendesk International Limited;<br>Zendesk International Limited -TPL;<br>Zendesk Korea LLC;<br>Zendesk UK Limited;<br>Zendesk, Philippines |
| Zurich Insurance Group | Zetta Insurance Company Ltd;<br>Zurich;<br>ZURICH - COMPANHIA DE SEGUROS VIDA S.A.;<br>ZURICH Administradora General de Fondos S.A.;<br>Zurich American Insurance Company;<br>Zürich Anlagestiftung;<br>Zurich Argentina Compañía de Seguros S.A.;<br>Zurich Aseguradora Argentina SA;<br>Zurich Assurance Limited;<br>Zurich Australia Limited;<br>Zürich Beteiligungs-Aktiengesellschaft (Deutschland);<br>Zurich Bolivia;<br>Zurich Brasil Companhia de Seguros;<br>Zurich Brasil Seguros S/A;<br>ZURICH CANADA;<br>Zurich Canadian Holdings Limited;<br>ZURICH COLOMBIA SEGUROS SA;<br>ZURICH COMPAÑIA DE SEGUROS S.A;.<br>Zurich Compañía de Seguros, S.A.;<br>Zurich Corporate Risk;<br>Zurich Deutscher Herold Lebensversicherung AG;<br>Zurich Employee Benefits Network;<br>Zurich Employment Services Limited;<br>Zurich España;<br>Zurich Eurolife S.A.;<br>Zurich Fianzas México, S.A. de C.V.;<br>Zurich Financial Services;<br>Zurich Financial Services (Isle of Man) Group Services Limited;<br>Zurich Financial Services (UKISA) Ltd;<br>Zurich Financial Services Australia Limited;<br>Zurich Financial Services Pensions & Trustees (HK) Ltd.;<br>Zurich Financial Services S.A.;<br>Zurich Financial Services UK Pension Trustee Limited;<br>ZURICH FONDOS MÉXICO, SOCIEDAD DISTRIBUIDORA INTEGRAL DE ACCIONES DE SOCIEDADES DE INVERSIÓN, S.A.;<br>Zurich General Insurance Malaysia Berhad;<br>Zurich Global Corporate France;<br>Zurich Global Corporate UK;<br>Zurich Gruppe Deutschland;<br>Zurich Indemnity Company Canada; |

| | Zurich Insurance (Hong Kong) Limited; Zurich Insurance Co; Zurich Insurance Company; Zurich Insurance Company Limited; Zurich Insurance Company Ltd; Zurich Insurance Company Ltd - Rappresentanza Generale per l'Italia Zurich Insurance Company Ltd (Singapore Branch); Zurich Insurance Company Ltd, organizačná zložka;    Zurich Insurance Company S.A. - Rappresentanza Generale per l'Italia Zurich Insurance Company South Africa Limited Zürich Insurance Company, Reinsurance; Zurich Insurance Group; Zurich Insurance Group Ltd; Zurich Insurance plc; Zurich Insurance plc (Ireland) ZURICH INSURANCE PLC (Spanish Branch) Zurich Insurance plc Niederlassung für Deutschland; Zurich Insurance PLC, Sucursal en España; Zurich Insurance Public Limited Company; Zurich Intermediary Group; Zurich International (UK) Ltd; Zurich International Life Limited; Zurich International Life Limited Sucursal Argentina; Zurich International Life Ltd; Zurich International Solutions; Zurich International Solutions Limited; ZURICH INVERSIONES. Agencia de Valores.; Zurich Investments Life S.p.A.; Zurich Italy Bank S.p.A.; ZURICH JVCOMPANY SERVICIOS MÉXICO, S.A. DE C.V.; Zurich Latin America; Zurich Latin America Brasil Serviços Ltda S/A; Zurich Latin American Services S.A.; Zurich Life Assurance plc; Zurich Life Insurance Company Limited; Zurich Life Insurance Company Ltd; Zurich Life Insurance Malaysia Berhad; Zurich Minas Brasil Seguros S.A. Zurich North America; Zürich Oberland Medien AG; Zurich Pension Trustees Ireland Limited; Zurich Professional Limited; Zurich Resseguradora Brasil S.A.; Zurich Risk Services Asia Pacific Sdn Bhd; Zurich Santander Brasil Seguros e Previdência S.A.; Zurich Santander Insurance América, S.L.; Zurich Santander Seguros Argentina S.A.; Zurich Santander Seguros De Vida Chile S.A.; Zurich Santander Seguros México, S.A.; |
|---|---|

| | |
|---|---|
| | Zurich Schweiz:<br>Zurich Scudder Investments Asia Limited;<br>Zurich Seguros América Latina;<br>Zurich Services (Hong Kong) Limited;<br>Zurich Services Malaysia Sdn. Bhd.;<br>Zurich Servicios México, S.A. de C.V.;<br>Zurich Sigorta AS;<br>Zurich Switzerland;<br>Zurich Takaful Malaysia Berhad;<br>Zurich Technical and Consulting Services (Beijing) Co., Ltd.;<br>Zurich Topas Life, PT;<br>Zürich Versicherungs-AG;<br>Zürich Vertriebs GmbH;<br>Zurich Verzekeringen;<br>ZURICH VIDA COMPAÑIA DE SEGUROS, S.A.;<br>ZURICH VIDA, CÍA DE SEGUROS Y REASEGUROS |