Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 22-10964-mg

4   Adv. Case No. 23-01007-mg

5   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6   In the Matter of:

7

8   CELSIUS NETWORK LLC,

9

10          Debtor.

11  - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12  AD HOC GROUP OF BORROWERS,

13          Plaintiffs,

14      v.

15  CELSIUS NETWORK, LLC, et al.,

16          Defendants.

17  - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18  Adv. Case No. 23-01016-mg

19  - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20  GEORGIOU, et al.,

21          Plaintiffs,

22      v.

23  CELSIUS NETWORK, LLC, et al.,

24          Defendants.

25  - - - - - - - - - - - - - - - - - - - - - - - - - - - x



Page 2

1    Adv. Case No. 23-01190-mg

2    - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    SHANKS,

4            Plaintiffs,

5        v.

6    CELSIUS NETWORK, LLC, et al.,

7            Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 23-01010-mg

10   - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   SHANKS,

12           Plaintiffs,

13       v.

14   CELSIUS NETWORK, LLC, et al.,

15           Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - x

17                United States Bankruptcy Court

18                One Bowling Green

19                New York, NY  10004

20

21                July 18, 2023

22                10:01 AM

23

24

25

1   B E F O R E :

2   HON MARTIN GLENN

3   U.S. BANKRUPTCY JUDGE

4

5   ECRO:   F. FERGUSON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    HEARING re Second Interim Fee Application of M3 Advisory

2    Partners, LP for Compensation for Services Rendered and

3    Reimbursement of Expenses as Financial Advisor to the

4    Official Committee of Unsecured Creditors for the period of

5    November 1, 2022 through February 28, 2023 (Doc #2459, 2980)

6

7    HEARING re Second Application for Interim Professional

8    Compensation for Ernst & Young LLP, Other Professional,

9    period:  11/1/2022 to 2/28/2023, fee:  $417,855.00,

10   expenses:  $0.00 (Doc #2455, 2980)

11

12   HEARING re First Interim Fee Application of Gornitzky & Co.

13   for Compensation for Services Rendered and Reimbursement of

14   Expenses as Israeli Counsel to the Official Committee of

15   Unsecured Creditors for the period of November 2, 2022

16   through February 28, 2023 (Doc #2514, 2980)

17

18   HEARING re Second Interim Fee Application of Huron

19   Consulting Services LLC as Financial Advisor to Examiner for

20   the Period from November 1, 2022 through and including

21   February 28, 2023 for Huron Consulting Services LLC, Other

22   Professional, period:  11/1/2022 to 2/28/2023, Fee:

23   $3,386,594.00, expenses:  $0.00 (Doc #2465, 2980)

24

25

Page 5

1   HEARING re Second Interim Application of Elementus Inc. for

2   Compensation for Services Rendered and Reimbursement of

3   Expenses as Blockchain Forensics Advisor to the Official

4   Committee of Unsecured Creditors of Celsius Network, LLC, et

5   al., for the period from November 1, 2022 through February

6   28, 2023 filed by Elementus Inc. (Doc #2464, 2980)

7

8   HEARING re Second Application for Interim Professional

9   Compensation of White & Case LLP for Compensation for

10  Services Rendered and Reimbursement of Expenses as Counsel

11  to the Official Committee of Unsecured Creditors from

12  November 1, 2022 through February 28, 2023 (Doc #2457, 2980)

13

14  HEARING re Second Application for Interim Professional

15  Compensation for Centerview Partners LLC, Other

16  Professional, period:  11/1/2022 to 2/28/2023, Fee:

17  $2,000,000.00, expenses:  $2,195.04 (Doc 2466, 2980)

18

19  HEARING re First Application for Interim Professional

20  Compensation for Ernst & Young LLP, Other Professional,

21  period: 7/13/2022 to 10/31/2022, fee:$778,680.00, expenses:

22  $0.00. (Doc# 2170, 2980, 3020)

23

24

25

Page 6

1    HEARING re Second Interim Application of Shoba Pillay,

2    Examiner and Jenner & Block LLP for Compensation for

3    Professional Services Rendered and Reimbursement of Expenses

4    Incurred as Attorneys for Examiner for the Period of

5    November 1, 2022 Through March 31, 2023 for Jenner & Block

6    LLP, Special Counsel, period: 11/1/2022 to 3/31/2023,

7    fee:$9,534,819.50, expenses: $66,595.09. (Doc #2463, 2980)

8

9    HEARING re First Interim Application of A.M. Saccullo Legal,

10   LLC Compensation for Services and Reimbursement of Expenses

11   Incurred as Special Counsel to the Debtors for the Period

12   from December 1, 2022 Through February 28, 2023 for A.M.

13   Saccullo Legal, LLC, period: 12/1/2022 to 2/28/2023,

14   fee:$63,845.00, expenses: $0.00. (Doc # 2462, 2980)

15

16   HEARING re First Application for Interim Professional

17   Compensation of Selendy Gay Elsberg PLLC for Services

18   Rendered and Reimbursement of Expenses as Co-Counsel to the

19   Official Committee of Unsecured Creditors for the Period of

20   January 8, 2023, through February 28, 2023. (Doc# 2452,

21   2980)

22

23

24

25

1    HEARING re Second Interim Fee Application of Perella

2    Weinberg Partners LP for Compensation for Services Rendered

3    and Reimbursement of Expenses as Investment Banker to the

4    Official Committee of Unsecured Creditors of Celsius

5    Network, LLC, et al., for the period of November 1, 2022

6    through February 28, 2023 for Perella Weinberg Partners LP,

7    Other Professional, period: 11/1/2022 to 2/28/2023,

8    fee:$400,000, expenses: $76,270.73.·(Doc# 2456, 2980)

9

10   HEARING re Second Interim Fee Application of Akin Gump

11   Strauss Hauer & Feld LLP as Special Litigation Counsel to

12   the Debtors and Debtors in Possession for Allowance of

13   Compensation for Services Rendered and Reimbursement of

14   Expenses for the Period November 1, 2022 through and

15   Including February 28,

                          2023 for Akin Gump Strauss Hauer &

16   Feld LLP, Special Counsel, period: 11/1/2022 to 2/28/2023,

17   fee:$4,884,132.60, expenses: $61,571.97. (Doc# 2446, 2980)

18

19   Hybrid Hearing RE: Second Application for Interim

20   Professional Compensation for Alvarez & Marsal North

21   America, LLC, Other Professional, period: 11/1/2022 to

22   2/28/2023, fee:$7,194,758.50, expenses: $17,746.65. (Doc

23   #2437, 2980)

24

25

Page 8

1    HEARING re Status Conference Using Zoom for Government RE:

2    Regarding Bar Date and Class Certification Motion (Doc##

3    3032, 1846,2670,2899,2795)

4

5    HEARING re Adversary proceeding: 23-01010-mg Ad Hoc Group of

6    Borrowers v. Celsius Network LLC et al

7    Status Conference. (Doc #6)

8

9    HEARING re Adversary proceeding: 23-01010-mg Georgiou et al

10   v. Celsius Network LLC et al

11   Hybrid Status Conference RE: Motion to Dismiss. (Doc## 1 to

12   4, 6 to 8, 10, 16)

13

14   HEARING re Adversary proceeding: 23-01010-mg Shanks v.

15   Celsius Network LLC, ET AL et al

16   Hybrid Status Conference RE: Debtor's Motion to Dismiss the

17   Second Amended Complaint. (Doc## 17 to 22, 27 to 32)

18

19   HEARING re  Adversary proceeding: 23-01010-mg Shanks v.

20   Celsius Network LLC, ET AL et al

21   Status Conference.

22

23

24

25

Page 9

1    HEARING re Adversary proceeding: 23-01010-mg Shanks v.

2    Celsius Network LLC et al

3    Hybrid Conference RE: Motion to Dismiss. (Doc## 1, 3 to 8,

4    12, 13, 15)

5

6    HEARING re Joint Motion for Entry of an Order (I) Approving

7    the Settlement by and Among the Debtors, the Committee, and

8    the Initial Consenting Series B Preferred Holders and (II)

9    Granting Related Relief. (Doc## 2899,2967,2998,3002,3013)

10

11   HEARING re Debtors Motion for Entry of an Order (I)

12   Authorizing and Approving Certain Fees and Expenses for the

13   Backup Plan Sponsor, and (m Granting Related Relief. (Doc##

14   2978, 2979, 2982 to 2984)

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

```
 1    A P P E A R A N C E S :

 2

 3    KIRKLAND & ELLIS LLP

 4         Attorneys for the Debtor

 5         300 N La Salle Street

 6         Chicago, IL 60654

 7

 8    BY:  CHRISTOPHER KOENIG

 9         LUKE SPANGLER

10         MORGAN WILLIS

11         ROSS M. KWASTENIET

12

13    KIRKLAND & ELLIS LLP

14         Attorneys for the Debtor

15         601 Lexington Avenue

16         New York, NY 10022

17

18    BY:  ELIZABETH JONES

19         TANZILA ZOMO

20         GEORGIA CHARLOTTE MEADOW

21

22

23

24

25
```

Page 11

1

2    UNITED STATES DEPARTMENT OF JUSTICE

3         Attorneys for the U.S. Trustee

4         201 Varick Street

5         New York, NY 10014

6

7    BY:  SHARA CORNELL

8         MARK BRUH

9         BRIAN S. MASUMOTO

10

11   MILBANK LLP

12        Attorneys for Community First Investors Group of the

13        Series B Preferred Holders

14        55 Hudson Yards

15        New York, NY 10001

16

17   BY:  NELLY ALMEIDA

18        DENNIS F. DUNNE

19        ANDREW M. LEBLANC

20        MELANIE WESTOVER YANEZ

21        ALAINA HEINE

22

23

24

25

Page 12

```
 1

 2    JONES DAY

 3         Attorneys for CDP Investments, Inc.

 4         250 Vesey Street

 5         New York, NY 10018

 6

 7    BY:  TODD R. GEREMIA

 8         BENJAMIN RESENBLUM

 9

10    VENABLE, LLP

11         Attorneys for Ignat Tuganov

12         151 West 42nd Street, 49th Floor

13         New York, NY 10036

14

15    BY:  ARIE PELED

16

17    SELENDY GAY ELSBERG PLLC

18         Attorneys The Official Committee of Unsecured Creditors

19         1290 Avenue of the Americas

20         New York, NY 10104

21

22    BY:  TEMIDAYO AGANGA-WILLIAMS

23         CLAIRE O'BRIEN

24         KAYLA CHEN

25
```

Page 13

1

2    OFFIT KURMAN

3          Attorneys for Ad Hoc Group of Earn Account Holders

4          300 East Lombard Street, Suite 2010

5          Baltimore, MD 21202

6

7    BY:  JOYCE A. KUHNS

8          JASON A. NAGI

9          BRETT A. PERRY

10

11   WHITE & CASE LLP

12         Attorneys for Official Committee of Unsecured Creditors

13         555 South Flower Street, Suite 2700

14         Los Angeles, CA 90071

15

16   BY:  AARON COLODNY

17         SAMUEL P. HERSHEY

18         GREGORY F. PESCE

19

20   WHITE & CASE LLP

21         Attorneys for Official Committee of Unsecured Creditors

22         200 South Biscayne Boulevard, Suite 4900

23         Miami, FL 33131

24

25   BY:  MIRA HAQQANI

Page 14

1

2    WHITE & CASE LLP

3        Attorneys for Official Committee of Unsecured Creditors

4        1221 Avenue of the Americas

5        New York, NY 10020

6

7    BY:  DAVID TURETSKY

8        KEITH WOFFORD

9        THOMAS DIFIORE

10       SCOTT DUFFY

11       KEITH NOYES

12       MARK ROBINSON

13       ANDREW YOON

14

15   WHITE & CASE LLP

16       Attorneys for Official Committee of Unsecured Creditors

17       111 Wacker Drive, Suite 5100

18       Chicago, IL 60606

19

20   BY:  ANDREW RUDOLPH

21

22

23

24

25

Page 15

1

2    TEXAS OFFICE OF ATTORNEY GENERAL

3         Attorneys for Texas SSB, DOB

4         PO Box 12548

5         Austin, TX 78711-2548

6

7    BY:  LAYLA MILLIGAN

8

9    TEXAS OFFICE OF THE ATTORNEY GENERAL

10        Attorneys for TX State Sec. Board TX Dept. of Banking

11        300 W 15th Street

12        Austin, TX 78701

13

14   BY:  ABIGAIL RYAN

15

16   WISCONSIN DEPARTMENT OF JUSTICE

17        Attorneys for Wisconsin Department of Financial

18        Institutions

19        17 West Main

20        P.O. Box 7857

21        Madison, WI 53597

22

23   BY:  MICHAEL D. MORRIS

24

25

Page 16

```
 1

 2   MCELROY DEUTSCH MULVANEY CARPENTER LLP

 3        Attorneys for The New Jersey Bureau of Securities

 4        225 Liberty Street, 36th Floor

 5        New York, NY 100281

 6

 7   BY:  NICOLE A. LEONARD

 8        JEFFREY BERNSTEIN

 9

10   ATLAS GROVE PARTNERS

11        Attorneys for Atlas Grove Partners

12        7301 SW 57th Court, Suite 515

13        Miami, FL 33143

14

15   BY:  DAN KAPLAN

16

17   AKIN GUMP STRAUSS HAUER FELD LLP

18        Attorneys as Special Litigation Counsel to Debtors

19        One Bryant Park

20        New York, NY 10036

21

22   BY:  MITCHELL HURLEY

23        DEAN CHAPMAN

24        KAILA ZAHARIS

25
```

```
 1

 2   KRAMER LEVIN NAFTALIS FRANKEL LLP

 3        Attorneys for Tether International Limited

 4        1177 Avenue of the Americas

 5        New York, NY 10036

 6

 7   BY:  GABRIEL EISENBERGER

 8

 9   LAW OFFICE OF SUSAN ADLER

10        Attorneys for Andersen, Hoffman, JR Investment Trust,

11        Objectants

12        630 Third Avenue

13        New York, NY 10017

14

15   BY:  SUSAN ADLER

16

17   HUGHES HUBBARD REED LLP

18        Attorneys for Gemini Trust Company

19        One Battery Park Plaza

20        New York, NY 10004

21

22   BY:  ELIZABETH A. BEITLER

23

24

25
```

Page 18

```
 1

 2    GODFREY KAHN SC

 3         Attorneys for Fee Examiner Christopher Sontchi

 4         One East Main Street, Suite 500

 5         P.O. Box 2719

 6         Madison, WI 53701

 7

 8    BY:  KATHERINE STADLER

 9

10    WEINBERG ZAREH MALKIN PRICE LLP

11         Attorneys for the Plaintiffs

12         45 Rockefeller Plaza, 20th Floor

13         New York, NY 10111

14

15    BY:  ADRIENNE WOODS

16

17    PAUL WEISS RIFKIND WHARTON GARRISON LLP

18         Attorneys for NovaWulf Digital Management, LP

19         1285 Avenue of the Americas

20         New York, NY 10022

21

22    BY:  KEN ZIMAN

23         MITCHELL MENGDEN

24

25
```

Page 19

```
 1
 2    WEIL GOTSHAL MANGES LLP
 3         Attorneys for Interested Party
 4         767 Fifth Avenue
 5         New York, NY 10153
 6
 7    BY:  PAUL FABSIK
 8
 9    CHEROKEE DEBT ACQUISITION LLC
10         Attorneys for Cherokee Debt Acquisition
11         1384 Broadway, Suite 906
12         New York, NY 10018
13
14    BY:  LISA FAUCHER
15
16    DLA PIPER LLP (US)
17         Attorneys for Interested Creditor
18         200 South Biscayne Boulevard, Suite 2500
19         Miami, FL 33131
20
21    BY:  CRAIG V. RASILE
22
23
24
25
```

Page 20

```
 1

 2   PRYOR CASHMAN LLP

 3        Attorneys for Thomas Difiore

 4        7 Times Square

 5        New York, NY 10036

 6

 7   BY:  MATTHEW W. SILVERMAN

 8

 9   ALSO PRESENT:

10   ZACHARY ZABIB

11   KEN EHRLER

12   ROBERT M. KAUFMANN

13   RAKESH PATEL

14   PETER J. SPROFERA

15   PAUL D. STORVICK

16   BRIAN STOUT

17   VINCE SULLIVAN

18   KEYAN TAJI

19   MAUDE H. TIPTON

20   JOVANNI TORRES

21   RYAN VOLLENHALS

22   CHRISTOPHER D. WALTON

23   CAROLINE WARREN

24   TAK YEUNG

25   DON SMITH
```

Page 21

```
 1    ALEX SHLIVKO

 2    NICHOLAS SABATINO

 3    PRIYA SAIHGAL

 4    CAROLINE SALLS

 5    SHIKHAR SAXENA

 6    CALLAN SEARCY

 7    DAVID SENES

 8    NIKOLAS SEVERSON

 9    JONATHAN RODRIGUEZ

10    AISLINN KEELY

11    TRAVIS KEENEY

12    GREGORY KIESER

13    TOMAS KOSTER

14    RIKI KOULY

15    JOSEPH LALIA

16    JEAN-PHILIPPE LATRIELLE

17    SEAN LEE

18    JASON LU

19    SERBAN LUPU

20    JOHN LY

21    BECKY MADSEN

22    MARY O'BRIEN

23    RICHARD OSWALD

24    SHANE C. OWENS

25    DONALD L. POYNTER
```

```
 1    MASON PALISSERY

 2    JEFF PATTON

 3    PETER PATZAK

 4    CATHERINE PHUNG

 5    AMELIA POLLARD

 6    MACIEJ PORCZEK

 7    LALANA PUNDISTO

 8    TIMOTHY REILLY

 9    KEVIN M. MANUS

10    SARAH BETH MARONPOT

11    CAROL MAUNDER

12    KEVIN MCCARTHY

13    KRAIG JAKOBSEN

14    ALI JAMSHID FAR

15    STIG JELLESTAD

16    GREG KACZKOWSKI

17    DARIUS GHEORGHE

18    TAYLOR HARRISON

19    JON HATCHER

20    MARIA HELIOTI

21    BRADLEY GIARDIELLO

22    UDAY GORREPATI

23    TAMMY L. GROVER

24    CAMERON GUTHRIE

25    THOMAS BRAZIEL
```

Page 23

```
 1    STEVE CHURCH

 2    DAVID J. DALHART

 3    JASLEIGH GEARY

 4    JEREMY HILL

 5    KHAI PHAM

 6    JACK SCHICKLER

 7    JAMA BERG

 8    ARTUR ABREU

 9    NEGISA BALLUKU

10    BRIAN BARNES

11    JASON D. BEAIRD

12    SOMA BISWAS

13    KYLE BRAY

14    PAUL BREUDER

15    NURALDEEN BRIFKANI

16    SHIRLEY T. CARROLL

17    RICKIE CHANG

18    ROBERT CHRISTIANSEN

19    GEOFFREY CIRKEL

20    CHRISTOPHER COCO

21    LUC COHEN

22    MIA COOPER

23    KAREN CORDRY

24    STEFFAN DAVIES

25    ZARYN A. DENTZEL
```

**Page 24**

1   DREW DUFFY

2   JOHN P. DZARAN

3   SIMON ELIMELECH

4   BEN EADES

5   JANELL ECKHARDT

6   CHRISTOPHER LEE SHANKS

7   DAVID BARSE

8   ANNE YEILDING

9   SID PAN

10  CHRIS PAGNANELLI

11  JESSE LUND

12  CHRISTOPHER LACKEY

13  JOSEPH LEHRFELD

14  DEVERICK J. MCINTYRE

15  JOSEMAR A. MARQUES BARBOSA

16  ERIK MENDELSON

17  CHASE MARSH

18  RYAN PHAN

19  REGINA OSBORNE

20  DANIEL FRISHBERG

21  KULPREET KHANUJA

22  MEVIN JOSHI

23  JANKE JANKOVIC

24  LUCAS J. HOLCOMB

25  JOHN HODSON

```
 1   KAITLYN HITTELMAN

 2   IMMANUEL HERRMANN

 3   JOSEPH G. HENDRICKSON

 4   JARED HANNAN

 5   SANDALI HANDAGAMA

 6   JESSE HALL

 7   REBECCA GALLAGHER

 8   DANIL A. FRISHBERG

 9   DEBORAH FRANKEL

10   FLORENCE FLANNIGAN

11   ALEXANDER FERNANDEZ

12   DAVID FAHEY

13   JAMES ENGEL

14   GRZEGORZ DYMON

15   SHARON DOW

16   TRISTAN DIAZ

17   CAMERON CREWS

18   CARL J. COTE

19   SANTOS CACERES

20   JOHAN BRONGE

21   OCTAVE J. BOURGEOIS

22   ED G. BIRCH

23   CHRIS BECIN

24   BJORN ANDERSEN

25   RICHARD PHILLIPS
```

1    JOHN P. REDING

2    MICHAEL ROSELLA

3    KYLE SATTERFIELD

4    DAVID SCHNEIDER

5    NOAH M. SCHOTTENSTEIN

6    WILLIAM D. SCHROEDER

7    COURTNEY BURKS STEADMAN

8    NIKHIL SURI

9    LUCY L. THOMSON

10   VICTOR UBIERNA DE LAS HERAS

11   EZRA VAZQUEZ-D'AMICO

12   TONY VEJSELI

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    P R O C E E D I N G S

2              THE COURT:  Please be seated.  Just give me a

3    moment.

4              MR. KOENIG:  Good morning, Your Honor, Chris

5    Koenig --

6              THE COURT:  Just give me a moment.  Okay, Mr.

7    Koenig.

8              MR. KOENIG:  Good morning, Your Honor.  Chris

9    Koenig, Kirkland & Ellis, for the Celsius Debtors.  Your

10   Honor, I know that there was quite a bit of news outside of

11   these Chapter 11 cases --

12             THE COURT:  Oh, really?

13             MR. KOENIG:  -- last week probably of interest to

14   the parties and likely to Your Honor as well, so with your

15   indulgence, I'd like to cover a few of those topics before

16   we get into the amended agenda that we filed last night.

17             THE COURT:  Sure.

18             MR. KOENIG:  So first, Mr. Mashinsky was indicted

19   last week by the Department of Justice, charged with

20   securities fraud, commodities fraud, and wire fraud.  The

21   SEC, CFTC, and FTC also charged Mr. Mashinsky in separate

22   civil complaints.  Each of those regulatory agencies

23   announced consensual agreements with Celsius as corporate

24   defendants.  Of course, Mr. Mashinsky has not had any role

25   with the Debtors since last fall when the Special Committee
```

1   instructed Mr. Mashinsky that he could either resign or he

2   would be terminated and elected to resign.

3           One of the principal directives from the Special

4   Committee throughout these cases is to fully comply with all

5   investigations.  That's exactly what we did here.  We fully

6   cooperated with the investigations by the government in

7   Celsius' business model and historical practices.  We turned

8   over thousands of documents, provided interviews, and

9   assisted in their investigations, and as a result were

10  pleased to be able to reach resolutions with the DOJ, SEC,

11  FTC, and CFTC, which we think will help us with our Chapter

12  11 plan and exit from bankruptcy.

13          Of course, given the allegations that have been

14  made, it was totally possible that the regulators could have

15  come into the case, tried to seize the company's assets, or

16  levy huge fines or penalties that would have diluted or even

17  eliminated recoveries for account holders.  But that's not

18  what happened here.

19          Celsius worked cooperatively with these agencies

20  and made clear our view that the account holders are the

21  victims of the crimes here and that we have a process well

22  under way to compensate the victims through these Chapter 11

23  cases.  As a result, the agreements that we've reached do

24  not include claims, fines, or penalties that are likely to

25  dilute the claims pool.  Specifically, we've agreed to enter

Page 29

1    into consent orders with the SEC and the CFTC and we've

2    entered into a stipulated order with the FTC.  These orders

3    fully resolve the litigation against the Celsius --

4              THE COURT:  Let me ask you, all right.  Have those

5    orders been final -- has the agreement with the SEC been

6    finalized?

7              MR. KOENIG:  I believe it's been entered.  I don't

8    know whether it's been --

9              THE COURT:  Because I -- you know, I've got the

10   indictment.  I got the SEC complaint.  I got the CFTC

11   complain.  I don't think I found the FTC.

12             MR. KOENIG:  The consent orders have been signed

13   by the company.  I don't know, as a procedural matter,

14   whether the applicable Court has answered them or approved

15   them, but they've been signed by the company.

16             THE COURT:  Okay.

17             MR. KOENIG:  And agreed to by the company.

18             THE COURT:  As soon as they -- are they publicly

19   filed in any of the dockets?

20             MR. KOENIG:  I don't believe that they're publicly

21   filed.

22             THE COURT:  Because I didn't find them.

23             MR. KOENIG:  I don't believe that they're publicly

24   filed yet, Your Honor.

25             THE COURT:  And here -- well, go ahead and finish,

Page 30

1     then I'll ask my questions.

2             MR. KOENIG:  No problem, Your Honor.  So none of

3     these agreement are expected to have any material effect in

4     these Chapter 11 cases.  Distributions to creditors, our

5     timeline for the Newco's business model.

6             THE COURT:  Well, I think they require amending

7     the disclosure statement.

8             MR. KOENIG:  We totally agree, of course, Your

9     Honor, that that's going to need to be fully disclosed, and

10    to be clear, the agreement with the FTC includes a $4.7

11    billion suspended judgment.  We've seen a lot of confusion

12    in social media about what that means.  Does that increase

13    customer recoveries?  Does that dilute customer recoveries?

14            THE COURT:  Shouldn't affect --

15            MR. KOENIG:  The word suspended is very important.

16            THE COURT:  I understand.  That I understand.

17            MR. KOENIG:  We just want to make sure all the

18    parties understand.  It's suspended and we don't believe

19    that it will ever be unsuspended.  The only way in which the

20    suspended judgment could spring into existence against the

21    Debtors is if these Chapter 11 cases are dismissed without

22    being fully administered in accordance with the rules of the

23    Bankruptcy Code.  Of course, we don't expect -- that's

24    exactly what we're doing here is complying with the

25    Bankruptcy Code.

Page 31

```
 1              So we don't expect that that suspended judgment
 2    will have any effect on cases -- on these cases or
 3    distributions to creditors or the like.  And again, these
 4    agreements with the regulators relate to the historical
 5    business practices of Celsius, which of course Celsius has
 6    not been engaged in certainly since the petition date in
 7    which the Newco under the plan will not be continuing those
 8    business practices, either.
 9              These agreements that we've entered into with the
10    regulators require Celsius to follow the law and not engage
11    in a variety of illegal activity relating to its historical
12    business model.  So I'll pause there and whatever questions
13    Your Honor has.
14              THE COURT:  Well, so it was a week chock filled
15    with developments, not only in Celsius, but the Court also
16    notes the Ripple decision in the District Court, which of
17    course is not binding on this Court, but I guess one
18    question I have is why -- in particular I'm interested in
19    whatever the resolution is between the company and the SEC.
20              The SEC complaint alleges both that the cell token
21    is a security and it also alleges that the Earn accounts
22    were securities under Howey test.  And so at the last
23    hearing, one of the issues that was discussed was a pro se
24    creditor's motion to value the CEL token.  The Committee and
25    the Debtor joined it, an objection that the CEL token was a
```

Page 32

1    security in that 510(b) of the Bankruptcy Code would require

2    subordination of the claim.  I put off that issue.  I

3    thought it was, still think it was premature but has -- in

4    its settlement with the SEC, has the Debtor agreed that the

5    Earn accounts were unregistered securities?

6            MR. KOENIG:  Your Honor, we stipulated to certain

7    facts.  We didn't agree that -- I don't believe that we

8    agreed -- the legal conclusion --

9            THE COURT:  What facts did you stipulate to with

10   respect to the Earn accounts?

11           MR. KOENIG:  I think that there are facts that

12   could reasonably lead a fact finder to determine that CEL

13   token and Earn were securities.

14           THE COURT:  Will -- are you able to say at this

15   point, will the Debtor contest in connection with

16   confirmation that the Earn program was an unregistered

17   security?

18           MR. KOENIG:  I think, Your Honor, I recognize I'm

19   going to adopt the question a little bit --

20           THE COURT:  That's okay.  It's all news for --

21           MR. KOENIG:  Right.  But for purposes of the plan,

22   what matters is not whether it is an unregistered security,

23   but whether it's a security subject to -- whether the claims

24   associated with Earn account are subject to subordination

25   pursuant to Section 510(b), and we don't believe that the

1      Earn accounts are subject to subordination pursuant to

2      Section 510(b).

3                THE COURT:  And what about with respect to CEL

4      tokens?

5                MR. KOENIG:  I think that -- we've proposed a

6      settlement of those issues and to allow the CEL token at 20

7      cents in settlement of those issues, that it could be 81

8      cents if it isn't a security subject to subordination under

9      510(b), or it could be zero.  We've proposed a middle ground

10     and we've been engaged in discussions with -- along with the

11     Committee with the CEL token holders to see if we can reach

12     a more consensual resolution of that issue.  That's how we

13     propose to deal with it under the plan, is under the 9019

14     settlement standard.

15               THE COURT:  And I think I even commented at the

16     last hearing that certainly this issue -- I asked a series

17     of questions if the CEL token is a security and if five --

18     therefore subordinated under 510(b).  It might entitle the

19     holders to zero.  What the plan construct was to pay at 20

20     cents.  I guess that was the initial offering price.

21               MR. KOENIG:  That's right.

22               THE COURT:  And I guess we'll see.  I don't know

23     how the disclosure statement is dealing with this issue.  If

24     it's -- you know, if it's not a -- subject to subordination

25     under -- if the Court had to decide the issue and it was not

Page 34

1    subject to subordination under 510(b), there would then be a

2    valuation issue.  And I guess that the Committee, perhaps

3    the Debtors' argument would be that the 80 cents price at

4    the petition date was a result of market manipulation.

5              MR. KOENIG:  As set forth in the examiner's

6    report.

7              THE COURT:  And the examiner's report included a

8    chart which it took right from the Debtor which showed the

9    insider transactions and the market movement in that period

10   leading up to the 80 cents (indiscernible) in the last few

11   days.  So I'm just -- I didn't go back.  What's in -- what's

12   the disclosure statement say about this issue?

13             MR. KOENIG:  It lays out the arguments, pro and

14   con, on this whether CEO should be 81, whether CEL should be

15   zero, the fact that we've -- that we're proposing to settle

16   it at 20 cents.

17             THE COURT:  But does it discuss the 510(b)

18   subordination issue?

19             MR. KOENIG:  I think it's going to be amended to

20   discuss it a little bit more, Your Honor.

21             THE COURT:  Okay.  All right.  And what if any

22   effect do you believe the Ripple decision has -- and again,

23   it's not binding on this Court.  I've read it.  What if any

24   impact do you believe it has or may have on the proposed

25   plan or confirmation in this case?

1          MR. KOENIG:  Your Honor, obviously, it's fresh

2     news for all of us -- I'll put a disclaimer at the front of

3     it -- but we don't think it has any effect outside of

4     potentially the CEL token issue, does this ruling affect the

5     way that the Court would look at the CEL token subordination

6     issue under Section 510 of the -- 510(b) of the Bankruptcy

7     Code.  It's a complicated decision of the District Court's

8     decision.

9          THE COURT:  It is.

10          MR. KOENIG:  XRP is --

11          THE COURT:  Got a lot of commentary on it now and

12     --

13          MR. KOENIG:  And it a security for certain sales

14     but not a security for other transactions.

15          THE COURT:  That was a lot to me, but --

16          MR. KOENIG:  And so I think it would be -- I don't

17     know if Your Honor would adopt that or not --

18          THE COURT:  I have no idea.

19          MR. KOENIG:  -- at confirmation.  We're not there.

20     I think that that --

21          THE COURT:  I'm just more interested in whether,

22     is this likely to be an issue that the Court is going to

23     have to decide?

24          MR. KOENIG:  I think the CEL token subordination

25     issue is the only area where I think it would come up.  The

1    Newco is not engaged in any securities offerings, is not

2    engaged in any of Celsius' historic business practices.

3    Their new business plan is going to involve Bitcoin mining

4    and staking of Ethereum and other cryptocurrencies.  So I

5    don't think it's going to affect the go-forward plan.  It

6    may be relevant to the subordination issue under 510(b) for

7    CEL token and perhaps the Earn accounts if somebody makes

8    that argument, which we don't believe is a viable argument,

9    but certainly everybody has their litigation position.

10         But the last thing I wanted to cover is in the

11   indictment from the DOJ, Mr. Roni Cohen-Pavon, the Debtors'

12   chief revenue officer, was indicted.  We learned about that

13   indictment at the same time everybody else did, when the

14   indictment was unsealed and distributed to the world.  Upon

15   learning about the indictment, the Special Committee

16   immediately met, immediately authorized the termination of

17   Mr. Cohen-Pavon.

18         That termination process remains ongoing because

19   under Israeli law, there has to be a hearing in Israel

20   before he can be formally terminated.  That said, he is on

21   administrative leave.  All of his access to the company's

22   systems, data, email, his internal authority were all

23   immediately cut off by the Special Committee.  And even

24   prior to this process, Mr. Cohen-Pavon did not have

25   significant authority with respect to the Debtors' day-to-

Page 37

1    day operations.

2          He had historical information that was useful for

3    internal investigations, but he was not a day-to-day

4    critical officer of the company, but again, to be clear, he

5    has no ongoing authority with the company and he is expected

6    to be terminated in short order.

7          THE COURT:  Okay.  Obviously, the company has been

8    in active dialogue with the federal regulators and the DOJ.

9    That leaves the potential issues with the state regulators.

10   For quite some time, I've been urging the Debtor, I guess

11   the Committee as well, to be in dialogue with the state

12   regulators.  I think that -- I think you all want to avoid

13   any unnecessary surprises once either disclosure statement

14   comes on for hearing or confirmation hearing, you know.

15         I -- it was the federal regulators in Voyager, but

16   it -- we all know what effect that seemed to have on it.

17   So, I mean, obviously the Debtor has been in dialogue with

18   all of the federal regulators.  I'm interested in seeing

19   what the settlements actually look like when that's

20   released.  Let me end with that.

21         MR. KOENIG:  Okay.  Your Honor, earlier in

22   colloquy, you seemed to almost be suggesting once the

23   agreements become public, would you like to file those on

24   the docket so that everybody has ready access?

25         THE COURT:  I think so, so that everybody can see

Page 38

1     it and I guess your claims agent will put it on their

2     website as well --

3                MR. KOENIG:  Yes.

4                THE COURT:  -- and provide everybody with easy

5     access to it.

6                MR. KOENIG:  Wonderful.  And on the -- on your

7     last point about the state regulators, we're in constant

8     dialogue with them, too.  We've urged them in the same way

9     that we urged the federal regulators, the account holders

10    are the victims here.  It doesn't make sense for the

11    government to come in and levy huge fines.

12               Of course, they have their rights and, you know,

13    they haven't agreed to anything, but we're -- I would say

14    that the Debtors are cautiously optimistic that given the

15    way that the federal regulators, we were able to reach

16    agreement with them, we're hopeful that that will pave the

17    way for similar agreements with the state regulators.

18    That's all that I have.  I don't know if you wanted to hear

19    from Mr. Colodny before turning to the agenda.

20               THE COURT:  Well, I do.  Let me just ask this.

21    When do you expect to have an amended disclosure statement?

22               MR. KOENIG:  As early as later this week, Your

23    Honor.

24               THE COURT:  Okay.  So I mean, I -- my chambers, I

25    guess, the Committee was in touch with my courtroom deputy,

Page 39

1    Deanna Anderson and maybe you were as well, about dates for

2    -- possible dates for confirmation hearing.  And so you're

3    going to need 28 days' notice for objections and a hearing

4    on disclosure statement and you also need 28 days' notice,

5    for objections and hearing on confirmation.  So that's

6    obviously after a disclosure statement and ballot are

7    approved for mailing.

8            So I don't know how all this will fit into the

9    bigger picture.  I was asked about a potential two-week

10   block for a confirmation hearing.  Assuming that disclosure

11   statement is approved and it goes out for balloting, I was

12   asked about a couple -- I was asked for a two-week time

13   period.  That's a little complicated.  So I'll give you all

14   some potential dates.  Okay, first dates I was -- make sure

15   I got this right.

16           Okay.  So it may not be possible or be more

17   difficult to have two consecutive weeks.  All right.

18   Potential dates are October 2 through 6.  On Monday, October

19   2, we would need to start at 2 p.m.  Starting in September,

20   I teach on Monday morning from 9:10 until 11 a.m. at

21   Columbia.  So we can't have a hearing on Monday morning.  We

22   can start at two o'clock.  So October 2 through 6; 16

23   through 20.  Sixteenth is Monday.  Again it's -- have to be

24   a two o'clock start time.  Twenty-three -- 23rd through the

25   27th.  That is two consecutive weeks.  I don't expect a

Page 40

1    response now.

2            MR. KOENIG:  All right, Your Honor --

3            THE COURT:  Just bear with me one more.  I've got

4    one more question.  So on the -- I gave you those dates,

5    16th or 20th, 23rd to 27th.  The 26th, as of now at least,

6    we would have to start at one o'clock.  I have hearing in

7    the morning, a final pretrial conference in what promises to

8    be a long trial.  Possible that would move, but -- so those

9    would give you a sense of the dates and you can all confer

10   about it.  I don't expect answers now.

11           MR. KOENIG:  We'll coordinate with chambers, and

12   of course, we hope that the confirmation hearing is less

13   than two weeks.  We just -- we know the Voyager confirmation

14   hearing was two weeks and if past is prologue, we want to be

15   ready.

16           THE COURT:  So other than this issue about

17   Mondays, we'll start at 9 a.m. and I'm amenable to going

18   late.  It's not necessarily the preferred action, but I've -

19   - I mean, I've had hearings going into the evening, night.

20   It's not -- again, not preferred.  Usually, if I start at

21   nine, I usually like to stop by 5:30 unless a witness is

22   being examined and then I'll go until they're finished,

23   typically, if they can be finished within a reasonable time.

24   That'll give you an idea of the time limit.  I just have

25   this issue about Monday starting in September.

Page 41

1              MR. KOENIG:  No worries.  We will figure it out.

2      We'll coordinate with the other parties and --

3              THE COURT:  Okay.

4              MR. KOENIG:  I assume we will take the first dates

5      you have available.  We want to be out of bankruptcy as fast

6      as we can.

7              THE COURT:  Right.  Okay.

8              MR. KOENIG:  All right, I'll cede the lectern to

9      Mr. Colodny.

10             THE COURT:  Thank you.  Mr. Colodny?

11             MR. COLODNY:  good morning, Your Honor.  Aaron

12     Colodny from White& Case on behalf of the Official Committee

13     of Unsecured Creditors.  You know, each of the government

14     actions that were filed against Mr. Mashinsky and the

15     Debtors echo what both the examiner found and the Committee

16     brought in its class complaint.  We believe that the

17     cooperation of the Debtors which was specifically called out

18     by the district attorney was key to getting the outcome that

19     we have here, which is justice being served and the

20     government's commitment to using this process to return

21     funds to account holders.

22             I don't think it's any surprise that that is

23     critical to us and our mantra in this case has been more

24     recoveries to creditors quickly.  We believe the account

25     holders are the victims here and we think that all of these

Page 42

1    actions are large steps forward to making that happen.  I

2    could repeat a lot of what Mr. Koenig said, but if Your

3    Honor has any questions about how the Committee views this

4    or the Ripple decision, happy to answer anything.

5            THE COURT:  No, I -- look, I mean, I've read

6    Ripple and I've read half a dozen commentaries about it.

7    Again, it's not a binding precedent on this Court.  And I --

8            MR. COLODNY:  What I'll say about that, Your

9    Honor, is I think we all know that Ripple won't likely be

10   the last word.  But we don't intend to wait for the last

11   word.  I think that I agree --

12           THE COURT:  Well to the extent -- let me just

13   interrupt.  You know, to the extent that issues are

14   consensually resolved in a plan, then you know, it's not --

15   I don't think it's necessary for the Court to resolve the

16   issues.  The key, I think, is coming to a consensual

17   agreement to the fullest extent possible.

18           MR. COLODNY:  And we are working our hardest to

19   get there.  As you said before, consensual resolution in

20   bankruptcy avoids putting money and spending money on

21   litigation and gets money back to customers quicker, which

22   are our two main goals here and I think you'll hear a little

23   more about that today.

24           THE COURT:  I -- just for full disclosure, I was -

25   - I spoke at the ABI Northeast program in Newport, Rhode

Page 43

1    Island on Friday and Saturday on a panel on crypto.  Shoba

2    Pillay was -- the examiner from this case was on the panel

3    as well.  She put up the chart of alleged market

4    manipulation, the chart that's in her examiner's report that

5    came, as she said, on -- she and I didn't discuss the

6    merits.  Okay.  I want to make clear.

7             And I didn't opine on any of the issues that would

8    have to -- obviously, there was broad interest last week and

9    a lot of late night reading of things that just came out

10   before the conference.  But she put that chart up on the

11   PowerPoint screen of the price movements of the CEL token.

12   But again, I didn't address those issues, but she and I were

13   on the panel together with some other people.  Okay.

14            MR. KOENIG:  Your Honor, for the record again,

15   it's Chris Koenig.  Turning to the agenda this morning.  The

16   first item up on the agenda is the revised motion to pay the

17   fees of the BRIC as a backup plan sponsor.  I know we got

18   into this at length at the last hearing, so I won't repeat

19   myself too much.

20            The last hearing, Your Honor indicated that the

21   BRIC could not provide consultant services to the Debtors

22   and the Debtors could not pay --

23            THE COURT:  Well, they'd have to seek retention

24   and I think there were roadblocks to retention.

25            MR. KOENIG:  I was just going to say, without

Page 44

1    being retained as a professional, pursuant to Section 327

2    and we agree they probably would have had some issues with

3    conflicts.  So the parties heard you loud and clear.  We

4    went back to the table.  We revised the documents to remove

5    the consulting services and to remove the consulting fees.

6    And so we're here seeking approval of the backup commitment

7    fee of $1.5 million and expense reimbursement.  The expense

8    reimbursement will be paid through the date of this order.

9    That amount is not expected to exceed 1.5 million.

10             THE COURT:  So there were some replies that --

11   late replies that was filed that deal with what the fees

12   were being paid for.

13             MR. KOENIG:  I think that that was the last

14   hearing perhaps, Your Honor.  We haven't had that -- we

15   didn't file for the BRIC.  That's on the Series B CEL, Your

16   Honor.

17             THE COURT:  Okay.  I'm sorry.  That is the Series

18   B.

19             MR. KOENIG:  So we are proceeding on --

20             THE COURT:  Yes.

21             MR. KOENIG:  -- an uncontested basis, I believe,

22   this morning.  The objection deadline passed last Friday.

23   No objections were filed.  We're not aware of any informal

24   objections.

25             THE COURT:  I'm going to turn to Ms. Cornell, see

Page 45

1    what the position of the U.S. Trustee is.  I noted that

2    there were no further objections that were filed.  Ms.

3    Cornell?

4              MS. CORNELL:  Thank you, Your Honor.  Shara

5    Cornell (indiscernible) for the United States Trustee.

6    Again, thank you for allowing me to appear virtually this

7    morning.  I appreciate it.

8              Your Honor, we filed our original objection at

9    Docket (indiscernible).  These are extremely unusual

10   circumstances proposed by the Debtors and the Committees

11   here.  The amended motion is slightly more palatable but

12   it's still a lot of money.  The reviews are an unnecessary

13   expense of the bankruptcy estate, especially when we have

14   the stalking horse fees that are already quite high.

15             Specifically, we have questions about why BRIC

16   should receive an expense reimbursement.  Diligence was

17   performed in advance of the deal and that's a slippery slope

18   for more fees in future cases or even this case.  What if

19   there's a backup bid to the backup bidder after the auction

20   is reopened?  The line has been drawn and the question is

21   why should further parties be compensated?  Thank you, Your

22   Honor.

23             THE COURT:  I guess my question is, it's all very

24   interesting.  Why didn't you put it in -- on paper?  That is

25   a question to you.

Page 46

1           MS. CORNELL:  It is very interesting, Your Honor,

2   but it's a lot of money in this case and it's just one more

3   party that's being paid.

4           THE COURT:  Let me be pointed.  Are you objecting

5   to it?

6           MS. CORNELL:  Yes, Your Honor.  Our --

7           THE COURT:  Why didn't you file a further --

8           MS. CORNELL:  -- objection still stands at Docket

9   --

10          THE COURT:  Why didn't you file a further document

11  saying you were objecting, if that's what you're doing?

12  There was an objection deadline of July 14th and no

13  responses by anyone were filed.

14          MS. CORNELL:  I understand that, Your Honor.  Our

15  position was that we filed our objection in 2847 and that it

16  was not overruled and that it still stands.

17          THE COURT:  It was sustained with respect to the

18  consulting fees.  They went back to the drawing board.  But

19  -- okay.  Your verbal objection is untimely and overruled.

20  I'm happy to be able to approve the backup plan for the

21  sponsor.  I commented at the time of the last hearing,

22  contrary to the position taken by the U.S. Trustee in the

23  circumstances of this case, in my view, the necessity of

24  moving forward toward confirmation as rapidly as reasonably

25  possible, that it was -- it is important to have the backup

Page 47

1    bidder plan and it does seem to me, that they are performing

2    important services in support of the fee that they would be

3    entitled to.  It is no doubt rich and in -- I want to make

4    clear that in other circumstances, I would be very reluctant

5    to approve it.  I think the examples of what happened in

6    Voyager show the importance of having this backup bid with a

7    somewhat alternative plan structure in the event that, you

8    know, the sponsor proposal winds up failing or being unable

9    to close.  So it is approved.

10           MR. KOENIG:  Thank you, Your Honor.  We'll submit

11   the order to chambers.

12           THE COURT:  (indiscernible).  Go ahead.

13           MR. KOENIG:  Thank you, Your Honor.  Up next is

14   the proposed settlement motion with the Series B.  The

15   dispute with the Series B holders over their entitlement to

16   recover from the Debtors' estates is perhaps the most

17   protracted and contested issue in these cases.  It started

18   it when the Series B holders sought appointment of an equity

19   committee early in the case.

20           It's resulted in one fully litigated trial and

21   opinion that has been appealed and it spawned a variety of

22   other litigation that sought -- that had the potential to

23   delay these cases, delay confirmation, and delay emergency.

24   Court's decisions to date had already generated two appeals

25   and future decisions were likely to also be appealed.  And

Page 48

1    these disputes would have created enormous cost for the

2    estates.  If this litigation ran to its conclusion -- we had

3    dozens of depositions scheduled, many days of trial

4    scheduled.

5          Even if the Debtors won the litigation, their

6    stakeholders would have nonetheless lost by bearing the cost

7    of litigating these complex issues as well as the likely

8    delay to confirmation and emergence.  And although the

9    Debtors were confident in their litigation position, there

10   was nonetheless some risk that the Series B could win and if

11   they won, they likely would have been entitled to recover up

12   to $600 million from the Debtors' estates.

13         So we engaged in settlement negotiations and we

14   reached a deal.  By the settlement motion, Debtors seek to

15   implement the Series B settlement between the company, the

16   Committee, and the initial consenting Series B holders.  It

17   fully resolves the litigation between the parties and allows

18   the Debtors to proceed towards confirmation without needing

19   to litigate these key issues.

20         The settlement provides for $25 million in cash.

21   That $25 million is going to be funded out of the prior sale

22   of the GK8 platform which had been segregated pending the

23   resolution of this dispute and will involve the release of

24   all claims between the initial consenting Series B parties

25   on the one hand and the Debtors and the Committee on the

Page 49

1    other hand.

2             The way we're going to implement the settlement is

3    through a substantive consolidation of CNL and LLC.  The

4    Debtors filed a motion to substantively consolidate those

5    entities on May 1st and the Committee also filed a motion to

6    substantively consolidate those entities.  That objection

7    deadline passed and no party's objected to it there or in

8    the settlement motion here that implements that relief.

9             The only objections that we received to the

10   settlement motion were from Mr. Herrmann and Mr. Frishberg.

11   Probably saw in our reply that we filed yesterday, we were

12   able to resolve that dispute with language in a revised

13   proposed order.  The only remaining dispute -- the only

14   remaining objection, I should say, is from one of the other

15   Series B holders who did not sign the settlement, appears to

16   object to the allocation of the $25 million, but they did

17   not participate in this litigation.  They were not

18   litigating against the company.

19            From the company's perspective, the settlement

20   makes sense as cost saved and we believe that the cost that

21   would have been incurred would have been tremendous here and

22   may have even exceeded the $25 million settlement.  But from

23   our perspective, we were paying $25 million to resolve the

24   dispute.  The allocation was not so much our issue.  The

25   Series B holders proposed an allocation.  We asked them, did

Page 50

1    your fees actually exceed $24 million and they represented

2    that it did.  Probably saw in their reply yesterday.

3               THE COURT:  That was what I mistakenly referred to

4    earlier.

5               MR. KOENIG:  No problem, Your Honor.  But what I

6    would argue is, the objecting party is not bound by the

7    settlement.  It wasn't offered to them.  Any Series B holder

8    that wanted to sign the settlement, receive their share of

9    the proceeds, and grant releases, is free to do so.  The

10   objecting party can retain whatever rights they have.  They

11   have not sued the Debtors.

12              The substantive consolidation would go forward and

13   they have whatever rights they have under the Chapter 11

14   plan or otherwise.  But we submit that the settlement is in

15   the eminent business judgment of the company; avoids costly,

16   protracted, and risky litigation; and should be approved.

17   We filed a declaration of Mr. Ferraro in support of the

18   settlement motion in Docket No. 2967.  I'm happy to move

19   that into evidence at this time.

20              THE COURT:  All right.  Are there any objections

21   to the Court admitting in evidence the Ferraro declaration,

22   ECF 2967?  All right, it's admitted into evidence.

23              (ECF 2967 entered into evidence)

24              MR. KOENIG:  Your Honor, that concludes my opening

25   presentation.  I don't know if the Committee or the Series B

Page 51

1    wish to be heard before we turn it over.

2                THE COURT:  I do want to hear from the Committee.

3                MR. KOENIG:  Thank you, Your Honor.

4                MR. AGANGA-WILLIAMS:  Temidayo Aganga-Williams,

5    Your Honor, from Selendy Gay Elsberg.  Your Honor, the

6    Committee joins with all the reasons that Mr. Koenig just

7    advanced, part of the settlement agreement with the Series

8    B.  From the Committee's standpoint, the settlement terms

9    are straightforward and the agreement satisfies the

10   threshold for reasonableness under Rule 9019.  The agreement

11   settles all litigation between the Debtors and the Committee

12   and the Series B preferred holders and seeks the substantive

13   consolidation of the CNL and LLC estates in exchange for a

14   $25 million cash payment and the release of all claims.

15               I won't rehash all the terms that Debtors' counsel

16   just did, Your Honor, but I will note that as Your Honor

17   knows, our firms role in this bankruptcy was to represent

18   the Committee in certain matters that were adverse to the

19   Series B preferred holders.  And this included investigating

20   potential claims against preferred equity holders.  When the

21   parties reached this agreement, the settlement agreement,

22   our firm had been investigating those claims for months.

23               Now, while Your Honor will expect, the specifics

24   of our investigation are privileged we'll give Your Honor a

25   general sense of the work that we did, which included

1   investigating and reviewing publicly available information

2   and the substance of Court filings like the examiner's

3   report, and also the voluminous documentary record produced

4   over the course of this bankruptcy.

5           We have begun depositions in connection with the

6   sub con litigation and we also notified the Series B

7   preferred holders that we would promptly pursue additional

8   document and deposition discovery under Rule 2004.  Of

9   course, our investigation was still ongoing when the

10  settlement was reached, but we advised the Committee members

11  that based on the facts and circumstances as they were known

12  to us at the time and the relevant law pertaining to

13  potential claims subject to the releases, our investigation

14  process and findings to date and the value of the settlement

15  agreement, customers supported the acceptance of an

16  agreement here.

17          Ultimately, we took those findings to the

18  Committee and provided our advice and the Committee voted to

19  accept the settlement agreement.  We believe the benefit of

20  the settlement is significant and satisfies the threshold

21  for reasonableness, and we respectfully request that the

22  Court so-order the proposed order, approving settlement and

23  consolidating the CNL and LLC estates.

24          THE COURT:  So let me ask you this, because in

25  particular for the Earn account holders, the impact of

Page 53

1    substantive consolidation in light of the Court's earlier

2    decision which I recognized was appealed, that the Earn

3    account holders' only contract claims were against LLC;

4    could you just briefly discuss the actual impact on Earn

5    account holders by the provision of this agreement which

6    essentially -- which does provide for substantive

7    consolidation of CNL and LLC?

8              MR. AGANGA-WILLIAMS:  Yes, Your Honor.  Well, a

9    negotiated term of the order of approving the settlement

10   would be that it resolves all pending litigation.  So with

11   the -- with regard to appeals from the Court's order

12   regarding the contract claims --

13             THE COURT:  No, I understand that.  The appeals

14   are resolved.  But I think maybe Mr. Colodny wants to

15   address this, if he could.  What I would just like, you

16   know, sort of a plain English explanation of the impact on

17   LLC creditor claims as a result of the substantive

18   consolidation during the bankruptcy law at issue.  Go ahead,

19   Mr. Colodny.

20             MR. COLODNY:  Happy to, Your Honor.  So as you

21   know, the Debtors' assets are held at different legal

22   entities.  There's a substantial amount of liquid

23   cryptocurrency investments and other assets that are held at

24   CNL.  Under Your Honor's ruling, the Earn claimants only had

25   contract claims against LLC.  We filed our class claim

1    asserting other claims which has not been adjudicated yet

2    and I think we're going to get to that in a status

3    conference after this matter is adjudicated.

4            But what the substantive consolidation will do is

5    merge the two estates so that Earn claimants will have

6    claims against the assets and be entitled to recover from

7    the Debtors' estates at CNL, which holds the substantial --

8    I don't know if substantial majority, but holds the majority

9    of the Debtors' assets.

10           So the settlement not only resolves claims against

11   the Series B litigation and litigation before this Court,

12   but it provides current account holders with access to all

13   of the assets held by CNL.

14           THE COURT:  So for example, which entity owns

15   mining directly or indirectly?  That's up through CNL?

16           MR. COLODNY:  Correct.  Mining --

17           THE COURT:  And so to the extent there's value in

18   CNL, the Earn account -- excuse me.  To the extent that

19   there's value in mining, the Earn account holders benefit

20   from, as a result of the substantive consolidation even

21   though mining was held not by LLC, but by CNL, correct?

22           MR. COLODNY:  Entirely correct, Your Honor.

23   Mining is a subsidiary of CNL.  To the extent there are

24   direct claims against mining, those claims will recover

25   first.  There's no funded debt or substantial funded debt

Page 55

1   claims against mining, so there is equity value which we

2   believe will flow up to CNL.  The substantive consolidation

3   of CNL and LLC will result in Earn account holders having --

4   and general unsecured creditors of either entities having

5   claims of the equity value of mining.

6        THE COURT:  Okay, thank you.  Thank you very much.

7   All right.  Preferred holders want to be heard?  Mr.

8   Leblanc, do you want to be heard?

9        MR. LEBLANC:  Good morning, Your Honor.  Andrew

10   Leblanc of Milbank on behalf of Community First Partners,

11   one of the Series B investors, and Mr. Metzger is here in

12   the courtroom with me.  He represents, of course, CDP

13   Investissements, another of the most -- more significant

14   holders and Mr. Dunn is actually on the TV screen here with

15   us, joining by video.

16        Your Honor, we obviously support the Court's

17   approval of the settlement.  I will echo the comments of Mr.

18   Koenig.  This was among the most intense litigations I've

19   ever been a part of in about 25 years of practice.  It was

20   very hard fought.  There were an enormous number of

21   significant issues.  I think we were, at the day we settled,

22   we had 17 depositions coming up in the next three days.

23   Obviously, the amount that would have been expended by the

24   Debtor parties would have been astronomical as it would have

25   been by my clients.  And so we reached the resolution.  We

Page 56

1    think it's appropriate and we'd urge the court to approve

2    it.

3            With respect to the one objection, and if Your

4    Honor wants to hear it from me after they lodge their

5    objection, I agree completely with Mr. Koenig.  We've

6    represented to the Court and I don't think anybody disputes

7    and I -- in fairness, I don't think anyone could dispute

8    that the quantum of fees exceeds what has been allocated to

9    pay for those fees.  What we didn't want -- we obviously

10   litigated this at our own expense despite our efforts to get

11   an equity committee for a period of over a year.

12           And we were trying to get a fair allocation to

13   make sure that our fees were reimbursed to the greatest

14   extent possible, but we did want to make an offer to other

15   people which are free to choose to accept or not.  And this

16   holder apparently chose not to accept it.  That means

17   they're not bound by it.  They want to pick up the baton and

18   continue the litigation in light of the litigation schedule

19   and the findings that Your Honor would enter if Your Honor

20   enters the order.  That's their choice.  We wish them the

21   best of luck if they were to do that.  But that's their

22   choice.

23           THE COURT:  What was the -- what is the face

24   amount of the Series B preferred?

25           MR. LEBLANC:  In total, Your Honor --

Page 57

1          THE COURT:  Yes.

2          MR. LEBLANC:  -- it's about $690 million.  Our

3    clients hold approximately 600 million of it.

4          THE COURT:  Okay.  Anything else you want to add?

5          MR. LEBLANC:  I don't, Your Honor.  I urge the

6    Court to approve the settlement.

7          THE COURT:  Okay.  Thank you very much.

8          MR. LEBLANC:  Thank you, Your Honor.

9          THE COURT:  Anybody else want to speak in favor of

10   the settlement?  All right, let me hear from the -- limited

11   objections, but let me from counsel for the limited

12   objectors, if they want to be heard.

13         MS. ADLER:  Yes, Susan Adler on behalf of Anderson

14   Investment, JR Investment Trust, and David Hoffman.  Thank

15   you for allowing me to appear telephonically.  I hope the

16   sound is okay.  (indiscernible) the parties in reaching the

17   settlement, understand that it was (indiscernible) that the

18   litigation expenses were going (indiscernible) higher.

19         My -- the reason this is a limited objection is

20   that there's simply not enough information in that agreement

21   for my clients to determine whether it works for them and

22   you know, (indiscernible) since the first -- you know, since

23   I first filed the objection (indiscernible) you know, my

24   clients (indiscernible) that's an issue.  But again, this

25   agreement (indiscernible) require them to give up certain

1    litigation rights and to take certain stances in the future

2    and right now, this is the -- you know, this is the best

3    time to get these questions answered for us.

4              You know, it's more financially feasible for them

5    to get these questions answered, answered now.  So that is

6    the source of our limited objection.  We still don't know

7    how the (indiscernible) were allocated or any analysis.  So

8    -- but I do, you know, I do applaud the efforts of the

9    parties and I realize  they're done -- that this has been

10   very hard fought out.

11             THE COURT:  All right, thank you very much.  Does

12   anybody else wish to be heard in opposition?  Please come

13   up.  Mr. Herrmann.

14             MR. HERRMANN:  Immanuel Herrmann, pro se creditor.

15             THE COURT:  Nice to see you in the courtroom, Mr.

16   Herrmann.

17             MR. HERRMANN:  Yes, nice to see you, Your Honor.

18   So one, our objection, we were able to fully resolve it.  So

19   I'm glad that that that was the case.  First off, I just

20   wanted to say, you know, this is a long fought battle.  I'm

21   glad to see it come to an end.  I just wanted to say a few

22   things.  One, customers may have direct claims against, I

23   think in particular, WestCap and CEBQ.  They made certain

24   claims.  I think customers relied on that, you know, some

25   customers relied on it in keeping their assets on the

Page 59

1   platform.  You know, we believe those claims are preserved.

2              This settlement with our changes also preserves

3   GK8 claims, or at least maybe it did already, but you know,

4   we'll note that GK8 made false claims of insurance which

5   actually were marketed on the website and were included in

6   one of the complaints and may have been the FTC complaint.

7              And then finally, I just wanted to say on the

8   appeal, we're still waiting for a full substantive

9   consolidation and a disclosure of what are the non-filing

10  entities.  So there's still -- this would consolidate the

11  parent company, but there's still a mining company that sits

12  above the substantively consolidated entities.

13             THE COURT:  I saw you filed an emergency motion

14  for a stay in the District Court, a stay of the Court's

15  opinion on which entities your claims reside against.  Has

16  the District Court ruled on that yet?

17             MR. HERRMANN:  No, Your Honor, they have not yet

18  ruled on that.

19             THE COURT:  Okay.

20             MR. HERRMANN:  I believe that that's resolved in

21  the changes that were made --

22             THE COURT:  All right.

23             MR. HERRMANN:  -- to the order.

24             THE COURT:  And you'll advise the District Court

25  of that?

1          MR. HERRMANN:  And -- yes, Your Honor.  And also

2    if we're able to resolve the substantive consolidation

3    issues, then I do believe that ultimately would end the

4    appeal, if we could deal with the other entities that

5    haven't been substantively consolidated.

6          THE COURT:  Okay.  Thank you, Mr. Herrmann.

7          MR. HERRMANN:  Thank you.

8          THE COURT:  Anybody else?  Mr. Fishberg.  Nice to

9    see you in the courtroom as well.

10          MR. FRISHBERG:  Good morning, Your Honor.  Danial

11    Frishberg, pro se.  My notes were kind of taken in security,

12    so I'll have to work on this --

13          THE COURT:  Just speak clearly and --

14          MR. FRISHBERG:  Sorry.  My notes were taken at

15    security so --

16          THE COURT:  Your notes were taken?

17          MR. FRISHBERG:  They're on my phone.

18          THE COURT:  You can't bring a -- only lawyers can

19    bring phones.

20          MR. FRISHBERG:  We were able to bring it to

21    mediation yesterday, so I assumed I could bring it.

22          What Mr. Herrmann said about how there's a mining

23    entity that's not consolidated, I'm not sure if that's fully

24    accurate, but I am -- but my understanding of the corporate

25    structure is that there's -- I believe it's Celsius Lending

Page 61

1   LLC which holds in excess of a billion dollars in assets

2   which sits directly underneath the parent company which

3   would not be consolidated in these -- in the settlement.

4           THE COURT:  Well, any value of any subsidiaries

5   held directly by CNL flows up to CNL and by virtue -- it's

6   the same thing with mining, thereby any value that flows up

7   to CNL is now -- would now be available to LLC's creditors.

8           MR. FRISHBERG:  It's not under CNL, I believe.

9   There's one under CNL and there's two lending entities, one

10  under CNL and one directly under the Delaware parent

11  company.  It's on the flow chart going through CNL just

12  directly into the parent company.  Under the current

13  proposed plan, I believe Earn holders would be last to get -

14  - have claims against it, since it would have to go into the

15  other entities after all claims are fully satisfied.

16          At least that is my understanding of it.  It is a

17  fairly complex structure.  Yeah, and as Mr. Herrmann said it

18  was the FTC company that (indiscernible) the GK8 claims.

19  Thank you, Your Honor.

20          THE COURT:  Okay.  Anybody else want to be heard?

21  Mr. Koenig, do you have any response?

22          MR. KOENIG:  Again, Chris Koenig.  Thank you, Your

23  Honor.  Mr. Herrmann agreed, the settlement does not include

24  any nonconsensual releases of any direct claims.  To be

25  clear, it releases any claims that the company, the Debtors

Page 62

1    have against the initial consenting Series B holders as well

2    as any derivative claims that creditors may seek to bring on

3    the Debtors' behalf.  But of course, there's no

4    nonconsensual releases and if there are direct claims there

5    are direct claims.

6           I repeat what I would say to Ms. Adler's client

7    that the settlement, they retain whatever rights they have.

8    It was an open offer to them that they apparently did not

9    accept and we believe that the settlement is reasonable and

10   should be approved pursuant to Bankruptcy Rule 9019.

11          THE COURT:  All right.  So the Court is going to

12   grant the motion, overrules the limited objections.  I

13   intend to issue an opinion or order within next day or two

14   that deals with -- just so, no suspense, but the motion is

15   granted.

16          MR. KOENIG:  Thank you, Your Honor.  I believe

17   we're now going to have a status conference on the bar date

18   and related issues that sort of stem out of the Series B

19   settlement, that was under the Series B heading.  Mr.

20   Colodny filed that last night.  I'll cede the lectern.

21          THE COURT:  Mr. Colodny.

22          MR. COLODNY:  Thank you, Your Honor.  Aaron

23   Colodny on behalf of the Official Committee of Unsecured

24   Creditors.  Your Honor asked about an amended disclosure

25   statement.  I hope Mr. Koenig did not over promise by later

Page 63

1    this week, but --

2              MR. KOENIG:  I said as early as later this week.

3              MR. COLODNY:   True.

4              THE COURT:  What's your prediction, Mr. Colodny?

5              MR. COLODNY:  Mid next week.  Your Honor, we --

6              THE COURT:  Have a nice weekend.

7              MR. COLODNY:  They always are.  We -- I want to

8    start again with the government complaints.  I think they

9    echo what we brought in our class claim and what the

10   examiner found.  They show that Mr. Mashinsky and Celsius'

11   prepetition management actions had real effects on account

12   holders and they devastated a lot of people.  As of the

13   initial bar date, 23 -- about 23,000 account holders filed

14   proof of claim totaling over $70 billion.

15             The Committee also brought a class proof of claim

16   asserting fraud, misrepresentation, and other non-contract

17   claims on behalf of all account holders.  And per this

18   Court's order approving the filing of that class proof of

19   claim, the bar date is currently over.

20             We need to close the bar gate before we solicit a

21   plan and we wanted to use this opportunity to inform

22   everyone, the Debtors and the Committee have discussed and

23   we intend to file a notice with Your Honor's approval, as is

24   required by that order, to set it for August 2nd.  So with

25   Your Honor's approval, we can file a notice of proposed

Page 64

1    order setting the bar for August 2nd, if that's okay with

2    Your Honor.

3              THE COURT:  So tell me, what if anything has --

4    will happen with respect to the class claim?

5              MR. COLODNY:  Getting to that, Your Honor.  So

6    we've got 23,000 claims asserting $70 billion.  Resolving

7    all of those is going to take an incredible amount of time

8    if we were to go claim by claim.  On the same hand, account

9    holders having to prove fraud and specific damages is going

10   to take a significant amount of effort.  And I think we saw

11   when the bellwether trials were attempted scheduling, that

12   that is going to be difficult, time consuming, and

13   expensive, both for the account holders and for the estate,

14   and that is money out of the account holders' pockets in

15   twofold.

16             The potential harm to account holders, though, is

17   much greater than that because to the extent we are not able

18   to resolve those claims, the Debtors are going to hold --

19   have to hold back proceeds on the effective date because

20   they can't distribute all of the funds that they have and if

21   someone else comes back later and Your Honor finds they have

22   a valid claim, not receive anything because the funds have

23   been distributed.

24             So what that means in practical reality is if we

25   don't resolve the claims prior to the effective date, the

Page 65

1    disclosure statement recoveries will in fact be

2    significantly less in terms of an initial distribution.

3    There's still a good faith attempt to estimate the actual

4    distributions to creditors.

5            So we have been talking with the Debtors and

6    working to find a way to address this.  We are nearing the

7    terms of a settlement and what that settlement would provide

8    is that the Debtors would agree to certify the class and for

9    the allowance of a class claim on behalf of all account

10   holders, which would provide for an incremental recovery to

11   account holders to account for damages as a result of the

12   Debtors' noncontract claims.

13           Any account holder who wishes to opt out and

14   pursue their own litigation is free to do so, and we will

15   provide a disclosure which will be approved by this Court

16   which will allow -- if approved by this Court will allow an

17   opt-out of that settlement.  If they opt out of the

18   settlement though, they won't receive the additional

19   damages.  They will be left to the claim process to resolve

20   their claims and they will likely have to prove those claims

21   in order to receive a distribution from the Debtors' estate

22   because they will have a disputed claim under the plan until

23   that time.

24           We believe that the resolution of these non-

25   contract claims through this proposed settlement will allow

Page 66

1    the Debtors to hold back less on account of disputed claims

2    and distribute more value to account holders, more funds to

3    account holders faster.  That's been our mantra for a long

4    time.

5            I want to make a couple of things clear.  We're --

6    there will have to be certain exceptions from this.  We're

7    not trying to resolve claims where people dispute what

8    amounts are in what accounts and we're working with the

9    Debtors and the class claimants to find out what those

10   exceptions are going to be.  It also will not affect voting

11   on the plan in any way.

12           We're not seeking to impose a large claim that the

13   Committee will vote.  I've seen that.  In no way.  We filed

14   a -- the Debtors filed a disclosure statement motion by

15   which every account holder will vote the amount of their

16   scheduled claims.  We don't intend to effect that.  This

17   will be a democratic process.  We're going to need numbers

18   of votes and that's what we intend to do here.

19           So I think, more to come, but I wanted to preview

20   with Your Honor and everyone that's listening --

21           THE COURT:  Give me some sense of the anticipated

22   schedule of this.  I think -- look.  It's a huge creditor

23   body, spread around the world.  And I mean, I'm not --

24   haven't been asked to rule.  I'm not ruling on anything at

25   this point.  It would be unfortunate if this affected the

Page 67

1    disclosure statement, plan confirmation process.  You know,

2    it actually brings to mind a very vivid experience I have as

3    a practicing lawyer in the Drexel -- Milken, Drexel Burnham

4    litigation where there was a global class action which

5    actually was, the construct was part of a settlement plan

6    and there was an opt-out procedure and Judge Milton Pollack

7    was the judge who presided.

8            Judge Pollack called the opt-outs into Court and I

9    was -- I represented one of the main defendants in the cases

10   and was there for these and he would listen and he would say

11   fine.  When are you going to be ready to go to trial?  I

12   wouldn't do quite what he did.  He would say, we'll start

13   the trial next Tuesday.  But you know, I mean, people

14   reserve the right to opt out, but they need to understand

15   what the potential ramifications of that are.  That -- I'm

16   not -- you know, I will hear and judge whatever it is that

17   comes before me and will fairly judge it.

18           I just, I only tell this story because at the end

19   of the day, all the opt-outs with through their opt-outs

20   because the settlement actually was a pretty rich settlement

21   and, you know, I think they all became convinced this was

22   the best avenue for a fast recovery.  But the consequences

23   for those who opt out, they're catching a tiger by the tail

24   at that point.  So -- but we'll -- let's see where this

25   goes.

Page 68

1           Thank you for -- so what is -- with respect to

2    respect to the issue you raised about the amended bar date,

3    August 2, that's satisfactory to me.

4           MR. COLODNY:   Thank you, Your Honor.  And then

5    with respect to the proposed settlement, I'll step into Mr.

6    Koenig's shoes and say I'm hopeful we can get it on by the

7    end of the week.  And our intention is not to slow down

8    disclosure statement hearing, confirmation.  We want to keep

9    moving to get out of bankruptcy as quick as possible.

10          THE COURT:   Okay.  All right, thank you, Mr.

11   Colodny.

12          MR. COLODNY:   Thank you.

13          THE COURT:   Anybody else want to be heard?

14          MR. SABIN:   It's good to be back, Your Honor.

15   Jeff Sabin from Venable on behalf of Ignat Tuganov who is

16   one of the three lead representatives referred to in terms

17   of the class action proof of plan.  I rise to make clear

18   very concisely that we've had these discussions with Mr.

19   Colodny.  You know, our -- I can only give superlatives in

20   terms of the work and time that he's put and his colleagues

21   have put into this.  We support exactly what he has

22   otherwise conveyed to you.  Timing is very important to us.

23          We are also engaged as you know in a mediation

24   currently or concurrently with his hearing, continuing

25   shortly thereafter.  And I do believe that the process

Page 69

1    outlined and contemplated by Mr. Colodny is the right one

2    for this case.  I also want to point out that the class

3    proof of claim has been filed against all Debtors, okay, not

4    just a particular Debtor who may or may not be substantively

5    consolidated.

6            I also wish to point out that as you, I think,

7    have heard one of the issues that is still unresolved and we

8    hope to be resolved in connection with the mediation and the

9    plan process is whether additional Debtors may be

10   substantively consolidated, some or all of them.  And

11   indeed, we've raised that issue in our separate adversary

12   proceeding, which we also hope soon is resolved by part of

13   mediation (indiscernible).  And for all of those reasons, I

14   just wanted not update informationally, Your Honor, in terms

15   of where at least one of the class representatives is.

16   Thank you.

17           THE COURT:  Thank you, Mr. Sabin.  Mr. Colodny, go

18   ahead.  I'm sorry --

19           MR. KOENIG:  No problem, Your Honor, Chris Koenig.

20   Just very briefly, want to echo what Mr. Colodny said.

21   We've been struggling with the claims process, how to deal

22   with them fairly, equitably, and at the same time we want to

23   get distributions to customers as soon as possible and for

24   23,000 claims, that could drag on for years.  So what we've

25   -- what we have an agreement in principle with the Committee

Page 70

1    on is, this is a process that will offer account holders an

2    additional claim on account of fraud, misrepresentation, and

3    the like.  It is an open offer.  They can take it or not.

4    If they believe that they can achieve a higher recovery,

5    than what's in the offer, they're free to opt out.  But from

6    our perspective, fraud is a heightened pleading standard.

7    It's very difficult for individuals to prove.  And although

8    it's in the examiner's report, actually proving it is

9    difficult, time consuming, costly.  You might have to hire a

10   lawyer.  So we think that this is an equitable and speedy

11   way to give common sense to the account holders that want it

12   and if they want to opt out, they are certainly free to do

13   so.

14             THE COURT:  Thank you very much.

15             MR. KOENIG:  Thank you.  I believe next up on the

16   agenda is -- we're at fee application --

17             THE COURT:  Yes.

18             MR. KOENIG:  So I'll cede the lectern to Mr.

19   Sontchi.

20             MAN:  Your Honor --

21             THE COURT:  You're excused.

22             MR. HANCOCK:  Good morning, Your Honor.  Mark

23   Hancock of Godfrey & Kahn on behalf of the fee examiner.

24   Chris Sontchi is also with me here today.  Your Honor, on

25   July 7th, we filed the fee examiner summary report with

Page 71

1    recommendations for 16 fee applications for approval,

2    subject to various consensual reductions.  Happy to answer

3    any questions you have for me or for Judge Sontchi -- Chris

4    Sontchi regarding that summary report.

5              THE COURT:  Mr. Sontchi, do you want to be heard?

6              MR. SONTCHI:  Good morning, Your Honor.

7              THE COURT:  Good morning.

8              MR. SONTCHI:  Chris Sontchi, the Court appointed

9    fee examiner.  Yeah, just very briefly, I would like to

10   applaud the work of the firms to adapt themselves to the

11   sort of rules we laid down at the beginning and we dealt

12   with in connection with the first interim fee applications

13   and we saw a lot of changing in billing behavior which is

14   normal by the parties and that resulted in a much smoother

15   process to resolve the claims that are -- the claims that

16   were brought by the professionals.

17             I'm here specifically in case you had any

18   questions in connection with the Voyager issue that we did

19   address.

20             THE COURT:  Yeah, why don't you just -- so that,

21   just very briefly describe what the Voyager issue is so that

22   that anybody who is on Zoom --

23             MR. SONTCHI:  Sure.

24             THE COURT:  -- in the courtroom will understand.

25             MR. SONTCHI:  So the Voyager issue is that

Page 72

1   Kirkland & Ellis is lead counsel to Voyager, which is a

2   separate crypto case.  They are also the counsel to Celsius.

3   Voyager had a bar date for the filing of proofs of claim and

4   Celsius did not file proof of claim prior to the bar date.

5           Additionally, because of that relationship and

6   other relationships, the Debtor hired conflicts counsel

7   which was Akin Gump.  After -- actually, I believe it was

8   Mr. Fishberg who brought it to everyone's attention after it

9   was brought to the attention of the estate that the bar date

10  had been missed.

11          Kirkland and Akin both got very busy to file a

12  motion in the Voyager case seeking to allow the filing of a

13  late proof of claim.  Ultimately, that was denied by Judge

14  Wiles who noted that among other things that it could not

15  constitute excusable neglect when the same law firm

16  represented Celsius and Voyager and that law firm did not

17  file timely proof of claim.

18          That litigation continues.  Akin Gump has taken

19  over complete control of that litigation and is negotiating

20  with a series of conflict counsel at Voyager.  It's been

21  very difficult to get someone to talk to at Voyager.  I

22  think they're on their fourth law firm that they're dealing

23  with to try to resolve that on a consensual basis.  That's

24  the current status.  I wasn't asked -- that's your job --

25  whether there was any substantive issue to deal with.  I was

Page 73

1    -- I viewed my role in looking at the fees that were sought

2    in connection with the filing of the late proof of claim

3    whether they met the reasonableness standard, and we had --

4    I had and my attorneys had meetings with Kirkland and Akin

5    on these issues and we're not talking about a ton of money

6    that was spent.  Between the two law firms, it gets well

7    into the six figures.  And both firms agreed to lower their

8    recovery by -- and in connection with Kirkland by a

9    substantial cut, which was -- we made a request, they agreed

10   to it.  And as a result, the fees that are being approved or

11   seeking to be approved today constitute a discount to the

12   estate of some of the costs associated with pursuing the

13   late filed proof of claim in front of Judge Wiles.

14             THE COURT:  Is it fair to say, though, that

15   approval -- if I approve the fees as revised, it does not

16   release any claims arising from the circumstances that you

17   described?

18             MR. SONTCHI:  Correct.  Yes, absolutely, Your

19   Honor.  This isn't some sort of release.  If there are

20   malpractice claims or any other kind of claims against

21   Kirkland or Akin in connection with this issue, those are

22   obviously fully preserved either on behalf of the -- well,

23   on behalf of the estate or if there are any other

24   individualized claims, which I have no idea if there are.

25             THE COURT:  All right.

Page 74

1           MR. SONTCHI:  If I could also -- oh, I'm sorry.

2           THE COURT:  No, please go ahead.  I also wanted to

3    discuss Ms. Pillay's work.  So we took a very long look and

4    had many conversations with her in connection with the fee

5    application of Jenner, which was about $10 million.  In the

6    context of at least early on when this was being discussed,

7    way back last fall, numbers of in the, you know, $2 million

8    cap, something like that was talk -- were talked about.  We

9    wanted to make sure we understood what occurred here.

10          And I have -- first of all, I also spent a lot of

11   time talking to professionals in our world who are involved

12   in this case, as well as the professionals in this case

13   about their belief about the merits of the reports that the

14   examiner provided and whether they were worth $10 million.

15   And I could tell you universally, throughout the universe of

16   that we live in, everyone said they were absolutely worth

17   the amount that was spent.  So we had some concerns.

18          It was a full court press, but she was given a

19   very short period of time.  She was required to do two

20   reports, not one report.  And I've read a lot of reports in

21   my career.  You've read a lot of reports.  It's just a

22   phenomenal piece of work.  So at the end of the day, we --

23   they did agree to some changes, some minor -- well, not

24   minor.  Some significant changes in connection with

25   staffing, using higher billed rates when it could have been

Page 75

1    lower billed rates.  Sort of typical stuff.

2           We took no deduction or asked for no deduction in

3    connection with sort of overstaffing or anything along those

4    lines.  Given the unique circumstances of this, this is --

5    this parrots what you said earlier, the unique circumstances

6    of this case, the timeframe, the complexity, the amount of

7    work that had to be done.  I felt it was an appropriate

8    amount to approve.

9           THE COURT:  All right.  I'll just make a brief

10   comment about the expense of the examiner.  I think that the

11   two reports were extraordinary.  That's the first

12   observation I would make.  And this is not the -- I've never

13   been a giant fan of examiners.  I've had examiners in two

14   very large cases and they were expensive.  Just referring to

15   this case in particular, I think that the examiner has

16   delivered value for what the cost was.  I will never know.

17          I think state and federal regulators, DOJ would

18   have been much, much more active throughout in the absence

19   of an examiner.  I'm not questioning the Committee's ability

20   to conduct an investigation.  I don't think they could have

21   delivered the reports, given the constituency, the reports

22   that were delivered by the examiner.  So actually, I view

23   this as an example where yes, an examiner is expensive but I

24   think Ms. Pillay and her colleagues add credibility.

25          You know, the scope originally had been negotiated

1    between the Committee, the U.S. Trustee, and the Debtor.  I

2    think it was important, people may disagree, I was very

3    interested in the comments and recommendations from pro se

4    creditors who I think know a lot more about crypto than I

5    do.  And I think I commented at the time, I thought they

6    raised some very good issues and the examiner's scope, the

7    scope of the investigation was expanded.

8              I think that it -- I've read examiners reports

9    before.  I think these two reports done in very, very

10   compressed timeframe were fairly extraordinary.  I

11   appreciate the scrutiny that you and your counsel took in

12   reviewing the fee applications as well.  So I just want to

13   make that comment about the examiner report.

14             I do -- and either, I don't know whether you or

15   your counsel want to address the issue about the deferral of

16   the Latham & Watkins fee application.

17             MR. SONTCHI:  I'd be happy to address that, Your

18   Honor.  Latham & Watkins is regulatory, special regulatory

19   counsel to Celsius.  And indeed, they were involved in the

20   early discussions with the government entities.  We have an

21   ongoing dialogue with them and indeed we have a meeting -- I

22   have a meeting scheduled with them next Monday here in New

23   York face to face to discuss these issues.  With regard to

24   two issues, one are just technical issues.  Their time

25   records are difficult for us to understand.

1           And second, more substantive issues.  Kirkland

2    took over for them, for all intents and purposes, in

3    February.  And so the issues with Latham are pretty isolated

4    to the November to February -- excuse me, beginning of the

5    case to February sort of timeframe.  Kirkland is really

6    taking by far the laboring oar with the regulatory issues

7    now.

8           So, rather than prematurely -- well, there are two

9    things.  One, we just need more information and need an

10   under -- better understanding of what happened, why Kirkland

11   took over, et cetera.  And then also we just need some help

12   with, from them frankly on the quality of their time

13   records.  So it's an ongoing dialogue and rather than

14   getting into any kind of dispute when hopefully there won't

15   be a dispute, we're just continuing so we can continue to

16   have these discussions.

17          And as I said, we have a meeting next week here in

18   New York on these issues.

19          THE COURT:  Thank you very much.

20          MR. SONTCHI:  You're welcome.

21          THE COURT:  All right.  So --

22          MR. SONTCHI:  May I be excused?

23          THE COURT:  Yeah, you are.

24          MR. SONTCHI:  Thank you.

25          THE COURT:  Actually, you might want hold on --

1            MR. SONTCHI:  Okay.  All right.

2            THE COURT:  -- another minute.

3            MR. SONTCHI:  Guess I should wait to see if the

4    motion's approved.

5            MR. HANCOCK:  Yes, Your Honor.  Anything further?

6            THE COURT:  No.  What I was going to say is, I've

7    commented in many cases before that reviewing fee

8    applications is the least enjoyable part of my job but I

9    take the responsibility very seriously.  And I think I've

10   also commented, I haven't been a giant fan of fee examiners,

11   but this case has sort of maybe turned my view around about

12   it.  So what I have before me today are 18 professional fee

13   applications for the period from November 1, 2022 through

14   February 28, 2023, the second interim period.

15           And the fee examiner filed his second report.

16   It's at ECF 2975, which recommends the Court approve 16 of

17   the applications with certain stipulated reductions and

18   defer consideration of two applications.  Those are the

19   Latham applications.  And I reviewed -- I really have

20   reviewed them clearly and my clerks and interns have spent a

21   lot of time on this.

22           I think the fee examiner's report and

23   recommendation is exceedingly well done and I do not -- I

24   think this may be one of the few times in a big case I can

25   say this.  I don't have any issues that I want to raise.

Page 79

1    I'm satisfied with the fee examiner's report, the reductions

2    which they got applicants to agree to.  I think they were

3    all appropriate, in my view.  And so believe it or not, the

4    report and recommendations are adopted in full.  The fee

5    applications are approved, fees and expenses approved as set

6    forth in the fee examiner's report.

7            You know, in Exhibit A, report Exhibit A shows 16

8    of those applications and for both fees and expenses and

9    Exhibit B are the two Latham applications that are being

10   deferred.  So with that, that's why I thought I'd have you

11   stay for a minute because I didn't -- it really is

12   unnecessary to go through each of the applications.  So, I

13   appreciate all the work that went in, Mr. Sontchi, and your

14   counsel as well.

15           MR. HANCOCK:  Thank you, Your Honor.  Appreciate

16   it.

17           THE COURT:  Anything else that -- you know, I have

18   -- this is jam packed day and I have -- I know we have some

19   status conferences set, so let's try and very quickly, Mr.

20   Koenig, you go through them because actually I have -- I'm

21   already 15 minutes behind for the next hearing, so --

22           MR. KOENIG:  Your Honor, Chris Koenig.  I think I

23   can be very brief.  So at the last hearing, you directed us

24   to meet and confer with the adversary plaintiffs to try to

25   come up with a schedule.  We're very close on a schedule.

Page 80

1    The schedule would end with one joint hearing but all of the

2    other parties have agreed, we will have one joint hearing.

3    We're just working through some scheduling issues because

4    August, September, travel, holidays, all of those sorts of

5    things, but we expect to have a consensual proposed

6    scheduling order, I think later this week.

7             THE COURT:  Okay, thank you.  Does anybody want to

8    be heard on that?

9             MR. ADLER:  Good morning, Your Honor.  David Adler

10   from McCarter & English on behalf of the Ad Hoc Borrower

11   Group.  Just want to say that I've spoken to Mr. Shanks,

12   both Mr. Shanks, Christopher and Fred, as well as counsel

13   for the Georgiou matter.  They have agreed for consolidated

14   hearing.

15            I got a number of emails yesterday from Kirkland

16   regarding scheduling, which generally seemed okay to me and

17   we're looking essentially, the trigger point would be filing

18   a motion to dismiss on the ad hoc complaint and we're

19   looking at a hearing in early September.  And I just wanted

20   to make sure that that was acceptable to Your Honor.  I

21   think it would be the September omnibus date.

22            THE COURT:  Okay.  In principle it is.  I can't

23   tell you -- I've tried to make sure I don't have conflicting

24   calendars with omnibus dates, but I have, unfortunately, on

25   a couple of them I had.  I don't know that -- I'm not

Page 81

1    suggesting there is one on this one.  I don't know.

2              MR. ADLER:  I just wanted to advise.

3              THE COURT:  Trying to do this is as orderly and as

4    quickly as possible.  Any settlement prospects?

5              MR. ADLER:  We're continuing, Your Honor.  As soon

6    as we get done here, we're going back to see Judge Wiles.  A

7    lot of parties there yesterday, a lot of discussion, and

8    hopefully we will have something positive to report the next

9    hearing.

10             THE COURT:  That would be -- that really would

11   please me if you were able to resolve this.  Okay.

12             MR. ADLER:  Thank you, Your Honor.

13             THE COURT:  Thank you very much.  Mr. Koenig,

14   anything else I need to hear?

15             MR. KOENIG:  Nothing further.  Thank you, Your

16   Honor.

17             THE COURT:  All right.

18             MR. AGANGA-WILLIAMS:  Judge, if we may be excused.

19             THE COURT:  Just identify your name, okay.

20             MR. AGANGA-WILLIAMS:  Temidayo Williams.

21             THE COURT:  Everybody can be excused.  We're

22   adjourned.

23             MR. AGANGA-WILLIAMS:  Thank you.

24             THE COURT:  Okay.  Because I'm already about 17

25   minutes late.

Page 82

1            (Whereupon these proceedings were concluded at

2    11:17 AM)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **I N D E X**

2

3                       RULINGS

4                                              Page        Line

5  Backup bidder plan, approved              46          20

6

7  Series B settlement, approved            62          12

8

9  Fee applications, approved               79           5

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 84

1                   C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6

7

8   Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  July 19, 2023

[& - 28]                                                                    Page 1

**&**

**&**   4:8,12 5:9,20
6:2,5 7:11,15
7:20 10:3,13
13:11,20 14:2
14:15 27:9
70:23 72:1
76:16,18 80:10

**0**

**0.00**   4:10,23
**0.00.**   5:22 6:14

**1**

**1**   4:5,20 5:5,12
6:5,12 7:5,14
8:11 9:3 78:13
**1.5**   44:7,9
**10**   8:12 74:5,14
**10/31/2022**
5:21
**10001**   11:15
**10004**   2:19
17:20
**10014**   11:5
**10017**   17:13
**10018**   12:5
19:12
**10020**   14:5
**10022**   10:16
18:20
**100281**   16:5
**10036**   12:13
16:20 17:5
20:5
**10104**   12:20
**10111**   18:13

**10153**   19:5
**10:01**   2:22
**11**   27:11 28:12
28:22 30:4,21
39:20 50:13
**11/1/2022**   4:9
4:22 5:16 6:6
7:7,16,21
**111**   14:17
**11501**   84:23
**1177**   17:4
**11:17**   82:2
**12**   9:4 83:7
**12/1/2022**   6:13
**12151**   84:7
**1221**   14:4
**12548**   15:4
**1285**   18:19
**1290**   12:19
**13**   9:4
**1384**   19:11
**14th**   46:12
**15**   9:4 79:21
**151**   12:12
**15th**   15:11
**16**   8:12 39:22
71:1 78:16
79:7
**16th**   40:5
**17**   8:17 15:19
55:22 81:24
**17,746.65.**   7:22
**18**   2:21 78:12
**1846,2670,2...**
8:3
**19**   84:25

**1st**   49:5

**2**

**2**   4:15 39:18,19
39:19,22 68:3
74:7
**2,000,000.00**
5:17
**2,195.04**   5:17
**2/28/2023**   4:9
4:22 5:16 6:13
7:7,16,22
**20**   33:6,19
34:16 39:23
83:5
**200**   13:22
19:18
**2004**   52:8
**201**   11:4
**2010**   13:4
**2022**   4:5,15,20
5:5,12 6:5,12
7:5,14 78:13
**2023**   2:21 4:5
4:16,21 5:6,12
6:5,12,20,20
7:6,15 78:14
84:25
**20th**   18:12
40:5
**21202**   13:5
**2170**   5:22
**22**   8:17
**22-10964**   1:3
**225**   16:4
**23**   63:13
**23,000**   63:13
64:6 69:24

**23-01007**   1:4
**23-01010**   2:9
8:5,9,14,19 9:1
**23-01016**   1:18
**23-01190**   2:1
**23rd**   39:24
40:5
**24**   50:1
**2437**   7:23
**2446**   7:17
**2452**   6:20
**2455**   4:10
**2456**   7:8
**2457**   5:12
**2459**   4:5
**2462**   6:14
**2463**   6:7
**2464**   5:6
**2465**   4:23
**2466**   5:17
**25**   48:20,21
49:16,22,23
51:14 55:19
**250**   12:4
**2500**   19:18
**2514**   4:16
**26th**   40:5
**27**   8:17
**2700**   13:13
**2719**   18:5
**27th**   39:25
40:5
**28**   4:5,16,21
5:6,12 6:12,20
7:6,15 39:3,4
78:14

[2847 - accounts]                                                  Page 2

| | | | |
|---|---|---|---|
| **2847**   46:15 | **4.7**   30:10 | **690**   57:2 | **abi**   42:25 |
| **2899,2967,2...**   9:9 | **400,000**   7:8 | **7** | **abigail**   15:14 |
| **2967**   50:18,22   50:23 | **417,855.00**   4:9 | **7**   20:4 | **ability**   75:19 |
| **2975**   78:16 | **42nd**   12:12 | **7,194,758.50**   7:22 | **able**   28:10   32:14 38:15 |
| **2978**   9:14 | **45**   18:12 | **7/13/2022**   5:21 | 46:20 49:12 |
| **2979**   9:14 | **46**   83:5 | **70**   63:14 64:6 | 58:18 60:2,20 |
| **2980**   4:5,10,16   4:23 5:6,12,17 | **4900**   13:22 | **7301**   16:12 | 64:17 81:11 |
| 5:22 6:7,14,21 | **49th**   12:12 | **76,270.73.**   7:8 | **above**   59:12 |
| 7:8,17,23 | **5** | **767**   19:4 | **abreu**   23:8 |
| **2982**   9:14 | **5**   83:9 | **778,680.00**   5:21 | **absence**   75:18 |
| **2984**   9:14 | **500**   18:4 | **7857**   15:20 | **absolutely**   73:18 74:16 |
| **2nd**   63:24 64:1 | **510**   32:1,25   33:2,9,18 34:1 | **78701**   15:12 | **accept**   52:19 |
| **3** | 34:17 35:6,6 | **78711-2548**   15:5 | 56:15,16 62:9 |
| **3**   9:3 | 36:6 | **79**   83:9 | **acceptable**   80:20 |
| **3,386,594.00**   4:23 | **5100**   14:17 | **7th**   70:25 | **acceptance**   52:15 |
| **3/31/2023**   6:6 | **515**   16:12 | **8** | **access**   36:21 |
| **300**   10:5 13:4   15:11 84:22 | **53597**   15:21 | **8**   6:20 8:12 9:3 | 37:24 38:5 |
| **3020**   5:22 | **53701**   18:6 | **80**   34:3,10 | 54:12 |
| **3032**   8:3 | **55**   11:14 | **81**   33:7 34:14 | **accordance**   30:22 |
| **31**   6:5 | **555**   13:13 | **9** | **account**   13:3 |
| **32**   8:17 | **57th**   16:12 | **9**   40:17 | 28:17,20 32:24 |
| **327**   44:1 | **5:30**   40:21 | **9,534,819.50**   6:7 | 38:9 41:21,24 |
| **330**   84:21 | **6** | **90071**   13:14 | 52:25 53:3,5 |
| **33131**   13:23   19:19 | **6**   8:7,12 39:18   39:22 | **9019**   33:13   51:10 62:10 | 54:12,18,19 |
| **33143**   16:13 | **600**   48:12 57:3 | **906**   19:11 | 55:3 63:11,13 |
| **36th**   16:4 | **601**   10:15 | **9:10**   39:20 | 63:17 64:8,13 |
| **4** | **60606**   14:18 | **a** | 64:14,16 65:9 |
| **4**   8:12 | **60654**   10:6 | **a.m.**   6:9,12 | 65:11,11,13 |
| **4,884,132.60**   7:17 | **61,571.97.**   7:17 | 39:20 40:17 | 66:1,2,3,15 |
| | **62**   83:7 | **aaron**   13:16 | 70:1,2,11 |
| | **63,845.00**   6:14 | 41:11 62:22 | **accounts**   31:21 |
| | **630**   17:12 | | 32:5,10 33:1 |
| | **66,595.09.**   6:7 | | |

[accounts - america]                                                        Page 3

36:7 66:8
**accurate** 60:24
  84:4
**achieve** 70:4
**acquisition**
  19:9,10
**action** 40:18
  67:4 68:17
**actions** 41:14
  42:1 63:11
**active** 37:8
  75:18
**activity** 31:11
**actual** 53:4
  65:3
**actually** 37:19
  50:1 55:14
  59:5 67:2,5,20
  70:8 72:7
  75:22 77:25
  79:20
**ad** 1:12 8:5
  13:3 80:10,18
**adapt** 71:10
**add** 57:4 75:24
**additional** 52:7
  65:18 69:9
  70:2
**additionally**
  72:5
**address** 43:12
  53:15 65:6
  71:19 76:15,17
**adjourned**
  81:22
**adjudicated**
  54:1,3

**adler** 17:9,15
  57:13,13 80:9
  80:9 81:2,5,12
**adler's** 62:6
**administered**
  30:22
**administrative**
  36:21
**admitted** 50:22
**admitting**
  50:21
**adopt** 32:19
  35:17
**adopted** 79:4
**adrienne** 18:15
**adv** 1:4,18 2:1
  2:9
**advance** 45:17
**advanced** 51:7
**adversary** 8:5
  8:9,14,19 9:1
  69:11 79:24
**adverse** 51:18
**advice** 52:18
**advise** 59:24
  81:2
**advised** 52:10
**advisor** 4:3,19
  5:3
**advisory** 4:1
**affect** 30:14
  35:4 36:5
  66:10
**affected** 66:25
**aganga** 12:22
  51:4,4 53:8
  81:18,20,23

**agencies** 27:22
  28:19
**agenda** 27:16
  38:19 43:15,16
  70:16
**agent** 38:1
**agree** 30:8 32:7
  42:11 44:2
  56:5 65:8
  74:23 79:2
**agreed** 28:25
  29:17 32:4,8
  38:13 61:23
  73:7,9 80:2,13
**agreement**
  29:5 30:3,10
  38:16 42:17
  51:7,9,10,21
  51:21 52:15,16
  52:19 53:5
  57:20,25 69:25
**agreements**
  27:23 28:23
  31:4,9 37:23
  38:17
**ahead** 29:25
  47:12 53:18
  69:18 74:2
**aislinn** 21:10
**akin** 7:10,15
  16:17 72:7,11
  72:18 73:4,21
**al** 1:15,20,23
  2:6,14 5:5 7:5
  8:6,9,10,15,15
  8:20,20 9:2

**alaina** 11:21
**alex** 21:1
**alexander**
  25:11
**ali** 22:14
**allegations**
  28:13
**alleged** 43:3
**alleges** 31:20
  31:21
**allocated** 56:8
  58:7
**allocation**
  49:16,24,25
  56:12
**allow** 33:6
  65:16,16,25
  72:12
**allowance** 7:12
  65:9
**allowing** 45:6
  57:15
**allows** 48:17
**almeida** 11:17
**alternative**
  47:7
**alvarez** 7:20
**amelia** 22:5
**amenable**
  40:17
**amended** 8:17
  27:16 34:19
  38:21 45:11
  62:24 68:2
**amending** 30:6
**america** 7:21

[americas - available]                                                    Page 4

americas  12:19
  14:4 17:4
  18:19
amount  44:9
  53:22 55:23
  56:24 64:7,10
  66:15 74:17
  75:6,8
amounts  66:8
analysis  58:7
andersen
  17:10 25:24
anderson  39:1
  57:13
andrew  11:19
  14:13,20 55:9
angeles  13:14
anne  24:8
announced
  27:23
answer  42:4
  71:2
answered
  29:14 58:3,5,5
answers  40:10
anticipated
  66:21
anybody  56:6
  57:9 58:12
  60:8 61:20
  68:13 71:22
  80:7
apparently
  56:16 62:8
appeal  59:8
  60:4

appealed  47:21
  47:25 53:2
appeals  47:24
  53:11,13
appear  45:6
  57:15
appears  49:15
applaud  58:8
  71:10
applicable
  29:14
applicants
  79:2
application  4:1
  4:7,12,18 5:1,8
  5:14,19 6:1,9
  6:16 7:1,10,19
  70:16 74:5
  76:16
applications
  71:1,12 76:12
  78:8,13,17,18
  78:19 79:5,8,9
  79:12 83:9
appointed  71:8
appointment
  47:18
appreciate
  45:7 76:11
  79:13,15
appropriate
  56:1 75:7 79:3
approval  44:6
  55:17 63:23,25
  71:1 73:15
approve  46:20
  47:5 56:1 57:6

73:15 75:8
  78:16
approved
  29:14 39:7,11
  47:9 50:16
  62:10 65:15,16
  73:10,11 78:4
  79:5,5 83:5,7,9
approving  9:6
  9:12 52:22
  53:9 63:18
approximately
  57:3
area  35:25
argue  50:6
argument  34:3
  36:8,8
arguments
  34:13
arie  12:15
arising  73:16
artur  23:8
asked  33:16
  39:9,12,12
  49:25 62:24
  66:24 72:24
  75:2
asserting  54:1
  63:16 64:6
assets  28:15
  53:21,23 54:6
  54:9,13 58:25
  61:1
assisted  28:9
associated
  32:24 73:12

assume  41:4
assumed  60:21
assuming
  39:10
astronomical
  55:24
atlas  16:10,11
attempt  65:3
attempted
  64:11
attention  72:8
  72:9
attorney  15:2,9
  41:18
attorneys  6:4
  10:4,14 11:3
  11:12 12:3,11
  12:18 13:3,12
  13:21 14:3,16
  15:3,10,17
  16:3,11,18
  17:3,10,18
  18:3,11,18
  19:3,10,17
  20:3 73:4
auction  45:19
august  63:24
  64:1 68:3 80:4
austin  15:5,12
authority
  36:22,25 37:5
authorized
  36:16
authorizing
  9:12
available  41:5
  52:1 61:7

[avenue - brett]                                                                 Page 5

| | | | |
|---|---|---|---|
| **avenue**  10:15 | **baltimore**  13:5 | 80:10 | **billion**  30:11 |
| 12:19 14:4 | **banker**  7:3 | **behavior**  71:13 | 61:1 63:14 |
| 17:4,12 18:19 | **banking**  15:10 | **beitler**  17:22 | 64:6 |
| 19:4 67:22 | **bankruptcy** | **belief**  74:13 | **binding**  31:17 |
| **avoid**  37:12 | 1:1 2:17 3:3 | **believe**  29:7,20 | 34:23 42:7 |
| **avoids**  42:20 | 28:12 30:23,25 | 29:23 30:18 | **birch**  25:22 |
| 50:15 | 32:1 35:6 41:5 | 32:7,25 34:22 | **biscayne**  13:22 |
| **aware**  44:23 | 42:20 45:13 | 34:24 36:8 | 19:18 |
| **b** | 51:17 52:4 | 41:16,24 44:21 | **biswas**  23:12 |
| **b**  3:1 9:8 11:13 | 53:18 62:10 | 49:20 52:19 | **bit**  27:10 32:19 |
| 32:1,25 33:2,9 | 68:9 | 55:2 59:1,20 | 34:20 |
| 33:18 34:1,17 | **bar**  8:2 62:17 | 60:3,25 61:8 | **bitcoin**  36:3 |
| 35:6 36:6 | 63:13,19,20 | 61:13 62:9,16 | **bjorn**  25:24 |
| 44:15,18 47:14 | 64:1 68:2 72:3 | 65:24 68:25 | **block**  6:2,5 |
| 47:15,18 48:10 | 72:4,9 | 70:4,15 72:7 | 39:10 |
| 48:15,16,24 | **barbosa**  24:15 | 79:3 | **blockchain**  5:3 |
| 49:15,25 50:7 | **barnes**  23:10 | **bellwether** | **board**  15:10 |
| 50:25 51:8,12 | **barse**  24:7 | 64:11 | 46:18 |
| 51:19 52:6 | **based**  52:11 | **ben**  24:4 | **body**  66:23 |
| 54:11 55:11 | **basis**  44:21 | **benefit**  52:19 | **borrower** |
| 56:24 62:1,18 | 72:23 | 54:19 | 80:10 |
| 62:19 79:9 | **baton**  56:17 | **benjamin**  12:8 | **borrowers** |
| 83:7 | **battery**  17:19 | **berg**  23:7 | 1:12 8:6 |
| **back**  34:11 | **battle**  58:20 | **bernstein**  16:8 | **boulevard** |
| 42:21 44:4 | **beaird**  23:11 | **best**  56:21 58:2 | 13:22 19:18 |
| 46:18 64:19,21 | **bear**  40:3 | 67:22 | **bound**  50:6 |
| 66:1 68:14 | **bearing**  48:6 | **beth**  22:10 | 56:17 |
| 74:7 81:6 | **becin**  25:23 | **better**  77:10 | **bourgeois** |
| **backup**  9:13 | **becky**  21:21 | **bid**  45:19 47:6 | 25:21 |
| 43:17 44:6 | **beginning** | **bidder**  45:19 | **bowling**  2:18 |
| 45:19,19 46:20 | 71:11 77:4 | 47:1 83:5 | **box**  15:4,20 |
| 46:25 47:6 | **begun**  52:5 | **big**  78:24 | 18:5 |
| 83:5 | **behalf**  41:12 | **bigger**  39:9 | **bradley**  22:21 |
| **ballot**  39:6 | 55:10 57:13 | **billed**  74:25 | **bray**  23:13 |
| **balloting**  39:11 | 62:3,23 63:17 | 75:1 | **braziel**  22:25 |
| **balluku**  23:9 | 65:9 68:15 | **billing**  71:13 | **brett**  13:9 |
| | 70:23 73:22,23 | | |

[breuder - chris]                                                          Page 6

breuder  23:14
brian  11:9
    20:16 23:10
bric  43:17,21
    44:15 45:15
brief  75:9
    79:23
briefly  53:4
    69:20 71:9,21
brifkani  23:15
bring  60:18,19
    60:20,21 62:2
brings  67:2
broad  43:8
broadway
    19:11
bronge  25:20
brought  41:16
    63:9,15 71:16
    72:8,9
bruh  11:8
bryant  16:19
bureau  16:3
burks  26:7
burnham  67:3
business  28:7
    30:5 31:5,8,12
    36:2,3 50:15
busy  72:11

c

c  10:1 21:24
    27:1 84:1,1
ca  13:14
caceres  25:19
calendars
    80:24

callan  21:6
called  41:17
    67:8
cameron  22:24
    25:17
cap  74:8
career  74:21
carl  25:18
carol  22:11
caroline  20:23
    21:4
carpenter  16:2
carroll  23:16
case  1:3,4,18
    2:1,9 5:9 13:11
    13:20 14:2,15
    28:15 34:25
    41:12,23 43:2
    45:18 46:2,23
    47:19 58:19
    69:2 71:17
    72:2,12 74:12
    74:12 75:6,15
    77:5 78:11,24
cases  27:11
    28:4,23 30:4
    30:21 31:2,2
    45:18 47:17,23
    67:9 75:14
    78:7
cash  48:20
    51:14
cashman  20:2
catching  67:23
catherine  22:4
cautiously
    38:14

cdp  12:3 55:12
cebq  58:23
cede  41:8
    62:20 70:18
cel  31:24,25
    32:12 33:3,6
    33:11,17 34:14
    35:4,5,24 36:7
    43:11 44:15
cell  31:20
celsius  1:8,15
    1:23 2:6,14 5:4
    7:4 8:6,10,15
    8:20 9:2 27:9
    27:23 28:7,19
    29:3 31:5,5,10
    31:15 36:2
    60:25 63:10
    72:2,4,16
    76:19
centerview
    5:15
cents  33:7,8,20
    34:3,10,16
ceo  34:14
certain  9:12
    32:6 35:13
    51:18 57:25
    58:1,23 66:6
    78:17
certainly  31:6
    33:16 36:9
    70:12
certification
    8:2
certified  84:3

certify  65:8
cetera  77:11
cftc  27:21
    28:11 29:1,10
chambers
    38:24 40:11
    47:11
chang  23:17
changes  59:2
    59:21 74:23,24
changing
    71:13
chapman
    16:23
chapter  27:11
    28:11,22 30:4
    30:21 50:13
charged  27:19
    27:21
charlotte  10:20
chart  34:8 43:3
    43:4,10 61:11
chase  24:17
chen  12:24
cherokee  19:9
    19:10
chicago  10:6
    14:18
chief  36:12
chock  31:14
choice  56:20
    56:22
choose  56:15
chose  56:16
chris  24:10
    25:23 27:4,8
    43:15 61:22

69:19 70:24
71:3,8 79:22
**christiansen**
23:18
**christopher**
10:8 18:3
20:22 23:20
24:6,12 80:12
**church** 23:1
**circumstances**
45:10 46:23
47:4 52:11
73:16 75:4,5
**cirkel** 23:19
**civil** 27:22
**claim** 32:2
53:25 63:9,14
63:15,19 64:4
64:8,8,22 65:9
65:19,22 66:12
69:3 70:2 72:3
72:4,13,17
73:2,13
**claimants**
53:24 54:5
66:9
**claims** 28:24
28:25 32:23
38:1 48:24
51:14,20,22
52:13 53:3,12
53:17,25 54:1
54:6,10,24,24
55:1,5 58:22
58:24 59:1,3,4
59:15 61:14,15
61:18,24,25

62:2,4,5 63:17
64:6,18,25
65:12,20,20,25
66:1,7,16
69:21,24 71:15
71:15 73:16,20
73:20,24
**claire** 12:23
**class** 8:2 41:16
53:25 63:9,15
63:18 64:4
65:8,9 66:9
67:4 68:17
69:2,15
**clear** 28:20
30:10 37:4
43:6 44:3 47:4
61:25 66:5
68:17
**clearly** 60:13
78:20
**clerks** 78:20
**client** 62:6
**clients** 55:25
57:3,21,24
**close** 47:9
63:20 79:25
**cnl** 49:3 51:13
52:23 53:7,24
54:7,13,15,18
54:21,23 55:2
55:3 61:5,5,7,8
61:9,10,11
**coco** 23:20
**code** 30:23,25
32:1 35:7

**cohen** 23:21
36:11,17,24
**colleagues**
68:20 75:24
**colloquy** 37:22
**colodny** 13:16
38:19 41:9,10
41:11,12 42:8
42:18 53:14,19
53:20 54:16,22
62:20,21,22,23
63:3,4,5,7 64:5
68:4,11,12,19
69:1,17,20
**columbia**
39:21
**come** 28:15
35:25 38:11
58:12,21 66:19
79:25
**comes** 37:14
64:21 67:17
**coming** 42:16
55:22
**comment**
75:10 76:13
**commentaries**
42:6
**commentary**
35:11
**commented**
33:15 46:21
76:5 78:7,10
**comments**
55:17 76:3
**commitment**
41:20 44:6

**committee** 4:4
4:14 5:4,11
6:19 7:4 9:7
12:18 13:12,21
14:3,16 27:25
28:4 31:24
33:11 34:2
36:15,23 37:11
38:25 41:12,15
42:3 47:19
48:16,25 49:5
50:25 51:2,6
51:11,18 52:10
52:18,18 56:11
62:23 63:15,22
66:13 69:25
76:1
**committee's**
51:8 75:19
**committees**
45:10
**commodities**
27:20
**common** 70:11
**community**
11:12 55:10
**company** 17:18
29:13,15,17
31:19 37:4,5,7
48:15 49:18
50:15 59:11,11
61:2,11,12,18
61:25
**company's**
28:15 36:21
49:19

compensate
28:22
compensated
45:21
compensation
4:2,8,13 5:2,9
5:9,15,20 6:2
6:10,17 7:2,13
7:20
complain
29:11
complaint 8:17
29:10 31:20
41:16 59:6
80:18
complaints
27:22 59:6
63:8
complete 72:19
completely
56:5
complex 48:7
61:17
complexity
75:6
complicated
35:7 39:13
comply 28:4
complying
30:24
compressed
76:10
con 34:14 52:6
concerns 74:17
concisely 68:18
concluded 82:1

concludes
50:24
conclusion
32:8 48:2
concurrently
68:24
conduct 75:20
confer 40:9
79:24
conference 8:1
8:7,11,16,21
9:3 40:7 43:10
54:3 62:17
conferences
79:19
confident 48:9
confirmation
32:16 34:25
35:19 37:14
39:2,5,10
40:12,13 46:24
47:23 48:8,18
67:1 68:8
conflict 72:20
conflicting
80:23
conflicts 44:3
72:6
confusion
30:11
connection
32:15 52:5
69:8 71:12,18
73:2,8,21 74:4
74:24 75:3
consecutive
39:17,25

consensual
27:23 33:12
42:16,19 71:2
72:23 80:5
consensually
42:14
consent 29:1
29:12
consenting 9:8
48:16,24 62:1
consequences
67:22
consideration
78:18
consolidate
49:4,6 59:10
consolidated
59:12 60:5,23
61:3 69:5,10
80:13
consolidating
52:23
consolidation
49:3 50:12
51:13 53:1,7
53:18 54:4,20
55:2 59:9 60:2
constant 38:7
constituency
75:21
constitute
72:15 73:11
construct
33:19 67:5
consultant
43:21

consulting
4:19,21 44:5,5
46:18
consuming
64:12 70:9
contemplated
69:1
contest 32:15
contested
47:17
context 74:6
continue 56:18
77:15
continues
72:18
continuing
31:7 68:24
77:15 81:5
contract 53:3
53:12,25 63:16
65:25
contrary 46:22
control 72:19
conversations
74:4
conveyed
68:22
convinced
67:21
cooper 23:22
cooperated
28:6
cooperation
41:17
cooperatively
28:19

| | | | |
|---|---|---|---|
| **coordinate** 40:11 41:2 | 31:15,16,17 32:9,14,20 | 80:7,22 81:3 81:10,13,17,19 | **crypto** 43:1 72:2 76:4 |

**coordinate**
40:11 41:2
**cordry** 23:23
**cornell** 11:7
44:25 45:3,4,5
46:1,6,8,14
**corporate**
27:23 60:24
**correct** 54:16
54:21,22 73:18
**cost** 48:1,6
49:20,20 75:16
**costly** 50:15
70:9
**costs** 73:12
**cote** 25:18
**counsel** 4:14
5:10 6:6,11,18
7:11,16 16:18
51:15 57:11
72:1,2,6,20
76:11,15,19
79:14 80:12
**country** 84:21
**couple** 39:12
66:5 80:25
**course** 27:24
28:13 30:8,23
31:5,17 38:12
40:12 52:4,9
55:12 62:3
**court** 1:1 2:17
16:12 27:2,6
27:12,17 29:4
29:9,14,16,18
29:22,25 30:6
30:14,16 31:14

31:15,16,17
32:9,14,20
33:3,15,22,25
34:7,17,21,23
35:5,9,11,15
35:18,21,22
37:7,25 38:4
38:20,24 40:3
40:16 41:3,7
41:10 42:5,7
42:12,15,24
43:23 44:10,17
44:20,25 45:23
46:4,7,10,17
47:12 50:3,20
50:21 51:2
52:2,22,24
53:13 54:11,14
54:17 55:6
56:1,6,23 57:1
57:4,6,7,9
58:11,15 59:13
59:14,16,19,22
59:24,24 60:6
60:8,13,16,18
61:4,20 62:11
62:11,21 63:4
63:6 64:3
65:15,16 66:21
67:8 68:10,13
69:17 70:14,17
70:21 71:5,7,8
71:20,24 73:14
73:25 74:2,18
75:9 77:19,21
77:23,25 78:2
78:6,16 79:17

80:7,22 81:3
81:10,13,17,19
81:21,24
**court's** 35:7
47:24 53:1,11
55:16 59:14
63:18
**courtney** 26:7
**courtroom**
38:25 55:12
58:15 60:9
71:24
**cover** 27:15
36:10
**craig** 19:21
**created** 48:1
**credibility**
75:24
**creditor** 19:17
53:17 58:14
66:22
**creditor's**
31:24
**creditors** 4:4
4:15 5:4,11
6:19 7:4 12:18
13:12,21 14:3
14:16 30:4
31:3 41:13,24
55:4 61:7 62:2
62:24 65:4
76:4
**crews** 25:17
**crimes** 28:21
**critical** 37:4
41:23

**crypto** 43:1
72:2 76:4
**cryptocurren...**
36:4
**cryptocurrency**
53:23
**current** 54:12
61:12 72:24
**currently**
63:19 68:24
**customer**
30:13,13
**customers**
42:21 52:15
58:22,24,25
69:23
**cut** 36:23 73:9

**d**

**d** 15:23 20:15
20:22 23:11
26:6 27:1 83:1
**d'amico** 26:11
**dalhart** 23:2
**damages** 64:9
65:11,19
**dan** 16:15
**danial** 60:10
**daniel** 24:20
**danil** 25:8
**darius** 22:17
**data** 36:22
**date** 8:2 31:6
34:4 44:8
47:24 52:14
62:17 63:13,19
64:19,25 68:2
72:3,4,9 80:21

| | | | |
|---|---|---|---|
| 84:25 | 69:4 72:6 76:1 | **delaware** | **diaz** 25:16 |
| **dates** 39:1,2,14 | **debtor's** 8:16 | 61:10 | **different** 53:21 |
| 39:14,18 40:4 | **debtors** 6:11 | **delay** 47:23,23 | **difficult** 39:17 |
| 40:9 41:4 | 7:12,12 9:7,11 | 47:23 48:8 | 64:12 70:7,9 |
| 80:24 | 16:18 27:9,25 | **delivered** | 72:21 76:25 |
| **david** 14:7 | 30:21 34:3 | 75:16,21,22 | **difiore** 14:9 |
| 21:7 23:2 24:7 | 36:11,25 38:14 | **democratic** | 20:3 |
| 25:12 26:4 | 41:15,17 43:21 | 66:17 | **digital** 18:18 |
| 57:14 80:9 | 43:22 45:10 | **denied** 72:13 | **diligence** 45:16 |
| **davies** 23:24 | 47:16 48:5,9 | **dennis** 11:18 | **dilute** 28:25 |
| **day** 12:2 36:25 | 48:12,14,18,25 | **dentzel** 23:25 | 30:13 |
| 37:1,3,3 55:21 | 49:4 50:11 | **department** | **diluted** 28:16 |
| 62:13 67:19 | 51:11,15 53:21 | 11:2 15:16,17 | **direct** 54:24 |
| 74:22 79:18 | 54:7,9 61:25 | 27:19 | 58:22 61:24 |
| **days** 34:11 | 62:3 63:22 | **deposition** | 62:4,5 |
| 39:3,4 48:3 | 64:18 65:5,8 | 52:8 | **directed** 79:23 |
| 55:22 | 65:12,21 66:1 | **depositions** | **directives** 28:3 |
| **de** 26:10 | 66:9,14 69:3,9 | 48:3 52:5 | **directly** 54:15 |
| **deadline** 44:22 | **december** 6:12 | 55:22 | 61:2,5,10,12 |
| 46:12 49:7 | **decide** 33:25 | **dept** 15:10 | **disagree** 76:2 |
| **deal** 33:13 | 35:23 | **deputy** 38:25 | **disclaimer** |
| 44:11 45:17 | **decision** 31:16 | **derivative** 62:2 | 35:2 |
| 48:14 60:4 | 34:22 35:7,8 | **describe** 71:21 | **disclosed** 30:9 |
| 69:21 72:25 | 42:4 53:2 | **described** | **disclosure** 30:7 |
| **dealing** 33:23 | **decisions** 47:24 | 73:17 | 33:23 34:12 |
| 72:22 | 47:25 | **despite** 56:10 | 37:13 38:21 |
| **deals** 62:14 | **declaration** | **determine** | 39:4,6,10 |
| **dealt** 71:11 | 50:17,21 | 32:12 57:21 | 42:24 59:9 |
| **dean** 16:23 | **deduction** 75:2 | **deutsch** 16:2 | 62:24 65:1,15 |
| **deanna** 39:1 | 75:2 | **devastated** | 66:14 67:1 |
| **deborah** 25:9 | **defendants** | 63:12 | 68:8 |
| **debt** 19:9,10 | 1:16,24 2:7,15 | **developments** | **discount** 73:11 |
| 54:25,25 | 27:24 67:9 | 31:15 | **discovery** 52:8 |
| **debtor** 1:10 | **defer** 78:18 | **deverick** 24:14 | **discuss** 34:17 |
| 10:4,14 31:25 | **deferral** 76:15 | **dialogue** 37:8 | 34:20 43:5 |
| 32:4,15 34:8 | **deferred** 79:10 | 37:11,17 38:8 | 53:4 74:3 |
| 37:10,17 55:24 | | 76:21 77:13 | 76:23 |

discussed
  31:23 63:22
  74:6
discussion 81:7
discussions
  33:10 68:18
  76:20 77:16
dismiss 8:11,16
  9:3 80:18
dismissed
  30:21
dispute 47:15
  48:23 49:12,13
  49:24 56:7
  66:7 77:14,15
disputed 65:22
  66:1
disputes 48:1
  56:6
distribute
  64:20 66:2
distributed
  36:14 64:23
distribution
  65:2,21
distributions
  30:4 31:3 65:4
  69:23
district 1:2
  31:16 35:7
  41:18 59:14,16
  59:24
dla 19:16
dob 15:3
doc 4:5,10,16
  4:23 5:6,12,17
  5:22 6:7,14,20

7:8,17,22 8:2,7
8:11,17 9:3,9
9:13
docket 37:24
  45:9 46:8
  50:18
dockets 29:19
document
  46:10 52:8
documentary
  52:3
documents
  28:8 44:4
doing 30:24
  46:11
doj 28:10
  36:11 37:8
  75:17
dollars 61:1
don 20:25
donald 21:25
doubt 47:3
dow 25:15
dozen 42:6
dozens 48:3
drag 69:24
drawing 46:18
drawn 45:20
drew 24:1
drexel 67:3,3
drive 14:17
duffy 14:10
  24:1
dunn 55:14
dunne 11:18
dymon 25:14

dzaran 24:2

e

e 3:1,1 10:1,1
  27:1,1 83:1
  84:1
eades 24:4
earlier 37:21
  50:4 53:1 75:5
early 38:22
  47:19 63:2
  74:6 76:20
  80:19
earn 13:3
  31:21 32:5,10
  32:13,16,24
  33:1 36:7
  52:25 53:2,4
  53:24 54:5,18
  54:19 55:3
  61:13
east 13:4 18:4
easy 38:4
ecf 50:22,23
  78:16
echo 41:15
  55:17 63:9
  69:20
eckhardt 24:5
ecro 3:5
ed 25:22
effect 30:3 31:2
  34:22 35:3
  37:16 66:16
effective 64:19
  64:25
effects 63:11

effort 64:10
efforts 56:10
  58:8
ehrler 20:11
eisenberger
  17:7
either 28:1
  31:8 37:13
  55:4 73:22
  76:14
elected 28:2
elementus 5:1
  5:6
elimelech 24:3
eliminated
  28:17
elizabeth 10:18
  17:22
ellis 10:3,13
  27:9 72:1
elsberg 6:17
  12:17 51:5
email 36:22
emails 80:15
emergence
  48:8
emergency
  47:23 59:13
eminent 50:15
engage 31:10
engaged 31:6
  33:10 36:1,2
  48:13 68:23
engel 25:13
english 53:16
  80:10

enjoyable 78:8
enormous 48:1
  55:20
enter 28:25
  56:19
entered 29:2,7
  31:9 50:23
enters 56:20
entirely 54:22
entities 49:5,6
  53:22 55:4
  59:10,12,15
  60:4 61:9,15
  76:20
entitle 33:18
entitled 47:3
  48:11 54:6
entitlement
  47:15
entity 54:14
  60:23
entry 9:6,11
equitable
  70:10
equitably
  69:22
equity 47:18
  51:20 55:1,5
  56:11
erik 24:16
ernst 4:8 5:20
especially
  45:13
essentially
  53:6 80:17
estate 45:13
  64:13 65:21

72:9 73:12,23
estates 47:16
  48:2,12 51:13
  52:23 54:5,7
estimate 65:3
et 1:15,20,23
  2:6,14 5:4 7:5
  8:6,9,10,15,15
  8:20,20 9:2
  77:11
ethereum 36:4
evening 40:19
event 47:7
everybody
  36:9,13 37:24
  37:25 38:4
  81:21
everyone's
  72:8
evidence 50:19
  50:21,22,23
exactly 28:5
  30:24 68:21
examined
  40:22
examiner 4:19
  6:2,4 18:3
  41:15 43:2
  63:10 70:23,25
  71:9 74:14
  75:10,15,19,22
  75:23 76:13
  78:15
examiner's
  34:5,7 43:4
  52:2 70:8 76:6
  78:22 79:1,6

examiners
  75:13,13 76:8
  78:10
example 54:14
  75:23
examples 47:5
exceed 44:9
  50:1
exceeded 49:22
exceedingly
  78:23
exceeds 56:8
exceptions
  66:6,10
excess 61:1
exchange
  51:13
excusable
  72:15
excuse 54:18
  77:4
excused 70:21
  77:22 81:18,21
exhibit 79:7,7
  79:9
existence 30:20
exit 28:12
expanded 76:7
expect 30:23
  31:1 38:21
  39:25 40:10
  51:23 80:5
expected 30:3
  37:5 44:9
expended
  55:23

expense 44:7,7
  45:13,16 56:10
  75:10
expenses 4:3
  4:10,14,23 5:3
  5:10,17,21 6:3
  6:7,10,14,18
  7:3,8,14,17,22
  9:12 57:18
  79:5,8
expensive
  64:13 75:14,23
experience
  67:2
explanation
  53:16
extent 42:12,13
  42:17 54:17,18
  54:23 56:14
  64:17
extraordinary
  75:11 76:10
extremely 45:9
ezra 26:11

f

f 3:1,5 11:18
  13:18 84:1
fabsik 19:7
face 56:23
  76:23,23
fact 32:12
  34:15 65:1
facts 32:7,9,11
  52:11
fahey 25:12
failing 47:8

**fair** 56:12
73:14
**fairly** 61:17
67:17 69:22
76:10
**fairness** 56:7
**faith** 65:3
**fall** 27:25 74:7
**false** 59:4
**fan** 75:13
78:10
**far** 22:14 77:6
**fast** 41:5 67:22
**faster** 66:3
**faucher** 19:14
**favor** 57:9
**feasible** 58:4
**february** 4:5
4:16,21 5:5,12
6:12,20 7:6,15
77:3,4,5 78:14
**federal** 37:8,15
37:18 38:9,15
75:17
**fee** 4:1,9,12,18
4:22 5:16,21
6:7,14 7:1,8,10
7:17,22 18:3
44:7 47:2
70:16,23,25
71:1,9,12 74:4
76:12,16 78:7
78:10,12,15,22
79:1,4,6 83:9
**fees** 9:12 43:17
44:5,11 45:14
45:18 46:18

50:1 56:8,9,13
73:1,10,15
79:5,8
**feld** 7:11,16
16:17
**felt** 75:7
**ferguson** 3:5
**fernandez**
25:11
**ferraro** 50:17
50:21
**fifth** 19:4
**figure** 41:1
**figures** 73:7
**file** 37:23 44:15
46:7,10 63:23
63:25 72:4,11
72:17
**filed** 5:6 27:16
29:19,21,24
41:14 44:11,23
45:2,8 46:13
46:15 49:4,5
49:11 50:17
53:25 57:23
59:13 62:20
63:13 66:13,14
69:3 70:25
73:13 78:15
**filing** 59:9
63:18 72:3,12
73:2 80:17
**filings** 52:2
**filled** 31:14
**final** 29:5 40:7
**finalized** 29:6

**finally** 59:7
**financial** 4:3
4:19 15:17
**financially**
58:4
**find** 29:22 65:6
66:9
**finder** 32:12
**findings** 52:14
52:17 56:19
**finds** 64:21
**fine** 67:11
**fines** 28:16,24
38:11
**finish** 29:25
**finished** 40:22
40:23
**firm** 51:22
72:15,16,22
**firms** 51:17
71:10 73:6,7
**first** 4:12 5:19
6:9,16 11:12
27:18 39:14
41:4 43:16
54:25 55:10
57:22,23 58:19
71:12 74:10
75:11
**fishberg** 60:8
72:8
**fit** 39:8
**five** 33:17
**fl** 13:23 16:13
19:19
**flannigan**
25:10

**floor** 12:12
16:4 18:12
**florence** 25:10
**flow** 55:2
61:11
**flower** 13:13
**flows** 61:5,6
**follow** 31:10
**foregoing** 84:3
**forensics** 5:3
**formally** 36:20
**forth** 34:5 79:6
**forward** 36:5
42:1 46:24
50:12
**fought** 55:20
58:10,20
**found** 29:11
41:15 63:10
**fourth** 72:22
**frankel** 17:2
25:9
**frankly** 77:12
**fraud** 27:20,20
27:20 63:16
64:9 70:2,6
**fred** 80:12
**free** 50:9 56:15
65:14 70:5,12
**fresh** 35:1
**friday** 43:1
44:22
**frishberg**
24:20 25:8
49:10 60:10,11
60:14,17,20
61:8

**front** 35:2
  73:13
**ftc** 27:21 28:11
  29:2,11 30:10
  59:6 61:18
**full** 42:24 59:8
  74:18 79:4
**fullest** 42:17
**fully** 28:4,5
  29:3 30:9,22
  47:20 48:17
  58:18 60:23
  61:15 73:22
**funded** 48:21
  54:25,25
**funds** 41:21
  64:20,22 66:2
**further** 45:2,21
  46:7,10 78:5
  81:15
**future** 45:18
  47:25 58:1

**g**

**g** 25:3,22 27:1
**gabriel** 17:7
**gallagher** 25:7
**garrison** 18:17
**gate** 63:20
**gay** 6:17 12:17
  51:5
**geary** 23:3
**gemini** 17:18
**general** 15:2,9
  51:25 55:4
**generally**
  80:16

**generated**
  47:24
**geoffrey** 23:19
**georgia** 10:20
**georgiou** 1:20
  8:9 80:13
**geremia** 12:7
**getting** 41:18
  64:5 77:14
**gheorghe**
  22:17
**giant** 75:13
  78:10
**giardiello**
  22:21
**give** 27:2,6
  39:13 40:9,24
  51:24 57:25
  66:21 68:19
  70:11
**given** 28:13
  38:14 74:18
  75:4,21
**gk8** 48:22 59:3
  59:4 61:18
**glad** 58:19,21
**glenn** 3:2
**global** 67:4
**go** 29:25 34:11
  36:5 40:22
  47:12 50:12
  53:18 61:14
  64:8 67:11
  69:17 74:2
  79:12,20
**goals** 42:22

**godfrey** 18:2
  70:23
**goes** 39:11
  67:25
**going** 30:9
  32:19 34:19
  35:22 36:3,5
  39:3 40:17,19
  43:25 44:25
  48:21 49:2
  54:2 57:18
  61:11 62:11,17
  64:7,9,12,18
  66:10,17 67:11
  78:6 81:6
**good** 27:4,8
  41:11 55:9
  60:10 65:3
  68:14 70:22
  71:6,7 76:6
  80:9
**gornitzky** 4:12
**gorrepati**
  22:22
**gotshal** 19:2
**government**
  8:1 28:6 38:11
  41:13 63:8
  76:20
**government's**
  41:20
**grant** 50:9
  62:12
**granted** 62:15
**granting** 9:9
  9:13

**greater** 64:17
**greatest** 56:13
**green** 2:18
**greg** 22:16
**gregory** 13:18
  21:12
**ground** 33:9
**group** 1:12 8:5
  11:12 13:3
  80:11
**grove** 16:10,11
**grover** 22:23
**grzegorz** 25:14
**guess** 31:17
  33:20,22 34:2
  37:10 38:1,25
  45:23 78:3
**gump** 7:10,15
  16:17 72:7,18
**guthrie** 22:24

**h**

**h** 20:19
**half** 42:6
**hall** 25:6
**hancock** 70:22
  70:23 78:5
  79:15
**hand** 48:25
  49:1 64:8
**handagama**
  25:5
**hannan** 25:4
**happen** 42:1
  64:4
**happened**
  28:18 47:5
  77:10

**happy** 42:4
46:20 50:18
53:20 71:2
76:17
**haqqani** 13:25
**hard** 55:20
58:10
**hardest** 42:18
**harm** 64:16
**harrison** 22:18
**hatcher** 22:19
**hauer** 7:11,15
16:17
**heading** 62:19
**hear** 38:18
42:22 51:2
56:4 57:10
67:16 81:14
**heard** 44:3
51:1 55:7,8
57:12 58:12
61:20 68:13
69:7 71:5 80:8
**hearing** 4:1,7
4:12,18 5:1,8
5:14,19 6:1,9
6:16 7:1,10,19
8:1,5,9,14,19
9:1,6,11 31:23
33:16 36:19
37:14,14 39:2
39:3,5,10,21
40:6,12,14
43:18,20 44:14
46:21 68:8,24
79:21,23 80:1
80:2,14,19

81:9
**hearings** 40:19
**heightened**
70:6
**heine** 11:21
**held** 53:21,23
54:13,21 61:5
**helioti** 22:20
**help** 28:11
77:11
**hendrickson**
25:3
**heras** 26:10
**herrmann** 25:2
49:10 58:13,14
58:14,16,17
59:17,20,23
60:1,6,7,22
61:17,23
**hershey** 13:17
**high** 45:14
**higher** 57:18
70:4 74:25
**hill** 23:4
**hire** 70:9
**hired** 72:6
**historic** 36:2
**historical** 28:7
31:4,11 37:2
**hittelman** 25:1
**hoc** 1:12 8:5
13:3 80:10,18
**hodson** 24:25
**hoffman** 17:10
57:14
**holcomb** 24:24

**hold** 57:3
64:18,19 66:1
77:25
**holder** 50:7
56:16 65:13
66:15
**holders** 9:8
11:13 13:3
28:17,20 33:11
33:19 38:9
41:21,25 47:15
47:18 48:16
49:15,25 51:12
51:19,20 52:7
52:25 53:3,5
54:12,19 55:3
55:7,14 61:13
62:1 63:12,13
63:17 64:9,13
64:14,16 65:10
65:11 66:2,3
70:1,11
**holds** 54:7,8
61:1
**holidays** 80:4
**hon** 3:2
**honor** 27:4,8
27:10,14 29:24
30:2,9 31:13
32:6,18 34:20
35:1,17 37:21
38:23 40:2
41:11 42:3,9
43:14,20 44:14
44:16 45:4,8
45:22 46:1,6
46:14 47:10,13

50:5,24 51:3,5
51:5,16,16,23
51:24 53:8,20
54:22 55:9,16
56:4,19,19,25
57:5,8 58:17
59:17 60:1,10
61:19,23 62:16
62:22,24 63:5
64:2,5,21
66:20 68:4,14
69:14,19 70:20
70:22,24 71:6
73:19 76:18
78:5 79:15,22
80:9,20 81:5
81:12,16
**honor's** 53:24
63:23,25
**hope** 40:12
57:15 62:25
69:8,12
**hopeful** 38:16
68:6
**hopefully**
77:14 81:8
**horse** 45:14
**howey** 31:22
**hubbard** 17:17
**hudson** 11:14
**huge** 28:16
38:11 66:22
**hughes** 17:17
**hurley** 16:22
**huron** 4:18,21
**hybrid** 7:19
8:11,16 9:3

hyde 9:25 84:3 84:8

**i**

idea 35:18 40:24 73:24
identify 81:19
ignat 12:11 68:15
ii 9:8
il 10:6 14:18
illegal 31:11
immanuel 25:2 58:14
immediately 36:16,16,23
impact 34:24 52:25 53:4,16
implement 48:15 49:2
implements 49:8
importance 47:6
important 30:15 46:25 47:2 68:22 76:2
impose 66:12
include 28:24 61:23
included 34:7 51:19,25 59:5
includes 30:10
including 4:20 7:15
increase 30:12

incredible 64:7
incremental 65:10
incurred 6:4 6:11 49:21
indicated 43:20
indicted 27:18 36:12
indictment 29:10 36:11,13 36:14,15
indirectly 54:15
indiscernible 34:10 45:5,9 47:12 57:16,17 57:18,22,23,24 57:25 58:7 61:18 69:13
individualized 73:24
individuals 70:7
indulgence 27:15
inform 63:21
informal 44:23
information 37:2 52:1 57:20 77:9
informationa... 69:14
initial 9:8 33:20 48:16,24 62:1 63:13 65:2

insider 34:9
institutions 15:18
instructed 28:1
insurance 59:4
intend 42:10 62:13 63:23 66:16,18
intense 55:18
intention 68:7
intents 77:2
interest 27:13 43:8
interested 19:3 19:17 31:18 35:21 37:18 76:3
interesting 45:24 46:1
interim 4:1,7 4:12,18 5:1,8 5:14,19 6:1,9 6:16 7:1,10,19 71:12 78:14
internal 36:22 37:3
international 17:3
interns 78:20
interrupt 42:13
interviews 28:8
investigating 51:19,22 52:1
investigation 51:24 52:9,13

75:20 76:7
investigations 28:5,6,9 37:3
investisseme... 55:13
investment 7:3 17:10 57:14,14
investments 12:3 53:23
investors 11:12 55:11
involve 36:3 48:23
involved 74:11 76:19
island 43:1
isolated 77:3
israel 36:19
israeli 4:14 36:19
issue 32:2 33:12,16,23,25 34:2,12,18 35:4,6,22,25 36:6 40:16,25 47:17 49:24 53:18 57:24 62:13 68:2 69:11 71:18,21 71:25 72:25 73:21 76:15
issues 31:23 33:6,7 37:9 42:13,16 43:7 43:12 44:2 48:7,19 55:21 60:3 62:18

69:7 73:5 76:6
76:23,24,24
77:1,3,6,18
78:25 80:3
**item** 43:16

**j**

**j** 20:14 23:2
24:14,24 25:18
25:21
**jack** 23:6
**jakobsen** 22:13
**jam** 79:18
**jama** 23:7
**james** 25:13
**jamshid** 22:14
**janell** 24:5
**janke** 24:23
**jankovic** 24:23
**january** 6:20
**jared** 25:4
**jasleigh** 23:3
**jason** 13:8
21:18 23:11
**jean** 21:16
**jeff** 22:2 68:15
**jeffrey** 16:8
**jellestad** 22:15
**jenner** 6:2,5
74:5
**jeremy** 23:4
**jersey** 16:3
**jesse** 24:11
25:6
**job** 72:24 78:8
**johan** 25:20
**john** 21:20
24:2,25 26:1

**joined** 31:25
**joining** 55:15
**joins** 51:6
**joint** 9:6 80:1,2
**jon** 22:19
**jonathan** 21:9
**jones** 10:18
12:2
**josemar** 24:15
**joseph** 21:15
24:13 25:3
**joshi** 24:22
**jovanni** 20:20
**joyce** 13:7
**jr** 17:10 57:14
**judge** 3:3 67:6
67:7,8,16,17
71:3 72:13
73:13 81:6,18
**judgment**
30:11,20 31:1
50:15
**july** 2:21 46:12
70:25 84:25
**justice** 11:2
15:16 27:19
41:19

**k**

**kaczkowski**
22:16
**kahn** 18:2
70:23
**kaila** 16:24
**kaitlyn** 25:1
**kaplan** 16:15
**karen** 23:23

**katherine** 18:8
**kaufmann**
20:12
**kayla** 12:24
**keely** 21:10
**keeney** 21:11
**keep** 68:8
**keeping** 58:25
**keith** 14:8,11
**ken** 18:22
20:11
**kevin** 22:9,12
**key** 41:18
42:16 48:19
**keyan** 20:18
**khai** 23:5
**khanuja** 24:21
**kieser** 21:12
**kind** 60:11
73:20 77:14
**kirkland** 10:3
10:13 27:9
72:1,11 73:4,8
73:21 77:1,5
77:10 80:15
**know** 27:10
29:8,9,13
33:22,24 35:17
37:14,16 38:12
38:18 39:8
40:13 41:13
42:9,13,14
43:17 47:8
50:25 53:16,21
54:8 57:22,22
57:23 58:2,4,6
58:8,20,24

59:1,3 67:1,13
67:16,21 68:19
68:23 74:7
75:16,25 76:4
76:14 79:7,17
79:18 80:25
81:1
**known** 52:11
**knows** 51:17
**koenig** 10:8
27:4,5,7,8,9,13
27:18 29:7,12
29:17,20,23
30:2,8,15,17
32:6,11,18,21
33:5,21 34:5
34:13,19 35:1
35:10,13,16,19
35:24 37:21
38:3,6,22 40:2
40:11 41:1,4,8
42:2 43:14,15
43:25 44:13,19
44:21 47:10,13
50:5,24 51:3,6
55:18 56:5
61:21,22,22
62:16,25 63:2
69:19,19 70:15
70:18 79:20,22
79:22 81:13,15
**koenig's** 68:6
**koster** 21:13
**kouly** 21:14
**kraig** 22:13
**kramer** 17:2

kuhns 13:7
kulpreet 24:21
kurman 13:2
kwasteniet
10:11
kyle 23:13 26:3

**l**

l 21:25 22:23
26:9
la 10:5
laboring 77:6
lackey 24:12
laid 71:11
lalana 22:7
lalia 21:15
language 49:12
large 42:1
66:12 75:14
las 26:10
late 40:18 43:9
44:11 72:13
73:2,13 81:25
latham 76:16
76:18 77:3
78:19 79:9
latrielle 21:16
law 17:9 31:10
36:19 52:12
53:18 72:15,16
72:22 73:6
lawyer 67:3
70:10
lawyers 60:18
layla 15:7
lays 34:13
lead 32:12
68:16 72:1

leading 34:10
learned 36:12
learning 36:15
leave 36:21
leaves 37:9
leblanc 11:19
55:8,9,10
56:25 57:2,5,8
lectern 41:8
62:20 70:18
ledanski 9:25
84:3,8
lee 21:17 24:6
left 65:19
legal 6:9,13
32:8 53:21
84:20
lehrfeld 24:13
lending 60:25
61:9
length 43:18
leonard 16:7
levin 17:2
levy 28:16
38:11
lexington
10:15
liberty 16:4
light 53:1
56:18
likely 27:14
28:24 35:22
42:9 47:25
48:7,11 65:20
limit 40:24
limited 17:3
57:10,11,19

58:6 62:12
line 45:20 83:4
lines 75:4
liquid 53:22
lisa 19:14
listen 67:10
listening 66:20
litigate 48:19
litigated 47:20
56:10
litigating 48:7
49:18
litigation 7:11
16:18 29:3
36:9 42:21
47:22 48:2,5,9
48:17 49:17
50:16 51:11
52:6 53:10
54:11,11 56:18
56:18 57:18
58:1 65:14
67:4 72:18,19
litigations
55:18
little 32:19
34:20 39:13
42:22
live 74:16
llc 1:8,15,23
2:6,14 4:19,21
5:4,15 6:10,13
7:5,21 8:6,10
8:15,20 9:2
19:9 49:3
51:13 52:23
53:3,7,17,25

54:21 55:3
61:1
llc's 61:7
llp 4:8 5:9,20
6:2,6 7:11,16
10:3,13 11:11
12:10 13:11,20
14:2,15 16:2
16:17 17:2,17
18:10,17 19:2
19:16 20:2
lodge 56:4
lombard 13:4
long 40:8 58:20
66:3 74:3
look 35:5 37:19
42:5 66:22
74:3
looking 73:1
80:17,19
los 13:14
lost 48:6
lot 30:11 35:11
35:15 42:2
43:9 45:12
46:2 63:12
71:13 74:10,20
74:21 76:4
78:21 81:7,7
loud 44:3
lower 73:7
75:1
lp 4:2 7:2,6
18:18
lu 21:18
luc 23:21

| | | | |
|---|---|---|---|
| lucas 24:24 | malpractice 73:20 | matters 32:22 51:18 | metzger 55:11 |
| luck 56:21 | man 70:20 | matthew 20:7 | mevin 24:22 |
| lucy 26:9 | management 18:18 63:11 | maude 20:19 | mg 1:3,4,18 2:1 2:9 8:5,9,14,19 9:1 |
| luke 10:9 | manges 19:2 | maunder 22:11 | |
| lund 24:11 | manipulation 34:4 43:4 | mccarter 80:10 | mia 23:22 |
| lupu 21:19 | | mccarthy 22:12 | miami 13:23 16:13 19:19 |
| ly 21:20 | mantra 41:23 66:3 | mcelroy 16:2 | michael 15:23 26:2 |
| **m** | manus 22:9 | mcintyre 24:14 | mid 63:5 |
| m 9:13 10:11 11:19 20:12 22:9 26:5 | march 6:5 | md 13:5 | middle 33:9 |
| | maria 22:20 | meadow 10:20 | milbank 11:11 55:10 |
| | mark 11:8 14:12 70:22 | mean 37:17 38:24 40:19 42:5 66:23 67:13 | milken 67:3 |
| m3 4:1 | market 34:4,9 43:3 | | milligan 15:7 |
| maciej 22:6 | | | million 44:7,9 48:12,20,21 49:16,22,23 50:1 51:14 57:2,3 74:5,7 74:14 |
| made 28:14,20 58:23 59:4,21 73:9 | marketed 59:5 | means 30:12 56:16 64:24 | |
| | maronpot 22:10 | media 30:12 | |
| madison 15:21 18:6 | marques 24:15 | mediation 60:21 68:23 69:8,13 | |
| madsen 21:21 | marsal 7:20 | | milton 67:6 |
| mailing 39:7 | marsh 24:17 | meet 79:24 | mind 67:2 |
| main 15:19 18:4 42:22 67:9 | martin 3:2 | meeting 76:21 76:22 77:17 | mineola 84:23 |
| | mary 21:22 | meetings 73:4 | mining 36:3 54:15,16,19,21 54:23,24 55:1 55:5 59:11 60:22 61:6 |
| majority 54:8 54:8 | mashinsky 27:18,21,24 28:1 41:14 63:10 | melanie 11:20 | |
| make 30:17 38:10 39:14 43:6 47:3 56:13,14 66:5 68:17 74:9 75:9,12 76:13 80:20,23 | | members 52:10 | |
| | mason 22:1 | mendelson 24:16 | minor 74:23,24 |
| | masumoto 11:9 | mengden 18:23 | minute 78:2 79:11 |
| | material 30:3 | merge 54:5 | |
| makes 36:7 49:20 | matter 1:6 29:13 54:3 80:13 | merits 43:6 74:13 | minutes 79:21 81:25 |
| making 42:1 | | met 36:16 73:3 | mira 13:25 |
| malkin 18:10 | | | |

misrepresent...
63:16 70:2
**missed** 72:10
**mistakenly**
50:3
**mitchell** 16:22
18:23
**model** 28:7
30:5 31:12
**moment** 27:3,6
**monday** 39:18
39:20,21,23
40:25 76:22
**mondays** 40:17
**money** 42:20
42:20,21 45:12
46:2 64:14
73:5
**months** 51:22
**morgan** 10:10
**morning** 27:4
27:8 39:20,21
40:7 41:11
43:15 44:22
45:7 55:9
60:10 70:22
71:6,7 80:9
**morris** 15:23
**motion** 8:2,11
8:16 9:3,6,11
31:24 43:16
45:11 47:14
48:14 49:4,5,8
49:10 50:18
59:13 62:12,14
66:14 72:12
80:18

**motion's** 78:4
**move** 40:8
50:18
**movement**
34:9
**movements**
43:11
**moving** 46:24
68:9
**mulvaney** 16:2

**n**

**n** 10:1,5 27:1
83:1 84:1
**naftalis** 17:2
**nagi** 13:8
**name** 81:19
**nearing** 65:6
**necessarily**
40:18
**necessary**
42:15
**necessity** 46:23
**need** 30:9 39:3
39:4,19 63:20
66:17 67:14
77:9,9,11
81:14
**needing** 48:18
**negisa** 23:9
**neglect** 72:15
**negotiated**
53:9 75:25
**negotiating**
72:19
**negotiations**
48:13

**nelly** 11:17
**network** 1:8,15
1:23 2:6,14 5:4
7:5 8:6,10,15
8:20 9:2
**never** 75:12,16
**new** 1:2 2:19
10:16 11:5,15
12:5,13,20
14:5 16:3,5,20
17:5,13,20
18:13,20 19:5
19:12 20:5
36:3 76:22
77:18
**newco** 31:7
36:1
**newco's** 30:5
**newport** 42:25
**news** 27:10
32:20 35:2
**nice** 58:15,17
60:8 63:6
**nicholas** 21:2
**nicole** 16:7
**night** 27:16
40:19 43:9
62:20
**nikhil** 26:8
**nikolas** 21:8
**nine** 40:21
**noah** 26:5
**non** 59:9 63:16
65:24
**nonconsensual**
61:24 62:4

**noncontract**
65:12
**normal** 71:14
**north** 7:20
**northeast**
42:25
**note** 51:16 59:4
**noted** 45:1
72:14
**notes** 31:16
60:11,14,16
**notice** 39:3,4
63:23,25
**notified** 52:6
**novawulf**
18:18
**november** 4:5
4:15,20 5:5,12
6:5 7:5,14 77:4
78:13
**noyes** 14:11
**number** 55:20
80:15
**numbers** 66:17
74:7
**nuraldeen**
23:15
**ny** 2:19 10:16
11:5,15 12:5
12:13,20 14:5
16:5,20 17:5
17:13,20 18:13
18:20 19:5,12
20:5 84:23

| o | | | |
|---|---|---|---|

**o**

**o**  3:1 27:1 84:1
**o'brien**  12:23
  21:22
**o'clock**  39:22
  39:24 40:6
**oar**  77:6
**object**  49:16
**objectants**
  17:11
**objected**  49:7
**objecting**  46:4
  46:11 50:6,10
**objection**
  31:25 44:22
  45:8 46:8,12
  46:15,19 49:6
  49:14 56:3,5
  57:19,23 58:6
  58:18
**objections**  39:3
  39:5 44:23,24
  45:2 49:9
  50:20 57:11
  62:12
**objectors**
  57:12
**observation**
  75:12
**obviously**  35:1
  37:7,17 39:6
  43:8 55:16,23
  56:9 73:22
**occurred**  74:9
**octave**  25:21
**october**  39:18
  39:18,22

**offer**  56:14
  62:8 70:1,3,5
**offered**  50:7
**offering**  33:20
**offerings**  36:1
**office**  15:2,9
  17:9
**officer**  36:12
  37:4
**official**  4:4,14
  5:3,11 6:19 7:4
  12:18 13:12,21
  14:3,16 41:12
  62:23
**offit**  13:2
**oh**  27:12 74:1
**okay**  27:6
  29:16 32:20
  34:21 37:7,21
  38:24 39:14,16
  41:3,7 43:6,13
  44:17 46:19
  55:6 57:4,7,16
  59:19 60:6
  61:20 64:1
  68:10 69:3
  78:1 80:7,16
  80:22 81:11,19
  81:24
**old**  84:21
**omnibus**  80:21
  80:24
**once**  37:13,22
**ongoing**  36:18
  37:5 52:9
  76:21 77:13

**open**  62:8 70:3
**opening**  50:24
**operations**
  37:1
**opine**  43:7
**opinion**  47:21
  59:15 62:13
**opportunity**
  63:21
**opposition**
  58:12
**opt**  65:13,17
  65:17 67:6,8
  67:14,19,19,23
  70:5,12
**optimistic**
  38:14
**order**  9:6,11
  29:2 37:6 44:8
  47:11 49:13
  52:22,22 53:9
  53:11 56:20
  59:23 62:13
  63:18,24 64:1
  65:21 80:6
**orderly**  81:3
**orders**  29:1,2,5
  29:12
**original**  45:8
**originally**
  75:25
**osborne**  24:19
**oswald**  21:23
**outcome**  41:18
**outlined**  69:1
**outs**  67:8,19,19

**outside**  27:10
  35:3
**overruled**
  46:16,19
**overrules**
  62:12
**overstaffing**
  75:3
**owens**  21:24
**own**  56:10
  65:14
**owns**  54:14

| p | | | |
|---|---|---|---|

**p**

**p**  10:1,1 13:17
  24:2 26:1 27:1
**p.m.**  39:19
**p.o.**  15:20 18:5
**packed**  79:18
**page**  83:4
**pagnanelli**
  24:10
**paid**  44:8,12
  46:3
**palatable**
  45:11
**palissery**  22:1
**pan**  24:9
**panel**  43:1,2,13
**paper**  45:24
**parent**  59:11
  61:2,10,12
**park**  16:19
  17:19
**parrots**  75:5
**part**  51:7 55:19
  67:5 69:12
  78:8

participate
49:17
particular
31:18 52:25
58:23 69:4
75:15
parties 27:14
30:18 41:2
44:3 45:21
48:17,24 51:21
55:24 57:16
58:9 71:14
80:2 81:7
partners 4:2
5:15 7:2,6
16:10,11 55:10
party 19:3 46:3
50:6,10
party's 49:7
passed 44:22
49:7
past 40:14
patel 20:13
patton 22:2
patzak 22:3
paul 18:17
19:7 20:15
23:14
pause 31:12
pave 38:16
pavon 36:11,17
36:24
pay 33:19
43:16,22 56:9
paying 49:23
payment 51:14

peled 12:15
penalties 28:16
28:24
pending 48:22
53:10
people 43:13
56:15 63:12
66:7 67:13
76:2
perella 7:1,6
performed
45:17
performing
47:1
period 4:4,9,15
4:20,22 5:5,16
5:21 6:4,6,11
6:13,19 7:5,7
7:14,16,21
34:9 39:13
56:11 74:19
78:13,14
perry 13:9
perspective
49:19,23 70:6
pertaining
52:12
pesce 13:18
peter 20:14
22:3
petition 31:6
34:4
pham 23:5
phan 24:18
phenomenal
74:22

philippe 21:16
phillips 25:25
phone 60:17
phones 60:19
phung 22:4
pick 56:17
picture 39:9
piece 74:22
pillay 6:1 43:2
75:24
pillay's 74:3
piper 19:16
plain 53:16
plaintiffs 1:13
1:21 2:4,12
18:11 79:24
plan 9:13
28:12 31:7
32:21 33:13,19
34:25 36:3,5
42:14 43:17
46:20 47:1,7
50:14 61:13
63:21 65:22
66:11 67:1,5
68:17 69:9
83:5
platform 48:22
59:1
plaza 17:19
18:12
pleading 70:6
please 27:2
58:12 74:2
81:11
pleased 28:10

pllc 6:17 12:17
po 15:4
pockets 64:14
point 32:15
38:7 66:25
67:24 69:2,6
80:17
pointed 46:4
pollack 67:6,8
pollard 22:5
pool 28:25
porczek 22:6
position 36:9
45:1 46:15,22
48:9
positive 81:8
possession
7:12
possible 28:14
39:2,16 40:8
42:17 46:25
56:14 68:9
69:23 81:4
potential 37:9
39:9,14,18
47:22 51:20
52:13 64:16
67:15
potentially
35:4
powerpoint
43:11
poynter 21:25
practical 64:24
practice 55:19
practices 28:7
31:5,8 36:2

[practicing - quite]                                                    Page 23

practicing  67:3
precedent  42:7
prediction
  63:4
preferred  9:8
  11:13 40:18,20
  51:12,19,20
  52:7 55:7
  56:24
premature
  32:3
prematurely
  77:8
prepetition
  63:11
present  20:9
presentation
  50:25
preserved  59:1
  73:22
preserves  59:2
presided  67:7
press  74:18
pretrial  40:7
pretty  67:20
  77:3
preview  66:19
price  18:10
  33:20 34:3
  43:11
principal  28:3
principle  69:25
  80:22
prior  36:24
  48:21 64:25
  72:4

privileged
  51:24
priya  21:3
pro  31:23
  34:13 58:14
  60:11 76:3
probably
  27:13 44:2
  49:11 50:2
problem  30:2
  50:5 69:19
procedural
  29:13
procedure  67:6
proceed  48:18
proceeding  8:5
  8:9,14,19 9:1
  44:19 69:12
proceedings
  82:1 84:4
proceeds  50:9
  64:19
process  28:21
  36:18,24 41:20
  52:14 65:19
  66:17 67:1
  68:25 69:9,21
  70:1 71:15
produced  52:3
professional
  4:7,8,22 5:8,14
  5:16,19,20 6:3
  6:16 7:7,20,21
  44:1 78:12
professionals
  71:16 74:11,12

program  32:16
  42:25
prologue  40:14
promise  62:25
promises  40:7
promptly  52:7
proof  63:14,15
  63:18 68:17
  69:3 72:4,13
  72:17 73:2,13
proofs  72:3
proposal  47:8
propose  33:13
proposed  33:5
  33:9 34:24
  45:10 47:14
  49:13,25 52:22
  61:13 63:25
  65:25 68:5
  80:5
proposing
  34:15
prospects  81:4
protracted
  47:17 50:16
prove  64:9
  65:20 70:7
provide  38:4
  43:21 53:6
  65:7,10,15
provided  28:8
  52:18 74:14
provides  48:20
  54:12
proving  70:8
provision  53:5

pryor  20:2
public  37:23
publicly  29:18
  29:20,23 52:1
pundisto  22:7
purposes  32:21
  77:2
pursuant
  32:25 33:1
  44:1 62:10
pursue  52:7
  65:14
pursuing  73:12
put  32:2 35:2
  38:1 43:3,10
  45:24 68:20,21
putting  42:20

q

quality  77:12
quantum  56:8
question  31:18
  32:19 40:4
  45:20,23,25
questioning
  75:19
questions  30:1
  31:12 33:17
  42:3 45:15
  58:3,5 71:3,18
quick  68:9
quicker  42:21
quickly  41:24
  79:19 81:4
quite  27:10
  37:10 45:14
  67:12

| r | reasonableness | 79:1 | release  48:23 |
|---|---|---|---|
| **r**  3:1 10:1 12:7 | 51:10 52:21 | **reed**  17:17 | 51:14 73:16,19 |
| 27:1 84:1 | 73:3 | **referred**  50:3 | **released**  37:20 |
| **raise**  78:25 | **reasonably** | 68:16 | **releases**  50:9 |
| **raised**  68:2 | 32:12 46:24 | **referring**  75:14 | 52:13 61:24,25 |
| 69:11 76:6 | **reasons**  51:6 | **regard**  53:11 | 62:4 |
| **rakesh**  20:13 | 69:13 | 76:23 | **relevant**  36:6 |
| **ramifications** | **rebecca**  25:7 | **regarding**  8:2 | 52:12 |
| 67:15 | **receive**  45:16 | 53:12 71:4 | **relied**  58:24,25 |
| **ran**  48:2 | 50:8 64:22 | 80:16 | **relief**  9:9,13 |
| **rapidly**  46:24 | 65:18,21 | **regina**  24:19 | 49:8 |
| **rasile**  19:21 | **received**  49:9 | **regulators** | **reluctant**  47:4 |
| **rates**  74:25 | **recognize** | 28:14 31:4,10 | **remaining** |
| 75:1 | 32:18 | 37:8,9,12,15 | 49:13,14 |
| **rather**  77:8,13 | **recognized** | 37:18 38:7,9 | **remains**  36:18 |
| **reach**  28:10 | 53:2 | 38:15,17 75:17 | **remove**  44:4,5 |
| 33:11 38:15 | **recommenda...** | **regulatory** | **rendered**  4:2 |
| **reached**  28:23 | 78:23 | 27:22 76:18,18 | 4:13 5:2,10 6:3 |
| 48:14 51:21 | **recommenda...** | 77:6 | 6:18 7:2,13 |
| 52:10 55:25 | 71:1 76:3 79:4 | **rehash**  51:15 | **reopened** |
| **reaching**  57:16 | **recommends** | **reilly**  22:8 | 45:20 |
| **read**  34:23 | 78:16 | **reimbursed** | **repeat**  42:2 |
| 42:5,6 74:20 | **record**  43:14 | 56:13 | 43:18 62:6 |
| 74:21 76:8 | 52:3 84:4 | **reimbursement** | **replies**  44:10 |
| **reading**  43:9 | **records**  76:25 | 4:3,13 5:2,10 | 44:11 |
| **ready**  37:24 | 77:13 | 6:3,10,18 7:3 | **reply**  49:11 |
| 40:15 67:11 | **recover**  47:16 | 7:13 44:7,8 | 50:2 |
| **real**  63:11 | 48:11 54:6,24 | 45:16 | **report**  34:6,7 |
| **reality**  64:24 | **recoveries** | **relate**  31:4 | 43:4 52:3 70:8 |
| **realize**  58:9 | 28:17 30:13,13 | **related**  9:9,13 | 70:25 71:4 |
| **really**  27:12 | 41:24 65:1 | 62:18 | 74:20 76:13 |
| 77:5 78:19 | **recovery**  65:10 | **relating**  31:11 | 78:15,22 79:1 |
| 79:11 81:10 | 67:22 70:4 | **relationship** | 79:4,6,7 81:8 |
| **reason**  57:19 | 73:8 | 72:5 | **reports**  74:13 |
| **reasonable** | **reding**  26:1 | **relationships** | 74:20,20,21 |
| 40:23 62:9 | **reductions** | 72:6 | 75:11,21,21 |
|  | 71:2 78:17 |  | 76:8,9 |

represent
  51:17
representatives
  68:16 69:15
represented
  50:1 56:6 67:9
  72:16
represents
  55:12
request  52:21
  73:9
require  30:6
  31:10 32:1
  57:25
required  63:24
  74:19
resenblum
  12:8
reserve  67:14
reside  59:15
resign  28:1,2
resolution
  31:19 33:12
  42:19 48:23
  55:25 65:24
resolutions
  28:10
resolve  29:3
  42:15 49:12,23
  58:18 60:2
  64:18,25 65:19
  66:7 71:15
  72:23 81:11
resolved  42:14
  53:14 59:20
  69:8,12

resolves  48:17
  53:10 54:10
resolving  64:6
respect  32:10
  33:3 36:25
  46:17 56:3
  64:4 68:1,2,5
respectfully
  52:21
response  40:1
  61:21
responses
  46:13
responsibility
  78:9
result  28:9,23
  34:4 53:17
  54:20 55:3
  65:11 73:10
resulted  47:20
  71:14
retain  50:10
  62:7
retained  44:1
retention
  43:23,24
return  41:20
revenue  36:12
reviewed  78:19
  78:20
reviewing  52:1
  76:12 78:7
reviews  45:12
revised  43:16
  44:4 49:12
  73:15

rhode  42:25
rich  47:3 67:20
richard  21:23
  25:25
rickie  23:17
rifkind  18:17
right  29:4
  32:21 33:21
  34:8,21 39:15
  39:17 40:2
  41:7,8 50:20
  50:22 55:7
  57:10 58:2,11
  59:22 62:11
  67:14 68:10
  69:1 73:25
  75:9 77:21
  78:1 81:17
rights  38:12
  50:10,13 58:1
  62:7
riki  21:14
ripple  31:16
  34:22 42:4,6,9
rise  68:17
risk  48:10
risky  50:16
road  84:21
roadblocks
  43:24
robert  20:12
  23:18
robinson  14:12
rockefeller
  18:12
rodriguez  21:9

role  27:24
  51:17 73:1
roni  36:11
rosella  26:2
ross  10:11
rudolph  14:20
rule  51:10 52:8
  62:10 66:24
ruled  59:16,18
rules  30:22
  71:11
ruling  35:4
  53:24 66:24
rulings  83:3
ryan  15:14
  20:21 24:18

s

s  10:1 11:9
  27:1
sabatino  21:2
sabin  68:14,15
  69:17
saccullo  6:9,13
saihgal  21:3
sale  48:21
sales  35:13
salle  10:5
salls  21:4
samuel  13:17
sandali  25:5
santos  25:19
sarah  22:10
satisfactory
  68:3
satisfied  61:15
  79:1

satisfies  51:9
  52:20
satterfield  26:3
saturday  43:1
saved  49:20
saw  49:11 50:2
  59:13 64:10
  71:13
saxena  21:5
saying  46:11
sc  18:2
schedule  56:18
  66:22 79:25,25
  80:1
scheduled  48:3
  48:4 66:16
  76:22
scheduling
  64:11 80:3,6
  80:16
schickler  23:6
schneider  26:4
schottenstein
  26:5
schroeder  26:6
scope  75:25
  76:6,7
scott  14:10
screen  43:11
  55:14
scrutiny  76:11
se  31:23 58:14
  60:11 76:3
sean  21:17
searcy  21:6
seated  27:2

sec  15:10 27:21
  28:10 29:1,5
  29:10 31:19,20
  32:4
second  4:1,7
  4:18 5:1,8,14
  6:1 7:1,10,19
  8:17 77:1
  78:14,15
section  32:25
  33:2 35:6 44:1
securities  16:3
  27:20 31:22
  32:5,13 36:1
security  31:21
  32:1,17,22,23
  33:8,17 35:13
  35:14 60:11,15
see  33:11,22
  37:25 44:25
  58:15,17,21
  60:9 67:24
  78:3 81:6
seeing  37:18
seek  43:23
  48:14 62:2
seeking  44:6
  66:12 72:12
  73:11
seeks  51:12
seem  47:1
seemed  37:16
  37:22 80:16
seen  30:11
  66:13
segregated
  48:22

seize  28:15
selendy  6:17
  12:17 51:5
senes  21:7
sense  38:10
  40:9 49:20
  51:25 66:21
  70:11
separate  27:21
  69:11 72:2
september
  39:19 40:25
  80:4,19,21
serban  21:19
series  9:8
  11:13 33:16
  44:15,17 47:14
  47:15,18 48:10
  48:15,16,24
  49:15,25 50:7
  50:25 51:7,12
  51:19 52:6
  54:11 55:11
  56:24 62:1,18
  62:19 72:20
  83:7
seriously  78:9
served  41:19
services  4:2,13
  4:19,21 5:2,10
  6:3,10,17 7:2
  7:13 43:21
  44:5 47:2
set  34:5 63:24
  79:5,19
setting  64:1

settle  34:15
settled  55:21
settlement  9:7
  32:4 33:6,7,14
  47:14 48:13,14
  48:15,20 49:2
  49:8,10,15,19
  49:22 50:7,8
  50:14,18 51:7
  51:8,21 52:10
  52:14,19,20,22
  53:9 54:10
  55:17 57:6,10
  57:17 59:2
  61:3,23 62:7,9
  62:19 65:7,7
  65:17,18,25
  67:5,20,20
  68:5 81:4 83:7
settlements
  37:19
settles  51:11
severson  21:8
shane  21:24
shanks  2:3,11
  8:14,19 9:1
  24:6 80:11,12
shara  11:7
  45:4
share  50:8
sharon  25:15
shikhar  21:5
shirley  23:16
shlivko  21:1
shoba  6:1 43:1
shoes  68:6

short 37:6
74:19
shortly 68:25
show 47:6
63:10
showed 34:8
shows 79:7
sid 24:9
sign 49:15 50:8
signature 84:7
signed 29:12
29:15
significant
36:25 52:20
55:13,21 64:10
74:24
significantly
65:2
silverman 20:7
similar 38:17
simon 24:3
simply 57:20
sits 59:11 61:2
six 73:7
sixteenth 39:23
slightly 45:11
slippery 45:17
slope 45:17
slow 68:7
smith 20:25
smoother
71:14
social 30:12
solicit 63:20
solutions 84:20
soma 23:12

somebody 36:7
somewhat 47:7
sontchi 18:3
70:19,24 71:3
71:4,5,6,8,8,23
71:25 73:18
74:1 76:17
77:20,22,24
78:1,3 79:13
sonya 9:25
84:3,8
soon 29:18
69:12,23 81:5
sorry 44:17
60:14 69:18
74:1
sort 53:16
62:18 71:11
73:19 75:1,3
77:5 78:11
sorts 80:4
sought 47:18
47:22 73:1
sound 57:16
source 58:6
south 13:13,22
19:18
southern 1:2
spangler 10:9
spawned 47:21
speak 57:9
60:13
special 6:6,11
7:11,16 16:18
27:25 28:3
36:15,23 76:18

specific 64:9
specifically
28:25 41:17
45:15 71:17
specifics 51:23
speedy 70:10
spending 42:20
spent 73:6
74:10,17 78:20
spoke 42:25
spoken 80:11
sponsor 9:13
43:17 46:21
47:8
spread 66:23
spring 30:20
sprofera 20:14
square 20:4
ssb 15:3
stadler 18:8
staffing 74:25
stakeholders
48:6
staking 36:4
stalking 45:14
stances 58:1
standard 33:14
70:6 73:3
standpoint
51:8
stands 46:8,16
start 39:19,22
39:24 40:6,17
40:20 63:8
67:12
started 47:17

starting 39:19
40:25
state 15:10
37:9,11 38:7
38:17 75:17
statement 30:7
33:23 34:12
37:13 38:21
39:4,6,11
62:25 65:1
66:14 67:1
68:8
states 1:1 2:17
11:2 45:5
status 8:1,7,11
8:16,21 54:2
62:17 72:24
79:19
stay 59:14,14
79:11
steadman 26:7
steffan 23:24
stem 62:18
step 68:5
steps 42:1
steve 23:1
stig 22:15
stipulate 32:9
stipulated 29:2
32:6 78:17
stop 40:21
storvick 20:15
story 67:18
stout 20:16
straightforw...
51:9

strauss 7:11,15
  16:17
street 10:5
  11:4 12:4,12
  13:4,13 15:11
  16:4 18:4
structure 47:7
  60:25 61:17
struggling
  69:21
stuff 75:1
sub 52:6
subject 32:23
  32:24 33:1,8
  33:24 34:1
  52:13 71:2
submit 47:10
  50:14
subordinated
  33:18
subordination
  32:2,24 33:1,8
  33:24 34:1,18
  35:5,24 36:6
subsidiaries
  61:4
subsidiary
  54:23
substance 52:2
substantial
  53:22 54:7,8
  54:25 73:9
substantive
  49:3 50:12
  51:12 53:1,6
  53:17 54:4,20
  55:2 59:8 60:2

72:25 77:1
substantively
  49:4,6 59:12
  60:5 69:4,10
sued 50:11
suggesting
  37:22 81:1
suite 13:4,13
  13:22 14:17
  16:12 18:4
  19:11,18 84:22
sullivan 20:17
summary
  70:25 71:4
superlatives
  68:19
support 47:2
  50:17 55:16
  68:21
supported
  52:15
sure 27:17
  30:17 39:14
  56:13 60:23
  71:23 74:9
  80:20,23
suri 26:8
surprise 41:22
surprises
  37:13
susan 17:9,15
  57:13
suspended
  30:11,15,18,20
  31:1
suspense 62:14

sustained
  46:17
sw 16:12
systems 36:22

t

t 23:16 84:1,1
table 44:4
tail 67:23
taji 20:18
tak 20:24
take 41:4 58:1
  64:7,10 70:3
  78:9
taken 46:22
  60:11,14,16
  72:18
talk 72:21 74:8
talked 74:8
talking 65:5
  73:5 74:11
tammy 22:23
tanzila 10:19
taylor 22:18
teach 39:20
technical 76:24
telephonically
  57:15
tell 64:3 67:18
  74:15 80:23
temidayo
  12:22 51:4
  81:20
term 53:9
terminated
  28:2 36:20
  37:6

termination
  36:16,18
terms 51:8,15
  65:2,7 68:16
  68:20 69:14
test 31:22
tether 17:3
texas 15:2,3,9
thank 41:10
  45:4,6,21
  47:10,13 51:3
  55:6,6 57:7,8
  57:14 58:11
  60:6,7 61:19
  61:22 62:16,22
  68:1,4,10,12
  69:16,17 70:14
  70:15 77:19,24
  79:15 80:7
  81:12,13,15,23
thing 36:10
  61:6
things 43:9
  58:22 66:5
  72:14 77:9
  80:5
think 28:11
  29:11 30:6
  32:3,11,18
  33:5,15 34:19
  35:3,16,20,24
  35:25 36:5
  37:12,12,25
  41:22,25 42:9
  42:11,15,16,22
  43:24 44:13
  47:5 53:14

54:2 55:21
56:1,6,7 58:23
58:24 63:8
64:10 66:19,22
67:21 69:6
70:10 72:22
75:10,15,17,20
75:24 76:2,4,5
76:8,9 78:9,22
78:24 79:2,22
80:6,21
**third** 17:12
**thomas** 14:9
20:3 22:25
**thomson** 26:9
**thought** 32:3
76:5 79:10
**thousands** 28:8
**three** 39:24
55:22 68:16
**threshold**
51:10 52:20
**tiger** 67:23
**time** 36:13
37:10 39:12,24
40:23,24 46:21
50:19 52:12
58:3 64:7,12
65:23 66:4
68:20 69:22
70:9 74:11,19
76:5,24 77:12
78:21
**timeframe**
75:6 76:10
77:5

**timeline** 30:5
**timely** 72:17
**times** 20:4
78:24
**timing** 68:22
**timothy** 22:8
**tipton** 20:19
**today** 42:23
70:24 73:11
78:12
**todd** 12:7
**together** 43:13
**token** 31:20,24
31:25 32:13
33:6,11,17
35:4,5,24 36:7
43:11
**tokens** 33:4
**tomas** 21:13
**ton** 73:5
**tony** 26:12
**took** 34:8
52:17 74:3
75:2 76:11
77:2,11
**topics** 27:15
**torres** 20:20
**total** 56:25
**totaling** 63:14
**totally** 28:14
30:8
**touch** 38:25
**toward** 46:24
**towards** 48:18
**transactions**
34:9 35:14

**transcribed**
9:25
**transcript** 84:4
**travel** 80:4
**travis** 21:11
**tremendous**
49:21
**trial** 40:8 47:20
48:3 67:11,13
**trials** 64:11
**tried** 28:15
80:23
**trigger** 80:17
**tristan** 25:16
**true** 63:3 84:4
**trust** 17:10,18
57:14
**trustee** 11:3
45:1,5 46:22
76:1
**try** 72:23 79:19
79:24
**trying** 56:12
66:7 81:3
**tuesday** 67:13
**tuganov** 12:11
68:15
**turetsky** 14:7
**turn** 44:25
51:1
**turned** 28:7
78:11
**turning** 38:19
43:15
**tv** 55:14
**twenty** 39:24

**two** 39:9,12,17
39:22,24,25
40:13,14 42:22
47:24 54:5
61:9 62:13
73:6 74:19
75:11,13 76:9
76:24 77:8
78:18 79:9
**twofold** 64:15
**tx** 15:5,10,10
15:12
**typical** 75:1
**typically** 40:23

**u**

**u.s.** 3:3 11:3
45:1 46:22
76:1
**ubierna** 26:10
**uday** 22:22
**ultimately**
52:17 60:3
72:13
**unable** 47:8
**uncontested**
44:21
**under** 28:22
31:7,22 33:8
33:13,13,18,25
34:1 35:6 36:6
36:19 50:13
51:10 52:8
53:24 61:8,9
61:10,10,12
62:19 65:22
77:10

**underneath**
61:2
**understand**
30:16,16,18
46:14 53:13
57:17 67:14
71:24 76:25
**understanding**
60:24 61:16
77:10
**understood**
74:9
**unfortunate**
66:25
**unfortunately**
80:24
**unique** 75:4,5
**united** 1:1 2:17
11:2 45:5
**universally**
74:15
**universe** 74:15
**unnecessary**
37:13 45:12
79:12
**unregistered**
32:5,16,22
**unresolved**
69:7
**unsealed** 36:14
**unsecured** 4:4
4:15 5:4,11
6:19 7:4 12:18
13:12,21 14:3
14:16 41:13
55:4 62:23

**unsuspended**
30:19
**untimely** 46:19
**unusual** 45:9
**update** 69:14
**urge** 56:1 57:5
**urged** 38:8,9
**urging** 37:10
**use** 63:21
**useful** 37:2
**using** 8:1 41:20
74:25
**usually** 40:20
40:21

**v**

**v** 1:14,22 2:5
2:13 8:6,10,14
8:19 9:1 19:21
**valid** 64:22
**valuation** 34:2
**value** 31:24
52:14 54:17,19
55:1,5 61:4,6
66:2 75:16
**varick** 11:4
**variety** 31:11
47:21
**various** 71:2
**vazquez** 26:11
**vejseli** 26:12
**venable** 12:10
68:15
**verbal** 46:19
**veritext** 84:20
**vesey** 12:4
**viable** 36:8

**victims** 28:21
28:22 38:10
41:25
**victor** 26:10
**video** 55:15
**view** 28:20
46:23 75:22
78:11 79:3
**viewed** 73:1
**views** 42:3
**vince** 20:17
**virtually** 45:6
**virtue** 61:5
**vivid** 67:2
**vollenhals**
20:21
**voluminous**
52:3
**vote** 66:13,15
**voted** 52:18
**votes** 66:18
**voting** 66:10
**voyager** 37:15
40:13 47:6
71:18,21,25
72:1,3,12,16
72:20,21

**w**

**w** 15:11 20:7
**wacker** 14:17
**wait** 42:10
78:3
**waiting** 59:8
**walton** 20:22
**want** 30:17
37:12 40:14
41:5 43:6 47:3

51:2 55:7,8
56:9,14,17
57:4,9,12
61:20 63:7
66:5 68:8,13
69:2,20,22
70:11,12 71:5
76:12,15 77:25
78:25 80:7,11
**wanted** 36:10
38:18 50:8
58:20,21 59:7
63:21 66:19
69:14 74:2,9
80:19 81:2
**wants** 53:14
56:4
**warren** 20:23
**watkins** 76:16
76:18
**way** 28:22
30:19 35:5
38:8,15,17
49:2 65:6
66:11,13 70:11
74:7
**we've** 28:23,25
29:1 30:11
31:9 33:5,9,10
34:15 38:8
56:5 64:6
68:18 69:11,21
69:24
**website** 38:2
59:5
**week** 27:13,19
31:14 38:22

39:9,12 43:8
63:1,2,5 68:7
77:17 80:6
**weekend** 63:6
**weeks** 39:17,25
40:13,14
**weil** 19:2
**weinberg** 7:2,6
18:10
**weiss** 18:17
**welcome** 77:20
**went** 44:4
46:18 79:13
**west** 12:12
15:19
**westcap** 58:23
**westover** 11:20
**wharton** 18:17
**white** 5:9 13:11
13:20 14:2,15
**white&** 41:12
**wi** 15:21 18:6
**wiles** 72:14
73:13 81:6
**william** 26:6
**williams** 12:22
51:4,4 53:8
81:18,20,20,23
**willis** 10:10
**win** 48:10
**winds** 47:8
**wire** 27:20
**wisconsin**
15:16,17
**wish** 51:1
56:20 58:12
69:6

**wishes** 65:13
**witness** 40:21
**wofford** 14:8
**won** 48:5,11
**wonderful**
38:6
**woods** 18:15
**word** 30:15
42:10,11
**work** 51:25
60:12 68:20
71:10 74:3,22
75:7 79:13
**worked** 28:19
**working** 42:18
65:6 66:8 80:3
**works** 57:21
**world** 36:14
66:23 74:11
**worries** 41:1
**worth** 74:14,16

**x**

**x** 1:5,11,17,19
1:25 2:2,8,10
2:16 83:1
**xrp** 35:10

**y**

**yanez** 11:20
**yards** 11:14
**yeah** 61:17
71:9,20 77:23
**year** 56:11
**years** 55:19
69:24
**yeilding** 24:8

**yesterday**
49:11 50:2
60:21 80:15
81:7
**yeung** 20:24
**yoon** 14:13
**york** 1:2 2:19
10:16 11:5,15
12:5,13,20
14:5 16:5,20
17:5,13,20
18:13,20 19:5
19:12 20:5
76:23 77:18
**young** 4:8 5:20

**z**

**zabib** 20:10
**zachary** 20:10
**zaharis** 16:24
**zareh** 18:10
**zaryn** 23:25
**zero** 33:9,19
34:15
**ziman** 18:22
**zomo** 10:19
**zoom** 8:1 71:22