ROSENBERG & ESTIS, P.C.
733 Third Avenue
New York, New York 10017
John D. Giampolo, Esq.
Telephone: (212) 551-1273
Email: jgiampolo@rosenbergestis.com
*Attorneys for Jonathan Kelly*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ─────────────────────────── X | Chapter 11 |  |
| In re: : |  |  |
|  : | Case No. 22-10964 (MG) |  |
| CELSIUS NETWORK LLC, *et al.,* : |  |  |
|  : | (Jointly Administered) |  |
| Debtors. : |  |  |
| ─────────────────────────── X |  |  |

**CLAIMANT JONATHAN KELLY'S JOINDER TO OBJECTIONS TO ENTRY OF
ORDERS APPROVING (I) ADEQUACY OF DEBTORS' DISCLOSURE STATEMENT,
AND (II) THE SETTLEMENT BY AND AMONG THE DEBTORS AND THE
COMMITTEE WITH RESPECT TO COMMITTEE CLASS CLAIM**

Claimant Jonathan Kelly, holder of Claim No. 32204 in the amount of no less than $311,887.95, by and through his undersigned counsel, respectfully objects to the adequacy of the Debtors' Disclosure Statement and to approval of the settlement by and among the Debtors and Committee of Unsecured Creditors with respect to the Committee Class Claim. Claimant Jonathan Kelly joins in and incorporates by reference the applicable arguments and statements raised in the objections filed by Santos Caceres [Doc 3170], the United States Trustee [3182], Otis Davis and others.

Claimant Jonathan Kelly reserves the right to amend or supplement this objection.

- 2 -

Dated:  New York, New York
        August 11, 2023

                                        **ROSENBERG & ESTIS, P.C.**

                                        By: */s/ John D. Giampolo*
                                              John D. Giampolo

                                              733 Third Avenue
                                              New York, New York 10017
                                              Tel: (212) 551-1273
                                              Email: jgiampolo@rosenbergestis.com

                                              *Attorneys for Jonathan Kelly*