UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF ELEVENTH MONTHLY FEE STATEMENT
OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS
ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed its *Eleventh Monthly Fee Statement of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From June 1, 2023 Through June 30, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 2779 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Fee Statement**, by (i) Elementus Inc. and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 2779 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Fee Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Elementus.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

AMERICAS 116616989 v1

| | |
|---|---|
| Dated: August 12, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Greg F. Pesce*<br>**WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:  david.turetsky@whitecase.com<br>           sam.hershey@whitecase.com<br>           azatz@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile:  (305) 358-5744<br>Email: kwofford@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:  mandolina@whitecase.com<br>           gregory.pesce@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile:  (213) 452-2329<br>Email:  aaron.colodny@whitecase.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

AMERICAS 116616989 v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO**
**ELEVENTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR**
**INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | |
|---|---|
| Name of Applicant: | Elementus Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | June 1, 2023 – June 30, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $74,475.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $59,580.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $14,895.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $39,934.10 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $114,409.10 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $99,514.10 |

This is a <u>monthly</u> fee invoice.

AMERICAS 116616989 v1



## Professional Hours Tracker - June 2023

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 30 June 2023

### Hours Summary

| Date | Day | Name | Role | Activity | Category | Rate | Hours | Cost |
|---|---|---|---|---|---|---|---|---|
| 6/1/2023 | Thursday | Matthew Lam | Senior Data Scientist | Analysis on key deliverables | Internal Development | $900 | 4 | $3,600 |
| 6/2/2023 | Friday | Umber Kohli | Project Manager | Follow up call w/ M3 on key deliverables | Communications | $600 | 0.75 | $450 |
| 6/2/2023 | Friday | Matthew Lam | Senior Data Scientist | Follow up call w/ M3 on key deliverables | Communications | $900 | 0.75 | $675 |
| 6/2/2023 | Friday | Umber Kohli | Project Manager | Call w/ Selendy Gay re: FTX analysis | Communications | $600 | 0.5 | $300 |
| 6/5/2023 | Monday | Umber Kohli | Project Manager | Alignment w/ M Lam on requests from Selendy Gay | Communications | $600 | 0.25 | $150 |
| 6/5/2023 | Monday | Matthew Lam | Senior Data Scientist | Alignment w/ U Kohli on requests from Selendy Gay | Communications | $900 | 0.25 | $225 |
| 6/7/2023 | Wednesday | Umber Kohli | Project Manager | Meeting w/ Selendy Gay to discuss requests for FTX analysis | Communications | $600 | 0.25 | $150 |
| 6/7/2023 | Wednesday | Matthew Lam | Senior Data Scientist | Meeting w/ Selendy Gay to discuss requests for FTX analysis | Communications | $900 | 0.25 | $225 |
| 6/12/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | CEL Token Report: Buybacks Analysis | Internal Development | $900 | 7.5 | $6,750 |
| 6/13/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | CEL Token Report: Buybacks Historical Valuation | Internal Development | $900 | 4.7 | $4,230 |
| 6/14/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | CEL Token Report: Buybacks Report | Internal Development | $900 | 8 | $7,200 |
| 6/15/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | CEL Token Report: Buybacks Report | Internal Development | $900 | 3.9 | $3,510 |
| 6/15/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | Elementus / M3 - Daily Call w/ M Lam, Truman et al | Communications | $900 | 0.5 | $450 |
| 6/16/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Celsius - CEL Token Findings call w/ W&C | Communications | $900 | 1 | $900 |
| 6/16/2023 | Friday | Bryan Young | Vice President | Call with A. Colodny at WC, M. Galka, M. Lam, A.Mologoko at Elementus, T. Biggs at M3 re Cel token manipulation | Communications | $900 | 1 | $900 |
| 6/17/2023 | Saturday | Bryan Young | Vice President | Preparation of documentation on Elementus Methodologies for Declatation | Communications | $900 | 3.5 | $3,150 |
| 6/19/2023 | Monday | Bryan Young | Vice President | Review and documentation of FTX CEL trades for W/C. | Communications | $900 | 2.2 | $1,980 |
| 6/19/2023 | Monday | Matt Austin | Vice President | Review monthly timesheets and send to W&C | Administrative | $900 | 1.25 | $1,125 |
| 6/18/2023 | Sunday | Alex Mologoko | Senior Blockchain Expert | OTC Wallets report for M3 | Internal Development | $900 | 5.5 | $4,950 |
| 6/19/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | OTC Wallets report for M3 | Internal Development | $900 | 1.5 | $1,350 |
| 6/19/2023 | Monday | Matthew Lam | Senior Data Scientist | Examine ftx data for cel manipulation | Internal Development | $900 | 5 | $4,500 |
| 6/20/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Project Hornet - M3 Catch-Up Call | Communications | $900 | 0.5 | $450 |
| 6/20/2023 | Tuesday | Umber Kohli | Project Manager | Project Hornet - M3 Catch-Up Call | Communications | $600 | 0.5 | $300 |
| 6/15/2023 | Thursday | Matthew Lam | Senior Data Scientist | M3 Call | Communications | $900 | 1 | $900 |
| 6/16/2023 | Friday | Matthew Lam | Senior Data Scientist | Call to discuss CEL token findings | Communications | $900 | 1 | $900 |
| 6/15/2023 | Thursday | Matthew Lam | Senior Data Scientist | Explore part 1 of the ftx data | Internal Development | $900 | 2 | $1,800 |
| 6/20/2023 | Tuesday | Umber Kohli | Project Manager | Weekly UCC Call | Communications | $600 | 1.1 | $660 |
| 6/20/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | OTC Wallets report for M3 (BTC) | Internal Development | $900 | 4.7 | $4,230 |
| 6/20/2023 | Tuesday | Umber Kohli | Project Manager | Call w/ Selendy Gay re: Elementus declarations | Communications | $600 | 0.9 | $540 |
| 6/20/2023 | Tuesday | Bryan Young | Vice President | Call w/ Selendy Gay re: Elementus declarations | Communications | $900 | 0.9 | $810 |
| 6/20/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Call w/ Selendy Gay re: Elementus declarations | Communications | $1,000 | 0.9 | $900 |
| 6/20/2023 | Tuesday | Matthew Lam | Senior Data Scientist | Call w/ Selendy Gay re: Elementus declarations | Communications | $900 | 0.9 | $810 |
| 6/21/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | OTC Wallets report for M3 (BTC) | Internal Development | $900 | 6.1 | $5,490 |
| 6/21/2023 | Wednesday | Umber Kohli | Project Manager | Follow up call w/ Selendy Gay re: Elementus declarations | Communications | $600 | 0.9 | $540 |
| 6/21/2023 | Wednesday | Bryan Young | Vice President | Follow up call w/ Selendy Gay re: Elementus declarations | Communications | $900 | 0.9 | $810 |
| 6/21/2023 | Wednesday | Max Galka | CEO/Chief Data Scientist | Follow up call w/ Selendy Gay re: Elementus declarations | Communications | $1,000 | 0.9 | $900 |
| 6/21/2023 | Wednesday | Bryan Young | Vice President | Research Drafting and Review of Galka Declaration | Administrative | $900 | 1.5 | $1,350 |
| 6/21/2023 | Wednesday | Max Galka | CEO/Chief Data Scientist | Drafting and Review of Galka Declaration | Administrative | $1,000 | 0.5 | $500 |
| 6/27/2023 | Tuesday | Umber Kohli | Project Manager | Weekly UCC Call | Communications | $600 | 1.9 | $1,140 |
| 6/28/2023 | Wednesday | Max Galka | CEO/Chief Data Scientist | Onsite for the Magic hearing- expert witness at court in the event there were questions about the Magic declaration. | Communications | $1,000 | 4 | $4,000 |
| 6/30/2023 | Friday | Matt Austin | Vice President | Aggregate and review monthly expenses | Administrative | $900 | 0.75 | $675 |
| **June 2023 Labor Totals** | | | | | | | **84.40** | **$74,475** |

| Other Expenses | |
|---|---|
| **Description** | **Cost** |
| Amazon Web Services Costs | $26,287.65 |
| Google Cloud Platform | 8,001.98 |
| Google Voice | 54.40 |
| Asana - Project Management | 414.95 |
| Atlassian - Project Management | 65.73 |
| Microsoft 365 Subscriptions | 40.83 |
| Miro | 15.88 |
| Kaiko quarterly data subscription tax expense | 199.69 |
| Bryan Cave - Legal fees | 4,853.00 |
| **Other Expenses Totals** | **$39,934.10** |