JENNER & BLOCK LLP
Catherine L. Steege (admitted *pro hac vice*)
Vincent E. Lazar
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350

Richard Levin
Kayvan Sadeghi
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR**
**PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS ATTORNEYS FOR EXAMINER FOR**
**THE PERIOD OF MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| Name of applicant: | Jenner & Block LLP |
| Authorized to provide professional services to: | Shoba Pillay, Examiner |
| Date of retention order: | November 1, 2022 (effective as of September 29, 2022) |
| Period for which compensation and reimbursement are sought: | March 1, 2023 through March 31, 2023 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

| | |
|---|---|
| Fees Incurred: | $108,086.00 |
| 20% Holdback: | $21,617.20 |
| Total Compensation Less 20% Holdback: | $86,468.80 |
| Total Expenses Incurred: | $49,478.48 |
| Total Fees and Expenses Requested: | $135,947.28 |
| Type of fee statement or application | Monthly Fee Statement[2] |

Jenner & Block LLP ("**Jenner & Block**"), counsel to the Examiner to, hereby submits this statement of fees and disbursements (the "**Fee Statement**") covering the period from March 1, 2023 through and including March 31, 2023 (the "**Fee Period**") in accordance with sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated August 17, 2022 [Dkt. 1745] ("**Interim Compensation Order**"). By this Fee Statement, and after taking into account certain voluntary discounts and reductions, Jenner & Block requests (a) interim allowance of $108,086.00 for the reasonable compensation for actual, necessary legal services that Jenner & Block rendered to the Examiner during the Fee Period; (ii) compensation in the amount of $86,468.80, equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Jenner & Block rendered to the Examiner during the Fee Period; and (iii) allowance and payment of $49,478.48 for the actual and

---

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order (as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

necessary costs and expenses that Jenner & Block incurred in connection with such services during the Fee Period.

<u>**Itemization of Services Rendered and Disbursements Incurred**</u>

1.      **Exhibit A i**s a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Jenner & Block with respect to each project category that Jenner & Block established in accordance with its internal billing procedures. As reflected in Exhibit A, Jenner & Block incurred $108,086.00 in fees during the Fee Period. Jenner & Block seeks payment of 80% of such fees (i.e., $86,468.80 in the aggregate).

2.      **Exhibit B** is a schedule of Jenner attorneys and paraprofessionals including the standard hourly rate for each attorney and paraprofessional who rendered services to the Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees attributed to each attorney and paraprofessional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,293.57. The blended hourly billing rate of all paraprofessionals is $557.37.

3.      **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Jenner & Block is seeking payment in this Fee Statement. These disbursements total $49,478.48.

4.      **Exhibits D** contains Jenner & Block's detailed time records, which provide a daily summary of the time spent by each Jenner & Block professional and paraprofessional during the Fee Period as well as an itemization of expenses by project category.

5.      Jenner & Block will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A copy of this Fee Statement is also available on the website of the

Debtors' solicitation agent at https://cases.stretto.com/celsius. Jenner & Block submits that no other or further notice need be given.

6.      Objections to this Fee Statement, if any, must be filed with the Court and served so as to be received no later than **August 28, 2023 at 12:00 p.m.** (Eastern Daylight Time) (the "**Objection Deadline**") and shall set forth the nature of the objection and the amount of fees or expenses at issue.

7.      If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

8.      If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

*(Signature page follows.)*

Dated: August 14, 2023

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ *Vincent E. Lazar*

Catherine L. Steege (admitted *pro hac vice*)
Vincent E. Lazar
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
vlazar@jenner.com
csteege@jenner.com

Richard Levin
Kayvan Sadeghi
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
rlevin@jenner.com
ksadeghi@jenner.com

*Counsel to the Examiner*

**Exhibit A**
PROJECT CATEGORY SUMMARY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CELSIUS EXAMINER | 3.00 | $4,770.00 |
| CASE ADMINISTRATION | 12.80 | $14,847.00 |
| REPORT PREPARATION AND DRAFTING | 60.50 | $39,739.50 |
| BILLING AND FEE APPLICATIONS | 29.80 | $39,405.50 |
| COMMUNICATIONS WITH PARTIES IN INTEREST | 9.10 | $9,324.00 |
| **Sub-Total*** | 115.20 | $108,086.00 |
| Less 50% Discount on Non-Working Travel | | N/A |
| **Total** | | $108,086.00 |

# Exhibit B

## SUMMARY BY TIMEKEEPER

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2023) | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|---|---|
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $2,130.00 | 1.50 | $3,195.00 |
| VINCENT E. LAZAR | Partner | 1990 | Restructuring & Bankruptcy | $1,735.00 | 2.20 | $3,817.00 |
| SHOBA PILLAY | Partner | 2003 | Data Privacy and Cybersecurity | $1,590.00 | 3.00 | $4,770.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $1,430.00 | 21.50 | $30,745.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $1,290.00 | 2.40 | $3,096.00 |
| AARON R. COOPER | Partner | 2011 | Investigations, Compliance & Defense | $1,240.00 | 2.30 | $2,852.00 |
| CARL N. WEDOFF | Special Counsel | 2010 | Restructuring & Bankruptcy | $1,195.00 | 16.00 | $19,120.00 |
| LAURA E. PELANEK | Special Counsel | 2004 | Litigation | $990.00 | 5.00 | $4,950.00 |
| SARA M. STAPPERT | Associate | 2019 | Investigations, Compliance & Defense | $1,050.00 | 1.00 | $1,050.00 |
| NICHOLAS S. JOHN | Associate | 2022 | Litigation | $745.00 | 4.70 | $3,501.50 |
| DANIEL O. GARCIA | Senior Paralegal | N/A | | $590.00 | 23.40 | $13,806.00 |
| DEBRA E. ABELSON | Senior Paralegal | N/A | | $590.00 | 5.00 | $2,950.00 |
| CHERYL J. KRAS | Senior Paralegal | N/A | | $590.00 | 5.70 | $3,363.00 |
| JESSICA M. MERKOURIS | Senior Paralegal | N/A | | $590.00 | 7.30 | $4,307.00 |
| CHRISTOPHER R. WARD | Senior Paralegal | N/A | | $590.00 | 3.50 | $2,065.00 |
| KELSEY HYUNJEE CHOI | Paralegal | N/A | | $505.00 | 2.70 | $1,363.50 |
| SAM A. ROSEN | Paralegal | N/A | | $505.00 | 3.00 | $1,515.00 |
| ADAM H. WEIDMAN | Paralegal | N/A | | $320.00 | 4.80 | $1,536.00 |
| JAMES P. WALSH | Senior Research Librarian | N/A | | $420.00 | 0.20 | $84.00 |
| **Sub-Total*** | | | | | 115.20 | $108,086.00 |
| Less 50% Discount on Non-working Travel Matter | | | | | | |
| Total | | | | | 115.20 | $108,086.00 |

**Exhibit C**

EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| B&W Copy | $33.11 |
| Color Copy | $0.25 |
| Travel | $1,052.72 |
| Other Professional Services | $48,392.40 |
| **TOTAL** | **$49,478.48** |

# **Exhibit D**

Time and Expense Detail

CLIENT NUMBER:          72287

SHOBA PILLAY, AS EXAMINER IN CELSIUS                APRIL 10, 2023
NETWORKS LLC                                        INVOICE #  9673356
353 N. CLARK ST.
CHICAGO, IL  60654

FOR PROFESSIONAL SERVICES RENDERED                  $ 108,086.00
THROUGH MARCH 31, 2023:

DISBURSEMENTS                                            $ 49,478.48

                                    TOTAL INVOICE       $ 157,564.48

# JENNER & BLOCK LLP

SHOBA PILLAY, AS EXAMINER IN CELSIUS
NETWORKS LLC
353 N. CLARK ST.
CHICAGO, IL  60654

CLIENT NUMBER:  72287

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2023:

**CELSIUS EXAMINER**                                                    **MATTER NUMBER - 10001**

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 3/03/23 | SP | .30 | Conferred with counsel for debtors re request for production of documents to AGs. | 477.00 |
| 3/17/23 | SP | .30 | Conferred with UCC counsel re arranging a meeting with Huron re the financial analysis reflected in the final report. | 477.00 |
| 3/17/23 | SP | .20 | Conferred with Jenner team re scheduling Huron/UCC meeting. | 318.00 |
| 3/17/23 | SP | .50 | Reviewed proposed topics for meeting. | 795.00 |
| 3/20/23 | SP | .70 | Prepared for meeting with Huron and Jenner to prepare for briefing the UCC on the financial investigation. | 1,113.00 |
| 3/22/23 | SP | 1.00 | Participated in meeting with Huron, M3, and the UCC counsel. | 1,590.00 |
| | | 3.00 | PROFESSIONAL SERVICES | $ 4,770.00 |

**SUMMARY OF CELSIUS EXAMINER**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| SHOBA PILLAY | 3.00 | 1,590.00 | 4,770.00 |
| TOTAL | 3.00 | | $ 4,770.00 |

MATTER 10001 TOTAL                                                              $ 4,770.00

**CASE ADMINISTRATION**                                    **MATTER NUMBER - 10046**

| 3/04/23 | DOG | .30 | Worked on court materials and articles for electronic case files. | 177.00 |
|---------|-----|-----|-------------------------------------------------------------------|--------|
| 3/08/23 | DOG | .30 | Worked on correspondence and production materials from Kirkland & Ellis for electronic case files and conducted follow up with L. Pelanek re same. | 177.00 |
| 3/10/23 | CNW | .20 | Corresponded with V. Lazar and M. Root re discharge motion. | 239.00 |
| 3/12/23 | DOG | .20 | Worked on correspondence, court materials and articles for electronic case files. | 118.00 |
| 3/12/23 | DOG | .10 | Conducted follow up with L. Pelanek re production materials. | 59.00 |
| 3/13/23 | MMR | .30 | Meeting with team re data project and next steps. | 429.00 |
| 3/13/23 | MMR | .20 | Reviewed redacted/removed sources. | 286.00 |
| 3/13/23 | CNW | .40 | Email conference with S. Pillay, C. Steege, V. Lazar, and M. Root re discharge and close-out tasks. | 478.00 |
| 3/13/23 | DOG | .70 | Worked on production log, correspondence, articles and court materials for electronic case files. | 413.00 |
| 3/14/23 | DOG | .30 | Worked on court materials and articles for electronic case files. | 177.00 |
| 3/15/23 | DOG | .20 | Worked on case matter materials and court files for electronic case files. | 118.00 |
| 3/16/23 | DOG | .30 | Worked on case matter materials and court files for electronic case files. | 177.00 |
| 3/17/23 | VEL | .20 | Corresponded with team re committee request for meeting. | 347.00 |
| 3/17/23 | DOG | .30 | Worked on court materials and correspondence for electronic case files. | 177.00 |
| 3/20/23 | VEL | .70 | Attended preparation call for UCC meeting. | 1,214.50 |
| 3/20/23 | LSR | .70 | Prepared for call with UCC. | 903.00 |
| 3/20/23 | CNW | .50 | Finalized Examiner discharge motion. | 597.50 |

| 3/20/23 | DOG | .20 | Worked on court materials for electronic case files. | 118.00 |
|---------|-----|-----|-------------------------------------------------------|--------|
| 3/21/23 | VEL | .30 | Reviewed, signed off on discharge motion, supplemental declaration. | 520.50 |
| 3/21/23 | MMR | .40 | Reviewed motion to discharge examiner before filing. | 572.00 |
| 3/21/23 | CNW | .50 | Made final conforming edits to supplemental declaration, February fee statement, and discharge motion. | 597.50 |
| 3/21/23 | CNW | .40 | Coordinated filing and service of supplemental declaration, February fee statement, and discharge motion. | 478.00 |
| 3/21/23 | DOG | .30 | Worked on court materials for electronic case files. | 177.00 |
| 3/22/23 | VEL | 1.00 | Call with UCC re investigation details, information. | 1,735.00 |
| 3/22/23 | LSR | 1.00 | Call with UCC re report and follow-up topics. | 1,290.00 |
| 3/22/23 | CNW | .90 | Prepared notice of filing of hyperlinked examiner's reports. | 1,075.50 |
| 3/22/23 | DOG | .20 | Worked on court materials and correspondence for electronic case files. | 118.00 |
| 3/29/23 | CNW | .20 | Corresponded with Judge Glenn's chambers re entry of Examiner discharge order. | 239.00 |
| 3/30/23 | CNW | .20 | Revised notice of hyperlinked reports. | 239.00 |
| 3/30/23 | CNW | .20 | Email conference with M. Root re notice of hyperlinked reports. | 239.00 |
| 3/30/23 | CNW | .30 | Tested hyperlinked reports. | 358.50 |
| 3/31/23 | MMR | .20 | Reviewed and revised notice of interim and final reports. | 286.00 |
| 3/31/23 | CNW | .40 | Finalized and coordinated filing and service of notice of hyperlinked reports. | 478.00 |
| 3/31/23 | CNW | .20 | Further email conference with M. Root and L. Pelanek re notice of hyperlinked reports. | 239.00 |
| | | 12.80 | PROFESSIONAL SERVICES | $ 14,847.00 |

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**SUMMARY OF CASE ADMINISTRATION**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| VINCENT E. LAZAR | 2.20 | 1,735.00 | 3,817.00 |
| MELISSA M. ROOT | 1.10 | 1,430.00 | 1,573.00 |
| LANDON S. RAIFORD | 1.70 | 1,290.00 | 2,193.00 |
| CARL N. WEDOFF | 4.40 | 1,195.00 | 5,258.00 |
| DANIEL O. GARCIA | 3.40 | 590.00 | 2,006.00 |
| TOTAL | 12.80 | | $ 14,847.00 |

MATTER 10046 TOTAL                                     $ 14,847.00

**REPORT PREPARATION AND DRAFTING**          **MATTER NUMBER - 10127**

| 3/01/23 | MMR | .50 | Corresponded with team re status of report linking project/review of documents. | 715.00 |
|---------|-----|-----|----------------------------------------------------------------------------------|--------|
| 3/08/23 | MMR | .20 | Followed up with K&E team re document citing project. | 286.00 |
| 3/12/23 | DOG | .50 | Reviewed potential hyperlinking action items. | 295.00 |
| 3/13/23 | NSJ | .30 | Participated in call regarding reviewing redacted files. | 223.50 |
| 3/13/23 | NSJ | .20 | Coordinated with L. Pelanek, D. Garcia, and vendor regarding accessing redacted files. | 149.00 |
| 3/13/23 | DOG | .30 | Participated in Zoom teleconference led by M. Root re hyperlinking workflow for reports. | 177.00 |
| 3/13/23 | DOG | .60 | Worked on review of lists of documents for potential hyperlinking. | 354.00 |
| 3/14/23 | NSJ | 1.30 | Reviewed redactions made by Debtor's counsel to sources cited in Final Report. | 968.50 |
| 3/16/23 | MMR | .10 | Checked in with K&E re status of project. | 143.00 |
| 3/16/23 | NSJ | 2.10 | Reviewed redactions made by Debtor's counsel to sources cited in Final Report. | 1,564.50 |
| 3/16/23 | NSJ | .30 | Provided M. Root, L. Pelanek, and D. Garcia takeaways from review of redacted files. | 223.50 |
| 3/17/23 | MMR | .20 | Reviewed K&E responses to redacted documents question. | 286.00 |
| 3/17/23 | MMR | .20 | Coordinated with team on report linking project status. | 286.00 |
| 3/17/23 | DOG | 1.10 | Worked on follow up issues with internal team re hyperlinking workflows and action items. | 649.00 |
| 3/17/23 | DOG | 1.50 | Worked on review of cited documents folders and prepare culled set to remove documents subsequently provided as redacted versions and withheld set and worked on quality control review for accuracy. | 885.00 |
| 3/17/23 | DOG | .60 | Finalized sets for hyperlink vendor Strut Legal. | 354.00 |
| 3/20/23 | MMR | .20 | Followed up on report tracking project re status of hyperlinking. | 286.00 |

| 3/22/23 | DOG | .30 | Worked on follow up with internal team and hyperlinking vendor Strut Legal re specifications. | 177.00 |
|---|---|---|---|---|
| 3/22/23 | DOG | .50 | Reviewed draft linked proofs of interim and final report. | 295.00 |
| 3/22/23 | DOG | .50 | Reviewed files re hyperlinking. | 295.00 |
| 3/23/23 | MMR | .50 | Worked on report linking project. | 715.00 |
| 3/23/23 | DOG | .30 | Reviewed samples of hyperlinking interim and final reports. | 177.00 |
| 3/24/23 | DOG | .30 | Worked on review of communications with hyperlink vendor Strut Legal. | 177.00 |
| 3/27/23 | MMR | .70 | Reviewed linked reports to be posted on case website. | 1,001.00 |
| 3/27/23 | DOG | .50 | Coordinated team of paralegal hyperlink reviewers and drafted specifications for project workflows. | 295.00 |
| 3/28/23 | JPW | .20 | Researched specialized databases to obtain documents for J. Merkouris. | 84.00 |
| 3/28/23 | CK | 5.70 | Worked on quality control review (confirming cited sources) of hyperlinked reports. | 3,363.00 |
| 3/28/23 | DEA | 5.00 | Worked on quality control review (confirming cited sources) of hyperlinked reports. | 2,950.00 |
| 3/28/23 | MMR | .30 | Addressed issue in report re change to text. | 429.00 |
| 3/28/23 | DOG | 1.50 | Worked on reviewing and assembling paralegal hyperlinking edits. | 885.00 |
| 3/28/23 | DOG | 4.80 | Worked on quality control review of redacted and confidential withheld documents to ensure accuracy and proper treatment of data identified to be withheld and redacted from hyperlinked work. | 2,832.00 |
| 3/28/23 | DOG | .90 | Worked on sweeps in email communications for files and hyperlinking comments for accuracy. | 531.00 |
| 3/28/23 | AHW | 4.80 | Worked on quality control review of hyperlinked reports. | 1,536.00 |
| 3/28/23 | JQM | 7.30 | Worked on quality control review of hyperlinked reports. | 4,307.00 |
| 3/28/23 | CRW | 3.50 | Worked on quality control review of hyperlinked reports. | 2,065.00 |
| 3/28/23 | SAR | 3.00 | Worked on quality control review of hyperlinked reports. | 1,515.00 |

| 3/28/23 | KHC | 2.70 | Verified vendor provided hyperlinks in draft report for accuracy | 1,363.50 |
| 3/29/23 | MMR | 1.50 | Reviewed summary of report confirmation of cites for interim/final in connection with work to have both publicly available by end of month. | 2,145.00 |
| 3/29/23 | DOG | 2.00 | Worked on follow up re hyperlinking issues and quality control review additional edits with hyperlinking vendor Strut Legal. | 1,180.00 |
| 3/30/23 | MMR | .70 | Final review of hyperlinked reports. | 1,001.00 |
| 3/30/23 | MMR | .50 | Coordinated with Stretto and K&E on posting of hyperlinked reports. | 715.00 |
| 3/30/23 | DOG | .90 | Worked on follow up with hyperlinking vendor Strut Legal re finalized linked examiner reports. | 531.00 |
| 3/31/23 | MMR | .40 | E-mail correspondence with K&E/Stretto on posting of final and interim reports. | 572.00 |
| 3/31/23 | MMR | .20 | Researched footnote issue flagged by K&E. | 286.00 |
| 3/31/23 | DOG | .50 | Worked on follow up with L. Pelanek re updated hyperlinked report for files. | 295.00 |
| 3/31/23 | DOG | .30 | Worked on follow up and coordination with hyperlinking vendor Strut Legal. | 177.00 |
| | | 60.50 | PROFESSIONAL SERVICES | $ 39,739.50 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**SUMMARY OF REPORT PREPARATION AND DRAFTING**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MELISSA M. ROOT | 6.20 | 1,430.00 | 8,866.00 |
| NICHOLAS S. JOHN | 4.20 | 745.00 | 3,129.00 |
| DEBRA E. ABELSON | 5.00 | 590.00 | 2,950.00 |
| DANIEL O. GARCIA | 17.90 | 590.00 | 10,561.00 |
| CHERYL J. KRAS | 5.70 | 590.00 | 3,363.00 |
| JESSICA M. MERKOURIS | 7.30 | 590.00 | 4,307.00 |
| CHRISTOPHER R. WARD | 3.50 | 590.00 | 2,065.00 |
| KELSEY HYUNJEE CHOI | 2.70 | 505.00 | 1,363.50 |
| SAM A. ROSEN | 3.00 | 505.00 | 1,515.00 |
| JAMES P. WALSH | .20 | 420.00 | 84.00 |
| ADAM H. WEIDMAN | 4.80 | 320.00 | 1,536.00 |
| TOTAL | 60.50 | | $ 39,739.50 |

MATTER 10127 TOTAL $ 39,739.50

# JENNER & BLOCK LLP

**BILLING AND FEE APPLICATIONS**                    **MATTER NUMBER - 10135**

| | | | | |
|---|---|---|---|---|
| 3/01/23 | MMR | .20 | Telephone call with T. Martin re fee applications. | 286.00 |
| 3/01/23 | CNW | 1.20 | Substantially revised Jenner's fourth monthly fee statement to account for adjustments. | 1,434.00 |
| 3/01/23 | CNW | .40 | Email conference with M. Root and S. Pripusich re additional revisions to Jenner's fourth monthly fee statement. | 478.00 |
| 3/02/23 | CS | 1.50 | Revised fee response. | 3,195.00 |
| 3/02/23 | MMR | 4.50 | Analyzed fee charts and prepared draft response to fee examiner. | 6,435.00 |
| 3/02/23 | CNW | .20 | Updated and finalized Jenner's fourth monthly fee statement. | 239.00 |
| 3/02/23 | CNW | .20 | Coordinated filing and service of Jenner's Fourth Monthly Fee Statement. | 239.00 |
| 3/03/23 | MMR | 1.50 | Finalized and sent letter to fee examiner. | 2,145.00 |
| 3/14/23 | CNW | .40 | Prepared invoice for Jenner January statement and corresponded with M. Root and A&M re same. | 478.00 |
| 3/15/23 | CNW | .20 | Email conference with A&M re Jenner payments. | 239.00 |
| 3/16/23 | MMR | .70 | Prepared monthly fee statement. | 1,001.00 |
| 3/17/23 | MMR | .20 | Finalized monthly statement. | 286.00 |
| 3/17/23 | CNW | .40 | Worked with M. Root, D. Garcia, and S. Pripusich to prepare Jenner February 2023 fee statement. | 478.00 |
| 3/17/23 | DOG | 1.30 | Worked on review of Jenner & Block fee invoice for spreadsheet of fee calculations, drafted fee statement and prepared report for C. Wedoff evaluation. | 767.00 |
| 3/20/23 | MMR | .20 | Reviewed revised declaration for filing. | 286.00 |
| 3/20/23 | CNW | .40 | Finalized second supplemental Lazar declaration. | 478.00 |
| 3/20/23 | CNW | .60 | Email conference with Jenner conflicts department and Jenner relationship partners re second supplemental Lazar declaration. | 717.00 |
| 3/20/23 | CNW | .40 | Finalized February fee statement. | 478.00 |

| 3/21/23 | MMR | .30 | Reviewed monthly statement before filing. | 429.00 |
|---|---|---|---|---|
| 3/21/23 | MMR | .30 | Reviewed correspondence re disclosures for declaration. | 429.00 |
| 3/21/23 | MMR | .20 | Reviewed declaration for filing. | 286.00 |
| 3/21/23 | CNW | .20 | Corresponded with M. Root and D. Garcia re final Celsius fee application. | 239.00 |
| 3/22/23 | CNW | .20 | Conferred with Jenner team re disclosures and conflicts relating to Examiner appointment. | 239.00 |
| 3/27/23 | MMR | .50 | Reviewed interim compensation order in connection with Fee Examiner memorandum in connection with preparing second/final interim. | 715.00 |
| 3/28/23 | MMR | .20 | Corresponded with C. Wedoff re timing of interim applications and preparation of fee application. | 286.00 |
| 3/28/23 | CNW | .20 | Corresponded with M. Root re final fee process. | 239.00 |
| 3/28/23 | CNW | 3.30 | Prepared Jenner second interim fee application. | 3,943.50 |
| 3/29/23 | MMR | .20 | Reviewed amended fee application. | 286.00 |
| 3/29/23 | CNW | 1.70 | Continued to prepare Jenner second interim fee application. | 2,031.50 |
| 3/30/23 | MMR | 1.50 | Meeting with Fee Examiner. | 2,145.00 |
| 3/30/23 | MMR | 1.50 | Worked on response to Fee Examiner. | 2,145.00 |
| 3/30/23 | LSR | .70 | Assisted M. Root in responding to fee examiner inquiries. | 903.00 |
| 3/30/23 | CNW | 1.40 | Continued to work on Jenner second interim fee application. | 1,673.00 |
| 3/30/23 | CNW | .20 | Corresponded with F. Ghafoor re backup information for Jenner second interim fee application. | 239.00 |
| 3/30/23 | NSJ | .20 | Coordinated with S. Stappert, E. Levy, and M. Root regarding gathering materials for fee examiner. | 149.00 |
| 3/30/23 | NSJ | .30 | Gathered information based on request from fee examiner, and sent information to S. Stapper. | 223.50 |
| 3/31/23 | MMR | 2.20 | Revised second and final fee application. | 3,146.00 |
| | | 29.80 | PROFESSIONAL SERVICES | $ 39,405.50 |

**SUMMARY OF BILLING AND FEE APPLICATIONS**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| CATHERINE L. STEEGE | 1.50 | 2,130.00 | 3,195.00 |
| MELISSA M. ROOT | 14.20 | 1,430.00 | 20,306.00 |
| LANDON S. RAIFORD | .70 | 1,290.00 | 903.00 |
| CARL N. WEDOFF | 11.60 | 1,195.00 | 13,862.00 |
| NICHOLAS S. JOHN | .50 | 745.00 | 372.50 |
| DANIEL O. GARCIA | 1.30 | 590.00 | 767.00 |
| TOTAL | 29.80 | | $ 39,405.50 |

MATTER 10135 TOTAL                                         $ 39,405.50

**COMMUNICATIONS WITH PARTIES IN INTEREST**                    **MATTER NUMBER - 10143**

| 3/13/23 | LEP | .20 | Conference with J&B attorneys re making underlying source documents public via hyperlinking. | 198.00 |
|---------|-----|-----|------------------------------------------------|--------|
| 3/13/23 | DOG | .30 | Worked on review of Examiner email inbox, updated tracking log re same and worked on report to team re workflow status. | 177.00 |
| 3/14/23 | LEP | .70 | Analyzed documents requested to be sealed by debtor and corresponded re same. | 693.00 |
| 3/20/23 | ARC | .80 | Conferred with Examiner, V. Lazar, L. Raiford and Huron re meeting with counsel to UCC. | 992.00 |
| 3/21/23 | DOG | .30 | Reviewed Examiner email inbox and updated tracking log re same. | 177.00 |
| 3/22/23 | SMS | 1.00 | Participated in Examiner team Zoom conference with counsel to the UCC re Huron's financial analysis. | 1,050.00 |
| 3/22/23 | ARC | 1.00 | Participated in meeting with counsel to UCC in coordination with Examiner, V. Lazar, S. Stappert and Huron. | 1,240.00 |
| 3/23/23 | ARC | .50 | Held call with counsel to UCC re CEL token. | 620.00 |
| 3/29/23 | LEP | 3.90 | Performed QC on hyperlinked report and corresponded re same. | 3,861.00 |
| 3/29/23 | DOG | .20 | Worked on review of Examiner email inbox and updated tracking log re same. | 118.00 |
| 3/30/23 | LEP | .20 | Finalized hyperlinking QC of reports. | 198.00 |
|  |  | 9.10 | PROFESSIONAL SERVICES | $ 9,324.00 |

**SUMMARY OF COMMUNICATIONS WITH PARTIES IN INTEREST**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| AARON R. COOPER | 2.30 | 1,240.00 | 2,852.00 |
| SARA M. STAPPERT | 1.00 | 1,050.00 | 1,050.00 |
| LAURA E. PELANEK | 5.00 | 990.00 | 4,950.00 |
| DANIEL O. GARCIA | .80 | 590.00 | 472.00 |
| TOTAL | 9.10 |  | $ 9,324.00 |

MATTER 10143 TOTAL                                                    $ 9,324.00

TOTAL INVOICE                        $ 157,564.48

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CATHERINE L. STEEGE | 1.50 | 2,130.00 | 3,195.00 |
| VINCENT E. LAZAR | 2.20 | 1,735.00 | 3,817.00 |
| SHOBA PILLAY | 3.00 | 1,590.00 | 4,770.00 |
| MELISSA M. ROOT | 21.50 | 1,430.00 | 30,745.00 |
| LANDON S. RAIFORD | 2.40 | 1,290.00 | 3,096.00 |
| AARON R. COOPER | 2.30 | 1,240.00 | 2,852.00 |
| CARL N. WEDOFF | 16.00 | 1,195.00 | 19,120.00 |
| SARA M. STAPPERT | 1.00 | 1,050.00 | 1,050.00 |
| LAURA E. PELANEK | 5.00 | 990.00 | 4,950.00 |
| NICHOLAS S. JOHN | 4.70 | 745.00 | 3,501.50 |
| DEBRA E. ABELSON | 5.00 | 590.00 | 2,950.00 |
| DANIEL O. GARCIA | 23.40 | 590.00 | 13,806.00 |
| CHERYL J. KRAS | 5.70 | 590.00 | 3,363.00 |
| JESSICA M. MERKOURIS | 7.30 | 590.00 | 4,307.00 |
| CHRISTOPHER R. WARD | 3.50 | 590.00 | 2,065.00 |
| KELSEY HYUNJEE CHOI | 2.70 | 505.00 | 1,363.50 |
| SAM A. ROSEN | 3.00 | 505.00 | 1,515.00 |
| JAMES P. WALSH | .20 | 420.00 | 84.00 |
| ADAM H. WEIDMAN | 4.80 | 320.00 | 1,536.00 |
| TOTAL | 115.20 | | $ 108,086.00 |