Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776
Email:        shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF EIGHTH MONTHLY STATEMENT OF PERELLA WEINBERG PARTNERS LP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023

**PLEASE TAKE NOTICE** that on the date hereof, Perella Weinberg Partners LP ("**PWP**") filed its *Eighth Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period From March 1, 2023 Through March 31, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 2779 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First* [sic] *Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Statement**, by (i) Perella Weinberg Partners LP and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue.  *See* Docket No. 2779 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to PWP.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

*[Remainder of page left intentionally blank.]*

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   August 14, 2023            Respectfully submitted,
         New York, New York

                                   */s/ Kevin Cofsky*
                                   Kevin Cofsky
                                   Partner
                                   Perella Weinberg Partners LP

Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:     (212) 940-8800
Facsimile:     (212) 940-8776
Email:         shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**EIGHTH MONTHLY STATEMENT OF PERELLA WEINBERG PARTNERS LP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| Name of Applicant: | Perella Weinberg Partners LP ("**PWP**") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned chapter 11 cases |
| Date of Retention: | October 18, 2022 [Docket No. 1096], *Effective as of* August 2, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | March 1, 2023 – March 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $100,000.00 |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $80,000.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $20,000.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $5,664.56 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $105,664.56 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $85,664.56 |

This is a <u>monthly</u> fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, PWP, as investment banker to the Committee, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $85,664.56, consisting of 80% of the $100,000.00 in fees earned and 100% of the $5,664.56 in expenses incurred.

## **<u>Background</u>**

1.      On July 13, 2022, Celsius Network LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") commenced with this Court these voluntary cases under chapter 11 of title 11 of the U.S. Code.

2.      On August 24, 2022, the Committee filed *The Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Employment and Retention of*

---

[2]      Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

*Perella Weinberg Partners LP as Investment Banker Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 606] (the "**Retention Application**").

3.     On October 18, 2022, the Court entered the *Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to the Official Committee of Unsecured Creditors Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 1096] (the "**Retention Order**") thereby granting the Retention Application.

4.     The Retention Order approved, among other things, PWP's Monthly Fee. Retention Order ¶ 3.

5.     The Retention Order modifies certain timekeeping and other requirements for PWP "such that PWP (a) shall be permitted to keep professional time records in half-hour (0.50) increments; (b) shall not be required to provide or conform to any schedule of hourly rates; and (c) shall be permitted to maintain time records of its services rendered for the Committee, setting forth, in summary format, a description of the services rendered and the professionals rendering such services." Retention Order ¶ 10.

6.     The Retention Order "authorize[s] and direct[s] [the Debtors] to perform their payment, reimbursement … [and other] obligations … in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter." Retention Order ¶ 12; *see also* Retention Order ¶ 6.

### Professional Services Rendered and Expense Disbursements Incurred

7.     For the Compensation Period, PWP:

    a. Earned monthly fees in the amount of $100,000.00 and is entitled to the reimbursement of third-party legal[3] and other out-of-pocket expenses in the amount of $5,664.56; and

    b. In accordance with the Interim Compensation Procedures, seeks payment in the amount of $85,664.56 (representing 80% of the amount of PWP's monthly fees earned during the Compensation Period and 100% of unbilled expenses incurred during the Compensation Period).

8.    An invoice detailing the monthly fee earned by PWP during the Compensation Period is attached hereto as **Exhibit A**. The invoices detailing PWP's third-party legal expenses are attached hereto as **Exhibit B**.

9.    The amount of fees and third-party legal and other out-of-pocket expenses sought in this Monthly Statement and PWP's compensation practices are consistent with market practices both in and out of a bankruptcy context. PWP has never billed its clients based on the number of hours expended by its professionals. Accordingly, PWP does not have hourly rates for its professionals and PWP's professionals generally do not maintain detailed time records of the work performed for its clients. However, consistent with the Retention Order, PWP has maintained contemporaneous time records in one-half hour increments. *See* Retention Order ¶ 7. Time records with respect to the 350.0 hours expended by PWP professionals in providing restructuring investment banking services to the Committee during the Compensation Period are provided in **Exhibit C.**

---

[3]   *See* Retention Order ¶ 9.

10.    A summary of the total amount of hours expended by PWP professionals during the Compensation Period is provided below:

| | |
|---|---|
| General Committee Administration | 87.0 |
| Correspondence with Debtor and Advisors | 64.5 |
| Correspondence with Third-Parties | 103.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 79.0 |
| Court Administration | 16.0 |
| Total Hours | 350.0 |

**Reservation of Rights**

11.    Although PWP has made every effort to include all expenses incurred during the Compensation Period, some expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period.  PWP reserves the right to seek payment of such expenses not included herein.

**Notice**

12.    PWP will provide notice of this Monthly Statement to the Monthly Fee Statement Recipients [*see* Docket No. 2279 ¶ 3.a.] in accordance with the Interim Compensation Order.

Dated:   August 14, 2023                    Respectfully submitted,
         New York, New York

                                    */s/ Kevin Cofsky*
                                    Kevin Cofsky
                                    Partner
                                    Perella Weinberg Partners LP

**Exhibit A**

**Invoice**



Perella Weinberg Partners LP
767 Fifth Avenue
10th Floor
New York, NY 10153
United States of America

**Invoice Date:** July 31, 2023
**Invoice Number:** CUS_INV-004377
**Project:** Cyclops
**TAX ID:** 30-0949091

## INVOICE

Celsius Network Ltd
1221 Avenue of the Americas
New York, NY 10020
United States of America

Currency: USD

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Retainer Fee – March 2023 | $ 100,000.00 |
| Less: 20% Holdback | *(20,000.00)* |
| **Total Retainer Due** | **$ 80,000.00** |
| Third Party Legal Expenses | 4,402.00 |
| Out-of-Pocket Expenses | 1,262.56 |
| **Invoice Total** | **$ 85,664.56** |

**Payment Terms:** Due Upon Receipt

If you have any questions concerning this invoice or need to confirm wire instructions, please contact Grace Solano by phone at +1 (646) 680-8238 or by email at AR@pwpartners.com.

## **Exhibit B**

**Invoices for Third-Party Legal Expenses**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY 10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

May 03, 2023

**Perella Weinberg Partners LLP**
**c/o Legal & Compliance Office of the**
**General Counsel / Asset Management**
**767 5th Avenue**
**New York, NY 10153**

| | |
|---|---|
| Client: | 0000342720 |
| Payer: | 0000342720 |
| Matter: | 342720.00002 |
| Invoice #: | 9020126746 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Celsius Network Chapter 11

For Professional Services Rendered Through March 31, 2023

| | | |
|---|---|---|
| Fees Total................................................................................................................................ | 4,402.00 | |
| **Total Amount Due** ................................................................................................................ | **4,402.00** | **USD** |

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997)

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales

Matter:            342720.00002
Invoice #:         9020126746                                          May 03, 2023
Invoice Due Date:  Payable Upon Receipt

RE:  Celsius Network Chapter 11

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/01/2023 | Rosella, Michael | Emails with PWP regarding monthly and interim fee application matters (.30); respond to questions from S. Rochester regarding same (.20) | 0.50 |
| 03/21/2023 | Rosella, Michael | Emails with White & Case and PWP regarding second interim fee application issues (.50) | 0.50 |
| 03/22/2023 | Rosella, Michael | Review and revise draft of second interim fee application (1.20); prepare emails to PWP regarding second interim fee application matters (.30); begin to review and revise monthly fee statements (.30); emails with S. Rochester regarding the foregoing (.20) | 2.00 |
| 03/23/2023 | Rosella, Michael | Prepare multiple emails to PWP regarding Second Interim Fee Application matters (.40) | 0.40 |
| 03/23/2023 | Rochester, Shaya | Attend to issues regarding PWP Interim Fee Application (.20) | 0.20 |
| 03/24/2023 | Rosella, Michael | Emails with S. Rochester regarding Second Interim Fee Application matters (.30); review emails from White & Case regarding same (.20) | 0.50 |
| 03/27/2023 | Rosella, Michael | Prepare emails to S. Rochester regarding second interim fee application matters (.40) | 0.40 |
| 03/31/2023 | Rosella, Michael | Emails with S. Rochester and White & Case regarding fee examiner response (.30) | 0.30 |
| | | **Total Hours :** | **4.80** |

Katten

| Matter: | 342720.00002 | |
|---|---|---|
| Invoice #: | 9020126746 | |
| Invoice Due Date: | Payable Upon Receipt | May 03, 2023 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Rochester, Shaya | 0.20 | 1,425.00 | 285.00 |
| Rosella, Michael | 4.60 | 895.00 | 4,117.00 |
| | **Sub Total :**   **4.80** | **Sub Total :** | **4,402.00** |
| | **Total Hours :**   **4.80** | **Total Fees** | **4,402.00**  **USD** |

Katten

**<u>Exhibit C</u>**

**Time Records**

2

**Celsius Networks**
Hours Summary

*Strictly Private & Confidential*

| Category | Kevin Cofsky (Partner) | Matt Rahmani (Exec Director) | Sean Eghlimi (Associate) | Ryan Moon (Associate) | Sam Saferstein (Analyst) | RX Sub-Total | Emmanuel Aidoo (Exec Director) | Crypto Sub-Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | Restructuring | | | | Crypto | | |
| General Committee Administration | 16.0 | 18.5 | 7.5 | 10.5 | 19.0 | 71.5 | 15.5 | 15.5 | **87.0** |
| Correspondence with Debtor and Advisors | 13.0 | 13.5 | 4.5 | 8.5 | 14.0 | 53.5 | 11.0 | 11.0 | **64.5** |
| Correspondence with Third-Parties | 20.0 | 21.5 | 7.5 | 14.0 | 21.5 | 84.5 | 19.0 | 19.0 | **103.5** |
| Due Diligence, Operations, Business Plan, and Strategy | 13.0 | 17.0 | 8.0 | 9.5 | 18.5 | 66.0 | 13.0 | 13.0 | **79.0** |
| Court Administration | 3.5 | 3.5 | 1.5 | 2.0 | 3.5 | 14.0 | 2.0 | 2.0 | **16.0** |
| **Total Hours** | **65.5** | **74.0** | **29.0** | **44.5** | **76.5** | **289.5** | **60.5** | **60.5** | **350.0** |

**Celsius Networks**
Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| Kevin Cofsky (Partner) - Case Hours Summary | |
| --- | --- |
| **Categories** | **Hours** |
| General Committee Administration | 16.0 |
| Correspondence with Debtor and Advisors | 13.0 |
| Correspondence with Third-Parties | 20.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 13.0 |
| Court Administration | 3.5 |
| **Total** | **65.5** |

| Case Hours Detail | | | | |
| --- | --- | --- | --- | --- |
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 03/01/23 | Wednesday | 1.0 | Discussion with Centerview re: loan book analysis | Correspondence with Debtor and Advisors |
| 03/01/23 | Wednesday | 1.0 | Discussion with K&E, Centerview, and Kirkland re: potential settlement | Correspondence with Debtor and Advisors |
| 03/01/23 | Wednesday | 1.0 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 1.0 | Build Analysis on Loan Settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/06/23 | Monday | 2.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/06/23 | Monday | 0.5 | Internal Discussion re: plan proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/07/23 | Tuesday | 3.0 | Discussion with UCC Members, W&C, and M3 re: Plan Updates | General Committee Administration |
| 03/08/23 | Wednesday | 1.0 | Internal Discussion re: plan proposal / updates | Due Diligence, Operations, Business Plan, and Strategy |
| 03/08/23 | Wednesday | 1.5 | Celsius Court Hearing Line | Court Administration |
| 03/08/23 | Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

**Celsius Networks**
Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 03/08/23 Wednesday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Loan settlement | Correspondence with Third-Parties |
| 03/09/23 Thursday | 1.5 | Internal Discussion re: Loan Settlement Analysis / Plan Proposals | Due Diligence, Operations, Business Plan, and Strategy |
| 03/09/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/09/23 Thursday | 0.5 | Discussion with Debtors' Advisors and UCC Advisors re: Plan Proposals | Correspondence with Debtor and Advisors |
| 03/10/23 Friday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Preferred Equity | General Committee Administration |
| 03/10/23 Friday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/12/23 Sunday | 0.5 | Discussion with UCC Advisors re: Plan Discussions | General Committee Administration |
| 03/13/23 Monday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Loan settlement | Correspondence with Third-Parties |
| 03/13/23 Monday | 1.0 | Discussion with UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/14/23 Tuesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Case Updates | General Committee Administration |
| 03/14/23 Tuesday | 2.5 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 03/15/23 Wednesday | 2.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 03/15/23 Wednesday | 1.0 | Internal Discussion re: plan proposal / loan settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/15/23 Wednesday | 1.0 | Build on Loan Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/16/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |

## Celsius Networks
Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| Date | Hours | Description | Category |
|---|---|---|---|
| 03/17/23 Friday | 1.0 | Internal Review of Loan Analysis Materials | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 Friday | 1.0 | Internal Discussion: Plan Proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 Friday | 1.0 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |
| 03/18/23 Saturday | 1.0 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |
| 03/19/23 Sunday | 1.0 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/19/23 Sunday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' re: Loan Settlement | Correspondence with Debtor and Advisors |
| 03/19/23 Sunday | 1.5 | Discussion with Debtors' Advisors and UCC Advisors' with Party re: Loan Settlement | Correspondence with Third-Parties |
| 03/19/23 Sunday | 0.5 | Follow-up Discussion with UCC Advisors re: Loan Settlement | General Committee Administration |
| 03/20/23 Monday | 0.5 | Discussion with UCC Advisors' & Co-Chair re: Plan Negotiations | General Committee Administration |
| 03/20/23 Monday | 0.5 | Follow-Up Discussion with UCC Advisors' & Co-Chair re: Plan Negotiations | General Committee Administration |
| 03/19/23 Sunday | 2.0 | Create new loan model analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/21/23 Tuesday | 1.0 | Discussion with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/21/23 Tuesday | 1.0 | Court Hearing re: Claims Objections | Court Administration |
| 03/21/23 Tuesday | 0.5 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |
| 03/21/23 Tuesday | 2.0 | Discussion with UCC Members, W&C, and M3 re: loan settlement | General Committee Administration |

**Celsius Networks**
Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| | | | | |
|---|---|---|---|---|
| 03/22/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 03/22/23 Wednesday | 1.0 | Discussion with UCC Advisors and Counterparty re: Proposal Diligence | Correspondence with Third-Parties |
| 03/23/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/23/23 Thursday | 1.0 | Court Hearing | Court Administration |
| 03/23/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/24/23 Friday | 1.0 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/24/23 Friday | 1.0 | Discussion with Centerview re: Plan Considerations | Correspondence with Debtor and Advisors |
| 03/26/23 Sunday | 1.0 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/26/23 Sunday | 1.0 | Internal Discussion re: Loan Settlement Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/27/23 Monday | 1.0 | Discussion with UCC Advisors re: Bids | General Committee Administration |
| 03/27/23 Monday | 0.5 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/29/23 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 03/29/23 Wednesday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/29/23 Wednesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: crypto updates | General Committee Administration |
| 03/30/23 Thursday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan | Correspondence with Third-Parties |

**Celsius Networks**
**Kevin Cofsky (Partner)**

*Strictly Private & Confidential*

| | | | | |
|---|---|---|---|---|
| 03/30/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/30/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/31/23 | Friday | 0.5 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan | Correspondence with Third-Parties |
| 03/31/23 | Friday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan Proposal | Correspondence with Third-Parties |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| Matt Rahmani (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 18.5 |
| Correspondence with Debtor and Advisors | 13.5 |
| Correspondence with Third-Parties | 21.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 17.0 |
| Court Administration | 3.5 |
| **Total** | **74.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 03/01/23 | Wednesday | 1.0 | Discussion with Centerview re: loan book analysis | Correspondence with Debtor and Advisors |
| 03/01/23 | Wednesday | 1.0 | Discussion with K&E, Centerview, and Kirkland re: potential settlement | Correspondence with Debtor and Advisors |
| 03/01/23 | Wednesday | 1.0 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/01/23 | Wednesday | 2.0 | Build Analysis on Loan Settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 1.0 | Build Analysis on Loan Settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 0.5 | Internal Discussion on Loan Analysis / proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 1.5 | Discussion with Debtors' Advisors and UCC Advisors' with Group re: loan Proposal | Correspondence with Third-Parties |
| 03/02/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/06/23 | Monday | 2.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/06/23 | Monday | 0.5 | Internal Discussion re: plan proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/07/23 | Tuesday | 3.0 | Discussion with UCC Members, W&C, and M3 re: Plan Updates | General Committee Administration |
| 03/08/23 | Wednesday | 1.0 | Internal Discussion re: plan proposal / updates | Due Diligence, Operations, Business Plan, and Strategy |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| 03/08/23 | Wednesday | 1.5 | Celsius Court Hearing Line | Court Administration |
| 03/08/23 | Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 03/08/23 | Wednesday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Loan settlement | Correspondence with Third-Parties |
| 03/09/23 | Thursday | 1.5 | Internal Discussion re: Loan Settlement Analysis / Plan Proposals | Due Diligence, Operations, Business Plan, and Strategy |
| 03/09/23 | Thursday | 0.5 | Review of Loan Settlement Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/09/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/09/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/09/23 | Thursday | 0.5 | Discussion with Debtors' Advisors and UCC Advisors re: Plan Proposals | Correspondence with Debtor and Advisors |
| 03/10/23 | Friday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Preferred Equity | General Committee Administration |
| 03/10/23 | Friday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/12/23 | Sunday | 0.5 | Discussion with UCC Advisors re: Plan Discussions | General Committee Administration |
| 03/13/23 | Monday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Loan settlement | Correspondence with Third-Parties |
| 03/13/23 | Monday | 1.0 | Discussion with UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/14/23 | Tuesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Case Updates | General Committee Administration |
| 03/14/23 | Tuesday | 2.5 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan Proposal | Correspondence with Third-Parties |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| Date | | Hours | Description | Category |
|---|---|---|---|---|
| 03/15/23 | Wednesday | 2.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 03/15/23 | Wednesday | 1.0 | Internal Discussion re: plan proposal / loan settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/15/23 | Wednesday | 1.0 | Build on Loan Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/16/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/16/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/17/23 | Friday | 1.0 | Internal Review of Loan Analysis Materials | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 | Friday | 1.0 | Internal Discussion: Loan Settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 | Friday | 1.0 | Internal Discussion: Plan Proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 | Friday | 1.0 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |
| 03/18/23 | Saturday | 1.0 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |
| 03/19/23 | Sunday | 1.0 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/19/23 | Sunday | 1.0 | Discussion with M3 re: Loan Settlement Analysis | General Committee Administration |
| 03/19/23 | Sunday | 0.5 | Discussion with Centerview re: Loan settlement analysis | Correspondence with Debtor and Advisors |
| 03/19/23 | Sunday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' re: Loan Settlement | Correspondence with Debtor and Advisors |
| 03/19/23 | Sunday | 1.5 | Discussion with Debtors' Advisors and UCC Advisors' with Party re: Loan Settlement | Correspondence with Third-Parties |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| | | | | |
|---|---|---|---|---|
| 03/19/23 Sunday | 0.5 | Follow-up Discussion with UCC Advisors re: Loan Settlement | General Committee Administration | |
| 03/20/23 Monday | 0.5 | Discussion with UCC Advisors' & Co-Chair re: Plan Negotiations | General Committee Administration | |
| 03/20/23 Monday | 0.5 | Follow-Up Discussion with UCC Advisors' & Co-Chair re: Plan Negotiations | General Committee Administration | |
| 03/19/23 Sunday | 2.0 | Create new loan model analysis | Due Diligence, Operations, Business Plan, and Strategy | |
| 03/21/23 Tuesday | 1.0 | Discussion with Counterparty re: Plan | Correspondence with Third-Parties | |
| 03/21/23 Tuesday | 1.0 | Court Hearing re: Claims Objections | Court Administration | |
| 03/21/23 Tuesday | 0.5 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration | |
| 03/21/23 Tuesday | 2.0 | Discussion with UCC Members, W&C, and M3 re: loan settlement | General Committee Administration | |
| 03/22/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors | |
| 03/22/23 Wednesday | 1.0 | Discussion with UCC Advisors and Counterparty re: Proposal Diligence | Correspondence with Third-Parties | |
| 03/23/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration | |
| 03/23/23 Thursday | 1.0 | Court Hearing | Court Administration | |
| 03/23/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors | |
| 03/24/23 Friday | 1.0 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties | |
| 03/24/23 Friday | 1.0 | Discussion with Centerview re: Plan Considerations | Correspondence with Debtor and Advisors | |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 03/26/23 Sunday | 1.0 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/26/23 Sunday | 1.0 | Internal Discussion re: Loan Settlement Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/27/23 Monday | 0.5 | Discussion with UCC Advisors re: Loan Settlement Analysis | General Committee Administration |
| 03/27/23 Monday | 1.0 | Discussion with UCC Advisors re: Bids | General Committee Administration |
| 03/27/23 Monday | 0.5 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/29/23 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 03/29/23 Wednesday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/29/23 Wednesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: crypto updates | General Committee Administration |
| 03/30/23 Thursday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan | Correspondence with Third-Parties |
| 03/30/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/30/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/31/23 Friday | 0.5 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan | Correspondence with Third-Parties |
| 03/31/23 Friday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan Proposal | Correspondence with Third-Parties |

**Celsius Networks**
Sean Eghlimi (Associate)

*Strictly Private & Confidential*

| Sean Eghlimi (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 7.5 |
| Correspondence with Debtor and Advisors | 4.5 |
| Correspondence with Third-Parties | 7.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 8.0 |
| Court Administration | 1.5 |
| **Total** | **29.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 03/01/23 | Wednesday | 1.0 | Discussion with Centerview re: loan book analysis | Correspondence with Debtor and Advisors |
| 03/01/23 | Wednesday | 1.0 | Discussion with K&E, Centerview, and Kirkland re: potential settlement | Correspondence with Debtor and Advisors |
| 03/01/23 | Wednesday | 1.0 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/01/23 | Wednesday | 2.0 | Build Analysis on Loan Settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 1.0 | Build Analysis on Loan Settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 0.5 | Internal Discussion on Loan Analysis / proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 1.5 | Discussion with Debtors' Advisors and UCC Advisors' with Group re: loan Proposal | Correspondence with Third-Parties |
| 03/02/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/06/23 | Monday | 2.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/06/23 | Monday | 0.5 | Internal Discussion re: plan proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/07/23 | Tuesday | 3.0 | Discussion with UCC Members, W&C, and M3 re: Plan Updates | General Committee Administration |
| 03/08/23 | Wednesday | 1.0 | Internal Discussion re: plan proposal / updates | Due Diligence, Operations, Business Plan, and Strategy |

**Celsius Networks**
Sean Eghlimi (Associate)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 03/08/23 Wednesday | 1.5 | Celsius Court Hearing Line | Court Administration |
| 03/08/23 Wednesday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Loan settlement | Correspondence with Third-Parties |
| 03/09/23 Thursday | 1.5 | Internal Discussion re: Loan Settlement Analysis / Plan Proposals | Due Diligence, Operations, Business Plan, and Strategy |
| 03/09/23 Thursday | 0.5 | Review of Loan Settlement Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/09/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/09/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/09/23 Thursday | 0.5 | Discussion with Debtors' Advisors and UCC Advisors re: Plan Proposals | Correspondence with Debtor and Advisors |
| 03/10/23 Friday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Preferred Equity | General Committee Administration |
| 03/10/23 Friday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/12/23 Sunday | 0.5 | Discussion with UCC Advisors re: Plan Discussions | General Committee Administration |
| 03/13/23 Monday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Loan settlement | Correspondence with Third-Parties |
| 03/13/23 Monday | 1.0 | Discussion with UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/14/23 Tuesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Case Updates | General Committee Administration |

## Celsius Networks
**Ryan Moon (Associate)**

*Strictly Private & Confidential*

| Ryan Moon (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 10.5 |
| Correspondence with Debtor and Advisors | 8.5 |
| Correspondence with Third-Parties | 14.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 9.5 |
| Court Administration | 2.0 |
| **Total** | **44.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 03/14/23 | Tuesday | 2.5 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 03/15/23 | Wednesday | 2.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 03/15/23 | Wednesday | 1.0 | Internal Discussion re: plan proposal / loan settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/15/23 | Wednesday | 1.0 | Build on Loan Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/16/23 | Thursday | 0.5 | Discussion with M3 re: Loan Settlement Analysis | Correspondence with Debtor and Advisors |
| 03/16/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/16/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/17/23 | Friday | 1.0 | Internal Review of Loan Analysis Materials | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 | Friday | 1.0 | Internal Discussion: Loan Settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 | Friday | 1.0 | Internal Discussion: Plan Proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 | Friday | 1.0 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |

**Celsius Networks**
Ryan Moon (Associate)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 03/18/23 Saturday | 1.0 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |
| 03/19/23 Sunday | 1.0 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/19/23 Sunday | 1.0 | Discussion with M3 re: Loan Settlement Analysis | General Committee Administration |
| 03/19/23 Sunday | 0.5 | Discussion with Centerview re: Loan settlement analysis | Correspondence with Debtor and Advisors |
| 03/19/23 Sunday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' re: Loan Settlement | Correspondence with Debtor and Advisors |
| 03/19/23 Sunday | 1.5 | Discussion with Debtors' Advisors and UCC Advisors' with Party re: Loan Settlement | Correspondence with Third-Parties |
| 03/19/23 Sunday | 0.5 | Follow-up Discussion with UCC Advisors re: Loan Settlement | General Committee Administration |
| 03/20/23 Monday | 0.5 | Discussion with UCC Advisors' & Co-Chair re: Plan Negotiations | General Committee Administration |
| 03/20/23 Monday | 0.5 | Follow-Up Discussion with UCC Advisors' & Co-Chair re: Plan Negotiations | General Committee Administration |
| 03/19/23 Sunday | 2.0 | Create new loan model analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/21/23 Tuesday | 0.5 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/21/23 Tuesday | 1.0 | Discussion with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/21/23 Tuesday | 1.0 | Court Hearing re: Claims Objections | Court Administration |
| 03/21/23 Tuesday | 2.0 | Discussion with UCC Members, W&C, and M3 re: loan settlement | General Committee Administration |
| 03/22/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

## Celsius Networks
**Ryan Moon (Associate)**

*Strictly Private & Confidential*

| Date | Hours | Description | Category |
|---|---|---|---|
| 03/22/23 Wednesday | 1.0 | Discussion with UCC Advisors and Counterparty re: Proposal Diligence | Correspondence with Third-Parties |
| 03/23/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/23/23 Thursday | 1.0 | Court Hearing | Court Administration |
| 03/23/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/24/23 Friday | 1.0 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/24/23 Friday | 1.0 | Discussion with Centerview re: Plan Considerations | Correspondence with Debtor and Advisors |
| 03/26/23 Sunday | 1.0 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/26/23 Sunday | 1.0 | Internal Discussion re: Loan Settlement Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/27/23 Monday | 0.5 | Discussion with UCC Advisors re: Loan Settlement Analysis | General Committee Administration |
| 03/27/23 Monday | 1.0 | Discussion with UCC Advisors re: Bids | General Committee Administration |
| 03/27/23 Monday | 0.5 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/29/23 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 03/29/23 Wednesday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/29/23 Wednesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: crypto updates | General Committee Administration |
| 03/30/23 Thursday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan | Correspondence with Third-Parties |

**Celsius Networks**
Ryan Moon (Associate)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 03/30/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/30/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/31/23 Friday | 0.5 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan | Correspondence with Third-Parties |
| 03/31/23 Friday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 04/02/23 Sunday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan Analysis Walkthrough | Correspondence with Third-Parties |

**Celsius Networks**
Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| Sam Saferstein (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 19.0 |
| Correspondence with Debtor and Advisors | 14.0 |
| Correspondence with Third-Parties | 21.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 18.5 |
| Court Administration | 3.5 |
| **Total** | **76.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 03/01/23 | Wednesday | 1.0 | Discussion with Centerview re: loan book analysis | Correspondence with Debtor and Advisors |
| 03/01/23 | Wednesday | 1.0 | Discussion with K&E, Centerivew, and Kirkland re: potential settlement | Correspondence with Debtor and Advisors |
| 03/01/23 | Wednesday | 1.0 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/01/23 | Wednesday | 2.0 | Build Analysis on Loan Settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/02/23 | Thursday | 1.0 | Build Analysis on Loan Settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 0.5 | Internal Discussion on Loan Analysis / proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 1.5 | Discussion with Debtors' Advisors and UCC Advisors' with Group re: loan Proposal | Correspondence with Third-Parties |
| 03/02/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/06/23 | Monday | 2.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/06/23 | Monday | 0.5 | Internal Discussion re: plan proposal | Due Diligence, Operations, Business Plan, and Strategy |

## Celsius Networks
Sam Saferstein (Analyst)

| | | | |
|---|---|---|---|
| 03/07/23 Tuesday | 3.0 | Discussion with UCC Members, W&C, and M3 re: Plan Updates | General Committee Administration |
| 03/08/23 Wednesday | 1.0 | Internal Discussion re: plan proposal / updates | Due Diligence, Operations, Business Plan, and Strategy |
| 03/08/23 Wednesday | 1.5 | Celsius Court Hearing Line | Court Administration |
| 03/08/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 03/08/23 Wednesday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Loan settlement | Correspondence with Third-Parties |
| 03/09/23 Thursday | 1.5 | Internal Discussion re: Loan Settlement Analysis / Plan Proposals | Due Diligence, Operations, Business Plan, and Strategy |
| 03/09/23 Thursday | 0.5 | Review of Loan Settlement Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/09/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/09/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/09/23 Thursday | 0.5 | Discussion with Debtors' Advisors and UCC Advisors re: Plan Proposals | Correspondence with Debtor and Advisors |
| 03/10/23 Friday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Preferred Equity | General Committee Administration |
| 03/10/23 Friday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/12/23 Sunday | 0.5 | Discussion with UCC Advisors re: Plan Discussions | General Committee Administration |
| 03/13/23 Monday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Loan settlement | Correspondence with Third-Parties |
| 03/13/23 Monday | 1.0 | Discussion with UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |

**Celsius Networks**
Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| Date | | Hours | Description | Category |
|---|---|---|---|---|
| 03/14/23 | Tuesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Case Updates | General Committee Administration |
| 03/14/23 | Tuesday | 2.5 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 03/15/23 | Wednesday | 2.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 03/15/23 | Wednesday | 1.0 | Internal Discussion re: plan proposal / loan settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/15/23 | Wednesday | 1.0 | Build on Loan Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/16/23 | Thursday | 0.5 | Discussion with M3 re: Loan Settlement Analysis | Correspondence with Debtor and Advisors |
| 03/16/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/16/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/17/23 | Friday | 1.0 | Internal Review of Loan Analysis Materials | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 | Friday | 1.0 | Internal Discussion: Loan Settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 | Friday | 1.0 | Internal Discussion: Plan Proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 | Friday | 1.0 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |
| 03/18/23 | Saturday | 1.0 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |
| 03/19/23 | Sunday | 1.0 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/19/23 | Sunday | 1.0 | Discussion with M3 re: Loan Settlement Analysis | General Committee Administration |

**Celsius Networks**
Sam Saferstein (Analyst)

| | | | |
|---|---|---|---|
| 03/19/23 Sunday | 0.5 | Discussion with Centerview re: Loan settlement analysis | Correspondence with Debtor and Advisors |
| 03/19/23 Sunday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' re: Loan Settlement | Correspondence with Debtor and Advisors |
| 03/19/23 Sunday | 1.5 | Discussion with Debtors' Advisors and UCC Advisors' with Party re: Loan Settlement | Correspondence with Third-Parties |
| 03/19/23 Sunday | 0.5 | Follow-up Discussion with UCC Advisors re: Loan Settlement | General Committee Administration |
| 03/20/23 Monday | 0.5 | Discussion with UCC Advisors' & Co-Chair re: Plan Negotiations | General Committee Administration |
| 03/20/23 Monday | 0.5 | Follow-Up Discussion with UCC Advisors' & Co-Chair re: Plan Negotiations | General Committee Administration |
| 03/19/23 Sunday | 2.0 | Create new loan model analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/20/23 Monday | 1.0 | Build loan model analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/21/23 Tuesday | 0.5 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/21/23 Tuesday | 1.0 | Discussion with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/21/23 Tuesday | 1.0 | Court Hearing re: Claims Objections | Court Administration |
| 03/21/23 Tuesday | 0.5 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |
| 03/21/23 Tuesday | 2.0 | Discussion with UCC Members, W&C, and M3 re: loan settlement | General Committee Administration |
| 03/22/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 03/22/23 Wednesday | 1.0 | Discussion with UCC Advisors and Counterparty re: Proposal Diligence | Correspondence with Third-Parties |

# Celsius Networks
Sam Saferstein (Analyst)

| | | | |
|---|---|---|---|
| 03/23/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/23/23 Thursday | 1.0 | Court Hearing | Court Administration |
| 03/23/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/24/23 Friday | 1.0 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/24/23 Friday | 1.0 | Discussion with Centerview re: Plan Considerations | Correspondence with Debtor and Advisors |
| 03/26/23 Sunday | 1.0 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/26/23 Sunday | 1.0 | Internal Discussion re: Loan Settlement Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/27/23 Monday | 0.5 | Discussion with UCC Advisors re: Loan Settlement Analysis | General Committee Administration |
| 03/27/23 Monday | 1.0 | Discussion with UCC Advisors re: Bids | General Committee Administration |
| 03/27/23 Monday | 0.5 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/29/23 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 03/29/23 Wednesday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/29/23 Wednesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: crypto updates | General Committee Administration |
| 03/30/23 Thursday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan | Correspondence with Third-Parties |
| 03/30/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |

**Celsius Networks**
Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| 03/30/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/31/23 Friday | 0.5 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan | Correspondence with Third-Parties |
| 03/31/23 Friday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan Proposal | Correspondence with Third-Parties |

**Celsius Networks**
Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| Emmanuel Aidoo (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 15.5 |
| Correspondence with Debtor and Advisors | 11.0 |
| Correspondence with Third-Parties | 19.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 13.0 |
| Court Administration | 2.0 |
| **Total** | **60.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 03/01/23 | Wednesday | 1.0 | Discussion with Centerview re: loan book analysis | Correspondence with Debtor and Advisors |
| 03/01/23 | Wednesday | 1.0 | Discussion with K&E, Centerview, and Kirkland re: potential settlement | Correspondence with Debtor and Advisors |
| 03/01/23 | Wednesday | 1.0 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 1.0 | Build Analysis on Loan Settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/02/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/06/23 | Monday | 2.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/06/23 | Monday | 0.5 | Internal Discussion re: plan proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/07/23 | Tuesday | 3.0 | Discussion with UCC Members, W&C, and M3 re: Plan Updates | General Committee Administration |
| 03/08/23 | Wednesday | 1.0 | Internal Discussion re: plan proposal / updates | Due Diligence, Operations, Business Plan, and Strategy |
| 03/08/23 | Wednesday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Loan settlement | Correspondence with Third-Parties |
| 03/09/23 | Thursday | 1.5 | Internal Discussion re: Loan Settlement Analysis / Plan Proposals | Due Diligence, Operations, Business Plan, and Strategy |
| 03/09/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |

**Celsius Networks**

Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| 03/09/23 Thursday | 0.5 | Discussion with Debtors' Advisors and UCC Advisors re: Plan Proposals | Correspondence with Debtor and Advisors |
|---|---|---|---|
| 03/10/23 Friday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Preferred Equity | General Committee Administration |
| 03/10/23 Friday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/12/23 Sunday | 0.5 | Discussion with UCC Advisors re: Plan Discussions | General Committee Administration |
| 03/13/23 Monday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Loan settlement | Correspondence with Third-Parties |
| 03/13/23 Monday | 1.0 | Discussion with UCC Advisors' with Counterparty re: Plan | Correspondence with Third-Parties |
| 03/14/23 Tuesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Case Updates | General Committee Administration |
| 03/14/23 Tuesday | 2.5 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 03/15/23 Wednesday | 2.0 | Discussion with Debtors' Advisors and UCC Advisors' with Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 03/15/23 Wednesday | 1.0 | Internal Discussion re: plan proposal / loan settlement | Due Diligence, Operations, Business Plan, and Strategy |
| 03/15/23 Wednesday | 1.0 | Build on Loan Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/16/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/17/23 Friday | 1.0 | Internal Review of Loan Analysis Materials | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 Friday | 1.0 | Internal Discussion: Plan Proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 03/17/23 Friday | 1.0 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |

**Celsius Networks**
Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 03/18/23 Saturday | 1.0 | Discussion with UCC Advisors and Co-Chairs re: Loan Settlement | General Committee Administration |
| 03/19/23 Sunday | 1.0 | Internal Discussion re: loan analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/19/23 Sunday | 1.0 | Discussion with Debtors' Advisors and UCC Advisors' re: Loan Settlement | Correspondence with Debtor and Advisors |
| 03/19/23 Sunday | 1.5 | Discussion with Debtors' Advisors and UCC Advisors' with Party re: Loan Settlement | Correspondence with Third-Parties |
| 03/19/23 Sunday | 0.5 | Follow-up Discussion with UCC Advisors re: Loan Settlement | General Committee Administration |
| 03/20/23 Monday | 0.5 | Discussion with UCC Advisors' & Co-Chair re: Plan Negotiations | General Committee Administration |
| 03/20/23 Monday | 0.5 | Follow-Up Discussion with UCC Advisors' & Co-Chair re: Plan Negotiations | General Committee Administration |
| 03/19/23 Sunday | 2.0 | Create new loan model analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/21/23 Tuesday | 1.0 | Court Hearing re: Claims Objections | Court Administration |
| 03/21/23 Tuesday | 2.0 | Discussion with UCC Members, W&C, and M3 re: loan settlement | General Committee Administration |
| 03/22/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 03/22/23 Wednesday | 1.0 | Discussion with UCC Advisors and Counterparty re: Proposal Diligence | Correspondence with Third-Parties |
| 03/23/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/23/23 Thursday | 1.0 | Court Hearing | Court Administration |
| 03/24/23 Friday | 1.0 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |

**Celsius Networks**
Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 03/24/23 Friday | 1.0 | Discussion with Centerview re: Plan Considerations | Correspondence with Debtor and Advisors |
| 03/26/23 Sunday | 1.0 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/26/23 Sunday | 1.0 | Internal Discussion re: Loan Settlement Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 03/27/23 Monday | 1.0 | Discussion with UCC Advisors re: Bids | General Committee Administration |
| 03/27/23 Monday | 0.5 | Discussion with UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/29/23 Wednesday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 03/29/23 Wednesday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Potential Plan | Correspondence with Third-Parties |
| 03/29/23 Wednesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: crypto updates | General Committee Administration |
| 03/30/23 Thursday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan | Correspondence with Third-Parties |
| 03/30/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 03/30/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 03/31/23 Friday | 0.5 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan | Correspondence with Third-Parties |
| 03/31/23 Friday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan Proposal | Correspondence with Third-Parties |