Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776
Email:        shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF NINTH MONTHLY STATEMENT OF PERELLA WEINBERG**
**PARTNERS LP FOR INTERIM COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**APRIL 1, 2023 THROUGH APRIL 30, 2023**

**PLEASE TAKE NOTICE** that on the date hereof, Perella Weinberg Partners LP

("**PWP**") filed its *Ninth Monthly Statement of Perella Weinberg Partners LP for Interim*

*Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee*

*of Unsecured Creditors for the Period From April 1, 2023 Through April 30, 2023* (the "**Monthly**

**Statement**") with the United States Bankruptcy Court for the Southern District of New York and

served it on the Monthly Fee Statement Recipients.  *See* Docket No. 2779 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**")

to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the

"**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius
Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending
LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited
(0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service
address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Statement**, by (i) Perella Weinberg Partners LP and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue.  *See* Docket No. 2779 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to PWP.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

*[Remainder of page left intentionally blank.]*

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   August 14, 2023            Respectfully submitted,
      New York, New York

                                      */s/ Kevin Cofsky*
                                      Kevin Cofsky
                                      Partner
                                      Perella Weinberg Partners LP

Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776
Email:        shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NINTH MONTHLY STATEMENT OF PERELLA WEINBERG PARTNERS LP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of Applicant: | Perella Weinberg Partners LP ("**PWP**") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned chapter 11 cases |
| Date of Retention: | October 18, 2022 [Docket No. 1096], *Effective as of* August 2, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | April 1, 2023 – April 30, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $100,000.00 |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $80,000.00 |
| --- | --- |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $20,000.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $26,642.31 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $126,642.31 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $106,642.31 |

This is a <u>monthly</u> fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, PWP, as investment banker to the Committee, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $106,642.31, consisting of 80% of the $100,000.00 in fees earned and 100% of the $26,642.31 in expenses incurred.

## **Background**

1.     On July 13, 2022, Celsius Network LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") commenced with this Court these voluntary cases under chapter 11 of title 11 of the U.S. Code.

2.     On August 24, 2022, the Committee filed *The Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Employment and Retention of*

---

[2]    Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

*Perella Weinberg Partners LP as Investment Banker Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 606] (the "**Retention Application**").

3.    On October 18, 2022, the Court entered the *Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to the Official Committee of Unsecured Creditors Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 1096] (the "**Retention Order**") thereby granting the Retention Application.

4.    The Retention Order approved, among other things, PWP's Monthly Fee. Retention Order ¶ 3.

5.    The Retention Order modifies certain timekeeping and other requirements for PWP "such that PWP (a) shall be permitted to keep professional time records in half-hour (0.50) increments; (b) shall not be required to provide or conform to any schedule of hourly rates; and (c) shall be permitted to maintain time records of its services rendered for the Committee, setting forth, in summary format, a description of the services rendered and the professionals rendering such services." Retention Order ¶ 10.

6.    The Retention Order "authorize[s] and direct[s] [the Debtors] to perform their payment, reimbursement … [and other] obligations … in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter." Retention Order ¶ 12; *see also* Retention Order ¶ 6.

## Professional Services Rendered and Expense Disbursements Incurred

7.    For the Compensation Period, PWP:

a.  Earned monthly fees in the amount of $100,000.00 and is entitled to the reimbursement of third-party legal[3] and other out-of-pocket expenses in the amount of $26,642.31; and

b.  In accordance with the Interim Compensation Procedures, seeks payment in the amount of $106,642.31 (representing 80% of the amount of PWP's monthly fees earned during the Compensation Period and 100% of unbilled expenses incurred during the Compensation Period).

8.      An invoice detailing the monthly fee earned by PWP during the Compensation Period is attached hereto as **Exhibit A**. The invoices detailing PWP's third-party legal expenses are attached hereto as **Exhibit B**.

9.      The amount of fees and third-party legal and other out-of-pocket expenses sought in this Monthly Statement and PWP's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PWP has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PWP does not have hourly rates for its professionals and PWP's professionals generally do not maintain detailed time records of the work performed for its clients.  However, consistent with the Retention Order, PWP has maintained contemporaneous time records in one-half hour increments.  *See* Retention Order ¶ 7.  Time records with respect to the 512.0 hours expended by PWP professionals in providing restructuring investment banking services to the Committee during the Compensation Period are provided in **Exhibit C.**

---

[3]     *See* Retention Order ¶ 9.

10.    A summary of the total amount of hours expended by PWP professionals during the Compensation Period is provided below:

| | |
|---|---|
| General Committee Administration | 75.0 |
| Correspondence with Debtor and Advisors | 63.5 |
| Correspondence with Third-Parties | 106.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 90.0 |
| Court Administration | 177.5 |
| Total Hours | 512.0 |

## Reservation of Rights

11.    Although PWP has made every effort to include all expenses incurred during the Compensation Period, some expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period.  PWP reserves the right to seek payment of such expenses not included herein.

## Notice

12.    PWP will provide notice of this Monthly Statement to the Monthly Fee Statement Recipients [*see* Docket No. 2779 ¶ 3.a.] in accordance with the Interim Compensation Order.

Dated:   August 14, 2023          Respectfully submitted,
            New York, New York

                              */s/ Kevin Cofsky*
                              Kevin Cofsky
                              Partner
                              Perella Weinberg Partners LP

**<u>Exhibit A</u>**

**Invoice**



Perella Weinberg Partners LP
767 Fifth Avenue
10th Floor
New York, NY 10153
United States of America

**Invoice Date:** July 31, 2023
**Invoice Number:** CUS_INV-004378
**Project:** Cyclops
**TAX ID:** 30-0949091

## INVOICE

Celsius Network Ltd
1221 Avenue of the Americas
New York, NY 10020
United States of America

Currency: USD

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Retainer Fee – April 2023 | $ 100,000.00 |
| Less: 20% Holdback | *(20,000.00)* |
| **Total Retainer Due** | **$ 80,000.00** |
| Third Party Legal Expenses | 24,929.50 |
| Out-of-Pocket Expenses | 1,712.81 |
| **Invoice Total** | **$ 106,642.31** |

**Payment Terms:** Due Upon Receipt

If you have any questions concerning this invoice or need to confirm wire instructions, please contact Grace Solano by phone at +1 (646) 680-8238 or by email at AR@pwpartners.com.

**<u>Exhibit B</u>**

**Invoices for Third-Party Legal Expenses**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

May 22, 2023

**Perella Weinberg Partners LLP**
**c/o Legal & Compliance Office of the**
**General Counsel / Asset Management**
**767 5th Avenue**
**New York, NY 10153**

| | |
|---|---|
| Client: | 0000342720 |
| Payer: | 0000342720 |
| Matter: | 342720.00002 |
| Invoice #: | 9020129591 |
| Invoice Due Date: | Payable Upon Receipt |

## Summary

RE: Celsius Network Chapter 11

For Professional Services Rendered Through April 30, 2023

| | | |
|---|---|---|
| Fees Total........................................................................................................................................... | 24,929.50 | |
| **Total Amount Due** ....................................................................................................................... | **24,929.50** | **USD** |

Direct billing inquiries to NYBillingInquiries@katten.com

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997)

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales

| | |
|---|---|
| Matter: | 342720.00002 |
| Invoice #: | 9020129591 |
| Invoice Due Date: | Payable Upon Receipt |

May 22, 2023

RE: Celsius Network Chapter 11

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/03/2023 | Rosella, Michael | Review and revise latest draft of PWP second interim fee application prepared by White & Case (.60); prepare emails to White & Case with list of questions and comments (.40) | 1.00 |
| 04/04/2023 | Rosella, Michael | Prepare comprehensive update email to PWP regarding next steps for Second Interim Fee Application (.50); emails with S. Rochester regarding same (.20); respond to emails from S. Rochester regarding potential settlement with Fee Examiner (.30) | 1.00 |
| 04/04/2023 | Rochester, Shaya | Attend to issues regarding PWP Interim Fee Application (.20) | 0.20 |
| 04/05/2023 | Rosella, Michael | Emails with White & Case and PWP regarding interim fee application matters (.40); review final settlement terms with Fee Examiner and respond to questions from S. Rochester regarding same (.30) | 0.70 |
| 04/06/2023 | Rosella, Michael | Review supplemental parties in interest list circulated by White & Case (.40); prepare emails to PWP regarding same (.20); emails with White & Case regarding potential supplemental declaration for PWP (.30); emails with PWP regarding same (.20) | 1.10 |
| 04/07/2023 | Rosella, Michael | Review fee examiner's report (.40); respond to questions from S. Rochester regarding same (.30); respond to emails from PWP regarding supplemental parties in interest list (.30) | 1.00 |
| 04/08/2023 | Rochester, Shaya | Communications regarding Interim Fee Application (.30) | 0.30 |
| 04/10/2023 | Rosella, Michael | Emails with PWP and S. Rochester regarding interim fee application matters (.50); respond to emails from White & Case regarding same (.30); respond to emails from PWP regarding supplemental parties in interest list (.20) | 1.00 |
| 04/11/2023 | Rosella, Michael | Attend call with PWP regarding interim fee application matters (.20); review and revise updated drafts of November through February monthly fee statements (.70); prepare comprehensive list of next steps for PWP with respect to monthly fee statements and interim fee application (.50); emails with PWP regarding the foregoing (.30) | 1.60 |
| 04/12/2023 | Rosella, Michael | Attend multiple calls with S. Saferstein (PWP) regarding interim fee application and monthly fee statement matters (.50); prepare comprehensive comments to multiple drafts of monthly fee statements and interim fee applications (2.50); respond to emails from White & Case regarding the foregoing (.30); emails with PWP and White & Case regarding supplemental parties in interest list (.20) | 3.50 |
| 04/13/2023 | Rosella, Michael | Attend call with J. Nuzzo regarding interim fee application matters (.10); prepare additional comments to interim fee application and four monthly fee statements (.70); prepare emails to White & Case regarding next steps (.40); respond to White & Case questions regarding fee matters (.30); review White & Case comments on interim fee application and advise PWP regarding same (.50); prepare comprehensive update email to S. Rochester regarding the foregoing (.30); respond to questions from S. Rochester (.40); respond to questions from PWP regarding next steps (.20) | 2.90 |
| 04/13/2023 | Rochester, Shaya | Attend to issues regarding finalizing Monthly Fee Statements and Interim Fee Application (.40) | 0.40 |

**Katten**

Matter:            342720.00002
Invoice #:         9020129591
Invoice Due Date:  Payable Upon Receipt

May 22, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/14/2023 | Rosella, Michael | Prepare additional comments to four monthly fee statements and interim fee application drafts circulated by PWP (.50); emails with White & Case regarding same and next steps (.40); review additional comments from White & Case (.20); respond to questions from S. Rochester (.20); respond to questions from PWP (.20); emails with PWP regarding filing and objection deadline (.20) | 1.70 |
| 04/14/2023 | Rochester, Shaya | Review Celsius Interim Fee Application to confirm compliance with Billing Guidelines (.60) | 0.60 |
| 04/17/2023 | Rosella, Michael | Emails with White and Case regarding preparations for hearing on first interim fee applications (.30); respond to numerous questions from S. Rochester regarding preparations for hearing (.50); emails with PWP regarding supplemental parties in interest list and related conflicts check (.30); review supplemental conflicts check and prepare draft third supplemental Cofsky declaration regarding results of supplemental conflicts check (1.20); review chapter 11 case docket and various pleadings to determine UCC and Debtors' positions on intercompany claims dispute and prepare email summary to S. Rochester (.80) | 3.10 |
| 04/17/2023 | Rochester, Shaya | Attend to issues regarding hearing on PWP Interim Fee Application (.30) | 0.30 |
| 04/18/2023 | Rosella, Michael | Respond to emails from S. Rochester regarding Third Supplemental Cofsky Declaration (.20); prepare updates to draft declaration and prepare draft email to PWP regarding same (.40) | 0.60 |
| 04/18/2023 | Rochester, Shaya | Attend hearing on PWP Interim Fee Application (.80); review draft Supplemental Declaration (.40) | 1.20 |
| 04/19/2023 | Rosella, Michael | Emails with PWP and S. Rochester regarding finalizing Third Supplemental Cofsky Declaration (.30); attend call with S. Rochester regarding same (.10) | 0.40 |
| 04/19/2023 | Rochester, Shaya | Communications with PWP and Katten regarding Supplemental Declaration (.30) | 0.30 |
| 04/20/2023 | Rosella, Michael | Attend call with S. Ludovici (White & Case) regarding supplemental parties in interest list matters (.20); prepare email to S. Rochester regarding next steps (.20); prepare draft email to PWP regarding next steps with supplemental declaration (.30) | 0.80 |
| 04/25/2023 | Rosella, Michael | Review order entered on PWP first interim fee application (.20); prepare email to PWP regarding same and next steps (.30); emails with White & Case regarding supplemental parties in interest list (.30) | 0.80 |
| 04/27/2023 | Rosella, Michael | Review updated supplemental parties in interest list circulated by White & Case (.40); emails with PWP regarding same (.20) | 0.60 |
| 04/28/2023 | Rosella, Michael | Review further updated supplemental parties in interest list and prepare emails to PWP regarding same (.30); prepare updates to third supplemental Cofsky declaration (.50) | 0.80 |

**Total Hours :**                                                                                                              **25.90**

Katten

| Matter: | 342720.00002 |
| Invoice #: | 9020129591 |
| Invoice Due Date: | Payable Upon Receipt |

May 22, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rochester, Shaya | 3.30 | 1,425.00 | 4,702.50 |
| Rosella, Michael | 22.60 | 895.00 | 20,227.00 |
| **Sub Total :** | **25.90** | **Sub Total :** | **24,929.50** |
| **Total Hours :** | **25.90** | **Total Fees** | **24,929.50    USD** |

**Katten**

**Exhibit C**

**Time Records**

**Celsius Networks**
Hours Summary

*Strictly Private & Confidential*

| Category | | Hours | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Restructuring | | | | | | Crypto | | |
| | Kevin Cofsky (Partner) | Matt Rahmani (Exec Director) | Sean Eghlimi (Associate) | Ryan Moon (Associate) | Sam Saferstein (Analyst) | RX Sub-Total | Emmanuel Aidoo (Exec Director) | Crypto Sub-Total | Grand Total |
| General Committee Administration | 8.0 | 15.5 | - | 20.0 | 21.5 | 65.0 | 10.0 | 10.0 | **75.0** |
| Correspondence with Debtor and Advisors | 11.5 | 13.5 | - | 13.5 | 13.5 | 52.0 | 11.5 | 11.5 | **63.5** |
| Correspondence with Third-Parties | 21.5 | 21.5 | - | 20.5 | 22.0 | 85.5 | 20.5 | 20.5 | **106.0** |
| Due Diligence, Operations, Business Plan, and Strategy | 13.5 | 18.5 | - | 20.5 | 23.0 | 75.5 | 14.5 | 14.5 | **90.0** |
| Court Administration | 35.5 | 35.5 | - | 35.5 | 35.5 | 142.0 | 35.5 | 35.5 | **177.5** |
| **Total Hours** | **90.0** | **104.5** | **0.0** | **110.0** | **115.5** | **420.0** | **92.0** | **92.0** | **512.0** |

## Celsius Networks
**Kevin Cofsky (Partner)**

*Strictly Private & Confidential*

| Kevin Cofsky (Partner) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 8.0 |
| Correspondence with Debtor and Advisors | 11.5 |
| Correspondence with Third-Parties | 21.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 13.5 |
| Court Administration | 35.5 |
| **Total** | **90.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 04/02/23 | Sunday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan Analysis Walkthrough | Correspondence with Third-Parties |
| 04/03/23 | Monday | 1.0 | Internal Discussion Syncing on Workstreams and Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 04/04/23 | Tuesday | 2.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/04/23 | Tuesday | 7.0 | Attend Site Visits wih Potential Mining Partners, Celsius Mining, UCC Advisors and UCC members | Correspondence with Third-Parties |
| 04/05/23 | Wednesday | 1.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/06/23 | Thursday | 2.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/06/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/06/23 | Thursday | 1.0 | Discussion with M3 Partners on Analysis for Plan Proposal Comparison | General Committee Administration |
| 04/06/23 | Thursday | 1.0 | Discussion with UCC Advisors and Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 04/10/23 | Monday | 2.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/11/23 | Tuesday | 1.0 | Internal Discussions and Deck Review for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |

**Celsius Networks**

Kevin Cofsky (Partner)

| | | | |
|---|---|---|---|
| 04/11/23 Tuesday | 1.0 | Discussion with Debtor' and UCC Advisors and Mining Counterparty re: contract | Correspondence with Third-Parties |
| 04/11/23 Tuesday | 1.0 | Discussion with M3, CVP, and A&M re: Mining | Correspondence with Debtor and Advisors |
| 04/11/23 Tuesday | 1.0 | Discussion with Debtors' and UCC Advisors and Counterpaty re: Tax Considerations for Proposal | Correspondence with Third-Parties |
| 04/12/23 Wednesday | 1.0 | Discussion with UCC Advisors and Counterparty re: Proposal | Correspondence with Third-Parties |
| 04/12/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/12/23 Wednesday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/13/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/13/23 Thursday | 1.0 | Discussion with Counterparty re: Coin distributions | Correspondence with Third-Parties |
| 04/13/23 Thursday | 1.5 | Discussion with Debtors' and UCC Advisors and Counterparty re: Proposal | Correspondence with Third-Parties |
| 04/14/23 Friday | 0.5 | Discussion with Counterparty re: Distribution Mechanics | Correspondence with Third-Parties |
| 04/17/23 Monday | 1.0 | Discussion with UCC Advisors re: Bids received and UCC Materials | General Committee Administration |
| 04/18/23 Tuesday | 1.5 | Attendance at Omnibus Hearing | Court Administration |
| 04/18/23 Tuesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: potential plan sponsor | General Committee Administration |
| 04/18/23 Tuesday | 2.5 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/18/23 Tuesday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |

**Celsius Networks**
Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| 04/19/23 | Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
|---|---|---|---|---|
| 04/19/23 | Wednesday | 1.0 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/20/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 04/20/23 | Thursday | 0.5 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/20/23 | Thursday | 0.5 | Discussion with Counterpart re: Reference | Correspondence with Third-Parties |
| 04/20/23 | Thursday | 1.0 | Dsicussion with Debtors and UCC Advisors with Counterparty re: Bid Presentation | Correspondence with Third-Parties |
| 04/20/23 | Thursday | 0.5 | Discussion with M3 re: Bid Feedback Discussion | General Committee Administration |
| 04/20/23 | Thursday | 0.5 | Discussion with CVP and Counterparty re: Bid Feedback | Correspondence with Third-Parties |
| 04/20/23 | Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: status update | General Committee Administration |
| 04/21/23 | Friday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/21/23 | Friday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/22/23 | Saturday | 1.0 | Discussion with UCC Advisors and Members with Counterparty re: Bid Proposal | Correspondence with Third-Parties |
| 04/23/23 | Sunday | 1.0 | Discussion with UCC Advisors and Counterparty re: Bid | Correspondence with Third-Parties |
| 04/23/23 | Sunday | 1.5 | Internal Discussion re: Bid Review and Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 04/23/23 | Sunday | 1.0 | Discussion with UCC Advisors, UCC Members, and Counterparty re: Bid | Correspondence with Third-Parties |

**Celsius Networks**
Kevin Cofsky (Partner)

| Date | Day | Hours | Description | Category |
|---|---|---|---|---|
| 04/23/23 | Sunday | 0.5 | Discussion with Debtor and UCC Advisors re: Bid Analysis | Correspondence with Debtor and Advisors |
| 04/24/23 | Monday | 1.0 | Discussion with UCC Advisors re: Auction Preparation | General Committee Administration |
| 04/24/23 | Monday | 0.5 | Discussion with Kirkland & Ellis and UCC Advisors re: Auction Preparation | General Committee Administration |
| 04/24/23 | Monday | 0.5 | Discussion with Debtor and UCC Advisors re: Bid Analysis | General Committee Administration |
| 04/24/23 | Monday | 1.5 | Discussion with UCC Members, W&C, and M3 re: prep for auction | General Committee Administration |
| 04/25/23 | Tuesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/26/23 | Wednesday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/27/23 | Thursday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/28/23 | Friday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/29/23 | Saturday | 1.5 | Discssion with Debtors Advisors and UCC Advisors and Counterparty re: Bid | Correspondence with Third-Parties |
| 04/30/23 | Sunday | 1.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |

## Celsius Networks
**Matt Rahmani (Exec Director)**

*Strictly Private & Confidential*

| Matt Rahmani (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 15.5 |
| Correspondence with Debtor and Advisors | 13.5 |
| Correspondence with Third-Parties | 21.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 18.5 |
| Court Administration | 35.5 |
| **Total** | **104.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 04/02/23 | Sunday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan Analysis Walkthrough | Correspondence with Third-Parties |
| 04/03/23 | Monday | 1.5 | Discussion with W&C and M3 re: Plan Proposals | General Committee Administration |
| 04/03/23 | Monday | 1.0 | Internal Discussion Syncing on Workstreams and Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 04/03/23 | Monday | 1.0 | Discussion with Celsius Mining and M3 re: Mining Business Plan | Correspondence with Debtor and Advisors |
| 04/04/23 | Tuesday | 2.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/04/23 | Tuesday | 3.0 | Create and build Plan Comparision Model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/04/23 | Tuesday | 7.0 | Attend Site Visits wih Potential Mining Partners, Celsius Mining, UCC Advisors and UCC members | Correspondence with Third-Parties |
| 04/05/23 | Wednesday | 1.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/05/23 | Wednesday | 1.0 | Discussion with M3 Partners on Analysis for Plan Proposal Comparison | Due Diligence, Operations, Business Plan, and Strategy |
| 04/05/23 | Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/06/23 | Thursday | 2.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 04/06/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/06/23 Thursday | 1.0 | Discussion with M3 Partners on Analysis for Plan Proposal Comparison | General Committee Administration |
| 04/06/23 Thursday | 1.0 | Discussion with UCC Members, W&C, and M3 re: updates on potential plan sponsors | General Committee Administration |
| 04/06/23 Thursday | 1.0 | Discussion with UCC Advisors and Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 04/10/23 Monday | 2.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/10/23 Monday | 2.0 | Discussions with UCC Advisors on Analysis for Plan Proposal Comparison | General Committee Administration |
| 04/10/23 Monday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/11/23 Tuesday | 1.0 | Internal Discussions and Deck Review for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/11/23 Tuesday | 1.0 | Discussion with Debtors' and UCC Advisors and Mining Counterparty re: contract | Correspondence with Third-Parties |
| 04/11/23 Tuesday | 1.0 | Discussion with M3, CVP, and A&M re: Mining | Correspondence with Debtor and Advisors |
| 04/11/23 Tuesday | 1.0 | Discussion with Debtors' and UCC Advisors and Counterpaty re: Tax Considerations for Proposal | Correspondence with Third-Parties |
| 04/12/23 Wednesday | 1.0 | Discussion with UCC Advisors and Counterparty re: Proposal | Correspondence with Third-Parties |
| 04/12/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/12/23 Wednesday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/13/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 04/13/23 Thursday | 1.0 | Discussion with Counterparty re: Coin distributions | Correspondence with Third-Parties |
| 04/13/23 Thursday | 1.5 | Discussion with Debtors' and UCC Advisors and Counterparty re: Proposal | Correspondence with Third-Parties |
| 04/14/23 Friday | 0.5 | Discussion with Counterparty re: Distribution Mechanics | Correspondence with Third-Parties |
| 04/17/23 Monday | 1.0 | Discussion with UCC Advisors re: Bids received and UCC Materials | General Committee Administration |
| 04/18/23 Tuesday | 1.5 | Attendance at Omnibus Hearing | Court Administration |
| 04/18/23 Tuesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: potential plan sponsor | General Committee Administration |
| 04/18/23 Tuesday | 2.5 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/18/23 Tuesday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/19/23 Wednesday | 3.0 | Discussion with UCC Members, W&C, and M3 re: bid comparison analysis | General Committee Administration |
| 04/19/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/19/23 Wednesday | 1.0 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/20/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 04/20/23 Thursday | 0.5 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/20/23 Thursday | 0.5 | Discussion with Counterpart re: Reference | Correspondence with Third-Parties |
| 04/20/23 Thursday | 1.0 | Dsicussion with Debtors and UCC Advisors with Counterparty re: Bid Presentation | Correspondence with Third-Parties |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| Date | Hours | Description | Category |
|---|---|---|---|
| 04/20/23 Thursday | 0.5 | Discussion with M3 re: Bid Feedback Discussion | General Committee Administration |
| 04/20/23 Thursday | 0.5 | Discussion with CVP and Counterparty re: Bid Feedback | Correspondence with Third-Parties |
| 04/20/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: status update | General Committee Administration |
| 04/21/23 Friday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/21/23 Friday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/22/23 Saturday | 1.0 | Discussion with UCC Advisors and Members with Counterparty re: Bid Proposal | Correspondence with Third-Parties |
| 04/23/23 Sunday | 1.0 | Discussion with UCC Advisors and Counterparty re: Bid | Correspondence with Third-Parties |
| 04/23/23 Sunday | 1.5 | Internal Discussion re: Bid Review and Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 04/23/23 Sunday | 1.0 | Discussion with UCC Advisors, UCC Members, and Counterparty re: Bid | Correspondence with Third-Parties |
| 04/23/23 Sunday | 0.5 | Discussion with Debtor and UCC Advisors re: Bid Analysis | Correspondence with Debtor and Advisors |
| 04/24/23 Monday | 1.0 | Discussion with UCC Advisors re: Auction Preparation | General Committee Administration |
| 04/24/23 Monday | 0.5 | Discussion with Kirkland & Ellis and UCC Advisors re: Auction Preparation | General Committee Administration |
| 04/24/23 Monday | 0.5 | Discussion with Debtor and UCC Advisors re: Bid Analysis | General Committee Administration |
| 04/24/23 Monday | 1.5 | Discussion with UCC Members, W&C, and M3 re: prep for auction | General Committee Administration |
| 04/25/23 Tuesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |

**Celsius Networks**

Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 04/26/23 Wednesday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/27/23 Thursday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/28/23 Friday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/29/23 Saturday | 1.5 | Discssion with Debtors Advisors and UCC Advisors and Counterparty re: Bid | Correspondence with Third-Parties |
| 04/30/23 Sunday | 1.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |

## Celsius Networks
**Ryan Moon (Associate)**

*Strictly Private & Confidential*

| Ryan Moon (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 20.0 |
| Correspondence with Debtor and Advisors | 13.5 |
| Correspondence with Third-Parties | 20.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 20.5 |
| Court Administration | 35.5 |
| **Total** | **110.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 04/02/23 | Sunday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan Analysis Walkthrough | Correspondence with Third-Parties |
| 04/03/23 | Monday | 1.5 | Discussion with W&C and M3 re: Plan Proposals | General Committee Administration |
| 04/03/23 | Monday | 1.0 | Internal Discussion Syncing on Workstreams and Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 04/03/23 | Monday | 1.0 | Discussion with Celsius Mining and M3 re: Mining Business Plan | Correspondence with Debtor and Advisors |
| 04/04/23 | Tuesday | 2.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/04/23 | Tuesday | 3.0 | Create and build Plan Comparision Model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/04/23 | Tuesday | 2.0 | Discussion with UCC Members, W&C, and M3 re: KEIP and litigation topics | General Committee Administration |
| 04/04/23 | Tuesday | 7.0 | Attend Site Visits wih Potential Mining Partners, Celsius Mining, UCC Advisors and UCC members | Correspondence with Third-Parties |
| 04/05/23 | Wednesday | 1.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/05/23 | Wednesday | 1.0 | Discussion with M3 Partners on Analysis for Plan Proposal Comparison | Due Diligence, Operations, Business Plan, and Strategy |
| 04/05/23 | Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

**Celsius Networks**
Ryan Moon (Associate)

| | | | |
|---|---|---|---|
| 04/06/23 Thursday | 2.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/06/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/06/23 Thursday | 1.0 | Discussion with M3 Partners on Analysis for Plan Proposal Comparison | General Committee Administration |
| 04/06/23 Thursday | 1.0 | Discussion with UCC Members, W&C, and M3 re: updates on potential plan sponsors | General Committee Administration |
| 04/06/23 Thursday | 1.0 | Discussion with UCC Advisors and Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 04/10/23 Monday | 2.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/10/23 Monday | 2.0 | Discussions with UCC Advisors on Analysis for Plan Proposal Comparison | General Committee Administration |
| 04/10/23 Monday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/11/23 Tuesday | 2.0 | Discussion with UCC Members, W&C, and M3 re: plan sponsor updates and comparison | General Committee Administration |
| 04/11/23 Tuesday | 1.0 | Internal Discussions and Deck Review for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/11/23 Tuesday | 1.0 | Discussion with Debtors' and UCC Advisors and Mining Counterparty re: contract | Correspondence with Third-Parties |
| 04/11/23 Tuesday | 1.0 | Discussion with M3, CVP, and A&M re: Mining | Correspondence with Debtor and Advisors |
| 04/11/23 Tuesday | 1.0 | Discussion with Debtors' and UCC Advisors and Counterpaty re: Tax Considerations for Proposal | Correspondence with Third-Parties |
| 04/12/23 Wednesday | 1.0 | Discussion with UCC Advisors and Counterparty re: Proposal | Correspondence with Third-Parties |
| 04/12/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

**Celsius Networks**

Ryan Moon (Associate)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 04/12/23 Wednesday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/13/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 04/13/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/13/23 Thursday | 1.0 | Discussion with Counterparty re: Coin distributions | Correspondence with Third-Parties |
| 04/13/23 Thursday | 1.5 | Discussion with Debtors' and UCC Advisors and Counterparty re: Proposal | Correspondence with Third-Parties |
| 04/14/23 Friday | 0.5 | Discussion with Counterparty re: Distribution Mechanics | Correspondence with Third-Parties |
| 04/17/23 Monday | 1.0 | Discussion with UCC Advisors re: Bids received and UCC Materials | General Committee Administration |
| 04/18/23 Tuesday | 1.5 | Attendance at Omnibus Hearing | Court Administration |
| 04/18/23 Tuesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: potential plan sponsor | General Committee Administration |
| 04/18/23 Tuesday | 2.5 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/18/23 Tuesday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/18/23 Tuesday | 2.0 | Create Materials on Bid Comparision side by side | Due Diligence, Operations, Business Plan, and Strategy |
| 04/19/23 Wednesday | 3.0 | Discussion with UCC Members, W&C, and M3 re: bid comparison analysis | General Committee Administration |
| 04/19/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/19/23 Wednesday | 1.0 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |

**Celsius Networks**
Ryan Moon (Associate)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 04/20/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 04/20/23 Thursday | 0.5 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/20/23 Thursday | 0.5 | Discussion with Counterpart re: Reference | Correspondence with Third-Parties |
| 04/20/23 Thursday | 0.5 | Discussion with M3 re: Bid Feedback Discussion | General Committee Administration |
| 04/20/23 Thursday | 0.5 | Discussion with CVP and Counterparty re: Bid Feedback | Correspondence with Third-Parties |
| 04/20/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: status update | General Committee Administration |
| 04/21/23 Friday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/21/23 Friday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/22/23 Saturday | 1.0 | Discussion with UCC Advisors and Members with Counterparty re: Bid Proposal | Correspondence with Third-Parties |
| 04/23/23 Sunday | 1.0 | Discussion with UCC Advisors and Counterparty re: Bid | Correspondence with Third-Parties |
| 04/23/23 Sunday | 1.5 | Internal Discussion re: Bid Review and Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 04/23/23 Sunday | 1.0 | Discussion with UCC Advisors, UCC Members, and Counterparty re: Bid | Correspondence with Third-Parties |
| 04/23/23 Sunday | 0.5 | Discussion with Debtor and UCC Advisors re: Bid Analysis | Correspondence with Debtor and Advisors |
| 04/24/23 Monday | 1.0 | Discussion with UCC Advisors re: Auction Preparation | General Committee Administration |
| 04/24/23 Monday | 0.5 | Discussion with Kirkland & Ellis and UCC Advisors re: Auction Preparation | General Committee Administration |

**Celsius Networks**

Ryan Moon (Associate)

*Strictly Private & Confidential*

| | | | | |
|---|---|---|---|---|
| 04/24/23 Monday | 0.5 | Discussion with Debtor and UCC Advisors re: Bid Analysis | General Committee Administration |
| 04/24/23 Monday | 1.5 | Discussion with UCC Members, W&C, and M3 re: prep for auction | General Committee Administration |
| 04/25/23 Tuesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/26/23 Wednesday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/27/23 Thursday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/28/23 Friday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/29/23 Saturday | 1.5 | Discssion with Debtors Advisors and UCC Advisors and Counterparty re: Bid | Correspondence with Third-Parties |
| 04/30/23 Sunday | 1.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |

**Celsius Networks**
Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| Sam Saferstein (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 21.5 |
| Correspondence with Debtor and Advisors | 13.5 |
| Correspondence with Third-Parties | 22.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 23.0 |
| Court Administration | 35.5 |
| **Total** | **115.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 04/02/23 | Sunday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan Analysis Walkthrough | Correspondence with Third-Parties |
| 04/03/23 | Monday | 1.5 | Discussion with W&C and M3 re: Plan Proposals | General Committee Administration |
| 04/03/23 | Monday | 1.0 | Internal Discussion Syncing on Workstreams and Analysis | Due Diligence, Operations, Business Plan, and Strategy |
| 04/03/23 | Monday | 1.0 | Discussion with Celsius Mining and M3 re: Mining Business Plan | Correspondence with Debtor and Advisors |
| 04/04/23 | Tuesday | 2.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/04/23 | Tuesday | 3.0 | Create and build Plan Comparision Model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/04/23 | Tuesday | 2.0 | Discussion with UCC Members, W&C, and M3 re: KEIP and litigation topics | General Committee Administration |
| 04/04/23 | Tuesday | 7.0 | Attend Site Visits wih Potential Mining Partners, Celsius Mining, UCC Advisors and UCC members | Correspondence with Third-Parties |
| 04/05/23 | Wednesday | 1.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/05/23 | Wednesday | 1.0 | Discussion with M3 Partners on Analysis for Plan Proposal Comparison | Due Diligence, Operations, Business Plan, and Strategy |
| 04/05/23 | Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/06/23 | Thursday | 2.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |

**Celsius Networks**
Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| 04/06/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
|---|---|---|---|---|
| 04/06/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/06/23 | Thursday | 1.0 | Discussion with M3 Partners on Analysis for Plan Proposal Comparison | General Committee Administration |
| 04/06/23 | Thursday | 1.0 | Discussion with UCC Members, W&C, and M3 re: updates on potential plan sponsors | General Committee Administration |
| 04/06/23 | Thursday | 1.0 | Discussion with UCC Advisors and Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 04/10/23 | Monday | 2.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/10/23 | Monday | 2.0 | Discussions with UCC Advisors on Analysis for Plan Proposal Comparison | General Committee Administration |
| 04/10/23 | Monday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/11/23 | Tuesday | 2.0 | Discussion with UCC Members, W&C, and M3 re: plan sponsor updates and comparison | General Committee Administration |
| 04/11/23 | Tuesday | 1.0 | Internal Discussions and Deck Review for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/11/23 | Tuesday | 1.0 | Discussion with Debtors' and UCC Advisors and Mining Counterparty re: contract | Correspondence with Third-Parties |
| 04/11/23 | Tuesday | 1.0 | Discussion with M3, CVP, and A&M re: Mining | Correspondence with Debtor and Advisors |
| 04/11/23 | Tuesday | 1.0 | Discussion with Debtors' and UCC Advisors and Counterpaty re: Tax Considerations for Proposal | Correspondence with Third-Parties |
| 04/12/23 | Wednesday | 1.0 | Discussion with UCC Advisors and Counterparty re: Proposal | Correspondence with Third-Parties |
| 04/12/23 | Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

**Celsius Networks**
Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| Date | Day | Hours | Description | Category |
|---|---|---|---|---|
| 04/12/23 | Wednesday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/13/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 04/13/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/13/23 | Thursday | 1.0 | Discussion with Counterparty re: Coin distributions | Correspondence with Third-Parties |
| 04/13/23 | Thursday | 1.0 | Discussion with M3 re: Plan Analysis | General Committee Administration |
| 04/13/23 | Thursday | 0.5 | Discussion with Debtors' and UCC Advisors and Counterparty re: Mining Considerations | Correspondence with Third-Parties |
| 04/13/23 | Thursday | 1.5 | Discussion with Debtors' and UCC Advisors and Counterparty re: Proposal | Correspondence with Third-Parties |
| 04/14/23 | Friday | 0.5 | Discussion with Counterparty re: Distribution Mechanics | Correspondence with Third-Parties |
| 04/14/23 | Friday | 2.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/14/23 | Friday | 0.5 | Internal Discussion on plan comparision model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/17/23 | Monday | 1.0 | Discussion with UCC Advisors re: Bids received and UCC Materials | General Committee Administration |
| 04/18/23 | Tuesday | 1.5 | Attendance at Omnibus Hearing | Court Administration |
| 04/18/23 | Tuesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: potential plan sponsor | General Committee Administration |
| 04/18/23 | Tuesday | 2.5 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/18/23 | Tuesday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |

**Celsius Networks**
Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| 04/18/23 Tuesday | 2.0 | Create Materials on Bid Comparision side by side | Due Diligence, Operations, Business Plan, and Strategy |
|---|---|---|---|
| 04/19/23 Wednesday | 3.0 | Discussion with UCC Members, W&C, and M3 re: bid comparison analysis | General Committee Administration |
| 04/19/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/19/23 Wednesday | 1.0 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/20/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 04/20/23 Thursday | 0.5 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/20/23 Thursday | 0.5 | Discussion with Counterpart re: Reference | Correspondence with Third-Parties |
| 04/20/23 Thursday | 1.0 | Dsicusion with Debtors and UCC Advisors with Counterparty re: Bid Presentation | Correspondence with Third-Parties |
| 04/20/23 Thursday | 0.5 | Discussion with M3 re: Bid Feedback Discussion | General Committee Administration |
| 04/20/23 Thursday | 0.5 | Discussion with CVP and Counterparty re: Bid Feedback | Correspondence with Third-Parties |
| 04/20/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: status update | General Committee Administration |
| 04/21/23 Friday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/21/23 Friday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/22/23 Saturday | 1.0 | Discussion with UCC Advisors and Members with Counterparty re: Bid Proposal | Correspondence with Third-Parties |
| 04/23/23 Sunday | 1.0 | Discussion with UCC Advisors and Counterparty re: Bid | Correspondence with Third-Parties |

**Celsius Networks**
Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| 04/23/23 Sunday | 1.5 | Internal Discussion re: Bid Review and Analysis | Due Diligence, Operations, Business Plan, and Strategy |
|---|---|---|---|
| 04/23/23 Sunday | 1.0 | Discussion with UCC Advisors, UCC Members, and Counterparty re: Bid | Correspondence with Third-Parties |
| 04/23/23 Sunday | 0.5 | Discussion with Debtor and UCC Advisors re: Bid Analysis | Correspondence with Debtor and Advisors |
| 04/24/23 Monday | 1.0 | Discussion with UCC Advisors re: Auction Preparation | General Committee Administration |
| 04/24/23 Monday | 0.5 | Discussion with Kirkland & Ellis and UCC Advisors re: Auction Preparation | General Committee Administration |
| 04/24/23 Monday | 0.5 | Discussion with Debtor and UCC Advisors re: Bid Analysis | General Committee Administration |
| 04/24/23 Monday | 1.5 | Discussion with UCC Members, W&C, and M3 re: prep for auction | General Committee Administration |
| 04/25/23 Tuesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/26/23 Wednesday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/27/23 Thursday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/28/23 Friday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/29/23 Saturday | 1.5 | Discssion with Debtors Advisors and UCC Advisors and Counterparty re: Bid | Correspondence with Third-Parties |
| 04/30/23 Sunday | 1.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |

## Celsius Networks
**Emmanuel Aidoo (Exec Director)**

*Strictly Private & Confidential*

| Emmanuel Aidoo (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 10.0 |
| Correspondence with Debtor and Advisors | 11.5 |
| Correspondence with Third-Parties | 20.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 14.5 |
| Court Administration | 35.5 |
| **Total** | **92.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 04/02/23 | Sunday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Plan Analysis Walkthrough | Correspondence with Third-Parties |
| 04/03/23 | Monday | 1.5 | Discussion with W&C and M3 re: Plan Proposals | General Committee Administration |
| 04/03/23 | Monday | 1.0 | Review Site Trip Plan with M3 and W&C and UCC members | General Committee Administration |
| 04/04/23 | Tuesday | 1.0 | Discussion with UCC Advisors and UCC Co-Chairs re: Counterproposal | General Committee Administration |
| 04/04/23 | Tuesday | 2.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/04/23 | Tuesday | 7.0 | Attend Site Visits wih Potential Mining Partners, Celsius Mining, UCC Advisors and UCC members | Correspondence with Third-Parties |
| 04/04/23 | Tuesday | 1.0 | Discussion with UCC Advisors and Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 04/05/23 | Wednesday | 1.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/06/23 | Thursday | 2.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/06/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/06/23 | Thursday | 1.0 | Discussion with M3 Partners on Analysis for Plan Proposal Comparison | General Committee Administration |

**Celsius Networks**
Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| Date | Hours | Description | Category |
|------|-------|-------------|----------|
| 04/06/23 Thursday | 1.0 | Discussion with UCC Advisors and Counterparty re: Plan Proposal | Correspondence with Third-Parties |
| 04/10/23 Monday | 2.0 | Internal Discussions on Analysis for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/11/23 Tuesday | 1.0 | Internal Discussions and Deck Review for Plan Proposal Comparisons | Due Diligence, Operations, Business Plan, and Strategy |
| 04/11/23 Tuesday | 1.0 | Discussion with Debtors' and UCC Advisors and Mining Counterparty re: contract | Correspondence with Third-Parties |
| 04/11/23 Tuesday | 1.0 | Discussion with M3, CVP, and A&M re: Mining | Correspondence with Debtor and Advisors |
| 04/11/23 Tuesday | 1.0 | Discussion with Debtors' and UCC Advisors and Counterpaty re: Tax Considerations for Proposal | Correspondence with Third-Parties |
| 04/12/23 Wednesday | 1.0 | Discussion with UCC Advisors and Counterparty re: Proposal | Correspondence with Third-Parties |
| 04/12/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/12/23 Wednesday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/13/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/13/23 Thursday | 1.0 | Discussion with Counterparty re: Coin distributions | Correspondence with Third-Parties |
| 04/13/23 Thursday | 1.0 | Discussion with M3 re: Plan Analysis | General Committee Administration |
| 04/13/23 Thursday | 1.5 | Discussion with Debtors' and UCC Advisors and Counterparty re: Proposal | Correspondence with Third-Parties |
| 04/14/23 Friday | 0.5 | Discussion with Counterparty re: Distribution Mechanics | Correspondence with Third-Parties |
| 04/14/23 Friday | 2.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |

# Celsius Networks

**Emmanuel Aidoo (Exec Director)**

*Strictly Private & Confidential*

| Date | Hours | Description | Category |
|------|-------|-------------|----------|
| 04/18/23 Tuesday | 1.5 | Attendance at Omnibus Hearing | Court Administration |
| 04/18/23 Tuesday | 2.5 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/18/23 Tuesday | 1.0 | Develop on plan comparison model | Due Diligence, Operations, Business Plan, and Strategy |
| 04/19/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/19/23 Wednesday | 1.0 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/20/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 04/20/23 Thursday | 0.5 | Discussion with Debtors and UCC Advisors re: Bid Discussion | Correspondence with Debtor and Advisors |
| 04/20/23 Thursday | 0.5 | Discussion with Counterpart re: Reference | Correspondence with Third-Parties |
| 04/20/23 Thursday | 0.5 | Discussion with M3 re: Bid Feedback Discussion | General Committee Administration |
| 04/20/23 Thursday | 0.5 | Discussion with CVP and Counterparty re: Bid Feedback | Correspondence with Third-Parties |
| 04/20/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: status update | General Committee Administration |
| 04/21/23 Friday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 04/21/23 Friday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 04/22/23 Saturday | 1.0 | Discussion with UCC Advisors and Members with Counterparty re: Bid Proposal | Correspondence with Third-Parties |
| 04/23/23 Sunday | 1.0 | Discussion with UCC Advisors and Counterparty re: Bid | Correspondence with Third-Parties |

**Celsius Networks**

Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| 04/23/23 Sunday | 1.5 | Internal Discussion re: Bid Review and Analysis | Due Diligence, Operations, Business Plan, and Strategy |
|---|---|---|---|
| 04/23/23 Sunday | 0.5 | Discussion with Debtor and UCC Advisors re: Bid Analysis | Correspondence with Debtor and Advisors |
| 04/24/23 Monday | 1.0 | Discussion with UCC Advisors re: Auction Preparation | General Committee Administration |
| 04/24/23 Monday | 0.5 | Discussion with Kirkland & Ellis and UCC Advisors re: Auction Preparation | General Committee Administration |
| 04/24/23 Monday | 1.5 | Discussion with UCC Members, W&C, and M3 re: prep for auction | General Committee Administration |
| 04/25/23 Tuesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/26/23 Wednesday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/27/23 Thursday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/28/23 Friday | 9.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 04/29/23 Saturday | 1.5 | Discssion with Debtors Advisors and UCC Advisors and Counterparty re: Bid | Correspondence with Third-Parties |
| 04/30/23 Sunday | 1.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |