Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776
Email:        shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF TENTH MONTHLY STATEMENT OF PERELLA WEINBERG PARTNERS LP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023

**PLEASE TAKE NOTICE** that on the date hereof, Perella Weinberg Partners LP

("**PWP**") filed its *Tenth Monthly Statement of Perella Weinberg Partners LP for Interim*

*Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee*

*of Unsecured Creditors for the Period From May 1, 2023 Through May 31, 2023* (the "**Monthly**

**Statement**") with the United States Bankruptcy Court for the Southern District of New York and

served it on the Monthly Fee Statement Recipients.  *See* Docket No. 2779 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**")

to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the

"**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First* [sic] *Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2279] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Statement**, by (i) Perella Weinberg Partners LP and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue.  *See* Docket No. 2279 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to PWP.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

*[Remainder of page left intentionally blank.]*

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   August 14, 2023                    Respectfully submitted,
         New York, New York

                                            */s/ Kevin Cofsky*
                                            Kevin Cofsky
                                            Partner
                                            Perella Weinberg Partners LP

Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776
Email:        shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**TENTH MONTHLY STATEMENT OF PERELLA WEINBERG PARTNERS LP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Perella Weinberg Partners LP ("**PWP**") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned chapter 11 cases |
| Date of Retention: | October 18, 2022 [Docket No. 1096], *Effective as of* August 2, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | May 1, 2023 – May 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $100,000.00 |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $80,000.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $20,000.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $13,664.12 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $113,664.12 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $93,664.12 |

This is a <u>monthly</u> fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, PWP, as investment banker to the Committee, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $93,664.12, consisting of 80% of the $100,000.00 in fees earned and 100% of the $13,664.12 in expenses incurred.

**Background**

1.      On July 13, 2022, Celsius Network LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") commenced with this Court these voluntary cases under chapter 11 of title 11 of the U.S. Code.

2.      On August 24, 2022, the Committee filed *The Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Employment and Retention of*

---

[2]      Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

*Perella Weinberg Partners LP as Investment Banker Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 606] (the "**Retention Application**").

3.       On October 18, 2022, the Court entered the *Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to the Official Committee of Unsecured Creditors Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 1096] (the "**Retention Order**") thereby granting the Retention Application.

4.       The Retention Order approved, among other things, PWP's Monthly Fee. Retention Order ¶ 3.

5.       The Retention Order modifies certain timekeeping and other requirements for PWP "such that PWP (a) shall be permitted to keep professional time records in half-hour (0.50) increments; (b) shall not be required to provide or conform to any schedule of hourly rates; and (c) shall be permitted to maintain time records of its services rendered for the Committee, setting forth, in summary format, a description of the services rendered and the professionals rendering such services." Retention Order ¶ 10.

6.       The Retention Order "authorize[s] and direct[s] [the Debtors] to perform their payment, reimbursement … [and other] obligations … in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter." Retention Order ¶ 12; *see also* Retention Order ¶ 6.

### Professional Services Rendered and Expense Disbursements Incurred

7.       For the Compensation Period, PWP:

    a.  Earned monthly fees in the amount of $100,000.00 and is entitled to the reimbursement of third-party legal[3] and other out-of-pocket expenses in the amount of $13,664.12; and

    b.  In accordance with the Interim Compensation Procedures, seeks payment in the amount of $93,664.12 (representing 80% of the amount of PWP's monthly fees earned during the Compensation Period and 100% of unbilled expenses incurred during the Compensation Period).

8.    An invoice detailing the monthly fee earned by PWP during the Compensation Period is attached hereto as **Exhibit A**. The invoices detailing PWP's third-party legal expenses are attached hereto as **Exhibit B**.

9.    The amount of fees and third-party legal and other out-of-pocket expenses sought in this Monthly Statement and PWP's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PWP has never billed its clients based on the number of hours expended by its professionals. Accordingly, PWP does not have hourly rates for its professionals and PWP's professionals generally do not maintain detailed time records of the work performed for its clients. However, consistent with the Retention Order, PWP has maintained contemporaneous time records in one-half hour increments.  *See* Retention Order ¶ 7.  Time records with respect to the 363.5 hours expended by PWP professionals in providing restructuring investment banking services to the Committee during the Compensation Period are provided in **Exhibit C.**

---

[3]   *See* Retention Order ¶ 9.

10.     A summary of the total amount of hours expended by PWP professionals during the Compensation Period is provided below:

| | |
|---|---|
| General Committee Administration | 89.5 |
| Correspondence with Debtor and Advisors | 29.5 |
| Correspondence with Third-Parties | 72.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 36.0 |
| Court Administration | 136.0 |
| Total Hours | 363.5 |

**Reservation of Rights**

11.     Although PWP has made every effort to include all expenses incurred during the Compensation Period, some expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period.  PWP reserves the right to seek payment of such expenses not included herein.

**Notice**

12.     PWP will provide notice of this Monthly Statement to the Monthly Fee Statement Recipients [*see* Docket No. 2279 ¶ 3.a.] in accordance with the Interim Compensation Order.

Dated:   August 14, 2023            Respectfully submitted,
        New York, New York

                                  */s/ Kevin Cofsky*
                                  Kevin Cofsky
                                  Partner
                                  Perella Weinberg Partners LP

**<u>Exhibit A</u>**

**<u>Invoice</u>**



Perella Weinberg Partners LP
767 Fifth Avenue
10th Floor
New York, NY 10153
United States of America

**Invoice Date:** July 31, 2023
**Invoice Number:** CUS_INV-004379
**Project:** Cyclops
**TAX ID:** 30-0949091

## INVOICE

Celsius Network Ltd
1221 Avenue of the Americas
New York, NY 10020
United States of America

Currency: USD

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Retainer Fee – May 2023 | $ 100,000.00 |
| Less: 20% Holdback | *(20,000.00)* |
| **Total Retainer Due** | **$ 80,000.00** |
| Third Party Legal Expenses | 12,923.50 |
| Out-of-Pocket Expenses | 740.62 |
| **Invoice Total** | **$ 93,664.12** |

**Payment Terms:** Due Upon Receipt

If you have any questions concerning this invoice or need to confirm wire instructions, please contact Grace Solano by phone at +1 (646) 680-8238 or by email at AR@pwpartners.com.

**Exhibit B**

**Invoices for Third-Party Legal Expenses**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

June 22, 2023

**Perella Weinberg Partners LLP**
**c/o Legal & Compliance Office of the**
**General Counsel / Asset Management**
**767 5th Avenue**
**New York, NY 10153**

| | |
|---|---|
| Client: | 0000342720 |
| Payer: | 0000342720 |
| Matter: | 342720.00002 |
| Invoice #: | 9020135104 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Celsius Network Chapter 11

For Professional Services Rendered Through May 31, 2023

| | | |
|---|---|---|
| Fees Total.......................................................................................................................................... | 12,923.50 | |
| **Total Amount Due** ......................................................................................................................... | **12,923.50** | **USD** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date

Katten Muchin Rosenman LLP is an Illinois Limited Liability Partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act  (1997)

Katten Muchin Rosenman UK LLP is a Limited Liability Partnership of solicitors and registered foreign lawyers registered in England and Wales

Matter:            342720.00002
Invoice #:         9020135104
Invoice Due Date:  Payable Upon Receipt

June 22, 2023

RE:  Celsius Network Chapter 11

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/01/2023 | Rosella, Michael | Prepare updates to supplemental declaration (.30); emails with W&C regarding same (.20); emails with PWP regarding same (.20); incorporate W&C comments to supplemental declaration (.20); respond to questions from S. Rochester regarding the foregoing (.20) | 1.10 |
| 05/01/2023 | Rochester, Shaya | Review and provide comments on draft Supplemental Cofsky Declaration and communications with M. Rosella regarding same (.20) | 0.20 |
| 05/02/2023 | Rosella, Michael | Respond to emails from W&C regarding supplemental declaration matters (.30) | 0.30 |
| 05/05/2023 | Rosella, Michael | Emails with Katten and W&C regarding supplemental declaration (.30); review W&C comments to same (.20); emails with PWP regarding approval of same (.20) | 0.70 |
| 05/07/2023 | Rosella, Michael | Review emails from W&C regarding supplemental disclosures (.30); prepare additional sections of supplemental declaration to account for bidder disclosure (.50); emails with S. Rochester regarding same (.20) | 1.00 |
| 05/08/2023 | Rosella, Michael | Emails with W&C regarding supplemental declaration matters (.30); incorporate multiple rounds of S. Rochester comments to supplemental declaration (.60); review emails from PWP regarding GXD Labs disclosure matters (.50); respond to questions from S. Rochester regarding same (.10); review GXD Labs affiliate engagement letter with PWP and prepare email to S. Rochester with summary of matters relevant to supplemental declaration (1.00) | 2.50 |
| 05/08/2023 | Rochester, Shaya | Review and provide comments on Supplemental Declaration (.50); revise Supplemental Declaration based on comments from PWP (1.00); communications with PWP regarding same (.40) | 1.90 |
| 05/09/2023 | Rosella, Michael | Emails with PWP regarding Fee Examiner requests with respect to second interim fee application (.50); emails with PWP and W&C regarding UST questions on second interim fee application (.30); incorporate additional S. Rochester, PWP, and W&C comments to supplemental declaration (.70); emails with PWP and W&C regarding same (.30) | 1.80 |
| 05/09/2023 | Rochester, Shaya | Communications with PWP, W&C regarding Supplemental Cofsky Declaration (.30) | 0.30 |
| 05/10/2023 | Rosella, Michael | Emails with S. Rochester and PWP regarding finalized supplemental declaration and related matters (.50) | 0.50 |
| 05/10/2023 | Rochester, Shaya | Finalize Cofsky Supplemental Declaration and communications with W&C and PWP regarding same (.20) | 0.20 |
| 05/12/2023 | Rosella, Michael | Emails with PWP regarding responses to Fee Examiner inquiries (.30) | 0.30 |
| 05/15/2023 | Rosella, Michael | Review PWP responses to Fee Examiner inquiries (.50); emails with counsel to the Fee Examiner regarding same (.20) | 0.70 |
| 05/31/2023 | Rosella, Michael | Respond to emails from S. Rochester regarding various second and third interim fee application matters (.40); prepare emails to W&C regarding second interim fee application matters and potential hearing (.20); review Fee Examiner draft report and prepare email summary to S. Rochester with suggested next steps (.80) | 1.40 |

**Total Hours :**            **12.90**

Katten

| Matter: | 342720.00002 |
|---|---|
| Invoice #: | 9020135104 |
| Invoice Due Date: | Payable Upon Receipt |

June 22, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Rochester, Shaya | 2.60 | 1,425.00 | 3,705.00 |
| Rosella, Michael | 10.30 | 895.00 | 9,218.50 |
| **Sub Total :** | **12.90** | **Sub Total :** | **12,923.50** |
| **Total Hours :** | **12.90** | **Total Fees** | **12,923.50    USD** |

**Katten**

## Exhibit C

**Time Records**

**Celsius Networks**
Hours Summary

*Strictly Private & Confidential*

| | Hours | | | | | | | | |
| | | | | | | | | | |
| | Restructuring | | | | | Crypto | | | |
| Category | Kevin Cofsky (Partner) | Matt Rahmani (Exec Director) | Sean Eghlimi (Associate) | Ryan Moon (Associate) | Sam Saferstein (Analyst) | RX Sub-Total | Emmanuel Aidoo (Exec Director) | Crypto Sub-Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| General Committee Administration | 18.0 | 18.0 | - | 18.0 | 18.0 | 72.0 | 17.5 | 17.5 | **89.5** |
| Correspondence with Debtor and Advisors | 5.5 | 5.5 | - | 6.5 | 6.5 | 24.0 | 5.5 | 5.5 | **29.5** |
| Correspondence with Third-Parties | 13.5 | 14.5 | - | 15.5 | 16.5 | 60.0 | 12.5 | 12.5 | **72.5** |
| Due Diligence, Operations, Business Plan, and Strategy | 5.0 | 8.0 | - | 8.0 | 10.0 | 31.0 | 5.0 | 5.0 | **36.0** |
| Court Administration | 23.0 | 30.0 | - | 30.0 | 30.0 | 113.0 | 23.0 | 23.0 | **136.0** |
| **Total Hours** | **65.0** | **76.0** | **0.0** | **78.0** | **81.0** | **300.0** | **63.5** | **63.5** | **363.5** |

## Celsius Networks
**Kevin Cofsky (Partner)**

*Strictly Private & Confidential*

| Kevin Cofsky (Partner) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 18.0 |
| Correspondence with Debtor and Advisors | 5.5 |
| Correspondence with Third-Parties | 13.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 5.0 |
| Court Administration | 23.0 |
| **Total** | **65.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 05/03/23 | Wednesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/04/23 | Thursday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/05/23 | Friday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/08/23 | Monday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counteraparty re: Bid proposal | Correspondence with Third-Parties |
| 05/08/23 | Monday | 0.5 | Discussion with M3 re: Bid Comparison and Analysis | General Committee Administration |
| 05/08/23 | Monday | 0.5 | Discussion with M3 re: Bid Comparison and Analysis | General Committee Administration |
| 05/09/23 | Tuesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Auction process | General Committee Administration |
| 05/10/23 | Wednesday | 1.5 | Discussion with UCC Members, W&C, and M3 re: Auction process | General Committee Administration |
| 05/10/23 | Wednesday | 0.5 | Attendnace at Auction | Court Administration |
| 05/11/23 | Thursday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Bid Proposal | Correspondence with Third-Parties |
| 05/11/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |

**Celsius Networks**
Kevin Cofsky (Partner)

| | | | |
|---|---|---|---|
| 05/11/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 05/11/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: Status Update | General Committee Administration |
| 05/13/23 Saturday | 3.0 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Presentation | Correspondence with Third-Parties |
| 05/13/23 Saturday | 1.0 | Internal Discussion re: UCC Auction Analysis Materials | Due Diligence, Operations, Business Plan, and Strategy |
| 05/13/23 Saturday | 2.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |
| 05/15/23 Monday | 0.5 | Discussion with UCC Advisors re: Catch-Up | General Committee Administration |
| 05/15/23 Monday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Key case workstreams and plan prep | General Committee Administration |
| 05/16/23 Tuesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Auction process and bid comparison | General Committee Administration |
| 05/17/23 Wednesday | 1.5 | Attendance at Omnibus Hearing | Court Administration |
| 05/17/23 Wednesday | 0.5 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Presentation | Correspondence with Third-Parties |
| 05/18/23 Thursday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 05/18/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/18/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 05/18/23 Thursday | 1.0 | Internal Discussion re bids and next steps | Due Diligence, Operations, Business Plan, and Strategy |
| 05/18/23 Thursday | 0.5 | Discussion with UCC Advisors and Counterparty re: Distributions | Correspondence with Third-Parties |

**Celsius Networks**

Kevin Cofsky (Partner)

| | | | |
|---|---|---|---|
| 05/18/23 Thursday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Bid Comparison Diligence and MiningCo strategy | General Committee Administration |
| 05/19/23 Friday | 2.0 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Dilligence | Correspondence with Third-Parties |
| 05/19/23 Friday | 0.5 | Discussion with UCC Advisors: Debreif on Bid Feedback | General Committee Administration |
| 05/21/23 Sunday | 0.5 | Discussion with M3 re: Mining Analysis | General Committee Administration |
| 05/22/23 Monday | 1.0 | Discussion with Counterparty, Debtors' Advisors and UCC Advisors re: mining partnership | Correspondence with Third-Parties |
| 05/22/23 Monday | 1.0 | Discussion with Counterparty, Debtors' Advisors, UCC Advisors, and UCC Members re: mining operating model | Correspondence with Third-Parties |
| 05/23/23 Tuesday | 1.5 | Discussion with Counterparty re: strategic considerations of bid | Correspondence with Third-Parties |
| 05/23/23 Tuesday | 1.0 | Analysis on Capital Efficiency of NewCo Proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 05/23/23 Tuesday | 0.5 | Discussion with UCC Advisors re: Follow-up on bid discussions | General Committee Administration |
| 05/23/23 Tuesday | 0.5 | Discussion with M3 re: Follow-up on bid discussions | General Committee Administration |
| 05/23/23 Tuesday | 0.5 | Internal Discussion (PWP) re: Follow-up on bid discussions | General Committee Administration |
| 05/24/23 Wednesday | 0.5 | Discussion with UCC Advisors re: Strategy Discussion / Prep for UCC Meeting | General Committee Administration |
| 05/24/23 Wednesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Bid review | General Committee Administration |
| 05/25/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/25/23 Thursday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

**Celsius Networks**
Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 05/25/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: Status Update | General Committee Administration |
| 05/30/23 Tuesday | 2.0 | Discussion with Debtors, UCC, and Counterparty re: mining strategy and partnership | Correspondence with Third-Parties |
| 05/31/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

## Celsius Networks
**Matt Rahmani (Exec Director)**

*Strictly Private & Confidential*

| Matt Rahmani (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 18.0 |
| Correspondence with Debtor and Advisors | 5.5 |
| Correspondence with Third-Parties | 14.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 8.0 |
| Court Administration | 30.0 |
| **Total** | **76.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 05/01/23 | Monday | 2.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |
| 05/02/23 | Tuesday | 1.0 | Analysis of MiningCo Financials | Due Diligence, Operations, Business Plan, and Strategy |
| 05/02/23 | Tuesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/03/23 | Wednesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/04/23 | Thursday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/05/23 | Friday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/08/23 | Monday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counteraparty re: Bid proposal | Correspondence with Third-Parties |
| 05/08/23 | Monday | 0.5 | Discussion with M3 re: Bid Comparison and Analysis | General Committee Administration |
| 05/08/23 | Monday | 0.5 | Discussion with M3 re: Bid Comparison and Analysis | General Committee Administration |
| 05/09/23 | Tuesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Auction process | General Committee Administration |
| 05/10/23 | Wednesday | 1.5 | Discussion with UCC Members, W&C, and M3 re: Auction process | General Committee Administration |

## Celsius Networks
**Matt Rahmani (Exec Director)**

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 05/10/23 Wednesday | 0.5 | Attendnace at Auction | Court Administration |
| 05/11/23 Thursday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Bid Proposal | Correspondence with Third-Parties |
| 05/11/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/11/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 05/11/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: Status Update | General Committee Administration |
| 05/13/23 Saturday | 3.0 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Presentation | Correspondence with Third-Parties |
| 05/13/23 Saturday | 1.0 | Internal Discussion re: UCC Auction Analysis Materials | Due Diligence, Operations, Business Plan, and Strategy |
| 05/13/23 Saturday | 2.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |
| 05/15/23 Monday | 0.5 | Discussion with UCC Advisors re: Catch-Up | General Committee Administration |
| 05/15/23 Monday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Key case workstreams and plan prep | General Committee Administration |
| 05/16/23 Tuesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Auction process and bid comparison | General Committee Administration |
| 05/17/23 Wednesday | 1.5 | Attendance at Omnibus Hearing | Court Administration |
| 05/17/23 Wednesday | 0.5 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Presentation | Correspondence with Third-Parties |
| 05/18/23 Thursday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 05/18/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |

# Celsius Networks
**Matt Rahmani (Exec Director)**

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 05/18/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 05/18/23 Thursday | 1.0 | Internal Discussion re bids and next steps | Due Diligence, Operations, Business Plan, and Strategy |
| 05/18/23 Thursday | 0.5 | Discussion with UCC Advisors and Counterparty re: Distributions | Correspondence with Third-Parties |
| 05/18/23 Thursday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Bid Comparison Diligence and MiningCo strategy | General Committee Administration |
| 05/19/23 Friday | 2.0 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Dilligence | Correspondence with Third-Parties |
| 05/19/23 Friday | 0.5 | Discussion with UCC Advisors: Debreif on Bid Feedback | General Committee Administration |
| 05/21/23 Sunday | 0.5 | Discussion with M3 re: Mining Analysis | General Committee Administration |
| 05/22/23 Monday | 1.0 | Discussion with Counterparty, Debtors' Advisors and UCC Advisors re: mining partnership | Correspondence with Third-Parties |
| 05/22/23 Monday | 1.0 | Discussion with Counterparty, Debtors' Advisors, UCC Advisors, and UCC Members re: mining operating model | Correspondence with Third-Parties |
| 05/23/23 Tuesday | 1.5 | Discussion with Counterparty re: strategic considerations of bid | Correspondence with Third-Parties |
| 05/23/23 Tuesday | 1.0 | Analysis on Capital Efficiency of NewCo Proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 05/23/23 Tuesday | 1.0 | Discussion with Counterparty, Debtors' Advisors and UCC Advisors re: bid considerations | Correspondence with Third-Parties |
| 05/23/23 Tuesday | 0.5 | Discussion with UCC Advisors re: Follow-up on bid discussions | General Committee Administration |
| 05/23/23 Tuesday | 0.5 | Discussion with M3 re: Follow-up on bid discussions | General Committee Administration |
| 05/23/23 Tuesday | 0.5 | Internal Discussion (PWP) re: Follow-up on bid discussions | General Committee Administration |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 05/24/23 Wednesday | 0.5 | Discussion with UCC Advisors re: Strategy Discussion / Prep for UCC Meeting | General Committee Administration |
| 05/24/23 Wednesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Bid review | General Committee Administration |
| 05/25/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/25/23 Thursday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 05/25/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: Status Update | General Committee Administration |
| 05/30/23 Tuesday | 2.0 | Discussion with Debtors, UCC, and Counterparty re: mining strategy and partnership | Correspondence with Third-Parties |
| 05/31/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

**Celsius Networks**
Ryan Moon (Associate)

*Strictly Private & Confidential*

| Ryan Moon (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 18.0 |
| Correspondence with Debtor and Advisors | 6.5 |
| Correspondence with Third-Parties | 15.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 8.0 |
| Court Administration | 30.0 |
| **Total** | **78.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 05/02/23 | Tuesday | 1.0 | Analysis of MiningCo Financials | Due Diligence, Operations, Business Plan, and Strategy |
| 05/02/23 | Tuesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/03/23 | Wednesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/04/23 | Thursday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/05/23 | Friday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/08/23 | Monday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counteraparty re: Bid proposal | Correspondence with Third-Parties |
| 05/08/23 | Monday | 0.5 | Discussion with M3 re: Bid Comparison and Analysis | General Committee Administration |
| 05/08/23 | Monday | 0.5 | Discussion with M3 re: Bid Comparison and Analysis | General Committee Administration |
| 05/08/23 | Monday | 1.0 | Discussion with Debtors Advisors and UCC Advisors re: Bid Comparison | Correspondence with Debtor and Advisors |
| 05/09/23 | Tuesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Auction process | General Committee Administration |
| 05/10/23 | Wednesday | 1.5 | Discussion with UCC Members, W&C, and M3 re: Auction process | General Committee Administration |

## Celsius Networks
Ryan Moon (Associate)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 05/10/23 Wednesday | 0.5 | Attendnace at Auction | Court Administration |
| 05/11/23 Thursday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Bid Proposal | Correspondence with Third-Parties |
| 05/11/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/11/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 05/11/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: Status Update | General Committee Administration |
| 05/13/23 Saturday | 3.0 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Presentation | Correspondence with Third-Parties |
| 05/13/23 Saturday | 1.0 | Internal Discussion re: UCC Auction Analysis Materials | Due Diligence, Operations, Business Plan, and Strategy |
| 05/13/23 Saturday | 2.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |
| 05/14/23 Sunday | 1.0 | FinTech Pricing Analysis for Bidder Proposal | Correspondence with Third-Parties |
| 05/15/23 Monday | 0.5 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Bid Reference | Correspondence with Third-Parties |
| 05/15/23 Monday | 0.5 | Discussion with UCC Advisors re: Catch-Up | General Committee Administration |
| 05/15/23 Monday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Key case workstreams and plan prep | General Committee Administration |
| 05/16/23 Tuesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Auction process and bid comparison | General Committee Administration |
| 05/17/23 Wednesday | 1.5 | Attendance at Omnibus Hearing | Court Administration |
| 05/18/23 Thursday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

**Celsius Networks**
Ryan Moon (Associate)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 05/18/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/18/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 05/18/23 Thursday | 1.0 | Internal Discussion re bids and next steps | Due Diligence, Operations, Business Plan, and Strategy |
| 05/18/23 Thursday | 0.5 | Discussion with UCC Advisors and Counterparty re: Distributions | Correspondence with Third-Parties |
| 05/18/23 Thursday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Bid Comparison Diligence and MiningCo strategy | General Committee Administration |
| 05/19/23 Friday | 2.0 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Dilligence | Correspondence with Third-Parties |
| 05/19/23 Friday | 0.5 | Discussion with UCC Advisors: Debreif on Bid Feedback | General Committee Administration |
| 05/21/23 Sunday | 0.5 | Discussion with M3 re: Mining Analysis | General Committee Administration |
| 05/22/23 Monday | 1.0 | Discussion with Counterparty, Debtors' Advisors and UCC Advisors re: mining partnership | Correspondence with Third-Parties |
| 05/22/23 Monday | 1.0 | Discussion with Counterparty, Debtors' Advisors, UCC Advisors, and UCC Members re: mining operating model | Correspondence with Third-Parties |
| 05/23/23 Tuesday | 1.5 | Discussion with Counterparty re: strategic considerations of bid | Correspondence with Third-Parties |
| 05/23/23 Tuesday | 1.0 | Analysis on Capital Efficiency of NewCo Proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 05/23/23 Tuesday | 1.0 | Discussion with Counterparty, Debtors' Advisors and UCC Advisors re: bid considerations | Correspondence with Third-Parties |
| 05/23/23 Tuesday | 0.5 | Discussion with UCC Advisors re: Follow-up on bid discussions | General Committee Administration |
| 05/23/23 Tuesday | 0.5 | Discussion with M3 re: Follow-up on bid discussions | General Committee Administration |

**Celsius Networks**

Ryan Moon (Associate)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 05/23/23 Tuesday | 0.5 | Internal Discussion (PWP) re: Follow-up on bid discussions | General Committee Administration |
| 05/24/23 Wednesday | 0.5 | Discussion with UCC Advisors re: Strategy Discussion / Prep for UCC Meeting | General Committee Administration |
| 05/24/23 Wednesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Bid review | General Committee Administration |
| 05/25/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/25/23 Thursday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 05/25/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: Status Update | General Committee Administration |
| 05/30/23 Tuesday | 2.0 | Discussion with Debtors, UCC, and Counterparty re: mining strategy and partnership | Correspondence with Third-Parties |
| 05/31/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 06/01/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |

# Celsius Networks

**Sam Saferstein (Analyst)**

*Strictly Private & Confidential*

| Sam Saferstein (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 18.0 |
| Correspondence with Debtor and Advisors | 6.5 |
| Correspondence with Third-Parties | 16.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 10.0 |
| Court Administration | 30.0 |
| **Total** | **81.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 05/01/23 | Monday | 2.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |
| 05/02/23 | Tuesday | 1.0 | Analysis of MiningCo Financials | Due Diligence, Operations, Business Plan, and Strategy |
| 05/02/23 | Tuesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/03/23 | Wednesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/04/23 | Thursday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/05/23 | Friday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/08/23 | Monday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counteraparty re: Bid proposal | Correspondence with Third-Parties |
| 05/08/23 | Monday | 0.5 | Discussion with M3 re: Bid Comparison and Analysis | General Committee Administration |
| 05/08/23 | Monday | 0.5 | Discussion with M3 re: Bid Comparison and Analysis | General Committee Administration |
| 05/08/23 | Monday | 1.0 | Discussion with Debtors Advisors and UCC Advisors re: Bid Comparison | Correspondence with Debtor and Advisors |
| 05/09/23 | Tuesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Auction process | General Committee Administration |

## Celsius Networks
**Sam Saferstein (Analyst)**

| Date | Hours | Description | Category |
|------|-------|-------------|----------|
| 05/10/23 Wednesday | 1.5 | Discussion with UCC Members, W&C, and M3 re: Auction process | General Committee Administration |
| 05/10/23 Wednesday | 0.5 | Attendnace at Auction | Court Administration |
| 05/11/23 Thursday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Bid Proposal | Correspondence with Third-Parties |
| 05/11/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/11/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 05/11/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: Status Update | General Committee Administration |
| 05/13/23 Saturday | 3.0 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Presentation | Correspondence with Third-Parties |
| 05/13/23 Saturday | 1.0 | Internal Discussion re: UCC Auction Analysis Materials | Due Diligence, Operations, Business Plan, and Strategy |
| 05/13/23 Saturday | 2.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |
| 05/14/23 Sunday | 1.0 | FinTech Pricing Analysis for Bidder Proposal | Correspondence with Third-Parties |
| 05/14/23 Sunday | 2.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |
| 05/15/23 Monday | 0.5 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Bid Reference | Correspondence with Third-Parties |
| 05/15/23 Monday | 0.5 | Discussion with UCC Advisors re: Catch-Up | General Committee Administration |
| 05/15/23 Monday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Key case workstreams and plan prep | General Committee Administration |
| 05/16/23 Tuesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Auction process and bid comparison | General Committee Administration |

# Celsius Networks
**Sam Saferstein (Analyst)**

*Strictly Private & Confidential*

| Date | | Hours | Description | Category |
|---|---|---|---|---|
| 05/17/23 | Wednesday | 1.5 | Attendance at Omnibus Hearing | Court Administration |
| 05/17/23 | Wednesday | 0.5 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Presentation | Correspondence with Third-Parties |
| 05/18/23 | Thursday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 05/18/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/18/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 05/18/23 | Thursday | 1.0 | Internal Discussion re bids and next steps | Due Diligence, Operations, Business Plan, and Strategy |
| 05/18/23 | Thursday | 0.5 | Discussion with UCC Advisors and Counterparty re: Distributions | Correspondence with Third-Parties |
| 05/18/23 | Thursday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Bid Comparison Diligence and MiningCo strategy | General Committee Administration |
| 05/19/23 | Friday | 2.0 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Dilligence | Correspondence with Third-Parties |
| 05/19/23 | Friday | 0.5 | Discussion with UCC Advisors: Debreif on Bid Feedback | General Committee Administration |
| 05/21/23 | Sunday | 0.5 | Discussion with M3 re: Mining Analysis | General Committee Administration |
| 05/22/23 | Monday | 0.5 | Mining Reference Dicussion with Third-Party, Debtors' Advisors and UCC Advisors | Correspondence with Third-Parties |
| 05/22/23 | Monday | 1.0 | Discussion with Counterparty, Debtors' Advisors and UCC Advisors re: mining partnership | Correspondence with Third-Parties |
| 05/22/23 | Monday | 1.0 | Discussion with Counterparty, Debtors' Advisors, UCC Advisors, and UCC Members re: mining operating model | Correspondence with Third-Parties |
| 05/23/23 | Tuesday | 1.5 | Discussion with Counterparty re: strategic considerations of bid | Correspondence with Third-Parties |

**Celsius Networks**
Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| 05/23/23 Tuesday | 1.0 | Analysis on Capital Efficiency of NewCo Proposal | Due Diligence, Operations, Business Plan, and Strategy |
|---|---|---|---|
| 05/23/23 Tuesday | 1.0 | Discussion with Counterparty, Debtors' Advisors and UCC Advisors re: bid considerations | Correspondence with Third-Parties |
| 05/23/23 Tuesday | 0.5 | Discussion with UCC Advisors re: Follow-up on bid discussions | General Committee Administration |
| 05/23/23 Tuesday | 0.5 | Discussion with M3 re: Follow-up on bid discussions | General Committee Administration |
| 05/23/23 Tuesday | 0.5 | Internal Discussion (PWP) re: Follow-up on bid discussions | General Committee Administration |
| 05/24/23 Wednesday | 0.5 | Discussion with UCC Advisors re: Strategy Discussion / Prep for UCC Meeting | General Committee Administration |
| 05/24/23 Wednesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Bid review | General Committee Administration |
| 05/25/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/25/23 Thursday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 05/25/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: Status Update | General Committee Administration |
| 05/30/23 Tuesday | 2.0 | Discussion with Debtors, UCC, and Counterparty re: mining strategy and partnership | Correspondence with Third-Parties |
| 05/31/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |

## Celsius Networks
Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| Emmanuel Aidoo (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 17.5 |
| Correspondence with Debtor and Advisors | 5.5 |
| Correspondence with Third-Parties | 12.5 |
| Due Diligence, Operations, Business Plan, and Strategy | 5.0 |
| Court Administration | 23.0 |
| **Total** | **63.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 05/03/23 | Wednesday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/04/23 | Thursday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/05/23 | Friday | 7.0 | Attendance at Various Meetings and Performance of Associated Analysis at Auction at K&E's Office (with Debtors, UCC, and Qualified Bidder Counterparties) | Court Administration |
| 05/08/23 | Monday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counteraparty re: Bid proposal | Correspondence with Third-Parties |
| 05/08/23 | Monday | 0.5 | Discussion with M3 re: Bid Comparison and Analysis | General Committee Administration |
| 05/09/23 | Tuesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Auction process | General Committee Administration |
| 05/10/23 | Wednesday | 1.5 | Discussion with UCC Members, W&C, and M3 re: Auction process | General Committee Administration |
| 05/10/23 | Wednesday | 0.5 | Attendnace at Auction | Court Administration |
| 05/11/23 | Thursday | 1.0 | Discussion with Debtors Advisors and UCC Advisors and Counterparty re: Bid Proposal | Correspondence with Third-Parties |
| 05/11/23 | Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/11/23 | Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 05/11/23 | Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: Status Update | General Committee Administration |

**Celsius Networks**
Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| Date | Hours | Description | Category |
|---|---|---|---|
| 05/13/23 Saturday | 3.0 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Presentation | Correspondence with Third-Parties |
| 05/13/23 Saturday | 1.0 | Internal Discussion re: UCC Auction Analysis Materials | Due Diligence, Operations, Business Plan, and Strategy |
| 05/13/23 Saturday | 2.0 | Preparation of Auction Materials and Analysis for UCC Meeting | Due Diligence, Operations, Business Plan, and Strategy |
| 05/15/23 Monday | 0.5 | Discussion with UCC Advisors re: Catch-Up | General Committee Administration |
| 05/15/23 Monday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Key case workstreams and plan prep | General Committee Administration |
| 05/16/23 Tuesday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Auction process and bid comparison | General Committee Administration |
| 05/17/23 Wednesday | 1.5 | Attendance at Omnibus Hearing | Court Administration |
| 05/18/23 Thursday | 1.5 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 05/18/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/18/23 Thursday | 1.0 | Discussion with Debtors' Advisors (K&E, A&M, CVP) for All Hands Catch-Up Call (W&C, M3, Elementus) | Correspondence with Debtor and Advisors |
| 05/18/23 Thursday | 1.0 | Internal Discussion re bids and next steps | Due Diligence, Operations, Business Plan, and Strategy |
| 05/18/23 Thursday | 1.0 | Discussion with UCC Members, W&C, and M3 re: Bid Comparison Diligence and MiningCo strategy | General Committee Administration |
| 05/19/23 Friday | 2.0 | Discussion with Debtors Advisors and UCC Advisor and Counterparty re: Bid Dilligence | Correspondence with Third-Parties |
| 05/19/23 Friday | 0.5 | Discussion with UCC Advisors: Debreif on Bid Feedback | General Committee Administration |
| 05/21/23 Sunday | 0.5 | Discussion with M3 re: Mining Analysis | General Committee Administration |
| 05/22/23 Monday | 1.0 | Discussion with Counterparty, Debtors' Advisors and UCC Advisors re: mining partnership | Correspondence with Third-Parties |

## Celsius Networks
Emmanuel Aidoo (Exec Director)                                                                                    *Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 05/22/23 Monday | 1.0 | Discussion with Counterparty, Debtors' Advisors, UCC Advisors, and UCC Members re: mining operating model | Correspondence with Third-Parties |
| 05/23/23 Tuesday | 1.5 | Discussion with Counterparty re: strategic considerations of bid | Correspondence with Third-Parties |
| 05/23/23 Tuesday | 1.0 | Analysis on Capital Efficiency of NewCo Proposal | Due Diligence, Operations, Business Plan, and Strategy |
| 05/23/23 Tuesday | 0.5 | Discussion with UCC Advisors re: Follow-up on bid discussions | General Committee Administration |
| 05/23/23 Tuesday | 0.5 | Discussion with M3 re: Follow-up on bid discussions | General Committee Administration |
| 05/23/23 Tuesday | 0.5 | Internal Discussion (PWP) re: Follow-up on bid discussions | General Committee Administration |
| 05/24/23 Wednesday | 0.5 | Discussion with UCC Advisors re: Strategy Discussion / Prep for UCC Meeting | General Committee Administration |
| 05/24/23 Wednesday | 2.5 | Discussion with UCC Members, W&C, and M3 re: Bid review | General Committee Administration |
| 05/25/23 Thursday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 05/25/23 Thursday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |
| 05/25/23 Thursday | 0.5 | Discussion with UCC Members, W&C, and M3 re: Status Update | General Committee Administration |
| 05/30/23 Tuesday | 2.0 | Discussion with Debtors, UCC, and Counterparty re: mining strategy and partnership | Correspondence with Third-Parties |
| 05/31/23 Wednesday | 1.0 | Discussion with Celsius Mining, Mining Sub-Committee, and UCC Advisors (W&C, M3) | Correspondence with Debtor and Advisors |