## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **CELSIUS NETWORK LLC, *et al.*,[1]** | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## COMBINED FIFTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX COMPLIANCE, TAX ADVISORY SERVICES AND FINANCIAL ACCOUNTING ADVISORY SERVICES PROVIDER FOR THE TIME PERIOD MAY 1, 2023 THROUGH JUNE 30, 2023

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 20,2022 (*effective as of July 13, 2022*) |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2023 through June 30, 2023 |
| Monthly Fees Incurred: | $117,911.00 |
| 20% Holdback: | $23,582.20 |
| Total Compensation Less 20% Holdback: | $94,328.80 |
| Monthly Expenses Incurred: | $-0- |
| Total Fees and Expenses Requested: | $94,328.80 |

This is a ___X___ monthly _____ interim _____ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

EY LLP ("EY LLP"), providing Tax Compliance, Tax Advisory and Financial Accounting Advisory services to the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submits this statement of fees and disbursements (the "Combined Fifth Monthly Fee Statement") covering the period from May 1, 2023 through and including June 30, 2023 (the "Compensation Period") in accordance with the *First Amended Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 2779] (the "Interim Compensation Order").  By this Combined Fifth Monthly Fee Statement, EY LLP requests (a) interim allowance and payment of compensation in the amount of $94,328.80 (80% of $117,911.00) for fees on account of reasonable and necessary professional services rendered to the Debtors by EY LLP during the Compensation Period and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred by EY LLP during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

In support of this Combined Fifth Monthly Fee Statement, attached hereto as **Exhibit A** is a summary list of all EY LLP professionals who worked on this case during the Compensation Period.

Also, in support of this Combined Fifth Monthly Fee Statement, attached hereto as **Exhibit B** is a summary of the hours and fees incurred by category during the Compensation Period by EY LLP on behalf of the Debtors.

Also, in support of this Combined Fifth Monthly Fee Statement, attached hereto as **Exhibit C** is the supporting detail by activity by professional detailing the activities and services performed by EY LLP professionals on behalf of the Debtors.

**EXPENSES INCURRED**
**DURING THE COMPENSATION PERIOD**

EY LLP seeks reimbursement of actual and necessary expenses incurred by EY LLP during the Compensation Period in the aggregate amount of $0.00.

**REPRESENTATIONS**

Although every effort has been made to include all fees and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Combined Fifth Monthly Fee Statement due to delays caused by accounting and processing during the Compensation Period.  EY LLP reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and the Interim Compensation Order.

Dated:  August 14, 2023

*/s/ Elizabeth Harvey*
Elizabeth Harvey
Partner, Ernst & Young LLP

## EXHIBIT A[2]
## SUMMARY BY PROFESSIONAL

| Last Name | First Name | Title | Time | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Barda | Eli | Partner/Principal | 0.5 | $850.00 | $425.00 |
| Beattie | Steve | Partner/Principal | 1.0 | $850.00 | $850.00 |
| Bowden | Jamie | Senior Manager | 2.8 | $950.00 | $2,660.00 |
| Buonaguro | Paul | Manager | 6.4 | $850.00 | $5,440.00 |
| Carr | Russell | Partner/Principal | 2.9 | $1,250.00 | $3,625.00 |
| Chenchinski (2) | Amir | Partner/Principal | 1.7 | $850.00 | $1,445.00 |
| Creel | Travis | Senior Manager | 1.2 | $950.00 | $1,140.00 |
| Flagg | Nancy | Executive Director | 25.5 | $1,150.00 | $29,325.00 |
| Gatt | Katherine | Senior Manager | 21.0 | $950.00 | $19,950.00 |
| Harvey | Elizabeth | Partner/Principal | 4.8 | $1,250.00 | $6,000.00 |
| Harvey (2) | Elizabeth | Partner/Principal | 0.5 | $850.00 | $425.00 |
| Helwing | Dan | Partner/Principal | 3.4 | $850.00 | $2,890.00 |
| Hill | Jeffrey | Partner/Principal | 0.5 | $850.00 | $425.00 |
| Jacobs | Steven | Partner/Principal | 0.5 | $850.00 | $425.00 |
| Jin | Crystal | Manager | 0.5 | $595.00 | $297.50 |
| Johnson | Derrick | Staff | 6.7 | $400.00 | $2,680.00 |
| LaGarde | Stephen | Partner/Principal | 0.5 | $1,250.00 | $625.00 |
| Li | Eric | Staff | 2.0 | $400.00 | $800.00 |
| Lipschutz | Jordan | Manager | 0.8 | $595.00 | $476.00 |
| Lowery | Kristie | Partner/Principal | 0.5 | $1,250.00 | $625.00 |
| Riley | Sean | Senior Manager | 0.8 | $695.00 | $556.00 |
| Sapir | Eric | Executive Director | 2.2 | $1,150.00 | $2,530.00 |
| Shwartz (2) | Yoav | Partner/Principal | 0.5 | $850.00 | $425.00 |
| Shwartz | Yoav | Partner/Principal | 14.6 | $1,250.00 | $18,250.00 |
| Sun | Kaiyang | Senior Manager | 0.8 | $695.00 | $556.00 |
| Tuchinsky | Maria | Senior Manager | 5.2 | $950.00 | $4,940.00 |
| Wasser | Michael | Executive Director | 1.0 | $1,150.00 | $1,150.00 |
| Wasserman (2) | Ofer | Senior Manager | 0.9 | $695.00 | $625.50 |
| Wehr | Robert | Senior Manager | 3.4 | $950.00 | $3,230.00 |
| Wrenn | Kaitlin | Manager | 0.5 | $850.00 | $425.00 |
| Zaman | Sabina | Partner/Principal | 4.7 | $850.00 | $3,995.00 |
| Chenchinski | Amir | Partner/Principal | 2.8 | | Fixed Fee |
| Gandz | Benjamin | Senior Manager | 8.9 | | Fixed Fee |

---

[2] Rates have been applied consistent with the Statement of Work for which this individual provided services.

| Last Name | First Name | Title | Time | Hourly Rate | Total Individual Fees |
|-----------|-----------|-------|------|-------------|----------------------|
| Geron | Eyal | Manager | 8.9 | | Fixed Fee |
| Gonen | Eyal | Partner/Principal | 2.0 | | Fixed Fee |
| Wasserman | Ofer | Senior Manager | 4.3 | | Fixed Fee |
| Sussman | Adam | Senior | 8.9 | | Fixed Fee |
| **Total** | | | **154.1** | | **$117,211.00** |

**Total Fixed Fee for Tax Compliance and Transfer Pricing Services During the Fee Period $0.00**

**Fee Application Preparation**

| Last Name | First Name | Title | Hours | Hourly Rate | Total Fees |
|-----------|-----------|-------|-------|-------------|------------|
| Duncker | Debra | Staff | 2.8 | $250.00 | $700.00 |
| **Total** | | | **2.8** | | **$700.00** |
| **Combined Total** | | | **156.9** | | **$117,911.00** |

# EXHIBIT B
## SUMMARY BY CATEGORY

| Time Category | Category Descriptions | Total Hours | Total Fees |
|---|---|---|---|
| Federal Tax Service | Assistance with analyzing the federal income tax considerations of historical transactions and potential restructuring alternatives. | 29.7 | $35,345.00 |
| SALT Tax Service | Assistance with reviewing and remediating Client's sales/use and property tax filings. | 71.5 | $68,050.00 |
| Tax Provision | Assistance with preparation of tax provision for the predecessor financial statements. | 2.6 | $2,070.50 |
| External Audit Support | Assistance with drafting whitepapers and compiling related supporting documentation for the predecessor financial statements. | 6.2 | $4,818.00 |
| Financial Statement Support | Assistance with compilation of predecessor financial statements including US GAAP and SEC checklists and disclosures. | 1.0 | $850.00 |
| SEC Pre-Clearance | Assistance with review of SEC pre-clearance letter related to the predecessor financial statements. | 7.3 | $6,077.50 |
| Transfer Pricing | Assistance with review and analysis of 2022 transfer pricing model. | 28.7 | Fixed Fee |
| Tax Compliance | Prepare tax returns | 7.1 | Fixed Fee |
| | **Total** | **154.1** | **$117,211.00** |

**Total Fixed Fee for Tax Compliance and Transfer Pricing Services During the Fee Period $0.00**

**Fee Application Preparation**

| Time Category | Category Description | Total Hours | Total Fees |
|---|---|---|---|
| Preparation of Fee Application | This category relates to the preparation of fee application in format required by the Bankruptcy Court. | 2.8 | $700.00 |
| | **Total** | **2.8** | **$700.00** |
| | **Combined Total** | **156.9** | **$117,911.00** |

## EXHIBIT C
## TIME DETAIL OF HOURS INCURRED BY PROFESSIONAL

**Federal Tax Services**

| Name | Title | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Harvey,Elizabeth R. | Partner/Principal | 01 May 2023 | Tax Consulting | Reviewing updated parties in interest list (PIIL) for court disclosure | 0.7 | $1,250.00 | $875.00 |
| Shwartz, Yoav | Partner/Principal | 01 May 2023 | Tax Consulting | International Tax model - update data with regards to workforce, intellectual property and real property | 2.7 | $1,250.00 | $3,375.00 |
| Shwartz, Yoav | Partner/Principal | 01 May 2023 | Tax Consulting | International Tax model - update calculations considering elimination of third-party investors | 2.4 | $1,250.00 | $3,000.00 |
| Shwartz, Yoav | Partner/Principal | 03 May 2023 | Tax Consulting | Final review of international tax model | 2.1 | $1,250.00 | $2,625.00 |
| Carr,Russell | Partner/Principal | 04 May 2023 | Tax Consulting | Review updated model regarding 2021 transfer and analysis of related international tax issues | 2.9 | $1,250.00 | $3,625.00 |
| Shwartz, Yoav | Partner/Principal | 04 May 2023 | Tax Consulting | Final review of international tax model - Day 2 | 1.6 | $1,250.00 | $2,000.00 |
| Sapir,Eric | Executive Director | 09 May 2023 | Tax Consulting | Weekly tax call to discuss updated balance sheet status.  Kirkland: S. Cantor, M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan.  Andersen: D. Seymour and S. Shears.  EY: N. Flagg, Y. Shwartz, and E. Sapir. | 0.3 | $1,150.00 | $345.00 |
| Shwartz, Yoav | Partner/Principal | 09 May 2023 | Tax Consulting | Weekly tax call to discuss updated balance sheet status.  Kirkland: S. Cantor, M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan.  Andersen: D. Seymour and S. Shears.  EY: N. Flagg, Y. Shwartz, and E. Sapir. | 0.3 | $1,250.00 | $375.00 |
| Tuchinsky, Maria | Senior Manager | 22 May 2023 | Tax Consulting | Prepare reconciliation of historic international tax analysis and supporting calculations | 2.5 | $950.00 | $2,375.00 |

| Name | Title | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Harvey,Elizabeth R. | Partner/Principal | 23 May 2023 | Tax Consulting | Weekly tax call to discuss transfer pricing and auction details. Kirkland: A. Sexton, S. Cantor, and M. Kandallu.  Celsius: L. Koren and J. Morgan. Andersen: S. Shears and D. Seymour.  EY: E. Harvey, Y. Shwartz, and E. Sapir. | 0.3 | $1,250.00 | $375.00 |
| Sapir,Eric | Executive Director | 23 May 2023 | Tax Consulting | Weekly tax call to discuss transfer pricing and auction details. Kirkland: A. Sexton, S. Cantor, and M. Kandallu.  Celsius: L. Koren and J. Morgan. Andersen: S. Shears and D. Seymour.  EY: E. Harvey, Y. Shwartz, and E. Sapir. | 0.3 | $1,150.00 | $345.00 |
| Harvey,Elizabeth R. | Partner/Principal | 30 May 2023 | Tax Consulting | Weekly tax call to discuss auction status and tax considerations.   Kirkland: S. Cantor, M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan. Andersen: D. Seymour and S. Shears.  EY: N. Flagg, Y. Shwartz, E. Harvey, and E. Sapir. | 0.4 | $1,250.00 | $500.00 |
| Sapir,Eric | Executive Director | 30 May 2023 | Tax Consulting | Weekly tax call to discuss auction status and tax considerations.   Kirkland: S. Cantor, M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan. Andersen: D. Seymour and S. Shears.  EY: N. Flagg, Y. Shwartz, E. Harvey, and E. Sapir. | 0.4 | $1,150.00 | $460.00 |
| Shwartz, Yoav | Partner/Principal | 30 May 2023 | Tax Consulting | Weekly tax call to discuss auction status and tax considerations.   Kirkland: S. Cantor, M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan. Andersen: D. Seymour and S. Shears.  EY: N. Flagg, Y. Shwartz, E. Harvey, and E. Sapir. | 0.4 | $1,250.00 | $500.00 |
| Harvey,Elizabeth R. | Partner/Principal | 01 Jun 2023 | Tax Consulting | Fee examiner report - review and prepare response for review by EY General Counsel | 1.4 | $1,250.00 | $1,750.00 |
| Shwartz, Yoav | Partner/Principal | 02 Jun 2023 | Tax Consulting | Call with L. Koren (Company) and M. Tuchinsky (EY)  to discuss 2022 tax compliance process, 2021 tax return amendments and tax provision WP review | 0.9 | $1,250.00 | $1,125.00 |

| Name | Title | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Tuchinsky, Maria | Senior Manager | 02 Jun 2023 | Tax Consulting | Call with L. Koren (Company) and Y. Shwartz (EY)  to discuss 2022 tax compliance process, 2021 tax return amendments and tax provision WP review | 0.9 | $950.00 | $855.00 |
| Harvey,Elizabeth R. | Partner/Principal | 06 Jun 2023 | Tax Consulting | Weekly tax call to discuss sales tax updates and balance sheet status.  Kirkland: M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan. Andersen: D. Seymour, Z. Wyatt, and S. Shears. EY: N. Flagg, Y. Shwartz, E. Harvey, and E. Sapir. | 0.3 | $1,250.00 | $375.00 |
| Sapir,Eric | Executive Director | 06 Jun 2023 | Tax Consulting | Weekly tax call to discuss sales tax updates and balance sheet status.  Kirkland: M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan. Andersen: D. Seymour, Z. Wyatt, and S. Shears. EY: N. Flagg, Y. Shwartz, E. Harvey, and E. Sapir. | 0.3 | $1,150.00 | $345.00 |
| Shwartz, Yoav | Partner/Principal | 06 Jun 2023 | Tax Consulting | Weekly tax call to discuss sales tax updates and balance sheet status.  Kirkland: M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan. Andersen: D. Seymour, Z. Wyatt, and S. Shears. EY: N. Flagg, Y. Shwartz, E. Harvey, and E. Sapir. | 0.3 | $1,250.00 | $375.00 |
| Shwartz, Yoav | Partner/Principal | 11 Jun 2023 | Tax Consulting | Tax call with L. Koren (Company) and M. Tuchinsky (EY) to discuss transfer pricing workstream update and support required from EY Israel audit team in connection with emergence. | 0.6 | $1,250.00 | $750.00 |
| Tuchinsky, Maria | Senior Manager | 11 Jun 2023 | Tax Consulting | Tax call with L. Koren (Company) and Y. Shwartz (EY) to discuss transfer pricing workstream update and support required from EY Israel audit team in connection with emergence. | 0.6 | $950.00 | $570.00 |
| Harvey,Elizabeth R. | Partner/Principal | 15 Jun 2023 | Tax Consulting | Reviewing 2021 mining schedules for provision workstream | 0.8 | $1,250.00 | $1,000.00 |

| Name | Title | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Harvey,Elizabeth R. | Partner/Principal | 20 Jun 2023 | Tax Consulting | Weekly tax call to discuss treatment of administrative tax claims in the proposed transaction.  Kirkland: M. Kandallu, S. Cantor, and A. Sexton.  Celsius: L. Koren.  Andersen: D. Seymour and S. Shears.  EY: N. Flagg, Y. Shwartz, E. Harvey, and E. Sapir. | 0.4 | $1,250.00 | $500.00 |
| Sapir,Eric | Executive Director | 20 Jun 2023 | Tax Consulting | Weekly tax call to discuss treatment of administrative tax claims in the proposed transaction.  Kirkland: M. Kandallu, S. Cantor, and A. Sexton.  Celsius: L. Koren.  Andersen: D. Seymour and S. Shears.  EY: N. Flagg, Y. Shwartz, E. Harvey, and E. Sapir. | 0.4 | $1,150.00 | $460.00 |
| Shwartz, Yoav | Partner/Principal | 20 Jun 2023 | Tax Consulting | Celsius weekly tax update call to discuss administrative taxes and updates on state and property taxes.  Kirkland: A. Sexton, S. Cantor, and M. Kandallu.  Celsius: L. Koren.  Andersen: S. Shears and D. Seymour.  EY: | 0.4 | $1,250.00 | $500.00 |
| Shwartz, Yoav | Partner/Principal | 21 Jun 2023 | Tax Consulting | Final updates to international tax model based on updated data provided by Celsius | 2.2 | $1,250.00 | $2,750.00 |
| Shwartz, Yoav | Partner/Principal | 25 Jun 2023 | Tax Consulting | Tax call with L. Koren (Company) and M. Tuchinsky (EY) to discuss tax return preparation status, Bitwave updates, international tax issues relating to UK lending activity and dealer exception. | 0.7 | $1,250.00 | $875.00 |
| Tuchinsky, Maria | Senior Manager | 25 Jun 2023 | Tax Consulting | Tax call with L. Koren (Company) and Y. Shwartz (EY) to discuss tax return preparation status, Bitwave updates, international tax issues relating to UK lending activity and dealer exception. | 0.7 | $950.00 | $665.00 |
| Harvey,Elizabeth R. | Partner/Principal | 29 Jun 2023 | Tax Consulting | Weekly tax call to discuss substantive consolidation US federal income tax considerations.  Kirkland: M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan.  Andersen: H. Griffiths, D. Seymour and S. Shears.  EY: K. Gatt, M. Tuchinsky, E. Harvey, and E. Sapir. | 0.5 | $1,250.00 | $625.00 |

| Name | Title | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Sapir,Eric | Executive Director | 29 Jun 2023 | Tax Consulting | Weekly tax call to discuss substantive consolidation US federal income tax considerations.  Kirkland: M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan.  Andersen: H. Griffiths, D. Seymour and S. Shears.  EY: K. Gatt, M. Tuchinsky, E. Harvey, and E. Sapir. | 0.5 | $1,150.00 | $575.00 |
| Tuchinsky, Maria | Senior Manager | 29 Jun 2023 | Tax Consulting | Weekly tax call to discuss substantive consolidation US federal income tax considerations.  Kirkland: M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan.  Andersen: H. Griffiths, D. Seymour and S. Shears.  EY: K. Gatt, M. Tuchinsky, E. Harvey, and E. Sapir. | 0.5 | $950.00 | $475.00 |
| **Total** | | | | | **29.7** | | **$35,345.00** |

**State and Local Tax Services**

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Flagg,Nancy A. | Executive Director | 08 May 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss imposition of sales tax on asset sale and ability to obtain net book value of assets based on location in order to estimate state tax cost. EY attendees: N. Flagg, K. Gatt | 1.0 | $1,150.00 | $1,150.00 |
| Gatt,Katie | Senior Manager | 08 May 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss imposition of sales tax on asset sale and ability to obtain net book value of assets based on location in order to estimate state tax cost. EY attendees: N. Flagg, | 1.0 | $950.00 | $950.00 |
| Gatt,Katie | Senior Manager | 08 May 2023 | Indirect Tax Consulting | Compile March 1, 2023-April 30, 2023, fee application detail | 2.9 | $950.00 | $2,755.00 |
| Gatt,Katie | Senior Manager | 08 May 2023 | Indirect Tax Consulting | Email E. Harvey, N. Flagg, E. Sapir state sales tax occasional sale analysis for review | 1.4 | $950.00 | $1,330.00 |
| Flagg,Nancy A. | Executive Director | 08 May 2023 | Indirect Tax Consulting | Follow-up with client (J. Morgan) on fixed asset information needed for transfer tax analysis. | 0.2 | $1,150.00 | $230.00 |
| Gatt,Katie | Senior Manager | 09 May 2023 | Indirect Tax Consulting | Compile March 1, 2023-April 30, 2023, fee application detail - Day 2 | 0.4 | $950.00 | $380.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
| Flagg,Nancy A. | Executive Director | 09 May 2023 | Indirect Tax Consulting | Prepare and send status update of open indirect tax issues to A. Sexton (Kirkland) | 0.6 | $1,150.00 | $690.00 |
| Flagg,Nancy A. | Executive Director | 09 May 2023 | Indirect Tax Consulting | Weekly tax call to discuss updated balance sheet status. Kirkland: S. Cantor, M. Kandallu, and A. Sexton. Celsius: L. Koren and J. Morgan. Andersen: D. Seymour and S. Shears. EY: N. Flagg, Y. Shwartz, and E. Sapir. | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 17 May 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss open tax issues, including withholding issue, transfer tax analysis, sales tax updates and status re payment of property tax. EY attendees: N. Flagg, | 0.9 | $1,150.00 | $1,035.00 |
| Gatt,Katie | Senior Manager | 17 May 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss open tax issues, including withholding issue, transfer tax analysis, sales tax updates and status re payment of property tax. EY attendees: N. Flagg, | 0.9 | $950.00 | $855.00 |
| Flagg,Nancy A. | Executive Director | 17 May 2023 | Indirect Tax Consulting | Identify and align EY employment/withholding tax subject matter specialist per client (J. Morgan) request | 0.3 | $1,150.00 | $345.00 |
| Wehr,Robert W | Senior Manager | 17 May 2023 | Indirect Tax Consulting | Review Power Grid letter of intent and invoices to determine proper tax treatment under Texas sales tax statutes of items per client J. Morgan request and reply to client. | 0.7 | $950.00 | $665.00 |
| Flagg,Nancy A. | Executive Director | 18 May 2023 | Indirect Tax Consulting | Contact EY tax withholding subject matter specialist resource identified per client (J. Morgan) request to align availability for a call. | 0.2 | $1,150.00 | $230.00 |
| LaGarde,Stephen | Partner/Principal | 23 May 2023 | Indirect Tax Consulting | Call with client (J. Morgan, L. Koren) to discuss the crypto 401k and other Individual Retirement Account transfer distributions requirements and Taxpayer Identification Number matching in Sovos. EY attendees: K. Lowery, R. Walker, S. LaGarde, K. Wrenn | 0.5 | $1,250.00 | $625.00 |
| Wrenn,Kaitlin Doyle | Manager | 23 May 2023 | Indirect Tax Consulting | Call with client (J. Morgan, L. Koren) to discuss the crypto 401k and other Individual Retirement Account transfer distributions requirements and Taxpayer Identification Number matching in Sovos. EY attendees: K. Lowery, R. Walker, S. LaGarde, K. Wrenn | 0.5 | $850.00 | $425.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|-----------------|-------------|-------|-------------|-----|
| Lowery,Kristie L | Partner/Principal | 23 May 2023 | Indirect Tax Consulting | Call with client (J. Morgan, L. Koren) to discuss the crypto 401k and other Individual Retirement Account transfer distributions requirements and Taxpayer Identification Number matching in Sovos. EY attendees: K. Lowery, R. Walker, S. LaGarde, K. Wrenn | 0.5 | $1,250.00 | $625.00 |
| Flagg,Nancy A. | Executive Director | 26 May 2023 | Indirect Tax Consulting | Call with Client (J. Morgan) to discuss open tax items, including Texas request for additional information, determination of date for fixed assets, transfer tax analysis and other valuation issues. EY attendees: N. Flagg, | 1.4 | $1,150.00 | $1,610.00 |
| Gatt,Katie | Senior Manager | 26 May 2023 | Indirect Tax Consulting | Call with Client (J. Morgan) to discuss open tax items, including Texas request for additional information, determination of date for fixed assets, transfer tax analysis and other valuation issues. EY attendees: N. Flagg, | 1.4 | $950.00 | $1,330.00 |
| Flagg,Nancy A. | Executive Director | 30 May 2023 | Indirect Tax Consulting | Weekly tax call to discuss auction status and tax considerations.   Kirkland: S. Cantor, M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan.  Andersen: D. Seymour and S. Shears. EY: N. Flagg, Y. Shwartz, E. Harvey, and E. Sapir. | 0.4 | $1,150.00 | $460.00 |
| Flagg,Nancy A. | Executive Director | 01 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss open indirect bankruptcy tax items, including Texas sales and use tax estimate, state transfer tax estimate calculation, Pennsylvania sales and use tax claim review and property tax liability. EY attendees: N. Flagg, | 1.3 | $1,150.00 | $1,495.00 |
| Gatt,Katie | Senior Manager | 01 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss open indirect bankruptcy tax items, including Texas sales and use tax estimate, state transfer tax estimate calculation, Pennsylvania sales and use tax claim review and property tax liability. EY attendees: N. Flagg, | 1.3 | $950.00 | $1,235.00 |
| Li,Eric | Staff/Assistant | 02 Jun 2023 | Indirect Tax Consulting | Pulling Celsius 5/1-5/26-time detail, draft May fee summary file and send to K. Gatt for review. Reconcile time entries with meeting log, clarify time entries with team members | 2.0 | $400.00 | $800.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
| Gatt,Katie | Senior Manager | 06 Jun 2023 | Indirect Tax Consulting | Review fixed asset listing location detail provided by client (J. Morgan) and calculate estimated transfer tax liability based on net book value | 1.9 | $950.00 | $1,805.00 |
| Flagg,Nancy A. | Executive Director | 06 Jun 2023 | Indirect Tax Consulting | Weekly tax call to discuss sales tax updates and balance sheet status.  Kirkland: M. Kandallu, and A. Sexton.  Celsius: L. Koren and J. Morgan. Andersen: D. Seymour, Z. Wyatt, and S. Shears. EY: N. Flagg, Y. Shwartz, E. Harvey, and E. Sapir. | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 07 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss Pennsylvania sales tax analysis, transfer tax estimate. EY attendees: N. Flagg, | 1.3 | $1,150.00 | $1,495.00 |
| Gatt,Katie | Senior Manager | 07 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss Pennsylvania sales tax analysis, transfer tax estimate. EY attendees: N. Flagg, | 1.3 | $950.00 | $1,235.00 |
| Buonaguro,Paul | Manager | 07 Jun 2023 | Indirect Tax Consulting | Email client (J. Morgan) response re Pennsylvania tax base (e.g., cost or fair market value) for use tax remitted | 0.7 | $850.00 | $595.00 |
| Flagg,Nancy A. | Executive Director | 07 Jun 2023 | Indirect Tax Consulting | Review status of Pennsylvania sales and use tax issues, tax claim filed, pre- vs post-petition tax liability and base tax imposed. | 0.3 | $1,150.00 | $345.00 |
| Buonaguro,Paul | Manager | 09 Jun 2023 | Indirect Tax Consulting | EY New York state desk reply to N. Flagg,   to provide input on sales tax implication and potential exemptions re deployment of rigs in New York. | 0.2 | $850.00 | $170.00 |
| Buonaguro,Paul | Manager | 12 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan, L. Koren) to discuss sales tax implication and potential exemptions re deployment of rigs in New York and Pennsylvania sales tax liability. EY Attendees: N. Flagg, P. Buonaguro, | 1.0 | $850.00 | $850.00 |
| Flagg,Nancy A. | Executive Director | 12 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan, L. Koren) to discuss sales tax implication and potential exemptions re deployment of rigs in New York and Pennsylvania sales tax liability. EY Attendees: N. Flagg, P. Buonaguro, | 1.0 | $1,150.00 | $1,150.00 |
| Gatt,Katie | Senior Manager | 12 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan, L. Koren) to discuss sales tax implication and potential exemptions re deployment of rigs in New York and Pennsylvania sales tax liability. EY Attendees: N. | 1.0 | $950.00 | $950.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|-----------------|-------------|-------|-------------|-----|
| | | | | Flagg, P. Buonaguro, | | | |
| Buonaguro,Paul | Manager | 12 Jun 2023 | Indirect Tax Consulting | EY New York and Pennsylvania state desk research on potential sales tax exemptions applicable to deployment of rigs in New York and tax base for Pennsylvania sales tax liability per client (J. Morgan) request | 0.8 | $850.00 | $680.00 |
| Wehr,Robert W | Senior Manager | 12 Jun 2023 | Indirect Tax Consulting | Internal EY call to discuss applicability of and requirements for Oklahoma computer services related exemption and potential tax liability associated with asset sale.  Attendees: N. Flagg, K. Gatt, R. Wehr | 0.8 | $950.00 | $760.00 |
| Flagg,Nancy A. | Executive Director | 12 Jun 2023 | Indirect Tax Consulting | Internal EY call to discuss applicability of and requirements for Oklahoma computer services sales tax exemption and potential tax liability associated with asset sale. Attendees: N. Flagg, R. Wehr, | 0.8 | $1,150.00 | $920.00 |
| Gatt,Katie | Senior Manager | 12 Jun 2023 | Indirect Tax Consulting | Internal EY call to discuss applicability of and requirements for Oklahoma computer services sales tax exemption and potential tax liability associated with asset sale. Attendees: N. Flagg, R. Wehr, | 0.8 | $950.00 | $760.00 |
| Wehr,Robert W | Senior Manager | 14 Jun 2023 | Indirect Tax Consulting | EY Oklahoma state desk research and reply to client (J. Morgan) inquiry related to applicability of temporary storage exemptions applicable in Oklahoma and Alabama applicable to rigs relocated from Texas. | 0.5 | $950.00 | $475.00 |
| Flagg,Nancy A. | Executive Director | 15 Jun 2023 | Indirect Tax Consulting | Email EY Alabama State Desk (M. Wasser) per client (J. Morgan) request related to Alabama temporary storage exemption for sales tax, and forward response to client (J. Morgan) | 0.3 | $1,150.00 | $345.00 |
| Wasser,Michael J. | Executive Director | 15 Jun 2023 | Indirect Tax Consulting | EY sales tax desk research and reply to Gatt, N. Flagg re Alabama, Georgia and Tennessee temporary exemptions available for rigs transferred from Texas per client (J. Morgan) request. | 1.0 | $1,150.00 | $1,150.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
| Johnson,Derrick Joseph | Staff/Assistant | 19 Jun 2023 | Indirect Tax Consulting | Review schedule of tax claims filed, identify updated claims and review the proof of claim form and details related to amounts, tax and periods claimed for discussion with client (J. Morgan) | 5.6 | $400.00 | $2,240.00 |
| Flagg,Nancy A. | Executive Director | 20 Jun 2023 | Indirect Tax Consulting | Weekly tax call to discuss treatment of administrative tax claims in the proposed transaction.  Kirkland: M. Kandallu, S. Cantor, and A. Sexton.  Celsius: L. Koren.  Andersen: D. Seymour and S. Shears.  EY: N. Flagg, Y. Shwartz, E. Harvey, and E. Sapir. | 0.4 | $1,150.00 | $460.00 |
| Flagg,Nancy A. | Executive Director | 21 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss sales and use tax open items and next steps. EY Attendees: R. Wehr, N. Flagg and K. Gatt | 1.7 | $1,150.00 | $1,955.00 |
| Gatt,Katie | Senior Manager | 21 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss sales and use tax open items and next steps. EY Attendees: R. Wehr, N. Flagg and K. Gatt | 1.7 | $950.00 | $1,615.00 |
| Wehr,Robert W | Senior Manager | 21 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss sales and use tax open items and next steps. EY Attendees: R. Wehr, N. Flagg and K. Gatt | 0.9 | $950.00 | $855.00 |
| Flagg,Nancy A. | Executive Director | 21 Jun 2023 | Indirect Tax Consulting | Call with client (L. Koren, J. Morgan) to discuss leaseco structure and value proposition and sales tax storage exemptions. EY Attendees: N. Flagg, | 1.0 | $1,150.00 | $1,150.00 |
| Gatt,Katie | Senior Manager | 21 Jun 2023 | Indirect Tax Consulting | Call with client (L. Koren, J. Morgan) to discuss leaseco structure and value proposition and sales tax storage exemptions. EY Attendees: N. Flagg, | 1.0 | $950.00 | $950.00 |
| Flagg,Nancy A. | Executive Director | 21 Jun 2023 | Indirect Tax Consulting | Email EY Texas franchise tax desk (J. Bowden) regarding Texas attorney general's franchise tax liability assertion and requestion assistance to resolve. | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 21 Jun 2023 | Indirect Tax Consulting | Email reply to S. Cantor (Kirkland) request for indirect tax status update | 0.2 | $1,150.00 | $230.00 |
| Buonaguro,Paul | Manager | 21 Jun 2023 | Indirect Tax Consulting | EY New York and Pennsylvania state desk research technical advisory opinions issued by New York Department of Taxation and Finance and consider applicability to rigs deployed in New York and review client (J. Morgan) Pennsylvania workpaper related to pre- vs post- | 1.2 | $850.00 | $1,020.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
| | | | | petition use tax due on rigs | | | |
| Flagg,Nancy A. | Executive Director | 21 Jun 2023 | Indirect Tax Consulting | Internal EY call with EY Texas and Oklahoma sales and use tax state desk to discuss applicable temporary storage exemptions for rigs relocated from Texas.  EY attendees: R. Wehr, K. Gatt, N. Flagg | 0.5 | $1,150.00 | $575.00 |
| Gatt,Katie | Senior Manager | 21 Jun 2023 | Indirect Tax Consulting | Internal EY call with EY Texas and Oklahoma sales and use tax state desk to discuss applicable temporary storage exemptions for rigs relocated from Texas.  EY attendees: R. Wehr, K. Gatt, N. Flagg | 0.5 | $950.00 | $475.00 |
| Wehr,Robert W | Senior Manager | 21 Jun 2023 | Indirect Tax Consulting | Internal EY call with EY Texas and Oklahoma sales and use tax state desk to discuss applicable temporary storage exemptions for rigs relocated from Texas.  EY attendees: R. Wehr, K. Gatt, N. Flagg | 0.5 | $950.00 | $475.00 |
| Buonaguro,Paul | Manager | 22 Jun 2023 | Indirect Tax Consulting | Call with client (L. Koren, J. Morgan) to discuss applicability of New York sales tax exemptions to each of three scenarios identified and estimated Pennsylvania sales tax liability. EY Attendees: N. Flagg, P. Buonaguro, | 0.9 | $850.00 | $765.00 |
| Flagg,Nancy A. | Executive Director | 22 Jun 2023 | Indirect Tax Consulting | Call with client (L. Koren, J. Morgan) to discuss applicability of New York sales tax exemptions to each of three scenarios identified and estimated Pennsylvania sales tax liability. EY Attendees: N. Flagg, P. Buonaguro, | 0.9 | $1,150.00 | $1,035.00 |
| Gatt,Katie | Senior Manager | 22 Jun 2023 | Indirect Tax Consulting | Call with client (L. Koren, J. Morgan) to discuss applicability of New York sales tax exemptions to each of three scenarios identified and estimated Pennsylvania sales tax liability. EY Attendees: N. Flagg, P. Buonaguro, | 0.9 | $950.00 | $855.00 |
| Flagg,Nancy A. | Executive Director | 22 Jun 2023 | Indirect Tax Consulting | Draft and send Celsius Mining LLC overall state and local tax claim and open item status summary to S. Cantor (Kirkland) | 1.8 | $1,150.00 | $2,070.00 |
| Flagg,Nancy A. | Executive Director | 22 Jun 2023 | Indirect Tax Consulting | Email to EY Tennessee state desk T. Creel client (J. Morgan) follow-up question related to Tennessee sales and use tax storage exemption | 0.6 | $1,150.00 | $690.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
| Creel,Travis | Senior Manager | 22 Jun 2023 | Indirect Tax Consulting | EY Tennessee state desk email N. Flagg input regarding availability of Tennessee temporary storage exemption for use tax | 1.2 | $950.00 | $1,140.00 |
| Flagg,Nancy A. | Executive Director | 22 Jun 2023 | Indirect Tax Consulting | Forward client (J. Morgan) additional New York sales and use tax exemption questions to EY New York / Pennsylvania state desk P. Buonaguro | 0.6 | $1,150.00 | $690.00 |
| Buonaguro,Paul | Manager | 22 Jun 2023 | Indirect Tax Consulting | Internal EY call to discuss applicability to New York sales tax exemption for retail sales to transaction. Attendees: N. Flagg, P. Buonaguro, | 0.3 | $850.00 | $255.00 |
| Flagg,Nancy A. | Executive Director | 22 Jun 2023 | Indirect Tax Consulting | Internal EY call to discuss applicability to New York sales tax exemption for retail sales to transaction. Attendees: N. Flagg, P. Buonaguro, | 0.3 | $1,150.00 | $345.00 |
| Gatt,Katie | Senior Manager | 22 Jun 2023 | Indirect Tax Consulting | Internal EY call to discuss applicability to New York sales tax exemption for retail sales to transaction. Attendees: N. Flagg, P. Buonaguro, | 0.3 | $950.00 | $285.00 |
| Flagg,Nancy A. | Executive Director | 22 Jun 2023 | Indirect Tax Consulting | Internal EY call to finalize state and local tax status report requested by Kirkland.  Attendees: N. Flagg, K. Gatt | 0.4 | $1,150.00 | $460.00 |
| Gatt,Katie | Senior Manager | 22 Jun 2023 | Indirect Tax Consulting | Internal EY call to finalize state and local tax status report requested by Kirkland.  Attendees: N. Flagg, K. Gatt | 0.4 | $950.00 | $380.00 |
| Flagg,Nancy A. | Executive Director | 22 Jun 2023 | Indirect Tax Consulting | Provide EY Tennessee state desk research on Tennessee sales and use tax exemption information to client (J. Morgan) | 0.2 | $1,150.00 | $230.00 |
| Johnson,Derrick Joseph | Staff/Assistant | 22 Jun 2023 | Indirect Tax Consulting | Update tax claim summary document with claim details, including pre- vs post-petition amounts | 1.1 | $400.00 | $440.00 |
| Flagg,Nancy A. | Executive Director | 23 Jun 2023 | Indirect Tax Consulting | Email Celsius Mining LLC open tax item status summary copy to client (L. Koren and J. Morgan) for review and comment | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 23 Jun 2023 | Indirect Tax Consulting | Email state and local indirect tax status summary to S. Cantor (Kirkland) | 1.7 | $1,150.00 | $1,955.00 |
| Buonaguro,Paul | Manager | 23 Jun 2023 | Indirect Tax Consulting | EY New York state desk research New York nonresident use tax exemption per client (J. Morgan) request | 1.0 | $850.00 | $850.00 |
| Flagg,Nancy A. | Executive Director | 23 Jun 2023 | Indirect Tax Consulting | Request unpaid 2022 property tax details from client (J. Morgan) per S. Cantor (Kirkland) request | 0.2 | $1,150.00 | $230.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
| Flagg,Nancy A. | Executive Director | 26 Jun 2023 | Indirect Tax Consulting | Texas Franchise Tax Report information to EY Texas state desk (J. Bowden) to request input on affiliate schedule filing requirement per Texas Attorney General comments | 0.4 | $1,150.00 | $460.00 |
| Flagg,Nancy A. | Executive Director | 27 Jun 2023 | Indirect Tax Consulting | Forward 2022 property tax status information provided by client (J. Morgan) to S. Cantor (Kirkland) | 0.4 | $1,150.00 | $460.00 |
| Flagg,Nancy A. | Executive Director | 27 Jun 2023 | Indirect Tax Consulting | Review client (J. Morgan) tax status summary comments and reply | 0.2 | $1,150.00 | $230.00 |
| Flagg,Nancy A. | Executive Director | 27 Jun 2023 | Indirect Tax Consulting | Review copies of Texas Franchise Tax Reports for 2019-2021 provided by EY compliance team and forward to EY Texas state desk (J. Bowden) for her review and input on Texas Attorney General comments / exposure | 0.4 | $1,150.00 | $460.00 |
| Bowden,Jamie | Senior Manager | 27 Jun 2023 | Indirect Tax Consulting | Review of organization chart vs entities registered with Texas Comptroller and historical Texas Franchise Tax Reports in order to reply to N. Flagg (EY) re Texas filing status and potential exposure | 1.1 | $950.00 | $1,045.00 |
| Bowden,Jamie | Senior Manager | 28 Jun 2023 | Indirect Tax Consulting | Call with A. Sexton (Kirkland) and C. Searcy (Texas Attorney General representative) to discuss open information for Celsius Mining LLC / issues in Texas Franchise Tax Reports.  EY attendees:  N. Flagg, J. Bowden | 0.3 | $950.00 | $285.00 |
| Flagg,Nancy A. | Executive Director | 28 Jun 2023 | Indirect Tax Consulting | Call with A. Sexton (Kirkland) and C. Searcy (Texas Attorney General representative) to discuss open information for Celsius Mining LLC / issues in Texas Franchise Tax Reports.  EY attendees:  N. Flagg, J. Bowden | 0.3 | $1,150.00 | $345.00 |
| Flagg,Nancy A. | Executive Director | 28 Jun 2023 | Indirect Tax Consulting | Call with A. Sexton (Kirkland) to discuss Pennsylvania use tax payment and claim resolution status | 0.2 | $1,150.00 | $230.00 |
| Buonaguro,Paul | Manager | 28 Jun 2023 | Indirect Tax Consulting | Research New York and Pennsylvania temporary storage exemptions, taxability determinations and occasional sale exemptions | 0.3 | $850.00 | $255.00 |
| Flagg,Nancy A. | Executive Director | 28 Jun 2023 | Indirect Tax Consulting | Review client (J. Morgan) Georgia enterprise zone property tax research and reply with claim information | 0.4 | $1,150.00 | $460.00 |

| Name | Title | Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------|------------------|-------------|-------|-------------|-----|
| Flagg, Nancy A. | Executive Director | 29 Jun 2023 | Indirect Tax Consulting | Email update to client (J. Morgan) on Pennsylvania post-petition liability payment discussion with A. Sexton (Kirkland) | 0.3 | $1,150.00 | $345.00 |
| Gatt, Katie | Senior Manager | 29 Jun 2023 | Indirect Tax Consulting | Weekly tax call to discuss substantive consolidation US federal income tax considerations. Kirkland: M. Kandallu, and A. Sexton. Celsius: L. Koren and J. Morgan. Andersen: H. Griffiths, D. Seymour and S. Shears. EY: K. Gatt, M. Tuchinsky, E. Harvey, and E. Sapir. | 0.5 | $950.00 | $475.00 |
| Bowden, Jamie | Senior Manager | 30 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss Texas franchise tax entity reporting requirements, Pennsylvania sales tax payment. Attendees: N. Flagg, J. Bowden | 1.4 | $950.00 | $1,330.00 |
| Flagg, Nancy A. | Executive Director | 30 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss Texas franchise tax entity reporting requirements, Pennsylvania sales tax payment. Attendees: N. Flagg, J. Bowden | 1.4 | $1,150.00 | $1,610.00 |
| Gatt, Katie | Senior Manager | 30 Jun 2023 | Indirect Tax Consulting | Call with client (J. Morgan) to discuss Texas franchise tax entity reporting requirements, Pennsylvania sales tax payment. Attendees: N. Flagg, J. Bowden | 1.4 | $950.00 | $1,330.00 |
| | | | | | 71.5 | | $68,050.00 |

**Tax Provision**

| Name | Title | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|------|-------|------------------|------------------|-------------|-------|-------------|-----|
| Amir Chenchinski | Partner / Principal | 29 Jun 2023 | Tax Compliance | Working on deprecation for Celsius mining for tax years 2021+2022 | 1.7 | $850.00 | $1,445.00 |
| Ofer Wasserman | Senior Manager | 29 Jun 2023 | Tax Compliance | Working on Texas reports Affiliates and public information report for Celsius mining tax year 2022 | 0.9 | $695.00 | $625.50 |
| **Total** | | | | | **2.6** | | **$2,070.50** |

**Tax Compliance**

| Name | Title | Transaction date | Project Category | Description | Hours |
|------|-------|------------------|------------------|-------------|-------|
| Amir Chenchinski | Partner / Principal | 01 May 2023 | Tax Compliance | Review of IRS extensions for Tennessee state for Celsius Network LLC | 1.3 |
| Ofer Wasserman | Senior Manager | 02 May 2023 | Tax Compliance | Prepare IRS form - Information document request for Celsius Holding | 0.9 |
| Ofer Wasserman | Senior Manager | 02 May 2023 | Tax Compliance | Prepare IRS form - Information document request for Celsius Network LLC | 1.1 |
| Ofer Wasserman | Senior Manager | 03 May 2023 | Tax Compliance | Continuation of Preparing IRS form - Information document request for Celsius Holdings LLC | 0.4 |
| Ofer Wasserman | Senior Manager | 03 May 2023 | Tax Compliance | Prepare IRS form - Information document request for Celsius Network LLC | 0.4 |
| Ofer Wasserman | Senior Manager | 03 May 2023 | Tax Compliance | Continuation -  Preparation of IRS form - Information document request for Celsius Network Inc | 0.3 |
| Amir Chenchinski | Partner / Principal | 10 May 2023 | Tax Compliance | Review South Carolina extension Form for Celsius Network Inc | 0.9 |
| Amir Chenchinski | Partner / Principal | 11 May 2023 | Tax Compliance | Continuation of Review South Carolina extension Form for Celsius Network LLC | 0.6 |
| Ofer Wasserman | Senior Manager | 17 May 2023 | Tax Compliance | Reviewed open items regarding extensions and report of foreign bank and financial accounts information | 1.2 |
| **Total** | | | | | **7.1** |

**Total Fixed Fee for Tax Compliance Services During the Fee Period $0.00**

**External Audit Support**

| Name | Title | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Barda, Eli | Partner / Principal | 29 Jun 2023 | External Audit Support | Meeting to get EY team aligned regarding communications with successor auditor. EY Attendees: S. Zaman, S. Beattie, E. Barda, Y. Shwartz, J. Hill, E. Harvey | 0.5 | $850.00 | $425.00 |
| Beattie,Steve | Partner / Principal | 29 Jun 2023 | External Audit Support | Meeting to get EY team aligned regarding communications with successor auditor. EY Attendees: S. Zaman, S. Beattie, E. Barda, Y. Shwartz, J. Hill, E. Harvey | 0.5 | $850.00 | $425.00 |
| Harvey,Elizabeth | Partner / Principal | 29 Jun 2023 | External Audit Support | Meeting to get EY team aligned regarding communications with successor auditor. EY Attendees: S. Zaman, S. Beattie, E. Barda, Y. Shwartz, J. Hill, E. Harvey | 0.5 | $850.00 | $425.00 |
| Hill, Jeff | Partner / Principal | 29 Jun 2023 | External Audit Support | Meeting to get EY team aligned regarding communications with successor auditor. EY Attendees: S. Zaman, S. Beattie, E. Barda, Y. Shwartz, J. Hill, E. Harvey | 0.5 | $850.00 | $425.00 |
| Lipschutz, Jordan | Manager | 29 Jun 2023 | External audit support | Meeting to discuss timeline and approach for the engagement with J. Block (Celsius). EY Attendees: J. Lipschutz, S. Riley, K. Sun, S. Zaman. Other Attendees: J. Block (Celsius) | 0.8 | $595.00 | $476.00 |
| Riley, Sean | Senior Manager | 29 Jun 2023 | External Audit Support | Meeting to discuss timeline and approach for the engagement with J. Block (Celsius). EY Attendees: J. Lipschutz, S. Riley, K. Sun, S. Zaman. Other Attendees: J. Block (Celsius) | 0.8 | $695.00 | $556.00 |
| Shwartz, Yoav | Partner / Principal | 29 Jun 2023 | External Audit Support | Meeting to get EY team aligned regarding communications with successor auditor. EY Attendees: S. Zaman, S. Beattie, E. Barda, Y. Shwartz, J. Hill, E. Harvey | 0.5 | $850.00 | $425.00 |
| Sun, Kaiyang | Senior Manager | 29 Jun 2023 | External audit support | Meeting to discuss timeline and approach for the engagement with J. Block (Celsius). EY Attendees: J. Lipschutz, S. Riley, K. Sun, S. Zaman. Other Attendees: J. Block (Celsius) | 0.8 | $695.00 | $556.00 |
| Zaman, Sabina | Partner / Principal | 29 Jun 2023 | External Audit Support | Meeting to discuss timeline and approach for the engagement with J. Block (Celsius). EY Attendees: J. Lipschutz, S. Riley, K. Sun, S. Zaman. Other Attendees: J. Block (Celsius) | 0.8 | $850.00 | $680.00 |
| Zaman, Sabina | Partner / Principal | 29 Jun 2023 | External Audit Support | Meeting to get EY team aligned regarding communications with successor auditor. EY Attendees: S. Zaman, S. Beattie, E. Barda, Y. Shwartz, J. Hill, E. Harvey | 0.5 | $850.00 | $425.00 |
| **Total** | | | | | **6.2** | | **$4,818.00** |

**Financial Statement Support**

| Name | Title | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Beattie,Steve | Partner / Principal | 29 Jun 2023 | Financial Statement Support | Meeting with Celsius to discuss the scope of effort anticipated for 2021 financial statements. EY Attendees: S. Zaman, S. Beattie. Other Attendees: L. Koren (Celsius), and J. Block (Celsius), A. Seetharaman (Celsius) | 0.5 | $850.00 | $425.00 |
| Zaman, Sabina | Partner / Principal | 29 Jun 2023 | Financial Statement Support | Meeting with Celsius to discuss the scope of effort anticipated for 2021 financial statements. EY Attendees: S. Zaman, S. Beattie. Other Attendees: L. Koren (Celsius), and J. Block (Celsius), A. Seetharaman (Celsius) | 0.5 | $850.00 | $425.00 |
| **Total** | | | | | **1.0** | | **$850.00** |

**SEC-Pre-Clearance Support**

| Name | Title | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| Helwing, Dan S. | Partner / Principal | 29 Jun 2023 | SEC Pre-Clearance Memo Support | Meeting to discuss preliminary observations on the initial SEC preclearance draft. EY Attendees: S. Zaman, D. Helwing. Other Attendees: J. Block (Celsius) | 0.5 | $850.00 | $425.00 |
| Zaman, Sabina | Partner / Principal | 29 Jun 2023 | SEC Pre-Clearance Memo Support | Meeting to discuss preliminary observations on the initial SEC preclearance draft. EY Attendees: S. Zaman, D. Helwing. Other Attendees: J. Block (Celsius) | 0.5 | $850.00 | $425.00 |
| Helwing, Dan S. | Partner / Principal | 30 Jun 2023 | SEC Pre-Clearance Memo Support | Meeting to discuss additional comments on the initial SEC preclearance draft EY Attendees: D. Helwing, S. Jacobs, C. Jin | 0.5 | $850.00 | $425.00 |
| Jacobs,Steven | Partner / Principal | 30 Jun 2023 | SEC Pre-Clearance Memo Support | Meeting to discuss additional comments on the initial SEC preclearance draft EY Attendees: D. Helwing, S. Jacobs, C. Jin | 0.5 | $850.00 | $425.00 |
| Jin,Crystal | Manager | 30 Jun 2023 | SEC Pre-Clearance Memo Support | Meeting to discuss additional comments on the initial SEC preclearance draft EY Attendees: D. Helwing, S. Jacobs, C. Jin | 0.5 | $595.00 | $297.50 |
| Helwing, Dan S. | Partner / Principal | 29 Jun 2023 | SEC Pre-Clearance Memo Support | First pass at reviewing the SEC preclearance draft for Celsius | 2.0 | $850.00 | $1,700.00 |
| Zaman, Sabina | Partner / Principal | 29 Jun 2023 | SEC Pre-Clearance | Review and provide comments on SEC preclearance draft | 2.0 | $850.00 | $1,700.00 |

| Name | Title | Transaction Date | Project Category | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|---|---|
| | | | Memo Support | | | | |
| Helwing, Dan S. | Partner / Principal | 30 Jun 2023 | SEC Pre-Clearance Memo Support | Clarifying and enhancing comments on SEC preclearance draft for Celsius team's review | 0.4 | $850.00 | $340.00 |
| Zaman, Sabina | Partner / Principal | 30 Jun 2023 | SEC Pre-Clearance Memo Support | Prepare updates to comments on SEC preclearance draft to provide to Celsius | 0.4 | $850.00 | $340.00 |
| **Total** | | | | | **7.3** | | **$6,077.50** |

**Transfer Pricing**

| Name | Title | Transaction date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Benjamin Gandz | Senior Manager | 22 Jun 2023 | Transfer Pricing | Reviewing working paper files received from client in connection to the management allocation. Attendees - B. Gandz (EY), A. Susssan (EY), E. Gonen (EY) and E. Geron (EY) | 1.1 |
| Benjamin Gandz | Senior Manager | 22 Jun 2023 | Transfer Pricing | Reviewing working paper files received from client in connection to the development, enhancement, maintenance, protection, and exploitation ("DEMPE") analysis - Day 1. Attendees - B. Gandz (EY), A. Susssman (EY) and E. Geron (EY) | 0.9 |
| Eyal Geron | Manager | 22 Jun 2023 | Transfer Pricing | Reviewing working paper files received from client in connection to the management allocation. Attendees - B. Gandz (EY), A. Susssman (EY), E. Gonen (EY) and E. Geron (EY) | 1.1 |
| Eyal Geron | Manager | 22 Jun 2023 | Transfer Pricing | Reviewing working paper files received from client in connection to the development, enhancement, maintenance, protection, and exploitation ("DEMPE") analysis - Day 1. Attendees - B. Gandz (EY), A. Susssman (EY) and E. Geron (EY) | 0.9 |
| Eyal Gonen | Partner / Principal | 22 Jun 2023 | Transfer Pricing | Reviewing working paper files received from client in connection to the management allocation. Attendees - B. Gandz (EY), A. Susssman (EY), E. Gonen (EY) and E. Geron (EY) | 1.1 |
| Adam Sussman | Senior | 22 Jun 2023 | Transfer Pricing | Reviewing working paper files received from client in connection to the management allocation. Attendees - B. Gandz (EY), A. Susssman (EY), E. Gonen (EY) and E. Geron (EY) | 1.1 |

| Name | Title | Transaction date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Adam Sussman | Senior | 22 Jun 2023 | Transfer Pricing | Reviewing working paper files received from client in connection to the development, enhancement, maintenance, protection, and exploitation ("DEMPE") analysis - Day 1. Attendees - B. Gandz (EY), A. Susssman (EY) and E. Geron (EY) | 0.9 |
| Benjamin Gandz | Senior Manager | 25 Jun 2023 | Transfer Pricing | Reviewing working paper files received from client in connection to the development, enhancement, maintenance, protection, and exploitation ("DEMPE") analysis - Day 2. Attendees - B. Gandz (EY), A. Susssman (EY) and E. Geron (EY) | 2.9 |
| Eyal Geron | Manager | 25 Jun 2023 | Transfer Pricing | Reviewing working paper files received from client in connection to the development, enhancement, maintenance, protection, and exploitation ("DEMPE") analysis - Day 2. Attendees - B. Gandz (EY), A. Susssman (EY) and E. Geron (EY) | 2.9 |
| Adam Sussman | Senior | 25 Jun 2023 | Transfer Pricing | Reviewing working paper files received from client in connection to the development, enhancement, maintenance, protection, and exploitation ("DEMPE") analysis - Day 2. Attendees - B. Gandz (EY), A. Susssman (EY) and E. Geron (EY) | 2.9 |
| Benjamin Gandz | Senior Manager | 26 Jun 2023 | Transfer Pricing | Analyzing contribution of GK8. Attendees A.Sussman (EY), E. Geron (EY) and B. Gandz (EY) | 1.9 |
| Eyal Geron | Manager | 26 Jun 2023 | Transfer Pricing | Analyzing contribution of GK8. Attendees A.Sussman (EY), E. Geron (EY) and B. Gandz (EY) | 1.9 |
| Adam Sussman | Senior | 26 Jun 2023 | Transfer Pricing | Analyzing contribution of GK8. Attendees A.Sussman (EY), E. Geron (EY) and B. Gandz (EY) | 1.9 |
| Benjamin Gandz | Senior Manager | 28 Jun 2023 | Transfer Pricing | Meeting with client to analyze development, enhancement, maintenance, protection, and exploitation ("DEMPE") analysis and background of facts and assumptions. Attendees - B. Gandz (EY), A. Susssman (EY), E. Gonen (EY) and E. Geron (EY) and L. Koren (Celsius), D. Bram (Celsius) and M. Nachman (Celsius) | 0.9 |
| Eyal Geron | Manager | 28 Jun 2023 | Transfer Pricing | Meeting with client to analyze development, enhancement, maintenance, protection, and exploitation ("DEMPE") analysis and background of facts and assumptions. Attendees - B. Gandz (EY), A. Susssman (EY), E. Gonen (EY) and E. Geron (EY) and L. Koren (Celsius), D. Bram (Celsius) and M. Nachman (Celsius) | 0.9 |
| Eyal Gonen | Partner / Principal | 28 Jun 2023 | Transfer Pricing | Meeting with client to analyze development, enhancement, maintenance, protection, and exploitation ("DEMPE") analysis and background of facts and assumptions. Attendees - B. Gandz (EY), A. Susssman (EY), E. Gonen (EY) and E. Geron (EY) and L. Koren (Celsius), D. Bram (Celsius) and M. Nachman (Celsius) | 0.9 |

| Name | Title | Transaction date | Project Category | Description | Hours |
|------|-------|------------------|------------------|-------------|-------|
| Adam Sussman | Senior | 28 Jun 2023 | Transfer Pricing | Meeting with client to analyze development, enhancement, maintenance, protection, and exploitation ("DEMPE") analysis and background of facts and assumptions. Attendees - B. Gandz (EY), A. Susssman (EY), E. Gonen (EY) and E. Geron (EY) and L. Koren (Celsius), D. Bram (Celsius) and M. Nachman (Celsius) | 0.9 |
| Benjamin Gandz | Senior Manager | 29 Jun 2023 | Transfer Pricing | Preparing action plan for documentation including local file and Masterfile and contemporatenous files . Attendees - B. Gandz (EY), A. Susssman (EY) and E. Geron (EY) | 1.2 |
| Eyal Geron | Manager | 29 Jun 2023 | Transfer Pricing | Preparing action plan for documentation including local file and Masterfile and contemporatenous files . Attendees - B. Gandz (EY), A. Susssman (EY) and E. Geron (EY) | 1.2 |
| Adam Sussman | Senior | 29 Jun 2023 | Transfer Pricing | Preparing action plan for documentation including local file and Masterfile and contemporatenous files . Attendees - B. Gandz (EY), A. Susssman (EY) and E. Geron (EY) | 1.2 |
| **Total** | | | | | **28.7** |

**Total Fixed Fee for Transfer Pricing Services During the Fee Period $0.00**

**Fee Application Preparation**

| Employee Name | Rank | Date | Project Category | Description | Hours | Hourly Rate | Total Individual Fees |
|---------------|------|------|------------------|-------------|-------|-------------|----------------------|
| Duncker, Debra | Staff | June 21, 2023 | Preparation of Fee Application | Review of Fee Schedules for the Combined Fourth Monthly Fee Statement (3/1/23 - 4/30/23) | 1.6 | $250.00 | $400.00 |
| Duncker, Debra | Staff | June 27, 2023 | Preparation of Fee Application | Prepare Combined Fourth Monthly Fee Statement for filing (covering 3/1/23 - 4/30/23) | 0.9 | $250.00 | $225.00 |
| Duncker, Debra | Staff | June 29, 2023 | Preparation of Fee Application | Continue preparing Combined Fourth Monthly Fee Statement for filing (covering 3/1/23 - 4/30/23) | 0.3 | $250.00 | $75.00 |
| | | | | **Total** | **2.8** | | **$700.00** |
| | | | | **Combined Total** | **156.9** | | **$117,911.00** |