**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>NOTICE OF THIRD INTERIM FEE APPLICATION</u>

**TO:** the Debtors; counsel to the Debtors; the U.S. Trustee; counsel to the Fee Examiner; the Fee Examiner; and all parties requesting notice pursuant to Bankruptcy Rule 2002.[2]

**PLEASE TAKE NOTICE** that Elementus Inc. has filed the attached *Third Interim Application of Elementus Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC*, et al., *for the Period from March 1, 2023 through June 30, 2023* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that, if any party other than the U.S. Trustee or the Fee Examiner wishes to file a response or objection to the Application, any such responses or objections must be filed on or before **September 5, 2023 at 12:00 p.m. (Prevailing Eastern Time)**. At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee and the Fee Examiner shall be entitled to review, and potentially object to, the Application by a later date pursuant to the fee review schedule set forth in the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1746] or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any objections are timely filed in accordance with this Notice, a hearing on the Application will be held at a date and time convenient to the Court.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used, but not defined, in this notice shall have the meaning ascribed to them in the attached Application.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of Page Left Intentionally Blank*]

Dated:  August 14, 2023                Respectfully submitted,
        New York, New York

                                       */s/ Gregory F. Pesce*
                                       **WHITE & CASE LLP**
                                       David M. Turetsky
                                       Samuel P. Hershey
                                       Joshua Weedman
                                       1221 Avenue of the Americas
                                       New York, New York 10020
                                       Telephone: (212) 819-8200
                                       Facsimile:  (212) 354-8113
                                       Email:  david.turetsky@whitecase.com
                                               sam.hershey@whitecase.com
                                               jweedman@whitecase.com

                                       – and –

                                       **WHITE & CASE LLP**
                                       Michael C. Andolina (admitted *pro hac vice*)
                                       Gregory F. Pesce (admitted *pro hac vice*)
                                       111 South Wacker Drive, Suite 5100
                                       Chicago, Illinois 60606
                                       Telephone: (312) 881-5400
                                       Facsimile:  (312) 881-5450
                                       Email:  mandolina@whitecase.com
                                               gregory.pesce@whitecase.com

                                       – and –

                                       **WHITE & CASE LLP**
                                       Keith H. Wofford
                                       Southeast Financial Center
                                       200 South Biscayne Blvd., Suite 4900
                                       Miami, Florida 33131
                                       Telephone: (305) 371-2700
                                       Facsimile:  (305) 358-5744
                                       Email:  kwofford@whitecase.com

                                       – and –

                                       **WHITE & CASE LLP**
                                       Aaron E. Colodny (admitted *pro hac vice*)
                                       555 South Flower Street, Suite 2700
                                       Los Angeles, California 90071
                                       Telephone: (213) 620-7700
                                       Facsimile:  (213) 452-2329
                                       Email:  aaron.colodny@whitecase.com

                                       *Counsel to the Official Committee of*
                                       *Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**COVERSHEET FOR THIRD INTERIM APPLICATION OF ELEMENTUS INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CELSIUS NETWORK, LLC, *ET AL.*, FOR THE PERIOD OF MARCH 1, 2023 THROUGH JUNE 30, 2023**

| | |
|---|---|
| **Name of Applicant:** | Elementus Inc. |
| **Name of Client:** | Official Committee of Unsecured Creditors |
| **Petition Date:** | July 13, 2022 |
| **Retention Date:** | October 18, 2022, effective as of August 1, 2022 |
| **Date of Order Approving Retention:** | October 18, 2022 [Docket No. 1097] |
| **Time Period Covered by Application:** | March 1, 2023 – June 30, 2023 |
| **Total Fees Requested in This Application:** | $343,785.00 |
| **Total Expenses Requested in This Application:** | $151,326.80 |
| **Total Fees and Expenses Requested in This Application:** | $495,111.80 |

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**Summary of Monthly Fee Statements for Third Interim Period**

| Dated Filed & Docket No. | Statement Period | Total Requested Fees (100%) | Interim Fees Paid (80%) | Fee Holdback (20%) | Total Expenses Requested (100%) | Interim Expenses Paid (100%) |
|---|---|---|---|---|---|---|
| 4/20/2023<br><br>Docket No. 2512 | 3/1/23 - 3/31/23 | $176,210.00 | $140,968.00 | $35,242.00 | $40,140.07 | $40,140.07 |
| 5/23/2023<br><br>Docket No. 2700 | 4/1/23 – 4/30/23 | $61,800.00 | $49,440.00 | $12,360.00 | $37,789.12 | $37,789.12 |
| 6/22/2023<br><br>Docket No. 2853 | 5/1/23 - 5/31/23 | $31,300.00 | $25,040.00 | $6,260.00 | $33,463.51 | $33,463.51 |
| 8/12/2023<br><br>Docket No. 3272 | 6/1/23 - 6/30/23 | $74,475.00 | $59,580.00 | $14,895.00 | $39,934.10 | $39,934.10 |

**Prior Interim Compensation Orders**

- *Omnibus Order Granting Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the First Interim Compensation Period from July 13, 2022 Through October 31, 2022* [Docket No. 2523]
- *Second Omnibus Order Granting Applications For Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Expenses For The First And Second Interim Compensation Periods From July 13, 2022 Through October 31, 2022 And November 1, 2022 Through February 28, 2023* [Docket No. 3055]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### THIRD INTERIM APPLICATION OF ELEMENTUS INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CELSIUS NETWORK LLC., *ET AL.,* FOR THE <u>PERIOD OF MARCH 1, 2023 THROUGH JUNE 30, 2023</u>

Elementus Inc. ("**Elementus**"), blockchain forensics advisor for the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the cases of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby files its Third interim application (the "**Application**") for allowance of reasonable compensation for services rendered and reimbursement of actual and necessary expenses incurred on behalf of the Committee in the aggregate amount of $495,111.80 for the period March 1, 2023 through June 30, 2023 (the "**Third Interim Period**"), inclusive of the aggregate holdback amounts for the Third Interim Period. Elementus has previously been paid $275,028.00 in fees and $151,326.80 in expenses for services rendered and expenses incurred during the Third Interim Period, and therefore Elementus only seeks payment of $68,757.00 which has not been paid to date for the Third Interim Period.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**JURISDICTION, VENUE, AND STATUTORY PREDICATES**

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue before this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are sections 328, 330, 331, and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-l(a) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), General Order M-447, the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases pursuant to Local Rule 2016-1(a) (as updated June 17, 2013)* (the "**Local Guidelines**"), and the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (together with the Local Guidelines, the "**Guidelines**"). Attached hereto as **Exhibit A** is a certification regarding compliance with the Local Guidelines.

**BACKGROUND**

3.      On July 13, 2022 (the "**Petition Date**"), Celsius Network LLC and certain affiliates each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code, and, on December 7, 2022, GK8 Ltd., GK8 USA LLC, and GK8 UK Limited each commenced voluntary Chapter 11 Cases with this Court (collectively, the "**Chapter 11 Cases**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in these Chapter 11 Cases.

4. On July 27, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the Committee, which is comprised of seven members, each of whom holds crypto (or digital) assets through the Celsius platform [Docket No. 241]. The Committee's goal is to maximize the recoveries of account holders and unsecured creditors, as more fully stated in *The Official Committee of Unsecured Creditors' Statement Regarding These Chapter 11 Cases* [Docket No. 390]. On September 14, 2022, the Court entered an order approving the appointment of Shoba Pillay as examiner pursuant to section 1104(d) of the Bankruptcy Code [Docket No. 923]. On October 20, 2022, the Court entered an order appointing the Hon. Christopher Sontchi as fee examiner (the "**Fee Examiner**") pursuant to section 105(a) of the Bankruptcy Code [Docket No. 1151], later amended at [Docket No. 1746].

5. On August 24, 2022, the Committee filed its *Application for Entry of an Order Authorizing the Employment and Retention of Elementus Inc. as Blockchain Forensics Advisor Effective as of August 1, 2022* [Docket No. 605] (the "**Retention Application**").

6. By order entered on October 18, 2022 [Docket No. 1097] (the "**Retention Order**"), the Court approved the Retention Application and authorized the Committee to retain Elementus, effective as of August 1, 2022, to serve as its blockchain forensics advisor in these Chapter 11 Cases. The Retention Order approved Elementus' compensation under section 328(a) of the Bankruptcy Code, and not subject to the standard of review under section 330 of the Bankruptcy Code as to all parties except the Court and the U.S. Trustee, which retained the right to review Elementus' compensation based on the reasonableness standard of section 330. Retention Order ¶ 2. In addition, the Retention Order modified certain timekeeping and other requirements for Elementus such that "Elementus shall maintain summary time records in half-hour increments which shall indicate the total hours incurred by each professional for each day and provide a brief

description of the nature of the work performed. Elementus is excused from all other timekeeping requirements." *Id.* ¶ 7.

## SUMMARY OF MONTHLY STATEMENTS

7. On June 8, 2023, the Court entered the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**"). Pursuant to the Interim Compensation Procedures, Elementus is authorized to file and serve monthly fee statements ("**Monthly Statements**") on the Monthly Fee Statement Recipients (as defined in the Interim Compensation Procedures). If no objections are raised prior to the expiration of the applicable objection deadline established by the Interim Compensation Procedures, the Debtors are authorized to pay 80% of the fees and 100% of the expenses identified in such monthly fee statements.

8. Elementus filed Monthly Fee Statements during the Third Interim Period as set forth in the summary attached hereto. Elementus received $426,354.80 from the Debtors on account of the Monthly Statement during the Third Interim Period, corresponding to $275,028.00 in fees and $151,326.80 in expenses. The Monthly Statement submitted by Elementus is also subject to a 20% fee holdback as provided in the Interim Compensation Procedures. Elementus' fee holdback during the Third Interim Period is $68,757.00.

9. Elementus received $495,111.80 from the Debtors on account of the Monthly Statements during the Third Interim Period, corresponding to $275,028.00 in fees and $151,326.80 in expenses. The Monthly Statements submitted by Elementus are subject to a 20% holdback as provided for in the Interim Compensation Procedures. The aggregate amount of Elementus' holdback during the Application Period is $68,757.00.

## SUMMARY OF PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES REQUESTED BY THIS APPLICATION

10. By this Application, Elementus seeks interim allowance and award of compensation for the professional services rendered by Elementus as blockchain forensics advisor to the Committee during the Third Interim Period with regard to (i) Elementus' fees for blockchain forensics services in the amount of $343,785.00 and (ii) expenses in the amount of $151,326.80, representing actual and necessary expenses incurred by Elementus during the Third Interim Period in connection with rendering such services.

11. In accordance with the Retention Order, Elementus has maintained computerized records of the time spent by Elementus professionals in providing blockchain forensics services to the Committee during the Third Interim Period. Attached hereto as **Exhibit B** is a schedule of the total amount of hours spent by Elementus professionals under each of Elementus' internal project categories during the Third Interim Period, and the cost of such services based upon the rates of each Elementus professional as set forth in the Retention Application. Attached hereto as **Exhibit C** are invoices with the time records maintained by Elementus professionals during the Third Interim Period, which indicate the total hours incurred by each professional for each day and provide a brief description of the nature of the work performed as required by the Retention Order, as well as detailing the expenses Elementus incurred in connection with its services during the Third Interim Period.

12. Pursuant to the Guidelines, Elementus provided a copy of this Application to the Committee prior to filing. Elementus will also provide the U.S. Trustee and the Fee Examiner with the Application contemporaneously with filing. Elementus will work with the parties to address any comments and requested modifications to the amounts requested herein during the Fee Examiner's review period.

5

## SUMMARY OF SERVICES RENDERED
## DURING THE THIRD INTERIM PERIOD

13.    All services for which Elementus requests compensation were performed during the Third Interim Period on behalf of the Committee. During the Third Interim Period, Elementus performed significant services on behalf of the Committee, which included providing advisory services with respect to the on-chain flow of the Debtors' funds and the Debtors' on-chain posture; mapping Debtor entities, the Debtors' counterparties, and related parties on-chain; tracing the flow of funds between the Debtors and counterparties, insiders, and other parties; providing a reconciliation of all of the Debtors' transactions on-chain; and producing written reports and materials to illustrate and support Elementus' on-chain findings.

14.    In accordance with the Retention Order, Elementus has kept track of its post-petition time in half-hour increments. Elementus also recorded time by project categories as required by the Guidelines. Such time records are attached hereto as **Exhibit C**. During the Third Interim Period, Elementus professionals spent approximately 444 hours providing blockchain forensics services to the Committee.

15.    The fees charged by Elementus have been billed in accordance with the Retention Order and Elementus' engagement letter with the Committee, and are comparable to those fees charged by Elementus for professional services rendered in connection with similar Chapter 11 Cases and non-bankruptcy matters. Elementus submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive market in which Elementus competes.

16.    There is no agreement or understanding between Elementus and any other person, other than the managers or partners of Elementus, for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

**THE REQUESTED COMPENSATION SHOULD BE ALLOWED**

17.    The Retention Order approved Elementus' compensation under section 328(a) of the Bankruptcy Code, and not subject to the standard of review under section 330 of the Bankruptcy Code as to all parties except the Court and the U.S. Trustee, which retained the right to review Elementus' compensation based on the reasonableness standard of section 330. Retention Order ¶ 2.

18.    Section 330 of the Bankruptcy Code provides for the award of compensation to professionals. 11 U.S.C. § 330. Section 330, by its terms, is "subject to" the provisions of section 328 of the Bankruptcy Code. Pursuant to section 328(a) of the Bankruptcy Code, the Committee:

> [M]ay employ or authorize the employment of a professional person under section 327 . . . of [the Bankruptcy Code] on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis. Notwithstanding such terms and conditions, the court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

11 U.S.C. § 328(a). Accordingly, section 328(a) of the Bankruptcy Code permits the compensation of professionals, including a blockchain forensics advisor like Elementus, on flexible terms that reflect the nature of their services and prevailing market conditions for those services.

19.    If a court has entered an order authorizing a professional's employment that "pre-approves the terms and conditions of the retention under section 328(a)," the court's "power to amend those terms is severely constrained." *In re Smart World Techs., LLC*, 552 F.3d 228, 232-33 (2d Cir. 2009). In that circumstance, the court may apply only the "improvident" standard of section 328(a) in any later review of such professional's requested compensation. *Id.*

20.    Under the section 328(a) standard, a bankruptcy court wishing to render a

previously-approved fee arrangement "improvident" must find that there have been "developments not capable of being anticipated at the time of the fixing of the terms and conditions" of the engagement. 11 U.S.C. § 328(a). It is not enough that developments in a case are simply unforeseen. *See In re Smart World Techs., LLC*, 552 F.3d at 234-35.

21.    Here, Elementus submits that the services for which it seeks compensation and the expenses for which it seeks reimbursement in this Application were necessary for, and beneficial to, the Committee and the Debtors' estates. During the Third Interim Period, Elementus worked diligently to preserve and maximize the value of the Debtors' estates for the benefit of all account holders and general unsecured creditors, including by tracing the location and disbursement of the Debtors' assets and investigating the estates' potential claims against potential defendants, including former insiders of the Debtors. In addition, the compensation requested in this Application is in accordance with the terms of Elementus' engagement letter as approved by the Retention Order pursuant to section 328(a) of the Bankruptcy Code, and no unforeseeable developments have arisen during the Chapter 11 Cases that would render the approval of Elementus' fees to have been "improvident" within the meaning of section 328(a) of the Bankruptcy Code.

22.    Accordingly, Elementus requests that the Court allow Elementus compensation and reimbursement of expenses in the amounts set forth herein. To the extent that any amounts for fees or expenses related to the Third Interim Period were not processed prior to the preparation of this Application, Elementus reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## NOTICE

23.    Elementus will provide notice of this Application to the following parties or their

respective counsel: (a) the U.S. Trustee; (b) the Debtors; (c) the holders of the 50 largest unsecured

claims against the Debtors (on a consolidated basis); (d) the United States Attorney's Office for

the Southern District of New York; (e) the Internal Revenue Service; (f) the offices of the attorneys

general in the states in which the Debtors operate; (g) the Securities and Exchange Commission;

(h) the Chapter 11 examiner; and (i) any party that has requested notice pursuant to Bankruptcy

Rule 2002.

24.    Elementus submits that, in light of the nature of the relief requested, no other or

further notice need be given.

**CONCLUSION**

25.    Elementus respectfully requests that the Court enter an order (i) authorizing the

interim allowance of compensation for professional services rendered during the Third Interim

Period and reimbursement of actual and necessary expenses incurred in the aggregate amount of

$495,111.80, consisting of $343,785.00, representing 100% of fees incurred during the Third

Interim Period, and reimbursement of $151,326.80, representing 100% of actual and necessary

expenses incurred during the Third Interim Period, (ii) providing that the allowance of such

compensation for professional services rendered and reimbursement of actual and necessary

expenses incurred be without prejudice to Elementus' right to seek additional compensation for

services rendered and expenses incurred during the Third Interim Period which were not processed

at the time of the filing of this Application, (iii) directing payment by the Debtors of the difference

between the amounts allowed and any amounts previously paid by the Debtors pursuant to the

Interim Compensation Procedures, and (iv) granting such other or further relief as the Court deems

just and proper. Elementus will confer with the Fee Examiner with respect to a proposed form of

order after the conclusion of the Fee Examiner's review period for this Application under the

Interim Compensation Procedures.

Dated:    August 14, 2023                    Respectfully submitted,
          New York, New York


                                            */s/ Matt Austin*
                                            _____
                                            Matt Austin
                                            COO
                                            Elementus Inc.

# **EXHIBIT A**

## **Guidelines Certification**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION UNDER GUIDELINES**
**FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT**
**OF THE THIRD INTERIM APPLICATION OF ELEMENTUS INC.**
**FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED AS BLOCKCHAIN**
**FORENSICS ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FROM MARCH 1, 2023 THROUGH JUNE 30, 2023**

I, Matt Austin, hereby certify that:

1.      I am the Chief Operating Officer of Elementus Inc. ("**Elementus**"), which serves as blockchain forensics advisor to the Official Committee of Unsecured Creditors in the Chapter 11 Cases of Celsius Network LLC and its affiliated debtors and debtors in possession.

2.      This certification is made in respect of Elementus' compliance with the Local Guidelines in connection with Elementus' Application[2] filed contemporaneously herewith. The information in this certification is true and correct to the best of my knowledge, information, and belief.

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

a.      I have read the Application;

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]      Capitalized terms used, but not defined, shall have the meaning ascribed to them in the attached Application.

b.  To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application;

c.  Except to the extent that fees or disbursements are prohibited by the Local Guidelines, the fees and disbursements sought by the Application are billed at rates and in accordance with practices customarily employed by Elementus and generally accepted by Elementus' clients; and

d.  In providing any reimbursable service, Elementus did not make a profit on such service, whether performed by Elementus in-house or through a third party.

4.    I certify that Elementus has complied with the notice provisions of the Interim Compensation Procedures with respect to notice of its monthly statements of fees and disbursements and this Application.

Dated: August 14, 2023                              */s/ Matt Austin*
                                                    Matt Austin
                                                    COO
                                                    Elementus Inc.

**Exhibit B**

**Project Summary By Timekeeper**

| Employee Name | Role | Date | Day | Hours | Activity | Category |
|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | 3/7/2023 | Tuesday | 1.5 | Celsius - Committee Members Weekly Meeting | Communications |
| Max Galka | Chief Data Scientist, CEO | 3/7/2023 | Monday | 2.1 | Engineering and Data Science sprint planning | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/9/2023 | Thursday | 0.5 | Internal call regarding tracking down major losses | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/13/2023 | Monday | 0.5 | UCC Workstreams Standup | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/14/2023 | Tuesday | 1 | Celsius - Committee Members Weekly Meeting | Communications |
| Max Galka | Chief Data Scientist, CEO | 3/14/2023 | Tuesday | 1 | Data Science prioritization planning meeting | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/15/2023 | Wednesday | 0.2 | Meeting with M. Galka, B. Young, U. Kohli re external presentation | Communications |
| Max Galka | Chief Data Scientist, CEO | 3/15/2023 | Wednesday | 0.5 | UCC Workstreams Standup | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/17/2023 | Friday | 1 | Celsius Meeting - internal team meeting | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/20/2023 | Monday | 0.5 | UCC Workstreams Standup | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/20/2023 | Monday | 1.5 | Review external presentation Data Preparation and Slides | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/21/2023 | Tuesday | 2 | Insiders selling into buybacks slides review for W&C deck | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/21/2023 | Tuesday | 2.5 | External presentation Slide Deck Preparation | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/21/2023 | Tuesday | 2 | Prep call with White & Case for the external presentation | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/22/2023 | Wednesday | 1.5 | Celsius - UCC - Debtors Call | Communications |
| Max Galka | Chief Data Scientist, CEO | 3/23/2023 | Thursday | 2.5 | Prepare for external presentation call | Communications |
| Max Galka | Chief Data Scientist, CEO | 3/23/2023 | Thursday | 0.7 | Call with B. Young to discuss UCC and external presentation | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/24/2023 | Friday | 1.6 | Celsius - UCC Presentation | Communications |
| Max Galka | Chief Data Scientist, CEO | 3/24/2023 | Friday | 0.5 | Call with B. Young to discuss UCC and external presentation | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/24/2023 | Friday | 1.1 | Prepare for external presentation | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/24/2023 | Friday | 1.5 | External presentation Call | Communications |
| Max Galka | Chief Data Scientist, CEO | 3/24/2023 | Friday | 0.5 | Internal debrief with B. Young and M.Austin on external presentation | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/24/2023 | Friday | 1 | Review CEL wash trade analysis | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 3/30/2023 | Thursday | 1 | Review Third-party exchange users and Celsius us–uk transfers | Internal Development |
| Matt Lam | Senior Data Scientist | 3/2/2023 | Thursday | 3.9 | Investigating Defi hacks | Internal Development |
| Matt Lam | Senior Data Scientist | 3/13/2023 | Monday | 0.5 | Celsius losses call | Communications |
| Matt Lam | Senior Data Scientist | 3/13/2023 | Monday | 3 | Celsius internal accounting investigation | Internal Development |
| Matt Lam | Senior Data Scientist | 3/14/2023 | Tuesday | 3.7 | Celsius internal accounting investigation | Internal Development |
| Matt Lam | Senior Data Scientist | 3/14/2023 | Tuesday | 2 | UCC meeting | Communications |
| Matt Lam | Senior Data Scientist | 3/14/2023 | Tuesday | 0.8 | Meeting with w&c regarding CEL price movements | Communications |
| Matt Lam | Senior Data Scientist | 3/15/2023 | Wednesday | 4.7 | Compare on-chain data w/ internal ledger for accuracy | Internal Development |
| Matt Lam | Senior Data Scientist | 3/17/2023 | Thursday | 5.4 | Investigate price movement related to third-party exchange | Internal Development |
| Matt Lam | Senior Data Scientist | 3/17/2023 | Friday | 0.7 | Meeting with white and case top discuss investigation | Communications |
| Matt Lam | Senior Data Scientist | 3/23/2023 | Thursday | 4.3 | Insider wallets and transfers analysis | Internal Development |
| Matt Lam | Senior Data Scientist | 3/23/2023 | Thursday | 3.7 | Additional CEL buybacks analysis | Internal Development |
| Matt Lam | Senior Data Scientist | 3/24/2023 | Friday | 4.2 | CEL wash trade analysis | Internal Development |
| Matt Lam | Senior Data Scientist | 3/27/2023 | Monday | 0.5 | Wash trades meeting | Communications |
| Matt Lam | Senior Data Scientist | 3/30/2023 | Thursday | 3.9 | Third-party exchange users and Celsius us–uk transfers | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 3/2/2023 | Thursday | 0.5 | N. Goldstein wallet clarification analysis | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 3/15/2023 | Wednesday | 0.2 | Meeting with M. Galka, B. Young, U. Kohli re external presentation | Communications |
| Alexander Mologoko | Senior Data Scientist | 3/16/2023 | Thursday | 0.4 | CEL movement investigation w/ B. Young | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 3/17/2023 | Friday | 1.5 | CEL analysis for White and Case w/ U. Kohli and B. Young | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 3/18/2023 | Saturday | 2.8 | CEL analysis for White and Case | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 3/20/2023 | Monday | 0.5 | Internal meeting on presentation w/ N. Shaker and U. Kohli | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 3/20/2023 | Monday | 0.7 | Insiders selling into buybacks slide for W&C | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 3/21/2023 | Tuesday | 2 | Insiders selling into buybacks slides review for W&C deck | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 3/21/2023 | Tuesday | 1.5 | External slide deck preparation | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 3/22/2023 | Wednesday | 1.5 | Insider sales Data Review internal call | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 3/24/2023 | Friday | 1 | Additional buyback transaction analysis | Internal Development |
| Sirish Jetti | Vice President | 3/7/2023 | Monday | 2.1 | Engineering and Data Science sprint planning  related to investigation | Internal Development |
| Sirish Jetti | Vice President | 3/14/2023 | Tuesday | 1 | Data Science prioritization planning meeting related to investigation | Internal Development |
| Sirish Jetti | Vice President | 3/21/2023 | Monday | 1.3 | Engineering and Data Science sprint planning related to investigation | Internal Development |
| Sirish Jetti | Vice President | 3/22/2023 | Thursday | 1.4 | Insider attribution and analysis review | Internal Development |
| Matt Austin | Vice President | 3/8/2023 | Wednesday | 2.5 | Prepare Fee Examiner responses with B. Young | Administrative Tasks |
| Matt Austin | Vice President | 3/14/2023 | Tuesday | 1 | Call with external counsel and B. Young to discuss Fee Examiner responses | Administrative Tasks |
| Matt Austin | Vice President | 3/17/2023 | Friday | 1.1 | Finalize Fee Examiner responses with B. Young | Administrative Tasks |
| Matt Austin | Vice President | 3/18/2023 | Monday | 1 | Call with B. Young regarding external presentation | Internal Development |
| Matt Austin | Vice President | 3/20/2023 | Monday | 2.2 | External presentation data preparation and slide creation | Internal Development |
| Matt Austin | Vice President | 3/21/2023 | Tuesday | 2.1 | External presentation preparation | Internal Development |
| Matt Austin | Vice President | 3/21/2023 | Tuesday | 2 | Prep call with White & Case for external presentation | Internal Development |
| Matt Austin | Vice President | 3/31/2023 | Tuesday | 3.2 | Administrative tasks re: monthly billable hours and expense reporting | Administrative Tasks |
| Bryan Young | Vice President | 3/1/2023 | Wednesday | 0.5 | Internal call with N. Shaker re workstreams in progress | Administrative |
| Bryan Young | Vice President | 3/3/2023 | Friday | 0.7 | Review Weekly Reporting and Slide Generation | Internal Development |
| Bryan Young | Vice President | 3/6/2023 | Wednesday | 0.5 | Internal call with N. Shaker re workstreams in progress | Administrative |
| Bryan Young | Vice President | 3/7/2023 | Tuesday | 2.7 | Weekly UCC Call | Communications |
| Bryan Young | Vice President | 3/8/2023 | Wednesday | 2.5 | Prepare Fee Examiner responses with M. Austin | Administrative Tasks |

| Name | Title | Date | Day | Hours | Description | Category |
|---|---|---|---|---|---|---|
| Bryan Young | Vice President | 3/9/2023 | Thursday | 0.5 | Internal call regarding tracking down major losses | Internal Development |
| Bryan Young | Vice President | 3/14/2023 | Tuesday | 1 | Call with external counsel and B. Young to discuss Fee Examiner responses | Administrative Tasks |
| Bryan Young | Vice President | 3/15/2023 | Wednesday | 0.4 | Call with N. Shaker, U. Kohli re external presentation | Administrative |
| Bryan Young | Vice President | 3/15/2023 | Wednesday | 0.2 | Meeting with M. Galka, A. Mologoko, U. Kohli re external presentation | Communications |
| Bryan Young | Vice President | 3/16/2023 | Thursday | 2.5 | Developing analysis and slides as well as meetings to review content for external emeeting | Internal Development |
| Bryan Young | Vice President | 3/17/2023 | Friday | 2.7 | Developing analysis and slides as well as meetings to review content for external meeting | Internal Development |
| Bryan Young | Vice President | 3/17/2023 | Friday | 1.1 | Finalize Fee Examiner responses with B. Young | Administrative Tasks |
| Bryan Young | Vice President | 3/16/2023 | Thursday | 0.4 | Email Report to A. Colodny at WC re Internal Fireblocks CEL Movements | Communications |
| Bryan Young | Vice President | 3/16/2023 | Thursday | 0.4 | CEL movement investigation w/ B. Young | Internal Development |
| Bryan Young | Vice President | 3/17/2023 | Friday | 0.5 | Analysis for White and Case w/ A. Mologoko and U. Kohli | Internal Development |
| Bryan Young | Vice President | 3/18/2023 | Saturday | 1.8 | Analysis request with A. Mologoko for White and Case | Internal Development |
| Bryan Young | Vice President | 3/18/2023 | Monday | 1 | Call with M. Austin regarding external presentation | Internal Development |
| Bryan Young | Vice President | 3/20/2023 | Monday | 0.5 | Review UCC Presentation Slide Generation | Internal Development |
| Bryan Young | Vice President | 3/20/2023 | Monday | 2.2 | External presentation data preparation and slide creation | Internal Development |
| Bryan Young | Vice President | 3/21/2023 | Tuesday | 2.5 | External presentation preparation | Internal Development |
| Bryan Young | Vice President | 3/23/2023 | Monday | 0.5 | Internal call with N. Shaker re workstreams in progress | Administrative |
| Bryan Young | Vice President | 3/24/2023 | Friday | 0.8 | Review UCC Slide and weekly progress report generation | Internal Development |
| Bryan Young | Vice President | 3/28/2023 | Tuesday | 1 | Weekly UCC Call | Communications |
| Bryan Young | Vice President | 3/30/2023 | Thursday | 0.5 | Weekly All Advisors Call | Communications |
| Bryan Young | Vice President | 3/31/2023 | Friday | 1.2 | Review Progress Report Generation and UCC Slide Creation | Internal Development |
| Nicholas Shaker | Project Manager | 3/2/2023 | Thursday | 0.1 | Celsius All Advisors Call | Communications |
| Nicholas Shaker | Project Manager | 3/3/2023 | Friday | 1.4 | Weekly Reporting and Slide Generation | Internal Development |
| Nicholas Shaker | Project Manager | 3/3/2023 | Friday | 2.1 | VIP Additional Wallet Attribution Investigation | Internal Development |
| Nicholas Shaker | Project Manager | 3/6/2023 | Monday | 0.6 | Insider Transaction History List Generation | Internal Development |
| Nicholas Shaker | Project Manager | 3/7/2023 | Tuesday | 2.7 | Weekly UCC Call | Communications |
| Nicholas Shaker | Project Manager | 3/9/2023 | Thursday | 0.5 | Internal call regarding tracking down major losses | Internal Development |
| Nicholas Shaker | Project Manager | 3/11/2023 | Saturday | 3.4 | UCC Call and Missing Funds Investigation Prep | Internal Development |
| Nicholas Shaker | Project Manager | 3/20/2023 | Monday | 1.6 | UCC Presentation Slide Generation | Internal Development |
| Nicholas Shaker | Project Manager | 3/20/2023 | Monday | 0.5 | Internal Meeting re: Price Manipulation and Missing Funds | Internal Development |
| Nicholas Shaker | Project Manager | 3/20/2023 | Monday | 6.4 | External presentation Data Preparation and Slide Creation | Internal Development |
| Nicholas Shaker | Project Manager | 3/20/2023 | Monday | 0.4 | Call with White and Case re: external presentation | Communications |
| Nicholas Shaker | Project Manager | 3/21/2023 | Tuesday | 5.7 | External presentation preparation | Internal Development |
| Nicholas Shaker | Project Manager | 3/21/2023 | Tuesday | 0.5 | Prep Call with White and Case for external presentation | Communications |
| Nicholas Shaker | Project Manager | 3/22/2023 | Wednesday | 1.3 | External presentation Briefing with Debtors | Communications |
| Nicholas Shaker | Project Manager | 3/23/2023 | Wednesday | 0.6 | Insider Address Attribution Deconfliction | Internal Development |
| Nicholas Shaker | Project Manager | 3/23/2023 | Thursday | 6.6 | External presentation Sanity Checking and Additional Insiders Sales | Internal Development |
| Nicholas Shaker | Project Manager | 3/23/2023 | Thursday | 3.4 | Buyback data collection and analysis | Internal Development |
| Nicholas Shaker | Project Manager | 3/24/2023 | Friday | 1.5 | External presentation data formatting and adjustments for M3 | Internal Development |
| Nicholas Shaker | Project Manager | 3/24/2023 | Friday | 1.5 | External presentation Call | Communications |
| Nicholas Shaker | Project Manager | 3/24/2023 | Friday | 1.6 | UCC Slide and weekly progress report generation | Internal Development |
| Nicholas Shaker | Project Manager | 3/27/2023 | Monday | 4.3 | Wash Trades Analysis and Slide Generation | Internal Development |
| Nicholas Shaker | Project Manager | 3/27/2023 | Monday | 0.5 | Call with W+C and M3 about Wash Trade Allegations | Communications |
| Nicholas Shaker | Project Manager | 3/28/2023 | Tuesday | 2.1 | Weekly UCC Call | Communications |
| Nicholas Shaker | Project Manager | 3/29/2023 | Wednesday | 0.3 | Call with M3 about Internal ledger Data | Communications |
| Nicholas Shaker | Project Manager | 3/29/2023 | Wednesday | 0.5 | Call with M3 regarding wallet restraining order investigation | Communications |
| Nicholas Shaker | Project Manager | 3/29/2023 | Wednesday | 1 | Call with Akin re: restraining order | Communications |
| Nicholas Shaker | Project Manager | 3/29/2023 | Wednesday | 0.4 | Call with A+M about internal ledger data | Communications |
| Nicholas Shaker | Project Manager | 3/29/2023 | Wednesday | 0.5 | Call with Kirkland and White and Case about CEL squeeze data | Communications |
| Nicholas Shaker | Project Manager | 3/30/2023 | Thursday | 0.5 | Weekly All Advisors Call | Communications |
| Nicholas Shaker | Project Manager | 3/30/2023 | Thursday | 2.3 | Private Wallet Transaction Analysis and US/UK Entity Transfer Data Analysis | Internal Development |
| Nicholas Shaker | Project Manager | 3/31/2023 | Friday | 3.2 | Progress Report Generation and UCC Slide Creation | Internal Development |
| Umber Kohli | Business Operations Manager | 3/15/2023 | Wednesday | 0.4 | Call w/ Bryan Y and Nick S on structuring slide deck for external presentation | Communications |
| Umber Kohli | Business Operations Manager | 3/15/2023 | Wednesday | 0.2 | Meeting with Max G, Alex M, and Bryan Y on specific content for external presentation | Communications |
| Umber Kohli | Business Operations Manager | 3/16/2023 | Thursday | 8 | Developing analysis and slides as well as meetings to review content for external presentation | Internal Development |
| Umber Kohli | Business Operations Manager | 3/17/2023 | Friday | 7.5 | Developing analysis and slides as well as meetings to review content for external presentation | Internal Development |
| Umber Kohli | Business Operations Manager | 3/17/2023 | Friday | 0.5 | Meeting w/ Alex M and Bryan M on specific analysis request from White & Case for external presentation | Communications |
| Umber Kohli | Business Operations Manager | 3/20/2023 | Monday | 1 | Internal meetings N. Shaker, A. Mologoko related to analysis and specific requests from White & Case on external presentation | Communications |
| Umber Kohli | Business Operations Manager | 3/20/2023 | Monday | 7 | Addressing feedback and making edits for slide deck for external presentation | Internal Development |
| Umber Kohli | Business Operations Manager | 3/21/2023 | Tuesday | 1 | Internal call with N. Shaker + related to slide deck for external presentation | Communications |
| Umber Kohli | Business Operations Manager | 3/21/2023 | Tuesday | 1 | External call with White & Case related to slide deck for external presentation | Communications |
| Umber Kohli | Business Operations Manager | 3/21/2023 | Tuesday | 6 | Addressing feedback and making edits to slide deck for external presentation | Internal Development |
| Umber Kohli | Business Operations Manager | 3/22/2023 | Wednesday | 3.5 | Administrative tasks re: monthly billable hours and expense reporting | Administrative |
| Umber Kohli | Business Operations Manager | 3/27/2023 | Monday | 0.4 | Working with N. Shaker on creating inflow / outflow charts | Internal Development |
| Dan Young | Partnerships Manager | 3/13/2023 | Monday | 0.7 | Wallet Alert Analysis and Summary Alerting | Administrative |
| Dan Young | Partnerships Manager | 3/17/2023 | Friday | 0.3 | Automated wallet Alert Analysis | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 4/6/2023 | Thursday | 2 | Analasys of Stone Transactions | Internal Development |
| Max Galka | Chief Data Scientist, CEO | 4/17/2023 | Monday | 2 | Review and Analysis of CEL for W/C | Internal Development |

| Name | Title | Date | Day | Hours | Description | Category |
|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | 4/18//2023 | Tuesday | 1.2 | Review and Analasys of Internal Transaction Data | Internal Development |
| Matt Lam | Senior Data Scientist | 4/5/2023 | Wednesday | 0.5 | short squeeze meeting | Communications |
| Matt Lam | Senior Data Scientist | 4/17/2023 | Monday | 2.4 | cel summary for white&case | Internal Development |
| Matt Lam | Senior Data Scientist | 4/17/2023 | Monday | 1 | Discuss Celsius summary for White & Case | Internal Development |
| Matt Lam | Senior Data Scientist | 4/18/2023 | Tuesday | 2 | verify a&m transactions | Internal Development |
| Matt Lam | Senior Data Scientist | 4/21/2023 | Friday | 0.2 | discuss w&c deliverables | Internal Development |
| Matt Lam | Senior Data Scientist | 4/23/2023 | Sunday | 2.2 | celsius platform and exec balances | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 4/5/2023 | Wednesday | 0.7 | Call with Selendy and W+C re: insider trading behavior | Communications |
| Alexander Mologoko | Senior Data Scientist | 4/5/2023 | Wednesday | 0.3 | Discussion with Nick re: insider trading behavior | Internal Development |
| Alexander Mologoko | Senior Data Scientist | 4/12/2023 | Wednesday | 1.1 | Call w/ White & Case re: tax cost basis | Communications |
| Matt Austin | Vice President | 4/3/2023 | Monday | 5.5 | Complete second interim fee application and accompanying exhibits | Administrative |
| Matt Austin | Vice President | 4/6/2023 | Thursday | 2.5 | Review updated PII list from Kirkland and circulate with team to identify potential conflicts | Administrative |
| Matt Austin | Vice President | 4/10/2023 | Monday | 2.1 | Review edits from W&C on interim fee application and make necessary changes | Administrative |
| Matt Austin | Vice President | 4/10/2023 | Monday | 0.5 | Review final copy of second interim application fee from W&C | Administrative |
| Matt Austin | Vice President | 4/10/2023 | Monday | 0.3 | Correspond with W&C to communicate no conflicts with updated PII list | Administrative |
| Matt Austin | Vice President | 4/12/2023 | Wednesday | 0.5 | Review additional PII draft from W&C | Administrative |
| Matt Austin | Vice President | 4/13/2023 | Thursday | 1.5 | Prepare monthly time sheets and send to W&C | Administrative |
| Matt Austin | Vice President | 4/13/2023 | Thursday | 1.1 | Review draft interim feel applications for Committee Professionals provided by W&C | Administrative |
| Matt Austin | Vice President | 4/25/2023 | Tuesday | 1.7 | Review omnibus fee order and prepare one-page invoice for A&M re: first interim fee app holdback | Internal Development |
| Matt Austin | Vice President | 4/27/2023 | Thursday | 0.5 | Make edits to one-page invoice based on feedback from A&M | Internal Development |
| Matt Austin | Vice President | 4/27/2023 | Thursday | 0.5 | Review revised version of PII list from W&C | Administrative |
| Matt Austin | Vice President | 4/28/2023 | Friday | 1.5 | Aggregate reimbursable expenses for monthly billing procedures | Administrative |
| Bryan Young | Vice President | 4/3/2023 | Monday | 0.5 | Review and Analasys of FTX requests for Selendy | Internal Development |
| Bryan Young | Vice President | 4/4/2023 | Tuesday | 2.3 | Review of Documentation re CEL transfers | Internal Development |
| Bryan Young | Vice President | 4/5/2023 | Wednesday | 1.5 | Review of and Analysis of Documentation re CEL transfers/Insider trading behavior | Internal Development |
| Bryan Young | Vice President | 4/6/2023 | Thursday | 0.8 | Selendy FTX Complaint Review and Analysis | Internal Development |
| Bryan Young | Vice President | 4/12/2023 | Wednesday | 1.1 | Call w/ White & Case re: tax cost basis | Communications |
| Bryan Young | Vice President | 4/12/2023 | Wednesday | 0.5 | Review and Analysis of documentation re tax cost basis | Internal Development |
| Bryan Young | Vice President | 4/17/2023 | Monday | 1 | Discussion, Review & Analysis of CEL info for W/C | Internal Development |
| Bryan Young | Vice President | 4/17/2023 | Monday | 0.5 | Inflow/Outflow Review and Analysis | Internal Development |
| Bryan Young | Vice President | 2/24/2023 | Monday | 0.5 | Review and Analysis of documentation re Selendy Data Request | Internal Development |
| Bryan Young | Vice President | 4/26/2023 | Wednesday | 0.5 | Review and Analysis of coin balances for Selendy requests | Internal Development |
| Nicholas Shaker | Project Manager | 4/3/2023 | Monday | 1.1 | FTX discovery call with Selendy | Communications |
| Nicholas Shaker | Project Manager | 4/3/2023 | Monday | 3.2 | Analysis of private wallet CEL transfers over time | Internal Development |
| Nicholas Shaker | Project Manager | 4/4/2023 | Tuesday | 4.2 | Analysis of private wallet CEL transfers over time, cont. | Internal Development |
| Nicholas Shaker | Project Manager | 4/4/2023 | Tuesday | 1.7 | Weekly UCC Call | Communications |
| Nicholas Shaker | Project Manager | 4/5/2023 | Wednesday | 0.7 | Call with Selendy and W+C re: insider trading behavior | Communications |
| Nicholas Shaker | Project Manager | 4/5/2023 | Wednesday | 0.5 | Call with Selendy re: naked shorting account info | Communications |
| Nicholas Shaker | Project Manager | 4/5/2023 | Wednesday | 0.3 | Call with M3 regarding KeyFi items | Communications |
| Nicholas Shaker | Project Manager | 4/5/2023 | Wednesday | 0.7 | Call with Selendy re: suspicious CEL Transfers | Communications |
| Nicholas Shaker | Project Manager | 4/6/2023 | Thursday | 1.6 | Selendy FTX Complaint Review | Internal Development |
| Nicholas Shaker | Project Manager | 4/6/2023 | Thursday | 1 | Celsius All Advisor Weekly Call | Communications |
| Nicholas Shaker | Project Manager | 4/6/2023 | Thursday | 0.8 | Call with Jason Stone and counsel re: trades | Communications |
| Nicholas Shaker | Project Manager | 4/10/2023 | Monday | 0.1 | Call with Selendy re: insider trading behavior | Communications |
| Nicholas Shaker | Project Manager | 4/10/2023 | Monday | 0.3 | Internal Call re: insider trading behavior | Internal Development |
| Nicholas Shaker | Project Manager | 4/11/2023 | Tuesday | 1.8 | UCC Weekly Call | Communications |
| Nicholas Shaker | Project Manager | 4/10/2023 | Monday | 1.1 | Slide Preparation for UCC Call | Internal Development |
| Nicholas Shaker | Project Manager | 4/12/2023 | Wednesday | 1.1 | Call with White and Case re: tax cost basis | Communications |
| Nicholas Shaker | Project Manager | 4/13/2023 | Thursday | 0.8 | UCC All Advisors Call | Communications |
| Nicholas Shaker | Project Manager | 4/14/2023 | Friday | 1.4 | Weekly report and UCC slide generation | Internal Development |
| Nicholas Shaker | Project Manager | 4/14/2023 | Friday | 0.2 | Catch up call with Truman at M3 | Communications |
| Nicholas Shaker | Project Manager | 4/17/2023 | Monday | 0.1 | Call with Truman re: BTC prices | Communications |
| Nicholas Shaker | Project Manager | 4/17/2023 | Monday | 1.6 | BTC inflows and outflows analysis | Internal Development |
| Nicholas Shaker | Project Manager | 4/18/2023 | Tuesday | 0.8 | Celsius Weekly UCC Meeting | Communications |
| Nicholas Shaker | Project Manager | 4/19/2023 | Wednesday | 2 | UCC Weekly Call part 2 | Communications |
| Nicholas Shaker | Project Manager | 4/20/2023 | Thursday | 0.1 | Call with Truman regarding workstream update | Communications |
| Nicholas Shaker | Project Manager | 4/20/2023 | Thursday | 1.3 | Selendy FTX Motion Data Preparation | Internal Development |
| Nicholas Shaker | Project Manager | 4/21/2023 | Friday | 0.2 | discuss w&c deliverables | Internal Development |
| Nicholas Shaker | Project Manager | 4/17/2023 | Monday | 1 | Discuss Celsius summary for White & Case | Internal Development |
| Nicholas Shaker | Project Manager | 4/23/2023 | Sunday | 1.5 | Selendy Data Request Analysis | Internal Development |
| Nicholas Shaker | Project Manager | 4/24/2023 | Monday | 0.9 | Selendy data request write up | Communications |
| Nicholas Shaker | Project Manager | 4/26/2023 | Wednesday | 1.1 | Selendy Comms explaining coin balances across different dates | Communications |
| Nicholas Shaker | Project Manager | 4/21/2023 | Friday | 0.5 | Billing sync up w/ U Kohli | Internal Development |
| Umber Kohli | Business Operations Manager | 4/21/2023 | Friday | 0.5 | Billing sync up w/ N Shaker | Internal Development |
| Umber Kohli | Business Operations Manager | 4/19/2023 | Wednesday | 8 | Billing reconciliation | Internal Development |
| Bobby MacKinnon | Project Manager | 5/2/2023 | Tuesday | 2 | Weekly UCC Call | Communications |
| Bobby MacKinnon | Project Manager | 5/2/2023 | Tuesday | 2 | Figure Demo + Q&A Call | Communications |

| Name | Title | Date | Day | Hours | Description | Category |
|---|---|---|---|---|---|---|
| Bobby MacKinnon | Project Manager | 5/2/2023 | Tuesday | 4.8 | Provenance Blockchain Research + DD | Internal Development |
| Bryan Young | Vice President | 5/2/2023 | Tuesday | 5.8 | Provenance Blockchain Research, Analysis & Due Dilligence | Internal Development |
| Sarah Cox | Data Scientist | 5/2/2023 | Tuesday | 4.1 | Provenance Blockchain Research + DD | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 5/2/2023 | Tuesday | 1.5 | Review of Provenance Blockchain Analysis | Internal Development |
| Umber Kohli | Project Manager | 5/2/2023 | Tuesday | 2 | Weekly UCC Call | Communications |
| Umber Kohli | Project Manager | 5/2/2023 | Tuesday | 2 | Figure Demo + Q&A Call | Communications |
| Matt Austin | Vice President | 5/15/2023 | Monday | 1.6 | Review monthly timesheets and send to White and Case | Internal Development |
| Umber Kohli | Project Manager | 5/16/2023 | Tuesday | 3 | Billing reconciliation for April | Internal Development |
| Umber Kohli | Project Manager | 5/18/2023 | Thursday | 0.5 | Catch up w/ T Biggs from M3 | Communications |
| Umber Kohli | Project Manager | 5/23/2023 | Tuesday | 1.4 | Weekly UCC Committee Call | Communications |
| Bryan Young | Vice President | 5/26/2023 | Friday | 0.5 | Emails with M3 re company internal wallet transfers | Communications |
| Umber Kohli | Project Manager | 5/26/2023 | Friday | 0.5 | Emails with M3 re company internal wallet transfers | Communications |
| Bryan Young | Vice President | 5/29/2023 | Monday | 1 | Emails with M3 re company internal wallet transfers | Communications |
| Umber Kohli | Project Manager | 5/30/2023 | Tuesday | 0.25 | Meeting with B. Young re open workstreams | Internal Development |
| Umber Kohli | project Manager | 5/29/2023 | Monday | 0.5 | Emails with M3 re company internal wallet transfers | Communications |
| Bryan Young | Vice President | 5/30/2023 | Tuesday | 0.25 | Meeting with U. Kohli re open workstreams | Internal Development |
| Umber Kohli | Project Manager | 5/30/2023 | Tuesday | 0.75 | Call w/ M3 on key deliverables | Communications |
| Matt Lam | Senior Data Scientist | 5/30/2023 | Tuesday | 0.75 | Call w/ M3 on key deliverables | Communications |
| Umber Kohli | Project Manager | 5/30/2023 | Tuesday | 1 | Weekly UCC Call | Communications |
| Matt Lam | Senior Data Scientist | 5/30/2023 | Tuesday | 5 | Analysis on key deliverables | Communications |
| Matt Austin | Vice President | 5/30/2023 | Tuesday | 0.6 | To aggregate reimbursable expenses for monthly billing procedures | Internal Development |
| Umber Kohli | Project Manager | 5/31/2023 | Wednesday | 0.75 | Follow up call w/ M3 on key deliverables | Communications |
| Matt Lam | Senior Data Scientist | 5/31/2023 | Wednesday | 0.75 | Follow up call w/ M3 on key deliverables | Communications |
| Matthew Lam | Senior Data Scientist | 6/1/2023 | Thursday | 4 | Analysis on key deliverables | Internal Development |
| Umber Kohli | Project Manager | 6/2/2023 | Friday | 0.75 | Follow up call w/ M3 on key deliverables | Communications |
| Matthew Lam | Senior Data Scientist | 6/2/2023 | Friday | 0.75 | Follow up call w/ M3 on key deliverables | Communications |
| Umber Kohli | Project Manager | 6/2/2023 | Friday | 0.5 | Call w/ Selendy Gay re: FTX analysis | Communications |
| Umber Kohli | Project Manager | 6/5/2023 | Monday | 0.25 | Alignment w/ M Lam on requests from Selendy Gay | Communications |
| Matthew Lam | Senior Data Scientist | 6/5/2023 | Monday | 0.25 | Alignment w/ U Kohli on requests from Selendy Gay | Communications |
| Umber Kohli | Project Manager | 6/7/2023 | Wednesday | 0.25 | Meeting w/ Selendy Gay to discuss requests for FTX analysis | Communications |
| Matthew Lam | Senior Data Scientist | 6/7/2023 | Wednesday | 0.25 | Meeting w/ Selendy Gay to discuss requests for FTX analysis | Communications |
| Alex Mologoko | Senior Blockchain Expert | 6/12/2023 | Monday | 7.5 | CEL Token Report: Buybacks Analysis | Internal Development |
| Alex Mologoko | Senior Blockchain Expert | 6/13/2023 | Tuesday | 4.7 | CEL Token Report: Buybacks Historical Valuation | Internal Development |
| Alex Mologoko | Senior Blockchain Expert | 6/14/2023 | Wednesday | 8 | CEL Token Report: Buybacks Report | Internal Development |
| Alex Mologoko | Senior Blockchain Expert | 6/15/2023 | Thursday | 3.9 | CEL Token Report: Buybacks Report | Internal Development |
| Alex Mologoko | Senior Blockchain Expert | 6/15/2023 | Thursday | 0.5 | Elementus / M3 - Daily Call w/ M Lam, Truman et al | Communications |
| Alex Mologoko | Senior Blockchain Expert | 6/16/2023 | Friday | 1 | Celsius - CEL Token Findings call w/ W&C | Communications |
| Bryan Young | Vice President | 6/16/2023 | Friday | 1 | Call with A. Colodny at WC, M. Galka, M. Lam, A.Mologoko at Elementus, T. Biggs at M3 re Cel token manipulation | Communications |
| Bryan Young | Vice President | 6/17/2023 | Saturday | 3.5 | Preparation of documentation on Elementus Methodologies for Declatation | Communications |
| Bryan Young | Vice President | 6/19/2023 | Monday | 2.2 | Review and documentation of FTX CEL trades for W/C. | Communications |
| Matt Austin | Vice President | 6/19/2023 | Monday | 1.25 | Review monthly timesheets and send to W&C | Administrative |
| Alex Mologoko | Senior Blockchain Expert | 6/18/2023 | Sunday | 5.5 | OTC Wallets report for M3 | Internal Development |
| Alex Mologoko | Senior Blockchain Expert | 6/19/2023 | Monday | 1.5 | OTC Wallets report for M3 | Internal Development |
| Matthew Lam | Senior Data Scientist | 6/19/2023 | Monday | 5 | Examine ftx data for cel manipulation | Internal Development |
| Alex Mologoko | Senior Blockchain Expert | 6/20/2023 | Tuesday | 0.5 | Project Hornet - M3 Catch-Up Call | Communications |
| Umber Kohli | Project Manager | 6/20/2023 | Tuesday | 0.5 | Project Hornet - M3 Catch-Up Call | Communications |
| Matthew Lam | Senior Data Scientist | 6/15/2023 | Thursday | 1 | M3 Call | Communications |
| Matthew Lam | Senior Data Scientist | 6/16/2023 | Friday | 1 | Call to discuss CEL token findings | Communications |
| Matthew Lam | Senior Data Scientist | 6/20/2023 | Tuesday | 2 | Explore part 1 of the ftx data | Internal Development |
| Umber Kohli | Project Manager | 6/20/2023 | Tuesday | 1.1 | Weekly UCC Call | Communications |
| Alex Mologoko | Senior Blockchain Expert | 6/20/2023 | Tuesday | 4.7 | OTC Wallets report for M3 (BTC) | Internal Development |
| Umber Kohli | Project Manager | 6/20/2023 | Tuesday | 0.9 | Call w/ Selendy Gay re: Elementus declarations | Communications |
| Bryan Young | Vice President | 6/20/2023 | Tuesday | 0.9 | Call w/ Selendy Gay re: Elementus declarations | Communications |
| Max Galka | CEO/Chief Data Scientist | 6/20/2023 | Tuesday | 0.9 | Call w/ Selendy Gay re: Elementus declarations | Communications |
| Matthew Lam | Senior Data Scientist | 6/20/2023 | Tuesday | 0.9 | Call w/ Selendy Gay re: Elementus declarations | Communications |
| Alex Mologoko | Senior Blockchain Expert | 6/21/2023 | Wednesday | 6.1 | OTC Wallets report for M3 (BTC) | Internal Development |
| Umber Kohli | Project Manager | 6/21/2023 | Wednesday | 0.9 | Follow up call w/ Selendy Gay re: Elementus declarations | Communications |
| Bryan Young | Vice President | 6/21/2023 | Wednesday | 0.9 | Follow up call w/ Selendy Gay re: Elementus declarations | Communications |
| Max Galka | CEO/Chief Data Scientist | 6/21/2023 | Wednesday | 0.9 | Follow up call w/ Selendy Gay re: Elementus declarations | Communications |
| Bryan Young | Vice President | 6/21/2023 | Wednesday | 1.5 | Research Drafting and Review of Galka Declaration | Administrative |
| Max Galka | CEO/Chief Data Scientist | 6/21/2023 | Wednesday | 0.5 | Drafting and Review of Galka Declaration | Administrative |
| Umber Kohli | Project Manager | 6/27/2023 | Tuesday | 1.9 | Weekly UCC Call | Communications |
| Max Galka | CEO/Chief Data Scientist | 6/28/2023 | Wednesday | 4 | Onsite for the Magic hearing- expert witness at court in the event there were questions about the Magic declaration. | Communications |
| Matt Austin | Vice President | 6/30/2023 | Friday | 0.75 | Aggregate and review monthly expenses | Administrative |

## Exhibit C

**Invoices with Time Records and Expense Detail**



## Expense Allocation Detail – March 2023

| Description | Total Cost | Celsius UCC | Notes |
|---|---|---|---|
| Amazon Web Services Costs | $43,680.16 | 21840.08 | 50% allocated to Celsius UCC |
| Google Cloud Platform | 10,808.73 | 5,404.37 | 50% allocated to Celsius UCC |
| Google Voice | 110.41 | 55.21 | 50% allocated to Celsius UCC |
| Asana – Project Management | 829.90 | 414.95 | 50% allocated to Celsius UCC |
| Atlassian – Project Management | 331.97 | 165.99 | 50% allocated to Celsius UCC |
| Microsoft 365 Subscriptions | 94.40 | 94.40 | |
| Miro | 60.14 | 30.07 | 50% allocated to Celsius UCC |
| Bryan Cave Leighton Paisner – legal fees | 12,135.00 | 12,135.00 | |
| **Other Expenses Totals** | **$55,915.71** | **$40,140.06** | |



Account number:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Bill to Address:
ATTN: Matthew Austin
347 5th Avenue
Suite 1402-337
New York , NY , 10016 , US

# Amazon Web Services, Inc. Invoice

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/

## Invoice Summary

| | |
|---|---|
| Invoice Number: | 1298119405 |
| Invoice Date: | April 2 , 2023 |
| **TOTAL AMOUNT DUE ON April 2 , 2023** | **$43,680.16** |

## This invoice is for the billing period March 1 - March 31 , 2023

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

## Summary

| | |
|---|---|
| **AWS Service Charges** | **$43,680.16** |
| Charges | $43,679.12 |
| Credits | $0.00 |
| Tax | $1.04 |
| **Total for this invoice** | **$43,680.16** |

## Detail for Consolidated Bill

| | |
|---|---|
| **Amazon Managed Workflows for Apache Airflow** | **$550.73** |
| Charges | $550.73 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Simple Storage Service** | **$4,405.47** |
| Charges | $4,405.47 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Lambda** | **$0.16** |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle , WA  98109-5210 , US



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO

Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 26692 | | |
|---------|-------|------|--------|
| DATE | Apr 6, 2023 | TERMS | Net 30 |
| DUE DATE | May 6, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| **GCP Consumption**<br>March Google Cloud Platform Consumption | 1 | $9,927.65 | $9,927.65 |

| | |
|-----------|-------------|
| SUBTOTAL | $9,927.65 |
| TAX | $881.08 |
| TOTAL DUE | $10,808.73 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**

Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**

Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ▮▮▮▮
ABA Number: ▮▮▮▮
Company ID# ▮▮▮▮ (if needed)

*If you are sending payment from outside of the US, please contact
us at billing@suitebriar.com for your payment options.

**Pay by Check**

Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO
Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 26193 | | |
|---|---|---|---|
| DATE | Mar 9, 2023 | TERMS | Net 30 |
| DUE DATE | Apr 8, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Google Voice Standard**<br>February License Usage (20% off discount) | 5 | $16.00 | $80.00 |
| **Google Taxes and Fees**<br>Federal Regulatory Assessment Fee $0.83<br>Federal Universal Service Fund $12.52<br>Local 911 Surcharge $4<br>Local Gross Receipts Tax $1.86<br>Local sales tax (0.375%) $0.37<br>Local sales tax (4.5%) $4.39<br>New York MTA Surcharge on Excise Tax $0.48<br>State Excise Tax $2.05<br>State sales tax (4%) $3.91 | 1 | $30.41 | $30.41 |

| | |
|---|---|
| SUBTOTAL | $110.41 |
| TOTAL DUE | $110.41 |

## PAYMENT & REMITTANCE INFORMATION



**Pay by Client Portal**
Suitebriar Client Portal

**Pay by Wire or ACH (US domestic only)**
Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ██████
ABA Number: ██████
Company ID# ██████ (if needed)

*If you are sending payment from outside of the US, please contact
us at billing@suitebriar.com for your payment options.

**Pay by Check**
Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685

# asana

✓ **Customer Invoice**

For Billing Inquiries email us at: Customer-Service@asana.com

| | |
|---|---|
| **Account #** | ██████████ |
| **Invoice #** | INV01890027 |
| **PO #** | |
| **Billed On** | Apr. 7, 2023 |
| **Currency** | USD |
| **Terms** | Due on receipt |
| **Due On** | Apr. 7, 2023 |

**Bill To**

Matthew Austin - elementus.io
Matthew Austin
347 Fifth Ave ,Suite 1402-337
New York , New York 10016
United States
maustin@elementus.io

**Ship To**

Matthew Austin - elementus.io
Matthew  Austin
347 Fifth Ave , Suite 1402-337
New York , New York 10016
United States

| Dates | Description | Qty | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| Apr. 7, 2023 to May. 6, 2023 | Business (Monthly)-v4 | 25 | 762.25 | 67.65 | 829.90 |

| | |
|---|---|
| **Subtotal** | 762.25 |
| **Tax** | 67.65 |
| **Invoice Total** | 829.90 |
| **Amount Due** | **0.00** |

| Date | Transaction # | Type | Description | Applied Amount |
|---|---|---|---|---|
| Apr. 7, 2023 | P-02036065 | Payment | | (829.90) |

**Payments:**

Apr. 7, 2023     829.90   Payment  from  Visa ************7125



Asana Inc. - 633 Folsom St. San Francisco, CA 94107  United States

# ▲ ATLASSIAN

# Tax Invoice / Receipt

Atlassian Pty Ltd,
Level 6, 341 George St,
Sydney NSW 2000, Australia
**Tax ID: 53 102 443 916**

**Invoice number:**   IN-000-123-047
**Invoice date:**    Mar 21, 2023

**Bill to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ▮▮▮▮▮▮▮▮

**Sold to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ▮▮▮▮▮▮▮

## RECEIPT

| | |
|---|---|
| Invoice Total: | USD 331.97 |
| Amount paid via credit card: | USD 331.97 |
| **Payment due:** | **USD 0.00** |
| Credit Card Number: | xxxxxxxxxxxx7247 |
| Cardholder's Name: | Matthew Austin |

Thank you for your payment!

To learn how to manage subscriptions and billing for your cloud products, read
https://support.atlassian.com/subscriptions-and-billing/resources/

To manage billing for your cloud products, visit https://admin.atlassian.com/billing

**ATLASSIAN**

**Tax Invoice / Receipt**

| S.no. | Product | List price | Discounts | Amount excl. tax | Tax | Amount |
|---|---|---|---|---|---|---|
| 1 | **Jira Software (Cloud, Standard, Monthly, Default List, USD, 10-2022)** 19 users | USD 147.25 | | USD 147.25 | USD 13.07 (8.875% Sales Tax) | USD 160.32 |
| | **Billing period:** Mar 20, 2023 - Apr 20, 2023 **Entitlement number:** E-3TS-MHX-XPS-VCT **Licensed to:** maustin@elementus.io | | | | | |
| 2 | **Enterprise Mail Handler for Jira (JEMH) Cloud Standard MONTHLY USD COMMERCIAL** 19 users | USD 47.50 | | USD 47.50 | USD 4.22 (8.875% Sales Tax) | USD 51.72 |
| | **Billing period:** Mar 20, 2023 - Apr 20, 2023 **Entitlement number:** E-3X5-ZZ2-WU6-UE4 **Licensed to:** maustin@elementus.io | | | | | |

**ATLASSIAN**

# Tax Invoice / Receipt

| S.no. | Product | List price | Discounts | Amount excl. tax | Tax | Amount |
|---|---|---|---|---|---|---|
| 3 | **Confluence (Cloud, Standard, Monthly, Advantaged (Starter Tier 1), USD, 10-2022)** 18 users <br><br> **Billing period:** Mar 20, 2023 - Apr 20, 2023 **Entitlement number:** E-3TS-MHX-XPS-HP3 **Licensed to:** maustin@elementus.io | USD 103.50 | | USD 103.50 | USD 9.19 (8.875% Sales Tax) | USD 112.69 |
| 4 | **Issue Reminders Cloud Standard MONTHLY USD COMMERCIAL** 19 users <br><br> **Billing period:** Mar 20, 2023 - Apr 20, 2023 **Entitlement number:** E-3XG-U5P-MQE-EG6 **Licensed to:** maustin@elementus.io | USD 6.65 | | USD 6.65 | USD 0.59 (8.875% Sales Tax) | USD 7.24 |

|  |  |
|---|---|
| Total amount excl. tax | USD 304.90 |
| Total tax applied | USD 27.07 |
| *(8.875% Sales Tax)* | |
| **Total billed amount** | **USD 331.97** |
| ## Total amount paid | ## USD 331.97 |
| Payment due | USD 0.00 |

 **Microsoft**

# Invoice

April 2023
Invoice Date: 04/02/2023
Invoice Number: E0300MUW9U
Due Date: 04/02/2023
**94.40 USD**

**Sold-To**
Elementus
347 5th Ave
SUITE 1402-337
New York ny 10016-5010
United States

**Bill-To**
Elementus
347 5th Ave
Ste 1402-337
New York ny 10016-5010
United States

**Service Usage Address**
Elementus
150 E 57th St, 29A
New York ny 10022
United States

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 86.69 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | 879f2084-91ab-42bd-9558-ee8ffdf2c3d3 | Credits: | 0.00 |
| Billing Period: | 03/02/2023 - 04/01/2023 | Tax: | 7.71 |
| Due Date: | 04/02/2023 | **Total:** | **94.40** |

**Payment Instructions:**     Please DO NOT PAY. You will be charged the amount due through your selected method of payment.

# Invoice

miro

| | |
|---|---|
| **Invoice number** | 5B02943E-0026 |
| Date of issue | March 15, 2023 |
| Date due | March 15, 2023 |

**RealtimeBoard Inc. dba Miro**
201 Spear Street Suite 1100
San Francisco, California 94105
United States
billing_requests@miro.com

US EIN ████████

**Bill to**
Elementus Inc.
347 Fifth Ave, Suite 1402-337
New York, ny 10016
United States
maustin@elementus.io

## $60.14 due March 15, 2023

[Pay online]

To get in contact with our Support team, please reach out to us here https://help.miro.com/hc/en-us/requests/new
All $ amounts shown are in USD unless specified

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| **Remaining time on 23 × Starter_yearly after 28 Feb 2023**<br>Feb 28 – Oct 15, 2023 | 23 | | $1,383.26 |
| **Unused time on 22 × Starter_yearly after 28 Feb 2023**<br>Feb 28 – Oct 15, 2023 | 22 | | -$1,323.12 |
| | | Subtotal | $60.14 |
| | | Total | $60.14 |
| | | **Amount due** | **$60.14** |



EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Elementus Inc.                                            April 12, 2023
Matt Austin                                               Invoice # 11161008
347 Fifth Avenue, Suite 1402-337                         Client # 3011328
NY, NY 10016

                                                         Payment is due upon
                                                                Receipt

## STATEMENT OF ACCOUNT

<u>CURRENT CHARGES FOR MATTER:</u>

   File #3011328.000002
   In re Celsius Network LLC, et al., Case No. 22-10964

      Fees for Legal Services                  $        12,135.00

      TOTAL CHARGES THIS INVOICE                       $    12,135.00

      Amount to be Applied from Trust                  $   (10,000.00)

| **Statement Total** | **$** | **2,135.00** |
|---|---|---|

<u>MONIES ON HAND:</u>

      Trusts                              10,000.00
         Less Amount to be Applied       (10,000.00)
         Total Trust on Hand                          0.00
         TOTAL MONIES ON HAND                    $         0.00

## PAYMENT INSTRUCTIONS

| <u>Check Payment Instructions:</u> | <u>ACH Payment Instructions:</u> | <u>Wire Instructions:</u> |
|---|---|---|
| **Bryan Cave Leighton Paisner LLP**<br>**P.O. Box 503089**<br>**St. Louis, MO  63150-3089** | **ACH to:**<br>**Bank of America**<br>**One Bank of America Plaza**<br>**St. Louis, MO 63101** | **Wire to:**<br>**Bank of America**<br>**One Bank of America Plaza**<br>**St. Louis, MO 63101** |
| **Please return Remittance Advice with<br>payment in the enclosed envelope.** | **Routing #** █████<br>**Account #** █████ | **ABA #** █████<br>**Account #** █████<br>**Swift Codes:**<br>█████ **(incoming US wires)**<br>**(incoming Non-US wires)** |

To verify wiring instructions or for any questions regarding payment confirmations, please call (314) 259-6562.

**Please include the Client, Matter, or Invoice Number with all payments.**

Elementus Inc.

April 12, 2023
Invoice # 11161008
Client # 3011328
Page 2

For Legal Services Rendered Through March 31, 2023

File # 3011328.000002
In re Celsius Network LLC, et al., Case No. 22-10964

| 03/03/23 | B. Ndege | 0.10 | Review email from client regarding meeting. |
| 03/04/23 | B. Ndege | 0.50 | Register for e-filing. |
| 03/06/23 | B. Ndege | 0.30 | Review report from fee examiner. |
| 03/06/23 | B. Ndege | 0.50 | Attend meeting with M. Austin regarding status of case. |
| 03/08/23 | B. Ndege | 0.50 | Review multiple emails and attachments from M. Austin regarding response to fee examiner. |
| 03/13/23 | B. Ndege | 2.30 | Draft letter to fee examiner. |
| 03/14/23 | B. Ndege | 0.20 | Brief review of draft of letter to fee examiner. |
| 03/14/23 | B. Ndege | 0.10 | Review and respond to email by client regarding meeting about letter to fee examiner. |
| 03/14/23 | B. Ndege | 2.10 | Review documents on docket (employment order, retention application, etc.) and draft letter to fee examiner. |
| 03/14/23 | B. Ndege | 0.30 | Review and respond to numerous emails with client. |
| 03/14/23 | B. Ndege | 0.50 | Attend meeting with M. Austin and B. Young regarding response to fee examiner. |
| 03/14/23 | B. Ndege | 0.10 | Review email from client regarding response. |
| 03/15/23 | B. Ndege | 0.10 | Review email from fee examiner regarding response. |
| 03/15/23 | B. Ndege | 0.10 | Review email from client with additional information. |
| 03/16/23 | B. Ndege | 3.90 | Draft response to fee examiner. |
| 03/16/23 | B. Ndege | 0.10 | Email J. J. DeJonker draft of response for review and comments. |
| 03/17/23 | B. Ndege | 0.20 | Review and respond to multiple email with fee examiner's office. |
| 03/17/23 | B. Ndege | 0.10 | Multiple emails with clients regarding sending response to fee examiner. |
| 03/17/23 | B. Ndege | 0.10 | Email J. J. DeJonker regarding response to fee examiner. |
| 03/17/23 | B. Ndege | 0.10 | Phone call with fee examiner's office regarding deadline to respond. |

Elementus Inc.

April 12, 2023
Invoice # 11161008
Client # 3011328
Page 3

---

| 03/17/23 | B. Ndege | 0.10 | Call J. J. DeJonker regarding response to fee examiner. |
| 03/17/23 | J. J. DeJonker | 0.50 | Review and analyze fee examiner report and review and revise correspondence regarding same (.5). |
| 03/18/23 | B. Ndege | 0.10 | Review email from J. J. DeJonker regarding draft of response to fee examiner. |
| 03/18/23 | B. Ndege | 0.20 | Brief review of letter to fee examiner. |
| 03/20/23 | B. Ndege | 0.10 | Email client regarding exhibits to response to fee examiner. |
| 03/20/23 | B. Ndege | 1.10 | Revise letter to fee examiner and compile exhibits. |
| 03/20/23 | B. Ndege | 0.10 | Email letter and exhibits to fee examiner and client. |
| 03/20/23 | B. Ndege | 0.20 | Revise further response letter and exhibits. |
| 03/20/23 | B. Ndege | 0.10 | Discuss with client questions from fee examiner. |
| 03/20/23 | B. Ndege | 0.10 | Review email by client regarding question from fee examiner. |
| 03/20/23 | B. Ndege | 0.10 | Email client regarding status of fee application and read response. |
| 03/21/23 | B. Ndege | 0.40 | Email M. Austin regarding rates for Gunderson. |
| 03/21/23 | B. Ndege | 0.40 | Review fee application exhibits to determine whether we have rates for Gunderson per request of fee examiner. |
| 03/21/23 | B. Ndege | 0.10 | Review message from fee examiners office. |
| 03/21/23 | B. Ndege | 0.30 | Phone call with office of fee examiner regarding fee application matters, |
| 03/21/23 | B. Ndege | 0.10 | Email client regarding Gunderson fees. |
| 03/21/23 | B. Ndege | 0.30 | Review email and attachment from client (and quick comparison to fee application to determine correct amount for Gunderson work). |
| 03/21/23 | B. Ndege | 0.10 | Review and respond to email by fee examiner. |
| 03/27/23 | B. Ndege | 0.30 | Complete form for admission to SDNY to file client fee application. |
| 03/27/23 | B. Ndege | 0.50 | Attend to client matter - admission to SDNY for filing. |
| 03/29/23 | B. Ndege | 0.30 | Attend to SDNY admission matters. |
| 03/31/23 | B. Ndege | 0.10 | Review email re status of fee examiner report. |
| 03/31/23 | B. Ndege | 0.20 | Coordinate meeting regarding fee examiner's report. |



## Expense Allocation Detail – April 2023

| Description | Total Cost | Celsius UCC | Notes |
| --- | --- | --- | --- |
| Amazon Web Services Costs | $52,119.55 | $26,059.78 | 50% allocated to Celsius UCC |
| Google Cloud Platform | 16,986.76 | 8,493.38 | 50% allocated to Celsius UCC |
| Google Voice | 110.41 | 55.21 | 50% allocated to Celsius UCC |
| Asana - Project Management | 829.30 | 414.65 | 50% allocated to Celsius UCC |
| Atlassian - Project Management | 131.46 | 65.73 | 50% allocated to Celsius UCC |
| Microsoft 365 Subscriptions | 81.66 | 40.83 | 50% allocated to Celsius UCC |
| Miro | 49.07 | 24.54 | 50% allocated to Celsius UCC |
| Bryan Cave - Legal fees | 4,563.50 | 2,635.00 | 50% allocated to Celsius UCC |
| **Other Expenses Totals** | **$74,871.71** | **$37,789.11** | |



Account number:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Bill to Address:
ATTN: Matthew Austin
347 5th Avenue
Suite 1402-337
New York , NY , 10016 , US

# Amazon Web Services, Inc. Invoice

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/

## Invoice Summary

| | |
|---|---|
| Invoice Number: | 1320101789 |
| Invoice Date: | May 2 , 2023 |
| **TOTAL AMOUNT DUE ON May 2 , 2023** | **$52,119.55** |

## This invoice is for the billing period April 1 - April 30 , 2023

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

## Summary

| | |
|---|---|
| **AWS Service Charges** | **$52,119.55** |
| Charges | $52,119.00 |
| Credits | $0.00 |
| Tax | $0.55 |
| **Total for this invoice** | **$52,119.55** |

## Detail for Consolidated Bill

| | |
|---|---|
| **Amazon Managed Workflows for Apache Airflow** | **$533.00** |
| Charges | $533.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Simple Storage Service** | **$4,142.18** |
| Charges | $4,142.18 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Lambda** | **$0.00** |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle , WA  98109-5210 , US



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO

Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 27277 | | |
|---|---|---|---|
| DATE | May 6, 2023 | TERMS | Net 30 |
| DUE DATE | Jun 5, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **GCP Consumption**<br>April Google Cloud Platform Consumption | 1 | $15,602.08 | $15,602.08 |

| | |
|---|---|
| SUBTOTAL | $15,602.08 |
| TAX | $1,384.68 |
| TOTAL DUE | $16,986.76 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**

Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**

Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number:
ABA Number:
Company ID#              (if needed)

*If you are sending payment from outside of the US, please contact
us at billing@suitebriar.com for your payment options.

**Pay by Check**

Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO    Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 26805 | | |
|---|---|---|---|
| DATE | Apr 9, 2023 | TERMS | Net 30 |
| DUE DATE | May 9, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Google Voice Standard**<br>March License Usage (20% off discount) | 5 | $16.00 | $80.00 |
| **Google Taxes and Fees**<br>Federal Regulatory Assessment Fee $0.83<br>Federal Universal Service Fund $12.52<br>Local 911 Surcharge $4<br>Local Gross Receipts Tax $1.86<br>Local sales tax (0.375%) $0.37<br>Local sales tax (4.5%) $4.39<br>New York MTA Surcharge on Excise Tax $0.48<br>State Excise Tax $2.05<br>State sales tax (4%) $3.91 | 1 | $30.41 | $30.41 |

| | |
|---|---|
| SUBTOTAL | $110.41 |
| TOTAL DUE | $110.41 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**

Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**

Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ▮▮▮▮
ABA Number: ▮▮▮▮
Company ID# ▮▮▮▮ (if needed)

*If you are sending payment from outside of the US, please contact
us at billing@suitebriar.com for your payment options.

**Pay by Check**

Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685

**asana**

✓ **Customer Invoice**

For Billing Inquiries email us at: Customer-Service@asana.com

| | |
|---|---|
| **Account #** | ███████ |
| **Invoice #** | INV01968385 |
| **PO #** | |
| **Billed On** | May. 7, 2023 |
| **Currency** | USD |
| **Terms** | Due on receipt |
| **Due On** | May. 7, 2023 |

**Bill To**
Matthew Austin - elementus.io
Matthew Austin
347 Fifth Ave ,Suite 1402-337
New York , New York 10016
United States
maustin@elementus.io

**Ship To**
Matthew Austin - elementus.io
Matthew  Austin
347 Fifth Ave , Suite 1402-337
New York , New York 10016
United States

| Dates | Description | Qty | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| May. 7, 2023 to Jun. 6, 2023 | Business (Monthly)-v4 | 25 | 762.25 | 67.65 | 829.90 |

| | |
|---|---|
| **Subtotal** | 762.25 |
| **Tax** | 67.65 |
| **Invoice Total** | 829.90 |
| **Amount Due** | **0.00** |

| Date | Transaction # | Type | Description | Applied Amount |
|---|---|---|---|---|
| May. 7, 2023 | P-02122487 | Payment | | (829.90) |

**Payments:**

May. 7, 2023    829.90  Payment  from Visa ************7125



Asana Inc. - 633 Folsom St. San Francisco, CA 94107  United States

# ATLASSIAN

# Tax Invoice / Receipt

Atlassian Pty Ltd,
Level 6, 341 George St,
Sydney NSW 2000, Australia
**Tax ID:** ▬▬▬▬▬▬▬

**Invoice number:**   IN-000-175-470
**Invoice date:**   Apr 21, 2023

**Bill to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ▬▬▬▬▬

**Sold to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ▬▬▬▬▬

## RECEIPT

| | |
|---|---|
| Invoice Total: | USD 131.46 |
| Amount paid via credit card: | USD 131.46 |
| **Payment due:** | **USD 0.00** |
| Credit Card Number: | xxxxxxxxxxxx7247 |
| Cardholder's Name: | Matthew Austin |

Thank you for your payment!

To learn how to manage subscriptions and billing for your cloud products, read
https://support.atlassian.com/subscriptions-and-billing/resources/

To manage billing for your cloud products, visit https://admin.atlassian.com/billing

**ATLASSIAN**

# Tax Invoice / Receipt

| S.no. | Product | List price | Discounts | Amount excl. tax | Tax | Amount |
|---|---|---|---|---|---|---|
| 1 | **Confluence (Cloud, Standard, Monthly, Advantaged (Starter Tier 1), USD, 2023)** 21 users **Billing period:** Apr 20, 2023 - May 20, 2023 **Entitlement number:** E-3TS-MHX-XPS-HP3 **Licensed to:** maustin@elementus.io | USD 120.75 | | USD 120.75 | USD 10.71 (8.875% Sales Tax) | USD 131.46 |

|  |  |
|---|---|
| Total amount excl. tax | USD 120.75 |
| Total tax applied | USD 10.71 |
| *(8.875% Sales Tax)* | |
| **Total billed amount** | **USD 131.46** |
| **Total amount paid** | **USD 131.46** |
| Payment due | USD 0.00 |

## Additional notes

- All dates and timestamps on the invoice are as per Coordinated Universal Time (UTC) timezone.

 **Microsoft**

# Invoice

May 2023
Invoice Date: 05/02/2023
Invoice Number: E0300N9WP1
Due Date: 05/02/2023
**81.66 USD**

| **Sold-To** | **Bill-To** | **Service Usage Address** |
|---|---|---|
| Elementus | Elementus | Elementus |
| 347 5th Ave | 347 5th Ave | 150 E 57th St, 29A |
| SUITE 1402-337 | Ste 1402-337 | New York ny 10022 |
| New York ny 10016-5010 | New York ny 10016-5010 | United States |
| United States | United States | |

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 75.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | 879f2084-91ab-42bd-9558-ee8ffdf2c3d3 | Credits: | 0.00 |
| Billing Period: | 04/02/2023 - 05/01/2023 | Tax: | 6.66 |
| Due Date: | 05/02/2023 | **Total:** | **81.66** |

**Payment Instructions:**    Please DO NOT PAY. You will be charged the amount due through your selected method of payment.

# Receipt



| | |
|---|---|
| **Invoice number** | 5B02943E-0027 |
| **Receipt number** | 2311-6801 |
| **Date paid** | April 15, 2023 |
| **Payment method** | Visa - 8226 |

**RealtimeBoard Inc. dba Miro**
201 Spear Street Suite 1100
San Francisco, California 94105
United States
billing_requests@miro.com

US EIN ▮▮▮▮▮▮▮

**Bill to**
Elementus Inc.
347 Fifth Ave, Suite 1402-337
New York, ny 10016
United States
maustin@elementus.io

## $49.07 paid on April 15, 2023

To get in contact with our Support team, please reach out to us here https://help.miro.com/hc/en-us/requests/new
All $ amounts shown are in USD unless specified

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Remaining time on 24 × Starter_yearly after 11 Apr 2023<br>Apr 11 – Oct 15, 2023 | 24 | | $1,177.77 |
| Unused time on 23 × Starter_yearly after 11 Apr 2023<br>Apr 11 – Oct 15, 2023 | 23 | | −$1,128.70 |
| | | Subtotal | $49.07 |
| | | Total | $49.07 |
| | | **Amount paid** | **$49.07** |



EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Elementus Inc.                                          May 10, 2023
Matt Austin                                            Invoice # 11167905
347 Fifth Avenue, Suite 1402-337                       Client # 3011328
NY, NY 10016

                                                       Payment  is  due  upon
                                                              Receipt

## STATEMENT OF ACCOUNT

**BALANCE FORWARD:**

| | | | | |
|---|---|---|---|---|
| Balance per Statement Dated April 12, 2023 | $ | 12,135.00 | | |
| Payments and Other Credits | $ | (10,000.00) | | |
| BALANCE FORWARD | | | $ | 2,135.00 |

**CURRENT CHARGES FOR MATTER:**

File #3011328.000002
In re Celsius Network LLC, et al., Case No. 22-10964

| | | |
|---|---|---|
| Fees for Legal Services | $ | 2,635.00 |

| | | |
|---|---|---|
| **TOTAL CHARGES THIS INVOICE** | **$** | **2,635.00** |

| | | |
|---|---|---|
| Statement Total Including Balance Forward | $ | 4,770.00 |

Please be advised that BCLP will be undergoing a finance system replacement in June.  Any June invoice may be slightly delayed as a result.

## PAYMENT INSTRUCTIONS

**Check Payment Instructions:**

**Bryan Cave Leighton Paisner LLP**
**P.O. Box 503089**
**St. Louis, MO  63150-3089**

**Please return Remittance Advice with payment in the enclosed envelope.**

**ACH Payment Instructions:**

**ACH to:**
**Bank of America**
**One Bank of America Plaza**
**St. Louis, MO  63101**

**Routing #** ▓▓▓▓▓▓▓▓
**Account #** ▓▓▓▓▓▓▓▓

**Wire Instructions:**

**Wire to:**
**Bank of America**
**One Bank of America Plaza**
**St. Louis, MO  63101**
**ABA #** ▓▓▓▓▓▓▓▓
**Account #** ▓▓▓▓▓▓▓▓
**Swift Codes:**
▓▓▓▓▓▓ **(incoming US wires)**
▓▓▓▓▓▓ **(incoming Non-US wires)**

To verify wiring instructions or any questions regarding payment confirmations, please call (314) 259-6562.

**Please include the Client, Matter, or Invoice Number with all payments.**

Elementus Inc.

May 10, 2023
Invoice # 11167905
Client # 3011328
Page 2

For Legal Services Rendered Through April 30, 2023

File # 3011328.000002
In re Celsius Network LLC, et al., Case No. 22-10964

| 04/03/23 | B. Ndege | 0.10 | Review email from M. Austin. |
| 04/03/23 | B. Ndege | 0.20 | Review email from fee examiner regarding proposal to disallow fees. |
| 04/03/23 | J. J. DeJonker | 0.30 | Exchange emails with N. Hahn, et al, regarding settlement of fee claim objection and brief review of original objection and response correspondence (.3). |
| 04/05/23 | B. Ndege | 0.70 | Meeting with client regarding fee examiner report. |
| 04/05/23 | B. Ndege | 0.30 | Attend to billing matters. |
| 04/05/23 | B. Ndege | 0.10 | Review and respond to fee examiner. |
| 04/05/23 | J. J. DeJonker | 0.20 | Exchange emails with N. Hahn, et al, regarding application for payment/proposed reduction (.2). |
| 04/07/23 | B. Ndege | 0.50 | Attend to bankruptcy matters. |
| 04/07/23 | B. Ndege | 0.10 | Review email from M. Austin regarding filings and revised time sheet entries. |
| 04/13/23 | B. Ndege | 0.30 | Review pleadings on docket and entry by fee examiner regarding resolution of fee issues. |
| 04/13/23 | B. Ndege | 0.10 | Review email from client regarding next steps. |
| 04/14/23 | B. Ndege | 0.10 | Review email from fee examiner. |
| 04/14/23 | B. Ndege | 0.30 | Speak with fee examiner regarding payment of fees. |
| 04/14/23 | B. Ndege | 0.60 | Review motion and docket, email client fee examiner motion, and explain next steps. |
| 04/14/23 | B. Ndege | 0.10 | Review email from M. Austin regarding next steps. |

## TIMEKEEPER SUMMARY OF FEES

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| B. Ndege | 3.50 | 610.71 | 2,137.50 |
| J. J. DeJonker | 0.50 | 995.00 | 497.50 |
| TOTAL | 4.00 | 658.75 | 2,635.00 |

Total Hours                                4.00

Elementus Inc.

May 10, 2023
Invoice # 11167905
Client # 3011328
Page 3

---

Total Fees for Legal Services $ 2,635.00

TOTAL CHARGES FOR THIS INVOICE $ 2,635.00



## Expense Allocation Detail – May 2023

| Description | Total Cost | Celsius UCC | Notes |
|---|---|---|---|
| Amazon Web Services Costs | $46,363.37 | $23,181.69 | 50% allocated to Celsius UCC |
| Google Cloud Platform | 14,103.75 | 7,051.88 | 50% allocated to Celsius UCC |
| Google Voice | 108.79 | 54.40 | 50% allocated to Celsius UCC |
| Asana - Project Management | 829.90 | 414.95 | 50% allocated to Celsius UCC |
| Atlassian - Project Management | 131.46 | 65.73 | 50% allocated to Celsius UCC |
| Microsoft 365 Subscriptions | 81.66 | 40.83 | 50% allocated to Celsius UCC |
| Miro | 38.06 | 19.03 | 50% allocated to Celsius UCC |
| Bryan Cave - Legal fees | $2,635.00 | 2,635.00 | 50% allocated to Celsius UCC |
| **Other Expenses Totals** | **$64,291.99** | **$33,463.50** | |



Account number:

Bill to Address:
ATTN: Matthew Austin
347 5th Avenue
Suite 1402-337
New York , NY , 10016 , US

# Amazon Web Services, Inc. Invoice

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/
Submit feedback on your Invoice Experience here.

## Invoice Summary

| | |
|---|---|
| Invoice Number: | 1347833729 |
| Invoice Date: | June 2 , 2023 |
| **TOTAL AMOUNT DUE ON June 2 , 2023** | **$46,363.37** |

## This invoice is for the billing period May 1 - May 31 , 2023

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

## Summary

| | |
|---|---|
| **AWS Service Charges** | **$46,363.37** |
| Charges | $46,323.52 |
| Credits | $0.00 |
| Tax | $39.85 |
| **Total for this invoice** | **$46,363.37** |

## Detail for Consolidated Bill

| | |
|---|---|
| **Amazon Managed Workflows for Apache Airflow** | **$572.00** |
| Charges | $572.00 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Simple Storage Service** | **$3,940.46** |
| Charges | $3,940.46 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Lambda** | **$0.00** |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle , WA  98109-5210 , US

1



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO

Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 27875 | | |
|---|---|---|---|
| DATE | Jun 6, 2023 | TERMS | Net 30 |
| DUE DATE | Jul 6, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **GCP Consumption**<br>May Google Cloud Platform Consumption | 1 | $12,954.08 | $12,954.08 |

| | |
|---|---|
| SUBTOTAL | $12,954.08 |
| TAX | $1,149.67 |
| TOTAL DUE | $14,103.75 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**

Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**

Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ████████
ABA Number: ████████
Company ID# ████████ (if needed)

*If you are sending payment from outside of the US, please contact us at billing@suitebriar.com for your payment options.

**Pay by Check**

Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO    Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 28003 | | |
|---|---|---|---|
| DATE | Jun 9, 2023 | TERMS | Net 30 |
| DUE DATE | Jul 9, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Google Voice Standard**<br>May License Usage (20% off discount) | 5 | $16.00 | $80.00 |
| **Google Taxes and Fees**<br>State sales tax (4%) $3.86<br>Local sales tax (4.5%) $4.32<br>Local sales tax (0.375%) $0.36<br>Federal Regulatory Assessment Fee $0.83<br>Federal Universal Service Fund $11.14<br>Local 911 Surcharge $4<br>Local Gross Receipts Tax $1.82<br>New York MTA Surcharge on Excise Tax $0.46<br>State Excise Tax $2 | 1 | $28.79 | $28.79 |

| SUBTOTAL | $108.79 |
|---|---|
| TOTAL DUE | $108.79 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**
Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**
Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number:
ABA Number:
Company ID#                    (if needed)

*If you are sending payment from outside of the US, please contact
us at billing@suitebriar.com for your payment options.

**Pay by Check**
Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685

# asana

# Customer Invoice

**For billing inquiries email us at:** customer-service@asana.com

| **Bill To** | **Ship To** | **Account #** | ▮▮▮▮▮ |
|---|---|---|---|
| Matthew Austin - elementus.io | Matthew Austin - elementus.io | **Invoice #** | INV02046969 |
| **Matthew Austin** | **Matthew Austin** | **PO #** | |
| 347 Fifth Ave,Suite 1402-337 | 347 Fifth Ave,Suite 1402-337 | **Billed On** | Jun 07, 2023 |
| New York, New York  10016 | New York, New York  10016 | **Currency** | USD |
| United States | United States | **Payment Term** | Due on receipt |
| maustin@elementus.io | | **Due On** | Jun 07, 2023 |

**Your VAT ID**:

| Date | Description | Quantity | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| Jun 07, 2023 to Jul 06, 2023 | Business (Monthly)-Recurring Fee | 25 | 762.25 | 67.65 | 829.90 |

| Tax Name | Tax Rate | Tax Amount |
|---|---|---|
| METROPOLITAN COMMUTER TRANSPORTATION DISTRICT | 0.375% | 2.86 |
| NEW YORK | 4.500% | 34.30 |
| NEW YORK | 4.000% | 30.49 |

**Customer Notes:**

| | |
|---|---|
| **Subtotal:** | 762.25 |
| **Tax:** | 67.65 |
| **Total:** | 829.90 |
| **Payment Due:** | 0.00 |

| Date | Transaction Number | Type | Description | Applied Amount |
|---|---|---|---|---|
| Jun 07, 2023 | P-02209664 | Payment | | -$829.90 |

Payment Method: ************7125

**Note:** Please add your invoice number(s) and account number to your payments to ensure timely processing.

asana    Asana, Inc. 633 Folsom St. San Francisco, CA 94107 United States

**ATLASSIAN**

# Tax Invoice / Receipt

Atlassian Pty Ltd,
Level 6, 341 George St,
Sydney NSW 2000, Australia
**Tax ID:** ████████████

| | |
|---|---|
| **Invoice number:** | IN-000-229-035 |
| **Invoice date:** | May 21, 2023 |

**Bill to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ███████

**Sold to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ███████

---

## RECEIPT

| | |
|---|---|
| Invoice Total: | USD 131.46 |
| Amount paid via credit card: | USD 131.46 |
| **Payment due:** | **USD 0.00** |
| Credit Card Number: | xxxxxxxxxxxx7247 |
| Cardholder's Name: | Matthew Austin |

Thank you for your payment!

---

To learn how to manage subscriptions and billing for your cloud products, read
https://support.atlassian.com/subscriptions-and-billing/resources/

To manage billing for your cloud products, visit https://admin.atlassian.com/billing

---

Got questions? Contact us: https://www.atlassian.com/contact

▲ ATLASSIAN                                          Tax Invoice / Receipt

| S.no. | Product | List price | Discounts | Amount excl. tax | Tax | Amount |
|---|---|---|---|---|---|---|
| 1 | **Confluence (Cloud, Standard, Monthly, Advantaged (Starter Tier 1), USD, 2023)** 21 users **Billing period:** May 20, 2023 - Jun 20, 2023 **Entitlement number:** E-3TS-MHX-XPS-HP3 **Licensed to:** maustin@elementus.io | USD 120.75 | | USD 120.75 | USD 10.71 (8.875% Sales Tax) | USD 131.46 |

|  |  |
|---|---|
| Total amount excl. tax | USD 120.75 |
| Total tax applied | USD 10.71 |
| *(8.875% Sales Tax)* | |
| **Total billed amount** | **USD 131.46** |
| **Total amount paid** | **USD 131.46** |
| Payment due | USD 0.00 |

## Additional notes

- All dates and timestamps on the invoice are as per Coordinated Universal Time (UTC) timezone.

Got questions? Contact us: https://www.atlassian.com/contact                          Page 2 of 2

 **Microsoft**

# Invoice

June 2023
Invoice Date: 06/02/2023
Invoice Number: E0300NOXKF
Due Date: 06/02/2023
**81.66 USD**

**Sold-To**
Elementus
347 5th Ave
SUITE 1402-337
New York ny 10016-5010
United States

**Bill-To**
Elementus
347 5th Ave
Ste 1402-337
New York ny 10016-5010
United States

**Service Usage Address**
Elementus
150 E 57th St, 29A
New York ny 10022
United States

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 75.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | 879f2084-91ab-42bd-9558-ee8ffdf2c3d3 | Credits: | 0.00 |
| Billing Period: | 05/02/2023 - 06/01/2023 | Tax: | 6.66 |
| Due Date: | 06/02/2023 | **Total:** | **81.66** |

**Payment Instructions:** Please DO NOT PAY. You will be charged the amount due through your selected method of payment.

# Receipt



| | |
|---|---|
| **Invoice number** | 5B02943E-0028 |
| **Receipt number** | 2367-7247 |
| **Date paid** | June 15, 2023 |
| **Payment method** | Visa - 8226 |

**RealtimeBoard Inc. dba Miro**
201 Spear Street Suite 1100
San Francisco, California 94105
United States
billing_requests@miro.com

US EIN ▓▓▓▓▓▓

**Bill to**
Elementus Inc.
347 Fifth Ave, Suite 1402-337
New York, ny 10016
United States
maustin@elementus.io

## $38.06 paid on June 15, 2023

To get in contact with our Support team, please reach out to us here https://help.miro.com/hc/en-us/requests/new
All $ amounts shown are in USD unless specified

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Remaining time on 25 × Starter_yearly after 23 May 2023<br>May 23 – Oct 15, 2023 | 25 | | $951.52 |
| Unused time on 24 × Starter_yearly after 23 May 2023<br>May 23 – Oct 15, 2023 | 24 | | -$913.46 |
| | | Subtotal | $38.06 |
| | | Total | $38.06 |
| | | **Amount paid** | **$38.06** |

BRYAN
CAVE
LEIGHTON
PAISNER  **BCLP**

BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
T: +1 312 602 5000
F: +1 312 602 5050
www.bclplaw.com
Employer ID # 43-0602162

Elementus Inc.
Matt Austin
347 Fifth Avenue, Suite 1402-337
New York, NY 10016
**PAYMENT IS DUE UPON RECEIPT**

| | |
|---|---|
| Invoice | 1002302607 |
| Date | Jun 30 2023 |
| Our Ref | J. J. DeJonker \| 3011328.000002 |

---

STATEMENT OF ACCOUNT

Re: In re Celsius Network LLC, et al., Case No. 22-10964

For legal services rendered through May 31 2023

CURRENT CHARGES FOR MATTER:

| | | |
|---|---|---|
| Total Fees | USD | 532.00 |
| **TOTAL CHARGES THIS INVOICE** | **USD** | **532.00** |
| Statement Total | USD | 532.00 |

PAYMENT INSTRUCTIONS

Check Payment Instructions:
Bryan Cave Leighton Paisner LLP
P.O. Box 503089
St. Louis, MO  63150-3089

Please return Remittance Advice with
payment in the enclosed envelope.

ACH Payment Instructions:
ACH to:
    Bank of America
    One Bank of America Plaza
    St. Louis, MO  63101

    Routing #
    Account #

Wire Instructions:
Wire to:
    Bank of America
    One Bank of America Plaza
    St. Louis, MO  63101
    ABA #
    Account #
Swift Codes:
        (incoming US wires)
        (incoming Non-US wires)

To verify wiring instructions or for any questions regarding payment confirmations, please call (314) 259-6562.
**Please include the Client, Matter, or Invoice Number with all payments.**

Invoice No       1002302607
Date              Jun 30 2023
Matter No        3011328.000002
Client Name     Elementus Inc.
Page              2



## Professional Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/25/23 | B. Ndege | 0.20 | Communication from fee examiner with final letter report. |
| 05/26/23 | B. Ndege | 0.10 | Email clients regarding communication from fee examiner. |
| 05/30/23 | B. Ndege | 0.20 | Correspondence with client regarding fee examiner letter. |
| 05/31/23 | B. Ndege | 0.30 | Confer with client regarding fee examiner report. |
| Total |  | 0.80 | |

## TIMEKEEPER SUMMARY OF FEES

| Name | Title | Billed Hours | Billed Amount |
|------|-------|--------------|---------------|
| B. Ndege | Associate | 0.80 | 532.00 |
| Total |  | 0.80 | USD 532.00 |

BRYAN
CAVE
LEIGHTON BCLP
PAISNER

**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark Street, Suite 4300
Chicago, IL 60601–3315
T: +1 312 602 5000
F: +1 312 602 5050
**www.bclplaw.com**
Employer ID # 43–0602162

Elementus Inc.
Matt Austin
347 Fifth Avenue, Suite 1402–337
New York, NY 10016
**PAYMENT IS DUE UPON RECEIPT**

| | |
|---|---|
| Invoice | 1002302607 |
| Date | Jun 30 2023 |
| Our Ref | J. J. DeJonker \| 3011328.000002 |

---

Remittance Advice

**Re: In re Celsius Network LLC, et al., Case No. 22–10964**

For legal services rendered through May 31 2023

CURRENT CHARGES FOR MATTER:

| | | |
|---|---|---|
| Total Fees | USD | 532.00 |
| **TOTAL CHARGES THIS INVOICE** | **USD** | **532.00** |
| Statement Total | USD | 532.00 |

PAYMENT INSTRUCTIONS

Check Payment Instructions:
Bryan Cave Leighton Paisner LLP
P.O. Box 503089
St. Louis, MO  63150-3089

Please return Remittance Advice with
payment in the enclosed envelope.

ACH Payment Instructions:
ACH to:
    Bank of America
    One Bank of America Plaza
    St. Louis, MO  63101

    Routing #
    Account #

Wire Instructions:
Wire to:
    Bank of America
    One Bank of America Plaza
    St. Louis, MO  63101
    ABA #
    Account #
    Swift Codes:
     (incoming US wires)
     (incoming Non-US wires)

To verify wiring instructions or for any questions regarding payment confirmations, please call (314) 259-6562.
**Please include the Client, Matter, or Invoice Number with all payments.**



## Expense Allocation Detail – June 2023

| Description | Total Cost | Celsius UCC | Notes |
|---|---|---|---|
| Amazon Web Services Costs | $52,575.30 | $26,287.65 | 50% allocated to Celsius UCC |
| Google Cloud Platform | 16,003.96 | 8,001.98 | 50% allocated to Celsius UCC |
| Google Voice | 108.79 | 54.40 | 50% allocated to Celsius UCC |
| Asana - Project Management | 829.90 | 414.95 | 50% allocated to Celsius UCC |
| Atlassian - Project Management | 131.46 | 65.73 | 50% allocated to Celsius UCC |
| Microsoft 365 Subscriptions | 81.66 | 40.83 | 50% allocated to Celsius UCC |
| Miro | 31.75 | 15.88 | 50% allocated to Celsius UCC |
| Kaiko quarterly data subscription tax expense | $399.38 | 199.69 | 50% allocated to Celsius UCC |
| Bryan Cave - Legal fees | $4,853.00 | 4,853.00 | |
| **Other Expenses Totals** | **$75,015.20** | **$39,934.10** | |



# Amazon Web Services, Inc. Invoice

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/
Submit feedback on your Invoice Experience here.

Account number:

Bill to Address:
ATTN: Matthew Austin
347 5th Avenue
Suite 1402-337
New York , NY , 10016 , US

## Invoice Summary

| | |
|---|---|
| Invoice Number: | 1371705225 |
| Invoice Date: | July 2 , 2023 |
| **TOTAL AMOUNT DUE ON July 2 , 2023** | **$52,575.30** |

## This invoice is for the billing period June 1 - June 30 , 2023

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

### Summary

| | |
|---|---|
| **AWS Service Charges** | **$52,575.30** |
| Charges | $52,510.92 |
| Credits | $0.00 |
| Tax | $64.38 |
| **Total for this invoice** | **$52,575.30** |

### Detail for Consolidated Bill

| | |
|---|---|
| **Amazon Simple Storage Service** | **$4,147.07** |
| Charges | $4,147.07 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Managed Workflows for Apache Airflow** | **$543.58** |
| Charges | $543.58 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Lambda** | **$0.00** |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210, US

1



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO

Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 28474 | | |
|---|---|---|---|
| DATE | Jul 6, 2023 | TERMS | Net 30 |
| DUE DATE | Aug 5, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **GCP Consumption**<br>June Google Cloud Platform Consumption | 1 | $14,699.39 | $14,699.39 |

| | |
|---|---|
| SUBTOTAL | $14,699.39 |
| TAX | $1,304.57 |
| TOTAL DUE | $16,003.96 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**

Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**

Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ▮▮▮▮▮▮
ABA Number: ▮▮▮▮▮▮▮
Company ID# ▮▮▮▮▮▮ (if needed)

*If you are sending payment from outside of the US, please contact
us at billing@suitebriar.com for your payment options.

**Pay by Check**

Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO    Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 28003 | | |
| --- | --- | --- | --- |
| DATE | Jun 9, 2023 | TERMS | Net 30 |
| DUE DATE | Jul 9, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **Google Voice Standard** <br> May License Usage (20% off discount) | 5 | $16.00 | $80.00 |
| **Google Taxes and Fees** <br> State sales tax (4%) $3.86 <br> Local sales tax (4.5%) $4.32 <br> Local sales tax (0.375%) $0.36 <br> Federal Regulatory Assessment Fee $0.83 <br> Federal Universal Service Fund $11.14 <br> Local 911 Surcharge $4 <br> Local Gross Receipts Tax $1.82 <br> New York MTA Surcharge on Excise Tax $0.46 <br> State Excise Tax $2 | 1 | $28.79 | $28.79 |

| | |
| --- | --- |
| SUBTOTAL | $108.79 |
| PAYMENTS | $108.79 |
| TOTAL DUE | $0.00 |

PAID
OFFLINE/MANUAL
ACH Elementus
PAYING BILL
28003

# asana

# Customer Invoice

**For billing inquiries email us at:** customer-service@asana.com

| | | | |
|---|---|---|---|
| **Bill To** | **Ship To** | **Account #** | ▮▮▮▮▮ |
| Matthew Austin - elementus.io | Matthew Austin - elementus.io | **Invoice #** | INV02046969 |
| **Matthew Austin** | **Matthew Austin** | **PO #** | |
| 347 Fifth Ave,Suite 1402-337 | 347 Fifth Ave,Suite 1402-337 | **Billed On** | Jun 07, 2023 |
| New York, New York  10016 | New York, New York  10016 | **Currency** | USD |
| United States | United States | **Payment Term** | Due on receipt |
| maustin@elementus.io | | **Due On** | Jun 07, 2023 |

**Your VAT ID**:

| Date | Description | Quantity | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| Jun 07, 2023 to Jul 06, 2023 | Business (Monthly)-Recurring Fee | 25 | 762.25 | 67.65 | 829.90 |

| Tax Name | Tax Rate | Tax Amount |
|---|---|---|
| METROPOLITAN COMMUTER TRANSPORTATION DISTRICT | 0.375% | 2.86 |
| NEW YORK | 4.500% | 34.30 |
| NEW YORK | 4.000% | 30.49 |

**Customer Notes:**

| | |
|---|---|
| **Subtotal:** | 762.25 |
| **Tax:** | 67.65 |
| **Total:** | 829.90 |
| **Payment Due:** | 0.00 |

| Date | Transaction Number | Type | Description | Applied Amount |
|---|---|---|---|---|
| Jun 07, 2023 | P-02209664 | Payment | | -$829.90 |

Payment Method: ************7125

**Note:** Please add your invoice number(s) and account number to your payments to ensure timely processing.

asana    Asana, Inc. 633 Folsom St. San Francisco, CA 94107 United States

# ▲ ATLASSIAN

**Tax Invoice / Receipt**

Atlassian Pty Ltd,
Level 6, 341 George St,
Sydney NSW 2000, Australia
**Tax ID: 53 102 443 916**

**Invoice number:** IN-000-292-202
**Invoice date:** Jun 21, 2023

---

**Bill to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ▮▮▮▮▮▮▮▮▮

**Sold to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ▮▮▮▮▮▮▮

---

## RECEIPT

| | |
|---:|---|
| Invoice Total: | USD 131.46 |
| Amount paid via credit card: | USD 131.46 |
| **Payment due:** | **USD 0.00** |
| Credit Card Number: | xxxxxxxxxxxx7247 |
| Cardholder's Name: | Matthew Austin |

Thank you for your payment!

---

To learn how to manage subscriptions and billing for your cloud products, read
https://support.atlassian.com/subscriptions-and-billing/resources/

To manage billing for your cloud products, visit https://admin.atlassian.com/billing

---

# Tax Invoice / Receipt

| S.no. | Product | List price | Discounts | Amount excl. tax | Tax | Amount |
|---|---|---|---|---|---|---|
| 1 | **Confluence (Cloud, Standard, Monthly, Advantaged (Starter Tier 1), USD, 2023)** 21 users **Billing period:** Jun 20, 2023 - Jul 20, 2023 **Entitlement number:** E-3TS-MHX-XPS-HP3 **Licensed to:** maustin@elementus.io | USD 120.75 | | USD 120.75 | USD 10.71 (8.875% Sales Tax) | USD 131.46 |

|  |  |
|---|---|
| Total amount excl. tax | USD 120.75 |
| Total tax applied | USD 10.71 |
| *(8.875% Sales Tax)* | |
| **Total billed amount** | **USD 131.46** |
| ## Total amount paid | ## USD 131.46 |
| Payment due | USD 0.00 |

## Additional notes

- All dates and timestamps on the invoice are as per Coordinated Universal Time (UTC) timezone.

 **Microsoft**

# Invoice

July 2023
Invoice Date: 07/02/2023
Invoice Number: E0300O2TM1
Due Date: 07/02/2023
**81.66 USD**

**Sold-To**
Elementus
347 5th Ave
SUITE 1402-337
New York ny 10016-5010
United States

**Bill-To**
Elementus
347 5th Ave
Ste 1402-337
New York ny 10016-5010
United States

**Service Usage Address**
Elementus
150 E 57th St, 29A
New York ny 10022
United States

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 75.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | 879f2084-91ab-42bd-9558-ee8ffdf2c3d3 | Credits: | 0.00 |
| Billing Period: | 06/02/2023 - 07/01/2023 | Tax: | 6.66 |
| Due Date: | 07/02/2023 | **Total:** | **81.66** |

**Payment Instructions:**    Please DO NOT PAY. You will be charged the amount due through your selected method of payment.

# Receipt



| | |
|---|---|
| **Invoice number** | 5B02943E-0029 |
| **Receipt number** | 2968-2486 |
| **Date paid** | July 15, 2023 |
| **Payment method** | Visa - 8226 |

**RealtimeBoard Inc. dba Miro**
201 Spear Street Suite 1100
San Francisco, California 94105
United States
billing_requests@miro.com

US EIN ▆▆▆▆▆▆▆▆

**Bill to**
Elementus Inc.
347 Fifth Ave, Suite 1402-337
New York, ny 10016
United States
maustin@elementus.io

## $31.75 paid on July 15, 2023

To get in contact with our Support team, please reach out to us here https://help.miro.com/hc/en-us/requests/new
All $ amounts shown are in USD unless specified

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Remaining time on 26 × Starter_yearly after 16 Jun 2023<br>Jun 16 – Oct 15, 2023 | 26 | | $825.64 |
| Unused time on 25 × Starter_yearly after 16 Jun 2023<br>Jun 16 – Oct 15, 2023 | 25 | | -$793.89 |
| | | Subtotal | $31.75 |
| | | Total | $31.75 |
| | | **Amount paid** | **$31.75** |

Invoice No      1002306894
Date            Jul 20 2023
Matter No       3011328.000002
Client Name     Elementus Inc.
Page            2



## Professional Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/31/23 | B. Ndege | 0.10 | Email fee examiner regarding Elementus second fee application. |
| 06/05/23 | B. Ndege | 0.10 | Review email from client with information for letter to fee examiner. |
| 06/08/23 | B. Ndege | 1.10 | Draft response to fee examiner. |
| 06/09/23 | J. Hitchings | 0.50 | Review and revise draft letter to fee examiner. |
| 06/09/23 | B. Ndege | 5.40 | Draft response to fee examiner. |
| Total | | 7.20 | |

## TIMEKEEPER SUMMARY OF FEES

| Name | Title | Billed Hours | Billed Amount |
|------|-------|--------------|---------------|
| J. Hitchings | Counsel | 0.50 | 397.50 |
| B. Ndege | Associate | 6.70 | 4,455.50 |
| Total | | 7.20 | USD 4,853.00 |