**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>NOTICE OF SECOND INTERIM FEE APPLICATION</u>

**TO:**    the Debtors; counsel to the Debtors; the U.S. Trustee; counsel to the Fee Examiner; the Fee Examiner; and all parties requesting notice pursuant to Bankruptcy Rule 2002.[2]

**PLEASE TAKE NOTICE** that Gornitzky & Co. has filed the attached *Second Interim Fee Application of Gornitzky & Co. for Compensation for Services Rendered and Reimbursement of Expenses as Israeli Counsel to the Official Committee of Unsecured Creditors of Celsius Network LLC,* et al., *for the Period from March 1, 2023 through June 30, 2023* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that, if any party other than the United States Trustee or the Fee Examiner wishes to file a response or objection to the Application, any such responses or objections must be filed on or before **September 5, 2023 at 12:00 p.m. (Prevailing Eastern Time)**. At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that the U.S. Trustee and the Fee Examiner shall be entitled to review, and potentially object to, the Application by a later date pursuant to the fee review schedule set forth in the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1746] or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any objections are timely filed in accordance with this Notice, a hearing on the Application will be held at a date and time convenient to the Court.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Capitalized terms used, but not defined, in this notice shall have the meaning ascribed to them in the attached Application.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of Page Left Intentionally Blank*]

Dated:   August 14, 2023                    Respectfully submitted,
         New York, New York

/s/ Gregory F. Pesce
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
        sam.hershey@whitecase.com
        jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
        gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## COVERSHEET FOR SECOND INTERIM FEE APPLICATION OF GORNITZKY & CO. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ISRAELI COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF <u>MARCH 1, 2023 THROUGH JUNE 30, 2023</u>

| | |
|---|---|
| **Name of Applicant:** | Gornitzky & Co. |
| **Name of Client:** | Official Committee of Unsecured Creditors |
| **Petition Date:** | July 13, 2022 |
| **Retention Date:** | December 20, 2022, effective as of November 2, 2022 |
| **Date of Order Approving Retention:** | December 20, 2022 [Docket No. 1760] |
| **Time Period Covered by Application:** | March 1, 2023 – June 30, 2023 |
| **Total Fees Requested in This Application:** | $7,309.58 |
| **Total Expenses Requested in This Application:** | $0.00 |
| **Total Fees and Expenses Requested in This Application:** | $7,309.58 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

### Summary of Monthly Fee Statements for the Second Interim Period

None.

### Prior Interim Compensation Orders

*Second Omnibus Order Granting Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the First and Second Interim Compensation Periods from July 13, 2022 through October 31, 2022 and November 1, 2022 through February 28, 2023* [Docket No. 3055].

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### SECOND INTERIM FEE APPLICATION OF GORNITZKY & CO. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ISRAELI COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MARCH 1, 2023 THROUGH JUNE 30, 2023

Gornitzky & Co. ("**Gornitzky**"), Israeli Counsel for the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the cases of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby files its Application (the "**Application**") for allowance of reasonable compensation for services rendered and reimbursement of actual and necessary expenses incurred on behalf of the Committee in the aggregate amount of $7,309.58 for the period of March 1, 2023 through June 30, 2023 (the "**Second Interim Period**").

### JURISDICTION, VENUE, AND STATUTORY PREDICATES

1.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue before this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2.      The statutory bases for the relief requested herein are sections 328, 330, 331, and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-l(a) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), General Order M-447, the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases pursuant to Local Rule 2016-1(a) (as updated June 17, 2013)* (the "**Local Guidelines**"), and the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "**U.S. Trustee Guidelines**" and, together with the Local Guidelines, the "**Guidelines**"). Attached hereto as **<u>Exhibit A</u>** is a certification regarding compliance with the Local Guidelines.

## <u>BACKGROUND</u>

3.      On July 13, 2022 (the "**Petition Date**"), Celsius Network LLC and certain affiliates each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code, and, on December 7, 2022, GK8 Ltd., GK8 USA LLC, and GK8 UK Limited each commenced voluntary chapter 11 cases with this Court (collectively, the "**Chapter 11 Cases**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On July 27, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the Committee, which is comprised of seven members, each of whom holds

crypto (or digital) assets through the Celsius platform [Docket No. 241]. The Committee's goal is

to maximize the recoveries of account holders and unsecured creditors, as more fully stated in *The*

*Official Committee of Unsecured Creditors' Statement Regarding These Chapter 11 Cases*

[Docket No. 390]. On September 14, 2022, the Court entered an order approving the appointment

of Shoba Pillay as examiner pursuant to section 1104(d) of the Bankruptcy Code [Docket No. 923].

On October 20, 2022, the Court entered an order appointing the Hon. Christopher Sontchi as fee

examiner (the "**Fee Examiner**") pursuant to section 105(a) of the Bankruptcy Code [Docket No.

1151], later amended at [Docket No. 1746].

5.      On November 7, 2022 the Committee filed its *Application For Entry of an Order*

*Authorizing the Employment and Retention of Gornitzky & Co. as Israeli Counsel Effective as of*

*November 2, 2022* [Docket No. 1298] (the "**Retention Application**").

6.      By order entered on December 20, 2022 [Docket No. 1760] (the "**Retention**

**Order**"), the Court approved the Retention Application and authorized the Committee to retain

Gornitzky, effective as of November 2, 2022, to serve as its Israeli Counsel in these Chapter 11

Cases. The Retention Order approved Gornitzky's compensation under section 328(a) of the

Bankruptcy Code, subject to the standards of review under sections 330 and 331 of the Bankruptcy

Code. Retention Order ¶ 3.

## SUMMARY OF MONTHLY STATEMENTS

7.      On June 8, 2023, the Court entered the *First Amended Order (I) Establishing*

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*

*and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**").

Pursuant to the Interim Compensation Procedures, Gornitzky is authorized to file and serve

monthly fee statements ("**Monthly Statements**") on the Monthly Fee Statement Recipients (as

defined in the Interim Compensation Procedures). If no objections are raised prior to the expiration

of the applicable objection deadline established by the Interim Compensation Procedures, the

Debtors are authorized to pay 80% of the fees and 100% of the expenses identified in such Monthly

Statement.

8.    Gornitzky didn't file Monthly Statements during the Second Interim Period.

## SUMMARY OF PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES REQUESTED BY THIS APPLICATION

9.    By this Application, Gornitzky seeks interim allowance and award of compensation

for the professional services rendered by Gornitzky as Israeli Counsel to the Committee during the

Second Interim Period with regard to Gornitzky's fees for legal services in the amount of

$7,309.58, representing actual and necessary expenses incurred by Gornitzky during the Second

Interim Period in connection with rendering such services.

10.    **Exhibit B** to this Application sets forth a timekeeper summary that includes: (a) the

name and title of each individual who provided services during the Second Interim Period; (b) the

aggregate hours spent by each individual for which compensation is sought by Gornitzky; (c) the

hourly billing rate for each such individual; and (d) the amount of fees for each such individual for

which compensation is sought by Gornitzky.

11.    Due to the relatively limited scope of services that Gornitzky rendered to the

Committee, Gornitzky did not use project categories for the fees incurred.

12.    The underlying detail regarding services rendered is attached hereto as **Exhibit C**.

13.    Gornitzky provided a copy of this Application to the Committee prior to filing, and

a copy will be served on the U.S. Trustee and the Fee Examiner contemporaneously with filing. Gornitzky will work with the parties to address any comments and requested modifications to the amounts requested herein during the Fee Examiner's review period.

### SUMMARY OF SERVICES RENDERED
### DURING THE SECOND INTERIM PERIOD

14.    All services for which Gornitzky requests compensation were performed during the Second Interim Period on behalf of the Committee. During the Second Interim Period, Gornitzky mainly engaged in correspondence with the examiner and his inquiries re Israeli tax issues.

15.    The fees charged by Gornitzky have been billed in accordance with the Retention Order and Gornitzky's engagement letter with the Committee and are comparable to those fees charged by Gornitzky for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Gornitzky submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in Israel.

### THE REQUESTED COMPENSATION SHOULD BE ALLOWED

16.    The Retention Order approved Gornitzky's compensation under sections 328(a), 330, and 331 of the Bankruptcy Code.

17.    Section 330 of the Bankruptcy Code provides for the award of compensation to professionals. 11 U.S.C. § 330. Section 330, by its terms, is "subject to" the provisions of section 328 of the Bankruptcy Code. Pursuant to section 328(a) of the Bankruptcy Code, the Committee:

> [M]ay employ or authorize the employment of a professional person under section 327 . . . of [the Bankruptcy Code] on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis. Notwithstanding such terms and conditions, the court may allow compensation different from

> the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

11 U.S.C. § 328(a). Accordingly, section 328(a) of the Bankruptcy Code permits the compensation of professionals, including legal advisors, on flexible terms that reflect the nature of their services and prevailing market conditions for those services.

18.    If a court has entered an order authorizing a professional's employment that "pre-approves the terms and conditions of the retention under section 328(a)," the court's "power to amend those terms is severely constrained." *In re Smart World Techs., LLC*, 552 F.3d 228, 232-33 (2d Cir. 2009). In that circumstance, the court may apply only the "improvident" standard of section 328(a) in any later review of such professional's requested compensation. *Id.*

19.    Under the section 328(a) standard, a bankruptcy court wishing to render a previously-approved fee arrangement "improvident" must find that there have been "developments not capable of being anticipated at the time of the fixing of the terms and conditions" of the engagement. 11 U.S.C. § 328(a). It is not enough that developments in a case are simply unforeseen. *See In re Smart World Techs., LLC*, 552 F.3d at 234-35.

20.    Here, Gornitzky submits that the services for which it seeks compensation and the expenses for which it seeks reimbursement in this Application were necessary for, and beneficial to, the Committee and the Debtors' estates. During the Second Interim Period, Gornitzky worked diligently to preserve and maximize the value of the Debtors' estates for the benefit of all account holders and general unsecured creditors. In addition, the compensation requested in this Application is in accordance with the terms of Gornitzky's engagement letter as approved by the

Retention Order pursuant to section 328(a) of the Bankruptcy Code, and no unforeseeable developments have arisen during the Chapter 11 Cases that would render the approval of Gornitzky's fees to have been "improvident" within the meaning of section 328(a) of the Bankruptcy Code.

21.    Accordingly, Gornitzky requests that the Court allow Gornitzky compensation and reimbursement of expenses in the amounts set forth herein. To the extent that any amounts for fees or expenses related to the Second Interim Period were not processed prior to the preparation of this Application, Gornitzky reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

## NOTICE

22.    The Committee will provide notice of this Application to the following parties or their respective counsel: (a) the U.S. Trustee; (b) the Debtors; (c) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (d) the United States Attorney's Office for the Southern District of New York; (e) the Internal Revenue Service; (f) the offices of the attorneys general in the states in which the Debtors operate; (g) the Securities and Exchange Commission; (h) the Fee Examiner; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002.

23.    Gornitzky submits that, in light of the nature of the relief requested, no other or further notice need be given.

## CONCLUSION

24.    Gornitzky respectfully requests that the Court enter an order (i) authorizing the interim allowance of compensation for professional services rendered during the Second Interim Period and reimbursement of actual and necessary expenses incurred in the aggregate amount of

$7,309.58, representing 100% of fees incurred during the Second Interim Period, (ii) providing that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to Gornitzky's right to seek additional compensation for services rendered and expenses incurred during the Second Interim Period which were not processed at the time of the filing of this Application, (iii) directing payment by the Debtors of the difference between the amounts allowed and any amounts previously paid by the Debtors pursuant to the Interim Compensation Procedures, and (iv) granting such other or further relief as the Court deems just and proper. Gornitzky will confer with the Fee Examiner with respect to a proposed form of order after the conclusion of the Fee Examiner's review period for this Application under the Interim Compensation Procedures.

[*Remainder of Page Left Intentionally Blank*]

Dated:    August 14, 2023                    Respectfully submitted,
          Tel Aviv, Israel


                                             */s/ Amnon Biss*
                                             Amnon Biss
                                             Partner
                                             Gornitzky & Co.

**EXHIBIT A**

**Guidelines Certification**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS
FOR PROFESSIONALS IN RESPECT OF THE APPLICATION OF GORNITZKY &
CO. FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS ISRAELI COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FROM MARCH 1, 2023 TO AND INCLUDING JUNE 30, 2023**

I, Amnon Biss, hereby certify that:

1.    I am a partner of the firm of Gornitzky & Co. ("**Gornitzky**"), an Israeli law firm located in the Vitania Tel-Aviv Tower, 20 Haharash St. TLV Israel 6761310. I am a member in good standing of the Israeli bar since 2013. There are no disciplinary proceedings pending against me in any jurisdiction.

2.    This certification is made in respect of Gornitzky's compliance with the Local Guidelines in connection with Gornitzky's Application[2] attached hereto filed contemporaneously herewith for interim compensation and reimbursement of expenses for the period commencing March 1, 2023 through June 30, 2023.  The information in this certification is true and correct to

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used, but not defined, shall have the meaning ascribed to them in the attached Application.

the best of my knowledge, information, and belief.

    3.    In respect of Section B.1 of the Local Guidelines, I certify that:

    a.  I have read the Application;

    b.  To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application;

    c.  Except to the extent that fees or disbursements are prohibited by the Local Guidelines, the fees and disbursements sought by the Application are billed at rates and in accordance with practices customarily employed by Gornitzky and generally accepted by Gornitzky's clients; and

    d.  In providing any reimbursable service, Gornitzky did not make a profit on such service, whether performed by Gornitzky in-house or through a third party.

Dated: August 14, 2023

                                               */s/ Amnon Biss*
                                               Amnon Biss
                                               Partner
                                               Gornitzky & Co.

## **Exhibit B**

### **Summary of Hours and Total Fees by Professional**

| Name | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Maya Ben Meir | Senior Associate | 1.5 | $350 | $    525.00 |
| Amnon Biss | Partner | 2 | $450 | $    900.00 |
| David Goldman | Partner | 1.75 | $450 | $    787.50 |
| Yuval Sheer | Associate | 13.45 | $300 | $ 4,035.00 |
| Total Hours | | 18.7 | | $ 6,247.50 |

## **EXHIBIT C**

**Services Detail**

**GORNITZKY**

VAT No.: 557294543

| | |
|---|---|
| To: | Client VAT No.: |
| GK8 Ltd | Date: | 01/08/2023 |
| | Client ID: | 9350 |

# Invoice for Legal Services No. 71494

Statement of account for period between March 1, 2023 – June 30, 2023.
For the representation as Israeli counsel of the unsecured creditors committee of Celsius, including in the sale of Celsius Israeli subsidiary, GK8, to Galaxy.

| Type | Amount before VAT | VAT | Total Due |
|---|---|---|---|
| Fees | $6,247.50 | $1,062.08 | $7,309.58 |
| | **$6,247.50** | **$1,062.08** | **$7,309.58** |

| | |
|---|---|
| **Invoice Total** | $7,309.58 |
| **Paid on account** | $0.00 |
| **Total amount due** | **$7,309.58** |

Please arrange to make payment to our account according to the following details:
Gornitzky & Co., Advocates, Bank Hapoalim B.M., Main Branch No.12-170
50 Rothschild Blvd., Tel Aviv, Israel. Account No. ▮
Swift Code: ▮ ; IBAN: ▮ .
Please include the number of the invoice, upon payment.

Yours sincerely,

**Gornitzky & Co., Advocates**


gornitzky.com

Gornitzky & Co., Advocates | Vitania Tel-Aviv Tower, 20 HaHarash St., TLV Israel
Zip: 6761310 | **Tel:** +972-3-7109191 | **Fax:** +972-3-5606555 | **Email:** office@gornitzky.com | **EST. 1938**

1



Date Created:

01/08/2023

# Detailed by Report

## the unsecured creditors committee of Celsius - 9350

the unsecured creditors committee of Celsius - General - 43076

| Date | Name | Description | Billable Hours | Rate | Total |
|---|---|---|---|---|---|
| 28/03/2023 | Yuval Sheer | Review and analyze fee issues | 0.50 | $300.00 | $150.00 |
| 13/04/2023 | Amnon Biss | Review and revise Fee Application | 2.00 | $450.00 | $900.00 |
| 15/04/2023 | Yuval Sheer | Review and analyze fee issues | 0.50 | $300.00 | $150.00 |
| 17/04/2023 | Yuval Sheer | Call with white and case counsel to address fee application issues; correspondence re same | 0.50 | $300.00 | $150.00 |
| 18/04/2023 | Yuval Sheer | review and analyze fee application issues; draft documents re same | 1.00 | $300.00 | $300.00 |
| 19/04/2023 | Yuval Sheer | review and analyze fee application issues; draft interim application | 0.75 | $300.00 | $225.00 |
| 20/04/2023 | Yuval Sheer | review and revise interim application; call with Amnon B. to review statement | 0.75 | $300.00 | $225.00 |
| 23/04/2023 | Yuval Sheer | review and analyze fee issues | 0.50 | $300.00 | $150.00 |
| 24/04/2023 | Yuval Sheer | review and analyze fee application issues | 0.50 | $300.00 | $150.00 |
| 07/05/2023 | Yuval Sheer | review and analyze fee application issues | 0.00 | $300.00 | $0.00 |
| 07/05/2023 | Yuval Sheer | review and analyze fee application issues | 0.50 | $300.00 | $150.00 |
| 26/05/2023 | Yuval Sheer | Review and analyze examiner's letter; review and analyze fee application issues | 0.50 | $300.00 | $150.00 |
| 28/05/2023 | Yuval Sheer | Call with Amnon B and Maya B pertaining to the examiner's letter; internal correspondence re tax law issues | 0.70 | $300.00 | $210.00 |
| 29/05/2023 | Yuval Sheer | review and analyze fee application issues | 0.50 | $300.00 | $150.00 |
| 31/05/2023 | Yuval Sheer | ;Draft letter to Examiner Review of VAT regulations; correspond with White and Case re same | 1.50 | $300.00 | $450.00 |
| 01/06/2023 | Yuval Sheer | Internal correspondence re letter to examiner | 0.25 | $300.00 | $75.00 |
| 04/06/2023 | David Goldman | Review and analyze VAT issues | 1.00 | $450.00 | $450.00 |

 

| Date | Name | Description | Billable Hours | Rate | Total |
|------|------|-------------|----------------|------|-------|
| 04/06/2023 | Yuval Sheer | Calls and correspondence with David G. re VAT charges; calls and correspondence with Amnon B. re same; draft letter to examiner re; review and analyze VAT issues | 2.50 | $300.00 | $750.00 |
| 05/06/2023 | David Goldman | Review and analyze VAT issues | 0.75 | $450.00 | $337.50 |
| 05/06/2023 | Yuval Sheer | Review and revise letter to examiner; correspondence re same | 2.00 | $300.00 | $600.00 |
| 14/06/2023 | Maya Ben Meir | Internal meeting re case; review and analyze fee statements | 0.75 | $350.00 | $262.50 |
| 18/06/2023 | Maya Ben Meir | Review time entries for fee application; internal calls and correspondence re same | 0.75 | $350.00 | $262.50 |
| | | **Total** | **18.70** | | **$6,247.50** |

**Note: The above amounts do not include VAT**

gornitzky.com

Gornitzky & Co., Advocates | Vitania Tel-Aviv Tower, 20 HaHarash St., TLV Israel
Zip: 6761310 | Tel: +972-3-7109191 | Fax: +972-3-5606555 | Email: office@gornitzky.com | EST. 1938

2