Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF**
**PATRICK J. NASH, JR. IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING**
**THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP**
**AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR**
**THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JULY 13, 2022**

I, Patrick J. Nash, Jr., being duly sworn, state the following under penalty of perjury:

1.      I am the president of Patrick J. Nash, Jr., P.C., a partner of the law firm of

Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, Illinois 60654, and a partner of

Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP,

collectively, "Kirkland").  I am a member in good standing of the Bar of the State of Illinois, and

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I have been admitted to practice in the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern District of Illinois, and the United States District Court for the Eastern District of Michigan.  There are no disciplinary proceedings pending against me.

## Background

2.      On July 13, 2022 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a petition with this Court under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  On August 4, 2022, the Debtors filed an application to employ and retain Kirkland as counsel for the Debtors [Docket No. 360] (the "Application")[2] pursuant to sections 327(a) and 330 of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules").  My declaration in support of the Application (the "Original Declaration") was attached to the Application as Exhibit B.  On October 11, 2022, the Debtors filed an unredacted version of the Application [Docket No. 1024].

3.      On August 30, 2022, in connection with the Application, I submitted the *First Supplemental Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 629] (the "First Supplemental Declaration") and on December 16, 2022, I submitted the *Second Supplemental Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland*

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

*& Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 1731] (the "Second Supplemental Declaration" and, together with the Original Declaration and the First Supplemental Declaration, the "Prior Declarations") in accordance with Bankruptcy Rules 2014(a) and 2016(b).

4.      I submit this supplemental declaration on behalf of Kirkland (the "Third Supplemental Declaration") in further support of the Application and to supplement the disclosures set forth in the Prior Declarations in accordance with Bankruptcy Rules 2014(a) and 2016(b) and as required under the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 845] (the "Retention Order").  Unless otherwise stated in this Third Supplemental Declaration, I have personal knowledge of the facts set forth herein.

**Additional Disclosures**

5.      This Third Supplemental Declaration makes certain additional disclosures.

6.      As I stated in the Prior Declarations, Kirkland has searched its electronic database of representations for connections to parties in interest in these chapter 11 cases. Certain connections were disclosed in the Prior Declarations.  Since the filing of the Prior Declarations, Kirkland has updated those conflicts searches and has searched additional parties in interest in these chapter 11 cases of whom Kirkland has become aware.  In addition to the entities searched and disclosed in the Prior Declarations, Kirkland has searched its electronic database for the entities listed on **Schedule 1** attached hereto.  The following is a list of the additional categories that Kirkland has searched:[3]

---

[3]    Kirkland's inclusion of parties in the following schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

| Schedule | Category |
|---|---|
| 1(a) | Bankruptcy Judges & Staff |
| 1(b) | Bankruptcy Professionals |
| 1(c) | Claims Objections |
| 1(d) | Insurance |
| 1(e) | Notice of Appearance / Pro Hac Vice |
| 1(f) | Ordinary Course Professionals |
| 1(g) | Potential Bidding Parties & Principals |
| 1(h) | Potential Vendors |
| 1(i) | Retail Customers |
| 1(j) | Taxing Authority/Governmental/Regulatory Agencies |
| 1(k) | U.S. Trustee Office |
| 1(l) | UCC Professionals |
| 1(m) | Vendors |

7.      I have included the results of Kirkland's conflicts searches of the entities included in the above-listed categories on **Schedule 2** to this Third Supplemental Declaration.[4]  In addition, Kirkland re-ran searches in its electronic database for the entities that were previously reviewed in the Prior Declarations.  The results of Kirkland's conflict searches from the entities that were re-run are listed on **Schedule 3**.  All current and prior representations of the parties identified on **Schedule 2** and **Schedule 3** are in matters unrelated to the Debtors and these chapter 11 cases.

8.      Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in the Prior Declarations in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts

---

[4]     As referenced in **Schedule 2** and **Schedule 3**, the term "current" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2** and **Schedule 3**, the term "former" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2** and **Schedule 3**, the term "closed" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former" or "closed" clients for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations unless the circumstances are such in the latter capacity that additional disclosure is required.

9.      As set forth in the Prior Declarations and herein, Kirkland in the past may have represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed in the Prior Declarations and herein) to the Debtors and these chapter 11 cases. None of the representations set forth on **Schedule 2** are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these chapter 11 cases.

10.     Of the entities listed in **Schedule 2** and **Schedule 3**, only four represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on May 31, 2023. These entities are identified on **Exhibit A** attached hereto.  All prior and current representation of the entities listed on **Exhibit A** have been in matters unrelated to the Debtors or these chapter 11 cases.  The entities listed on **Exhibit A** have retained separate counsel to represent them in these chapter 11 cases where necessary.  I do not believe Kirkland's former or current representation of the entities listed on **Exhibit A** preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

(a)      **Specific Disclosures**

11.     As disclosed on **Schedule 2** attached hereto, Kirkland currently represents BlockFi Inc. and various of its subsidiaries and affiliates (collectively, "BlockFi") in its bankruptcy cases.  BlockFi is a current creditor of the Debtors.  Kirkland has not represented, and will not

represent, the Debtors adverse to BlockFi during the pendency of BlockFi's bankruptcy cases. Similarly, Kirkland has not represented, and will not represent, BlockFi adverse to the Debtors during the pendency of these chapter 11 cases. I do not believe that Kirkland's current representation of BlockFi precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

12.     Following the end of the Debtors' auction on May 24, 2023, and the selection of Fahrenheit LLC ("Fahrenheit") as the successful bidder, US Bitcoin Corp. and certain of its affiliates (collectively, "USBTC") retained Kirkland to represent USBTC in a patent infringement litigation brought against USBTC by Lancium LLC ("Lancium"), an entity previously represented by Kirkland attorneys in matters unrelated to these chapter 11 cases. One of Lancium's minority equity owners is NovaWulf Digital Management, one of the bidders at the auction. The lawsuit that was brought by Lancium against USBTC (the "Lancium Lawsuit") was an issue that was raised at the auction, and the final definitive agreements between the Debtors and Fahrenheit included an indemnity by USBTC to NewCo (as defined in the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 2807] (as may be amended, supplemented, or otherwise modified from time to time, the "Plan")) to the extent the outcome of the Lancium Lawsuit has any effect on USBTC's ability to provide services to NewCo. Ethical walls were put in place between the Kirkland attorneys working on these chapter 11 cases, Kirkland attorneys who formerly represented Lancium, and Kirkland attorneys working on the USBTC matter. I do not believe that Kirkland's current representation of USBTC precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code. In particular, I do not believe that the outcome of the Lancium Lawsuit will have any effect on the Debtors or NewCo because of, among other things, (a) the alignment of interests between the Debtors, NewCo

and USBTC in defending against the Lancium Lawsuit, and (b) the indemnity agreed to by
USBTC.

## **Affirmative Statement of Disinterestedness**

13.    Based on the conflicts search conducted to date and described herein, to the best of
my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person"
within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of
the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates,
and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest,
except as may be disclosed in the Prior Declarations and herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated:  August 14, 2023                           Respectfully submitted,

                                                  */s/ Patrick J. Nash, Jr.*
                                                  Patrick J. Nash, Jr.
                                                  as President of Patrick J. Nash, Jr., P.C., as
                                                  Partner of Kirkland & Ellis LLP; and as Partner
                                                  of Kirkland & Ellis International LLP

**SCHEDULE 1**

The following lists contain the names of reviewed entities as described more fully in the *Third Supplemental Declaration of Patrick J. Nash in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* (the "Third Supplemental Declaration"). Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Original Declaration, matching the incomplete or ambiguous name.

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Bankruptcy Judges & Staff |
| 1(b) | Bankruptcy Professionals |
| 1(c) | Claims Objections |
| 1(d) | Insurance |
| 1(e) | Notice of Appearance / Pro Hac Vice |
| 1(f) | Ordinary Course Professionals |
| 1(g) | Potential Bidding Parties & Principals |
| 1(h) | Potential Vendors |
| 1(i) | Retail Customers |
| 1(j) | Taxing Authority/Governmental/Regulatory Agencies |
| 1(k) | U.S. Trustee Office |
| 1(l) | UCC Professionals |
| 1(m) | Vendors |

# SCHEDULE 1(a)

## **Bankruptcy Judges & Staff**

Bentley, Philip
Bonnell, Julia
Pollan, Jennifer

# SCHEDULE 1(b)

## **Bankruptcy Professionals**

A. M. Saccullo Legal LLC
Ernst & Young LLP
Fischer (FBC & Co.)
KE Andrews
Kroll Restructuring
Pepper Hamilton LLP

# SCHEDULE 1(c)

## Claims Objections

A2E
Ahern, Evan
Alisjahbana, Poandy
Alvarez, Zach
Amini, Shahriyar
Anderson, Ryan
Aryan, Tamim
Avedikian, Eddie William
Baltz, Justin
Barry, Joseph
Bhinder, Gurleen
Bisogni, Antonino Francesco
Boyce, Cristina Diane
BrightHouse Networks LLC
Britton, Jeremy
Brooks, Timothy
Bruck, Abraham
Candelore, Craig
Charter Communications Inc.
Chen, Jason
Chenarides, Dean C., II
Ciaravino, Vincenzo James, III
Compagno, Cristian
Contrarian Funds LLC
Corthout, Kim
Crider, Charles
Daniel, Edwin H.
David, Florent
Davidson, Zachary
De Castro, Enrique
De Hoyos, Jeronimo Trevino
De Sousa Janota, Sara Maria
Destiny Ministries International Inc.
Dhanani, Nazir
Dias, Anabelle
Dirk, Arend
Do Kheng Tan
Dobbins, Charles Cody
Donaldson, Kelly
Ellis, Adam James
Evans, Nephi
Fernández, Ágata López

Followill, Cindy
Fong, Raymond
Fuller, Cynthia Lynn
George, Miranda
GFL Environmental Inc.
Gomez, Christopher T.
Gray, Seth
Ham, Tae Yeong
Hamid, Saad
Heisey, Kurt
Hernandez, Nicolas
Hicks, Richard
Hoffmann, Rick
Hoh, Jian Meng
HSM Corporate Services Ltd.
Hudson, Jonathan
Humel, Steven
Invictus Capital Financial Technologies SPC
Jacob Ring Roth Investment Trust
Jirapongtanavech, Boonkit
Johnson, Melissa Lynne
Jones, Jacqueline Gilyard
Juch, Jay Y.
Kandiah, Sivapalan SV
Kaplan, Peter
Kennedy, Tymothy
Kenny, Eric G.
Knapic, Kristina
Kolbeck, Jesper
Krol, Trenton
Lade, Terrance
Lamb, Carl
Landry, Benjamin
Laroche, Olivier
Le, Derek
Lebrun, Joachim Robert A.
Lee, Ellen
Leshock, David
Liljenquist, Brandon
Lopes, Joao Miguel Pinheiro
Louis, Paul
Mansouri, Zabillo

Margarone, Maurizio
Maruccia, Danilo
McFerrin, William Joseph, Jr.
Moase, Darryl
Moody, Christen
Moore, Lance
Morouço, Vitor
Munenori, Hino
Myers, Daniel
Nair, Sajiv
Nam, Hoang
Neumann, Jeff
Newell, Heidi Elise
Nguyen, Hoang Nhut
Nguyen, Thuy
Novak, Zachary
Novawulf Digital Parallel Master Fund LP
Ordonez, Elizabeth
Padalytsya, Daryna
Patel, Prajesh Gulu
Patel, Priyank Gulu
Pearlman, Leah
Petrovicz, Tiber
Pharos Fund SP of Pharos Master Fund LP
Pineda, Danilo
Pleskonko, Allison
Popkin, Gregg Robert
Preus, Linda
Reesman, Scott J.
Richard, Seonmi
Ring, Jacob J.
Ritholz, Susan
Rossnick, Ron
Rougier, Marvin
Sample, Madison, Jr., MD
Santo, Carlos L.
Schenk, Kamila
Shaw, Vrana
Shin, Yeonsun
Spectrum
St. George, Edward
Stojanovic, Jovica
Sung, Bum Bae
Tetrev, Matti
Thompson, Geoffrey
Timmins, Aaron

Tuttle, Mark
Vittini, Aaron
Vogt, Bastien
Washington D.C., Department of Insurance,
    Securities & Banking
Weber, Jason
Wheetley, Jared Wayne
Wibisono, Gunawan
Wilhelm-Wendling, Vincent Bertrand
Worthman, Charles Joseph
Yambo, Leonard

# SCHEDULE 1(d)

## **Insurance**

Sentinel Insurance Co. Ltd.

# SCHEDULE 1(e)

## Notice of Appearance / Pro Hac Vice

Breher, Joe
Brown Connery
Buchalter PC
CDP Investments Inc.
Coan Payton & Payne
Flora, Brett
Flora, Kim
Illinois, State of, Secretary
JR Law
Livingston PLLC
Lowenstein Sandler LLP
McElroy, Deutsch, Mulvaney & Carpenter LLP
Miles & Stockbridge
Orrick, Herrington & Sutcliffe LLP
Pennsylvania, Commonwealth of, Department of Revenue
Pennsylvania, Commonwealth of, Office of Attorney General
Ryals, Keith
Saul Ewing
Steadman, Courtney Burks
Texas, State of, Attorney General
Thomson, Lucy
Tornetta, Josh
Van Meyer, Nol
Wadsworth, Garber, Warner & Conrardy PC
Willis Towers Watson US LLC

# SCHEDULE 1(f)

## **Ordinary Course Professionals**

McMillan LLP
Middlebrooks Shapiro PC
Stout Risius Ross LLC
Walker Morris LLP

# SCHEDULE 1(g)

## Potential Bidding Parties & Principals

[Confidential]
Abbate, Michael
Arrington Capital
[Confidential]
Beowulf Energy LLC
[Confidential]
[Confidential]
Block, Joel
[Confidential]
Brown Rudnick LLP
Cagney, Michael
[Confidential]
Carlson, Tom
[Confidential]
[Confidential]
[Confidential]
[Confidential]
[Confidential]
Fahrenheit LLC
Figure Technologies
[Confidential]
[Confidential]
Gemini Trust Co. LLC
Genoot, Asher
Global X Digital
GXD Labs LLC
[Confidential]
Ho, Mike
[Confidential]
Kaza, Ravi
Khan, Nazar
Kokinos, Steven
[Confidential]
New, Jason
[Confidential]
[Confidential]
Paul, Weiss, Rifkind, Wharton & Garrison
    LLP
Plutus Lending LLC
[Confidential]
Prager, Paul
Proman, David

Proof Group Capital Management LLC
Prusak, Matt
[Confidential]
[Confidential]
[Confidential]
[Confidential]
[Confidential]
TeraWulf
Tipton, Carl
[Confidential]
US Bitcoin Corp.
US Data Mining Group Inc.
Valon Mortgage Inc.
Van Eck Absolute Return Advisers Corp.
Willkie Farr & Gallagher LLP
Wyatt, Christian R.
[Confidential]
Zerby, Terryl
Zhao, Li

## SCHEDULE 1(h)

### **Potential Vendors**

Figure Securities Inc.

## SCHEDULE 1(i)

### Retail Customers

Adzic, Vladislav
Alshamsi, Hamad
Aminsharifi, Amirhossein
Ander, Christian
Anderson, Kipton Ford
Anderson, Marcelo Tellez
Aneychik, Vladimir
ATF Hoffard Family Trust
Balani, Umesh
Bang, Brian
Barnes, Marco
Blair, Mark E.
Blemaster, Michael R.
Bokhour, Alfred
Bonomi, Marco
Bonvecchio, Alain
Boyd, Nathan
Bradian, Jeffrey J.
Breher, Joseph Michael
Buenviaje, Eduardo Sy, Jr.
Cannaa, Rena
Ceja, Ariel
Chan, Davis
Chang, Wesley Geunhyuk
Chavous, George
Chung, Christopher
Cioffoletti, John
Colling, Jason
Collins-Black, Jon
Cousyn, Nick
Dame, Benjamin Julian
Daniels, Jacob
Davies, Annette Christine
Del Vecchio, Jansen P.
Dennis, David
Dhody, Paz Paramdeep
Diserens, Yves Daniel
Egan, Rebecca N.
Fahrney, David
Findlan, Thomas
Finelli, Mark
Foo, Terence

Foo, Thomas
Fortwengler, Michael Russell
Fritz, Adam David
Girei, Umar Yusuf
Gordon, Richard
Harrison, Mario
Hawkins, Stephen
Higbee, Aaron Dale
HR National Pty. Ltd.
Hu, Jianwei
J&J Hoffard Pty. Ltd.
Jahedmanesh, Nojan
JLS Projects LLC
Johnson, Trent
Joscelyne, Adam
Kashner, Franklin
Kemenosh, John Robert
Kerr, Jeffrey R.
Kryskow, Adam
Kuuse, Ivari
Lai, Wing Hong
Lam, Timothy Hiu Ki
Law Offices of Stefan Coleman PA
Lesko, Balazs
Liang, Shawn
Licari, Melissa Ann
Licari, Pietro Vincent
Lindahl, David Carl
Lo, San
Malayev, Dias
Mashburn, Scott
Maudlin, Christopher James
McGarrah, Craig Wilson, III
McNeal, Paul
Miller, Daniel
Mokrohond BTC LLC
Montero, Matias Ureta
Nakaima, Ryan Yukio
Pacha, Tarek Rajab
Parker, Terry
Pawlicki, Didier
Perl, Bryan

Piquero, Johnny
Prendergast, Jonathon Robert
Rawe, Calvin Spencer
Redeker, Mark
Ring, Jacob John
Rogers, William M.
Sagas, Sergi
Salazar, Mathew
Schach, Thomas
Schneider, David Arie
Scott, Matthew Evan
Shachtman, Marc
Shou, Biao
Sims, David Anthony
Singer, Brandon
Smith, Don Hosea
Smith, Hayden
Spiller, Steven Thayer
Steinborn, Shawn Steven
Storvick, Paul Daniel
Sun, Christopher Shey-Tau
Tam II Holdings LLC
Thomas, Clarence
Tran, Andy
Truss, Peter
Trussell, Heather
Van Newhyzen, Peter
Vasile, George
Vinberg, Donald Jay
Vissia, Herman
Wilcox, Austin
Worden, Clint
Yadav, Rishi Raj
Yuan, Berne Loh Tai
Zourdos, Dimitris

# SCHEDULE 1(j)

## __Taxing Authority/Governmental/Regulatory Agencies__

United States, Government of the, Department of the Treasury

# SCHEDULE 1(k)

## U.S. Trustee Office

Joseph, Nadkarni

# SCHEDULE 1(l)

## UCC Professionals

Gorintzky & Co.
M3 Advisory Partners LP
Selendy Gay Elsberg PLLC

# SCHEDULE 1(m)

## Vendors

Acxiom LLC
Aguilar Castillo Love SRL
Allied Universal
American Arbitration Association
Aon Consulting Inc.
Appleby (Bermuda) Ltd.
Aquatech Solutions
Argus Inc.
Bernstein & Andriulli
BGOV LLC
Board of European Students of Technology
Bureau Van Dijk Electronic Publishing Inc.
Classic Exhibits Inc.
Crypto Can Man Ltd., The
DD Mrcourier Services
DLA Piper
EcoWaste
EZ Blockchain Services
Fragomen, Del Rey, Bernsen & Loewy, LLP
FTI Consulting Technology LLC
Global X Digital LLC
Hartford, The
iFinex Inc.
IP House Doo
IVXS Technology USA
IW Group Services (UK)
J.B. Hunt
Jackson Square Advisors LLC
Meltwater News US Inc.
Menendez, Uria
Mothership Energy Group
New Horizon Communications
Okta Inc.
Optimus SBR Inc.
Piper Alderman
Prescient Comply LLC
Public Access to Court Electronic Records
RailsTech Inc.
Regulatory DataCorp Inc.
Salt Security Inc.
Sarson Funds Inc.
Saville & Co. Scrivener Notaries

Solutions Evenements
Sorainen
Systems MEC LLC
TAMID Group
Vaco LLC

**SCHEDULE 2**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Acxiom LLC | Acxiom LLC | Current |
| | Philippe Krakowsky | Closed |
| | The Interpublic Group of Companies, Inc. | Current |
| Allied Universal | Caisse de dépôt et placement du Québec | Current |
| | Ivanhoé Cambridge Inc. | Current |
| Allied Universal | David J. Sreter | Current |
| | HTDK (Shanghai) Co., Ltd. | Closed |
| | Jeffrey Perlman | Current |
| | John Rowan | Closed |
| | Matthew Bashaw | Former |
| | Vishal Mahadevia | Current |
| | Warburg Pincus Asia LLC | Current |
| | Warburg Pincus Asia Real Estate, L.P. | Current |
| | Warburg Pincus Capital Corp. I-A | Current |
| | Warburg Pincus Capital Corp. I-B | Current |
| | Warburg Pincus Global Growth LP | Current |
| | Warburg Pincus Global Growth XIV | Current |
| | Warburg Pincus LLC | Current |
| | WP Financial L.P. | Closed |
| | WP Re Cayman Limited | Closed |
| Aon Consulting Inc. | Aon Affinity Administradora de Beneficios Ltda. | Current |
| | Aon Corporation | Current |
| | Aon Financial Services Group, Inc. | Current |
| | Aon Holdings Corretores de Seguros Ltda. | Current |
| | Aon IP Advantage Fund LP | Current |
| | Aon Risk Services Central, Inc. | Current |
| | Aon Risk Services Cos. Inc. | Current |
| | Aon Risk Services Northeast, Inc. | Current |
| | Aon Risk Services Southwest, Inc. | Current |
| | Aon Risk Solutions | Current |
| | Keith R. Moore | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| BrightHouse Networks LLC | Charter Communications Holding Co. LLC | Current |
| Charter Communications Inc. | Charter Communications Inc. | Current |
| Spectrum | Charter Communications LLC | Current |
| | Charter Communications Operating LLC | Current |
| Bureau Van Dijk Electronic Publishing Inc.<br><br>Regulatory DataCorp Inc. | Regulatory DataCorp, Inc. | Closed |
| FTI Consulting Technology LLC | FTI Consulting Inc. | Current |
| | John Howard Batchelor | Current |
| Invictus Capital Financial Technologies SPC | Invictus Capital Management LP | Current |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | John C. Godfrey | Former |
| Vaco LLC | Olympus Partners | Current |
| | Vaco Holdings LLC | Current |
| | Vaco Investor Holdings LLC | Current |
| | Vaco OptionCo LLC | Current |
| | Vaco, Governance Committee of the Board of Directors | Current |
| Van Eck Absolute Return Advisers Corp. | VanEck New Finance Income Fund LP | Current |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |

**SCHEDULE 3**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Avaya Inc. | Avaya CALA Inc. | Current |
| | Avaya Canada Corp. | Current |
| | Avaya Cloud Inc. | Current |
| | Avaya Deutschland GmbH | Current |
| | Avaya EMEA Ltd. | Current |
| | Avaya Federal Solutions Inc. | Current |
| | Avaya Germany GmbH | Current |
| | Avaya GmbH & Co. KG | Current |
| | Avaya Holdings Corp. | Current |
| | Avaya Holdings LLC | Current |
| | Avaya Integrated Cabinet Solutions LLC | Current |
| | Avaya International Enterprises Ltd. | Current |
| | Avaya International Sales Ltd. | Current |
| | Avaya Management LP | Current |
| | Avaya Management Services Inc. | Current |
| | Avaya UK | Current |
| | Avaya UK Holdings Ltd | Current |
| | Avaya Verwaltungs GmbH | Current |
| | Avaya World Services Inc. | Current |
| BlockFI Inc. | BlockFi Asia Pte. Ltd. | Current |
| | BlockFi Cayman LLC | Current |
| | BlockFi Holding UK Ltd. | Current |
| | BlockFi Inc. | Current |
| | BlockFi International Ltd. | Current |
| | BlockFi Investment Products LLC | Current |
| | BlockFi Lending II LLC | Current |
| | BlockFi Lending LLC | Current |
| | BlockFi Services Inc. | Current |
| | BlockFi Trading LLC | Current |
| | BlockFi UK Ltd. | Current |
| | BlockFi Ventures LLC | Current |
| | BlockFi Wallet LLC | Current |
| C Street Advisory Group | Antara Capital LP | Current |
| Consensus Sales Inc. | Consensus Sales LLC | Current |
| | Timpanogos Topco, LLC | Current |

3

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Latham<br>Latham & Watkins LLP | Robert T. Buday | Current |
| Nothing Bundt Cakes | David M. Wierman | Current |
| | Kevin Hofmann | Former |
| | Neal K. Aronson | Current |
| | Paul D. Ginsberg | Current |
| | Roark Capital Management, LLC | Current |
| | Stephen D. Aronson | Former |
| | Timothy Armstrong | Former |
| OfficeSpace Software Inc. | OfficeSpace Software CR SRL Inc. | Current |
| | OfficeSpace Software, Inc. | Current |
| | OSS OfficeSpace Software Canada Inc. | Current |
| Oracle Corp. (UK) Ltd. | Oracle America Inc. | Closed |
| | Oracle Corp. | Current |
| | Oracle International Corporation | Closed |
| | Oracle USA, Inc. | Closed |
| Party City | Party City Holdco Inc. | Closed |
| Pluralsight Inc. | Cheryl Cecchini Leahy | Current |
| Ritz-Carlton, The | Blackstone Real Estate Income Trust Inc. | Current |
| | Blackstone Real Estate Partners Europe VII | Current |
| SecureDocs Inc. | Onit Holdings, Inc. | Current |
| SolarWinds | Thoma Bravo Europe Fund, LP | Current |
| | Thoma Bravo Oasis Fund LP | Current |
| Target Corp. | Target Corp. | Current |
| Thomson Reuters | Thomson Reuters Foundation | Current |
| United Airlines | United Continental Holdings Inc. | Current |
| Wynn Las Vegas | Wynn MA, LLC | Current |
| Zendesk Inc. | Zendesk, Inc. | Current |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |
| [Confidential] | [Confidential] | [Confidential] |

## EXHIBIT A

Thoma Bravo Europe Fund, LP

Thoma Bravo Oasis Fund LP

[Confidential]

[Confidential]