

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Celsius Network LLC, et al., Case No. 22-10964

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Andrew Murray** | **SLFAQ LLC** |
| Address of Transferor: | Address of Transferee: |
| (REDACTED) | SLFAQ LLC<br>670 White Plains Rd. – Penthouse<br>Scarsdale, NY. 10583 |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 3.1.038164 | Andrew Murray | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Ryan Vollenhals* (DocuSigned)  1EB69C439766405    8/7/2023

Transferee / Transferee's Agent    Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex A

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the Southern District of New York

Andrew Murray, with offices at (REDACTED) ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to SLFAQ LLC, its successors and assigns, with offices at 670 White Plains Rd., Penthouse, Scarsdale, New York 10583 ("Buyer"), all rights, title and interest in and to the following claims of Seller against the Debtors listed below (the "Claims") in the United States Bankruptcy Court Southern District of New York (jointly administered under Case No.22-10964):

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 3.1.038164 | Andrew Murray | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect to the Claims to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the Effective Date.

BUYER: SLFAQ LLC

By: Ryan Vollenhals
Date: 8/7/2023

Email: Ryan@slfaqllc.com

SELLER: Andrew Murray

By: Andrew Murray
Date: 8/4/2023