

| 3.1.038164 | ANDREW MURRAY | ADDRESS REDACTED | | BCH 1.03915078687059 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | BTC 0.0448384322376391 | | |
| | | | | CEL 2034.40509984 | | |
| | | | | DASH 21.80403088297842 | | |
| | | | | ETH 0.0004040072378889784 | | |
| | | | | LINK 1041.74642559574 | | |
| | | | | MATIC 0.148795538111313 | | |
| | | | | MCDAI 50.5804417605203 | | |
| | | | | SNX 2.28403123119592 | | |
| | | | | UNI 0.776449465861498 | | |