| 3.1.114703 | CONNOR MCLEOD | ADDRESS REDACTED | ETH 0.51138797147182[?]<br>ADA 1.2946541670141<br>[illegible] 0.[...]0960<br>[illegible] 0.[...]4394<br>ETH 1.0621013893655<br>USDC 5.21968072107524 | | | |
|---|---|---|---|---|---|---|