| 3.1.122154 | DAN MCGLYNN | ADDRESS REDACTED | | | BTC 1.22569372328305 | | |