| | | | | |
|---|---|---|---|---|
| 3.1.232440 | IVAN PETROV | ADDRESS REDACTED | BTC 0.375421989140019<br>ETH 0.485352435146251917<br>LINK 0.007991228317139<br>MATIC 0.588838483288841<br>USDT ERC20 0.264150446913593<br>ZRX 0.026698709268234 | |