| 3.1.286041 | JOSEPH BACHMAN | ADDRESS REDACTED | | USDC 18.1062424138034 MATIC 59.8249551216955 | BTC 0.000000007307600945 | | |


22-10964-mg    Doc 3314-1    Filed 08/15/23    Entered 08/15/23 17:19:28    Exhibit