| 3.1.443142 | PATRICK COAKLEY | ADDRESS REDACTED | | | BTC 0.051859454922921 ETH 0.2662902488837471 | BTC 0.00079324062220654592 | |