Edward J. LoBello, Esq.
Bond, Schoeneck & King, PLLC
600 Third Avenue, 22nd Floor
New York, New York 10016
Telephone:  (646) 253-2396
Email:  elobello@bsk.com

*Attorneys for Diana Thant and Natakom Chulamorkodt*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, *et al*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Bond, Schoeneck & King, PLLC hereby appears in the above-captioned Chapter 11 case as attorneys for Diana Thant and Natakom Chulamorkodt, creditors and parties in interest.

**PLEASE TAKE FURTHER NOTICE** that Bond, Schoeneck & King, PLLC requests that, pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the Bankruptcy Code") and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Edward J. LoBello, Esq.
Bond, Schoeneck & King, PLLC
600 Third Avenue, 22nd Floor
New York, New York 10016-1915
(646) 253-2396 (Tel.)
Email:  elobello@bsk.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices of papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to these cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with these cases is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) the right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:   New York, New York
         August 16, 2023

BOND, SCHOENECK & KING, PLLC

By:   */s/  Edward J. LoBello*
         Edward J. LoBello
         A Member of the Firm
600 Third Avenue, 22nd Floor
New York, New York 10016-1915
Telephone:  (646) 253-2396
Email:  elobello@bsk.com

*Counsel to Diana Thant and Natakom Chulamorkodt*