**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK LLC, *et al.*[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

# ORDER GRANTING FINAL APPLICATION OF FINAL APPLICATION OF SHOBA PILLAY, EXAMINER AND JENNER & BLOCK LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR EXAMINER FOR THE PERIOD OF SEPTEMBER 29, 2022 THROUGH MARCH 31, 2023

Upon consideration of the *Final Application for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Attorneys for Examiner for the Period of September 29, 2022 Through March 31, 2023* [Dkt. 3073] (the "Application") for final compensation for professional services rendered and expenses incurred by Jenner & Block LLP ("Jenner"), and notice of the Application having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and presentment of the Application having occurred on August 14, 2023; and upon all of the prior pleadings and proceedings had herein; and sufficient cause having been shown therefor, it is hereby:

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Ltd. (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

2

**ORDERED** that the compensation and reimbursement of expenses sought in the Application is awarded on a final basis in the amounts set forth in the attached Schedule B.

.

**IT IS SO ORDERED.**

Dated:  August 16, 2023
        New York, New York

                                        /s/ Martin Glenn
                                        MARTIN GLENN
                                        Chief United States Bankruptcy Judge

Case No. 22-10964 (MG)          **FINAL FEE PERIOD**          **Schedule B**

ALL FEE PERIODS

Case Name: *Celsius Network LLC*

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Allowed to be Paid | (4) Total Expenses Requested | (5) Total Expenses Allowed to be Paid |
|---|---|---|---|---|
| **Shoba Pillay, Examiner, and Jenner & Block LLP, Counsel to the Examiner** | $11,092,379.32 | $11,092,379.32 | $65,138.10 | $65,138.10 |

DATE ON WHICH ORDER WAS SIGNED: August 16, 2023      INITIALS: __MG__ USBJ