**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER (I) APPROVING THE ADEQUACY
OF THE DEBTORS' DISCLOSURE STATEMENT,
(II) APPROVING THE SOLICITATION AND VOTING PROCEDURES
WITH RESPECT TO CONFIRMATION OF THE DEBTORS' JOINT PLAN OF
REORGANIZATION, (III) APPROVING THE FORM OF BALLOTS AND NOTICES IN
CONNECTION THEREWITH, (IV) SCHEDULING CERTAIN DATES WITH
RESPECT THERETO, (V) AUTHORIZING AND APPROVING REIMBURSEMENT OF
CERTAIN OF THE PLAN SPONSOR'S FEES AND EXPENSES, AND
(VI) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order pursuant to sections 105, 363, 1125, 1126, and 1128 of the Bankruptcy Code, Bankruptcy Rules 2002, 3016, 3017, 3018, 3020, and 9006 and Local Rules 3017-1, 3018-1, and 3020-1 (i) approving the *Disclosure Statement Relating to the Joint Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates Pursuant* (the "Disclosure Statement") [Docket No. 3332], filed on August 17, 2023, (ii) scheduling a Plan confirmation hearing, (iii) approving: (a) the Solicitation and Voting Procedures; (b) the Confirmation Hearing Notice; (c) the Non-Voting Status Notices; (d) the Ballots; (e) the manner and form of the Solicitation Packages and the materials contained

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion, the Plan, or the Disclosure Statement, as applicable.

therein; (f) the Plan Supplement Notice; (g) the Assumption Notice and Rejection Notice; (h) the Notice of Claims Settlement;[3] (i) the Voting Record Date; (j) the Plan Objection Deadline; (k) the Solicitation Deadline; (l) the Publication Deadline; (m) the Plan Supplement Filing Deadline; (n) the Voting Deadline; (o) the deadline to file the Voting Report; (p) the Confirmation Brief Deadline, Plan Objection Reply Deadline, and 3018 Motion Objection Deadline; (q) the Confirmation Hearing Date; (r) the dates and deadlines related thereto; (iv) authorizing and approving the payment and/or reimbursement of certain of the Plan Sponsor's Fees and Expenses, and (v) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, entered February 1, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing thereon were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[3] "**Notice of Claims Settlement**" shall have the meaning ascribed to it in the class claim settlement agreement, which is attached as Exhibit 1 to the *Order (I) Approving the Settlement By and Among the Debtors and the Committee With Respect to the Committee Class Claim and (II) Granting Related Relief* [Docket No. 3288].

2

1. The Motion is granted as provided herein.

**I.    Approval of the Disclosure Statement.**

2. The Disclosure Statement filed on August 17, 2023, [Docket No. 3332], is hereby approved as providing Holders of Claims entitled to vote on the Plan with adequate information to make an informed decision as to whether to vote to accept or reject the Plan in accordance with section 1125(a)(1) of the Bankruptcy Code.

3. The Disclosure Statement (including all applicable exhibits thereto) provides Holders of Claims or Interests, and other parties in interest with sufficient notice of the injunction, exculpation, and release provisions contained in Article VIII of the Plan, in satisfaction of the requirements of Bankruptcy Rule 3016(c).

4. The Debtors' request for a hearing on the Confirmation of the Plan, and the Confirmation dates and deadlines provided herein, are approved.

**II.   Approval of the Confirmation Hearing Notice.**

5. The Confirmation Hearing Notice, in the form attached hereto as **Exhibit 6** to be filed by the Debtors and served upon parties in interest in these Chapter 11 Cases by no later than the Solicitation Deadline via electronic mail, constitutes adequate and sufficient notice of the hearing to consider Confirmation of the Plan, the manner in which a copy of the Plan and Disclosure Statement can be obtained, and the time fixed for filing objections to the Plan, in satisfaction of the requirements of the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  Five business days following the entry of this Order, or as soon as practicable thereafter, the Debtors shall submit the Publication Notice for publication in *The New York Times* (National Edition), *The New York Times* (International Edition), and on *CoinDesk* (CoinDesk.com).

6. Service of the Confirmation Hearing Notice on Account Holders and other creditors by electronic mail and "push" notifications from the Debtors' mobile application constitutes adequate and sufficient notice of the hearing to consider Confirmation of the Plan and is reasonably calculated to provide notice to Account Holders of such hearing.

**III.    Approval of the Materials and Timeline for Soliciting Votes.**

    **A.    Approval of Key Dates and Deadlines with Respect to the Plan and Disclosure Statement.**

The following dates are hereby established (subject to modification as necessary) with respect to the solicitation of votes to accept or reject, and voting on, the Plan:

a. ***Voting Record Date.*** **July 24, 2023**, as the date for determining: (i) which Holders of Class 2 Retail Borrower Deposit Claims, Class 4 Convenience Claims, Class 5 General Earn Claims, Class 6A General Custody Claims, Class 7 Withhold Claims, Class 8 Unsecured Loan Claims, Class 9 General Unsecured Claims, Class 10 State Regulatory Claims, and Class 14 Series B Preferred Interests are entitled to vote to accept or reject the Plan; and (ii) whether Claims have been properly assigned or transferred to an assignee pursuant to Bankruptcy Rule 3001(e) such that the assignee can vote as the Holder of the respective Claim (the "Voting Record Date");

b. ***Solicitation Deadline.*** **August 25, 2023**, as the deadline for distributing Solicitation Packages, including Ballots, to Holders of Claims entitled to vote to accept or reject the Plan (the "Solicitation Deadline");

c. ***Publication Deadline.*** **Five business days after entry of this Order**, or as soon as reasonably practicable thereafter, as the last date by which the Debtors shall submit the Confirmation Hearing Notice for publication in a format modified for publication in *The New York Times* (National Edition), *The New York Times* (International Edition), and on *CoinDesk* (CoinDesk.com) (the "Publication Notice");

d. ***Plan Supplement Filing Deadline***. **September 8, 2023**, as the deadline by which the Debtors must file the Plan Supplement (the "Plan Supplement Filing Deadline");

e. ***Deadline to File Motion Pursuant to Bankruptcy Rule 3018.*** **September 22, 2023, at 4:00 p.m., prevailing Eastern Time**, as the date by which Holders of Claims shall file a motion to vote a Claim amount that is different than the Claim amount listed on the Schedules pursuant to Bankruptcy Rule 3018(a) (the "3018 Motion Deadline"); and

4

    f.    ***Voting Deadline.*** **September 22, 2023, at 4:00 p.m., prevailing Eastern Time**, as the deadline by which **all** Ballots must be properly executed, completed, and delivered so that they are **actually received** (the "Voting Deadline") by Stretto, Inc. (the "Claims, Noticing, and Solicitation Agent").

**B.    Approval of the Form of, and Distribution of, Solicitation Packages to Parties Entitled to Vote on the Plan.**

7.    The Solicitation Packages to be transmitted by the Solicitation Deadline to those Holders of Claims in Classes 2, 4, 5, 6A, 7, 8, 9, 10, and 14 (collectively, the "Voting Classes") entitled to vote on the Plan as of the Voting Record Date, shall include the following, the form of each of which is hereby approved:

    a.    a copy of the Solicitation and Voting Procedures;

    b.    the applicable form of Ballot, substantially in the form attached as **Exhibit 3A**, **Exhibit 3B**, **Exhibit 3C**, **Exhibit 3D**, and **Exhibit 3E**, to this Order, as applicable;

    c.    the Cover Letter, which describes the contents of the Solicitation Packages and urges Holders of Claims in each of the Voting Classes to vote to accept the Plan;

    d.    the Committee Letter,

    e.    the Disclosure Statement (and exhibits thereto, including the Plan);

    f.    this Order (excluding exhibits);

    g.    the Confirmation Hearing Notice;

    h.    the Notice of Claims Settlement, substantially in the form attached hereto as **Exhibit 10**; and

    i.    any additional documents that the Court has ordered to be made available to Holders of Claims in the Voting Classes.

8.    The Solicitation Packages provide the Holders of Allowed Claims entitled to vote on the Plan with adequate information to make informed decisions with respect to voting on the Plan in accordance with Bankruptcy Rules 2002(b) and 3017(d), the Bankruptcy Code, and the Local Rules and opting out of the Class Claim Settlement.

5

9. The Ballots attached hereto as **Exhibit 3A**, **Exhibit 3B**, **Exhibit 3C**, **Exhibit 3D**, **and Exhibit 3E** are hereby approved in their entirety, including the mechanism to opt out of the Class Claim Settlement.

10. The Debtors shall distribute Solicitation Packages to all Holders of Allowed Claims entitled to vote on the Plan on or before the Solicitation Deadline via electronic mail and first-class mail in either paper or electronic format (*i.e.*, USB flash drive format); *provided* that, notwithstanding the foregoing, Holders of Claims in the Account Holder Voting Classes shall only receive the Solicitation Packages via electronic mail at (a) the email address that the Debtors have on file for such Account Holder's Celsius Account(s) and (b) solely to the extent that an Account Holder Filed a Proof of Claim that contains a different email address than the email address that the Debtors have on file for such Account Holder's Celsius Account(s), the email address that is listed on such Filed Proof of Claim; *provided*, *however*, if the distribution of the Solicitation Packages to either email address in (a) or (b) above is returned as undeliverable, then, solely to the extent the Debtors are aware of such Account Holder's physical mailing address, the Debtors shall serve the Solicitation Packages in paper or electronic format (*i.e.*, USB flash drive format) on the applicable Account Holder via first class mail to such Account Holder's physical mailing address. Such service satisfies the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and due process.

11. The Debtors are authorized, but not directed or required, to cause the Solicitation Packages to be distributed through the Claims, Noticing, and Solicitation Agent by electronic mail (using the email address maintained by the Debtors as of the Voting Record Date) and/or via first class mail in paper or electronic format (*i.e.*, USB flash drive format), as applicable, to the Holders of Claims in Class 2, Class 4, Class 5, Class 6A, and Class 7, and, to the extent email addresses

are available, to the Holders of Claims in Class 8, Class 9, Class 10, and Class 14, each in accordance with paragraph 9 of this Order. In addition, the Debtors shall cause a "push" notification to be delivered to Holders of Claims in Class 2, Class 4, Class 5, Class 6A, and Class 7 through the Debtors' mobile application linking such Holders to the Claims, Noticing, and Solicitation Agent's online voting portal and the Confirmation Hearing Notice. On or before the Solicitation Deadline, the Debtors (through the Claims, Noticing, and Solicitation Agent) shall provide complete Solicitation Packages (other than Ballots) to the U.S. Trustee and to all parties on the 2002 List as of the Voting Record Date via electronic mail where email addresses are on file.

12. Service of the Notice of Claims Settlement upon Account Holders via electronic mail, and to the extent applicable via first class mail in accordance with paragraph 9 of this Order, satisfies the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and due process.

13. Any party that receives the Solicitation Packages via email, or for which service by USB flash drive imposes a hardship, may receive the Solicitation Packages in paper format by contacting the Claims, Noticing, and Solicitation Agent and request paper copies of the corresponding materials previously received in via email or electronic format (to be provided at the Debtors' expense). For the avoidance of any doubt, Account Holders may submit their Account Holder Ballots via (a) the Claims, Noticing, and Solicitation Agent's online voting platform, or (b) mail or hand-delivery to the Claims, Noticing, and Solicitation Agent at Celsius Ballot Processing c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602, each as further described in the Solicitation and Voting Procedures. Ballots submitted to the Claims, Noticing, and Solicitation Agent by any means other than expressly provided in this Order or in the

Solicitation and Voting Procedures, including e-mail, facsimile, or electronic means other than the Claims, Noticing, and Solicitation Agent's online voting portal, shall not be valid and shall not count as a vote to accept or reject the Plan.

14. The Claims, Noticing, and Solicitation Agent is authorized to assist the Debtors in: (a) distributing the Solicitation Packages; (b) receiving, tabulating, and reporting on Ballots cast to accept or reject the Plan by Holders of Claims against the Debtors; (c) responding to inquiries from Holders of Claims or Interests and other parties-in-interest relating to the Disclosure Statement, the Plan, the Ballots, the Solicitation Packages, and all other related documents and matters related thereto, including the procedures and requirements for voting to accept or reject the Plan and for objecting to the Plan; (d) soliciting votes on the Plan; and (e) if necessary, contacting stakeholders regarding the Plan.

C.     **Approval of Notice of Filing of the Plan Supplement.**

15. The Debtors are authorized to send notice of the filing of the Plan Supplement substantially in the form attached hereto as **Exhibit 7** on the Plan Supplement Filing Deadline or as soon as reasonably practicable thereafter.

D.     **Approval of the Form of Notices to Non-Voting Classes.**

16. Except to the extent the Debtors determine otherwise, the Debtors are not required to provide Solicitation Packages to Holders of Claims or Interests in Non-Voting Classes, as such Holders are not entitled to vote on the Plan. Instead, on or before the Solicitation Deadline, the Claims, Noticing, and Solicitation Agent shall e-mail or mail (first-class postage pre-paid) a Non-Voting Status Notice in lieu of Solicitation Packages, the form of each of which, including the mechanisms for (i) opting in to or out of (as applicable) the Third-Party Release contained in

Article VIII.D of the Plan and (ii) electing to contribute Contributed Claims to those parties, outlined below, who are not entitled to vote on the Plan:

   a. ***Unimpaired Claims—Conclusively Presumed to Accept.***  Holders of Claims in Classes 1, 3, and 6B are unimpaired under the Plan and, therefore, are conclusively presumed to have accepted the Plan.  As such, Holders of such Claims will receive a notice, substantially in the form attached hereto as **Exhibit 2A**, in lieu of a Solicitation Package, which shall provide such Holders with an opportunity to opt out of the Third-Party Release;

   b. ***Other Impaired Interests and Claims—Deemed to Reject.***  Holders of Claims or Interests in Classes 11, 15, 16, and 17 are not entitled to a distribution under the Plan and, therefore, are deemed to reject the Plan and will receive a notice, substantially in the form attached hereto as **Exhibit 2B**, in lieu of a Solicitation Package, which shall provide such Holders with an opportunity to opt in to the Third-Party Release;

   c. ***Unclassified Claims.***  Holders of Claims that are not classified will receive a notice, substantially in the form attached hereto as **Exhibit 2C**, in lieu of a Solicitation Package; and

   d. ***Disputed Claims.***  Holders of Claims that are subject to a pending objection filed by the Debtors on or before the Solicitation Deadline are not entitled to vote the disputed portion of their Claim.  As such, Holders of such Claims will receive a notice, substantially in the form attached hereto as **Exhibit 2D**.

17. Service of the Non-Voting Status Notice via electronic mail on Holders that are not entitled to vote on the Plan is approved and constitutes adequate and sufficient notice of the hearing to consider Confirmation of the Plan and is reasonably calculated to provide notice to such Holders of such hearing.

18. Subject to paragraph 9 of this Order, the Debtors are not required to mail Solicitation Packages or other solicitation materials to: (a) Holders of Claims that have already been paid in full during these Chapter 11 Cases or that are authorized to be paid in full in the ordinary course of business pursuant to an order previously entered by this Court; (b) any party to whom the Confirmation Hearing Notice was sent but was subsequently returned as undeliverable; (c) Holders of Claims in the Voting Classes unless (i) a request for paper copies is made to the

Claims, Noticing, and Solicitation Agent or (ii) an email address is not on file for such Holder of a Claim and a mailing address is on file for such Holder; (d) Holders of Claims or Interests in Classes 1, 3, 6B, 11, 15, 16, and 17 who will receive the Non-Voting Status Notice; or (e) Holders of Claims that are unclassified under the Plan.

19.     The Debtors will not provide the Holders of Class 12 Intercompany Claims or Class 13 Intercompany Interests with Solicitation Packages or any other type of notice in connection with solicitation.

### E.     Approval of Notices to Contract and Lease Counterparties.

20.     The Debtors are authorized to mail a notice of rejection or assumption of any Executory Contracts or Unexpired Leases, in the forms attached hereto as **Exhibit 8** and **Exhibit 9**, respectively, to the applicable counterparties to Executory Contracts and Unexpired Leases that will be rejected or assumed pursuant to the Plan, respectively, within the time periods specified by the Plan Supplement Filing Deadline.

## IV.     Approval of the Solicitation and Voting Procedures.

21.     The Debtors are authorized to solicit, receive, and tabulate votes to accept the Plan in accordance with the Solicitation and Voting Procedures attached hereto as **Exhibit 1**, which are hereby approved in their entirety. The Debtors are authorized to convert each Claim asserted in currency other than U.S. dollars (other than Cryptocurrency) to the equivalent U.S. dollar value using the conversion rate for the applicable currency at prevailing market prices as of 8:00 a.m. (prevailing Eastern Time) on the Petition Date, and to convert each Claim in Cryptocurrency using the fair market value of the Cryptocurrency (based in U.S. Dollars in accordance with the Cryptocurrency Conversion Table), *provided* that such conversion shall be for voting tabulation purposes only and shall not be binding for any other purpose on the Debtors, including, without

limitation, for purposes of the allowance of, and distribution with respect to, Claims under the Plan as set forth in Section 4(iii)(a) and (b) of the Solicitation and Voting Procedures.

22. Holders of Account Holder Claims that (a) filed a Proof of Claim and (b) seek to vote amounts that differ from the amounts Scheduled by the Debtors are not entitled to vote a different amount, unless such Account Holder Claim is temporarily allowed by this Court for voting purposes pursuant to Bankruptcy Rule 3018(a).

## V. Approval of Procedures for Confirming the Plan.

### A. Approval of the Timeline for Filing Objections to the Plan.

23. The following dates are hereby established (subject to modification as needed) with respect to filing objections to the Plan and confirming the Plan:

a. *Plan Objection Deadline.* **September 22, 2023, at 4:00 p.m., prevailing Eastern Time**, as the deadline by which objections to the Plan must be filed with the Court and served in accordance with the terms of this Order and the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] (the "Case Management Order") by the appropriate notice parties (the "Plan Objection Deadline");

b. *Deadline to File Voting Report.* **September 25, 2023, at 4:00 p.m., prevailing Eastern Time**, as the date by which the report tabulating the voting on the Plan (the "Voting Report") shall be filed with the Court;

c. *Confirmation Brief, Plan Objection Reply, and 3018 Motion Response Deadline.* **September 29, 2023, at 4:00 p.m., prevailing Eastern Time**, as the deadline by which the Debtors shall file their brief in support and Confirmation of the Plan (the "Confirmation Brief Deadline"), deadline by which any other statements in support of the Plan or replies to objections to the Plan must be filed with the Court (the "Plan Objection Reply Deadline"), and deadline by which the Debtors or other parties in interest must file objections to any 3018 Motions (the "3018 Motion Objection Deadline"); and

d. *Confirmation Hearing Date.* **October 2, 2023, at 2:00 p.m., prevailing Eastern Time**, or as soon thereafter as the Debtors may be heard, as the date for the hearing at which the Court will consider and Confirmation of the Plan (the "Confirmation Hearing Date").

### B. Approval of the Procedures for Filing Objections to Confirmation of the Plan.

24. Objections to confirmation of the Plan will not be considered by the Court unless such objections are timely filed and properly served in accordance with this Order and the Case Management Order. Specifically, all objections to Confirmation of the Plan or requests for modifications to the Plan, if any, **must**: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC*, No. 22–10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); (d) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (e) be filed with the Court and served upon the notice parties in accordance with the terms of this Order and the Case Management Order on or before the **September 22, 2023, at 4:00 p.m., prevailing Eastern Time**, by each of the notice parties identified in the Confirmation Hearing Notice.

### VI. Authorizing and Approving the Plan Sponsor's Fees and Expenses.

25. The Fees and Expenses are approved in their entirety, subject to the submission of invoices to the Debtors and the Committee, an aggregate cap of $5 million, and the terms of the Plan Sponsor Agreement.

26. The Debtors are authorized to pay the Fees and Expenses in cash or by wire transfer of immediately available funds in accordance with the terms of the Plan Sponsor Agreement without further action or order by the Court.

**VII.   Miscellaneous.**

27.   The Debtors are authorized to make non-material changes to the Disclosure Statement, Plan, Confirmation Hearing Notice, Solicitation Packages, Non-Voting Status Notices, Ballots, Publication Notice, Cover Letter, Notice of Claims Settlement, Solicitation and Voting Procedures, Plan Supplement Notice, Assumption Notice, Rejection Notice, and related documents without further order of the Court, including changes to correct typographical and grammatical errors, if any, and to make conforming changes to any other materials in the Solicitation Packages before distribution.

28.   The Debtors reserve the right to modify the Plan in accordance with <u>Article XI</u> thereof, including the right to withdraw the Plan as to any or all Debtors at any time before the Confirmation Hearing Date.

29.   Nothing in this Order shall be construed as a waiver of the right of the Debtors or any other party in interest, as applicable, to object to a Proof of Claim after the Voting Record Date.

30.   Notwithstanding anything to the contrary in the Disclosure Statement, the Plan, this Order, or any findings announced at the Confirmation Hearing, nothing in the Disclosure Statement, the Plan, this Order, or announced at the Confirmation Hearing constitutes a finding under the federal securities laws as to whether crypto tokens or transactions involving crypto tokens are securities, and the right of the United States Securities and Exchange Commission to challenge transactions involving crypto tokens on any basis is expressly reserved.

31.   All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

32.   Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a).

33. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

34. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the interpretation, implementation, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated: August 17, 2023
      New York, New York

                                                            /s/ Martin Glenn
                                                            MARTIN GLENN
                                     Chief United States Bankruptcy Judge