17th August 2023

**Celsius Bankruptcy - Custody Clawback Threshold Forfeit Request**

To whom this concerns,

This letter is written to request that a clause be added to the settlement that allows custody holders to forfeit any value amount they choose to bring their settlement under the $100,000 threshold.

The benefit of this clause is to protect those who are just over the arbitrary $100,000 threshold.

For example, if a customer had $100,100 in custody, this letter hopes that language can be added so that the customer can forfeit their $100 to retain their remaining balance, rather than lose 27.5%.

I believe this is the fairest way to handle the arbitrary threshold if clawbacks are in fact going to happen.

Sincerely,

*Eric C. Cassidy*

dotloop verified
08/17/23 4:03 PM EDT
0LKH-GBCZ-5U1E-EA8G

Eric Cassidy