**Celsius Network**

**Weekly Cash Flow Forecast - CONSOLIDATED DEBTORS**

*Dated: August 8, 2023*
*($000s)*

| | Week:<br>Period End Date: | 1<br>4-Aug-23 | 2<br>11-Aug-23 | 3<br>18-Aug-23 | 4<br>25-Aug-23 | 5<br>1-Sep-23 | 6<br>8-Sep-23 | 7<br>15-Sep-23 | 8<br>22-Sep-23 | 9<br>29-Sep-23 | 10<br>6-Oct-23 | 11<br>13-Oct-23 | 12<br>20-Oct-23 | 13<br>27-Oct-23 | Forecast<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | |
| Other Receipts[1] | | $ 102 | $ -- | $ -- | $ -- | $ -- | $ -- | $ -- | $ -- | $ -- | $ -- | $ -- | $ -- | $ -- | $ 102 |
| BTC Sales | | 1,459 | 2,499 | 2,499 | 2,499 | 2,499 | 2,759 | 2,863 | 2,863 | 2,863 | 2,978 | 3,132 | 3,132 | 3,132 | 35,178 |
| **Total Receipts** | | **1,561** | **2,499** | **2,499** | **2,499** | **2,499** | **2,759** | **2,863** | **2,863** | **2,863** | **2,978** | **3,132** | **3,132** | **3,132** | **35,280** |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | |
| Payroll | | (93) | (122) | (108) | (30) | (30) | (872) | (30) | (108) | (30) | (1,223) | (30) | (108) | (30) | (2,813) |
| Hosting[2] | | -- | (1,825) | (8,262) | (1,098) | -- | -- | (7,952) | -- | (375) | -- | (8,317) | -- | (375) | (28,204) |
| Other Operating Disbursements | | (1,367) | (670) | (935) | (285) | (1,757) | (1,370) | (935) | (1,028) | (878) | (1,963) | (1,028) | (953) | (1,085) | (14,253) |
| **Total Operating Disbursements** | | **(1,460)** | **(2,617)** | **(9,304)** | **(1,413)** | **(1,787)** | **(2,241)** | **(8,917)** | **(1,136)** | **(1,283)** | **(3,186)** | **(9,375)** | **(1,061)** | **(1,490)** | **(45,270)** |
| **Operating Cash Flow** | | **101** | **(118)** | **(6,806)** | **1,086** | **712** | **517** | **(6,054)** | **1,727** | **1,580** | **(208)** | **(6,243)** | **2,072** | **1,642** | **(9,991)** |
| **NON-OPERATING ACTIVITIES** | | | | | | | | | | | | | | | |
| Capital Expenditures[3] | | -- | -- | (2,300) | (6,088) | -- | -- | -- | (700) | (6,134) | -- | -- | -- | -- | (15,223) |
| Restructuring Activities | | (7,382) | (2,263) | (4,500) | (4,650) | (8,324) | (377) | (5,907) | (157) | (1,297) | (13,597) | (1,107) | -- | (5,000) | (54,559) |
| **Total Restructuring Activities** | | **(7,382)** | **(2,263)** | **(6,800)** | **(10,738)** | **(8,324)** | **(377)** | **(5,907)** | **(857)** | **(7,431)** | **(13,597)** | **(1,107)** | **--** | **(5,000)** | **(69,782)** |
| **Net Cash Flow** | | **(7,282)** | **(2,381)** | **(13,606)** | **(9,652)** | **(7,612)** | **141** | **(11,961)** | **871** | **(5,851)** | **(13,804)** | **(7,350)** | **2,072** | **(3,358)** | **(79,773)** |
| **LIQUIDITY SCHEDULE** | | | | | | | | | | | | | | | |
| Beginning Cash Balance | | 139,483 | 132,201 | 129,820 | 116,214 | 106,562 | 98,950 | 99,091 | 87,130 | 88,001 | 82,150 | 68,346 | 60,996 | 63,068 | 139,483 |
| Net Cash Flow | | (7,282) | (2,381) | (13,606) | (9,652) | (7,612) | 141 | (11,961) | 871 | (5,851) | (13,804) | (7,350) | 2,072 | (3,358) | (79,773) |
| **Ending Cash Balance** | | **132,201** | **129,820** | **116,214** | **106,562** | **98,950** | **99,091** | **87,130** | **88,001** | **82,150** | **68,346** | **60,996** | **63,068** | **59,710** | **59,710** |
| Minimum Cash Balance | | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) |
| **Baseline Liquidity** | | **$ 112,201** | **$ 109,820** | **$ 96,214** | **$ 86,562** | **$ 78,950** | **$ 79,091** | **$ 67,130** | **$ 68,001** | **$ 62,150** | **$ 48,346** | **$ 40,996** | **$ 43,068** | **$ 39,710** | **$ 39,710** |

**Notes:**
[1] Includes interest earned on interest-bearing bank accounts
[2] Includes mining related hosting costs
[3] Includes S&U taxes

**Celsius Network**
Assets by Coin Type as of July 28, 2023
*(USD, $MMs)*

| | Coins in Celsius' Possession | | | | | | | | Deployed Coins | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Held at Fireblocks | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Total Coins in Possession | DeFi$^{(1)(2)}$ | Staking$^{(2)}$ | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | $ 65.5 | $ 48.1 | $ 0.0 | $ 0.0 | $ 2.6 | $ - | $ 0.2 | $ 116.4 | $ - | $ - | $ - | $ - | $ - | $ 116.4 | $ 49.5 |
| ETH** | 0.2 | 1.2 | 0.0 | 0.2 | 0.0 | - | 49.4 | 51.1 | 89.3 | 1,505.1 | 12.5 | 0.0 | - | 1,657.9 | 1,943.2 |
| stETH** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| WBTC* | - | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | - | 5.4 | - | - | 5.5 | 3.2 |
| BTC* | 1,018.6 | 13.5 | - | - | - | 4.8 | 64.2 | 1,101.10 | - | - | 16.6 | - | 0.7 | 1,118.4 | 3,056.1 |
| USDC | 4.1 | 3.4 | 0.0 | - | - | - | 19.7 | 27.1 | 0.0 | - | 229.9 | - | 0.0 | 257.0 | 926.1 |
| MATIC | 0.0 | 1.1 | - | - | - | - | 3.2 | 4.3 | 0.0 | 33.0 | 3.3 | - | 10.2 | 50.8 | 174.5 |
| USDT ERC20 | 0.0 | 0.1 | 0.0 | - | - | - | 0.9 | 1.0 | - | - | 47.2 | - | - | 48.2 | 120.5 |
| ADA | 0.0 | 0.0 | 0.0 | 0.0 | - | - | 1.6 | 1.579 | - | 0.9 | 3.2 | - | 0.2 | 5.9 | 81.1 |
| LINK | 0.1 | 0.0 | - | - | 0.0 | - | 2.3 | 2.4 | 0.0 | - | 0.1 | - | - | 2.5 | 72.8 |
| WETH** | - | 0.2 | - | - | - | - | - | 0.2 | 0.0 | - | - | - | - | 0.2 | - |
| GUSD | - | 0.0 | - | - | - | - | 2.3 | 2.3 | 0.0 | - | 10.8 | - | - | 13.1 | 84.3 |
| DOT | 3.3 | 0.0 | 0.0 | - | 0.0 | - | 0.6 | 3.9 | 1.2 | 0.4 | 0.7 | - | - | 6.1 | 24.9 |
| LTC | - | 1.8 | - | - | - | - | 1.0 | 2.8 | - | - | 7.6 | - | - | 10.5 | 39.0 |
| FTT | - | 0.0 | - | - | - | - | - | 0.0 | - | - | - | 0.0 | - | 0.0 | (0.0) |
| MCDAI | 0.0 | 0.0 | 0.0 | - | 0.0 | - | 0.3 | 0.3 | 0.0 | - | 8.8 | - | - | 9.1 | 4.4 |
| AAVE | - | 0.0 | 0.0 | - | - | - | 0.2 | 0.2 | 0.0 | - | 0.4 | - | - | 0.7 | 9.1 |
| TGBP | 10.1 | 0.0 | - | - | - | - | 0.1 | 10.2 | - | - | - | - | - | 10.2 | 9.5 |
| BCH | - | 0.1 | - | - | - | - | 0.2 | 0.2 | - | - | - | - | - | 0.2 | 12.3 |
| UNI | - | 1.0 | 0.0 | - | 0.0 | - | 0.2 | 1.2 | 0.0 | - | 1.6 | - | - | 2.8 | 11.0 |
| SOL | 0.0 | 0.0 | - | - | - | - | 1.1 | 1.1 | - | - | 2.0 | - | 0.0 | 3.1 | 23.2 |
| XLM | 2.2 | 0.0 | 0.0 | - | 0.0 | - | 0.4 | 2.7 | - | - | - | 0.0 | - | 2.7 | 15.6 |
| BNB | - | 0.1 | - | 0.0 | - | - | 0.0 | 0.2 | - | - | 1.3 | - | - | 1.5 | 20.1 |
| EOS | 1.1 | 0.0 | 0.0 | - | - | - | 0.0 | 1.2 | - | - | 1.0 | - | - | 2.1 | 3.2 |
| SRM | 0.2 | - | - | - | - | - | - | 0.2 | - | - | - | 0.3 | - | 0.5 | (0.0) |
| **Top 25 Subtotal** | $ 1,105.6 | $ 70.7 | $ 0.0 | $ 0.2 | $ 2.6 | $ 4.8 | $ 147.8 | $ 1,331.7 | $ 90.5 | $ 1,539.4 | $ 352.4 | $ 0.3 | $ 11.1 | $ 3,325.5 | $ 6,683.5 |
| Other Coins | 8.1 | 2.2 | 0.0 | 1.7 | 0.0 | 0.4 | 5.7 | 18.2 | 0.9 | 0.3 | 11.9 | 0.1 | 0.8 | 32.0 | 261.0 |
| **Total Coin Value** | $ 1,113.7 | $ 72.9 | $ 0.0 | $ 1.9 | $ 2.6 | $ 5.2 | $ 153.5 | $ 1,349.8 | $ 91.4 | $ 1,539.7 | $ 364.3 | $ 0.4 | $ 11.9 | $ 3,357.5 | $ 6,944.5 |

| | |
|---|---:|
| Net Coin Position | $ (3,587.0) |
| Net USD-Denominated Assets / (Liabilities) | 1,288.3 |
| Reserves | (463.1) |
| **Equity** | **$ (2,761.9)** |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Memo: BTC Equiv.* | $ 1,018.6 | $ 13.5 | $ - | $ - | $ - | $ 4.8 | $ 64.2 | $ 1,101.1 | $ 0.0 | $ - | $ 22.0 | $ - | $ 0.7 | $ 1,123.9 | $ 3,059.3 |
| Memo: ETH Equiv.** | 0.2 | 1.4 | 0.0 | 0.2 | 0.0 | - | 49.4 | 51.3 | 89.3 | 1,505.1 | 12.5 | 0.0 | - | 1,658.1 | 1,943.2 |
| Memo: Stablecoins | 4.1 | 3.8 | 0.0 | 0.1 | 0.0 | 0.4 | 23.7 | 32.1 | 0.0 | - | 301.0 | - | 0.0 | 333.1 | 1,186.7 |

(1) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(2) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**

Assets by Coin Type as of July 28, 2023

*(# of coins in 000s)*

| | Coins in Celsius' Possession | | | | | | | | Deployed Coins | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Held at Fireblocks | | | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Total Coins in Possession | DeFi(1)(2) | Staking(2) | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | 370,998 | 272,842 | 0 | 0 | 15,003 | - | 917 | 659,761 | - | - | - | - | - | 659,761 | 280,631 |
| ETH** | 0 | 1 | 0 | 0 | 0 | - | 26 | 27 | 48 | 801 | 7 | 0 | - | 883 | 1,034 |
| stETH** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| WBTC* | - | 0 | - | - | - | - | 0 | 0 | 0 | - | 0 | - | - | 0 | 0 |
| BTC* | 35 | 0 | - | - | - | 0 | 2 | 37 | - | - | 1 | - | 0 | 38 | 104 |
| USDC | 4,065 | 3,354 | 2 | - | - | - | 19,680 | 27,101 | 15 | - | 229,730 | - | 10 | 256,856 | 925,520 |
| MATIC | 48 | 1,571 | - | - | - | - | 4,416 | 6,035 | 1 | 46,258 | 4,567 | - | 14,302 | 71,163 | 244,463 |
| USDT ERC20 | 1 | 61 | 0 | - | - | - | 894 | 957 | - | - | 47,187 | - | - | 48,144 | 120,386 |
| ADA | 0 | 4 | 0 | 0 | - | - | 5,052 | 5,056 | - | 2,992 | 10,161 | - | 535 | 18,744 | 259,556 |
| LINK | 14 | 4 | - | - | 0 | - | 296 | 314 | 0 | - | 7 | - | - | 321 | 9,345 |
| WETH** | - | 0 | - | - | - | - | - | 0 | 0 | - | - | - | - | 0 | - |
| GUSD | - | 3 | - | - | - | - | 2,317 | 2,319 | 1 | - | 10,822 | - | - | 13,143 | 84,243 |
| DOT | 639 | 1 | 0 | - | 0 | - | 108 | 747 | 222 | 79 | 127 | - | - | 1,174 | 4,753 |
| LTC | - | 20 | - | - | - | - | 11 | 31 | - | - | 84 | - | - | 115 | 428 |
| FTT | - | 0 | - | - | - | - | - | 0 | - | - | - | 0 | - | 0 | (0) |
| MCDAI | 0 | 17 | 0 | - | 0 | - | 272 | 290 | 4 | - | 8,802 | - | - | 9,096 | 4,351 |
| AAVE | - | 0 | 0 | - | - | - | 3 | 3 | 0 | - | 6 | - | - | 9 | 125 |
| TGBP | 7,898 | 0 | - | - | - | - | 51 | 7,949 | - | - | - | - | - | 7,949 | 7,419 |
| BCH | - | 0 | - | - | - | - | 1 | 1 | - | - | - | - | - | 1 | 51 |
| UNI | - | 162 | 0 | - | 0 | - | 30 | 192 | 0 | - | 271 | - | - | 463 | 1,812 |
| SOL | 0 | 0 | - | - | - | - | 44 | 45 | - | - | 80 | - | 0 | 125 | 920 |
| XLM | 14,095 | 1 | 1 | - | 0 | - | 2,542 | 16,638 | - | - | - | 1 | - | 16,640 | 97,539 |
| BNB | - | 0 | - | 0 | - | - | 0 | 1 | - | - | 6 | - | - | 6 | 83 |
| EOS | 1,479 | 0 | 0 | - | - | - | 58 | 1,536 | - | - | 1,303 | - | - | 2,840 | 4,237 |
| SRM | 2,019 | - | - | - | - | - | - | 2,019 | - | - | - | 3,548 | - | 5,567 | (0) |
| **Top 25 Subtotal** | **401,291** | **278,040** | **3** | **1** | **15,003** | **0** | **36,722** | **731,060** | **290** | **50,130** | **313,159** | **3,549** | **14,847** | **1,113,035** | **2,047,000** |
| Other Coins | 8,316,824 | 9,033 | 1 | 1,365 | 0 | 439 | 6,273 | 8,333,935 | 2,660 | 37,794 | 14,322 | 8 | 10,254 | 8,398,972 | 611,236 |
| **Total Coin Quantity** | **8,718,115** | **287,073** | **4** | **1,366** | **15,003** | **439** | **42,995** | **9,064,995** | **2,950** | **87,923** | **327,481** | **3,557** | **25,102** | **9,512,007** | **2,658,236** |
| *Memo: BTC Equiv.** | *35* | *0* | *-* | *-* | *-* | *0* | *2* | *37* | *0* | *-* | *1* | *-* | *0* | *38* | *104* |
| *Memo: ETH Equiv.*** | *0* | *1* | *0* | *0* | *0* | *-* | *26* | *27* | *48* | *801* | *7* | *0* | *-* | *883* | *1,034* |
| *Memo: Stablecoins* | *4,068* | *3,833* | *2* | *74* | *0* | *439* | *23,646* | *32,063* | *781* | *-* | *300,783* | *-* | *10* | *333,636* | *1,185,967* |

(1) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks

(2) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins

**Celsius Network**

**Mining Activity Summary, May - July 2023**

|  | **Coin Recap** |
|---|---:|
| **BTC ROLL FORWARD (NET)** | |
| Beginning Balance | 238.55 |
| Mined BTC | 1,042.34 |
| Sold BTC | (1,185.00) |
| **Ending Balance** | **95.90** |