GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| CELSIUS NETWORK, LLC, *et al.*,[1] | : | Case No. 22-10964 (MG) |
| Debtors. | : | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF SONTCHI, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COURT-APPOINTED INDEPENDENT FEE EXAMINER,**
**FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

| Name of Applicant: | Sontchi, LLC | |
|---|---|---|
| Applicant's Role in Case: | Independent Fee Examiner | |
| Date Order of Employment Signed | October 20, 2022 [Docket No. 1151] | |
| Time Period Covered by This Statement: | July 1, 2023 to July 31, 2023 | |
|  | **Fees** | **Expenses** |
| Invoice #11 | $29,025.00 | $1,332.35 |
| Holdback (20% of Fees): | ($5,805.00) | n/a |
| **Amount Requested:** | **$23,220.00** | **$1,332.35** |
| This is a(n):  X Monthly Fee Statement    ___ Interim Application    ___Final Application | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Pursuant to sections 327, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals,* dated December 19, 2022 [Docket No. 1746], and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated December 19, 2022 [Docket No. 1745] (the "Interim Compensation Order"), Sontchi, LLC (the "Fee Examiner") hereby submits this *Tenth Monthly Fee Statement of Sontchi, LLC for Compensation for Services and Reimbursement of Expenses as Court-Appointed Independent Fee Examiner for the Period From July 1, 2023 Through July 31, 2023* (the "Fee Statement").

Specifically, the Fee Examiner seeks the provisional allowance of monthly compensation in the amount of $23,220.00, which is equal to 80% of the total amount of reasonable compensation for actual, necessary services that the Fee Examiner incurred during the Fee Period and expenses in the amount of $1,332.35, which is equal to 100% of the total amount of expenses incurred during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is Sontchi, LLC Invoice No. 11, showing the number of hours (25.2) expended and fees incurred by the Fee Examiner during the Fee Period. As reflected in **Exhibit A**, the Fee Examiner incurred $29,025.00 in fees during the Fee Period and seeks provisional reimbursement for 80% of such fees, or $23,220.00.

2. The Fee Examiner's hourly billing rate is $1,500.00, and the Fee Examiner is the only professional requesting fees herein.

3. The Fee Examiner incurred expenses in the amount of $1,332.35 during the Fee Period and seeks reimbursement of 100% of that amount pursuant to the procedures set forth in the Interim Compensation Order for reimbursement of expenses incurred on a monthly basis.

## Notice

4. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  No other or further notice need be given.

WHEREFORE, Sontchi, LLC, respectfully requests the provisional allowance of $23,220.00 for the reasonable and necessary Fee Examiner services rendered during the Fee Period, which is equal to 80% of the total amount of compensation sought for reasonable and necessary Fee Examiner services rendered during the Fee Period, and expenses in the amount of $1,332.35, which is equal to 100% of the total amount incurred during the Fee Period.

Dated:  August 21, 2023.

**GODFREY & KAHN, S.C.**
*Counsel for Fee Examiner*

By  */s/ Katherine Stadler*
Katherine Stadler (NYSB #4938064)
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 297-3911
E-mail: kstadler@gklaw.com

# EXHIBIT A




# Sontchi, LLC

### INVOICE

Invoice # 11
Date: 07/31/2023
Due On: 08/30/2023

Katherine Stadler
Godfrey & Kahn, One East Main Street Suite 500
Madison, WI 53703-3300

1200-000-CSS

## In re: Celsius

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 07/05/2023 | Review of draft supplemental disclosure (0.1); preparation for and attendance at teleconference re Akin Gump fee applications (1.3) | 1.40 | $1,500.00 | $2,100.00 |
| Expense | 07/05/2023 | Reimbursable expenses: Travel - amtrak one way wilm to ny 7.17.23 | 1.00 | $119.00 | $119.00 |
| Expense | 07/05/2023 | Reimbursable expenses: Travel - Amtrak one way Newark, NJ to Wilm 7.18.23 | 1.00 | $119.00 | $119.00 |
| Service | 07/06/2023 | Review of draft report and email correspondence re same | 0.40 | $1,500.00 | $600.00 |
| Service | 07/07/2023 | Review of draft report and drafting of revisions to same | 0.40 | $1,500.00 | $600.00 |
| Service | 07/08/2023 | Review of filed report | 0.60 | $1,500.00 | $900.00 |
| Service | 07/15/2023 | Preparation for 2nd interim fee hearing | 0.40 | $1,500.00 | $600.00 |
| Service | 07/16/2023 | Preparation for 2nd interim fee hearing | 1.00 | $1,500.00 | $1,500.00 |
| Service | 07/17/2023 | Travel time from Delaware to NYC | 2.80 | $750.00 | $2,100.00 |
| Expense | 07/17/2023 | Reimbursable expenses: Travel- Amtrak one-way change fee Wilm to New York | 1.00 | $97.00 | $97.00 |
| Expense | 07/17/2023 | Reimbursable expenses: Travel - Lyft | 1.00 | $31.25 | $31.25 |
| Expense | 07/18/2023 | Reimbursable expenses: Lodging - Yale Club 7.17.23 one night | 1.00 | $367.28 | $367.28 |
| Service | 07/18/2023 | Attendance at hearing re 2nd interim fee applications | 3.00 | $1,500.00 | $4,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/18/2023 | Travel time from NYC to Delaware | 3.00 | $750.00 | $2,250.00 |
| Expense | 07/18/2023 | Reimbursable expenses: travel- updated Amtrak eticket | 1.00 | $97.00 | $97.00 |
| Expense | 07/18/2023 | Reimbursable expenses: Travel - Lyft | 1.00 | $64.03 | $64.03 |
| Service | 07/21/2023 | Email correspondence re meeting with Latham | 0.50 | $1,500.00 | $750.00 |
| Service | 07/22/2023 | Email correspondence re meeting with Latham | 0.50 | $1,500.00 | $750.00 |
| Service | 07/23/2023 | Email correspondence re meeting with Latham (0.2); review of documents in preparation for meeting with Latham (1.2) | 1.40 | $1,500.00 | $2,100.00 |
| Expense | 07/24/2023 | Reimbursable expenses: Travel - Amtrak Round trip | 1.00 | $287.00 | $287.00 |
| Service | 07/24/2023 | Travel from Delaware to NYC | 2.70 | $750.00 | $2,025.00 |
| Service | 07/24/2023 | Travel from NYC to Delaware | 3.20 | $750.00 | $2,400.00 |
| Service | 07/24/2023 | Meeting with Latham | 3.50 | $1,500.00 | $5,250.00 |
| Expense | 07/24/2023 | Reimbursable expenses: Travel - updated Amtrak Ticket NY to Wilm | 1.00 | $49.00 | $49.00 |
| Expense | 07/24/2023 | Reimbursable expenses: Travel - taxi | 1.00 | $21.00 | $21.00 |
| Expense | 07/24/2023 | Reimbursable expenses: Travel - Lyft | 1.00 | $32.79 | $32.79 |
| Expense | 07/24/2023 | Reimbursable expenses: Travel - Lyft | 1.00 | $36.00 | $36.00 |
| Expense | 07/24/2023 | Reimbursable expenses: Parking | 1.00 | $12.00 | $12.00 |
| Service | 07/25/2023 | Email correspondence re case status | 0.10 | $1,500.00 | $150.00 |
| Service | 07/26/2023 | Email correspondence | 0.10 | $1,500.00 | $150.00 |
| Service | 07/31/2023 | Email correspondence | 0.20 | $1,500.00 | $300.00 |
| | | | | **Total** | **$30,357.35** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 10 | 08/02/2023 | $12,150.00 | $0.00 | $12,150.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 11 | 08/30/2023 | $30,357.35 | $0.00 | $30,357.35 |
| | | | **Outstanding Balance** | **$42,507.35** |
| | | | **Total Amount Outstanding** | **$42,507.35** |

Please make all amounts payable to: Sontchi, LLC

**ACH Bank Information**:
WSFS Bank
500 Delaware Avenue
Wilmington, DE  19801

Bank Routing Number: ▮0102
Bank Account Number: ▮9855
Bank Account Type: Checking

Payment is due upon receipt.
Interest at the rate of 1% per month will be charged on any unpaid invoice over 30 days past due.

GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| In re | : | Chapter 11 |
| **CELSIUS NETWORK, LLC**, *et al.*,[3] | : | Case No. 22-10964 (MG) |
| Debtors. | : | (Jointly Administered) |

**AFFIDAVIT OF SERVICE OF TENTH MONTHLY FEE STATEMENT OF SONTCHI, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COURT-APPOINTED INDEPENDENT FEE EXAMINER, FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

I, Katherine Stadler, under penalty of perjury declare as follows, that on August 21, 2023, at my direction and under my supervision, employees of Godfrey & Kahn, S.C. served a copy of the following documents upon the individuals registered to receive electronic notices via the Court's ECF noticing system, via email to those identified on the **Core 2002 list as of August 7, 2023** and via first-class mail to the parties with no known email listed.

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

4

- *TENTH MONTHLY FEE STATEMENT OF SONTCHI, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COURT-APPOINTED INDEPENDENT FEE EXAMINER, FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023*

Dated:  August 21, 2023.

          By  */s/ Katherine Stadler*
              Katherine Stadler

29803710.2