<div style="columns:2">

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

</div>

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE REGARDING E-MAIL DISTRIBUTION**
**OF SOLICITATION PACKAGES AND RELATED MATERIALS**

PLEASE TAKE NOTICE that pursuant to the Disclosure Statement Order,[2] the Debtors' claims, noticing, and solicitation agent, Stretto, has begun sending solicitation packages, non-voting status notices, and related materials to creditors via e-mail. **Please note that**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] *Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief* [Docket No. 3337].

**correspondence from the e-mail address "noreply@cases-cr.stretto-services.com" is legitimate**. Attached hereto as **Exhibit A** are sample e-mails you may receive depending on whether you are eligible to vote. Any correspondence regarding solicitation should be reviewed closely against the attached **Exhibit A**. Please reach out to Stretto at celsiusinquiries@stretto.com if you have concerns about the legitimacy of any e-mail you receive regarding solicitation.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement Order and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: August 24, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:    joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:    patrick.nash@kirkland.com<br>        ross.kwasteniet@kirkland.com<br>        chris.koenig@kirkland.com<br>        dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## Exhibit A

**Sample E-mails from Stretto**

You're receiving this email because you are entitled to vote on the Third Amended Joint Plan (the "Plan") in the Celsius restructuring matter. This email contains important information about the Plan, your individualized Ballot, and the procedures for the voting process.

## Step 1: Review the Solicitation Package

Plan of Reorganization and Disclosure Statement

Solicitation and Voting Procedures

Confirmation Hearing Notice

Notice of Claims Settlement

Cover Letter

Letter from Official Committee of Unsecured Creditors

Order Approving Disclosure Statement

## Step 2: Submit your ballot by September 22, 2023 at 4:00 PM Eastern Time

You may submit your vote electronically through our online voting portal, HERE.

You will need the following unique password to submit your vote:

For questions related to submitting your Ballot, you can contact Stretto at:
Toll-Free: 855-423-1530
International: 949-669-5873
Email: celsiusinquiries@stretto.com

The Stretto Team

410 Exchange, Ste 100 Irvine, CA 92602

You're receiving this email because of the nature and treatment of your Claim or Interest under the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (the "Plan"), you are not entitled to vote on the Plan. Specifically, under the terms of the Plan, as a Holder of a Claim or Interest (as currently asserted against the Debtors) that may receive no distribution under the Plan, you are deemed to reject the Plan pursuant to section 1126(g) of the Bankruptcy Code and are not entitled to vote on the Plan.

Please take further notice you may elect to opt in to the third party releases using the link below. This notice also includes the Disclosure Statement (including the Plan) and the Committee Letter so that you may review the release provisions and all other disclosures to inform your decision as to whether to opt in to the release.

## Step 1: Review the Solicitation Package

Plan of Reorganization and Disclosure Statement

Notice of Non-Voting Status

Confirmation Hearing Notice

Letter from Official Committee of Unsecured Creditors

Order Approving Disclosure Statement

## Step 2: Submit your Opt in form by September 22, 2023 at 4:00 PM Eastern Time

You may submit your Opt in form electronically through our online portal, HERE.

You will need the following unique password to submit your vote:

For questions related to submitting your Ballot, you can contact Stretto at:
Toll-Free: 855-423-1530
International: 949-669-5873
Email: celsiusinquiries@stretto.com

**The Stretto Team**

410 Exchange, Ste 100 Irvine, CA 92602