UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

# AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the information agent for the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases.

On August 15, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Second Interim Fee Application of Selendy Gay Elsberg PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of March 1, 2023, through June 30, 2023 [Docket No. 3298**]**

Dated: August 23, 2023

                                                                                              */s/ Engels Medina*
                                                                                              Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 23, 2023, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

SRF 72110

**Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| CELSIUS NETWORK LLC | ATTN: RON DEUTSCH | 50 HARRISON STREET | SUITE 209F | HOBOKEN | NJ | 07030 | | FIRST CLASS MAIL |
| GODREY & KAHN | ATTN: KATHERINE STADLER, CHRISTOPHER S. SONTCHI | ONE EAST MAIN STREET | SUITE 500 | MADISON | WI | 53703 | KSTADLER@GKLAW.COM; CELSIUSFEEEXAMINER@GKLAW.COM | FIRST CLASS MAIL AND EMAIL |
| JENNER & BLOCK, LLP | ATTN: CATHERINE L. STEEGE, AND VINCENT E. LAZAR | 353 N. CLARK STREET | | CHICAGO | IL | 60654 | | FIRST CLASS MAIL |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, P.C., AND SIMON BRIEFEL | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | JSUSSBERG@KIRKLAND.COM; SBRIEFEL@KIRKLAND.COM | FIRST CLASS MAIL AND EMAIL |
| KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR., P.C., ROSS M. KWASTENIET, P.C., CHRISTOPHER S. KOENIG, AND ALISON J. WIRTZ | 300 NORTH LASALLE | | CHICAGO | IL | 60654 | PATRICK.NASH@KIRKLAND.COM; ROSS.KWASTENIET@KIRKLAND.COM | FIRST CLASS MAIL AND EMAIL |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL | 201 VARICK ST | ROOM 1006 | NEW YORK | NY | 10014 | USTPREGION02.NYECF@USDOJ.GOV; SHARA.CORNELL@USDOJ.GOV | FIRST CLASS MAIL AND EMAIL |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON, MARK ROBINSON, & KEITH NOYES FOR COVARIO AG | | | | | | CAROLINEGWARREN@GMAIL.COM; TOMDIF@GMAIL.COM; ICBSOLUTIONS@PROTON.ME; CHRISTOPHER.J.COCO@GMAIL.COM; CELSIUSBANKRUPTCYCASE@GMAIL.COM; MARKROBINSON55@GMAIL.COM; CELSIUSBANKRUPTCY@COVAR.IO | EMAIL |
| SELENDY GAY ELSBERG PLLC | ATTN: JENNIFER M. SELENDY, FAITH E. GAY, AND CLAIRE O'BRIEN | 1290 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10104 | JSELENDY@SELENDYGAY.COM; FGAY@SELENDYGAY.COM; COBRIEN@SELENDYGAY.COM | FIRST CLASS MAIL AND EMAIL |
| TOGUT, SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ AND BRYAN M. KOTLIAR | ONE PENN PLAZA | SUITE 3335 | NEW YORK | NY | 10119 | KORTIZ@TEAMTOGUT.COM; BKOTLIAR@TEAMTOGUT.COM; DPERSON@TEAMTOGUT.COM; AODEN@TEAMTOGUT.COM; AGLAUBACH@TEAMTOGUT.COM; EBLANDER@TEAMTOGUT.COM; ARODRIGUEZ@TEAMTOGUT.COM; BKOTLIAR@TEAMTOGUT.COM; GQUIST@TEAMTOGUT.COM; ASTOLP@TEAMTOGUT.COM | FIRST CLASS MAIL AND EMAIL |
| TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | | NEW YORK | NY | 10022 | DEBORAH.KOVSKY@TROUTMAN.COM | FIRST CLASS MAIL AND EMAIL |
| WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST | SUITE 2700 | LOS ANGELES | CA | 90071 | AARON.COLODNY@WHITECASE.COM | FIRST CLASS MAIL AND EMAIL |
| WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | DAVID.TURETSKY@WHITECASE.COM; SAM.HERSHEY@WHITECASE.COM; MCOSBNY@WHITECASE.COM; JDISANTI@WHITECASE.COM | FIRST CLASS MAIL AND EMAIL |
| WHITE & CASE LLP | ATTN: GREGORY F. PESCE & MICHAEL C. ANDOLINA | 111 SOUTH WACKER DRIVE | SUITE 5100 | CHICAGO | IL | 60606 | MANDOLINA@WHITECASE.COM; GREGORY.PESCE@WHITECASE.COM; JDISANTI@WHITECASE.COM; MCO@WHITECASE.COM | FIRST CLASS MAIL AND EMAIL |