**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF DISCOVERY SCHEDULE
## FOR TRIAL REGARDING EQUITABLE SUBORDINATION
## OF CERTAIN CLAIMS OF FORMER DIRECTORS, OFFICERS, AND EMPLOYEES

**PLEASE TAKE NOTICE THAT** on August 17, 2023, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order [Docket No. 3337] (a) approving the adequacy of the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3332] (as modified, amended, or supplemented from time to time, the "Disclosure Statement")[2] for the purposes of solicitation, (b) authorizing the Debtors to solicit votes with regard to the acceptance or rejection of the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3319] (as modified, amended, or supplemented from time to time, the "Plan"), (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"), and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan proposes to equitably subordinate the Claims of certain former directors, officers, and employees, an initial list of which was included in the *Second Notice of Filing of Plan Supplement* [Docket No. 3273] (the "Equitably Subordinated Claims").

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") is scheduled to commence on **October 2, 2023 at 2:00 p.m.** prevailing Eastern Time and, if necessary, argument regarding the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Plan or Disclosure Statement, as applicable.

equitable subordination of the Equitably Subordinated Claims will commence on **October 23, 2023** (the "Equitable Subordination Hearing").

**PLEASE TAKE FURTHER NOTICE THAT** on August 23, 2023, the Court approved a discovery schedule for all issues related to the Confirmation Hearing other than the equitable subordination of the Equitably Subordinated Claims, which the Debtors filed in the *Notice of Discovery Schedule for Confirmation Hearing* [Docket No. 3356] (the "Confirmation Schedule").

**PLEASE TAKE FURTHER NOTICE THAT** on August 24, 2023, the Court approved the following discovery and trial schedule for the Equitable Subordination Hearing:

| Event | Deadline |
| --- | --- |
| Initial Disclosures | Friday, August 25, 2023 |
| Parties serve written discovery (limited to a total of 12 interrogatories and 12 requests for admission per party) | Wednesday, August 30, 2023 |
| Responses to written discovery and disclosure of witnesses | Wednesday, September 6, 2023 |
| Substantial completion of document production | Wednesday, September 13, 2023 |
| Completion of fact depositions | Wednesday, September 27, 2023 |
| Deadline for expert reports[3] | Tuesday, October 3, 2023 |
| Rebuttal expert reports | Tuesday October 10, 2023 |
| Deadline to complete expert depositions | Monday, October 16, 2023 |
| Cross Pre-Trial Briefs on Equitable Subordination (45 page limit) | Wednesday October 18, 2023 |
| Deadline to file witness, exhibit lists, and deposition designations | Wednesday, October 18, 2023 |
| Equitable Subordination Hearing | Monday, October 23, 2023 at 2:00 p.m. ET [4] |
| Post-Trial Briefs (if and as ordered by the Court) | Post-October 23, 2023 |

**PLEASE TAKE FURTHER NOTICE THAT** the parties may modify the deadlines set forth herein (a) by written consent of the Debtors, the Official Committee of Unsecured Creditors appointed in the above-captioned matter, and the applicable party identified on the Schedule of Equitably Subordinated Parties or (b) upon request and further order from the Court, which request shall be granted for good cause. The parties agree to act in good faith in discussing any extension to the deadlines to complete substantial document production. For the avoidance of doubt,

---

[3] For the avoidance of any doubt, Federal Rule of Civil Procedure 26(a)(2)(B) applies to these proceedings.

[4] To the extent additional time is needed, the Equitable Subordination Hearing may continue on the following dates, or as otherwise scheduled by the Court: Tuesday, October 24, 2023, through Wednesday, October 25, 2023, at 9:00 a.m. (prevailing Eastern Time); Thursday, October 26, 2023, at 1:00 p.m. (prevailing Eastern Time); and Friday, October 27, 2023, at 9:00 a.m. (prevailing Eastern Time).

2

adjustments to filing deadlines must be requested as provided in the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560].

**PLEASE TAKE FURTHER NOTICE THAT** you may obtain copies of any pleadings filed with the Court for free by visiting the Debtors' restructuring website, https://cases.stretto.com/Celsius/, or for a fee via PACER at: http://pacer.psc.uscourts.gov.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| New York, New York<br>Dated:  August 25, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br>                     chris.koenig@kirkland.com<br>                     dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |