**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 21, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Second Notice of Filing of Plan Supplement** (Docket No. 3273)

Dated: August 24, 2023

Janira N. Sanabria

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Florida,
County of Santa Rosa

Subscribed and sworn to (or affirmed) before me on this 24th day of August 2023, by Janira N. Sanabria, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



TESSANNA L. FULTON
MY COMMISSION # HH 198656
EXPIRES: November 15, 2025
Bonded Thru Notary Public Underwriters

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ALCHEMY CAPITAL PARTNERS LP | C/O HOGAN LOVELLS US LLP | JOHN D. BECK | 390 MADISON AVENUE | NEW YORK | NY | 10017 |
| ALEX MASHINSKY | | ON FILE | | | | |
| BITS OF SUNSHINE LLC | | ON FILE | | | | |
| FOUR THIRTEEN LLC | | ON FILE | | | | |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: DANIEL FLIMAN, AVI WEITZMAN, LEO TSAO & AVI LUFT | 200 PARK AVENUE | NEW YORK | NY | 10166 |
| HANOCH "NUKE" GOLDSTEIN | | ON FILE | | | | |
| HANOCH GOLDSTEIN | | ON FILE | | | | |
| HARUMI URATA-THOMPSON | | ON FILE | | | | |
| HARUMI URATA-THOMPSON | | ON FILE | | | | |
| JOHANNES TREUTLER | | ON FILE | | | | |
| JOHANNES TREUTLER | | ON FILE | | | | |
| KOALA 1 LLC | | 850 NEW BURTON ROAD SUITE 201 | | DOVER | DE | 19904 |
| KOALA 2 LLC | | 850 NEW BURTON ROAD SUITE 201 | | DOVER | DE | 19904 |
| KOALA 3 LLC | | NEW BURTON ROAD | | DOVER | DE | 19904 |
| RONI COHEN PAVON | | ON FILE | | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

# **Exhibit B**

**STRETTO**

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ALCHEMY CAPITAL PARTNERS LP | C/O HOGAN LOVELLS US LLP | ATTN: JOHN D. BECK | JOHN.BECK@HOGANLOVELLS.COM |
| ALEX MASHINSKY | | | ON FILE |
| BITS OF SUNSHINE LLC | | | ON FILE |
| FOUR THIRTEEN LLC | | | ON FILE |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: DANIEL FLIMAN, AVI WEITZMAN, LEO TSAO & AVI LUFT | DANFLIMAN@PAULHASTINGS.COM AVIWEITZMAN@PAULHASTINGS.COM LEOTSAO@PAULHASTINGS.COM AVILUFT@PAULHASTINGS.COM |
| HANOCH "NUKE" GOLDSTEIN | | | ON FILE |
| HANOCH GOLDSTEIN | | | ON FILE |
| HARUMI URATA-THOMPSON | | | ON FILE |
| JOHANNES TREUTLER | | | ON FILE |
| KOALA 1 LLC | | | ON FILE |
| KOALA 2 LLC | | | ON FILE |
| KOALA 3 LLC | | | ON FILE |
| RONI COHEN PAVON | | | ON FILE |

In re: Celsius Network LLC, *et al*.
Case No. 22-10964 (MG)