

**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

## PROOF OF PUBLICATION

August 22, 2023

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher
of The New York Times, a daily newspaper of general circulation
printed and published in the City, County, and State of New York,
hereby certify that the advertisement annexed hereto was published in
the editions of The New York Times on the following date or dates, to
wit on.

8/22/2023, NY & NATL, pg B3

_Larnyce Tabron_

## INSURANCE | INTERNATIONAL

# China Economy Shaken by Crisis In Real Estate

**By J. EDWARD MORENO**

Tremors in China's real estate market are shaking the country's economy, as well as the world, which has come to rely on China as a reliable engine of growth.

Major developers are faltering as they face huge losses, struggle with mountains of debt and miss payments to lenders. A long-running building boom that propelled China's growth has come to a halt, threatening the jobs and savings of millions of households. China's markets have tumbled and its currency has weakened as officials take action to spur growth.

Here's what you need to know:

## What's going on with real estate and China's economy?

For decades, China's economy was dependent on a booming real estate sector fueled by population growth. The housing market created jobs and served as a place to store wealth for China's growing middle class. Local governments also depended on revenue from land sales.

But the country's population isn't growing the way it used to, and years of strict Covid-19 restrictions shook Chinese consumers. The government has also cracked down on risky practices in the industry, a combination that has left real estate developers with enormous debt and more new housing units than buyers.

Home prices have slumped, denting households' savings, and confidence, as the government tries to transition from an economy powered by state-directed investments and exports to one led by domestic consumer spending.

## How bad is it?

By one estimate from Gavekal Research, unpaid bills from private Chinese developers total $390 billion, a major threat looming over the economy.

Economists have downgraded their forecasts for China's economic growth, many to below the government's target of about 5 percent.

Both imports and exports have fallen in recent months, and foreign investment into the country dropped more than 80 percent in the second quarter from a year earlier. Consumer prices in China fell in July for the first time in two years, a sign that Chinese households were spending less.

## What companies are at the center of the crisis?

Country Garden, China's largest real estate developer, said this month that it expected to report a loss of up to $7.6 billion for the first six months of this year. The company's share price has tanked as investors fear it could default on billions of dollars in loans.

China Evergrande, another major real estate developer, recently filed for U.S. bankruptcy as it restructures its debt. The company defaulted on $300 billion of debt in 2021, one of the first major signs that China's real estate industry was in trouble.

The sector's troubles are also spreading to China's financial trust companies, which offer investments with higher returns than standard bank deposits and often invest in real estate projects.

## What is China's government doing about all this?

Chinese regulators started cracking down on reckless borrowing in 2020, which forced companies to reduce their debt levels before taking on more debt.

That led to the trouble at heavily indebted developers like Evergrande and Country Garden. More than 50 real estate developers in China have failed to make payments in the past three years, according to Standard & Poor's.

China's central bank on Monday cut its one-year loan rate, which is used for most corporate loans, but left its five-year rate, used to price mortgages, unchanged. Economists had expected more aggressive moves.

## What effect could China's troubles have on the global economy?

Over the past decade, China has been the source of more than 40 percent of global economic growth, compared with 22 percent from the United States and 9 percent from the eurozone, according to BCA Research.

A decline in consumer spending in China hurts companies that do business there, like American technology firms and European luxury goods groups. A weaker Chinese economy also means less appetite for oil, minerals and other building blocks of industry. China is one of the United States' largest trading partners, purchasing billions of dollars of American crops and machinery each year.

*Reporting was contributed by Keith Bradsher, Peter S. Goodman, Alexandra Stevenson and Daisuke Wakabayashi.*

# Niche in Financial Industry Upends Disaster Insurance

FROM FIRST BUSINESS PAGE

out $40 billion to U.S. customers, putting them on track for another record in yearly losses. At every level, the costs of guarding against risk are rising, and everyone, from the leaders of large companies to the owners of homes and small businesses, is feeling the squeeze.

"If you're a C.E.O. or C.F.O. of a mid-market company — we're talking about a 500-unit townhome community in Minnesota — they're talking about reinsurance and the impact that reinsurance has on their bottom line and their profitability," Mr. Kent said.

Prices for reinsurance rose as much as 40 percent on Jan. 1 from a year earlier, according to a report by Gallagher Re, a brokerage firm that puts together reinsurance coverage deals. The price increases jolted insurers, which then made changes to where and for what they offered coverage.

When State Farm announced in May that it would stop accepting new applications for certain policies in California, it cited "a challenging reinsurance market." All-state cited reinsurance costs when it paused some of its activities in California. Last month, reinsurers specializing in agriculture insurance announced that they were pulling out of Iowa, where, three years ago, a severe windstorm caused nearly $4 billion in damage.

As a result of rising reinsurance costs, insurers also raised prices where regulations allowed. The cost of insuring big new developments of stick-frame housing, the kind springing up at the edges of cities like Denver and Calgary, Alberta, and across the Texas plains, skyrocketed, according to Mr. Kent.

Severe thunderstorms in the United States have caused nearly 70 percent of the losses that insurance companies around the world have incurred this year from natural disasters, according to an Aug. 9 report by the Zurich-based reinsurer Swiss Re. And the weather is only likely to improve.

"We are very likely going to see



*PHILIP CHEUNG FOR THE NEW YORK TIMES*

Above, ruins from the fires this month in Lahaina, Hawaii, and left, road damage after severe storms and floods last month in Ludlow, Vt. Insurers are facing new uncertainty.

*STEVEN SENNE/ASSOCIATED PRESS*

2023 be the costliest record for thunderstorms in the United States," said Steve Bowen, Gallagher Re's chief science officer.

To industry outsiders, it might

seem strange that so many reinsurance companies, based in different parts of the world, would behave so similarly. But in the insurance industry, such herdlike movements are common, according to Michael Powers, a finance professor at Tsinghua University in China and a former deputy insurance commissioner for Pennsylvania.

"People in the industry tend to be risk averse, they tend to be looking at the same data, they tend to see the world in the same way," Mr. Powers said.

Many industry experts, including Mr. Nutter, think reinsurance prices will stay high for a significant period. They say insurers

## Climate change and inflation raise the cost of covering risk.

may have to raise prices even in places where they meet the most resistance from regulators, who generally review price increases on consumer insurance policies and have the right to block those they determine would generate excessive profits.

As reinsurers pull back, some insurance companies are turning to other methods of securing backup cash. One, the market for catastrophe bonds, lets investors put up money that can be used to cover major-disaster losses in exchange for small regular payments that can add up to an appealing investment return. A total of $7.1 billion in catastrophe bonds were issued during the second quarter of this year, a record, according to Artemis, a company that tracks the market for the bonds.

But not all reinsurers have backed away from insurers in areas facing increasing risk from natural disasters. The reinsurance business of Berkshire Hathaway, the conglomerate owned by Warren E. Buffett, recently made a $1 billion deal with Florida's state-run insurer, Citizens Property Insurance Corporation. It is Citizens' largest coverage agreement to date with a single company for traditional reinsurance.

Mr. Powers said that reinsurance prices could come down sooner than most people were expecting and that reinsurers would stay away only for so long before they started to feel that they were missing out.

"People realize the sky hasn't fallen," he said, "and they want to make money."

---

# Beijing's Central Bank Cuts Key Interest Rate

**By KEITH BRADSHER**

BEIJING — Stocks in China tumbled and the currency weakened on Monday after the country's central bank announced a smaller-than-expected cut in a key interest rate.

Many investors and economists had been expecting Beijing to act more decisively on interest rates as China faces falling housing prices, weak consumer spending and broad debt troubles.

The central bank, the People's Bank of China, shaved only a tenth of a percentage point off the benchmark one-year interest rate used for most corporate loans, with no change at all in the five-year rate used for pricing mortgages. The slight reduction for one-year loans was the second time in two months that the government had pushed down commercial banks' lending costs.

The modest scale of the cut on Monday was the latest sign that the government's usual tools for addressing an economic slowdown may have lost some of their effectiveness, economists said.

"This will provide only modest support to credit growth and wider economic activity," Capital Economics, a London research firm, said in a note.

Global investment banks have rushed to reduce their forecasts of the Chinese economy's growth, for which Beijing has a target this year of "around 5 percent." UBS announced on Monday, shortly before the interest rate cut, that it was lowering its expectations for growth to 4.8 percent this year and 4.2 percent next year. Nomura of Japan is even gloomier, predicting on Friday that growth will be 4.6 percent this year while keeping its forecast for next year at 3.9 percent.

The CSI 300 index of large Chinese companies traded in Shang-

hai and Shenzhen fell 1.4 percent on Monday, while the Hang Seng Index in Hong Kong, which also includes many large Chinese companies, tumbled 1.8 percent to its lowest level since November. The Hang Seng has fallen for seven consecutive sessions and is down more than 12 percent in August.

The renminbi closed weaker than 7.3 to the dollar on Monday in Shanghai trading, a level that the Chinese government tried to maintain last November, when the currency was at its weakest since 2007. It weakened even more on Monday in Hong Kong, where trading is less tightly controlled. It took more than 7.335 renminbi to buy $1 by midafternoon there.

The authorities in Beijing use the country's cash reserves and state-controlled banks to buy and sell currencies in an effort to limit moves in the renminbi's value against the dollar.

The renminbi rebounded a bit in the final minutes of Shanghai and Hong Kong trading. The Chinese government has a long history of intervening in currency markets at the end of trading sessions to prevent closing prices from showing sharp changes.

As a result, many investors view intraday movements of the renminbi, also known as the yuan, as a truer measure of its value.

"The intraday shows you the direction the market wants to take the yuan, and the close is more likely to show you the government's action," said Diana Choyleva, the chief economist at Enodo Economics in London.

The rate cut announced on Monday was intended to make it a little cheaper to borrow money and to make payments on existing loans. But the full effect of the reduction may be delayed because the interest rates on most loans are reset annually, often at the start of each year.

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
In re:                          Chapter 11
CELSIUS NETWORK LLC, et al.,[1]      Case No. 22-10964 (MG)
          Debtors.             (Jointly Administered)
---------------------------------------x

NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE DEBTORS' CHAPTER 11 PLAN AND RELATED VOTING AND OBJECTION DEADLINES

PLEASE TAKE NOTICE THAT on August 17, 2023, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order (Docket No. 3337) (the "Disclosure Statement Order") (a) approving the adequacy of the Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3332) (as modified, amended, or supplemented from time to time, the "Plan"), (b) establishing procedures and deadlines for soliciting and tabulating votes to accept or reject the Plan, and authorizing the Debtors to solicit votes with regard to the acceptance or rejection of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3319) (as modified, amended, or supplemented from time to time, the "Plan"), (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"), and (d) approving procedures for soliciting votes on, and tabulating votes accepting and rejecting the Plan.

PLEASE TAKE FURTHER NOTICE THAT the hearing at which the Court will consider Confirmation of the Plan (the "Confirmation Hearing") will commence on **October 2, 2023 at 2:00 p.m.** (prevailing Eastern Time), or such other time as the Court determines. Thereafter, to the extent additional time is needed, the Confirmation Hearing may continue on the following dates: Tuesday, October 3, 2023, through Friday, October 6, 2023, at 9:00 a.m. (prevailing Eastern Time); Monday, October 16, 2023, at 10:00 a.m. (prevailing Eastern Time); Tuesday, October 17, 2023, through Friday, October 20, 2023, at 9:00 a.m. (prevailing Eastern Time); Monday, October 23, 2023, at 2:00 p.m. (prevailing Eastern Time). The Confirmation Hearing will take place in a hybrid fashion both in-person and via Zoom for Government. Those wishing to participate in the Confirmation Hearing in person may appear before the Honorable Martin Glenn, in the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, Courtroom 523, New York, New York 10004. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Confirmation Hearing will be conducted using Zoom for Government. Parties wishing to appear at the Confirmation Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance ("eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbappearances.pl. Electronic appearances (eCourtAppearances) need to be made by 4:00 p.m. one business day before the Confirmation Hearing (i.e., on October 1, 2023). The eCourtAppearance instructions can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE THAT** on or before August 24, 2023, or as soon as practicable thereafter, the Debtors will distribute the Confirmation Hearing or the Note Vote Direct (National Edition) and The Wall Street Journal (National Edition) and be posted on the Debtors' restructuring website (https://cases.stretto.com/celsius). Please be advised: The Confirmation Hearing may be continued from time to time by the Court or the Debtors without further notice other than by announcement of the adjourned date(s) at the Confirmation Hearing or any hearing adjournment thereof or as indicated in any notice filed with the Bankruptcy Court and served on parties entitled to notice.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

**Voting Record Date.** The voting record date is **July 24, 2023** (the "Voting Record Date"), which is the date for determining which holders of Class 2 Retail Borrower Deposit Claims, Class 4 Convenience Claims, Class 5 General Earn Claims, Class 6A General Custody Claims, Class 7 Withhold Claims, Class 8 Unsecured Loan Claims, Class 9 General Unsecured Claims, Class 14 Series B Preferred Holders, and Class 15 General Borrower Deferred Claims (collectively, the "Voting Classes") are entitled to vote on the Plan.

**Voting Deadline.** The deadline for voting on the Plan is **September 22, 2023, at 4:00 p.m. prevailing Eastern Time** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you must complete and return your Ballot(s) in accordance with and as set forth in detail in the voting instructions so that it is actually received by the applicable Solicitation Agent on or before the Voting Deadline. **A failure to follow such instructions may disqualify your vote.**

**CRITICAL INFORMATION REGARDING OBJECTIONS TO THE PLAN**

**Article III of the Plan contains Release, Exculpation, and Injunction provisions, and Article III(E) Exculpation a Third Party Release. The Third-Party Release provisions, along with the Exculpation and Injunction provisions, are appended to this notice. You are advised to review and consider the Plan carefully because your rights might be affected thereunder.**

**Plan Objection Deadline.** The deadline for filing objections to the Plan is **September 22, 2023 at 4:00 p.m. prevailing Eastern Time** (the "Plan Objection Deadline"). Any objection to the Plan must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state the name and address of the objecting party and the basis and nature of any objection to the Plan; and (d) be filed electronically with the Court by registered users of the Court's electronic filing system and, in accordance with General Order M-182, on the docket in In re Celsius Network LLC, Case No. 22-10964 (MG) (the "Chapter 11 Cases") by no later than the Plan Objection Deadline. Any objection to the Plan not otherwise timely filed and served in accordance with the foregoing may not be considered and may be overruled.

Only those parties who file timely objections in accordance with the procedures set forth herein will have their objections considered at the Confirmation Hearing.

**ADDITIONAL INFORMATION**

**Obtaining Solicitation Materials.** The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received the Solicitation Package electronically), please feel free to contact the Debtors' Noticing and Solicitation Agent, by (a) calling the Debtors' restructuring hotline at (855) 423-1530 (Toll Free) or +1 (949) 669-5873 (International), (b) emailing the Debtors at CelsiusInquiries@stretto.com and referencing "Celsius" in the subject line, and/or (c) visiting the Debtors' restructuring website at https://cases.stretto.com/celsius. You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER at: https://ecf.nysb.uscourts.gov. Please be advised that the Solicitation Agent is not authorized to provide, and is prohibited from providing, legal advice.

**Filing the Plan Supplement.** The Debtors will file the Plan Supplement (as defined in the Plan) on or before September 15, 2023, and will serve on all known holders of claims and interests as soon as reasonably practicable thereafter. When filed, the Plan Supplement and the other documents described above will be made available online at the Debtors' restructuring website, https://cases.stretto.com/celsius.

**Proof of Claim in these chapter 11 cases, failed to vote to accept or reject the Plan, or voted to reject the Plan.**

**IMPORTANT INFORMATION REGARDING THE THIRD-PARTY RELEASE**

Article III(E) of the Plan contains the following Third-Party Release (the "Third-Party Release") Pursuant to the Plan, as reflected in the Bankruptcy Code, the good and valuable consideration, the adequacy of which is hereby confirmed, to the fullest extent permissible under applicable law, each Releasing Party shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever released and discharged each and all of the Debtors, their Estates, and the Post-Effective Date Debtors, in each case on behalf of themselves and their respective successors, assigns, and representatives, and any and all other Entities who may purport to assert any Cause of Action... [remainder illegible]

## COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES

### BUSINESS / FRANCHISE OPPORTUNITIES

### FLORIDA REAL ESTATE & OPPORTUNITIES