# The New York Times

### INTERNATIONAL EDITION

620 Eighth Ave, New York, NY 10018 USA

## PROOF OF PUBLICATION

August 25, 2023

I, Larnyce Tabron, am over the age of 18 years and a citizen of the United States. In my capacity as a Principal Clerk of the Publisher of *The New York Times* **INTERNATIONAL EDITION,** a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. I hereby certify that the advertisement annexed hereto was published in the editions of *The New York Times* **INTERNATIONAL EDITION** on the following date or dates, to wit on

8/25/2023, INTL, pg A10

*Larnyce Tabron*

JOHN MCGILL
Electronic Notary Public
Commonwealth of Virginia
Registration No. 8038092
My Commission Expires Dec 31, 2027

Digitally signed by John McGill
Date: 2023.08.25 11:49:05 -04'00'

# OPINION

## There's no cure for campsickness. That's OK.

**Sandra Fox**

I have only two memories of my first summer at sleep-away camp when I was 9: one from the first day and one from the last. On the first night, I cried from homesickness as an Israeli counselor consoled me until I fell asleep. On the last day, I cried as my father walked toward me — not because I'd missed him (sorry, Dad) but because I knew that his arrival represented the return to real life.

I went on to spend 14 summers at camp, first as a camper and then as a staff member, and I learned that within circles of passionate camp kids, my emotional response to camp's conclusion that first year was not unusual or extreme. What happened that summer

> During my first trip to summer camp at 9, I cried twice: on the day I got there and the day I had to leave. I finally understand why.

between my two memories might be a blur, but I know I was happy the whole time in a way I rarely was at home. I was bullied at school and had a mom debilitated by multiple sclerosis, and my parents had just gotten divorced. At camp, I made friends easily, found meaning in my Jewishness and happily ignored the problems that awaited me come late August.

I was not alone in finding sleep-away camp to be an escape, an opportunity for self-reinvention and an invitation to be messier, weirder and just more myself. It's no surprise that coming home is, for many kids, such a painful transition that experts even have a name for it: campsickness. There's plenty of advice available for parents on how to cope with this often messy end-of-summer transition, such as doing camp activities at home and exercising an abundance of patience as your child resumes routines. But this advice, however useful, misses the point. Camp is supposed to feel different from — and, frankly, better than — home. That's what gives camp its life-changing power.

Shortly after I left my camp summers behind, I began to research the camp experience as an academic. The best description I've come across for how camp affects kids comes from Fritz Redl, an Austrian Jewish child psychoanalyst and educator who fled Nazi Europe for the United States in the 1930s. After working with children at a camp in Michigan in the 1940s, he described the immersive nature of sleep-away camp as a "powerful drug" that could offer several potential benefits, including character training and "supportive mental hygiene."

Contemporary camps often sell themselves to affluent parents on just this kind of claim: that camp provides utilitarian advantages like acquiring skills and fostering independence. But early camp leaders understood that what camps really do best is induce a kind of extended period of euphoria in kids by cultivating a series of climactic highs with very few, if any, lows.

Camp's power, Dr. Redl wrote, also means it shares "the properties of all other powerful drugs on the market. It is risky, if the wrong person swallows it or if the right one swallows too much of it or at the wrong time." Part of this risk comes from camp's transitory nature. Whatever is restorative about camp is not replicable at home. So if camp works like a drug, then coming home means experiencing withdrawal. That crash is not something that can be avoided. In fact, it's a sign that camp worked in exactly the way it's meant to.

Immersive sleep-away camps of the kind Dr. Redl studied had their roots in a progressive effort to counter the downsides of modern urban life by incubating cultural connections and cultivating interests like theater and scouting. Jewish summer camps, which can run for up to two months, were born of the fresh-air movement in the early 20th century, and they provided getaways for Jewish children who were excluded from many Christian-run summer camps.

At first, these philanthropic camps were designed to aid in assimilation, helping immigrant children leave crowded urban neighborhoods and experience the great American outdoors. After World War II, the goals of the Jewish camping movement changed, as camps focused more on instruction in Jewish traditions for a generation of kids who were assimilating all too well. Rabbis and educators believed that sleep-away camp would solve this assimilation problem, given its intensive nature and the fact that camp, as one Jewish education scholar put it in 1966, "controls the child's environment for 24 hours a day, eight weeks a year." Camp was intended as a powerful drug, one that American Jews hoped would cure a number of specific cultural ills.

Millennials like me experienced Jewish camps in ways similar to our boomer parents. For 14 years, camp was my idyllic getaway not only because of the lifelong friendships, summer flings and sense of joy I found



SILVIA TACK

there but also because the cultural agenda of my camp gave me a sense of purpose. My camp's focus on Zionism turned my friends and me into fanatics for the cause — and gave us the intoxicating feeling that what we learned and did over those eight weeks was what really mattered in life. As I entered my 20s, my life experiences and education made me challenge the ideologies I'd been exposed to. But I knew firsthand how camp can create a two-month bubble for children that feels transformative, like a trip to Neverland.

There's a maxim about the passage of time at camp: A day feels like a week, a week feels like a month, and a month feels like a year — which is testament to the emotional intensity of the experience. A three-week friendship can feel deeper than a three-year one at home; a weeklong fling can feel like the romance of the century. Yet this two-month escape inevitably ends, and as with Neverland, you have to grow up, or at least pack your sleeping bag and go home.

No return from camp was quite as painful for me as that first summer, but each year my friends and I still wailed as we hugged goodbye. One summer, around age 12, I came home inspired to continue the camp experience by doing the entirety of my camp's sing-songy prayer service — all 45 minutes of it — alone every morning in my bedroom. I quickly learned what every camp kid comes to understand: You can't replicate camp at home.

Camp kids also learn that the experience bends your sense of time during noncamp months as well. The countdowns to next summer always went faster than we thought they would, and as camp kids say, I learned to live my year 10 for two.

If your kids come home campsick, don't worry about curing them. Let them know that camp was always meant to provide a bubble away from reality that's intense and ephemeral by design. They can't bring it home with them, nor should they want to. You can remind them, though, once they're back in the real world, that opening day is only 10 short months away.

SANDRA FOX *is the Goldstein-Goren visiting assistant professor of American Jewish history at N.Y.U. and the author of "The Jews of Summer: Summer Camp and Jewish Culture in Postwar America."*

---

## Moral cowardice on display at debate

**BRUNI, FROM PAGE 9**

share, as well as an unsubtle reminder that a certain older, rounder, slower front-runner favors the more aerobically forgiving habitat of the golf course. I guess Ramaswamy does have a Trump dig or two in him, but they're subliminal backhands.

On Wednesday night, Ramaswamy took his lickings and kept on ticking, muscling his callow way into as many topics of discussion as he could. And there were topics galore, as the moderators marched the candidates through abortion, Ukraine, education, immigration, government spending, climate change and more. That tour revealed Haley's desire to be seen as somewhat moderate and less vain and rash than the men; Tim Scott's rearing by a poor, single mother; and Christie's ability to survive a tsunami of booing.

Doug Burgum and Asa Hutchinson occupied lecterns, too. But I've already forgotten them, and I suspect that other viewers and most voters will follow suit.

And Ron DeSantis? Did he invigorate his candidacy or invite its last rites?

He was loud, I'll give him that. He smiled when a smile was in order, punched the air with his fist and trotted out that "stone cold dead" phrase that he has used before to describe the fate he'll mete out to drug dealers who cross the country's southwestern border.

But he had to be dragged to the statement that Pence did right on Jan. 6. He was mealy-mouthed on aid to Ukraine, suggesting he'd cut it off but then saying that his real concern was that Western European countries pony up more. (Gee, where have we heard that before?) He was blurry as often as he was bold, and that's no way to catch up to Trump, let alone overtake him.

But is DeSantis really trying all that hard? Apart from Christie, are



From left, Chris Christie, Mike Pence and Ron DeSantis during the American Pledge of Allegiance at the Republican presidential debate in Milwaukee on Wednesday.

JONATHAN ERNST/REUTERS

any of them? Like their ethically rotten party, they're hostage to a serially indicted huckster and seem to be waiting for some twist of fate or act of magic to make it all better.

I share Ramaswamy's hunger for real courage. But I define it differently than he does, and on Wednesday night, I was famished.

**FRANK BRUNI** *was on the staff of The Times for more than 25 years.*

---

## A continuing loss of religious faith

**KRISTOF, FROM PAGE 8**

hards preached homophobia, embraced bigots like Helms and resisted efforts to counter AIDS — allowing millions of people, gay and straight alike, to die around the world. That is not morally inspiring.

Then in 2001, Falwell and the Rev. Pat Robertson suggested that the Sept. 11 terror attacks were God's punishment for the behavior of feminists, gay people and secularists. My view was that God should have sued them for defamation.

The embrace of Donald Trump by many Christian leaders, even as he boasted about assaulting women, separated children from parents at the border and backed an insurrection, was for some a final indication of moral decay.

(It's important to note that conservative churches had another side that worked tirelessly and without much recognition to address disease and poverty, as I've often written. It was evangelicals like Michael Gerson who in 2003 helped persuade President George W. Bush to adopt a huge initiative to fight AIDS worldwide. That may be the single best American program of my lifetime, saving some 25 million lives around the world so far. We owe Bush and evangelicals our thanks for that.)

The loss of religious community has far-reaching implications. Congregations are a crucial part of America's social capital, providing companionship, food pantries and a pillar of community life. There's also some evidence that religious faith is associated with increased happiness and better physical and mental health.

One of the most thoughtful contemporary religious commentators, Russell Moore, an evangelical who is now editor of Christianity Today, bluntly acknowledges the challenges ahead.

"American Christianity is in crisis," Moore writes in his new book, "Losing Our Religion." "The church is a scandal in all the worst ways."

Moore is deeply critical of the way many evangelical leaders embraced Trump, and he is pained by church sex abuse scandals. In his own ministry, Moore said that he increasingly has heard from committed young Christians who are upset that their parents have been politically radicalized: "I was less likely to hear about wayward children going out into 'the real world' and losing their faith as I was to hear about wayward parents retreating into an imaginary world and losing their minds."

Moore cites data suggesting that the reason people leave churches is not that they lose their belief in God so much as that they lose confidence in religious leaders and in the church's moral leadership. He thinks faith can still recover; I'm not so sure.

Religious charlatans like Falwell may have meant to usher in a new Great Awakening, but in fact they taught millions of Americans to be wary of preening ventriloquists who claim to speak for God.

[Legal notice: UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK — In re: Celsius Network LLC, et al., Chapter 11, Case No. 22-10964 (MG), (Jointly Administered). NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE DEBTORS' CHAPTER 11 PLAN AND RELATED VOTING AND OBJECTION DEADLINES. Full text of bankruptcy confirmation hearing notice concerning Celsius Network LLC Chapter 11 Plan of Reorganization, including voting record date, plan objection deadline, and contact information for Kirkland & Ellis LLP and Joshua A. Sussberg, P.C.]

