August 25, 2023

RE: Celsius Bankruptcy—Celsius Custody Clawback Threshold Forfeit Request

To Whom It May Concern:

This letter is written to request that a clause be added to the settlement that allows custody holders to forfeit any value amount they choose to bring their settlement under the $100,000 threshold.

The benefit of this clause is to protect those who are just over the arbitrary $100,000 threshold.

Currently, my Preference claim is $103,917. I would rather forfeit $3,917 to retain my remaining balance, rather than lose 27.5%.

When I originally voted for the Custody settlement, I thought I was under the $100K threshold and was expecting to receive 100% of my coins. I was dismayed to learn that I was $3,917 over that amount and will now lose a substantial portion of money I had stored on Celsius. I am currently not working and receiving Medicaid due to my recent autoimmune diagnosis of Lupus. Any reduction of my cryptocurrency is a huge financial hit that I cannot afford at this time.

Please consider adding this protection for those of us that are just over this $100,000 threshold.

Thank You,

Elizabeth Bohon