B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Celsius Network LLC, et al.          ,          Case No.  22-10964 (MG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ARCTIC SUMMIT, CORP. | JORGE ENTERPRISES G. C., INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
5990 SW 22nd St.
Miami FL 33155

Court Claim # (if known):  3.1.282335
Amount of Claim:  $ 300,332.52
Date Claim Filed:
Claim amount: Listed on Schedule F (attached)

Phone:  305-492-5916
Last Four Digits of Acct #: _____
E-mail: Jgjorge@asumcorp.com

Phone:  1-844-USE-JEGC
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jordan G. Jorge                Date:  12/30/2022
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO THE DEBTOR AND THE BANKRUPTCY COURT:

    For value received, the sufficiency of which is hereby acknowledged, JORGE ENTERPRISES G. C., INC. ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to ARCTIC SUMMIT, CORP. ("Purchaser") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "Claim") scheduled as claim 3.1.282335, as listed on Schedule F (attached), against the debtor(s) in re: Celsius Network LLC, et al (Case No. 22-bk-10964 (MG)) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

    Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

    IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on December 30, 2022.

    By: /s/ Jordan G. Jorge
    Name: Jordan G. Jorge
    Title: President, Jorge Enterprises G.C. Inc.

| | | | | | |
|---|---|---|---|---|---|
| 3.1.282335 | JORGE ENTERPRISES G. C., INC. | SW 22 ST, MIAMI, FLORIDA 33155 | | BTC 0.618082060559397<br>USDC 287684.919713792 | BTC 0.00741757639540162 |