**Hearing Date and Time: September 7th, 2023, at 10:00 a.m. EST**

Santos Caceres
*Pro se Celsius creditor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                          )
   In re:                                           )         Chapter 11
                                                          )
   CELSIUS NETWORK LLC, *et al.,*[1]   )         Case No. 22- 10964
)
                                                          )
               Debtors.               )         (Jointly Administered)
_____ )


**NOTICE OF WITHDRAWAL OF SANTOS CACERES' MOTION TO CERTIFY A CLASS OF CREDITORS FOR NON-INSIDER CEL TOKEN CLAIM HOLDERS (I) ALLOWING THE RETENTION OF LEGAL REPRESENTATION PAID BY THE ESTATE (II) GRANTING RELATED RELIEF**


      **PLEASE TAKE NOTICE** that a hearing on *Santos Caceres' Motion to Certify a Class of Creditors for Non-Insider CEL Token Claim Holders (I) Allowing the Retention of Legal Representation Paid by the Estate (II) Granting Related Relief* is <u>effective now</u> **withdrawn**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

(the "Motion"), D.R. 1630, **will not** be held on **September 7th, 2023, at 10:00am** (prevailing Eastern Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at **https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl**. Electronic appearances (eCourtAppearances) need to be made by 4:00 p.m. (prevailing Eastern Time), the business day before the hearing (i.e., on May 16th, 2023).

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 10:00 a.m. (prevailing Eastern Time) on September 7th, 2023, must connect to the Hearing beginning at 9:00 a.m. (prevailing Eastern Time) on September 7th, 2023. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom

for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect.

Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Motion and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: August 25th, 2023.

Miami, Florida.

                                                          **/s/ Santos Caceres**
                                                          SANTOS CACERES
                                                              Pro Se Creditor