## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023, a true and correct copy of the foregoing *Motion of Galaxy Digital Trading LLC for Allowance of Administrative Expense for Post-Petition Services* was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this chapter 11 case.

Dated: August 28, 2023  
       New York, New York

**POLSINELLI PC**

*/s/ Mark B. Joachim*  
Mark B. Joachim

90896539.3