Celsius Network LLC (Case 22-10964 (MG))

Dear US Bankruptcy Court,

I am writing to notify the court that the transfer of claim filed in docket no.3371 was made in error and is a duplicate of the transfer of claim filed in docket no.3329. Please regard docket no.3329 as the valid transfer of claim for claim no.31083277.

Thank you,

*Wei Qiang*

Wei Qiang
**Aug 28 2023**