UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors | Chapter 11<br><br>No. 22-10964 (MG)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor:<br>**Bhusaru Mahammed** | Name of Transferee:<br>**CEX Claims US, Corp.** |
|---|---|
| Name and Current Address of Transferor:<br><br>**Bhusaru Mahammed**<br>**(Redacted)** | Name and Address where notices and payments to transferee should be sent:<br><br>CEX Claims US, Corp.<br>3422 Old Capitol Trail<br>PMB 1425<br>Wilmington, Delaware 19808<br>Email: accelnorm@cex.claims |

| Claim No./Schedule | Creditor Name | Amount | Debtor |
|---|---|---|---|
| Claim No. 25889 | Bhusaru Mahammed | Unliquidated | Celsius Network LLC |
| Schedule F Line (3.1.067819) | Bhusaru Mahammed | CEL 1.643497990367<br>UNI 79.79358998 | Celsius Network LLC |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jonathan Accelnorm                                    Date: 08/29/2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1

<u>Annex B</u>
**EVIDENCE OF TRANSFER OF CLAIM**

TO:    United States Bankruptcy Court ("Court")
Southern District of New York

AND TO:    Celsius Network LLC ("Debtor")
Case No. 22-10964 ("Case")

Claim # 25889
Schedule # 3.1.067819

BHUSARU MAHAMMED ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to a certain Transfer of Claim Agreement on or about the date hereof, does hereby unconditionally and irrevocably sell, transfer, and assign unto:

CEX Claims US, Corp.
3422 Old Capitol Trail, PMB 1425
Wilmington, Delaware 19808
Email: accelnorm@cex.claims

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules (all such rights, title and interest, the "Claim"), which represents 100% of the total claim amount against Debtor in the Court, or any other court with jurisdiction over Debtor's case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

| BHUSARU MAHAMMED | CEX CLAIMS US, CORP. |
|---|---|
| Date: 05/19/2023 | Date: 05/19/2023 |
| By: *Bhusaru Mahammed* (May 19, 2023 11:11 GMT+5.5) | By: /s/ Jonathan Accelnorm (May 19, 2023 00:45 CDT) |
| | Name: JONATHAN ACCELNORM |
| | Title: Director |

2