| 3.1 | 556084 | TJERK GAUDERIS | ADDRESS REDACTED | | | | BTC 0.423507669419808 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DocuSign Envelope ID: 69426287-EFB0-43DC-9ACA-78B7D2B0A2D5 | | | | 22-10964-mg | Doc 3386-1 | Filed 08/29/23 Entered 08/29/23 16:15:49 | Exhibit | |
| | | | | | | | Scheduled Claim Pg 1 of 1 | | | |