| 3.1.382909 | MATTHIAS REMES | ADDRESS REDACTED | ADA 1005.46339057148 | BTC 0.00794283544800145 |
| | | | ETH 0.029792060608231198 | |
| | | | BTC 0.02743206866787265 | |
| | | | CEL 768.104278020455 | |
| | | | SNX 15 | |
| | | | USDC 0.000000919413919415 | |

DocuSign Envelope ID: 36C546F6-D8DE-4F84-8776-E93A025E64C7