| 3.1 | 003063 | ADAM BRAITHWAITE | ADDRESS REDACTED | | 22-10964-mg | Doc 3388-1 | BCH 0.0001892211177838<br>BTC 0.0000041499825257<br>Scheduled Claim<br>DASH 0.00448830530402815<br>ETC 0.000365012553233085<br>ETH 2.768619580668499E-06<br>LTC 0.000000003372949281<br>USDC 0.000000859417377358<br>XLM 0.000000042762350052<br>XRP 0.000000863080389155 | Filed 08/29/23 Entered 08/29/23 16:20:45 Pg 1 of 1 | Exhibit | | |