**FOX ROTHSCHILD LLP**
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Michael R. Herz, Esq.
Martin R. Martos, II, Esq.

*Attorneys for Mawson Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
  In re                                                                      :
                                                              :   Chapter 11
  CELSIUS NETWORK LLC, *et al.*,[1]              :
                                                               :   Case No. 22-10964 (MG)
                       Debtors.                                             :
                                                               :   Jointly Administered
------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

       I, Martin R. Martos, II, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Mawson Infrastructure Group, Inc., Luna Square LLC and Cosmos Infrastructure LLC (the "Mawson Entities"), interested parties in the above referenced case. Fox Rothschild LLP is specially appearing on behalf of the Mawson Entities strictly to address the procedural and due process concerns, and this Motion should not be construed as an acknowledgement of the Court's jurisdiction over the Mawson Entities generally or an acknowledgement that Fox Rothschild LLP is authorized to accept service of pleadings or subpoenas on behalf of the Mawson Entities in the Debtors' cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I certify that I am a member in good standing of the bar in the State of Illinois, and, if applicable, the bars of the U.S. District Court for the Southern and Northern Districts of Illinois.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated:   August 30, 2023                    **FOX ROTHSCHILD LLP**
                                            *Attorneys for Mawson Entities*


                                            By:   */s/ Martin R. Martos, II*
                                                  Martin R. Martos, II, Esq.
                                                  321 N. Clark Street, Suite 1600
                                                  Chicago, IL 60654
                                                  Telephone: (312) 517-9200
                                                  Facsimile: (312) 517-9201
                                                  E-mail: mmartos@foxrothschild.com