**FOX ROTHSCHILD LLP**
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Michael R. Herz, Esq.
Martin R. Martos, II, Esq.

*Attorneys for Mawson Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------- x
   In re                                                  :
                                                          :   Chapter 11
   CELSIUS NETWORK LLC, et al.,¹                          :
                                                          :   Case No. 22-10964 (MG)
                        Debtors.                          :
                                                          :   Jointly Administered
--------------------------------------------------------- x
```

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Martin R. Martos, II, to be admitted, *pro hac vice*, to represent Mawson Infrastructure Group, Inc., Luna Square LLC and Cosmos Infrastructure LLC (the "Client"), interested parties in the above referenced case, and upon the Movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bars of the U.S. District Court for the Southern and Northern Districts of Illinois, it is hereby

**ORDERED**, that Martin R. Martos, II, Esq. II is admitted to practice *pro hac vice* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/_____
Honorable Martin Glenn,
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.