**FOX ROTHSCHILD LLP**
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Michael R. Herz, Esq.
Martin R. Martos, II, Esq.
Isaac M. Hoenig, Esq.

*Attorneys for Mawson Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re                                                         :
                                                              : Chapter 11
CELSIUS NETWORK LLC, *et al.*,[1]                             :
                                                              : Case No. 22-10964 (MG)
        Debtors.                                              :
                                                              : Jointly Administered
------------------------------------------------------------- x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Isaac M. Hoenig, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Mawson Infrastructure Group, Inc., Luna Square LLC and Cosmos Infrastructure LLC (the "Mawson Entities"), interested parties in the above referenced case. Fox Rothschild LLP is specially appearing on behalf of the Mawson Entities strictly to address the procedural and due process concerns, and this Motion should not be construed as an acknowledgement of the Court's jurisdiction over the Mawson Entities generally or an acknowledgement that Fox Rothschild LLP is authorized to accept service of pleadings or subpoenas on behalf of the Mawson Entities in the Debtors' cases.

I certify that I am a member in good standing of the bar in the State of New York.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

148949322.1

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated:  August 30, 2023            **FOX ROTHSCHILD LLP**
                                   *Attorneys for Mawson Entities*


                                   By:  */s/ Isaac M. Hoenig*
                                        Isaac M. Hoenig
                                        101 Park Ave.
                                        17th Floor
                                        New York, NY 10178
                                        Phone: (212) 878-7963
                                        Facsimile: (212) 692-0940
                                        E-mail: ihoenig@foxrothschild.com

148949322.1

**FOX ROTHSCHILD LLP**
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Michael R. Herz, Esq.
Martin R. Martos, II, Esq.
Isaac M. Hoenig, Esq.

*Attorneys for Mawson Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | : |
| | : Case No. 22-10964 (MG) |
| Debtors. | : |
| | : Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Isaac M. Hoenig, to be admitted, *pro hac vice*, to represent Mawson Infrastructure Group, Inc., Luna Square LLC and Cosmos Infrastructure LLC (the "Client"), interested parties in the above referenced case, and upon the Movant's certification that the movant is a member in good standing of the bar in the State of New York, it is hereby

**ORDERED**, that Isaac M. Hoenig is admitted to practice *pro hac vice* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/_____
Honorable Martin Glenn,
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

148949322.1