**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| Debtors. | ) | (Jointly Administered) |

# NOTICE OF TWELFTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed its *Twelfth Monthly Fee Statement of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From July 1, 2023 Through July 31, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 2779 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Fee Statement**, by (i) Elementus Inc. and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 2779 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Fee Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Elementus.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

Dated: August 30, 2023
New York, New York

Respectfully submitted,

*/s/ Gregory F. Pesce*

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
sam.hershey@whitecase.com
azatz@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO TWELFTH MONTHLY FEE STATEMENT OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Elementus Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | July 1, 2023 – July 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $87,220.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $69,776.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $17,444.00 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $51,595.27 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $138,815.27 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $121,371.27 |

This is a monthly fee invoice.



## Professional Hours Tracker - July 2023

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 31 July 2023

**Hours Summary**

| Date | Day | Name | Role | Activity | Category | Rate | Hours | Cost |
|---|---|---|---|---|---|---|---|---|
| 7/5/2023 | Tuesday | Umber Kohli | Project Manager | Weekly UCC Call | Communications | $600 | 1.2 | $720 |
| 7/10/2023 | Monday | Umber Kohli | Project Manager | Call w/ Selendy Gay re: anaylsis w/ M Lam | Communications | $600 | 0.6 | $360 |
| 7/10/2023 | Monday | Matthew Lam | Senior Data Scientist | Call w/ Selendy Gay re: anaylsis w/ U Kohli | Communications | $900 | 0.6 | $540 |
| 7/10/2023 | Monday | Umber Kohli | Project Manager | Discuss FTX production data w/ A Mologoko, B Young, and M Lam | Communications | $600 | 0.9 | $540 |
| 7/10/2023 | Monday | Matthew Lam | Senior Data Scientist | Discuss FTX production data w/ A Mologoko, B Young, and U Kohli | Communications | $900 | 0.9 | $810 |
| 7/10/2023 | Monday | Bryan Young | Vice President | Discuss FTX production data w/ A Mologoko, M Lam, and U Kohli | Communications | $900 | 0.9 | $810 |
| 7/10/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Discuss FTX production data w/ B Young, M Lam, and U Kohli | Communications | $900 | 0.9 | $810 |
| 7/10/2023 | Monday | Matthew Lam | Senior Data Scientist | FTX naked short analysis | Communications | $900 | 6 | $5,400 |
| 7/10/2023 | Monday | Umber Kohli | Project Manager | Sync up on FTX analyis w/ M Lam | Communications | $600 | 0.5 | $300 |
| 7/10/2023 | Monday | Matthew Lam | Senior Data Scientist | Sync up on FTX analyis w/ U Kohli | Communications | $900 | 0.5 | $450 |
| 7/11/2023 | Tuesday | Umber Kohli | Project Manager | Discuss Kaiko <> FTX / CEL files w/ A Mologoko and E Salinger | Communications | $600 | 0.6 | $360 |
| 7/11/2023 | Tuesday | E Salinger | Software Engineer | Discuss Kaiko <> FTX / CEL files w/ A Mologoko and U Kohli | Communications | $800 | 0.6 | $480 |
| 7/11/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Discuss Kaiko <> FTX / CEL files w/ E Salinger and U Kohli | Communications | $900 | 0.6 | $540 |
| 7/11/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | FTX analysis | Internal Development | $900 | 6.5 | $5,850 |
| 7/11/2023 | Tuesday | Matthew Lam | Senior Data Scientist | FTX naked short analysis | Internal Development | $900 | 4 | $3,600 |
| 7/11/2023 | Tuesday | Umber Kohli | Project Manager | FTX short-sell writeup for Selendy Gay | Internal Development | $600 | 5 | $3,000 |
| 7/11/2023 | Tuesday | E Salinger | Software Engineer | Internal data syncing to support FTX short sell analysis | Internal Development | $800 | 6 | $4,800 |
| 7/11/2023 | Tuesday | Umber Kohli | Project Manager | Sync up - FTX analysis w/ A Mologoko, B Young, and M Lam | Communications | $600 | 0.7 | $420 |
| 7/11/2023 | Tuesday | Matthew Lam | Senior Data Scientist | Sync up - FTX analysis w/ A Mologoko, B Young, and U Kohli | Communications | $900 | 0.7 | $630 |
| 7/11/2023 | Tuesday | Bryan Young | Vice President | Sync up - FTX analysis w/ A Mologoko, M Lam, and U Kohli | Communications | $900 | 0.7 | $630 |
| 7/11/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Sync up - FTX analysis w/ B Young, M Lam, and U Kohli | Communications | $900 | 0.7 | $630 |
| 7/12/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | FTX analysis | Internal Development | $900 | 7.3 | $6,570 |
| 7/12/2023 | Wednesday | Umber Kohli | Project Manager | FTX short-sell writeup for Selendy Gay | Internal Development | $600 | 6 | $3,600 |
| 7/12/2023 | Wednesday | Umber Kohli | Project Manager | Sync up - FTX write-up w/ A Mologoko and B Young | Communications | $600 | 0.5 | $300 |
| 7/12/2023 | Wednesday | Bryan Young | Vice President | Sync up - FTX write-up w/ A Mologoko and U Kohli | Communications | $900 | 0.5 | $450 |
| 7/12/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Sync up - FTX write-up w/ B Young and U Kohli | Communications | $900 | 0.5 | $450 |
| 7/14/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Celsius - FTX Production Findings Debrief w/ Selendy Gay, A.Colodny, A Mologoko, B Young, M Lam, and U Kohli | Communications | $1,000 | 1 | $1,000 |
| 7/14/2023 | Friday | Umber Kohli | Project Manager | Celsius - FTX Production Findings Debrief w/ Selendy Gay, A.Colodny, | Communications | $600 | 1 | $600 |
| 7/14/2023 | Friday | Matthew Lam | Senior Data Scientist | Celsius - FTX Production Findings Debrief w/ Selendy Gay, A.Colodny, | Communications | $900 | 1 | $900 |
| 7/14/2023 | Friday | Bryan Young | Vice President | Celsius - FTX Production Findings Debrief w/ Selendy Gay, A.Colodny, | Communications | $900 | 1 | $900 |
| 7/14/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Celsius - FTX Production Findings Debrief w/ Selendy Gay, A.Colodny, | Communications | $900 | 1 | $900 |
| 7/14/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | FTX naked shorting allegations analysis | Internal Development | $900 | 7 | $6,300 |
| 7/17/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | FTX naked shorting allegations analysis | Internal Development | $900 | 8 | $7,200 |
| 7/19/2023 | Wednesday | Umber Kohli | Project Manager | June billing roundup | Internal Development | $600 | 1 | $600 |
| 7/24/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | FTX questions report | Internal Development | $900 | 6.5 | $5,850 |
| 7/25/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Regroup - Celsius <> FTX w/ U Kohli and M Lam | Communications | $900 | 0.7 | $630 |
| 7/25/2023 | Tuesday | Umber Kohli | Project Manager | Regroup - Celsius <> FTX w/ A Mologoko and M Lam | Communications | $600 | 0.7 | $420 |
| 7/25/2023 | Tuesday | Matthew Lam | Senior Data Scientist | Regroup - Celsius <> FTX w/ A Mologoko and U Kohli | Communications | $900 | 0.7 | $630 |
| 7/25/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | FTX questions report | Internal Development | $900 | 7.3 | $6,570 |
| 7/25/2023 | Tuesday | Umber Kohli | Project Manager | Weekly UCC call | Communications | $600 | 2.5 | $1,500 |
| 7/26/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Regroup on FTX questions report | Communications | $900 | 0.2 | $180 |
| 7/26/2023 | Wednesday | Umber Kohli | Project Manager | Regroup on FTX questions report | Communications | $600 | 0.2 | $120 |
| 7/26/2023 | Wednesday | Umber Kohli | Project Manager | FTX questions report write-up | Internal Development | $600 | 1 | $600 |
| 7/26/2023 | Wednesday | Umber Kohli | Project Manager | Elementus + Selendy Gay | Communications | $600 | 1.5 | $900 |
| 7/26/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Elementus + Selendy Gay | Communications | $900 | 1.5 | $1,350 |
| 7/26/2023 | Wednesday | Matthew Lam | Senior Data Scientist | Elementus + Selendy Gay | Communications | $900 | 1.5 | $1,350 |
| 7/26/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | CEL market manipulation at FTX investigation | Internal Development | $900 | 6.3 | $5,670 |
| **July 2023 Labor Totals** | | | | | | | **105.5** | **$87,220** |

| Other Expenses | |
| --- | --- |
| **Description** | **Cost** |
| Amazon Web Services Costs | $40,060.49 |
| Google Cloud Platform | 10,942.99 |
| Google Voice | 54.40 |
| Asana - Project Management | 414.95 |
| Atlassian - Project Management | 65.73 |
| Microsoft 365 Subscriptions | 40.83 |
| Miro | 15.88 |
| **Other Expenses Totals** | **$51,595.27** |