Avi Weitzman, Esq.
Joshua Kahane, Esq.
Natasha M. Nicholson Gaviria, Esq.
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6920
Fax:    (212) 319-4090
aviweitzman@paulhastings.com
joshuakahane@paulhastings.com
natashanicholsongaviria@paulhastings.com

Leo Tsao, Esq.
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, D.C., 20036
Telephone:    (202) 551-1910
Facsimile:    (202) 551-1705
leotsao@paulhastings.com

*Counsel to Adrian Alisie, Amir Ayalon, Tal Bentov, Rod Bolger, Shiran Kleiderman, Jason Perman, Trunshedda Ramos, and Rodney Sunada-Wong*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | : | Case No. 22-10964 (MG) |
| Debtors.[1] | : | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

# NOTICE OF APPEARANCE, REQUEST FOR
# SERVICE OF PAPERS, AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Adrian Alisie, Amir Ayalon, Tal Bentov, Rod Bolger, Shiran Kleiderman, Jason Perman, Trunshedda Ramos, and Rodney Sunada-Wong (the "Celsius Network Pool") in the above-captioned chapter 11 cases. Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned respectfully requests that all notices given or required to be given in the above-captioned case and all papers served or required to be served in such case be served upon the following:

Avi Weitzman, Esq.
Joshua Kahane, Esq.
Natasha M. Nicholson Gaviria, Esq.
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6920
Facsimile:  (212) 319-4090
aviweitzman@paulhastings.com
joshuakahane@paulhastings.com
natashanicholsongaviria@paulhastings.com

Leo Tsao, Esq.
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, D.C., 20036
Telephone:  (202) 551-1910
Facsimile:  (202) 551-1705
leotsao@paulhastings.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply

2

papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise made with regard to the above-captioned cases and adversary proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of any rights of the Celsius Network Pool, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Celsius Network Pool may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 30, 2023  
       New York, New York

Respectfully submitted,

/s/ *Avi Weitzman*  
Avi Weitzman, Esq.  
Joshua Kahane, Esq.  
Natasha M. Nicholson Gaviria, Esq.  
**PAUL HASTINGS LLP**  
200 Park Avenue  
New York, New York 10166  
Telephone:   (212) 318-6920  
Facsimile:   (212) 319-4090  
aviweitzman@paulhastings.com  
joshuakahane@paulhastings.com  
natashanicholsongaviria@paulhastings.com

Leo Tsao, Esq.  
**PAUL HASTINGS LLP**  
2050 M Street NW  
Washington, D.C., 20036  
Telephone:   (202) 551-1910  
Facsimile:   (202) 551-1705  
leotsao@paulhastings.com

*Counsel to Adrian Alisie, Amir Ayalon, Tal Bentov, Rod Bolger, Shiran Kleiderman, Jason Perman, Trunshedda Ramos, and Rodney Sunada-Wong*