Honorable Martin Glenn,

I am writing with regards to my earlier communication dated 8/29, wherein I conveyed the following:

"Specifically, there is an intention to pursue loan holders who withdrew their loan principal from the Celsius platform within 90 days of filing for bankruptcy. This unexpected divergence in treatment raises questions of fairness and reasonableness, particularly in light of retail customers' lack of awareness regarding the impending bankruptcy of Celsius."

Upon further consideration, I have come to realize that the preference exposure might stem from the transfer of the loan principal to custody at the time of loan origination. However, this realization does not alter the core of the original argument.

For your convenience, I have attached a diagram below to provide a clearer illustration of how loans taken within the 90-day period are being treated, to the best of my knowledge.



In light of these observations, I kindly request your consideration of these nuanced details in the broader context of the proceedings. The principles of fairness, consistency, and equity must continue to guide the decision-making process.

Your commitment to justice and integrity in these proceedings is greatly appreciated. I hold the utmost confidence in your discernment and trust that your deliberations will lead to an outcome that upholds these vital principles.

Thank you for your time and thoughtful consideration.

Sincerely,
Travis Keeney