GODFREY & KAHN, S.C.
1 East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | x | |
| **In re** | : | **Chapter 11** |
| | : | |
| **CELSIUS NETWORK, LLC, *et al.*,**[1] | : | **Case No. 22-10964 (MG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | x | **Re: Docket Nos. 3208, 3209** |

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. §1746 AND L.R. 9075-2
REGARDING THE SECOND INTERIM FEE APPLICATIONS OF THE FEE
EXAMINER, DELAWAREADR, LLC AND SONTCHI, LLC, AND COUNSEL FOR
THE FEE EXAMINER, GODFREY & KAHN, S.C., FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
<u>EXPENSES FOR THE PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023</u>**

Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the

Southern District of New York (the "Local Rules"), and consistent with the *Second Amended*

*Final Order (I) Establishing Certain Notice, Case Management, and Administrative*

*Procedures and (II) Granting Related Relief* [Docket No. 2560] (the "<u>Case Management</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Order"), and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Dkt. No. 1745], the undersigned hereby certifies as follows:

1.      On August 8, 2023, the Fee Examiner filed the *Second Interim Application of DelawareADR, LLC and Sontchi, LLC as Court-Appointed Independent Fee Examiner, for Allowance of Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2023 Through June 30, 2023* [Docket No. 3208] (the "DelawareADR/Sontchi Second Fee Application"). The DelawareADR/Sontchi Second Fee Application attached a proposed order approving it (the "Proposed DelawareADR/Sontchi Fee Order").

2.      On August 8, 2023, counsel to the Fee Examiner filed the *Second Interim Application of Godfrey & Kahn, S.C., as Attorneys for the Fee Examiner, for Allowance of Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2023 Through June 30, 2023* [Docket No. 3209] (the "G&K Second Fee Application"). The G&K Second Fee Application attached a proposed order approving it (the "Proposed G&K Fee Order").

3.      Also on August 8, 2023, counsel to the Fee Examiner filed the *Notice of Filing Second Interim Applications of DelawareADR, LLC, Sontchi, LLC, and Godfrey & Kahn, S.C.* [Dkt. No. 3211] (the "Notice") and the *Affidavit of Service* [Dkt. No. 3218] reflecting service of the Notice, the DelawareADR/Sontchi Second Fee Application, and the G&K Second Fee Application on the individuals registered to receive electronic notices via the Court's ECF noticing system, via e-mail to those identified on the Core 2002 list as of August 7, 2023, and via first class mail to the parties with no known e-mail listed.

interleaved

4.      Paragraph 32 of the Case Management Order provides "[i]f no Objection to a Request for Relief is filed after the Request for Relief is filed and served in a timely fashion, the movant may email a proposed order granting the Request for Relief to the Court's chambers, in accordance with chambers' procedures and paragraph 21, along with a certificate of no objection ("Certificate of No Objection") stating that no Objection has been filed or served on the movant.  By filing such certification, counsel for the movant represents to the Court that the movant is unaware of any Objection to the Request for Relief and that counsel has reviewed the Court's docket and no objection appears thereon."

5.      Consistent with paragraph of 4(e) the Interim Compensation Order, the deadline to object to the DelawareADR/Sontchi Second Fee Application and the G&K Second Fee Application was August 29, 2023 at 4:00 p.m. prevailing Eastern Time (the "Interested Party Objection Deadline").

6.      Local Rule 9075-2 provides that a motion or application may be granted without a hearing if (a) no objections or responsive pleadings have been filed or served before 48 hours after the relevant objection deadline, and (b) the attorney for the entity that filed the pleading complies with the relevant procedural and notice requirements.

7.      The Notice advised interested parties that "if no objection is timely filed and served in accordance with the Interim Compensation order and Case Management procedures, the relief requested may be granted without a hearing." Notice at p. 3.

8.      As of the filing of this certificate, to the best of my knowledge, no responsive pleadings or informal objections to the DelawareADR/Sontchi Second Fee Application or the G&K Second Fee Application have been (a) filed with the Court on the docket of the above-captioned chapter 11 cases or (b) served on the Fee Examiner or his proposed counsel.

9.      Accordingly, the Fee Examiner respectfully requests entry of the Proposed

Orders, attached here as **Attachment 1** and **Attachment 2** in accordance with the Case

Management Order and Local Rule 9075-2.

10.      I hereby declare under penalty of perjury that the foregoing is true and correct

to the best of my knowledge, information, and belief.

Dated:  August 30, 2023.

> **GODFREY & KAHN, S.C.**
> *Counsel for Fee Examiner*
>
> By    */s/ Katherine Stadler*
>       Katherine Stadler (NYSB #4938064)
>       One East Main Street, Suite 500
>       Madison, WI 53703
>       Telephone: (608) 297-3911
>       E-mail: kstadler@gklaw.com

29864831.2

# ATTACHMENT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | x | |
| In re | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK, LLC, *et al.,*[1] | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | X | |

**ORDER GRANTING SECOND INTERIM APPLICATION OF DELAWAREADR, LLC AND
SONTCHI, LLC AS COURT-APPOINTED INDEPENDENT FEE EXAMINER FOR
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM MARCH 1, 2023 THROUGH JUNE 30, 2023**

Upon consideration of the *Second Interim Application of DelawareADR, LLC and Sontchi, LLC* ["**Applicants**"] *for Compensation for Services and Reimbursement of Expenses as Court-Appointed Independent Fee Examiner for the Period from March 1, 2023 Through June 30, 2023* [Dkt. No. 3208] (the "**Application**") for allowance of interim compensation and reimbursement of expenses incurred during the period from March 1, 2023 through June 30, 2023 (the "**Second  Interim Compensation Period**"), filed pursuant to the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Dkt. No. 1745] (the "**Interim Compensation Order**"); the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professional*

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[Dkt. No. 1746] (the "**Fee Examiner Order**"); and the *Second Amended Final Order (I)*
*Establishing Certain Notice, Case Management, and Administrative Procedures and (II)*
*Granting Related Relief* [Dkt. No. 2560] (the "**Case Management Order**"); and pursuant to 11
U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule
2016-1 of the Local Bankruptcy Rules for the Southern District of New York; and notice having
been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and the
Court finding that:  (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157
and 1334; (b) notice of the Application was adequate under the circumstances; and (c) all parties
with notice of the Application have been afforded the opportunity to be heard on the Application,
and upon the full record of all proceedings in this case; and sufficient cause having been shown
therefor, it is hereby;

ORDERED THAT:

1.      The Application is granted on an interim basis, to the extent set forth on the
attached **Exhibit A**.

2.      The Applicants are allowed (a) interim compensation for services rendered during
the Compensation Period and (b) interim reimbursement for actual and necessary expenses
incurred during the Compensation Period, in the amounts set forth on the attached **Exhibit A**,
including, except as otherwise indicated, any and all holdbacks.

3.      To the extent not already paid pursuant to the Interim Compensation Order, the
Debtors are hereby authorized and directed to pay, except as otherwise indicated on **Exhibit A**,
the Applicants 100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** for
services rendered and expenses incurred during the Compensation Period.

2

4.      All fees and expenses allowed herein shall be subject to final allowance by the

Court without regard to whether such amounts have been paid to the Applicants.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation, and/or enforcement of this order.

IT IS SO ORDERED.

Dated:  September __, 2023.
           New York, New York

_____
Martin Glenn
Chief United States Bankruptcy Judge

29731097.3

**Case No.: 22-10964**   **SECOND INTERIM FEE PERIOD**   **Exhibit A**

**Case Name: Celsius Network, LLC, et al.**   **March 1, 2023 – June 30, 2023**

| Applicant | Date/Document Number of Application | Interim Fees Requested on Application | Fees Allowed | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Fee Period(s) (if any)(i.e., Holdback Release) | Total Fees to be Paid | Interim Expenses Requested | Expenses Approved for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **Sontchi, LLC by Christopher Sontchi** *Fee Examiner* | August 8, 2023 Dkt. No. 3208 | $12,150.00 | $12,150.00 | $2,430.00 | $0.0 | $2,430.00 | $0.0 | $0.0 |
| **DelawareADR, LLC by Christopher Sontchi** *Fee Examiner* | | $45,000.00 | $45,000.00, | $9,000.00 | $0.0 | $9,000.00 | $0.0 | $0.0 |
| **Total:** | | **$57,150.00** | **$57,150.00** | **$11,430.00** | **$0.00** | **$11,430.00** | **$0.00** | **$0.00** |

# ATTACHMENT 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | x | |
| In re | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK, LLC, *et al.,*[1] | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | X | |

**ORDER GRANTING SECOND INTERIM APPLICATION OF GODFREY & KAHN, S.C., AS ATTORNEYS FOR THE FEE EXAMINER,  FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023**

Upon consideration of the *Second Interim Application of Godfrey & Kahn, S.C.* ["**Applicant**"]*, as Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From March 1, 2023 Through June 30, 2023* [Dkt. No. 3209] (the "**Application**") for allowance of interim compensation and reimbursement of expenses incurred during the period from March 1, 2023 through June 30, 2023 (the "**Second Interim Compensation Period**"), filed pursuant to the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Dkt. No. 1745] (the "**Interim Compensation Order**"); the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professional* [Dkt. No. 1746] (the "**Fee Examiner Order**"); and the *Second Amended Final Order (I)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Dkt. No. 2560] (the "**Case Management Order**"); and pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and the Court finding that:  (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Application was adequate under the circumstances; and (c) all parties with notice of the Application have been afforded the opportunity to be heard on the Application, and upon the full record of all proceedings in this case; and sufficient cause having been shown therefor, it is hereby;

ORDERED THAT:

1.      The Application is granted on an interim basis, to the extent set forth on the attached **Exhibit A**.

2.      The Applicant is allowed (a) interim compensation for services rendered during the Compensation Period and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Period, in the amounts set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all holdbacks.

3.      To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay, except as otherwise indicated on **Exhibit A**, the Applicants 100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** for services rendered and expenses incurred during the Compensation Period.

4.      All fees and expenses allowed herein shall be subject to final allowance by the Court without regard to whether such amounts have been paid to the Applicant.

2

5.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation, and/or enforcement of this order.

IT IS SO ORDERED.

Dated:  September __, 2023.
        New York, New York

                                        _____
                                        Martin Glenn
                                        Chief United States Bankruptcy Judge

29731090.2

**Case No.: 22-10964**

**SECOND INTERIM FEE PERIOD**

**Exhibit A**

**Case Name: Celsius Network, LLC, et al.**

**March 1, 2023 – June 30, 2023**

| Applicant | Date/Document Number of Application | Interim Fees Requested on Application | Fees Allowed | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Fee Period(s) (if any)(i.e., Holdback Release) | Total Fees to be Paid | Interim Expenses Requested | Expenses Approved for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **Godfrey & Kahn, S.C.** *Counsel to Fee Examiner* | August 8, 2023 Dkt. No. 3209 | $563,639.00 | $563,639.00 | $563,639.00 | $0.0 | $563,639.00 | $643.51 | $643.51 |