Avi Weitzman, Esq.
Joshua Kahane, Esq.
Natasha M. Nicholson Gaviria, Esq.
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6920
Fax:    (212) 319-4090
aviweitzman@paulhastings.com
joshuakahane@paulhastings.com
natashanicholsongaviria@paulhastings.com

Leo Tsao, Esq.
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, D.C., 20036
Telephone:    (202) 551-1910
Facsimile:    (202) 551-1705
leotsao@paulhastings.com

*Counsel to Hanoch "Nuke" Goldstein*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, *et al.*, | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS, AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Hanoch "Nuke" Goldstein ("Goldstein") in the above-captioned chapter 11 cases. Pursuant to section

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned respectfully requests that all notices given or required to be given in the above-captioned case and all papers served or required to be served in such case be served upon the following:

Avi Weitzman, Esq.
Joshua Kahane, Esq.
Natasha M. Nicholson Gaviria, Esq.
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone:    (212) 318-6920
Facsimile:    (212) 319-4090
aviweitzman@paulhastings.com
joshuakahane@paulhastings.com
natashanicholsongaviria@paulhastings.com

Leo Tsao, Esq.
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, D.C., 20036
Telephone:    (202) 551-1910
Facsimile:    (202) 551-1705
leotsao@paulhastings.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise made with regard to the above-captioned cases and adversary proceedings herein.

2

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of any rights of Goldstein, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Goldstein may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: August 30, 2023<br>New York, New York | Respectfully submitted,<br><br>/s/ *Avi Weitzman*<br>Avi Weitzman, Esq.<br>Joshua Kahane, Esq.<br>Natasha M. Nicholson Gaviria, Esq.<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, New York 10166<br>Telephone:   (212) 318-6920<br>Facsimile:    (212) 319-4090<br>aviweitzman@paulhastings.com<br>joshuakahane@paulhastings.com<br>natashanicholsongaviria@paulhastings.com<br><br>Leo Tsao, Esq.<br>**PAUL HASTINGS LLP**<br>2050 M Street NW<br>Washington, D.C., 20036<br>Telephone:   (202) 551-1910<br>Facsimile:    (202) 551-1705<br>leotsao@paulhastings.com<br><br>*Counsel to Hanoch "Nuke" Goldstein* |