**FOX ROTHSCHILD LLP**
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Michael A. Sweet, Esq.
Michael R. Herz, Esq.

*Attorneys for Mawson Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
|  |  |
| In re | : |
|  | : Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | : |
|  | : Case No. 22-10964 (MG) |
| Debtors. | : |
|  | : Jointly Administered |
---------------------------------------------------------------- x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") on the motion of Mawson

Infrastructure Group, Inc., Luna Squares LLC, and Cosmos Infrastructure (collectively, the

"Mawson Entities"), for entry of an order pursuant to Federal Rule of Civil Procedure 60(b) and

11 U.S.C. § 105(a), granting the Mawson Entities relief from the Court's Order (I) Authorizing

the Debtors to Issue Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9019 to

Mawson Infrastructure Group, Inc., Luna Squares LLC, and Cosmos Infrastructure LLC and (II)

Granting Related Relief (the "Motion") [D.I. 3197] scheduled for September 7, 2023 at 10:00 a.m.

(EST), is hereby adjourned to **October 5, 2023 at 10:00 a.m. (EST)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

148999362.1

**PLEASE TAKE FURTHER NOTICE** that the Hearing will take place in a hybrid fashion in both person and via Zoom for Government.  Those wishing to participate in the Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Courtroom No. 523.  For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government.  Parties wishing to appear at the Hearing via Zoom for Government, whether making a "live" or "listen only" appearance before the Court, need to register their electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  When registering for an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance.  Registration from eCourtAppearances must be made by **4:00 p.m., prevailing Eastern Standard Time, the business day before the hearing (*i.e.*, October 4, 2023).**

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants at the hearing and the Court's security requirement for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing must connect to the Hearing beginning at 9:00 a.m. prevailing Eastern Standard Time on the date of the Hearing. When parties sign int to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing.  Parties that type in only their first name, a nickname, or initials will not be admitted into the Hearing.  When seeking to connect for either audio or video participation in a Zoom for Government Hearing, participants will first enter a "Waiting Room" in the order in which they seek to connect.  Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone

2

number, if a telephone is used to connect) with their eCourtAppearance. Because of the large

number of expected participants, participants may experience a delay in the Waiting Room before

being admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free at

charge by visiting the website Stretto at https://cases.stretto.com/celsius. Copies of the Motion

may also be obtained by visiting the Court's website at http://www.nysb.uscourts.gov in

accordance with the procedures and fees set forth therein.


Dated:   Morristown, New Jersey               **FOX ROTHSCHILD LLP**
         August 31, 2023                      *Attorneys for Mawson Entities*


                                  By:   */s/ Michael R. Herz*
                                        Michael R. Herz, Esq.
                                        Michael A. Sweet, Esq.
                                        101 Park Avenue, 17th Floor
                                        New York, NY 10178
                                        Telephone: (212) 878-7900
                                        Facsimile: (212) 692-0940

148999362.1