DocuSign Envelope ID: 57ABC9D8-F1FC-4ACC-BD03-31FBE13E729B

| 3.1.534984 | STEVEN SCHLOSSER | ADDRESS REDACTED | | | |
|---|---|---|---|---|---|
| | | | ADA 0.501686574069573 | AVAX 7.43538148618509 | |
| | | | BTC 0.0754557918394041 | BTC 1.04000031477213 | |
| | | | ETH 0.000001779623059994 | | |
| | | | LUNC 5.86704173248399 | | |
| | | | MATIC 3.01284159438107 | | |
| | | | USDC 1.62184117982517 | | |