**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                                                                          :
                                                                                                    :    Chapter 11
CELSIUS NETWORK LLC, *et al.*,[1]                               :
                                                                                                    :    Case No. 22-10964 (MG)
              Debtors.                                      :
                                                                                                    :    Jointly Administered
---------------------------------------------------------------- x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Isaac M. Hoenig, to be admitted, *pro hac vice*, to represent Mawson Infrastructure Group, Inc., Luna Square LLC and Cosmos Infrastructure LLC (the "Client"), interested parties in the above referenced case, and upon the Movant's certification that the movant is a member in good standing of the bar in the State of New York, it is hereby,

      **ORDERED**, that Isaac M. Hoenig is admitted to practice *pro hac vice* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 5, 2023
       New York, New York

                                                      /s/Martin Glenn
                                          CHIEF JUDGE MARTIN GLENN
                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.