Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**EIGHTH SUPPLEMENTAL NOTICE OF ADDITIONAL PHISHING ATTEMPTS**

**PLEASE TAKE NOTICE** that on August 30, 2023, the Debtors become aware of a fraudulent "clone website" domain[2] created on August 29, 2023, purporting to belong to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] On November 30, 2022, the Debtors filed the *Notice of Phishing Attempts* [Docket No. 1527] (the "Original Notice") to alert parties in interest of phishing emails sent to certain of the Debtors' customers purporting to be restructuring associates at Kirkland & Ellis LLP, the Debtors' Counsel, and requesting that customers submit their wallet addresses and other account information to receive claim distributions. Copies of such emails are attached to the Original Notice as Exhibit A. Additionally, on December 13, 2022, the Debtors filed the *Supplemental Notice of Phishing Attempts* [Docket No. 1681] (the "First Supplemental Notice") to alert parties in interest of third-party reports of these and similar phishing emails targeting cryptocurrency users and their potential sources. Copies of such reports are attached to the Supplemental Notice as Exhibit A. On January 22, 2023, the Debtors filed the *Second Supplemental Notice of Additional Phishing Attempts* [Docket No. 1904] (the "Second Supplemental Notice") to alert parties in interest of phishing texts and emails sent to certain of the Debtors' customers purporting to be a senior manager at Stretto, Inc., the Debtors' claims agent ("Stretto"), and requesting that customers submit their official personal identification, cryptocurrency wallet addresses, bank accounts, and contact information to receive claim distributions, and pay a purported "filing fee" and "tax fee." Copies of such texts and emails were attached to the Second Supplemental Notice as Exhibit A and Exhibit B,

Debtors' claims and noticing agent, Stretto, in which an "Immediate Claim" button leads to a section prompting users to "connect" their cryptocurrency wallets.

**PLEASE TAKE FURTHER NOTICE** that this website is ***not an authorized website domain*** belonging to Stretto and is ***strongly suspected to be a phishing scam seeking to obtain full access to any funds held in a user's cryptocurrency wallet***.

**PLEASE TAKE FURTHER NOTICE** that Stretto's website in these chapter 11 cases exists at https://cases.stretto.com/Celsius, and the ballot portal for Plan voting in these chapter 11 cases exists at https://case.stretto.com/Celsius/balloting. ***Any other website domains purporting to be from Stretto in relation to these chapter 11 cases are not authorized website domains associated with the Debtors or their advisors***.

**PLEASE TAKE FURTHER NOTICE** that neither the Debtors nor their advisors will <u>*ever*</u> contact you by email, telephone call, text message, or otherwise to request account

---

respectively. On February 6, 2023, the Debtors filed the *Third Supplemental Notice of Additional Phishing Attempts* [Docket No. 1992] (the "<u>Third Supplemental Notice</u>") to alert parties in interest of similar phishing emails sent to certain of the Debtors' customers purporting to be a senior manager at Stretto, Inc., that contained a hyperlink to a ***falsified*** order (the "<u>Falsified Order</u>") purportedly from the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>"). A copy of such emails, a redline showing the differences between the Falsified Order and the correct copy of the *Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 526], and a copy of the Falsified Order were attached to the Third Supplemental Notice as <u>Exhibit A</u>, <u>Exhibit B</u>, and <u>Exhibit C</u>, respectively. On February 15, 2023, the Debtors filed the *Fourth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2082] (the "<u>Fourth Supplemental Notice</u>") to alert parties in interest of phishing emails purporting to be from Stretto, Inc. and advertising an alleged opportunity to receive "NFT." A copy of such emails was attached to the Fourth Supplemental Notice as <u>Exhibit A</u>. On June 26, 2023, the Debtors filed the *Fifth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2896] (the "<u>Fifth Supplemental Notice</u>") to alert parties in interests of phishing emails purporting to be "Celsius Customer Support" and claiming that customers can "claim" or "withdraw their Tokens almost immediately" through a suspicious hyperlink. Copies of such emails were attached to the Fifth Supplemental Notice as <u>Exhibit A</u>. On August 1, 2023, the Debtors filed the *Sixth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3121] (the "<u>Sixth Supplemental Notice</u>") to alert parties in interests of phishing emails and texts purporting to be from the Debtors or Stretto claiming that customers were eligible for withdrawal through a suspicious hyperlink. Copies of such emails and texts were attached to the Sixth Supplement Notice as <u>Exhibit A</u>. On August 10, 2023, the Debtors filed the *Seventh Supplemental Notice of Additional Phishing Attempts* [Docket No. 3251] (the "<u>Seventh Supplemental Notice</u>" and collectively with the Original Notice, the First, the Second, the Third, the Fourth, the Fifth, and the Sixth Supplemental Notice, the "<u>Phishing Notices</u>") to alert parties in interest of phishing telephone calls from +1 (866) 463-5669 purporting to be from the Debtors and offering to facilitate the withdrawal of certain assets from the Debtors' platform.

information or other personal information absent an (a) order by the Court or (b) on-the-record instruction from the Court.  In connection with the distribution of certain assets authorized by the Court, the Debtors have sent KYC requests to the eligible customers through the Debtors' mobile application (the "Celsius App") in accordance with the applicable withdrawal procedures approved by the Court.  *See, e.g.*, *Notice of Schedule of Custody Users Entitled to Withdraw Certain Assets* [Docket No. 1958]; *Notice of Withdrawals Opening for Eligible Custody Users* [Docket No. 2176]; *Notice of Schedule of Postpetition Transferors Entitled to Withdraw Postpetition Transfers* [Docket No. 2667] (collectively, the "Withdrawal Notices").

**PLEASE TAKE FURTHER NOTICE** that, *in connection with the KYC process of ANY withdrawal or solicitation, the Debtors will ONLY request a customer's personally identifiable information and financial information through (a) the Celsius App or (b) an email from the domain "@celsius.network" (e.g., support@celsius.network or complianceteam@celsius.network), and the Debtors will ALWAYS provide notice(s) of the applicable withdrawal or solicitation procedures to all parties in interest on the website of Stretto, at https://cases.stretto.com/Celsius*.

**PLEASE TAKE FURTHER NOTICE** that, if you see any suspicious website domains or receive any uncorroborated email, text message, or telephone call purporting to be from the Debtors or their advisors claiming that withdrawals are available or requesting account information, personal information, or payment, we request that you please *immediately* contact the Debtors' counsel at CelsiusCreditorQuestions@kirkland.com or the Debtors' claims agent at CelsiusInquiries@stretto.com.

**PLEASE TAKE FURTHER NOTICE** that copies of the Phishing Notices, the Withdrawal Notices, and all other documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.

| | |
|---|---|
| New York, New York<br>Dated: September 5, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:            joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:            patrick.nash@kirkland.com<br>                       ross.kwasteniet@kirkland.com<br>                       chris.koenig@kirkland.com<br>                       dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

<u>Exhibit A</u>

**Domain Impersonation – Celsius Case Site**


