Joshua A. Sussberg, P.C().  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:    (312) 862-2200  

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**SEPTEMBER 7, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    September 7, 2023, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing")

Location of Hearing:    The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance Instructions:    In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Hearing in person may appear before

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

                the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. Parties wishing to appear at the Hearings live or via Zoom, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m. (prevailing Eastern Time) on September 6, 2023.**

                Due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing scheduled to commence at 10:00 a.m., September 7, 2023 (prevailing Eastern Time), must connect to the Hearing beginning at 9:00 a.m., September 7, 2023 (prevailing Eastern Time).

                When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

Copies of Motions:      A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I.    Contested Matters.

    1.    **Motion for Relief from Stay**. Motion for Relief of Automatic Stay and Declaration of Secured Creditor Status [Docket No. 3048].

        Objection Deadline:  August 31, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1) Omnibus Objection of the Official Committee of Unsecured Creditors to Stay Relief Motions Filed by Joshua Cole and Nicole Barstow [Docket No. 3407].

(2) Debtors' Objection to Motion for Relief from Automatic Stay and Declaration of Secured Creditor Status [Docket No. 3408].

Related Documents:

(1) Amended Notice of Hearing on Creditor's Motion for Relief of Automatic Stay and Declaration of Secured Creditor Status [Docket No. 3056].

(2) Motion to Object to the Debtor's Disclosure Statement, Motion to Join Joshua Cole's Secured Creditor and Relief from Automatic Stay Motion, and Competing Chapter 11 Plan Proposal [Docket No. 3061].

(3) Second Amended Notice of Hearing on Creditor's Motion for Relief of Automatic Stay and Declaration of Secured Creditor Status [Docket No. 3089].

**Status**:    This matter is going forward.

II. **Uncontested Matters**.

2. **Motion to Extend Exclusivity**. Debtors' Fourth Motion for Entry of an Order (I) Extending the Debtors' Exclusive Period to Solicit Acceptances of a Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 3357].

Objection Deadline: August 31, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1) Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1317].

(2) Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1645].

(3) Debtors' Second Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof

    Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1940].

  (4) Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 2203].

  (5) Third Motion for Entry of an Order (I) Extending the Debtors' Exclusive Period to Solicit Acceptances of a Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 2805].

  (6) Order (I) Extending the Debtors' Exclusive Period to Solicit Acceptances of a Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 2935].

  **Status**: This matter is going forward.

3. **Condit Settlement**. Motion for Entry of an Order (I) Approving the Settlement by and Between the Debtors and Bradley Condit and (II) Granting Related Relief [Docket No. 3339].

 Objection Deadline: August 31, 2023, at 4:00 p.m. (prevailing Eastern Time).

 Responses Received: None.

 Related Documents:

  (1) Motion of Bradley Condit for Entry of an Order Pursuant to 11 U.S.C. § 362(D)(1) for Relief from the Automatic Stay [Docket No. 684].

  (2) Notice of Amendment to Docket No. 684 [Docket No. 787].

  (3) Notice of Adjournment of Hearing on Motion of Bradley Condit for Entry of an Order Pursuant to 11 U.S.C. § 362(D)(1) for Relief from the Automatic Stay [Docket No. 1083].

  (4) Joint Stipulation and Agreed Order by and Among Debtors and Bradley Condit Granting Limited Relief from the Automatic Stay [Docket No. 1209].

  (5) Notice of Adjournment of Hearing on Motion of Bradley Condit for Entry of an Order Pursuant to 11 U.S.C. § 362(D)(1) for Relief from the Automatic Stay [Docket No. 1216].

  (6) Joint Stipulation and Agreed Order by and Among Debtors and Bradley Condit Granting Limited Relief from the Automatic Stay [Docket No. 1246].

(7)    Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors in Support of the Debtors' Motion for Entry of an Order (I) Approving the Settlement by and Between the Debtors and Bradley Condit and (II) Granting Related Relief [Docket No. 3373].

**Status**:    This matter is going forward.

4.    **DelawareADR, LLC and Sontchi, LLC Second Interim Fee Application**. Second Interim Application of DelawareADR, LLC and Sontchi, LLC as Court-Appointed Independent Fee Examiner, for Allowance of Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2023 Through June 30, 2023 [Docket No. 3208].

Objection Deadline: August 29, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

(1)    Sixth Monthly Fee Statement for DelawareADR, LLC for Compensation for Services and Reimbursement of Expenses as Court-Appointed Independent Fee Examiner, for the Period from March 1, 2023 Through March 31, 2023 [Docket No. 2508].

(2)    Seventh Monthly Fee Statement for DelawareADR, LLC for Compensation for Services and Reimbursement of Expenses as Court-Appointed Independent Fee Examiner, for the Period from April 1, 2023 Through April 30, 2023 [Docket No. 2696].

(3)    Eighth Monthly Fee Statement for DelawareADR, LLC for Compensation for Services and Reimbursement of Expenses as Court-Appointed Independent Fee Examiner, for the Period from May 1, 2023 Through May 31, 2023 [Docket No. 2820].

(4)    Ninth Monthly Fee Statement for Sontchi, LLC for Compensation for Services and Reimbursement of Expenses as Court-Appointed Independent Fee Examiner, for the Period from June 1, 2023 Through June 30, 2023 [Docket No. 3075].

(5)    Notice of Filing of Second Interim Fee Applications of DelawareADR, LLC, Sontchi, LLC, and Godfrey & Kahn, S.C. [Docket No. 3211].

(6)    Certificate Of No Objection Under 28 U.S.C. §1746 and L.R. 9075-2 Regarding the Second Interim Fee Applications of the Fee Examiner, DelawareADR, LLC and Sontchi, LLC, and Counsel for the Fee Examiner, Godfrey & Kahn, S.C., for Allowance of Compensation for Services

5

    Rendered and Reimbursement of Expenses for the Period from March 1, 2023 Through June 30, 2023 [Docket No. 3402].

   **Status**: This matter is going forward.

5.  **Godfrey & Kahn, S.C. Second Interim Fee Application**. Second Interim Application of Godfrey & Kahn, S.C., as Attorneys for the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from March 1, 2023-June 30, 2023 [Docket No. 3209].

   Objection Deadline: August 29, 2023, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None.

   Related Documents:

   (1) Notice of Filing of Second Interim Fee Applications of DelawareADR, LLC, Sontchi, LLC, and Godfrey & Kahn, S.C. [Docket No. 3211].

   (2) Certificate Of No Objection Under 28 U.S.C. §1746 and L.R. 9075-2 Regarding the Second Interim Fee Applications of the Fee Examiner, DelawareADR, LLC and Sontchi, LLC, and Counsel for the Fee Examiner, Godfrey & Kahn, S.C., for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from March 1, 2023 Through June 30, 2023 [Docket No. 3402].

   **Status**: This matter is going forward.

### III. Adversary Proceeding.

6.  **Celsius Network Limited v. StakeHound SA (Adv. Proc. No. 23-01138)**. Pre-Trial Conference.

   Related Documents:

   (1) Summons and Notice of Pre-Trial Conference [Docket No. 7].

   (2) Amended Notice of the Pretrial Conference in an Adversary Proceeding [Docket No. 11].

   (3) First Amended Adversary Complaint [Docket No. 31].

   **Status**: This matter is going forward.

### IV. Adjourned Matters.

7.  **Willis Towers Watson Retention Application**. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Willis Towers Watson

US LLC as Compensation Consultant, Effective as of July 13, 2022, and (II) Granting Related Relief [Docket No. 2726].

<u>Objection Deadline</u>: The initial objection deadline was June 21, 2023, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended for the U.S. Trustee to July 11, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties. The objection deadline was then extended to July 26, 2023, at 4:00 p.m. (prevailing Eastern Time) and again to July 31, 2023, at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>: None.

<u>Related Documents</u>:

(1) Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1392].

(2) Amended Notice of Presentment [Docket No. 1398].

(3) Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1444].

(4) Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1446].

(5) Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1556].

(6) Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1613].

(7) Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1679].

(8) Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1703].

(9) Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order

Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1706].

(10) Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1771].

(11) Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1774].

(12) Willis Towers Watson US LLC's Objection to the Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1829].

(13) Order (I) Authorizing the Issuance of Subpoena Duces Tecum and (II) an Order Compelling Willis Towers Watson to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004 [Docket No. 1928].

(14) United States Trustee's Motion for Order to Show Cause Why the Debtors Should Not Retain Willis Towers Watson [Docket No. 2042].

(15) Notice of Hearing for the United States Trustee's Motion for Order to Show Cause Why the Debtors Should Not Retain Willis Towers Watson [Docket No. 2044].

(16) Order Directing Debtors to Show Cause Why They Should Not Retain Willis Towers Watson [Docket No. 2087].

(17) United States Trustee's Motion for Order Directing Disgorgement of All Estate Funds Paid to Willis Towers Watson [Docket No. 2640].

(18) Notice of Adjournment [Docket No. 2850].

(19) Notice of Adjournment [Docket No. 3001].

(20) Notice of Adjournment [Docket No. 3094].

(21) First Supplemental Declaration of Josephine Gartrell, Esq. in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Willis Towers Watson US LLC as Compensation Consultant, Effective as of July 13, 2022, and (II) Granting Related Relief [Docket No. 3252].

**Status**:   This matter has been adjourned by agreement of the parties.

8. **Motion for Disgorgement of Fees**. United States Trustee's Motion for Order Directing Disgorgement of All Estate Funds Paid to Willis Towers Watson [Docket No. 2640].

   <u>Objection Deadline</u>: The initial objection deadline was June 21, 2023, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended for the U.S. Trustee to July 11, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties. The objection deadline was then extended to July 26, 2023, at 4:00 p.m. (prevailing Eastern Time) and again to July 31, 2023, at 4:00 p.m. (prevailing Eastern Time).

   <u>Responses Received</u>: None.

   <u>Related Documents</u>:

   (1) Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1392].

   (2) Amended Notice of Presentment [Docket No. 1398].

   (3) Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1444].

   (4) Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1446].

   (5) Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1556].

   (6) Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1613].

   (7) Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1679].

   (8) Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1703].

<: "">

(9)   Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1706].

(10)  Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1771].

(11)  Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1774].

(12)  Willis Towers Watson US LLC's Objection to the Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1829].

(13)  Order (I) Authorizing the Issuance of Subpoena Duces Tecum and (II) an Order Compelling Willis Towers Watson to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004 [Docket No. 1928].

(14)  United States Trustee's Motion for Order to Show Cause Why the Debtors Should Not Retain Willis Towers Watson [Docket No. 2042].

(15)  Notice of Hearing for the United States Trustee's Motion for Order to Show Cause Why the Debtors Should Not Retain Willis Towers Watson [Docket No. 2044].

(16)  Order Directing Debtors to Show Cause Why They Should Not Retain Willis Towers Watson [Docket No. 2087].

(17)  Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Willis Towers Watson US LLC as Compensation Consultant, Effective as of July 13, 2022, and (II) Granting Related Relief [Docket No. 2726].

(18)  Notice of Adjournment [Docket No. 2850].

(19)  Notice of Adjournment [Docket No. 3001].

(20)  Notice of Adjournment [Docket No. 3094].

(21)  First Supplemental Declaration of Josephine Gartrell, Esq. in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Willis Towers Watson US LLC as Compensation Consultant, Effective as of July 13, 2022, and (II) Granting Related Relief [Docket No. 3252].

      **Status**:    This matter has been adjourned by agreement of the parties.

9. **Mawson Subpoena**. Mawson Infrastructure Group, Inc., Luna Squares LLC, and Cosmos Infrastructure for Entry of an Order Pursuant to Fed.R.Civ.P. 60(B) Granting Relief from Order (I) Authorizing the Debtors to Issue Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 to Mawson Infrastructure Group In., Luna Squares, LLC, and Cosmos Infrastructure LLC and (II) Granting Related Relief [Docket No. 3197].

    Objection Deadline: August 31, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    (1)    Debtors' *Ex Parte* Motion for an Order Under Federal Rules of Bankruptcy Procedure 2004 and 9016 for Subpoenas for Examination of, and Production of Documents From, Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure LLC [Docket No. 3088].

    (2)    Order (I) Authorizing the Debtors to Issue Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 to Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure LLC and (II) Granting Related Relief [Docket No. 3091].

    **Status**:    This matter has been adjourned to October 5, 2023, at 10:00 a.m. (prevailing Eastern Time).

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: September 5, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:         joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:         patrick.nash@kirkland.com<br>                    ross.kwasteniet@kirkland.com<br>                    chris.koenig@kirkland.com<br>                    dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |