| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | Dan Latona (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone:    (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile:    (212) 446-4900 | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone:    (312) 862-2000 |
| | Facsimile:    (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FILING OF SEPTEMBER 7, 2023, HEARING PRESENTATION

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file the presentation (the "Presentation"), attached hereto as **Exhibit A**, that will be used at the hearing that will take place on **Thursday, September 7, 2023 at 10:00 a.m., prevailing Eastern Time** (the "Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that copies of the Presentation and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.


[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: September 6, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:            joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:            patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# Exhibit A

**Presentation**



# Ongoing Activities Update

**September 2023**

# Account Withdrawals - Update

**All four "Custody +" Cohorts with coins available for withdrawal from the Celsius Platform include:**

- "Pure" Custody
- Custody Settlement[1]
- Withheld Ad Hoc Group[2]
- Postpetition Deposits

**40,936**
All Cohorts: Total Eligible Users

**25,383**
All Cohorts: KYC'd Eligible Users

**$88.5M**
All Cohorts: Eligible USD

**62.01%**
All Cohorts: Total % KYC Passed

**$79.5M**
Total $ USD Withdrawn

**89.92%**
Total % USD Withdrawn

Note: Values expressed in $ terms use coin pricing as of the petition date; withdrawals and the number of KYC'd users is as of August 31st, 2023. (1) Payment 1 of 2 (36.25% of Custody Account value) available on May 9th. (2) Represents 15% of users balances that are eligible for withdrawal.

2



# Asset Distribution / Partners & Coverage

| User Type | Asset Type | Distributor(s) | Users Details |
|---|---|---|---|
| **United States Retail Users** | BTC / ETH | PayPal | - All U.S. retail (non-corporate) Earn account holders except account holders from the State of Hawaii and certain edge cases identified by PayPal |
| **Non-United States Retail Users** | BTC / ETH | Partner 2 / Celsius | - All non-U.S. retail Earn account holders except certain edge cases identified by Partner 2 |
| **Custody and Withhold Accounts (U.S.)** | In Kind / BTC / ETH | Celsius / PayPal | - All Custody and Withhold account holders eligible for distributions will receive Custody/Withhold distributions in kind or in BTC & ETH (as applicable)<br>- 60–90 days after the Confirmation Date all coins will be converted to BTC & ETH and distributed by PayPal |
| **Top 100 Corporate Accounts** | BTC / ETH | Partner 2 / Celsius | - Largest 100 corporate accounts with account balances greater than ~$150k in value (approximately 80% of commercial accounts assets) |
| **Hawaii, Other Corporate Accounts, and Edge Cases** | Fiat | PayPal / Stretto | - PayPal and/or Stretto will distribute Fiat to account holders from the State of Hawaii, Other Corporate Account Holders, and in other certain edge cases depending on their ability to service the creditor and/or the creditor's jurisdiction |

Note 1: These distribution partners and coverage are subject to change.
Note 2: The distributors will be responsible to KYC all customers covered before asset distribution.

3



# Mining Update

**Rig Deployments**

- ~79.6k rigs deployed at the end of July
- Executed agreement with US Bitcoin to host 8.5k rigs at the Alpha site - started deploying in late August

**Highlights**

- Adjusted EBITDA of $2.7mm for July, compared to $1.7mm for June
    - Total July revenue of $11.2mm, a 19% increase from June
    - Net gain of $0.9mm in July from economic curtailment and power resale at the Midland proprietary sites
- Sold on-peak power hedges in August, realizing over $3mm in gains

| Key Metrics | July 2023 | June 2023 | Diff. ($_4$) |
|---|---|---|---|
| BTC Production | 371 | 339 | 9% |
| Avg. BTC Produced per Day ($_1$) | 12.0 | 11.3 | 6% |
| Revenue ($mm) ($_1$) | $11.2 | $9.4 | 19% |
| Adjusted Gross Margin ($_2$) | 34% | 28% | 6% |
| Adjusted EBITDA ($mm) | $2.7 | $1.7 | 54% |
| Ending Rigs Deployed ('000) | 79 | 73 | 9% |
| Uptime ($_3$) | 73% | 72% | 1% |
| Network Hash (TH/s) | 378 | 370 | 2% |
| Average Revenue per Mined BTC ($) | 30,119 | 27,748 | 9% |



Revenue ($ mm)

(1) BTC production and Revenue earned are gross BTC produced before any expenses or profit share.
(2) Adjusted Gross Margin is after deduction of power cost, hosting services, operating cost and profit share
(3) Defined as the number of mining equipment in operation as a percentage of the total equipment deployed
(4) Adjusted Gross Margin and Uptime differences are the simple subtraction between two months and the rest of the metrics are a percentage change.

4



# Mining - July 2023 Trend











# Cash Flow & Liquidity (Petition Date - July 2023)







Current Cash balance **$139mm**;

**+$1mm** since Petition Date

**$1mm net cash flows since the Petition Date**

Cash Inflows of $404mm[1]

- ❑    $74mm from payments on investments & loans
- ❑    $105mm from selling mined BTC
- ❑    $106mm of cash withdrawn from exchanges + sale of stablecoins
- ❑    $58mm from sales of alt-coins
- ❑    $60mm from sales proceed of GK8 and Osprey Trust

Operating Outflows of $177mm

- ❑    $71mm of mining hosting fees
- ❑    $50mm of operating costs including labor and vendor expenses
- ❑    $56mm of other expenses include $18mm of deal related costs, $7mm of taxes related to GK8 sales

Restructuring Costs of $161mm

Capital Expenditures of $66mm

---

(1) $1.0mm proceed in sales of mining equipments and other smaller inflows are not noted separately

