

**DOUGLAS COUNTY**

WHEN THIS COPY CARRIES THE RAISED SEAL OF DOUGLAS COUNTY, NEBRASKA, IT CERTIFIES THE DOCUMENT BELOW TO BE A TRUE COPY OF THE ORIGINAL RECORD ON FILE WITH THE DOUGLAS COUNTY HEALTH DEPARTMENT, VITAL STATISTICS SECTION, WHICH IS THE LEGAL DEPOSITORY FOR VITAL RECORDS

*[signature]*
LINDSAY HUSE MPH, DNP, RN
HEALTH DIRECTOR
DOUGLAS COUNTY HEALTH DEPARTMENT

DATE OF ISSUANCE: 12/14/2022
OMAHA, NEBRASKA

22 17163

**STATE OF NEBRASKA - DEPARTMENT OF HEALTH AND HUMAN SERVICES**
## CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last, Suffix) | Todd Jonathan Fisher |
| 2. SEX | Male |
| 3. DATE OF DEATH (Mo., Day, Yr.) | November 22, 2022 |
| 4. CITY AND STATE OR TERRITORY, OR FOREIGN COUNTRY OF BIRTH | Omaha, Nebraska |
| 5a. AGE - Last Birthday (Yrs.) | 50 |
| 5b. UNDER 1 YEAR (MOS./DAYS) | |
| 5c. UNDER 1 DAY (HOURS/MINS.) | |
| 6. DATE OF BIRTH (Mo., Day, Yr.) | April 5, 1972 |
| 7. SOCIAL SECURITY NUMBER | 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 |
| 8a. PLACE OF DEATH | HOSPITAL [X] Inpatient |
| 8b. FACILITY-NAME | CHI Health Lakeside |
| 8c. CITY OR TOWN OF DEATH (Include Zip Code) | Omaha 68130 |
| 8d. COUNTY OF DEATH | Douglas |
| 9a. RESIDENCE-STATE | Nebraska |
| 9b. COUNTY | Douglas |
| 9c. CITY OR TOWN | Omaha |
| 9e. APT. NO. | |
| 9f. ZIP CODE | 68144 |
| 9g. INSIDE CITY LIMITS | [X] YES |
| 9d. STREET AND NUMBER | 2525 135th Avenue |
| 10a. MARITAL STATUS AT TIME OF DEATH | [X] Divorced |
| 10b. NAME OF SPOUSE | |
| 11. FATHER'S NAME | William Fisher |
| 12. MOTHER'S NAME | Helen Vance |
| 13. EVER IN U.S. ARMED FORCES? | No |
| 14a. INFORMANT-NAME | Melissa Puls |
| 14b. RELATIONSHIP TO DECEDENT | Legal Guardian |
| 15. METHOD OF DISPOSITION | [X] Cremation |
| 16a. EMBALMER-SIGNATURE | Caroline M Page |
| 16b. LICENSE NO. | 1480 |
| 16c. DATE | November 28, 2022 |
| 16d. CEMETERY, CREMATORY OR OTHER LOCATION | Omaha Crematory |
| CITY / TOWN | Omaha |
| STATE | Nebraska |
| 17a. FUNERAL HOME NAME AND MAILING ADDRESS | Good Shepherd Funeral Home. 4712 S 82nd St. Omaha. Nebraska |
| 17b. Zip Code | 68127 |

### CAUSE OF DEATH

| Part | Cause | Approximate Interval |
|---|---|---|
| 18. PART I. IMMEDIATE CAUSE: a) | Cardio respiratory failure | 1 Day |
| DUE TO, OR AS A CONSEQUENCE OF: b) | Possible pulmonary embolism | onset to death |
| DUE TO, OR AS A CONSEQUENCE OF: c) | | |
| DUE TO, OR AS A CONSEQUENCE OF: d) | | |

18. PART II. OTHER SIGNIFICANT CONDITIONS: 

19. WAS MEDICAL EXAMINER OR CORONER CONTACTED? [X] NO

| Field | Value |
|---|---|
| 20. IF FEMALE | |
| 21a. MANNER OF DEATH | [X] Natural |
| 21b. IF TRANSPORTATION INJURY | |
| 21c. WAS AN AUTOPSY PERFORMED? | [X] NO |
| 21d. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? | |
| 22a. DATE OF INJURY | |
| 22b. TIME OF INJURY | |
| 22c. PLACE OF INJURY | |
| 22d. INJURY AT WORK? | |
| 22e. DESCRIBE HOW INJURY OCCURRED | |
| 22f. LOCATION OF INJURY | |
| 23. DATE OF DEATH | November 22, 2022 |
| 24a. DATE SIGNED | |
| 24b. TIME OF DEATH | |
| 24c. PRONOUNCED DEAD | |
| 24d. TIME PRONOUNCED DEAD | |