

In re Celsius Network LLC, et al.                               Case No. 22-10964 (MG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Daniel Österlund                                                 Name of Transferee

                                                                  Oroboros Cel I, LLC

Vallgatan 28b 371 30 Karlskrona Sweden

                                                                  4 Lakeside Drive, Chobham Lakes,
                                                                  Woking, Surrey, United Kingdom,
                                                                  GU24 8BD
                                                                  michael@arceaucapital.com

**Claim #:** 3.1.126948
**Transferred Claim Amount:** $16,936

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

                                        _Michael Boer_ (signature)          09-12-2023
                                        _____          _____
                                             Transferee                      Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 77486463-D6E2-4BE5-BAED-14CA3A4DF289

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

_____, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **Oroboros Cel I, LLC**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **Celsius Network LLC, et al.**

| | |
|---|---|
| **Schedule F Claim #** | 3.1.126948 |
| **Claim Amount** | $16936 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 9/12/2023

| Buyer: | Seller: |
|---|---|
| **Oroboros Cel I, LLC** | |
| DocuSigned by: Michael Bottjer | DocuSigned by: |
| 8B7AF248965F43C | 791270691E9D446 |
| Name: Michael Bottjer | Name: Daniel Österlund |

DocuSign Envelope ID: 77486463-D6E2-4BE5-BAED-14CA3A4DF289

## TRANSFER AGREEMENT

| SELLER: | Daniel Österlund |
|---|---|
| BUYER: | Oroboros Cel I, LLC |
| EFFECTIVE DATE: | 9/12/2023 |
| DEBTOR: | Celsius Network LLC, et al. |
| COURT: | United States Bankruptcy Court, Southern District of New York |
| CLAIM(S): | |

| Claim Type | Unique Identifying # | Claim Amount |
|---|---|---|
| Schedule Claim | 3.1.126948 | $16936 |

SELLER and BUYER (each a "Party" and together the "Parties") hereby enter into this Transfer Agreement ("Agreement") as of the Effective Date to govern and effect the sale from SELLER to BUYER of the Claim(s) and other Assigned Rights. This Agreement incorporates the Standard Trading Terms and Conditions (the "Standard Terms") in their entirety and without modification. In the event of any conflict or inconsistency between this Agreement and the Standard Terms, this Agreement shall govern and control. Capitalized terms used but not otherwise defined in this Agreement shall have the meanings set forth in the Standard Terms.

| Buyer: | Seller: |
|---|---|
| **Oroboros Cel I, LLC** <br> DocuSigned by: *Michael Bottjer* <br> BB7AF248965F43C... | DocuSigned by: [signature] <br> 791270691E9D446... |
| Name: Michael Bottjer | Name: Daniel Österlund |