| 3.1.139741 | DAVID STRASBAUGH | ADDRESS REDACTED | | | | BTC 0.03314938876454666 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | GUSD 2176.96090059821 |
| | | | | | | PAX 3.78452980708951 |
| | | | | | | USDC 4135.80642894513 |

22-10964-mg    Doc 3455-1    Filed 09/12/23    Entered 09/12/23 14:36:21    Exhibit Scheduled Claim    Pg 1 of 1