RECEIVED
SEP 1 3 2023
U.S. BANKRUPTCY COURT, SDNY

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re CELSIUS NETWORK LLC, et al., 1 ,    Case No. 22-10964 (MG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| James Matthews | Get Streamlined Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
127 Slater Steet, Warrington Cheshire
United Kingdom WA41DW

Court Claim # (if known): 3.1.200522
Amount of Claim: $131,777.94
Date Claim Filed: _____

Phone: +447971966780
Last Four Digits of Acct #: 471

Phone: +447971966780
Last Four Digits of Acct. #: 2926

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: James Matthews                         Date: 09/02/2023
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## BOARD RESOLUTION OF TRANSFER OF CELSIUS CLAIM FROM GET STREAMLINED LIMITED TO JAMES MATTHEWS

The following resolution was passed at a meeting of the Board of Directors of Get Streamlined Limited (herein referred to as "the Company") on the 18th of February, 2021.

RESOLVED that transfer of the company's outstanding Celsius Network claim to James Alexander George Matthews is APPROVED.

The email address for my Celsius claim under Get Streamlined Limited is james_acc@jmatthews.org and it can still be used for correspondence with this claim.

It was RESOLVED that the following person(s) be authorized to carry out all related activities with relation to the claim:

1) James Alexander George Matthews, Passport Number 555083062, Managing Director

*[signature]*

James Alexander George Matthews
Dated: 02/09/2023

International Cheques, Drafts and IMOs
Draft Unit,
Floor 7A



MR JAMES ALEXANDER G MATTHEWS
127 SLATER STREET
WARRINGTON
WA4 1DW

05 Sep 2023

### Barclays International Draft ~ Beneficiary's Advice

We enclose a Barclays International Draft which we have been asked to forward to you. We confirm details of the Draft below:

| Name of Purchaser | MR JAMES ALEXANDER G MATTHEWS | Name of Beneficiary | UNITED STATES BANKRUPTCY COURT |
|---|---|---|---|
| Int. Draft number | 05006638 | Order Ref No | DFT8606093 |
| Value of draft | 26.00 | Currency code | USD |
| Sterling equivalent | 21.31 | Delivery method | Registered (Drafts) |
| Message | | | |

If you have any queries regarding this Draft, please contact the Purchaser.

**TEAM LEADER DRAFT UNIT**

INTERNATIONAL DRAFTS
Barclays Bank UK PLC. Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority (Financial Services Register No. 759676).
Registered in England. Registered No. 9740322. Registered Office: 1 Churchill Place London E14 5HP.