**POLSINELLI PC**
Mark B. Joachim
600 Third Avenue, 42nd Floor
New York, NY 10016
Telephone: (202) 772-8477
Facsimile: (202) 783-3300
mjoachim@polsinelli.com

-and-

Stephen Rutenberg
315 S. Biscayne Boulevard, Suite 400
Miami, FL 33131
Telephone: (305) 921-1832
Facsimile: (305) 921-1801
srutenberg@polsinelli.com

*Counsel for Galaxy Digital Trading LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------X | | |
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, *et al.*,[1] | : | Case No. 22-10964 (MG) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| ------------------------------------------------------------X | | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF GALAXY DIGITAL TRADING LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE FOR POST-PETITION SERVICES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, request for hearing, or other responsive pleading has been filed or served with respect to the *Motion of Galaxy Digital Trading LLC for Allowance of Administrative Expense for Post-Petition Services*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

91217194.1

[Docket No. 3378] (the "**Motion**") which was filed and served on August 28, 2023. Responses to the Motion were to be filed and served no later than September 11, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  September 13, 2023  
        New York, New York

**POLSINELLI PC**

*/s/ Mark B. Joachim*  
Mark B. Joachim  
600 Third Avenue, 42nd Floor  
New York, NY 10016  
Telephone: (202) 772-8477  
Facsimile: (202) 783-3300  
mjoachim@polsinelli.com

-and-

Stephen Rutenberg  
315 S. Biscayne Boulevard, Suite 400  
Miami, FL 33131  
Telephone: (305) 921-1832  
Facsimile: (305) 921-1801  
srutenberg@polsinelli.com

*Counsel for Galaxy Digital Trading LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, a true and correct copy of the foregoing was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this chapter 11 case.

Dated: September 13, 2023  
       New York, New York

**POLSINELLI PC**

*/s/ Mark B. Joachim*  
Mark B. Joachim