UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
In re:                                                              :          Chapter 11
                                                                         :
CELSIUS NETWORK LLC, *et al.*,[1]             :          Case No. 22-10964 (MG)
                                                                         :
                               Debtor.                         :          (Jointly Administered)
-----------------------------------------------------------X

**ORDER GRANTING MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE FOR POST-PETITION SERVICES**

Upon the *Motion of Galaxy Digital Trading LLC for Allowance of Administrative Expense for Post-Petition Services* [Docket No. 3378] (the "Motion")[2] filed by Galaxy Digital Trading LLC ("Galaxy"), through its counsel, for entry of an order allowing Galaxy's administrative claim and, pursuant to 11 U.S.C. § 503(b), all as more fully set forth in the Motion; and the Court having reviewed the Motion and the Urban Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 as a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and venue in this district being proper pursuant to 11 U.S.C. §§ 1408 and 1409; and after due deliberations and for good cause shown, the Court having determined the Motion should be granted, after due and proper notice, it is now, therefore, ORDERED THAT:

1.      The Motion is GRANTED, as set forth herein.

2.      To the extent not already allowed, Galaxy has an allowed administrative expense claim against Debtor Celsius Network Limited in the amount of $191,610 (the "Administrative

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Expense").

3. The Administrative Expense shall not be subject to offset, recoupment, reduction, or deduction.

4. Debtor Celsius Network Limited is directed to pay to Galaxy the full amount of its Administrative Expense at such time as the Debtors pay other administrative expenses.

5. This Order is without prejudice to Galaxy seeking allowance and payment of any additional administrative expenses or any other remedies that Galaxy may have.

6. This Court shall retain jurisdiction over any matter arising under or related to the interpretation or implementation of this Order.

**IT IS SO ORDERED.**

Dated:   September 15, 2023
         New York, New York

                              /s/ Martin Glenn
                              MARTIN GLENN
                              Chief United States Bankruptcy Judge