**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
Email: jselendy@selendygay.com
        fgay@selendygay.com
        tagangawilliams@selendygay.com
        cobrien@selendygay.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SIXTH MONTHLY STATEMENT OF SELENDY GAY ELSBERG PLLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

**PLEASE TAKE NOTICE** that on the date hereof, Selendy Gay Elsberg PLLC ("**Selendy Gay Elsberg**") filed its *Sixth Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from July 1, 2023 through July 31, 2023* (the "**Monthly**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 1745 ¶ 3.a.

 **PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**");[2] (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Statement**, by (i) Selendy Gay Elsberg and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

 **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Selendy Gay Elsberg.

 **PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Compensation Procedures.

to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

      **PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   September 15, 2023          Respectfully submitted,

                        */s/  Jennifer M. Selendy*
                        **SELENDY GAY ELSBERG PLLC**
                        Jennifer M. Selendy
                        Faith E. Gay
                        Temidayo Aganga-Williams
                        Claire O'Brien
                        1290 Avenue of the Americas
                        New York, New York 10104
                        Tel.: 212-390-9000
                        jselendy@selendygay.com
                        fgay@selendygay.com
                        tagangawilliams@selendygay.com
                        cobrien@selendygay.com

                        *Co-Counsel for the Official Committee of*
                        *Unsecured Creditors*

**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
Email: jselendy@selendygay.com
         fgay@selendygay.com
         tagangawilliams@selendygay.com
         cobrien@selendygay.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY STATEMENT OF SELENDY GAY ELSBERG PLLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Name of Applicant: | Selendy Gay Elsberg PLLC ("**Selendy Gay Elsberg**" or the "**Firm**") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") |
| Date of Retention: | March 16, 2023 [Docket No. 2251] *Effective as of* January 8, 2023 |
| Period for Which Interim Compensation and Reimbursement of Expenses is Sought: | July 1, 2023 – July 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable, and Necessary (100%): | $214,329.00 |
| Amount of Interim Compensation to be Paid Under Interim Compensation Procedures (80%): | $171,463.20 |
| Amount of Interim Compensation to be Held Back Under Interim Compensation Procedures (20%): | $42,865.80 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $838.73 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $215,167.73 |
| Total Interim Compensation and Reimbursement of Expenses to be Paid Under Interim Compensation Procedures: | $172,301.93 |

This is a <u>monthly</u> fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), the Interim Compensation Procedures, and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013 (the "**U.S.**

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

**Trustee Guidelines**"), Selendy Gay Elsberg, as co-counsel to the Committee, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $172,301.93, consisting of 80% of the $214,329.00 in fees earned and 100% of the $838.73 in expenses incurred.

### Professional Services Rendered and Expense Disbursements Incurred

1.       Prior to filing this Monthly Statement, Selendy Gay Elsberg reviewed its fees (which totaled 246.7 hours and $ 241,456.50) and expenses (which totaled $988.59). Following that review, Selendy Gay Elsberg voluntarily elected to reduce its fees by 30.3 hours and $27,127.50 (~11.2%), and its expenses by $149.86 (~15.2%). Selendy Gay Elsberg will not seek payment for the fees and expenses that it has agreed to voluntarily write off. Therefore, by this Monthly Statement, Selendy Gay Elsberg requests payment of an aggregate amount of $172,301.93, consisting of 80% of the $214,329.00 in fees earned and 100% of the $838.73 in expenses incurred.

2.       **Exhibit A** sets forth a timekeeper summary that includes: (a) the name, title, and year of admission to practice (if applicable) of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by Selendy Gay Elsberg; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by Selendy Gay Elsberg. The blended rate for compensation requested in this Monthly Statement is approximately $990 per hour.[3]

---

[3] The blended rate is calculated by taking the total of fees sought in this Monthly Statement and dividing by the total of hours sought in this Monthly Statement, rounded to the nearest dollar.

3.      **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by Selendy Gay Elsberg timekeepers in rendering services to the Committee during the Compensation Period.

4.      **Exhibit C** sets forth the time records for Selendy Gay Elsberg timekeepers for which compensation is sought by Selendy Gay Elsberg, including an itemization of tasks performed in rendering services to the Committee during the Compensation Period.

5.      **Exhibit D** sets forth both a summary and detailed entries of the expenses for which Selendy Gay Elsberg seeks reimbursement during the Compensation Period.

6.      The following is a brief narrative summary of the services performed by Selendy Gay Elsberg on behalf of the Committee during the Compensation Period, organized by project category:

| No. | Category Name | Hours | Fees |
|---|---|---|---|
| 10 | **Retention Application** | **0.0** | **$0.00** |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| 20 | **Fee Statements and Applications** | **35.0** | **$30,971.50** |
| | Selendy Gay Elsberg prepared and filed its Fourth Monthly Fee Statement on July 13, 2023 [Docket No. 3019] and its Corrected Fifth Monthly Fee Statement on July 28, 2023 [Docket No. 3114] in accordance with the Interim Compensation Procedures, the U.S. Trustee Guidelines, and guidance provided by the Fee Examiner. [Docket No. 2536]. Selendy Gay Elsberg furthermore prepared and filed its Second Application for Interim Professional Compensation for the Period of March 1, 2023, through June 30, 2023 on August 14, 2023. [Docket No. 3298]. This includes time spent working with the Selendy Gay Elsberg billing department and with co-counsel to calculate the underlying numbers and draft the applications and statements. | | |
| 30 | **Case Administration** | **35.5** | **$31,231.50** |
| | Due to the size and complexity of these chapter 11 cases, Selendy Gay Elsberg professionals were involved in various administrative tasks, including (i) reviewing and summarizing docket filings; (ii) preparing client engagement materials; (iii) attending to internal case, file, and calendar management; and (iv) coordinating with other Selendy Gay Elsberg professionals to discuss and review workstreams in process and staffing. | | |

| No. | Category Name | Hours | Fees |
|---|---|---|---|
| 40 | **Case Strategy** | **24.3** | **$32,817.00** |
| | Selendy Gay Elsberg researched relevant law regarding the Committee's legal interests, conferred internally and with co-counsel regarding the Committee's strategy, and prepared to address limited objections to the Committee's proposed settlement among the Debtors, the Committee, and the Initial Consenting Series B Preferred Holders that were addressed at the July 18, 2023 omnibus hearing. | | |
| 50 | **WestCap Matters Filings** | **0.00** | **$0.00** |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| 60 | **Discovery and Fact Development** | **0.00** | **$0.00** |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| 70 | **Hearings and Court Matters** | **27.2** | **$32,227.50** |
| | Selendy Gay Elsberg prepared for and attended the July 18, 2023 omnibus hearing addressing the Settlement Among the Debtors, the Committee, and the Initial Consenting Series B Preferred Holders, which was approved by the Court on July 24, 2023. [Docket No. 3074]. This includes time spent preparing, reviewing, and analyzing documents for the hearing, including limited objections filed in relation to the settlement among the Debtors, the Committee, and the Initial Consenting Series B Preferred Holders. | | |
| 80 | **Other** | **4.2** | **$3,660.50** |
| | Selendy Gay Elsberg professionals reviewed and analyzed federal enforcement actions brought against the Debtors and individuals formerly associated with the Debtors. | | |
| 90 | **Plan/Confirmation Matters** | **2.2** | **$2,618.00** |
| | A Selendy Gay Elsberg professional reviewed and analyzed Debtors' amended Chapter 11 Plan and Disclosure Statement for substantive changes. | | |
| 95 | **FTX Matters Filings** | **88.0** | **$80,803.00** |
| | Selendy Gay Elsberg reviewed and analyzed documents produced by the FTX Debtors and worked with Elementus, the Committee's blockchain forensics expert, to evaluate data received pursuant to its discovery requests upon the FTX Debtors and to strategize over potential avenues of further inquiry. This also includes work done by Selendy Gay Elsberg regarding certain FTX-related case issues and Selendy Gay Elsberg's analysis of issues surrounding the CEL token valuation. | | |

**Reservation of Rights**

7.      Although Selendy Gay Elsberg has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. Selendy Gay Elsberg reserves the right to seek payment of such fees and expenses not included herein.

**Notice**

8.      Selendy Gay Elsberg will provide notice of this Monthly Statement to the Monthly Fee Statement Recipients in accordance with ¶ 3.a of the Interim Compensation Procedures.

Dated:   September 15, 2023                          Respectfully submitted,

                                                                  */s/   Jennifer M. Selendy*
                                                                  **SELENDY GAY ELSBERG PLLC**
                                                                  Jennifer M. Selendy
                                                                  Faith E. Gay
                                                                  Temidayo Aganga-Williams
                                                                  Claire O'Brien
                                                                  1290 Avenue of the Americas
                                                                  New York, New York 10104
                                                                  Tel.: 212-390-9000
                                                                  jselendy@selendygay.com
                                                                  fgay@selendygay.com
                                                                  tagangawilliams@selendygay.com
                                                                  cobrien@selendygay.com

                                                                  *Co-Counsel for the Official Committee of
                                                                  Unsecured Creditors*

**Exhibit A**

**Timekeeper Summary**

| Name | Title | Year Admitted | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Aganga-Williams, Temidayo | Partner | 2012 | 34.2 | $1,435.00 | $49,077.00 |
| Ballard, Andrew | Paralegal | N/A | 0.9 | $510.00 | $459.00 |
| Chen, Kayla | Associate | 2023 | 45.5 | $775.00 | $35,262.50 |
| Clifton, Anna | Analyst | N/A | 1.9 | $630.00 | $1,197.00 |
| Cohen, Eric | eDiscovery & Litigation Support Director | N/A | 0.2 | $350.00 | $70.00 |
| Diller, Emma | Paralegal | N/A | 1.6 | $475.00 | $760.00 |
| Florey, Thomas | eDiscovery & Litigation Support Senior Project Manager | N/A | 0.4 | $350.00 | $140.00 |
| Journey, Christopher | Paralegal | N/A | 0.1 | $570.00 | $57.00 |
| Metro, Steven | Managing Clerk | N/A | 0.9 | $570.00 | $513.00 |
| Mitchell, Zachary | Law Clerk | *pending* | 9.5 | $685.00 | $6,507.50 |
| Mon Cureño, Alvaro | Associate | 2019 | 28.2 | $1,190.00 | $33,558.00 |
| O'Brien, Claire | Associate | 2018 | 43.9 | $1,250.00 | $54,875.00 |
| Pugh, Abbie | Staff Attorney | 2010 | 9.0 | $685.00 | $6,165.00 |
| Selendy, Jennifer | Partner | 1996 | 1.9 | $2,060.00 | $3,914.00 |
| Seri, Tesla | Staff Attorney | 2017 | 33.0 | $570.00 | $18,810.00 |
| Siegel, Scott | Paralegal Manager | N/A | 5.2 | $570.00 | $2,964.00 |
| **Grand Total** | | | **216.4** | | **$214,329.00** |

## Exhibit B

### Project Summary

| Code | Project | Hours | Amount |
|:---:|:---|---:|---:|
| 10 | Retention Application | 0.0 | $0.00 |
| 20 | Fee Statements and Applications | 35.0 | $30.971.50 |
| 30 | Case Administration | 35.5 | $31,231.50 |
| 40 | Case Strategy | 24.3 | $32,817.00 |
| 50 | WestCap Matters Filings | 0.0 | $0.00 |
| 60 | Discovery and Fact Development | 0.0 | $0.00 |
| 70 | Hearings and Court Matters | 27.2 | $32,227.50 |
| 80 | Other | 4.2 | $3,660.50 |
| 90 | Plan/Confirmation Matters | 2.2 | $2,618.00 |
| 95 | FTX Matters Filings | 88.0 | $80,803.00 |
| | **Grand Total** | **216.4** | **$214,329.00** |

## **Exhibit C**

**Time Records**

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000
http://www.selendygay.com



Official Committee of Unsecured Creditors

RE:  In re Celsius Network LLC, et al.

For Professional Services Rendered Through July 31, 2023

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **20 - Fee statements and applications** | | | | | |
| 7/5/2023 | Claire OBrien | Confer with K. Chen re procedural steps for interim fee application. | 0.1 | $1,250.00 | $125.00 |
| 7/5/2023 | Claire OBrien | Correspond with J. Selendy and K. Stadler re interim fee application. | 0.3 | $1,250.00 | $375.00 |
| 7/5/2023 | Kayla Chen | Review and analyze interim fee procedures for interim fee application next steps (.3); correspond with C. O'Brien re same (.2); correspond with Billing Department re May fee statement (.3). | 0.8 | $775.00 | $620.00 |
| 7/6/2023 | Kayla Chen | Draft May fee statement (2.9); correspond with Billing Department re same (.3). | 3.2 | $775.00 | $2,480.00 |
| 7/7/2023 | Claire OBrien | Confer with T. Aganga-Williams, K. Chen, and Billing Department re May fee statement. | 1.1 | $1,250.00 | $1,375.00 |
| 7/7/2023 | Claire OBrien | Review May fee statement draft. | 0.4 | $1,250.00 | $500.00 |
| 7/7/2023 | Kayla Chen | Draft May fee statement (2.4); correspond with C. O'Brien re final invoice (.2); call with C. O'Brien re same (.4); correspond with Billing Department re same (.4); review and analyze fee examiners summary report on interim fee applications (.2); draft internal correspondence re same (.1). | 3.7 | $775.00 | $2,867.50 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **20 - Fee statements and applications** | | | | | |
| 7/7/2023 | Kayla Chen | Review May time for privilege and work product. | 0.6 | $775.00 | $465.00 |
| 7/9/2023 | Claire OBrien | Correspond with Billing Department and K. Chen re May fee statement draft and process. | 0.7 | $1,250.00 | $875.00 |
| 7/9/2023 | Kayla Chen | Correspond with Finance Department re finalizing invoice. | 0.7 | $775.00 | $542.50 |
| 7/10/2023 | Claire OBrien | Call with K. Chen and Billing Department re May fee statement. | 0.3 | $1,250.00 | $375.00 |
| 7/10/2023 | Claire OBrien | Call with K. Chen re May fee statement. | 0.5 | $1,250.00 | $625.00 |
| 7/11/2023 | Claire OBrien | Call with Billing Department, K. Chen, and Z. Mitchell re May fee statement. | 0.4 | $1,250.00 | $500.00 |
| 7/11/2023 | Kayla Chen | Draft and revise May fee statement. | 0.3 | $775.00 | $232.50 |
| 7/11/2023 | Kayla Chen | Correspond with Billing Department re invoice updates. | 0.7 | $775.00 | $542.50 |
| 7/11/2023 | Zachary Mitchell | Meet with C. O'Brien, K. Chen, K. Jain, B. Stewart, and J. Rivera re May fee statement. | 0.5 | $685.00 | $342.50 |
| 7/11/2023 | Zachary Mitchell | Review expert witness time entries for June fee statement. | 0.3 | $685.00 | $205.50 |
| 7/12/2023 | Claire OBrien | Review and revise May fee statement. | 0.2 | $1,250.00 | $250.00 |
| 7/12/2023 | Kayla Chen | Draft and revise May fee statement. | 0.6 | $775.00 | $465.00 |
| 7/13/2023 | Kayla Chen | Revise, proof and prepare May fee statement for filing (.7); correspond with J. Selendy and T. Aganga-Williams re same (.1); correspond with S. Ludovici re same (.1); correspond with S. Metro re same (.2). | 1.1 | $775.00 | $852.50 |
| 7/13/2023 | Steven M Metro | File and review Fourth Fee Statement with USBC/SDNY. | 0.9 | $570.00 | $513.00 |
| 7/18/2023 | Zachary Mitchell | Correspond with C. O'Brien and K. Chen re June time revisions. | 0.2 | $685.00 | $137.00 |
| 7/19/2023 | Kayla Chen | Correspond with Z. Mitchell re June fee statement. | 0.1 | $775.00 | $77.50 |
| 7/19/2023 | Zachary Mitchell | Communicate with Billing re revisions to June bill. | 0.2 | $685.00 | $137.00 |
| 7/20/2023 | Jennifer M Selendy | Confer with C. O'Brien re draft response letter to Fee Examiner. | 0.3 | $2,060.00 | $618.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **20 - Fee statements and applications** | | | | | |
| 7/20/2023 | Kayla Chen | Correspond with S. Ludovici re first interim fee payment wiring (.1); correspond with Billing Department for invoice for re same (.2); correspond with debtors re same (.1); review and analyze fee guidelines re expenses (.2); correspond with Z. Mitchell re fee guidelines (.2). | 0.8 | $775.00 | $620.00 |
| 7/20/2023 | Zachary Mitchell | Revise June time for work product and privilege. | 0.8 | $685.00 | $548.00 |
| 7/21/2023 | Claire OBrien | Review time entries for June fee statement for work product and privilege (2.2); correspond with Z. Mitchell re same (.1). | 2.3 | $1,250.00 | $2,875.00 |
| 7/23/2023 | Kayla Chen | Correspond with Z. Mitchell re June fee statement edits (.1); edit June time (.1). | 0.2 | $775.00 | $155.00 |
| 7/24/2023 | Claire OBrien | Correspond with V. Jindal re June fee statement. | 0.2 | $1,250.00 | $250.00 |
| 7/24/2023 | Zachary Mitchell | Draft June fee statement. | 0.5 | $685.00 | $342.50 |
| 7/25/2023 | Claire OBrien | Review and revise June fee statement. | 0.8 | $1,250.00 | $1,000.00 |
| 7/25/2023 | Kayla Chen | Draft and revise June fee statement (.5); correspond with Billing Department and Finance Department re second interim fee application (.4); review and analyze UST and fee examiner guidelines for same (1.0); call with S. Ludovici re fee guidelines (.2); meet with J. Selendy and C. O'Brien re same (.1); correspond with C. O'Brien re same (.2). | 2.4 | $775.00 | $1,860.00 |
| 7/26/2023 | Temidayo Aganga-Willia | Review June fee statement. | 0.3 | $1,435.00 | $430.50 |
| 7/26/2023 | Claire OBrien | Correspond with Z. Mitchell, G. Pesce, and J. Selendy re June fee statement. | 0.4 | $1,250.00 | $500.00 |
| 7/26/2023 | Zachary Mitchell | Draft June fee statement to incorporate final bill and narrative descriptions. | 2.3 | $685.00 | $1,575.50 |
| 7/27/2023 | Alvaro Mon Cureno | Call with K. Chen, J. Rivera, and A. Nannetti to discuss preparation of second interim fee application. | 0.4 | $1,190.00 | $476.00 |
| 7/27/2023 | Claire OBrien | Correspond with Z. Mitchell and G. Pesce re June fee statement. | 0.2 | $1,250.00 | $250.00 |
| 7/27/2023 | Kayla Chen | Meet with A. Mon Cureno and Finance Department re second interim fee application (.2); prepare for same (.1). | 0.3 | $775.00 | $232.50 |
| 7/27/2023 | Zachary Mitchell | Revise June fee statement to include expert time and expense detail. | 0.4 | $685.00 | $274.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **20 - Fee statements and applications** | | | | | |
| 7/27/2023 | Zachary Mitchell | Revise June fee statement to incorporate comments from C. O'Brien (1.2); correspond with Managing Clerks' Office re filing fee statement (.4); correspond with J. Casper re fee statement filing (.2); finalize June fee statement (.4). | 2.2 | $685.00 | $1,507.00 |
| 7/28/2023 | Claire OBrien | Confer with Z. Mitchell re corrected June fee statement. | 0.6 | $1,250.00 | $750.00 |
| 7/28/2023 | Kayla Chen | Correspond with Finance Department re second interim fee application. | 0.3 | $775.00 | $232.50 |
| 7/28/2023 | Zachary Mitchell | Revise June fee statement to address error identified in previous filing (.4); correspond with Kroll re fee statement service (.1); correspond with Managing Clerks' Office re filing of revised fee statement (.2); review final June fee statement document for filing (.3). | 1.0 | $685.00 | $685.00 |
| 7/29/2023 | Kayla Chen | Correspond with Finance Department re second interim fee application. | 0.3 | $775.00 | $232.50 |
| 7/31/2023 | Kayla Chen | Correspond with Finance Department re second interim fee application information. | 0.1 | $775.00 | $77.50 |
| **Subtotal for:  20 - Fee statements and applications** | | | **35.0** | | **$30,971.50** |
| | | | | | |
| **30 - Case administration** | | | | | |
| 7/5/2023 | Claire OBrien | Update case tracker with status of ongoing workstreams. | 0.4 | $1,250.00 | $500.00 |
| 7/5/2023 | Eric Cohen | Create Dropbox links for production transfers. | 0.2 | $350.00 | $70.00 |
| 7/6/2023 | Kayla Chen | Review recent key docket filings. | 0.1 | $775.00 | $77.50 |
| 7/7/2023 | Kayla Chen | Draft and revise meeting minutes for Committee meeting. | 0.9 | $775.00 | $697.50 |
| 7/7/2023 | Emma Diller | Review case docket and update docket folder on iManage. | 1.6 | $475.00 | $760.00 |
| 7/8/2023 | Kayla Chen | Draft and revise meeting minutes for Committee meeting. | 1.8 | $775.00 | $1,395.00 |
| 7/10/2023 | Temidayo Aganga-Willia | Participate in full team meeting with J. Selendy, C. O'Brien and others re FTX-related workstreams. | 0.5 | $1,435.00 | $717.50 |
| 7/10/2023 | Temidayo Aganga-Willia | Call with A. Colodny, S. Hershey, J. Selendy, and C. O'Brien re upcoming UCC workstreams. | 0.9 | $1,435.00 | $1,291.50 |
| 7/10/2023 | Claire OBrien | Update case tracker with status of ongoing workstreams. | 0.2 | $1,250.00 | $250.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **30 - Case administration** | | | | | |
| 7/10/2023 | Claire OBrien | Attend weekly team meeting re ongoing workstreams with J. Selendy, T. Aganga-Williams, K. Chen, Z. Mitchell, A. Pugh, and T. Seri. | 0.4 | $1,250.00 | $500.00 |
| 7/10/2023 | Kayla Chen | Draft and revise meeting minutes for Committee meeting (.6); correspond with C. O'Brien re same (.1). | 0.7 | $775.00 | $542.50 |
| 7/10/2023 | Kayla Chen | Review and analyze new docket filings (.2); correspond with C. O'Brien re disclosure statement (.1); attend weekly case team meeting with J. Selendy, T. Aganga-Williams and others (.5); confer with C. O'Brien re upcoming workstreams (.1). | 0.9 | $775.00 | $697.50 |
| 7/10/2023 | Zachary Mitchell | Attend weekly team meeting with C. O'Brien, A. Pugh, K. Chen, and others re upcoming workstreams and scheduling. | 0.4 | $685.00 | $274.00 |
| 7/10/2023 | Abbie Pugh | Internal team meeting with J. Selendy, T. Aganga-Williams, and others re case status and upcoming workstreams. | 0.5 | $685.00 | $342.50 |
| 7/10/2023 | Tesla Seri | Meet with J. Selendy, T Aganga-Williams, C. O'Brien and others re case workstreams and assignments. | 0.5 | $570.00 | $285.00 |
| 7/11/2023 | Kayla Chen | Review docket filings. | 0.5 | $775.00 | $387.50 |
| 7/11/2023 | Scott Siegel | Update case files (1.2); coordinate with Managing Clerks' Office re case calendar updates (.3). | 1.5 | $570.00 | $855.00 |
| 7/12/2023 | Claire OBrien | Call with M. Haqqani re meeting minutes procedure. | 0.1 | $1,250.00 | $125.00 |
| 7/12/2023 | Claire OBrien | Review and revise committee meeting minutes. | 0.9 | $1,250.00 | $1,125.00 |
| 7/12/2023 | Kayla Chen | Meet with C. O'Brien re finalizing Committee call minutes (.6); draft and revise minutes (.2). | 0.8 | $775.00 | $620.00 |
| 7/12/2023 | Kayla Chen | Review docket filings. | 0.1 | $775.00 | $77.50 |
| 7/14/2023 | Temidayo Aganga-Willia | Review and revise minutes of committee meeting. | 0.3 | $1,435.00 | $430.50 |
| 7/14/2023 | Kayla Chen | Meet with C. O'Brien re settlement and committee call minutes (.2); correspond with C. O'Brien re same (.2); correspond with J. Selendy and T. Aganga-Williams re draft minutes (.3); draft and revise minutes incorporating T. Aganga-Williams comments (.3); correspond with A. Colodny re Committee minutes (.1); correspond with Committee re minutes (.3). | 1.4 | $775.00 | $1,085.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **30 - Case administration** | | | | | |
| 7/15/2023 | Kayla Chen | Weekly team meeting with T. Aganga-Williams, C. O'Brien, A. Mon Cureno and others re upcoming workstreams and tasks. | 0.8 | $775.00 | $620.00 |
| 7/17/2023 | Alvaro Mon Cureno | Attend and participate in weekly team meeting with J. Selendy, T. Aganga-Williams, C. O'Brien and others (SGE) to discuss case workstreams. | 0.7 | $1,190.00 | $833.00 |
| 7/17/2023 | Claire OBrien | Attend weekly team meeting re ongoing workstreams with T. Aganga-Williams, A. Mon Cureno, K. Chen, and A. Pugh. | 0.7 | $1,250.00 | $875.00 |
| 7/17/2023 | Claire OBrien | Confer with Z. Mitchell and A. Mon Cureno re certain case administration matters. | 0.6 | $1,250.00 | $750.00 |
| 7/17/2023 | Kayla Chen | Review docket filings. | 0.1 | $775.00 | $77.50 |
| 7/17/2023 | Kayla Chen | Finalize committee call minutes. | 0.1 | $775.00 | $77.50 |
| 7/17/2023 | Abbie Pugh | Weekly team meeting with J. Selendy, T. Aganga-Williams and others re case workstreams and assignments. | 0.7 | $685.00 | $479.50 |
| 7/17/2023 | Andrew Ballard | Circulate Hearing Preparation materials to C. O'Brien, K. Chen, and others. | 0.2 | $510.00 | $102.00 |
| 7/17/2023 | Scott Siegel | Update case files. | 0.7 | $570.00 | $399.00 |
| 7/18/2023 | Kayla Chen | Review docket filings. | 0.2 | $775.00 | $155.00 |
| 7/19/2023 | Kayla Chen | Review docket filings re CEL Token Valuation. | 0.2 | $775.00 | $155.00 |
| 7/20/2023 | Claire OBrien | Confer with J. Selendy and Z. Mitchell re case administration matters. | 1.1 | $1,250.00 | $1,375.00 |
| 7/20/2023 | Tesla Seri | Meet with T. Aganga-Williams, A. Mon Cureño, C. O'Brien and others to discuss ongoing case workstreams (1.1); review case materials (3.6). | 4.7 | $570.00 | $2,679.00 |
| 7/21/2023 | Alvaro Mon Cureno | Create coding tags and palette for review of third-party production documents. | 1.1 | $1,190.00 | $1,309.00 |
| 7/21/2023 | Thomas Florey | Communicate with T. Aganga-Williams regarding creation of secure site for transfer of documents to client. | 0.4 | $350.00 | $140.00 |
| 7/24/2023 | Jennifer M Selendy | Attend weekly team meeting with SGE team, including T. Aganga-Williams and C. O'Brien re ongoing workstreams and assignments. | 0.8 | $2,060.00 | $1,648.00 |
| 7/24/2023 | Temidayo Aganga-Willia | Participate in team meeting with J. Selendy, C. O'Brien, A. Mon Cureno and T. Seri re upcoming workstreams. | 0.6 | $1,435.00 | $861.00 |
| 7/24/2023 | Temidayo Aganga-Willia | Meet with A. Colodny, C. O'Brien, and A. Mon Cureno re ongoing workstreams. | 0.6 | $1,435.00 | $861.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **30 - Case administration** | | | | | |
| 7/24/2023 | Alvaro Mon Cureno | Update internal team case tracker with status of ongoing workstreams. | 0.2 | $1,190.00 | $238.00 |
| 7/24/2023 | Claire OBrien | Attend weekly team meeting with J. Selendy, T. Aganga-WIlliams, and A. Mon Cureno re ongoing workstreams. | 0.7 | $1,250.00 | $875.00 |
| 7/24/2023 | Claire OBrien | Correspond with J. Selendy and A. Mon Cureno re certain case administration matters. | 0.4 | $1,250.00 | $500.00 |
| 7/24/2023 | Abbie Pugh | Internal SGE team meeting with J. Selendy, T. Aganga-Williams and others re ongoing case workstreams and assignments. | 0.6 | $685.00 | $411.00 |
| 7/24/2023 | Abbie Pugh | Set up document review coding panel for FTX documents. | 0.3 | $685.00 | $205.50 |
| 7/24/2023 | Tesla Seri | Meet with J. Selendy, T. Aganga-Williams, and others re workstreams and case assignments. | 0.7 | $570.00 | $399.00 |
| 7/24/2023 | Scott Siegel | Update case files. | 0.7 | $570.00 | $399.00 |
| 7/25/2023 | Temidayo Aganga-Willi: | Finalize engagement letter with UCC(.2); communicate with committee members re same (.1). | 0.3 | $1,435.00 | $430.50 |
| 7/25/2023 | Abbie Pugh | Adjust document review coding layout for FTX documents. | 0.1 | $685.00 | $68.50 |
| 7/25/2023 | Scott Siegel | Update case files. | 0.7 | $570.00 | $399.00 |
| 7/31/2023 | Alvaro Mon Cureno | Update internal team case tracker with status of ongoing workstreams. | 0.7 | $1,190.00 | $833.00 |
| 7/31/2023 | Tesla Seri | Meet with A. Mon Mon Cureño, C. O'Brien, K. Chen, and A. Pugh re case workstreams and assignments. | 0.1 | $570.00 | $57.00 |
| 7/31/2023 | Scott Siegel | Review and update case files and docket folders. | 0.8 | $570.00 | $456.00 |
| **Subtotal for: 30 - Case administration** | | | **36.2** | | **$31,774.00** |
| **40 - Case strategy** | | | | | |
| 7/5/2023 | Temidayo Aganga-Willi: | Call with A. Colodny and C. O'Brien re settlement issues. | 0.2 | $1,435.00 | $287.00 |
| 7/5/2023 | Temidayo Aganga-Willi: | Communicate with C. O'Brien re upcoming call with outside counsel. | 0.2 | $1,435.00 | $287.00 |
| 7/5/2023 | Temidayo Aganga-Willi: | Review settlement agreement in preparation for call re application. | 0.2 | $1,435.00 | $287.00 |
| 7/5/2023 | Temidayo Aganga-Willi: | Call with A. Colodny, D. Latona, J. Kuhns, and C. O'Brien re settlement agreement application. | 0.7 | $1,435.00 | $1,004.50 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **40 - Case strategy** | | | | | |
| 7/5/2023 | Claire OBrien | Call with A. Colodny, T. Aganga-Williams, D. Latona, and counsel for Earn Group Ad Hoc Group re settlement. | 0.7 | $1,250.00 | $875.00 |
| 7/7/2023 | Temidayo Aganga-Willia | Call with A. Colodny re upcoming settlement hearing. | 0.1 | $1,435.00 | $143.50 |
| 7/9/2023 | Temidayo Aganga-Willia | Communicate with J. Selendy, C. O'Brien, and F. Gay re July 18 omnibus hearing. | 1.6 | $1,435.00 | $2,296.00 |
| 7/9/2023 | Temidayo Aganga-Willia | Communicate with A. Colodny re July 18 omnibus hearing. | 0.2 | $1,435.00 | $287.00 |
| 7/10/2023 | Temidayo Aganga-Willia | Call with C. O'Brien re July 18 omnibus hearing. | 0.2 | $1,435.00 | $287.00 |
| 7/10/2023 | Temidayo Aganga-Willia | Review proposed settlement motion. | 0.2 | $1,435.00 | $287.00 |
| 7/10/2023 | Claire OBrien | Call with A. Colodny, S. Hershey, T. Aganga-Williams, and J. Selendy re settlement motion. | 0.8 | $1,250.00 | $1,000.00 |
| 7/10/2023 | Claire OBrien | Correspondence with J. Selendy and T. Aganga-Williams re settlement motion hearing. | 0.2 | $1,250.00 | $250.00 |
| 7/10/2023 | Claire OBrien | Call with T. Aganga-Williams re settlement motion. | 0.2 | $1,250.00 | $250.00 |
| 7/11/2023 | Claire OBrien | Review and analyze objections filed to settlement motion. | 0.4 | $1,250.00 | $500.00 |
| 7/12/2023 | Temidayo Aganga-Willia | Call with A. Colodny re settlement agreement and conference. | 0.5 | $1,435.00 | $717.50 |
| 7/12/2023 | Temidayo Aganga-Willia | Call with S. Hershey and C. O'Brien re settlement agreement and conference. | 0.4 | $1,435.00 | $574.00 |
| 7/12/2023 | Temidayo Aganga-Willia | Review filed objections to settlement agreement. | 0.2 | $1,435.00 | $287.00 |
| 7/12/2023 | Claire OBrien | Call with S. Hershey and T. Aganga-Williams re settlement motion objections. | 0.4 | $1,250.00 | $500.00 |
| 7/12/2023 | Claire OBrien | Confer with T. Aganga-Williams re settlement agreement motion objections. | 1.1 | $1,250.00 | $1,375.00 |
| 7/13/2023 | Temidayo Aganga-Willia | Communication with A. Colodny and C. O'Brien re settlement approval. | 0.8 | $1,435.00 | $1,148.00 |
| 7/13/2023 | Temidayo Aganga-Willia | Review documents re government enforcement actions against Celsius and Celsius directors. | 0.7 | $1,435.00 | $1,004.50 |
| 7/14/2023 | Temidayo Aganga-Willia | Call with C. O'Brien re July 18 omnibus hearing. | 0.2 | $1,435.00 | $287.00 |
| 7/14/2023 | Temidayo Aganga-Willia | Communicate with A. Colodny, S. Hersey and others re filed objections to settlement with Series B Preferred Holders. | 0.3 | $1,435.00 | $430.50 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **40 - Case strategy** | | | | | |
| 7/14/2023 | Temidayo Aganga-Willia | Call with J. Selendy and C. O'Brien re filed objections to settlement with Series B Preferred Holders. | 0.5 | $1,435.00 | $717.50 |
| 7/14/2023 | Temidayo Aganga-Willia | Call with A. Colodny, S. Hershey, and C. O'Brien re filed objections to settlement with Series B Preferred Holders. | 0.2 | $1,435.00 | $287.00 |
| 7/14/2023 | Temidayo Aganga-Willia | Review and revise response to pro se objections to settlement with Series B Preferred Holders. | 0.3 | $1,435.00 | $430.50 |
| 7/14/2023 | Temidayo Aganga-Willia | Communicate with C. O'Brien re filed objections to settlement with Series B Preferred Holders. | 0.2 | $1,435.00 | $287.00 |
| 7/14/2023 | Claire OBrien | Draft reply to limited objections to Series B settlement agreement. | 3.6 | $1,250.00 | $4,500.00 |
| 7/14/2023 | Claire OBrien | Confer with J. Selendy, T. Aganga-Williams, A. Colodny, and S. Hershey re limited objections to settlement agreement motion. | 2.3 | $1,250.00 | $2,875.00 |
| 7/16/2023 | Temidayo Aganga-Willia | Communication with White and Case team re settlement agreement. | 0.2 | $1,435.00 | $287.00 |
| 7/16/2023 | Temidayo Aganga-Willia | Review court papers and talking points to prepare for July 18 omnibus hearing. | 1.1 | $1,435.00 | $1,578.50 |
| 7/16/2023 | Claire OBrien | Correspond with A. Colodny, S. Hershey, T. Aganga-Williams, and J. Selendy re limited objections to settlement motion. | 0.7 | $1,250.00 | $875.00 |
| 7/17/2023 | Temidayo Aganga-Willia | Review court papers and talking points to prepare for July 18 omnibus hearing. | 4.5 | $1,435.00 | $6,457.50 |
| 7/17/2023 | Claire OBrien | Confer with S. Hershey, A. Colodny, and T. Aganga-Williams re limited objections to settlement motion. | 0.4 | $1,250.00 | $500.00 |
| 7/17/2023 | Claire OBrien | Review reply filings re limited objection to settlement motion. | 0.2 | $1,250.00 | $250.00 |
| 7/25/2023 | Claire OBrien | Review objection to disclosure statement. | 0.1 | $1,250.00 | $125.00 |
| 7/26/2023 | Temidayo Aganga-Willia | Review memo re settlement approval. | 0.4 | $1,435.00 | $574.00 |
| **Subtotal for:  40 - Case strategy** | | | **25.2** | | **$34,108.50** |

**70 - Hearings and court matters**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/9/2023 | Claire OBrien | Correspond with A. Colodny, J. Selendy, and T. Aganga-Williams re settlement motion hearing. | 0.6 | $1,250.00 | $750.00 |
| 7/13/2023 | Claire OBrien | Call with A. Colodny, T. Aganga-Williams, and S. Hershey re settlement motion hearing. | 0.8 | $1,250.00 | $1,000.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **70 - Hearings and court matters** | | | | | |
| 7/13/2023 | Claire OBrien | Draft talking points for settlement motion hearing. | 4.5 | $1,250.00 | $5,625.00 |
| 7/13/2023 | Claire OBrien | Call with S. Hershey re settlement motion hearing. | 0.2 | $1,250.00 | $250.00 |
| 7/13/2023 | Claire OBrien | Confer with T. Aganga-Williams re settlement motion hearing. | 0.4 | $1,250.00 | $500.00 |
| 7/14/2023 | Claire OBrien | Draft talking points for settlement motion hearing. | 4.2 | $1,250.00 | $5,250.00 |
| 7/14/2023 | Kayla Chen | Draft talking points re interim fee app for July Omnibus hearing. | 1.5 | $775.00 | $1,162.50 |
| 7/15/2023 | Claire OBrien | Draft talking points for July 18 omnibus hearing. | 2.6 | $1,250.00 | $3,250.00 |
| 7/16/2023 | Temidayo Aganga-Willia | Revise proposed reply re settlement objections. | 0.3 | $1,435.00 | $430.50 |
| 7/16/2023 | Scott Siegel | Review and coordinate files re hearing prep materials (.4); coordinate binder production with vendor re same (.4). | 0.8 | $570.00 | $456.00 |
| 7/17/2023 | Temidayo Aganga-Willia | Preparation re July 18 omnibus hearing. | 0.4 | $1,435.00 | $574.00 |
| 7/17/2023 | Claire OBrien | Prepare for settlement motion hearing with T. Aganga-Williams. | 1.7 | $1,250.00 | $2,125.00 |
| 7/18/2023 | Temidayo Aganga-Willia | Revise talking points ahead of upcoming July 18 omnibus hearing with Series B Preferred Holders. | 0.6 | $1,435.00 | $861.00 |
| 7/18/2023 | Temidayo Aganga-Willia | In-court preparation re upcoming court hearing re settlement (.8); participate in court hearing before Judge Glenn re settlement with Series B Preferred Holders (1.5). | 2.3 | $1,435.00 | $3,300.50 |
| 7/18/2023 | Temidayo Aganga-Willia | Review documents concerning Series B settlement and plan confirmation ahead of court presentation. | 1.4 | $1,435.00 | $2,009.00 |
| 7/18/2023 | Claire OBrien | Appear at July 18 omnibus hearing. | 2.0 | $1,250.00 | $2,500.00 |
| 7/18/2023 | Claire OBrien | Correspond with T. Aganga-Williams re preparation for omnibus hearing re settlement agreement. | 0.3 | $1,250.00 | $375.00 |
| 7/18/2023 | Kayla Chen | Review and analyze documents in preparation for July omnibus (.4); attend and take notes at July Omnibus hearing re Series B Settlement (1.4). | 1.8 | $775.00 | $1,395.00 |
| 7/18/2023 | Andrew Ballard | Prepare updated documents for Celsius Hearing Preparation binders. | 0.7 | $510.00 | $357.00 |
| 7/18/2023 | Christopher Journey | Coordinate documents in preparation for July omnibus hearing. | 0.1 | $570.00 | $57.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **70 - Hearings and court matters** | | | | | |
| **Subtotal for: 70 - Hearings and court matters** | | | **27.2** | | **$32,227.50** |
| | | | | | |
| **80 - Other** | | | | | |
| 7/13/2023 | Abbie Pugh | Review and analyze federal complaints against Celsius and A. Mashinsky. | 0.5 | $685.00 | $342.50 |
| 7/13/2023 | Anna Clifton | Review and analyze developments re lawsuits filed against Celsius Network by regulators and charges against former CEO and chief revenue officer. | 1.9 | $630.00 | $1,197.00 |
| 7/14/2023 | Temidayo Aganga-Willi: | Call with C. O'Brien re draft reply to limited objections to Series B settlement agreement. | 0.2 | $1,435.00 | $287.00 |
| **Subtotal for: 80 - Other** | | | **2.6** | | **$1,826.50** |
| | | | | | |
| **90 - Plan/Confirmation Matters** | | | | | |
| 7/31/2023 | Alvaro Mon Cureno | Review and analyze Debtors amended Chapter 11 Plan and Disclosure Statement for substantive changes. | 2.2 | $1,190.00 | $2,618.00 |
| **Subtotal for: 90 - Plan/Confirmation Matters** | | | **2.2** | | **$2,618.00** |
| | | | | | |
| **95 - FTX Matters Filings** | | | | | |
| 7/5/2023 | Temidayo Aganga-Willi: | Review documents and data concerning CEL. | 0.6 | $1,435.00 | $861.00 |
| 7/5/2023 | Kayla Chen | Review and analyze FTX productions. | 0.1 | $775.00 | $77.50 |
| 7/6/2023 | Temidayo Aganga-Willi: | Meet with K. Chen re FTX workstream. | 0.3 | $1,435.00 | $430.50 |
| 7/6/2023 | Temidayo Aganga-Willi: | Review documents related to FTX work stream. | 0.4 | $1,435.00 | $574.00 |
| 7/6/2023 | Kayla Chen | Call with C. O'Brien re FTX discovery process (.3); meet with A. Pugh re FTX productions (1.9); confer with T. Aganga-Williams re same (.2); review and analyze FTX productions (.5). | 2.9 | $775.00 | $2,247.50 |
| 7/6/2023 | Abbie Pugh | Review and analyze documents produced by FTX (1.3); meeting with K. Chen to discuss same (2.5). | 3.8 | $685.00 | $2,603.00 |
| 7/7/2023 | Temidayo Aganga-Willi: | Meet with C. O'Brien re FTX workstreams and upcoming tasks. | 0.3 | $1,435.00 | $430.50 |
| 7/10/2023 | Temidayo Aganga-Willi: | Prepare for call with Elementus re FTX workstream. | 0.2 | $1,435.00 | $287.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **95 - FTX Matters Filings** | | | | | |
| 7/10/2023 | Temidayo Aganga-Willia | Call with A. Pugh, K. Chen, and Elementus team re FTX workstreams. | 0.7 | $1,435.00 | $1,004.50 |
| 7/10/2023 | Temidayo Aganga-Willia | Call with A. Pugh and K. Chen re FTX workstream. | 0.2 | $1,435.00 | $287.00 |
| 7/10/2023 | Temidayo Aganga-Willia | Call with B. Young and A. Colodny re data analysis. | 0.3 | $1,435.00 | $430.50 |
| 7/10/2023 | Kayla Chen | Call with Elementus re FTX production (.6); call with T. Aganga-Williams and A. Pugh re same (.2); correspond with Elementus re same (.9); correspond with A. Pugh re same (0.2). | 1.9 | $775.00 | $1,472.50 |
| 7/10/2023 | Abbie Pugh | Call with Elementus, K. Chen, and T. Aganga-Williams re research into CEL trading (.6); call with K. Chen and T. Aganga-Williams re same (.1); review and analyze documents produced by FTX in discovery (.3). | 1.0 | $685.00 | $685.00 |
| 7/11/2023 | Temidayo Aganga-Willia | Communicate with K. Chen re Elementus data review. | 0.2 | $1,435.00 | $287.00 |
| 7/11/2023 | Kayla Chen | Draft correspondence to Elementus re FTX production (.7); correspond with T. Aganga-Williams re same (.2). | 0.9 | $775.00 | $697.50 |
| 7/11/2023 | Abbie Pugh | Discuss FTX discovery with K. Chen (.1); review and analyze documents produced by FTX in discovery (.3). | 0.4 | $685.00 | $274.00 |
| 7/12/2023 | Kayla Chen | Correspond with Elementus re FTX production. | 0.2 | $775.00 | $155.00 |
| 7/12/2023 | Abbie Pugh | Discuss findings by Elementus re FTX with K. Chen. | 0.1 | $685.00 | $68.50 |
| 7/14/2023 | Temidayo Aganga-Willia | Call with Elementus team and other re data analysis for certain FTX-related case issues. | 0.7 | $1,435.00 | $1,004.50 |
| 7/14/2023 | Kayla Chen | Call with Elementus including U. Kohli, M. Galba and others re FTX production (.9); correspond with Elementus including U. Kohli re same (.2); review and analyze Elementus findings on certain FTX-related case issues (.6); review and analyze CEL Token Valuation filings (.2). | 2.0 | $775.00 | $1,550.00 |
| 7/14/2023 | Abbie Pugh | Call with Elementus, K. Chen, and others re research into certain FTX-related case issues. | 1.0 | $685.00 | $685.00 |
| 7/17/2023 | Alvaro Mon Cureno | Review and analyze third party productions re value of CEL token (2.1); internal correspondence with C. O'Brien re same (0.2). | 2.3 | $1,190.00 | $2,737.00 |
| 7/18/2023 | Alvaro Mon Cureno | Prepare price manipulation workstream overview and summary document for team. | 1.2 | $1,190.00 | $1,428.00 |
| 7/19/2023 | Alvaro Mon Cureno | Prepare price manipulation workstream overview and summary document for team. | 4.8 | $1,190.00 | $5,712.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **95 - FTX Matters Filings** | | | | | |
| 7/19/2023 | Kayla Chen | Meet with A. Mon Cureno re FTX discovery process (.9); correspond with A. Pugh re same (.1); review and analyze FTX production for certain FTX-related case issues (.5). | 1.5 | $775.00 | $1,162.50 |
| 7/20/2023 | Jennifer M Selendy | Attention to supervising FTX investigation work stream by meeting with A. Mon Cureño and T. Aganga-Williams to discuss status of coordination with debtor and plan for expert work and investigation via discovery. | 0.8 | $2,060.00 | $1,648.00 |
| 7/20/2023 | Temidayo Aganga-Willi | Meet with K. Chen, A. Mon Cureno, Z. Mitchell, A. Pugh, and C. O'Brien re FTX workstreams. | 0.7 | $1,435.00 | $1,004.50 |
| 7/20/2023 | Temidayo Aganga-Willi | Review and revise documents concerning FTX-related workstreams. | 0.4 | $1,435.00 | $574.00 |
| 7/20/2023 | Alvaro Mon Cureno | Prepare price manipulation workstream overview and summary document for team. | 3.9 | $1,190.00 | $4,641.00 |
| 7/20/2023 | Alvaro Mon Cureno | Attend and participate in meeting with J. Selendy, T. Aganga-Williams, K. Chen, C. O'Biren, A. Pugh, Z. Mitchell, and T. Seri re third party discovery strategy. | 1.4 | $1,190.00 | $1,666.00 |
| 7/20/2023 | Claire OBrien | Meet with K. Chen, A. Mon Cureno, A. Pugh, T. Seri, and T. Aganga-Williams re discovery from FTX. | 0.8 | $1,250.00 | $1,000.00 |
| 7/20/2023 | Kayla Chen | Review and analyze FTX production (.9); draft FTX questions re strategy (.7); meet with A. Mon Cureno re FTX strategy (.3); meet with J. Selendy re same (.4); meet with T. Aganga-Williams, C. O'Brien, A. Mon Cureno and others re FTX production analysis (.8). | 3.2 | $775.00 | $2,480.00 |
| 7/20/2023 | Zachary Mitchell | Meet with T. Aganga-Williams, C. O'Brien, A. Mon Cureno, K. Chen, A. Pugh, and T. Seri re strategy for ongoing FTX discovery and document review. | 0.7 | $685.00 | $479.50 |
| 7/21/2023 | Temidayo Aganga-Willi | Review memo re certain FTX-related case issues. | 0.4 | $1,435.00 | $574.00 |
| 7/21/2023 | Alvaro Mon Cureno | Draft emails and list of questions for blockchain experts re analysis of third-party productions. | 2.3 | $1,190.00 | $2,737.00 |
| 7/24/2023 | Temidayo Aganga-Willi | Review FTX-related analysis prepared by Elementus. | 1.2 | $1,435.00 | $1,722.00 |
| 7/24/2023 | Temidayo Aganga-Willi | Research re certain FTX-related case issues. | 0.6 | $1,435.00 | $861.00 |
| 7/24/2023 | Temidayo Aganga-Willi | Research related to FTX workstream. | 1.2 | $1,435.00 | $1,722.00 |
| 7/24/2023 | Temidayo Aganga-Willi | Review draft presentation re committee meeting on certain FTX-related case issues. | 0.3 | $1,435.00 | $430.50 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **95 - FTX Matters Filings** | | | | | |
| 7/24/2023 | Temidayo Aganga-Willia | Review and revise presentation to the UCC re certain FTX-related case issues. | 0.3 | $1,435.00 | $430.50 |
| 7/24/2023 | Temidayo Aganga-Willia | Communicate with J. Selendy, K. Chen and A. Colodny re UCC presentation on certain FTX-related case issues. | 0.3 | $1,435.00 | $430.50 |
| 7/24/2023 | Alvaro Mon Cureno | Correspond with T. Seri re third party discovery review protocol. | 0.2 | $1,190.00 | $238.00 |
| 7/24/2023 | Alvaro Mon Cureno | Attend and participate in meeting with J. Selendy, C. O'Brien, T. Aganga-Williams, T. Seri, and A. Pugh to discuss third party discovery. | 0.8 | $1,190.00 | $952.00 |
| 7/24/2023 | Alvaro Mon Cureno | Attend and participate in call with J. Selendy, T. Aganga-Williams, C. O'Brien, and White & Case to discuss third party discovery. | 0.6 | $1,190.00 | $714.00 |
| 7/24/2023 | Claire OBrien | Call with A. Colodny, S. Hershey, J. Selendy, T. Aganga-Williams, and A. Mon Cureno re CEL token manipulation. | 0.7 | $1,250.00 | $875.00 |
| 7/24/2023 | Kayla Chen | Correspond with T. Aganga-Williams re UCC meeting on certain FTX-related case issues (.4); correspond with A. Mon Cureno re same (.2); draft and revise work product for UCC meeting (1.6); correspond with A. Pugh re same (.1). | 2.3 | $775.00 | $1,782.50 |
| 7/24/2023 | Tesla Seri | Correspond with A. Mon Cureño re document review strategy (.2); correspond with A. Pugh re the same (.1); review documents for relevancy to certain FTX-related case issues (4.5). | 4.8 | $570.00 | $2,736.00 |
| 7/25/2023 | Temidayo Aganga-Willia | Communicate with A. Mon Cureno re FTX workstream. | 0.2 | $1,435.00 | $287.00 |
| 7/25/2023 | Tesla Seri | Review documents from FTX production for relevance to certain FTX-related case issues. | 9.4 | $570.00 | $5,358.00 |
| 7/25/2023 | Tesla Seri | Draft document review summary re FTX production. | 0.1 | $570.00 | $57.00 |
| 7/26/2023 | Temidayo Aganga-Willia | Meet with K. Chen, T. Seri, K. Chen, A Mon Cureno, and Elementus team re data analysis for certain FTX-related case issues. | 1.5 | $1,435.00 | $2,152.50 |
| 7/26/2023 | Temidayo Aganga-Willia | Call with J. Selendy re Elementus data analysis for certain FTX-related case issues. | 0.2 | $1,435.00 | $287.00 |
| 7/26/2023 | Temidayo Aganga-Willia | Communications with A. Mon Cureno re case assignments for FTX-related workstreams. | 0.2 | $1,435.00 | $287.00 |
| 7/26/2023 | Alvaro Mon Cureno | Attend and participate in call with Elementus, T. Aganga-Williams, and K. Chen to discuss findings from third party productions (1.5). | 1.5 | $1,190.00 | $1,785.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **95 -  FTX Matters Filings** | | | | | |
| 7/26/2023 | Alvaro Mon Cureno | Correspond with K. Chen and T. Aganga-Williams re third party productions and findings from Elementus. | 0.8 | $1,190.00 | $952.00 |
| 7/26/2023 | Alvaro Mon Cureno | Draft correspondence to Elementus re CEL price-related case issues. | 0.8 | $1,190.00 | $952.00 |
| 7/26/2023 | Kayla Chen | Meet with T. Aganga-Williams, A. Mon Cureno and Elementus re FTX findings (1.5); meet with A. Mon Cureno re same (.4); review and draft notes from Elementus call (.5). | 2.4 | $775.00 | $1,860.00 |
| 7/26/2023 | Tesla Seri | Review production from FTX production for relevance to certain FTX-related case issues (6.1); draft document review summary re same (.6); meet with Elementus, T. Aganga-Williams, A. Mon Cureno, and K. Chen (1.5). | 8.8 | $570.00 | $5,016.00 |
| 7/27/2023 | Tesla Seri | Review documents for relevancy (2.2); draft review summary report (1.7). | 3.9 | $570.00 | $2,223.00 |
| 7/28/2023 | Alvaro Mon Cureno | Correspond with T. Aganga-Williams re third party discovery. | 0.2 | $1,190.00 | $238.00 |
| 7/31/2023 | Alvaro Mon Cureno | Attend and participate in call with T. Aganga Williams, J. Selendy, C. O'Brien, K. Chen, A. Pugh, and T. Seri to discuss third party discovery. | 2.1 | $1,190.00 | $2,499.00 |
| **Subtotal for:  95 -  FTX Matters Filings** | | | **88.0** | | **$80,803.00** |
| **Total Professional Services** | | | **216.4** | | **$214,329.00** |

**PERSON RECAP**

| Person | | Level | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| TAW | Temidayo Aganga-Williams | Partner | 34.2 | $1,435.00 | $49,077.00 |
| JMS | Jennifer M Selendy | Partner | 1.9 | $2,060.00 | $3,914.00 |
| KC3 | Kayla Chen | Associate | 45.5 | $775.00 | $35,262.50 |
| AMC | Alvaro Mon Cureno | Associate | 28.2 | $1,190.00 | $33,558.00 |
| CB1 | Claire OBrien | Associate | 43.9 | $1,250.00 | $54,875.00 |
| ZM3 | Zachary Mitchell | Law Clerk | 9.5 | $685.00 | $6,507.50 |
| AP | Abbie Pugh | Staff Attorney | 9.0 | $685.00 | $6,165.00 |
| TG1 | Tesla Seri | Staff Attorney | 33.0 | $570.00 | $18,810.00 |

## PERSON RECAP

| Person | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AC1 | Anna Clifton | Analyst | 1.9 | $630.00 | $1,197.00 |
| AB3 | Andrew Ballard | Paralegal | 0.9 | $510.00 | $459.00 |
| ED6 | Emma Diller | Paralegal | 1.6 | $475.00 | $760.00 |
| CJ1 | Christopher Journey | Paralegal | 0.1 | $570.00 | $57.00 |
| SS1 | Scott Siegel | Paralegal | 5.2 | $570.00 | $2,964.00 |
| SM3 | Steven M Metro | Managing Clerk | 0.9 | $570.00 | $513.00 |
| EC3 | Eric Cohen | Litigation Support | 0.2 | $350.00 | $70.00 |
| TF | Thomas Florey | Litigation Support | 0.4 | $350.00 | $140.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 7/20/2023 | On Press Graphics- Copy Service- 534 color copies; 1113 b/w copies; 60 regular tabs; 3 binders; 3 coil bind | $497.25 |
| 7/31/2023 | Pacer Charges | $0.10 |
| 7/31/2023 | Document Hosting/Technical Time | $341.38 |
| | Total Disbursements | $838.73 |

| | | |
|---|---|---|
| Total Professional Services Due | $214,329.00 | |
| Total Disbursements Due | $838.73 | |
| Total Current Charges | | $215,167.73 |
| Previous Balance | | $1,584,331.17 |
| Current Interest | | $0.00 |
| *Less Payments* | | *($865,852.79)* |
| **PAY THIS AMOUNT** | | **$933,646.11** |

*Due Upon Receipt.  Please include the invoice number on all remittance.  Thank you.*

## TASK RECAP

**Services**

| Category | | Hours | Amount |
|---|---|---|---|
| 20 | Fee statements and applica | 35.0 | $30,971.50 |

**TASK RECAP**

**Services**

| Category | | Hours | Amount |
|---|---|---|---|
| 30 | Case administration | 36.2 | $31,774.00 |
| 40 | Case strategy | 25.2 | $34,108.50 |
| 70 | Hearings and court matters | 27.2 | $32,227.50 |
| 80 | Other | 2.6 | $1,826.50 |
| 90 | Plan/Confirmation Matters | 2.2 | $2,618.00 |
| 95 | FTX Matters Filings | 88.0 | $80,803.00 |
| | | 216.4 | $214,329.00 |

**Exhibit D**

**Expense Summary & Detail**

| Category | Amount |
|---|---|
| E-Discovery Data Hosting / Storage | $341.38 |
| Online Research | $0.10 |
| Outside Printing | $497.25 |
| **Grand Total** | **$838.73** |

| Timekeeper | Date | Narrative | Category | Amount |
|---|---|---|---|---|
| Scott Siegel | 07/20/2023 | On Press Graphics – Copy Service – 2740 b/w copies; 68 regular tabs; 4 binders | Outside Printing | $497.25 |
| Tyler Burke | 07/31/2023 | PACER Charges | Online Research | $0.10 |
| Christopher Bandes | 07/31/2023 | Document Hosting/Technical Time | E-Discovery Document Hosting/Storage | $341.38 |
| **Grand Total** | | | | **$838.73** |