**Presentment Date:  October 2, 2023, at 12:00 p.m. (prevailing Eastern Time)**
**Objection Deadline:  September 25, 2023, at 4:00 p.m. (prevailing Eastern Time)**

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF PRESENTMENT**
**OF DEBTORS' APPLICATION FOR ENTRY**
**OF AN ORDER (I) AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF RSM US LLP AS INDEPENDENT**
**AUDITOR FOR THE DEBTORS AND DEBTORS IN POSSESSION**
**EFFECTIVE AS OF AUGUST 1, 2023, AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession

(collectively, the "Debtors") will present the *Debtors' Application for Entry of an Order*

*(I) Authorizing the Retention and Employment of RSM US LLP as Independent Auditor for the*

*Debtors and Debtors in Possession Effective as of August 1, 2023, and (II) Granting Related Relief*

(the "Application") to the Honorable Martin Glenn, Chief United States Bankruptcy Judge, for

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

approval and signature on October 2, 2023, at 12:00 p.m., prevailing Eastern Time (the "Presentment Date").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Application shall:  (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC*, No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served in accordance with the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] (the "Case Management Order") by **September 25, 2023, at 4:00 p.m., prevailing Eastern Time** (the "Objection Deadline"), to (i) the entities on the Master Service List (as defined in the Case Management Order) available on the case website of the Debtors at https://cases.stretto.com/celsius and (ii) any person or entity with a particularized interest in the subject matter of the Application.

**PLEASE TAKE FURTHER NOTICE** that if no objections or other responses are timely filed and served by the Objection Deadline with respect to the Application, the Debtors shall, on the Presentment Date, submit the Application to the Court, which order the Court may enter without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving

party's obligation to notify all other parties entitled to receive notice.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that copies of the Application and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Application and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

New York, New York
Dated:  September 18, 2023

*/s/ Joshua A. Sussberg*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          joshua.sussberg@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          patrick.nash@kirkland.com
                ross.kwasteniet@kirkland.com
                chris.koenig@kirkland.com
                dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

4

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**DEBTORS' APPLICATION FOR ENTRY
OF AN ORDER (I) AUTHORIZING THE RETENTION
AND EMPLOYMENT OF RSM US LLP AS INDEPENDENT
AUDITOR FOR THE DEBTORS AND DEBTORS IN POSSESSION
EFFECTIVE AS OF AUGUST 1, 2023, AND (II) GRANTING RELATED RELIEF**

Celsius Network LLC and certain of its affiliates, as debtors and debtors in possession

(collectively, the "Debtors") state as follows in support of this application (this "Application"):

**Relief Requested**

1.      The Debtors seek entry of an order (the "Order"), substantially in the form attached

hereto as **Exhibit A**, authorizing the Debtors to retain and employ RSM US LLP ("RSM") to

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius
Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending
LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC
(9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service
address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

provide independent audit services, effective as of August 1, 2023, pursuant to the terms and conditions set forth in that certain engagement letter, dated August 4, 2023, for audit services (the "Engagement Letter"), a copy of which is attached to the Order as Exhibit 1.

2.    In support of this Application, the Debtors submit the declaration of Howard Siegal, a Partner at RSM (the "Siegal Declaration"), which is attached as Exhibit 2 to the Order and incorporated herein by reference.

## Jurisdiction and Venue

3.    The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, entered February 1, 2012.  The Debtors confirm their consent to the Court entering a final order in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

4.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.    The bases for the relief requested herein are section 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules").

## Background

6.    The Debtors, together with their non-Debtor affiliates (collectively, "Celsius"), are one of the largest and most sophisticated cryptocurrency based finance platforms in the world and provide financial services to institutional, corporate, and retail clients across more than

100 countries.  Celsius was created in 2017 to be one of the first cryptocurrency platforms to which users could transfer their crypto assets and (a) earn rewards on crypto assets and/or (b) take loans using those transferred crypto assets as collateral.  Headquartered in Hoboken, New Jersey, Celsius has more than 1.7 million registered users and approximately 300,000 active users with account balances greater than $100.

7.      On July 13, 2022 (the "Petition Date"), each of the Initial Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  A detailed description of the facts and circumstances of these chapter 11 cases is set forth in the *Declaration of Robert Campagna, Managing Director of Alvarez & Marsal North America, LLC, in Support of Chapter 11 Petitions and First Day Motions* (the "Campagna Declaration").[2]  The Debtors commenced these chapter 11 cases to provide Celsius an opportunity to stabilize its business and consummate a comprehensive restructuring transaction that maximizes value for stakeholders.

8.      On December 7th, 2022, each of the GK8 Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  A detailed description of the facts and circumstances of these chapter 11 cases is set forth in the *Declaration of Christopher Ferraro, Director and Chief Financial Officer of the GK8 Debtors, in Support of Chapter 11 Petitions and First Day Motion* [Docket No. 1629].

9.      The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases have been consolidated for procedural purposes only and are jointly administered pursuant to Bankruptcy Rule 1015(b) [Docket No. 53].  On July 27, 2022, the United States Trustee for the

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Campagna Declaration.

Southern District of New York (the "U.S. Trustee") appointed an official committee of unsecured creditors in the Initial Debtors' cases [Docket No. 241] (the "Committee"). On September 14, 2022, the Court entered an order directing the appointment of an examiner in the Initial Debtors' cases [Docket No. 820] (the "Examiner"). On April 5, 2023, the Court entered an order discharging the Examiner [Docket No. 2364]. On October 20, 2022, the Court entered an order approving the appointment of a fee examiner [Docket No. 1151] (the "Fee Examiner").

### RSM's Qualifications

10.     The Debtors seek to retain RSM because of RSM's recognized expertise and experience and knowledge in audit services and in assisting companies in the middle-market engaging with blockchain and digital assets. RSM's blockchain & digital asset team has developed a deeply experienced team across consulting, tax, accounting, and audit who can assist a company engaging with digital assets, financial statement audits and audit readiness, operational security around custody of digital assets, to assisting venture-backed high growth companies looking to institutionalize their business. RSM also assists companies with operationalizing strategy, risk management, and accounting in an efficient manner. RSM has represented other clients in the bitcoin mining industry such as U.S. Data Mining Group, TeraWulf, Inc., and Griid Infrastructure, LLC.

11.     RSM is a public accounting firm with offices across the United States. RSM has significant experience in providing independent audit services in large and complex chapter 11 cases on behalf of debtors throughout the United States, including, among others, *In re BDC Inc.*, No. 20-10010 (CSS) (Bankr. D. Del. Mar. 20, 2020) and *In re Medley LLC*, No. 21-10526 (KBO) (Bankr. D. Del. May 17, 2021). This experience renders RSM well-qualified to provide services to the Debtors during these chapter 11 cases. RSM's services fulfill an important need and are not

provided by any of the Debtors' other professionals. RSM's employment is therefore in the best interests of the Debtors, their estates, creditors, and other parties in interest.

## Services To Be Rendered

12.     Subject to further order of the Court and consistent with the Engagement Letter, the Debtors propose to retain RSM effective as of August 1, 2023 to act as independent auditor to Debtor Celsius Mining LLC ("Celsius Mining") and NewCo.[3]

13.     As set forth more fully in the Engagement Letter, RSM is assisting Celsius Mining and NewCo by performing financial statement audit pursuant to the auditing standards generally accepted in the United States of America (the "GAAS Standards") and those of the Public Company Accounting Oversight Board (PCAOB) (United States) (the "PCAOB Standards") to express an opinion on the fairness of the presentation of the Celsius Mining's financial statements for the years ending December 31, 2020, December 31, 2021, and December 31, 2022 and NewCo's opening balance sheet in conformity with accounting principles generally accepted in the United States of America. RSM is also performing a review of the Celsius Mining's interim financial information in accordance with PCAOB Standards for each of the quarter in the years ending December 31, 2022 and December 31, 2023.

## Professional Compensation

14.     RSM's retention is conditioned upon its ability to be retained pursuant to the terms and conditions of employment, including the proposed compensation arrangements, set forth in the Engagement Letter.

---

[3]     "NewCo" shall have the meaning ascribed to it in the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3222] (as may be modified, amended, or supplemented from time to time).

15.     RSM intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred as part of these chapter 11 cases, subject to the Court's approval and pursuant to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure RSM will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that RSM uses in other restructuring matters, as well as similar matters whether in court or otherwise, regardless of whether a fee application is required. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and time pressures.

16.     Pursuant to the Engagement Letter, RSM estimates that it will bill the Debtors $995,000 for the audit services performed thereunder, billed on time and material basis,[4] except for audit services related to the Form 10 procedures, the NewCo year-end audit, and work related to Celsius Mining's adoption of the new leases standard pursuant to ASC 842, other audit services and procedures associated with the services described in the Engagement Letter that are beyond the scope of procedures anticipated to be performed at the time of engagement, as well as retention and fee application preparation, which will be billed separately and on a time and material basis (the "Out-of-Scope Services").

17.     Pursuant to the Engagement Letter, RSM will bill the Debtors fees for the services and Out-of-Scope Services based on actual time spent by professionals on such services, at the individual's applicable professional hourly rate, as follows:

---

[4]    Pursuant to the Engagement Letter, in the event it appears that fees shall exceed that amount, prior written approval of Celsius Mining shall be obtained.

| Professional Level | Hourly Rates |
|---|---|
| Partner / Principal / Managing Director | 840 |
| Senior Manager | 645 |
| Manager | 450 |
| Senior | 300 |
| Staff | 235 |

18.     RSM's hourly rates are designed to compensate RSM fairly for the work of its professionals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.

19.     In addition to the fees set forth above, the Debtors have agreed to compensate RSM for actual, reasonable, and necessary expenses, including travel, report processing, meals, and other expenses incurred by RSM in providing the services.  Pursuant to the Engagement Letter, RSM shall receive prior written consent from Celsius Mining before incurring any direct expenses that exceed $10,000 in the aggregate.

20.     The Engagement Letter and the fees contemplated therein are consistent with and typical of compensation arrangements entered into by RSM with other comparable firms in connection with the rendering of similar services under similar circumstances.  The terms and conditions in the Engagement Letter are reasonable, consistent with the market, and designed to compensate RSM fairly for its work and expenses.

### RSM's Disinterestedness

21.     As part of the proposed retention by the Debtors in these chapter 11 cases, RSM received and reviewed a list of parties in interest (the "Parties in Interest") from the Debtors.  RSM performed an extensive review of all current clients and, except as disclosed in the Siegal Declaration, represented that it neither holds nor represents any interest that is adverse to the Debtors' estates in connection with any matter on which it would be employed.  RSM identified

approximately 312 parties in which RSM had a connection based on an RSM current or ongoing relationship, but did not identify any interests adverse to the estate. References to the aforementioned potential conflicts are indicated in the results of the connections checks in Schedule 2 to the Siegal Declaration. To the extent that RSM's review of relationships with the Parties in Interest indicated that RSM has a current or ongoing engagement with the Parties in Interest in matters unrelated to these chapter 11 cases, it is indicated in the results of the connections checks in Schedule 2 to the Siegal Declaration.

22.     To the best of the Debtors' knowledge, information, and belief, and except as disclosed in the Siegal Declaration, RSM is (a) a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, (b) does not hold or represent an interest adverse to the Debtors' estates, and (c) has no connection with any matter on which it would be employed. If RSM discovers additional material information that it determines requires disclosure, it will file a supplemental disclosure promptly with the Court.

23.     For these reasons, to the best of the Debtors' knowledge, information, and belief, based on the Siegal Declaration, none of RSM's past or current engagements would or do appear to create an interest materially adverse to the interests of the Debtors, creditors, or equity security holders in these chapter 11 cases. As such, RSM is disinterested and holds no materially adverse interest to the Debtors' estates.

24.     RSM did not provide any professional services to the Debtors prior to the Petition Date. As of the Petition Date, no amounts were outstanding with respect to the invoices issued by RSM prior to such date.

25.     RSM may also subcontract a portion of audit services to member firms of the RSM International Network ("RSM International"). These teams would provide services under the

supervision, and with the input, of personnel of RSM.  The hourly rates charged to the clients by

RSM for services performed by RSM International personnel are comparable to the rates charged

for similar services by RSM, but do not directly correlate with the hourly rates attributed to such

services by RSM International member firms.

### Efforts to Avoid Duplication of Services

26.    The services performed by RSM will not unnecessarily duplicate or overlap with

the other services performed by the Debtors' other retained professionals and advisors.  RSM

understands that the Debtors have retained and may retain additional professionals during the terms

of the Engagement Letter and has agreed to work cooperatively with the Debtors to avoid

unnecessary duplication of services.

### Basis for Relief

27.    The employment and retention of RSM under the terms described herein is

appropriate under sections 327(a) and 1107(b) of the Bankruptcy Code.  Section 327(a) of the

Bankruptcy Code empowers the trustee, with the Court's approval, to employ professionals "that

do not hold or represent an interest adverse to the estate, and that are disinterested persons, to

represent or assist the trustee in carrying out the trustee's duties under this title."  11 U.S.C.

§ 327(a).  Section 101(14) of the Bankruptcy Code defines a "disinterested person" as a person

that:

    a)    is not a creditor, an equity security holder, or an insider;

    b)    is not and was not, within two years before the date of the filing of the
        petition, a director, officer, or employee of the debtor; and

    c)    does not have an interest materially adverse to the interest of the estate or
        of any class of creditors or equity security holders, by reason of any direct
        or indirect relationship to, connection with, or interest in, the debtor, or for
        any other reason.

11 U.S.C. § 101(14).

28.    Section 328(a) of the Bankruptcy Code authorizes the employment of a professional person "on any reasonable terms and conditions of employment, including on a retainer . . . ." 11 U.S.C. § 328(a).    The terms and conditions of RSM's retention as described herein are reasonable and in keeping with the terms and conditions typical for engagements of this size and character.    It is reasonable for the Debtors to seek to retain and employ RSM to provide audit services on the terms and conditions set forth herein.

29.    RSM intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.

30.    For all the reasons stated above, retaining and employing RSM is warranted.

### Relief as of August 1, 2023 Is Appropriate

31.    Retaining RSM effective as of August 1, 2023 is warranted under the circumstances of these chapter 11 cases so that RSM may be compensated for its services prior to entry of an order approving RSM's retention.    Furthermore, no party in interest will be prejudiced by the granting of employment effective as of August 1, 2023, because RSM has provided, and will continue to provide, valuable services to the Debtors' estates in the interim period.

32.    This Court has approved similar relief on multiple occasions.    *See, e.g.*, *Order (I) Authorizing the Retention and Employment of Andersen LLP as UK Tax Services Provider Effective as of February 28, 2023, and (II) Granting Related Relief* [Docket No. 2755] (approving retention effective 90 days prior to entry of order); *Order (I) Authorizing the Retention and Employment of KE Andrews as Property Tax Services Provider Effective as of January 1, 2023, and (II) Granting Related Relief* [Docket No. 2753] (approving retention effective 157 days prior to entry of order); *Order (I) Authorizing the Retention and Employment of Stout Risius Ross, LLC*

*as Valuation Advisor Effective as of February 21, 2023, and (II) Granting Related Relief* [Docket No. 2498] (approving retention effective 57 days prior to entry of order).

### **Waiver of Bankruptcy Rule 6004(a) and 6004(h)**

33.    To implement the foregoing successfully, the Debtors request that the Court enter an order providing that notice of the relief requested herein satisfies Bankruptcy Rule 6004(a) and that the Debtors have established cause to exclude such relief from the 14-day stay period under Bankruptcy Rule 6004(h).

### **Motion Practice**

34.    This Application includes citations to the applicable rules and statutory authorities upon which the relief requested herein is predicated and a discussion of their application to this Application.  Accordingly, this Application satisfies Local Rule 9013-1(a).

### **Notice**

35.    The Debtors will provide notice of this Application to the following parties or their respective counsel:  (a) the U.S. Trustee for the Southern District of New York; (b) counsel to the Committee; (c) the United States Attorney's Office for the Southern District of New York; (d) the Internal Revenue Service; (e) the offices of the attorneys general in the states in which the Debtors operate; (f) the Securities and Exchange Commission; (g) counsel to the fee examiner; and (h) any party that has requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, no other or further notice need be given.

### **No Prior Request**

36.    No prior request for the relief sought in this Application has been made to this or any other court.

WHEREFORE, the Debtors request that the Court enter the Order granting the relief

requested herein and such other relief as the Court deems appropriate under the circumstances.

New York, New York
Dated:  September 18, 2023

*/s/ Joshua A. Sussberg*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:        (212) 446-4900
Email:              joshua.sussberg@kirkland.com

  - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:        (312) 862-2200
Email:              patrick.nash@kirkland.com
                        ross.kwasteniet@kirkland.com
                        chris.koenig@kirkland.com
                        dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER (I) AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF RSM US LLP AS**
**INDEPENDENT AUDITOR FOR THE DEBTORS AND DEBTORS IN**
**POSSESSION AS OF AUGUST 1, 2023, AND (II) GRANTING RELATED RELIEF**

Upon the application (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") authorizing the Debtors to employ and retain RSM US LLP ("RSM") to provide independent audit services to the Debtors, effective as of August 1, 2023, pursuant to the terms and conditions set forth in the Engagement Letter, attached hereto as **Exhibit 1**, as more fully set forth in the Application; and upon the *Declaration of Howard Siegal in Support of the Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of RSM US LLP as Independent Auditor for the Debtors and Effective as of August 1, 2023, and (II) Granting Related Relief* (the "Siegal Declaration"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

Southern District of New York, entered February 1, 2012; and this Court having the power to enter

a final order consistent with Article III of the United States Constitution; and this Court having

found that venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408

and 1409; and it appearing that RSM does not hold or represent an adverse interest to the Debtors

or their estates and is disinterested under section 101(14) of the Bankruptcy Code; and this Court

having found that the relief requested in the Application is in the best interests of the Debtors'

estates, their creditors, and other parties in interest; and this Court having found that the Debtors'

notice of the Application and opportunity for a hearing thereon were appropriate under the

circumstances and no other notice need be provided; and this Court having reviewed the

Application; and this Court having determined that the legal and factual bases set forth in the

Application establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1.    The Application is granted as set forth herein.

2.    Pursuant to sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules

2014 and 2016, and Local Rules 2014-1 and 2016-1, the Debtors are authorized to employ and

retain RSM as audit services provider to the Debtors on the terms and conditions set forth in the

Application and the Engagement Letter, effective as of August 1, 2023.

3.    The terms and conditions the Engagement Letter, including the compensation

provisions, are reasonable terms and conditions of employment and are approved.

4.    RSM shall be compensated pursuant to sections 330 and 331 of the Bankruptcy

Code, the Bankruptcy Rules, the Local Rules, this Order, and any other applicable orders of this

Court.

5.      RSM shall include in its fee applications, among other things, contemporaneous time records setting forth a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors in one-tenth-hour increments.

6.      RSM is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

7.      RSM shall file monthly, interim, and final fee applications for the allowance of compensation for services rendered and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of this Court and consistent with the proposed compensation set forth in the Engagement Letter.  RSM's fixed fees pursuant to the Engagement Letter (and any supplemental Engagement Letters subsequently approved in these cases) shall be subject to the standard of review set forth in section 330 of the Bankruptcy Code.

8.      Notwithstanding anything to the contrary in the Application or the Engagement Letter, RSM will not charge the Debtors' estates for time spent preparing or reviewing any invoices or time records submitted in support of any fee application or monthly fee statement filed in these chapter 11 cases; *provided* that time spent on privilege analysis related to such fee applications or monthly fee statements may be compensable by the Debtors' estates; *provided*, *further* that RSM shall not seek reimbursement from the Debtors' estates for any fees incurred in defending any of their fee applications in these chapter 11 cases.

9.      RSM shall provide ten-business-days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the

3

Engagement Letter are implemented and shall file such notice with the Court.  The U.S. Trustee

retains all rights to object to any rate increase on all grounds, including the reasonableness standard

set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate

increase pursuant to section 330 of the Bankruptcy Code.

10.     To the extent the Debtors and RSM enter into any additional engagement letters or

statements of work, the Debtors will file such engagement letters or statements of work with the

Court and serve such engagement letters or statements of work upon the U.S. Trustee, counsel for

the Committee, and any party requesting notice under Bankruptcy Rule 2002.  If any party objects

to the additional services to be provided by RSM within fourteen days of such new engagement

letters or statements of work being filed and served, the Debtors will promptly schedule a hearing

before the Court.  All additional services will be subject to the provisions of this Order.  To the

extent no related timely objections are filed, such additional engagement letters shall be deemed

approved pursuant to this Order.

11.     In the event that, during the pendency of these chapter 11 cases, RSM seeks

reimbursement for any attorneys' fees or expenses, the invoices and supporting time records from

such attorneys shall be included in the respective fee applications, and such invoices and time

records shall be in compliance with the Local Rules and subject to any U.S. Trustee Guidelines

and Court approval under the standards of sections 330 and 331 of the Bankruptcy Code, without

regard to whether such attorney has been retained under section 327 of the Bankruptcy Code.

12.     RSM will review its files periodically during the pendency of these chapter 11 cases

to determine whether any disqualifying conflicts or other circumstances exist or arise.  If any new

relevant facts or relationships are discovered or arise, RSM will use reasonable efforts to identify

such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

13.    Notwithstanding anything in the Application or the Engagement Letter to the contrary, RSM shall (i) to the extent that RSM uses the services of independent contractors, subcontractors, or employees of foreign affiliates or subsidiaries (collectively, the "Contractors") in these cases, pass-through the cost of such Contractors to the Debtors at the same rate that RSM pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflict checks as required for RSM; and (iv) shall file with the Court such disclosures required by Bankruptcy Rule 2014.

14.    To the extent that there may be any inconsistency between the terms of the Application, the Siegal Declaration, the Engagement Letter, and this Order, the terms of this Order shall govern.

15.    RSM shall use its reasonable efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

16.    The Debtors and RSM are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application.

17.    Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

18.    Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

19.    This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: _____, 2023

_____
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

## **<u>Exhibit 1</u>**

**Engagement Letter**

DocuSign Envelope ID: 840144AA2-9893-4E0A-B5GB-582554B98255

08-Aug-2023

August 4, 2023


Chris Ferraro, Interim CEO
Celsius Mining LLC
50 Harrison St. Suite 209F
Hoboken, NJ 07030


Attention: Chris Ferraro, Interim CEO


**The Objective and Scope of the Audit of the Financial Statements**
You have requested that RSM US LLP ("RSM", "we", "us", or "our"), audit the financial statements of
Celsius Mining LLC (the "Company", "you", or "your"), which comprise the balance sheets as of December
31, 2022, 2021, and 2020, the related statements of operations, changes in equity (deficiency), and cash
flows for the years then ending, and the related notes to the financial statements. Our audit will be
conducted with the objective of our expressing an opinion on the financial statements. We are pleased to
confirm our understanding of this audit engagement by means of this letter ("Engagement Letter"). Our
acceptance of this engagement is subject to our satisfactorily completing our normal engagement
acceptance procedures, including inquiry of your previous [auditors] [accountants]. We will notify you
promptly if we become aware of anything during our acceptance procedures or review of audit
documentation that results in our not being able to continue this engagement.

The objectives of our audit are to obtain reasonable assurance about whether the financial statements as
a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's
report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute
assurance and therefore is not a guarantee that an audit conducted in accordance with auditing
standards generally accepted in the United States of America ("GAAS") and the Public Company
Accounting Oversight Board ("PCAOB") will always detect a material misstatement when it exists.
Misstatements can arise from fraud or error and are considered material if there is a substantial likelihood
that, individually or in the aggregate, they would influence the judgment made by a reasonable user
based on the financial statements. The risk of not detecting a material misstatement resulting from fraud
is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions,
misrepresentations, or the override of controls.

**The Responsibilities of the Auditor**
We will conduct our audit in accordance with GAAS and PCAOB. Those standards require that we
comply with applicable ethical requirements. As part of an audit in accordance with GAAS and PCAOB,
we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to
  fraud or error, based on an understanding of the entity and its environment, the applicable financial
  reporting framework, and the entity's system of internal control, design and perform audit procedures
  responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a
  basis for our opinion.

- Consider the entity's system of internal control in order to design audit procedures that are
  appropriate in the circumstances but not for the purpose of expressing an opinion on the
  effectiveness of the entity's internal control. However, we will communicate to you in writing
  concerning any significant deficiencies or material weaknesses in internal control relevant to the audit
  of the financial statements that we have identified during the audit.

DocuSign Envelope ID: 464A7DA2-98P3-4E0A-B5GB-5825F4B90255

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 2

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

- Conclude, based on the audit evidence obtained, whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for a reasonable period of time.

Because of the inherent limitations of an audit, together with the inherent limitations of controls, an unavoidable risk that some material misstatements may not be detected exists, even though the audit is properly planned and performed in accordance with GAAS and PCAOB.

We will also communicate to the Board of Directors (a) any fraud involving senior management and fraud (whether caused by senior management or other employees) that causes a material misstatement of the financial statements that becomes known to us during the audit, and (b) any instances of noncompliance with laws and regulations that we become aware of during the audit (unless they are clearly inconsequential), (c) various matters related to the entity's accounting policies and financial statements, and (d) should any arise, disagreements with management and other serious difficulties encountered in performing the audit.

If, for any reason, we are unable to complete the audit or are unable to form or have not formed an opinion, we retain the unilateral right to take any course of action permitted by professional standards, including declining to express an opinion or issue a report, or withdrawing from the engagement.

**The Responsibilities of Management and Identification of the Applicable Financial Reporting Framework**

Management is responsible for:

1. Identifying and ensuring that the Company complies with the laws and regulations applicable to its activities, and for informing us about all known violations of such laws or regulations, other than those that are clearly inconsequential;

2. The design and implementation of programs and controls to prevent and detect fraud, and for informing us about all known or suspected fraud affecting the entity involving management, employees who have significant roles in internal control, and others where the fraud could have a material effect on the financial statements; and

3. Informing us of its knowledge of any allegations of fraud or suspected fraud affecting the entity received in communications from employees, former employees, analysts, regulators, short sellers, vendors, customers or others.

The Board of Directors is responsible for informing us of its views about the risks of fraud within the entity, and its knowledge of any fraud or suspected fraud affecting the entity.

DocuSign Envelope ID: 464A7DA2-9803-4E0A-BECB-582554B902E5

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 3

Our audit will be conducted on the basis that management and, when appropriate, those charged with governance acknowledge and understand that they have responsibility:

1. For the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP");

2. For adjusting the financial statements to correct material misstatements relating to accounts or disclosures and affirming to us in its representation letter that the effects of any uncorrected misstatements aggregated by us during the current engagement and pertaining to the latest period presented are immaterial, both individually and in the aggregate, to the financial statements taken as a whole.

3. To evaluate subsequent events through the date the financial statements are issued or available to be issued, and to disclose the date through which subsequent events were evaluated in the financial statements. Management also agrees that it will not conclude on subsequent events earlier than the date of the management representation letter referred to below;

4. For the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error; and

5. To provide us with:

   a. Access to all information of which management is aware that is relevant to the preparation and fair presentation of the financial statements such as records, documentation and other matters;

   b. Additional information that we may request from management for the purpose of the audit; and

   c. Unrestricted access to persons within the entity from whom we determine it necessary to obtain audit evidence.

As part of our audit process, we will request from management and, when appropriate, those charged with governance written confirmation concerning representations made to us in connection with the audit, including among other items:

1. That management has fulfilled its responsibilities as set out in the terms of this Engagement Letter; and

2. That it believes the effects of any uncorrected misstatements aggregated by us during the current engagement and pertaining to the latest period presented are immaterial, both individually and in the aggregate, to the financial statements taken as a whole.

**Shared Responsibilities for Independence**

We will maintain our independence in accordance with the standards of the American Institute of Certified Public Accountants ("AICPA"), the PCAOB and the rules and regulations of the Securities and Exchange Commission ("SEC"). The SEC's longstanding view that auditors and their audit clients have a shared responsibility for compliance with auditor independence rules has been reinforced in its October 16, 2020 final rule release, amending certain auditor independence requirements under Rule 2-01 of Regulation S-X ("Rule 2-01"). To enable RSM and the Company to each comply with Rule 2-01, you agree to instruct management to:

1. Implement and maintain policies and procedures to identify and monitor current and potential affiliates of the Company, as defined in Rule 2-01, including the nature, extent and other relevant

DocuSign Envelope ID: 64A7DA2-98B3-4E0A-B5GB-5825548902F5

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 4

       aspects of relationships and services between RSM or our associated entities, including members of our global network, and any such potential affiliates;

2. Provide information with respect to current and potential affiliates, including ownership percentage and materiality assessments, to us on a quarterly basis, or more frequently upon request;

3. Notify us of all planned transactions involving (i) changes in control of the Company or an investor obtaining a 20% or greater ownership in the Company or representation on the Company's Board of Directors, or (ii) investments of 20% or greater in or acquisitions of other entities by the Company, sufficiently in advance of their effective dates to enable the Company and RSM to identify and eliminate potential impermissible services and relationships between RSM or our associated entities and those potential subsidiaries or equity-method investees, prior to the effective dates.

Additionally, because it could impact our independence with respect to the Company if we or one of our associated entities were to provide certain non-audit services to the Company or its affiliates, and because we must obtain your approval before being engaged to provide audit or non-audit services to the Company and its subsidiaries, you agree to instruct management that the Company and its affiliates may not engage RSM or any of our associated entities to provide audit or non-audit services to the Company or any of its affiliates without first obtaining our written permission, and where required, your preapproval.

The SEC also broadly defines the accounting firm to include "all of the organization's departments, divisions, parents, subsidiaries, and associated entities, including those located outside of the United States." Our associated entities have been included in Exhibit A.

If the Company hires in a financial reporting oversight role a current or former partner, principal, or professional employee of RSM or our associated entities who serves or served as a member of the audit engagement team, our independence could be impacted. You agree to inform us prior to soliciting for employment or a position on your Board of Directors a current or former partner, principal, or professional employee of RSM or our associated entities so we may jointly assess the impact of the potential employment on our independence.

You also agree to inform all persons in a financial reporting oversight role (other than outside directors) that they and their immediate family members are not permitted to obtain tax services from RSM or our associated entities.

**Reporting**
We will issue a written report upon completion of our audit of the Company's financial statements. Our report will be addressed to the Board of Directors of the Company. Circumstances may arise in which our report may differ from its expected form and content based on the results of our audit. Depending on the nature of these circumstances, it may be necessary for us to modify our opinion, or add an emphasis-of-matter paragraph or other-matter paragraph to our auditor's report.

If circumstances arise relating to the condition of the Company's records, the availability of appropriate audit evidence or indications of a significant risk of material misstatement of the financial statements because of error, fraudulent financial reporting or misappropriation of assets which, in our professional judgment, prevent us from completing the audit or forming an opinion, we retain the unilateral right to take any course of action permitted by professional standards, including, but not limited to, declining to express an opinion or issue a report, or withdrawing from the engagement.

DocuSign Envelope ID: 464A7DA2-9893-4E0A-B5CB-582554B90255

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 5

**Inclusion of Our Reports in Documents or Filings**

We understand that the Company intends to include our report in a Form 10 to be filed with the SEC and to make reference to us as experts. In the event we provide consent to such use of our report, not to be unreasonably withheld, the Company agrees to provide us with printer's proofs or masters of all such documents for our review and approval before printing, and with a copy of the final reproduced material for our approval before it is filed or distributed. The Company agrees to promptly supply us with any comment letter or other communication received from the SEC relating to the financial statements or other information with which our report has been associated and to provide us with a copy of the Company's proposed response for our review before such response is submitted.

The Company agrees that it will not include our reports, or otherwise make reference to us, in any document used in a public or private offering of equity or debt securities without first obtaining our written permission, not to be unreasonably withheld. Any such request is also a matter for which separate arrangements will be necessary. After obtaining our permission, the Company also agrees to provide us with printer's proofs or masters of such offering documents for our review and approval before printing, and with a copy of the final reproduced material for our approval before it is distributed, with each approval not to be unreasonably withheld. If, based on our review, we identify no material inconsistencies with our audit, or other misstatements of fact, we will promptly communicate in writing to the Company that we do not object to the inclusion of our report in the offering documents. In the event our auditor/client relationship has been terminated when the Company seeks such consent, we will be under no obligation to grant such consent or approval.

**The SEC requires electronic filing of certain information in connection with its Electronic Data Gathering, Analysis and Retrieval ("EDGAR") system. The Company agrees that before filing any document with which we are associated, in electronic format with the SEC or others, the Company will provide us with a printed or electronic copy of the information proposed to be filed. To the extent we grant permission to include our report, we will provide the Company with a signed copy of our report(s), consent(s) and/or other relevant documents after completing our review. These manually signed documents will authorize the use of our name prior to any electronic transmission by you. The SEC requires that you keep copies of these manually signed documents for a period of five years and provide them to the SEC upon request.**

**Quarterly Review Services**

We will perform a review of the interim financial information of the Company as of and for the end of each quarter in the year ending December 31, 2023 and for the corresponding periods of the year ended December 31, 2022 in accordance with the standards of the PCAOB. The objective of a review of interim financial information is to provide us with a basis for communicating whether we are aware of any material modifications that should be made to the interim financial information for it to conform to U.S. GAAP. The review will consist primarily of performing analytical procedures and making inquiries of persons responsible for financial and accounting matters. It is substantially less in scope than an audit conducted in accordance with the auditing standards of the PCAOB, the objective of which is the expression of an opinion on the financial statements. Accordingly, we will not express an opinion on the interim financial information.

A review includes obtaining sufficient knowledge of the Company's business and its internal control as it relates to the preparation of both annual and interim financial information to: (a) identify the types of potential material misstatements in the interim financial information and consider the likelihood of their occurrence, and (b) select the inquiries and analytical procedures that will provide us with a basis for communicating whether we are aware of any material modifications that should be made to the interim financial information for it to conform to U.S. GAAP.

A review is not designed to provide assurance on internal control over financial reporting or identify significant deficiencies or material weaknesses. It also is not designed, and cannot be relied upon, to

DocuSign Envelope ID: 164A7DA2-98D3-4E0A-85C8-582554B90255

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 6

disclose errors, fraud or illegal acts, should any exist. However, we will communicate to management and the special committee of the board of Celsius Network Limited (the "Special Committee") any significant deficiencies or material weaknesses that come to our attention and any errors, fraud or illegal acts that come to our attention, unless they are clearly inconsequential.

Upon the completion of our review and prior to the filing of the Form 10 or any Form 10-Q, as applicable, we will meet with or otherwise discuss the results of our review with the Special Committee and a representative of financial management of the Company.

We will not issue a review report at the completion of our review. However, SEC regulations require that if the Company includes a representation in documents issued to stockholders, third parties or the SEC that we reviewed the interim information, then our written report must be included with these documents.

If, for any reason, we are unable to complete the interim reviews, we retain the unilateral right to take any course of action permitted by professional standards, including withdrawal from the engagement.

**Records and Assistance**
During the course of our engagement, we may accumulate records containing data that should be reflected in the Company's books and records. The Company will determine that all such data, if necessary, will be so reflected. Accordingly, the Company will not expect us to maintain copies of such records in our possession.

The assistance to be supplied by Company personnel, including the preparation of schedules and analyses of accounts, has been discussed and coordinated with Joel Block, CFO. The timely and accurate completion of this work is an essential condition to our completion of the audit and issuance of our audit report.

**Tax Services**
Our services under this Engagement Letter do not include services for tax return preparation, tax advice or representation in any tax matter. Nevertheless, we may discuss with you certain tax considerations or provide you with tax information that may be relevant to our audit services. Any such discussions or information would be based upon limited tax research, limited due diligence and limited analysis regarding the underlying facts. Because additional research or a more complete review of the facts could affect our analysis and conclusions, the information provided during these discussions should not be used as the basis for proceeding with any transaction or any tax return reporting. Separate arrangements need to be made for any tax services to be provided in connection with this audit engagement.

**Parties' Understandings Concerning Situation Around COVID-19**
To the extent any of the services described herein require a party to visit ("Visiting Party") the other party's facilities ("Host Party") in person, the Visiting Party agrees to comply with the Host Party's rules and regulations regarding COVID-19 safety protocols while on the Host Party's premises, provided the Visiting Party is made aware of such rules and regulations. Further, in the event any of the services described herein need to be suspended and/or rescheduled by a party due to the ongoing situation surrounding COVID-19, the party requesting the suspension or rescheduling of the services will provide the other party with prompt written notice of the foregoing. To the extent such suspension and/or rescheduling of the services impacts either the cost of the services or the ability of the Company or RSM to meet any deadlines or timeframes set forth herein, or both, the parties will document this in a written agreement mutually agreed upon and executed by both parties.

**Fees and Costs**
Our fees for the services described above are based upon the value of the services performed and the time required by the individuals assigned to the engagement plus directly billed expenses, including report processing, travel, meals, and fees for services from other professionals; provided that we will

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 7

receive prior written consent from the Company before incurring direct expenses that exceed $10,000 in the aggregate. Our fee estimate and completion of our work are based upon the following criteria:

1.  Anticipated cooperation from Company personnel

2.  Timely responses to our inquiries

3.  Timely completion and delivery of client assistance requests

4.  Timely communication of all significant accounting and financial reporting matters

5.  The assumption that unexpected circumstances will not be encountered during the engagement

If any of the aforementioned criteria are not met, then fees may increase. Interim billings will be submitted as work progresses and as expenses are incurred. Billings are due upon submission.

Our fees, for the following audit services, are estimated to be $995,000, billed on time and materials basis. This estimate is based on the criteria listed above, and may increase. In the event it appears that fees shall exceed that amount, prior written approval of the Company shall be obtained. This fee estimate excludes our audit services related to the Form 10 procedures, and the NewCo year-end audit. Each of these additional services will be billed separately and on a time and material basis.

| Audit services |
| --- |
| Audit of December 31, 2020 financial statements |
| Audit of December 31, 2021 financial statements |
| Audit of December 31, 2022 financial statements |
| Quarterly review of March 31, 2023 and 2022 financial statements |
| Quarterly review of June 30, 2023 and 2022 financial statements |
| Quarterly review of September 30, 2023 and 2022 financial statements |
| NewCo opening balance sheet audit |

All matters related to the Company's adoption of the new leases standard pursuant to ASC 842 will be accounted for and billed separately.

**Use of Subcontractors and Third-Party Products**
We may, in our sole discretion, use affiliates of ours or qualified third-party service providers, located within or outside the United States, to assist us in providing professional services to you. In such circumstances, it may be necessary for us to disclose Confidential Information (as such term is defined below) to them. In addition, if necessary to perform the services requested, we may arrange for one or more of the member firms of the RSM International Network (each an "RSM International Network Firm") to provide services to you outside of the United States. Those third-party service providers, affiliates of RSM, and RSM International Network Firms we use to assist us in providing services to you are collectively referred to herein as "Subcontractors." We may share your information, including Confidential Information, with our Subcontractors, within or outside of the United States; provided that such recipients are bound by written obligations of confidentiality that are as protective of your Confidential Information as the confidentiality terms set forth herein. You acknowledge and agree that: (i) our use of Subcontractors may involve the processing, input, disclosure, movement, transfer, and storage of your information and data outside of our technology infrastructure; and (ii) an RSM International Network Firm may also share

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 8

with us any information concerning you or your affiliates reasonably necessary for us to perform the services requested under this Engagement Letter. We will be responsible to you for the performance of our Subcontractors, solely as related to the services performed under this Engagement Letter, subject to all limitations and disclaimers set forth herein.

We also may provide services to you using certain third-party hardware, software, equipment, or products (collectively, "Third-Party Products" and each, individually, a "Third-Party Product"). You acknowledge that the use of a Third-Party Product may involve the processing, input, disclosure, movement, transfer, and storage of information provided by or on behalf of you to us, including Confidential Information and Personal Information, within the Third-Party Product's infrastructure and not ours. You further acknowledge that the terms of use and service, including, but not limited to, applicable laws, set forth in the end-user license, end-user subscription agreement, or other end-user agreement for such Third-Party Product (collectively, "EULA(s)") will govern all obligations of such licensor relating to data privacy, storage, recovery, security, and processing within such Third-Party Product's infrastructure, as well as, the service levels associated with such Third-Party Product. You hereby consent to the disclosure of your information, including your Confidential Information and Personal Information, to the licensors of such Third-Party Products for the purpose described herein.

To the extent RSM gives the Company access to a Third-Party Product in connection with the services contemplated herein, the Company agrees to comply with the terms of any applicable EULA for such Third-Party Product, and the Company shall be solely responsible for the improper use of a Third-Party Product or a violation of the applicable EULA for such Third-Party Product, by the Company, or any user to whom the Company grants access to such Third-Party Product.

You acknowledge that the use of Third-Party Products may be subject to limitations, delays, interruptions, errors, and other problems which are beyond our control, including, without limitation, internet outage or lack of availability related to updates, upgrades, patches, fixes, maintenance, or other issues. We will not be liable for any delays, delivery failures, or other losses or damages resulting from such issues. Nor will we be held responsible or liable for any loss, or unauthorized use or disclosure, of any information or data provided by you, including, without limitation, Personal Information provided by you, resulting from the use of a Third-Party Product.

**Use and Ownership; Access to Audit Documentation**
For the avoidance of doubt, the Audit Documentation for this engagement is the property of RSM. For the purposes of this Engagement Letter, the term "Audit Documentation" shall mean the confidential and proprietary records of RSM's audit procedures performed, relevant audit evidence obtained, other audit-related workpapers, and conclusions reached. Audit Documentation shall not include custom-developed documents, data, reports, analyses, recommendations, and deliverables authored or prepared by RSM for the Company under this Engagement Letter, or any documents belonging to the Company or furnished to RSM by the Company.

Review of Audit Documentation by a successor auditor or as part of due diligence is subject to applicable RSM policies, and will be agreed to, accounted for and billed separately. Any such access to our Audit Documentation is subject to a successor auditor signing an Access & Release Letter substantially in RSM's form. RSM reserves the right to decline a successor auditor's request to review our workpapers.

In the event we are required by government regulation, subpoena or other legal process to produce our documents or our personnel as witnesses with respect to our engagement for the Company, the Company will, so long as we are not a party to the proceeding in which the information is sought, reimburse us for our reasonable and documented professional time and expenses, as well as the reasonable and documented fees and expenses of our counsel, incurred in responding to such requests.

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 9

**Confidentiality**

RSM and the Company may, from time to time, disclose Confidential Information (as defined below) to one another. Accordingly, RSM and the Company agree as the recipient of such Confidential Information (the "Receiving Party") to keep strictly confidential all Confidential Information provided to it by the disclosing party (the "Disclosing Party") and use, modify, store, and copy such Confidential Information only as necessary to perform its obligations and exercise its rights under this Engagement Letter. Except as otherwise set forth herein, the Receiving Party may only disclose the Confidential Information of the Disclosing Party to its personnel, agents, and representatives who are subject to obligations of confidentiality at least as restrictive as those set forth herein and only for the purpose of exercising its rights and fulfilling its obligations hereunder. To avoid any doubt, RSM is permitted to disclose the Company's Confidential Information to RSM's personnel, agents, and representatives to provide the services or exercise its rights under this Engagement Letter or for the purpose of maintaining compliance with applicable laws and professional, regulatory, and/or ethical standards.

As used herein, "Confidential Information" means, information in any form, oral, graphic, written, electronic, machine-readable or hard copy consisting of: (i) any nonpublic information provided by the Disclosing Party, including, but not limited to, all of its inventions, designs, data, source and object code, programs, program interfaces, know-how, trade secrets, techniques, ideas, discoveries, marketing and business plans, pricing, profit margins and/or similar information; (ii) any information that the Disclosing Party identifies as confidential; or (iii) any information that, by its very nature, a person in the same or similar circumstances would understand should be treated as confidential, including, but not limited to, this Engagement Letter.

As used herein, the term "Confidential Information" will not include information that: (i) is publicly available at the time of disclosure by the Disclosing Party; (ii) becomes publicly available by publication or otherwise after disclosure by the Disclosing Party, other than by breach of the confidentiality obligations set forth herein by the Receiving Party; (iii) was lawfully in the Receiving Party's possession, without restriction as to confidentiality or use, at the time of disclosure by the Disclosing Party; (iv) is provided to the Receiving Party without restriction as to confidentiality or use by a third party without violation of any obligation to the Disclosing Party; or (v) is independently developed by employees or agents of the Receiving Party who did not access or use the Disclosing Party's Confidential Information.

The Receiving Party will treat the Disclosing Party's Confidential Information with the same degree of care as the Receiving Party treats its own confidential and proprietary information, but in no event will such standard of care be less than a reasonable standard of care. The Receiving Party will promptly notify the Disclosing Party if it becomes aware that any of the Confidential Information of the Disclosing Party has been used or disclosed in violation of this Engagement Letter.

Notwithstanding anything stated to the contrary in this Engagement Letter, the Company consents to RSM: (i) using any information or data, including Confidential Information and Personal Information, provided by or on behalf of the Company, or otherwise obtained by RSM in connection with the services provided under this Engagement Letter, to provide the Company with professional services under any other professional services agreement the Company enters into or has entered into with RSM; and (ii) using any information or data provided by or on behalf of the Company, or otherwise obtained by RSM in connection with professional services provided by RSM under another professional service agreement RSM has entered into with the Company, including confidential, personal or other protected information, to provide the services under this Engagement Letter to the Company.

**Preexisting Nondisclosure Agreements**

In the event that the parties have executed a separate nondisclosure agreement, such agreement shall be terminated as of the effective date of this Engagement Letter and the terms of this Engagement Letter shall apply to the treatment of information shared by the parties hereto.

DocuSign Envelope ID: 4B4A7DA2-9803-4E0A-B5GB-582554B98DE5

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 10

**Disclosure of Information for Evaluating Independence**

RSM is a member of the RSM International Network, a network of independent accounting firms. Each member of the RSM International Network is an independent accounting and advisory firm, each of which practices in its own right. Professional standards require RSM to evaluate auditor independence, taking into consideration both RSM's services to the Company and the Company's affiliates, as defined by Rule 2-01(f)(4) of Regulation S-X and any services to the Company and the Company's affiliates performed by other member firms of RSM International. To permit RSM to comply with these independence rules, the Company agrees that RSM may disclose to and discuss with RSM International and its member firms: (i) the name of any corporation, partnership, trust, limited liability company or other entity for whom RSM or any member of RSM International performs services; (ii) any affiliate relationships between those entities; and (iii) the nature of the services performed. This information will be used solely for the purpose of evaluating the independence of RSM and other RSM International Network Firms.

**Data Protection Compliance**

Our Privacy Policy ("Privacy Policy") is located on our website at https://rsmus.com/pages/rsm-us-privacy-policy.html. Our Privacy Policy may be amended from time to time in our sole discretion and without prior notice, and is hereby incorporated by reference into this Engagement Letter. You acknowledge that you have read and understand the Privacy Policy and agree to the practices as described therein.

Upon written request, but not more than annually during the term of this Engagement Letter, we will deliver to you a copy of our third-party provided SOC 2 report evidencing the operating effectiveness of our Information Technology ("IT") control environment. Our SOC 2 report and any information we disclose to you concerning our IT control environment shall constitute Confidential Information of RSM and shall be subject to the confidentiality obligations set forth in this Engagement Letter.

Prior to disclosing to us or our Subcontractors or granting us or our Subcontractors with access to your data, you will identify in writing any personal, technical, or other data provided or made accessible to us or our Subcontractors pursuant to this Engagement Letter that may be subject to heightened protections under applicable privacy, cybersecurity, export control, and/or data protection laws, including, but not limited to, protected health information pursuant to the Health Information Portability and Accountability Act of 1996 ("HIPAA"), classified or controlled unclassified information subject to the National Industrial Security Program Operating Manual ("NISPOM") or the Defense Federal Acquisition Regulation Supplement ("DFARS"), or data subject to Export Administration Regulations ("EAR") or International Traffic in Arms Regulations ("ITAR"). Unless otherwise expressly agreed upon and specified in writing by RSM and the Company, you shall not provide us or any of our Subcontractors with access to such data and you shall be responsible for the handling of all such data in connection with the performance of the services requested hereunder, including, but not limited to, the scrubbing, de-identification, de-aggregation, protection, encryption, transfer, movement, input, storage, migration, deletion, copying, processing, and modification of such data.

RSM and the Company acknowledge and agree that they may correspond or convey information and documentation, including Confidential Information and Personal Information, via various forms of electronic transmission, including, but not limited to, Third-Party Products, such as, email, FTP and cloud-based sharing and hosting applications (e.g., portals, data analytics tools, and helpdesk and support ticketing applications), and that neither party has control over the performance, operation, reliability, availability, or security of these electronic transmissions methods. Therefore, neither party will be liable for any loss, damage, expense, harm, disclosure or inconvenience resulting from the loss, delay, interception, corruption, unauthorized disclosure, or alteration of any electronic transmission where the party has used commercially reasonable efforts to protect such information. We offer our clients various platforms for the exchange of information. You hereby agree that you shall be bound by and comply with any and all user terms and conditions made available (whether by link, click-through, or otherwise) with respect to such platforms.

DocuSign Envelope ID: 484A7DA2-98B3-4E0A-B5CB-582554B982F5

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 11

**Personal Information**

As used herein, the term "Personal Information" means any personal information, as may be defined by applicable privacy, data protection, or cybersecurity laws, that directly or indirectly identifies a natural person, and includes, but is not limited to, nonpublic, personally identifiable information such as Social Security numbers, Social Insurance numbers, driver's license numbers or state- or province-issued identification card numbers, and health information.

Each party agrees to transmit Personal Information consistent with applicable laws and any other obligations the respective party may have. We are permitted to use all such Personal Information to perform our obligations and exercise our rights under this Engagement Letter.

You represent and warrant that you have provided all notices and obtained all consents required under applicable data protection laws prior to your collection, use and disclosure to us or our Subcontractors of such Personal Information and shall take reasonable steps to ensure that such Personal Information does not include irrelevant or unnecessary information about individuals.

In the event the services provided hereunder involve Personal Information collected in Canada, you acknowledge that we or our Subcontractors performing services hereunder on our behalf may store, transfer, and/or process such Personal Information in locations and on servers located outside of Canada, including jurisdictions such as the United States whose data protection laws differ from those of Canada. As a result, such Personal Information may be subject to access requests from governments, courts, or law enforcement in those jurisdictions, including the United States, according to the laws in those jurisdictions. Subject to applicable laws in such other jurisdictions, we will use reasonable efforts to require that appropriate protections are in place to require our Subcontractors maintain protections on Personal Information collected in Canada that are equivalent to those that apply in Canada.

Upon your written request, we will enter into a mutually agreed upon agreement relating to the lawful cross-border transfer and processing of Personal Information.

Where we are acting as a service provider under the California Consumer Privacy Act and the California Privacy Rights Act, including as amended or replaced, and the associated regulations ("CCPA"), we (i) will not Sell or Share (as those terms are defined by the CCPA) any Personal Information received from the Company; (ii) will not retain, use, or disclose Personal Information to another business, person, or third party, except for the purpose of maintaining or providing the services or exercising our rights as specified in this Engagement Letter, including to provide Personal Information to advisers or sub-contractors to maintain or provide the services provided under this Engagement Letter, or to the extent such disclosure is required by law. At your written request, and at your cost, we shall reasonably assist you in addressing your obligations under the CCPA with regard to privacy rights requests related to your Personal Information held by us, directly resulting from our business relationship with you. We reserve the right to decline such a request where, as determined in our sole discretion, the request for our assistance could violate or impair a Consumer's (as that term is defined by the CCPA) rights under the CCPA or another applicable law, regulation, or professional or ethical standard. We certify that we understand and will comply with the requirements enumerated in (i) and (ii). For the avoidance of doubt, all permitted uses of Personal Information by service providers that are enumerated in the CCPA are understood to apply to the Personal Information processed by us.

We agree to maintain appropriate security measures to protect such Personal Information in accordance with applicable laws.

If we become aware of an unauthorized acquisition or use of Company-provided Personal Information, we will promptly inform you of such unauthorized acquisition or use as required by applicable laws and, upon

DocuSign Envelope ID: 464A7DA2-98B3-4E0A-B5GB-5825E4B90255

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 12

your written request, reasonably cooperate with you at your sole cost in support of any breach notification requirements as imposed upon you by applicable laws.

**Retention of Records**

We will return to you all original records you provide to us in connection with this engagement. Further, in addition to providing you with those deliverables set forth in this Engagement Letter, we will provide to you a copy of any records we prepare or accumulate in connection with such deliverables which are not otherwise reflected in your books and records without which your books and records would be incomplete. You have the sole responsibility for retaining and maintaining in your possession or custody all of your financial and nonfinancial records related to this engagement. We will not host, and will not accept responsibility to host, any of your records. We, however, may maintain a copy of any records of yours necessary for us to comply with applicable law and/or professional standards or to exercise our rights under this Engagement Letter. Any such records retained by us will be subject to the confidentiality obligations set forth herein and destroyed in accordance with our record retention policies.

**Termination**

Your failure to make full payment of any and all undisputed amounts invoiced in a timely manner constitutes a material breach for which we may refuse to provide deliverables and/or, upon written notice, suspend or terminate our services under this Engagement Letter. We will not be liable to you for any resulting loss, damage or expense connected with the suspension or termination of our services due to your failure to make full payment of undisputed amounts invoiced in a timely manner. Our invoices will comply with all requirements under title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and any rules and orders promulgated by the United States Bankruptcy Court for the Southern District of New York in the chapter 11 cases captioned *In re Celsius Network LLC, et al.* (Case No. 22-10964).

You may terminate this Engagement Letter for any reason upon fifteen (15) days' prior written notice to us. In the event you terminate this engagement, you will pay us for all services rendered (including deliverables and products delivered), expenses incurred, and non-cancelable commitments made by us on your behalf through the effective date of termination.

Either party may terminate this Engagement Letter upon written notice if: (i) circumstances arise that in its judgment would cause its continued performance to result in a violation of law, a regulatory requirement, applicable professional or ethical standards, or, in the case of RSM, our client acceptance or retention standards; or (ii) if the other party is placed on a Sanctioned List (as defined herein), or if any director or executive of, or other person closely associated with such other party or its affiliate, is placed on a Sanctioned List.

We will not be responsible for any delay or failure in our performance resulting from acts beyond our reasonable control or unforeseen or unexpected circumstances, such as, but not limited to, acts of God, government or war, riots or strikes, disasters, fires, floods, epidemics, pandemics or outbreaks of communicable disease, cyberattacks, and internet or other system or network outages. At your option, you may terminate this Engagement Letter where our services are delayed more than 120 days; however, you are not excused from paying us for all amounts owed for services rendered and deliverables provided prior to the termination of this Engagement Letter.

When an engagement has been suspended at the request of management or those charged with governance and work on that engagement has not recommenced within 120 days of the request to suspend our work, we may, at our sole discretion, terminate this Engagement Letter without further obligation to you. Resumption of our work following termination may be subject to our client acceptance procedures and, if resumed, will require additional procedures not contemplated in this Engagement Letter. Accordingly, the scope, timing and fee arrangement discussed in this Engagement Letter will no

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 13

longer apply. In order for us to recommence work, the execution of a new Engagement Letter will be required.

The parties agree that those provisions of this Engagement Letter which, by their context, are intended to survive, including, but not limited to, payment, use and ownership, and confidentiality obligations, shall survive the termination of this Engagement Letter.

**Miscellaneous**

We may mention your name and provide a general description of the engagement in our client lists and marketing materials.

Notwithstanding anything stated to the contrary in this Engagement Letter, the Company acknowledges and consents that we also may utilize Confidential Information and Personal Information to (i) improve the quality of our services and offerings and/or (ii) develop or perform internal data analysis or other insight generation. Information developed in connection with these purposes may be used by us to provide services or offerings. We will not use your Confidential Information or Personal Information in a way that would permit the Company or an individual to be identified by third parties without your prior written consent.

Our professional standards require that we perform certain additional procedures, on current and previous years' engagements, whenever a partner or professional employee leaves the firm and is subsequently employed by or associated with a client in a key position. Accordingly, you agree to compensate us for any additional costs incurred as a result of your employment of one of our partners, principals or employees.

Each party hereto affirms it has not been placed on a Sanctioned List (as defined below) and will promptly notify the other party upon becoming aware that it has been placed on a Sanctioned List at any time throughout the duration of this Engagement Letter. The Company shall not, and shall not permit third parties to, access or use any of the deliverables provided for hereunder, or Third-Party Products provided hereunder, in violation of any applicable sanctions laws or regulations, including, but not limited to, accessing or using the deliverables provided for hereunder or any Third-Party Products from any territory under embargo by the United States or Canada. The Company shall not knowingly cause RSM to violate any sanctions applicable to RSM. As used herein "Sanctioned List" means any sanctioned person or entity lists promulgated by the Office of Foreign Assets Control of the U.S. Department of the Treasury, the U.S. State Department, the Consolidated Canadian Autonomous Sanctions List, the United Nations Security Council, the European Union, and United Kingdom.

Nothing in this Engagement Letter shall limit the liability of RSM to the Company for any negligence, violation of applicable auditing standards, or other fault in the performance of audit procedures, whether at common law, under the federal securities laws, or pursuant to any applicable state law. Any term of this Engagement Letter that would be prohibited by or impair our independence under applicable law or regulation shall not apply, to the extent necessary only to avoid such prohibition or impairment.

**Notices**

Unless otherwise expressly agreed upon by the parties in this Engagement Letter, all notices required to be given hereunder will be in writing and addressed to the party at the business address provided in this Engagement Letter, or such other address as such party may indicate by a notice delivered to the other party. A copy of any legal notice (e.g., any claimed breach or termination of this Engagement Letter) sent by the Company to RSM shall also be sent to the following address: Office of the General Counsel, RSM US LLP, 200 South Wacker Drive, Suite 3900, Chicago, IL 60606. Except as otherwise expressly provided in this Engagement Letter, notices hereunder will be deemed given and effective: (i) if personally delivered, upon delivery; (ii) if sent by registered or certified mail or by overnight courier service with tracking capabilities, upon receipt; and, (iii) if sent by electronic mail (without indication of delivery failure),

DocuSign Envelope ID: 64A7DA2-9893-4E0A-B5CB-582554B90255

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 14

at such time as the party that sent the notice receives confirmation of receipt, whether by read-receipt confirmation or otherwise.

**Governing Law**
This Engagement Letter, including, without limitation, its validity, interpretation, construction, and enforceability, and any dispute, litigation, suit, action, claim, or other legal proceeding arising out of, from, or relating in any way to this Engagement Letter, any provisions herein, a report issued or the services provided hereunder, will be governed and construed in accordance with the laws of the State of Illinois, without regard to its conflict of law principles, and applicable U.S. federal law.

**Entire Agreement**
This Engagement Letter constitutes the complete and exclusive statement of agreement between RSM and the Company and supersedes all prior agreements, understandings, and proposals, whether oral or written, relating to the subject matter of this Engagement Letter.

If any term or provision of this Engagement Letter is determined to be invalid or unenforceable, such term or provision will be deemed stricken, and all other terms and provisions will remain in full force and effect.

This Engagement Letter may be amended or modified only by a written instrument executed by both parties.

**Electronic Signatures and Counterparts**
Each party hereto agrees that any electronic signature of a party to this Engagement Letter or any electronic signature to a document contemplated hereby (including any representation letter) is intended to authenticate such writing and shall be as valid, and have the same force and effect, as a manual signature. Any such electronically signed document shall be deemed (a) to be "written" or "in writing," (b) to have been signed and (c) to constitute a record established and maintained in the ordinary course of business and an original written record when printed from electronic files. Each party hereto also agrees that electronic delivery of a signature to any such document (via email or otherwise) shall be as effective as manual delivery of a manual signature. For purposes hereof, "electronic signature" includes, but is not limited to, (a) a scanned copy (as a "pdf" (portable document format) or other replicating image) of a manual ink signature, (b) an electronic copy of a traditional signature affixed to a document, (c) a signature incorporated into a document utilizing touchscreen capabilities or (d) a digital signature. This Engagement Letter may be executed in one or more counterparts, each of which shall be considered an original instrument, but all of which shall be considered one and the same agreement. Paper copies or "printouts," of such documents if introduced as evidence in any judicial, arbitral, mediation or administrative proceeding, will be admissible as between the parties to the same extent and under the same conditions as other original business records created and maintained in documentary form. Neither party shall contest the admissibility of true and accurate copies of electronically signed documents on the basis of the best evidence rule or as not satisfying the business records exception to the hearsay rule.

Please sign and return a copy of this Engagement Letter to indicate your acknowledgment of, and agreement with, the arrangements for our audit of the financial statements, including our respective responsibilities.

**Acknowledgement and Acceptance**
Each party acknowledges that it has read and agrees to all of the terms and conditions contained herein. Each party and its signatory below represents that said signatory is a duly authorized representative of such party and has the requisite power and authority to bind such party to the undertakings and obligations contained herein.

DocuSign Envelope ID: 464A7DA2-9803-4E0A-B5CB-5825F4B902E5

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 15

**AGREED TO AND ACKNOWLEDGED BY:**

RSM US LLP

*Howie Siegal*                                                  08-Aug-2023

Howie Siegal, Partner

Confirmed on behalf of Celsius Mining LLC:

*Chris Ferraro*                                            8/8/2023

Chris Ferraro, Interim Chief Executive Officer        Date

*Alan Carr*                                              8/8/2023

Alan Carr, Special Committee Member                   Date

DocuSign Envelope ID: 484A7DA2-9893-4E0A-B5CB-582554B9025A

**Exhibit A**
**List of RSM US LLP Associated Entities**

Birchtree Financial Services LLC
Risk & Regulatory Consulting, LLC
Rock River Insurance Company, LLC
RSM Canada Consulting LP
RSM Canada GP Inc.
RSM Canada Limited
RSM Canada Operations ULC
RSM Delivery Center (India) Private Limited
RSM US (Germany) GmbH
RSM US (Hong Kong) Limited
RSM US (UK) Ltd.
RSM Canada Holdco LLP
RSM US Consulting (Shanghai) Co. Ltd.
RSM US Insurance Agency Services LLC
RSM US International Holdco One LLC
RSM US International Holdco Two LLC
RSM US International Holdco Three LLC
RSM US International Services, Inc.
RSM US Mexico Consulting, S.C.
RSM Product Sales Holdings LLC
RSM US Product Sales LLC
RSM US SV. Ltda. de C.V.
Wise Consulting Associates, LLC
RSM Canada LLP
RSM US Foundation
RSM International and all of its member firms (attached – Exhibit B)

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 17

**Exhibit B**
**List of RSM US LLP Member Firms**

| Country | Name |
|---|---|
| Afghanistan | RSM Avais Hyder Liaquat Nauman, Afghanistan |
| Afghanistan | RSM Avais Hyder Liaquat Nauman (the RSM member firm in Pakistan) |
| Albania | RSM ALBANIA |
| Andorra | RSM Andorra Auditors i Assessors, SL |
| Argentina | RSM AR S.R.L. |
| Argentina | RSM Cuyo S.A. |
| Argentina | RSM Cordoba S.A. |
| Argentina | RSM Consult.AR S.A. |
| Argentina | RSM Paraguay S.A. |
| Argentina | Aprilstar S.A. |
| Australia | RSM Australia Pty Ltd |
| Australia | RSM Timor Unipessoal Lda |
| Australia | RSM Australia Tax Law Pty Ltd |
| Australia | RSM Digital Australia Pty Ltd |
| Australia | RSM Corporate Australia Pty Ltd |
| Australia | RSM Financial Services Australia Pty Ltd |
| Australia | RSM Australia Partners |
| Australia | BC Law Pty Ltd |
| Austria | RSM Austria Wirtschaftsprüfung GmbH |
| Austria | RSM Austria Steuerberatung GmbH |
| Austria | RSM Austria Immobilien GmbH |
| Austria | RSM Austria Global Employer Services GmbH |
| Austria | RSM Austria Consulting GmbH |
| Austria | RSM Austria Transaction Services Wirtschaftsprüfung GmbH |
| Austria | JPS Personalverrechnungs GmbH |
| Austria | RSM Austria Business Process Improvement Steuerberatung GmbH |
| Azerbaijan | RSM Azerbaijan LLC |
| Azerbaijan | RSM Azerbaijan Consulting Group LLC |
| Azerbaijan | RSM Azerbaijan Consulting and Technology LLC |
| Bahrain | RSM Bahrain |
| Bahrain | RSM Auditing and Consulting & Partners (based in Qatar) |
| Bahrain | Shams Sadeq AL Baharna Auditors and Consultants |
| Bangladesh | Masih Muhith Haque & Co. Chartered Accountants |
| Bangladesh | RSM Bangladesh Consulting Ltd. |
| Belgium | RSM Belgium |
| Belgium | RSM InterICT SRL/BV |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 18

| | |
|---|---|
| Belgium | RSM InterTransactions SRL/BV |
| Belgium | RSM InterSustainability SRL/BV |
| Belgium | RSM Belgie |
| Belgium | RSM reviseurs d'entreprises - bedrijfsrevisoren SRL/BV |
| Belgium | RSM Belgique |
| Belgium | RSM InterTax |
| Belgium | RSM InterAudit SRL/BV |
| Belgium | RSM InterFiduciaire SRL/BV |
| Belgium | RSM België |
| Belgium | RSM InterPay |
| Belgium | RSM IT Advisory BVBA |
| Belgium | RSM Corporate Finance |
| Botswana | RSM Botswana |
| Botswana | RSM (Botswana) Consulting (Pty) Ltd |
| Botswana | RSM Botswana Software Proprietary Limited |
| Botswana | RSM (Botswana) Professional Services Proprietary Limited |
| Botswana | Royal Training Consultants (Pty) Ltd trading as Businesoft Sysems |
| Brazil | RSM Brasil BPO S/S |
| Brazil | RSM Brasil Corporate Consultores Ltda |
| Brazil | RSM Brasil Solution  Servicos de Apoio Administrativo |
| Brazil | RSM Brasil Consultores Associados Sociedade Simples Ltda |
| Brazil | RSM Brasil Auditores Independentes |
| Brazil | RSM Brasil BPS SP Servicos Contabeis Ltda |
| Brazil | RSM ACAL Auditores Independentes S/S |
| Brazil | RSM Brasil Tax Consultoria Empresarial Ltda |
| Brazil | Pollvo Licenciamento e Desenvolvimento de Software Ltda |
| Brazil | RSM ACAL Auditoria e Consultoria S/S |
| Brazil | EASY SIGN CERTIFICACAO DIGITAL LTDA. |
| Brazil | PORTAL SPED BRASIL E SERVICOS LTDA |
| Brazil | MVC CONSULTING AUDITORIA E CONSULTORIA LTDA |
| Brazil | RSM BRASIL SP BOT TECNOLOGIA LTDA |
| Brazil | ACCOUNT BANK TECNOLOGIA LTDA |
| Brazil | RSM Brasil Serviços Complementares Ltda. |
| Brazil | HUBCOUNT TECNOLOGIA LTDA |
| Brazil | RSM Brasil Consultoria Contabil e Tributaria Ltda |
| Bulgaria | RSM BG Ltd. |
| Canada | RSM Canada Alliance |
| Canada | RSM Canada LLP |
| Cayman Islands | RSM Cayman Ltd. |
| Cayman Islands | RSM Professional Services (Cayman) Ltd. |
| Channel Islands | RSM Channel Islands Group Limited |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 19

| Channel Islands | RSM (CI) Audit Limited |
|---|---|
| Channel Islands | RSM Jersey Limited |
| Channel Islands | RSM Channel Islands (Audit) Limited |
| Channel Islands | RSM Channel Islands Services Limited |
| Channel Islands | RSM Channel Islands Limited |
| Chile | RSM Chile SpA |
| Chile | RSM Chile Magnus Technology SPA |
| Chile | RSM Chile Auditores y Consultores SpA |
| Chile | Magnus Technology Services SpA |
| Chile | Auren Group SpA |
| China | RSM China CPA LLP - English name<br>容诚会计师事务所 Chinese name |
| China | RSM Xiamen Consulting Co., Ltd. / 厦门容诚企业咨询有限公司 |
| China | Anhui RSM Tax Ltd. 安徽容诚税务师事务所有限公司 |
| China | Jiangsu RSM Tax Ltd. / 江苏容诚税务师事务所有限公司 |
| China | RSM China (Liaoning) Certified Tax Agents Limited Corporation<br>(辽宁容诚税务师事务所有限公司) |
| China | Xiamen RSM Tax Ltd / 容诚税务师事务所(厦门)有限公司 |
| China | Suzhou RSM Tax Ltd. / 容诚(苏州)税务师事务所有限公司 |
| China | Shanghai RSM Tax Ltd. / 上海容诚税务师事务所有限公司 |
| China | RSM Shanghai Consulting Co., Ltd / 上海容诚企业咨询有限公司 |
| China | RSM China (Shenzhen) Certified Tax Agents Limited Corporation<br>(容诚（深圳）税务师事务所有限公司) |
| China | RSM China (Beijing) Certified Tax Agents Limited Corporation<br>(容诚税务师事务所（北京）有限公司) |
| China | RSM China (Guangzhou) Certified Tax Agents Limited Corporation<br>(容诚税务师事务所（广州）有限公司) |
| China | RSM China (Guangxi) Certified Tax Agents Limited Corporation<br>(广西容诚税务师事务所有限公司) |
| China | RSM Consultants (Beijing) Co., Ltd (容诚咨询（北京）有限公司) |
| China | Xiamen Tianjian Zhida Tax Ltd. / 厦门天健致达税务师事务所有限公司 |
| China | Anhui Huapu Construction Cost Consultation Co., Ltd. |
| China | Liaoning Tianjian Construction Cost Consultation Co., Ltd. |
| China | Anhui Huapu Tax Consultation Co., Ltd |
| China | Accountstaff Hangzhou Co., Ltd |
| China | SBA Stone Forest Limited |
| China | SBA Stone Forest Corporate Advisory (Shanghai) Co. Ltd |

DocuSign Envelope ID: 464A7DA2-9893-4E0A-B5C8-5825E4B99DE5

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 20

| | |
|---|---|
| China | SBA Stone Forest HR Service (Shanghai) Co., Ltd |
| China | SBA Stone Forest CPA Co. Ltd |
| China | AG China (Shanghai) Pte Ltd |
| China | SBA Stone Forest CPA (Beijing) General Partnership |
| Colombia | RSM Colombia SAS |
| Colombia | RSM Colombia Auditores SAS |
| Colombia | RSM Colombia BPO & Consulting SAS |
| Colombia | RSM Colombia-BG SAS |
| Colombia | RSM Colombia-Tax & Legal SAS |
| Colombia | RSM Colombia-CA SAS |
| Costa Rica | RSM Costa Rica Audit Tax and Consulting Services Sociedad Anónima |
| Costa Rica | RSM Costa Rica Servicios Contables de San Jose, Limitada |
| Croatia | RSM Croatia d.o.o. |
| Cyprus | RSM Cyprus Limited |
| Cyprus | RSM Cyprus People Services Ltd |
| Czech Republic | RSM CZ a.s. |
| Czech Republic | RSM SK s. r. o. (based in Slovakia) |
| Czech Republic | RSM Technology CZ s.r.o. |
| Czech Republic | RSM Payroll Solutions CZ s.r.o. |
| Czech Republic | RSM Consulting SK s.r.o. (based in Slovakia) |
| Denmark | RSM Danmark Statsautoriseret Revisionspartnerselskab |
| Dominican Republic | RSM Dominicana, S.R.L. |
| Egypt | RSM Egypt |
| Egypt | RSM Egypt Training Academy |
| Egypt | RSM Egypt - Consulting and Financial Process Outsourcing |
| Egypt | RSM Egypt Financial Advisory |
| Egypt | RSM Egypt - Chartered Accountants Magdy Hashish & Partners |
| El Salvador | RSM El Salvador, Ltda. de C.V. |
| Eswatini | RSM Eswatini |
| Eswatini | RSM Eswatini Consulting (Proprietary) Limited |
| France | RSM France |
| France | CSC Limited |
| France | RSM NIMES |
| France | ALAIN MARTIN ET ASSOCIES |
| France | GIE RSM RHONE-ALPES |
| France | RSM Réunion Nord |
| France | GIE RSM PARIS |
| France | GIE RSM OUEST |
| France | GIE RSM EST |
| France | GIE RSM MEDITERRANEE |
| France | RSM OUEST AUDIT |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 21

| France | RSM EST |
| France | RSM PARIS Services |
| France | RSM PACA |
| France | RSM PARIS |
| France | RSM MEDITERRANEE |
| France | RSM Réunion Mayotte |
| France | RSM Mayotte Expertise |
| France | RSM RHONE-ALPES |
| France | RSM OUEST |
| France | RSM BEAUJOLAIS VAL DE SAONE |
| France | RSM PAYS DE SAVOIE |
| France | RSM NIGER |
| France | RSM HOLDING FRANCE |
| France | RSM GRENOBLE DAUPHINE |
| France | RSM GARD |
| France | RSM France RH |
| France | RSM Réunion Expertise |
| France | RSM Réunion Mayotte Audit |
| France | RSM Réunion Sud |
| France | GECIA EXPERTISE COMPTABLE |
| France | RSM OI EXPERTISE |
| France | RSM OI AUDIT |
| France | RSM OI MAYOTTE SAS |
| France | BusinessCool |
| France | RSM OM SUD |
| France | COMPTA CONSEILS EXPERTS ASSOCIÉS |
| France | RSM OM NORD |
| France | RSM OM SAS |
| Georgia | RSM Georgia LLC / არსემ საქართელ |
| Georgia | RSM Georgia Solutions LLC |
| Germany | RSM GmbH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft |
| Germany | RSM Legal GmbH Rechtsanwaltsgesellschaft |
| Germany | RSM Risk Consulting Germany GmbH & Co. KG |
| Germany | RSM DE Technology & Management Consulting GmbH |
| Gibraltar | RSM Gibraltar Group |
| Gibraltar | RSM Gibraltar Limited |
| Gibraltar | RSM Fiduciary (Gibraltar) Limited |
| Gibraltar | RSM Audit (Gibraltar) Limited |
| Gibraltar | RSM Fund Services (Gibraltar) Limited |
| Greece | RSM Greece Certified Auditors and Management Consultants SA |
| Greece | RSM Greece Business Advisors Ltd. |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 22

| Guatemala | Orellana Sánchez, Sazo & Asociados, S.C |
|---|---|
| Guatemala | RSM Guatemala BPO, S.A. |
| Honduras | RSM Honduras, S. de R.L. de C.V. |
| Hong Kong | RSM Hong Kong |
| Hong Kong | RSM Corporate Advisory (Hong Kong) Limited |
| Hong Kong | RSM Tax Advisory (Hong Kong) Limited |
| Hong Kong | RSM Capital (Hong Kong) Limited |
| Hong Kong | RSM Consulting (Hong Kong)  Limited |
| Hungary | RSM Hungary Plc. |
| Hungary | RSM Connect Tax Hungary Ltd. |
| Hungary | RSM DTM International VAT Services Ltd. |
| Hungary | RSM Hungary Könyvvizsgáló Zrt. (RSM Hungary Auditing Priv. Co. Ltd.) |
| Hungary | RSM Audit Hungary Zrt. |
| Hungary | Nextum Kft. |
| Hungary | RSM Szűcs & Partnerei Ügyvédi Iroda |
| Hungary | Szűcs & Partnerei Ügyvédi Társulás |
| India | Suresh Surana & Associates LLP |
| India | RSM Astute Consulting Pvt. Ltd. |
| India | RSM Astute Consulting (Chennai) Pvt. Ltd. |
| India | RSM Astute Consulting India LLP |
| India | RSM Consulting India Pvt. Ltd. |
| India | RSM GC Advisory Services Pvt. Ltd. |
| India | Suresh | Surana & Associates |
| India | RSM Astute Consulting Ahmedabad LLP |
| India | RSM Astute Consultech Pvt. Ltd. |
| Indonesia | RSM Indonesia |
| Indonesia | Amir Abadi Jusuf, Aryanto, Mawar & Rekan, Registered Public Accountants |
| Indonesia | PT RSM Indonesia Konsultan |
| Indonesia | PT RSM Indonesia Mitradaya |
| Indonesia | PT RSM Indonesia Mitradana |
| Ireland | RSM Ireland Business Advisory Limited |
| Israel | RSM Shiff Hazenfratz & Co. |
| Israel | RSM Shiff Hazenfratz & Co. Control & Risk Management / שיף הזנפרץ ושות' / RSMייעוץ, בקרה וניהול סיכונים |
| Italy | RSM Società di Revisione e Organizzazione Contabile S.p.A. |
| Italy | RSM Italy Tax Legal & Advisory Srl |
| Italy | RSM Italy Accounting Milano Srl |
| Italy | RSM Italy Corporate Finance S.r.l. |
| Italy | RSM Legal Italia STA a r.l. |
| Italy | RSM Italy M&A Advisory Srl |

DocuSign Envelope ID: 464A7DA2-9893-4E0A-B5CB-5825E4B99DE5

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 23

| Italy | RSM Italy Accounting Roma Srl |
|---|---|
| Italy | RSM Italy Scarl |
| Italy | RSM Studio Tributario e Societario – Roma |
| Italy | RSM Studio Tributario e Societario – Milano |
| Italy | RSM Studio Palea Lauri Gerla - Milano |
| Italy | RSM Studio Palea Lauri Gerla Holding Srl |
| Italy | RSM Italy Tax & Advisory S.R.L. |
| Italy | RSM Studio Palea Lauri Gerla - Roma |
| Japan | RSM Seiwa (English name)<br>RSM 清和監査法人 |
| Japan | RSM Japan Tax Co. |
| Japan | RSM Shiodome Partners Limited<br>RSM 汐留パートナーズ株式会社 |
| Japan | RSM Shiodome Partners SR Co.<br>RSM 汐留パートナーズ社会保険労務士法人 |
| Japan | RSM Shiodome Partners JS Co.<br>RSM 汐留パートナーズ司法書士法人 |
| Japan | Shiodome Business Solutions Limited<br>汐留ビジネスソリューションズ株式会社 |
| Japan | RSM Shiodome Partners Tax Co.<br>RSM 汐留パートナーズ税理士法人 |
| Japan | RSM Seiwa Consulting Co., Ltd / RSM清和コンサルティング株式会社） |
| Japan | Shiodome Partners (Philippines) Inc. |
| Japan | RSM Shiodome Partners AS Co.<br>RSM 汐留パートナーズ行政書士法人 |
| Japan | Shiodome Partners JS Co.<br>汐留パートナーズ司法書士法人 |
| Japan | Shiodome Partners AS Co.<br>汐留パートナーズ行政書士法人 |
| Japan | Shiodome Partners SR Co.<br>汐留パートナーズ社会保険労務士法人 |
| Japan | Shiodome Partners Tax Co.<br>汐留パートナーズ税理士法人 |
| Japan | Shiodome Partners Limited<br>汐留パートナーズ株式会社 |
| Japan | Seiwa Consulting Co., ltd / (清和コンサルティング株式会社) |
| Jordan | Arabian Professional Group / (المجموعة المهنية العربية) |
| Jordan | Integrated Consulting Services / (الخدمات الاستشارية المترابطة) |
| Kazakhstan | TOO "RSM Qazaqstan" |
| Kazakhstan | TOO "RSM Qazaqstan Advisory" |
| Kazakhstan | RSM Kazakhstan Partnership |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 24

| Kenya | RSM Eastern Africa LLP |
|---|---|
| Kenya | RSM Eastern Africa, Tanzania |
| Kenya | RSM (Eastern Africa) Consulting Ltd., Kenya |
| Kenya | RSM Eastern Africa, Uganda |
| Kenya | RSM (Eastern Africa) Consulting Ltd., Tanzania |
| Kenya | RSM (Eastern Africa) Consulting Ltd., Uganda |
| Korea (Republic of) | Shinhan Accounting Corporation |
| Kosovo | RSM Kosovo Sh.p.k. |
| Kosovo | RSM Kosovo Consulting SH.P.K. |
| Kosovo | RSM Albania |
| Kuwait | RSM Albazie & Co. |
| Kuwait | RSM Al Bazie Management Consulting & Economic Company WLL (also known as RSM Albazie Consulting W.L.L.) |
| Kyrgyzstan | RSM KGZ Limited Liability Company («РСМ КейДжиЗет» Жоопкерчилиги чектелген коому ) |
| La Reunion | RSM Réunion Audit |
| La Reunion | RSM OI Audit |
| Lebanon | RSM Lebanon |
| Luxembourg | RSM Tax & Accounting Luxembourg |
| Luxembourg | RSM Fund Management Luxembourg |
| Luxembourg | RSM Financial Services Luxembourg |
| Luxembourg | RSM Cosal Luxembourg |
| Luxembourg | RSM Audit Luxembourg, société à responsabilite limitee |
| Macedonia (Republic of North) | RSM MAKEDONIJA DOOEL Skopje / РСМ МАКЕДОНИЈА ДООЕЛ Скопје |
| Macedonia (Republic of North) | RSM IT MAKEDONIJA DOOEL Skopje. (РСМ ИТ МАКЕДОНИЈА ДООЕЛ Скопје) |
| Macedonia (Republic of North) | Lawyer Iva Hot Skopje - Адвокат Ива Хот Скопје |
| Malaysia | RSM Malaysia PLT |
| Malaysia | RSM BPO (Malaysia) Sdn. Bhd. |
| Malaysia | RSM Outsourcing (Malaysia) Sdn. Bhd. |
| Malaysia | RSM IT Solutions (Malaysia) Sdn. Bhd. |
| Malaysia | RSM IT Capital (Malaysia) Sdn. Bhd. |
| Malaysia | RKT Tax Services (KL) Sdn. Bhd. |
| Malaysia | RSM RKT Group Sdn. Bhd. |
| Malaysia | RSM Tax Consultants (Malaysia) Sdn. Bhd. |
| Malaysia | RKT Tax Consultants Sdn. Bhd. |
| Malaysia | RKT Tax Services Sdn. Bhd. |
| Malaysia | RSM SBA (Malaysia) Sdn. Bhd. |
| Malaysia | RSM Corporate Restructuring (Malaysia) Sdn. Bhd. |

DocuSign Envelope ID: 464A7DA2-9893-4E0A-B5CB-582554B90255

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 25

| | |
|---|---|
| Malaysia | RSM Corporate Consulting (Malaysia) Sdn. Bhd. |
| Malaysia | RSM Corporate Strategies (Malaysia) Sdn. Bhd. |
| Malaysia | RSM Corporate Advisory (Malaysia) Sdn. Bhd. |
| Malaysia | RSM Malaysia |
| Malaysia | Quest BPO Sdn Bhd |
| Malaysia | PayrollServe Malaysia Sdn Bhd |
| Malaysia | Stone Forest Malaysia Sdn Bhd |
| Malta | RSM Malta |
| Malta | RSM Malta Talent Management Services Limited |
| Malta | RSM Malta Advisory Limited |
| Malta | RSM Malta VFA Limited |
| Mauritius | RSM (Mauritius) Consulting Ltd. |
| Mauritius | RSM (Mauritius) LLP |
| Mauritius | RSM (Mauritius) |
| Mayotte | RSM Mayotte |
| Mayotte | RSM OI MAYOTTE SAS |
| Mexico | RSM Mexico Bogarín S. C. |
| Mexico | Personal Especializado UTIL SA de CV |
| Mexico | Util Soluciones en Recursos Humanos S.A. de Cv. |
| Mexico | Grupo de Trabajo SAC S de RL de CV |
| Mexico | RSM MX SERCORP CDMX 1, S.C. |
| Mexico | Servicio y Mantenimiento H8 SA de CV |
| Mexico | CONTADORES FPA, S.C. |
| Mexico | Knoa Software Latin America ( is in the process of changing its name to Tecnología Avanzada MSM SA de CV) |
| Mexico | WITT RGA CONSULTORES, S.C. |
| Morocco | RSM Morocco |
| Mozambique | RSM Moçambique, Lda. |
| Netherlands | RSM Netherlands Holding N.V. |
| Netherlands | RSM Netherlands Corporate Finance B.V. |
| Netherlands | RSM Netherlands Technology Consulting B.V. |
| Netherlands | RSM Nederland Interim Services N.V. |
| Netherlands | RSM Netherlands (VAT Services) B.V |
| Netherlands | RSM Netherlands Business Consulting Services B.V. |
| Netherlands | RSM Netherlands Audit B.V. |
| Netherlands | RSM Netherlands Loonadviesgroep B.V. |
| Netherlands | RSM Netherlands Financial Advisory Services B.V. |
| Netherlands | RSM Netherlands Evaluent B.V. |
| Netherlands | RSM Netherlands Belastingadviseurs N.V. |
| Netherlands | RSM Netherlands (GRC) Consultancy B.V. |
| Netherlands | RSM Netherlands Due Diligence Services B.V. |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 26

| | |
|---|---|
| Netherlands | RSM Netherlands Accountants N.V. |
| Netherlands | RSM Netherlands IT Audit B.V. |
| Netherlands | RSM Nederland Holding N.V. |
| Netherlands | RSM Netherlands Consultancy B.V. |
| Netherlands | RSM Bedrijfsfinancieringen B.V. |
| Netherlands | RSM Nederland Risk Advisory Services B.V. |
| Netherlands | RSM Loonadviesgroep B.V. |
| Netherlands | RSM Financial Advisory Services B.V. |
| Netherlands | RSM Evaluent BV |
| Netherlands | D.V.A.T.S  B.V. |
| New Zealand | RSM New Zealand Group Limited |
| New Zealand | RSM New Zealand (Auckland North) |
| New Zealand | RSM Hades Trustee Limited |
| New Zealand | RSM New Zealand (Auckland) |
| New Zealand | RSM Hayes Audit |
| New Zealand | RSM Hayes Audit Ltd |
| New Zealand | RSM New Zealand Auckland (North) Limited |
| New Zealand | RSM New Zealand (Auckland) Limited |
| New Zealand | RSM Mercer Family Trustee Limited |
| Nicaragua | RSM Nicaragua, S.A |
| Niger | RSM NIGER |
| Norway | RSM Norge AS |
| Norway | RSM Norge Kompetanse AS |
| Norway | RSM Advokatfirma AS |
| Oman | George Mathew LLC |
| Pakistan | Avais Chartered Accountants |
| Pakistan | Avais Hyder Liaquat Nauman (based in Afghanistan) |
| Pakistan | RSM Avais Hyder Liaquat Nauman |
| Pakistan | RSM Pakistan (Pvt.) Limited |
| Panama | RSM Panama, S.A. |
| Paraguay | RSM Paraguay S.A. |
| Paraguay | Aprilstar S.A. |
| Peru | RSM PERU S.A.C. |
| Peru | Panez, Chacaliaza & Asociados S.C.R. Ldta. |
| Philippines | Reyes Tacandong & Co. |
| Poland | RSM Poland Audyt Sp. z o.o. |
| Poland | RSM Poland Technology Sp. z o.o. |
| Poland | RSM Poland Legal Sp. z o.o. |
| Poland | RSM Poland Fiscal Representation Sp. z o.o. sp. K |
| Poland | RSM Poland Sp. z o.o. |
| Poland | RSM Poland Fiscal Representation Sp. z o. o. |

DocuSign Envelope ID: 840144A7DA2-9803-4E0A-B5CB-582554B902F5

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 27

| | |
|---|---|
| Poland | RSM Poland Spółka z ograniczoną odpowiedzialnością spółka komandytowa (RSM Poland sp. z o.o. sp. k.) |
| Poland | RSM Poland Spólka Doradztwa Podatkowego S.A. |
| Portugal | RSM & Associados - Sroc, Lda |
| Portugal | RSM Audiconsulte - Consultoria, Lda |
| Puerto Rico | RSM Puerto Rico |
| Puerto Rico | Vila del Corral y Compañía S.A. |
| Puerto Rico | RSM Dominicana, S. R. L. |
| Qatar | RSM Auditing and Consulting & Partners |
| Qatar | Shams Sadeq AL Baharna Auditors and Consultants |
| Romania | RSM Romania SRL |
| Saudi Arabia | RSM Allied Accountants Professional Services Company المهنيه شركة المحاسبون المتحدون للاستشارات |
| Saudi Arabia | R.S.M. Technology for information technology company شركة ار اس ام تكنولوجي لتقنية |
| Serbia | RSM Serbia d.o.o. Beograd |
| Serbia | RSM Advisory d.o.o. Beograd |
| Singapore | RSM Chio Lim LLP |
| Singapore | Stone Forest Pte Ltd |
| Singapore | Pactech Engineering Pte Ltd |
| Singapore | Stone Forest CorpServe Pte Ltd |
| Singapore | SF Consulting Pte Ltd |
| Singapore | RSM Tax Pte Ltd |
| Singapore | RSM Risk Advisory Pte Ltd |
| Singapore | RSM Corporate Advisory Pte Ltd |
| Singapore | Stone Forest Accountserve Pte Ltd |
| Singapore | Stone Forest IT Pte Ltd |
| Singapore | SBA Stone Forest (China) Pte Ltd |
| Slovakia | RSM SK s. r. o. |
| Slovakia | RSM Consulting SK s. r. o. |
| South Africa | RSM SA Consulting (Pty) Ltd |
| South Africa | RSM South Africa Inc. |
| South Africa | RSM SA Trustees (Pty) Limited |
| Spain | RSM Spain Professional Corporation S.L.P. |
| Spain | RSM Spain Consultores, S.L. |
| Spain | WHERE2RETAIL, LDA |
| Spain | RSM Spain Corporate Finance, SL |
| Spain | RSM Spain Servicios Administrativos, SL |
| Spain | RSM Spain Asesores Legales y Tributarios, SLP |
| Spain | RSM Andorra Auditors i Assessors, SL |
| Spain | RSM Spain Auditores, SLP |

DocuSign Envelope ID: 484A7DA2-9893-4E0A-85CB-5825F4B90255

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 28

| | |
|---|---|
| Spain | RSM Spain Holding Company, SL |
| Spain | RSM Spain Holding Company SL |
| Sweden | RSM Sverige AB |
| Sweden | RSM Göteborg AB |
| Sweden | RSM Stockholm Holding AB |
| Sweden | RSM Roslagen AB |
| Sweden | RSM Göteborg KB |
| Sweden | RSM Stockholm AB |
| Switzerland | RSM Switzerland AG |
| Switzerland | RSM Audit Switzerland SA |
| Switzerland | RSM Swiss KMU GmbH |
| Switzerland | PASCAL SIGRIST TREUHAND GmbH |
| Taiwan | RSM Taiwan (English name)<br>廣信益群聯合會計師事務所(Chinese name) |
| Taiwan | 廣益管理顧問股份有限公司/ Kwang-I Management Consulting Co. |
| Tajikistan | RSM Tajikistan LLC / Ҷамъияти дорои масъулияти махдуди «РСМ Тоҷикистон» (ҶДММ «РСМ Тоҷикистон») |
| Tajikistan | RSM KGZ Limited Liability Company<br>«РСМ КейДжиЗет» Жоопкерчилиги чектелген коому<br>Общество с ограниченной ответственностью «РСМ КейДжиЗет» |
| Tajikistan | RSM Outsource Tajikistan LLC / Ҷамъияти дорои масъулияти махдуди «РСМ Аутсорс Тоҷикистон» (ҶДММ «РСМ Аутсорс Тоҷикистон») |
| Tajikistan | RSM Legal Tajikistan LLC / Ҷамъияти дорои масъулияти махдуди «РСМ Лигал Тоҷикистон» (ҶДММ «РСМ Лигал Тоҷикистон») |
| Tanzania | RSM Eastern Africa, Tanzania |
| Thailand | RSM (Thailand) Limited |
| Thailand | RSM Audit Services (Thailand) Limited |
| Thailand | RSM Recruitment (Thailand) Limited |
| Turkey | RSM TURKEY YEMİNLİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Turkey | RSM TURKEY DANIŞMANLIK VE YEMİNLİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Turkey | RSM TURKEY KURUMSAL DANIŞMANLIK ANONİM SİRKETİ |
| Turkey | RSM TURKEY ULUSLARARASI BAĞIMSIZ DENETİM ANONİM |
| Turkey | RSM TURKEY SERBEST MUHASEBECİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Turkey | ARKAN ERGIN ULUSLARARASI BAGIMSIZ DENETIM ANONİM ŞİRKETİ |
| Turkey | ARKAN ARKAN YEMİNLİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Turkey | ARKAN ERGIN KURUMSAL DANISMANLIK ANONİM ŞİRKETİ |
| Turkey | ARKAN ERGIN SERBEST MUHASEBECİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Turkey | ARKAN ERGIN YEMİNLİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Uganda | RSM Eastern Africa, Uganda |
| Ukraine | "RSM UKRAINE" Limited Liability Company |
| Ukraine | "RSM UKRAINE AUDIT" LIMITED LIABILITY COMPANY |

DocuSign Envelope ID: 464A7DA2-98D3-4E0A-8FC8-582554B90255

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 29

| Ukraine | "RSM UKRAINE SERVICE" Limited Liability Company |
|---------|------------------------------------------------|
| United Arab Emirates | RSM Dahman Auditors |
| United Arab Emirates | RSM AE Technology L.L.C. |
| United Arab Emirates | RSM Dahman Management Consultancy |
| United Arab Emirates | RSM Dahman Accountants LLP |
| United Kingdom | RSM UK Group LLP |
| United Kingdom | RSM UK Foundation |
| United Kingdom | RSM UK Consulting Solutions Limited |
| United Kingdom | RSM UK Legal LLP |
| United Kingdom | RSM UK Executive Services LLP |
| United Kingdom | RSM UK PBT Trustee Limited |
| United Kingdom | RSM UK SIP Trustees Limited |
| United Kingdom | RSM UK Audit LLP |
| United Kingdom | RSM UK Pension Trustees Limited |
| United Kingdom | RSM UK Creditor Solutions LLP |
| United Kingdom | RSM UK Holdings Limited |
| United Kingdom | RSM Northern Ireland (UK) Limited |
| United Kingdom | RSM & Co (UK) Limited |
| United Kingdom | RSM UK Tax and Advisory Services LLP |
| United Kingdom | RSM UK Tax and Accounting Limited |
| United Kingdom | RSM UK Risk Assurance Services LLP |
| United Kingdom | RSM UK Restructuring Advisory LLP |
| United Kingdom | RSM UK Management Limited |
| United Kingdom | RSM UK Corporate Finance LLP |
| United Kingdom | RSM UK Consulting LLP |
| United Kingdom | RSM UK Employer Services Limited |
| United Kingdom | Baker Tilly Executive Services Limited |
| United Kingdom | Baker Tilly Creditor Services LLP |
| United Kingdom | RSM Employer Services Limited |
| United Kingdom | First Hosted Limited (FHL) |
| United Kingdom | RSM Pension Trustees Limited |
| United Kingdom | RSM Restructuring Advisory LLP |
| United Kingdom | RSM Legal LLP |
| United Kingdom | RSM Risk Assurance Services LLP |
| United Kingdom | RSM Tax and Advisory Services LLP |
| United Kingdom | RSM Corporate Finance LLP |
| United States of America | RSM US LLP |
| United States of America | RSM US Alliance |
| United States of America | RSM Delivery Center (India) Pvt. Ltd. |
| United States of America | RSM US (Germany) GmbH |
| United States of America | RSM US (Hong Kong) Limited |

DocuSign Envelope ID: 464A7DA2-98B3-4E0A-B5CB-582564B902F5

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 30

| | |
|---|---|
| United States of America | RSM US (UK) Ltd. |
| United States of America | RSM US Product Sales LLC |
| United States of America | RSM US Canada Holdco LLP |
| United States of America | RSM Canada Operations ULC |
| United States of America | RSM Canada Consulting LP |
| United States of America | RSM Canada Limited |
| United States of America | RSM US SV, Ltda. de C.V. |
| United States of America | RSM US Consulting (Shanghai) Co. Ltd./罗绅美商务咨询（上海）有限公司 |
| United States of America | RSM Canada GP Inc. |
| United States of America | RSM US International Holdco One LLC |
| United States of America | RSM US International Holdco Two LLC |
| United States of America | RSM US Product Sales Holdings LLC |
| United States of America | RSM US International Services, Inc. |
| United States of America | RSM US International Holdco Three LLC |
| United States of America | RSM US Mexico Consulting, S.C. |
| United States of America | Risk & Regulatory Consulting, LLC |
| Uruguay | RSM Uruguay S.A. |
| Uruguay | RSM Paraguay S.A. |
| Uruguay | RSM Corporate Uruguay S.A. |
| Uruguay | Aprilstar S.A. |
| Venezuela | RSM Venezuela |
| Vietnam | RSM Vietnam Auditing and Consulting Co., Ltd |
| Zambia | RSM Zambia Chartered Accountants |

**<u>Exhibit 2</u>**

**Siegal Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF**
**HOWARD SIEGAL IN SUPPORT**
**OF DEBTORS' APPLICATION FOR ENTRY**
**OF AN ORDER (I) AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF RSM US LLP AS INDEPENDENT**
**AUDITOR FOR THE DEBTORS AND DEBTORS IN POSSESSION**
**EFFECTIVE AS OF AUGUST 1, 2023, AND (II) GRANTING RELATED RELIEF**

I, Howard Siegal, under penalty of perjury, declares as follows:

1.      I am a Partner of the firm of RSM US LLP ("RSM"), which has an office at 719 Griswold Street, Suite 820, Detroit, MI 48226. I am duly authorized to make and submit this declaration (the "Declaration") on behalf of RSM as independent auditor for Celsius Network LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") in support of the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of RSM US LLP as Independent Auditor for the Debtors and Debtors and Possession Effective as of August 1, 2023, and (II) Granting Related Relief* (the "Application").[2]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2.      The Debtors seek to have RSM retained as independent auditor in accordance with the terms and conditions set forth in that certain engagement letter dated August 4, 2023 (the "Engagement Letter"), a copy of which is attached to the Order as Exhibit 1.

3.      The statements set forth in this Declaration are based upon my personal knowledge, information and belief, and/or client matter records kept in the ordinary course of business that were reviewed by me or other personnel of RSM or its affiliates.

## RSM's Qualifications

3.      RSM is a public accounting firm with offices across the United States.  RSM has significant experience in providing independent audit services in large and complex chapter 11 cases on behalf of debtors throughout the United States, including, among others, *In re BDC Inc.*, No. 20-10010 (CSS) (Bankr. D. Del. Mar. 20, 2020) and *In re Medley LLC*, No. 21-10526 (KBO) (Bankr. D. Del. May 17, 2021).  This experience renders RSM well-qualified to provide services to the Debtors during these chapter 11 cases.  RSM's services fulfill an important need and are not provided by any of the Debtors' other professionals.  RSM's employment is therefore in the best interests of the Debtors, their estates, creditors, and other parties in interest.

## Disinterestedness

4.      Except as set forth herein and in the attachment hereto, to the best of my knowledge, information, and belief, and based on reasonable inquiry, RSM (a) does not hold or represent an interest adverse to the Debtors or their estates and (b) is a "disinterested person," as such term is defined in section 101(14) of title 11 of the Bankruptcy Code as required under section 327(a) of the Bankruptcy Code.

5.      Specifically, RSM obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases and such parties are listed on **Schedule 1** hereto.  RSM searched its electronic database for its connections to the

entities listed on **Schedule 1** hereto.  RSM also reviewed prior representations to ascertain any conflict that might arise from the prior employment of partners or individuals working on the engagement.  RSM has not identified any Potential Parties in Interest which present a clear conflict in these chapter 11 cases.  The aforementioned parties as well as any other parties which may have retained RSM (or their affiliates, as the case may be) in matters unrelated to these cases are disclosed on **Schedule 2** attached hereto.  Moreover, to the best of my knowledge, information, and belief, RSM's retention is not prohibited or restricted by Bankruptcy Rule 5002.  Accordingly, I believe that RSM is eligible for retention by the Debtors under section 327(a) of the Bankruptcy Code.

6.      RSM and its affiliates have relationships with thousands of clients, some of which may be creditors of the Debtors or other Potential Parties-in-Interest.  Accordingly, RSM and/or its affiliates have had, currently have and/or may have in the future relationships with such parties, or provided, may currently provide, and/or may provide in the future professional services to certain of these parties in matters unrelated to the chapter 11 cases.  From time to time, RSM and its affiliates have provided or may currently provide services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties potentially adverse to the Debtors in matters unrelated to the chapter 11 cases, except as set forth herein or in the attachments hereto.  Additionally, certain significant Potential Parties-in-Interest have or may have provided goods or services, may currently provide goods or services, and/or may in the future provide goods or services to RSM and/or its affiliates in matters unrelated to the chapter 11 cases.  A listing of parties with such connections to RSM and/or its affiliates is attached to this Declaration as **Schedule 2**.

3

7.       I believe that the relationships described herein or reflected on **Schedule 2** have no bearing on the services for which RSM's retention is being sought by the Debtors in the chapter 11 cases.  Furthermore, such relationships do not impair RSM's disinterestedness, and RSM does not represent an adverse interest in connection with the chapter 11 cases.

8.       Despite the efforts described above to identify and disclose RSM's connections with the significant Potential Parties-in-Interest in the chapter 11 cases, because RSM is a nationwide firm with many employees, RSM is unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if RSM discovers additional material information that it determines requires disclosure, it will file a supplemental disclosure promptly with the Court.

9.       Except as may be disclosed herein, to the best of my knowledge, information, and belief, RSM and the Engagement Partners/Principals/Managing Directors do not hold or represent any interest adverse to the Debtors, and I believe that RSM is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

## Scope of Services

10.       As set forth more fully in the Engagement Letter, RSM has agreed to perform independent audit services for Celsius Mining LLC ("Celsius Mining") and NewCo,[3] as requested by the Debtors and agreed to by RSM.

11.       RSM will perform a financial statement audit for Celsius Mining and NewCo in accordance with the auditing standards generally accepted in the United States of American

---

[3]    "NewCo" shall have the meaning ascribed to it in the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3222] (as may be modified, amended, or supplemented from time to time).

(the "GAAS Standards") and those of the Public Company Accounting Oversight Board (PCAOB) (United States) (the "PCAOB Standards") to express an opinion on the fairness of the presentation of the Debtors' financial statements for the years ending December 31, 2020, December 31, 2021, and December 31, 2022 and NewCo's opening balance sheet in conformity with accounting principles generally accepted in the United States of America, in all material respects.  RSM will also perform a review of Celsius Mining's interim financial information in accordance with PCAOB Standards for each of the quarter in the years ending December 31, 2022 and December 31, 2023.

12.    RSM requests that its retention be made effective as of August 1, 2023, so that RSM may be compensated for the professional services it has provided before the Application is heard by the Court.  RSM has provided services to the Debtors in advance of approval of the Application in anticipation that its retention would be approved effective as of August 1, 2023. These circumstances are of a nature warranting retroactive approval.

**Professional Compensation**

13.    RSM's retention is conditioned upon its ability to be retained pursuant to its terms and conditions of employment, including the proposed compensation arrangements, set forth in the Engagement Letter.

14.    Pursuant to the Engagement Letter, RSM estimates that it will bill the Debtors $995,000 for the audit services performed thereunder (billed on time and material basis),[4] except for audit services related to the Form 10 procedures, the NewCo year-end audit, and work related to Celsius Mining's adoption of the new leases standard pursuant to ASC 842, other audit services and procedures associated with the services described in the Engagement Letter that are beyond

---

[4]    Pursuant to the Engagement Letter, in the event it appears that fees shall exceed that amount, prior written approval of Celsius Mining shall be obtained.

the scope of procedures anticipated to be performed at the time of engagement, as well as retention

and fee application preparation, which will be billed separately and on a time and material basis

(the "Out-of-Scope Services").  Pursuant to the Engagement Letter, RSM will bill the Debtors fees

for the services and Out-of-Scope Services based on actual time spent by professionals on such

services, at the individual's applicable professional hourly rate, as follows:

| Professional Level | Hourly Rates |
|---|---|
| Partner / Principal / Managing Director | 840 |
| Senior Manager | 645 |
| Manager | 450 |
| Senior | 300 |
| Staff | 235 |

15.    In addition to the fees set forth above, the Debtors have agreed to compensate RSM

for actual, reasonable, and necessary expenses, including travel, report processing, meals, and

other expenses incurred by RSM in providing the services.  Pursuant to the Engagement Letter,

RSM shall receive prior written consent from Celsius Mining before incurring any direct expenses

that exceed $10,000 in the aggregate.

16.    RSM intends to file interim and final fee applications for the allowance of

compensation for services rendered and reimbursement of expenses incurred pursuant to the

Engagement Letter in accordance with applicable provisions of the Bankruptcy Code, Bankruptcy

Rules, the Local Rules, any applicable orders of the Court, including the Order granting this

Application, and any applicable guidelines issued by the Office of the U.S. Trustee.

17.    RSM will maintain records in support of any fees incurred in connection with the

services it performs in the chapter 11 cases by category and nature of the services rendered, and

will provide reasonably detailed descriptions of those services rendered on behalf of the Debtors,

the time expended in provided those services, and the individuals who provided professional

services on behalf of the Debtors.  RSM will present such records to the Court in its fee applications to the Court.  RSM requests that the invoices, after appropriate review, be paid in a manner consistent with the payment of other retained professionals in this matter, consistent with any administrative orders, if any, that would apply to interim payments.  I understand that all payments rendered pursuant to RSM's retention by the Debtors must be approved by an order of this Court and based upon the filing by RSM of appropriate interim and final applications for allowance of compensation and reimbursement of expenses.

### Efforts to Avoid Duplication of Services

18.    The services performed by RSM will not unnecessarily duplicate or overlap with the other services performed by the Debtors' other retained professionals and advisors.  RSM understands that the Debtors have retained and may retain additional professionals during the term of the Engagement Letter, and RSM agrees to work cooperatively with the Debtors to avoid unnecessary duplication of services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated:  September 18, 2023

*/s/ Howard Siegal*
Howard Siegal
Partner
RSM US LLP

**Schedule 1**

**Potential Parties-in-Interest List**

| Name of Entity | Category |
| --- | --- |
| Huron Consulting Services LLC | Bankruptcy Examiner and Professionals |
| Jenner & Block LLP | Bankruptcy Examiner and Professionals |
| Shoba Pillay | Bankruptcy Examiner and Professionals |
| Beckerman, Lisa G. | Bankruptcy Judges |
| Chapman, Shelley C. | Bankruptcy Judges |
| Drain, Robert D. | Bankruptcy Judges |
| Garrity, James L., Jr. | Bankruptcy Judges |
| Glenn, Martin | Bankruptcy Judges |
| Jones, David S. | Bankruptcy Judges |
| Lane, Sean H. | Bankruptcy Judges |
| Mastando III, John P. | Bankruptcy Judges |
| Morris, Cecelia G. | Bankruptcy Judges |
| Philip Bentley | Bankruptcy Judges |
| Wiles, Michael E | Bankruptcy Judges |
| Anderson, Deanna | Bankruptcy Judges Staff |
| Barajas, Andres | Bankruptcy Judges Staff |
| Jennifer Pollan | Bankruptcy Judges Staff |
| Julia Bonnell | Bankruptcy Judges Staff |
| Slemmer, Daniel | Bankruptcy Judges Staff |
| Ziesing, "Frances" Annie | Bankruptcy Judges Staff |
| C Street Advisory Group | Bankruptcy Professionals - Other |
| Deloitte & Touche LLP | Bankruptcy Professionals - Other |
| Elementus | Bankruptcy Professionals - Other |
| Houlihan Lokey | Bankruptcy Professionals - Other |
| KE Andrews | Bankruptcy Professionals - Other |
| Kroll Restructuring | Bankruptcy Professionals - Other |
| M-III Partners, LLC | Bankruptcy Professionals - Other |
| Pepper Hamilton LLP | Bankruptcy Professionals - Other |
| Perella Weinberg Partners | Bankruptcy Professionals - Other |
| Togut, Segal & Segal | Bankruptcy Professionals - Other |
| A.M. Saccullo Legal, LLC | Bankruptcy Professionals - Retained |
| Alvarez & Marsal | Bankruptcy Professionals - Retained |
| Centerview Partners | Bankruptcy Professionals - Retained |
| Fischer (FBC & Co.) | Bankruptcy Professionals - Retained |
| Kirkland & Ellis LLP | Bankruptcy Professionals - Retained |
| Latham & Watkins LLP | Bankruptcy Professionals - Retained |
| Stretto | Bankruptcy Professionals - Retained |
| 2nd Market | Contract Counter-Parties |

| **Name of Entity** | **Category** |
|---|---|
| Bank Hapoalim | Contract Counter-Parties |
| Bits of Gold LTD | Contract Counter-Parties |
| Blockdaemon Inc. | Contract Counter-Parties |
| Explorium Ltd. | Contract Counter-Parties |
| Guberman Consulting | Contract Counter-Parties |
| Hamilton's Reserve Inc. | Contract Counter-Parties |
| Ibrahim, Daniel | Contract Counter-Parties |
| IOTA Stiftung (IOTA Foundation) | Contract Counter-Parties |
| Kirobo Ltd. | Contract Counter-Parties |
| Maven Digital Ltd | Contract Counter-Parties |
| Niki GA Management and Maintenance Ltd | Contract Counter-Parties |
| Noet Aviv Ltd | Contract Counter-Parties |
| Oobit Technologies Pte. Ltd | Contract Counter-Parties |
| Prosegur Custodia De Activos Digitales S.L.U. | Contract Counter-Parties |
| ProxiBit | Contract Counter-Parties |
| Reblonde Public Relations | Contract Counter-Parties |
| Simon, Elie | Contract Counter-Parties |
| SolidBlock Inc | Contract Counter-Parties |
| Tezos Foundation | Contract Counter-Parties |
| Tromer, Eran | Contract Counter-Parties |
| Vast Bank, National Association | Contract Counter-Parties |
| ZoomInfo Technologies | Contract Counter-Parties |
| Cadwalader Wickersham & Taft | Counsel to Former Executives |
| Paul Hastings LLP | Counsel to Former Executives |
| Celsius EU UAB (Lithuania) | Debtors |
| Celsius KeyFi LLC | Debtors |
| Celsius Lending LLC | Debtors |
| Celsius Management Corp | Debtors |
| Celsius Mining IL Ltd | Debtors |
| Celsius Mining LLC | Debtors |
| Celsius Mining, LLC | Debtors |
| Celsius Network Europe d.o.o. Beograd (Serbia) | Debtors |
| Celsius Network IL Ltd. (Israel) | Debtors |
| Celsius Network Limited (UK) | Debtors |
| Celsius Network LLC | Debtors |
| Celsius Networks Lending LLC | Debtors |
| Celsius Operations LLC | Debtors |
| Celsius US Holding LLC | Debtors |
| Celsius US LLC (Formerly Celsius Money) | Debtors |
| KN Media Manager, LLC | Debtors |
| Albert, David | Director/Officer |
| Alisie, Adrian | Director/Officer |

| Name of Entity | Category |
| --- | --- |
| Ayalon, Amir | Director/Officer |
| Ayalor, Amir | Director/Officer |
| Barse, David | Director/Officer |
| Barwick, Christy | Director/Officer |
| Beaudry, Jeremie Robert | Director/Officer |
| Bentov, Tal | Director/Officer |
| Blonstein, Oren | Director/Officer |
| Bodnar, Guillermo | Director/Officer |
| Bolger, Rod | Director/Officer |
| Carr, Alan Jeffrey | Director/Officer |
| Cohen-Pavin, Roni | Director/Officer |
| Denizkurdu, Aslihan | Director/Officer |
| Deutsch, Ron | Director/Officer |
| Dubel, John Stephen | Director/Officer |
| Fan, Jiayi "Jenny" | Director/Officer |
| Ferraro, Chris | Director/Officer |
| Goldstein, Nuke | Director/Officer |
| Holert, Patrick | Director/Officer |
| Kleiderman, Shiran | Director/Officer |
| Konduru, Subramaniam Vijay | Director/Officer |
| Lawlor, Quinn | Director/Officer |
| Leon, S. Daniel | Director/Officer |
| Mashinsky, Alex | Director/Officer |
| Mayerfeld, Mark | Director/Officer |
| Nadkarni, Tushar | Director/Officer |
| Nathan, Gilbert | Director/Officer |
| Ramos, Trunshedda W. | Director/Officer |
| Sabo, Ron | Director/Officer |
| Schreiber, Adam | Director/Officer |
| Shalem, Yaron | Director/Officer |
| Sunada-Wong, Rodney | Director/Officer |
| Tosi, Laurence Anthony | Director/Officer |
| Van Etten, Frank | Director/Officer |
| Delaware ADR, LLC | Fee Examiner and Professionals |
| Godfrey & Kahn, S.C. | Fee Examiner and Professionals |
| Sontchi, Christopher S. | Fee Examiner and Professionals |
| 10Bis | GK8 Top 20 Vendors |
| Daniel Ibrahim | GK8 Top 20 Vendors |
| DoiT International | GK8 Top 20 Vendors |
| Elie Simon | GK8 Top 20 Vendors |
| Eran Tromer | GK8 Top 20 Vendors |
| G. E. Ehrlich (1995) LTD. | GK8 Top 20 Vendors |

| Name of Entity | Category |
|---|---|
| Israel Innovation Authority | GK8 Top 20 Vendors |
| Kost Forer Gabbay & Kasierer | GK8 Top 20 Vendors |
| Michael Cimo | GK8 Top 20 Vendors |
| Movilei Hovalot | GK8 Top 20 Vendors |
| Neot Aviv | GK8 Top 20 Vendors |
| Shufersal | GK8 Top 20 Vendors |
| Techen | GK8 Top 20 Vendors |
| Tel Aviv Municipality | GK8 Top 20 Vendors |
| Xtra Mile Ltd | GK8 Top 20 Vendors |
| Yehuda Sharfi | GK8 Top 20 Vendors |
| YHM Technology LTD | GK8 Top 20 Vendors |
| 1215 test | Institutional Customers |
| 168 Trading Limited | Institutional Customers |
| Akuna Digital Assets LLC | Institutional Customers |
| Alameda | Institutional Customers |
| Alameda Research Ltd | Institutional Customers |
| Amber - Maple | Institutional Customers |
| Amber Technologies Limited | Institutional Customers |
| Anchorage Hold LLC | Institutional Customers |
| Anchorage Lending CA LLC | Institutional Customers |
| Antalpha Technologies Limited | Institutional Customers |
| AP CAPITAL ABSOLUTE RETURN FUND | Institutional Customers |
| AP Capital Investment Limited | Institutional Customers |
| Auros Tech Limited | Institutional Customers |
| Auros Tech Limited - Maple | Institutional Customers |
| B2C2 LTD | Institutional Customers |
| Babel Holding Limited | Institutional Customers |
| B-Brick Inc | Institutional Customers |
| BCB Prime Services Limited | Institutional Customers |
| BCRS2 LLC | Institutional Customers |
| Belleway Ltd | Institutional Customers |
| BK Coin Capital LP | Institutional Customers |
| Blockchain Access UK Ltd | Institutional Customers |
| Blue Fire Capital Europe Cooperatief | Institutional Customers |
| CEX IO LTD | Institutional Customers |
| CMS Holdings LLC | Institutional Customers |
| ███████████████ | ███████████████ |
| Core Scientific Inc | Institutional Customers |
| Cumberland DRW LLC | Institutional Customers |
| Dexterity Capital LP | Institutional Customers |
| Digital Asset Funds Management Pty Ltd | Institutional Customers |
| Digital Treasures Management PTE Ltd | Institutional Customers |

| Name of Entity | Category |
|---|---|
| Diversified Alpha SP | Institutional Customers |
| Druk Holding and Investments | Institutional Customers |
| Dunamis Trading (Bahamas) Ltd | Institutional Customers |
| Dunamis Trading III Ltd | Institutional Customers |
| DV Chain LLC | Institutional Customers |
| Enigma Securities Limited | Institutional Customers |
| Equities First Holdings | Institutional Customers |
| FalconX Limited | Institutional Customers |
| Fasanara Investments Master Fund | Institutional Customers |
| Flow Traders BV | Institutional Customers |
| Folkvang SRL | Institutional Customers |
| Fractal | Institutional Customers |
| Framework - Maple | Institutional Customers |
| Future Technology Investment | Institutional Customers |
| Galaxy Digital LLC | Institutional Customers |
| Gemini | Institutional Customers |
| Genesis Global Capital LLC | Institutional Customers |
| Grapefruit Trading LLC | Institutional Customers |
| GSR Markets Limited | Institutional Customers |
| Harrison Opportunity III Inc. | Institutional Customers |
| HAS Futures LLC | Institutional Customers |
| Hehmeyer LLC | Institutional Customers |
| Hehmeyer Trading AG | Institutional Customers |
| Hodlnaut Pte. Ltd. | Institutional Customers |
| HRTJ Limited | Institutional Customers |
| Intership Limited | Institutional Customers |
| Intership LTD | Institutional Customers |
| Iterative OTC LLC | Institutional Customers |
| JKL Digital Capital Limited | Institutional Customers |
| JSCT Hong Kong Limited | Institutional Customers |
| JST Systems LLC | Institutional Customers |
| JUMP Trading | Institutional Customers |
| Keyrock SA | Institutional Customers |
| Kohji Hirokado | Institutional Customers |
| Kronos Holdings | Institutional Customers |
| LedgerPrime DAO Master Fund LP | Institutional Customers |
| Liquibit USD Market Neutral Arbitrage Fund | Institutional Customers |
| Liquidity Technologies LTD | Institutional Customers |
| LUOJI2017 Limited | Institutional Customers |
| Marquette Digital | Institutional Customers |
| Matrix Port Technologies Limited | Institutional Customers |
| Memetic Capital LP | Institutional Customers |

| Name of Entity | Category |
|---|---|
| Menai Markets Ltd. | Institutional Customers |
| Mike Komaransky | Institutional Customers |
| Mountain Cloud Global Limited | Institutional Customers |
| Nascent GP Inc | Institutional Customers |
| Nascent LP | Institutional Customers |
| New World Holdings | Institutional Customers |
| Nickel Digital Asset Fund SPC Digital Asset Arbitrage SPC Institutional | Institutional Customers |
| Nickel Digital Asset Master Fund SPC - Digital Factors Fund SP | Institutional Customers |
| NYDIG Funding LLC | Institutional Customers |
| OILTRADING COM PTE LIMITED | Institutional Customers |
| Onchain Custodian Pte Ltd | Institutional Customers |
| OPTIMAL ALPHA MASTER FUND LTD | Institutional Customers |
| OSL SG PTE LTD | Institutional Customers |
| Outremont Alpha Master Fund LP | Institutional Customers |
| Parallel Capital Management Limited | Institutional Customers |
| Pharos Fund BTC SP | Institutional Customers |
| Pharos Fund Eth SP | Institutional Customers |
| Pharos Fund SP | Institutional Customers |
| Pharos Fund SPC | Institutional Customers |
| Pharos USD Fund SP | Institutional Customers |
| Plutus21 Crypto Fund I LP | Institutional Customers |
| Point95 Global | Institutional Customers |
| Power Block Coin LLC | Institutional Customers |
| Prime Trust | Institutional Customers |
| Profluent Trading Inc | Institutional Customers |
| Profluent Trading UK Limited | Institutional Customers |
| QCP Capital PTE LTD | Institutional Customers |
| Radkl, LLC | Institutional Customers |
| Red River Digital Trading LLC | Institutional Customers |
| Reliz LTD | Institutional Customers |
| Roy Niederhoffer | Institutional Customers |
| SandP Solutions Inc | Institutional Customers |
| Scrypt Asset Management AG | Institutional Customers |
| SEBA Bank AG | Institutional Customers |
| Siafu Capital | Institutional Customers |
| Simplex | Institutional Customers |
| Symbolic Capital Partners Ltd | Institutional Customers |
| Tagomi Trading LLC | Institutional Customers |
| TDX SG Pte Ltd | Institutional Customers |
| Tether International Limited | Institutional Customers |

| Name of Entity | Category |
|---|---|
| Three Arrows Capital Ltd | Institutional Customers |
| Tower BC Ltd | Institutional Customers |
| Tower Research Capital | Institutional Customers |
| Transfero Brasil Pagamentos SA | Institutional Customers |
| Trigon Trading Pty LTD | Institutional Customers |
| TrueFi | Institutional Customers |
| Trustoken Inc | Institutional Customers |
| Ultimate Coin | Institutional Customers |
| Vexil Capital Ltd | Institutional Customers |
| Weave Markets LP | Institutional Customers |
| Wincent Investment Fund PCC Ltd | Institutional Customers |
| Wintermute - Maple | Institutional Customers |
| Wintermute Trading Ltd | Institutional Customers |
| Wyre Payments Inc | Institutional Customers |
| ZeroCap Limited | Institutional Customers |
| Amtrust Underwriters, Inc on behalf of Associated Industries Insurance Company, Inc. | Insurance |
| ANV Insurance | Insurance |
| Atlantic Insurance | Insurance |
| Ayalon Insurance Company | Insurance |
| Crum and Forster Specialty Insurance Company | Insurance |
| Evertas Insurance Agency LLC | Insurance |
| Falvey Insurance Group | Insurance |
| Hudson Insurance Group | Insurance |
| Indian Harbor Insurance Company | Insurance |
| Lloyds of London | Insurance |
| London | Insurance |
| Markel Insurance | Insurance |
| Marsh | Insurance |
| Menora Mivtachim Group | Insurance |
| Migdal Insurance Company | Insurance |
| Relm Insurance LTD | Insurance |
| Republic Vanguard Insurance Company | Insurance |
| Sentinel Insurance Company | Insurance |
| Starstone Insurance | Insurance |
| United States Fire Insurance Company | Insurance |
| USI Insurance Services, LLC | Insurance |
| Zurich Insurance Group | Insurance |
| Celsius (AUS) Pty Ltd. (Australia) | Known Affiliates - JV |
| Celsius Network (Gibraltar) Limited | Known Affiliates - JV |
| Celsius Network IL Ltd. - Bulgaria Branch | Known Affiliates - JV |
| Celsius Network Inc. | Known Affiliates - JV |

| **Name of Entity** | **Category** |
|---|---|
| Celsius Services CY Ltd (Cyprus) | Known Affiliates - JV |
| GK8 Ltd (Israel) | Known Affiliates - JV |
| GK8 UK Limited | Known Affiliates - JV |
| GK8 USA LLC | Known Affiliates - JV |
| Algo Adtech | Landlords |
| Desks & More | Landlords |
| Industrious | Landlords |
| New Spanish Ridge | Landlords |
| Regus | Landlords |
| SJP Properties | Landlords |
| Abuin, Juan Antonio Freires | Legal Matters and Disputes |
| Adamson, Cheyenne Joseph | Legal Matters and Disputes |
| Akshay, Nayak | Legal Matters and Disputes |
| Anusic, Tom | Legal Matters and Disputes |
| Argo Innovations Labs, Inc. | Legal Matters and Disputes |
| Asher, Rishi | Legal Matters and Disputes |
| Bao, Adelaide | Legal Matters and Disputes |
| Barnouin, Pierre | Legal Matters and Disputes |
| Beekman, Nathaniel J. | Legal Matters and Disputes |
| Bitboy Crypto | Legal Matters and Disputes |
| Bofur Capital | Legal Matters and Disputes |
| Carrara, Diana | Legal Matters and Disputes |
| Carroccio, Brian C. | Legal Matters and Disputes |
| Cerqueira, Uno Gomes | Legal Matters and Disputes |
| Chan, Peter Lm | Legal Matters and Disputes |
| Condit, Bradley | Legal Matters and Disputes |
| Constance-Churcher, Camilla | Legal Matters and Disputes |
| Davis, Bethany | Legal Matters and Disputes |
| Dierna, Lindi | Legal Matters and Disputes |
| Dukler, Avinoam Aharon | Legal Matters and Disputes |
| Dunn, Michael | Legal Matters and Disputes |
| Esazadeh, Morteza | Legal Matters and Disputes |
| Fern, Shen-Jay | Legal Matters and Disputes |
| Fisher, Mark | Legal Matters and Disputes |
| Flynn, Justin | Legal Matters and Disputes |
| Frishberg, Daniel | Legal Matters and Disputes |
| Gallas, Matthias | Legal Matters and Disputes |
| Gates, Christopher | Legal Matters and Disputes |
| Goines, Taylor | Legal Matters and Disputes |
| Grubbe, Jacob | Legal Matters and Disputes |
| Guild, Benjamin | Legal Matters and Disputes |
| Guo, Yi Meng | Legal Matters and Disputes |

| **Name of Entity** | **Category** |
| --- | --- |
| Ishii-Moy, Mai | Legal Matters and Disputes |
| Kash, Loreta | Legal Matters and Disputes |
| Katoski, Kristin Freires | Legal Matters and Disputes |
| Kiani, Saad | Legal Matters and Disputes |
| Kunderevych, Volodymyr | Legal Matters and Disputes |
| Langley, Ray M. | Legal Matters and Disputes |
| Lazar, Angello | Legal Matters and Disputes |
| Lazar, Valentin | Legal Matters and Disputes |
| Le, Adrea T. | Legal Matters and Disputes |
| Levy, Apple | Legal Matters and Disputes |
| Levy, Damon | Legal Matters and Disputes |
| Liquidity Technologies Ltd D/B/A Coinflex | Legal Matters and Disputes |
| Majumdar, Dwaipayan | Legal Matters and Disputes |
| Maki, Todd Federick | Legal Matters and Disputes |
| Mara, Erin Claire | Legal Matters and Disputes |
| Martin, Daniel | Legal Matters and Disputes |
| Maxfield, Jason Lee | Legal Matters and Disputes |
| Meng, Brian | Legal Matters and Disputes |
| Minnick, Justin | Legal Matters and Disputes |
| Mitton, Hugh | Legal Matters and Disputes |
| Mozjesik, Sarah | Legal Matters and Disputes |
| MS SD IRA LLC | Legal Matters and Disputes |
| Ney, Andrew | Legal Matters and Disputes |
| Nickels, Robert | Legal Matters and Disputes |
| Oren, Nazim | Legal Matters and Disputes |
| Pandya, Vishwaja | Legal Matters and Disputes |
| Park, Lisa Bokhee | Legal Matters and Disputes |
| Pedley, Christopher J | Legal Matters and Disputes |
| Pestrikov, Dmitri | Legal Matters and Disputes |
| Pharos Fund | Legal Matters and Disputes |
| Pikulenko, Inna | Legal Matters and Disputes |
| Plutus21 Blockchain Opportunities Fund I | Legal Matters and Disputes |
| Plutus21 Blockchain Opportunities Fund I L.P | Legal Matters and Disputes |
| Puccio, George W | Legal Matters and Disputes |
| Rebrook, Patrick | Legal Matters and Disputes |
| Shafir, Ziv | Legal Matters and Disputes |
| Simons, Scott | Legal Matters and Disputes |
| Singh, Amol Bikram | Legal Matters and Disputes |
| Sousa, Nelson Dos Santos De | Legal Matters and Disputes |
| Stanley, Chad | Legal Matters and Disputes |
| Symbolic Capital Partners | Legal Matters and Disputes |
| Tiong, Susana Ying Hie | Legal Matters and Disputes |

| Name of Entity | Category |
|---|---|
| Vexil Capital | Legal Matters and Disputes |
| Vizzutti, Nicholas Jeffrey | Legal Matters and Disputes |
| Weber, Brian | Legal Matters and Disputes |
| Wilson, Kanyla | Legal Matters and Disputes |
| Wohlman, Odette | Legal Matters and Disputes |
| Wright, Austin Lamar | Legal Matters and Disputes |
| Young, Christopher | Legal Matters and Disputes |
| Cryptos Capital | Non - Bankruptcy Advisor |
| Matsurmura, Miko | Non - Bankruptcy Advisor |
| CMS Cameron McKenna Nabarro Olswang LLP | Non-Bankruptcy Advisors and Ordinary Course Professionals |
| Conyers Dill & Pearman | Non-Bankruptcy Advisors and Ordinary Course Professionals |
| Adrian Perez-Siam | Notice of Appearance / Pro Hac Vice |
| ArentFox Schiff LLP | Notice of Appearance / Pro Hac Vice |
| Attorney For State Of Wisconsin Department Of Financial Institutions | Notice of Appearance / Pro Hac Vice |
| Berliner & Pilson, Esqs. | Notice of Appearance / Pro Hac Vice |
| Bernstein-Burkley P.C. | Notice of Appearance / Pro Hac Vice |
| Blank Rome LLP | Notice of Appearance / Pro Hac Vice |
| Brett Flora | Notice of Appearance / Pro Hac Vice |
| Brown & Connery, LLP | Notice of Appearance / Pro Hac Vice |
| Brown Connery | Notice of Appearance / Pro Hac Vice |
| Buchalter, A Professional Corporation | Notice of Appearance / Pro Hac Vice |
| CDP Investments Inc. | Notice of Appearance / Pro Hac Vice |
| Clint Petty | Notice of Appearance / Pro Hac Vice |
| Coan Payton & Paine | Notice of Appearance / Pro Hac Vice |
| Courtney Burks Steadman | Notice of Appearance / Pro Hac Vice |
| Cred Inc. Liquidation Trust | Notice of Appearance / Pro Hac Vice |
| Degirolamo, Anthony J. | Notice of Appearance / Pro Hac Vice |
| Dickinson Wright PLLC | Notice of Appearance / Pro Hac Vice |
| Duane Morris LLP | Notice of Appearance / Pro Hac Vice |
| EMCO Technology | Notice of Appearance / Pro Hac Vice |
| Emil Pilacik, Jr. | Notice of Appearance / Pro Hac Vice |
| Eric Wohlwend | Notice of Appearance / Pro Hac Vice |
| Federal Trade Commission | Notice of Appearance / Pro Hac Vice |
| FisherBroyles, LLP | Notice of Appearance / Pro Hac Vice |
| Fortis Law Partners | Notice of Appearance / Pro Hac Vice |
| Great American Insurance Company | Notice of Appearance / Pro Hac Vice |
| Hopkins & Carley | Notice of Appearance / Pro Hac Vice |
| Hugh McCullough of Davis Wright Tremaine LLP | Notice of Appearance / Pro Hac Vice |
| Illinois Secretary of State | Notice of Appearance / Pro Hac Vice |
| Joe Breher | Notice of Appearance / Pro Hac Vice |
| Jonathan Jerry Shroyer | Notice of Appearance / Pro Hac Vice |

| Name of Entity | Category |
|---|---|
| Jones Day | Notice of Appearance / Pro Hac Vice |
| Josh Tornetta | Notice of Appearance / Pro Hac Vice |
| JR Law | Notice of Appearance / Pro Hac Vice |
| Keith Ryals | Notice of Appearance / Pro Hac Vice |
| Kim Flora | Notice of Appearance / Pro Hac Vice |
| Kyle Farmery | Notice of Appearance / Pro Hac Vice |
| Levin-Epstein & Associates, P.C. | Notice of Appearance / Pro Hac Vice |
| Lisa T. Vickers | Notice of Appearance / Pro Hac Vice |
| Livingston PLLC | Notice of Appearance / Pro Hac Vice |
| Lowenstein Sandler LLP | Notice of Appearance / Pro Hac Vice |
| Lucy Thomson | Notice of Appearance / Pro Hac Vice |
| Maine Office of Securities | Notice of Appearance / Pro Hac Vice |
| Maurice Wutscher LLP | Notice of Appearance / Pro Hac Vice |
| McCarter & English, LLP | Notice of Appearance / Pro Hac Vice |
| McDermott Will & Emery LLP | Notice of Appearance / Pro Hac Vice |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Notice of Appearance / Pro Hac Vice |
| Mclean, Stuart | Notice of Appearance / Pro Hac Vice |
| Meyer, Suozzi, English & Klein, P.C. | Notice of Appearance / Pro Hac Vice |
| Michigan Department of Treasury | Notice of Appearance / Pro Hac Vice |
| Miles & Stockbridge | Notice of Appearance / Pro Hac Vice |
| Mintz & Gold, LLP | Notice of Appearance / Pro Hac Vice |
| Missouri Securities Division | Notice of Appearance / Pro Hac Vice |
| MRK Spanish Ridge, LLC | Notice of Appearance / Pro Hac Vice |
| National Association Of Attorneys General | Notice of Appearance / Pro Hac Vice |
| Nhat Van Meyer | Notice of Appearance / Pro Hac Vice |
| Norgaard O'Boyle & Hannon | Notice of Appearance / Pro Hac Vice |
| North Dakota Securities Department | Notice of Appearance / Pro Hac Vice |
| Office of the Attorney General of Texas | Notice of Appearance / Pro Hac Vice |
| Office Of The Attorney General Of Washington | Notice of Appearance / Pro Hac Vice |
| Orrick, Herrington & Sutcliffe LLP | Notice of Appearance / Pro Hac Vice |
| Pennsylvania Department of Revenue | Notice of Appearance / Pro Hac Vice |
| Pennsylvania Office of Attorney General | Notice of Appearance / Pro Hac Vice |
| Peter Polombo | Notice of Appearance / Pro Hac Vice |
| PREH Spanish Ridge, LLC | Notice of Appearance / Pro Hac Vice |
| Pryor Cashman LLP | Notice of Appearance / Pro Hac Vice |
| RH Montgomery Properties, Inc. | Notice of Appearance / Pro Hac Vice |
| Ripple Labs Inc. | Notice of Appearance / Pro Hac Vice |
| Roche Freedman LLP, A Professional Corporation | Notice of Appearance / Pro Hac Vice |
| SAP National Security Services | Notice of Appearance / Pro Hac Vice |
| Saul Ewing | Notice of Appearance / Pro Hac Vice |
| Sills Cummis & Gross P.C. | Notice of Appearance / Pro Hac Vice |

| Name of Entity | Category |
|---|---|
| State of Washington Department of Employment Security | Notice of Appearance / Pro Hac Vice |
| State of Washington Department of Labor & Industries | Notice of Appearance / Pro Hac Vice |
| State of Washington Department of Revenue | Notice of Appearance / Pro Hac Vice |
| Steege, Catherine L. | Notice of Appearance / Pro Hac Vice |
| Stuart P. Gelberg, Esq | Notice of Appearance / Pro Hac Vice |
| Stuart P. Gelberg, Esq. | Notice of Appearance / Pro Hac Vice |
| SULLIVAN & CROMWELL LLP | Notice of Appearance / Pro Hac Vice |
| Texas Attorney General | Notice of Appearance / Pro Hac Vice |
| Texas Department of Banking | Notice of Appearance / Pro Hac Vice |
| The Law Offices Of T. Scott Leo PC | Notice of Appearance / Pro Hac Vice |
| Thomas Shannon, D.D.S., M.D.S | Notice of Appearance / Pro Hac Vice |
| TN Attorney General's Office | Notice of Appearance / Pro Hac Vice |
| TN Dept of Commerce and Insurance | Notice of Appearance / Pro Hac Vice |
| Togut Segal & Segal LLP | Notice of Appearance / Pro Hac Vice |
| Troutman Pepper Hamilton Sanders LLP | Notice of Appearance / Pro Hac Vice |
| Van Meyer, Nol | Notice of Appearance / Pro Hac Vice |
| Venable LLP | Notice of Appearance / Pro Hac Vice |
| Vermont Department of Financial Regulation | Notice of Appearance / Pro Hac Vice |
| Vincent Theodore Goetten | Notice of Appearance / Pro Hac Vice |
| Wadsworth, Garber, Warner and Conrardy, P.C | Notice of Appearance / Pro Hac Vice |
| Waller Lansden Dortch & Davis, LLP | Notice of Appearance / Pro Hac Vice |
| Washington State Department of Financial Institutions | Notice of Appearance / Pro Hac Vice |
| Weil, Gotshal & Manges LLP | Notice of Appearance / Pro Hac Vice |
| Weir Greenblatt Pierce LLP | Notice of Appearance / Pro Hac Vice |
| William D. Schroeder, Jr. | Notice of Appearance / Pro Hac Vice |
| Willis Towers Watson US LLC | Notice of Appearance / Pro Hac Vice |
| Wisconsin Attorney General's Office | Notice of Appearance / Pro Hac Vice |
| Wisconsin Department of Financial Institutions | Notice of Appearance / Pro Hac Vice |
| A. Georgiou & Co LLC | Ordinary Course Professionals |
| Advokatu Kontora Sorainen IR Partneriai | Ordinary Course Professionals |
| Buckley LLP | Ordinary Course Professionals |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Ordinary Course Professionals |
| Holley Nethercote Pty Ltd. | Ordinary Course Professionals |
| Jackson Lewis P.C. | Ordinary Course Professionals |
| McCarthy Tetrault LLP | Ordinary Course Professionals |
| McMillan LLP | Ordinary Course Professionals |
| Middlebrooks Shapiro, P.C. | Ordinary Course Professionals |
| Stout Risius Ross, LLC | Ordinary Course Professionals |
| Taylor Wessing LLP | Ordinary Course Professionals |

| Name of Entity | Category |
|---|---|
| Uría Menéndez Abogados, S.L.P | Ordinary Course Professionals |
| Walker Morris LLP | Ordinary Course Professionals |
| White & Case LLP | Ordinary Course Professionals |
| Wilson Sonsini Goodrich & Rosati | Ordinary Course Professionals |
| Fujii, Akiko | Other Related Parties |
| Landes, Aliza | Other Related Parties |
| Mashinsky, Krissy | Other Related Parties |
| Mashinsky, Rena | Other Related Parties |
| David Proman | Potential Bidding Parties and Principals |
| GDA Luma | Potential Bidding Parties and Principals |
| BNK to the Future | Retail Customers |
| BlockFI | Significant Competitors |
| Voyager Digital Holdings, Inc. | Significant Competitors |
| Voyager Digital LLC | Significant Competitors |
| Advanced Technology Fund XXI LLC | Significant Equity Holders |
| Altshuler ShahamTrusts Ltd | Significant Equity Holders |
| Artus Capital GmbH & Co. KGaA | Significant Equity Holders |
| Barse, David | Significant Equity Holders |
| Bui, Dung | Significant Equity Holders |
| BullPerks BVI Corp | Significant Equity Holders |
| Caisse de dépôt et placement du Québec | Significant Equity Holders |
| Carter, William Douglas | Significant Equity Holders |
| CDP Investissements Inc. | Significant Equity Holders |
| Connolly, Thomas | Significant Equity Holders |
| Craig Barrett | Significant Equity Holders |
| Craig Barrett Andersen Invest Luxembourg S.A. Spf | Significant Equity Holders |
| Cruz Caceres, Juan | Significant Equity Holders |
| European Media Finance Ltd | Significant Equity Holders |
| Fabric Ventures Group Sarl | Significant Equity Holders |
| Gialamas, John | Significant Equity Holders |
| Gumi Cryptos Capital LLC | Significant Equity Holders |
| Heliad Equity PartnersGmbH & Co. KGaA | Significant Equity Holders |
| Hoffman, David | Significant Equity Holders |
| Intership LTD | Significant Equity Holders |
| Isaias, Estefano | Significant Equity Holders |
| JR Investment Trust | Significant Equity Holders |
| Jubayli, Jad | Significant Equity Holders |
| Kazi, Ylan | Significant Equity Holders |
| Knuth Walsh, Sandra | Significant Equity Holders |
| Kordomenos, James | Significant Equity Holders |
| Lamesh, Lior | Significant Equity Holders |
| Mauldin, Alan L. | Significant Equity Holders |

| **Name of Entity** | **Category** |
|---|---|
| Mauldin, Michelle E. | Significant Equity Holders |
| Mowry, Michael | Significant Equity Holders |
| Pistey, Robert | Significant Equity Holders |
| Remen, Yaron | Significant Equity Holders |
| Shamai, Shahar | Significant Equity Holders |
| Tether International Ltd | Significant Equity Holders |
| tokentus Investment AG | Significant Equity Holders |
| Tran, Anhminh | Significant Equity Holders |
| Treutler, Johannes | Significant Equity Holders |
| WestCap Celsius Co-Invest 2021, LLC | Significant Equity Holders |
| WestCap Group | Significant Equity Holders |
| WestCap SOF Celsius 2021 Aggregator, LP | Significant Equity Holders |
| WestCap SOF II IEQ 2021 Co-Invest, LP | Significant Equity Holders |
| Alabama Securities Commission | Taxing Authority/Governmental/Regulatory Agencies |
| Alaska Division of Banking & Securities | Taxing Authority/Governmental/Regulatory Agencies |
| Arkansas Securities Department | Taxing Authority/Governmental/Regulatory Agencies |
| Autorite Des Marches Financiers (AMF) - Canadian Securities Administrators | Taxing Authority/Governmental/Regulatory Agencies |
| California Department of Financial Protection and Innovation | Taxing Authority/Governmental/Regulatory Agencies |
| Commodity Futures Trading Commission | Taxing Authority/Governmental/Regulatory Agencies |
| Commonwealth of Massachusetts Office of The Attorney General | Taxing Authority/Governmental/Regulatory Agencies |
| Commonwealth of Massachusetts Securities Division | Taxing Authority/Governmental/Regulatory Agencies |
| District of Columbia Department of Insurance, Securities and Banking | Taxing Authority/Governmental/Regulatory Agencies |
| Financial and Consumer Affairs Authority | Taxing Authority/Governmental/Regulatory Agencies |
| Financial Conduct Authority | Taxing Authority/Governmental/Regulatory Agencies |
| Georgia Office of Secretary of State Securities & Charities Division | Taxing Authority/Governmental/Regulatory Agencies |
| Gibraltar Financial Services Commission | Taxing Authority/Governmental/Regulatory Agencies |
| Hawaii Department of Commerce and Consumer Affairs | Taxing Authority/Governmental/Regulatory Agencies |
| Illinois Securities Department | Taxing Authority/Governmental/Regulatory Agencies |
| Kentucky Department of Financial Institutions | Taxing Authority/Governmental/Regulatory Agencies |
| Minnesota Attorney General Office | Taxing Authority/Governmental/Regulatory Agencies |
| Minnesota Department of Commerce | Taxing Authority/Governmental/Regulatory Agencies |
| Mississippi Secretary of State Office | Taxing Authority/Governmental/Regulatory Agencies |
| New Hampshire Bureau of Securities Regulation | Taxing Authority/Governmental/Regulatory Agencies |
| New Jersey Bureau of Securities | Taxing Authority/Governmental/Regulatory Agencies |
| New Jersey Office of The Attorney General | Taxing Authority/Governmental/Regulatory Agencies |
| North Carolina Department of The Secretary of State | Taxing Authority/Governmental/Regulatory Agencies |

| Name of Entity | Category |
|---|---|
| Office of The Attorney General of Missouri | Taxing Authority/Governmental/Regulatory Agencies |
| Office of The Montana State Auditor | Taxing Authority/Governmental/Regulatory Agencies |
| Office The Attorney General of West Virginia | Taxing Authority/Governmental/Regulatory Agencies |
| Pennsylvania Bureau of Securities Compliance and Examinations | Taxing Authority/Governmental/Regulatory Agencies |
| Pennsylvania Department of Banking and Securities | Taxing Authority/Governmental/Regulatory Agencies |
| South Carolina Office of The Attorney General | Taxing Authority/Governmental/Regulatory Agencies |
| South Dakota Division of Insurance Securities Regulation | Taxing Authority/Governmental/Regulatory Agencies |
| State of California Department of Justice Public Inquiry Unit | Taxing Authority/Governmental/Regulatory Agencies |
| State of Idaho Department of Finance | Taxing Authority/Governmental/Regulatory Agencies |
| State of New York Office of The Attorney General, Division of Economic Justice | Taxing Authority/Governmental/Regulatory Agencies |
| State of Oklahoma Department of Securities | Taxing Authority/Governmental/Regulatory Agencies |
| Tennessee Department of Commerce and Insurance Financial Services Investigation Unit | Taxing Authority/Governmental/Regulatory Agencies |
| Texas State Securities Board | Taxing Authority/Governmental/Regulatory Agencies |
| The Ontario Securities Commission (The OSC) | Taxing Authority/Governmental/Regulatory Agencies |
| U.S. Department of Treasury | Taxing Authority/Governmental/Regulatory Agencies |
| United States Department of Justice | Taxing Authority/Governmental/Regulatory Agencies |
| United States Securities and Exchange Commission | Taxing Authority/Governmental/Regulatory Agencies |
| Washington State Division of Securities | Taxing Authority/Governmental/Regulatory Agencies |
| Abriano, Victor | U.S Trustee Office |
| Arbeit, Susan | U.S Trustee Office |
| Bruh, Mark | U.S Trustee Office |
| Cornell, Shara | U.S Trustee Office |
| Gannone, James | U.S Trustee Office |
| Higgins, Benjamin J. | U.S Trustee Office |
| Joseph, Nadkarni | U.S Trustee Office |
| Masumoto, Brian S. | U.S Trustee Office |
| Mendoza, Ercilia A. | U.S Trustee Office |
| Moroney, Mary V. | U.S Trustee Office |
| Morrissey, Richard C. | U.S Trustee Office |
| Ogunleye, Alaba | U.S Trustee Office |
| Rodriguez, Ilusion | U.S Trustee Office |
| Schwartz, Andrea B. | U.S Trustee Office |
| Schwartzberg, Paul K. | U.S Trustee Office |
| Scott, Shannon | U.S Trustee Office |
| Sharp, Sylvester | U.S Trustee Office |
| Tiantian, Tara | U.S Trustee Office |
| Velez-Rivera, Andy | U.S Trustee Office |
| Vescovacci, Madeleine | U.S Trustee Office |

| Name of Entity | Category |
|---|---|
| Wells, Annie | U.S Trustee Office |
| Zipes, Greg M. | U.S Trustee Office |
| Allen, Joseph | U.S. Trustee Office |
| Black, Christine | U.S. Trustee Office |
| Harrington, William K. | U.S. Trustee Office |
| Leonhard, Alicia | U.S. Trustee Office |
| Penpraze, Lisa | U.S. Trustee Office |
| Riffkin, Linda | U.S. Trustee Office |
| Schmitt, Kathleen | U.S. Trustee Office |
| Van Baalen, Guy A. | U.S. Trustee Office |
| Andrew Yoon | UCC Members |
| Coco, Christopher | UCC Members |
| Keith Noyes | UCC Members |
| Robinson, Mark | UCC Members |
| Scott Duffy | UCC Members |
| Thomas DiFiore | UCC Members |
| Warren, Caroline | UCC Members |
| Gornitzky & Co. | UCC Professionals |
| Kroll Restructuring Administration LLC | UCC Professionals |
| Selendy Gay Elsberg PLLC | UCC Professionals |
| AT&T | Utilities |
| Comcast | Utilities |
| Cox Business | Utilities |
| EE Limited | Utilities |
| Giffgaff | Utilities |
| Google Fiber | Utilities |
| Hypercore Networks, Inc. | Utilities |
| Lightpath Fiber | Utilities |
| Lumen | Utilities |
| Ring Central Inc. | Utilities |
| Spectrum Enterprise | Utilities |
| Verizon Wireless | Utilities |
| 192 Business Experian | Vendors |
| a2e | Vendors |
| AgileEngine | Vendors |
| Akin Gump Strauss Hauer Feld LLP | Vendors |
| AlixPartners LLP | Vendors |
| Amsalem Tours & Travel Ltd | Vendors |
| Andersen LLP | Vendors |
| Apple Search Ads | Vendors |
| Apple Store | Vendors |
| Arocon Consulting LLC | Vendors |

| Name of Entity | Category |
|---|---|
| Atlassian | Vendors |
| Auth0 Inc. | Vendors |
| Avraham, Daniel | Vendors |
| Bitmain Technologies | Vendors |
| Blue Edge Bulgaria EOOD | Vendors |
| CDW | Vendors |
| Chainalysis, Inc. | Vendors |
| CoinRoutes Inc | Vendors |
| Coleman, Bradley K | Vendors |
| Compliance Risk Concepts LLC | Vendors |
| Core Scientific | Vendors |
| Creditor Group Corp. | Vendors |
| Cyesec Ltd. | Vendors |
| David Rabbi Law Firm | Vendors |
| Debak, Antun | Vendors |
| Dell | Vendors |
| DoiT International UK and I LTD | Vendors |
| Dow Jones & Company, Inc. | Vendors |
| Egon Zehnder International Inc. | Vendors |
| Evgeni Kif | Vendors |
| EY | Vendors |
| Facebook | Vendors |
| GEA Limited | Vendors |
| GEM | Vendors |
| Gk8 Ltd | Vendors |
| GoDaddy.com | Vendors |
| Google Ads | Vendors |
| Halborn Inc. | Vendors |
| Hedgeguard | Vendors |
| HMRC Shipley | Vendors |
| K.F.6 Partners Ltd | Vendors |
| KeyFi, Inc. | Vendors |
| Kforce Inc. | Vendors |
| Korn Ferry | Vendors |
| Latham | Vendors |
| Lunar Sqaures | Vendors |
| LVC USA Inc. | Vendors |
| Mambu Tech B.V. | Vendors |
| Mazars LLP | Vendors |
| MCM 965 | Vendors |
| Michael Page International Inc | Vendors |
| Mixpanel Inc. | Vendors |

| **Name of Entity** | **Category** |
| --- | --- |
| MVP Workshop | Vendors |
| Necter | Vendors |
| New Spanish Ridge, LLC | Vendors |
| NICE Systems UK Limited | Vendors |
| Nuri | Vendors |
| NuSources | Vendors |
| Nyman Libson Paul LLP | Vendors |
| Ocean View Marketing Inc. | Vendors |
| Onfido Ltd | Vendors |
| Onfido, Inc | Vendors |
| Optimizely, Inc. | Vendors |
| Payplus By Iris | Vendors |
| Payplus Ltd | Vendors |
| Phase II Block A South Waterfront Fee LLC | Vendors |
| Plaid Inc. | Vendors |
| Prescient | Vendors |
| Priority Power | Vendors |
| Pušonja, Mališa | Vendors |
| Quantstamp, Inc. | Vendors |
| Quoine PTE. LTD. | Vendors |
| Real Vision Group | Vendors |
| Resources Global Professionals | Vendors |
| Sawhney, Rajiv | Vendors |
| Slack Technologies, LLC | Vendors |
| Sovos Compliance | Vendors |
| Twitter | Vendors |
| Virtual Business Source Ltd | Vendors |
| WestCap Management LLC | Vendors |
| Zendesk, Inc. | Vendors |

**Schedule 2**

**Potential Parties-in-Interest with Connections**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is RSM's Client | Category of Interested Party | Line of Business |
|---|---|---|---|
| Jenner & Block LLP | Jenner & Block | Bankruptcy Examiner and Professionals | Consulting and Tax |
| Jenner & Block LLP | Jenner & Block LLP | Bankruptcy Examiner and Professionals | Consulting and Tax |
| Glenn, Martin | Martin T Glenn | Bankruptcy Judges | Tax |
| C Street Advisory Group | C Street, LLC | Bankruptcy Professionals - Other | Tax |
| Elementus | Elementus Minerals LLC | Bankruptcy Professionals - Other | Audit and Tax |
| Houlihan Lokey | Houlihan Lokey Howard & Zukin | Bankruptcy Professionals - Other | Consulting and Tax |
| Pepper Hamilton LLP | Pepper Hamilton - Ranger 2018 | Bankruptcy Professionals - Other | Consulting |
| Kroll Restructuring, Kroll Restructuring Administration LLC | Kroll Restructuring Administration LLC | Bankruptcy Professionals - Other, UCC Professionals | Tax |
| Alvarez & Marsal | Alvarez & Marsal AMCO Partners Fund, LP | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal AMCSI Partners Fund LP [alias: Alvarez & Marsal AMCSI Partners] | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal Capital (Cayman), LP | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal Capital, LP | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal Holdings, LLC | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal Partners Buyout Fund Europe SCSp [alias: Alvarez & Marsal Partners Buyout Fund Europe, SCSp] | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal Partners Buyout Fund II LP [alias: Alvarez & Marsal Partners Buyout Fund II, LP] | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal Partners Buyout Fund III, LP | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal Partners Buyout Fund, LP | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal Partners Fund Europe LP (Cayman) | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal Partners Fund II, LP | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal Partners Fund III | Bankruptcy Professionals - Retained | Audit and Tax |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is RSM's Client | Category of Interested Party | Line of Business |
|---|---|---|---|
| Jenner & Block LLP | Jenner & Block | Bankruptcy Examiner and Professionals | Consulting and Tax |
| Alvarez & Marsal | Alvarez & Marsal Partners Fund LP [alias: Alvarez & Marsal Partners Fund, LP] | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez & Marsal Partners Opportunities Fund, LP | Bankruptcy Professionals - Retained | Audit and Tax |
| Alvarez & Marsal | Alvarez Marsal Partners Strategic Investments LP [alias: Alvarez & Marsal Partners Strategic Investments LP] | Bankruptcy Professionals - Retained | Audit and Tax |
| Dunn, Michael, Fischer (FBC & Co.) | FBC Mortgage LLC [alias: FBC Mortgage, LLC] | Bankruptcy Professionals - Retained | Consulting |
| Kirkland & Ellis LLP | Kirkland & Ellis | Bankruptcy Professionals - Retained | Tax |
| Vast Bank, National Association | Vast Bank National Association | Contract Counter-Parties | Tax |
| Paul Hastings LLP | Paul Hastings LLP | Counsel to Former Executives | Consulting |
| Paul Hastings LLP | Paul Hastings LLP - Richard Hare | Counsel to Former Executives | Consulting |
| Celsius Mining LLC | Prospect Capital Management, LLC | Debtor | Audit, Consulting, and Tax |
| Celsius Mining LLC | Celsius Mining LLC | Debtor | Audit |
| Godfrey & Kahn, S.C. | Godfrey & Kahn, S.C. | Fee Examiner and Professionals | Consulting |
| Akuna Digital Assets LLC | Akuna Capital LLC | Institutional Customers | Tax |
| Akuna Digital Assets LLC | Akuna Capital LLC 401(K) Plan | Institutional Customers | Tax |
| Akuna Digital Assets LLC | Akuna Holdings LLC and Subsidiaries | Institutional Customers | Tax |
| Akuna Digital Assets LLC | Akuna Securities LLC | Institutional Customers | Tax |
| Alameda | Alameda Alliance for Health | Institutional Customers | Consulting |
| Alameda | Alameda Land Co LLC [alias: Alameda Land Co., LLC] | Institutional Customers | Consulting |
| Alameda | Alameda Multifamily Holdings LLC | Institutional Customers | Consulting |
| Alameda | Alameda Multifamily Venture LLC | Institutional Customers | Consulting |
| Alameda | Alameda Sable Investors, LLC | Institutional Customers | Consulting |
| Alameda | CP Harridge Alameda Property Owner LLC | Institutional Customers | Consulting |
| Alameda | Highline Partners Alameda LLC | Institutional Customers | Consulting |
| Alameda | Maximus Alameda Multifamily Member LLC | Institutional Customers | Consulting |
| Alameda | Maximus Alameda Multifamily Owner LLC | Institutional Customers | Consulting |
| Alameda | Maximus Alameda Multifamily Promote, LLC | Institutional Customers | Consulting |
| Alameda | MSDC Alameda Investors 2, LLC | Institutional Customers | Consulting |
| B2C2 LTD | B2C2 USA, Inc. | Institutional Customers | Audit |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is RSM's Client | Category of Interested Party | Line of Business |
|---|---|---|---|
| Jenner & Block LLP | Jenner & Block | Bankruptcy Examiner and Professionals | Consulting and Tax |
| CMS Holdings LLC | CMS Distribution Inc. | Institutional Customers | Tax |
| CMS Holdings LLC | CMS Francis Lefebvre | Institutional Customers | Tax |
| CMS Holdings LLC | CMS Group Holdings LP | Institutional Customers | Tax |
| CMS Holdings LLC | CMS Group Intermediate, LLC | Institutional Customers | Tax |
| CMS Holdings LLC | CMS Mechanical Services, LLC | Institutional Customers | Tax |
| CMS Holdings LLC | CMS Profits, LLC | Institutional Customers | Tax |
| CMS Holdings LLC | CMS-KB Inc | Institutional Customers | Tax |
| CMS Holdings LLC | Complete Merchant Solutions Holding Company LLC [alias: CMS Holdings, LLC] | Institutional Customers | Tax |
| CMS Holdings LLC | Consumers Energy (CMS) | Institutional Customers | Tax |
| CMS Holdings LLC | Riverside CMS Blocker Corp | Institutional Customers | Tax |
| Cumberland DRW LLC | Cumberland DRW LLC | Institutional Customers | Audit and Consulting |
| DV Chain LLC | DV Chain (Canada) Inc. | Institutional Customers | Audit and Tax |
| DV Chain LLC | DV Chain Holdings, Inc. | Institutional Customers | Audit and Tax |
| DV Chain LLC | DV Chain LLC | Institutional Customers | Audit and Tax |
| Fractal | Fractal Analytics Inc | Institutional Customers | Tax |
| Fractal | Fractal Design North America Inc [alias: Fractal Design North America, Inc.] | Institutional Customers | Tax |
| Fractal | Fractal LLC | Institutional Customers | Tax |
| Future Technology Investment | Future Technologies Group Inc. | Institutional Customers | Tax |
| Future Technology Investment | Future Technologies Group LLC | Institutional Customers | Tax |
| Gemini | Gemini Bakery Equip. Co. | Institutional Customers | Audit and Tax |
| Gemini | Gemini Bakery Equipment Company 401K Plan | Institutional Customers | Audit and Tax |
| Gemini | Gemini Equity Capital, LLC | Institutional Customers | Audit and Tax |
| Gemini | Gemini Investors, LLC | Institutional Customers | Audit and Tax |
| Gemini | Gemini Trust Company, LLC | Institutional Customers | Audit and Tax |
| Gemini | New Hyde Park Alternative Funds LLC [aliases: Gemini Alternative Funds LLC, Gemini Alternative Funds, LLC] | Institutional Customers | Audit and Tax |
| Grapefruit Trading LLC | Grapefruit Trading LLC | Institutional Customers | Audit |
| Hehmeyer LLC | Christopher K Hehmeyer | Institutional Customers | Tax |
| Hehmeyer LLC | Hehmeyer Capital Management LLC | Institutional Customers | Tax |
| Hehmeyer LLC | Hehmeyer Cryptocurrency Index Fund LLC | Institutional Customers | Tax |
| Hehmeyer LLC | Hehmeyer LLC | Institutional Customers | Tax |
| JUMP Trading | Jump Financial LLC | Institutional Customers | Tax |
| JUMP Trading | Jump Investments LLC | Institutional Customers | Tax |
| Kronos Holdings | Kronos Acquisition Corp I | Institutional Customers | Tax |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is RSM's Client | Category of Interested Party | Line of Business |
|---|---|---|---|
| Jenner & Block LLP | Jenner & Block | Bankruptcy Examiner and Professionals | Consulting and Tax |
| Kronos Holdings | Kronos Acquisition Corp II | Institutional Customers | Tax |
| Kronos Holdings | Kronos Bio, Inc. | Institutional Customers | Tax |
| Kronos Holdings | Kronos Foods Inc | Institutional Customers | Tax |
| Kronos Holdings | Kronos Products, Inc. | Institutional Customers | Tax |
| Kronos Holdings | Kronos SaaShr Inc | Institutional Customers | Tax |
| Marquette Digital | Marquette Capital Fund I LP | Institutional Customers | Audit and Tax |
| Marquette Digital | Marquette Capital Fund II LP | Institutional Customers | Audit and Tax |
| Marquette Digital | Marquette Catholic School | Institutional Customers | Audit and Tax |
| Marquette Digital | Marquette Companies LLC | Institutional Customers | Audit and Tax |
| Marquette Digital | Marquette Financial Companies | Institutional Customers | Audit and Tax |
| Marquette Digital | Marquette Group | Institutional Customers | Audit and Tax |
| Marquette Digital | Marquette Management LLC | Institutional Customers | Audit and Tax |
| Marquette Digital | Marquette National Corp | Institutional Customers | Audit and Tax |
| Marquette Digital | Marquette Partners Holdings, LLC | Institutional Customers | Audit and Tax |
| Marquette Digital | Marquette Partners LP | Institutional Customers | Audit and Tax |
| Marquette Digital | THG Marquette LLC | Institutional Customers | Audit and Tax |
| Menai Markets Ltd. | Menai Financial Group LLC | Institutional Customers | Consulting |
| New World Holdings | Farmers New World Life Insurance Company (#63177) | Institutional Customers | Consulting |
| New World Holdings | New World Capital Group, LLC [alias: New World Capital Group, LLC] | Institutional Customers | Consulting |
| New World Holdings | New World DX | Institutional Customers | Consulting |
| New World Holdings | New World Lease Funding, LLC | Institutional Customers | Consulting |
| New World Holdings | New World Structured Asset Funding, LLC | Institutional Customers | Consulting |
| New World Holdings | NewWorld Capital Group | Institutional Customers | Consulting |
| New World Holdings | NewWorld Environmental Infrastructure, LP | Institutional Customers | Consulting |
| Parallel Capital Management Limited | Palace Parallel Holdco LLC | Institutional Customers | Audit |
| Parallel Capital Management Limited | Parallel Consulting Inc [alias: Parallel Consulting Inc.] | Institutional Customers | Audit |
| Parallel Capital Management Limited | Parallel Investment Partners | Institutional Customers | Audit |
| Red River Digital Trading LLC | Red River Ventures I LP | Institutional Customers | Audit |
| Reliz LTD | Reliz Technology Group Holdings Inc. | Institutional Customers | Consulting |
| Simplex | Simplex Employee Holding Company LLC | Institutional Customers | Tax |
| Simplex | Simplex Holdings LLC | Institutional Customers | Tax |
| Simplex | Simplex Investments LLC | Institutional Customers | Tax |
| Simplex | Simplex Strip Doors LLC | Institutional Customers | Tax |
| Simplex | Simplex Trading LLC | Institutional Customers | Tax |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is RSM's Client | Category of Interested Party | Line of Business |
|---|---|---|---|
| Jenner & Block LLP | Jenner & Block | Bankruptcy Examiner and Professionals | Consulting and Tax |
| Simplex | Simplex Ventures, LLC | Institutional Customers | Tax |
| Simplex | The Simplex Group, Inc. and its Subsidiaries | Institutional Customers | Tax |
| Tower Research Capital | Tower Research Capital Investments, LLC | Institutional Customers | Audit |
| Tower Research Capital | Tower Research Capital, LLC | Institutional Customers | Audit |
| Amtrust Underwriters, Inc on behalf of Associated Industries Insurance Company, Inc. | AmTrust Financial Services Inc [alias: AmTrust Financial Services Inc.] | Insurance | Consulting and Tax |
| Amtrust Underwriters, Inc on behalf of Associated Industries Insurance Company, Inc. | AmTrust Holdings Luxembourg Sari | Insurance | Consulting |
| Atlantic Insurance | Atlantic States Insurance Company (GA) | Insurance | Consulting |
| London | Oglebay/London Settlement Trust | Insurance | Tax |
| Markel Insurance | Markel Associates, LLC | Insurance | Tax |
| Markel Insurance | Markel Corporation | Insurance | Tax |
| Markel Insurance | Markel Ventures | Insurance | Tax |
| Marsh | Angel Marsh Investments LLC | Insurance | Tax |
| Marsh | Marsh ClearSight | Insurance | Tax |
| Marsh | Marsh Farms, Inc. | Insurance | Tax |
| Marsh | Marsh Holdings Inc | Insurance | Tax |
| Marsh | Marsh, Berry & Company, Inc. [aliases: Marsh Berry & Company Inc, Marsh, Berry & Company, Inc.] | Insurance | Tax |
| Marsh | Pelican Marsh Golf Club Inc [alias: Pelican Marsh Golf Club, Inc.] | Insurance | Tax |
| Marsh | Stark & Marsh Chartered Accountants, LLP | Insurance | Tax |
| United States Fire Insurance Company | United States Fire Insurance Company (#21113) | Insurance | Consulting |
| Zurich Insurance Group | Zurich American Insurance Company | Insurance | Consulting |
| Davis, Bethany | Louis C Brothers and Betsy L Davis | Legal Matters and Disputes | Tax |
| Dunn, Michael | Michael D and Brenda Dunn [alias: Michael D. and Brenda Dunn] | Legal Matters and Disputes | Tax |
| Dunn, Michael | Michael Dunn | Legal Matters and Disputes | Tax |
| Martin, Daniel | Daniel and Barbara Martin | Legal Matters and Disputes | Tax |
| Martin, Daniel | Daniel K and Megan A Martin [alias: Daniel and Megan Martin] | Legal Matters and Disputes | Tax |
| Pharos Fund | Balling Pharos LLC | Legal Matters and Disputes | Tax |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is RSM's Client | Category of Interested Party | Line of Business |
|---|---|---|---|
| Jenner & Block LLP | Jenner & Block | Bankruptcy Examiner and Professionals | Consulting and Tax |
| Pharos Fund | Pharos Acquisition, LLC | Legal Matters and Disputes | Tax |
| Pharos Fund | Pharos Systems International Inc | Legal Matters and Disputes | Tax |
| Young, Christopher | Christopher Young | Legal Matters and Disputes | Tax |
| Blank Rome LLP | BLANK ROME - Cicel (Beijing) Science & Technology | Notice of Appearance / Pro Hac Vice | Consulting |
| Buchalter, A Professional Corporation | Buchalter, A Professional Corporation [alias: Buchalter Nemer LLP] | Notice of Appearance / Pro Hac Vice | Consulting |
| CDP Investments Inc. | CDP Holdings I LLC [alias: CDP Holdings I, LLC] | Notice of Appearance / Pro Hac Vice | Tax |
| CDP Investments Inc. | CDP Holdings II LLC [alias: CDP Holdings II, LLC] | Notice of Appearance / Pro Hac Vice | Tax |
| CDP Investments Inc. | CDP Holdings V LLC [alias: CDP Holdings V, LLC] | Notice of Appearance / Pro Hac Vice | Tax |
| CDP Investments Inc. | CDP Scranton Inc [alias: CDP Scranton, Inc.] | Notice of Appearance / Pro Hac Vice | Tax |
| Duane Morris LLP | DUANE MORRIS - Connors v Wright Medical [alias: DUANE MORRIS - Connors v. Wright Medical] | Notice of Appearance / Pro Hac Vice | Consulting |
| Duane Morris LLP | DUANE MORRIS - ExactCare v. Caremark | Notice of Appearance / Pro Hac Vice | Consulting |
| Duane Morris LLP | DUANE MORRIS - Public Health Management Corp. | Notice of Appearance / Pro Hac Vice | Consulting |
| Duane Morris LLP | DUANE MORRIS Messer LLC v Devault Packing | Notice of Appearance / Pro Hac Vice | Consulting |
| Great American Insurance Company | Great American Insurance Group | Notice of Appearance / Pro Hac Vice | Consulting |
| Hopkins & Carley | Hopkins & Carley | A Law Corporation | Notice of Appearance / Pro Hac Vice | Consulting |
| Lowenstein Sandler LLP | Lowenstein Sandler LLP | Notice of Appearance / Pro Hac Vice | Consulting |
| McDermott Will & Emery LLP | McDermott Will and Emery LLP | Notice of Appearance / Pro Hac Vice | Tax |
| McDermott Will & Emery LLP | McDermott Will & Emery LLP | Notice of Appearance / Pro Hac Vice | Tax |
| Missouri Securities Division | Missouri Securities Investment Program | Notice of Appearance / Pro Hac Vice | Audit |
| Orrick, Herrington & Sutcliffe LLP | Orrick Herrington & Sutcliffe LLP | Notice of Appearance / Pro Hac Vice | Consulting |
| SAP National Security Services | Add This (SAP) | Notice of Appearance / Pro Hac Vice | Consulting |
| SAP National Security Services | SAP Holdings LLC | Notice of Appearance / Pro Hac Vice | Consulting |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is RSM's Client | Category of Interested Party | Line of Business |
|---|---|---|---|
| Jenner & Block LLP | Jenner & Block | Bankruptcy Examiner and Professionals | Consulting and Tax |
| Troutman Pepper Hamilton Sanders LLP | TROUTMAN PEPPER - FORZA v. CAIC | Notice of Appearance / Pro Hac Vice | Consulting |
| Venable LLP | Ken Moelis Family [alias: Venable LLP i/c/o Ken Moelis Family] | Notice of Appearance / Pro Hac Vice | Consulting |
| Venable LLP | VENABLE LLP - Ben Gravley | Notice of Appearance / Pro Hac Vice | Consulting |
| Venable LLP | Venable LLP [alias: Venable. LLP] | Notice of Appearance / Pro Hac Vice | Consulting |
| Vermont Department of Financial Regulation | Vermont Department of Financial Regulation (VT) [alias: Vermont Department of Financial Regulation] | Notice of Appearance / Pro Hac Vice | Consulting |
| William D. Schroeder, Jr. | William Schroeder | Notice of Appearance / Pro Hac Vice | Tax |
| Jackson Lewis P.C. | Jackson Lewis PC | Ordinary Course Professionals | Consulting |
| McCarthy Tetrault LLP | McCarthy Tétrault Foundation | Ordinary Course Professionals | Audit |
| McCarthy Tetrault LLP | McCarthy Tétrault LLP Canada [alias: McCarthy Tétrault LLP] | Ordinary Course Professionals | Audit |
| McMillan LLP | McMillan LLP | Ordinary Course Professionals | Consulting |
| White & Case LLP | White & Case Europe LLP | Ordinary Course Professionals | Consulting |
| Caisse de dépôt et placement du Québec | Colorado Department of Transportation | Significant Equity Holder | Consulting |
| William Douglas Carter | Billy Carter | Significant Equity Holder | Tax |
| William Douglas Carter | Fortna Inc | Significant Equity Holder | Tax |
| Office of The Montana State Auditor | State of Montana | Taxing Authority/Governmental/Regulatory Agencies | Consulting |
| The Ontario Securities Commission (The OSC) | Ontario Securities Commission | Taxing Authority/Governmental/Regulatory Agencies | Consulting |
| U.S. Department of Treasury, United States Department of Justice | U.S. Department of Justice | Taxing Authority/Governmental/Regulatory Agencies | Consulting |
| U.S. Department of Treasury, United States Department of Justice | United States Department of Justice | Taxing Authority/Governmental/Regulatory Agencies | Consulting |
| Wells, Annie | Anne Wells Maliff Trust of 2011 | U.S Trustee Office | Tax |
| Apple Store, Robinson, Mark | GRC Apple Holdings LLC | UCC Members | Tax |
| Warren, Caroline | Carolyn Warren | UCC Members | Tax |
| Kroll Restructuring Administration LLC | Kroll, LLC [alias: Kroll LLC] | UCC Professionals | Consulting |
| Lumen | Lumen Bioscience, Inc. | Utilities | Consulting |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is RSM's Client | Category of Interested Party | Line of Business |
|---|---|---|---|
| Jenner & Block LLP | Jenner & Block | Bankruptcy Examiner and Professionals | Consulting and Tax |
| Lumen | Lumen Enterprises Inc [alias: Lumen Enterprises Inc.] | Utilities | Consulting |
| Lumen | Lumen Venture LLC | Utilities | Consulting |
| Lumen | Lumen, LLC | Utilities | Consulting |
| Lumen | MicroLumen 401k Plan | Utilities | Consulting |
| Lumen | MicroLumen Inc [alias: MicroLumen, Inc.] | Utilities | Consulting |
| Lumen | MicroLumen International IC-DISC Inc [alias: MicroLumen International IC-DISC, Inc.] | Utilities | Consulting |
| Lumen | Mira Lumen | Utilities | Consulting |
| Spectrum Enterprise | Analog Century Spectrum Fund Ltd. | Utilities | Audit |
| Spectrum Enterprise | Analog Century Spectrum Master Fund Ltd | Utilities | Audit |
| Spectrum Enterprise | Analog Century Spectrum Partners LP | Utilities | Audit |
| Spectrum Enterprise | CC Spectrum LP [alias: Arsenal Spectrum LLC] | Utilities | Audit |
| Spectrum Enterprise | Spectrum Intermediate Fund Limited | Utilities | Audit |
| Spectrum Enterprise | Spectrum Residential LLC | Utilities | Audit |
| Spectrum Enterprise | Spectrum Telecommunication Inc. | Utilities | Audit |
| Spectrum Enterprise | Spectrum Warehouse, LLC | Utilities | Audit |
| Spectrum Enterprise | Sprint Spectrum LP | Utilities | Audit |
| Verizon Wireless | Alliance Leadership Conference [alias: VERIZON WIRELESS] | Utilities | Consulting |
| Verizon Wireless | Verizon PIC LLC | Utilities | Consulting |
| Verizon Wireless | Verizon Sourcing LLC | Utilities | Consulting |
| Andersen LLP | 1027707 Alberta Ltd. (Andersen) | Vendors | Consulting and Tax |
| Andersen LLP | Andersen Tax | Vendors | Consulting and Tax |
| Andersen LLP | ANDERSEN TAX & LEGAL ITALIA | Vendors | Consulting and Tax |
| Apple Store | Apple Grapevine, Inc. | Vendors | Tax |
| Apple Store | Apple Inc | Vendors | Tax |
| Apple Store | BREI Holdings Apple, LLC | Vendors | Tax |
| Auth0 Inc. | Auth0 Inc [alias: Auth0] | Vendors | Consulting |
| CDW | CDW Corporation | Vendors | Consulting |
| CDW | MDCP Co-Investors (CDW) LP | Vendors | Consulting |
| CDW | Weekley CDW 2013 Family Investment LLC | Vendors | Consulting |
| Core Scientific, Core Scientific Inc | Core Scientific Inc | Vendors | Consulting |
| Dell | Dell 5 Partners, LLC | Vendors | Tax |
| Dell | Dell Marketing L.P. | Vendors | Tax |
| Dell | Tranquility Dell | Vendors | Tax |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is RSM's Client | Category of Interested Party | Line of Business |
|---|---|---|---|
| Jenner & Block LLP | Jenner & Block | Bankruptcy Examiner and Professionals | Consulting and Tax |
| Egon Zehnder International Inc. | Egon Zehnder International AG | Vendors | Consulting |
| EY | CGA KC EY 1 Investor LLC | Vendors | Tax |
| EY | CGA KC EY 2 Investor LLC | Vendors | Tax |
| EY | CGA KC EY Member LLC [alias: CGA KC EY Member] | Vendors | Tax |
| GEM | Atrium GEM Partners GP LLC | Vendors | Tax |
| GEM | Atrium Gem Partners LLC | Vendors | Tax |
| GEM | Cornerstone Building Brands, Inc. (RRC) [alias: Ply Gem Industries, Inc. (RRC)] | Vendors | Tax |
| GEM | Gem Asset Acquisition LLC | Vendors | Tax |
| GEM | GEM BDP Investors LP | Vendors | Tax |
| GEM | GEM Capital LP | Vendors | Tax |
| GEM | GEM Centennial Centrum LP | Vendors | Tax |
| GEM | GEM Centrum Inc | Vendors | Tax |
| GEM | Gem City Retreading Inc | Vendors | Tax |
| GEM | Gem City Tires Inc [alias: Gem City Tire Inc] | Vendors | Tax |
| GEM | GEM Colony Woods LLC | Vendors | Tax |
| GEM | GEM Columbus LLC | Vendors | Tax |
| GEM | GEM Evergreen RA, LLC | Vendors | Tax |
| GEM | GEM HB Arizona Land LLC | Vendors | Tax |
| GEM | Gem Health Specialty Sleep Services of MN, P.C. | Vendors | Tax |
| GEM | Gem Health Specialty Sleep Services of NJ, P.C. | Vendors | Tax |
| GEM | Gem Health Specialty Sleep Services of Texas, P.A. | Vendors | Tax |
| GEM | Gem Health Specialty Sleep Services, P.A. | Vendors | Tax |
| GEM | GEM Hillside Inc | Vendors | Tax |
| GEM | GEM HLT CO-INV Fund LP | Vendors | Tax |
| GEM | GEM IFC Seoul Fund LP | Vendors | Tax |
| GEM | GEM IFC Seoul Fund Manager LP | Vendors | Tax |
| GEM | Gem Investors Holdings, LLC | Vendors | Tax |
| GEM | GEM Israel Land LLC | Vendors | Tax |
| GEM | GEM IV NRA LLC | Vendors | Tax |
| GEM | GEM IV RA LLC | Vendors | Tax |
| GEM | Gem Jerusalem Inc | Vendors | Tax |
| GEM | GEM Mechanical Services | Vendors | Tax |
| GEM | GEM MEZZ III LP | Vendors | Tax |
| GEM | GEM NCAA I LLC | Vendors | Tax |
| GEM | GEM Orrington Co-Invest, LP | Vendors | Tax |

| **Name of Entity Searched** | **Name of Entity and/or Affiliate of Entity, that is RSM's Client** | **Category of Interested Party** | **Line of Business** |
|---|---|---|---|
| Jenner & Block LLP | Jenner & Block | Bankruptcy Examiner and Professionals | Consulting and Tax |
| GEM | GEM Plumbing & Heating Services, Inc. [alias: GEM Heating & Plumbing Co.] | Vendors | Tax |
| GEM | GEM Plumbing and Heating Services LLC | Vendors | Tax |
| GEM | GEM Promote GP LLC | Vendors | Tax |
| GEM | Gem Realty Capital Inc | Vendors | Tax |
| GEM | GEM Realty Evergreen Aggregator, LLC | Vendors | Tax |
| GEM | GEM Realty Evergreen Fund LP | Vendors | Tax |
| GEM | GEM Realty Evergreen Fund PF NM, LP | Vendors | Tax |
| GEM | GEM Realty Evergreen Managers LP | Vendors | Tax |
| GEM | GEM Realty Evergreen TRS, LLC | Vendors | Tax |
| GEM | GEM Realty Fund III REIT LLC | Vendors | Tax |
| GEM | GEM Realty Fund III TRS LLC | Vendors | Tax |
| GEM | GEM Realty Fund IV LP | Vendors | Tax |
| GEM | GEM Realty Managers IV LP | Vendors | Tax |
| GEM | GEM Realty Managers V LLC | Vendors | Tax |
| GEM | GEM Realty Managers VI LP | Vendors | Tax |
| GEM | Gem Realty Managers VII LP | Vendors | Tax |
| GEM | GEM Realty Special Situations Fund, L.P. | Vendors | Tax |
| GEM | GEM Realty SS Managers LP | Vendors | Tax |
| GEM | GEM RF-NRA, LLC | Vendors | Tax |
| GEM | Gem Riverwalk LLC | Vendors | Tax |
| GEM | Gem Six Hotels LLC | Vendors | Tax |
| GEM | GEM Special Hillside Inc | Vendors | Tax |
| GEM | GEM Special Hillside LP | Vendors | Tax |
| GEM | GEM Special Situations LLC | Vendors | Tax |
| GEM | Gem Specialty Health, Inc. | Vendors | Tax |
| GEM | GEM Two Hotels Co-Investment Fund LP | Vendors | Tax |
| GEM | Gem Village on the River LP | Vendors | Tax |
| GEM | GemCap Solutions, LLC | Vendors | Tax |
| GEM | GemTech DISC LLC | Vendors | Tax |
| GEM | GemTech LLC [aliases: GemTech, Inc., GemTech, LLC] | Vendors | Tax |
| GEM | GRE Mama LA Investor, LLC [alias: GEM Mama LA Investor, LLC] | Vendors | Tax |
| GEM | Ply Gem Prime Holdings, Inc. | Vendors | Tax |
| Google Ads | Google LLC | Vendors | Audit, Consulting, and Tax |
| Halborn Inc. | Halborn Inc | Vendors | Tax |

| **Name of Entity Searched** | **Name of Entity and/or Affiliate of Entity, that is RSM's Client** | **Category of Interested Party** | **Line of Business** |
|---|---|---|---|
| Jenner & Block LLP | Jenner & Block | Bankruptcy Examiner and Professionals | Consulting and Tax |
| Korn Ferry | Korn Ferry Leadership Consulting Corp Retire Svngs | Vendors | Audit |
| Latham | 110 Grill FM Latham LLC | Vendors | Tax |
| Latham | Latham Bancshares, Inc. | Vendors | Tax |
| Latham | Latham International Holdings Inc & Subs [alias: Latham International Holdings, Inc & Subs.] | Vendors | Tax |
| Latham | Latham Topco, Inc. | Vendors | Tax |
| Latham | Latham, Ervin, Vognsen & Associates, Inc. [aliases: Latham & Associates Inc, Latham and Associates Inc] | Vendors | Tax |
| Mazars LLP | Mazars s.e.n.c r.l. [alias: Mazars Canada] | Vendors | Audit |
| Optimizely, Inc. | Optimizely | Vendors | Audit |
| Optimizely, Inc. | Optimizely Inc [alias: Optimizely Inc.] | Vendors | Audit |
| Optimizely, Inc. | Optimizely, Inc. | Vendors | Audit |
| Prescient | Prescient Ridge Fund LLC | Vendors | Tax |
| Resources Global Professionals | Resources Global Professionals | Vendors | Audit |
| Sovos Compliance | Sovos Aggregator LP | Vendors | Tax |
| Sovos Compliance | Sovos Co-Invest LP | Vendors | Tax |
| Sovos Compliance | Sovos Compliance BidCo LLC | Vendors | Tax |
| Sovos Compliance | Sovos Compliance Holdings LLC | Vendors | Tax |
| Sovos Compliance | Sovos Compliance Intermediate Holdings LLC [alias: Sovos Compliance Holdings LLC] | Vendors | Tax |
| Sovos Compliance | Sovos Compliance LLC [aliases: Sovos Compliance Holdings LLC, Sovos Compliance LLC] | Vendors | Tax |
| Sovos Compliance | Sovos Compliance TopCo LLC | Vendors | Tax |
| Sovos Compliance | Sovos GP 2 LLC | Vendors | Tax |
| Sovos Compliance | Sovos GP LLC | Vendors | Tax |
| Sovos Compliance | Sovos Holdco Inc. | Vendors | Tax |
| Twitter | X Corp [alias: Twitter, Inc.] | Vendors | Tax |
| Zendesk, Inc. | Zendesk Inc. & Subsidiaries | Vendors | Tax |
| Latham, Latham & Watkins LLP | Latham & Watkins LLP | Vendors, Bankruptcy Professionals - Retained | Tax |