**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:                                                   :        Chapter 11
                                                         :
CELSIUS NETWORK LLC, *et al.*,[1]                        :        Case No. 22-10964 (MG)
                                                         :
                         Debtor.                         :        (Jointly Administered)
-------------------------------------------------------------X

## ORDER VACATING ORDER GRANTING MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE FOR POST-PETITION SERVICES

On September 15, 2023, the Court entered the *Order Granting Motion for Allowance of Administrative Expense for Post-Petition Services* (the "Order," ECF Doc. # 3475) granting the *Motion of Galaxy Digital Trading LLC for Allowance of Administrative Expense for Post-Petition Services* (the "Motion," ECF Doc. # 3378) filed by Galaxy Digital Trading LLC.  It is hereby ORDERED THAT:

1.     The Order is VACATED.

2.     The Motion shall be heard at the hearing to be held on October 5, 2023 at 10:00 a.m. (prevailing Eastern Time).

**IT IS SO ORDERED.**

Dated:  September 19, 2023
        New York, New York

                                         **/s/ Martin Glenn**
                                         MARTIN GLENN
                                         Chief United States Bankruptcy Judge

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.