Celsius Network LLC, et al. case (22-10964)

Thomas Luke Anuisc

Director – HR national Pty Ltd

Creditor – Celsius Network

Pleading for Relief for Loans

Dear Honourable Martin Glenn,

I write to you for relief of Liquidated Loans taken out for the purchase of CEL token OTC signed by Harumi their CFO who has been proven on Video to have manipulated the price of the token on Cam Crews Youtube Channel Hellsius

Further admission of company manipulation is here
https://www.reuters.com/legal/cohen-pavon-ex-executive-crypto-lender-celsius-pleads-guilty-us-criminal-charges-2023-09-14/

During the Loan process to purchase the token I have not been provided any blockchain transaction to show the CEL tokens were delivered outside of Celsius Owned wallets, voiding the loan agreement, nor was I checked for sophisticated investor status. They then proceeded to illegally and without consent automatically deduct my EARN capital into the loan aggressively compounding losses without even checking or asking me. When the loans were near threshold, I was encouraged to send in my remaining BTC just a few days prior to the pause which I have not been able to retrieve now.

I request prayer for relief of the loans for both the company HR national Pty Ltd which needs to pay its outstanding tax debts, and also for my personal creditor account which also was liquidated with CEL backed loans (Meaning over 100% of the asset was returned to the debtor in full +fee's yet they left the Loans open meaning I will need to pay the full amount back two times.)

I only seek a fair and equitable distribution, the same as everyone else. So, forgiving the loans that the debtor already has both the USD and the CEL

tokens in full is waived so that any remaining collateral will be treated as a general EARN claim and not setoff twice (The same as everyone else) and I will get a pro-rata share of the re-org in the spirit of Bankruptcy Fairness.

Simply put Subordinating CEL Liquidation claims to 0, whilst forcing me to pay loans back twice is an unjust and inequitable proposition of the UCC and since they refuse to negotiate a settlement after 15 months of wasted time and resources, Respectfully I am seeking your urgent help.

Waiving the loans taken for CEL liquidations is net 0 dilution as the debtor already holds the funds and also allows all creditors to benefit from the Litigation Fund which will chase the directors for fraud whilst not unfairly treating a small sub group to near 0 recovery just because we were defrauded and had our loan contracts breached.

I was prevented from closing the loan out early, tricked into sending more collateral (Which wasn't even used and now part of the bankruptcy) purchased CEL from the debtor under misleading lies and the asset was manipulated into liquidation. I did not play any part in market manipulation myself I am only a victim of the Debtor, but if the UCC claim the price was manipulated up then they also have to acknowledge the manipulation down that caused losses.

Thank you,

Thomas Luke Anusic