**Schedule 1**

Transfer of Claim Other than for Security with Evidence of Transfer of Claim

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br>                                    Debtors. | Chapter 11<br><br>No. 22-10964 (MG)<br><br>(Jointly administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer other than for security of the claim referenced in this evidence and notice.

| Name of Transferor:<br>Pharos Fund SPC - Pharos ETH+ SP<br><br>Name and Current Address of Transferor:<br>Pharos Fund SPC - Pharos ETH+ SP<br>Landmark Square<br>1st Floor<br>64 Earth Close<br>Grand Cayman, KY1-1107<br>Cayman Islands | Name of Transferee:<br>Lantern Ventures Ltd.<br><br>Name and Current Address of Transferee:<br>Lantern Ventures Ltd.<br>claims@lanternventures.com<br>71-75 Shelton Street<br>London<br>England, WC2H 9JQ<br>United Kingdom |
|---|---|

| Claim No./Schedule | Creditor Name | Claim Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F Line 3.1.454162 | Pharos Fund SPC - Pharos ETH+ SP | BTC 0.000073286128353519<br>BUSD 350465.847822073<br>ETH 0.0471219814319796 | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Tara Mac Aulay* (DocuSigned)
Transferee/Transferee's Agent

Date: August 3rd, 2023

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

To: U.S. Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Celsius Network LLC ("Debtor")
Proof of Claim: N/A
Schedule F Line No.: 3.1.454162

Pharos Fund SPC - Pharos ETH+ SP ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> Lantern Ventures Ltd.
> Attn: Tara McAulay, CEO
> 71-75 Shelton Street
> London
> England, WC2H 9JQ
> United Kingdom

its successors and assigns ("Buyer"), all rights, title and interest in and to the scheduled claim of Seller listed at Line 3.1.454162 of the Debtor's amended Schedule F (ECF Doc. #2311), which represents 100% of the total amount of Seller's scheduled claim against Debtor, and any right to payment on account thereof.

Seller hereby waives: (a) any objection to the transfer of the above-described scheduled claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Rule 3001, the Bankruptcy Code or other applicable law.
Seller hereby stipulates that a Bankruptcy Court order may be entered without further notice to Seller transferring the above-described scheduled claim to Buyer and recognizing Buyer as the sole owner and holder of said claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the above-described scheduled claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated August 7, 2023.

Seller
Pharos Fund SPC - Pharos ETH+ SP

By: *Gray Smith (Meum)* (DocuSigned)
Name: Gray Smith
Title: Director, Pharos Funds SPC