



# United States Bankruptcy Court
## Southern District of New York

In re Celsius Network LLC, et al.  Case No. 22-10964 (MG)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Peter Anthony Crawley** | **BFCP IV, LLC** |
| Address on File | 800 Miramonte Dr. Suite 380<br>Santa Barbara, CA 93109<br>tim.babich@nexxus-holdings.com |

**Schedule F Claim #** 3.1.451535

**Transferred Claim Amount** as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by: Timothy Babich  09/08/2023
Transferee  Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.





### EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO: United States Bankruptcy Court ("Court")
Southern District of New York

AND TO: Celsius Network LLC, et al. ("Debtor")
Case No. 22-10964 (MG) ("Case")

Claim #: 3.1.451535

**Peter Anthony Crawley** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto: its successors and assigns **BFCP IV, LLC** ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and
(f) to any amounts listed on Debtor's schedules, in the principal amount of $59,721.45 ("Claim"), which represents 100% of the total claim amount of $59,721.45, against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated ___09/08/2023___, 2023.


**Peter Anthony Crawley**

By: _Peter Anthony Crawley_ (DocuSigned)
Name: Peter Anthony Crawley

**BFCP IV, LLC**

By: _Timothy Babich_ (DocuSigned)
Name: Timothy Babich
Title: CEO

# Xclaim



| SCHEDULE F LINE | CREDITORS NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON LOAN RECEIVABLE |
|---|---|---|---|---|---|---|---|---|
| 3.1.451535 | PETER CRAWLEY | ADDRESS REDACTED | | | | | AAVE 5.14743286837036<br>ADA 1029.79203731392<br>BTC 1.34650329666017<br>DOT 115.944470096688<br>ETH 27.8702160146101<br>LINK 101.545950495492<br>UNI 70.990420799546 | |