**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*[1], | ) Case No. 22-10964-MG |
| | ) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**<u>CERTIFICATION OF SERVICE</u>**

      **I HEREBY CERTIFY** that on Friday, September 22, 2023, a true and correct copy of the *Reservation of Rights of New Jersey Bureau of Securities* was e-filed and served via ECF notification to all parties registered to receive notification of such filings. Additionally the following parties were served via e-mail:

| | |
|---|---|
| Mitchell Hurley<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>mhurley@akingump.com<br>*Attorneys for Debtors* | Annemarie V. Reilly<br>LATHAM & WATKINS LLP<br>Annemarie.reilly@lw.com<br>*Attorneys for Debtors* |
| Joshua Sussberg<br>KIRKLAND & ELLIS LLP<br>jsussberg@kirkland.com<br>*Attorneys for Debtors* | Shara Claire Cornell<br>OFFICE OF THE UNITED STATES TRUSTEE – NY<br>shara.cornell@usdoj.gov<br>*U.S. Trustee* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| David Turetsky<br>Samuel P. Hershey<br>Keith H. Wofford<br>Michael C. Andolina<br>Gregory F. Pesce<br>Aaron E. Colodny<br>WHITE & CASE LLP<br>david.turetsky@whitecase.com<br>sam.hersehy@whitecase.com<br>kwofford@whitecase.com<br>mandolina@whitecase.com<br>Gregory.pesce@whitecase.com<br>aaron.colodny@whitecase.com<br>*Counsel to the Official Committee of Unsecured Creditors* | |

 

|  |  |
|---|---|
|  | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| Dated:  September 22, 2023 | */s/ Jeffrey Bernstein*<br>Jeffrey Bernstein<br>570 Broad Street<br>Newark, NJ 07102<br>Telephone: (973) 565-2183<br>Facsimile: (973) 622-5314<br>E-mail: jbernstein@mdmc-law.com<br> <br>*Counsel for the New Jersey Bureau of Securities* |