**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

Christopher S. Koenig
To Call Writer Directly:
+1 312 862 2372
chris.koenig@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

September 22, 2023

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re:   *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend the Plan Objection Deadline

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as <u>Exhibit 1</u> to the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] and paragraph 24 of the *Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief* [Docket No. 3337], and upon mutual agreement with the United States Trustee for the Southern District of New York (the "<u>U.S. Trustee</u>"), we write to request confirmation of the extension of the deadline for the U.S. Trustee to object to the confirmation of the Debtors' *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3319] (the "<u>Plan</u>") to Sunday, September 24, 2023 at 12:00 p.m. (prevailing Eastern Time).

Sincerely,

/s/ *Christopher S. Koenig*

Christopher S. Koenig

Austin   Bay Area   Beijing   Boston   Brussels   Dallas   Hong Kong   Houston   London   Los Angeles   Miami   Munich   New York   Paris   Salt Lake City   Shanghai   Washington, D.C.

# KIRKLAND & ELLIS LLP

cc:       Shara Cornell, Trial Attorney, Office of the U.S. Trustee