**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:                                          )
CELSIUS NETWORK LLC, *et al.,* Debtors.    )
                                                ) Chapter 11

                                                ) Case No. 22-10964 (MG)

                                                ) Jointly Administered

                                                ) Chapter 11

_____)


**OTIS DAVIS' LIMITED OBJECTION TO THE DEBTORS' ENTRY FOR AN ORDER (I)**

**APPROVING THE SETTLEMENT OF CEL TOKEN AT $0.25 FOR THE PURPOSE OF**

**CONFIRMING THE DEBTORS PLAN OF REORGANIZATION (II) GRANTING RELATED**

**RELIEF**


Your Honor, The UCC wants to devalue CEL token from $0.81 to $0.25 based on a factual fallacy that they describe as manipulation. The vast majority of the upwards price action of CEL token between the pause and petition date was due to roughly 15 million illegal naked short positions being closed on FTX (EXHIBITS 1 and 2). When a short position is closed, it is effectively buying CEL tokens on the market. Traders were paying between 1,000% and 3,600% interest per year to borrow CEL tokens on FTX and sell them on the market. The amount of tokens taking this trade was so large that FTX created fake CEL tokens out of thin air and

allowed them to be sold on their exchange; these "naked shorts" are the purest form of downward price manipulation, and as a CEL token creditor, I and many other creditors have been directly harmed by this activity.

## BACKGROUND

When you short a coin, token, or stock, in this case CEL token, you borrow the asset from an exchange, in this case FTX, and you immediately sell it, causing the price of the underlying crypto asset to go down. However, what was done in this instance is far more devious and outright illegal. What FTX did is called "naked shorting," meaning they did not have the underlying CEL tokens to lend to people that wanted to sell CEL token short, so FTX created fake tokens in their own system, this practice was later reported in the FTX bankruptcy as "God mode," and allowed those fake tokens to be sold. This artificial selling was done en masse at the pause which caused a sharp decline in the price of CEL token. The cost to borrow these fraudulent tokens was extraordinary, as traders often paid between a 1,000% to 3,600% yearly funding rate to keep their short positions open. This, of course, being unsustainable, would drive short sellers to buy CEL tokens to cover their positions, and in doing so pushed the price up from $0.20 to $0.81, and then to a peak of $4.65 a full month after the petition date, on August 14, 2022. The only reason the price of CEL token ever reached as low as $0.20 is because of millions of these artificial CEL tokens being sold on FTX as seen in EXHIBIT 1 and EXHIBIT 2.

The UCC is inexplicably fighting against thousands of CEL token creditors in defense of FTX while FTX perpetrated a massive fraud against CEL token holders. Celsius Network itself even recognizes this and has filed a  $2 billion claim against FTX, whose $2 billion claim is attached as EXHIBIT 3.

EXHIBIT 1

| | | | | | |
|---|---|---|---|---|---|
| 2022-06-11T13:00:00+00:00 | CEL | 5,932,179.23 | 0.00074201 | 650.00% | |
| 2022-06-11T14:00:00+00:00 | CEL | 6,054,104.68 | 0.00074201 | 650.00% | |
| 2022-06-11T15:00:00+00:00 | CEL | 6,198,598.63 | 0.00074201 | 650.00% | |
| 2022-06-11T16:00:00+00:00 | CEL | 7,438,616.02 | 0.00415922 | 3643.48% | |
| 2022-06-11T17:00:00+00:00 | CEL | 7,611,433.18 | 0.00410959 | 3600.00% | |
| 2022-06-11T18:00:00+00:00 | CEL | 8,005,414.65 | 0.00410959 | 3600.00% | |
| 2022-06-11T19:00:00+00:00 | CEL | 8,094,806.75 | 0.00410959 | 3600.00% | |
| 2022-06-11T20:00:00+00:00 | CEL | 8,073,138.91 | 0.00410959 | 3600.00% | |
| 2022-06-11T21:00:00+00:00 | CEL | 8,207,359.44 | 0.00296804 | 2600.00% | |
| 2022-06-11T22:00:00+00:00 | CEL | 8,337,831.05 | 0.00296804 | 2600.00% | |
| 2022-06-11T23:00:00+00:00 | CEL | 8,510,734.24 | 0.00296804 | 2600.00% | |
| 2022-06-12T00:00:00+00:00 | CEL | 8,478,516.99 | 0.00296804 | 2600.00% | |
| 2022-06-12T01:00:00+00:00 | CEL | 8,410,160.67 | 0.00074201 | 650.00% | |
| 2022-06-12T02:00:00+00:00 | CEL | 8,519,310.96 | 0.00114155 | 1000.00% | |
| 2022-06-12T03:00:00+00:00 | CEL | 8,665,314.17 | 0.00228311 | 2000.00% | |
| 2022-06-12T04:00:00+00:00 | CEL | 8,635,402.00 | 0.00011416 | 100.00% | |
| 2022-06-12T05:00:00+00:00 | CEL | 8,644,393.84 | 0.00011416 | 100.00% | |
| 2022-06-12T06:00:00+00:00 | CEL | 8,493,814.96 | 0.00011416 | 100.00% | |
| 2022-06-12T07:00:00+00:00 | CEL | 8,444,263.79 | 0.00011416 | 100.00% | |
| 2022-06-12T08:00:00+00:00 | CEL | 8,237,401.97 | 0.00011416 | 100.00% | |
| 2022-06-12T09:00:00+00:00 | CEL | 8,212,079.17 | 0.00011416 | 100.00% | |
| 2022-06-12T10:00:00+00:00 | CEL | 8,202,858.84 | 0.00011416 | 100.00% | |
| 2022-06-12T11:00:00+00:00 | CEL | 8,288,162.12 | 0.00011416 | 100.00% | |
| 2022-06-12T12:00:00+00:00 | CEL | 8,306,535.64 | 0.00011416 | 100.00% | |
| 2022-06-12T13:00:00+00:00 | CEL | 8,304,653.65 | 0.00011416 | 100.00% | |
| 2022-06-12T14:00:00+00:00 | CEL | 8,606,192.23 | 0.00011416 | 100.00% | |
| 2022-06-12T15:00:00+00:00 | CEL | 8,572,649.90 | 0.00011416 | 100.00% | |
| 2022-06-12T16:00:00+00:00 | CEL | 8,049,979.65 | 0.00011416 | 100.00% | |
| 2022-06-12T17:00:00+00:00 | CEL | 8,042,040.95 | 0.00011416 | 100.00% | |
| 2022-06-12T18:00:00+00:00 | CEL | 8,116,988.02 | 0.00011416 | 100.00% | |
| 2022-06-12T19:00:00+00:00 | CEL | 8,135,326.16 | 0.00011416 | 100.00% | |
| 2022-06-12T20:00:00+00:00 | CEL | 8,187,765.38 | 0.00011416 | 100.00% | |
| 2022-06-12T21:00:00+00:00 | CEL | 8,335,227.93 | 0.00011416 | 100.00% | |
| 2022-06-12T22:00:00+00:00 | CEL | 8,368,590.46 | 0.00011416 | 100.00% | |
| 2022-06-12T23:00:00+00:00 | CEL | 8,404,810.90 | 0.00296804 | 2600.00% | |
| 2022-06-13T00:00:00+00:00 | CEL | 8,544,877.52 | 0.00011416 | 100.00% | |
| 2022-06-13T01:00:00+00:00 | CEL | 8,640,175.62 | 0.00011416 | 100.00% | |
| 2022-06-13T02:00:00+00:00 | CEL | 8,805,853.15 | 0.00011416 | 100.00% | |
| 2022-06-13T03:00:00+00:00 | CEL | 20,489,514.05 | 0.00415922 | 3643.48% | |
| 2022-06-13T04:00:00+00:00 | CEL | 16,698,619.58 | 0.00415922 | 3643.48% | |
| 2022-06-13T05:00:00+00:00 | CEL | 16,508,735.83 | 0.00415922 | 3643.48% | |
| 2022-06-13T06:00:00+00:00 | CEL | 17,100,173.18 | 0.00296804 | 2600.00% | |
| 2022-06-13T07:00:00+00:00 | CEL | 19,419,847.07 | 0.00296804 | 2600.00% | |
| 2022-06-13T08:00:00+00:00 | CEL | 18,736,511.94 | 0.00296804 | 2600.00% | |
| 2022-06-13T09:00:00+00:00 | CEL | 18,850,853.44 | 0.00296804 | 2600.00% | |
| 2022-06-13T10:00:00+00:00 | CEL | 19,048,562.53 | 0.00296804 | 2600.00% | |
| 2022-06-13T11:00:00+00:00 | CEL | 18,968,711.36 | 0.00296804 | 2600.00% | |
| 2022-06-13T12:00:00+00:00 | CEL | 18,996,850.06 | 0.00296804 | 2600.00% | |
| 2022-06-13T13:00:00+00:00 | CEL | 18,930,160.41 | 0.00296804 | 2600.00% | |

Active shorting of CEL Before the pause

9,837,994.00

Tokens available for shorting

5,066,329.00

Surge of naked shorts at the moment of the pause

EXHIBIT 2



| | | | | |
|---|---|---|---|---|
| 2022-07-12T19:00:00+00:00 | CEL | 6,466,548.54 | 0.00011416 | 100.00% |
| 2022-07-12T20:00:00+00:00 | CEL | 6,457,560.58 | 0.00011416 | 100.00% |
| 2022-07-12T21:00:00+00:00 | CEL | 6,446,470.02 | 0.00011416 | 100.00% |
| 2022-07-12T22:00:00+00:00 | CEL | 6,448,787.23 | 0.00011416 | 100.00% |
| 2022-07-12T23:00:00+00:00 | CEL | 6,441,966.55 | 0.00011416 | 100.00% |
| 2022-07-13T00:00:00+00:00 | CEL | 6,385,578.82 | 0.00011416 | 100.00% | 1,021,684.00 |
| 2022-07-13T01:00:00+00:00 | CEL | 6,419,340.86 | 0.00011416 | 100.00% |
| 2022-07-13T02:00:00+00:00 | CEL | 6,368,375.82 | 0.00011416 | 100.00% |
| 2022-07-13T03:00:00+00:00 | CEL | 6,415,283.30 | 0.00011416 | 100.00% |
| 2022-07-13T04:00:00+00:00 | CEL | 6,415,433.54 | 0.00011416 | 100.00% |
| 2022-07-13T05:00:00+00:00 | CEL | 6,434,080.64 | 0.00011416 | 100.00% |
| 2022-07-13T06:00:00+00:00 | CEL | 6,373,014.75 | 0.00011416 | 100.00% |
| 2022-07-13T07:00:00+00:00 | CEL | 6,421,245.55 | 0.00011301 | 99.00% |
| 2022-07-13T08:00:00+00:00 | CEL | 6,398,599.41 | 0.00011301 | 99.00% |
| 2022-07-13T09:00:00+00:00 | CEL | 6,392,972.69 | 0.00011301 | 99.00% |
| 2022-07-13T10:00:00+00:00 | CEL | 6,381,129.16 | 0.00011301 | 99.00% |
| 2022-07-13T11:00:00+00:00 | CEL | 6,398,022.13 | 0.00000456 | 3.99% |
| 2022-07-13T12:00:00+00:00 | CEL | 6,395,826.27 | 0.00000456 | 3.99% |
| 2022-07-13T13:00:00+00:00 | CEL | 6,495,479.17 | 0.00000456 | 3.99% |
| 2022-07-13T14:00:00+00:00 | CEL | 6,402,727.09 | 0.00022831 | 200.00% |
| 2022-07-13T15:00:00+00:00 | CEL | 6,371,627.99 | 0.00296804 | 2600.00% |
| 2022-07-13T16:00:00+00:00 | CEL | 6,224,854.20 | 0.00296804 | 2600.00% |
| 2022-07-13T17:00:00+00:00 | CEL | 6,119,125.43 | 0.00296804 | 2600.00% |
| 2022-07-13T18:00:00+00:00 | CEL | 5,844,157.82 | 0.00296804 | 2600.00% |
| 2022-07-13T19:00:00+00:00 | CEL | 5,657,797.64 | 0.00262557 | 2300.00% |
| 2022-07-13T20:00:00+00:00 | CEL | 5,570,156.84 | 0.0022831 | 2000.00% |
| 2022-07-13T21:00:00+00:00 | CEL | 5,568,326.69 | 0.00114155 | 1000.00% |
| 2022-07-13T22:00:00+00:00 | CEL | 5,428,306.50 | 0.00091209 | 798.99% |
| 2022-07-13T23:00:00+00:00 | CEL | 5,381,747.26 | 0.00044178 | 387.00% |
| 2022-07-14T00:00:00+00:00 | CEL | 5,548,481.99 | 0.001 | 876.00% | 2,620,832.00 |
| 2022-07-14T01:00:00+00:00 | CEL | 5,664,154.18 | 0.00022831 | 200.00% |
| 2022-07-14T02:00:00+00:00 | CEL | 6,856,936.87 | 0.00296804 | 2600.00% |
| 2022-07-14T03:00:00+00:00 | CEL | 7,127,638.95 | 0.00296804 | 2600.00% |
| 2022-07-14T04:00:00+00:00 | CEL | 6,956,913.73 | 0.00296804 | 2600.00% |
| 2022-07-14T05:00:00+00:00 | CEL | 7,058,865.00 | 0.00296804 | 2600.00% |
| 2022-07-14T06:00:00+00:00 | CEL | 6,838,594.70 | 0.00296804 | 2600.00% |
| 2022-07-14T07:00:00+00:00 | CEL | 6,868,867.10 | 0.00296804 | 2600.00% |
| 2022-07-14T08:00:00+00:00 | CEL | 6,738,639.83 | 0.00296804 | 2600.00% |
| 2022-07-14T09:00:00+00:00 | CEL | 6,596,759.72 | 0.00296804 | 2600.00% |
| 2022-07-14T10:00:00+00:00 | CEL | 6,585,018.68 | 0.00296804 | 2600.00% |
| 2022-07-14T11:00:00+00:00 | CEL | 6,537,433.54 | 0.00296689 | 2599.00% |
| 2022-07-14T12:00:00+00:00 | CEL | 6,512,774.26 | 0.00296689 | 2599.00% |
| 2022-07-14T13:00:00+00:00 | CEL | 6,478,210.89 | 0.00296689 | 2599.00% |
| 2022-07-14T14:00:00+00:00 | CEL | 6,366,737.82 | 0.00296689 | 2599.00% |
| 2022-07-14T15:00:00+00:00 | CEL | 6,311,646.87 | 0.00296689 | 2599.00% |
| 2022-07-14T16:00:00+00:00 | CEL | 5,969,788.34 | 0.00296689 | 2599.00% |
| 2022-07-14T17:00:00+00:00 | CEL | 5,435,305.42 | 0.00022831 | 200.00% |
| 2022-07-14T18:00:00+00:00 | CEL | 5,274,414.01 | 0.00114155 | 1000.00% |

15 Million short positions closed between pause and petition

Still roughly 4 million illegal Naked short positions open post petition date

**EXHIBIT 3**



The reason FTX and other entities were able to take advantage of myself, all other creditors, and the debtors is because renegade officers at Celsius – such as, but not limited to, Chris Ferraro and Rod Bolger, the former CFO of Celsius – illegally and secretly gave critically sensitive financial information of the company to FTX and other parties, without the consent (written or otherwise) or knowledge of the Celsius Board of Directors or Alex Mashinsky. (EXHIBIT 4)

Your Honor, there is no doubt that these sensitive documents shared with FTX containing the company's private financial information were prepared by Chris Ferraro, Jason Perman, Rod Boldger, and other officers as per EXHIBIT 4 that I've attached to this motion.

There is no doubt that the illegal dissemination to and solicitation of  FTX was done without express or implied authorization or permission from the CEO or the Celsius Board of Directors. There is no doubt that all these actions were the primary factor that caused the collapse of Celsius and the need to file for chapter 11, while simultaneously dramatically increasing the losses associated with the bankruptcy.

I have all the evidence necessary to show you that the majority of  damages were

caused by these executives of the company and the unauthorized actions they took. These are serious accusations and I and other CEL token holders stand by them. This is NOT Chris Ferraro doing his job. His title when he was preparing this presentation (EXHIBIT 4, Bates stamped CEL-UCC 00082697) to give to FTX was vice president of financial planning.

**EXHIBIT 4**

| | |
|---|---|
| k | |
| Chris Ferraro | 2022-06-02 09:42:11.507 PM |
| hi, the investors loved slide 16. do you think we can update the analysis daily and maybe add a trend? | |
| Jason Perman | 2022-06-02 09:43:22.243 PM |
| Yea need to figure out a good way to do it | |
| Jason Perman | 2022-06-02 09:43:30.650 PM |
| Were u in the meeting | |
| Chris Ferraro | 2022-06-02 09:43:33.430 PM |
| yes | |
| Chris Ferraro | 2022-06-02 09:43:39.690 PM |
| good meeting | |
| Chris Ferraro | 2022-06-02 09:43:42.863 PM |
| the liked the plan | |
| Jason Perman | 2022-06-02 09:43:57.377 PM |
| How we gonna raise capital | |
| Jason Perman | 2022-06-02 09:45:42.477 PM |
| Has anyone gotten through to Alex how dire it is | |
| Jason Perman | 2022-06-02 09:45:54.373 PM |
| And does he realize he's gonna lose power if we do a round | |
| Chris Ferraro | 2022-06-02 09:47:22.647 PM |
| Alex will never get it | |
| Jason Perman | 2022-06-02 09:54:57.027 PM |
| Rod said he's an optimist. I said he's just delusional | |
| Jason Perman | 2022-06-02 11:59:09.257 PM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00027411
CEL-UCC-00082697

Ferraro had no authority to share the private financial data with a competitor, which is what he's doing in this document, Bates stamped CEL-UCC 00082697, let alone what turned out to be the complete criminal organization of FTX. By revealing the positions of the company in his (Chris Ferraro's) presentation to FTX, they allowed FTX and others to force liquidation of Celsius's positions and attacked CEL token to create fear and a mass of withdrawals. It is for this exact reason why the Debtors are suing FTX for $2 billion, because they know that FTX and

Alameda Research manipulated the CEL token price down from $3.00 via naked shorts, as well as attacking other market positions.

When the Celsius private financials were shared with FTX on or around June 5, 2022, you can see a parabolic increase of withdrawals. The illicit actions of these renegade officers were the defining action that put Celsius into Chapter 11.

We are all here in Chapter 11 because Chris Ferraro, Jason Perman, Rod Boldger, and others that did not understand that exposing all of Celsius's positions to FTX allowed FTX to front-run and de-peg Celsius positions worth billions of dollars, causing the majority of the losses now felt by creditors. Because of the actions of these executives and the complete disregard for information security, Celsius was forced to sell assets, including stETH and WBTC, well below market prices, while internally there was a desperate attempt to sell the company to FTX and unseat Alex Mashinsky as CEO.

EXHIBIT 5



There is also no doubt that withdrawals skyrocketed after June 5, 2022, which is exactly the same time that such sensitive financial information was shared with FTX. There is further no doubt that FTX de-pegged stETH, WBTC and GBTC as well as other assets to try to liquidate Celsius on or around June 5, 2022 as a result of this betrayal by the officers of the company.

Your Honor, I already hold ample evidence for every one of these steps, but I look forward to enhanced discovery to bring to light those who caused billions of dollars of damages to myself and all other creditors. It's more than clear the UCC is trying to blame CEL token creditors for the sins of Chris Ferraro, Jason Perman, and Rod Boldger.  We will not allow this claim to stand and we will expose the UCC for wrongfully claiming this and request damages, sanctions and action be taken against them and their attorneys.

Bankruptcy law states that the price of an asset is on the day of the filing, and in this case it's clear that because of the actions of Chris Ferraro, Jason Perman, and Rod Boldger, CEL token creditors were damaged above and beyond all other creditors because of the attack they helped facilitate.

I believe that  $0.81 is fair, but after certain documents have come to light I would support a new and fair valuation of CEL token that takes into consideration the massive downward manipulation FTX committed against CEL token. I have ample evidence to show that the damages caused to me and other CEL token creditors are directly attributed to the unauthorized actions of Chris Ferraro, Jason Perman, and Rod Boldger, and others secretly meeting with FTX and handing over sensitive company financial information without the permission or consent of the Celsius Board of Directors or the CEO.

Your Honor, since EXHIBIT 7 has been purposely hidden from the Court, Let me

enlighten this court as to how I became in possession of it. Yesterday, September 21, 2023 at 6:51 PM Eastern Time, I was sent an email with an attached document that had the words "FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS | HIGHLY CONFIDENTIAL." The email was sent from Carolyn Gurland, an attorney at White & Case, to T.J. McCarrick of Kirkland & Ellis and myself, Otis Davis, with CC's to Kathryn Kuethman, Samuel Hershey, Aaron Colodny, Joshua Weedman, Michael Jaoude and the White & Case SPAC Team, all of White & Case; also CC'ing Judson Brown, Ross M. Kwasteniet, Chris Koenig, Grace C. Brier, and Hannah C. Simson, all of Kirkland & Ellis.

Let me make it clear to this court what the document says, since White & Case and Kirkland & Ellis are claiming that they don't know what this "FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS | HIGHLY CONFIDENTIAL" document says. What this document says is that there is no doubt that FTX/Alameda Research enabled naked shorting of CEL to the tune of over 20 million CEL tokens, and Chris Ferraro along with others gave FTX the critical data on the debtor's active positions to force them into a liquidity crisis.

## SETTLEMENT NEGOTIATIONS

Judge, during our settlement negotiations, Chris Koenig of Kirkland & Ellis threatened me, once again bullying me, telling me that I could go out there and violate confidentiality and they will bring me in front of the court, saying you, Otis Davis, knew it was confidential and you released it, stating that the court can hold me in contempt. In addition, Aaron Colody also tried to intimidate me by lying and telling me that I have to file this document under seal.

After my lawyer and I  got off the call with the UCC and Debtors' counsel, at about 3:30 PM on September 21, 2023, T.J. McCarrick of Kirkland & Ellis sent me an email and copied 13 attorneys from both his firm White & Case and Kirkland & Ellis, a screenshot of which is attached. (EXHIBIT 6) T.J. McCarrick sent this email to cover his mistakes, because he knew they threatened me in that settlement negotiation, saying that if I put this document in my motion and the document is not under seal, that there will be consequences. T.J. McCarrick's email reads as follows: "To the extent used in connection with any objection tomorrow, the Debtors will not assert confidentiality over the documents inadvertently produced and will not insist on the use of any sealing procedures."

T.J. McCarrick simply sent that email to cover his colleague Chris Koenig's inappropriate behavior and all the other attorneys' inappropriate behavior in that settlement negotiation. He knew I was threatened by Chris Koenig, his colleague at Kirkland & Ellis, and he didn't want me to go to your Honor and lay out the facts of their bad-faith settlement negotiations, which amounted to nothing but a threat. They offered me nothing new and said that their hands are tied. If their hands are tied, why did they want to have some sort of settlement with me? Well, the answer is to threaten me over the document that they sent to me through their reckless behavior. Judge, I have no Confidentiality Agreement with anyone, much less any of these lawyers. When they realized that their threats didn't work, they sent that email, EXHIBIT 6, saying they won't object to the document being filed with the court, implying that they did nothing wrong.



EXHIBIT 6

**CONCLUSION**

Your Honor, I filed an objection at Docket 3084 regarding CEL token subordination, and your

Honor indicated this is not the time for that objection and you're not ruling on it now and will

table the objection for the confirmation hearing. Judge, I renew that objection to subordinate

CEL token creditors from $0.81 to $0.25 based on the insufficient evidence presented by the

UCC or the Debtors. I presented the court today with numerous pieces of evidence, proving that

the vast majority of the upwards price movement from the pause date to the petition date was

caused by illegal naked shorts closing their positions and thus buying back tokens that

increased the price of CEL. I also proved, based on the "FOIA CONFIDENTIAL TREATMENT

REQUESTED BY CELSIUS | HIGHLY CONFIDENTIAL" document that was sent to me by Carolyn

Gurland of White & Case through her negligent error, that Chris Ferraro, Jason Perman, Rod

Bolger and others were sharing sensitive company financial information with outside parties,

namely FTX, that then used that information to attack Celsius and the CEL token. Lastly,  I

proved that the UCC and the Debtors' counsel are withholding sensitive information that

completely refutes the narrative that has been used to argue for the subordination of CEL token, hurting creditors like myself.

**RELIEF**

The relief I am respectfully seeking from this Court is (1) Order the $0.25 settlement nullified; (2) Recognize that $0.81 is a fair and reasonable price for all CEL tokens on the date of petition; (3) If The UCC and the Debtors do not feel $0.81 is a fair price for CEL token on the date of petition, compel the UCC and the Debtors' counsel to produce advanced discovery for all documents related to CEL token; including, but not limited to, confidential, highly confidential, and "FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS | HIGHLY CONFIDENTIAL" documents related to CEL token and FTX,  including the information received from the Subpoena that was issued to FTX by your Honor. For the layman, the acronym FOIA means Freedom of Information Act.

Judge, this is the "FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS | HIGHLY CONFIDENTIAL" document that was sent to me due to the negligence of Carolyn Gurland of White & Case, in which they threatened me during our settlement negotiations. (EXHIBIT 7)

EXHIBIT 7



Told

Chris Ferraro                                                                2022-06-02 03:21:34.903 PM

its all good

Jason Perman                                                                2022-06-02 04:21:16.923 PM

I'll be free 12:45 or so

Jason Perman                                                                2022-06-02 05:14:11.340 PM

so for the pro forma - we have how much collat we can free up, what do you want to run those numbers through

Chris Ferraro                                                                2022-06-02 05:25:33.983 PM

just to get some sort of top line liquidity metric

Chris Ferraro                                                                2022-06-02 05:25:49.660 PM

ETH and BTC coins freed up and $

Jason Perman                                                                2022-06-02 05:28:19.097 PM

Ok I have total. Dean is working on the split

Jason Perman                                                                2022-06-02 06:02:21.603 PM

420k ETH and 35.2K BTC

Jason Perman                                                                2022-06-02 06:02:28.250 PM

needless to say we would be freed from our burden

Chris Ferraro                                                                2022-06-02 06:02:34.020 PM

🙂

Jason Perman                                                                2022-06-02 06:02:55.480 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUS_SEC_00027409
HIGHLY CONFIDENTIAL                                                 CEL-UCC-00082695

cures our entire Severe Market Stress

Jason Perman                                                                                        2022-06-02 06:03:00.723 PM

brings BTC and ETH above 100%

Jason Perman                                                                                        2022-06-02 06:03:13.697 PM

so in other words clearly need that capital

Jason Perman                                                                                        2022-06-02 06:03:20.283 PM

which we all knew but now we have numbers

Chris Ferraro                                                                                        2022-06-02 06:03:33.167 PM

if only we could get the capital

Chris Ferraro                                                                                        2022-06-02 06:03:52.890 PM

how was graduation? off to kindergarten next year?

Jason Perman                                                                                        2022-06-02 06:04:49.777 PM

was good, yea off to kindergarten

Chris Ferraro                                                                                        2022-06-02 06:07:07.197 PM

• this okay....."Pro Forma liquidity under severe market stress of +50k ETH and 10k BTC - currently negative (371k) ETH and (22k) BTC "

Jason Perman                                                                                        2022-06-02 06:07:47.387 PM

dont follow

Jason Perman                                                                                        2022-06-02 06:08:00.813 PM

oh u took the current deficit + my adds

Chris Ferraro                                                                                        2022-06-02 06:08:04.967 PM

yes

Jason Perman                                                                                        2022-06-02 06:08:11.173 PM

i think would drive the pt home

Jason Perman                                                                                        2022-06-02 06:08:25.517 PM

cures our most severe deficit and gives us significantly more operating leverage etc etc

Chris Ferraro                                                                                        2022-06-02 06:09:18.127 PM

how about this...

| Chris Ferraro | 2022-06-02 06:09:18.127 PM |
|---|---|

how about this...

| Chris Ferraro | 2022-06-02 06:09:53.050 PM |
|---|---|

• Pro Forma liquidity under severe market stress of +50k ETH and +10k BTC - currently negative (371k) ETH and (22k) BTC - $1B capital raise would cure out most significant liquidity deficit and provide significantly improved operating leverage

| Jason Perman | 2022-06-02 06:11:29.350 PM |
|---|---|

• Pro Forma liquidity excess above our MLO under severe market stress of +50k ETH and +10k BTC - currently negative (371k) ETH and (22k) BTC - $1B capital raise would cure our largest liquidity deficit and provide significantly improved operating leverage

| Chris Ferraro | 2022-06-02 06:11:36.007 PM |
|---|---|

thanks

| Chris Ferraro | 2022-06-02 06:58:10.827 PM |
|---|---|

did you see Rod's comments on the last slide?

| Jason Perman | 2022-06-02 06:58:19.987 PM |
|---|---|

I addressed them - for most part

| Jason Perman | 2022-06-02 06:58:47.673 PM |
|---|---|

| | |
|---|---|
| Chris Ferraro | 2022-06-02 07:11:54.110 PM |
| how about 1 and 3? | |
| Jason Perman | 2022-06-02 07:13:43.693 PM |
| its all wrapped together | |
| Jason Perman | 2022-06-02 07:13:52.580 PM |
| i've answered his prime questions I think | |
| Chris Ferraro | 2022-06-02 07:13:56.627 PM |
| okay | |
| Jason Perman | 2022-06-02 07:14:01.413 PM |
| u let me know | |
| Chris Ferraro | 2022-06-02 07:14:08.987 PM |
| i just need to get the deck out | |
| Chris Ferraro | 2022-06-02 07:14:16.577 PM |
| ill ask Rod if he is okay | |
| Jason Perman | 2022-06-02 07:15:07.197 PM |
| k | |
| Chris Ferraro | 2022-06-02 09:42:11.507 PM |
| hi, the investors loved slide 16. do you think we can update the analysis daily and maybe add a trend? | |
| Jason Perman | 2022-06-02 09:43:22.243 PM |
| Yea need to figure out a good way to do it | |
| Jason Perman | 2022-06-02 09:43:30.650 PM |
| Were u in the meeting | |
| Chris Ferraro | 2022-06-02 09:43:33.430 PM |

Were u in the meeting

Chris Ferraro                                                    2022-06-02 09:43:33.430 PM

yes

Chris Ferraro                                                    2022-06-02 09:43:39.690 PM

good meeting

Chris Ferraro                                                    2022-06-02 09:43:42.863 PM

the liked the plan

Jason Perman                                                    2022-06-02 09:43:57.377 PM

How we gonna raise capital

Jason Perman                                                    2022-06-02 09:45:42.477 PM

Has anyone gotten through to Alex how dire it is

Jason Perman                                                    2022-06-02 09:45:54.373 PM

And does he realize he's gonna lose power if we do a round

Chris Ferraro                                                    2022-06-02 09:47:22.647 PM

Alex will never get it

Jason Perman                                                    2022-06-02 09:54:57.027 PM

Rod said he's an optimist. I said he's just delusional

Jason Perman                                                    2022-06-02 11:59:09.257 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUS_SEC_00027411
HIGHLY CONFIDENTIAL                                                  CEL-UCC-00082697



CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

**D03B302E2QY**

| Chat Filters | ☑ Events | ☑ History | ☑ Disclaimers | | | |
|---|---|---|---|---|---|---|
| ☑ | Participant | Entity | Login | Email | | |
| ☑ | Glenn Williams | Celsius | U01HVLTEGLD | glenn.williams@celsius.network | 31 | 0 |
| ☑ | Chris Ferraro | Celsius | U0399FG7UH1 | chris.ferraro@celsius.network | 37 | 0 |

| | |
|---|---|
| Chris Ferraro | 2022-06-13 02:28:26.683 PM |
| how you doing with freeze? | |
| Glenn Williams | 2022-06-13 02:28:50.653 PM |
| i'm in the middle of it now | |
| Chris Ferraro | 2022-06-13 02:31:15.277 PM |
| okay | |
| Glenn Williams | 2022-06-13 02:34:56.050 PM |
| its frozen so you can see the data on the summary by coin page. however, there are #REF errors in the live sheet that have carried over into the freeze. | |
| Chris Ferraro | 2022-06-13 02:37:00.297 PM |
| do you have highlights of what changed? | |
| Glenn Williams | 2022-06-13 02:38:12.550 PM |
| Stables down 63mm BTC down 4,344 ETH down 11,189 MATIC down 184,239,555 | |
| Chris Ferraro | 2022-06-13 02:38:42.023 PM |
| do we think we are picking up correctly? | |
| Glenn Williams | 2022-06-13 02:39:10.223 PM |
| i don't have confidence in these numbers | |
| Chris Ferraro | 2022-06-13 02:39:18.560 PM |
| either do i | |
| Chris Ferraro | 2022-06-13 02:39:54.523 PM |
| okay, what can we do | |
| Chris Ferraro | 2022-06-13 02:40:20.900 PM |

| | |
|---|---|
| okay, what can we do | |
| Chris Ferraro | 2022-06-13 02:40:20.900 PM |
| this is the most important things right now.... | |
| Glenn Williams | 2022-06-13 02:41:57.727 PM |
| for starters we have to wait for the live sheet to update properly so that we can have a look at data without errors. hopefully that will occur within the hour. then from there we need to verify the balances in BTC, ETH, Stables, and MATIC. it would help to know if we moved any MATIC off of Bitfinex, and if so, where it was moved to | |
| Chris Ferraro | 2022-06-13 02:42:42.587 PM |
| can you focus entirely on getting freeze out as soon as possilbe | |
| Glenn Williams | 2022-06-13 02:52:50.757 PM |
| That's fine. I thought you were asking what we could do. | |
| Chris Ferraro | 2022-06-13 02:59:59.693 PM |
| good, can you give me an update every 30 minutes. Investors and Bankers are waiting | |
| Glenn Williams | 2022-06-13 03:01:36.347 PM |
| as soon as the live sheet updates, I'll do another freeze | |
| Chris Ferraro | 2022-06-13 03:02:53.087 PM |
| thx | |
| Glenn Williams | 2022-06-13 03:22:53.800 PM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUS_SEC_00027422
CEL-UCC-00082708

Glenn Williams                                                                                2022-06-13 03:23:50.363 PM

up $17mm in stables down 1786 BTC down 8030 ETH down 184mm MATIC

Chris Ferraro                                                                                 2022-06-13 03:24:20.070 PM

do you know if anyone can validate if a manual adj is needed?

Glenn Williams                                                                                2022-06-13 03:26:39.083 PM

it would depend on the specific manual adjustment. generally on freeze days anything new comes from Defi, which Eric provides, or institutional, which Connor usually places directly in the freeze

Glenn Williams                                                                                2022-06-13 03:26:52.207 PM

i haven't been made aware of anything new that needs to be added or deleted.

Chris Ferraro                                                                                 2022-06-13 03:27:28.383 PM

im not sure why the position changed so much excluding CEL. Given prices went down i would assume the hold would shrink

Glenn Williams                                                                                2022-06-13 03:29:39.397 PM

the largest decline was MATIC via direct staking. we generally don't freeze this early because it takes time for everything to settle.

Chris Ferraro                                                                                 2022-06-13 03:31:40.693 PM

can you send to richard and have him look at it ASAP? where was teh BTC and ETH drops?

Glenn Williams                                                                                2022-06-13 03:37:39.123 PM

BTC is loans outstanding ETH is out of defi borrows collateral

Glenn Williams                                                                                2022-06-13 03:39:48.760 PM

Richard indicated that he received a request to unstake our entire MATIC position. it takes 3 days to unstake, so that's why the amount is not showing up. i have the amount needed to adjust for.

Glenn Williams                                                                                2022-06-13 03:40:29.347 PM

i also have to go pick up my 10 year old from school so will be away from the computer for 30 mins or so.

Chris Ferraro                                                                                 2022-06-13 03:45:07.757 PM

okay

Chris Ferraro                                                                                 2022-06-13 03:45:53.533 PM

can we ask Conner to look into BTC and DeFi to look into ETH

Chris Ferraro                                                                                 2022-06-13 03:45:55.933 PM

urgently

Chris Ferraro                                                                                 2022-06-13 04:57:22.487 PM

you back

Chris Ferraro                                                                                 2022-06-13 04:59:42.680 PM

---

you back

Chris Ferraro                                                                                 2022-06-13 04:59:42.680 PM

i asked Dean to help

Glenn Williams                                                                                2022-06-13 04:59:57.750 PM

Yes I am. Connor indicated that Instilend is not accurate at the moments. Dean indicated that a lot of movement is occurring in Defi.

Chris Ferraro                                                                                 2022-06-13 05:00:12.800 PM

im with you, but we need somethign to work with

Glenn Williams                                                                                2022-06-13 05:00:22.217 PM

I can make an adjustment to account for the MATIC that is being unstaked

Chris Ferraro                                                                                 2022-06-13 05:00:23.570 PM

so we need to get SMEs on call and make some assumptions

Chris Ferraro                                                                                 2022-06-13 05:29:22.383 PM

what is the update?

Chris Ferraro                                                                                 2022-06-13 05:34:03.503 PM

put all effort into this\

Chris Ferraro                                                                                 2022-06-13 07:04:49.617 PM

any update?

| Chris Ferraro | 2022-06-13 07:04:55.727 PM |

please keep me posted

| Glenn Williams | 2022-06-13 07:06:30.997 PM |

nothing new as of yet.

| Chris Ferraro | 2022-06-13 07:10:02.433 PM |

has connors team started the analysis?

| Glenn Williams | 2022-06-13 07:13:54.873 PM |

they've started the analysis, and i sent a follow up note

| Chris Ferraro | 2022-06-13 07:15:25.497 PM |

thx

| Chris Ferraro | 2022-06-13 08:49:29.223 PM |

any update

| Glenn Williams | 2022-06-13 08:50:34.273 PM |

I spoke with Connor and there is no update from him as of yet. i'm currently on with Roni and Shelly.

| Glenn Williams | 2022-06-13 08:52:00.190 PM |

also, there has been huge movement on the live sheet since this morning. have you been given any indication that BTC or ETH has been moved today?

| Chris Ferraro | 2022-06-13 08:55:17.633 PM |

of course

| Chris Ferraro | 2022-06-13 08:55:38.657 PM |

were we long?

| Glenn Williams | 2022-06-13 08:56:24.680 PM |

we were short 2400 this morning, and the live sheet shows us short 41,000 now

| Chris Ferraro | 2022-06-13 09:00:55.117 PM |

so the net liability position should have gotten smaller

| Chris Ferraro | 2022-06-13 09:01:01.863 PM |

not bigger

| Glenn Williams | 2022-06-13 09:04:10.650 PM |

its showing that our net position in dollars for BTC got significantly worse, on a decline in BTC as an asset

not bigger

**Glenn Williams**                                                                                    2022-06-13 09:04:10.650 PM

its showing that our net position in dollars for BTC got significantly worse, on a decline in BTC as an asset

**Glenn Williams**                                                                                    2022-06-13 09:04:33.793 PM

i'm speaking with Connor via Slack now

**Glenn Williams**                                                                                    2022-06-13 09:34:02.737 PM

Connor sent word that he made all of his needed adjustments

**Chris Ferraro**                                                                                      2022-06-13 09:48:52.583 PM

what else is outstanidng? what else looks off?

**Glenn Williams**                                                                                    2022-06-13 09:51:53.287 PM

all adjustments have been made. also according to Connor, our BTC was liquidated by Tether.

**Chris Ferraro**                                                                                      2022-06-13 09:52:29.507 PM

yes it was

**Chris Ferraro**                                                                                      2022-06-13 09:52:37.487 PM

but how does the report look to you

**Chris Ferraro**                                                                                      2022-06-13 09:53:00.987 PM

how much was the net position vs Friday?

**Glenn Williams**                                                                                    2022-06-13 09:55:56.807 PM

we are freezing it again now

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                        CELSIUS_SEC_00027424
HIGHLY CONFIDENTIAL                                                                    CEL-UCC-00082710

| Glenn Williams | 2022-06-13 09:56:04.823 PM |

based on the info we have, it looks complete

| Glenn Williams | 2022-06-13 09:59:51.130 PM |

we're at approx -$1038.

| Chris Ferraro | 2022-06-13 10:00:01.040 PM |

where were we friday?

| Glenn Williams | 2022-06-13 10:01:15.920 PM |

-$923mm

| Chris Ferraro | 2022-06-13 10:01:43.837 PM |

so 100mm to the worse? any idea what drove that?

| Glenn Williams | 2022-06-13 10:02:34.187 PM |

i would tie the primary cause to liquidation

**D0394TH5CGN**

| Chat Filters | ☑ Events | ☑ History | ☑ Disclaimers | | |
|---|---|---|---|---|---|
| ☑ | **Participant** | **Entity** | **Login** | **Email** | 💬 📎 |
| ☑ | Dean Tappen | Celsius | U018R79AFH6 | dean.tappen@celsius.network | 20 0 |
| ☑ | Chris Ferraro | Celsius | U0399FG7UH1 | chris.ferraro@celsius.network | 15 0 |

| | |
|---|---|
| Chris Ferraro | 2022-04-13 12:45:37.693 PM |
| did you send the email to Rod regarding permissions and immediate steps? | |
| Dean Tappen | 2022-04-13 12:45:45.717 PM |
| I did | |
| Dean Tappen | 2022-04-13 12:46:26.847 PM |
| forwarded to you | |
| Chris Ferraro | 2022-04-13 01:38:39.547 PM |
| Is that a beer you are slamming down! | |
| Dean Tappen | 2022-04-13 01:56:58.560 PM |
| hahaha i wish | |
| Chris Ferraro | 2022-04-13 05:25:32.473 PM |
| can i book 15min today on freeze recomendations - | |
| Dean Tappen | 2022-04-13 05:25:41.227 PM |
| yeah I am available | |
| Chris Ferraro | 2022-04-13 05:37:40.880 PM |
| free now? | |
| Dean Tappen | 2022-04-13 05:38:03.013 PM |
| can you hear me? | |
| Chris Ferraro | 2022-04-13 05:38:58.630 PM |
| i hear you | |
| Dean Tappen | 2022-04-13 05:39:09.507 PM |

i hear you

| Dean Tappen | 2022-04-13 05:39:09.507 PM |

Sent you a Google meet

| Chris Ferraro | 2022-04-13 05:39:13.893 PM |

cool

| Dean Tappen | 2022-04-13 08:10:28.357 PM |

Not to put another thing on your plate but We have paid USD out to top employees totaling $40,154,760.78 due to CEL buybacks

| Dean Tappen | 2022-04-13 08:11:00.983 PM |

Not sure if we should be monitoring or limiting this in anyway but wanted to make you aware

| Dean Tappen | 2022-04-13 08:12:57.457 PM |

Top employees being Alex, Daniel, nuke, etc...

| Chris Ferraro | 2022-04-13 08:16:39.873 PM |

so we pay in CEL then we buy back what they sell?

| Dean Tappen | 2022-04-13 08:17:03.920 PM |

Correct we let them sell it back to us via the OTC desk

| Dean Tappen | 2022-04-13 08:18:23.733 PM |

So employees with big CEL holdings end up costing the company a lot of USD or ETH etc

| Chris Ferraro | 2022-04-13 08:24:24.590 PM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00030037
CEL-UCC-00083099

so the 40mm is CEL bonus payments to top employees? and they sell and do not hold. so we buy in USD primarily.

| Dean Tappen | 2022-04-13 08:25:44.560 PM |

No no sorry I didn't explain. Celsius has bought $40mm worth of CEL back from the top 5 or 6 employees

| Chris Ferraro | 2022-04-13 08:26:17.513 PM |

were they allocated in the ICO, bonus payments or they purchased them and sold?

| Dean Tappen | 2022-04-13 08:26:32.497 PM |

ICO bonus and other payments of the sort

| Chris Ferraro | 2022-04-13 08:26:51.790 PM |

but top employees did not buy in the first place, they were awarded

| Dean Tappen | 2022-04-13 08:26:58.673 PM |

Correct

| Chris Ferraro | 2022-04-13 08:27:51.737 PM |

and there was a short lock up period?

| Dean Tappen | 2022-04-13 08:28:18.707 PM |

Yeah in some cases no lock up

| Chris Ferraro | 2022-04-13 08:28:40.507 PM |

thats insane

| Chris Ferraro | 2022-04-13 08:28:44.087 PM |

who can stop that?

| Dean Tappen | 2022-04-13 08:29:15.253 PM |

Not sure this is why I'm bringing it up to you - if anyone ever found out our position and how much founders took in USD could be a very very bad look

| Chris Ferraro | 2022-04-13 08:30:52.307 PM |

absolutely. my point is all CEL awards should vest like equity options 4 yr

| Dean Tappen | 2022-04-13 08:31:56.927 PM |

Agreed but that is not the reality and I think us spending any money on buy backs given our situation is bad. We are using users USDC to pay for employees worthless CEL

| Dean Tappen | 2022-04-13 08:32:14.637 PM |

All because the company is the one inflating the price to get the valuations to be able to sell back to the company

| Dean Tappen | 2022-04-13 08:32:32.520 PM |

| | |
|---|---|
| Agreed but that is not the reality and I think us spending any money on buy backs given our situation is bad. We are using users USDC to pay for employees worthless CEL | |
| Dean Tappen | 2022-04-13 08:32:14.637 PM |
| All because the company is the one inflating the price to get the valuations to be able to sell back to the company | |
| Dean Tappen | 2022-04-13 08:32:32.520 PM |
| And the same people ordering buying in the markets are the same people selling their tokens when the price appreciates | |
| Chris Ferraro | 2022-04-13 08:33:01.517 PM |
| should be awarded, 4 year vest, with scheduled selling | |
| Dean Tappen | 2022-04-13 08:33:15.970 PM |
| Yeah that would make sense to me | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
HIGHLY CONFIDENTIAL

CELSIUSNETWORK_00030038
CEL-UCC-00083100

Respectfully Signed,

Otis Davis, *Pro Se*

9/22/2023

*/s/Otis Davis*