Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 22-10964-mg

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    CELSIUS NETWORK LLC,

8

9          Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                    United States Bankruptcy Court

13                    One Bowling Green

14                    New York, NY  10004

15

16                    September 20, 2023

17                    11:01 AM

18

19

20

21   B E F O R E :

22   HON MARTIN GLENN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  JONATHAN

Page 2

1    HEARING re Hybrid Status Conference RE: Application to join

2    in the Debtor's motion for entry of an order (i) authorizing

3    the Debtors to enter into witness cooperation agreements

4    with certain current and former employees, (ii) authorizing

5    reimbursement of past and future out-of-pocket expenses of

6    cooperating witnesses, and (iii) granting related relief.

7    (Doc #3399, 2653, 2654, 2808)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

```
 1    A P P E A R A N C E S :

 2

 3    KIRKLAND & ELLIS LLP

 4         Attorneys for the Debtor

 5         601 Lexington Avenue

 6         New York, NY 10022

 7

 8    BY:  ELIZABETH JONES (TELEPHONICALLY)

 9

10    PAUL HASTINGS LLP

11         Attorneys for Joinder Applicants

12         200 Park Avenue

13         New York, NY 10166

14

15    BY:  AVI WEITZMAN

16

17    WHITE & CASE LLP

18         Attorneys for Official Committee of Unsecured Creditors

19         555 South Flower Street, Suite 2700

20         Los Angeles, CA 90071

21

22    BY:  AARON COLODNY (TELEPHONICALLY)

23

24

25
```

1    UNITED STATES DEPARTMENT OF JUSTICE

2         Attorneys for the U.S. Trustee

3         One Bowling Green

4         New York, NY 10004

5

6    BY:  SHARA CLAIRE CORNELL (TELEPHONICALLY)

7

8    ALSO PRESENT TELEPHONICALLY:

9    ARTUR ABREU

10   DAVID J. ADLER

11   RICK ARCHER

12   CHRIS BECIN

13   JOHAN BRONGE

14   SANTOS CACERES

15   ANDREW CARTY

16   CARL J. COTE

17   CAM CREWS

18   STEFFAN DAVIES

19   TRISTAN DIAZ

20   SHARON M. DOW

21   JOHN PETER DZARAN

22   PAUL L. FABSIK

23   DEBORAH FRANKEL

24   UDAY GORREPATI

25   LUCAS J. HOLCOMB

1    TAYLOR HARRISON

2    IMMANUEL HERMANN

3    SAMUEL P. HERSHEY

4    MITCHELL HURLEY

5    JASON IOVINE

6    STIG JELLESTAD

7    MIKE JOHNSON

8    DAVID KAHN

9    DAN KAPLAN

10   YARA KASS-GERGI

11   TRAVIS KEENEY

12   DIETRICH KNAUTH

13   CHRIS KOENIG

14   ROSS KWASTENIET

15   JOSPEH LALIA

16   JOSEPH LEHRFELD

17   DAVID LOS ARCOS CARCAMO

18   JESSE LUND

19   CHASE MARSH

20   BRIAN S. MASUMOTO

21   TIMON MITRAKAS

22   MASON PALISSERY

23   MILIN PATEL

24   JEFF PATTON

25   GREOGRY F. PESCE

Page 6

1    AMELIA POLLARD

2    MACIEJ PORCZEK

3    DONALD POYNTER

4    JONATHAN RANDLES

5    DAVID SCHNEIDER

6    NOAH M. SCHOTTENSTEIN

7    MATTHEW W. SILVERMAN

8    LUKE SPANGLER

9    COURTNEY BURKS STEADMAN

10   NIKHIL SURI

11   DAVID TURETSKY

12   VICTOR UBIERNA DE LAS HERAS

13   EZRA VAZQUEZ-D'AMICO

14   VETON VEJSELI

15   KEITH WOFFORD

16   KAILA ZAHARIS

17   JEFFREY ZATS

18   TANZILA ZOMO

19   JASMINE ARMAND

20   SOMA BISWAS

21   PAUL BREUDER

22   CHIU LAI CHEUNG

23   VITOR CUNHA

24   RICKIE CHANG

25   GEOFFREY CIRKEL

1   CHRISTOPHER COCO

2   DAVID J. DALHART

3   THOMAS DIFIORE

4   SCOTT DUFFY

5   DREW DUFFY

6   BEN EADES

7   JANELL ECKHARDT

8   FLORENCE M. FLANNIGAN

9   REBECCA GALLAGHER

10  JASLEIGH GEARY

11  BRADLEY GIARDIELLO

12  MIRA HAQQANI

13  RIKI KOULY

14  JASON LU

15  SERBAN LUPU

16  KEVIN M. MANUS

17  SARAH B. MARONPOT

18  ERIK MENDELSON

19  MICHAEL D. HORRIS

20  ELIZABETH MENDELSON

21  MICHAEL D. MORRIS

22  ELIZABETH NAPOLITANO

23  KEITH NOYES

24  MARK ROBINSON

25  JONATHAN RODRIGUEZ

1    JACK SCHICKLER

2    DAVID SENES

3    PETER J. SPROFERA

4    PO J. SPOFERA

5    VINCE SULLIVAN

6    MAUDE H. TIPTON

7    PIETER VAN TOL

8    CAROLINE WARREN

9    TAK YEUNG

10   ANDREW YOON

11   ZACHARY ZABIB

12   DAVID BARSE

13   JARNO BERG

14   ROBERT M. KAUFMANN

15   RAKESH PATEL

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2              CLERK:  All rise.

 3              THE COURT:  All right.  Please be seated.  All

 4    right.  We're here in Celsius 22-10964.  This is in

 5    connection with the Debtor's motion for an order with

 6    respect to compensating counsel for witness cooperation

 7    agreements with current and former employees.  Who's going

 8    to begin for the Debtor?

 9              MS. JONES:  Your Honor, Elizabeth Jones of

10    Kirkland & Ellis on behalf of the Debtors.  Mr. Weitzman

11    filed the joinder and request for status conference, so if

12    okay will you, we'll have him start.

13              THE COURT:  That's fine.

14              MR. WEITZMAN:  May I approach the podium?

15              THE COURT:  Yeah, go ahead.  Please.  Just give me

16    a second, okay, to make some notes.

17              All right.  Go ahead.

18              MR. WEITZMAN:  Thank you, Your Honor.  Good

19    morning.  Avi Weitzman from Paul Hastings. I'm here today to

20    address certain of my client's application to join the

21    Debtors' motion to authorize payment of cooperating witness

22    legal fees, which as Your Honor knows is docket -- my motion

23    is Docket 3399.  The applicants who sought to join are eight

24    of my clients.  They are current and former employees and

25    officers of Debtor.  I
```

Page 10

1                currently represent 12 former and current

2      officers and employees of Debtor.  I was retained at the

3      outset of the bankruptcy proceeding to serve as the pool

4      counsel to nonconflicted officers and employees.  The

5      Debtors, as Your Honor is aware, filed the application to

6      pay for cooperating witness fees approximately seven months

7      ago on February 28th, 2023, Docket 2147.

8                The UCC initially objected to that application but

9      then withdrew its objection after working with Debtors to

10     modify the proposal.

11               THE COURT:  And I see -- I have in front of me a

12     copy of the revised order that's been submitted.  I have the

13     redline open in front of me on my desk.  So I've been

14     through that this morning as well.

15               MR. WEITZMAN:  Great, Your Honor.  So I think I

16     can skip the procedural background.  The U.S. Trustee has

17     noted an objection, as Your Honor is aware, Docket 2230, and

18     persisted in that objection at the hearing Your Honor held

19     on June 15th, Docket 2808.  I think the objection was

20     misplaced.  It primarily relied on the assumption, incorrect

21     as it was, that the application would seek to reimburse

22     legal fees for Alex Mashinsky's and others who are accused

23     of wrongdoing.

24               The application does not do that.  As Your Honor

25     is aware, both in the application and in the revised order,

Page 11

1    it makes very clear that it will not reimburse for anybody's

2    -- anybody who's accused of wrongdoing, legal fees.  And if

3    you look at the application, the proposed order, excuse me,

4    at Paragraphs 6 and 7, that's abundantly clear.  We've

5    recently joined --

6           THE COURT:  Just give me a second.  Let me look.

7    This is the revised order.

8           MR. WEITZMAN:  The revised order, Paragraphs 6 and

9    7.  The excluded parties are anybody that the UCC sued or

10   intends to sue, and that includes Mr. Mashinsky.

11          THE COURT:  Just give me a moment.  What would be

12   helpful to me is if you just briefly review the safeguards

13   that are included in the order to assure that alleged

14   wrongdoers are not eligible to receive compensation.

15          And I'll ask Ms. Cornell about this as well, but

16   the -- because I understand the revised order, and this

17   Paragraph 6 in particular, "Absent further order of the

18   Court, none of the prospective defendants shall be

19   designated as eligible individuals and such parties shall

20   not be entitled to receive reimbursement by the Debtors for

21   any expenses.  No later than 14 calendar days after the

22   entry of this order, the Debtor shall provide the U.S.

23   Trustee and the Committee with all documents related to any

24   reimbursements made by the Debtor, any prospective

25   defendants, or their counsel with respect to any

Page 12

1    investigation or other proceeding involving a prospective

2    defendant," then it has, "since July 13th, '21."

3           I'll stop reading.  So, but I think it was -- I

4    understand and I'm certainly -- will listen to Ms. Cornell

5    about it, but certainly from the start -- and I think this

6    is why the Committee was concerned from the start, that

7    alleged wrongdoers are not suddenly going to find themselves

8    being -- having their lawyers compensated by this insolvent

9    Debtor.

10          MR. WEITZMAN:  That's correct, Your Honor.  And I

11   think the procedural safeguards are much robust than even

12   just that one.

13          THE COURT:  Okay.  But --

14          MR. WEITZMAN:  There are --

15          THE COURT:  And review those for me.

16          MR. WEITZMAN:  Yeah.  In Paragraph 4, before any

17   reimbursement gets made, there are certain conditions that

18   need to be satisfied.  The person, as I understand it, needs

19   to sign a agreement to cooperate.  They then need to submit

20   invoice, detailed list of investigations, engagement letter.

21   And that all goes to the Debtor.  The Debtor shares

22   information, as I understand it, with the UCC or maybe that

23   the applicant has to share the information with the UCC.  I

24   see that they're on the list of recipients.

25          THE COURT:  Mr. Weitzman, let -- I just -- just

Page 13

1    let me say, we're -- we have visitors who are coming into

2    the courtroom and I'll just briefly explain so you're not

3    wondering why we have so many people suddenly coming into

4    this hearing.  So --

5            MR. WEITZMAN:  They heard I was speaking?

6            THE COURT:  We have a group of people from the

7    Administrative Office of the Courts in Washington who are

8    here in the Court for meetings today.  And I had the

9    pleasure of being part of the meeting earlier this morning.

10   And in addition to the many other things they're doing here

11   today, they were interested in seeing a hearing.  So that

12   should explain why we had a group who was just coming into

13   the Court. So, okay.

14           MR. WEITZMAN:  Thank you, Your Honor.  I wish this

15   were more -- a more exciting hearing.  I suspect not much in

16   the way of fireworks.  However --

17           THE COURT:  I should just say that -- for the

18   benefit of the visitors who've come in that while there were

19   only two lawyers in the courtroom and a lawyer for the U.S.

20   Trustee on Zoom, there are others on Zoom who have signed up

21   to observe the hearing, but it wasn't required that any of

22   them be here today.  But just to give you some background

23   about, yes, there are only two lawyers -- three lawyers who

24   I expect will be arguing about it.

25           May -- there may be others who are going to want

Page 14

```
 1    to be heard and I'll give them a chance to do that, but just

 2    to put it in context, and just -- the issue, among the

 3    issues before the Court in Celsius is a proposal for

 4    Celsius, the Debtor, to be able to reimburse or refer to as

 5    pool counsel for employees or -- officers or employees

 6    present or former who have been asked to either submit for

 7    depositions or interviews, provide cooperation.

 8            Throughout this case, there have been many issues

 9    and many things have come up where it's been essential to be

10    able to know from the people who presently work, still work,

11    or did work for Celsius, what happened and why.  And so

12    oftentimes what happens, and this is not uncommon in big

13    cases, where lots of employees who are not accused of having

14    done anything wrong, are put -- either having testimony or

15    voluntary interviews and often they want to be represented

16    by counsel.

17            So they always can on their own, but the issue is

18    when, can, or should the insolvent company, Celsius,

19    reimburse expenses for employees to be represented in

20    connection with depositions or interviews.  So that's the

21    background.  This has actually been on the calendar of the

22    Court for quite some time.  There have been some

23    modifications and what I have before me is, so initially the

24    Debtors made this motion and the Creditors Committee had

25    opposed the motion.
```

Page 15

```
 1            And through extensive negotiation, the proposed

 2    order has been revised extensively to put in various

 3    safeguards in terms of amounts or what showings and who can

 4    receive any compensation.  The company also has directors'

 5    and officers' liability insurance, but at least it appears

 6    that the insurers are unwilling to compensate attorneys for

 7    the voluntary appearance of employees at interviews,

 8    deposition.

 9            So that's a little bit of the background.  I hope

10    I didn't misstate anything along the way, but it gives you a

11    sense of what we're talking about.  And Mr. Weitzman is one

12    of the -- is the pool counsel.  He's represented, I think

13    you told me it's 12 or?

14            MR. WEITZMAN:  Twelve.  Yes.

15            THE COURT:  Twelve people present or former

16    employees of Celsius.  That's really the nub of the issue.

17    The U.S. Trustee, Shara Cornell, one of the attorneys for

18    the U.S. Trustee in the Southern District is on the Zoom

19    screen and after I hear from Mr. Weitzman, I'll give Ms.

20    Cornell a chance because the U.S. -- as I understand it, the

21    U.S. Trustee continues to object to the request for relief.

22            So I'm hearing -- this is really a conference but,

23    look, with the confirmation hearing starting on October 2,

24    it's important to me that this issue get resolved.

25            MR. WEITZMAN:  Thank you, Your Honor.  I
```

Page 16

1    appreciate that.

2              THE COURT:  Sooner rather than later.  I

3    interrupted you, Mr. Weitzman.  Go ahead, go ahead.

4              MR. WEITZMAN:  So I was saying in response to your

5    question that there are a number of procedural safeguards.

6    Obviously, notice is an important procedural safeguard and

7    objections are an important procedural safeguard.  This is

8    not the Debtors proceeding on their own.  This will be in

9    collaboration with the UCC and with the Trustee, each of

10   which will receive notice and will receive an opportunity to

11   object any particular reimbursement request.  That's --

12   those procedures are clearly laid out in Paragraph 4, as

13   detailed as it is.

14             I think there are many other procedural

15   safeguards, of course.  In addition to not reimbursing for

16   any legal fees for someone who's already been named in a

17   prospective lawsuit by the UCC, of which there are many

18   individuals named, there's a -- no opportunity for anybody

19   who's been indicted by the U.S. Attorney or charged by the

20   U.S. Attorney to get reimbursement.

21             On top of that, in Paragraph 8, if an eligible

22   individual is either deemed to have engaged in wrongdoing by

23   a judge or jury or admits under oath that they have engaged

24   in wrongdoing or provide any untruthful testimony or are

25   convicted of a crime, they will have to reimburse the Debtor

Page 17

1    or the successor entity for all legal fees paid.

2          On top of that, none of the fees that are paid to

3    any of the individuals can be used in the defense in

4    connection with any civil or criminal proceeding.  And if

5    the fees have already been paid by a covered individual,

6    they are not subject to reimbursement at this point.  It's

7    only for unreimbursed and unpaid fees, and of course, the

8    Debtor has subrogation rights.

9          So there are a number of procedural safeguards

10   that ensure that money doesn't go into wrongdoers' hands and

11   that the only people who are going to have fees reimbursed

12   are those who have been cooperative and are not accused of

13   wrongdoing.  The cooperation that they provided has been

14   extensive.  I'll speak on behalf of my clients, although

15   I'm familiar with other individuals' cooperation as well.

16         My clients have sat for interviews by the Debtor.

17   They've sat for interviews by the Trustee.  They've sat for

18   interviews -- I'm sorry, I meant to say the examiner, not

19   the Trustee.  They've sat for interviews with the UCC.

20   They've been interviewed by the U.S. Attorney's Office, the

21   SEC, and the CFTC, some of them multiple times.  They've

22   produced documents to the Debtors from their own personal

23   records, not just business records.

24         That cooperation is not over.  It's ongoing.  It

25   is likely that many of my clients will be called in any

Page 18

1    proceeding that is prosecuted by the U.S. Attorney's Office,

2    the SEC, and the CFTC.  It is expected that those other

3    regulatory proceedings may be stayed, but the U.S.

4    Attorney's Office proceeding against Alex Mashinsky is going

5    forward and I'm -- I have been informed that several of my

6    clients may well testify in that proceeding.

7              Any testimony that they provide, any meetings in

8    preparation with the U.S. Attorney's Office is not subject

9    to D&O reimbursement.  The only insurance, the only D&O

10   insurance that will be paid out is for individuals who were

11   subpoenaed by a regulator.  So most of my clients' legal

12   fees will not be subject to any reimbursement by a D&O

13   carrier and the only way to reimburse their voluntary

14   cooperation is through this application that the Debtors

15   have made.  My --

16             THE COURT:  This proposed order also includes

17   caps.

18             MR. WEITZMAN:  Correct.

19             THE COURT:  On how much can be reimbursed.

20             MR. WEITZMAN:  Yes.  So it is not a unlimited pool

21   that the Debtors are seeking to distribute.  The caps are

22   very clearly laid out.  As to prior expenses, it's capped at

23   a total of $2.5 million.  The original application had it at

24   $3 million.  It was reduced following consultation with the

25   UCC.  And as to future expenses, it's capped at $90,000 for

Page 19

1    each individual witness and in the aggregate at no more than

2    $1.5 million.  It's -- at today's rates, not so much money;

3    although, I recognize that to unsecured creditors, this is a

4    large and important pool.

5              THE COURT:  Let me ask, and I don't know whether

6    you or Ms. Jones can answer this.  In the aggregate, how

7    many present or former officers or employees are

8    contemplated to be covered by this request for

9    reimbursement?

10             MR. WEITZMAN:  I cannot answer that question.

11             THE COURT:  Ms. Jones, are you able to indicate

12   that?

13             MS. JONES:  Elizabeth Jones of Kirkland & Ellis on

14   behalf of the Debtors.  Your Honor, originally, it was

15   probably, there were 16 being considered.  I would say it's

16   probably gone down some and it's closer to five to ten.

17   It'll depend on, as we prepare for the confirmation hearing,

18   what we -- what types of witnesses we think we'll need, but

19   it is unlikely that we're likely to hit or exceed the caps

20   especially given now that the time period has been extended.

21   So again, the $2.5 million is from petition date to now, not

22   prior to petition date, and the 1.5 is from now until the

23   effective date or confirmation order is entered.

24             THE COURT:  Thank you.  Go ahead, Mr. Weitzman.

25             MR. WEITZMAN:  Yes, Your Honor.  So my clients

Page 20

1    received a copy of the Debtors' application seven months ago

2    and they proceeded in good faith on the assumption that that

3    application will be prosecuted.  I think Your Honor heard at

4    a prior hearing that the Debtors were considering

5    withdrawing that application.  That necessitated our

6    joinder.

7            My clients were left in a Hobson's choice seven

8    months ago.  Even earlier, frankly.  They could either not

9    cooperate voluntarily and force everybody to proceed through

10   formal compulsory process which would have slowed down this

11   entire proceeding, the U.S. Attorney's Office investigation

12   and so on.  They could have cooperated, but without a lawyer

13   and subjected themselves potentially to liability.  It's not

14   easy when you're a non-lawyer to understand what's happening

15   in civil and criminal proceedings and to cooperate fully,

16   truthfully, and accurately.  Or they could have proceeded by

17   retaining independent counsel.

18           They chose the right approach, to retain

19   independent counsel. In my case, it was a pool counsel and

20   they did that at significant expense that they have not yet

21   -- that they have not paid and my firm has not been paid.  I

22   think in all fairness, it is time for there to be a

23   reimbursement of those significant fees.  Their cooperation

24   has been significant.  It has furthered and benefited the

25   estate.

Page 21

1           It has sped up, I think, this bankruptcy

2    proceeding.  It has certainly sped up and assisted the U.S.

3    Attorney's Office in their prosecution of others and will

4    continue to permit the litigation trust to prosecute its

5    claims against others.  Given the procedural safeguards,

6    given the interests of justice and in deference to the

7    Debtors' business judgment, we'd respectfully request that

8    Your Honor sign the proposed order found at Docket 2643.

9           I would add one more thing actually, Your Honor,

10   that I skipped which is the Trustee had previously suggested

11   that there was no need to retain independent counsel.

12   Kirkland or maybe its predecessor Latham could have

13   represented these individuals.  I think, Your Honor, that

14   really misapprehends the position that these individuals are

15   in and what was happening at the time.

16          I'm a former federal prosecutor in the Southern

17   District of New York.  I will tell you that when Debtors'

18   counsel represents all the officers and individuals who are

19   being asked to be interviewed by the U.S. Attorney's Office,

20   U.S. Attorney's Office looks askance at that.  They are

21   skeptical of that type of joint representation.  They prefer

22   independent counsel and there are many good reasons why

23   independent counsel should participate representing these

24   officers and employees.

25          Debtors' motion recognizes it itself at paragraph

```
 1    thirty -- I'm sorry, in their reply at Paragraph 10.  They
 2    stated, it would be a significant conflict of interest for
 3    Kirkland to represent eligible individuals in their
 4    individual capacity during these Chapter 11 cases.  Kirkland
 5    represents the Debtors, not the Debtors' employees, and it
 6    continues.
 7              I think given the clear message that was -- that
 8    is sent in these types of investigations, and in fact, it's
 9    endorsed in the Enron opinion by Judge Casey that you need
10    pool counsel and independent counsel to represent these
11    officers and employees.  I think the interests of justice
12    require that the application of the Debtor be so ordered.
13              THE COURT:  Yeah, and I have a copy of Judge
14    Casey's decision from 2005, 335 B.R. 22 from September 26,
15    2005.  I think it's one of the principal authorities that
16    the Court is considering.
17              MR. WEITZMAN:  Yes, Your Honor.  It's -- you know,
18    I recall the Enron case very well.  It was an exceptional
19    case; 105 employees were represented by Swidler.  It was a
20    massive fraud, as Your Honor is aware.  It was a tricky and
21    complicated case.
22              The Celsius case is a tricky and complicated case
23    for many similar reasons, and many different reasons.  This
24    is a highly complex case that required independent counsel
25    and many different lawyers have appeared on behalf of many
```

Page 23

1   different individuals who -- none of whom are accused of

2   wrongdoing and are seeking reimbursement at this point.

3           THE COURT:  All right, thank you very much.

4           MR. WEITZMAN:  Thank you.

5           THE COURT:  Ms. Jones, do you want to be heard?

6           MS. JONES:  Thank you.  Elizabeth Jones of

7   Kirkland & Ellis on behalf of the Debtors.  Your Honor, I'll

8   be brief, but I did want to flag a few more of the

9   procedural safeguards.  I know that has been a big concern

10  and specifically notice and opportunity for parties to

11  review.  We will note that in the first instance, one, to be

12  eligible for future -- or sorry, to be eligible for past,

13  you have to participate in the future; two, to get that

14  approved at all you have to submit significant documentation

15  showing your participation, what your counsel rate is, what

16  the summary is, and anticipated future investigations as

17  well.

18          That all goes to the Committee, the Debtors, and

19  the U.S. Trustee at the same time.  When -- then the Debtors

20  and the Committee have 14 days to make a recommendation.

21  The U.S. Trustee then has another seven days after that to

22  object.  The Debtors, the Committee, and the U.S. Trustee

23  will work to resolve that, but once the decision is made,

24  all of that information is then filed on the docket.

25          So everybody will also see that and have notice of

Page 24

```
 1    it and then if after 14 days, nobody has raised an issue, we

 2    can then reimburse those expenses.  So the motion is very

 3    much a procedural motion and has significant safeguards and

 4    we believe it's still very important now we're nearing

 5    confirmation.  Witnesses are valuable.  We agree with you

 6    that a resolution is probably the most important, but unless

 7    you have any other specific questions, I just wanted to make

 8    sure to flag that everybody would have notice and see what

 9    these witnesses have participated in.

10         THE COURT:  Thank you very much, Mr. Jones.  Let

11    me ask, before I turn to Ms. Cornell, is there anyone else

12    on Zoom who wants to speak in support of the motion?  This

13    is an opportunity to do that.

14         MR. COLODNY:  Your Honor, this is Aaron Colodny

15    from the Official Committee of Unsecured Creditors.

16         THE COURT:  Good morning, Mr. Colodny.

17         MR. COLODNY:  Your Honor, I echo Ms. Jones'

18    comments.  This was heavily negotiated and one of the

19    provisions that was negotiated was that the Committee has a

20    consent right over any participating witness and the

21    reimbursement of any expenses.  That was incredibly

22    important to us and we intend to view this very rigorously.

23    Ms. Jones, you know, also mentioned that we have

24    confirmation coming up.  I think it's very important that we

25    get this resolved.
```

Page 25

```
 1              We have a number of witnesses that we are looking

 2     to call at confirmation and we've heard from all of their

 3     counsel a similar story to that that Mr. Weissman said

 4     today, which is, you know, they have gone through extreme

 5     sacrifice to cooperate here and that has not been without,

 6     you know, potential consequences to them and they need

 7     attorneys to advise them as to those potential consequences.

 8              So the Committee supports the motion subject to

 9     the changes that we negotiated with the Debtors that are

10     included in the order and we echo Ms. Jones' statement that

11     everything will be filed on the docket.  Everybody will have

12     an opportunity to object and that includes the Court, as

13     always.

14              THE COURT:  Thank you very much, Mr. Colodny.  Is

15     there anybody else on Zoom who wished to speak in support of

16     the motion?  All right.  Ms. Cornell, do you want to be

17     heard?

18              MS. CORNELL:  Thank you.  This is Shara Cornell

19     with the Office of the United States Trustee.  It's not the

20     procedural safeguards that are at issue here, Your Honor,

21     it's whether the estate should bear these costs.  And while

22     we sympathize with those that have assisted in any type of

23     investigation here or in any case, there just isn't a basis

24     for the Debtors here to foot the bill.  And it's not about

25     whether they need independent counsel or not, as counsel
```

Page 26

1      suggested earlier.  It is, it's whether the estate should

2      pay for independent counsel.

3              And there's been no other cases cited by the

4      parties other than Enron from 2005 and we do not believe

5      that in this case it should be paid for by the Debtors'

6      estate.  There needs to be a clear and evidentiary basis for

7      the benefit to the estate.  In this case, in particular,

8      with respect to Paul Hastings -- and I didn't file anything,

9      Your Honor, because I was under the impression that today

10     was just a status hearing -- but with respect to Paul

11     Hastings in particular, Paul Hastings already has received

12     $750,000 for its work during the Celsius bankruptcy case.

13             It was received immediately prior to the filing of

14     the petition.  We do not know whether those funds were

15     applied and whether or not this request includes that

16     application and whether any of the work was done for

17     individuals that were later removed by either the Committee

18     or the Debtors' list and whether or not that money has been

19     refunded to the estate.

20             There are still a lot of open ended procedural

21     questions as they relate to all counsel and specifically as

22     to Paul Hastings, but I do and the United States Trustee

23     continues to question whether or not the estate should foot

24     the bill here.  And I'm happy to answer any other questions

25     or supplement my briefing with respect to Paul Hastings or

Page 27

1    anything else, but that is the United States Trustee's

2    position at this time.

3              THE COURT:  So, are there any cases that you --

4    any decisions other than the -- so obviously, as I said, I

5    have a copy of the Enron decision in front of me because I I

6    view it, Judge Casey's decision in 2005, as sort of the

7    guiding principles that the Court should apply in resolving

8    this issue.

9              And I think since the motion was first filed and

10   your objections, which I thought were -- and the Committee's

11   objections, which were I thought well taken at the time,

12   there's been significant modifications to the order and the

13   procedures, so that even if I approve the order that's been

14   submitted, this heavily negotiated order, the U.S. Trustee

15   will have the right to object to any specific reimbursement

16   request that's made.  You agree with that, right?

17             MS. CORNELL:  Yes, Your Honor.

18             THE COURT:  Okay.  So is there some decision other

19   than Judge Casey's decision in the Enron case that you think

20   is applicable here and would require the Court to deny the

21   motion?

22             MS. CORNELL:  No, Your Honor.  I don't believe

23   that there -- I have in -- at least in my research, I have

24   not found any cases following the 2005 opinion in either

25   direction.  However, again, this is quite unique relief and

1      it is not seen often.  So I wasn't surprised that there was

2      -- that there were few opinions out there on the issue.

3              But again, as I said earlier, it's not necessarily

4      the procedural safeguards that are at issue and we truly

5      appreciate the work that the Committee and the Debtors did

6      to get this order in the shape that it is in right now.  I

7      know that there were tons of phone calls and tireless emails

8      between all the parties, including myself.  But it goes back

9      to whether or not this Debtor's estate should pay for those

10     legal fees.

11             THE COURT:  All right.  Thank you, Ms. Cornell.

12             MS. CORNELL:  Thank you.

13             THE COURT: Is there anybody else on Zoom who

14     wishes to speak in opposition to the pending motion?  Ms.

15     Jones or Mr. Weitzman, do you want to respond?

16             MS. JONES:  Yes, Your Honor, if I may again --

17             THE COURT:  Go ahead.

18             MS. JONES:  Elizabeth Jones of Kirkland & Ellis on

19     behalf of the Debtors.  A few points on that.  First, I do

20     want to note, and you noted earlier, that's what Paragraph 6

21     is, that talks about if any funds had been paid to

22     previously ineligible parties, we will provide that to the

23     U.S. Trustee through the date of this order.  So we did add

24     that procedural safeguard in this order.

25             Second, as you also noted, Your Honor, this really

1    is a procedural motion in the sense that we are asking to

2    streamline procedures for reimbursement, but there is a very

3    real chance that the Debtors are not permitted to reimburse

4    any expenses depending on objections or the evidence that

5    parties provide.  So at this stage, it's not seeking to take

6    away rights but rather streamline a process which further

7    reduces fees.

8               And third, Your Honor, just echoing the sentiment

9    is, we really do believe this is valuable and important.

10   363(b) allows the Debtors in their reasonable business

11   judgment to pay expenses.  There are caps provided here so

12   we know the absolute max, but again, there could potentially

13   be none and so we believe that we've satisfied that

14   standard.  We provided a declaration for Mr. Ferraro and we

15   do think that it makes sense here to try to provide a

16   procedural process for these employees to be reimbursed in

17   the way they benefit the estates.

18               THE COURT:  Thank you.  Mr. Weitzman, do you want

19   to be heard?

20               MR. WEITZMAN:  Nothing further.

21               THE COURT:  All right.  So this was scheduled as a

22   status conference, so I'm not going to rule from the bench

23   with respect to this.  I do think that it is really

24   important that there be a clear ruling because the

25   confirmation hearing starts October 2nd and I think clarity

Page 30

1    before that is very important.

2            So I'm going to undertake to get out an order

3    resolving these issues.  I think what I have before me,

4    obviously, is the heavily negotiated order that reflects the

5    compromises and agreements that have been reached and I

6    expect if I grant the motion, I'll enter that order, but I

7    will issue something that sort of briefly explains the

8    Court's reasoning.

9            So I think you can expect before the end of this

10   week there will be a ruling from the Court on the issue, but

11   I'm not ruling from the bench.  This was just a status

12   conference, but I recognize the importance of getting a

13   decision out soon and so I will do that.  I appreciate all

14   of you participating.  Thank you.

15           MS. JONES:  Great.  Thank you, Your Honor.

16           THE COURT:  We're adjourned.

17           (Whereupon these proceedings were concluded at

18   11:33 AM)

19

20

21

22

23

24

25

1                 C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7    _Sonya M. Ledanski Hyde_

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  September 21, 2023

**[& - application]** Page 1

### &

**&**  3:3,17 9:10
  19:13 23:7
  28:18

### 1

**1.5**  19:2,22
**10**  22:1
**10004**  1:14 4:4
**10022**  3:6
**10166**  3:13
**105**  22:19
**11**  22:4
**11501**  31:23
**11:01**  1:17
**11:33**  30:18
**12**  10:1 15:13
**12151**  31:7
**13th**  12:2
**14**  11:21 23:20
  24:1
**15th**  10:19
**16**  19:15

### 2

**2**  15:23
**2.5**  18:23 19:21
**20**  1:16
**200**  3:12
**2005**  22:14,15
  26:4 27:6,24
**2023**  1:16 10:7
  31:25
**21**  12:2 31:25
**2147**  10:7
**22**  22:14
**22-10964**  1:3
  9:4

**2230**  10:17
**26**  22:14
**2643**  21:8
**2653**  2:7
**2654**  2:7
**2700**  3:19
**2808**  2:7 10:19
**28th**  10:7
**2nd**  29:25

### 3

**3**  18:24
**300**  31:22
**330**  31:21
**335**  22:14
**3399**  2:7 9:23
**363**  29:10

### 4

**4**  12:16 16:12

### 5

**555**  3:19

### 6

**6**  11:4,8,17
  28:20
**601**  3:5

### 7

**7**  11:4,9
**750,000**  26:12

### 8

**8**  16:21

### 9

**90,000**  18:25
**90071**  3:20

### a

**aaron**  3:22
  24:14
**able**  14:4,10
  19:11
**abreu**  4:9
**absent**  11:17
**absolute**  29:12
**abundantly**
  11:4
**accurate**  31:4
**accurately**
  20:16
**accused**  10:22
  11:2 14:13
  17:12 23:1
**actually**  14:21
  21:9
**add**  21:9 28:23
**addition**  13:10
  16:15
**address**  9:20
**adjourned**
  30:16
**adler**  4:10
**administrative**
  13:7
**admits**  16:23
**advise**  25:7
**aggregate**  19:1
  19:6
**ago**  10:7 20:1,8
**agree**  24:5
  27:16
**agreement**
  12:19

**agreements**  2:3
  9:7 30:5
**ahead**  9:15,17
  16:3,3 19:24
  28:17
**alex**  10:22 18:4
**alleged**  11:13
  12:7
**allows**  29:10
**amelia**  6:1
**amounts**  15:3
**andrew**  4:15
  8:10
**angeles**  3:20
**answer**  19:6,10
  26:24
**anticipated**
  23:16
**anybody**  11:2
  11:9 16:18
  25:15 28:13
**anybody's**  11:1
**appearance**
  15:7
**appeared**
  22:25
**appears**  15:5
**applicable**
  27:20
**applicant**
  12:23
**applicants**
  3:11 9:23
**application**  2:1
  9:20 10:5,8,21
  10:24,25 11:3
  18:14,23 20:1

20:3,5 22:12
26:16
**applied** 26:15
**apply** 27:7
**appreciate**
16:1 28:5
30:13
**approach** 9:14
20:18
**approve** 27:13
**approved**
23:14
**approximately**
10:6
**archer** 4:11
**arcos** 5:17
**arguing** 13:24
**armand** 6:19
**artur** 4:9
**askance** 21:20
**asked** 14:6
21:19
**asking** 29:1
**assisted** 21:2
25:22
**assumption**
10:20 20:2
**assure** 11:13
**attorney** 16:19
16:20
**attorney's**
17:20 18:1,4,8
20:11 21:3,19
21:20
**attorneys** 3:4
3:11,18 4:2
15:6,17 25:7

**authorities**
22:15
**authorize** 9:21
**authorizing**
2:2,4
**avenue** 3:5,12
**avi** 3:15 9:19
**aware** 10:5,17
10:25 22:20

**b**

**b** 1:21 7:17
29:10
**b.r.** 22:14
**back** 28:8
**background**
10:16 13:22
14:21 15:9
**bankruptcy**
1:1,12,23 10:3
21:1 26:12
**barse** 8:12
**basis** 25:23
26:6
**bear** 25:21
**becin** 4:12
**behalf** 9:10
17:14 19:14
22:25 23:7
28:19
**believe** 24:4
26:4 27:22
29:9,13
**ben** 7:6
**bench** 29:22
30:11
**benefit** 13:18
26:7 29:17

**benefited**
20:24
**berg** 8:13
**big** 14:12 23:9
**bill** 25:24
26:24
**biswas** 6:20
**bit** 15:9
**bowling** 1:13
4:3
**bradley** 7:11
**breuder** 6:21
**brian** 5:20
**brief** 23:8
**briefing** 26:25
**briefly** 11:12
13:2 30:7
**bronge** 4:13
**burks** 6:9
**business** 17:23
21:7 29:10

**c**

**c** 3:1 9:1 31:1,1
**ca** 3:20
**caceres** 4:14
**calendar** 11:21
14:21
**call** 25:2
**called** 17:25
**calls** 28:7
**cam** 4:17
**capacity** 22:4
**capped** 18:22
18:25
**caps** 18:17,21
19:19 29:11

**carcamo** 5:17
**carl** 4:16
**caroline** 8:8
**carrier** 18:13
**carty** 4:15
**case** 1:3 3:17
14:8 20:19
22:18,19,21,22
22:22,24 25:23
26:5,7,12
27:19
**cases** 14:13
22:4 26:3 27:3
27:24
**casey** 22:9
**casey's** 22:14
27:6,19
**celsius** 1:7 9:4
14:3,4,11,18
15:16 22:22
26:12
**certain** 2:4
9:20 12:17
**certainly** 12:4
12:5 21:2
**certified** 31:3
**cftc** 17:21 18:2
**chance** 14:1
15:20 29:3
**chang** 6:24
**changes** 25:9
**chapter** 22:4
**charged** 16:19
**chase** 5:19
**cheung** 6:22
**chiu** 6:22

choice 20:7
chose 20:18
chris 4:12 5:13
christopher
  7:1
cirkel 6:25
cited 26:3
civil 17:4 20:15
claims 21:5
claire 4:6
clarity 29:25
clear 11:1,4
  22:7 26:6
  29:24
clearly 16:12
  18:22
clerk 9:2
client's 9:20
clients 9:24
  17:14,16,25
  18:6,11 19:25
  20:7
closer 19:16
coco 7:1
collaboration
  16:9
colodny 3:22
  24:14,14,16,17
  25:14
come 13:18
  14:9
coming 13:1,3
  13:12 24:24
comments
  24:18
committee
  3:18 11:23

12:6 14:24
23:18,20,22
24:15,19 25:8
26:17 28:5
committee's
  27:10
company 14:18
  15:4
compensate
  15:6
compensated
  12:8
compensating
  9:6
compensation
  11:14 15:4
complex 22:24
complicated
  22:21,22
compromises
  30:5
compulsory
  20:10
concern 23:9
concerned 12:6
concluded
  30:17
conditions
  12:17
conference 2:1
  9:11 15:22
  29:22 30:12
confirmation
  15:23 19:17,23
  24:5,24 25:2
  29:25

conflict 22:2
connection 9:5
  14:20 17:4
consent 24:20
consequences
  25:6,7
considered
  19:15
considering
  20:4 22:16
consultation
  18:24
contemplated
  19:8
context 14:2
continue 21:4
continues
  15:21 22:6
  26:23
convicted
  16:25
cooperate
  12:19 20:9,15
  25:5
cooperated
  20:12
cooperating
  2:6 9:21 10:6
cooperation
  2:3 9:6 14:7
  17:13,15,24
  18:14 20:23
cooperative
  17:12
copy 10:12
  20:1 22:13
  27:5

cornell 4:6
  11:15 12:4
  15:17,20 24:11
  25:16,18,18
  27:17,22 28:11
  28:12
correct 12:10
  18:18
costs 25:21
cote 4:16
counsel 9:6
  10:4 11:25
  14:5,16 15:12
  20:17,19,19
  21:11,18,22,23
  22:10,10,24
  23:15 25:3,25
  25:25 26:2,21
country 31:21
course 16:15
  17:7
court 1:1,12
  9:3,13,15
  10:11 11:6,11
  11:18 12:13,15
  12:25 13:6,8
  13:13,17 14:3
  14:22 15:15
  16:2 18:16,19
  19:5,11,24
  22:13,16 23:3
  23:5 24:10,16
  25:12,14 27:3
  27:7,18,20
  28:11,13,17
  29:18,21 30:10
  30:16

court's  30:8
courtney  6:9
courtroom
  13:2,19
courts  13:7
covered  17:5
  19:8
creditors  3:18
  14:24 19:3
  24:15
crews  4:17
crime  16:25
criminal  17:4
  20:15
cunha  6:23
current  2:4 9:7
  9:24 10:1
currently  10:1

**d**

d  7:19,21 9:1
d&o  18:9,9,12
d'amico  6:13
dalhart  7:2
dan  5:9
date  19:21,22
  19:23 28:23
  31:25
david  4:10 5:8
  5:17 6:5,11 7:2
  8:2,12
davies  4:18
days  11:21
  23:20,21 24:1
de  6:12
deborah  4:23
debtor  1:9 3:4
  9:8,25 10:2

11:22,24 12:9
12:21,21 14:4
16:25 17:8,16
22:12
debtor's  2:2
9:5 28:9
debtors  2:3
9:10,21 10:5,9
11:20 14:24
16:8 17:22
18:14,21 19:14
20:1,4 21:7,17
21:25 22:5,5
23:7,18,19,22
25:9,24 26:5
26:18 28:5,19
29:3,10
decision  22:14
23:23 27:5,6
27:18,19 30:13
decisions  27:4
declaration
29:14
deemed  16:22
defendant  12:2
defendants
11:18,25
defense  17:3
deference  21:6
deny  27:20
department
4:1
depend  19:17
depending
29:4
deposition
15:8

depositions
14:7,20
designated
11:19
desk  10:13
detailed  12:20
16:13
diaz  4:19
dietrich  5:12
different  22:23
22:25 23:1
difiore  7:3
direction  27:25
directors  15:4
distribute
18:21
district  1:2
15:18 21:17
doc  2:7
docket  9:22,23
10:7,17,19
21:8 23:24
25:11
documentation
23:14
documents
11:23 17:22
doing  13:10
donald  6:3
dow  4:20
drew  7:5
duffy  7:4,5
dzaran  4:21

**e**

e  1:21,21 3:1,1
9:1,1 31:1

eades  7:6
earlier  13:9
20:8 26:1 28:3
28:20
easy  20:14
echo  24:17
25:10
echoing  29:8
eckhardt  7:7
ecro  1:25
effective  19:23
eight  9:23
either  14:6,14
16:22 20:8
26:17 27:24
eligible  11:14
11:19 16:21
22:3 23:12,12
elizabeth  3:8
7:20,22 9:9
19:13 23:6
28:18
ellis  3:3 9:10
19:13 23:7
28:18
emails  28:7
employees  2:4
9:7,24 10:2,4
14:5,5,13,19
15:7,16 19:7
21:24 22:5,11
22:19 29:16
ended  26:20
endorsed  22:9
engaged  16:22
16:23

[engagement - great]                                                    Page 5

engagement 12:20

enron 22:9,18 26:4 27:5,19

ensure 17:10

enter 2:3 30:6

entered 19:23

entire 20:11

entitled 11:20

entity 17:1

entry 2:2 11:22

erik 7:18

especially 19:20

essential 14:9

estate 20:25 25:21 26:1,6,7 26:19,23 28:9

estates 29:17

everybody 20:9 23:25 24:8 25:11

evidence 29:4

evidentiary 26:6

examiner 17:18

exceed 19:19

exceptional 22:18

exciting 13:15

excluded 11:9

excuse 11:3

expect 13:24 30:6,9

expected 18:2

expense 20:20

expenses 2:5 11:21 14:19 18:22,25 24:2 24:21 29:4,11

explain 13:2,12

explains 30:7

extended 19:20

extensive 15:1 17:14

extensively 15:2

extreme 25:4

ezra 6:13

f

f 1:21 5:25 31:1

fabsik 4:22

fact 22:8

fairness 20:22

faith 20:2

familiar 17:15

february 10:7

federal 21:16

fees 9:22 10:6 10:22 11:2 16:16 17:1,2,5 17:7,11 18:12 20:23 28:10 29:7

ferraro 29:14

file 26:8

filed 9:11 10:5 23:24 25:11 27:9

filing 26:13

find 12:7

fine 9:13

fireworks 13:16

firm 20:21

first 23:11 27:9 28:19

five 19:16

flag 23:8 24:8

flannigan 7:8

florence 7:8

flower 3:19

following 18:24 27:24

foot 25:24 26:23

force 20:9

foregoing 31:3

formal 20:10

former 2:4 9:7 9:24 10:1 14:6 15:15 19:7 21:16

forward 18:5

found 21:8 27:24

frankel 4:23

frankly 20:8

fraud 22:20

front 10:11,13 27:5

fully 20:15

funds 26:14 28:21

further 11:17 29:6,20

furthered 20:24

future 2:5 18:25 23:12,13 23:16

g

g 9:1

gallagher 7:9

geary 7:10

geoffrey 6:25

gergi 5:10

getting 30:12

giardiello 7:11

give 9:15 11:6 11:11 13:22 14:1 15:19

given 19:20 21:5,6 22:7

gives 15:10

glenn 1:22

go 9:15,17 16:3 16:3 17:10 19:24 28:17

goes 12:21 23:18 28:8

going 9:7 12:7 13:25 17:11 18:4 29:22 30:2

good 9:18 20:2 21:22 24:16

gorrepati 4:24

grant 30:6

granting 2:6

great 10:15 30:15

**green**  1:13 4:3
**greogry**  5:25
**group**  13:6,12
**guiding**  27:7

### h

**h**  8:6
**hands**  17:10
**happened**
  14:11
**happening**
  20:14 21:15
**happens**  14:12
**happy**  26:24
**haqqani**  7:12
**harrison**  5:1
**hastings**  3:10
  9:19 26:8,11
  26:11,22,25
**hear**  15:19
**heard**  13:5
  14:1 20:3 23:5
  25:2,17 29:19
**hearing**  2:1
  10:18 13:4,11
  13:15,21 15:22
  15:23 19:17
  20:4 26:10
  29:25
**heavily**  24:18
  27:14 30:4
**held**  10:18
**helpful**  11:12
**heras**  6:12
**hermann**  5:2
**hershey**  5:3
**highly**  22:24

**hit**  19:19
**hobson's**  20:7
**holcomb**  4:25
**hon**  1:22
**honor**  9:9,18
  9:22 10:5,15
  10:17,18,24
  12:10 13:14
  15:25 19:14,25
  20:3 21:8,9,13
  22:17,20 23:7
  24:14,17 25:20
  26:9 27:17,22
  28:16,25 29:8
  30:15
**hope**  15:9
**horris**  7:19
**hurley**  5:4
**hybrid**  2:1
**hyde**  2:25 31:3
  31:8

### i

**ii**  2:4
**iii**  2:6
**immanuel**  5:2
**immediately**
  26:13
**importance**
  30:12
**important**
  15:24 16:6,7
  19:4 24:4,6,22
  24:24 29:9,24
  30:1
**impression**
  26:9

**included**  11:13
  25:10
**includes**  11:10
  18:16 25:12
  26:15
**including**  28:8
**incorrect**  10:20
**incredibly**
  24:21
**independent**
  20:17,19 21:11
  21:22,23 22:10
  22:24 25:25
  26:2
**indicate**  19:11
**indicted**  16:19
**individual**
  16:22 17:5
  19:1 22:4
**individuals**
  11:19 16:18
  17:3,15 18:10
  21:13,14,18
  22:3 23:1
  26:17
**ineligible**
  28:22
**information**
  12:22,23 23:24
**informed**  18:5
**initially**  10:8
  14:23
**insolvent**  12:8
  14:18
**instance**  23:11
**insurance**  15:5
  18:9,10

**insurers**  15:6
**intend**  24:22
**intends**  11:10
**interest**  22:2
**interested**
  13:11
**interests**  21:6
  22:11
**interrupted**
  16:3
**interviewed**
  17:20 21:19
**interviews**
  14:7,15,20
  15:7 17:16,17
  17:18,19
**investigation**
  12:1 20:11
  25:23
**investigations**
  12:20 22:8
  23:16
**invoice**  12:20
**involving**  12:1
**iovine**  5:5
**issue**  14:2,17
  15:16,24 24:1
  25:20 27:8
  28:2,4 30:7,10
**issues**  14:3,8
  30:3
**it'll**  19:17

### j

**j**  4:10,16,25 7:2
  8:3,4
**jack**  8:1

janell  7:7
jarno  8:13
jasleigh  7:10
jasmine  6:19
jason  5:5 7:14
jeff  5:24
jeffrey  6:17
jellestad  5:6
jesse  5:18
johan  4:13
john  4:21
johnson  5:7
join  2:1 9:20
  9:23
joinder  3:11
  9:11 20:6
joined  11:5
joint  21:21
jonathan  1:25
  6:4 7:25
jones  3:8 9:9,9
  19:6,11,13,13
  23:5,6,6 24:10
  24:17,23 25:10
  28:15,16,18,18
  30:15
joseph  5:16
jospeh  5:15
judge  1:23
  16:23 22:9,13
  27:6,19
judgment  21:7
  29:11
july  12:2
june  10:19
jury  16:23

justice  4:1 21:6
  22:11

**k**

kahn  5:8
kaila  6:16
kaplan  5:9
kass  5:10
kaufmann  8:14
keeney  5:11
keith  6:15 7:23
kevin  7:16
kirkland  3:3
  9:10 19:13
  21:12 22:3,4
  23:7 28:18
knauth  5:12
know  14:10
  19:5 22:17
  23:9 24:23
  25:4,6 26:14
  28:7 29:12
knows  9:22
koenig  5:13
kouly  7:13
kwasteniet
  5:14

**l**

l  4:22
lai  6:22
laid  16:12
  18:22
lalia  5:15
large  19:4
las  6:12
latham  21:12

lawsuit  16:17
lawyer  13:19
  20:12,14
lawyers  12:8
  13:19,23,23
  22:25
ledanski  2:25
  31:3,8
left  20:7
legal  9:22
  10:22 11:2
  16:16 17:1
  18:11 28:10
  31:20
lehrfeld  5:16
letter  12:20
lexington  3:5
liability  15:5
  20:13
likely  17:25
  19:19
list  12:20,24
  26:18
listen  12:4
litigation  21:4
little  15:9
llc  1:7
llp  3:3,10,17
look  11:3,6
  15:23
looking  25:1
looks  21:20
los  3:20 5:17
lot  26:20
lots  14:13
lu  7:14

lucas  4:25
luke  6:8
lund  5:18
lupu  7:15

**m**

m  4:20 6:6 7:8
  7:16 8:14
maciej  6:2
made  11:24
  12:17 14:24
  18:15 23:23
  27:16
make  9:16
  23:20 24:7
makes  11:1
  29:15
manus  7:16
mark  7:24
maronpot  7:17
marsh  5:19
martin  1:22
mashinsky
  11:10 18:4
mashinsky's
  10:22
mason  5:22
massive  22:20
masumoto
  5:20
matter  1:5
matthew  6:7
maude  8:6
max  29:12
meant  17:18
meeting  13:9
meetings  13:8
  18:7

**mendelson**
  7:18,20
**mentioned**
  24:23
**message**  22:7
**mg**  1:3
**michael**  7:19
  7:21
**mike**  5:7
**milin**  5:23
**million**  18:23
  18:24 19:2,21
**mineola**  31:23
**mira**  7:12
**misapprehends**
  21:14
**misplaced**
  10:20
**misstate**  15:10
**mitchell**  5:4
**mitrakas**  5:21
**modifications**
  14:23 27:12
**modify**  10:10
**moment**  11:11
**money**  17:10
  19:2 26:18
**months**  10:6
  20:1,8
**morning**  9:19
  10:14 13:9
  24:16
**morris**  7:21
**motion**  2:2 9:5
  9:21,22 14:24
  14:25 21:25
  24:2,3,12 25:8

25:16 27:9,21
28:14 29:1
30:6
**multiple**  17:21

**n**

**n**  3:1 9:1 31:1
**named**  16:16
  16:18
**napolitano**
  7:22
**nearing**  24:4
**necessarily**
  28:3
**necessitated**
  20:5
**need**  12:18,19
  19:18 21:11
  22:9 25:6,25
**needs**  12:18
  26:6
**negotiated**
  24:18,19 25:9
  27:14 30:4
**negotiation**
  15:1
**network**  1:7
**new**  1:2,14 3:6
  3:13 4:4 21:17
**nikhil**  6:10
**noah**  6:6
**non**  20:14
**nonconflicted**
  10:4
**note**  23:11
  28:20
**noted**  10:17
  28:20,25

**notes**  9:16
**notice**  16:6,10
  23:10,25 24:8
**noyes**  7:23
**nub**  15:16
**number**  16:5
  17:9 25:1
**ny**  1:14 3:6,13
  4:4 31:23

**o**

**o**  1:21 9:1 31:1
**oath**  16:23
**object**  15:21
  16:11 23:22
  25:12 27:15
**objected**  10:8
**objection**  10:9
  10:17,18,19
**objections**  16:7
  27:10,11 29:4
**observe**  13:21
**obviously**  16:6
  27:4 30:4
**october**  15:23
  29:25
**office**  13:7
  17:20 18:1,4,8
  20:11 21:3,19
  21:20 25:19
**officers**  9:25
  10:2,4 14:5
  15:5 19:7
  21:18,24 22:11
**official**  3:18
  24:15
**oftentimes**
  14:12

**okay**  9:12,16
  12:13 13:13
  27:18
**old**  31:21
**once**  23:23
**ongoing**  17:24
**open**  10:13
  26:20
**opinion**  22:9
  27:24
**opinions**  28:2
**opportunity**
  16:10,18 23:10
  24:13 25:12
**opposed**  14:25
**opposition**
  28:14
**order**  2:2 9:5
  10:12,25 11:3
  11:7,8,13,16
  11:17,22 15:2
  18:16 19:23
  21:8 25:10
  27:12,13,14
  28:6,23,24
  30:2,4,6
**ordered**  22:12
**original**  18:23
**originally**
  19:14
**outset**  10:3
**own**  14:17 16:8
  17:22

**p**

**p**  3:1,1 5:3 9:1
**paid**  17:1,2,5
  18:10 20:21,21

26:5 28:21
**palissery** 5:22
**paragraph**
  11:17 12:16
  16:12,21 21:25
  22:1 28:20
**paragraphs**
  11:4,8
**park** 3:12
**part** 13:9
**participate**
  21:23 23:13
**participated**
  24:9
**participating**
  24:20 30:14
**participation**
  23:15
**particular**
  11:17 16:11
  26:7,11
**parties** 11:9,19
  23:10 26:4
  28:8,22 29:5
**past** 2:5 23:12
**patel** 5:23 8:15
**patton** 5:24
**paul** 3:10 4:22
  6:21 9:19 26:8
  26:10,11,22,25
**pay** 10:6 26:2
  28:9 29:11
**payment** 9:21
**pending** 28:14
**people** 13:3,6
  14:10 15:15
  17:11

**period** 19:20
**permit** 21:4
**permitted** 29:3
**persisted** 10:18
**person** 12:18
**personal** 17:22
**pesce** 5:25
**peter** 4:21 8:3
**petition** 19:21
  19:22 26:14
**phone** 28:7
**pieter** 8:7
**please** 9:3,15
**pleasure** 13:9
**po** 8:4
**pocket** 2:5
**podium** 9:14
**point** 17:6 23:2
**points** 28:19
**pollard** 6:1
**pool** 10:3 14:5
  15:12 18:20
  19:4 20:19
  22:10
**porczek** 6:2
**position** 21:14
  27:2
**potential** 25:6
  25:7
**potentially**
  20:13 29:12
**poynter** 6:3
**predecessor**
  21:12
**prefer** 21:21
**preparation**
  18:8

**prepare** 19:17
**present** 4:8
  14:6 15:15
  19:7
**presently**
  14:10
**previously**
  21:10 28:22
**primarily**
  10:20
**principal**
  22:15
**principles** 27:7
**prior** 18:22
  19:22 20:4
  26:13
**probably**
  19:15,16 24:6
**procedural**
  10:16 12:11
  16:5,6,7,14
  17:9 21:5 23:9
  24:3 25:20
  26:20 28:4,24
  29:1,16
**procedures**
  16:12 27:13
  29:2
**proceed** 20:9
**proceeded** 20:2
  20:16
**proceeding**
  10:3 12:1 16:8
  17:4 18:1,4,6
  20:11 21:2
**proceedings**
  18:3 20:15

30:17 31:4
**process** 20:10
  29:6,16
**produced**
  17:22
**proposal** 10:10
  14:3
**proposed** 11:3
  15:1 18:16
  21:8
**prosecute** 21:4
**prosecuted**
  18:1 20:3
**prosecution**
  21:3
**prosecutor**
  21:16
**prospective**
  11:18,24 12:1
  16:17
**provide** 11:22
  14:7 16:24
  18:7 28:22
  29:5,15
**provided** 17:13
  29:11,14
**provisions**
  24:19
**put** 14:2,14
  15:2

| q |
| --- |

**question** 16:5
  19:10 26:23
**questions** 24:7
  26:21,24
**quite** 14:22
  27:25

| **r** | record 31:4 | relied 10:20 | respond 28:15 |
|---|---|---|---|
| **r** 1:21 3:1 9:1 | records 17:23 | relief 2:6 15:21 | response 16:4 |
| 31:1 | 17:23 | 27:25 | retain 20:18 |
| raised 24:1 | redline 10:13 | removed 26:17 | 21:11 |
| rakesh 8:15 | reduced 18:24 | reply 22:1 | retained 10:2 |
| randles 6:4 | reduces 29:7 | represent 10:1 | retaining |
| rate 23:15 | refer 14:4 | 22:3,10 | 20:17 |
| rates 19:2 | reflects 30:4 | representation | review 11:12 |
| rather 16:2 | refunded | 21:21 | 12:15 23:11 |
| 29:6 | 26:19 | represented | revised 10:12 |
| reached 30:5 | regulator | 14:15,19 15:12 | 10:25 11:7,8 |
| reading 12:3 | 18:11 | 21:13 22:19 | 11:16 15:2 |
| real 29:3 | regulatory | representing | rick 4:11 |
| really 15:16,22 | 18:3 | 21:23 | rickie 6:24 |
| 21:14 28:25 | reimburse | represents | right 9:3,4,17 |
| 29:9,23 | 10:21 11:1 | 21:18 22:5 | 20:18 23:3 |
| reasonable | 14:4,19 16:25 | request 9:11 | 24:20 25:16 |
| 29:10 | 18:13 24:2 | 15:21 16:11 | 27:15,16 28:6 |
| reasoning 30:8 | 29:3 | 19:8 21:7 | 28:11 29:21 |
| reasons 21:22 | reimbursed | 26:15 27:16 | rights 17:8 |
| 22:23,23 | 17:11 18:19 | require 22:12 | 29:6 |
| rebecca 7:9 | 29:16 | 27:20 | rigorously |
| recall 22:18 | reimbursement | required 13:21 | 24:22 |
| receive 11:14 | 2:5 11:20 | 22:24 | riki 7:13 |
| 11:20 15:4 | 12:17 16:11,20 | research 27:23 | rise 9:2 |
| 16:10,10 | 17:6 18:9,12 | resolution 24:6 | road 31:21 |
| received 20:1 | 19:9 20:23 | resolve 23:23 | robert 8:14 |
| 26:11,13 | 23:2 24:21 | resolved 15:24 | robinson 7:24 |
| recently 11:5 | 27:15 29:2 | 24:25 | robust 12:11 |
| recipients | reimburseme... | resolving 27:7 | rodriguez 7:25 |
| 12:24 | 11:24 | 30:3 | ross 5:14 |
| recognize 19:3 | reimbursing | respect 9:6 | rule 29:22 |
| 30:12 | 16:15 | 11:25 26:8,10 | ruling 29:24 |
| recognizes | relate 26:21 | 26:25 29:23 | 30:10,11 |
| 21:25 | related 2:6 | respectfully | |
| recommenda... | 11:23 | 21:7 | |
| 23:20 | | | |

| s | | | |
| --- | --- | --- | --- |

**s**

**s**  3:1 5:20 9:1
**sacrifice**  25:5
**safeguard**  16:6
  16:7 28:24
**safeguards**
  11:12 12:11
  15:3 16:5,15
  17:9 21:5 23:9
  24:3 25:20
  28:4
**samuel**  5:3
**santos**  4:14
**sarah**  7:17
**sat**  17:16,17,17
  17:19
**satisfied**  12:18
  29:13
**saying**  16:4
**scheduled**
  29:21
**schickler**  8:1
**schneider**  6:5
**schottenstein**
  6:6
**scott**  7:4
**screen**  15:19
**seated**  9:3
**sec**  17:21 18:2
**second**  9:16
  11:6 28:25
**see**  10:11 12:24
  23:25 24:8
**seeing**  13:11
**seek**  10:21
**seeking**  18:21
  23:2 29:5

**seen**  28:1
**senes**  8:2
**sense**  15:11
  29:1,15
**sent**  22:8
**sentiment**  29:8
**september**
  1:16 22:14
  31:25
**serban**  7:15
**serve**  10:3
**seven**  10:6 20:1
  20:7 23:21
**several**  18:5
**shape**  28:6
**shara**  4:6
  15:17 25:18
**share**  12:23
**shares**  12:21
**sharon**  4:20
**showing**  23:15
**showings**  15:3
**sign**  12:19 21:8
**signature**  31:7
**signed**  13:20
**significant**
  20:20,23,24
  22:2 23:14
  24:3 27:12
**silverman**  6:7
**similar**  22:23
  25:3
**skeptical**  21:21
**skip**  10:16
**skipped**  21:10
**slowed**  20:10

**solutions**  31:20
**soma**  6:20
**sonya**  2:25
  31:3,8
**soon**  30:13
**sooner**  16:2
**sorry**  17:18
  22:1 23:12
**sort**  27:6 30:7
**sought**  9:23
**south**  3:19
**southern**  1:2
  15:18 21:16
**spangler**  6:8
**speak**  17:14
  24:12 25:15
  28:14
**speaking**  13:5
**specific**  24:7
  27:15
**specifically**
  23:10 26:21
**sped**  21:1,2
**spofera**  8:4
**sprofera**  8:3
**stage**  29:5
**standard**  29:14
**start**  9:12 12:5
  12:6
**starting**  15:23
**starts**  29:25
**stated**  22:2
**statement**
  25:10
**states**  1:1,12
  4:1 25:19
  26:22 27:1

**status**  2:1 9:11
  26:10 29:22
  30:11
**stayed**  18:3
**steadman**  6:9
**steffan**  4:18
**stig**  5:6
**stop**  12:3
**story**  25:3
**streamline**
  29:2,6
**street**  3:19
**subject**  17:6
  18:8,12 25:8
**subjected**
  20:13
**submit**  12:19
  14:6 23:14
**submitted**
  10:12 27:14
**subpoenaed**
  18:11
**subrogation**
  17:8
**successor**  17:1
**suddenly**  12:7
  13:3
**sue**  11:10
**sued**  11:9
**suggested**
  21:10 26:1
**suite**  3:19
  31:22
**sullivan**  8:5
**summary**
  23:16

supplement
    26:25
support   24:12
    25:15
supports   25:8
sure   24:8
suri   6:10
surprised   28:1
suspect   13:15
swidler   22:19
sympathize
    25:22

**t**

t   31:1,1
tak   8:9
take   29:5
taken   27:11
talking   15:11
talks   28:21
tanzila   6:18
taylor   5:1
telephonically
    3:8,22 4:6,8
tell   21:17
ten   19:16
terms   15:3
testify   18:6
testimony
    14:14 16:24
    18:7
thank   9:18
    13:14 15:25
    19:24 23:3,4,6
    24:10 25:14,18
    28:11,12 29:18
    30:14,15

thing   21:9
things   13:10
    14:9
think   10:15,19
    12:3,5,11
    15:12 16:14
    19:18 20:3,22
    21:1,13 22:7
    22:11,15 24:24
    27:9,19 29:15
    29:23,25 30:3
    30:9
third   29:8
thirty   22:1
thomas   7:3
thought   27:10
    27:11
three   13:23
time   14:22
    19:20 20:22
    21:15 23:19
    27:2,11
times   17:21
timon   5:21
tipton   8:6
tireless   28:7
today   9:19
    13:8,11,22
    25:4 26:9
today's   19:2
tol   8:7
told   15:13
tons   28:7
top   16:21 17:2
total   18:23
transcribed
    2:25

transcript   31:4
travis   5:11
tricky   22:20,22
tristan   4:19
true   31:4
truly   28:4
trust   21:4
trustee   4:2
    10:16 11:23
    13:20 15:17,18
    15:21 16:9
    17:17,19 21:10
    23:19,21,22
    25:19 26:22
    27:14 28:23
trustee's   27:1
truthfully
    20:16
try   29:15
turetsky   6:11
turn   24:11
twelve   15:14
    15:15
two   13:19,23
    23:13
type   21:21
    25:22
types   19:18
    22:8

**u**

u.s.   1:23 4:2
    10:16 11:22
    13:19 15:17,18
    15:20,21 16:19
    16:20 17:20
    18:1,3,8 20:11
    21:2,19,20

23:19,21,22
    27:14 28:23
ubierna   6:12
ucc   10:8 11:9
    12:22,23 16:9
    16:17 17:19
    18:25
uday   4:24
uncommon
    14:12
under   16:23
    26:9
understand
    11:16 12:4,18
    12:22 15:20
    20:14
undertake   30:2
unique   27:25
united   1:1,12
    4:1 25:19
    26:22 27:1
unlimited
    18:20
unpaid   17:7
unreimbursed
    17:7
unsecured   3:18
    19:3 24:15
untruthful
    16:24
unwilling   15:6
used   17:3

**v**

valuable   24:5
    29:9
van   8:7

**various**  15:2
**vazquez**  6:13
**vejseli**  6:14
**veritext**  31:20
**veton**  6:14
**victor**  6:12
**view**  24:22
  27:6
**vince**  8:5
**visitors**  13:1,18
**vitor**  6:23
**voluntarily**
  20:9
**voluntary**
  14:15 15:7
  18:13

**w**

**w**  6:7
**want**  13:25
  14:15 23:5,8
  25:16 28:15,20
  29:18
**wanted**  24:7
**wants**  24:12
**warren**  8:8
**washington**
  13:7
**way**  13:16
  15:10 18:13
  29:17
**we've**  11:4
  25:2 29:13
**week**  30:10
**weissman**  25:3
**weitzman**  3:15
  9:10,14,18,19
  10:15 11:8

  12:10,14,16,25
  13:5,14 15:11
  15:14,19,25
  16:3,4 18:18
  18:20 19:10,24
  19:25 22:17
  23:4 28:15
  29:18,20
**white**  3:17
**who've**  13:18
**wish**  13:14
**wished**  25:15
**wishes**  28:14
**withdrawing**
  20:5
**withdrew**  10:9
**witness**  2:3 9:6
  9:21 10:6 19:1
  24:20
**witnesses**  2:6
  19:18 24:5,9
  25:1
**wofford**  6:15
**wondering**
  13:3
**work**  14:10,10
  14:11 23:23
  26:12,16 28:5
**working**  10:9
**wrong**  14:14
**wrongdoers**
  11:14 12:7
  17:10
**wrongdoing**
  10:23 11:2
  16:22,24 17:13
  23:2

**x**

**x**  1:4,10

**y**

**yara**  5:10
**yeah**  9:15
  12:16 22:13
**yeung**  8:9
**yoon**  8:10
**york**  1:2,14 3:6
  3:13 4:4 21:17

**z**

**zabib**  8:11
**zachary**  8:11
**zaharis**  6:16
**zats**  6:17
**zomo**  6:18
**zoom**  13:20,20
  15:18 24:12
  25:15 28:13