**KLEINBERG KAPLAN WOLFF & COHEN, P.C.**
Matthew J. Gold
Dov R. Kleiner
500 Fifth Avenue
New York, New York 10110
(212) 986-6000

*Counsel to Harrison Schoenau*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*, | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. Section 1746, I, Anna Bikowski, hereby declare as follows under penalty of perjury:

1. On September 22, 2023, I caused true and correct copies of the Objection of Harrison Schoenau to Confirmation Insofar as It Pertains to Debtors' Request for Approval of Alternative Dispute Resolution Procedures Dkt. 3529 to be served by mail upon the Office of the U.S. Trustee at Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York, 10004.

2. On September 22, 2023, I caused true and correct copies of the Objection of Harrison Schoenau to Confirmation Insofar as It Pertains to Debtors' Request for Approval of Alternative Dispute Resolution Procedures Dkt. 3529 to be served by email upon those named below, pursuant to Paragraph 9 of the Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief Dkt. 2560:

- accounting@blockdaemon.com

- aglaubach@teamtogut.com
- ajcurrie@venable.com
- aleblanc@milbank.com
- allison.weiss@afslaw.com
- alyssa.fiorentino@afslaw.com
- amiller@milbank.com
- aoden@teamtogut.com
- apeled@venable.com
- arodriguez@teamtogut.com
- ashley.moody@myfloridalegal.com
- astolp@teamtogut.com
- atg.ced@hawaii.gov
- attorney.general@alaska.gov
- attorney.general@ct.gov
- attorney.general@delaware.gov
- attorney.general@state.de.us
- bellerb@sullcrom.com
- birgit.urbons@zg.ch
- bkotliar@teamtogut.com
- bkotliar@teamtogut.com
- brosszer@law.ga.gov
- c10_spc@invictuscapital.com
- c20_spc@invictuscapital.com
- celsiusbankruptcy@covar.io
- cgreer@mwe.com
- ciadonisi@deferred1031.com
- consumer@ag.iowa.gov
- consumer@azag.gov
- consumerinterest@alabamaag.gov
- contactus@innovationisrael.org.il
- cora.request@coag.gov
- cweinerlevy@venable.com
- dadler@mccarter.com
- dadler@mccarter.com
- daniel@invictuscapital.com
- daniel@invictuscapital.com
- david.lender@weil.com
- dazman@mwe.com
- ddunne@milbank.com
- deborah.kovsky@troutman.com
- dietdericha@sullcrom.com
- dperson@teamtogut.com
- eblander@teamtogut.com
- edscott@akingump.com

Page **2**

- elobello@msek.com
- gkopacz@sillscummis.com
- gluecksteinb@sullcrom.com
- gquist@teamtogut.com
- gsteinman@mwe.com
- healey@jrlaw.org
- info@guberman.co.il
- info@ipatent.co.il
- info@lisamadigan.org
- jason.nagi@offitkurman.com
- jeffrey.gleit@afslaw.com
- jkreder@rlrpclaw.com
- jkuhns@offitkurman.com
- jmannon@akingump.com
- jssabin@venable.com
- jsussberg@kirkland.com
- jweiss@msek.com
- jwolf@milbank.com
- kaizpuru@ftc.gov
- kay.kress@troutman.com
- kfell@milbank.com
- kjohnson3@ftc.gov
- kortiz@teamtogut.com
- kstadler@gklaw.com
- kyle@kyleroche.law
- lisa.indelicato@afslaw.com
- ljkotler@duanemorris.com
- mark.banner@covar.io
- mbates@duanemorris.com
- mco@mwe.com
- mepner@rlrpclaw.com
- middleoffice@b2c2.com
- mvaneck@attorneygeneral.gov
- mwyanez@milbank.com
- nalmeida@milbank.com
- oag@arkansasag.gov
- oag@dc.gov
- ohscelsiusnotice@orrick.com
- patrick.nash@kirkland.com
- ray.schrock@weil.com
- richard@altcointrader.co.za
- ronit.berkovich@weil.com
- ross.kwasteniet@kirkland.com
- schroeder@jrlaw.org

Page **3**

- spg@13trustee.net
- spg@13trustee.net
- stephanie.guyon@ag.idaho.gov
- tdominczyk@mauricewutscher.com
- thomas-dominczyk-5025@ecf.pacerpro.com
- vel@fnf.law
- xavier.becerra@doj.ca.gov

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2023

        /s/ Anna Bikowski
        Anna Bikowski