**KING & SPALDING LLP**
Leigh M. Nathanson
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100

*Counsel to Koala 2 LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | | Chapter 11 |
| | ) | |
| In re: | ) | |
| | ) | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF**
**NOTICES AND PAPERS BY KING & SPALDING LLP**

**PLEASE TAKE NOTICE** that the King & Spalding LLP hereby appears on behalf of

Koala 2 LLC ("K2") in the above-captioned chapter 11 cases. Pursuant to Section 1109(b) of Title

11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned

respectfully requests that all notices given or required to be given in the above captioned case and

all papers served or required to be served in such case be served upon the following:

**King & Spalding LLP**
1185 Avenue of the Americas
New York, New York 10036
Attn: Michael R. Handler, Esq.
Email:  mhandler@kslaw.com
Tel. No.:  212-556-2100
Fax. No.: 212-556-2222

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise made with regard to the above-captioned cases and adversary proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of any rights of K2, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which K2 may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  September 22, 2023
       New York, New York

**KING & SPALDING, LLP**

By: */s/ Michael R. Handler*

    Michael Handler (Bar No. 5002589)
    *mhandler@kslaw.com*
    KING & SPALDING LLP
    1185 Avenue of the Americas, 34th Floor
    New York, NY 10036
    Tel: (212) 556-2100
    Fax: (212) 556-2222

    *Counsel for Koala 2 LLC*