To: Judge Glen

Hi my name is James Johantgen. I feel that I am treated unfairly. I have a loan with Celsius that is backed by collateral. Now with the plan or ruling, I not only get less of collateral back, but I also am forced to take equity in a company that was never part of the loan agreement.

The loan agreement was to payback my loan after my term and receive my crytpo. But things have changed for some reason. Your Honor, you have to ask yourself, if you took out a loan against collateral and with the contractual agreement that you would pay back the loan after the date of maturity, and now not only do you lose a significant amount of your collateral, but you also can't even refinance because you live in a jurisdiction where it isn't allowed, how does that suppose to protect any future loan contractual agreements? I believe this is setting bad precedence.

I imagine the bankruptcy law was written for cases involving non-crypto type entities, but this was a crypto bank. It was touted as a bank.

Please reconsider your ruling as it has drastic consequences for people like me who relied on the contract and it can open up future issues involving contractually honoring of future loans.

I humbly ask you your Honor to do the right thing for people like me and future people like me who relied on a contractual agreement to take out a loan.