**Peter Truss**
*Pro Se*
2023-09-22

**United States Bankruptcy Court Southern District of New York**

**Re: Chapter 11 Case No. [22-10964 (MG)]**

**Joinder to Limited Objection to Debtors' Plan**

Honorable Judge Martin Glenn,

I, the undersigned, Peter Truss , a party of interest in the aforementioned Chapter 11 case, hereby join Johan Bronge's Limited Objection to the Debtors' Plan. I concur with Mr. Bronge's objections and concerns regarding the treatment of Institutional Loans and Retail Loans, the valuation of collateral, the use of a mix of market and petition prices, the terminology employed within the proposed plan, and the lack of choice for creditors between Orderly Wind Down and NewCo reorganization.

I affirm Mr. Bronge's request for the Court's careful consideration of these objections and support the implementation of the suggested remedies to ensure equitable and fair treatment of all parties involved in this Chapter 11 case.

Sincerely,

Peter Maurice Truss