**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
Email:  jselendy@selendygay.com
          fgay@selendygay.com
          tagangawilliams@selendygay.com
          cobrien@selendygay.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SEVENTH MONTHLY STATEMENT OF SELENDY GAY ELSBERG
PLLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

**PLEASE TAKE NOTICE** that on the date hereof, Selendy Gay Elsberg PLLC ("**Selendy**

**Gay Elsberg**") filed its *Seventh Monthly Statement of Selendy Gay Elsberg PLLC for Interim*

*Compensation and Reimbursement of Expenses as Co-Counsel for the Official Committee of*

*Unsecured Creditors for the Period from August 1, 2023 through August 31, 2023* (the "**Monthly**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 1745 ¶ 3.a.

　　**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**");[2] (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Statement**, by (i) Selendy Gay Elsberg and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

　　**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Selendy Gay Elsberg.

　　**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Compensation Procedures.

to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

        **PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

  Dated:   September 22, 2023          Respectfully submitted,

                                      */s/  Jennifer M. Selendy*
                                      **SELENDY GAY ELSBERG PLLC**
                                      Jennifer M. Selendy
                                        Faith E. Gay
                                        Temidayo Aganga-Williams
                                        Claire O'Brien
                                        1290 Avenue of the Americas
                                        New York, New York 10104
                                        Tel.: 212-390-9000
                                        jselendy@selendygay.com
                                        fgay@selendygay.com
                                        tagangawilliams@selendygay.com
                                        cobrien@selendygay.com

                                      *Co-Counsel for the Official Committee of*
                                      *Unsecured Creditors*

**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
Email: jselendy@selendygay.com
         fgay@selendygay.com
         tagangawilliams@selendygay.com
         cobrien@selendygay.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**SEVENTH MONTHLY STATEMENT OF SELENDY GAY ELSBERG PLLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Name of Applicant: | Selendy Gay Elsberg |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") |
| Date of Retention: | March 16, 2023 [Docket No. 2251] *Effective as of* January 8, 2023 |
| Period for Which Interim Compensation and Reimbursement of Expenses is Sought: | August 1, 2023 – August 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable, and Necessary (100%): | $120,600.50 |
| Amount of Interim Compensation to be Paid Under Interim Compensation Procedures (80%): | $96,480.40 |
| Amount of Interim Compensation to be Held Back Under Interim Compensation Procedures (20%): | $24,120.10 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $964.05 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $121,564.55 |
| Total Interim Compensation and Reimbursement of Expenses to be Paid Under Interim Compensation Procedures: | $97,444.45 |

This is a <u>monthly</u> fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), the Interim Compensation Procedures, and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013 (the "**U.S.**

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

**Trustee Guidelines**"), Selendy Gay Elsberg PLLC ("**Selendy Gay Elsberg**" or the "**Firm**"), as co-counsel to the Committee, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $97,444.45, consisting of 80% of the $120,600.50 in fees earned and 100% of the $964.05 in expenses incurred.

## Professional Services Rendered and Expense Disbursements Incurred

1.      Prior to filing this Monthly Statement, Selendy Gay Elsberg reviewed its fees (which totalled 106.5 hours and $120,600.50) and expenses (which totalled $964.05). Following that review, Selendy Gay Elsberg voluntarily elected to reduce its fees by 0.0 hours and $0.00 (0%), and its expenses by $0.00 (0%).

2.      **Exhibit A** sets forth a timekeeper summary that includes: (a) the name, title, and year of admission to practice (if applicable) of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by Selendy Gay Elsberg; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by Selendy Gay Elsberg. The blended rate for compensation requested in this Monthly Statement is approximately $1,132 per hour.[3]

3.      **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by Selendy Gay Elsberg timekeepers in rendering services to the Committee during the Compensation Period.

4.      **Exhibit C** sets forth the time records for Selendy Gay Elsberg timekeepers for which compensation is sought by Selendy Gay Elsberg, including an itemization of tasks performed in rendering services to the Committee during the Compensation Period.

---

[3] The blended rate is calculated by taking the total of fees sought in this Monthly Statement and dividing by the total of hours sought in this Monthly Statement, rounded to the nearest dollar.

5. **Exhibit D** sets forth both a summary and detailed entries of the expenses for which Selendy Gay Elsberg seeks reimbursement during the Compensation Period.

6. The following is a brief narrative summary of the services performed by Selendy Gay Elsberg on behalf of the Committee during the Compensation Period, organized by project category:

| No. | Category Name | Hours | Fees |
|-----|---------------|-------|------|
| **10** | **Retention Application** | **0.0** | **$0.00** |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| **20** | **Fee Statements and Applications** | **37.0** | **$39,174.50** |
| | Selendy Gay Elsberg prepared its Sixth Monthly Fee Statement, which was filed on September 15, 2023 [Docket No. 2481] in accordance with the Interim Compensation Procedures, the U.S. Trustee Guidelines, and guidance provided by the Fee Examiner. Selendy Gay Elsberg also prepared and filed its Second Application for Interim Professional Compensation for the Period of March 1, 2023, through June 30, 2023 on August 14, 2023 [Docket No. 3298]. This includes time spent working with the Firm billing department and with co-counsel to calculate the underlying numbers and draft the applications and statements. | | |
| **30** | **Case Administration** | **21.3** | **$19,540.50** |
| | Due to the size and complexity of these chapter 11 cases, Selendy Gay Elsberg professionals were involved in various administrative tasks, including (i) reviewing and summarizing docket filings; (ii) attending to internal case, file, and calendar management; and (iii) coordinating with other Selendy Gay Elsberg professionals to discuss and review workstreams in process and staffing. | | |
| **40** | **Case Strategy** | **3.3** | **$4,121.00** |
| | Selendy Gay Elsberg conferred and coordinated with other Committee professionals regarding the Committee's legal interests and claims. | | |
| **50** | **WestCap Matters Filings** | **0.00** | **$0.00** |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| **60** | **Discovery and Fact Development** | **0.00** | **$0.00** |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| **70** | **Hearings and Court Matters** | **0.00** | **$0.00** |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |

| No. | Category Name | Hours | Fees |
|---|---|---|---|
| 80 | **Other** | **0.00** | **$0.00** |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| 90 | **Plan/Confirmation Matters** | **1.8** | **$2,250.00** |
| | Selendy Gay Elsberg professionals analyzed and conferred regarding the Debtors' proposed plan confirmation process and related matters. | | |
| 95 | **FTX Matters Filings** | **43.1** | **$55,514.50** |
| | Selendy Gay Elsberg reviewed and analyzed documents produced by the FTX Debtors and worked with Elementus, the Committee's blockchain forensics expert, to evaluate data received pursuant to its discovery requests upon the FTX Debtors and to strategize over potential avenues of further inquiry. This also includes work done by Selendy Gay Elsberg regarding certain FTX-related case issues and Selendy Gay Elsberg's analysis of issues surrounding the CEL token valuation. | | |

**Reservation of Rights**

7.       Although Selendy Gay Elsberg has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. Selendy Gay Elsberg reserves the right to seek payment of such fees and expenses not included herein.

**Notice**

8.    Selendy Gay Elsberg will provide notice of this Monthly Statement to the Monthly

Fee Statement Recipients in accordance with ¶ 3.a of the Interim Compensation Procedures.

Dated:    September 22, 2023                Respectfully submitted,

_/s/   Jennifer M. Selendy_
**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
jselendy@selendygay.com
fgay@selendygay.com
tagangawilliams@selendygay.com
cobrien@selendygay.com

*Co-Counsel for the Official Committee of
Unsecured Creditors*

**Exhibit A**

**Timekeeper Summary**

| Name | Title | Year Admitted | Hours | Rate | Amount |
|------|-------|---------------|-------|------|--------|
| Aganga-Williams, Temidayo | Partner | 2012 | 15.2 | $1,435.00 | $21,812.00 |
| Chen, Kayla | Associate | 2023 | 8.0 | $895.00 | $6,386.00 |
| McHugh, Katherine | Managing Clerk | N/A | 1.3 | $405.00 | $526.50 |
| Mitchell, Zachary | Law Clerk | *pending* | 13.9 | $685.00 | $9,521.50 |
| Mon Cureño, Alvaro | Associate | 2019 | 54.8 | $1,250.00 | $68,500.00 |
| O'Brien, Claire | Associate | 2018 | 1.2 | $1,275.00 | $1,530.00 |
| Pugh, Abbie | Staff Attorney | 2010 | 0.3 | $685.00 | $205.50 |
| Selendy, Jennifer | Partner | 1996 | 3.1 | $2,060.00 | $6,386.00 |
| Seri, Tesla | Staff Attorney | 2017 | 3.9 | $570.00 | $2,223.00 |
| Siegel, Scott | Paralegal | N/A | 4.8 | $570.00 | $2,736.00 |
| **Grand Total** | | | **106.5** | | **$120,600.50** |

**Exhibit B**

**Project Summary**

| Code | Project | Hours | Amount |
|------|---------|-------|--------|
| 10 | Retention Application | 0.0 | $0.00 |
| 20 | Fee Statements and Applications | 37.0 | $39,174.50 |
| 30 | Case Administration | 21.3 | $19,540.50 |
| 40 | Case Strategy | 3.3 | $4,121.00 |
| 50 | WestCap Matters Filings | 0.0 | $0.00 |
| 60 | Discovery and Fact Development | 0.0 | $0.00 |
| 70 | Hearings and Court Matters | 0.0 | $0.00 |
| 80 | Other | 0.0 | $0.00 |
| 90 | Plan/Confirmation Matters | 1.8 | $2,250.00 |
| 95 | FTX Matters Filings | 43.1 | $55,514.50 |
| | **Grand Total** | **106.5** | **$120,600.50** |

**<u>Exhibit C</u>**

**Time Records**

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000
http://www.selendygay.com



Official Committee of Unsecured Creditors

RE:  In re Celsius Network LLC, et al.

For Professional Services Rendered Through August 31, 2023

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **20 - Fee statements and applications** | | | | | |
| 8/1/2023 | Kayla Chen | Correspond with finance department and A. Mon Cureno re second interim fee application information. | 0.4 | $895.00 | $358.00 |
| 8/2/2023 | Alvaro Mon Cureno | Meet with K. Chen to discuss second interim fee application. | 0.5 | $1,250.00 | $625.00 |
| 8/2/2023 | Kayla Chen | Meet with A. Mon Cureno re Second Interim fee app. | 0.6 | $895.00 | $537.00 |
| 8/4/2023 | Alvaro Mon Cureno | Draft second interim fee application. | 3.2 | $1,250.00 | $4,000.00 |
| 8/7/2023 | Kayla Chen | Correspond with A. Mon Cureno re Second Interim fee app. | 0.1 | $895.00 | $89.50 |
| 8/8/2023 | Alvaro Mon Cureno | Draft Second Interim Fee Application. | 3.2 | $1,250.00 | $4,000.00 |
| 8/9/2023 | Kayla Chen | Correspond with A. Mon Cureno re Second Interim fee app (.1); correspond with finance re LEDES (.1). | 0.2 | $895.00 | $179.00 |
| 8/10/2023 | Alvaro Mon Cureno | Draft Second Interim Fee Application (2.5); correspond with K. Chen and Billing Department re blended rates for Second Interim Fee Application (.4). | 2.9 | $1,250.00 | $3,625.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **20 - Fee statements and applications** | | | | | |
| 8/11/2023 | Alvaro Mon Cureno | Draft Second Interim Fee Application (2.8); correspond with K. Chen re Second Interim Fee Application (.4). | 3.2 | $1,250.00 | $4,000.00 |
| 8/11/2023 | Claire OBrien | Confer with V. Jindal and K. Chen re June fee statement. | 0.2 | $1,275.00 | $255.00 |
| 8/11/2023 | Kayla Chen | Correspond with V. Jindal and debtors re June interim payment. | 0.3 | $895.00 | $268.50 |
| 8/13/2023 | Temidayo Aganga-Willi; | Review interim fee applications circulated by White & Case. | 0.3 | $1,435.00 | $430.50 |
| 8/13/2023 | Alvaro Mon Cureno | Draft Second Interim Fee Application (2.1); correspond with Billing Department re Second Interim Fee Application (.2). | 2.3 | $1,250.00 | $2,875.00 |
| 8/14/2023 | Temidayo Aganga-Willi; | Review and revise interim fee application (.5); communication with A. Mon Cureno re interim fee application (.2). | 0.7 | $1,435.00 | $1,004.50 |
| 8/14/2023 | Alvaro Mon Cureno | Revise, proof, and edit Second Interim Fee Application (2.4); correspond with K. Chen re Second Interim Fee Application (.4); calls with T. Aganga-Williams to discuss edits to second interim fee application (.3); call with C. O'Brien to discuss edits to second interim fee application (.2); correspondence with managing clerks re filing of second interim fee application (.2). | 3.5 | $1,250.00 | $4,375.00 |
| 8/14/2023 | Kayla Chen | Correspond with A. Mon Cureno re second interim fee application filing. | 0.1 | $895.00 | $89.50 |
| 8/15/2023 | Alvaro Mon Cureno | Correspondence with K. Chen re service of second interim fee application (.3). | 0.3 | $1,250.00 | $375.00 |
| 8/15/2023 | Kayla Chen | Correspond with Kroll re interim fee app service (.3); correspond with billing re LEDES (.3); correspond with A. Mon Cureno re interim fee app service and LEDES (.3); correspond with M. Haqqani re LEDES (.1). | 0.9 | $895.00 | $805.50 |
| 8/17/2023 | Kayla Chen | Correspond with S. Ludovici re LEDES. | 0.1 | $895.00 | $89.50 |
| 8/21/2023 | Kayla Chen | Correspond with V. Jindal re fee statement payment. | 0.1 | $895.00 | $89.50 |
| 8/21/2023 | Zachary Mitchell | Review July time entries for work product and privilege. | 4.1 | $685.00 | $2,808.50 |
| 8/22/2023 | Zachary Mitchell | Review July time entries for work product and privilege (3.1); correspond with C. O'Brien, A. Mon Cureno, and K. Chen re July time entries and proposed edits (.2). | 3.3 | $685.00 | $2,260.50 |
| 8/24/2023 | Alvaro Mon Cureno | Review and revise July Fee Statement. | 2.8 | $1,250.00 | $3,500.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **20 - Fee statements and applications** | | | | | |
| 8/26/2023 | Zachary Mitchell | Revise July time entries for work product and privilege. | 2.1 | $685.00 | $1,438.50 |
| 8/28/2023 | Zachary Mitchell | Revise July time entries for work product and privilege. | 1.4 | $685.00 | $959.00 |
| 8/30/2023 | Zachary Mitchell | Review revised July time entries for work product and privilege. | 0.2 | $685.00 | $137.00 |
| **Subtotal for:  20 - Fee statements and applications** | | | **37.0** | | **$39,174.50** |
| | | | | | |
| **30 - Case administration** | | | | | |
| 8/1/2023 | Scott Siegel | Review and update case files. | 1.4 | $570.00 | $798.00 |
| 8/2/2023 | Temidayo Aganga-Willia | Meet with K. Chen, C. O'Brien, and A. Mon Cureno re ongoing workstreams. | 0.5 | $1,435.00 | $717.50 |
| 8/2/2023 | Temidayo Aganga-Willia | Meet with A. Colodny, C. O'Brien, and A. Mon Cureno re ongoing workstreams. | 0.4 | $1,435.00 | $574.00 |
| 8/2/2023 | Claire OBrien | Attend weekly team meeting re ongoing workstreams with T. Aganga-Williams, A. Mon Cureno, K. Chen. | 0.5 | $1,275.00 | $637.50 |
| 8/2/2023 | Kayla Chen | Attend weekly team meeting with T. Aganga-Williams, C. O'Brien and C. O'Brien re ongoing workstreams. | 0.6 | $895.00 | $537.00 |
| 8/7/2023 | Temidayo Aganga-Willia | Meet with C. O'Brien, A. Mon Cureno, K. Chen. and others regarding ongoing workstreams. | 0.5 | $1,435.00 | $717.50 |
| 8/7/2023 | Alvaro Mon Cureno | Revise internal team task list. | 0.2 | $1,250.00 | $250.00 |
| 8/7/2023 | Alvaro Mon Cureno | Attend and participate in meeting with T. Aganga Williams, J. Selendy, C. O'Brien, K. Chen, A. Pugh, T. Seri, and Z. Mitchell re ongoing case workstreams. | 0.4 | $1,250.00 | $500.00 |
| 8/7/2023 | Kayla Chen | Attend weekly team meeting with T. Aganga-Williams, A. Mon Cureno, C. O'Brien and others. | 0.4 | $895.00 | $358.00 |
| 8/7/2023 | Kayla Chen | Attend weekly team meeting with T. Aganga-Williams, A. Mon Cureno, C. O'Brien and others re ongoing workstreams. | 0.4 | $895.00 | $358.00 |
| 8/7/2023 | Zachary Mitchell | Meet with T. Aganga-Williams, C. O'Brien, A. Mon Cureno, K. Chen, and T. Seri re ongoing case workstreams and assignments. | 0.3 | $685.00 | $205.50 |
| 8/7/2023 | Abbie Pugh | Team meeting re case status and strategy. | 0.3 | $685.00 | $205.50 |
| 8/7/2023 | Tesla Seri | Attend weekly meeting with T. Aganga-Williams, A. Mon Cureño, C. O'Brien, and others. | 0.4 | $570.00 | $228.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **30 - Case administration** | | | | | |
| 8/9/2023 | Alvaro Mon Cureno | Draft Second Interim Fee Application. | 0.3 | $1,250.00 | $375.00 |
| 8/9/2023 | Scott Siegel | Review and update docket folders. | 0.8 | $570.00 | $456.00 |
| 8/11/2023 | Temidayo Aganga-Willia | Review filings related to upcoming disclosure hearing. | 0.7 | $1,435.00 | $1,004.50 |
| 8/14/2023 | Temidayo Aganga-Willia | Participate in meeting with A. Pugh, A. Mon Cureno, C. O'Brien, K. Chen, and T. Seri regarding ongoing work streams. | 0.3 | $1,435.00 | $430.50 |
| 8/14/2023 | Alvaro Mon Cureno | Update internal team case tracker. | 0.4 | $1,250.00 | $500.00 |
| 8/14/2023 | Alvaro Mon Cureno | Attend and participate in meeting with T. Aganga-Williams, C. O'Brien, K. Chen, T. Seri, and A. Pugh to discuss second interim fee app and Debtors proofs of claim. | 0.3 | $1,250.00 | $375.00 |
| 8/14/2023 | Alvaro Mon Cureno | Attend and participate in meeting with J. Selendy, T.Aganga-Williams, and W&C to discuss disclosure statement hearing. | 0.1 | $1,250.00 | $125.00 |
| 8/14/2023 | Alvaro Mon Cureno | Call with C. O'Brien to discuss case workstreams. | 0.3 | $1,250.00 | $375.00 |
| 8/14/2023 | Kayla Chen | Attend weekly team meeting with T. Aganga-Williams, A. Mon Cureno and others re ongoing workstreams. | 0.2 | $895.00 | $179.00 |
| 8/14/2023 | Tesla Seri | Attend weekly case status meeting with T. Aganga-Williams, A. Mon Curñeo, C. O'Brien and others. | 0.5 | $570.00 | $285.00 |
| 8/14/2023 | Katherine McHugh | Email exchange with A. Mon Cureno and K. Chen re filing (0.3); review documents for filing and formatting requirements (0.4); file documents (0.5); follow up email to A. Mon Cureno and K. Chen confirming filing (0.1). | 1.3 | $405.00 | $526.50 |
| 8/18/2023 | Temidayo Aganga-Willia | Review key document filings from case docket. | 0.9 | $1,435.00 | $1,291.50 |
| 8/21/2023 | Alvaro Mon Cureno | Update internal team case tracker. | 0.4 | $1,250.00 | $500.00 |
| 8/21/2023 | Kayla Chen | Attend weekly team meeting with T. Aganga-Williams, J. Selendy, A. Mon Cureno and others re ongoing workstreams. | 0.9 | $895.00 | $805.50 |
| 8/21/2023 | Zachary Mitchell | Meet with case team, including J. Selendy and T. Aganga-Williams, re ongoing assignments and case workstreams. | 0.9 | $685.00 | $616.50 |
| 8/21/2023 | Tesla Seri | Attend weekly meeting with J. Selendy, T. Aganga-Williams, A. Mon Cureño, and others. | 1.0 | $570.00 | $570.00 |
| 8/21/2023 | Scott Siegel | Review and update case files. | 0.7 | $570.00 | $399.00 |
| 8/25/2023 | Temidayo Aganga-Willia | Review schedule re upcoming trial. | 0.2 | $1,435.00 | $287.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **30 - Case administration** | | | | | |
| 8/25/2023 | Scott Siegel | Update docket folders and coordinate with MCO regarding upcoming deadlines. | 1.2 | $570.00 | $684.00 |
| 8/28/2023 | Alvaro Mon Cureno | Update internal case tracker (.4); attend and participate in meeting with J. Selendy, T. Aganga Williams, C. O'Brien, K. Chen, Z.Mitchell, T. Seri to discuss case workstreams (.5). | 0.9 | $1,250.00 | $1,125.00 |
| 8/28/2023 | Claire OBrien | Attend weekly team meeting with T. Aganga-Williams, J. Selendy, A. Mon Cureno, K. Chen, Z. Mitchell, and T. Seri re ongoing workstreams. | 0.5 | $1,275.00 | $637.50 |
| 8/28/2023 | Kayla Chen | Attend weekly team meeting with J. Selendy, T. Aganga-Williams, C. O'Brien and others re ongoing workstreams. | 0.5 | $895.00 | $447.50 |
| 8/28/2023 | Zachary Mitchell | Attend meeting with case team, including J. Selendy and T. Aganga-Williams, re ongoing workstreams and assignments. | 0.5 | $685.00 | $342.50 |
| 8/31/2023 | Temidayo Aganga-Willia | Review Omnibus Objection of The Official Committee of Unsecured Creditors to Stay Relief Motion. | 0.3 | $1,435.00 | $430.50 |
| 8/31/2023 | Temidayo Aganga-Willia | Review revised discovery schedule regarding upcoming trial. | 0.2 | $1,435.00 | $287.00 |
| 8/31/2023 | Scott Siegel | Review and update docket folders; coordinate upcoming deadlines with MCO. | 0.7 | $570.00 | $399.00 |
| **Subtotal for: 30 - Case administration** | | | **21.3** | | **$19,540.50** |
| **40 - Case strategy** | | | | | |
| 8/2/2023 | Alvaro Mon Cureno | Review and analyze Examiner's Report for discussion of CEL token value. | 1.1 | $1,250.00 | $1,375.00 |
| 8/7/2023 | Temidayo Aganga-Willia | Draft correspondence to Elementus team regarding upcoming tasks. | 0.3 | $1,435.00 | $430.50 |
| 8/11/2023 | Temidayo Aganga-Willia | Call with A. Colodny and A. Mon Cureno regarding case updates. | 0.4 | $1,435.00 | $574.00 |
| 8/11/2023 | Alvaro Mon Cureno | Attend and participate in meeting with T. Aganga Williams and W&C to discuss upcoming disclosure statement hearing. | 0.4 | $1,250.00 | $500.00 |
| 8/21/2023 | Temidayo Aganga-Willia | Call with A. Mon Cureno and A. Colodny regarding case updates. | 0.3 | $1,435.00 | $430.50 |
| 8/21/2023 | Zachary Mitchell | Review discovery requests in response to request from White & Case. | 0.4 | $685.00 | $274.00 |

---

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **40 - Case strategy** | | | | | |
| 8/28/2023 | Alvaro Mon Cureno | Attend and participate in meeting with W&C and T. Aganga Williams to discuss and coordinate case workstreams. | 0.2 | $1,250.00 | $250.00 |
| 8/29/2023 | Temidayo Aganga-Willia | Call with A. Colodny re case update. | 0.2 | $1,435.00 | $287.00 |
| **Subtotal for: 40 - Case strategy** | | | **3.3** | | **$4,121.00** |
| | | | | | |
| **90 - Plan/Confirmation Matters** | | | | | |
| 8/2/2023 | Alvaro Mon Cureno | Attend and participate in call with W&C, J. Selendy, C. O'Brien, and T. Aganga-Williams to discuss plan confirmation process. | 0.4 | $1,250.00 | $500.00 |
| 8/20/2023 | Alvaro Mon Cureno | Review and analyze court order approving Debtors' disclosure statement. | 0.4 | $1,250.00 | $500.00 |
| 8/22/2023 | Alvaro Mon Cureno | Internal correspondence re plan confirmation hearing. | 0.2 | $1,250.00 | $250.00 |
| 8/28/2023 | Alvaro Mon Cureno | Review proposed Chapter 11 plan and discovery schedule re equitably subordinated claims. | 0.8 | $1,250.00 | $1,000.00 |
| **Subtotal for: 90 - Plan/Confirmation Matters** | | | **1.8** | | **$2,250.00** |
| | | | | | |
| **95 - FTX Matters Filings** | | | | | |
| 8/2/2023 | Alvaro Mon Cureno | Meet with K. Chen, C. O'Brien, and T. Aganga-Williams to next steps on FTX-related investigation and analysis. | 0.4 | $1,250.00 | $500.00 |
| 8/7/2023 | Jennifer M Selendy | Review and respond to team emails re progress on FTX investigation. | 0.3 | $2,060.00 | $618.00 |
| 8/7/2023 | Alvaro Mon Cureno | Draft email to U.S. Trustee re proof of claim. | 0.4 | $1,250.00 | $500.00 |
| 8/9/2023 | Temidayo Aganga-Willia | Research and analysis re FTX-related investigation. | 0.7 | $1,435.00 | $1,004.50 |
| 8/9/2023 | Alvaro Mon Cureno | Attend and participate in call with T.Aganga-Williams, K. Chen, and blockchain experts re potential CEL price manipulation. | 1.0 | $1,250.00 | $1,250.00 |
| 8/9/2023 | Kayla Chen | Call with Elementus, T. Aganga-Williams A. Mon Cureno re FTX production and next steps (.5); call with A. Mon Cureno re same (.2); meet with T. Aganga-Williams re same (.1). | 0.8 | $895.00 | $716.00 |
| 8/9/2023 | Tesla Seri | Correspondence with T. Aganga-Williams re key documents in FTX database. | 0.1 | $570.00 | $57.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **95 - FTX Matters Filings** | | | | | |
| 8/14/2023 | Temidayo Aganga-Willia | Review and revise summary regarding FTX-related work streams. | 1.7 | $1,435.00 | $2,439.50 |
| 8/17/2023 | Temidayo Aganga-Willia | Communication with A. Mon Cureno regarding FTX-related issues (.2); draft correspondence to Celsius debtors regarding FTX-related issues (.2). | 0.4 | $1,435.00 | $574.00 |
| 8/17/2023 | Temidayo Aganga-Willia | Review briefing re CEL token status. | 0.3 | $1,435.00 | $430.50 |
| 8/21/2023 | Temidayo Aganga-Willia | Review and revise summary re status of fact investigation regarding FTX. | 0.6 | $1,435.00 | $861.00 |
| 8/21/2023 | Alvaro Mon Cureno | Attend and participate in meeting with T. Aganga-Williams, J. Selendy, Z. Mitchell, K. Chen, and T. Seri to discuss third-party discovery and next steps (.9); attend and participate in meeting with J. Selendy, T. Aganga-Williams, and W&C to discuss Debtors proofs of claim and potential expert report (.3); discuss third-party discovery with C. O'Brien (.2). | 1.4 | $1,250.00 | $1,750.00 |
| 8/21/2023 | Tesla Seri | Research case filings re FTX. | 1.9 | $570.00 | $1,083.00 |
| 8/22/2023 | Alvaro Mon Cureno | Review and update summary document re third-party productions and potential price manipulation of CEL token. | 8.9 | $1,250.00 | $11,125.00 |
| 8/22/2023 | Kayla Chen | Research FTX proof of claim matters (.3); correspond with A. Mon Cureno re same (.2). | 0.5 | $895.00 | $447.50 |
| 8/23/2023 | Alvaro Mon Cureno | Research objection procedure for proofs of claim (3.9); review and update work product re third-party productions and potential price manipulation of CEL token (7.4). | 11.3 | $1,250.00 | $14,125.00 |
| 8/23/2023 | Kayla Chen | Meet with A. Mon Cureno re FTX proof of claim procedural matters. | 0.7 | $895.00 | $626.50 |
| 8/23/2023 | Kayla Chen | Meet with A. Mon Cureno re docket filings CEL Token Valuation. | 0.2 | $895.00 | $179.00 |
| 8/27/2023 | Temidayo Aganga-Willia | Review and revise investigative findings regarding FTX-related questions. | 3.8 | $1,435.00 | $5,453.00 |
| 8/28/2023 | Jennifer M Selendy | Review and comment on draft memo to committee re FTX investigation (1.4); plan for client presentation (1.4). | 2.8 | $2,060.00 | $5,768.00 |
| 8/29/2023 | Temidayo Aganga-Willia | Call with Elementus, A. Mon Cureno, and Z. Mitchell re FTX investigation. | 0.7 | $1,435.00 | $1,004.50 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **95 - FTX Matters Filings** | | | | | |
| 8/29/2023 | Alvaro Mon Cureno | Attend and participate in call with W&C, Elementus, T. Aganga Williams, and Z. Mitchel re analysis of potential CEL price manipulation (.7); revise work product re potential CEL price manipulation (1). | 1.7 | $1,250.00 | $2,125.00 |
| 8/29/2023 | Zachary Mitchell | Call with Elementus, T. Aganga-Williams, and A. Mon Cureno re status of FTX discovery requests (.6); call with T. Aganga-Williams and A. Mon Cureno re FTX discovery summary (.1). | 0.7 | $685.00 | $479.50 |
| 8/30/2023 | Temidayo Aganga-Willia | Call with A. Mon Cureno re FTX summary (.2); review work product re FTX investigation (.6). | 0.8 | $1,435.00 | $1,148.00 |
| 8/30/2023 | Alvaro Mon Cureno | Call with T. Aganga Williams to discuss edits to work product of potential CEL price manipulation (.2); revise work product re potential CEL price manipulation (.8). | 1.0 | $1,250.00 | $1,250.00 |
| **Subtotal for: 95 - FTX Matters Filings** | | | **43.1** | | **$55,514.50** |
| **Total Professional Services** | | | **106.5** | | **$120,600.50** |

## Exhibit D

### Expense Summary & Detail

| Category | Amount |
|---|---|
| E-Discovery Data Hosting / Storage | $256.38 |
| Online Research | $672.67 |
| Overtime Meals | $45.00 |
| **Grand Total** | **$964.05** |

| Timekeeper | Date | Narrative | Category | Amount |
|---|---|---|---|---|
| Christopher Bandes | 08/31/2023 | Document Hosting/Technical Time | E-Discovery Document Hosting/Storage | $256.38 |
| Stephen Metro | 08/04/2023 | Pacer charges | Online Research | $3.00 |
| Stephen Metro | 08/07/2023 | Pacer charges | Online Research | $3.00 |
| Alvaro Mon Cureño | 08/23/2023 | Westlaw charges | Online Research | $588.63 |
| Alvaro Mon Cureño | 08/24/2023 | Westlaw charges | Online Research | $68.04 |
| Alvaro Mon Cureño | 08/14/2023 | Meal during overtime required for drafting second interim fee application. | Overtime Meals | $45.00 |
| **Grand Total** | | | | **$964.05** |