## Withdrawal Preference Exposure Calculation – Transaction Chart

| Transaction Type | Transaction Description | Preference Treatment |
|---|---|---|
| Deposit | Incoming transfer of assets into an Account Holder's Celsius Account that results in an increase in the account balance of coin that was deposited. | Decreases an Account Holder's Withdrawal Preference Exposure if Deposited to Earn or Withhold.<br><br>Does not change an Account Holder's Withdrawal Preference Exposure if Deposited to Custody. |
| Withdrawal | Asset withdrawals are reductions to an Account Holder's balance. | Increases an Account Holder's Withdrawal Preference Exposure if Withdrawn from Earn or Withhold.<br><br>Does not change an Account Holder's Withdrawal Preference Exposure if Withdrawn from Custody. |
| Inbound Transfer | CelPay was a crypto-remittance product where Account Holders were able to initiate crypto-asset transfers to other Celsius Account Holders. Instead of initiating a transfer to a crypto wallet address, a link was generated and shared with the proposed receiver. This represents the inbound side of the transaction. | Decreases an Account Holder's Withdrawal Preference Exposure if received in Earn or Withhold.<br><br>Does not change an Account Holder's Withdrawal Preference Exposure if received in Custody. |
| Outbound Transfer | See above. This represents the outbound side of the transaction. | Increases an Account Holder's Withdrawal Preference Exposure if sent from Earn or Withhold.<br><br>Does not change an Account Holder's Withdrawal Preference Exposure if sent from Custody. |
| Internal Account Transfer | Movement of funds between Celsius Earn, Custody or Withhold account types. | Increases Account Holder's Withdrawal Preference Exposure if |