Exhibit C2

- **New transfers made by non-accredited investors in the United States will be held in their new Custody accounts and will not earn rewards.** Non-accredited investors can continue to swap, borrow, and transfer within their Custody accounts based on their local jurisdiction.
- **Verified accredited investors, or users with more than $2 million in their Celsius account will be able to add new coins into their Earn accounts, where they will continue to earn rewards.** Please reach out to your account manager about how to become an accredited investor, or read more.
- **All coins posted as collateral against a loan that is opened prior to April 15, 2022, will be returned to their Earn accounts when the loan is repaid.** Those coins will resume earning rewards for as long as they remain in their Earn accounts.
- Watch our Custody tutorial video to learn more.

Celsius will never stop advocating for financial freedom and we thank our community for their ongoing support. We will continue to provide updates as we engage with regulators and ensure the delivery of our services to our users globally.

If you have any additional questions, please feel free to reach out directly to your account manager, or corporate@celsius.network. Our team is ready to assist you as always.

Sincerely,
The Celsius Team



**Reminder:** Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity. More security tips →

Celsius Network LLC - 121 River St, PH05, Hoboken, NJ 07030, USA
Celsius EU UAB - Gedimino pr. 20, Vilnius 01103, Lithuania
Celsius Network Limited - The Harley Building, 77-79 New Cavendish Street, London W1W 6XB, United Kingdom
Celsius Lending LLC - 121 River St, PH05, Hoboken, NJ 07030, USA

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this website be viewed as an offer or inducement to make any financial decisions.

©2022 Celsius Network