Daniel A. Frishberg
*Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CELSIUS NETWORK LLC, *et al.*, ) | Case No. 22-10964 (MG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

# DANIEL A. FRISHBERG' RESPONSE/OBJECTION TO SECURITIES PLAINTIFFS' LIMITED OBJECTION TO CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF REORGANIZATION OF CELSIUS NETWORK LLC AND ITS DEBTOR AFFILIATES

Daniel A. Frishberg ("Mr. Frishberg") hereby respectfully submits this response (the "Response") to the *Securities Plaintiff' Limited Objection To Confirmation Of The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates* (Dkt. No. 3544, the "Objection").

## Argument

The Securities Plaintiff's Limited Objection is untimely, and as such should be disregarded. They missed the deadline to file an objection by almost an hour (*See* **Exhibit A**, and **Exhibit B** below).

**Exhibit A**:

---

22-10964-mg    Doc 3544    Filed 09/22/23    Entered 09/22/23 16:57:51    Main Document
Pg 1 of 7

**Exhibit B[1]:**

> **Plan Objection Deadline.** The deadline for filing objections to the Plan is **September 22, 2023 at 4:00 p.m., prevailing Eastern Time** (the "Plan Objection Deadline").

## CONCLUSION

For the aforementioned reasons, the Securities Plaintiff's Objection should be **OVERRULED** with prejudice, and dismissed due to missing the deadline by almost an hour.

Respectfully submitted,

*/s/ Daniel A. Frishberg*
Daniel A. Frishberg
*Pro Se*
September 24, 2023

---

[1] *See* Dkt. No. 3344.
https://cases.stretto.com/public/x191/11749/PLEADINGS/1174908182380000000114.pdf