Daniel A. Frishberg
*Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.,* | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

# NOTICE OF WITHDRAWAL OF DANIEL A. FRISHBERG' RESPONSE/OBJECTION TO KOALA 2 LLC'S [ALSO KNOWN AS ALEXANDER MASHINSKY'S SHELL COMPANY] LIMITED OBJECTION TO CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF CELSIUS NETWORK LLC AND ITS DEBTOR AFFILIATES

Daniel A. Frishberg ("Mr. Frishberg") hereby respectfully submits this withdrawal of his response (DR. 3564) to *Koala 2 LLC's* **[Alexander Mashinsky's shell company]** *Objection to Confirmation of the Joint Plan of Celsius Network LLC and its Debtor Affiliates* (Bkr. Dkt. No. 3539)

Respectfully submitted,

*/s/ Daniel A. Frishberg*
Daniel A. Frishberg
*Pro Se*
September 26, 2023