Chief Judge Glenn

United States Bankruptcy Court

Southern District of New York

RE: Support for Release the "FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS | HIGHLY CONFIDENTIAL", documents

Case No. 22-10964(MG)

Docket No. 3532

Dear Judge Glenn,

This is a heart felt lengthy letter so please read it until the end.  My life savings are on Celsius.

I am writing this letter to unequivocally support the release of FOIA confidential treatment requested by Mr. Otis Davis, Pro Se ....

As an Earn creditor and #CEL token holder, I am concerned about what I have read in Otis's filing, and request all FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS | HIGHLY CONFIDENTIAL documents be released immediately to us so that we can get a true and accurate picture of what these senior executives were doing and plotting. We deserve to see the truth, this is OUR money.

Those "FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS | HIGHLY CONFIDENTIAL" Slack message documents will speak for themselves in what I believe, Is an attempt at a hostile takeover.

The slide that Chris Ferraro was preparing in that FOIA CONFIDENTIAL Slack message to give to @SBF_FTX, detailing Celsius's positions, gave @SBF_FTX all the ammunition he needed to attack, and throw us into chapter 11 bankruptcy.

I live in Ontario Canada and my savings are on the Celsius platform. Never once did I think Alex Machinski was guilty of anything criminal. It just takes common sense to look at his history and look at the years he spent to build this platform, in New York City none the less, where rules and regulations are more prevalent than any offshore company would have been. Also, Alex Mashinski was offered $1.5B to walk away from Celsius directly from Sam Bankman Fried, at FTX, but he chose to stay. Why would a criminal choose to stay when offered the perfect getaway? This speaks volumes of Alex Machinski's character, his desire to save his platform, which in tern, saves us creditors. I believe that if Alex was not forced out after the Hostile Takeover, and was given the opportunity to turn this mess around, we would be out of this mess already with very little funds lost, if ANY! He's the only one that would fight for us creditors and his platform. We have been betrayed by The Celsius UCC and White & Case for some nefarious reasons of their own, and by some miraculous intervention, the criminals who helped take us down are part of the NewCo! 🤨Explain that one to me?

2023 has been the year of massive financial windfalls for all these crypto lawyers and I find it sickening.

Thank you for taking the time to read this Judge Glenn, however, you are probably getting paid to so, and in that regard it's no skin off your back.

Kind Regards

Carol Maunder

Earn Creditor..

…who got screwed the most out of all the Classess by the way. The Loans Group, who still have their assets, their house, whatever they bought with that loan, get the best deal out of this mess which makes no sense, other than the rich get richer.

That's my rant.

Thank you.