| | |
|---|---|
| Warren E. Gluck, Esq.<br>Holland & Knight LLP<br>31 West 52nd Street, 12th Floor<br>New York, NY 10019<br>Tel: 212.513.3200<br>Email: warren.gluck@hklaw.com | John J. Monaghan, Esq. (pro hac vice pending)<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Tel: 617.573.5834<br>Email: john.monaghan@hklaw.com |

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, John J. Monaghan, Esq., request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the Foreign Representatives of Three Arrows Capital, Ltd. in the above-referenced case.

I certify that I am a member in good standing of the bar in the state of Massachusetts and the bar of the U.S. District Court for Massachusetts.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFiLLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

Dated: September 26, 2023  Respectfully submitted,
New York, NY

*/s/ John J. Monaghan, Esq.*

John J. Monaghan, Esq.
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel: 617.573.5834
Email: john.monaghan@hklaw.com

*Counsel to the Foreign Representatives of
Three Arrows Capital, Ltd.*