Honorable Chief Judge Glenn
United States Bankruptcy Court
Southern District of New York
RE: Support for Release the "FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS | HIGHLY CONFIDENTIAL", documents
Case No. 22-10964(MG)
Docket No. 3532

Dear Chief Judge Glenn,

I am writing this letter to unequivocally support the release of FOIA confidential treatment requested by Mr. Otis Davis, Pro Se.

All documents in the Debtors' possession marked "FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS | HIGHLY CONFIDENTIAL"; we creditors respectfully request to be released immediately.  So we may get a true and accurate picture of what were the actions of these senior executives.

Thank you for taking the time to read this letter; I appreciate you helping foster an environment of transparency and justice in this bankruptcy case which has taken a mental toll on hundreds of thousands of us retail CEL holders.

Kind Regards,

Maria Helioti