**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email: david.turetsky@whitecase.com
       sam.hershey@whitecase.com
       jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Carolyn P. Gurland
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email: mandolina@whitecase.com
       gregory.pesce@whitecase.com
       carolyn.gurland@whitecase.com

**WHITE & CASE LLP**
Aaron Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email: aaron.colodny@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

# OFFICIAL COMMITTEE OF UNSECURED CREDITORS' INITIAL DISCLOSURE OF FACT AND EXPERT WITNESSES FOR CONFIRMATION HEARING

Pursuant to Rules 7026 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 26(a)(2) and 26(a)(3) of the Federal Rules of Civil Procedure, and the Court's *Notice of Discovery Schedule for Confirmation Hearing* [Dkt. No. 3356] the Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, hereby identifies the following fact witnesses that the Committee may call at trial in the above-captioned litigation, either via live testimony, written direct, Zoom, or by deposition,[2] and discloses the following expert witnesses and topics of potential expert testimony:[3]

## I. FACT WITNESSES

- Chris Ferraro
- Robert Campagna
- Connor Nolan
- Harry Dean Tappen
- Marc D. Puntus
- Mark Robinson
- Otis Davis
- Brian Karpuk
- Any witness called or listed by any other party
- Any witness necessary for impeachment, rebuttal, or authentication.

## II. EXPERT WITNESSES

- Max Galka, CEO and Founder, Elementus:
  - Opining on the CEL Token valuation, including prepetition transactions of CEL token and whether the market price on the Petition Date is an accurate indication of the value of the CEL Token.

---

[2] The Committee reserves the right to supplement or amend its witness list as needed. The Committee also reserves the right not to call any of the witnesses set forth in this or any other witness list.

[3] The Committee reserves the right to supplement or amend this list in light of further development hereafter, including with respect to any materials disclosed after the date hereof.

Dated: September 27, 2023
New York, New York

*/s/ Aaron E. Colodny*

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  david.turetsky@whitecase.com
　　　　sam.hershey@whitecase.com
　　　　jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Carolyn P. Gurland
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
　　　　gregory.pesce@whitecase.com
　　　　carolyn.gurland@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

3

        **WHITE & CASE LLP**
        Aaron E. Colodny (admitted *pro hac vice*)
        555 South Flower Street, Suite 2700
        Los Angeles, California 90071
        Telephone: (213) 620-7700
        Facsimile:  (213) 452-2329
        Email:  aaron.colodny@whitecase.com

        *Counsel to the Official Committee of*
        *Unsecured Creditors*