

September 27, 2023

VIA ECF

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1415
mg.chambers@nysb.uscourts.gov

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

**Re:** *In re Celsius Network LLC, et al.*, **Case No. 22-10964 (MG) – Written Request to make Opening Statement at Confirmation Hearing**

Dear Chief Judge Glenn:

      White & Case LLP is counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-referenced chapter 11 cases. The Committee writes pursuant to paragraph 1 of the *Order Establishing Case Management Procedures for the Confirmation Hearing* [Dkt. No. 3478] (the "Confirmation Procedures Order") to request that the Court permit the Committee to make an opening statement (the "Opening Statement") in support of confirmation of the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates* [Dkt. No. 3319] (the "Plan"). Specifically, the Committee requests twenty-five minutes for its Opening Statement at the Confirmation Hearing.

      Sincerely,

      */s/ Aaron Colodny*
      Aaron Colodny