**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | )<br>) Chapter 11<br>)<br>) Case No. 22-10964 (MG)<br>)<br>) (Jointly Administered)<br>) |

## OPENING STATEMENT REQUEST PURSUANT TO
## CONFIRMATION HEARING CASE MANAGEMENT ORDER

On September 22, 2023, Pharos Fund SP of Pharos Master SPC and Pharos USD Fund SP of Pharos Master SPC (together, "Pharos") filed an objection [Dkt. 3527] (the "Objection") to the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtors Affiliates* [Dkt. 3319] (the "Plan").

Pursuant to the Court's September 15, 2023 *Order Establishing Case Management Procedures for the Confirmation Hearing* [Dkt. 3478] (the "Order"), Pharos requests leave to make an opening statement at the October 2, 2023 Confirmation Hearing ("Opening Statement"). Pharos estimates its Opening Statement will last no longer than 10 minutes.

Dated: New York, New York
       September 27, 2023

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Creditors Pharos Fund SP and
Pharos USD Fund SP of Pharos Master SPC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). Celsius Network LLC's principal place of business and the Debtors' service address is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.