# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Chris Koenig<br>To Call Writer Directly:<br>+1 312 862 2372<br>chris.koenig@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br><br>+1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

September 27, 2023

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re: *In re Celsius Network LLC*, No. 22-10964 (MG) – Request for Opening Statement pursuant to *Order Establishing Case Management Procedures for the Confirmation Hearing* [Docket No. 3478] (the "Confirmation Case Management Procedures")

Dear Chief Judge Glenn:

Pursuant to paragraph 1 of the Confirmation Case Management Procedures, we write to make our formal request to offer an opening statement in support of confirmation of the Debtors' *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3577] (the "Plan"). The Debtors request the opportunity to make an opening statement on October 2, 2023, from Christopher S. Koenig and Elizabeth H. Jones with an allotted time of no more than 45 minutes. The Debtors will use a demonstrative and shall file the same on the docket prior to the deadline imposed by paragraph 2 of the Confirmation Case Management Procedures of September 29, 2023 at 12:00 p.m. (prevailing Eastern Time).

Sincerely,

*/s/ Christopher S. Koenig*

Christopher S. Koenig