

**Deborah Kovsky-Apap**
**Partner**
D 212.808.2726
deborah.kovsky@troutman.com


September 27, 2023

VIA ECF

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, NY 10004

Re:   *In re Celsius Network LLC, et al.,* Case No. 22-10964 (MG)
      Written Request to Make Opening Statement at Confirmation Hearing

Dear Chief Judge Glenn:

Troutman Pepper Hamilton Sanders LLP is counsel to the Ad Hoc Group of Withhold Account Holders and Other Transferees (the "Withhold Ad Hoc Group") in the above-referenced chapter 11 cases. The Withhold Ad Hoc Group writes pursuant to paragraph 1 of the *Order Establishing Case Management Procedures for the Confirmation Hearing* [Docket No. 3478] to request that the Court permit the Withhold Ad Hoc Group to make an opening statement in support of confirmation of the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates* [Docket No. 3319, as amended from time to time] (the "Plan"). The Withhold Ad Hoc Group requests **5 minutes** for its opening statement at the Confirmation Hearing.


Sincerely,

*/s/ Deborah Kovsky-Apap*
Deborah Kovsky-Apap