Víctor Ubierna de las Heras
Email: victorub@protonmail.com
Telephone +34 699760721
Pro se Creditor

September 27, 2023

VIA Cour Pro Se filing System

**The Honorable Martin Glenn**

**Chief Bankruptcy Judge**

United States Bankruptcy Court for the Southern District of New York

One Bowling Green

New York, NY 10004-1415

mg.chambers@nysb.uscourts.gov

Re: In re Celsius Network LLC, et al., Case No. 22-10964 (MG) – Written Request to make Opening Statement at Confirmation Hearing

Dear Chief Judge Glenn:

This *pro se* creditor filed an objection to Plan Confirmation with docket number 3542 and now writes pursuant to paragraph 1 of the Order Establishing Case Management Procedures for the Confirmation Hearing [Dkt. No. 3478] (the "Confirmation Procedures Order") to request that the Court permit the *pro se* creditor to make an opening statement (the "Opening Statement") against confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates [Dkt. No. 3319] (the "Plan").

Specifically, this *pro se* creditor requests five to ten minutes for its Opening Statement at the Confirmation Hearing.

        Sincerely,

        Víctor Ubierna de las Heras

        By: /s/ *Víctor Ubierna de las Heras*
        Víctor Ubierna de las Heras