**FOX ROTHSCHILD LLP**
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Michael A. Sweet, Esq.
Michael R. Herz, Esq.
Isaac M. Hoenig Esq. (admitted *pro hac vice*)

*Attorneys for Mawson Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

In re                                                                    :
                                                                             :    Chapter 11
CELSIUS NETWORK LLC, *et al.*,[1]                    :
                                                                             :    Case No. 22-10964 (MG)
                                            Debtors.             :
                                                                             :    Jointly Administered
---------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF RULE 60(b) MOTION [Dkt. No. 3197]

Mawson Infrastructure Group, Inc., Luna Squares LLC, and Cosmos Infrastructure (collectively, the "Mawson Entities") hereby withdraw their motion for an entry of an order pursuant to Federal Rule of Civil Procedure 60(b) and 11 U.S.C. § 105(a), granting the Mawson Entities relief from the Court's Order (I) Authorizing the Debtors to Issue Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9019 to Mawson Infrastructure Group, Inc., Luna Squares LLC, and Cosmos Infrastructure LLC and (II) Granting Related Relief (the "Motion"). [Dkt. No. 3197]. The Mawson Entities withdraw the Motion without prejudice and reserve all rights.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

149900165.1

Dated:  New York, New York
        September 27, 2023

**FOX ROTHSCHILD LLP**
*Attorneys for Mawson Entities*

By:  */s/ Isaac M. Hoenig*
      Michael R. Herz, Esq.
      Michael A. Sweet, Esq.
      Isaac M. Hoenig (admitted *pro hac vice*)
      101 Park Avenue, 17th Floor
      New York, NY 10178
      Telephone: (212) 878-7900
      Facsimile: (212) 692-0940

149900165.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which will send notice to all parties who have appeared in this

case and are authorized to receive electronic notice of filings.

*/s/ Isaac M. Hoenig*
Isaac M. Hoenig
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940

149900165.1