**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

CELSIUS NETWORK LLC, et al.,            Case No. 22-10964 (MG)

Debtors.

**CORRECTED ORDER GRANTING REQUESTS TO MAKE OPENING**
**STATEMENTS, DEMONSTRATIVES AND HANDLING OF EXHIBITS**

Paragraph 1 of the Order Establishing Case Management Procedures for the

Confirmation Hearing ("Procedures Order," ECF Doc. # 3478) required any party-in-

interest who wished to make an Opening Statement to file a written request to do so on or

before 5:00 pm, September 27, 2023, with an estimate of the time requested.  Ten

requests to make opening statements were filed on the docket by the 5:00 pm deadline.

This Order establishes the order in which Opening Statements shall be made and the time

allocated to each Opening Statement.

**OPENING STATEMENTS IN SUPPORT OF CONFIRMATION**

1.  Debtors – 45 minutes

2.  Official Committee of Unsecured Creditors – 25 minutes

3.  United States Trustee – 15 minutes

4.  Ad Hoc Earn Account Group – 10 minutes

5.  Ad Hoc Borrowers Group – 7 minutes

6.  Withhold Ad Hoc Group – 5 minutes

7.  *Pro se* creditor Daniel Frishberg – 5 minutes

8.  Counsel for Ignat Tuganov – 10 minutes

**OPENING STATEMENTS IN OPPOSITION TO CONFIRMATION**

1

9.  *Pro se* creditor Victor Ubierna de las Heras – 10 minutes

10. Counsel for Pharos Fund, *et al.* – 10 minutes

11. Counsel for Harrison Schoenau – 5 minutes

The Opening Statements will proceed on Monday, October 2, beginning at 2:00 pm in the order set forth above.

Paragraph 2 of the Order Establishing Case Management Procedures for the Confirmation Hearing requires that demonstratives that anyone proposes to use during their Opening Statements must be filed in electronic format on or before 12:00 noon, September 29, 2023.

Following the conclusion of the Opening Statements, the Court expects to discuss issues concerning the handling of exhibits and other evidence that may be used during the Confirmation Hearing.  All exhibits must be pre-marked.

The taking of testimony will commence on Tuesday, October 3, 2023 at 9:00 am.

*This is a public hearing.  Although exhibits are not ordinarily filed on ECF, all evidence introduced during the Confirmation Hearing is public, including testimony and exhibits.  Any request for sealing or redaction of exhibits that are offered in evidence must be filed in writing.  Sealing or redaction of exhibits is the exception, not the rule.*

**IT IS SO ORDERED.**

Dated:    September 28, 2023
          New York, New York

_Martin Glenn_
MARTIN GLENN
Chief United States Bankruptcy Judge

2