# **Substantial Contribution application for Zachary Wildes**

Dear Judge Glenn,

Thank you for the work this court has done for the creditors of Celsius during the Chapter 11 process. I am glad to see that the vote passed and we are quickly moving to have a complete resolution here. I also appreciate the UCC and the Debtors working out a settlement with me in regards to CEL token (Document 3486). I respectfully submit my invoices for reimbursement and look forward to our recovery and Newco!

Thank you.

Zachary Wildes



# Invoice

INVOICE # **INV010552**

Due

**SANBAR PERFORMANCE CORP.**

1887 Whitney Mesa Drive Suite 1025, Henderson, NV 89014

**Details**

Issued on: **Sep 1, 2023**
Paid on: **N/A**
Payment Terms: **30 days**
Created By: **J Simmons**

**Customer**

**Zachary Wildes (CST1016)**
Zachary Wildes, Individual

**Billing and Shipping to**



| Item | Qty | Price | Total |
|---|---|---|---|
| Celsius Network LLC Data Analysis / Consulting<br>*Services Rendered June 2023 to date @ $175 per hour* | 126 | $ 175.00 | $ 22,050.00 |
| Deposit on Account | 1 | $ -4,500.00 | $ -4,500.00 |
| | | Subtotal | $ 17,550.00 |
| | | **Total** | **$ 17,550.00** |

**Thank you for your business!**

**Sanbar Performance Corp** 1887 Whitney Mesa Drive, 1025, Henderson, NV, 89014, USA
Phone: 702-625-3760 simmons.jon@sanbarperformance.com https://
www.SanbarPerformance.com



**RJG LAW PLLC**

Richard J. Grellner Esq.

434 NW 18th Street
OKC, OK 73103
RJGRELLNER@YAHOO.COM
PH: 405-834-8484

## ACCOUNT STATEMENT

| | | | |
|---|---|---|---|
| Invoice ID | 2341 | Invoice For | **Zachary Wildes** |
| Issue Date | 09/20/2023 | | |
| Due Date | 10/15/2023 | | |
| Subject | **Celsius Network LLC, et al** | | |

| Item Type | Description | Hours | Hourly rate | Amount |
|---|---|---|---|---|
| Legal Services | Rendered 6/21/2023 – 9/20/2023: initial consultation, case analysis, phone consultations, document/evidentiary analysis, legal research, review of motions and findings as well as recommendations as to available courses of action available. | 31.5 | $650.00 | $20,475.00 |
| | **Paid on Account** | | | $2,000.00 |
| | | | **Amount Due** | **$18,475.00** |

CONFIDENTIAL