Richard Phillips
*In pro per*

Re: In re Celsius Network LLC. Et al., Case 22-10964(MG)
**Late Request for 5 Minutes to Make an Opening Statement [3478, 3612]**

Dear Chief Judge Glenn,
I apologize for missing yesterday's filing deadline to make a request to make an opening statement. Until the requests hit the docket, I was unaware of the deadline. I ask the Court's forgiveness and ask that this pro se filer, or his yet to be retained attorney, be granted ten (10) minutes to make an opening statement in opposition to confirmation of the Plan as drafted.

Dated: Los Angeles, California
September 22, 2023

/s/ _____
RICHARD PHILLIPS
Creditor