**ERVIN COHEN & JESSUP LLP**
Chase A. Stone, Esq. (CA SBN 335228)
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 281-6369
cstone@ecjlaw.com

*Attorneys for Simon Dixon and BNK To The Future*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Chase A. Stone, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Simon Dixon and BNK To The Future, interested parties in the above referenced jointly-administered cases. I certify that that I am a member in good standing of the bar in the State of California. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

DATED:  September 27, 2023          **ERVIN COHEN & JESSUP LLP**
Los Angeles, California             *Attorneys for Simon Dixon and BNK To The Future*

By: /s/ Chase A. Stone
Chase A. Stone, Esq.
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 281-6369
Email: cstone@ecjlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Chase A. Stone, to be admitted, *pro hac vice*, to represent Simon Dixon and BNK To The Future (together, the "Client"), interested parties in the above referenced cases, and upon the Movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED**, that Chase A. Stone is admitted to practice *pro hac vice* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: _____
New York, New York

/s/ _____
The Honorable Martin Glenn,
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

11032831.1