UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                                   Chapter 11

CELSIUS NETWORK LLC, *et al.*,[1]                       Case No. 22-10964 (MG)

                        Debtors.                         (Jointly Administered)

-------------------------------------------------------------x

### AMENDED NOTICE OF APPOINTMENT OF OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a)

of title 11, United States Code, hereby appoints the following unsecured creditors that are willing

to serve on the Official Committee of Unsecured Creditors of Celsius Network LLC, *et al.* and

its affiliated debtors-in-possession:


1.      Caroline G. Warren
        Email: carolinegwarren@gmail.com

2.      Thomas DiFiore
        Email: tomdif@gmail.com

3.      Scott Duffy for ICB Solutions
        Email: ICBSolutions@proton.me

4.      Christopher Coco
        Email: Christopher.j.coco@gmail.com

5.      Andrew Yoon
        Email: celsiusbankruptcycase@gmail.com

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius
Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending
LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal
place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken,
New Jersey 07030.

6.     Mark Robinson
        Email: markrobinson55@gmail.com

Dated: New York, New York
        September 29, 2023

                          WILLIAM K. HARRINGTON
                          UNITED STATES TRUSTEE
                          Region 2

           By:     /s/ Shara Claire Cornell
                   Shara Claire Cornell
                   Trial Attorneys
                   Office of the United States Trustee
                   One Bowling Green
                   New York, NY 10004
                   Tel. (212) 510-0500