**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
      sam.hershey@whitecase.com
      jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Carolyn P. Gurland
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
      gregory.pesce@whitecase.com
      carolyn.gurland@whitecase.com

**WHITE & CASE LLP**
Aaron Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**CONFIRMATION HEARING PRESENTATION**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Pursuant to Rules 7026 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 26(a)(3) of the Federal Rules of Civil Procedure, and the *Order Establishing Case Management Procedures for the Confirmation Hearing* [Docket No. 3478 at ¶ 2], the Official Committee of Unsecured Creditors appointed in the above-captioned matter (the "**Committee**"), by and through its undersigned counsel, hereby files its presentation (the "**Presentation**") in connection with opening arguments for the hearing on confirmation of the Debtors' *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3577].

The Presentation is attached hereto as Exhibit A. Copies of the Presentation can be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 29, 2023
New York, New York

*/s/ Aaron E. Colodny*

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  david.turetsky@whitecase.com
            sam.hershey@whitecase.com
            jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Carolyn P. Gurland
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
            gregory.pesce@whitecase.com
            carolyn.gurland@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

2

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of
Unsecured Creditors*

**Exhibit A**

WHITE & CASE

# *Celsius Network LLC, et al.*
**Case No. 22-10964-mg**

**Confirmation Opening Argument Demonstrative**

Official Committee of Unsecured Creditors

October 2, 2023

# Events Leading to the Petition Date



Source: Coingecko

# July 13, 2022 - The Petition Date

**Celsius Network Inc.**
Consolidated Assets & Liabilities, as of July 13, 2022
(USD, MMs)

| Liabilities | |
|---|---:|
| User Liabilities | $ (4,720) |
| CEL Liabilities | (210) |
| Custody Liabilities | (180) |
| Other | (390) |
| **Total Liabilities** | **$ (5,500)** |

| Assets | |
|---|---:|
| Bank Cash | 170 |
| Crypto Assets | 1,750 |
| Loans | 930 |
| Allowance For Doubtful Accounts | (310) |
| Net Loans | 620 |
| Mining Assets | 720 |
| Custody Assets | 180 |
| CEL Token | 600 |
| Other | 270 |
| **Total Assets** | **$ 4,310** |
| **Surplus / (Deficit)** | **$ (1,190)** |

Note  These preliminary unaudited amounts are presented on a non-GAAP basis for illustrative purposes only and are rounded to the nearest $10 million USD. Amounts include non-Debtor subsidiaries. Celsius generally does not produce mid-month balances sheets, and the intent here is to provide a snapshot and directional sense for various assets and liabilities as of the petition date. Amounts from subsequent filings reflecting a petition date balance sheet may be materially different as a result of further review and diligence by management.

*Declaration of Alex Mashinsky, Chief Officer of Celsius Network LLC, In Support of Chapter 11 Petitions and First Day Motions [Dkt. No. 23] at 7*

2

# What Was Uncovered



Source: Coingecko

# The Chapter 11 Cases

**2022**

| July | August | September | October | December |
|---|---|---|---|---|
| Petition Date<br>Committee Appointed | Investigation Begins | Mashinsky and Leon Removed | Bid Procedures Approved | Earn / Custody Trial |

**2023**

| January | February | March | April | May |
|---|---|---|---|---|
| Final Examiner Report<br>Customer Claims Ruling | New Stalking Horse<br>Committee Complaint Filed | First Plan Filed | Auction Begins<br>Class Claim Filing Approved | Fahrenheit Selected as Winning Bidder |

| June | July | August | September | October |
|---|---|---|---|---|
| Revised Plan and Disclosure Statement Filed | Earn / Borrow Mediation | Disclosure Statement Approved<br>Class Claims Settlement Approved | Plan Voting Process | *Plan Confirmation* |

4

# A Ground Breaking New Company



Fourth Amended Disclosure Statement [D.I. 3332], Ex. F

# Voting Results

*Does not include general unsecured claims, regulatory, or preferred equity claims

| Class | Number Accepting | % Voting | Dollars Accepting | % Voting |
|---|---|---|---|---|
| Retail Borrower Deposit Claim | 4,215 | 98.83% | $220,581,222 | 96.33% |
| Convenience Claims | 38,248 | 98.25% | $59,269,958 | 98.69% |
| General Earn Claims | 38,734 | 99.35% | $2,418,402,994 | 99.28% |
| General Custody Claims | 5,869 | 99.51% | $139,830,980 | 98.78% |
| Withhold Claims | 654 | 98.79% | $5,386,520 | 82.56% |
| Unsecured Loan Claims | 0 | 100% | $0 | 100% |
| **Total Results** | **87,720** | | **$2,843,471,671** | |

*Amended Declaration of Brian Karpuk Regarding the Solicitation And Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates* [D.I. 3574]

6

# Total Claims By Dollar Amount
*Does not include regulatory or equity claims



- General Custody 5%
- Unsecured Loan 3%
- Retail Borrower Deposit 8%
- Convenience 2%
- General Earn 82%
- Reject $112.4M**
- Accept $2.85B
- 96%

**73% in amount rejecting votes are from Pharos Fund SP and Pharos USD Fund SP
***Withhold, GUC CNL, GUC Consolidated, GUC Mining all <1% each

7



# Celsius' Disclosures Regarding the CEL Token

> 22-10964-mg   Doc 393   Filed 08/08/22   Entered 08/08/22 22:53:06   Main Document
> Pg 1112 of 1126
>
> Digital assets are not legal tender, Celsius is not a bank or depository institution, and your Celsius account is not a deposit or savings account. Digital assets in your Celsius account, including, but not limited to, digital assets used by you in Celsius' custody service, are not held by Celsius as a fiduciary, are not insured by any private or governmental insurance plan (including the Federal Deposit Insurance Corporation (FDIC) or the Securities Investor Protection Corporation (SIPC)), and are not covered by any compensation scheme (including the Financial Ombudsman and Financial Services Compensation Scheme (FSCS)).
>
> **4. Risks Related to Celsius'**
>
> CEL tokens ("CEL" or "Tokens") arbitrage strategy, immediate or purchased and used for their util Tokens see 'CEL Token Explained'
>
> Celsius may change, from time platform, including adding new util
>
> CEL Tokens do not entitle their payment of dividends), or to exercise any voting or ownership rights in relation to Celsius.
>
> All purchases of CEL Tokens are final and nonrefundable, and Celsius is not required to provide a refund to you for any reason, to repurchase any Tokens from you, or to redeem Tokens for any consideration whatsoever.
>
> As with other digital assets, CEL is susceptible to a wide variety of risks, including the risk of theft, loss of keys, irreversibility of transactions, failure of the underlying blockchain, and regulatory risks. CEL may further be subject to high volatility, limited liquidity and risk of swift and unexpected loss of value. See further section 2 above, "Risks Related to Digital Assets Generally."
>
> Celsius does not control, and shall not be responsible or liable for, volatility in CEL prices or any financial gains or losses which may be experienced by CEL holders.
>
> As utility tokens intended to be used within Celsius' platform, CEL Tokens may become unusable, illiquid and/or worthless in the event that Celsius' platform ceases to operate for any reason whatsoever. Celsius will not redeem or repurchase any Tokens in any such event. The utility of CEL Token within Celsius' platform is subject to change at any time at Celsius' sole discretion, and without notice to you.
>
> Applicable laws and regulations, including regulatory changes and enforcement actions, may limit the utility, functionality, accessibility and transferability of the Tokens, and have a substantial detrimental effect on their value.
>
> A digital wallet or wallet service provider may not be technically compatible with the CEL Token ERC-20 protocol, which may result in a complete and irreversible loss of any Tokens transferred thereto.
>
> The Tokens have not been, and are not intended to be, registered under the U.S. Securities Act, the UK Financial Services and Markets Act, or the applicable Laws of any other jurisdiction. In the absence of

**Highlighted excerpt:** As utility tokens intended to be used within Celsius' platform, CEL Tokens may become unusable, illiquid and/or worthless in the event that Celsius' platform ceases to operate for any reason whatsoever. Celsius will not redeem or repurchase any Tokens in any such event. The utility of CEL Token within Celsius' platform is subject to change at any time at Celsius' sole discretion, and without notice to you.

*Declaration of Alex Mashinsky Chief Executive Officer of Celsius Network LLC, Providing Terms of Use Dating Back to February 18, 2018* [Dkt. No. 393] at 1112

9

# What Is the Value of the CEL Token

- Following the Petition Date, 5% of the CEL Token was not locked on the Celsius platform and the market for CEL Token became extremely dislocated.



*Galka Expert Report - Figure 5* [Dkt. No. 3580]

10

# The Market Price of the CEL Token



*Galka Expert Report - Figure 4* [Dkt. No. 3580]

11

# The CEL Token Settlement

- Except as provided in Article III.B.17, all CEL Token Deposit Claims, other than Custody Claims that are CEL Token Deposit Claims, shall be valued at $0.25/CEL Token (*i.e.*, 1 CEL Token equals a $0.25 CEL Token Deposit Claim), and shall otherwise receive the treatment associated with the program in which they were deployed.

- All Claims on account of CEL Token identified in the Schedule of Equitably Subordinated Claims will be subordinated without distribution as provided in Article III.B.16 or Article III.B.17, as applicable.

*Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates* [Dkt. No. 3577] at 39

12

# CEL Token General Earn Claims



| Class 5 (General Earn Claims) – CEL Token Votin Results | | | | |
|---|---|---|---|---|
| Accept | 18,087 | 99.19% | $29,633,868.86 | 96.55% |
| Reject | 148 | 0.81% | $1,058,443.73 | 3.45% |

13