**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of William Christopher Manderson, to be admitted, *pro hac vice*, to represent Simon Dixon and BNK To The Future (together, the "Client"), interested parties in the above referenced cases, and upon the Movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby,

    **ORDERED**, that William Christopher Manderson is admitted to practice *pro hac vice* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED:   September 29, 2023
              New York, New York

                                                /s/   Martin Glenn
                                                    The Honorable Martin Glenn
                                                    CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

11032829.1