| | |
|---|---|
| OFFIT KURMAN, P.A. | OFFIT KURMAN, P.A. |
| Jason A. Nagi | Joyce A. Kuhns (*pro hac vice*) |
| 590 Madison Avenue, 6th Floor | 1954 Greenspring Drive, Suite 605 |
| New York, NY 10022 | Timonium, Maryland 21093 |
| Telephone: (212) 545-1900 | Telephone: (410) 209-6463 |
| Jason.nagi@offitkurman.com | Jkuhns@offitkurman.com |

*Counsel to Ad Hoc Group of Earn Account Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
In re:                                                   :    Chapter 11
                                                         :
**CELSIUS NETWORK LLC, et al.**[1]                        :    Case No. 22-10964 (MG)
                                                         :
                                                         :    Jointly Administered
                        Debtor                           :
----------------------------------------------------------------X

**SECOND VERIFIED STATEMENT OF OFFIT KURMAN, P.A. PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

In connection with the above-captioned chapter 11 cases (the "Chapter 11 Cases"), Offit Kurman, P.A. (the "Offit Kurman") hereby submits this Second Verified Statement (the "Rule 2019 Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") with respect to the Offit Kurman's representation of the Ad Hoc Group of Earn Account Holders (the "Ad Hoc Earn Group")[2]

1. On April 28, 2023, the Ad Hoc Earn Group filed its original Rule 2019 Statement.

2. Attached hereto as <u>Exhibit A</u> is a cumulative list of the names and addresses of each member of the Ad Hoc Earn Group, as of September 22, 2023, and each member's

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Each member of the Ad Hoc Earn Group files this Statement exclusively on its own behalf and does not assume any fiduciary or other duties to any other member or to any other entity or individual.

disclosable economic interest in accordance with Bankruptcy Rule 2019, in the amount set forth in Exhibit A, as of July 13, 2022. The information contained in Exhibit A is based upon information provided by the members of the Ad Hoc Earn Group and/or the Schedules filed by the Debtors.

3.  Each member of the Ad Hoc Earn Group has consented to Offit Kurman's representation of the group. Offit Kurman does not represent any individual member of the Ad Hoc Earn Group.

4.  The information contained in this Statement and/or Exhibit A attached hereto is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

5.  The undersigned verifies that the foregoing is true and correct to the best of his/her information, knowledge and belief.

Dated: New York, New York
       September 29, 2023

Respectfully Submitted,

Jason A. Nagi, Esq.
OFFIT KURMAN, P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
Telephone: (212) 545-1900
Jason.nagi@offitkurman.com
        -and-

/s/ Joyce A. Kuhns
Joyce A. Kuhns (*pro hac vice*)
1954 Greenspring Drive, Suite 605
Timonium, Maryland 21093
Telephone: (410) 209-6463
Jkuhns@offitkurman.com

*Counsel to the Ad Hoc Group
of Earn Account Holders*

# **EXHIBIT A**

This Statement reflects the nature and amount of disclosable economic interests (*e.g.*, the amounts of cryptocurrency assets as of July 13, 2022) in relation to the Debtors held by members of the Ad Hoc Earn Group, as disclosed to Offit Kurman based upon information provided by the members of the Ad Hoc Earn Group and/or the Schedules filed by the Debtors.

This Statement is intended solely to satisfy Bankruptcy Rule 2019, to the extent such rule is applicable to the various holdings of the Ad Hoc Earn Group.