## BANKRUPTCY RULE 2019 EXHIBIT A

## LIST OF MEMBERS OF THE AD HOC GROUP OF EARN ACCOUNT HOLDERS

| Name[1] | Earn Account Balance | Custody Account Balance | Withhold Account Balance | Borrower's Collateral / Account Balance |
|---|---|---|---|---|
| Broad Reach Consulting, LLC (Manager: Jesse Lund) | USDC 1,336,516.38 | | | |
| James Corr | BTC: 4.61671800471206<br>ETH: 51.7185579547167<br>CEL: 2.03721003193565<br>USDC: 1.61506363137011 | BTC: 0.00696149054727818 | 0 | 0 |
| Irina Dukhon | BTC 0.409064501564151<br>CEL 1274.53345859768<br>COMP 0.0769893154800942<br>ETH 6.31587617242128<br>LINK 10.1659261730152<br>MATIC 203.593798646465<br>PAXG 1.47577622118197<br>SNX 66.4480995220389<br>USDC 10431.0470786072<br>XLM 50.8937453078368 | BTC 0.00689009647768001<br>CEL 2 | | |
| Nicholas Farr | USDC: 14603717.18<br>XRP: 1466.49<br>SGB : 217.29<br>CEL: 1.11 | 0 | 0 | 0 |

---

[1] The balances on this sheet are based upon the Debtors' Schedules only. Each member of the Ad Hoc Earn Group files this Statement exclusively on its own behalf and does not assume any fiduciary or other duties to any other member or to any other entity or individual. The addresses and contact information for all members of the Ad Hoc Group of Earn Account Holders is provided as Offit Kurman, P.A. c/o Jason Nagi, Esq and Joyce Kuhns, Esq., 590 Madison Ave 6th Floor, New York, NY 10022.

| | | | | |
|---|---|---|---|---|
| Bradley Giardiello | BTC: 0.0242462711164994<br>ETH: 19.6984564187484<br>USDC: 604902.415751484 | CEL: 47.1698113207547 | 0 | 0 |
| Immanuel Herrmann | BTC: 2.483712<br>ETH: 26.372890<br>USDC: 9,595.38<br>MATIC: 2,698.327311<br>LINK: 128.666594<br>UNI: 133.235822<br>CEL: 1,065.651300<br>AAVE: 3.538616 | CEL: 3.701600 | | |
| Jonathon Holt | GUSD: 614,825.92<br>ETH: 531.314448<br>CEL: 346.937 | 0 | 0 | 0 |
| Kulpreet Khanuja | BTC 6.8665223947402<br>ETH 190.137187997613 | | | |
| Lisa Lang, representing<br>1) Stillahn-Lang Trust DTD 2/19/2015<br><br>2) Science of Business, Inc. Defined Benefit Pension Plan and Trust | 1) BTC: 0.398287339949853<br>GUSD: 258501.048485097<br>CEL: 45.840780063841<br><br>2) BTC: 0.0203842665186694<br>GUSD: 352830.270899074<br>USDC: 26323.761083428 | 2) CEL: 124.870672961273 | 0 | 0 |
| Brett Perry | BTC: 54.2961724085811<br>ETH: 4406.35363063367<br>CEL: 1.15116892753898 | | | |

| | | | | |
|---|---|---|---|---|
| Courtney Burks Steadman | AAVE 0.688969054586088<br>ADA 18425.2843733153<br>AVAX 109.898272250714<br>BCH 4.20279772445611<br>BTC 2.00768716760193<br>CEL 11145.1980150606<br>COMP 0.118456260955766<br>DOT 4.21504531882493<br>ETH 37.507996070603<br>LINK 94.4074576000886<br>LTC 38.2128593204545<br>MATIC 8632.74504477845<br>MCDAI 8.22934911654831<br>PAX 389.610512296379<br>SNX 2989.71438953844<br>UMA 73.8034118016999<br>UNI 28.0541657408893<br>USDC 523.626443694396<br>XRP 1761.74155969221 | AVAX 9.964647511041099 | 0 | 0 |
| **NEW ADDITIONS TO THE LIST OF MEMBERS OF THE AD HOC GROUP OF EARN ACCOUNT HOLDERS** | | | | |
| Robert Applegate | ETH 164.256556783777 | | | |
| Daniel Frishberg | BTC: 0.0331494161468271<br>ETH:1.66435581216726<br>UNI: 32.7317139906052 | | | |
| Rebecca Gallagher | BTC 4.0974<br>ETH 135.5723<br>USDC 350,065.822<br>ADA 13,109.989<br>XTZ 273.3125 | | | |

| | | | | |
|---|---|---|---|---|
| Scott Glosenger | USDC: 199156.065758434<br>ETH: 72.5159544091941<br>BTC: 0.87188282945555<br>XRP: 26,986.7<br>SNX: 1,292.67774343239<br>CEL: 153.092024516435 | | | |
| David Gordon representing:<br>  1. David Gordon<br>  2. Rianova Limited | 1. BTC 4.827116<br>   CEL 205.9414<br><br>2. BTC 4.697056<br>   ETH 48.268321<br>   TUSD 238,985.00<br>   USDC 161,258.155140<br>   CEL 42,938.26 | | | |
| Kazuya Koyama | BTC: 11.410868<br>ETH: 100.620640<br>ADA: 9,828.224065<br>LINK: 0.000180<br>USDT: 0.008894 | LINK: 0.815446<br>USDT: 0.005587 | | |
| Joseph Lehrfeld | BTC: 78.5917858429463<br>ETH: 1472.44139502767<br>USDC: 786249.53<br>CEL: 65678.92587 | | | |
| William Harrison Waddell | BTC: 1.90873082616038<br>ETH: 0.0382562527836162 | BTC: 0.00413866 | | |