| | |
|---|---|
| Warren E. Gluck, Esq.<br>Holland & Knight LLP<br>31 West 52nd Street, 12th Floor<br>New York, NY 10019<br>Tel: 212.513.3200<br>Email: warren.gluck@hklaw.com | John J. Monaghan, Esq. (pro hac vice pending)<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Tel: 617.573.5834<br>Email: john.monaghan@hklaw.com |

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**NOTICE OF HEARING OF FOREIGN REPRESENTATIVES OF
THREE ARROWS CAPITAL, LTD.'S MOTION FOR RELIEF FROM THE
AUTOMATIC STAY TO ALLOW FOR SETOFF OF MUTUAL OBLIGATIONS**

**PLEASE TAKE NOTICE** that a hearing on *Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations* [Docket No. 3642] (the "Motion") will be held on **October 24, 2023, at 10:00 a.m., prevailing Eastern Time** (the "Hearing"). In accordance with Order M-543 dated March 20, 2020, the Hearing will be conducted in a hybrid manner, including remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFiLLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances need to be made by 4:00 p.m., prevailing Eastern Time, the business day before the Hearing.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 10:00 a.m., prevailing Eastern Time on October 24, 2023, must connect to the Hearing beginning at 9:00 a.m., prevailing Eastern Time on October 24, 2023. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname, or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room" in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: September 29, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Warren E. Gluck*<br>Warren E. Gluck, Esq.<br>Holland & Knight LLP<br>31 West 52nd Street, 12th Floor<br>New York, NY 10019<br>Tel: 212.513.3200<br>Email: warren.gluck@hklaw.com<br><br>John J. Monaghan, Esq. (pro hac vice pending)<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Tel: 617.573.5834<br>Email: john.monaghan@hklaw.com<br><br>*Counsel to the Foreign Representatives of*<br>*Three Arrows Capital, Ltd.* |