Richard Phillips
*In pro per*

Re: In re Celsius Network LLC. Et al., Case 22-10964(MG)
**Request To Participate Remotely in the Evidentiary Portions of the Confirmation Hearing [3478]**

Dear Chief Judge Glenn,
As a pro se creditor with limited resources who resides on the West Coast, who has filed a Limited Objection to the Plan at ECF 3548, 3557, I request the Court's permission to participate remotely over Zoom in the Confirmation Hearing including for direct examination and cross-examination of any witnesses. I have discussed with Debtor's counsel, which of their potential witnesses that I may questions for on cross. I also intent to cross-examine the Committee's witness Mark Robinson, for whom you have already granted a request to participate remotely.

I also request that I be permitted to attend remotely should any party desire to cross-examine me regarding the written testimony that I intend to file prior to the October 11 filing deadline, as well as for any additional direct or re-direct testimony.

Dated: Los Angeles, California
September 30, 2023

/s/ _____
RICHARD PHILLIPS
Creditor