Sascha N. Rand
Victor Noskov
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email:  sascharand@quinnemanuel.com
          victornoskov@quinnemanuel.com

*Counsel for Pharos Fund SP of Pharos Master SPC and Pharos USD Fund SP of Pharos Master SPC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al*.,[1] | ) |
| | ) Case No. 22-10964 (MG) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned adversary proceeding as counsel for Pharos Fund SP of Pharos Master SPC and Pharos USD Fund SP of Pharos Master SPC (collectively, "Pharos") and requests that all notices and papers filed or entered in this case and all papers served or required to be served in this case be given to and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

Sascha N. Rand
Victor Noskov
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Email:  victornoskov@quinnemanuel.com


Dated:  October 2, 2023          /s/ Victor Noskov
         New York, New York       Sascha N. Rand
                                  Victor Noskov
                                  QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP
                                  51 Madison Avenue, 22nd Floor
                                  New York, New York 10010
                                  Telephone: (212) 849-7000
                                  Email: sascharand@quinnemanuel.com
                                         victornoskov@quinnemanuel.com

                                  *Counsel to Pharos Fund SP of Pharos Master
                                  SPC and Pharos USD Fund SP of Pharos
                                  Master SPC*