Sascha N. Rand
Victor Noskov
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Email:  sascharand@quinnemanuel.com
       victornoskov@quinnemanuel.com

*Counsel for Pharos Fund SP of Pharos Master SPC and Pharos USD Fund SP of Pharos Master SPC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) |
| | ) Case No. 22-10964 (MG) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**SUPPLEMENT TO VERIFIED STATEMENT OF QUINN EMANUEL URQUHART & SULLIVAN LLP PURSUANT TO BANKRUPTCY RULE 2019**

Victor Noskov of Quinn Emanuel Urquhart & Sullivan LLP ("QEUS") submits this supplement ("Supplement") to the *Verified Statement of Quinn Emanuel Urquhart & Sullivan LLP Pursuant to Bankruptcy Rule 2019* (the "Verified Statement"),[2] and declares the following under penalty of perjury:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] All terms not defined herein have the same meaning as in the Verified Statement.

1

1. This Supplement is filed in accordance with Bankruptcy Rule 2019 because mid-day today, October 2, 2023, we learned that the Swiss bankruptcy administrator of Covario AG assigned Covario AG's claim in the Chapter 11 Cases to Swissblock Capital AG.

2. Quinn Emanuel Urquhart & Sullivan (Schweiz) GmbH represents Swissblock Capital AG.

3. The Debtors scheduled Covario AG as holding a claim based on an EARN Account in the amounts set forth in Docket No. 974 at 2889.

4. The address for Covario AG for purposes herein is Bahnhofstrasse 12, 6300 Zug, Switzerland.

5. The address for Swissblock Capital AG for purposes herein is Neuhofstrasse 22 Baar, ZUG, 6340 Switzerland.

6. QEUS may also represent other clients in matters pertaining to the Debtors, and is currently gathering additional information concerning such matters and in the future may or may not undertake other engagements. Those representations may or may not result in representation in these bankruptcy cases. If QEUS is retained by another creditor in these Chapter 11 Cases, QEUS will supplement this statement.

7. QEUS will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should changes occur.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

<table>
<tr><td>Dated: October 2, 2023<br>New York, New York</td><td><u>/s/ Victor Noskov</u><br>Sascha N. Rand<br>Victor Noskov<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Email: sascharand@quinnemanuel.com<br>victornoskov@quinnemanuel.com<br><br>*Counsel to Pharos Fund SP of Pharos Master SPC and Pharos USD Fund SP of Pharos Master SPC*</td></tr>
</table>

3