**EXHIBIT A**

**AD HOC EARN GROUP MEMBER EXPENSE SUMMARY**

| Expenses | Description | Amount |
|---|---|---|
| Immanuel Herrmann | | |
| Travel: | Amtrak from BWI to NY 7/16 | $159.00 |
| | BWI Parking 7/16 – 7/19 | $36.00 |
| | Mileage@ .65/mi to and from BWI 7/16 | $39.00 |
| | Mileage@ .65/mi to DC pre-mediation meeting with R. Gallagher | $9.88 |
| | Amtrak from NY back to BWI 7/19 | $165.00 |
| | Hotel 7/17-7/18 | $719.58 |
| Meals: | | |
| | Lunch - Pre-mediation meeting with R. Gallagher 7/10 | $15.00 |
| | Lunch 7/16 | $10.00 |
| | Breakfast 7/18 | $35.33 |
| | Lunch 7/18 | $46.14 |
| | Lunch (group) 7/19 | $62.69 |
| Miscellaneous: | | |
| | Eamcommittee.org hosting/Google Workspace | $12.00 |
| | Eamcommittee.org hosting/Google Workspace | $1.74 |
| | Eamcommittee.org hosting/Google Workspace | $18.00 |
| | Eamcommittee.org hosting/Google Workspace | $18.00 |
| | Eamcommittee.org hosting/Google Workspace | $18.00 |
| | Eamcommittee.org hosting/Google Workspace | $18.00 |
| | Earncommittee.org hosting/Google Workspace | $18.00 |
| | Earncommittee.org hosting/Google Workspace | $33.00 |
| | Eamcommittee.org hosting/Google Workspace | $36.00 |
| | Eamcommittee.org hosting/Google Workspace | $36.00 |
| **Immanuel Herrmann Subtotal:** | | **$1,481.48** |
| Rebecca Gallagher | | |
| Travel: | Mileage@ .65/mi from Mooresville, NC to DC for pre-mediation meeting with I. Herrmann and back (392 mi x 2 ways = 784 mi) | $509.60 |
| Meals: | Lunch - Pre-mediation meeting with I. Herrmann 7/10 | $15.00 |
| **Rebecca Gallagher Subtotal:** | | **$524.60** |
| Brett Perry | | |
| Travel: | Round trip Phoenix to Philadelphia 7/17; NY to Phoenix 7/20 | $787.79 |
| | Amtrak Philadelphia to New York 7/17 | $114.00 |
| | Uber - Philadelphia airport to train station 7/17 | $17.90 |
| | Uber-New York Penn Station to Hotel 7/17 | $41.96 |
| | Uber Hotel to JFK Airport 7/20 | $97.82 |
| | Hotel 7/17-7/19 | $676.74 |
| Lodging: | Extended Stay Hotel 7/19 | $452.19 |
| Meals: | Dinner 7/19 | $76.77 |
| **Brett Perry Subtotal:** | | **$2,108.49** |
| Daniel Frishberg | | |
| Travel: | Airfare SFO to JFK 7/12 | $487.20 |
| | Airfare JFK to SFO 7/19 | $388.90 |
| Lodging: | Hotel 7/16-7/17 | $364.75 |
| **Daniel Frishberg Subtotal:** | | **$1,240.85** |
| **TOTAL:** | | **$4,830.82** |