**EXHIBIT B**

**AD HOC EARN GROUP COUNSEL EXPENSE SUMMARY**

| Expenses | Description | Amount |
|---|---|---|
| Joyce A. Kuhns Travel: | Amtrak Wilmington to NY 7/16 | $126.00 |
| | Online Hotel Booking Fee | $16.99 |
| | Hotel Stay 7/16-7/18 | $443.56 |
| | Hotel Stay 7/18-7/19 | $495.77 |
| | Amtrak return from NY to Wilmington 7/19 | $132.00 |
| | Parking at Wilmington Amtrak Station | $48.00 |
| Meals: | Moynihan Train Station - Dinner 7/19 | $27.23 |
| | Dinner for Earn Mediation Group 7/16 | $365.14 |
| | Dinner for Earn Mediation Group 7/18 | $329.64 |
| **Joyce Kuhns Subtotal:** | | **$1,984.43** |
| Jason A. Nagi Travel: | Airline Ticket NC to NY | $469.80 |
| | Uber to and from Court for Mediation | $138.49 |
| | Airport parking in NC | $20.00 |
| Meals: | Lunch for Earn Mediation Group 7/17 | $173.66 |
| | Dinner for Earn Mediation Group 7/17 | $363.00 |
| **Jason Nagi Subtotal:** | | **$1,164.95** |
| Miscellaneous Group Expenses*: | Notice of Appearance Filing (Joyce Kuhns) | $200.00 |
| | Third-Party Vendor Payment for July | $3,369.00 |
| | Third-Party Vendor Payment for August | $1,242.00 |
| | Third-Party Vendor Payment for September | $2,163.55 |
| **Miscellaneous Group Expenses Subtotal:** | | **$6,974.55** |
| **TOTAL:** | | **$10,123.93** |

\*   Third-party vendor expenses at $35/hr were incurred in the amount of $6,774.55 for Twitter monitoring, docket summaries, and docket extractions to enable the Ad Hoc Earn Group and its counsel to keep pace with the case filings and social media communication among Celsius constituents.