# EXHIBIT B



Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
troutman.com

---

**Federal ID No.:**
58-0946915

**Billing Inquiries:**
404-885-2508

Ad Hoc Group of Withhold Account Holders

**Payment Remittance Address**
Troutman Pepper Hamilton Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

Firm Ref. No.: 262786.000001

**Re:    Celsius Network**

| | |
|---|---:|
| Fees for Professional Services Rendered Through 7/31/23 | $191,697.00 |
| Costs and Expenses Through 7/31/23 | $3,745.61 |

| | |
|---|---:|
| **Total Amount of This Invoice** | **$195,442.61** |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 2



---

**TIMEKEEPER SUMMARY AUGUST 11, 2022-DECEMBER 31, 2022**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Henry, Susan M. (SMH) | 380.00 | 24.5 | 9,310.00 |
| Kovsky-Apap, Deborah (DKA) | 760.00[1] | 161.3 | 122,588.00 |

**TIMEKEEPER SUMMARY JANUARY 1, 2023-JULY 31, 2023**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Arnold, Joan C. (JCA) | 1,430.00 | .3 | 429.00 |
| Henry, Susan M. (SMH) | 390.00 | 5.5 | 2,145.00 |
| Kovsky-Apap, Deborah (DKA) | 1,090.00 | 52.5 | 57,225.00 |

**FOR COSTS AND EXPENSES INCURRED AUGUST 11, 2022-JULY 31, 2023**

| Description | Amount |
|-------------|--------|
| Copy Charges (Reduced) | 1,000.00 |
| Filing Fees | 188.00 |
| Search Costs | 163.20 |
| Service of Filings | 2,394.41 |

---

[1] Includes a courtesy discount from standard hourly rate of $1,060.

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 3



## COMPENSATION BY PROJECT

| Project Category Code | Project Category Description | Total Hours Billed | Total Compensation Billed |
|---|---|---|---|
| B110 | Case Administration | 33.8 | $15,071.00 |
| B113 | Review of Pleadings/Memos | 0.7 | $532.00 |
| B150 | Meetings of and Communications with Creditors | 20.5 | $17,428.00 |
| B155 | Court Hearings | 40.3 | $33,994.00 |
| B190 | Contested Matters | 134.1 | $112,383.00 |
| B191 | General Litigation | 1.0 | $722.00 |
| B261 | Investigation | 10.2 | $7,752.00 |
| B310 | Claims Administration | 0.4 | $436.00 |
| B320 | Plan of Reorganization | 3.1 | $3,379.00 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 4



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 8/11/2022 | DKA | Correspond with ad hoc group members re information needed for Rule 2019 statement | 0.1 | 76.00 | B150 |
| 8/11/2022 | SMH | Prepare notice of appearance | 0.3 | 114.00 | B110 |
| 8/11/2022 | SMH | Prepare e-mail to and telephone call with D. Kovsky-Apap re notice of appearance | 0.2 | 76.00 | B110 |
| 8/11/2022 | SMH | File notice of appearance | 0.2 | 76.00 | B110 |
| 8/11/2022 | SMH | Arrange for service of notice of appearance | 0.1 | 38.00 | B110 |
| 8/12/2022 | DKA | Review and analyze Celsius' Terms of Use | 1.2 | 912.00 | B190 |
| 8/12/2022 | DKA | Introductory call with Kirkland re Withhold issues | 0.3 | 228.00 | B190 |
| 8/12/2022 | DKA | Introductory call with White & Case re Withhold issues | 0.2 | 152.00 | B190 |
| 8/12/2022 | DKA | Draft update to ad hoc group members re debtors' and UCC's initial position on return of Withhold assets | 0.4 | 304.00 | B150 |
| 8/15/2022 | DKA | Conference call with G. Pesce and A. Colodny re Withhold issues | 0.4 | 304.00 | B190 |
| 8/15/2022 | DKA | Update call with ad hoc group members re case strategy and information requests from Debtors and UCC | 0.7 | 532.00 | B150 |
| 8/15/2022 | DKA | Correspond with chambers re participation in tomorrow's hearing on behalf of ad hoc group | 0.1 | 76.00 | B155 |
| 8/16/2022 | DKA | Confer with G. Pesce re additional information re Withhold | 0.2 | 152.00 | B190 |
| 8/17/2022 | DKA | Update call with new members of ad hoc group | 0.6 | 456.00 | B150 |
| 8/17/2022 | DKA | Telephone conference with H. Hockberger re Withhold issues and concerns being raised by UCC | 0.4 | 304.00 | B190 |
| 8/17/2022 | DKA | Draft email to H. Hockberger and R. Kwasteniet re initial information requests re Withhold assets | 0.3 | 228.00 | B261 |
| 8/18/2022 | DKA | Draft update to ad hoc group members re pushback from UCC and next steps | 0.5 | 380.00 | B150 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 5



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 8/18/2022 | DKA | Correspond with ad hoc group member re impact of various provisions of Terms of Use on Withhold assets | 0.2 | 152.00 | B150 |
| 8/18/2022 | DKA | Further review and analyze Celsius' Terms of Use | 0.5 | 380.00 | B190 |
| 8/19/2022 | DKA | Attend Section 341 meeting | 3.3 | 2,508.00 | B261 |
| 8/19/2022 | DKA | Draft update to ad hoc group members re Section 341 meeting | 0.3 | 228.00 | B150 |
| 8/19/2022 | DKA | Receive and review UST's motion for appointment of an examiner | 0.3 | 228.00 | B113 |
| 8/19/2022 | DKA | Emails to/from ad hoc group members re group's position on proposed appointment of examiner | 0.2 | 152.00 | B150 |
| 8/19/2022 | DKA | Follow up with Kirkland re information requests | 0.1 | 76.00 | B261 |
| 8/22/2022 | DKA | Emails to/from H. Hockberger re document requests | 0.2 | 152.00 | B261 |
| 8/22/2022 | DKA | Update call with counsel for Custody ad hoc group | 0.3 | 228.00 | B190 |
| 8/23/2022 | DKA | Conference with ad hoc group chair re strategy considerations | 0.5 | 380.00 | B150 |
| 8/24/2022 | DKA | Further analysis of Withhold assets, Terms of Use, constructive trust claims and other issues | 2.5 | 1,900.00 | B190 |
| 8/24/2022 | DKA | Work on draft of motion for relief from automatic stay | 5.5 | 4,180.00 | B190 |
| 8/25/2022 | DKA | Update call with ad hoc group re strategy | 0.9 | 684.00 | B190 |
| 8/25/2022 | DKA | Work on draft of motion for relief from automatic stay | 4.9 | 3,724.00 | B190 |
| 8/25/2022 | DKA | Draft email to ad hoc group chair re draft motion | 0.2 | 152.00 | B150 |
| 8/26/2022 | DKA | Draft Rule 2019 statement | 0.5 | 380.00 | B150 |
| 8/26/2022 | DKA | Correspond with ad hoc group members re Rule 2019 statement and privacy/safety concerns | 0.4 | 304.00 | B150 |
| 8/25/2022 | DKA | Review and analyze responses from Kirkland to initial information requests | 0.5 | 380.00 | B261 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 6



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|-------------------------------|-------|--------|----------|
| 8/27/2022 | DKA | Correspond with ad hoc group re Kirkland's responses to initial information requests | 0.4 | 304.00 | B150 |
| 8/29/2022 | DKA | Update and strategy call with ad hoc group chair | 0.8 | 608.00 | B150 |
| 8/29/2022 | SMH | Prepare service list, email block and mailing labels for verified statement re Rule 2019 | 1.2 | 456.00 | B110 |
| 8/29/2022 | SMH | Prepare e-mail to and telephone call with Stretto re confidential service information | 0.2 | 76.00 | B110 |
| 8/29/2022 | SMH | Prepare e-mails to and telephone call with D. Kovsky re confidential service information | 0.3 | 114.00 | B110 |
| 8/29/2022 | SMH | Prepare COS for verified statement re Rule 2019 | 0.2 | 76.00 | B110 |
| 8/30/2022 | SMH | Prepare e-mail to Parcels Inc. re service of verified statement | 0.1 | 38.00 | B110 |
| 8/30/2022 | SMH | Prepare e-mail to and telephone call with D. Kovsky re verified statement re Rule 2019 | 0.2 | 76.00 | B110 |
| 8/30/2022 | SMH | Finalize COS for verified statement | 0.4 | 152.00 | B110 |
| 8/30/2022 | SMH | File COS for verified statement | 0.2 | 76.00 | B110 |
| 8/30/2022 | SMH | File verified statement re Rule 2019 | 0.2 | 76.00 | B110 |
| 8/30/2022 | SMH | Prepare e-mails to service list re verified statement | 0.3 | 114.00 | B110 |
| 8/30/2022 | SMH | Prepare service lists for confidential and non-confidential service | 1.2 | 456.00 | B110 |
| 8/30/2022 | DKA | Correspond with H. Hockberger re Withhold issues | 0.3 | 228.00 | B190 |
| 8/30/2022 | DKA | Telephone conference with Kirkland re Withhold issues and Debtors' proposed approach | 0.3 | 228.00 | B190 |
| 8/30/2022 | DKA | Draft update to ad hoc group re discussions with Kirkland on Withhold issues. | 0.4 | 304.00 | B150 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 7



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 8/31/2022 | SMH | Telephone call from D. Kovsky re possible filing of complaint in SD NY Bankruptcy Court | 0.1 | 38.00 | B191 |
| 8/31/2022 | DKA | Telephone conference with counsel for Custody ad hoc group re case strategy and motion vs. adversary proceeding | 0.4 | 304.00 | B191 |
| 8/31/2022 | DKA | Draft update to ad hoc group re discussions with Custody group counsel and proposed exchange of information | 0.3 | 228.00 | B150 |
| 8/31/2022 | DKA | Review and analyze pre-filing draft of Debtors' motion to return certain Withhold assets, including Debtors' position that Withhold assets "likely do not constitute property of their estates" | 0.7 | 532.00 | B190 |
| 8/31/2022 | DKA | Review and analyze Custody group's adversary complaint | 0.5 | 380.00 | B191 |
| 8/31/2022 | DKA | Correspond with ad hoc group re strategy and next steps in light of Debtors' anticipated motion | 0.4 | 304.00 | B150 |
| 8/31/2022 | DKA | Correspond with ad hoc group re members who hold loans as well as Withhold assets | 0.2 | 152.00 | B150 |
| 9/1/2022 | DKA | Attend omnibus hearing | 2.7 | 2,052.00 | B155 |
| 9/4/2022 | DKA | Revise draft motion for relief from stay | 2.9 | 2,204.00 | B190 |
| 9/5/2022 | DKA | Draft declarations in support of stay relief motion for all ad hoc group members | 3.3 | 2,508.00 | B190 |
| 9/6/2022 | DKA | Correspond with ad hoc group members re revised draft motion and draft declarations | 0.5 | 380.00 | B150 |
| 9/6/2022 | DKA | Revise draft declarations per comments from ad hoc group members | 0.8 | 608.00 | B190 |
| 9/6/2022 | DKA | Update and correct Rule 2019 statement | 0.3 | 228.00 | B150 |
| 9/6/2022 | DKA | Continue to work on stay relief motion | 1.0 | 760.00 | B190 |
| 9/7/2022 | DKA | Further emails with ad hoc group members re declarations | 0.2 | 152.00 | B150 |
| 9/7/2022 | DKA | Revise and finalize declarations | 0.4 | 304.00 | B190 |
| 9/7/2022 | DKA | Draft email to ad hoc group re as-filed motion for stay relief and next steps | 0.2 | 152.00 | B150 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 8



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|-------------------------------|-------|--------|----------|
| 9/7/2022 | SMH | File First Supplemental 2019 Statement | 0.2 | 76.00 | B110 |
| 9/7/2022 | SMH | File Motion for Relief from Stay | 0.2 | 76.00 | B190 |
| 9/7/2022 | SMH | Finalize motion for relief from stay and notice for same | 0.4 | 152.00 | B190 |
| 9/7/2022 | SMH | Prepare e-mails to service lists re first supplemental 2019 statement and motion for relief from stay | 0.3 | 114.00 | B110 |
| 9/7/2022 | SMH | Prepare e-mails to Parcels Inc. re mail service of first supplemental 2019 statement and motion for relief from stay | 0.3 | 114.00 | B110 |
| 9/7/2022 | SMH | Arrange for delivery of chambers copies of first supplemental 2019 statement and motion for relief from stay to court | 0.3 | 114.00 | B110 |
| 9/7/2022 | SMH | Prepare e-mails to chambers re proposed order for motion for relief from stay | 0.2 | 76.00 | B110 |
| 9/7/2022 | SMH | Prepare COS for first supplemental 2019 statement and motion for relief from stay | 0.2 | 76.00 | B110 |
| 9/7/2022 | SMH | Prepare e-mail to D. Kovsky re COS for first supplemental 2019 statement and motion for relief from stay | 0.1 | 38.00 | B110 |
| 9/7/2022 | SMH | Update service list for COS for first supplemental 2019 statement and motion for relief from stay | 0.6 | 228.00 | B110 |
| 9/7/2022 | SMH | Telephone call to and prepare e-mail to D. Kovsky re filing and service of motion for relief from stay | 0.2 | 76.00 | B110 |
| 9/7/2022 | SMH | Research re exemplar forms, local rules and chamber rules for motion for relief from stay and proposed order for same | 0.8 | 304.00 | B110 |
| 9/8/2022 | DKA | Correspond with ad hoc group members re additional privacy and safety concerns raised re potential disclosure of their PII | 0.2 | 152.00 | B150 |
| 9/8/2022 | DKA | Receive and analyze proposed NDA from Kirkland | 0.6 | 456.00 | B261 |
| 9/8/2022 | DKA | Draft email to ad hoc group re proposed NDA | 0.2 | 152.00 | B150 |
| 9/8/2022 | DKA | Review statement re agreed order on examiner filed on the docket | 0.4 | 304.00 | B113 |



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 9/8/2022 | DKA | Correspond with ad hoc group re potential impact of agreed examiner order on Withhold claims and timing | 0.3 | 228.00 | B150 |
| 9/8/2022 | DKA | Confer with counsel for state regulator re position on Withhold issues | 0.4 | 304.00 | B190 |
| 9/8/2022 | DKA | Confer with B. Kotliar re proposed examiner order and re scheduling of hearings | 0.3 | 228.00 | B110 |
| 9/13/2022 | DKA | Telephone conference with S. Hershey re proposed schedule for Custody/Withhold litigation | 0.3 | 228.00 | B190 |
| 9/14/2022 | DKA | Confer with counsel for Debtors and UCC re scheduling of hearing on stay relief motion | 0.2 | 152.00 | B190 |
| 9/14/2022 | DKA | Participate in omnibus hearing | 2.6 | 1,976.00 | B155 |
| 9/14/2022 | DKA | Draft update to ad hoc group re outcome of hearing | 0.2 | 152.00 | B150 |
| 9/15/2022 | DKA | Review Debtors' motion to stablecoins | 0.5 | 380.00 | B190 |
| 9/15/2022 | DKA | Draft email to C. Koenig re need for mechanism to ensure that sale of stablecoins does not include Withhold assets prior to Court's determination of property of the estate issue | 0.2 | 152.00 | B190 |
| 9/15/2022 | DKA | Confer with Togut team re proposed two-phase schedule for resolution of Custody and Withhold issues | 1.0 | 760.00 | B190 |
| 9/15/2022 | DKA | Exchange and refine drafts of proposed schedule with Togut team | 0.4 | 304.00 | B190 |
| 9/15/2022 | DKA | Draft update to ad hoc group re proposed two-phase litigation schedule | 0.4 | 304.00 | B190 |
| 9/16/2022 | DKA | Review email from C. Koenig re Withhold issues raised by stablecoin sale motion | 0.1 | 76.00 | B190 |
| 9/16/2022 | DKA | Draft update to ad hoc group re stablecoin sale motion and potential impact on Withhold assets | 0.2 | 152.00 | B150 |
| 9/19/2022 | DKA | Receive and analyze information discovery requests from UCC | 0.3 | 228.00 | B190 |
| 9/19/2022 | DKA | Correspond with ad hoc group re UCC's discovery requests | 0.4 | 304.00 | B150 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 10



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|-------------------------------|-------|--------|----------|
| 9/19/2022 | DKA | Telephone conference with S. Hershey re scheduling issues | 0.3 | 228.00 | B190 |
| 9/19/2022 | SMH | Prepare e-mail to A. Sima re Parcels Inc. invoice for service | 0.1 | 38.00 | B110 |
| 9/20/2022 | DKA | Telephone conference with S. Hershey re UCC's discovery requests | 0.3 | 228.00 | B190 |
| 9/20/2022 | DKA | Review and follow up with ad hoc group members re potentially responsive documents to UCC's requests | 0.7 | 532.00 | B150 |
| 9/20/2022 | DKA | Analyze Debtors' markup of joint proposed scheduling order from the Custody and Withhold ad hoc groups | 0.3 | 228.00 | B190 |
| 9/21/2022 | DKA | Confer with B. Kotliar re Debtors' revisions to proposed scheduling order | 0.4 | 304.00 | B190 |
| 9/21/2022 | DKA | Review Togut's further revisions to Debtors' markup of proposed scheduling order | 0.1 | 76.00 | B190 |
| 9/21/2022 | DKA | Draft update and recommendation to ad hoc group re revised proposed scheduling order and further suggested change | 0.4 | 304.00 | B150 |
| 9/21/2022 | DKA | Telephone conference with counsel for Debtors, UCC and Custody ad hoc re Custody/Withhold litigation | 1.2 | 912.00 | B190 |
| 9/22/2022 | DKA | Telephone conference with counsel for Debtors and Custody ad hoc group re Custody and Withhold issues | 0.5 | 380.00 | B190 |
| 9/23/2022 | DKA | Negotiations with counsel for Debtors, UCC and Custody re scheduling order | 0.5 | 380.00 | B190 |
| 9/25/2022 | DKA | Draft update to ad hoc committee members re case strategy and dispute with UCC over proposed process | 0.4 | 304.00 | B150 |
| 9/25/2022 | DKA | Follow up with C. Koenig re ensuring that Debtors do not sell stablecoins belonging to Withhold account holders | 0.2 | 152.00 | B190 |
| 9/28/2022 | DKA | Review final draft of proposed scheduling order agreed to on all but one point by the Debtors and both ad hoc groups | 0.2 | 152.00 | B190 |
| 9/28/2022 | DKA | Draft update to ad hoc group re scheduling order | 0.2 | 152.00 | B150 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 11



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|-------------------------------|-------|--------|----------|
| 9/28/2022 | DKA | Correspond with C. Koenig re adjournment of stablecoin sale motion and how Debtors will resolve Withhold issues relating to sale | 0.2 | 152.00 | B190 |
| 9/29/2022 | DKA | Correspond with C. Koenig, S. Hershey and B. Kotliar re ongoing issues with proposed scheduling order | 0.4 | 304.00 | B190 |
| 9/29/2022 | DKA | Correspond with C. Koenig re extension of time to object to motion to sell stablecoins | 0.1 | 76.00 | B190 |
| 9/29/2022 | DKA | Correspond with V. Lazar re examiner's request for interview | 0.1 | 76.00 | B110 |
| 9/30/2022 | DKA | Meet and confer with counsel for Debtors, UCC and Custody ad hoc group re issues with proposed scheduling order, including scope of discovery | 0.5 | 380.00 | B190 |
| 10/2/2022 | DKA | Review email and redline from E. Jones re further revised scheduling order and topics for declaration | 0.5 | 380.00 | B190 |
| 10/2/2022 | DKA | Draft update to ad hoc group re scheduling order and discovery issues | 0.2 | 152.00 | B150 |
| 10/3/2022 | DKA | Finalize agreed scheduling order and stipulation with counsel for Debtors, UCC and Custody ad hoc group | 0.4 | 304.00 | B190 |
| 10/6/2022 | SMH | Prepare e-mail to D. Kovsky re proposed order for hearing | 0.1 | 38.00 | B110 |
| 10/7/2022 | DKA | Participate in status conference re Custody/Withhold dispute | 1.5 | 1,140.00 | B155 |
| 10/7/2022 | DKA | Draft update to ad hoc group re status conference and adjustment to agreed schedule for Phase I | 0.3 | 228.00 | B150 |
| 10/7/2022 | DKA | Correspond with C. Koenig and S. Briefel re Debtors' schedules and SOFAs | 0.4 | 304.00 | B261 |
| 10/13/2022 | DKA | Participate in continued Section 341 meeting | 2.0 | 1,520.00 | B261 |
| 10/13/2022 | DKA | Correspond with I. Hermann and S. Dixon re meeting to discuss potential plan and resolution of customer claims | 0.2 | 152.00 | B110 |
| 10/13/2022 | DKA | Confer with C. Koenig re scheduling order | 0.1 | 76.00 | B190 |
| 10/14/2022 | DKA | Participate in call with S. Dixon re potential customer-supported plan | 0.6 | 456.00 | B110 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 12



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|---|---|---|---|---|---|
| 10/14/2022 | DKA | Further review draft NDA | 0.2 | 152.00 | B190 |
| 10/14/2022 | DKA | Correspond with S. Briefel re NDA | 0.1 | 76.00 | B190 |
| 10/18/2022 | DKA | Update call with ad hoc group | 0.7 | 532.00 | B150 |
| 10/21/2022 | DKA | Follow up again with C. Koenig re stablecoin sale motion | 0.1 | 76.00 | B190 |
| 10/21/2022 | DKA | Review and analyze draft language to be added to stablecoin sale order to protect all Withhold account holders by setting appropriate reserve | 0.2 | 152.00 | B190 |
| 10/21/2022 | DKA | Request backup information from Debtors for reserve to be established to protect Withhold account holders under stablecoin sale order | 0.1 | 76.00 | B190 |
| 10/25/2022 | DKA | Correspond with C. Koenig and G. Hensley re backup information and extension of time to object to stablecoin sale motion | 0.2 | 152.00 | B190 |
| 10/25/2022 | DKA | Review backup information related to stablecoin sale motion | 0.2 | 152.00 | B190 |
| 10/25/2022 | DKA | Begin analyzing Blonstein declaration for Phase I | 0.8 | 608.00 | B190 |
| 10/26/2022 | DKA | Draft update to ad hoc group re Blonstein declaration | 0.2 | 152.00 | B150 |
| 10/26/2022 | DKA | Telephone conference with G. Hensley to walk through stablecoin backup information | 0.1 | 76.00 | B190 |
| 10/26/2022 | DKA | Receive and review additional backup information from G. Hensley related to stablecoin sale motion | 0.1 | 76.00 | B190 |
| 10/26/2022 | DKA | Draft update to ad hoc group re stablecoin sale motion resolution | 0.2 | 152.00 | B150 |
| 10/26/2022 | DKA | Emails with counsel for Custody and the UCC re UCC's position on Phase I issues following filing of Blonstein declaration | 0.2 | 152.00 | B190 |
| 10/26/2022 | DKA | Analyze Withhold issues and review relevant case law in light of Blonstein declaration | 0.8 | 608.00 | B190 |
| 10/27/2022 | DKA | Continue to analyze Withhold issues and review relevant case law in light of Blonstein declaration | 3.8 | 2,888.00 | B190 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 13



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 10/28/2022 | DKA | Work on draft of Phase I brief | 3.3 | 2,508.00 | B190 |
| 10/28/2022 | DKA | Telephone conference with S. Briefel and C. Koenig re Blonstein declaration | 0.4 | 304.00 | B190 |
| 10/28/2022 | DKA | Correspond with C. Koenig and S. Briefel re transfers of coins from Earn to Withhold | 0.2 | 152.00 | B261 |
| 10/28/2022 | DKA | Correspond with counsel for Debtors and UCC re briefing schedule | 0.1 | 76.00 | B190 |
| 10/30/2022 | DKA | Work on draft of Phase I brief | 4.5 | 3,420.00 | B190 |
| 10/31/2022 | DKA | Work on draft of Phase I brief | 2.2 | 1,672.00 | B190 |
| 11/1/2022 | DKA | Participate in omnibus hearing | 3.2 | 2,432.00 | B155 |
| 11/1/2022 | DKA | Follow up with Kirkland re stablecoin motion and reserves for Withhold assets | 0.2 | 152.00 | B190 |
| 11/1/2022 | DKA | Telephone conference with counsel for state AGs re licensing issue related to Withhold accounts | 0.5 | 380.00 | B190 |
| 11/1/2022 | DKA | Follow-up emails with counsel for Custody and the UCC re UCC's position on Phase I issues following filing of Blonstein declaration | 0.2 | 152.00 | B190 |
| 11/2/2022 | SMH | Prepare e-mail to D. Kovsky re filing Phase I brief | 0.1 | 38.00 | B110 |
| 11/2/2022 | DKA | Draft declarations in support of Phase I brief for ad hoc group members | 2.7 | 2,052.00 | B190 |
| 11/3/2022 | DKA | Email from S. Hershey re UCC's position re status of Withhold assets | 0.1 | 76.00 | B190 |
| 11/3/2022 | DKA | Update call with ad hoc group re UCC's position | 0.8 | 608.00 | B190 |
| 11/3/2022 | DKA | Correspond with ad hoc group re additional factual development needed for brief | 0.5 | 380.00 | B150 |
| 11/3/2022 | DKA | Revise draft declarations per additional information received from ad hoc group members | 0.7 | 532.00 | B190 |
| 11/3/2022 | DKA | Work on draft of Phase I brief | 3.5 | 2,660.00 | B190 |
| 11/4/2022 | SMH | Research re service information for Phase I brief and second supplemental verified 2019 statement | 0.4 | 152.00 | B110 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 14



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|-------------------------------|-------|--------|----------|
| 11/4/2022 | SMH | Prepare COS for Phase I brief and second supplemental verified 2019 statement | 0.3 | 114.00 | B110 |
| 11/4/2022 | DKA | Work on draft of Phase I brief and declarations in support | 3.5 | 2,660.00 | B190 |
| 11/4/2022 | DKA | Email ad hoc group re declarations and draft brief | 0.2 | 152.00 | B150 |
| 11/5/2022 | DKA | Finalize declarations and brief | 0.6 | 456.00 | B190 |
| 11/5/2022 | SMH | File second supplemental verified 2019 statement | 0.2 | 76.00 | B110 |
| 11/5/2022 | SMH | File Phase I brief | 0.3 | 114.00 | B110 |
| 11/5/2022 | SMH | Supplement Core 2002 service list | 1.2 | 456.00 | B110 |
| 11/5/2022 | SMH | Prepare e-mail to US Bankruptcy Court re chambers copies of Phase I brief and second supplemental verified 2019 statement | 0.2 | 76.00 | B110 |
| 11/5/2022 | SMH | Prepare e-mails to service list re Phase I brief and second supplemental verified 2019 statement | 0.5 | 190.00 | B110 |
| 11/5/2022 | SMH | Prepare e-mail to D. Kovsky re service information for second supplemental verified 2019 statement and Phase I brief | 0.2 | 76.00 | B110 |
| 11/5/2022 | SMH | Prepare e-mails to D. Kovsky re filing second supplemental verified 2019 statement and Phase I brief | 0.1 | 38.00 | B110 |
| 11/5/2022 | SMH | Further research re service information for Phase I brief and second supplemental verified 2019 statement | 1.2 | 456.00 | B110 |
| 11/5/2022 | SMH | Research re current email addresses for bounced back service emails | 0.7 | 266.00 | B110 |
| 11/6/2022 | DKA | Review and analyze Phase I briefs filed by Debtors, UCC and Custody ad hoc group | 3.9 | 2,964.00 | B190 |
| 11/7/2022 | SMH | Prepare e-mail to service list member re second supplemental verified 2019 statement and Phase I brief | 0.1 | 38.00 | B110 |
| 11/7/2022 | SMH | Arrange for delivery of chambers copies and clerk's copies to US Bankruptcy Court | 0.1 | 38.00 | B110 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 15



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|-------------------------------|-------|--------|----------|
| 11/7/2022 | SMH | Arrange for service of second supplemental verified 2019 statement and Phase I brief | 0.4 | 152.00 | B110 |
| 11/7/2022 | SMH | Communications with Mailroom re costs for mailing second supplemental 2019 statement and Phase I brief | 0.5 | 190.00 | B110 |
| 11/7/2022 | SMH | Prepare e-mails to and telephone call with Resource Center re revisions to master mailing list | 0.3 | 114.00 | B110 |
| 11/7/2022 | SMH | Revise master mailing list | 0.7 | 266.00 | B110 |
| 11/7/2022 | SMH | Telephone calls with and prepare e-mail to D. Kovsky re service of second supplemental verified 2019 statement and Phase I brief | 0.4 | 152.00 | B110 |
| 11/7/2022 | SMH | Comparison of mailing list to Core 2002 list to confirm all required parties were served | 0.4 | 152.00 | B110 |
| 11/8/2022 | SMH | Prepare e-mail to D. Kovsky re service of chambers copy of second supplemental verified 2019 statement and Phase I brief | 0.1 | 38.00 | B110 |
| 11/8/2022 | SMH | Arrange for hand delivery of chambers copy of second supplemental verified 2019 statement and Phase I brief | 0.1 | 38.00 | B110 |
| 11/9/2022 | SMH | Prepare e-mail to D. Kovsky re filing COS for second supplemental verified 2019 statement and Phase I brief | 0.1 | 38.00 | B110 |
| 11/9/2022 | SMH | Telephone call with D. Kovsky re service procedures | 0.1 | 38.00 | B110 |
| 11/9/2022 | SMH | File certificate of service for Phase I brief and Second Supplement | 0.2 | 76.00 | B110 |
| 11/9/2022 | SMH | Update non-confidential service list | 0.2 | 76.00 | B110 |
| 11/9/2022 | SMH | Supplement certificate of service for Phase I brief | 0.3 | 114.00 | B110 |
| 11/10/2022 | DKA | Confer with Kirkland re sale process and NDA | 0.2 | 152.00 | B190 |
| 11/10/2022 | DKA | Confer with Kirkland and ad hoc group member re protective order and list of Withhold account holders | 0.2 | 152.00 | B190 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 16



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 11/11/2022 | DKA | Telephone conference with counsel for Debtors, UCC and Custody re witnesses for hearing | 0.6 | 456.00 | B190 |
| 11/11/2022 | DKA | Draft email to ad hoc group re potential settlement concept | 0.5 | 380.00 | B190 |
| 11/14/2022 | DKA | Emails with counsel for examiner and ad hoc group re examiner's request for interview | 0.2 | 152.00 | B110 |
| 11/15/2022 | DKA | Participate in hearing re schedules and bar date | 1.0 | 760.00 | B155 |
| 11/15/2022 | DKA | Telephone conference with ad hoc group re potential settlement concept and structure | 1.1 | 836.00 | B190 |
| 11/16/2022 | DKA | Telephone call with C. Koenig re settlement proposal | 0.3 | 228.00 | B190 |
| 11/17/2022 | DKA | Participate in interview of ad hoc group members by examiner | 1.0 | 760.00 | B110 |
| 11/20/2022 | DKA | Review examiner's report | 2.2 | 1,672.00 | B261 |
| 11/20/2022 | DKA | Draft update to ad hoc group re examiner's report and impact on Withhold claims | 0.6 | 456.00 | B150 |
| 11/21/2022 | DKA | Telephone conference with counsel for Debtors, UCC and Custody re preparation for status conference | 0.6 | 456.00 | B190 |
| 11/21/2022 | DKA | Draft email to C. Koenig re treatment of Custody vs. Withhold claims | 0.5 | 380.00 | B190 |
| 11/22/2022 | DKA | Participate in status conference | 0.7 | 532.00 | B155 |
| 11/22/2022 | DKA | Follow up with D. Turetsky and S. Hershey re status conference issues | 0.5 | 380.00 | B190 |
| 11/23/2022 | DKA | Correspond with non-ad hoc member re assets inadvertently transferred into Withhold account post-petition | 0.2 | 152.00 | B110 |
| 11/28/2022 | DKA | Work on Phase I response brief | 2.3 | 1,748.00 | B190 |
| 11/29/2022 | SMH | Prepare e-mail to D. Kovsky re returned service envelops re Phase I brief and second supplemental 2019 statement | 0.1 | 38.00 | B110 |
| 11/29/2022 | SMH | Prepare e-mails to D. Kovsky re objection to motion to extend exclusivity period and certificate of service for same | 0.2 | 76.00 | B110 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 17



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 11/29/2022 | SMH | Prepare certificate of service for objection to motion to extend exclusivity period | 0.2 | 76.00 | B110 |
| 11/29/2022 | SMH | Prepare service list for objection to motion to extend exclusivity period | 0.5 | 190.00 | B110 |
| 11/29/2022 | SMH | Prepare e-mail to chambers re chamber copy of objection to motion to extend exclusivity period | 0.1 | 38.00 | B110 |
| 11/29/2022 | SMH | Prepare e-mails to service lists re objection to motion to extend exclusivity period | 0.4 | 152.00 | B110 |
| 11/29/2022 | SMH | File objection to motion to extend exclusivity period | 0.2 | 76.00 | B110 |
| 11/29/2022 | SMH | Review returned service envelops re phase I brief and second supplemental 2019 statement | 0.2 | 76.00 | B110 |
| 11/29/2022 | SMH | Arrange for mail service of objection to motion to extend exclusivity period and delivery of chambers copy and clerk's copy of same. | 0.3 | 114.00 | B110 |
| 11/29/2022 | DKA | Telephone conference with account holder who inadvertently transferred assets into Withhold account post-petition | 0.3 | 228.00 | B110 |
| 11/29/2022 | DKA | Draft limited objection to extension of debtors' plan exclusivity | 0.7 | 532.00 | B190 |
| 11/30/2022 | DKA | Multiple emails with debtors' counsel and chambers re hearing | 0.4 | 304.00 | B155 |
| 11/30/2022 | DKA | Correspond with Togut team re examiner's report | 0.4 | 304.00 | B261 |
| 11/30/2022 | DKA | Mark designations of examiner's report to admitted at hearing | 1.7 | 1,292.00 | B190 |
| 11/30/2022 | DKA | Work on Phase I response brief | 5.6 | 4,256.00 | B190 |
| 11/30/2022 | DKA | Telephone conference with C. Koenig and E. Jones re supplemental declarations | 0.3 | 228.00 | B190 |
| 11/30/2022 | SMH | File COS for objection to exclusivity motion | 0.2 | 76.00 | B110 |
| 11/30/2022 | SMH | Prepare e-mail to D. Kovsky re COS for objection to exclusivity motion | 0.1 | 38.00 | B110 |
| 12/1/2022 | DKA | Work on Phase I response brief | 4.0 | 3,040.00 | B190 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 18



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 12/2/2022 | SMH | File phase I response brief and third supplemental verified 2019 statement | 0.5 | 190.00 | B110 |
| 12/2/2022 | SMH | Prepare COS for phase I response brief and third supplemental verified 2019 statement | 0.2 | 76.00 | B110 |
| 12/2/2022 | SMH | Prepare e-mail to service lists re phase I response brief and third supplemental verified 2019 statement | 0.2 | 76.00 | B110 |
| 12/2/2022 | SMH | Arrange for mail service of phase I response brief and third supplemental verified 2019 statement | 0.2 | 76.00 | B110 |
| 12/2/2022 | SMH | Arrange for overnight delivery of chambers copies of Phase I response brief and third supplemental verified 2019 statement | 0.1 | 38.00 | B110 |
| 12/2/2022 | SMH | Prepare e-mail to US Bankruptcy Court re chambers copy of Phase I response brief and third supplemental verified 2019 statement | 0.1 | 38.00 | B110 |
| 12/2/2022 | SMH | Review and finalize Phase I response brief | 0.9 | 342.00 | B110 |
| 12/2/2022 | SMH | Telephone calls with and prepare e-mails to D. Kovsky re Phase I response brief and third supplemental verified 2019 statement | 0.6 | 228.00 | B110 |
| 12/2/2022 | DKA | Correspond with E. Jones re stipulation | 0.2 | 152.00 | B190 |
| 12/2/2022 | DKA | Confer with Debtors' counsel re stipulation in lieu of declarations on coin transfers | 0.4 | 304.00 | B190 |
| 12/2/2022 | DKA | Draft and circulate proposed stipulation re coin transfers | 0.7 | 532.00 | B190 |
| 12/2/2022 | DKA | Work on Phase I response brief and additional declaration in support | 2.8 | 2,128.00 | B190 |
| 12/2/2022 | DKA | Confer with S. Henry re filing and service of brief | 0.2 | 152.00 | B190 |
| 12/2/2022 | DKA | Update call with new ad hoc member | 0.5 | 380.00 | B150 |
| 12/3/2022 | DKA | Review and analyze Phase I response briefs filed by Debtors, UCC and Custody ad hoc group | 2.2 | 1,672.00 | B190 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 19



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 12/5/2022 | DKA | Attend Earn and omnibus hearings | 5.8 | 4,408.00 | B155 |
| 12/5/2022 | SMH | Prepare e-mail to D. Kovsky re COS for phase I response brief | 0.1 | 38.00 | B110 |
| 12/6/2022 | DKA | Prepare for Phase I hearing | 4.6 | 3,496.00 | B155 |
| 12/6/2022 | SMH | Prepare follow up e-mail to D. Kovsky re COS for Phase I response brief | 0.1 | 38.00 | B110 |
| 12/7/2022 | DKA | Prepare for Phase I hearing | 1.1 | 836.00 | B155 |
| 12/7/2022 | DKA | Participate in Phase I hearing | 5.2 | 3,952.00 | B155 |
| 12/7/2022 | DKA | Confer with counsel for Debtors, UCC and Custody ad hoc group re issues raised at hearing and next steps | 1.0 | 760.00 | B190 |
| 12/7/2022 | SMH | File COS for phase I response brief | 0.2 | 76.00 | B110 |
| 12/12/2022 | DKA | Telephone conference with counsel for Debtors, UCC and Custody ad hoc group re Custody/Withhold issues | 0.8 | 608.00 | B190 |
| 12/14/2022 | DKA | Update call with ad hoc group re Phase II and settlement discussions | 1.2 | 912.00 | B190 |
| 12/17/2022 | DKA | Draft update to the ad hoc group re settlement discussions with counsel for the Debtors and UCC | 0.3 | 228.00 | B190 |
| 12/19/2022 | DKA | Correspond with E. Jones re revised Custody/Withhold order | 0.2 | 152.00 | B190 |
| 12/19/2022 | DKA | Correspond with C. Koenig re identification of ineligible Withhold coins subject to release per Court's determination | 0.2 | 152.00 | B190 |
| 12/19/2022 | DKA | Correspond with C. Koenig and account holder re resolution of inadvertent post-petition transfers into Withhold accounts | 0.2 | 152.00 | B110 |
| 12/20/2022 | DKA | Attend omnibus hearing | 1.2 | 912.00 | B155 |
| 12/20/2022 | DKA | Telephone conference with Debtors' counsel re next steps in Phase II | 0.4 | 304.00 | B190 |
| 12/28/2022 | DKA | Settlement discussion with C. Koenig | 0.2 | 152.00 | B190 |
| 12/28/2022 | DKA | Confer with counsel for Custody group re potential settlement | 0.2 | 152.00 | B190 |
| 12/28/2022 | DKA | Receive update from Debtors re potential bellwethers for Phase II | 0.2 | 152.00 | B190 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 20



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 1/3/2023 | DKA | Correspond with J. Mudd re Custody and Withhold withdrawals | 0.3 | 327.00 | B190 |
| 1/5/2023 | DKA | Correspond with counsel for Debtors, UCC and Custody ad hoc group re customers eligible to withdraw assets | 0.3 | 327.00 | B190 |
| 1/10/2023 | DKA | Confer with counsel for Debtors and UCC re data for bellwether cases | 0.5 | 545.00 | B190 |
| 1/12/2023 | DKA | Email from chambers requesting update re status of distributions from Custody and ineligible Withhold assets | 0.1 | 109.00 | B110 |
| 1/13/2023 | DKA | Follow up with Kirkland re schedule of ineligible Withhold assets qualifying for withdrawal | 0.2 | 218.00 | B190 |
| 1/13/2023 | DKA | Research and analysis re aspects of defenses requiring expert testimony in Phase II | 2.2 | 2,398.00 | B190 |
| 1/13/2023 | DKA | Initial call with potential Phase II expert | 0.4 | 436.00 | B190 |
| 1/13/2023 | DKA | Correspond with counsel for Debtors and Custody group re draft response to chambers re Custody/Withhold issues | 0.3 | 327.00 | B110 |
| 1/15/2023 | DKA | Further correspond with counsel for Debtors and Custody group re response to chambers | 0.2 | 218.00 | B110 |
| 1/15/2023 | DKA | Review relevant case law re defenses to be raised in Phase II | 1.5 | 1,635.00 | B190 |
| 1/16/2023 | DKA | Confer with B. Kotliar re Custody group's position on Phase II | 0.7 | 763.00 | B190 |
| 1/16/2023 | DKA | Telephone conference with T. Braziel re potential experts for Phase II | 0.6 | 654.00 | B190 |
| 1/16/2023 | DKA | Draft update to ad hoc group re Phase II | 0.4 | 436.00 | B150 |
| 1/17/2023 | DKA | Further discussions with C. Koenig re potential settlement | 0.2 | 218.00 | B190 |
| 1/17/2023 | DKA | Correspond with E. Jones and B. Kotliar re distribution schedule | 0.1 | 109.00 | B190 |
| 1/19/2023 | DKA | Confer with Kirkland and Togut re debtors' delay in providing information re transaction histories for Phase II | 0.3 | 327.00 | B190 |
| 1/19/2023 | DKA | Begin reviewing Phase II data production from Debtors | 0.7 | 763.00 | B190 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 21



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 1/19/2023 | DKA | Correspond with E. Jones re distribution schedule | 0.3 | 327.00 | B190 |
| 1/20/2023 | DKA | Further correspond with E. Jones re distribution schedule | 0.1 | 109.00 | B190 |
| 1/22/2023 | DKA | Analyze settlement term sheet from the Debtors and UCC | 1.1 | 1,199.00 | B190 |
| 1/22/2023 | DKA | Confer with B. Kotliar re settlement term sheet | 0.5 | 545.00 | B190 |
| 1/22/2023 | DKA | Draft update to ad hoc group re settlement term sheet | 0.5 | 545.00 | B150 |
| 1/22/2023 | DKA | Conference call with counsel for Debtors, UCC and Custody re settlement term sheet | 1.1 | 1,199.00 | B190 |
| 1/22/2023 | DKA | Discussion with ad hoc group re proposed counter to settlement proposal | 0.8 | 872.00 | B150 |
| 1/24/2023 | DKA | Attend omnibus hearing | 2.2 | 2,398.00 | B155 |
| 1/24/2023 | DKA | Draft update to ad hoc group re omnibus hearing | 0.3 | 327.00 | B150 |
| 1/25/2023 | DKA | Review notice of distribution of Custody assets and update on ineligible Withhold distributable assets | 0.2 | 218.00 | B190 |
| 1/25/2023 | DKA | Telephone conference with B. Kotliar re settlement proposal | 0.4 | 436.00 | B190 |
| 1/25/2023 | DKA | Mark up draft settlement term sheet | 0.6 | 654.00 | B190 |
| 1/26/2023 | DKA | Review case law re legal issues for Phase II | 1.6 | 1,744.00 | B190 |
| 1/26/2023 | DKA | Confer with B. Kotliar re Custody steering committee's position on settlement counter-proposal | 0.2 | 218.00 | B190 |
| 1/29/2023 | DKA | Conference call with ad hoc group re exclusivity, cramdown and other plan issues and potential impact on Withhold claims | 2.3 | 2,507.00 | B190 |
| 1/30/2023 | DKA | Confer with ad hoc group re timing of Phase II and plan | 0.6 | 654.00 | B190 |
| 1/30/2023 | DKA | Telephone conference with B. Kotliar re settlement proposal | 0.4 | 436.00 | B190 |
| 1/30/2023 | DKA | Further revise settlement term sheet | 0.6 | 654.00 | B190 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 22



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|-------------------------------|-------|--------|----------|
| 1/30/2023 | DKA | Correspond with C. Koenig re settlement term sheet | 0.2 | 218.00 | B190 |
| 1/30/2023 | DKA | Review revised notice re Custody withdrawals including update on Withhold distributable assets | 0.2 | 218.00 | B190 |
| 1/30/2023 | DKA | Correspond with J. Mudd re Withhold distributable assets | 0.1 | 109.00 | B190 |
| 2/7/2023 | DKA | Confer with ad hoc group re plan exclusivity | 0.4 | 436.00 | B150 |
| 2/7/2023 | DKA | Correspond with counsel for Debtors and Custody group re revised Phase II schedule | 0.2 | 218.00 | B190 |
| 2/8/2023 | DKA | Draft objection to extension of Debtors' exclusivity | 0.8 | 872.00 | B190 |
| 2/8/2023 | SMH | Telephone call with D. Kovsky re objection to second motion to extend exclusivity periods and service of same | 0.1 | 39.00 | B110 |
| 2/9/2023 | SMH | Telephone call with D. Kovsky re service issues for objection to motion to extend exclusive periods | 0.1 | 39.00 | B110 |
| 2/9/2023 | SMH | Prepare e-mails to service lists re objection to second motion to extend exclusive periods | 0.3 | 117.00 | B110 |
| 2/9/2023 | SMH | Update service list for objection to second motion to extend exclusivity periods | 0.4 | 156.00 | B110 |
| 2/9/2023 | SMH | Telephone call with Troutman NY Office re service of chambers copies | 0.1 | 39.00 | B110 |
| 2/14/2023 | SMH | Prepare COS and service list for objection to second motion to extend exclusive periods | 0.5 | 195.00 | B110 |
| 2/14/2023 | SMH | Prepare email to D. Kovsky re COS for objection to second motion to extend exclusive periods | 0.1 | 39.00 | B110 |
| 2/15/2023 | DKA | Draft update to and respond to questions from ad hoc group members re potential settlement structure and terms | 0.6 | 654.00 | B150 |
| 2/15/2023 | DKA | Participate in omnibus hearing, including status conference on Phase I and Phase II of Withhold dispute | 2.7 | 2,943.00 | B155 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 23



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 2/15/2023 | DKA | Respond to inquiry re status of case from non-ad hoc group Withhold account holder | 0.2 | 218.00 | B110 |
| 2/15/2023 | SMH | Revise COS for objection to second motion to extend exclusive periods | 0.1 | 39.00 | B110 |
| 2/15/2023 | SMH | Prepare e-mail to D. Kovsky re COS for objection to second motion to extend exclusive periods | 0.1 | 39.00 | B110 |
| 2/16/2023 | SMH | File COS for objection to second motion to extend exclusive periods | 0.2 | 78.00 | B110 |
| 2/16/2023 | SMH | Prepare e-mail to D. Kovsky re COS for objection to second motion to extend exclusive periods | 0.1 | 39.00 | B110 |
| 2/27/2023 | DKA | Telephone conference with counsel for UCC re potential approach to preferences under Debtors' plan and impact on Withhold claims | 0.6 | 654.00 | B190 |
| 2/28/2023 | SMH | Prepare email to D. Kovsky re renewed objection to motion to extend exclusivity periods | 0.1 | 39.00 | B110 |
| 3/1/2023 | SMH | Prepare e-mail to and telephone call with D. Kovsky re renewed objection to second motion to extend exclusivity periods | 0.2 | 78.00 | B110 |
| 3/1/2023 | SMH | Prepare e-mails to service list re renewed objection to second motion to extend exclusivity periods | 0.2 | 78.00 | B110 |
| 3/1/2023 | SMH | Prepare e-mail to chambers re chambers copy of renewed objection to second motion to extend exclusivity periods | 0.1 | 39.00 | B110 |
| 3/1/2023 | SMH | Prepare COS for renewed objection to second motion to extend exclusivity periods | 0.2 | 78.00 | B110 |
| 3/1/2023 | SMH | Arrange for delivery of clerk's copy and chambers copy of renewed objection | 0.1 | 39.00 | B110 |
| 3/1/2023 | SMH | File renewed objection to second motion to extend exclusivity periods | 0.2 | 78.00 | B110 |
| 3/1/2023 | SMH | Research re service list for renewed objection to second motion to extend exclusivity periods | 0.2 | 78.00 | B110 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 24



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|---|---|---|---|---|---|
| 3/1/2023 | SMH | Review returned service emails re service of renewed objection | 0.1 | 39.00 | B110 |
| 3/1/2023 | DKA | Confer with ad hoc group re Debtors' proposed plan and re continued exclusivity | 0.5 | 545.00 | B150 |
| 3/1/2023 | DKA | Draft renewed objection to extension of Debtors' exclusivity | 0.4 | 436.00 | B190 |
| 3/2/2023 | DKA | Conference call with Kirkland and Centerview re valuation of plan distributions for purposes of evaluating settlement proposal | 0.7 | 763.00 | B190 |
| 3/2/2023 | DKA | Confer with Debtors' counsel re potential settlement | 0.4 | 436.00 | B190 |
| 3/2/2023 | DKA | Draft update to ad hoc group re plan valuation and settlement proposal | 0.8 | 872.00 | B150 |
| 3/8/2023 | JCA | Respond to question on taxation of crypto | 0.3 | 429.00 | B190 |
| 3/8/2023 | DKA | Correspond with J. Arnold re tax issue affecting settlement of Withhold claims | 0.2 | 218.00 | B190 |
| 3/8/2023 | DKA | Correspond with C. Koenig re additional questions from ad hoc group | 0.3 | 327.00 | B190 |
| 3/8/2023 | DKA | Prepare for and participate in hearing | 1.5 | 1,635.00 | B155 |
| 3/8/2023 | DKA | Draft update to ad hoc group re settlement | 0.2 | 218.00 | B150 |
| 3/9/2023 | DKA | Review court's ruling on preferred equity motion | 0.2 | 218.00 | B190 |
| 3/9/2023 | DKA | Correspond with C. Koenig re potential impact of preferred equity decision on plan and settlement | 0.2 | 218.00 | B190 |
| 3/14/2023 | DKA | Telephone call with C. Koenig re status of settlement term sheet and impact of recent events on plan | 0.2 | 218.00 | B190 |
| 3/21/2023 | DKA | Participate in omnibus hearing | 1.0 | 1,090.00 | B155 |
| 3/21/2023 | DKA | Follow up with C. Koenig re term sheet | 0.2 | 218.00 | B190 |
| 3/27/2023 | DKA | Correspond with counsel for Debtors and UCC re revised settlement agreement and motion | 0.5 | 545.00 | B190 |
| 3/27/2023 | DKA | Review and mark up settlement agreement, term sheet, motion and proposed order | 1.9 | 2,071.00 | B190 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 25



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 3/27/2023 | DKA | Correspond with counsel for debtors and UCC re markup of settlement documents | 0.2 | 218.00 | B190 |
| 3/27/2023 | DKA | Draft update to ad hoc group re settlement | 0.2 | 218.00 | B150 |
| 3/28/2023 | DKA | Review multiple iterations of settlement documents | 1.2 | 1,308.00 | B190 |
| 3/28/2023 | DKA | Confer with Debtors' counsel re further revisions to settlement agreement and motion | 0.5 | 545.00 | B190 |
| 3/28/2023 | DKA | Review as-filed motion for entry of order approving Withhold settlement | 0.2 | 218.00 | B190 |
| 3/29/2023 | DKA | Multiple emails and telephone calls with client group re confirmation of claim amounts | 0.4 | 436.00 | B150 |
| 3/29/2023 | DKA | Correspond with Kirkland re confirmation of claim amounts | 0.1 | 109.00 | B190 |
| 3/31/2023 | DKA | Review plan treatment of Withhold claims | 0.6 | 654.00 | B320 |
| 4/1/2023 | DKA | Review plan of reorganization | 1.0 | 1,090.00 | B320 |
| 4/1/2023 | DKA | Correspond with ad hoc group and C. Koenig re treatment of Earn vs. Withhold claims under plan | 0.2 | 218.00 | B320 |
| 4/8/2023 | DKA | Correspondence with client group and C. Koenig re potential impact of alternative treatment of Earn claims | 0.2 | 218.00 | B320 |
| 4/13/2023 | DKA | Correspond with ad hoc group member re recent developments | 0.2 | 218.00 | B150 |
| 4/14/2023 | DKA | Review notice of agenda for hearing on Withhold settlement | 0.1 | 109.00 | B155 |
| 4/18/2023 | DKA | Prepare for hearing on Withhold settlement | 0.5 | 545.00 | B155 |
| 4/18/2023 | DKA | Participate in hearing on Withhold settlement | 2.2 | 2,398.00 | B155 |
| 4/18/2023 | DKA | Draft update to client group re outcome of hearing and next steps | 0.2 | 218.00 | B150 |
| 4/18/2023 | DKA | Correspond with members of group and Kirkland re claim amounts | 0.2 | 218.00 | B190 |
| 4/19/2023 | DKA | Work with Kirkland and client group to finalize claim amounts in settlement agreement | 0.9 | 981.00 | B190 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 26



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|-------------------------------|-------|--------|----------|
| 4/19/2023 | DKA | Correspond with C. Koenig re potential impact of alternative bids on value of settlement | 0.2 | 218.00 | B190 |
| 4/20/2023 | SMH | Prepare notice of withdrawal of motion for relief from stay | 0.2 | 78.00 | B110 |
| 4/20/2023 | SMH | File notice of withdrawal of motion for relief from stay | 0.2 | 78.00 | B110 |
| 4/20/2023 | SMH | Prepare e-mail to D. Kovsky re notice of withdrawal of motion for relief from stay | 0.1 | 39.00 | B110 |
| 4/20/2023 | SMH | Prepare e-mails to service lists re notice of withdrawal of motion for relief from stay | 0.2 | 78.00 | B110 |
| 4/20/2023 | SMH | Prepare e-mail to US Bankruptcy Court re notice of withdrawal of motion for relief from stay | 0.1 | 39.00 | B110 |
| 4/20/2023 | SMH | Arrange for delivery of chambers copy of notice to withdrawal to chambers | 0.2 | 78.00 | B110 |
| 4/20/2023 | DKA | Review as-entered order approving settlement between the Withhold group and Debtors | 0.2 | 218.00 | B190 |
| 4/20/2023 | DKA | Confer with S. Henry re notice of withdrawal of Withhold group's motion for stay relief | 0.2 | 218.00 | B190 |
| 4/20/2023 | DKA | Correspond with C. Koenig re timing of valuation of crypto to be distributed under settlement | 0.3 | 327.00 | B190 |
| 4/24/2023 | DKA | Further emails with C. Koenig re timing of valuation of crypto | 0.2 | 218.00 | B190 |
| 4/24/2023 | DKA | Research re differences in crypto pricing at various times of day | 0.6 | 654.00 | B190 |
| 4/24/2023 | DKA | Draft email to ad hoc group re crypto pricing issue | 0.1 | 109.00 | B150 |
| 4/27/2023 | SMH | Prepare e-mail to D. Kovsky re update service list | 0.1 | 39.00 | B110 |
| 4/27/2023 | SMH | Update service list | 0.8 | 312.00 | B110 |
| 4/27/2023 | SMH | Update e-mail block per request of service list member | 0.1 | 39.00 | B110 |
| 5/5/2023 | DKA | Conference with debtors' counsel re settlement and pricing of crypto to be distributed | 0.3 | 327.00 | B190 |

File No. 262786.000001
Ad Hoc Group of Withhold Account Holders
Celsius Network
Page 27



| Date | Tkpr | Description of Work Performed | Hours | Amount | Category |
|------|------|------------------------------|-------|--------|----------|
| 5/9/2023 | DKA | Correspondence with client group and C. Koenig re pricing of crypto on settlement order date | 0.4 | 436.00 | B190 |
| 5/17/2023 | DKA | Follow up with Kirkland re KYC for ad hoc group members | 0.1 | 109.00 | B190 |
| 5/22/2023 | DKA | Correspond with ad hoc group member and C. Koenig re KYC and unavailability of distribution | 0.2 | 218.00 | B190 |
| 5/23/2023 | DKA | Confer with ad hoc group and Kirkland ream re isues with KYC and withdrawals | 0.3 | 327.00 | B190 |
| 5/31/2023 | DKA | Email from non-ad hoc account holder re withdrawal of assets from Withhold account | 0.1 | 109.00 | B110 |
| 6/2/2023 | DKA | Confer with Kirkland re continuing issues with KYC and withdrawals | 0.2 | 218.00 | B190 |
| 6/15/2023 | DKA | Review provisions in amended plan related to withhold settlement and treatment of withhold account holders' Earn claims | 1.1 | 1,199.00 | B320 |
| 6/21/2023 | DKA | Respond to inquiry from non-ad hoc account holder re treatment of Withhold claims under plan | 0.3 | 327.00 | B110 |
| 7/20/2023 | DKA | Review stipulated order consolidating estates of Celsius and CNL | 0.2 | 218.00 | B310 |
| 7/20/2023 | DKA | Review stipulation setting extended bar date | 0.1 | 109.00 | B310 |
| 7/20/2023 | DKA | Correspond with C. Koenig re consolidation of estates and extended bar date | 0.1 | 109.00 | B310 |
| 7/31/2023 | DKA | Respond to inquiry from account holder re Withhold settlement offered to non-ad hoc group members under the plan | 0.2 | 218.00 | B110 |