# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | x | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, *et al.*,[1] | : | Case No. 22-10964 (MG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | x | |

### ORDER, PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4), GRANTING APPLICATION OF IGNAT TUGANOV FOR ALLOWANCE AND REIMBURSEMENT OF ADMINISTRATIVE EXPENSES FOR SUBSTANTIAL CONTRIBUTION

Upon the application (the "Application") of Ignat Tuganov ("Tuganov") for allowance and reimbursement of an administrative expense for having made a substantial contribution to the above-captioned chapter 11 cases; and after notice and an opportunity to be heard; and the Court having jurisdiction to consider the Application and render a final order thereon; and the Court having considered the Application and the objections thereto; and good cause appearing therefore; it is hereby:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

ORDERED that the Application be and hereby is GRANTED in all respects; and it is further

ORDERED that Mr. Tuganov be and hereby is entitled conditionally to an administrative expense pursuant to 11 U.S.C. §§ 503(b)(3) and (4) in the amount of $1,389,892.46 (the "Administrative Claim") for having made a substantial contribution to these chapter 11 cases; and it is further

ORDERED that Mr. Tuganov be and hereby is entitled to an additional administrative expense pursuant to 11 U.S.C. §§ 503(b)(3) and (4) (the "Additional Administrative Claim") for work done or to be done by him or his counsel from September 12, 2023 through the effective date of the Debtors' *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates* [Dkt. No. 3577] (the "Plan") in an amount not to exceed $300,000.00, provided that (i) Mr. Tuganov and Venable shall deliver evidence of the incurrence by Mr. Tuganov of such fees and expenses in connection with his obligations under the Plan Support Agreement to the Office of the United States Trustee, counsel to the Debtors, counsel to the Committee and any other party that has filed an objection to this Application, (ii) no objection to such Additional Administrative Claim shall have been filed by the U.S. Trustee, the Debtors, the Committee, or any other party in interest that has filed an objection to this Application, and (iii) in the event any of the foregoing parties files an objection to the Additional Administrative Claim within seven (7) days of receipt of such evidence, then this Court will hold a hearing to consider whether the Additional Administrative Claim is appropriate; and it is further

ORDERED that the Debtors be and hereby are authorized and directed to make a distribution in full on the Administrative Claim, and, to the extent applicable based on the foregoing, on the Additional Administrative Claim, in accordance with the terms of the Plan.

Dated: New York, New York
      October ___, 2023

                                              THE HONORABLE MARTIN GLENN
                                              CHIEF UNITED STATES BANKRUPTCY JUDGE

3