Hearing Date: October 2, 2023, at 2:00 p.m. (prevailing Eastern Time)

| | |
|---|---|
| Joshua A. Sussberg, P.C. | Judson Brown, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | T.J. McCarrick (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Grace C. Brier (admitted *pro hac vice*) |
| 601 Lexington Avenue | Hannah C. Simson (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone:    (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile:    (212) 446-4900 | 1301 Pennsylvania Avenue NW |
| | Washington, D.C. 20004 |
| | Telephone:    (202) 389-5000 |
| Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) | Facsimile:    (202) 389-5200 |
| Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) | |
| Christopher S. Koenig | |
| Dan Latona (admitted *pro hac vice*) | |
| **KIRKLAND & ELLIS LLP** | |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | |
| 300 North LaSalle Street | |
| Chicago, Illinois 60654 | |
| Telephone:    (312) 862-2000 | |
| Facsimile:    (312) 862-2200 | |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' WITNESS LIST AND REVISED**
**EXHIBIT LIST FOR MATTERS SET FOR HEARING OCTOBER 2, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

The above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") file this witness and exhibit list for the hearing commencing on October 2, 2023, at 2:00 p.m. (prevailing Eastern Time). The Debtors expressly reserve the right to amend this witness and exhibit list after reviewing any responsive pleadings or to address evidence introduced via exhibit, testimony, or other statement.

## **<u>Witnesses</u>**

The Debtors may call the following witnesses at the hearing, reserving the right to cross-examine any witness called by any other party or who otherwise testifies at the hearing:

(i) Christopher Ferraro, Celsius Interim Chief Executive Officer, Chief Financial Officer, and Chief Restructuring Officer

(ii) Joel Cohen, Managing Director, Stout

(iii) Robert Campagna, Managing Director, Alvarez & Marsal

(iv) Allison Hoeinghaus, Managing Director, Alvarez & Marsal

(v) Brian Karpuk, Managing Director, Stretto, Inc.

(vi) Ryan Kielty, Partner, Centerview

(vii) Steven Kokinos, Proposed NewCo Chief Executive Officer and Proposed Member of NewCo Board of Directors; Member of Fahrenheit, LLC

## **<u>Exhibits</u>**

The Debtors submit the following list of exhibits upon which they may rely at the hearing, reserving the right to identify additional exhibits, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the hearing.

| Exhibit No. | Document Description | Mark | Offer | Obj | Admit | W/D | Dkt. |
|---|---|---|---|---|---|---|---|
| 1 | Fourth Notice of Filing Revised Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates | | | | | | |
| 2 | Notice Of Filing Of Cryptocurrency Conversion Rates | | | | | | |

2

| Exhibit No. | Document Description | Mark | Offer | Obj | Admit | W/D | Dkt. |
|---|---|---|---|---|---|---|---|
| 3 | Disclosure Statement For The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates | | | | | | |
| 4 | PE & VC Investments schedules of Celsius Network Ltd. Case No. 22-10966 Docket No. 7 | | | | | | |
| 5 | CEL TOKEN Definition https://etherscan.io/token/0xaaaebe6fe48e54f431b0c390cfaf0b017d09d42d#code | | | | | | |
| 6 | Declaration Of Brian Karpuk Regarding The Solicitation And Tabulation Of Votes On The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates | | | | | | |
| 7 | Liquidation Analysis (Exhibit B to Disclosure Statement Dkt. 2902) | | | | | | |
| 8 | Mining Valuation Analysis (Exhibit D to Disclosure Statement Dkt. 2902) | | | | | | |
| 9 | BTIG update re Riot Platforms, Inc. | | | | | | |
| 10 | Cannacord BTC Mining Industry Update | | | | | | |
| 11 | Stifel Canada Crypto Mining Industry Update | | | | | | |
| 12 | JP Morgan Cryptocurrency Markets Industry Update | | | | | | |
| 13 | DA Davidson March 2023 Miner Monthly Industry Update | | | | | | |
| 14 | Compass Popint Blockchain & Cryptocurrency MARA Post-4Q22 Model Update | | | | | | |
| 15 | Chardan Research Update re Marathon Digital Holdings Inc | | | | | | |
| 16 | DA Davidson Institutional Equity Research re Marathon Digital Holdings, Inc. | | | | | | |
| 17 | Needham Raising Estimate & Price Target on Higher Bitcoin Prices re Cipher Mining Inc | | | | | | |
| 18 | Compass Point Crypto Miner Update re Blockchaing & Cryptocurrency | | | | | | |
| 19 | Jefferies Post 1Q23 Model Update re Marathon and Chardan Marathon Immersing Itself in the UAE | | | | | | |
| 20 | Iris Energy Monthly Investor Update | | | | | | |
| 21 | Cantor Company Update re Riot Platforms | | | | | | |
| 22 | HC Wainwright Improved PTC Prices and Stron Execution Drives Solid F2Q23 Results | | | | | | |
| 23 | BTIG Model Update re Marathon Digital Holdings Inc and Riot Platforms Inc | | | | | | |
| 24 | Roth MKM Riot Platforms Q1 Results | | | | | | |
| 25 | Northland Company Update re Riot Platforms | | | | | | |
| 26 | Jefferies Post 1Q23 Model Update re Marathon | | | | | | |
| 27 | Cipher Mining Announces May 2023 Operational Update | | | | | | |
| 28 | Marathon Digital Announces Bitcoin Production & Mining Operation Update for May 2023 | | | | | | |
| 29 | CleanSpark Releases May 2023 Bitcoin Mining Updates | | | | | | |

| Exhibit No. | Document Description | Mark | Offer | Obj | Admit | W/D | Dkt. |
|---|---|---|---|---|---|---|---|
| 30 | Riot Announces May 2023 Production and Operations Update | | | | | | |
| 31 | Bitfarms Increases Operational Hashrate | | | | | | |
| 32 | Celsius Mining Business Plan June 2023 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 33 | Stifel Articles re Market Performance and Highlights | | | | | | |
| 34 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief | | | | | | |
| 35 | Mining Financial Projections (Exhibit E to Disclosure Statement Dkt. 2902) | | | | | | |
| 36 | June 2023 Fahrenheit Group Presentation (Exhibit F to Disclosure Statement Dkt. 2902) | | | | | | |
| 37 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Proposed CEL Token Settlement | | | | | | |
| 38 | Terms of Use [Dkt. 0393] Exhibits A-1-8, B-1-9, C-1-3, D thru I | | | | | | |
| 39 | Celsius Investor Presentation (CELSIUSNETWORK_00480591) | | | | | | |
| 40 | Slack messages between Urata-Thompson and Treutler (CELSIUSNETWORK_00278619) | | | | | | |
| 41 | E-mail from Treutler to Mashinsky, Leon, Urata-Thompson, and others (CELSIUSNETWORK_01731882) | | | | | | |
| 42 | Slack messages from Johannes Treutler to Connor Nolan (CELSIUSNETWORK_00768405) | | | | | | |
| 43 | CelsiusNetwork Twitter post (https://web.archive.org/web/20220520174834/https://twitter.com/CelsiusNetwork/status/1527707823945097216) | | | | | | |
| 44 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, And Chief Financial Officer of The Debtors, In Support of Confirmation of The Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3581] | | | | | | |
| 45 | Declaration of Ryan Kielty In Support of Confirmation of The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3592] | | | | | | |
| 46 | Declaration of Robert Campagna In Support of Confirmation of The Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3582] | | | | | | |

| Exhibit No. | Document Description | Mark | Offer | Obj | Admit | W/D | Dkt. |
|---|---|---|---|---|---|---|---|
| 47 | Celsius Liquidation Analysis – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 48 | Celsius Liquidation Analysis Supporting Data – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 49 | Valuation Report (Stout Decl Exhibit A) – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 50 | Debtors' Statement With Respect to Intercompany Claims Held by Debtor Celsius Network LLC Against Its Debtor Affiliates; Declaration of Robert Campagna | | | | | | |
| 51 | Declaration Of Joel Cohen In Support Of Confirmation Of The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3588] | | | | | | |
| 52 | Notice of Filing of Exhibit B to the Declaration of Michael BROS in Support of the Debtors' Chapter 11 Petitions and First Day Relief | | | | | | |
| 53 | Freeze - March-31,2023 w. overlay v4 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 54 | Celsius Staking Summary 24 Feb 23 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 55 | Freeze - May-262023 w. overlay v4 - DeFi Update 2 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 56 | Freeze - May-26,2023 w. overlay v3 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 57 | Celsius Staking Summary 31 May 23 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 58 | Celsius - Valuation Coin Report Variance - 6.1.23 1030 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 59 | CEL Token Explained, Celsius (https://celsius.network/cel-token-explained) (via webcapture: https://web.archive.org/web/20230821172853/celsius.network/cel-token-explained) | | | | | | |
| 60 | Amended Declaration of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates | | | | | | |
| 61 | Declaration of Steven Kokinos In Support of Confirmation of The Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3591] | | | | | | |
| 62 | Celsius Waterfall & NAV Analysis 03012023.xlsx – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |

| Exhibit No. | Document Description | Mark | Offer | Obj | Admit | W/D | Dkt. |
|---|---|---|---|---|---|---|---|
| 63 | Accounting Standards Codification Topic 820, Fair Value Measurement | | | | | | |
| 64 | Accounting Standards Codification Topic 852, Reorganizations | | | | | | |
| 65 | CEL Cryptocurrency Freeze Report and Stout Valuation – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 66 | John D. Finnerty, "An Average-Strike Put Option Model of the Marketability Discount," The Journal of Derivatives | | | | | | |
| 67 | Fischer Black and Myron Scholes, "The Pricing of Options and Corporate Liabilities," The Journal of Political Economy | | | | | | |
| 68 | Declaration of Allison Hoeinghaus In Support of Confirmation of The Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3586] | | | | | | |
| 69 | Notice of Consensual Resolutions of Government Investigations [Dkt. 3293] | | | | | | |

To receive a copy of the Debtors' exhibits via FTP, please submit a request to Ken Sturek (ksturek@kirkland.com) and Hannah Simson (hannah.simson@kirkland.com), attaching a submitted proof of claim and executed copy of the Confidentiality Agreement and Stipulated Protective Order. Use and disclosure of these exhibits are subject to the Confidentiality Agreement and Stipulated Protective Order, Dkt. No. 790, governing these Chapter 11 cases. For avoidance of doubt, no exhibit marked "Confidential" or "Highly Confidential" may be publicly used or disclosed; however, to the extent a party or person intends to use an exhibit marked "Confidential" or "Highly Confidential"—either in the above table or on the face of the document—during the hearing, the Debtors will meet and confer over the scope of any such designation in the interest of making as much information public as possible and consistent with the parties' and public interest.

The Debtors also request that judicial notice be taken of the following docket entries: Dkt. 241, 670, 832, 846, 1044, 1152, 1272, 1284, 1324, 1325, 1338, 1426, 1686, 1767, 1822,

1886, 1920, 1956, 1972, 2054, 2147, 2148, 2151, 2155, 2201, 2205, 2291, 2297, 2310, 2326, 2334, 2336, 2358, 2498, 2509, 2553, 2563, 2670, 2713, 2774, 2807, 2899, 2978, 2979, 2983, 3058, 3064, 3116, 3222.  The Debtors reserve the right to request that judicial notice be taken of additional docket entries as necessary.

A redline reflecting revisions to the Debtors' Exhibit list is attached as **Appendix A**.

[*Remainder of page intentionally left blank.*]

# APPENDIX A

# Redline

Hearing Date: October 2, 2023, at 2:00 p.m. (prevailing Eastern Time)

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

Judson Brown, P.C. (admitted *pro hac vice*)
T.J. McCarrick (admitted *pro hac vice*)
Grace C. Brier (admitted *pro hac vice*)
Hannah C. Simson (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone:     (202) 389-5000
Facsimile:      (202) 389-5200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' WITNESS LIST AND REVISED**
**EXHIBIT LIST FOR MATTERS SET FOR HEARING OCTOBER 2, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

The above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") file this witness and exhibit list for the hearing commencing on October 2, 2023, at 2:00 p.m. (prevailing Eastern Time).  The Debtors expressly reserve the right to amend this witness and exhibit list after reviewing any responsive pleadings or to address evidence introduced via exhibit, testimony, or other statement.

## <u>Witnesses</u>

The Debtors may call the following witnesses at the hearing, reserving the right to cross-examine any witness called by any other party or who otherwise testifies at the hearing:

(i) Christopher Ferraro, Celsius Interim Chief Executive Officer, Chief Financial Officer, and Chief Restructuring Officer

(ii) Joel Cohen, Managing Director, Stout

(iii) Robert Campagna, Managing Director, Alvarez & Marsal

(iv) Allison Hoeinghaus, Managing Director, Alvarez & Marsal

(v) Brian Karpuk, Managing Director, Stretto, Inc.

(vi) Ryan Kielty, Partner, Centerview

(vii) Steven Kokinos, Proposed NewCo Chief Executive Officer and Proposed Member of NewCo Board of Directors; Member of Fahrenheit, LLC

## <u>Exhibits</u>

The Debtors submit the following list of exhibits upon which they may rely at the hearing, reserving the right to identify additional exhibits, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the hearing.

| Exhibit No. | Document Description | Mark | Offer | Obj | Admit | W/D | Dkt. |
|---|---|---|---|---|---|---|---|
| 1 | Fourth Notice of Filing Revised Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates | | | | | | |
| 2 | Notice Of Filing Of Cryptocurrency Conversion Rates | | | | | | |

2

| Exhibit No. | Document Description | Mark | Offer | Obj | Admit | W/D | Dkt. |
|---|---|---|---|---|---|---|---|
| 3 | Disclosure Statement For The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates | | | | | | |
| 4 | PE & VC Investments schedules of Celsius Network Ltd. Case No. 22-10966 Docket No. 7 | | | | | | |
| 5 | CEL TOKEN Definition https://etherscan.io/token/0xaaaebe6fe48e54f431b0c390cfaf0b017d09d42d#code | | | | | | |
| 6 | Declaration Of Brian Karpuk Regarding The Solicitation And Tabulation Of Votes On The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates | | | | | | |
| 7 | Liquidation Analysis (Exhibit B to Disclosure Statement Dkt. 2902) | | | | | | |
| 8 | Mining Valuation Analysis (Exhibit D to Disclosure Statement Dkt. 2902) | | | | | | |
| 9 | BTIG update re Riot Platforms, Inc. | | | | | | |
| 10 | Cannacord BTC Mining Industry Update | | | | | | |
| 11 | Stifel Canada Crypto Mining Industry Update | | | | | | |
| 12 | JP Morgan Cryptocurrency Markets Industry Update | | | | | | |
| 13 | DA Davidson March 2023 Miner Monthly Industry Update | | | | | | |
| 14 | Compass Popint Blockchain & Cryptocurrency MARA Post-4Q22 Model Update | | | | | | |
| 15 | Chardan Research Update re Marathon Digital Holdings Inc | | | | | | |
| 16 | DA Davidson Institutional Equity Research re Marathon Digital Holdings, Inc. | | | | | | |
| 17 | Needham Raising Estimate & Price Target on Higher Bitcoin Prices re Cipher Mining Inc | | | | | | |
| 18 | Compass Point Crypto Miner Update re Blockchaing & Cryptocurrency | | | | | | |
| 19 | Jefferies Post 1Q23 Model Update re Marathon and Chardan Marathon Immersing Itself in the UAE | | | | | | |
| 20 | Iris Energy Monthly Investor Update | | | | | | |
| 21 | Cantor Company Update re Riot Platforms | | | | | | |
| 22 | HC Wainwright Improved PTC Prices and Stron Execution Drives Solid F2Q23 Results | | | | | | |
| 23 | BTIG Model Update re Marathon Digital Holdings Inc and Riot Platforms Inc | | | | | | |
| 24 | Roth MKM Riot Platforms Q1 Results | | | | | | |
| 25 | Northland Company Update re Riot Platforms | | | | | | |
| 26 | Jefferies Post 1Q23 Model Update re Marathon | | | | | | |
| 27 | Cipher Mining Announces May 2023 Operational Update | | | | | | |
| 28 | Marathon Digital Announces Bitcoin Production & Mining Operation Update for May 2023 | | | | | | |
| 29 | CleanSpark Releases May 2023 Bitcoin Mining Updates | | | | | | |

3

| Exhibit No. | Document Description | Mark | Offer | Obj | Admit | W/D | Dkt. |
|---|---|---|---|---|---|---|---|
| 30 | Riot Announces May 2023 Production and Operations Update | | | | | | |
| 31 | Bitfarms Increases Operational Hashrate | | | | | | |
| 32 | Celsius Mining Business Plan June 2023 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 33 | Stifel Articles re Market Performance and Highlights | | | | | | |
| 34 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief | | | | | | |
| 35 | Mining Financial Projections (Exhibit E to Disclosure Statement Dkt. 2902) | | | | | | |
| 36 | June 2023 Fahrenheit Group Presentation (Exhibit F to Disclosure Statement Dkt. 2902) | | | | | | |
| 37 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Proposed CEL Token Settlement | | | | | | |
| 38 | Terms of Use [Dkt. 0393] Exhibits A-1-8, B-1-9, C-1-3, D thru I | | | | | | |
| 39 | Celsius Investor Presentation (CELSIUSNETWORK_00480591) | | | | | | |
| 40 | Slack messages between Urata-Thompson and Treutler (CELSIUSNETWORK_00278619) | | | | | | |
| 41 | E-mail from Treutler to Mashinsky, Leon, Urata-Thompson, and others (CELSIUSNETWORK_01731882) | | | | | | |
| 42 | Slack messages from Johannes Treutler to Connor Nolan (CELSIUSNETWORK_00768405) | | | | | | |
| 43 | CelsiusNetwork Twitter post (https://web.archive.org/web/20220520174834/https://twitter.com/CelsiusNetwork/status/1527707823945097216) | | | | | | |
| 44 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, And Chief Financial Officer of The Debtors, In Support of Confirmation of The Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3581] | | | | | | |
| 45 | Declaration of Ryan Kielty In Support of Confirmation of The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3592] | | | | | | |
| 46 | Declaration of Robert Campagna In Support of Confirmation of The Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3582] | | | | | | |

| Exhibit No. | Document Description | Mark | Offer | Obj | Admit | W/D | Dkt. |
|---|---|---|---|---|---|---|---|
| 47 | Celsius Liquidation Analysis – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 48 | Celsius Liquidation Analysis Supporting Data – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 49 | Valuation Report (Stout Decl Exhibit A) – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 50 | Debtors' Statement With Respect to Intercompany Claims Held by Debtor Celsius Network LLC Against Its Debtor Affiliates; Declaration of Robert Campagna | | | | | | |
| 51 | Declaration Of Joel Cohen In Support Of Confirmation Of The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3588] | | | | | | |
| 52 | Notice of Filing of Exhibit B to the Declaration of Michael BROS in Support of the Debtors' Chapter 11 Petitions and First Day Relief | | | | | | |
| 53 | Freeze - March-31,2023 w. overlay v4 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 54 | Celsius Staking Summary 24 Feb 23 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 55 | Freeze - May-262023 w. overlay v4 - DeFi Update 2 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 56 | Freeze - May-26,2023 w. overlay v3 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 57 | Celsius Staking Summary 31 May 23 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 58 | Celsius - Valuation Coin Report Variance - 6.1.23 1030 – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 59 | CEL Token Explained, Celsius (https://celsius.network/cel-token-explained) (via webcapture: https://web.archive.org/web/20230821172853/celsius.network/cel-token-explained) | | | | | | |
| 60 | Amended Declaration of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates | | | | | | |
| 61 | Declaration of Steven Kokinos In Support of Confirmation of The Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates [Dkt. 35~~77~~91] | | | | | | |
| 62 | Celsius Waterfall & NAV Analysis 03012023.xlsx – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |

| Exhibit No. | Document Description | Mark | Offer | Obj | Admit | W/D | Dkt. |
|---|---|---|---|---|---|---|---|
| 63 | Accounting Standards Codification Topic 820, Fair Value Measurement | | | | | | |
| 64 | Accounting Standards Codification Topic 852, Reorganizations | | | | | | |
| 65 | CEL Cryptocurrency Freeze Report and Stout Valuation – **CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER** | | | | | | |
| 66 | John D. Finnerty, "An Average-Strike Put Option Model of the Marketability Discount," The Journal of Derivatives | | | | | | |
| 67 | Fischer Black and Myron Scholes, "The Pricing of Options and Corporate Liabilities," The Journal of Political Economy | | | | | | |
| 68 | Declaration of Allison Hoeinghaus In Support of Confirmation of The Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3586] | | | | | | |
| 69 | Notice of Consensual Resolutions of Government Investigations [Dkt. 3293] | | | | | | |

To receive a copy of the Debtors' exhibits via FTP, please submit a request to Ken Sturek (ksturek@kirkland.com) and Hannah Simson (hannah.simson@kirkland.com), attaching a submitted proof of claim and executed copy of the Confidentiality Agreement and Stipulated Protective Order.  Use and disclosure of these exhibits are subject to the Confidentiality Agreement and Stipulated Protective Order, Dkt. No. 790, governing these Chapter 11 cases. For avoidance of doubt, no exhibit marked "Confidential" or "Highly Confidential" may be publicly used or disclosed; however, to the extent a party or person intends to use an exhibit marked "Confidential" or "Highly Confidential"—either in the above table or on the face of the document—during the hearing, the Debtors will meet and confer over the scope of any such designation in the interest of making as much information public as possible and consistent with the parties' and public interest.

The Debtors also request that judicial notice be taken of the following docket entries: Dkt. 241, 670, 832, 846, 1044, 1152, 1272, 1284, 1324, 1325, 1338, 1426, 1686, 1767, 1822,

1886, 1920, 1956, 1972, 2054, 2147, 2148, 2151, 2155, 2201, 2205, 2291, 2297, 2310, 2326, 2334, 2336, 2358, 2498, 2509, 2553, 2563, 2670, 2713, 2774, 2807, 2899, 2978, 2979, 2983, 3058, 3064, 3116, 3222.  The Debtors reserve the right to request that judicial notice be taken of additional docket entries as necessary.

A redline reflecting revisions to the Debtors' Exhibit list is attached as **Appendix A**.

[*Remainder of page intentionally left blank.*]

# APPENDIX A

## Redline

| | |
|---|---|
| Washington, D.C.<br>Dated:  ~~September 27~~October 2, 2023 | /s/ Judson Brown<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Judson Brown, P.C. (admitted *pro hac vice*)<br>T.J. McCarrick (admitted *pro hac vice*)<br>Grace C. Brier (admitted *pro hac vice*)<br>Hannah C. Simson (admitted *pro hac vice*)<br>1301 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Telephone:    (202) 389-5000<br>Facsimile:    (202) 389-5200<br>Email:    judson.brown@kirkland.com<br>    tj.mccarrick@kirkland.com<br>    grace.brier@kirkland.com<br>    hannah.simson@kirkland.com<br><br> - and -<br><br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:    joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:    patrick.nash@kirkland.com<br>    ross.kwasteniet@kirkland.com<br>    chris.koenig@kirkland.com<br>    dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

| | |
|---|---|
| Washington, D.C.<br>Dated:  October 2, 2023 | */s/ Judson Brown*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Judson Brown, P.C. (admitted *pro hac vice*)<br>T.J. McCarrick (admitted *pro hac vice*)<br>Grace C. Brier (admitted *pro hac vice*)<br>Hannah C. Simson (admitted *pro hac vice*)<br>1301 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Telephone:     (202) 389-5000<br>Facsimile:      (202) 389-5200<br>Email:             judson.brown@kirkland.com<br>                       tj.mccarrick@kirkland.com<br>                       grace.brier@kirkland.com<br>                       hannah.simson@kirkland.com<br><br> - and -<br><br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                       ross.kwasteniet@kirkland.com<br>                       chris.koenig@kirkland.com<br>                       dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |