**POLSINELLI PC**
Mark B. Joachim
600 Third Avenue, 42nd Floor
New York, NY 10016
Telephone: (202) 772-8477
Facsimile: (202) 783-3300
mjoachim@polsinelli.com

-and-

Stephen Rutenberg
315 S. Biscayne Boulevard, Suite 400
Miami, FL 33131
Telephone: (305) 921-1832
Facsimile: (305) 921-1801
srutenberg@polsinelli.com

*Counsel for Galaxy Digital Trading LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, *et al.*,[1] | : | Case No. 22-10964 (MG) |
| | : | |
| Debtor. | : | (Jointly Administered) |

------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF MOTION OF GALAXY DIGITAL TRADING LLC**
**FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE**
**FOR POST-PETITION SERVICES**

**PLEASE TAKE NOTICE** that Galaxy Digital Trading LLC hereby withdraws its *Motion for Allowance of Administrative Expense for Post-Petition Services* [Docket No. 3378] without prejudice and reserves all rights.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

91520731.1

| | |
|---|---|
| Dated: October 3, 2023<br>New York, New York | **POLSINELLI PC**<br><br>*/s/ Mark B. Joachim*<br>Mark B. Joachim<br>600 Third Avenue, 42nd Floor<br>New York, NY 10016<br>Telephone: (202) 772-8477<br>mjoachim@polsinelli.com<br><br>-and-<br><br>Stephen Rutenberg<br>315 S. Biscayne Boulevard, Suite 400<br>Miami, FL 33131<br>Telephone: (305) 921-1832<br>srutenberg@polsinelli.com<br><br>*Counsel for Galaxy Digital Trading LLC* |

91520731.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, a true and correct copy of the foregoing was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this chapter 11 case.

Dated:  October 3, 2023
       New York, New York

**POLSINELLI PC**

*/s/ Mark B. Joachim*
Mark B. Joachim

1

91520731.1