**Hearing Date: October 4, 2023 at 9:00 a.m. (prevailing Eastern Time)**

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email: david.turetsky@whitecase.com
       sam.hershey@whitecase.com
       jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Carolyn P. Gurland
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email: mandolina@whitecase.com
       gregory.pesce@whitecase.com
       carolyn.gurland@whitecase.com

**WHITE & CASE LLP**
Aaron Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email: aaron.colodny@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**WITNESS LIST AND SUPPLEMENTAL EXHIBIT LIST FOR**
**<u>OCTOBER 4, 2023 CONFIRMATION HEARING</u>**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

The Official Committee of Unsecured Creditors appointed in the above-captioned matter (the "**Committee**"), by and through its undersigned counsel, hereby files this witness list and supplemental exhibit list for the October 4, 2023 hearing on confirmation of the Debtors' *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3319]. The Committee expressly reserves the right to amend, modify or supplement this witness and exhibit list at any time and for any reason.

## WITNESS LIST

The Committee may call the following witnesses at the hearing, either via live testimony, written direct, or Zoom, reserving the right to cross-examine any witness called by any other party or who otherwise testifies at the hearing:

1. Maxwell Galka, CEO and Founder of Elementus

## SUPPLEMENTAL EXHIBIT LIST

Pursuant to Rules 7026 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 26(a)(3) of the Federal Rules of Civil Procedure, the Committee submits the following additional exhibits, upon which it may rely at the October 4, 2023 hearing.

The Committee reserves the right to amend, modify or supplement this list at any time and for any reason, including, without limitation, (i) for purposes including identifying additional exhibits for rebuttal, cross-examination, or impeachment, and (ii) for purposes of completeness in accordance with Federal Rule of Evidence 106. Designation of any exhibit does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list. Additionally, the Committee reserves the right to introduce as an exhibit, or otherwise seek judicial notice of, without limitation: (i) any document filed on the docket of these chapter 11 cases or any related adversary docket or appellate docket, (ii) any proof of claim filed in these chapter 11 cases, (iii) any ballot, master ballot or related materials submitted in these chapter 11 cases, (iv) all

documents considered by the Committee's experts, (v) other documents that the Debtors or Committee has provided to the parties or otherwise made public in this case, and (vi) any document listed on any other party's exhibit lists.

The Committee's exhibits are available electronically at https://dm76.eu.whitecase.com. Any person requesting access to the exhibits hereby agrees to treat the documents in accordance with the protections established in the *Confidentiality Agreement and Stipulated Protective Order* [Dkt. No. 790] (as amended and supplemented from time to time). Users may access the documents with the following log in information:

Login ID: Celsius_User

Password: White&Case@2023

For access questions, please contact Michael Jaoude at michael.jaoude@whitecase.com.

| Number | Docket Number | Description |
| --- | --- | --- |
| UCC-228 | Dkt. No. 3580 | Declaration of Maxwell Galka on Behalf of the Official Committee of Unsecured Creditors in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of the Celsius Network, LLC and its Debtor Affiliates. |
| UCC-229 | Dkt. No. 3659, Ex. A | Supplemental Declaration of Maxwell Galka on Behalf of the Official Committee of Unsecured Creditors in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of the Celsius Network, LLC and its Debtor Affiliates. |
| UCC-230 | Dkt. No. 3584 | Declaration of Mark Robinson in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates. |

Dated: October 3, 2023
      New York, New York

*/s/ Aaron E. Colodny*
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  david.turetsky@whitecase.com
       sam.hershey@whitecase.com
       jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Carolyn P. Gurland
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
      gregory.pesce@whitecase.com
      carolyn.gurland@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*