Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 22-10964-mg

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    CELSIUS NETWORK LLC,

8

9          Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                    United States Bankruptcy Court

13                    One Bowling Green

14                    New York, NY  10004

15

16                    September 29, 2023

17                    10:30 AM

18

19

20

21   B E F O R E :

22   HON MARTIN GLENN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO: JONATHAN

1    **HEARING re Hearing Using Zoom for Government.  (Doc# 3626)**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    **Transcribed by:  Sonya Ledanski Hyde**

```
 1   A P P E A R A N C E S :

 2

 3   KIRKLAND ELLIS LLP

 4        Attorneys for the Debtors

 5        300 North La Salle Drive

 6        Chicago, IL 60654

 7

 8   BY:  CHRIS KOENIG

 9        ROSS KWASTENIET

10

11   WHITE CASE LLP

12        Attorneys for the Official Committee

13        of Unsecured Creditors

14        555 South Flower Street, Suite 2700

15        Los Angeles, CA 90071

16

17   BY:  AARON COLODNY

18        GREGORY F. PESCE

19

20

21

22

23

24

25
```

1    UNITED STATES DEPARTMENT OF JUSTICE

2          Attorneys for the U.S. Trustee

3          One Bowling Green

4          New York, NY 10004

5

6    BY:  SHARA CLAIRE CORNELL

7

8    ALSO PRESENT TELEPHONICALLY:

9

10   VICTOR UBIERNA DE LAS HERAS

11   OTIS DAVIS

12   JASON IOVINE

13   YOHANNES AFEWORK

14   ANDREA AMULIC

15   JASMINE ARMAND

16   JOHAN BRONGE

17   STUART S. BROWN

18   MARK BRUH

19   RICKIE CHANG

20   CHRISTOPHER J. COCO

21   THOMAS DIFIORE

22   SHARON DOW

23   SCOTT DUFFY

24   BEN EADES

25   FLORENCE FLANNIGAN

1   REBECCA GALLAGHER

2   JASLEIGH GEARY

3   BRADLEY GIARDIELLO

4   MIRA HAQQANI

5   SAMUEL P. HERSHEY

6   MATTHEW KLEIN

7   DEBORAH KOVSKY-APAP

8   KEVIN M. MANUS

9   BRIAN S. MASUMOTO

10  KEITH NOYES

11  JARNO OBERG

12  RYAN CHEN

13  MARK ROBINSON

14  ANDREW RUDOLPH

15  NOAH M. SCHOTTENSTEIN

16  WILLIAM D. SCHROEDER

17  MATTHEW W. SILVERMAN

18  DAVID TURETSKY

19  CAROLINE WARREN

20  JOSHUA WEEDMAN

21  KEITH WOFFORD

22  ANDREW YOON

23  TANZILA ZOMO

24  DEBORAH FRANKEL

25  DREW DUFFY

1    UDAY GORREPATI

2    PATRICK HOLOHAN

3    MIKE LEGGE

4    KAREN LEUNG

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2              CLERK:  All right, starting the recording for the

3    hearing on September 29th, 2023 at 10:30 a.m., calling Case

4    Number 22-10964, Associates Networks, LLC.  If there are any

5    parties that are making an appearance this morning, please

6    unmute your line and state your appearance for the record.

7              MS. CORNELL:  Good morning, Deanna.  You have

8    Shara Cornell with the Office of the United States Trustee.

9    I believe I'll be joined by my colleagues, Mark Bruh and

10   Brian Masumoto.

11             CLERK:  Okay, thank you.

12             MS. CORNELL:  Thank you.

13             CLERK:  Are there any other parties at this time

14   that are making an appearance?  If so, please unmute your

15   line and state your appearance.

16             Okay, you can pause the recording for now.

17             All right, for the parties that have joined,

18   please unmute your line one at a time, and state your

19   appearance of the record if you're speaking this morning.

20             MR. PESCE:  Good morning.  This is Gregory Pesce,

21   White and Case, on behalf of the official Committee of

22   unsecured creditors.  I'll be the speaker for today's

23   meeting -- or today's hearing.

24             CLERK:  Thank you.  All right, are there any

25   additional parties that are stating their appearance?

1          All right, you can pause the -- you can pause the

2     recording for now, and all right, for the parties that have

3     joined, if anyone is speaking on the record this morning,

4     please state your appearance for the record.

5          MR. DAVIS:  Otis Davis as pro se Creditor.

6          THE COURT:  Okay, thank you.  Mr. -- are you

7     speaking?  I know Shara Cornell is going to be, I believe,

8     the point person (indiscernible).

9          UNIDENTIFIED MALE:  Deanna, I plan not to, unless

10    the Court wants to hear from me.  Thank you.

11         THE COURT:  Okay, thank you.

12         All right, are there any -- yes, Mr. Iovine?

13         MR. IOVINE:  Yeah, just in case, Jason Iovine, pro

14    se Creditor.  I don't really know what the Court is about

15    today, so I'm just making sure.

16         CLERK:  Okay, thank you for stating your

17    appearance.

18         And then, Judge, Gregory Pesce is going to be

19    speaking on behalf of the committee.

20         THE COURT:  Okay.

21         CLERK:  All right, you can pause (indiscernible)

22    for now.  For the parties that have joined, is anyone

23    speaking on the record this morning?  Please use the various

24    hand function.  I will ask you to state your appearance one

25    at a time.

Page 9

1                All right.  Chris, were you speaking this morning

2       or were you just observing.

3                MR. KOENIG:  Good morning, Deanna.  This is Chris

4       Koenig from Kirkland and Ellis on behalf of Celsius.  I may

5       be speaking this morning.  I'm joined by my partner, Ross

6       Kwasteniet.  I don't know if he's dialed in quite yet, but

7       he'll be on the line as well.

8                CLERK:  Okay, I don't believe he has.  No, I don't

9       see him yet.  Okay, thank you.

10               MR. KOENIG:  Thank you.

11               CLERK:  You're welcome.

12               Aaron, do you want to state your appearance for

13      the record or are you just listening this morning?

14               MR. COLODNY:  I will be listening, Deanna, but

15      Aaron Colodny from White and Case on behalf of the official

16      committee of unsecured Creditors.  My partner, Greg Pesce,

17      is on the line.

18               CLERK:  Right, thank you.

19               And for the parties that have joined, if anyone is

20      speaking on the record this morning, please use the raised-

21      hand function in Zoom, and I will ask you to unmute and

22      state your appearance for the record.

23               And once again, for the parties that have joined,

24      if anyone is speaking on the record this morning, please use

25      the raised-hand function in Zoom, and I will ask you to

1    unmute and state your appearance.

2             Yes, Ross?

3             MR. KWASTENIET:  Yes, it's Ross Kwasteniet from

4    Kirkland and Ellis for Celsius.

5             CLERK:  And thank you.

6             MR. KWASTENIET:  Thank you.

7             CLERK:  All right, are we waiting on any other

8    parties, or can we get started at 10:30?  I know we have

9    another minute, if anyone wants to chime in.

10            MR. PESCE:  The Committee is ready to go whenever

11   the Court is then -- I think it's the Debtors -- the -- I'm

12   sorry, the Committee, the Debtors, and the US Trustee are

13   probably the principal parties for today, (indiscernible).

14            CLERK:  Right, okay.

15            MR. KWASTENIET:  And the Debtors are ready

16   whenever you are.

17            CLERK:  Judge, do you want to start or do you want

18   --

19            THE COURT:  Yes, I do.  All right, thank you very

20   much.  This is Judge Glenn.  We're obviously here on

21   Celsius, 22-10964.  This is a hearing, urgent hearing,

22   requested by the Committee.  I'm obviously -- I'm in

23   Washington, DC today.  I'm not in the courthouse.

24            Mr. Pesce will be leading.

25            MR. PESCE:  Yes, thank you, Your Honor.  And can

Page 11

1    you hear me all right?

2              THE COURT:  Yes, I can.

3              MR. PESCE:  Thank you.  For the record, Gregory

4    Pesce, White and Case, on behalf of the official Committee

5    of unsecured Creditors.  Thank you for making time for us

6    this morning during your travels.  The Committee is well

7    aware that the Celsius matters will take up a significant

8    portion of your and your staff's time over the coming weeks,

9    and we are greatly appreciative for you making time for us.

10             As will be further detailed next week at the

11   confirmation hearing, Celsius and its Creditors are on the

12   precipice of a terrific outcome here to bring these cases to

13   a conclusion, reorganize a crypto business, which has never

14   been done before, and become a publicly listed company on

15   NASDAQ while preserving litigation claims for those

16   Creditors.  That's an unprecedented outcome, and it's even

17   more unprecedented when the voting results are taken into

18   account.  We have, as will be described further next week,

19   nearly $2.84 -- I'm sorry, $2.824 billion of claims voted

20   yes, including $2.4 billion of earned claims that voted 98

21   percent in favor of the plan.

22             That level of support is staggering, particularly

23   in comparison to other crypto cases here.  That outcome

24   required hard work and creative lawyering, and lots of

25   coordination by the Debtors, the Committee, and other

Page 12

1   parties.  But as far as the Committee was concerned, it

2   required more.  It required the Committee, as a fiduciary,

3   to take stances that were frankly not very popular with our

4   constituency at times and required the Committee to act in a

5   completely transparent, open manner with its constituency,

6   with the Court, and with the United States Trustee to ensure

7   that all parties knew how the bankruptcy process worked,

8   particularly the customers, to whom the bankruptcy process

9   was quite foreign, and how it was expected to work.

10          As you might know, that transparency allowed us to

11  conduct town halls on Twitter, solicit Creditor feedback on

12  social media, and make ourselves available by phone, by

13  email, and in person more often than not.  That transparency

14  and openness was necessary, but it was also not without a

15  cost.  As you may know, me and my family, several of my

16  coworkers received credible death threats during the case.

17  My partner, Mr. Wilfred, was on the receiving end of some

18  truly vile, racist statements that have no place in our

19  society.

20          The Committee members, their spouses, and even

21  their former spouses received threatening and menacing

22  messages that required them to look around corners, look

23  through the peephole, and take other steps to ensure their

24  safety.  That commitment to open transparency was necessary

25  in this case, and it led us to today's event, because that

Page 13

1    transparency extended not just to our constituency, but it

2    extended to the Office of the United States Trustee, where

3    an issue has recently come up that we wanted to bring to the

4    Court's attention.

5            As background, when the Committee was formed, a

6    Swiss investment firm called Covario AG with a claim of over

7    $11 million was appointed to -- and that's dollarized,

8    obviously -- was appointed to the Committee, and it

9    designated an individual named Keith Noyes to represent its

10   interest on the UCC.

11           Mr. Noyes is a resident in Switzerland and is also

12   a Celsius Creditor in his own capacity.  Since that time,

13   Mr. Noyes has spent upwards of 20 hours a week, sometimes

14   more, serving as one of the Committee -- to the Committee's

15   most active members.  He's come to hearings.  He's met with

16   key Creditors, and he's met with bidders, among other

17   things.

18           In November of 2022, the Committee's counsel was

19   informed by Mr. Noyes that his company, Covario AG, was

20   facing financial distress, was seeking a buyer, and that

21   absent a buyer, it may need to commence an insolvency

22   proceeding.  Following that information, we promptly

23   informed the United States Trustee about the -- the

24   potential insolvency of Covario.

25           In particular, we raised issues that we sought

Page 14

1    guidance on.  We expressed the view that if Covario were to

2    resign, which might or might not be necessary in a Swiss

3    insolvency proceeding, that Mr. Noyes would probably be an

4    appropriate substitute, given his work to date for the UCC,

5    his huge institutional knowledge, and his overall

6    professional qualifications.

7         We also informed the US Trustee that Mr. Noyes had

8    a claim in his own capacity.  At that time, on November

9    29th, we were told that Mr. Noyes should complete a UCC

10   questionnaire.  During December, we continued to monitor the

11   situation and provide periodic updates to the United States

12   Trustee.  By the end of the month, it was clear Covario was

13   filing for insolvency.  It's my understanding that it did

14   file a sealed insolvency proceeding on or about December

15   20th, and that proceeding was publicly announced in the

16   media on December 30th.

17        The day after the filing, we reached out again to

18   the United States Trustee, in light of our prior

19   conversations, and said we needed guidance on this matter.

20   And we submitted the UCC questionnaire form like every

21   creditor who wishes to serve on an official committee in

22   this district must fill out.  After that time and reliance

23   on the Trustee's lack of a response, the Committee continued

24   to act in the ordinary course without -- with Mr. Noyes as

25   an active positive member of the Committee.

Page 15

1          And thereafter, at no time until last night, and

2     I'll come back to that in a moment, White and Case is not --

3     White and Case nor any member of the Committee has met with

4     or spoken with any person with Covario AG, including the

5     insolvency administrator, other than Mr. Noyes.

6          After that time, we were made aware that the

7     insolvency administrator was taking steps to change the

8     mailing address and ensure that notices were sent, but

9     again, that person never contacted White and Case, and I'm

10    told by Mr. Noyes, did not contact him, either.  We did not

11    receive a formal resignation letter from Covario AG, and we

12    haven't received any communication replacing Mr. Noyes as

13    his representative on the Committee, and as clear from the

14    docket, the Committee has not been reconstituted.

15         So as far as White and Case was concerned, and as

16    a part of -- as we were -- to know Mr. Noyes was a member of

17    the Committee.  We -- this issue went on the backburner, in

18    essence, until later -- until earlier this month -- at the

19    beginning of this month.  Just by way of background, it's

20    not customary in my view representing a lot of committees

21    for those committees to file Rule 2019 disclosures.  In this

22    case, going back to the transparency point, the Committee

23    felt it was imperative to file a Rule 2019 disclosure so

24    that our constituency could see that our Committee was

25    broadly representative of its interests.

Page 16

1            There were loan holders.  There were earn holders.

2    There were sell holders.  There were people of all other

3    different types of cryptocurrencies, and we thought that was

4    important for our constituency to see.  We filed that

5    disclosure initially on September 28th, 2022, roughly two

6    months after the case was filed, roughly a month after White

7    and Case was retained.

8            Earlier this year, certain Creditors began to

9    contact that Rule 2019 disclosure.  In particular, some

10   Creditors were focused on the holdings information of

11   another member, our co-chair, Mr. Thomas DiFiore.  When Mr.

12   DiFiore filled out the information on that form, he included

13   holdings on account of loans that had been liquidated prior

14   to the petition date.  He did that out of an abundance of

15   caution, because at the time, it was not clear whether

16   liquidated loans were going to be -- were in fact claims or

17   what their status was for the bankruptcy, so in essence, he

18   overstated some of his loan holdings by including claim --

19   loans that had in fact been liquidated prior to the

20   bankruptcy.

21           By that time, the summer, we had done a lot more

22   thinking on the matter.  We had obviously had a number of

23   trials before Your Honor about what to do -- about how

24   tokens were going to be treated here.  We determined that it

25   was important for the UCC to update its 2019 disclosure so

Page 17

1    that our constituency could have full disclosure.

2    Consistent with our efforts to keep the US Trustee apprised

3    of updates in the case, we -- on September 5th, we contacted

4    the US Trustee.  My partner, Aaron Colodny, and I had a call

5    to let the US Trustee know we wanted to file an updated

6    form, but we were unsure how to deal with the Covario issue.

7            Covario, as I mentioned, had not resigned, nor has

8    it given us information that Keith was not its rep -- Mr.

9    Noyes, rather, was not its representative.  But Mr. Noyes

10   also did not have access to the books and records of Covario

11   so that he could provide the information for that updated

12   form.  We asked the US Trustee for guidance on how to

13   proceed, including whether it wanted to appoint Mr. Noyes as

14   a member in his own right, as had been suggested at the end

15   of 2022.

16           A week later, September 12th, we were told that

17   the US Trustee "cannot make a decision -- cannot make any

18   decision or perform any action without a formal

19   resignation."  In other words, the US Trustee took the

20   position 17 days ago that Covario was still on the

21   Committee.  On September 20th, the US Trustee then sent us

22   an email that was dialed as a request for information in

23   lieu of formal discovery about the Covario situation and how

24   Mr. Noyes and Covario acted on the Committee.

25           We provided all of that information on Saturday

Page 18

1    night at 10:45 p.m., September 23rd.  We described the

2    circumstances that I summarized for Your Honor.  We also

3    noted for the United States Trustee that our Committee had

4    been made aware of it and had ratified all actions to date

5    that had been taken.

6              The next day, late morning, the United States

7    Trustee filed the plan confirmation objection, and this

8    wasn't mentioned.  The US Trustee's silence on the issue

9    earlier this year and then the more recent lack of a

10   response was concerning to the Committee.  Frankly, too much

11   work has gone on into this process, and there's too much at

12   stake to let this issue go unanswered.  We wanted to update

13   the Court about what has been going on here to provide this

14   information to the Court.

15             One final point I just want to raise, actually two

16   final points, after reaching out to chambers yesterday to

17   request the status conference and then getting this hearing

18   set, we found the contact information for the Covario

19   insolvency administrator in Switzerland.  It is a woman

20   named Birgit Urbons.  She emailed --

21             THE COURT:  Do you think something's funny, Ms.

22   Cornell?

23             Go ahead, Mr. Pesce.

24             MR. PESCE:  Sorry.  Sorry, after we reached out to

25   the Court, just so I could provide full information today, I

1    reached out to Ms. Birgit Urbons, who's a liquidation

2    administrator or their counsel in Switzerland, because I

3    wanted to -- while we had been in contact before, I wanted

4    to really check all the boxes here and understand what her

5    perspective was on this situation.

6            Ms. Urbons informed me that while Covario is the -

7    - recorded as the Creditor in name, the claim is

8    beneficially directed and controlled by two other Creditors.

9    I do not know their names.  I asked Ms. Urbons to provide

10   that information to me, and she did not provide me with the

11   beneficial -- essentially the clients of Covario that

12   control the claim.  I asked her instead to forward my email

13   to them and -- so they could contact me.

14           I also asked her whether -- what her position was

15   on Covario being a member of the Committee.  She said that

16   she wasn't in a position to make a resignation or take any

17   action, but it was her understanding that the other two

18   members probably would prefer to remain as a Committee

19   member.  And then the second piece I'll just note is

20   Covario, through Ms. Urbons, the administrator, has voted

21   its claim, roughly $11 million of exposure in favor of the

22   plan.  I did confirm this with Stretto, the solicitation

23   agent, last night and this morning, voted yes, did not opt

24   out of the releases.

25           So we wanted to bring this all to the Court's

Page 20

1     attention, in light of the emails back and forth, and to

2     avoid any question about what the Committee has done here.

3     And with that, I thank the -- Your Honor for your time.  I'm

4     happy to address any questions or take any direction from

5     the Court on how -- what you may think is appropriate for

6     the Committee to do here or supplement what I've shared this

7     morning, so thank you.

8             THE COURT:  Thank you.

9             Let me hear from somebody for the Debtor first,

10    and then I'll turn to Ms. Cornell.

11            MR. KWASTENIET:  Thank you, Your Honor.  It's Ross

12    Kwasteniet from Kirkland and Ellis.  From our perspective,

13    our main concern is obviously the confirmation hearing next

14    week.  We've been working around the clock to try to resolve

15    as many issues as possible.  And you know, Committee

16    composition, that's clearly, in the first instance, an issue

17    as between the US Trustee and the UCC not -- our issue in

18    the first instance.

19            We are concerned about the timing here and the

20    potential for distraction at a critical juncture in the

21    case.  Our understanding is that this issue has been out

22    there for many months.  We've not been privy to the

23    conversations between the UCC and the Office of the United

24    States Trustee.  This is a topic that we've discussed with

25    the UCC's representatives from time to time, and then more

Page 21

1    recently, with Ms. Cornell.

2            Our biggest concern, Your honor, again, just to

3    state the obvious, is that we don't want this issue to turn

4    into a distraction from the confirmation hearing, which is

5    our sole focus.

6            THE COURT:  Thank you, Mr. Kwasteniet.

7            Ms. Cornell?

8            MS. CORNELL:  Thank you, Your Honor.  Shara

9    Cornell on behalf of the Office of the United States

10   Trustee.  I know that this issue is late in the game, but

11   it's not our making.

12           THE COURT:  Do you think so?  You really think so,

13   huh?  Do you think that me hearing about it on Thursday

14   night when I'm on a train to Washington before a Monday

15   confirmation hearing is a little late in the game when

16   you've known about it for a very long time?

17           MS. CORNELL:  Your Honor, if I may, I'd like to

18   explain a few things that are not only not clear from the

19   email from Mr. Pesce today, but are, quite frankly,

20   inaccurate and mischaracterize the truth of what happened.

21   And I would -- if the Court is willing to indulge me, I do

22   have some prepared remarks today.

23           THE COURT:  Please, go ahead.

24           MS. CORNELL:  Thank you, Your Honor.  First, I'd

25   like to get a few procedural issues out of the way.  And

1    first, the way that these issues were brought before Your

2    Honor are nothing short of an ex parte effort to put forth

3    an inaccurate narrative.  The Court --

4            THE COURT:  This is not an ex parte hearing.

5            MS. CORNELL:  I -- this is not, but the email to

6    Your Honor that was received yesterday afternoon was, and

7    that was not our intention.  The United States Trustee does

8    not support ex parte communications in this or in any case.

9    Second, United States Trustee would like to make it very

10    clear that it had every intention of bringing these issues

11    before Your Honor as of last night, in fact.  In fact,

12    immediately prior to the ex parte communication from Mr.

13    Pesce, the United States Trustee --

14            THE COURT:  Stick with the substance.  Would you

15    please?  I don't have the time to deal with --

16            MS. CORNELL:  I understand that, Your Honor, but I

17    would like to provide you with some context.

18            THE COURT:  -- (indiscernible).  Just get to the

19    substance.

20            MS. CORNELL:  The United States Trustee was on a

21    lengthy phone call with the Debtors yesterday afternoon,

22    specifically providing them in advance our intention and our

23    intended vehicle for bringing these -- bringing forth these

24    issues in order to prevent effecting confirmation.  We

25    specifically reached out for the purpose of preventing the

Page 23

1    scenario that Mr. Pesce has described.  No one at the United

2    States Trustee's Office is trying to impact negatively the

3    confirmation hearing.  The UST is trying to deal with an

4    issue that was brought to our attention in the past two

5    weeks.  We are in an information vacuum, Your Honor.

6            THE COURT:  Can you just -- Ms. Cornell, Ms.

7    Cornell, just get to the substance of your response.

8            MS. CORNELL:  As to the -- as to the substance of

9    what's going on, on -- in December of 2022, I believe it was

10   December 21st, to be exact, immediately prior to the

11   Christmas vacation, Committee counsel first reached out to

12   our office via email and indicated that they thought in the

13   future, not currently, in the future prospectively that one

14   of the Committee members, Covario AG, may be declaring its

15   own insolvency in its native Switzerland.

16           The conversation was framed entirely as

17   prospective.  No resignation was provided, nor was any

18   reason provided why an insolvent entity could not sit on a

19   committee.  Instead, the Committee wanted our office to

20   unilaterally, and without basis, to remove Covario and

21   appoint its selective representative, Mr. Keith Noyes, in

22   his personal capacity.  At that point, there was no Creditor

23   questionnaire received.  It was not received by the deadline

24   presented in this case, so we -- not -- so we did at that

25   time request one just so we would better understand the

Page 24

1    situation.

2            Again, counsel doesn't seem to understand why the

3    request to replace a Committee member with their personal

4    selection was not only unusual but inappropriate.  Committee

5    formation is solely at the discretion of the United States

6    Trustee, and the Committee or counsel or really anyone is

7    not permitted to tell us or ask us for an advisory opinion

8    regarding the placement of a Committee member.

9            THE COURT:  Ms. Cornell, I'm stopping you now.

10   This is Friday afternoon before the Monday confirmation

11   hearing.  I'm in Washington, DC, and I should be in another

12   meeting, but I am here.  Get to the point and tell me what

13   is the position of the US Trustee with respect to the

14   membership on the Committee, with respect to Mr. Noyes.

15           MS. CORNELL:  I'm sorry, Your Honor.  I'm not

16   clear with what you'd like to -- me to (indiscernible) --

17           THE COURT:  I'd like to know what your position

18   is.  What's the position of the --

19           MS. CORNELL:  My --

20           THE COURT:  Stop.  I want to know now what is your

21   position with respect to Covario's spot on the Creditor's

22   committee and Mr. Noyes's role.  That's what I want to know.

23   Leave out all of the history.

24           MS. CORNELL:  I'm sorry, Your Honor.  I was just

25   responding to the history that was provided by Mr.

Page 25

1    (indiscernible) --

2              THE COURT:  I'm asking you a question.  Are you

3    going to answer it or not?

4              MS. CORNELL:  The answer is, at this time, we have

5    just learned as of a few days ago that the Committee has had

6    no contact with Covario AG in the past nine months.  We

7    never received a formal resignation, so in our view, Covario

8    AG should be removed from the Committee.  However, before we

9    were able to file the proper paperwork, we attempted to

10   discuss it with the Debtors.  And Mr. Pesce beat us to the

11   punchline so to speak and did not allow us to bring forth

12   this issue before Your Honor.

13             THE COURT:  Did you hear what my question is?  Did

14   you?

15             MS. CORNELL:  I did, Your Honor.

16             THE COURT:  You haven't given me an answer to the

17   question.  This is Friday afternoon before the Monday

18   confirmation hearing.  Is Covario on the Committee?  Off the

19   Committee?  Is Mr. Noyes on the Committee or off the

20   Committee?  That's what I want to know.

21             MS. CORNELL:  Mr. -- Your Honor, it is our -- we

22   have not filed the reformation paperwork yet, but it is our

23   position that because Covario AG has not been in contact

24   with the Committee, it should be removed from the Committee

25   as a representative.  Mr. Noyes is not an appropriate or a

Page 26

1    substitute for Covario AG.  They do not represent the same

2    Creditor constituencies.  They are not the same person.

3    They are not the same entity.  We have limited facts at this

4    point to understand Mr. Noyes's participation.  However, it

5    is not the United States --

6           THE COURT:  Just stop.  Is your -- is the US

7    Trustee's position that the Committee has one less entity on

8    it?  Covario is not -- you're going to remove Covario and

9    you're not going to put Mr. Noyes on the Committee.  Is that

10   the answer?

11          MS. CORNELL:  I believe that it's the current

12   answer.  Whether he will be replaced, I do not know at this

13   time.  I understand it's the Friday before confirmation, but

14   we are dealing with an information vacuum with the limited

15   facts that we do have to try to get to (indiscernible) --

16          THE COURT:  When are you going to have an answer

17   for me?  It is now 10:50 on Friday afternoon with the

18   confirmation hearing starting on Monday.  I need an answer.

19   The Committee needs an answer.  The Debtor needs an answer.

20   I find -- there may be a time when we have to review this

21   whole history.  It's not today.  Do you have an answer for

22   me?

23          MS. CORNELL:  I don't have an answer that we're

24   going to replace somebody as of right this minute.  I don't

25   have that.  United States Trustee has not had an opportunity

Page 27

1    to review the questionnaires and conduct the Creditor

2    interviews.

3               THE COURT:  What have you been waiting for?  You

4    have the -- you have Mr. Noyes's questionnaire.  Are you

5    telling me that the US Trustee has decided that it will not

6    appoint Mr. Noyes as a member of the Committee on which he

7    has served until now?

8               MS. CORNELL:  Yes, Your Honor.  He --

9               THE COURT:  Is that a yes or --

10              MS. CORNELL:  Yes, he will not be appointed to the

11   Committee.

12              MS. CORNELL:  Mr. Pesce, you have your answer.

13              MR. PESCE:  Okay, thank you.  We will -- I -- so

14   just a few things.  So obviously, it's the US Trustee's

15   prerogative who to appoint.  We're not trying to dictate it,

16   but we will treat Covario and Mr. Noyes as not a member of

17   the Committee, and yeah, I just want to make -- to avoid any

18   issue here, this was set as a hearing.  I tried following

19   your chambers' rules about setting up a chambers conference.

20   That's why I sent the email.  I wasn't (indiscernible) --

21              THE COURT:  I don't do chambers conferences, Mr.

22   Pesce.

23              MR. PESCE:  Okay.

24              THE COURT:  We're having a hearing.  It's on the

25   record.

Page 28

1          MR. PESCE:  Understood.

2          THE COURT:  From the Court's standpoint, on

3   Friday, with Monday confirmation hearing, I need the

4   clarity, and you need the clarity of knowing --

5          MR. PESCE:  We do, too.  We need the clarity.

6          THE COURT:  -- who's on the Committee, who's not

7   on the Committee.

8          MR. PESCE:  So --

9          THE COURT:  I assume that the US Trustee will

10  promptly do the paperwork to remove Covario from the

11  Committee.

12         MR. PESCE:  We'll assume that as much in our

13  deliberations over the next few days, so we appreciate at

14  least that amount of clarity.

15         THE COURT:  All right, so you indicated to me that

16  the Committee, I take it, without Mr. Noyes has reaffirmed

17  all of its decisions to date?

18         MR. PESCE:  That's right.  We had a meeting last

19  week.  We summarized -- or we gave them all of the decisions

20  we've made to date.  They ratified that with a resolution,

21  and we told Ms. Cornell on this -- on Saturday night of that

22  decision, so everything we've done to date in our view is

23  still -- you know, it's ratified.  We're not changing

24  course.  We just need clarity over who to invite to our

25  meetings and confer with the head of next week's trial.

Page 29

1          THE COURT:  All right, is there anything else that

2     we need to do today?

3          MR. PESCE:  No.  We thank you for your time, Your

4     Honor, and we'll see you next week.

5          THE COURT:  We're adjourned.

6          MR. PESCE:  Thank you.

7          CLERK:  You can stop the recording.

8          (Whereupon these proceedings were concluded at

9     10:58 AM)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 30

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  October 3, 2023

**[10004 - back]**                                                                Page 1

| 1 | 3 | |
|---|---|---|
| **10004** 1:14 4:4 | **3** 30:25 | **additional** 7:25 |
| **10:30** 1:17 7:3 | **300** 3:5 30:22 | **address** 15:8 |
| 10:8 | **30th** 14:16 | 20:4 |
| **10:45** 18:1 | **330** 30:21 | **adjourned** |
| **10:50** 26:17 | **3626** 2:1 | 29:5 |
| **10:58** 29:9 | | **administrator** |
| **11** 13:7 19:21 | **5** | 15:5,7 18:19 |
| **11501** 30:23 | **555** 3:14 | 19:2,20 |
| **12151** 30:7 | **5th** 17:3 | **advance** 22:22 |
| **12th** 17:16 | | **advisory** 24:7 |
| **17** 17:20 | **6** | **afework** 4:13 |
| | **60654** 3:6 | **afternoon** 22:6 |
| **2** | | 22:21 24:10 |
| **2.4** 11:20 | **9** | 25:17 26:17 |
| **2.824** 11:19 | **90071** 3:15 | **ag** 13:6,19 15:4 |
| **2.84** 11:19 | **98** 11:20 | 15:11 23:14 |
| **20** 13:13 | | 25:6,8,23 26:1 |
| **2019** 15:21,23 | **a** | **agent** 19:23 |
| 16:9,25 | **a.m.** 7:3 | **ago** 17:20 25:5 |
| **2022** 13:18 | **aaron** 3:17 | **ahead** 18:23 |
| 16:5 17:15 | 9:12,15 17:4 | 21:23 |
| 23:9 | **able** 25:9 | **allow** 25:11 |
| **2023** 1:16 7:3 | **absent** 13:21 | **allowed** 12:10 |
| 30:25 | **abundance** | **amount** 28:14 |
| **20th** 14:15 | 16:14 | **amulic** 4:14 |
| 17:21 | **access** 17:10 | **andrea** 4:14 |
| **21st** 23:10 | **account** 11:18 | **andrew** 5:14 |
| **22-10964** 1:3 | 16:13 | 5:22 |
| 7:4 10:21 | **accurate** 30:4 | **angeles** 3:15 |
| **23rd** 18:1 | **act** 12:4 14:24 | **announced** |
| **2700** 3:14 | **acted** 17:24 | 14:15 |
| **28th** 16:5 | **action** 17:18 | **answer** 25:3,4 |
| **29** 1:16 | 19:17 | 25:16 26:10,12 |
| **29th** 7:3 14:9 | **actions** 18:4 | 26:16,18,19,19 |
| | **active** 13:15 | 26:21,23 27:12 |
| | 14:25 | **apap** 5:7 |
| | **actually** 18:15 | |

| |
|---|
| **appearance** |
| 7:5,6,14,15,19 |
| 7:25 8:4,17,24 |
| 9:12,22 10:1 |
| **appoint** 17:13 |
| 23:21 27:6,15 |
| **appointed** 13:7 |
| 13:8 27:10 |
| **appreciate** |
| 28:13 |
| **appreciative** |
| 11:9 |
| **apprised** 17:2 |
| **appropriate** |
| 14:4 20:5 |
| 25:25 |
| **armand** 4:15 |
| **asked** 17:12 |
| 19:9,12,14 |
| **asking** 25:2 |
| **associates** 7:4 |
| **assume** 28:9,12 |
| **attempted** 25:9 |
| **attention** 13:4 |
| 20:1 23:4 |
| **attorneys** 3:4 |
| 3:12 4:2 |
| **available** 12:12 |
| **avoid** 20:2 |
| 27:17 |
| **aware** 11:7 |
| 15:6 18:4 |
| **b** |
| **b** 1:21 |
| **back** 15:2,22 |
| 20:1 |

**backburner**
  15:17
**background**
  13:5 15:19
**bankruptcy**
  1:1,12,23 12:7
  12:8 16:17,20
**basis** 23:20
**beat** 25:10
**began** 16:8
**beginning**
  15:19
**behalf** 7:21
  8:19 9:4,15
  11:4 21:9
**believe** 7:9 8:7
  9:8 23:9 26:11
**ben** 4:24
**beneficial**
  19:11
**beneficially**
  19:8
**better** 23:25
**bidders** 13:16
**biggest** 21:2
**billion** 11:19
  11:20
**birgit** 18:20
  19:1
**books** 17:10
**bowling** 1:13
  4:3
**boxes** 19:4
**bradley** 5:3
**brian** 5:9 7:10
**bring** 11:12
  13:3 19:25

  25:11
**bringing** 22:10
  22:23,23
**broadly** 15:25
**bronge** 4:16
**brought** 22:1
  23:4
**brown** 4:17
**bruh** 4:18 7:9
**business** 11:13
**buyer** 13:20,21

**c**

**c** 3:1 7:1 30:1,1
**ca** 3:15
**call** 17:4 22:21
**called** 13:6
**calling** 7:3
**capacity** 13:12
  14:8 23:22
**caroline** 5:19
**case** 1:3 3:11
  7:3,21 8:13
  9:15 11:4
  12:16,25 15:2
  15:3,9,15,22
  16:6,7 17:3
  20:21 22:8
  23:24
**cases** 11:12,23
**caution** 16:15
**celsius** 1:7 9:4
  10:4,21 11:7
  11:11 13:12
**certain** 16:8
**certified** 30:3
**chair** 16:11

**chambers**
  18:16 27:19,19
  27:21
**chang** 4:19
**change** 15:7
**changing**
  28:23
**check** 19:4
**chen** 5:12
**chicago** 3:6
**chime** 10:9
**chris** 3:8 9:1,3
**christmas**
  23:11
**christopher**
  4:20
**circumstances**
  18:2
**claim** 13:6 14:8
  16:18 19:7,12
  19:21
**claims** 11:15
  11:19,20 16:16
**claire** 4:6
**clarity** 28:4,4,5
  28:14,24
**clear** 14:12
  15:13 16:15
  21:18 22:10
  24:16
**clearly** 20:16
**clerk** 7:2,11,13
  7:24 8:16,21
  9:8,11,18 10:5
  10:7,14,17
  29:7

**clients** 19:11
**clock** 20:14
**coco** 4:20
**colleagues** 7:9
**colodny** 3:17
  9:14,15 17:4
**come** 13:3,15
  15:2
**coming** 11:8
**commence**
  13:21
**commitment**
  12:24
**committee**
  3:12 7:21 8:19
  9:16 10:10,12
  10:22 11:4,6
  11:25 12:1,2,4
  12:20 13:5,8
  13:14 14:21,23
  14:25 15:3,13
  15:14,17,22,24
  17:21,24 18:3
  18:10 19:15,18
  20:2,6,15
  23:11,14,19,19
  24:3,4,6,8,14
  24:22 25:5,8
  25:18,19,19,20
  25:24,24 26:7
  26:9,19 27:6
  27:11,17 28:6
  28:7,11,16
**committee's**
  13:14,18
**committees**
  15:20,21

communicati...
  15:12 22:12
communicati...
  22:8
company   11:14
  13:19
comparison
  11:23
complete   14:9
completely
  12:5
composition
  20:16
concern   20:13
  21:2
concerned   12:1
  15:15 20:19
concerning
  18:10
concluded   29:8
conclusion
  11:13
conduct   12:11
  27:1
confer   28:25
conference
  18:17 27:19
conferences
  27:21
confirm   19:22
confirmation
  11:11 18:7
  20:13 21:4,15
  22:24 23:3
  24:10 25:18
  26:13,18 28:3

consistent   17:2
constituencies
  26:2
constituency
  12:4,5 13:1
  15:24 16:4
  17:1
contact   15:10
  16:9 18:18
  19:3,13 25:6
  25:23
contacted   15:9
  17:3
context   22:17
continued
  14:10,23
control   19:12
controlled   19:8
conversation
  23:16
conversations
  14:19 20:23
coordination
  11:25
cornell   4:6 7:7
  7:8,12 8:7
  18:22 20:10
  21:1,7,8,9,17
  21:24 22:5,16
  22:20 23:6,7,8
  24:9,15,19,24
  25:4,15,21
  26:11,23 27:8
  27:10,12 28:21
corners   12:22
cost   12:15

counsel   13:18
  19:2 23:11
  24:2,6
country   30:21
course   14:24
  28:24
court   1:1,12
  8:6,10,11,14
  8:20 10:11,19
  11:2 12:6
  18:13,14,21,25
  20:5,8 21:6,12
  21:21,23 22:3
  22:4,14,18
  23:6 24:9,17
  24:20 25:2,13
  25:16 26:6,16
  27:3,9,21,24
  28:2,6,9,15
  29:1,5
court's   13:4
  19:25 28:2
courthouse
  10:23
covario   13:6
  13:19,24 14:1
  14:12 15:4,11
  17:6,7,10,20
  17:23,24 18:18
  19:6,11,15,20
  23:14,20 25:6
  25:7,18,23
  26:1,8,8 27:16
  28:10
covario's   24:21
coworkers
  12:16

creative   11:24
credible   12:16
creditor   8:5,14
  12:11 13:12
  14:21 19:7
  23:22 26:2
  27:1
creditor's
  24:21
creditors   3:13
  7:22 9:16 11:5
  11:11,16 13:16
  16:8,10 19:8
critical   20:20
crypto   11:13
  11:23
cryptocurren...
  16:3
current   26:11
currently
  23:13
customary
  15:20
customers   12:8

d

d   5:16 7:1
date   14:4 16:14
  18:4 28:17,20
  28:22 30:25
david   5:18
davis   4:11 8:5
  8:5
day   14:17 18:6
days   17:20
  25:5 28:13
dc   10:23 24:11

[de - form]

| | | | |
|---|---|---|---|
| **de** 4:10 | **dialed** 9:6 | **earn** 16:1 | **facing** 13:20 |
| **deadline** 23:23 | 17:22 | **earned** 11:20 | **fact** 16:16,19 |
| **deal** 17:6 22:15 | **dictate** 27:15 | **ecro** 1:25 | 22:11,11 |
| 23:3 | **different** 16:3 | **effecting** 22:24 | **facts** 26:3,15 |
| **dealing** 26:14 | **difiore** 4:21 | **effort** 22:2 | **family** 12:15 |
| **deanna** 7:7 8:9 | 16:11,12 | **efforts** 17:2 | **far** 12:1 15:15 |
| 9:3,14 | **directed** 19:8 | **either** 15:10 | **favor** 11:21 |
| **death** 12:16 | **direction** 20:4 | **ellis** 3:3 9:4 | 19:21 |
| **deborah** 5:7,24 | **disclosure** | 10:4 20:12 | **feedback** 12:11 |
| **debtor** 1:9 20:9 | 15:23 16:5,9 | **email** 12:13 | **felt** 15:23 |
| 26:19 | 16:25 17:1 | 17:22 19:12 | **fiduciary** 12:2 |
| **debtors** 3:4 | **disclosures** | 21:19 22:5 | **file** 14:14 15:21 |
| 10:11,12,15 | 15:21 | 23:12 27:20 | 15:23 17:5 |
| 11:25 22:21 | **discovery** | **emailed** 18:20 | 25:9 |
| 25:10 | 17:23 | **emails** 20:1 | **filed** 16:4,6 |
| **december** | **discretion** 24:5 | **ensure** 12:6,23 | 18:7 25:22 |
| 14:10,14,16 | **discuss** 25:10 | 15:8 | **filing** 14:13,17 |
| 23:9,10 | **discussed** | **entirely** 23:16 | **fill** 14:22 |
| **decided** 27:5 | 20:24 | **entity** 23:18 | **filled** 16:12 |
| **decision** 17:17 | **distraction** | 26:3,7 | **final** 18:15,16 |
| 17:18 28:22 | 20:20 21:4 | **essence** 15:18 | **financial** 13:20 |
| **decisions** 28:17 | **distress** 13:20 | 16:17 | **find** 26:20 |
| 28:19 | **district** 1:2 | **essentially** | **firm** 13:6 |
| **declaring** | 14:22 | 19:11 | **first** 20:9,16,18 |
| 23:14 | **doc** 2:1 | **event** 12:25 | 21:24 22:1 |
| **deliberations** | **docket** 15:14 | **ex** 22:2,4,8,12 | 23:11 |
| 28:13 | **dollarized** 13:7 | **exact** 23:10 | **flannigan** 4:25 |
| **department** | **dow** 4:22 | **expected** 12:9 | **florence** 4:25 |
| 4:1 | **drew** 5:25 | **explain** 21:18 | **flower** 3:14 |
| **described** | **drive** 3:5 | **exposure** 19:21 | **focus** 21:5 |
| 11:18 18:1 | **duffy** 4:23 5:25 | **expressed** 14:1 | **focused** 16:10 |
| 23:1 | | **extended** 13:1 | **following** |
| **designated** | **e** | 13:2 | 13:22 27:18 |
| 13:9 | **e** 1:21,21 3:1,1 | | **foregoing** 30:3 |
| **detailed** 11:10 | 7:1,1 30:1 | **f** | **foreign** 12:9 |
| **determined** | **eades** 4:24 | **f** 1:21 3:18 | **form** 14:20 |
| 16:24 | **earlier** 15:18 | 30:1 | 16:12 17:6,12 |
| | 16:8 18:9 | | |

[formal - intended]

**formal** 15:11 17:18,23 25:7
**formation** 24:5
**formed** 13:5
**former** 12:21
**forth** 20:1 22:2 22:23 25:11
**forward** 19:12
**found** 18:18
**framed** 23:16
**frankel** 5:24
**frankly** 12:3 18:10 21:19
**friday** 24:10 25:17 26:13,17 28:3
**full** 17:1 18:25
**function** 8:24 9:21,25
**funny** 18:21
**further** 11:10 11:18
**future** 23:13 23:13

**g**

**g** 7:1
**gallagher** 5:1
**game** 21:10,15
**geary** 5:2
**getting** 18:17
**giardiello** 5:3
**given** 14:4 17:8 25:16
**glenn** 1:22 10:20
**go** 10:10 18:12 18:23 21:23

**going** 8:7,18 15:22 16:16,24 18:13 23:9 25:3 26:8,9,16 26:24
**good** 7:7,20 9:3
**gorrepati** 6:1
**government** 2:1
**greatly** 11:9
**green** 1:13 4:3
**greg** 9:16
**gregory** 3:18 7:20 8:18 11:3
**guidance** 14:1 14:19 17:12

**h**

**halls** 12:11
**hand** 8:24 9:21 9:25
**happened** 21:20
**happy** 20:4
**haqqani** 5:4
**hard** 11:24
**he'll** 9:7
**head** 28:25
**hear** 8:10 11:1 20:9 25:13
**hearing** 2:1,1 7:3,23 10:21 10:21 11:11 18:17 20:13 21:4,13,15 22:4 23:3 24:11 25:18 26:18 27:18,24

28:3
**hearings** 13:15
**heras** 4:10
**hershey** 5:5
**history** 24:23 24:25 26:21
**holders** 16:1,1 16:2
**holdings** 16:10 16:13,18
**holohan** 6:2
**hon** 1:22
**honor** 10:25 16:23 18:2 20:3,11 21:2,8 21:17,24 22:2 22:6,11,16 23:5 24:15,24 25:12,15,21 27:8 29:4
**hours** 13:13
**huge** 14:5
**huh** 21:13
**hyde** 2:25 30:3 30:8

**i**

**il** 3:6
**immediately** 22:12 23:10
**impact** 23:2
**imperative** 15:23
**important** 16:4 16:25
**inaccurate** 21:20 22:3

**inappropriate** 24:4
**included** 16:12
**including** 11:20 15:4 16:18 17:13
**indicated** 23:12 28:15
**indiscernible** 8:8,21 10:13 22:18 24:16 25:1 26:15 27:20
**individual** 13:9
**indulge** 21:21
**information** 13:22 16:10,12 17:8,11,22,25 18:14,18,25 19:10 23:5 26:14
**informed** 13:19,23 14:7 19:6
**initially** 16:5
**insolvency** 13:21,24 14:3 14:13,14 15:5 15:7 18:19 23:15
**insolvent** 23:18
**instance** 20:16 20:18
**institutional** 14:5
**intended** 22:23

**intention** 22:7
  22:10,22
**interest** 13:10
**interests** 15:25
**interviews**
  27:2
**investment**
  13:6
**invite** 28:24
**iovine** 4:12
  8:12,13,13
**issue** 13:3
  15:17 17:6
  18:8,12 20:16
  20:17,21 21:3
  21:10 23:4
  25:12 27:18
**issues** 13:25
  20:15 21:25
  22:1,10,24

**j**

**j** 4:20
**jarno** 5:11
**jasleigh** 5:2
**jasmine** 4:15
**jason** 4:12 8:13
**johan** 4:16
**joined** 7:9,17
  8:3,22 9:5,19
  9:23
**jonathan** 1:25
**joshua** 5:20
**judge** 1:23
  8:18 10:17,20
**juncture** 20:20
**justice** 4:1

**k**

**karen** 6:4
**keep** 17:2
**keith** 5:10,21
  13:9 17:8
  23:21
**kevin** 5:8
**key** 13:16
**kirkland** 3:3
  9:4 10:4 20:12
**klein** 5:6
**knew** 12:7
**know** 8:7,14
  9:6 10:8 12:10
  12:15 15:16
  17:5 19:9
  20:15 21:10
  24:17,20,22
  25:20 26:12
  28:23
**knowing** 28:4
**knowledge**
  14:5
**known** 21:16
**koenig** 3:8 9:3
  9:4,10
**kovsky** 5:7
**kwasteniet** 3:9
  9:6 10:3,3,6,15
  20:11,12 21:6

**l**

**la** 3:5
**lack** 14:23 18:9
**las** 4:10
**late** 18:6 21:10
  21:15

**lawyering**
  11:24
**leading** 10:24
**learned** 25:5
**leave** 24:23
**led** 12:25
**ledanski** 2:25
  30:3,8
**legal** 30:20
**legge** 6:3
**lengthy** 22:21
**letter** 15:11
**leung** 6:4
**level** 11:22
**lieu** 17:23
**light** 14:18
  20:1
**limited** 26:3,14
**line** 7:6,15,18
  9:7,17
**liquidated**
  16:13,16,19
**liquidation**
  19:1
**listed** 11:14
**listening** 9:13
  9:14
**litigation** 11:15
**little** 21:15
**llc** 1:7 7:4
**llp** 3:3,11
**loan** 16:1,18
**loans** 16:13,16
  16:19
**long** 21:16
**look** 12:22,22

**los** 3:15
**lot** 15:20 16:21
**lots** 11:24

**m**

**m** 5:8,15
**made** 15:6 18:4
  28:20
**mailing** 15:8
**main** 20:13
**make** 12:12
  17:17,17 19:16
  22:9 27:17
**making** 7:5,14
  8:15 11:5,9
  21:11
**male** 8:9
**manner** 12:5
**manus** 5:8
**mark** 4:18 5:13
  7:9
**martin** 1:22
**masumoto** 5:19
  7:10
**matter** 1:5
  14:19 16:22
**matters** 11:7
**matthew** 5:6
  5:17
**media** 12:12
  14:16
**meeting** 7:23
  24:12 28:18
**meetings** 28:25
**member** 14:25
  15:3,16 16:11
  17:14 19:15,19
  24:3,8 27:6,16

**members**
12:20 13:15
19:18 23:14
**membership**
24:14
**menacing**
12:21
**mentioned**
17:7 18:8
**messages** 12:22
**met** 13:15,16
15:3
**mg** 1:3
**mike** 6:3
**million** 13:7
19:21
**mineola** 30:23
**minute** 10:9
26:24
**mira** 5:4
**mischaracter...**
21:20
**moment** 15:2
**monday** 21:14
24:10 25:17
26:18 28:3
**monitor** 14:10
**month** 14:12
15:18,19 16:6
**months** 16:6
20:22 25:6
**morning** 7:5,7
7:19,20 8:3,23
9:1,3,5,13,20
9:24 11:6 18:6
19:23 20:7

**n**

**n** 3:1 7:1 30:1
**name** 19:7
**named** 13:9
18:20
**names** 19:9
**narrative** 22:3
**nasdaq** 11:15
**native** 23:15
**nearly** 11:19
**necessary**
12:14,24 14:2
**need** 13:21
26:18 28:3,4,5
28:24 29:2
**needed** 14:19
**needs** 26:19,19
**negatively** 23:2
**network** 1:7
**networks** 7:4
**never** 11:13
15:9 25:7
**new** 1:2,14 4:4
**night** 15:1 18:1
19:23 21:14
22:11 28:21
**nine** 25:6
**noah** 5:15
**north** 3:5
**note** 19:19
**noted** 18:3
**notices** 15:8
**november**
13:18 14:8
**noyes** 5:10
13:9,11,13,19
14:3,7,9,24

15:5,10,12,16
17:9,9,13,24
23:21 24:14
25:19,25 26:9
27:6,16 28:16
**noyes's** 24:22
26:4 27:4
**number** 7:4
16:22
**ny** 1:14 4:4
30:23

**o**

**o** 1:21 7:1 30:1
**oberg** 5:11
**objection** 18:7
**observing** 9:2
**obvious** 21:3
**obviously**
10:20,22 13:8
16:22 20:13
27:14
**october** 30:25
**office** 7:8 13:2
20:23 21:9
23:2,12,19
**official** 3:12
7:21 9:15 11:4
14:21
**okay** 7:11,16
8:6,11,16,20
9:8,9 10:14
27:13,23
**old** 30:21
**once** 9:23
**open** 12:5,24
**openness** 12:14

**opinion** 24:7
**opportunity**
26:25
**opt** 19:23
**order** 22:24
**ordinary** 14:24
**otis** 4:11 8:5
**outcome** 11:12
11:16,23
**overall** 14:5
**overstated**
16:18
**own** 13:12 14:8
17:14 23:15

**p**

**p** 3:1,1 5:5 7:1
**p.m.** 18:1
**paperwork**
25:9,22 28:10
**part** 15:16
**parte** 22:2,4,8
22:12
**participation**
26:4
**particular**
13:25 16:9
**particularly**
11:22 12:8
**parties** 7:5,13
7:17,25 8:2,22
9:19,23 10:8
10:13 12:1,7
**partner** 9:5,16
12:17 17:4
**past** 23:4 25:6
**patrick** 6:2

**pause** 7:16 8:1
8:1,21
**peephole** 12:23
**people** 16:2
**percent** 11:21
**perform** 17:18
**periodic** 14:11
**permitted** 24:7
**person** 8:8
12:13 15:4,9
26:2
**personal** 23:22
24:3
**perspective**
19:5 20:12
**pesce** 3:18 7:20
7:20 8:18 9:16
10:10,24,25
11:3,4 18:23
18:24 21:19
22:13 23:1
25:10 27:12,13
27:22,23 28:1
28:5,8,12,18
29:3,6
**petition** 16:14
**phone** 12:12
22:21
**piece** 19:19
**place** 12:18
**placement** 24:8
**plan** 8:9 11:21
18:7 19:22
**please** 7:5,14
7:18 8:4,23
9:20,24 21:23
22:15

**point** 8:8 15:22
18:15 23:22
24:12 26:4
**points** 18:16
**popular** 12:3
**portion** 11:8
**position** 17:20
19:14,16 24:13
24:17,18,21
25:23 26:7
**positive** 14:25
**possible** 20:15
**potential** 13:24
20:20
**precipice** 11:12
**prefer** 19:18
**prepared**
21:22
**prerogative**
27:15
**present** 4:8
**presented**
23:24
**preserving**
11:15
**prevent** 22:24
**preventing**
22:25
**principal**
10:13
**prior** 14:18
16:13,19 22:12
23:10
**privy** 20:22
**pro** 8:5,13
**probably**
10:13 14:3

19:18
**procedural**
21:25
**proceed** 17:13
**proceeding**
13:22 14:3,14
14:15
**proceedings**
29:8 30:4
**process** 12:7,8
18:11
**professional**
14:6
**promptly**
13:22 28:10
**proper** 25:9
**prospective**
23:17
**prospectively**
23:13
**provide** 14:11
17:11 18:13,25
19:9,10 22:17
**provided** 17:25
23:17,18 24:25
**providing**
22:22
**publicly** 11:14
14:15
**punchline**
25:11
**purpose** 22:25
**put** 22:2 26:9

**q**

**qualifications**
14:6

**question** 20:2
25:2,13,17
**questionnaire**
14:10,20 23:23
27:4
**questionnaires**
27:1
**questions** 20:4
**quite** 9:6 12:9
21:19

**r**

**r** 1:21 3:1 7:1
30:1
**racist** 12:18
**raise** 18:15
**raised** 9:20,25
13:25
**rather** 17:9
**ratified** 18:4
28:20,23
**reached** 14:17
18:24 19:1
22:25 23:11
**reaching** 18:16
**ready** 10:10,15
**reaffirmed**
28:16
**really** 8:14
19:4 21:12
24:6
**reason** 23:18
**rebecca** 5:1
**receive** 15:11
**received** 12:16
12:21 15:12
22:6 23:23,23
25:7

**receiving** 12:17
**recent** 18:9
**recently** 13:3
   21:1
**reconstituted**
   15:14
**record** 7:6,19
   8:3,4,23 9:13
   9:20,22,24
   11:3 27:25
   30:4
**recorded** 19:7
**recording** 7:2
   7:16 8:2 29:7
**records** 17:10
**reformation**
   25:22
**regarding** 24:8
**releases** 19:24
**reliance** 14:22
**remain** 19:18
**remarks** 21:22
**remove** 23:20
   26:8 28:10
**removed** 25:8
   25:24
**reorganize**
   11:13
**rep** 17:8
**replace** 24:3
   26:24
**replaced** 26:12
**replacing**
   15:12
**represent** 13:9
   26:1

**representative**
   15:13,25 17:9
   23:21 25:25
**representatives**
   20:25
**representing**
   15:20
**request** 17:22
   18:17 23:25
   24:3
**requested**
   10:22
**required** 11:24
   12:2,2,4,22
**resident** 13:11
**resign** 14:2
**resignation**
   15:11 17:19
   19:16 23:17
   25:7
**resigned** 17:7
**resolution**
   28:20
**resolve** 20:14
**respect** 24:13
   24:14,21
**responding**
   24:25
**response** 14:23
   18:10 23:7
**results** 11:17
**retained** 16:7
**review** 26:20
   27:1
**rickie** 4:19
**right** 7:2,17,24
   8:1,2,12,21 9:1

   9:18 10:7,14
   10:19 11:1
   17:14 26:24
   28:15,18 29:1
**road** 30:21
**robinson** 5:13
**role** 24:22
**ross** 3:9 9:5
   10:2,3 20:11
**roughly** 16:5,6
   19:21
**rudolph** 5:14
**rule** 15:21,23
   16:9
**rules** 27:19
**ryan** 5:12

                 **s**

**s** 3:1 4:17 5:9
   7:1
**safety** 12:24
**salle** 3:5
**samuel** 5:5
**saturday** 17:25
   28:21
**scenario** 23:1
**schottenstein**
   5:15
**schroeder** 5:16
**scott** 4:23
**se** 8:5,14
**sealed** 14:14
**second** 19:19
   22:9
**see** 9:9 15:24
   16:4 29:4
**seeking** 13:20

**seem** 24:2
**selection** 24:4
**selective** 23:21
**sell** 16:2
**sent** 15:8 17:21
   27:20
**september**
   1:16 7:3 16:5
   17:3,16,21
   18:1
**serve** 14:21
**served** 27:7
**serving** 13:14
**set** 18:18 27:18
**setting** 27:19
**several** 12:15
**shara** 4:6 7:8
   8:7 21:8
**shared** 20:6
**sharon** 4:22
**short** 22:2
**signature** 30:7
**significant**
   11:7
**silence** 18:8
**silverman** 5:17
**sit** 23:18
**situation** 14:11
   17:23 19:5
   24:1
**social** 12:12
**society** 12:19
**sole** 21:5
**solely** 24:5
**solicit** 12:11
**solicitation**
   19:22

[solutions - transcribed]                                              Page 10

solutions   30:20
somebody   20:9
    26:24
something's
    18:21
sonya   2:25
    30:3,8
sorry   10:12
    11:19 18:24,24
    24:15,24
sought   13:25
south   3:14
southern   1:2
speak   25:11
speaker   7:22
speaking   7:19
    8:3,7,19,23 9:1
    9:5,20,24
specifically
    22:22,25
spent   13:13
spoken   15:4
spot   24:21
spouses   12:20
    12:21
staff's   11:8
staggering
    11:22
stake   18:12
stances   12:3
standpoint
    28:2
start   10:17
started   10:8
starting   7:2
    26:18

state   7:6,15,18
    8:4,24 9:12,22
    10:1 21:3
statements
    12:18
states   1:1,12
    4:1 7:8 12:6
    13:2,23 14:11
    14:18 18:3,6
    20:24 21:9
    22:7,9,13,20
    23:2 24:5 26:5
    26:25
stating   7:25
    8:16
status   16:17
    18:17
steps   12:23
    15:7
stick   22:14
stop   24:20 26:6
    29:7
stopping   24:9
street   3:14
stretto   19:22
stuart   4:17
submitted
    14:20
substance
    22:14,19 23:7
    23:8
substitute   14:4
    26:1
suggested
    17:14
suite   3:14
    30:22

summarized
    18:2 28:19
summer   16:21
supplement
    20:6
support   11:22
    22:8
sure   8:15
swiss   13:6 14:2
switzerland
    13:11 18:19
    19:2 23:15

t

t   30:1,1
take   11:7 12:3
    12:23 19:16
    20:4 28:16
taken   11:17
    18:5
tanzila   5:23
telephonically
    4:8
tell   24:7,12
telling   27:5
terrific   11:12
thank   7:11,12
    7:24 8:6,10,11
    8:16 9:9,10,18
    10:5,6,19,25
    11:3,5 20:3,7,8
    20:11 21:6,8
    21:24 27:13
    29:3,6
things   13:17
    21:18 27:14
think   10:11
    18:21 20:5

    21:12,12,13
thinking   16:22
thomas   4:21
    16:11
thought   16:3
    23:12
threatening
    12:21
threats   12:16
thursday   21:13
time   7:13,18
    8:25 11:5,8,9
    13:12 14:8,22
    15:1,6 16:15
    16:21 20:3,25
    20:25 21:16
    22:15 23:25
    25:4 26:13,20
    29:3
times   12:4
timing   20:19
today   8:15
    10:13,23 18:25
    21:19,22 26:21
    29:2
today's   7:22,23
    12:25
tokens   16:24
told   14:9 15:10
    17:16 28:21
took   17:19
topic   20:24
town   12:11
train   21:14
transcribed
    2:25

transcript   30:4
transparency
   12:10,13,24
   13:1 15:22
transparent
   12:5
travels   11:6
treat   27:16
treated   16:24
trial   28:25
trials   16:23
tried   27:18
true   30:4
truly   12:18
trustee   4:2 7:8
   10:12 12:6
   13:2,23 14:7
   14:12,18 17:2
   17:4,5,12,17
   17:19,21 18:3
   18:7 20:17,24
   21:10 22:7,9
   22:13,20 24:6
   24:13 26:25
   27:5 28:9
trustee's   14:23
   18:8 23:2 26:7
   27:14
truth   21:20
try   20:14 26:15
trying   23:2,3
   27:15
turetsky   5:18
turn   20:10
   21:3
twitter   12:11

two   16:5 18:15
   19:8,17 23:4
types   16:3

**u**

u.s.   1:23 4:2
ubierna   4:10
ucc   13:10 14:4
   14:9,20 16:25
   20:17,23
ucc's   20:25
uday   6:1
unanswered
   18:12
understand
   19:4 22:16
   23:25 24:2
   26:4,13
understanding
   14:13 19:17
   20:21
understood
   28:1
unidentified
   8:9
unilaterally
   23:20
united   1:1,12
   4:1 7:8 12:6
   13:2,23 14:11
   14:18 18:3,6
   20:23 21:9
   22:7,9,13,20
   23:1 24:5 26:5
   26:25
unmute   7:6,14
   7:18 9:21 10:1

unprecedented
   11:16,17
unsecured   3:13
   7:22 9:16 11:5
unsure   17:6
unusual   24:4
update   16:25
   18:12
updated   17:5
   17:11
updates   14:11
   17:3
upwards   13:13
urbons   18:20
   19:1,6,9,20
urgent   10:21
use   8:23 9:20
   9:24
using   2:1
ust   23:3

**v**

vacation   23:11
vacuum   23:5
   26:14
various   8:23
vehicle   22:23
veritext   30:20
victor   4:10
view   14:1
   15:20 25:7
   28:22
vile   12:18
voted   11:19,20
   19:20,23
voting   11:17

**w**

w   5:17
waiting   10:7
   27:3
want   9:12
   10:17,17 18:15
   21:3 24:20,22
   25:20 27:17
wanted   13:3
   17:5,13 18:12
   19:3,3,25
   23:19
wants   8:10
   10:9
warren   5:19
washington
   10:23 21:14
   24:11
way   15:19
   21:25 22:1
we've   20:14,22
   20:24 28:20,22
weedman   5:20
week   11:10,18
   13:13 17:16
   20:14 28:19
   29:4
week's   28:25
weeks   11:8
   23:5
welcome   9:11
went   15:17
white   3:11 7:21
   9:15 11:4 15:2
   15:3,9,15 16:6
wilfred   12:17

| | |
|---|---|
| **william** | 5:16 |
| **willing** | 21:21 |
| **wishes** | 14:21 |
| **wofford** | 5:21 |
| **woman** | 18:19 |
| **words** | 17:19 |
| **work** | 11:24 |
| | 12:9 14:4 |
| | 18:11 |
| **worked** | 12:7 |
| **working** | 20:14 |

**x**

| | |
|---|---|
| **x** | 1:4,10 |

**y**

| | |
|---|---|
| **yeah** | 8:13 |
| | 27:17 |
| **year** | 16:8 18:9 |
| **yesterday** | |
| | 18:16 22:6,21 |
| **yohannes** | 4:13 |
| **yoon** | 5:22 |
| **york** | 1:2,14 4:4 |

**z**

| | |
|---|---|
| **zomo** | 5:23 |
| **zoom** | 2:1 9:21 |
| | 9:25 |