**Hearing Date:  October 4, 2023, at 9:00 a.m. (prevailing Eastern Time)**
**Demonstrative Deadline:  October 3, 2023, at 5:00 p.m. (prevailing Eastern Time)**

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

*Counsel to the Debtors and Debtors in Possession*

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEBTORS' CONFIRMATION HEARING
## DEMONSTRATIVES FOR OCTOBER 4, 2023

**PLEASE TAKE NOTICE** that a hearing a hearing at which the Court will consider the

Debtors' *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its*

*Debtor Affiliates* [Docket No. 3577] and the Debtors' *Memorandum of Law In Support of*

*Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its*

*Debtor Affiliates and Omnibus Reply to Objections Thereto* [Docket No. 3609] will be held on

**October 4, 2023, at 9:00 a.m.**, prevailing Eastern Time (the "<u>Hearing</u>").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held in person before the

Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, NJ 07030.

Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that, at the Hearing, the Debtors may use the attached demonstratives for the witness the Debtors intend to call.

**PLEASE TAKE FURTHER NOTICE** that copies of the Notice and demonstratives filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of the Notice and demonstratives filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

New York, New York
Dated: October 3, 2023

_/s/ Judson Brown_

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           jsussberg@kirkland.com

  - and -

Patrick J. Nash, Jr., P.C. (admitted _pro hac vice_)
Ross M. Kwasteniet, P.C. (admitted _pro hac vice_)
Christopher S. Koenig
Dan Latona (admitted _pro hac vice_)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           patrick.nash@kirkland.com
                     ross.kwasteniet@kirkland.com
                     chris.koenig@kirkland.com
                     dan.latona@kirkland.com

_Counsel to the Debtors and Debtors in Possession_

## Debtors' Campagna Demonstratives

# CEL Token - Liquidation Break-Even Values



# Plan and Liquidation Recovery Waterfall

*($ in millions)*

| | NewCo | OWD / Public Miner | Liquidation |
|---|---|---|---|
| Liquid Cryptocurrency | $ 2,679 | $ 2,657 | $ 2,604 |
| Less: Post Emergence Costs to the Estate | (75) | (163) | (159) |
| Less: Litigation Trust Funding | (50) | (50) | - |
| Less: Seed Capital to New Entity | (450) | (50) | - |
| **Net Liquid Cryptocurrency** | **$ 2,104** | **$ 2,394** | **$ 2,444** |
| Mining | $ 565 | $ 424 | $ 88 |
| Less: Seed Capital Presumed in Mining | (50) | (50) | - |
| Illiquid Assets / Other | 283 | 306 | 184 |
| Plus: Seed Capital | 450 | 50 | - |
| **Net Asset Value / Distributable Illiquid Assets** | **$ 1,248** | **$ 729** | **$ 272** |
| **Total Distributable Value** | **$ 3,352** | **$ 3,123** | **$ 2,716** |
| Less: Distrubution to Claims | | | |
| Administrative Claims | $ (70) | $ (85) | $ (85) |
| Convenience Class Claims | (242) | (242) | - |
| General Custody Claims | (158) | (158) | (158) |
| Withdrawable Custody Claims | (48) | (48) | (48) |
| Withhold Claims (Eligible 15% Distribution) | (2) | (2) | - |
| **Remaining Distributable Value** | **$ 2,832** | **$ 2,588** | **$ 2,425** |
| **Total Remaining Claims** | **$ 4,225** | **$ 4,225** | **$ 5,117** |
| **Recovery %** | **67.0%** | **61.2%** | **47.4%** |

ALVAREZ & MARSAL
LEADERSHIP. ACTION. RESULTS.