Sascha N. Rand
Victor Noskov
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email: sascharand@quinnemanuel.com
       victornoskov@quinnemanuel.com

*Counsel for Pharos Fund SP of Pharos Master SPC and Pharos USD Fund SP of Pharos Master SPC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | |
| | ) | Case No. 22-10964 (MG) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF EXHIBITS FOR CROSS-EXAMINATION OF ROBERT CAMPAGNA ON OCTOBER 4, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that a hearing at which the Court will consider the Debtors' *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3577] and the Debtors' *Memorandum of Law In Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates and Omnibus Reply to Objections Thereto* [Docket No. 3609] will be held on October 4, 2023, at 9:00 a.m., prevailing Eastern Time (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel has been informed by the Debtors' counsel that Robert Campagna will testify at the Hearing on October 4, 2023.

**PLEASE TAKE FURTHER NOTICE** that Pharos intends to cross-examine Mr. Campagna and may the use the following exhibits during the cross-examination:

| Exhibit No. | Document Description |
| --- | --- |
| Debtors 1 | Fourth Notice of Filing Revised Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates |
| Debtors 3 | Disclosure Statement For The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates |
| Debtors 6 | Declaration Of Brian Karpuk Regarding The Solicitation And Tabulation Of Votes On The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates |
| Debtors 7 | Liquidation Analysis (Exhibit B to Disclosure Statement Dkt. 2902) |
| Debtors 8 | Mining Valuation Analysis (Exhibit D to Disclosure Statement Dkt. 2902) |
| Debtors 32 | Celsius Mining Business Plan June 2023 – CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER |
| Debtors 35 | Mining Financial Projections (Exhibit E to Disclosure Statement Dkt. 2902) |
| Debtors 36 | June 2023 Fahrenheit Group Presentation (Exhibit F to Disclosure Statement Dkt. 2902) |
| Debtors 44 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, And Chief Financial Officer of The Debtors, In Support of Confirmation of The Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3581] |
| Debtors 45 | Declaration of Ryan Kielty In Support of Confirmation of The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3592] |
| Debtors 46 | Declaration of Robert Campagna In Support of Confirmation of The Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3582] |

| | |
|---|---|
| Debtors 47 | Celsius Liquidation Analysis – CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER |
| Debtors 48 | Celsius Liquidation Analysis Supporting Data – CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER |
| Debtors 49 | Valuation Report (Stout Decl Exhibit A) – CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER |
| Debtors 51 | Declaration Of Joel Cohen In Support Of Confirmation Of The Joint Chapter 11 Plan Of Reorganization Of Celsius Network LLC And Its Debtor Affiliates [Dkt. 3588] |
| Debtors 53 | Freeze - March-31,2023 w. overlay v4 – CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER |
| Debtors 54 | Celsius Staking Summary 24 Feb 23 – CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER |
| Debtors 55 | Freeze - May-262023 w. overlay v4 - DeFi Update 2 – CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER |
| Debtors 56 | Freeze - May-26,2023 w. overlay v3 – CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER |
| Debtors 60 | Amended Declaration of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates |
| Debtors 62 | Celsius Waterfall & NAV Analysis 03012023.xlsx – CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER |
| Campagna Cross 1 | https://www.alvarezandmarsal.com/our-people/edward-mcdonough |
| Campagna Cross 2 | PACER Docket in *In re Matco*, Case No. 2:01-bk-00712 (Bankr. D. Ariz.) |

**PLEASE TAKE FURTHER NOTICE** that the exhibits on the above list marked "Debtors" were provided to parties as set forth in the *Debtors' Witness List and Exhibit List for Matters Set for Hearing October 2, 2023* [Docket No. 3593]. All other exhibits listed above are attached to this Notice.

2

Dated: October 3, 2023  /s/ Victor Noskov
      New York, New York  Sascha N. Rand
Victor Noskov
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email: sascharand@quinnemanuel.com
       victornoskov@quinnemanuel.com

*Counsel to Pharos Fund SP of Pharos Master SPC and Pharos USD Fund SP of Pharos Master SPC*