# CAMPAGNA CROSS EXHIBIT 1

We use cookies to personalize content and advertisements, to provide social media features
and to analyze the use of our website. We also share information about your use of our site
with our social media, advertising and analytics partners. Blocking our cookies may impact
the performance of some critical features of our website. For additional information, please
refer to our **Cookies Notice**.

Customize Cookies

I Accept Cookies

OUR PEOPLE  /  UNITED STATES

# EDWARD MCDONOUGH

## SENIOR ADVISOR

- 30+ years of experience
- Provides accounting, financial advisory and valuation services
- Provides expert testimony in arbitration and state, federal and bankruptcy courts

INSIGHTS

We use cookies to personalize content and advertisements, to provide social media features and to analyze the use of our website. We also share information about your use of our site with our social media, advertising and analytics partners. Blocking our cookies may impact the performance of some critical features of our website. For additional information, please refer to our **Cookies Notice**.



We use cookies to personalize content and advertisements, to provide social media features and to analyze the use of our website. We also share information about your use of our site with our social media, advertising and analytics partners. Blocking our cookies may impact the performance of some critical features of our website. For additional information, please refer to our **Cookies Notice**.



# Ed McDonough is a Senior Advisor with Alvarez & Marsal Disputes and Investigations.

Throughout his career, Mr. McDonough has provided expert witness testimony in arbitration and state and federal courts across the U.S. on business valuation matters, lost profits, damage analysis, causation and liability analysis, non-compete covenants, and GAAP accounting issues in complex litigation matters. He has provided forensic accounting analysis in investigation sof various frauds, including financial statement manipulation, fictitious vendors, debt financing, kickback schemes, shell entities, related-party transactions, check kiting schemes, statutory investigations, state forfeiture actions, accounting irregularities and Ponzi schemes.

In bankruptcy cases, Mr. McDonough has testified on plan feasibility, Section 1111(b)2 elections, valuation matters, preference analysis, solvency and liquidation analysis, fraudulent conveyance, interest rate, absolute priority, subordination claims, conversion of debt to equity, good faith, and fair and equitable treatment. He has served as a Special Master, Chapter 7 and 11 Trustee, Chapter 11 Examiner with expanded powers, and state court Receiver.

Mr. McDonough has worked with companies from small start-ups to large publicly traded companies across a variety of industries, including casino, hotel and resort, construction, high tech, intellectual property, insurance, retail, broadcasting, Internet-based business, manufacturing, distributors, telecom, cable, transportation companies, mining, golf courses, recycling, PBM, restaurants, healthcare, SMA, multi-level marketing, non-profits, higher education, service companies and real estate including REIT's, master plan developments, office, apartment, timeshare, residential, raw land, and golf courses.

We use cookies to personalize content and advertisements, to provide social media features
and to analyze the use of our website. We also share information about your use of our site
with our social media, advertising and analytics partners. Blocking our cookies may impact
the performance of some critical features of our website. For additional information, please
refer to our **Cookies Notice**.

University. He is a Certified Public Accountant and a Certified Insolvency and Restructuring
Advisor. He holds both the ABV and CFF designations from the AICPA, and is a member of the
AICPA, the American Bankruptcy Institute, the Association of Insolvency and Restructuring
Advisors, an associate member of Certified Fraud Examiners, and a member of the American Bar
Association.

## INSIGHTS BY THIS PROFESSIONAL

We use cookies to personalize content and advertisements, to provide social media features and to analyze the use of our website. We also share information about your use of our site with our social media, advertising and analytics partners. Blocking our cookies may impact the performance of some critical features of our website. For additional information, please refer to our **Cookies Notice**.

BUSINESS & INDUSTRY INSIGHTS

## Mitigating Fraud Risk with a Fraud Risk Assessment

June 13, 2018

BUSINESS & INDUSTRY INSIGHTS

## The Financial Expert: Often the Link Between Damages and Causation

January 23, 2018

BUSINESS & INDUSTRY INSIGHTS

## Part 3: Detour to Vegas - How Data Analytics Was Used to Assess Caesars' Loyalty Program

November 26, 2017

BUSINESS & INDUSTRY INSIGHTS

## Part 2: When a Fairness Opinion is Not Fair: Outdated Projections, Britney Spears and Market Multiples

September 27, 2017

VIEW ALL INSIGHTS FROM THIS PROFESSIONAL

We use cookies to personalize content and advertisements, to provide social media features
and to analyze the use of our website. We also share information about your use of our site
with our social media, advertising and analytics partners. Blocking our cookies may impact
the performance of some critical features of our website. For additional information, please
refer to our **Cookies Notice**.

Business & Industry Insights

# Luke Steadman contributes to the 6th Edition of the GAR Guide to Advocacy

A&M's Luke Steadman contributed a chapter to the 6th Edition of Global Arbitration
Review's Guide to Advocacy

## A&M NEWS & RELEASES

### Alvarez & Marsal's Global Transaction Advisory Group Names Lawrence Ferrara Global Chief Learning Officer

 PHOENIX
LOS ANGELES

 EDWARD MCDONOUGH

 +1 602 459 7010

 V-CARD

We use cookies to personalize content and advertisements, to provide social media features and to analyze the use of our website. We also share information about your use of our site with our social media, advertising and analytics partners. Blocking our cookies may impact the performance of some critical features of our website. For additional information, please refer to our **Cookies Notice**.

## CONTACT US TODAY

## SUBSCRIBE TO OUR BULLETIN

## DOWNLOAD PDF VERSION

## FOLLOW & CONNECT WITH US

     

   

   

| | | |
|---|---|---|
| Global Locations | Careers | Contact Us |
| Expertise | About A&M | Alumni |
| Industries | | A&M Capital |
| Insights | | A&M Capital Real Estate |
| Our People | | |

| | | |
|---|---|---|
| Privacy Notice | EU-US/Swiss-US Data Protection Framework Notice | California Privacy Notice |
| Cookie Notice | Terms of Use | |

**A&M Bulletin Sign-Up**      EMAIL      SUBSCRIBE

We use cookies to personalize content and advertisements, to provide social media features
and to analyze the use of our website. We also share information about your use of our site
with our social media, advertising and analytics partners. Blocking our cookies may impact
the performance of some critical features of our website. For additional information, please
refer to our **Cookies Notice**.

ALVAREZ & MARSAL®,         ®,         ®,                ® and A&M® are trademarks of Alvarez &
Marsal Holdings, LLC.

Note: Alvarez & Marsal employs CPAs, but is not a licensed CPA firm.