# CAMPAGNA CROSS EXHIBIT 2

# U.S. Bankruptcy Court
## District of Arizona (Phoenix)
## Bankruptcy Petition #: 2:01-bk-00712-RTBP

|  |  |
|---|---|
|  | *Date filed:* 01/22/2001 |
|  | *Date terminated:* 12/29/2008 |
|  | *341 meeting:* 07/02/2002 |

*Assigned to:* Chief Judge Redfield T. Baum PCT Sr.
Chapter 7
Involuntary
No asset

**Debtor**
**MATCO, INC.**
2054 WILLOW CREEK ROAD
PRESCOTT, AZ 86301
YAVAPAI-AZ

represented by **BRIAN W. HENDRICKSON**
THE HENDRICKSON LAW FIRM
PLLC
2133 E. WARNER RD., #106
TEMPE, AZ 85284
480-345-7500
Fax : 480-345-6406
Email: hendricksonlaw@msn.com

**Petitioning Creditor**
**BAKER HUGHES EHO, LIMITED**

represented by **PATRICK D. DEVINE**
WARE, SNOW, FOGEL & JACKSON,
LLP
1111 BAGBY #4900
HOUSTON, TX 77002
713-659-6400

**MARK C. HUDSON**
SCHIAN WALKER, P.L.C.
1850 NORTH CENTRAL AVENUE, #900
PHOENIX, AZ 85004-4531
602-277-1501
Fax : 602-297-9633
Email: ecfdocket@swazlaw.com

**MICHAEL E. NEUMANN**
DeConcini McDonald Yetwin & Lacy
7310 N. 16th St.
Phoenix, AZ 85020
602-282-0500
Fax : 602-282-0520

**RANDY NUSSBAUM**
SACKS TIERNEY P.A.
4250 N. DRINKWATER BLVD.,
FOURTH FLOOR
SCOTTSDALE, AZ 85251
480-425-2600
Fax : 480-970-4610
Email: randy.nussbaum@sackstierney.com

**KEVIN J RATTAY**

JABURG & WILK, PC
14500 N. NORTHSIGHT BLVD., #116
SCOTTSDALE, AZ 85254
480-609-0011
Email: kevin.rattay@parkerlawteam.com

**PHIL F. SNOW**
SNOW SPENCE GREEN LLP
2929 ALLEN PKWY, #4100
HOUSTON, TX 77019
713-335-4800
Fax : 713-335-4848
Email: philsnow@snowspencelaw.com

*Trustee*
**EDWARD M. MCDONOUGH**
FTI CONSULTING
TWO NORTH CENTRAL AVE STE 1200
PHOENIX, AZ 85004-
602-744-7155

represented by **GEOFFREY M. KHOTIM**
My Arizona Lawyers, PLLC
1731 W. Baseline Road, Suite 101
Mesa, AZ 85202
(480) 833-8000
Fax : (480) 478-0714

**TAMALYN E. LEWIS**
ENGELMAN BERGER P.C.
2800 North Central Avenue
Suite 1200
Phoenix, AZ 85004
602-271-9090
Fax : 602-222-4999
Email: tel@eblawyers.com

**ALI M. MOJDEHI**
Barnes & Thornburg LLP
501 W. Broadway
Suite 800
San Diego, CA 92101
424-386-4961
Fax : 310-284-3894
Email: amojdehi@btlaw.com

*U.S. Trustee*
**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

represented by **PAUL A. RANDOLPH**
OFFICE OF THE U.S. TRUSTEE
P.O. BOX 36170
PHOENIX, AZ 85067-6170
602-640-2100
Fax : 602-640-2217

**LARRY L. WATSON**
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
PHOENIX, AZ 85003-1706
602-682-2607
Fax : 602-514-7270
Email: larry.watson@usdoj.gov