**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
       sam.hershey@whitecase.com
       jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Carolyn P. Gurland
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
       gregory.pesce@whitecase.com
       carolyn.gurland@whitecase.com

**WHITE & CASE LLP**
Aaron Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**AMENDED EXHIBIT LIST FOR CONFIRMATION HEARING**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Pursuant to Rules 7026 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 26(a)(3) of the Federal Rules of Civil Procedure, the Official Committee of Unsecured Creditors appointed in the above-captioned matter (the "**Committee**"), by and through its undersigned counsel, hereby files this amended exhibit list for the hearing on confirmation of the Debtors' *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3319].

The Committee reserves the right to amend, modify or supplement this list at any time and for any reason, including, without limitation, (i) for purposes including identifying additional exhibits for rebuttal, cross-examination, or impeachment, and (ii) for purposes of completeness in accordance with Federal Rule of Evidence 106. Designation of any exhibit does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

Additionally, the Committee reserves the right to introduce as an exhibit, or otherwise seek judicial notice of, without limitation: (i) any document filed on the docket of these chapter 11 cases or any related adversary docket or appellate docket, (ii) any proof of claim filed in these chapter 11 cases, (iii) any ballot, master ballot or related materials submitted in these chapter 11 cases, (iv) all documents considered by the Committee's experts, (v) other documents that the Debtors or Committee has provided to the parties or otherwise made public in this case, and (vi) any document listed on any other party's exhibit lists.

The Committee's exhibits are available electronically at https://dm76.eu.whitecase.com. Any person requesting access to the exhibits hereby agrees to treat the documents in accordance with the protections established in the *Confidentiality Agreement and Stipulated Protective Order* [Dkt. No. 790] (as amended and supplemented from time to time). Users may access the documents with the following log in information:

Login ID: Celsius_User

Password: White&Case@2023

For access questions, please contact Michael Jaoude at michael.jaoude@whitecase.com

Dated: October 3, 2023
New York, New York

*/s/ Aaron E. Colodny*
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  david.turetsky@whitecase.com
             sam.hershey@whitecase.com
             jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Carolyn P. Gurland
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
             gregory.pesce@whitecase.com
             carolyn.gurland@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UCC Confirmation Hearing Exhibit List**

| Number | Bates/Docket Number | Link | Description |
|---|---|---|---|
| UCC-1 | D.E. 2845 | | Exhibit 1 to the Galka Declaration ISO UCC Omnibus Objection to Motions for Entry of an Order to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565 |
| UCC-2 | | | Max Galka Expert Report dated September 22, 2023 |
| UCC-3 | CELSIUSNETWORK_03783337 | | Whatsapp chat between Johannes Treutler and Alex Mashinsky dated November 22, 2020 |
| UCC-4 | CELSIUSNETWORK_03633632 | | Slack between Harumi Urata-Thompson and Johannes Treutler dated Oct. 18, 2020. |
| UCC-5 | CEL-UCC-00181506 | | Slack between Johannes Treutler and Connor Nolan dated May 29, 2020. |
| UCC-6 | CEL-UCC-00181588 | | Slack between Johannes Treutler and Connor Nolan dated May 29, 2020. |
| UCC-7 | CEL-UCC-00181597 | | Slack between Johannes Treautler and Connor Nolan dated Jun. 12, 2020. |
| UCC-8 | CEL-UCC-00198973 | | Email from Johannes Treutler to Harumi Urata-Thompson and Connor Nolan dated May 30, 2020. |
| UCC-9 | CEL-UCC-00277890 | | Slack from Johannes Treutler dated Sept. 24, 2020. |
| UCC-10 | CEL-UCC-00278142 | | Slack between Harumi Urata-Thompson and Johannes Treutler dated Jan. 4, 2021. |
| UCC-11 | CEL-UCC-00318104 | | Market Maker Agreement with Wintermute dated Dec. 19, 2019. |
| UCC-12 | CEL-UCC-00336290 | | Slack between Alex Mashinsky and Johannes Treutler dated Jan. 3, 2021. |
| UCC-13 | CEL-UCC-00884542 | | Slack from Roni Cohen-Pavon dated Dec. 10, 2021. |
| UCC-14 | CEL-UCC-01334142 | | WhatsApp from Alex Mashinsky dated May 12, 2022. |
| UCC-15 | CEL-UCC-02110834 | | Slack between Johannes Treutler and Harumi Urata-Thompson dated Oct. 15, 2020. |
| UCC-16 | | https://etherscan.io/tx/0xf8dae3b3226db2d8261c3759bf4eec7affa07ff54d51958be498ecdf2e8c2917 | Etherscan transaction details. |
| UCC-17 | | https://etherscan.io/token/0xaaaebe6fe48e54f431b0c390cfaf0b017d09d42d#tokenAnalytics | Etherscan CEL Token data. |
| UCC-18 | | https://www.reuters.com/technology/no-let-up-crypto-slide-celsius-halt-leaves-investors-panicking-2022-06-14/ | Reuters article titled "Bitcoin stabilizes after heavy losses but pessimism reigns in crypto markets," dated Jun. 14, 2022. |
| UCC-19 | | https://www.coindesk.com/layer2/2022/05/11/the-luna-and-ust-crash-explained-in-5-charts/ | CoinDesk article titled "The LUNA and UST Crash Explained in 5 Charts," dated May 11, 2022. |
| UCC-20 | | https://www.bloomberg.com/opinion/articles/2022-05-11/terra-flops | Bloomberg article titled "Terra Flops" dated May 11, 2022. |

| | | | |
|---|---|---|---|
| UCC-21 | | https://www.reuters.com/business/finance/cryptocurrency-market-value-slumps-under-1-trillion-2022-06-13/ | Reuters article titled "Cryptocurrency market value slumps under $1 trillion," dated Jun. 13, 2022. |
| UCC-22 | | https://www.cnbc.com/2022/06/29/crypto-hedge-fund-three-arrows-capital-plunges-into-liquidation.html | CNBC article titled "Crypto hedge fund Three Arrows Capital plunges into liquidation as market crash takes toll" dated Jun. 29, 2022. |
| UCC-23 | | https://cointelegraph.com/news/celsius-network-execs-deny-rumors-of-significantlosses-amid-market-volatility | CoinDesk article titled "Celsius Network execs deny rumors of significant losses amid market volatility," dated May 11, 2022. |
| UCC-24 | | https://www.barrons.com/articles/celsius-cryptocurrency-investors-losses-51652906401 | Barron's article titled "Celsius Faces a Revolt as a High-Yield Crypto Plummets" dated May 18, 2022. |
| UCC-25 | | https://www.youtube.com/watch?v=gKiqTqFUTFo&list=PLLjzjU2vvKVMNgmFM2oV79WQ0iSqf_5oV&index=5 | User comment on Celsius AMA dated May 20, 2022. |
| UCC-26 | | https://www.cnbc.com/2022/06/13/crypto-lender-celsius-pauses-withdrawals-bitcoin-slides.html | CNBC article titled "Crypto lender Celsius pauses withdrawals due to 'extreme market conditions," dated Jun. 13, 2022. |
| UCC-27 | CEL-UCC-00397810 | | Email between Alex Mashinsky, Johannes Treutler, Patrick Holert and Asaf Iram dated May 15, 2020 |
| UCC-28 | CEL-UCC-01704126 | | Email from Alex Mashinsky to Roni Cohen Pavon dated November 26, 2021 |
| UCC-29 | CEL_EXAM-00088466 | | CEL Token Internal Memo |
| UCC-30 | | | Exhibit 30 is intentionally left blank. |
| UCC-31 | CELSIUSNETWORK_02407819 | | Slack chat between Harumi Urata Thompson, Jeremie Beaudry, and Johannes Treutler dated July 13, 2020 |
| UCC-32 | CELSIUSNETWORK_02534000 | | Whatsapp chat between Alex Mashinsky and Roni Cohen-Pavon dated June 12, 2022 |
| UCC-33 | CELSIUSNETWORK_02698815 | | Celsius OTC Policies and Procedures 2021 dated April 7, 2021 |
| UCC-34 | CELSIUSNETWORK_03856440 | | Whatsapp chat between Alex Mashinsky and Johannes Treutler dated June 12, 2022 |
| UCC-35 | CEL-UCC-00012016 | | Email between Shiran Kleiderman, Roni Cohen Pavon, Snir Levi, Alex Mashinsky, and Daniel Leon dated June 12, 2022 |
| UCC-36 | CEL-UCC-00081869 | | Whatsapp chat between Alex Mashinsky and Rod Bolger dated May 12, 2022 |
| UCC-37 | CEL-UCC-00181592 | | Slack chat between Johannes Treutler and Connor Nolan dated June 5, 2020 |
| UCC-38 | CEL-UCC-00195218 | | Slack chat between Harumi Urata-Thompson and Connor Nolan dated May 29, 2020 |

| | | | |
|---|---|---|---|
| UCC-39 | CEL-UCC-00265137 | | Email between Harumi Urata-Thompson, Patrick Holert, Johannes Treutler, and Alex Mashinsky dated May 15, 2020 |
| UCC-40 | CEL-UCC-00456933 | | Slack between Harumi Urata Thompson and Johannes Treutler dated November 30, 2020 |
| UCC-41 | CEL-UCC-00864534 | | Whatsapp chat between Mashinsky, Tushar and Roni Cohen Pavon dated December 11, 2021 |
| UCC-42 | CEL-UCC-00884673 | | Whatsapp between Alex Mashinsky and Roni Cohen Pavon dated January 1, 2022 |
| UCC-43 | CEL-UCC-01431293 | | Whatsapp between Frank van Etten and Rodney Sunada Wang dated December 21, 2021 |
| UCC-44 | CEL-UCC-02110825 | | Slack chat between Harumi Urata-Thompson and Johannes Treutler dated August 5, 2020 |
| UCC-45 | CEL-UCC-02110968 | | Whatsapp chat between Alex Mashinsky and Zachary Wildes dated June 20, 2022 |
| UCC-46 | CELSIUSNETWORK_00768405 | | Slack chat between Johannes Treutler and Connor Nolan dated October 30, 2020 |
| UCC-47 | CEL-UCC-00092037 | | Slack chat between Kai Tang and Jason Perman dated May 12, 2022 |
| UCC-48 | CEL-UCC-00120671 | | Email from Dean Tappen to Jason Perman, Aaron Wu, Kai Tang dated May 18, 2022 |
| UCC-49 | CEL-UCC-00196126 | | Slack chat between Connor Nolan, Harumi Urata Thompson, and Johannes Treutler dated January 8, 2021 |
| UCC-50 | CEL-UCC-00196135 | | Slack chat between Harumi Urata-Thompson, Johannes Treutler, and Connor Nolan dated March 21, 2021 |
| UCC-51 | CEL-UCC-00332921 | | Email from Johannes Treutler to Alex Mashinsky, Aliza Landes, Daniel Leon, Young Cho, and Asaf Iram dated November 12, 2019 |
| UCC-52 | | | Tweet from Otis Davis, Dated June 15, 2022 |
| UCC-53 | | | Tweet from Otis Davis, Dated June 21, 2022 |
| UCC-54 | CEL_EXAM-00123399 | | Internal OTC desk memo dated November 18, 2022. |
| UCC-55 | CEL-UCC-00182263 | | Slack from Johannes Treutler dated March 21, 2021 |
| UCC-56 | CEL-UCC-00434158 | | Email from Aliza Landes dated March 4, 2020 |
| UCC-57 | D.E. 23 | | Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, In Support of Chapter 11 Petitions and First Day Motions |
| UCC-58 | D.E. 2642 | | Notice of Subpoenas Directed to and Served Upon the FTX Debtors dated May 15, 2023 |
| UCC-59 | D.E. 3435 | | Declaration of Christopher Ferraro, Interim Chief Executive Offcier, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Proposed CEL Token Settlement |
| UCC-60 | | | Exhibit 60 is intentionally left blank. |

| | | | |
|---|---|---|---|
| UCC-61 | | https://www.youtube.com/watch?v=HpTDWR7fnas | Celsius Network, Celsius AMA – Ask Mashinsky Anything – Friday, October 2, 2020, YouTube (Oct. 2, 2020),https://www.youtube.com/watch?v=HpTDWR7fnas |
| UCC-62 | | https://www.youtube.com/watch?v=YrGcsAID3cM | Celsius Network, Ask Mashinsky Anything – Friday, June 19, 2020, YouTube (Jun. 19, 2020), https://www.youtube.com/watch?v=YrGcsAID3cM [11:45]. |
| UCC-63 | | https://www.youtube.com/watch?v=JlELwjvdYcc | Celsius Network, Celsius March Madness – Business Development AMA (March 19, 2021), YouTube (Mar. 19, 2021), https://www.youtube.com/watch?v=JlELwjvdYcc, at [1:04:38] |
| UCC-64 | | | Clip from Mar. 19, 2021 AMA - 1:02:53-1:05:51 |
| UCC-65 | | https://www.coindesk.com/markets/2021/05/05/dogecoin-price-finally-tops-69-cents-flips-xrp-tobecome-top-4-crypto/ | S. Sinclair, Coindesk, Dogecoin Price Finally Tops 69 Cents, Flips XRP to Become Top-4 Crypto, (Sept. 14, 2021) |
| UCC-66 | | https://cointelegraph.com/market-releases/whats-next-for-shiba-inu-as-price-continues-to-slidetwo-alternative-meme-coins-to-watch | Cointelegraph, What's next for Shiba Inu as price continues to slide? Two alternatives meme coins to watch (Aug. 23, 2023) |
| UCC-67 | | https://fortune.com/crypto/2023/05/09/how-the-pepetoken-fueled-by-pure-memetic-power-soared-past-a-1-6-billion-market-cap-in-3-weeks-and-then-tumbled/ | B. Weiss, Fortune Crypto, How the Pepe coin, 'fueled by pure memetic power,' soared past a $1.6 billion market cap in 3 weeks—and then tumbled (May 9, 2023) |
| UCC-68 | | https://knowyourmeme.com/memes/apu-apustaja | Know Your Meme, Apu Apustaja |
| UCC-69 | | https://www.youtube.com/watch?v=6631ORa2v4M | Celsius Network, Celsius AMA January 7th 2022 – Friday, January 7, 2022, YouTube (Jan. 7, 2022), https://www.youtube.com/watch?v=6631ORa2v4M, at [42:09] |
| UCC-70 | | Mashinsky_Trades_corrected.xlsx | Data sheet containing Alex Mashinsky's CEL Token transactions. |
| UCC-71 | | Celsius - CEL_Coin Pricing_2023.9.19.xlsx | Excel sheet containing data on coin pricing. |
| UCC-72 | | Celsius - CEL Trading Volume from Elementus_09_21_23.xlsx | Excel sheet containing data on CEL Token's trading volume. |
| UCC-73 | | Celsius - Consolidated Financials (Reported)_v8.0.xlsx | Excel sheet contanining Celsius's consolidated financials. |
| UCC-74 | | Celsius - CEL OTC Transactions.xlsx | Excel sheet contaning data on Celsius's CEL Token OTC transactions. |
| UCC-75 | | Celsius - CEL Token Burn Data_11.02.2022.xlsx | Excel sheet contanining data on CEL Token burns. |
| UCC-76 | | Celsius - FREEZE Report_9.30.2021.xlsx | Celsius Freeze Report dated September 30, 2021. |
| UCC-77 | | Celsius - FREEZE Report_12.31.2021.xlsx | Celsius Freeze Report dated December 31, 2021. |

| | | | |
|---|---|---|---|
| UCC-78 | | Celsius - FREEZE Report_3.31.2022.xlsx | Celsius Freeze Report dated March 31, 2022. |
| UCC-79 | | Celsius - FREEZE Report_6.10.2022.xlsx | Celsius Freeze Report dated June 10, 2022. |
| UCC-80 | | Celsius - FREEZE Report_6.13.2022.xlsx | Celsius Freeze Report dated June 13, 2022. |
| UCC-81 | | Celsius - FREEZE Report_6.30.2022.xlsx | Celsius Freeze Report dated June 30, 2022. |
| UCC-82 | | Celsius – magic-wallets.csv | Celsius inventory of wallets and Fireblocks workspaces. |
| UCC-83 | | Celsius – On-Chain Buybacks_9.22.2023 | Sheet containing data on Celsius's on-chain CEL Token buybacks. |
| UCC-84 | | Celsius - Weekly CEL Buybacks and Rewards_2023.3.17.xlsx | Excel sheet containaing data on Celsius's CEL Token buybacks and rewards payments. |
| UCC-85 | | | Exhibit 85 is intentionally left blank. |
| UCC-86 | | | Exhibit 86 is intentionally left blank. |
| UCC-87 | | OTC transactions data UnMasked - UCC Request Sept 2023.xlsx | Excel sheet containing data on Celsius's OTC CEL Token transactions. |
| UCC-88 | CEL-UCC-00067533 | | Email between Johannes Treutler, Alex Mashinsky, Connor Nolan, Harumi Urata Thompson, and Daniel Leon dated June 2, 2020 |
| UCC-89 | CEL-UCC-01693371 | | Whatsapp between Alex Mashinsky and Roni Cohen Pavon dated October 30, 2021 |
| UCC-90 | D.E. 974 | | Global Notes And Statement Of Limitations, Methodology And Disclaimers Regarding The Debt-ors' Schedules Of Assets And Liabilities And Statements Of Financial Affairs |
| UCC-91 | CEL-UCC-00209093 | | Email from Alex Mashinsky to Rodney Sunada Wong and others dated May 3, 2021 |
| UCC-92 | CEL-EXAM-00168428 | | Email from Simon Callaghan to Frank van Etten dated October 20, 2021 |
| UCC-93 | CELSIUSNETWORK_01048406 | | Celsius Network Investor Deck dated June 1, 2020 |
| UCC-94 | CELSIUSNETWORK_01158903 | | Token and Security Trading Policy of CNL undated |
| UCC-95 | CELSIUSNETWORK_01519341 | | Financial analysis of CEL Token issuance from 2018-2020 |
| UCC-96 | CELSIUSNETWORK_03212270 | | Email to Roni Cohen Pavon copying Alex Mashinsky dated May 25, 2022 |
| UCC-97 | CELSIUSNETWORK_03212277 | | Email from Mashinsky to Roni Cohen Pavon dated November 26, 2021 |
| UCC-98 | CELSIUSNETWORK_03212293 | | Whatsapp with Roni Cohen Pavon and Rodney Sunada Wong dated September 16, 2021 |
| UCC-99 | CELSIUSNETWORK_03633366 | | Whatsapp between Roni Cohen Pavon, Nuke Goldstein, Daniel Leon, Rodney Sunada Wong and Adrian Alsace dated October 1, 2021 |
| UCC-100 | CEL-UCC-00020430 | | Celsius Network advertising email dated July 6, 2020 |
| UCC-101 | CEL-UCC-00042816 | | Asset-Liability Committee (ALCO) Presentation dated April 13, 2022 |
| UCC-102 | CEL-UCC-00083099 | | Slack chat between Dean Tappen and Chris Ferraro dated April 13, 2022 |
| UCC-103 | CEL-UCC-00107769 | | Email from Rod Bolger to Aaron Wu and Kai Tang dated May 18, 2022 |
| UCC-104 | CEL-UCC-00147489 | | The Great Decission CelsiusX Presentation dated June 1, 2022 |
| UCC-105 | CEL-UCC-00193404 | | Slack chat between Rod Bolger and Jacob Israel dated May 12, 2022 |
| UCC-106 | CEL-UCC-00195332 | | Slack chat between Connor Nolan and Johannes Treutler dated July 13, 2020 |

| | | | |
|---|---|---|---|
| UCC-107 | CEL-UCC-00209180 | | Email chain with many Celsius employees regarding Youtube AMAs dated April 24, 2022 |
| UCC-108 | CEL-UCC-00238274 | | Slack chat between Connor Nolan, Harumi Urata Thompson, and Johannes Treutler dated December 30, 2020 |
| UCC-109 | CEL-UCC-00274748 | | Exco Meeting presentation dated May 4, 2021 |
| UCC-110 | CEL-UCC-00277962 | | Slack chat between Harumi Urata-Thompson and Johannes Treutler dated October 15, 2020 |
| UCC-111 | CEL-UCC-00282987 | | Slack chat between Connor Nolan, Harumi Urata Thompson, and Johannes Treutler dated January 7, 2021 |
| UCC-112 | CEL-UCC-01288845 | | Sample Employment Agreement dated March 29, 2020 |
| UCC-113 | CEL-UCC-01290715 | | Coin Report as of July 13, 2022 dated August 22, 2022 |
| UCC-114 | CEL-UCC-01668423 | | Email between Jeremie Beaudry, Johannes Treutler, Roni Pavon, Daniel Leon, Harumi Urata-Thompson dated October 15, 2020 |
| UCC-115 | CEL-UCC-00042883 | | Assets and Liability Committee Deck dated May 25, 2022. |
| UCC-116 | CEL-UCC-00107241 | | Email from Tom McCarthy dated May 16, 2022. |
| UCC-117 | CEL-UCC-00194107 | | WhatsApp from Rod Bolger to Rajiv Sawhney |
| UCC-118 | CEL-UCC-00242264 | | April 2022 Outlook _Save_1uY-cGf_uhLpeKXd6iyW5_geWFNmH3WTAs6AhIfvSsls.pptx |
| UCC-119 | CEL-UCC-00042950 | | Celsius Network Limited Assets & Liabilities Committee Minutes of the meeting held of October 20th, 2021 |
| UCC-120 | CEL-UCC-00551057 | | Email from Rod Bolger dated May 17, 2022 |
| UCC-121 | CEL-UCC-00060455 | | Email from Alex Mashinsky dated May 20, 2022 |
| UCC-122 | D.E. 3435 | | Declaration of Christopher Ferraro in Support of Proposed CEL Token Settlement |
| UCC-123 | D.E. 1822 | | Memorandum Opinion and Order Regarding Ownership of Earn Account Assets |
| UCC-124 | D.E. 2648 | | Debtors' Cash and Coin Report |
| UCC-125 | D.E. 2671 | | Declaration of Andrea Amulic in Support of the Motion to Certify the Class of Account Holders Asserting Non-Contract Claims Against the Debtors (May 17, 2023) |
| UCC-126 | Case No. 22-10965 D.E. 1 | | Voluntary Petition for Non-Individuals Filing for Bankruptcy |
| UCC-127 | | | August 14, 2023 Hearing Transcript 71:5-13 |
| UCC-128 | | | Celsius White Paper pre-March 2018 |
| UCC-129 | | | Terms of Use Declaration Ex. A-8, I (General Terms of Use from April 15, 2022 to present) |
| UCC-130 | | | Celsius Analysis of Prepetition CEL Token Transactions Powerpoint March 24, 2023 |
| UCC-131 | | | CEL Token Subscription Agreement dated February 12, 2021 |
| UCC-132 | | | Securities Exchange Commission Form D for CNL dated April 30, 2018 |

| | | | |
|---|---|---|---|
| UCC-133 | | | SEC Celsius Complaint dated July 13, 2023 |
| UCC-134 | | | DOJ Mashinsky Indictment dated July 13, 2023 |
| UCC-135 | D.E. 22 | | Declaration of Robert Campagna, Managing Director of Alvarez & Marsal North America LLC in Support of Chapter 11 Petitions and First Day Motions and Exhibits |
| UCC-136 | D.E. 393 | | Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, Providing Terms of Use Dating Back to February 18, 2018 and Exhibits |
| UCC-137 | D.E. 687 | | Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief dated 9/1/22 |
| UCC-138 | D.E. 692 | | Order Approving Procedures for De Minimis Asset Sales dated 9/1/22 |
| UCC-139 | D.E. 2265 | | Order Regarding Which Debtor Entities Have Liability for Customer Contract Claims Under the Terms of Use signed 3/17/23 |
| UCC-140 | D.E. 2713 | | Statement/Notice of Successful Bidder and Backup Bidder dated 5/25/23 and Exhibits |
| UCC-141 | D.E. 2759 | | Statement/Notice of Debtors' Entry into a Plan Sponsor Agreement dated 6/7/23 and Exhibits |
| UCC-142 | D.E. 2983 | | Statement/Notice of Amended and Restated Backup Plan Sponsor Agreement and Deadline to Submit Backup Bids dated 7/10/23 and Exhibits |
| UCC-143 | Case No. 22-10967 Docket No. 5 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius KeyFi LLC |
| UCC-144 | Case No. 22-10970 Docket No. 4 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Lending LLC |
| UCC-145 | Case No. 22-10968 Docket No. 5 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Mining LLC |
| UCC-146 | Case No. 22-10965 Docket No. 5 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Network Inc. |
| UCC-147 | Case No. 22-10966 Docket No. 6 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Network Limited |

| | | | |
|---|---|---|---|
| UCC-148 | Case No. 22-10964 Docket No. 974 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Network LLC |
| UCC-149 | Case No. 22-10969 Docket No. 5 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Networks Lending LLC |
| UCC-150 | Case No. 22-10971 Docket No. 5 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius US Holding LLC |
| UCC-151 | Case No. 22-11643 Docket No. 4 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of GK8 Ltd. |
| UCC-152 | Case No. 22-11645 Docket No. 4 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of GK8 UK Limited |
| UCC-153 | Case No. 22-11644 Docket No. 4 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of GK8 USA LLC |
| UCC-154 | Case No. 22-11643 Docket No. 9 | | Statement/Notice of Filing of Amended Global Notes and Schedule F on behalf of GK8 Ltd. |
| UCC-155 | Case No. 22-11645 Docket No. 9 | | Statement/Notice of Filing of Amended Global Notes and Schedule F on behalf of GK8 UK Limited |
| UCC-156 | Case No. 22-11644 Docket No. 9 | | Statement/Notice of Filing of Amended Global Notes and Schedule F on behalf of GK8 USA LLC |
| UCC-157 | Case No. 22-10964 Docket No. 2311 | | Statement/Notice of Filing of Amended Global Notes, Statement of Financial Affairs 3 and 4 and Schedule F on behalf of Celsius Network LLC |
| UCC-158 | Case No. 22-10967 Docket No. 15 | | Statement/Notice of Filing of Amended Global Notes, Statement of Financial Affairs 3 and 4 and Schedule F on behalf of Celsius KeyFi LLC |
| UCC-159 | Case No. 22-10970 Docket No. 13 | | Statement/Notice of Filing of Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on behalf of Celsius Lending LLC |
| UCC-160 | Case No. 22-10968 Docket No. 13 | | Statement/Notice of Filing of Amended Global Notes, Statement of Financial Affairs 3 and 4 and Schedule F on behalf of Celsius Mining LLC |
| UCC-161 | Case No. 22-10966 Docket No. 15 | | Statement/Notice of Filing of Amended Global Notes, Statement of Financial Affairs 3 and 4 and Schedule F on behalf of Celsius Network Limited |
| UCC-162 | Case No. 22-10969 Docket No. 13 | | Statement/Notice of Filing of Amended Global Notes, Statement of Financial Affairs 3 and 4 and Schedule F on behalf of Celsius Networks Lending LLC |

| | | | |
|---|---|---|---|
| UCC-163 | Case No. 22-10971 Docket No. 13 | | Statement/Notice of Filing of Amended Global Notes, Statement of Financial Affairs 3 and 4 and Schedule F on behalf of Celsius US Holding LLC |
| UCC-164 | Case No. 22-10964 Docket No. 973 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Network LLC |
| UCC-165 | Case No. 22-10967 Docket No. 4 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius KeyFi LLC |
| UCC-166 | Case No. 22-10970 Docket No. 4 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Lending LLC |
| UCC-167 | Case No. 22-10968 Docket No. 4 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Mining LLC |
| UCC-168 | Case No. 22-10966 Docket No. 6 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Network Limited. |
| UCC-169 | Case No. 22-10965 Docket No. 5 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Network Inc. |
| UCC-170 | Case No. 22-10969 Docket No. 4 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Networks Lending LLC |
| UCC-171 | | | Exhibit 171 is intentionally left blank. |
| UCC-172 | Case No. 22-10971 Docket No. 4 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius US Holding LLC Statement of Financial Affairs on behalf of Celsius US Holding LLC. |
| UCC-173 | Case No. 22-11643 Docket No. 5 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius US Holding LLC Statement of Financial Affairs on behalf of GK8 Ltd. |
| UCC-174 | Case No. 22-11645 Docket No. 5 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius US Holding LLC Statement of Financial Affairs on behalf of GK8 UK Limited. |

| | | | |
|---|---|---|---|
| UCC-175 | Case No. 22-11644 Docket No. 5 | | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius US Holding LLC Statement of Financial Affairs on behalf of GK8 USA LLC. |
| UCC-176 | Case No. 22-10965 Docket No. 14 | | Amended Global Notes and Schedule F |
| UCC-177 | | https://celsiusnetwork.medium.com/damn-the-torpedoes-full-speed-ahead-4123847832af | Celsius Network Blogpost - "Damn the Torpedos, Full Speed Ahead" dated June 7, 2022 |
| UCC-178 | | https://twitter.com/CelsiusNetwork/status/1524436048989896710 | Celsius Tweet May 11, 2022 |
| UCC-179 | | | Exhibit 179 is intentionally left blank. |
| UCC-180 | | https://dirtybubblemedia.substack.com/p/celsius-network-lost-at-least-35000 | Dirty Bubble Media - "Celsius Network lost at least 25,000 Ether in Stakehound key Blunder" dated June 5, 2022. |
| UCC-181 | | https://celsiusnetwork.medium.com/get-to-know-rod-bolger-chief-financial-officer-celsius-9c60718f205d | Celsius, "Get to Know Rod Bolger, Chief Financial Officer, Celsius" dated June 8, 2022. |
| UCC-182 | | | Exhibit 182 is intentionally left blank. |
| UCC-183 | CELSIUSNETWORK_02474554 | | Email from Alex Mashinsky to Roni Cohen Pavon dated February 5, 2021 |
| UCC-184 | | | CNL 2020 Financial Statements |
| UCC-185 | | | Tweet from Otis Davis, Dated June 20, 2022 |
| UCC-186 | | | Tweet from Otis Davis, Dated June 21, 2022 |
| UCC-187 | | | Tweet from Otis Davis, Dated June 21, 2022 |
| UCC-188 | | | Tweet from Otis Davis, Dated June 21, 2022 |
| UCC-189 | | | Tweet from Otis Davis, Dated June 22, 2022 |
| UCC-190 | | | Tweet from Otis Davis, Dated June 23, 2022 |
| UCC-191 | | | Tweet from Otis Davis, Dated June 23, 2022 |
| UCC-192 | | | Tweet from Otis Davis, Dated June 26, 2022 |
| UCC-193 | | | Tweet from Otis Davis, Dated July 8, 2022 |
| UCC-194 | D.E. 2844 | | Colodny Decl. ISO UCC's Omnibus Obj to Motions for Order to Dollarize Non-Insider CEL Token Claims |
| UCC-195 | D.E. 3693 | https://www.justice.gov/media/1305436/dl?inline | Notice of Consensual Resolutions of Government Investigations |
| UCC-196 | D.E. 3516 | | Notice of Entry Plan Support Agreemen |
| UCC-197 | D.E. 3560 | | Declaration Solicitation and Tabulation of Votes |
| UCC-198 | | | Clip from Oct. 2, 2020 AMA - 1:02:22-1:03:54 |
| UCC-199 | | | Clip from June 19, 2020 AMA - 10:45-12:24 |
| UCC-200 | | | Clip from Jan. 7, 2022 AMA - 41:45-43:00 |
| UCC-201 | | https://www.youtube.com/watch?v=P89WfneySwE, | Celsius Network, Alex Mashinsky AMA (Jun. 14, 2018) at 9:00 |
| UCC-202 | | | Clip from Jun. 14, 2018 AMA - 2:22-3:45 |
| UCC-203 | | | Clip from Jun. 14, 2018 AMA - 9:00-9:46 |

| | | | |
|---|---|---|---|
| UCC-204 | | https://www.youtube.com/watch?v=csFrn4XtwL0 | Celsius Network, Celsius Network Co-Founder AMA with Alex Mashinsky and Daniel Leon – Friday, July 17, 2020 at 5:27 |
| UCC-205 | | | Clip from Jul. 17, 2020 AMA - 5:56-6:25 |
| UCC-206 | | https://youtube.com/watch?v=Ym1EjbThjVk | Celsius Network, Celsius Network Team AMA – Thursday, July 2, 2020 at 38:35 |
| UCC-207 | | | Clip from Jul. 2, 2020 AMA - 38:33 - 39:15 |
| UCC-208 | | https://www.youtube.com/watch?v=1v9zDkWbZJc&list=PL91_dMxDmGklKGDKCX_YFDLeRk0ag2Koj&index=28 | Ozi_Crypto, Celsius Network Twitter Spaces AMA, YouTube (Jan. 12, 2021) |
| UCC-209 | | | Clip from Jan. 12, 2021 AMA - 1:43:00 -1:44:47 |
| UCC-210 | | https://www.youtube.com/watch?v=erQn2wczFsk | Celsius Network, Celsius Team AMA – Friday, January 28 2022, YouTube (Jan. 28, 2022) |
| UCC-211 | | | Clip from Jan. 28, 2022 AMA - 6:30 - 6:44 |
| UCC-212 | | | Clip from Jan. 28, 2022 AMA - 24:07 - 25:36 |
| UCC-213 | | https://www.youtube.com/watch?v=miXgxNqwFag | Celsius Network, Celsius Network Team AMA – Friday, December 31, 2021 at 3:70 |
| UCC-214 | | | Clip from Dec. 31, 2021 AMA - 3:38-5:20 |
| UCC-215 | | https://www.youtube.com/watch?v=X304U3isWzg | Celsius Network, Celsius Network Team AMA – Friday, December 10, 2021 at 17:54 |
| UCC-216 | | | Clip from Dec. 10, 2021 AMA - 17:00-19:00 |
| UCC-217 | | https://www.youtube.com/watch?v=mUokZbnfFyE | Celsius Network, Celsius Network Team AMA – Friday, October 1, 2021 |
| UCC-218 | | | Clip from Oct. 1, 2021 AMA - 8:28-9:30 |
| UCC-219 | | https://www.youtube.com/watch?v=YQNdQXxPNQE&list=PLLjzjU2vvKVMNgmFM2oV79WQ0iSqf_5oV&index=56 | Celsius Network, AMA with Alex Mashinsky, CEO of Celsius, YouTube (Mar. 8, 2018) at 20:15 |
| UCC-220 | | | Clip from Mar. 8, 2018 AMA - 19:19-20:36 |
| UCC-221 | | https://www.youtube.com/watch?v=H1n5g7uJyvQ | Celsius Network AMA - Ash Mashinsky Anthing! Nov. 26, 2019 at 44:40 and 3:45 |
| UCC-222 | | | Clip from Nov. 26, 2019 AMA - 2:59-3:07 |
| UCC-223 | | | Clip from Nov. 26, 2019 AMA - 44:20-45:15 |
| UCC-224 | | https://www.youtube.com/watch?v=p1ddcMgZXEY | Celsius AMA dated May 13, 2022 |
| UCC-225 | | https://www.youtube.com/watch?v=lPXHwWyJhTo | Crypto Archives, InvestAnswers interviews Alex Mashinsky, CEO of Celsius Live streamed June 1, 2022 |
| UCC-226 | | https://www.youtube.com/watch?v=GyRO_W-utXs | Celsius AMA dated June 10, 2022 |
| UCC-227 | | | Discord Screenshots |

| | | | |
|---|---|---|---|
| UCC-228 | D.E. 3580 | | Declaration of Maxwell Galka on Behalf of the Official Committee of Unsecured Creditors in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of the Celsius Network, LLC and its Debtor Affiliates |
| UCC-229 | D.E. 3659, Ex. A | | Supplemental Declaration of Maxwell Galka on Behalf of the Official Committee of Unsecured Creditors in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of the Celsius Network, LLC and its Debtor Affiliates |
| UCC-230 | D.E. 3584 | | Declaration of Mark Robinson in Support of Confirmation of the Joint Chapter 11 Plan of the Reorganization of Celsius Network LLC and its Debtor Affiliates |
| UCC-231 | | | Plea, *United States of America v. Roni Cohen-Pavon,* 1:23-cr-000347-JGK-2 (S.D.N.Y. September 13, 2023) |