Adrienne Woods, Esq.
Omid Zareh, Esq.
**Weinberg Zareh Malkin Price LLP**
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
Ph: (917) 447-4321
awoods@wzmplaw.com
ozareh@wzmplaw.com

*Counsel to Plaintiffs Georges Georgiou,*
*Philip Stewart, and Gilbert Castillo*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC, et al.[1] | (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPLICATION OF THE PENDING WITHDRAWAL AD HOC GROUP**
**PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4) FOR ALLOWANCE**
**AND PAYMENT OF PROFESSIONAL FEES AND EXPENSES**
**INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION**

**PLEASE TAKE NOTICE** that, a hearing on the Application of  Georges Georgiou, Philip

Stewart and Gilbert Castillo (collectively, the "Pending Withdrawal Ad Hoc Group") Pursuant to 11

U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses

Incurred in Making a Substantial Contribution (the "Application") will be held before the Honorable

Martin Glenn, Chief United States Bankruptcy Judge, on **October 24, 2023, at 10:00 a.m.**,

prevailing Eastern Time (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will take place in a hybrid fashion

both in person and via Zoom for Government.  Those wishing to participate in the Hearing in person

---

[1] Capitalized terms not otherwise defined herein are ascribed the meaning provided in the Complaint filed in Adversary
Proceeding No. 23-01016. [ECF Doc. No. 1]

may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. Those wishing to appear remotely at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m., prevailing Eastern Time, the business day before the hearing (i.e., on October 23, 2023).**

    **PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 10:00 a.m., prevailing Eastern Time on October 24, 2023, **must connect to the Hearing beginning at 9:00 a.m., prevailing Eastern Time on October 24, 2023**. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname, or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room" in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Application shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC*, No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served in accordance with the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] (the "Case Management Order") by October 16, 2023, at 4:00 p.m., prevailing Eastern Time, to (i) the entities on the Master Service List (as defined in the Case Management Order and available on the case website of the Debtors at https://cases.stretto.com/celsius) and (ii) any person or entity with a particularized interest in the subject matter of the Application.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Application.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of all pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: New York, New York
       October 3, 2023

WEINBERG ZAREH MALKIN PRICE, LLP


BY:   */s/ Adrienne Woods*
      Adrienne Woods, Esq.
      Omid Zareh, Esq.
      45 Rockefeller Plaza, 20th Floor
      New York, New York 10111
      (212) 332-3209
      awoods@wzmplaw.com
      ozareh@wzmplaw.com

      *Attorneys for Plaintiffs Georges Georgiou,*
      *Philip Stewart, and Gilbert Castillo*