Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:  (212) 446-4800  
Facsimile:  (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:  (312) 862-2000  
Facsimile:  (312) 862-2200  

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED[2] AGENDA FOR HEARING TO BE HELD**
**OCTOBER 5, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   October 5, 2023, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing")

Location of Hearing:   The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance Instructions:   The Hearing will be held in person before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] **Amended items appear in bold.**

Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.

With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend evidentiary hearings by Zoom. Any person or entity that is permitted to attend the hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances.

No testimony is expected during the Hearing. With the permission of the Court, the public, including members of the media, may dial-in to listen to the Hearing remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial-in to the hearing by using the audio platform must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on October 4, 2023).**

This change in practice reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023.

Copies of Motions:    A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I. Uncontested Matters.

1. **Motion to Seal Confidential Information**. Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Terms of the Coinbase Distribution Services Agreement [Docket No. 3482].

    Objection Deadline: October 2, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    (1)    Fourth Notice of Filing of Plan Supplement [Docket No. 3483].

2

    (2)    **Certificate of No Objection Regarding the Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Terms of the Coinbase Distribution Services Agreement [Docket No. 3711].**

    <u>Status</u>:    This matter is going forward.

2.    **Core Scientific Settlement**. Debtors' Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors and Core Scientific, (II) Authorizing Entry into the Purchase and Sale Agreement, (III) Authorizing Intercompany Transfers with Celsius Mining, and (IV) Granting Related Relief [Docket No. 3474].

    <u>Objection Deadline</u>: September 28, 2023, at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>: None.

    <u>Related Documents</u>:

    (1)    Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt [Docket No. 915].

    (2)    *Ex-Parte* Motion of Core Scientific, Inc. for Entry of an Order Authorizing Redaction of Certain Information and Filing of Certain Documents Under Seal Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9018-1 in Connection with Core Scientific, Inc.'s Forthcoming Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt and Core Scientific Inc.'s Motion Seeking Affirmative Relief [Docket No. 1130].

    (3)    Declaration of Todd Duchene in Support of Core Scientific, Inc.'s Motion for Entry of an Order Authorizing Redaction of Certain Information and Filing of Certain Documents Under Seal Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9018-1 in Connection with Core Scientific, Inc.'s Forthcoming Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt and Core Scientific Inc.'s Motion Seeking Affirmative Relief [Docket No. 1132].

    (4)    Order Authorizing Redaction of Certain Information and Filing of Certain Documents Under Seal Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9018-1 in Connection with Core Scientific, Inc.'s Forthcoming Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt and Core Scientific Inc.'s Motion Seeking Affirmative Relief [Docket No. 1133].

(5) Core Scientific, Inc.'s Objection to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt [Docket No. 1140].

(6) Declaration of Jeff Pratt in Support of Core Scientific, Inc.'s Opposition to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt [Docket No. 1141].

(7) Declaration of Monica Xia in Support of Core Scientific, Inc.'s Opposition to Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt [Docket No. 1142].

(8) Declaration of KC Mares [Docket No. 1143].

(9) Motion of Core Scientific, Inc. (I) to Compel Immediate Payment of Administrative Expenses and (II)(A) for Relief from Automatic Stay to Exercise Rights Under Master Services Agreement and Related Orders or (B) in the Alternative, to Compel Assumption or Rejection of Master Services Agreement and Related Orders [Docket No. 1144].

(10) Proposed Joint Stipulation and Agreed Amended Scheduling Order by and Among the Debtors, the Official Committee of Unsecured Creditors, and Core Scientific, Inc. with Respect to Schedule [Docket No. 1281].

(11) Joint Stipulation and Agreed Amended Scheduling Order by and Among the Debtors, the Official Committee of Unsecured Creditors, and Core Scientific, Inc. with Respect to Schedule [Docket No. 1283].

(12) Reservation of Rights of Core Scientific, Inc. and Core Scientific Operating Company Regarding (I) Voting Deadline and (II) Plan Confirmation Objection Deadline for Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtors Affiliates [Docket No. 3536].

(13) Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Debtors' Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors and Core Scientific, (II) Authorizing Entry into the Purchase and Sale Agreement, (III) Authorizing Intercompany Transfers with Celsius Mining, and (IV) Granting Related Relief [Docket No. 3565].

**Status**: This matter is going forward.

3. **Motion for Settlement with Walter Johnson**. Motion for Entry of an Order (I) Approving the Settlement by and Between the Debtors and Walter Johnson and (II) Granting Related Relief [Docket No. 3472].

Objection Deadline: September 28, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

(1) Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors in Support of the Debtors' Motion for Entry of an Order (I) Approving the Settlement by and Between the Debtors and Walter Johnson and (II) Granting Related Relief [Docket No. 3473].

**Status**: This matter is going forward.

II. **Withdrawn, Resolved, and Adjourned Matters**.

4. **Motion for Administrative Expense Claim**. Motion of Galaxy Digital Trading LLC for Allowance of Administrative Expense for Post-Petition Services [Docket No. 3378].

Objection Deadline: August 28, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1) Debtors' Objection to Motion of Galaxy Digital Trading LLC for Allowance of Administrative Expense for Post-Petition Services [Docket No. 3621].

Related Documents:

(1) Order Granting Motion for Allowance of Administrative Expense for Post-Petition Services [Docket No. 3475].

(2) Order Vacating Order Granting Motion for Allowance of Administrative Expense for Post-Petition Services [Docket No. 3491].

(3) Notice of Hearing on the Motion of Galaxy Digital Trading LLC for Allowance of Administrative Expense for Post-Petition Services Scheduled for October 5, 2023 [Docket No. 3497].

(4) Notice of Withdrawal of Motion of Galaxy Digital Trading LLC for Allowance of Administrative Expense for Post-Petition Services [Docket No. 3685].

**Status**: This matter shall not go forward as the motion was withdrawn.

5. **Motion to Issue Subpoenas**. Motion of Mawson Infrastructure Group, Inc., Luna Squares LLC, and Cosmos Infrastructure for Entry of an Order Pursuant to Fed.R.Civ.P. 60(b) Granting Relief from Order (I) Authorizing the Debtors to Issue Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 to

      Mawson Infrastructure Group In. [*sic*], Luna Squares, LLC, and Cosmos Infrastructure LLC and (II) Granting Related Relief [Docket No. 3197].

      Objection Deadline: August 31, 2023, at 4:00 p.m. (prevailing Eastern Time).

      Responses Received: None.

      Related Documents:

      (1)    Debtors' *Ex Parte* Motion for an Order Under Federal Rules of Bankruptcy Procedure 2004 and 9016 for Subpoenas for Examination of, and Production of Documents from, Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure LLC [Docket No. 3088].

      (2)    Order (I) Authorizing the Debtors to Issue Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 to Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure LLC and (II) Granting Related Relief [Docket No. 3091].

      (3)    Notice of Withdrawal of Rule 60(b) Motion [Dkt. No. 3197] [Docket No. 3160].

      (4)    Notice of Adjournment [Docket No. 3409].

      **Status**:    This matter shall not go forward as the motion was withdrawn.

6.   **Motion for Disgorgement of Fees**. United States Trustee's Motion for Order Directing Disgorgement of All Estate Funds Paid to Willis Towers Watson [Docket No. 2640].

      Objection Deadline: The initial objection deadline was June 21, 2023, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was then extended to July 26, 2023, at 4:00 p.m. (prevailing Eastern Time) and again to July 31, 2023, at 4:00 p.m. (prevailing Eastern Time).

      Responses Received: None.

      Related Documents:

      (1)    Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1392].

      (2)    Amended Notice of Presentment [Docket No. 1398].

      (3)    Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1444].

(4)     Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1446].

(5)     Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1556].

(6)     Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1613].

(7)     Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1679].

(8)     Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1703].

(9)     Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1706].

(10)     Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1771].

(11)     Memorandum Endorsed Order Approving Letter Request to Extend Deadline to Object to Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1774].

(12)     Willis Towers Watson US LLC's Objection to the Application of the United States Trustee for an Order Authorizing the United States Trustee to Conduct a 2004 Examination of Willis Towers Watson [Docket No. 1829].

(13)     Order (I) Authorizing the Issuance of Subpoena Duces Tecum and (II) an Order Compelling Willis Towers Watson to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004 [Docket No. 1928].

(14)     United States Trustee's Motion for Order to Show Cause Why the Debtors Should Not Retain Willis Towers Watson [Docket No. 2042].

 (15) Notice of Hearing for the United States Trustee's Motion for Order to Show Cause Why the Debtors Should Not Retain Willis Towers Watson [Docket No. 2044].

 (16) Order Directing Debtors to Show Cause Why They Should Not Retain Willis Towers Watson [Docket No. 2087].

 (17) Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Willis Towers Watson US LLC as Compensation Consultant, Effective as of July 13, 2022, and (II) Granting Related Relief [Docket No. 2726].

 (18) Notice of Adjournment [Docket No. 2850].

 (19) Notice of Adjournment [Docket No. 3001].

 (20) Notice of Adjournment [Docket No. 3094].

 (21) First Supplemental Declaration of Josephine Gartrell, Esq. in Support of Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Willis Towers Watson US LLC as Compensation Consultant, Effective as of July 13, 2022, and (II) Granting Related Relief [Docket No. 3252].

 (22) Order (I) Authorizing the Retention and Employment of Willis Towers Watson US LLC as Compensation Consultant, Effective as of July 13, 2022, and (II) Granting Related Relief [Docket No. 3460].

 **Status**: This matter shall not go forward as an order resolving the matter was entered.

7. **Celsius Network Limited v. Equities First Holdings, LLC et al. (Adv. Proc. No. 23-01167)**. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal the Adversary Complaint Against Equities First Holdings, LLC and Alexander Christy and Redact Certain Information Contained Therein and (II) Granting Related Relief [Docket No. 2].

Related Documents:

 (1) Complaint [Docket No. 1].

 (2) Summons and Notice of Pre-Trial Conference [Docket No. 3].

 **Status**: The Court has approved the adjournment of this matter to October 24, 2023, at 10:00 a.m. (prevailing Eastern Time) by agreement of the parties. An adjournment notice reflecting the same is forthcoming.

| | |
|---|---|
| New York, New York<br>Dated: October 4, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:           joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br>                     chris.koenig@kirkland.com<br>                     dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |