**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER (I) AUTHORIZING THE
### RETENTION AND EMPLOYMENT OF RSM US LLP AS
### INDEPENDENT AUDITOR FOR THE DEBTORS AND DEBTORS IN
### POSSESSION AS OF AUGUST 1, 2023, AND (II) GRANTING RELATED RELIEF

Upon the application (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") authorizing the Debtors to employ and retain RSM US LLP ("RSM") to provide independent audit services to the Debtors, effective as of August 1, 2023, pursuant to the terms and conditions set forth in the Engagement Letter, attached hereto as **Exhibit 1**, as more fully set forth in the Application; and upon the *Declaration of Howard Siegal in Support of the Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of RSM US LLP as Independent Auditor for the Debtors and Effective as of August 1, 2023, and (II) Granting Related Relief* (the "Siegal Declaration"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

Southern District of New York, entered February 1, 2012; and this Court having the power to enter

a final order consistent with Article III of the United States Constitution; and this Court having

found that venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408

and 1409; and it appearing that RSM does not hold or represent an adverse interest to the Debtors

or their estates and is disinterested under section 101(14) of the Bankruptcy Code; and this Court

having found that the relief requested in the Application is in the best interests of the Debtors'

estates, their creditors, and other parties in interest; and this Court having found that the Debtors'

notice of the Application and opportunity for a hearing thereon were appropriate under the

circumstances and no other notice need be provided; and this Court having reviewed the

Application; and this Court having determined that the legal and factual bases set forth in the

Application establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1.      The Application is granted as set forth herein.

2.      Pursuant to sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules

2014 and 2016, and Local Rules 2014-1 and 2016-1, the Debtors are authorized to employ and

retain RSM as audit services provider to the Debtors on the terms and conditions set forth in the

Application and the Engagement Letter, effective as of August 1, 2023.

3.      The terms and conditions the Engagement Letter, including the compensation

provisions, are reasonable terms and conditions of employment and are approved.

4.      RSM shall be compensated pursuant to sections 330 and 331 of the Bankruptcy

Code, the Bankruptcy Rules, the Local Rules, this Order, and any other applicable orders of this

Court.

5.      RSM shall include in its fee applications, among other things, contemporaneous time records setting forth a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors in one-tenth-hour increments.

6.      RSM is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

7.      RSM shall file monthly, interim, and final fee applications for the allowance of compensation for services rendered and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of this Court and consistent with the proposed compensation set forth in the Engagement Letter.  RSM's fixed fees pursuant to the Engagement Letter (and any supplemental Engagement Letters subsequently approved in these cases) shall be subject to the standard of review set forth in section 330 of the Bankruptcy Code.

8.      Notwithstanding anything to the contrary in the Application or the Engagement Letter, RSM will not charge the Debtors' estates for time spent preparing or reviewing any invoices or time records submitted in support of any fee application or monthly fee statement filed in these chapter 11 cases; *provided* that time spent on privilege analysis related to such fee applications or monthly fee statements may be compensable by the Debtors' estates; *provided*, *further* that RSM shall not seek reimbursement from the Debtors' estates for any fees incurred in defending any of their fee applications in these chapter 11 cases.

9.      RSM shall provide ten-business-days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the

Engagement Letter are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

10.     To the extent the Debtors and RSM enter into any additional engagement letters or statements of work, the Debtors will file such engagement letters or statements of work with the Court and serve such engagement letters or statements of work upon the U.S. Trustee, counsel for the Committee, and any party requesting notice under Bankruptcy Rule 2002. If any party objects to the additional services to be provided by RSM within fourteen days of such new engagement letters or statements of work being filed and served, the Debtors will promptly schedule a hearing before the Court. All additional services will be subject to the provisions of this Order. To the extent no related timely objections are filed, such additional engagement letters shall be deemed approved pursuant to this Order.

11.     In the event that, during the pendency of these chapter 11 cases, RSM seeks reimbursement for any attorneys' fees or expenses, the invoices and supporting time records from such attorneys shall be included in the respective fee applications, and such invoices and time records shall be in compliance with the Local Rules and subject to any U.S. Trustee Guidelines and Court approval under the standards of sections 330 and 331 of the Bankruptcy Code, without regard to whether such attorney has been retained under section 327 of the Bankruptcy Code.

12.     RSM will review its files periodically during the pendency of these chapter 11 cases to determine whether any disqualifying conflicts or other circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, RSM will use reasonable efforts to identify

4

such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

13.     Notwithstanding anything in the Application or the Engagement Letter to the contrary, RSM shall (i) to the extent that RSM uses the services of independent contractors, subcontractors, or employees of foreign affiliates or subsidiaries (collectively, the "Contractors") in these cases, pass-through the cost of such Contractors to the Debtors at the same rate that RSM pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflict checks as required for RSM; and (iv) shall file with the Court such disclosures required by Bankruptcy Rule 2014.

14.     To the extent that there may be any inconsistency between the terms of the Application, the Siegal Declaration, the Engagement Letter, and this Order, the terms of this Order shall govern.

15.     RSM shall use its reasonable efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

16.     The Debtors and RSM are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application.

17.     Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

18.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5

19.     This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated:  10/5/2023
         New York, New York

                              _____/s/ Martin Glenn_____
                                 MARTIN GLENN
                         Chief United States Bankruptcy Judge

## Exhibit 1

**Engagement Letter**

08-Aug-2023

August 4, 2023

Chris Ferraro, Interim CEO
Celsius Mining LLC
50 Harrison St. Suite 209F
Hoboken, NJ 07030

Attention: Chris Ferraro, Interim CEO

**The Objective and Scope of the Audit of the Financial Statements**

You have requested that RSM US LLP ("RSM", "we", "us", or "our"), audit the financial statements of Celsius Mining LLC (the "Company", "you", or "your"), which comprise the balance sheets as of December 31, 2022, 2021, and 2020, the related statements of operations, changes in equity (deficiency), and cash flows for the years then ending, and the related notes to the financial statements. Our audit will be conducted with the objective of our expressing an opinion on the financial statements. We are pleased to confirm our understanding of this audit engagement by means of this letter ("Engagement Letter"). Our acceptance of this engagement is subject to our satisfactorily completing our normal engagement acceptance procedures, including inquiry of your previous [auditors] [accountants]. We will notify you promptly if we become aware of anything during our acceptance procedures or review of audit documentation that results in our not being able to continue this engagement.

The objectives of our audit are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with auditing standards generally accepted in the United States of America ("GAAS") and the Public Company Accounting Oversight Board ("PCAOB") will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of controls.

**The Responsibilities of the Auditor**

We will conduct our audit in accordance with GAAS and PCAOB. Those standards require that we comply with applicable ethical requirements. As part of an audit conducted in accordance with GAAS and PCAOB, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, based on an understanding of the entity and its environment, the applicable financial reporting framework, and the entity's system of internal control, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion.

- Consider the entity's system of internal control in order to design audit procedures that are appropriate in the circumstances but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. However, we will communicate to you in writing concerning any significant deficiencies or material weaknesses in internal control relevant to the audit of the financial statements that we have identified during the audit.

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 2

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

- Conclude, based on the audit evidence obtained, whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for a reasonable period of time.

Because of the inherent limitations of an audit, together with the inherent limitations of controls, an unavoidable risk that some material misstatements may not be detected exists, even though the audit is properly planned and performed in accordance with GAAS and PCAOB.

We will also communicate to the Board of Directors (a) any fraud involving senior management and fraud (whether caused by senior management or other employees) that causes a material misstatement of the financial statements that becomes known to us during the audit, and (b) any instances of noncompliance with laws and regulations that we become aware of during the audit (unless they are clearly inconsequential), (c) various matters related to the entity's accounting policies and financial statements, and (d) should any arise, disagreements with management and other serious difficulties encountered in performing the audit.

If, for any reason, we are unable to complete the audit or are unable to form or have not formed an opinion, we retain the unilateral right to take any course of action permitted by professional standards, including declining to express an opinion or issue a report, or withdrawing from the engagement.

**The Responsibilities of Management and Identification of the Applicable Financial Reporting Framework**
Management is responsible for:

1. Identifying and ensuring that the Company complies with the laws and regulations applicable to its activities, and for informing us about all known violations of such laws or regulations, other than those that are clearly inconsequential;

2. The design and implementation of programs and controls to prevent and detect fraud, and for informing us about all known or suspected fraud affecting the entity involving management, employees who have significant roles in internal control, and others where the fraud could have a material effect on the financial statements; and

3. Informing us of its knowledge of any allegations of fraud or suspected fraud affecting the entity received in communications from employees, former employees, analysts, regulators, short sellers, vendors, customers or others.

The Board of Directors is responsible for informing us of its views about the risks of fraud within the entity, and its knowledge of any fraud or suspected fraud affecting the entity.

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 3

Our audit will be conducted on the basis that management and, when appropriate, those charged with governance acknowledge and understand that they have responsibility:

1. For the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP");

2. For adjusting the financial statements to correct material misstatements relating to accounts or disclosures and affirming to us in its representation letter that the effects of any uncorrected misstatements aggregated by us during the current engagement and pertaining to the latest period presented are immaterial, both individually and in the aggregate, to the financial statements taken as a whole.

3. To evaluate subsequent events through the date the financial statements are issued or available to be issued, and to disclose the date through which subsequent events were evaluated in the financial statements. Management also agrees that it will not conclude on subsequent events earlier than the date of the management representation letter referred to below;

4. For the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error; and

5. To provide us with:

    a. Access to all information of which management is aware that is relevant to the preparation and fair presentation of the financial statements such as records, documentation and other matters;

    b. Additional information that we may request from management for the purpose of the audit; and

    c. Unrestricted access to persons within the entity from whom we determine it necessary to obtain audit evidence.

As part of our audit process, we will request from management and, when appropriate, those charged with governance written confirmation concerning representations made to us in connection with the audit, including among other items:

1. That management has fulfilled its responsibilities as set out in the terms of this Engagement Letter; and

2. That it believes the effects of any uncorrected misstatements aggregated by us during the current engagement and pertaining to the latest period presented are immaterial, both individually and in the aggregate, to the financial statements taken as a whole.

**Shared Responsibilities for Independence**

We will maintain our independence in accordance with the standards of the American Institute of Certified Public Accountants ("AICPA"), the PCAOB and the rules and regulations of the Securities and Exchange Commission ("SEC"). The SEC's longstanding view that auditors and their audit clients have a shared responsibility for compliance with auditor independence rules has been reinforced in its October 16, 2020 final rule release, amending certain auditor independence requirements under Rule 2-01 of Regulation S-X ("Rule 2-01"). To enable RSM and the Company to each comply with Rule 2-01, you agree to instruct management to:

1. Implement and maintain policies and procedures to identify and monitor current and potential affiliates of the Company, as defined in Rule 2-01, including the nature, extent and other relevant

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 4

aspects of relationships and services between RSM or our associated entities, including members of our global network, and any such potential affiliates;

2.  Provide information with respect to current and potential affiliates, including ownership percentage and materiality assessments, to us on a quarterly basis, or more frequently upon request;

3.  Notify us of all planned transactions involving (i) changes in control of the Company or an investor obtaining a 20% or greater ownership in the Company or representation on the Company's Board of Directors, or (ii) investments of 20% or greater in or acquisitions of other entities by the Company, sufficiently in advance of their effective dates to enable the Company and RSM to identify and eliminate potential impermissible services and relationships between RSM or our associated entities and those potential subsidiaries or equity-method investees, prior to the effective dates.

Additionally, because it could impact our independence with respect to the Company if we or one of our associated entities were to provide certain non-audit services to the Company or its affiliates, and because we must obtain your approval before being engaged to provide audit or non-audit services to the Company and its subsidiaries, you agree to instruct management that the Company and its affiliates may not engage RSM or any of our associated entities to provide audit or non-audit services to the Company or any of its affiliates without first obtaining our written permission, and where required, your preapproval.

The SEC also broadly defines the accounting firm to include "all of the organization's departments, divisions, parents, subsidiaries, and associated entities, including those located outside of the United States." Our associated entities have been included in Exhibit A.

If the Company hires in a financial reporting oversight role a current or former partner, principal, or professional employee of RSM or our associated entities who serves or served as a member of the audit engagement team, our independence could be impacted. You agree to inform us prior to soliciting for employment or a position on your Board of Directors a current or former partner, principal, or professional employee of RSM or our associated entities so we may jointly assess the impact of the potential employment on our independence.

You also agree to inform all persons in a financial reporting oversight role (other than outside directors) that they and their immediate family members are not permitted to obtain tax services from RSM or our associated entities.

**Reporting**

We will issue a written report upon completion of our audit of the Company's financial statements. Our report will be addressed to the Board of Directors of the Company. Circumstances may arise in which our report may differ from its expected form and content based on the results of our audit. Depending on the nature of these circumstances, it may be necessary for us to modify our opinion, or add an emphasis-of-matter paragraph or other-matter paragraph to our auditor's report.

If circumstances arise relating to the condition of the Company's records, the availability of appropriate audit evidence or indications of a significant risk of material misstatement of the financial statements because of error, fraudulent financial reporting or misappropriation of assets which, in our professional judgment, prevent us from completing the audit or forming an opinion, we retain the unilateral right to take any course of action permitted by professional standards, including, but not limited to, declining to express an opinion or issue a report, or withdrawing from the engagement.

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 5

**Inclusion of Our Reports in Documents or Filings**

We understand that the Company intends to include our report in a Form 10 to be filed with the SEC and to make reference to us as experts. In the event we provide consent to such use of our report, not to be unreasonably withheld, the Company agrees to provide us with printer's proofs or masters of all such documents for our review and approval before printing, and with a copy of the final reproduced material for our approval before it is filed or distributed. The Company agrees to promptly supply us with any comment letter or other communication received from the SEC relating to the financial statements or other information with which our report has been associated and to provide us with a copy of the Company's proposed response for our review before such response is submitted.

The Company agrees that it will not include our reports, or otherwise make reference to us, in any document used in a public or private offering of equity or debt securities without first obtaining our written permission, not to be unreasonably withheld. Any such request is also a matter for which separate arrangements will be necessary. After obtaining our permission, the Company also agrees to provide us with printer's proofs or masters of such offering documents for our review and approval before printing, and with a copy of the final reproduced material for our approval before it is distributed, with each approval not to be unreasonably withheld. If, based on our review, we identify no material inconsistencies with our audit, or other misstatements of fact, we will promptly communicate in writing to the Company that we do not object to the inclusion of our report in the offering documents. In the event our auditor/client relationship has been terminated when the Company seeks such consent, we will be under no obligation to grant such consent or approval.

**The SEC requires electronic filing of certain information in connection with its Electronic Data Gathering, Analysis and Retrieval ("EDGAR") system. The Company agrees that before filing any document with which we are associated, in electronic format with the SEC or others, the Company will provide us with a printed or electronic copy of the information proposed to be filed. To the extent we grant permission to include our report, we will provide the Company with a signed copy of our report(s), consent(s) and/or other relevant documents after completing our review. These manually signed documents will authorize the use of our name prior to any electronic transmission by you. The SEC requires that you keep copies of these manually signed documents for a period of five years and provide them to the SEC upon request.**

**Quarterly Review Services**

We will perform a review of the interim financial information of the Company as of and for the end of each quarter in the year ending December 31, 2023 and for the corresponding periods of the year ended December 31, 2022 in accordance with the standards of the PCAOB. The objective of a review of interim financial information is to provide us with a basis for communicating whether we are aware of any material modifications that should be made to the interim financial information for it to conform to U.S. GAAP. The review will consist primarily of performing analytical procedures and making inquiries of persons responsible for financial and accounting matters. It is substantially less in scope than an audit conducted in accordance with the auditing standards of the PCAOB, the objective of which is the expression of an opinion on the financial statements. Accordingly, we will not express an opinion on the interim financial information.

A review includes obtaining sufficient knowledge of the Company's business and its internal control as it relates to the preparation of both annual and interim financial information to: (a) identify the types of potential material misstatements in the interim financial information and consider the likelihood of their occurrence, and (b) select the inquiries and analytical procedures that will provide us with a basis for communicating whether we are aware of any material modifications that should be made to the interim financial information for it to conform to U.S. GAAP.

A review is not designed to provide assurance on internal control over financial reporting or identify significant deficiencies or material weaknesses. It also is not designed, and cannot be relied upon, to

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 6

disclose errors, fraud or illegal acts, should any exist. However, we will communicate to management and the special committee of the board of Celsius Network Limited (the "Special Committee") any significant deficiencies or material weaknesses that come to our attention and any errors, fraud or illegal acts that come to our attention, unless they are clearly inconsequential.

Upon the completion of our review and prior to the filing of the Form 10 or any Form 10-Q, as applicable, we will meet with or otherwise discuss the results of our review with the Special Committee and a representative of financial management of the Company.

We will not issue a review report at the completion of our review. However, SEC regulations require that if the Company includes a representation in documents issued to stockholders, third parties or the SEC that we reviewed the interim information, then our written report must be included with these documents.

If, for any reason, we are unable to complete the interim reviews, we retain the unilateral right to take any course of action permitted by professional standards, including withdrawal from the engagement.

**Records and Assistance**
During the course of our engagement, we may accumulate records containing data that should be reflected in the Company's books and records. The Company will determine that all such data, if necessary, will be so reflected. Accordingly, the Company will not expect us to maintain copies of such records in our possession.

The assistance to be supplied by Company personnel, including the preparation of schedules and analyses of accounts, has been discussed and coordinated with Joel Block, CFO. The timely and accurate completion of this work is an essential condition to our completion of the audit and issuance of our audit report.

**Tax Services**
Our services under this Engagement Letter do not include services for tax return preparation, tax advice or representation in any tax matter. Nevertheless, we may discuss with you certain tax considerations or provide you with tax information that may be relevant to our audit services. Any such discussions or information would be based upon limited tax research, limited due diligence and limited analysis regarding the underlying facts. Because additional research or a more complete review of the facts could affect our analysis and conclusions, the information provided during these discussions should not be used as the basis for proceeding with any transaction or any tax return reporting. Separate arrangements need to be made for any tax services to be provided in connection with this audit engagement.

**Parties' Understandings Concerning Situation Around COVID-19**
To the extent any of the services described herein require a party to visit ("Visiting Party") the other party's facilities ("Host Party") in person, the Visiting Party agrees to comply with the Host Party's rules and regulations regarding COVID-19 safety protocols while on the Host Party's premises, provided the Visiting Party is made aware of such rules and regulations. Further, in the event any of the services described herein need to be suspended and/or rescheduled by a party due to the ongoing situation surrounding COVID-19, the party requesting the suspension or rescheduling of the services will provide the other party with prompt written notice of the foregoing. To the extent such suspension and/or rescheduling of the services impacts either the cost of the services or the ability of the Company or RSM to meet any deadlines or timeframes set forth herein, or both, the parties will document this in a written agreement mutually agreed upon and executed by both parties.

**Fees and Costs**
Our fees for the services described above are based upon the value of the services performed and the time required by the individuals assigned to the engagement plus directly billed expenses, including report processing, travel, meals, and fees for services from other professionals; provided that we will

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 7

receive prior written consent from the Company before incurring direct expenses that exceed $10,000 in the aggregate. Our fee estimate and completion of our work are based upon the following criteria:

1.   Anticipated cooperation from Company personnel

2.   Timely responses to our inquiries

3.   Timely completion and delivery of client assistance requests

4.   Timely communication of all significant accounting and financial reporting matters

5.   The assumption that unexpected circumstances will not be encountered during the engagement

If any of the aforementioned criteria are not met, then fees may increase. Interim billings will be submitted as work progresses and as expenses are incurred. Billings are due upon submission.

Our fees, for the following audit services, are estimated to be $995,000, billed on time and materials basis. This estimate is based on the criteria listed above, and may increase. In the event it appears that fees shall exceed that amount, prior written approval of the Company shall be obtained. This fee estimate excludes our audit services related to the Form 10 procedures, and the NewCo year-end audit. Each of these additional services will be billed separately and on a time and material basis.

| Audit services |
| --- |
| Audit of December 31, 2020 financial statements |
| Audit of December 31, 2021 financial statements |
| Audit of December 31, 2022 financial statements |
| Quarterly review of March 31, 2023 and 2022 financial statements |
| Quarterly review of June 30, 2023 and 2022 financial statements |
| Quarterly review of September 30, 2023 and 2022 financial statements |
| NewCo opening balance sheet audit |

All matters related to the Company's adoption of the new leases standard pursuant to ASC 842 will be accounted for and billed separately.

**Use of Subcontractors and Third-Party Products**
We may, in our sole discretion, use affiliates of ours or qualified third-party service providers, located within or outside the United States, to assist us in providing professional services to you. In such circumstances, it may be necessary for us to disclose Confidential Information (as such term is defined below) to them. In addition, if necessary to perform the services requested, we may arrange for one or more of the member firms of the RSM International Network (each an "RSM International Network Firm") to provide services to you outside of the United States. Those third-party service providers, affiliates of RSM, and RSM International Network Firms we use to assist us in providing services to you are collectively referred to herein as "Subcontractors." We may share your information, including Confidential Information, with our Subcontractors, within or outside of the United States; provided that such recipients are bound by written obligations of confidentiality that are as protective of your Confidential Information as the confidentiality terms set forth herein. You acknowledge and agree that: (i) our use of Subcontractors may involve the processing, input, disclosure, movement, transfer, and storage of your information and data outside of our technology infrastructure; and (ii) an RSM International Network Firm may also share

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 8

with us any information concerning you or your affiliates reasonably necessary for us to perform the services requested under this Engagement Letter. We will be responsible to you for the performance of our Subcontractors, solely as related to the services performed under this Engagement Letter, subject to all limitations and disclaimers set forth herein.

We also may provide services to you using certain third-party hardware, software, equipment, or products (collectively, "Third-Party Products" and each, individually, a "Third-Party Product"). You acknowledge that the use of a Third-Party Product may involve the processing, input, disclosure, movement, transfer, and storage of information provided by or on behalf of you to us, including Confidential Information and Personal Information, within the Third-Party Product's infrastructure and not ours. You further acknowledge that the terms of use and service, including, but not limited to, applicable laws, set forth in the end-user license, end-user subscription agreement, or other end-user agreement for such Third-Party Product (collectively, "EULA(s)") will govern all obligations of such licensor relating to data privacy, storage, recovery, security, and processing within such Third-Party Product's infrastructure, as well as, the service levels associated with such Third-Party Product. You hereby consent to the disclosure of your information, including your Confidential Information and Personal Information, to the licensors of such Third-Party Products for the purpose described herein.

To the extent RSM gives the Company access to a Third-Party Product in connection with the services contemplated herein, the Company agrees to comply with the terms of any applicable EULA for such Third-Party Product, and the Company shall be solely responsible for the improper use of a Third-Party Product or a violation of the applicable EULA for such Third-Party Product, by the Company, or any user to whom the Company grants access to such Third-Party Product.

You acknowledge that the use of Third-Party Products may be subject to limitations, delays, interruptions, errors, and other problems which are beyond our control, including, without limitation, internet outage or lack of availability related to updates, upgrades, patches, fixes, maintenance, or other issues. We will not be liable for any delays, delivery failures, or other losses or damages resulting from such issues. Nor will we be held responsible or liable for any loss, or unauthorized use or disclosure, of any information or data provided by you, including, without limitation, Personal Information provided by you, resulting from the use of a Third-Party Product.

**Use and Ownership; Access to Audit Documentation**
For the avoidance of doubt, the Audit Documentation for this engagement is the property of RSM. For the purposes of this Engagement Letter, the term "Audit Documentation" shall mean the confidential and proprietary records of RSM's audit procedures performed, relevant audit evidence obtained, other audit-related workpapers, and conclusions reached. Audit Documentation shall not include custom-developed documents, data, reports, analyses, recommendations, and deliverables authored or prepared by RSM for the Company under this Engagement Letter, or any documents belonging to the Company or furnished to RSM by the Company.

Review of Audit Documentation by a successor auditor or as part of due diligence is subject to applicable RSM policies, and will be agreed to, accounted for and billed separately. Any such access to our Audit Documentation is subject to a successor auditor signing an Access & Release Letter substantially in RSM's form. RSM reserves the right to decline a successor auditor's request to review our workpapers.

In the event we are required by government regulation, subpoena or other legal process to produce our documents or our personnel as witnesses with respect to our engagement for the Company, the Company will, so long as we are not a party to the proceeding in which the information is sought, reimburse us for our reasonable and documented professional time and expenses, as well as the reasonable and documented fees and expenses of our counsel, incurred in responding to such requests.

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 9

**Confidentiality**

RSM and the Company may, from time to time, disclose Confidential Information (as defined below) to one another. Accordingly, RSM and the Company agree as the recipient of such Confidential Information (the "Receiving Party") to keep strictly confidential all Confidential Information provided to it by the disclosing party (the "Disclosing Party") and use, modify, store, and copy such Confidential Information only as necessary to perform its obligations and exercise its rights under this Engagement Letter. Except as otherwise set forth herein, the Receiving Party may only disclose the Confidential Information of the Disclosing Party to its personnel, agents, and representatives who are subject to obligations of confidentiality at least as restrictive as those set forth herein and only for the purpose of exercising its rights and fulfilling its obligations hereunder. To avoid any doubt, RSM is permitted to disclose the Company's Confidential Information to RSM's personnel, agents, and representatives to provide the services or exercise its rights under this Engagement Letter or  for the purpose of maintaining compliance with applicable laws and professional, regulatory, and/or ethical standards.

As used herein, "Confidential Information" means, information in any form, oral, graphic, written, electronic, machine-readable or hard copy consisting of: (i) any nonpublic information provided by the Disclosing Party, including, but not limited to, all of its inventions, designs, data, source and object code, programs, program interfaces, know-how, trade secrets, techniques, ideas, discoveries, marketing and business plans, pricing, profit margins and/or similar information; (ii) any information that the Disclosing Party identifies as confidential; or (iii) any information that, by its very nature, a person in the same or similar circumstances would understand should be treated as confidential, including, but not limited to, this Engagement Letter.

As used herein, the term "Confidential Information" will not include information that: (i) is publicly available at the time of disclosure by the Disclosing Party; (ii) becomes publicly available by publication or otherwise after disclosure by the Disclosing Party, other than by breach of the confidentiality obligations set forth herein by the Receiving Party; (iii) was lawfully in the Receiving Party's possession, without restriction as to confidentiality or use, at the time of disclosure by the Disclosing Party; (iv) is provided to the Receiving Party without restriction as to confidentiality or use by a third party without violation of any obligation to the Disclosing Party; or (v) is independently developed by employees or agents of the Receiving Party who did not access or use the Disclosing Party's Confidential Information.

The Receiving Party will treat the Disclosing Party's Confidential Information with the same degree of care as the Receiving Party treats its own confidential and proprietary information, but in no event will such standard of care be less than a reasonable standard of care. The Receiving Party will promptly notify the Disclosing Party if it becomes aware that any of the Confidential Information of the Disclosing Party has been used or disclosed in violation of this Engagement Letter.

Notwithstanding anything stated to the contrary in this Engagement Letter, the Company consents to RSM: (i) using any information or data, including Confidential Information and Personal Information, provided by or on behalf of the Company, or otherwise obtained by RSM in connection with the services provided under this Engagement Letter, to provide the Company with professional services under any other professional services agreement the Company enters into or has entered into with RSM; and (ii) using any information or data provided by or on behalf of the Company, or otherwise obtained by RSM in connection with professional services provided by RSM under another professional service agreement RSM has entered into with the Company, including confidential, personal or other protected information, to provide the services under this Engagement Letter to the Company.

**Preexisting Nondisclosure Agreements**

In the event that the parties have executed a separate nondisclosure agreement, such agreement shall be terminated as of the effective date of this Engagement Letter and the terms of this Engagement Letter shall apply to the treatment of information shared by the parties hereto.

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 10

**Disclosure of Information for Evaluating Independence**

RSM is a member of the RSM International Network, a network of independent accounting firms. Each member of the RSM International Network is an independent accounting and advisory firm, each of which practices in its own right. Professional standards require RSM to evaluate auditor independence, taking into consideration both RSM's services to the Company and the Company's affiliates, as defined by Rule 2-01(f)(4) of Regulation S-X and any services to the Company and the Company's affiliates performed by other member firms of RSM International. To permit RSM to comply with these independence rules, the Company agrees that RSM may disclose to and discuss with RSM International and its member firms: (i) the name of any corporation, partnership, trust, limited liability company or other entity for whom RSM or any member of RSM International performs services; (ii) any affiliate relationships between those entities; and (iii) the nature of the services performed. This information will be used solely for the purpose of evaluating the independence of RSM and other RSM International Network Firms.

**Data Protection Compliance**

Our Privacy Policy ("Privacy Policy") is located on our website at https://rsmus.com/pages/rsm-us-privacy-policy.html. Our Privacy Policy may be amended from time to time in our sole discretion and without prior notice, and is hereby incorporated by reference into this Engagement Letter. You acknowledge that you have read and understand the Privacy Policy and agree to the practices as described therein.

Upon written request, but not more than annually during the term of this Engagement Letter, we will deliver to you a copy of our third-party provided SOC 2 report evidencing the operating effectiveness of our Information Technology ("IT") control environment. Our SOC 2 report and any information we disclose to you concerning our IT control environment shall constitute Confidential Information of RSM and shall be subject to the confidentiality obligations set forth in this Engagement Letter.

Prior to disclosing to us or our Subcontractors or granting us or our Subcontractors with access to your data, you will identify in writing any personal, technical, or other data provided or made accessible to us or our Subcontractors pursuant to this Engagement Letter that may be subject to heightened protections under applicable privacy, cybersecurity, export control, and/or data protection laws, including, but not limited to, protected health information pursuant to the Health Information Portability and Accountability Act of 1996 ("HIPAA"), classified or controlled unclassified information subject to the National Industrial Security Program Operating Manual ("NISPOM") or the Defense Federal Acquisition Regulation Supplement ("DFARS"), or data subject to Export Administration Regulations ("EAR") or International Traffic in Arms Regulations ("ITAR"). Unless otherwise expressly agreed upon and specified in writing by RSM and the Company, you shall not provide us or any of our Subcontractors with access to such data and you shall be responsible for the handling of all such data in connection with the performance of the services requested hereunder, including, but not limited to, the scrubbing, de-identification, de-aggregation, protection, encryption, transfer, movement, input, storage, migration, deletion, copying, processing, and modification of such data.

RSM and the Company acknowledge and agree that they may correspond or convey information and documentation, including Confidential Information and Personal Information, via various forms of electronic transmission, including, but not limited to, Third-Party Products, such as, email, FTP and cloud-based sharing and hosting applications (e.g., portals, data analytics tools, and helpdesk and support ticketing applications), and that neither party has control over the performance, operation, reliability, availability, or security of these electronic transmissions methods. Therefore, neither party will be liable for any loss, damage, expense, harm, disclosure or inconvenience resulting from the loss, delay, interception, corruption, unauthorized disclosure, or alteration of any electronic transmission where the party has used commercially reasonable efforts to protect such information. We offer our clients various platforms for the exchange of information. You hereby agree that you shall be bound by and comply with any and all user terms and conditions made available (whether by link, click-through, or otherwise) with respect to such platforms.

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 11


**Personal Information**

As used herein, the term "Personal Information" means any personal information, as may be defined by applicable privacy, data protection, or cybersecurity laws, that directly or indirectly identifies a natural person, and includes, but is not limited to, nonpublic, personally identifiable information such as Social Security numbers, Social Insurance numbers, driver's license numbers or state- or province-issued identification card numbers, and health information.

Each party agrees to transmit Personal Information consistent with applicable laws and any other obligations the respective party may have. We are permitted to use all such Personal Information to perform our obligations and exercise our rights under this Engagement Letter.

You represent and warrant that you have provided all notices and obtained all consents required under applicable data protection laws prior to your collection, use and disclosure to us or our Subcontractors of such Personal Information and shall take reasonable steps to ensure that such Personal Information does not include irrelevant or unnecessary information about individuals.

In the event the services provided hereunder involve Personal Information collected in Canada, you acknowledge that we or our Subcontractors performing services hereunder on our behalf may store, transfer, and/or process such Personal Information in locations and on servers located outside of Canada, including jurisdictions such as the United States whose data protection laws differ from those of Canada. As a result, such Personal Information may be subject to access requests from governments, courts, or law enforcement in those jurisdictions, including the United States, according to the laws in those jurisdictions. Subject to applicable laws in such other jurisdictions, we will use reasonable efforts to require that appropriate protections are in place to require our Subcontractors maintain protections on Personal Information collected in Canada that are equivalent to those that apply in Canada.

Upon your written request, we will enter into a mutually agreed upon agreement relating to the lawful cross-border transfer and processing of Personal Information.

Where we are acting as a service provider under the California Consumer Privacy Act and the California Privacy Rights Act, including as amended or replaced, and the associated regulations ("CCPA"), we (i) will not Sell or Share (as those terms are defined by the CCPA) any Personal Information received from the Company; (ii) will not retain, use, or disclose Personal Information to another business, person, or third party, except for the purpose of maintaining or providing the services or exercising our rights as specified in this Engagement Letter, including to provide Personal Information to advisers or sub-contractors to maintain or provide the services provided under this Engagement Letter, or to the extent such disclosure is required by law. At your written request, and at your cost, we shall reasonably assist you in addressing your obligations under the CCPA with regard to privacy rights requests related to your Personal Information held by us, directly resulting from our business relationship with you.  We reserve the right to decline such a request where, as determined in our sole discretion, the request for our assistance could violate or impair a Consumer's (as that term is defined by the CCPA) rights under the CCPA or another applicable law, regulation, or professional or ethical standard.  We certify that we understand and will comply with the requirements enumerated in (i) and (ii). For the avoidance of doubt, all permitted uses of Personal Information by service providers that are enumerated in the CCPA are understood to apply to the Personal Information processed by us.

We agree to maintain appropriate security measures to protect such Personal Information in accordance with applicable laws.

If we become aware of an unauthorized acquisition or use of Company-provided Personal Information, we will promptly inform you of such unauthorized acquisition or use as required by applicable laws and, upon

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 12

your written request, reasonably cooperate with you at your sole cost in support of any breach notification requirements as imposed upon you by applicable laws.

**Retention of Records**

We will return to you all original records you provide to us in connection with this engagement. Further, in addition to providing you with those deliverables set forth in this Engagement Letter, we will provide to you a copy of any records we prepare or accumulate in connection with such deliverables which are not otherwise reflected in your books and records without which your books and records would be incomplete. You have the sole responsibility for retaining and maintaining in your possession or custody all of your financial and nonfinancial records related to this engagement. We will not host, and will not accept responsibility to host, any of your records. We, however, may maintain a copy of any records of yours necessary for us to comply with applicable law and/or professional standards or to exercise our rights under this Engagement Letter. Any such records retained by us will be subject to the confidentiality obligations set forth herein and destroyed in accordance with our record retention policies.

**Termination**

Your failure to make full payment of any and all undisputed amounts invoiced in a timely manner constitutes a material breach for which we may refuse to provide deliverables and/or, upon written notice, suspend or terminate our services under this Engagement Letter. We will not be liable to you for any resulting loss, damage or expense connected with the suspension or termination of our services due to your failure to make full payment of undisputed amounts invoiced in a timely manner.  Our invoices will comply with all requirements under title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and any rules and orders promulgated by the United States Bankruptcy Court for the Southern District of New York in the chapter 11 cases captioned *In re Celsius Network LLC*, *et al.* (Case No. 22-10964).

You may terminate this Engagement Letter for any reason upon fifteen (15) days' prior written notice to us. In the event you terminate this engagement, you will pay us for all services rendered (including deliverables and products delivered), expenses incurred, and non-cancelable commitments made by us on your behalf through the effective date of termination.

Either party may terminate this Engagement Letter upon written notice if: (i) circumstances arise that in its judgment would cause its continued performance to result in a violation of law, a regulatory requirement, applicable professional or ethical standards, or, in the case of RSM, our client acceptance or retention standards; or (ii) if the other party is placed on a Sanctioned List (as defined herein), or if any director or executive of, or other person closely associated with such other party or its affiliate, is placed on a Sanctioned List.

We will not be responsible for any delay or failure in our performance resulting from acts beyond our reasonable control or unforeseen or unexpected circumstances, such as, but not limited to, acts of God, government or war, riots or strikes, disasters, fires, floods, epidemics, pandemics or outbreaks of communicable disease, cyberattacks, and internet or other system or network outages. At your option, you may terminate this Engagement Letter where our services are delayed more than 120 days; however, you are not excused from paying us for all amounts owed for services rendered and deliverables provided prior to the termination of this Engagement Letter.

When an engagement has been suspended at the request of management or those charged with governance and work on that engagement has not recommenced within 120 days of the request to suspend our work, we may, at our sole discretion, terminate this Engagement Letter without further obligation to you. Resumption of our work following termination may be subject to our client acceptance procedures and, if resumed, will require additional procedures not contemplated in this Engagement Letter. Accordingly, the scope, timing and fee arrangement discussed in this Engagement Letter will no

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 13

longer apply. In order for us to recommence work, the execution of a new Engagement Letter will be required.

The parties agree that those provisions of this Engagement Letter which, by their context, are intended to survive, including, but not limited to, payment, use and ownership, and confidentiality obligations, shall survive the termination of this Engagement Letter.

**Miscellaneous**

We may mention your name and provide a general description of the engagement in our client lists and marketing materials.

Notwithstanding anything stated to the contrary in this Engagement Letter, the Company acknowledges and consents that we also may utilize Confidential Information and Personal Information to (i) improve the quality of our services and offerings and/or (ii)  develop or perform internal data analysis or other insight generation. Information developed in connection with these purposes may be used  by us to provide services or offerings. We will not use  your Confidential Information or Personal Information in a way that would permit the Company or an individual to be identified by third parties without your prior written consent.

Our professional standards require that we perform certain additional procedures, on current and previous years' engagements, whenever a partner or professional employee leaves the firm and is subsequently employed by or associated with a client in a key position. Accordingly, you agree to compensate us for any additional costs incurred as a result of your employment of one of our partners, principals or employees.

Each party hereto affirms it has not been placed on a Sanctioned List (as defined below) and will promptly notify the other party upon becoming aware that it has been placed on a Sanctioned List at any time throughout the duration of this Engagement Letter. The Company shall not, and shall not permit third parties to, access or use any of the deliverables provided for hereunder, or Third-Party Products provided hereunder, in violation of any applicable sanctions laws or regulations, including, but not limited to, accessing or using the deliverables provided for hereunder or any Third-Party Products from any territory under embargo by the United States or Canada. The Company shall not knowingly cause RSM to violate any sanctions applicable to RSM. As used herein "Sanctioned List" means any sanctioned person or entity lists promulgated by the Office of Foreign Assets Control of the U.S. Department of the Treasury, the U.S. State Department, the Consolidated Canadian Autonomous Sanctions List, the United Nations Security Council, the European Union, and United Kingdom.

Nothing in this Engagement Letter shall limit the liability of RSM to the Company for any negligence, violation of applicable auditing standards, or other fault in the performance of audit procedures, whether at common law, under the federal securities laws, or pursuant to any applicable state law. Any term of this Engagement Letter that would be prohibited by or impair our independence under applicable law or regulation shall not apply, to the extent necessary only to avoid such prohibition or impairment.

**Notices**

Unless otherwise expressly agreed upon by the parties in this Engagement Letter, all notices required to be given hereunder will be in writing and addressed to the party at the business address provided in this Engagement Letter, or such other address as such party may indicate by a notice delivered to the other party. A copy of any legal notice (e.g., any claimed breach or termination of this Engagement Letter) sent by the Company to RSM shall also be sent to the following address: Office of the General Counsel, RSM US LLP, 200 South Wacker Drive, Suite 3900, Chicago, IL 60606. Except as otherwise expressly provided in this Engagement Letter, notices hereunder will be deemed given and effective: (i) if personally delivered, upon delivery; (ii) if sent by registered or certified mail or by overnight courier service with tracking capabilities, upon receipt; and, (iii) if sent by electronic mail (without indication of delivery failure),

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 14

at such time as the party that sent the notice receives confirmation of receipt, whether by read-receipt confirmation or otherwise.

## Governing Law

This Engagement Letter, including, without limitation, its validity, interpretation, construction, and enforceability, and any dispute, litigation, suit, action, claim, or other legal proceeding arising out of, from, or relating in any way to this Engagement Letter, any provisions herein, a report issued or the services provided hereunder, will be governed and construed in accordance with the laws of the State of Illinois, without regard to its conflict of law principles, and applicable U.S. federal law.

## Entire Agreement

This Engagement Letter constitutes the complete and exclusive statement of agreement between RSM and the Company and supersedes all prior agreements, understandings, and proposals, whether oral or written, relating to the subject matter of this Engagement Letter.

If any term or provision of this Engagement Letter is determined to be invalid or unenforceable, such term or provision will be deemed stricken, and all other terms and provisions will remain in full force and effect.

This Engagement Letter may be amended or modified only by a written instrument executed by both parties.

## Electronic Signatures and Counterparts

Each party hereto agrees that any electronic signature of a party to this Engagement Letter or any electronic signature to a document contemplated hereby (including any representation letter) is intended to authenticate such writing and shall be as valid, and have the same force and effect, as a manual signature. Any such electronically signed document shall be deemed (a) to be "written" or "in writing," (b) to have been signed and (c) to constitute a record established and maintained in the ordinary course of business and an original written record when printed from electronic files. Each party hereto also agrees that electronic delivery of a signature to any such document (via email or otherwise) shall be as effective as manual delivery of a manual signature. For purposes hereof, "electronic signature" includes, but is not limited to, (a) a scanned copy (as a "pdf" (portable document format) or other replicating image) of a manual ink signature, (b) an electronic copy of a traditional signature affixed to a document, (c) a signature incorporated into a document utilizing touchscreen capabilities or (d) a digital signature. This Engagement Letter may be executed in one or more counterparts, each of which shall be considered an original instrument, but all of which shall be considered one and the same agreement. Paper copies or "printouts," of such documents if introduced as evidence in any judicial, arbitral, mediation or administrative proceeding, will be admissible as between the parties to the same extent and under the same conditions as other original business records created and maintained in documentary form. Neither party shall contest the admissibility of true and accurate copies of electronically signed documents on the basis of the best evidence rule or as not satisfying the business records exception to the hearsay rule.

Please sign and return a copy of this Engagement Letter to indicate your acknowledgment of, and agreement with, the arrangements for our audit of the financial statements, including our respective responsibilities.

## Acknowledgement and Acceptance

Each party acknowledges that it has read and agrees to all of the terms and conditions contained herein. Each party and its signatory below represents that said signatory is a duly authorized representative of such party and has the requisite power and authority to bind such party to the undertakings and obligations contained herein.

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 15

**AGREED TO AND ACKNOWLEDGED BY:**

RSM US LLP

*Howie Siegal*                                                08-Aug-2023
ED5BEDA69FE1453...

Howie Siegal, Partner

Confirmed on behalf of Celsius Mining LLC:

_____*Chris Ferraro*_____          ___8/8/2023_____
Chris Ferraro, Interim Chief Executive Officer        Date
1315E92CCA0F408...

_____*Alan Carr*_____          ___8/8/2023_____
Alan Carr, Special Committee Member        Date
0DBFF0FF6164426...

**Exhibit A**
**List of RSM US LLP Associated Entities**

Birchtree Financial Services LLC
Risk & Regulatory Consulting, LLC
Rock River Insurance Company, LLC
RSM Canada Consulting LP
RSM Canada GP Inc.
RSM Canada Limited
RSM Canada Operations ULC
RSM Delivery Center (India) Private Limited
RSM US (Germany) GmbH
RSM US (Hong Kong) Limited
RSM US (UK) Ltd.
RSM Canada Holdco LLP
RSM US Consulting (Shanghai) Co. Ltd.
RSM US Insurance Agency Services LLC
RSM US International Holdco One LLC
RSM US International Holdco Two LLC
RSM US International Holdco Three LLC
RSM US International Services, Inc.
RSM US Mexico Consulting, S.C.
RSM Product Sales Holdings LLC
RSM US Product Sales LLC
RSM US SV. Ltda. de C.V.
Wise Consulting Associates, LLC
RSM Canada LLP
RSM US Foundation
RSM International and all of its member firms (attached – Exhibit B)

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 17

**Exhibit B**
**List of RSM US LLP Member Firms**

| Country | Name |
|---|---|
| Afghanistan | RSM Avais Hyder Liaquat Nauman, Afghanistan |
| Afghanistan | RSM Avais Hyder Liaquat Nauman (the RSM member firm in Pakistan) |
| Albania | RSM ALBANIA |
| Andorra | RSM Andorra Auditors i Assessors, SL |
| Argentina | RSM AR S.R.L. |
| Argentina | RSM Cuyo S.A. |
| Argentina | RSM Cordoba S.A. |
| Argentina | RSM Consult.AR S.A. |
| Argentina | RSM Paraguay S.A. |
| Argentina | Aprilstar S.A. |
| Australia | RSM Australia Pty Ltd |
| Australia | RSM Timor Unipessoal Lda |
| Australia | RSM Australia Tax Law Pty Ltd |
| Australia | RSM Digital Australia Pty Ltd |
| Australia | RSM Corporate Australia Pty Ltd |
| Australia | RSM Financial Services Australia Pty Ltd |
| Australia | RSM Australia Partners |
| Australia | BC Law Pty Ltd |
| Austria | RSM Austria Wirtschaftsprüfung GmbH |
| Austria | RSM Austria Steuerberatung GmbH |
| Austria | RSM Austria Immobilien GmbH |
| Austria | RSM Austria Global Employer Services GmbH |
| Austria | RSM Austria Consulting GmbH |
| Austria | RSM Austria Transaction Services Wirtschaftsprüfung GmbH |
| Austria | JPS Personalverrechnungs GmbH |
| Austria | RSM Austria Business Process Improvement Steuerberatung GmbH |
| Azerbaijan | RSM Azerbaijan LLC |
| Azerbaijan | RSM Azerbaijan Consulting Group LLC |
| Azerbaijan | RSM Azerbaijan Consulting and Technology LLC |
| Bahrain | RSM Bahrain |
| Bahrain | RSM Auditing and Consulting & Partners (based in Qatar) |
| Bahrain | Shams Sadeq AL Baharna Auditors and Consultants |
| Bangladesh | Masih Muhith Haque & Co.<br>Chartered Accountants |
| Bangladesh | RSM Bangladesh Consulting Ltd. |
| Belgium | RSM Belgium |
| Belgium | RSM InterICT SRL/BV |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 18

| | |
|---|---|
| Belgium | RSM InterTransactions SRL/BV |
| Belgium | RSM InterSustainability SRL/BV |
| Belgium | RSM Belgie |
| Belgium | RSM reviseurs d'entreprises - bedrijfsrevisoren SRL/BV |
| Belgium | RSM Belgique |
| Belgium | RSM InterTax |
| Belgium | RSM InterAudit SRL/BV |
| Belgium | RSM InterFiduciaire SRL/BV |
| Belgium | RSM België |
| Belgium | RSM InterPay |
| Belgium | RSM IT Advisory BVBA |
| Belgium | RSM Corporate Finance |
| Botswana | RSM Botswana |
| Botswana | RSM (Botswana) Consulting (Pty) Ltd |
| Botswana | RSM Botswana Software Proprietary Limited |
| Botswana | RSM (Botswana) Professional Services Proprietary Limited |
| Botswana | Royal Training Consultants (Pty) Ltd trading as Businesoft Sysems |
| Brazil | RSM Brasil BPO S/S |
| Brazil | RSM Brasil Corporate Consultores Ltda |
| Brazil | RSM Brasil Solution  Servicos de Apoio Administrativo |
| Brazil | RSM Brasil Consultores Associados Sociedade Simples Ltda |
| Brazil | RSM Brasil Auditores Independentes |
| Brazil | RSM Brasil BPS SP Servicos Contabeis Ltda |
| Brazil | RSM ACAL Auditores Independentes S/S |
| Brazil | RSM Brasil Tax Consultoria Empresarial Ltda |
| Brazil | Pollvo Licenciamento e Desenvolvimento de Software Ltda |
| Brazil | RSM ACAL Auditoria e Consultoria S/S |
| Brazil | EASY SIGN CERTIFICACAO DIGITAL LTDA. |
| Brazil | PORTAL SPED BRASIL E SERVICOS LTDA |
| Brazil | MVC CONSULTING AUDITORIA E CONSULTORIA LTDA |
| Brazil | RSM BRASIL SP BOT TECNOLOGIA LTDA |
| Brazil | ACCOUNT BANK TECNOLOGIA LTDA |
| Brazil | RSM Brasil Serviços Complementares Ltda. |
| Brazil | HUBCOUNT TECNOLOGIA LTDA |
| Brazil | RSM Brasil Consultoria Contabil e Tributaria Ltda |
| Bulgaria | RSM BG Ltd. |
| Canada | RSM Canada Alliance |
| Canada | RSM Canada LLP |
| Cayman Islands | RSM Cayman Ltd. |
| Cayman Islands | RSM Professional Services (Cayman) Ltd. |
| Channel Islands | RSM Channel Islands Group Limited |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 19

| | |
|---|---|
| Channel Islands | RSM (CI) Audit Limited |
| Channel Islands | RSM Jersey Limited |
| Channel Islands | RSM Channel Islands (Audit) Limited |
| Channel Islands | RSM Channel Islands Services Limited |
| Channel Islands | RSM Channel Islands Limited |
| Chile | RSM Chile SpA |
| Chile | RSM Chile Magnus Technology SPA |
| Chile | RSM Chile Auditores y Consultores SpA |
| Chile | Magnus Technology Services SpA |
| Chile | Auren Group SpA |
| China | RSM China CPA LLP - English name<br>容诚会计师事务所 Chinese name |
| China | RSM Xiamen Consulting Co., Ltd. / 厦门容诚企业咨询有限公司 |
| China | Anhui RSM Tax Ltd. 安徽容诚税务师事务所有限公司 |
| China | Jiangsu RSM Tax Ltd. / 江苏容诚税务师事务所有限公司 |
| China | RSM China (Liaoning) Certified Tax Agents Limited Corporation<br>(辽宁容诚税务师事务所有限公司) |
| China | Xiamen RSM Tax Ltd / 容诚税务师事务所(厦门)有限公司 |
| China | Suzhou RSM Tax Ltd. / 容诚(苏州)税务师事务所有限公司 |
| China | Shanghai RSM Tax Ltd. / 上海容诚税务师事务所有限公司 |
| China | RSM Shanghai Consulting Co., Ltd /上海容诚企业咨询有限公司 |
| China | RSM China (Shenzhen) Certified Tax Agents Limited Corporation<br>(容诚（深圳）税务师事务所有限公司) |
| China | RSM China (Beijing) Certified Tax Agents Limited Corporation<br>(容诚税务师事务所（北京）有限公司) |
| China | RSM China (Guangzhou) Certified Tax Agents Limited Corporation<br>(容诚税务师事务所（广州）有限公司) |
| China | RSM China (Guangxi) Certified Tax Agents Limited Corporation<br>(广西容诚税务师事务所有限公司) |
| China | RSM Consultants (Beijing) Co., Ltd (容诚咨询（北京）有限公司) |
| China | Xiamen Tianjian Zhida Tax Ltd. / 厦门天健致达税务师事务所有限公司 |
| China | Anhui Huapu Construction Cost Consultation Co., Ltd. |
| China | Liaoning Tianjian Construction Cost Consultation Co., Ltd. |
| China | Anhui Huapu Tax Consultation Co., Ltd |
| China | Accountstaff Hangzhou Co., Ltd |
| China | SBA Stone Forest Limited |
| China | SBA Stone Forest Corporate Advisory (Shanghai) Co. Ltd |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 20

| China | SBA Stone Forest HR Service (Shanghai) Co., Ltd |
| China | SBA Stone Forest CPA Co. Ltd |
| China | AG China (Shanghai) Pte Ltd |
| China | SBA Stone Forest CPA (Beijing) General Partnership |
| Colombia | RSM Colombia SAS |
| Colombia | RSM Colombia Auditores SAS |
| Colombia | RSM Colombia BPO & Consulting SAS |
| Colombia | RSM Colombia-BG SAS |
| Colombia | RSM Colombia-Tax & Legal SAS |
| Colombia | RSM Colombia-CA SAS |
| Costa Rica | RSM Costa Rica Audit Tax and Consulting Services Sociedad Anónima |
| Costa Rica | RSM Costa Rica Servicios Contables de San Jose, Limitada |
| Croatia | RSM Croatia d.o.o. |
| Cyprus | RSM Cyprus Limited |
| Cyprus | RSM Cyprus People Services Ltd |
| Czech Republic | RSM CZ a.s. |
| Czech Republic | RSM SK s. r. o. (based in Slovakia) |
| Czech Republic | RSM Technology CZ s.r.o. |
| Czech Republic | RSM Payroll Solutions CZ s.r.o. |
| Czech Republic | RSM Consulting SK s.r.o. (based in Slovakia) |
| Denmark | RSM Danmark Statsautoriseret Revisionspartnerselskab |
| Dominican Republic | RSM Dominicana, S.R.L. |
| Egypt | RSM Egypt |
| Egypt | RSM Egypt Training Academy |
| Egypt | RSM Egypt - Consulting and Financial Process Outsourcing |
| Egypt | RSM Egypt Financial Advisory |
| Egypt | RSM Egypt - Chartered Accountants Magdy Hashish & Partners |
| El Salvador | RSM El Salvador, Ltda. de C.V. |
| Eswatini | RSM Eswatini |
| Eswatini | RSM Eswatini Consulting (Proprietary) Limited |
| France | RSM France |
| France | CSC Limited |
| France | RSM NIMES |
| France | ALAIN MARTIN ET ASSOCIES |
| France | GIE RSM RHONE-ALPES |
| France | RSM Réunion Nord |
| France | GIE RSM PARIS |
| France | GIE RSM OUEST |
| France | GIE RSM EST |
| France | GIE RSM MEDITERRANEE |
| France | RSM OUEST AUDIT |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 21

| | |
|---|---|
| France | RSM EST |
| France | RSM PARIS Services |
| France | RSM PACA |
| France | RSM PARIS |
| France | RSM MEDITERRANEE |
| France | RSM Réunion Mayotte |
| France | RSM Mayotte Expertise |
| France | RSM RHONE-ALPES |
| France | RSM OUEST |
| France | RSM BEAUJOLAIS VAL DE SAONE |
| France | RSM PAYS DE SAVOIE |
| France | RSM NIGER |
| France | RSM HOLDING FRANCE |
| France | RSM GRENOBLE DAUPHINE |
| France | RSM GARD |
| France | RSM France RH |
| France | RSM Réunion Expertise |
| France | RSM Réunion Mayotte Audit |
| France | RSM Réunion Sud |
| France | GECIA EXPERTISE COMPTABLE |
| France | RSM OI EXPERTISE |
| France | RSM OI AUDIT |
| France | RSM OI MAYOTTE SAS |
| France | BusinessCool |
| France | RSM OM SUD |
| France | COMPTA CONSEILS EXPERTS ASSOCIÉS |
| France | RSM OM NORD |
| France | RSM OM SAS |
| Georgia | RSM Georgia LLC / არსემ საქართელო |
| Georgia | RSM Georgia Solutions LLC |
| Germany | RSM GmbH Wirtschaftsprüfungsgesellschaft Steuerberatungsgesellschaft |
| Germany | RSM Legal GmbH Rechtsanwaltsgesellschaft |
| Germany | RSM Risk Consulting Germany GmbH & Co. KG |
| Germany | RSM DE Technology & Management Consulting GmbH |
| Gibraltar | RSM Gibraltar Group |
| Gibraltar | RSM Gibraltar Limited |
| Gibraltar | RSM Fiduciary (Gibraltar) Limited |
| Gibraltar | RSM Audit (Gibraltar) Limited |
| Gibraltar | RSM Fund Services (Gibraltar) Limited |
| Greece | RSM Greece Certified Auditors and Management Consultants SA |
| Greece | RSM Greece Business Advisors Ltd. |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 22

| | |
|---|---|
| Guatemala | Orellana Sánchez, Sazo & Asociados, S.C |
| Guatemala | RSM Guatemala BPO, S.A. |
| Honduras | RSM Honduras, S. de R.L. de C.V. |
| Hong Kong | RSM Hong Kong |
| Hong Kong | RSM Corporate Advisory (Hong Kong) Limited |
| Hong Kong | RSM Tax Advisory (Hong Kong) Limited |
| Hong Kong | RSM Capital (Hong Kong) Limited |
| Hong Kong | RSM Consulting (Hong Kong)  Limited |
| Hungary | RSM Hungary Plc. |
| Hungary | RSM Connect Tax Hungary Ltd. |
| Hungary | RSM DTM International VAT Services Ltd. |
| Hungary | RSM Hungary Könyvvizsgáló Zrt. (RSM Hungary Auditing Priv. Co. Ltd.) |
| Hungary | RSM Audit Hungary Zrt. |
| Hungary | Nextum Kft. |
| Hungary | RSM Szűcs & Partnerei Ügyvédi Iroda |
| Hungary | Szűcs & Partnerei Ügyvédi Társulás |
| India | Suresh Surana & Associates LLP |
| India | RSM Astute Consulting Pvt. Ltd. |
| India | RSM Astute Consulting (Chennai) Pvt. Ltd. |
| India | RSM Astute Consulting India LLP |
| India | RSM Consulting India Pvt. Ltd. |
| India | RSM GC Advisory Services Pvt. Ltd. |
| India | Suresh | Surana & Associates |
| India | RSM Astute Consulting Ahmedabad LLP |
| India | RSM Astute Consultech Pvt. Ltd. |
| Indonesia | RSM Indonesia |
| Indonesia | Amir Abadi Jusuf, Aryanto, Mawar & Rekan, Registered Public Accountants |
| Indonesia | PT RSM Indonesia Konsultan |
| Indonesia | PT RSM Indonesia Mitradaya |
| Indonesia | PT RSM Indonesia Mitradana |
| Ireland | RSM Ireland Business Advisory Limited |
| Israel | RSM Shiff Hazenfratz & Co. |
| Israel | RSM Shiff Hazenfratz & Co. Control & Risk Management / שיף הזנפרץ ושות׳ RSMייעוץ, בקרה וניהול סיכונים |
| Italy | RSM Società di Revisione e Organizzazione Contabile S.p.A. |
| Italy | RSM Italy Tax Legal & Advisory Srl |
| Italy | RSM Italy Accounting Milano Srl |
| Italy | RSM Italy Corporate Finance S.r.l. |
| Italy | RSM Legal Italia STA a r.l. |
| Italy | RSM Italy M&A Advisory Srl |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 23

| Italy | RSM Italy Accounting Roma Srl |
|---|---|
| Italy | RSM Italy Scarl |
| Italy | RSM Studio Tributario e Societario – Roma |
| Italy | RSM Studio Tributario e Societario – Milano |
| Italy | RSM Studio Palea Lauri Gerla - Milano |
| Italy | RSM Studio Palea Lauri Gerla Holding Srl |
| Italy | RSM Italy Tax & Advisory S.R.L. |
| Italy | RSM Studio Palea Lauri Gerla - Roma |
| Japan | RSM Seiwa (English name)<br>RSM 清和監査法人 |
| Japan | RSM Japan Tax Co. |
| Japan | RSM Shiodome Partners Limited<br>RSM式 汐留パートナーズ株式会社 |
| Japan | RSM Shiodome Partners SR Co.<br>RSM 汐留パートナーズ社会保険労務士法人 |
| Japan | RSM Shiodome Partners JS Co.<br>RSM 汐留パートナーズ司法書士法人 |
| Japan | Shiodome Business Solutions Limited<br>汐留ビジネスソリューションズ株式会社 |
| Japan | RSM Shiodome Partners Tax Co.<br>RSM 汐留パートナーズ税理士法人 |
| Japan | RSM Seiwa Consulting Co., Ltd / RSM清和コンサルティング株式会社） |
| Japan | Shiodome Partners (Philippines) Inc. |
| Japan | RSM Shiodome Partners AS Co.<br>RSM 汐留パートナーズ行政書士法人 |
| Japan | Shiodome Partners JS Co.<br>汐留パートナーズ司法書士法人 |
| Japan | Shiodome Partners AS Co.<br>汐留パートナーズ行政書士法人 |
| Japan | Shiodome Partners SR Co.<br>汐留パートナーズ社会保険労務士法人 |
| Japan | Shiodome Partners Tax Co.<br>汐留パートナーズ税理士法人 |
| Japan | Shiodome Partners Limited<br>汐留パートナーズ株式会社 |
| Japan | Seiwa Consulting Co., ltd / (清和コンサルティング株式会社) |
| Jordan | Arabian Professional Group / (المجموعة المهنية العربية) |
| Jordan | Integrated Consulting Services / (الخدمات الاستشارية المترابطة) |
| Kazakhstan | TOO "RSM Qazaqstan" |
| Kazakhstan | TOO "RSM Qazaqstan Advisory" |
| Kazakhstan | RSM Kazakhstan Partnership |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 24

| | |
|---|---|
| Kenya | RSM Eastern Africa LLP |
| Kenya | RSM Eastern Africa, Tanzania |
| Kenya | RSM (Eastern Africa) Consulting Ltd., Kenya |
| Kenya | RSM Eastern Africa, Uganda |
| Kenya | RSM (Eastern Africa) Consulting Ltd., Tanzania |
| Kenya | RSM (Eastern Africa) Consulting Ltd., Uganda |
| Korea (Republic of) | Shinhan Accounting Corporation |
| Kosovo | RSM Kosovo Sh.p.k. |
| Kosovo | RSM Kosovo Consulting SH.P.K. |
| Kosovo | RSM Albania |
| Kuwait | RSM Albazie & Co. |
| Kuwait | RSM Al Bazie Management Consulting & Economic Company WLL (also known as RSM Albazie Consulting W.L.L.) |
| Kyrgyzstan | RSM KGZ Limited Liability Company («РСМ КейДжиЗет» Жоопкерчилиги чектелген коому ) |
| La Reunion | RSM Réunion Audit |
| La Reunion | RSM OI Audit |
| Lebanon | RSM Lebanon |
| Luxembourg | RSM Tax & Accounting Luxembourg |
| Luxembourg | RSM Fund Management Luxembourg |
| Luxembourg | RSM Financial Services Luxembourg |
| Luxembourg | RSM Cosal Luxembourg |
| Luxembourg | RSM Audit Luxembourg, société à responsabilite limitee |
| Macedonia (Republic of North) | RSM MAKEDONIJA DOOEL Skopje / РСМ МАКЕДОНИЈА ДООЕЛ Скопје |
| Macedonia (Republic of North) | RSM IT MAKEDONIJA DOOEL Skopje. (РСМ ИТ МАКЕДОНИЈА ДООЕЛ Скопје) |
| Macedonia (Republic of North) | Lawyer Iva Hot Skopje - Адвокат Ива Хот Скопје |
| Malaysia | RSM Malaysia PLT |
| Malaysia | RSM BPO (Malaysia) Sdn. Bhd. |
| Malaysia | RSM Outsourcing (Malaysia) Sdn. Bhd. |
| Malaysia | RSM IT Solutions (Malaysia) Sdn. Bhd. |
| Malaysia | RSM IT Capital (Malaysia) Sdn. Bhd. |
| Malaysia | RKT Tax Services (KL) Sdn. Bhd. |
| Malaysia | RSM RKT Group Sdn. Bhd. |
| Malaysia | RSM Tax Consultants (Malaysia) Sdn. Bhd. |
| Malaysia | RKT Tax Consultants Sdn. Bhd. |
| Malaysia | RKT Tax Services Sdn. Bhd. |
| Malaysia | RSM SBA (Malaysia) Sdn. Bhd. |
| Malaysia | RSM Corporate Restructuring (Malaysia) Sdn. Bhd. |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 25

| | |
|---|---|
| Malaysia | RSM Corporate Consulting (Malaysia) Sdn. Bhd. |
| Malaysia | RSM Corporate Strategies (Malaysia) Sdn. Bhd. |
| Malaysia | RSM Corporate Advisory (Malaysia) Sdn. Bhd. |
| Malaysia | RSM Malaysia |
| Malaysia | Quest BPO Sdn Bhd |
| Malaysia | PayrollServe Malaysia Sdn Bhd |
| Malaysia | Stone Forest Malaysia Sdn Bhd |
| Malta | RSM Malta |
| Malta | RSM Malta Talent Management Services Limited |
| Malta | RSM Malta Advisory Limited |
| Malta | RSM Malta VFA Limited |
| Mauritius | RSM (Mauritius) Consulting Ltd. |
| Mauritius | RSM (Mauritius) LLP |
| Mauritius | RSM (Mauritius) |
| Mayotte | RSM Mayotte |
| Mayotte | RSM OI MAYOTTE SAS |
| Mexico | RSM Mexico Bogarín S. C. |
| Mexico | Personal Especializado UTIL SA de CV |
| Mexico | Util Soluciones en Recursos Humanos S.A. de Cv. |
| Mexico | Grupo de Trabajo SAC S de RL de CV |
| Mexico | RSM MX SERCORP CDMX 1, S.C. |
| Mexico | Servicio y Mantenimiento H8 SA de CV |
| Mexico | CONTADORES FPA, S.C. |
| Mexico | Knoa Software Latin America ( is in the process of changing its name to Tecnología Avanzada MSM SA de CV) |
| Mexico | WITT RGA CONSULTORES, S.C. |
| Morocco | RSM Morocco |
| Mozambique | RSM Moçambique, Lda. |
| Netherlands | RSM Netherlands Holding N.V. |
| Netherlands | RSM Netherlands Corporate Finance B.V. |
| Netherlands | RSM Netherlands Technology Consulting B.V. |
| Netherlands | RSM Nederland Interim Services N.V. |
| Netherlands | RSM Netherlands (VAT Services) B.V |
| Netherlands | RSM Netherlands Business Consulting Services B.V. |
| Netherlands | RSM Netherlands Audit B.V. |
| Netherlands | RSM Netherlands Loonadviesgroep B.V. |
| Netherlands | RSM Netherlands Financial Advisory Services B.V. |
| Netherlands | RSM Netherlands Evaluent B.V. |
| Netherlands | RSM Netherlands Belastingadviseurs N.V. |
| Netherlands | RSM Netherlands (GRC) Consultancy B.V. |
| Netherlands | RSM Netherlands Due Diligence Services B.V. |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 26

| Netherlands | RSM Netherlands Accountants N.V. |
| Netherlands | RSM Netherlands IT Audit B.V. |
| Netherlands | RSM Nederland Holding N.V. |
| Netherlands | RSM Netherlands Consultancy B.V. |
| Netherlands | RSM Bedrijfsfinancieringen B.V. |
| Netherlands | RSM Nederland Risk Advisory Services B.V. |
| Netherlands | RSM Loonadviesgroep B.V. |
| Netherlands | RSM Financial Advisory Services B.V. |
| Netherlands | RSM Evaluent BV |
| Netherlands | D.V.A.T.S  B.V. |
| New Zealand | RSM New Zealand Group Limited |
| New Zealand | RSM New Zealand (Auckland North) |
| New Zealand | RSM Hades Trustee Limited |
| New Zealand | RSM New Zealand (Auckland) |
| New Zealand | RSM Hayes Audit |
| New Zealand | RSM Hayes Audit Ltd |
| New Zealand | RSM New Zealand Auckland (North) Limited |
| New Zealand | RSM New Zealand (Auckland) Limited |
| New Zealand | RSM Mercer Family Trustee Limited |
| Nicaragua | RSM Nicaragua, S.A |
| Niger | RSM NIGER |
| Norway | RSM Norge AS |
| Norway | RSM Norge Kompetanse AS |
| Norway | RSM Advokatfirma AS |
| Oman | George Mathew LLC |
| Pakistan | Avais Chartered Accountants |
| Pakistan | Avais Hyder Liaquat Nauman (based in Afghanistan) |
| Pakistan | RSM Avais Hyder Liaquat Nauman |
| Pakistan | RSM Pakistan (Pvt.) Limited |
| Panama | RSM Panama, S.A. |
| Paraguay | RSM Paraguay S.A. |
| Paraguay | Aprilstar S.A. |
| Peru | RSM PERU S.A.C. |
| Peru | Panez, Chacaliaza & Asociados S.C.R. Ldta. |
| Philippines | Reyes Tacandong & Co. |
| Poland | RSM Poland Audyt Sp. z o.o. |
| Poland | RSM Poland Technology Sp. z o.o. |
| Poland | RSM Poland Legal Sp. z o.o. |
| Poland | RSM Poland Fiscal Representation Sp. z o.o. sp. K |
| Poland | RSM Poland Sp. z o.o. |
| Poland | RSM Poland Fiscal Representation Sp. z o. o. |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 27

| | |
|---|---|
| Poland | RSM Poland Spółka z ograniczoną odpowiedzialnością spółka komandytowa (RSM Poland sp. z o.o. sp. k.) |
| Poland | RSM Poland Spółka Doradztwa Podatkowego S.A. |
| Portugal | RSM & Associados - Sroc, Lda |
| Portugal | RSM Audiconsulte - Consultoria, Lda |
| Puerto Rico | RSM Puerto Rico |
| Puerto Rico | Vila del Corral y Compañía S.A. |
| Puerto Rico | RSM Dominicana, S. R. L. |
| Qatar | RSM Auditing and Consulting & Partners |
| Qatar | Shams Sadeq AL Baharna Auditors and Consultants |
| Romania | RSM Romania SRL |
| Saudi Arabia | RSM Allied Accountants Professional Services Company المهنيه شركة المحاسبون المتحدون للاستشارات |
| Saudi Arabia | R.S.M. Technology for information technology company شركة ار اس ام تكنولوجي لتقنية |
| Serbia | RSM Serbia d.o.o. Beograd |
| Serbia | RSM Advisory d.o.o. Beograd |
| Singapore | RSM Chio Lim LLP |
| Singapore | Stone Forest Pte Ltd |
| Singapore | Pactech Engineering Pte Ltd |
| Singapore | Stone Forest CorpServe Pte Ltd |
| Singapore | SF Consulting Pte Ltd |
| Singapore | RSM Tax Pte Ltd |
| Singapore | RSM Risk Advisory Pte Ltd |
| Singapore | RSM Corporate Advisory Pte Ltd |
| Singapore | Stone Forest Accountserve Pte Ltd |
| Singapore | Stone Forest IT Pte Ltd |
| Singapore | SBA Stone Forest (China) Pte Ltd |
| Slovakia | RSM SK s. r. o. |
| Slovakia | RSM Consulting SK s. r. o. |
| South Africa | RSM SA Consulting (Pty) Ltd |
| South Africa | RSM South Africa Inc. |
| South Africa | RSM SA Trustees (Pty) Limited |
| Spain | RSM Spain Professional Corporation S.L.P. |
| Spain | RSM Spain Consultores, S.L. |
| Spain | WHERE2RETAIL, LDA |
| Spain | RSM Spain Corporate Finance, SL |
| Spain | RSM Spain Servicios Administrativos, SL |
| Spain | RSM Spain Asesores Legales y Tributarios, SLP |
| Spain | RSM Andorra Auditors i Assessors, SL |
| Spain | RSM Spain Auditores, SLP |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 28

| Spain | RSM Spain Holding Company, SL |
|---|---|
| Spain | RSM Spain Holding Company SL |
| Sweden | RSM Sverige AB |
| Sweden | RSM Göteborg AB |
| Sweden | RSM Stockholm Holding AB |
| Sweden | RSM Roslagen AB |
| Sweden | RSM Göteborg KB |
| Sweden | RSM Stockholm AB |
| Switzerland | RSM Switzerland AG |
| Switzerland | RSM Audit Switzerland SA |
| Switzerland | RSM Swiss KMU GmbH |
| Switzerland | PASCAL SIGRIST TREUHAND GmbH |
| Taiwan | RSM Taiwan (English name)<br>廣信益群聯合會計師事務所(Chinese name) |
| Taiwan | 廣益管理顧問股份有限公司/ Kwang-I Management Consulting Co. |
| Tajikistan | RSM Tajikistan LLC / Ҷамъияти дорои масъулияти махдуди «РСМ Тоҷикистон» (ҶДММ «РСМ Тоҷикистон») |
| Tajikistan | RSM KGZ Limited Liability Company<br>«РСМ КейДжиЗет» Жоопкерчилиги чектелген коому<br>Общество с ограниченной ответственностью «РСМ КейДжиЗет» |
| Tajikistan | RSM Outsource Tajikistan LLC / Ҷамъияти дорои масъулияти махдуди «РСМ Аутсорс Тоҷикистон» (ҶДММ «РСМ Аутсорс Тоҷикистон») |
| Tajikistan | RSM Legal Tajikistan LLC / Ҷамъияти дорои масъулияти махдуди «РСМ Лигал Тоҷикистон» (ҶДММ «РСМ Лигал Тоҷикистон») |
| Tanzania | RSM Eastern Africa, Tanzania |
| Thailand | RSM (Thailand) Limited |
| Thailand | RSM Audit Services (Thailand) Limited |
| Thailand | RSM Recruitment (Thailand) Limited |
| Turkey | RSM TURKEY YEMİNLİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Turkey | RSM TURKEY DANIŞMANLIK VE YEMİNLİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Turkey | RSM TURKEY KURUMSAL DANIŞMANLIK ANONİM SİRKETİ |
| Turkey | RSM TURKEY ULUSLARARASI BAĞIMSIZ DENETİM ANONİM |
| Turkey | RSM TURKEY SERBEST MUHASEBECİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Turkey | ARKAN ERGIN ULUSLARARASI BAGIMSIZ DENETIM ANONİM ŞİRKETİ |
| Turkey | ARKAN ARKAN YEMİNLİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Turkey | ARKAN ERGIN KURUMSAL DANISMANLIK ANONİM ŞİRKETİ |
| Turkey | ARKAN ERGIN SERBEST MUHASEBECİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Turkey | ARKAN ERGIN YEMİNLİ MALİ MÜŞAVİRLİK ANONİM ŞİRKETİ |
| Uganda | RSM Eastern Africa, Uganda |
| Ukraine | "RSM UKRAINE" Limited Liability Company |
| Ukraine | "RSM UKRAINE AUDIT" LIMITED LIABILITY COMPANY |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 29

| Ukraine | "RSM UKRAINE SERVICE" Limited Liability Company |
| --- | --- |
| United Arab Emirates | RSM Dahman Auditors |
| United Arab Emirates | RSM AE Technology L.L.C. |
| United Arab Emirates | RSM Dahman Management Consultancy |
| United Arab Emirates | RSM Dahman Accountants LLP |
| United Kingdom | RSM UK Group LLP |
| United Kingdom | RSM UK Foundation |
| United Kingdom | RSM UK Consulting Solutions Limited |
| United Kingdom | RSM UK Legal LLP |
| United Kingdom | RSM UK Executive Services LLP |
| United Kingdom | RSM UK PBT Trustee Limited |
| United Kingdom | RSM UK SIP Trustees Limited |
| United Kingdom | RSM UK Audit LLP |
| United Kingdom | RSM UK Pension Trustees Limited |
| United Kingdom | RSM UK Creditor Solutions LLP |
| United Kingdom | RSM UK Holdings Limited |
| United Kingdom | RSM Northern Ireland (UK) Limited |
| United Kingdom | RSM & Co (UK) Limited |
| United Kingdom | RSM UK Tax and Advisory Services LLP |
| United Kingdom | RSM UK Tax and Accounting Limited |
| United Kingdom | RSM UK Risk Assurance Services LLP |
| United Kingdom | RSM UK Restructuring Advisory LLP |
| United Kingdom | RSM UK Management Limited |
| United Kingdom | RSM UK Corporate Finance LLP |
| United Kingdom | RSM UK Consulting LLP |
| United Kingdom | RSM UK Employer Services Limited |
| United Kingdom | Baker Tilly Executive Services Limited |
| United Kingdom | Baker Tilly Creditor Services LLP |
| United Kingdom | RSM Employer Services Limited |
| United Kingdom | First Hosted Limited (FHL) |
| United Kingdom | RSM Pension Trustees Limited |
| United Kingdom | RSM Restructuring Advisory LLP |
| United Kingdom | RSM Legal LLP |
| United Kingdom | RSM Risk Assurance Services LLP |
| United Kingdom | RSM Tax and Advisory Services LLP |
| United Kingdom | RSM Corporate Finance LLP |
| United States of America | RSM US LLP |
| United States of America | RSM US Alliance |
| United States of America | RSM Delivery Center (India) Pvt. Ltd. |
| United States of America | RSM US (Germany) GmbH |
| United States of America | RSM US (Hong Kong) Limited |

Chris Ferraro, Interim CEO
Celsius Mining LLC
August 4, 2023
Page 30

| | |
|---|---|
| United States of America | RSM US (UK) Ltd. |
| United States of America | RSM US Product Sales LLC |
| United States of America | RSM US Canada Holdco LLP |
| United States of America | RSM Canada Operations ULC |
| United States of America | RSM Canada Consulting LP |
| United States of America | RSM Canada Limited |
| United States of America | RSM US SV, Ltda. de C.V. |
| United States of America | RSM US Consulting (Shanghai) Co. Ltd./罗绅美商务咨询（上海）有限公司 |
| United States of America | RSM Canada GP Inc. |
| United States of America | RSM US International Holdco One LLC |
| United States of America | RSM US International Holdco Two LLC |
| United States of America | RSM US Product Sales Holdings LLC |
| United States of America | RSM US International Services, Inc. |
| United States of America | RSM US International Holdco Three LLC |
| United States of America | RSM US Mexico Consulting, S.C. |
| United States of America | Risk & Regulatory Consulting, LLC |
| Uruguay | RSM Uruguay S.A. |
| Uruguay | RSM Paraguay S.A. |
| Uruguay | RSM Corporate Uruguay S.A. |
| Uruguay | Aprilstar S.A. |
| Venezuela | RSM Venezuela |
| Vietnam | RSM Vietnam Auditing and Consulting Co., Ltd |
| Zambia | RSM Zambia Chartered Accountants |