Dear Honorable Judge Martin Glenn,

The debtor's Counsel has clarified the matter raised with reference to my prior section 1127(a) motion and I consider this clarified.

I hereby withdraw my motion to review a section 1127(a)

Thank you,

Dimitry Kirsanov, Pro Se

/s/Dimitry Kirsanov