**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 3665, 3666, and 3686 |

## <u>CERTIFICATE OF SERVICE</u>

    I, Carol A. Weiner, counsel at the law firm of Venable LLP, hereby certify that, on

October 2, 2023, I caused a true and correct copy of the *Notice of Application of Ignat Tuganov*

*for Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and*

*Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a*

*Substantial Contribution to these Cases* [Dkt. No. 3665] (the "<u>Notice</u>") and *Application of Ignat*

*Tuganov for Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for*

*Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary*

*Expenses in Making a Substantial Contribution to these Cases* [Dkt. No. 3666] (the "<u>Substantial</u>

<u>Contribution Application</u>") to be served via the Court's CM/ECF system and by electronic mail

in accordance with the *Second Amended Final Order (I) Establishing Certain Notice, Case*

*Management, And Administrative Procedures, And (II) Granting Related Relief* [Dkt. No. 2560]

(the "<u>Case Management Order</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

I further certify that, on October 3, 2023, I caused a true and correct copy of the *Amended Notice of Application of Ignat Tuganov for Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to these Cases* [Dkt. No. 3686] (the "Amended Notice") to be served via the Court's CM/ECF system and by electronic mail in accordance with the Case Management Order.

I further certify that, on October 5, 2023, I caused a true and correct copy of the Notice, the Amended Notice, and the Substantial Contribution Application to be served by first-class USPS mail on entities whose email addresses are not available.

Dated: New York, New York
       October 5, 2023

VENABLE LLP

By:    */s/ Carol A. Weiner*
       Carol A. Weiner
       151 West 42nd St.
       New York, New York 10036
       Telephone: (212) 503-0675
       Facsimile: (212) 307-5598
       Email: CWeinerLevy@venable.com