OFFIT KURMAN, P.A.
Joyce A. Kuhns (*pro hac vice*)
1954 Greenspring Drive, Suite 605
Timonium, Maryland 21093
Telephone: (410) 209-6463
Jkuhns@offitkurman.com

*Counsel to Ad Hoc Group of Earn Account Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CELSIUS NETWORK LLC, et al.**[1] | : | **Case No. 22-10964 (MG)** |
| | : | |
| | : | **Jointly Administered** |
| **Debtor** | : | |
| | : | |

------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I, Joyce A. Kuhns, principal attorney at Offit Kurman, P.A., hereby certify that, I caused

true and correct copies of the following: (i) Second Verified Statement of Offit Kurman, P.A.

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [ECF No. 3638] (the

"Second Rule 2019 Statement") on September 29, 2023; (ii) the Application of Ad Hoc Group of

Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and

Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [ECF

No. 3654] (the "Substantial Contribution Application") on October 2, 2023; and (iii) the Notice

of Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§

503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business is 121 River Street, PH05, Hoboken, New Jersey 07030.

Incurred in Making a Substantial Contribution [ECF No. 3708] (the "Notice") on October 4,

2023 to be served via the Court's CM/ECF system and by electronic mail in accordance with the

Second Amended Final Order (I) Establishing Certain Notice, Case Management, And

Administrative Procedures, And (II) Granting Related Relief [Dkt. No. 2560] (the "Case

Management Order").

I further certify that, on October 5, 2023, I caused a true and correct copy of the Second

Rule 2019 Statement, Substantial Contribution Application, and the Notice to be served by first-

class USPS mail on entities whose email addresses are not available.

Dated:  New York, New York
        October 5, 2023

Respectfully Submitted,

/s/ Joyce A. Kuhns
Joyce A. Kuhns (*pro hac vice*)
1954 Greenspring Drive, Suite 605
Timonium, Maryland 21093
Telephone: (410) 209-6463
Jkuhns@offitkurman.com

*Counsel to the Ad Hoc Group*
*of Earn Account Holders*