Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**NINTH SUPPLEMENTAL NOTICE OF ADDITIONAL PHISHING ATTEMPTS**

**PLEASE TAKE NOTICE** that on October 3, 2023, the Debtors become aware of an additional phishing attempt[2] targeting approximately 144,000 unique email addresses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] On November 30, 2022, the Debtors filed the *Notice of Phishing Attempts* [Docket No. 1527] (the "Original Notice") to alert parties in interest of phishing emails sent to certain of the Debtors' account holders purporting to be restructuring associates at Kirkland & Ellis LLP, the Debtors' counsel, and requesting that account holders submit their wallet addresses and other account information to receive claim distributions. Copies of such emails are attached to the Original Notice as Exhibit A. Additionally, on December 13, 2022, the Debtors filed the *Supplemental Notice of Phishing Attempts* [Docket No. 1681] (the "First Supplemental Notice") to alert parties in interest of third-party reports of these and similar phishing emails targeting cryptocurrency users. Copies of such reports are attached to the First Supplemental Notice as Exhibit A. On January 22, 2023, the Debtors filed the *Second Supplemental Notice of Additional Phishing Attempts* [Docket No. 1904] (the "Second Supplemental Notice") to alert parties in interest of phishing texts and emails sent to certain of the Debtors' account holders purporting to be a senior manager at Stretto, Inc., the Debtors' claims agent ("Stretto"), and requesting that account holders submit their official personal identification, cryptocurrency wallet addresses, bank accounts, and contact information to receive claim distributions, and pay a purported "filing fee" and "tax fee." Copies of such texts and emails are attached to the Second Supplemental Notice as Exhibit A and Exhibit B, respectively.

The attempt involved the associated account holders receiving automatic email replies from support@celsius.network stating that a ticket had been created in response to an inquiry from them even though the account holders receiving such emails had not submitted an inquiry to the Debtors' customer support team. The subject line of these emails generally conformed to the following format: "**Ticket Received – Claim Update See your case for details visit URL – refundcelsius[.]network – (######)**."[3] An example email is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, even though these emails are from support@celsius.network, a genuine email domain associated with the Debtors, the URL "refundcelsius[.]network" in the subject line *does not lead to an authorized website of the Debtors*

---

On February 6, 2023, the Debtors filed the *Third Supplemental Notice of Additional Phishing Attempts* [Docket No. 1992] (the "Third Supplemental Notice") to alert parties in interest of similar phishing emails sent to certain of the Debtors' account holders purporting to be a senior manager at Stretto, Inc., that contained a hyperlink to a *falsified* order (the "Falsified Order") purportedly from the United States Bankruptcy Court for the Southern District of New York (the "Court"). A copy of such emails, a redline showing the differences between the Falsified Order and the correct copy of the *Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 526], and a copy of the Falsified Order are attached to the Third Supplemental Notice as Exhibit A, Exhibit B, and Exhibit C, respectively. On February 15, 2023, the Debtors filed the *Fourth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2082] (the "Fourth Supplemental Notice") to alert parties in interest of phishing emails purporting to be from Stretto, Inc. and advertising an alleged opportunity to receive "NFT." A copy of such emails was attached to the Fourth Supplemental Notice as Exhibit A. On June 26, 2023, the Debtors filed the *Fifth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2896] (the "Fifth Supplemental Notice") to alert parties in interest of phishing emails purporting to be "Celsius Customer Support" and claiming that account holders could "claim" or "withdraw their Tokens almost immediately" through a suspicious hyperlink. Copies of such emails are attached to the Fifth Supplemental Notice as Exhibit A. On August 1, 2023, the Debtors filed the *Sixth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3121] (the "Sixth Supplemental Notice") to alert parties in interests of phishing emails and texts purporting to be from the Debtors or Stretto claiming that account holders were eligible for withdrawal through a suspicious hyperlink. Copies of such emails and texts are attached to the Sixth Supplement Notice as Exhibit A. On August 10, 2023, the Debtors filed the *Seventh Supplemental Notice of Additional Phishing Attempts* [Docket No. 3251] (the "Seventh Supplemental Notice") to alert parties in interest of phishing telephone calls from +1 (866) 463-5669 purporting to be from the Debtors and offering to facilitate the withdrawal of certain assets from the Debtors' platform. On September 5, 2023, the Debtors filed the *Eighth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3422] (the "Eighth Supplemental Notice," and collectively with the Original Notice, the First, the Second, the Third, the Fourth, the Fifth, the Sixth, and the Seventh Supplemental Notice, the "Phishing Notices") to alert parties in interest of a fraudulent "clone website" purportedly belong to Stretto that prompted users to "connect" their cryptocurrency wallets. A screenshot of the clone website is attached to the Eight Supplemental Notice as Exhibit A.

[3]   Brackets are included throughout to avoid any accidental clicks on the URL.

2

*or any of the Debtors' advisors, but is instead strongly suspected to lead to a phishing site designed to obtain account holders' personally identifiable information or financial assets*.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have taken the necessary precautions to curtail the effects of this phishing attempt, including disabling the site "refundcelsius[.]network," identifying the affected account holders to isolate and secure their accounts, and closing the tickets associated with this phishing attempt.  **No action is required from the account holders who receive similar emails from support@celsius.network**.

**PLEASE TAKE FURTHER NOTICE** that neither the Debtors nor their advisors will **_ever_** contact you by email, telephone call, text message, or otherwise to request account information or other personal information absent an (a) order by the Court or (b) on-the-record instruction from the Court.  In connection with the distribution of certain assets authorized by the Court, the Debtors have sent KYC requests to the eligible account holders through the Debtors' mobile application (the "Celsius App") in accordance with the applicable withdrawal procedures approved by the Court.  *See, e.g.*, *Notice of Schedule of Custody Users Entitled to Withdraw Certain Assets* [Docket No. 1958]; *Notice of Withdrawals Opening for Eligible Custody Users* [Docket No. 2176]; *Notice of Schedule of Postpetition Transferors Entitled to Withdraw Postpetition Transfers* [Docket No. 2667] (collectively, the "Withdrawal Notices").

**PLEASE TAKE FURTHER NOTICE** that, *in connection with the KYC process of **ANY** withdrawal or solicitation, the Debtors will **ONLY** request an account holder's personally identifiable information and financial information through (a) the Celsius App or (b) an email from the domain "@celsius.network" (e.g.,* **complianceteam@celsius.network**), *and the Debtors will **ALWAYS** provide notice(s) of the applicable withdrawal or solicitation procedures to all parties in interest on the website of Stretto, at https://cases.stretto.com/Celsius*.

3

**PLEASE TAKE FURTHER NOTICE** that, if you see any suspicious website domains or receive any uncorroborated email, text message, or telephone call purporting to be from the Debtors or their advisors claiming that withdrawals are available or requesting account information, personal information, or payment, we request that you please *immediately* contact the Debtors' counsel at CelsiusCreditorQuestions@kirkland.com or the Debtors' claims agent at CelsiusInquiries@stretto.com.

**PLEASE TAKE FURTHER NOTICE** that copies of the Phishing Notices, the Withdrawal Notices, and all other documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: October 5, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                       ross.kwasteniet@kirkland.com<br>                       chris.koenig@kirkland.com<br>                       dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

## Exhibit A

## Example of an Automatic Email Triggered by the Phishing Attempt

**From:** Celsius Network <support@celsius.network>
**Date:** Tue, 3 Oct 2023, 06:09
**Subject:** Ticket Received - Claim Update See your case for details visit URL - refundcelsius.network - (█████)
**To:** █████████████████████

##- Please type your reply above this line -##

Dear ██,

Thank you for emailing us at Celsius.

We are currently receiving a large number of inquiries. Due to the current Chapter 11 process, our support staff has been reduced significantly, so we appreciate your patience while we work to get back to you. If your inquiry is in regard to a pending withdrawal, please note that it may take a couple of days to process. We appreciate your patience.

Your inquiry has been assigned number: ████████

Please use this conversation for any follow-up communication. Please note that opening a new inquiry unfortunately won't help us answer you any faster.

If you are contacting us from an email address not associated with your Celsius account, please remember to use that email and contact us again with your request. Using the email associated with your Celsius account allows our team to verify your identity when we reach your inquiry.

Sincerely,
Celsius

This email is a service from Celsius Network. Delivered by Zendesk