**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email: david.turetsky@whitecase.com
           sam.hershey@whitecase.com
           jweedman@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email: mandolina@whitecase.com
           gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST AMENDED VERIFIED STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CELSIUS NETWORK LLC, *ET AL.*, PURSUANT TO BANKRUPTCY RULE 2019**

The Official Committee of Unsecured Creditors (the "**Committee**") appointed in the cases of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") files this first amended verified statement (the "**First Amended Statement**") pursuant to Rule

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and respectfully states as follows:

1.  On July 27, 2022, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed the Committee pursuant to section 1102 of the Bankruptcy Code and filed the *Notice of Appointment of Official Committee of Unsecured Creditors* [Docket No. 241] (the "**Original Notice**"). On July 30, 2022, the Committee hired White & Case LLP ("**White & Case**") to serve as its counsel in connection with the Debtors' chapter 11 cases. On September 15, 2022, the Court entered an order approving the Committee's retention of White & Case. *See* Docket No. 829.

2.  On September 28, 2022, the Committee filed the *Verified Statement of the Official Committee of Unsecured Creditors of Celsius Network LLC, et al., Pursuant to Bankruptcy Rule 2019* [Docket No. 909] (the "**Initial Statement**"). The Initial Statement reflected the members listed on the Original Notice.

3.  On September 29, 2023, the U.S. Trustee filed the *Amended Notice of Appointment of Official Committee of Unsecured Creditors* [Docket No. 3631] (the "**Amended Notice**"). The Amended Notice reflects that the current members of the Committee are: (i) Caroline Warren; (ii) Thomas DiFiore; (iii) Scott Duffy on behalf of ICB Solutions; (iv) Christopher Coco; (v) Andrew Yoon; and (vi) Mark Robinson. The Committee submits this First Amended Statement to update information contained in the Initial Statement and reflect the current composition of the Committee.

4.  In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names of, and the nature and amount of all disclosable economic interests held by, each member of the Committee in relation to the Debtors as of the date of this First Amended Statement. The information set forth on **Exhibit A** has been provided by the members of the Committee, and by filing this First Amended Statement, the Committee makes no

representation with respect to the amount, allowance, validity, secured status, or priority of any claims of any member of the Committee and reserves all rights with respect thereto.

5.  In particular, nothing herein or in **Exhibit A** is intended as, and shall not be construed as, a waiver of any argument that any property held by the Debtors is not property of the estate under section 541 of the Bankruptcy Code. Further, the values set forth in **Exhibit A** are not intended as, and shall not be construed as, a limitation on the form of recovery that members of the Committee may pursue or obtain in these chapter 11 cases, including, without limitation, the right of the members of the Committee to recover any property in kind. Finally, nothing contained in this First Amended Statement or **Exhibit A** shall be construed as a limitation upon, or waiver of, any rights of any member of the Committee to assert, file and/or amend any claim(s) in accordance with applicable law and any orders entered in these chapter 11 cases.

6.  Pursuant to Bankruptcy Rule 2019(c)(4), a copy of the U.S. Trustee's Amended Notice is attached hereto as **Exhibit B**.

7.  The Committee reserves the right to amend or supplement this First Amended Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

[*Remainder of page intentionally left blank*]

Dated:  October 6, 2023   Respectfully submitted,
        New York, New York

/s/ *Gregory F. Pesce*
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email: david.turetsky@whitecase.com
          sam.hershey@whitecase.com
          jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
            gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:   kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**Exhibit A**

**Statement of Disclosable Economic Interests**

| Name[1] | Custody Wallet[2] | | Earn Account | | Loan Collateral | |
|---|---|---|---|---|---|---|
| Caroline Warren | BTC | 0.002130 | BTC | 0.000980 | BTC | 11.531034 |
| | CEL | 0 | CEL | 0 | CEL | 0 |
| | ETH | 0 | ETH | 0 | ETH | 0 |
| | USDC | 706.221757 | USDC | 69.076869 | USDC | 41,806 |
| Thomas DiFiore | BTC | 45.754133 | BTC | 333.610608 | BTC | 761.262718 |
| | CEL | 0 | CEL | 1,068,307.0382 | CEL | 0 |
| | ETH | 0 | ETH | 0 | ETH | 0 |
| | USDC | 0 | USDC | 873.49 | USDC | 0 |
| | DAI | 0 | DAI | 1,997 | DAI | 0 |
| ICB Solutions | BTC | 0 | BTC | 80.60941 | BTC | 0 |
| | CEL | 0 | CEL | 267.8476 | CEL | 0 |
| | ETH | 0 | ETH | 11,175.82 | ETH | 0 |
| | USDC | 0 | USDC | 0.184808 | USDC | 0 |
| | DAI | 0 | DAI | 20.67589 | DAI | 0 |
| | OMG | 0 | OMG | 8,865.712 | OMG | 0 |
| | SNX | 0 | SNX | 14.84127 | SNX | 0 |
| | UNI | 0 | UNI | 9,583.343 | UNI | 0 |
| | ZRX | 0 | ZRX | 0.090031 | ZRX | 0 |
| | BCH | 0 | BCH | 15.02527 | BCH | 0 |
| | COMP | 0 | COMP | 13.09783 | COMP | 0 |
| | GUSD | 0 | GUSD | 12.99199 | GUSD | 0 |
| | LTC | 0 | LTC | 237.1825 | LTC | 0 |
| Christopher Coco | BTC | 0 | BTC | 3.072198 | BTC | 0 |
| | CEL | 0 | CEL | 847.1917 | CEL | 0 |
| | ETH | 0 | ETH | 7.546449 | ETH | 0 |
| | USDC | 0 | USDC | 4,998.718077 | USDC | 0 |
| Andrew Yoon | BTC | 33.183348 | BTC | 65.363424 | BTC | 284.600931 |
| | CEL | 0 | CEL | 0 | CEL | 0 |
| | ETH | 0 | ETH | 0 | ETH | 0 |
| | USDC | 0 | USDC | 0 | USDC | 0 |
| Mark Robinson | BTC | 0 | BTC | 0.000733 | BTC | 0 |
| | CEL | 0 | CEL | 0 | CEL | 0 |
| | ETH | 6.978085 | ETH | 0.009391 | ETH | 0 |
| | USDC | 2,385.348901 | USDC | 5.166892 | USDC | 0 |

---

[1] The addresses of Committee members are available upon reasonable request to counsel, White & Case LLP, Attn: Official Committee of Unsecured Creditors of Celsius Network, LLC, et al., 1221 Avenue of the Americas, New York, New York 10020-1095.

[2] Certain individual Committee members elected to participate in the Custody settlement pursuant to the *Order (I) Approving (A) the Settlement By and Among the Debtors, the Committee, and the Custody Ad Hoc Group and (B) the Election Form and (II) Granting Related Relief* [Docket No. 2291]. The Custody settlement permitted participating account holders to withdraw certain digital assets from their Custody accounts. The amounts in this column reflect any such permitted and authorized withdrawals. The Committee intends to update this Statement of Disclosable Economic Interests on account of any future withdrawals by Committee members pursuant to the Custody settlement.

## Exhibit B

**Amended Notice of Appointment of
Official Committee of Unsecured Creditors**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                                                Chapter 11

CELSIUS NETWORK LLC, *et al.*,[1]             Case No. 22-10964 (MG)

                 Debtors.                                  (Jointly Administered)

------------------------------------------------------------x

# AMENDED NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

      William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Celsius Network LLC, *et al.* and its affiliated debtors-in-possession:

1.     Caroline G. Warren
   Email: carolinegwarren@gmail.com

2.     Thomas DiFiore
   Email: tomdif@gmail.com

3.     Scott Duffy for ICB Solutions
   Email: ICBSolutions@proton.me

4.     Christopher Coco
   Email: Christopher.j.coco@gmail.com

5.     Andrew Yoon
   Email: celsiusbankruptcycase@gmail.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

    6.    Mark Robinson
           Email: markrobinson55@gmail.com

Dated: New York, New York
       September 29, 2023

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE
                              Region 2

                    *By:*    */s/ Shara Claire Cornell*
                              Shara Claire Cornell
                              Trial Attorneys
                              Office of the United States Trustee
                              One Bowling Green
                              New York, NY 10004
                              Tel. (212) 510-0500