Adrienne Woods, Esq.
Omid Zareh, Esq.
**Weinberg Zareh Malkin Price LLP**
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
212-899-5470
awoods@wzmplaw.com
ozareh@wzmplaw.com

*Counsel to Plaintiffs Georges Georgiou,
Philip Stewart, and Gilbert Castillo*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC, *et al.* | (Jointly Administered) |
| Debtors. | |

**AFFIRMATION OF SERVICE OF APPLICATION OF
THE PENDING WITHDRAWAL AD HOC GROUP PURSUANT TO 11 U.S.C.
§§ 503(b)(3)(D) AND 503(b)(4) FOR ALLOWANCE AND PAYMENT OF PROFESSIONAL
FEES AND EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION**

I, Adrienne Woods, an attorney with Weinberg Zareh Malkin Price LLP, hereby affirm that, on October 4, 2023, I caused true and correct copies of the: (i) Application of the Pending Withdrawal Ad Hoc Group Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [ECF Doc. No. 3673] (the "Application"); and (ii) Notice of Motion on the Application [ECF Doc. No. 3705] to be served in accordance with the Second Amended Final Order (I) Establishing Certain Notice, Case Management, And Administrative Procedures, And (II) Granting Related Relief [ECF Doc. No. 2560].

Dated: New York, New York
October 7, 2023

             WEINBERG ZAREH MALKIN PRICE, LLP

          BY: */s/ Adrienne Woods*
             Adrienne Woods, Esq.
             Omid Zareh, Esq.
             45 Rockefeller Plaza, 20th Floor
             New York, New York 10111
             212-899-5470
             awoods@wzmplaw.com
             ozareh@wzmplaw.com

             *Attorneys for Plaintiffs Georges Georgiou,*
             *Philip Stewart, and Gilbert Castillo*