**SAUL EWING LLP**
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898
luke.murley@saul.com

*Attorneys for Willis Towers Watson US LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**WILLIS TOWERS WATSON US LLC'S**
**NOTICE OF REIMBURSEMENT**

Pursuant to paragraph 5 of the Court's *Order: (I) Authorizing the Retention and Employment of Willis Towers Watson US LLC as Compensation Consultant, effective as of July 13, 2022, and (II) Granting Related Relief* [Docket No. 3460] (the "Order"), the Debtors' compensation consultant, Willis Towers Watson US LLC, has repaid $187,500.00 (the "Funds") to the Debtors' estates.

The Debtors have confirmed receipt of the Funds, and the Office of the United States Trustee and the Official Committee of Unsecured Creditors have been notified of the reimbursement as required under the Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

51151316.1

Dated: October 9, 2023

          **SAUL EWING LLP**

          */s/ Lucian B. Murley*
          Lucian B. Murley
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE 19899
          (302) 421-6898
          luke.murley@saul.com

          *Attorneys for Willis Towers Watson US LLC*