**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Lucian B. Murley, hereby certify that on October 9, 2023, I caused a copy of the foregoing *Willis Towers Watson US LLC's Notice of Reimbursement* to be served upon all parties of record via CM/ECF.

    */s/ Lucian B. Murley*
    Lucian B. Murley
    **SAUL EWING LLP**
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    (302) 421-6898

51151316.1