**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on David Vidal Gomez Aguirre at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3085]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Cherokee Debt Acquisition, LLC, Attn: Vladimir Jelisavcic at 1384 Broadway, Suite 906, New York, NY 10018:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3207]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3260]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3346]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3348]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3391]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on David Thai at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3207]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on BFCP IV LLC, c/o Nexxus Holdings Operations LLC, Attn: Timothy Babich at 800 Miramonte Dr, Suite 380, Santa Barbara, CA 93109:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3231]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3278]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3350]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3442]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on George Chavous at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3231]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Kapular, Filip at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3249]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Sanela Kapular at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3249]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Samuel James George Thorpe at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3260]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Andreas Hwang at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3278]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on SLFAQ LLC at 670 White Plains Road, Penthouse, Scarsdale, NY 10583:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3310]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3311]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3312]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3314]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3315]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3336]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3341]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3349]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3386]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3387]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3388]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3419]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3455]**

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3457]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Andrew Murray at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3310]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Connor McLeod at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3311]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Dan McGlynn at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3312]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Joseph Bachman at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3314]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Patrick Coakley at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3315]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Ceratosaurus Investors, LLC, Attn: Michael Linn at One Maritime Plaza, Suite 2100, San Francisco, CA 94111:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3323]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3323]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Contrarian Funds, LLC, Attn: Alpa Jimenez at 411 West Putnam Ave, Suite 425, Greenwich, CT 06830:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3324]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Tanner Vaughn at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3324]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Qiang, Wei at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3329]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3329]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3336]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Nick Obrzut at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3341]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Colleen Schweitzer at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3346]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on William Vanderwall Beaudoin at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3348]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Seth Feldman at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3349]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Benjamin Jordan at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3350]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Arctic Sumit, Corp. at 5990 SW 22nd St, Miami, FL 33155:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3370]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jorge Enterprises G. C., Inc. at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3370]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Serrur Investment Partners, LP, Attn: Ezra Serrur at 197 Freeman Street 3C, Brooklyn, NY 11222:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3381]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Christopher Weller at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3381]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on CEX Claims US, Corp. at 3422 Old Capitol Trail, PMB 1425, Wilmington, DE 19808:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3383]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bhusaru Mahammed at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3383]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Tjerk Gauderis at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3386]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Matthias Remes at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3387]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Adam Braithwaite at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3388]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Yerbol Yessilbayev at redacted addresses:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3391]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Steven Schlosser at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3419]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Tinfoil Restructuring LLC, Attn: Nathan Smith at 1309 Coffee Ave, Suite 7973, Sheridan, WY 82801:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3427]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Michael Koral at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3427]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jeremy Eggar at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3442]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Oroboros Cel I, LLC at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3451]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Daniel Österlund at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3451]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on David Strasbaugh at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3455]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Timothy Patrick Jr Healey at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3457]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Faroe Services, LLC at PMB 1149, 224 W 35th St, Ste 500, New York, NY 10001:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3458]**

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Calvin Fritz at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3458]**

Dated: October 9, 2023

*Sabrina Tu*
Sabrina G. Tu

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 9th day of October 2023 by Sabrina G. Tu.

*Danielle Harnden*
(Notary's official signature)

```
DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04
```

# **<u>Exhibit A</u>**

Document Ref: Y8S68-XG784-IVWYE-VZILC



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ALIXPARTNERS LLP | 909 THIRD AVENUE | FLOORS 28, 29 AND 30 | NEW YORK | NY | 10022 |
| ALIXPARTNERS, LLP | 2000 TOWN CENTER | #2400 | SOUTHFIELD | MI | 48075 |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1

# Exhibit B



**Exhibit B**
Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| CALE GRAHAM ESTEP | ON FILE |
| JAAKKO SANTTU ANTERO HEIKKINEN | ON FILE |
| JASON VAZQUEZ DELGADO | ON FILE |
| KEENEN J VALOY | ON FILE |
| SAM GOH ZHENG LE | ON FILE |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1

Document Ref: Y8S68-XG784-IVWYE-VZILC

Page 13 of 15

# **<u>Exhibit C</u>**

Document Ref: Y8S68-XG784-IVWYE-VZILC

**Exhibit C**

Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| DAVID JENNINGS BILLINGSLEY | ON FILE |
| DILLAN OAKLEY JORDAN JOSLAND | ON FILE |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 1

Document Ref: Y8S68-XG784-IVWYE-VZILC

Page 15 of 15