

Scott D. Simon, Esq.
212.695.8100 | ext. 322
ssimon@goetzfitz.com

October 10, 2023

VIA EMAIL

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      Re: **Withdrawal from Case**
         **Celsius Network LLC, Case No. 22-10964-mg**

Dear Clerk Genna:

  I am no longer involved on behalf of Signature Bank in the above-referenced case. Kindly remove me from the electronic mailing list so I stop receiving email notifications.

  Thank you for all courtesies.

            Very truly yours,

            GOETZ FITZPATRICK LLP

            By: _____
              Scott D. Simon

☑ One Penn Plaza | Suite 3100   ☐ One North Broadway | #800   ☐ 105 Eisenhower Parkway | #401      goetzfitz.com
New York, NY 10119              White Plains, NY 10601           Roseland, NJ 07068
T: 212.695.8100                 T: 914.946.7735                  T: 201.612.4444
F: 212.629.4013                 F: 914.946.0098                  F: 973.226.0031