Richard Phillips
*In pro per*

Re: In re Celsius Network LLC. Et al., Case 22-10964(MG)
**Comment on Request For Clarifications, Additions, and Modifications to Confirmation Hearing Procedures [3356, 3478,3738]**

Dear Chief Judge Glenn,
As the Debtor states the original discovery schedule was set prior to the bifurcation of the Confirmation Hearing and before all of the issues were even known. Thus, I support the Extension of the Deposition Period, provided that it also allows objectors to depose fact witnesses. I have already requested to depose two fact witnesses, and White & Case, Committee Counsel, has summarily refused those requests without adequate justification based on the original discovery schedule which clearly cries out for modification in light of current circumstances and facts, including those learned on the eve of the Confirmation Hearing.

Dated: Los Angeles, California
October 9, 2023

/s/
RICHARD PHILLIPS
Creditor