Honorable Chief Judge Glenn
United States Bankruptcy Court
Southern District of New York
RE: Request to allow, new evidence in providing the petition date price for CEL token requested by the court
Case No. 22-10964(MG)

Dear Chief Judge Glenn,

This case has had a lot of up's and downs for a person new to the bankruptcy court, a huge learning curve.  So on that note I humbly request to please allow the new evidence in providing the petition date price for $CEL token requested by the court.

Please note Honorable Judge Glenn that you stated in court that you were open to listen to a witness who is would testify to give an opinion on value.  So on that note I respectfully request relief; please grant an exception to admit a new expert report analyzing the $CEL fair market value as of the key date, despite the deadline, that the court previously noted was still lacking evidence.

I courteously request the Court exercise its equitable discretion to grant an exception and admit the Nugenesis Report as critical expert testimony. Denying full consideration of this material risks an inaccurate claims determination and potential appeal.

Nugenesis Report on the Economic Valuation of CEL Tokens as of May 1, 2022," CEL Tokenomics Report Executive Summary, Page 13, Paragraph 4. Available at: Dropbox URL: https://www.dropbox.com/scl/fo/pm9a88o79d9y4veia4036/h?rlkey=98kmb6dkpi44nolm8l18pmwe2&dl=0

Thank you for taking the time to read this letter; I appreciate you helping foster an environment of transparency and justice in this bankruptcy case which has taken a mental toll on hundreds of thousands of us retail $CEL holders.

Kind Regards,

Maria Helioti