Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 22-10964-mg

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    CELSIUS NETWORK LLC,

8

9          Debtor.

10    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                   United States Bankruptcy Court

13                   One Bowling Green

14                   New York, NY  10004

15

16                   October 5, 2023

17                   10:03 AM

18

19

20

21    B E F O R E :

22    HON MARTIN GLENN

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO:  KAREN

1    HEARING re HYBRID CONFIRMATION HEARING

2

3    HEARING re Hybrid Hearing RE: Motion for Entry of an Order

4    (I) Approving the Settlement By and Between the Debtors and

5    Walter Johnson and (II) Granting Related Relief. (Doc# 3472,

6    3473, 3503, 3504)

7

8    HEARING re Hybrid Hearing RE: Debtors Motion for Entry of an

9    Order Authorizing the Debtors to Redact and File Under Seal

10   Certain Confidential Terms of the Coinbase Distribution

11   Services Agreement. (Doc# 3482, 3522)

12

13   HEARING re Hybrid Hearing RE: Debtor's Motion for Entry of

14   an Order (I) Approving the Settlement By and Among the

15   Debtors and Core Scientific, (II) Authorizing Entry Into the

16   Purchase and Sale Agreement, (Ill) Authorizing Intercompany

17   Transfers with Celsius Mining, and (IV) Granting Related

18   Relief. (Doc# 3474)

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 3

```
 1   A P P E A R A N C E S :

 2

 3   KIRKLAND & ELLIS LLP

 4        Attorneys for the Debtors

 5        300 North LaSalle

 6        Chicago, IL 60654

 7

 8   BY:  DAN LATONA

 9        PATRICIA LOUREIRO

10        CHRIS KOENIG

11

12   WEIL, GOTSHAL & MANGES LLP

13        Attorneys for Core Scientific, Inc.

14        700 Louisiana, Suite 1700

15        Houston, TX 77002

16

17   BY:  ALFREDO R. PÉREZ

18

19   UNITED STATES DEPARTMENT OF JUSTICE

20        Attorneys for the U.S. Trustee

21        201 Varick Street, Suite 1006

22        New York, NY 10014

23

24   BY:  SHARA CORNELL

25        MARK BRUH
```

Page 4

1    WHITE & CASE LLP

2         Attorneys for the Official Committee

3         1221 Avenue of the Americas

4         New York, NY 10020

5

6    BY:  KEITH WOFFARD

7         AARON COLDNY

8         CAITLIN O'CONNELL

9

10   SHARON DOW, Pro se creditor

11   DAMETRI KISNOUGH, Pro se creditor

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         **I N D E X**

2

3      **WITNESSES:              DIRECT:   CROSS:    REDIRECT: RECROSS:**

4

5

6

7      **EXHIBITS:**                                    **PAGE:**

8      Christopher Ferrara Declaration                  11

9      Christopher Ferrara Declaration RE Walter Johnson 16

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1                        P R O C E E D I N G S

2              CLERK:  All right, starting the recording for

3     October 5th, 2023, at 10 a.m., calling case Number 22-10964

4     Celsius Network, LLC et al.  All right, good morning.  We

5     have already started the recording for today's hearing.  If

6     anyone is speaking on the record this morning in the

7     courtroom, please come to the middle podium and state your

8     appearance for the record.

9              WOMAN 1:  (Indiscernible) -- I think she wants

10    you.

11             WOMAN 2:  Do you need their appearance?

12             CLERK:  Yes.  Yes, please.

13             WOMAN 2:  Good morning Deanna, from Kirkland and

14    all, we're going to have Dan Latona and Patricia Loureiro

15    and maybe Chris Koenig.

16             CLERK:  Okay, thank you.

17             WOMAN 2:  Thank you.

18             WOMAN 1:  Deanna, I want you to make your

19    appearance, all right, please thank you.

20             MR. PEREZ:  Good morning Alfedo Perez on behalf of

21    Core Scientific.

22             CLERK:  All right, thank you.  Is there anyone on

23    Zoom that is going to be speaking this morning?  Dametri?

24             DAMETRI KISNOUGH:  Good morning Dametri Kisnough,

25    pro se creditor.  Thank you.

Page 7

1              CLERK:  Thank you.

2              MS. CORNELL:  Good morning Deanna, you have Shara

3     Cornell at the Office of the United States Trustee, I think

4     I may be joined by my colleague Mark Bruh, also on Zoom.

5     Thank you.

6              CLERK:  Okay.  I will look out for him.  Thank

7     you.

8              MS. CORNELL:  Thank you.

9              CLERK:  All right, if there are no additional

10    appearances at this time, I'll pause the recording.

11             All right, good morning for the parties that have

12    joined in the courtroom, please come to the middle podium,

13    and state your appearance, for the record, if you have not

14    already done so.

15             MR. WOFFARD:  Good morning, Keith Woffard from

16    White & Case on behalf of the Official Committee.  I'm here

17    with my colleagues, Aaron Colodny, and Caitlin O'Connell.

18             CLERK:  Thank you.  Do we have any additional

19    appearances in the courtroom?

20             WOMAN 1:  No, not that I see, Deanna.

21             CLERK:  Okay, thank you.  Are there any additional

22    parties on Zoom that are speaking on the record?  If so,

23    please raise your hand function in Zoom.  (Indiscernible).

24             WOMAN 1:  Okay, thanks very much.  I'm sorry,

25    Deanna, were you speaking to me?

Page 8

1          CLERK:  No, I was speaking to parties on Zoom if

2   they need to make their appearance.

3          WOMAN 1:  Okay, sorry.

4          CLERK:  No, no, you're fine.  Thank you.  Hold on,

5   one second.  All right, the recording is restarted.  Go

6   ahead Ms. Dow.  You can re --

7          MS. DOW:  Yes, good morning, Sharon Dow, pro se

8   creditor.

9          CLERK:  Okay, thank you.  All right, this is the

10   final call for appearances.  Do -- are we waiting on anyone

11   in the courthouse that should be coming into the courthouse?

12   Debtors counsel, Creditor's Committee Counsel, are we

13   waiting on anyone?

14          MR. LATONA:  Deanna, Dan Latona with Kirkland and

15   Ellis for the Debtors, we're ready to go, expecting no one

16   else.

17          CLERK:  Okay.  Thank you.  All right, this is the

18   final call for appearances on Zoom, if anyone is on Zoom is

19   speaking on the record this morning, please use the raise

20   hand function in Zoom to state your appearance for the

21   record.  All right I do not see any hands.  All right, we're

22   about ready to go and just kind of read the script into the

23   record.

24          All right.  If the parties could listen to the

25   following announcements.  All persons are strictly

Page 9

1    prohibited from making any recording of court proceedings

2    whether by video, audio, screenshot, or otherwise.

3    Violation of this prohibition may result in the imposition

4    of monetary and non-monetary sanctions.  The clerk of the

5    court maintains an audio recording of all proceedings, which

6    constitutes the official record.  The parties must state

7    their name each time they speak on the court record.  A

8    party must join with a full first and last name to be

9    admitted from the waiting room, or this cell phone number of

10   phone number that they join with needs to be the same as

11   what is given on your pre-court appearance.  Parties that go

12   in with initials, a partial name, a designation such as

13   iPhone, et cetera will not be admitted.  Please mute your

14   cell phone and make sure that there are no electronic

15   devices or notifications that will interfere with the

16   recording.  Thank you.

17            GROUP:  Thank you.

18            OFFICER:  All rise.

19            THE COURT:  Please be seated.  Good morning.

20            MR. LATONA:  Good morning, Your Honor.  For the

21   record --

22            THE COURT:  (Indiscernible) --

23            MR. LATONA:  -- Dan Latona, Kirkland & Ellis --

24   I'm sorry?

25            THE COURT:  Short agenda today.

Page 10

1            MR. LATONA:  I'm sure that's a welcome -- welcome

2    sight after this past week.

3            THE COURT:  It is.

4            MR. LATONA:  Again, for the record, Dan Latona of

5    Kirkland and Ellis on behalf the Debtors.  As Your Honor,

6    mentioned we do have a brief agenda.  Before I get started,

7    I do want to inform the Court and everyone else listening

8    that the Debtor's became aware of another fishing attempt

9    yesterday.  We immediately shut it down, but what had

10   happened was an individual can go to a website and enter in

11   a support ticket and within that website you can enter an

12   email address to which the ticket will then be sent, and it

13   appears that it's from support.celsius.  This individual had

14   tampered with the format and included a link that was sent

15   to another domain, not affiliated with the Debtor's.  The

16   Debtor's will be filing a notice of this fishing attempt on

17   the docket after the Court today, but we anticipate that it

18   affected several hundred thousand customers.  We did, again,

19   shut it down immediately after we became aware of it.

20           THE COURT:  Have your notified the US Trustee as

21   well?

22           MR. LATONA:  Not yet.

23           THE COURT:  Somebody should reach out and let the

24   US Trustee know.

25           MR. LATONA:  Yes we will do so immediately.

Page 11

1          THE COURT:  And they maybe want to advise other

2    law enforcement.  Okay.

3          MR. LATONA:  Moving into the agenda, Your Honor,

4    we're going to start with Item Number 2, which is the

5    Debtor's settlement motion  with Core Scientific.  That

6    motion was filed at Docket Number 3474.  As part of that

7    motion, we filed the declaration of Mr. Christopher Ferrara,

8    that's at Docket Number 6565.  Mr. Ferrara is in the

9    courtroom to the extent anyone has questions or wishing to

10   cross-examine him.  Assuming Your Honor, has no further

11   questions, we would move that declaration into evidence.

12         THE COURT:  I -- any objections?  All right, it's

13   admitted into evidence.

14         (Christopher Ferrara Declaration admitted into

15   evidence)

16         MR. LATONA:  Thank you, Your Honor.

17         THE COURT:  There was also the motion to seal

18   information in the coin base --

19         MR. LATONA:  Yes, that's another item on the

20   agenda.

21         THE COURT:  Okay.  We can take them at the same

22   time.  That's ECF 34812.

23         MR. LATONA:  And it's unrelated to this motion,

24   Your Honor.

25         THE COURT:  Oh, okay.  All right, we'll deal with

Page 12

1    the settlement first then.

2         MR. LATONA:   Your Honor, the Debtor's relationship

3    with Core Scientific dates back to 2020. The parties are --

4    have entered into several agreements for Master services.

5    One is the 2020 Master Services Agreement, the other is 2021

6    Master Services Agreement.  The Debtor's also holds

7    approximately $54 million in convertible notes.  Those

8    claims are not subject to the settlement.  That's actually

9    subject of another mediation that's ongoing with the Core

10   Scientific Debtors, the ad hoc group in that case, before

11   Judge Isgur in the Southern District of Texas.

12        Prior to the Chapter 11 cases, both the Debtor's

13   and Core became enmeshed in a series of disputes regarding

14   certain passthrough charges under the hosting agreements.

15   The Debtor's in their Chapter 11 cases filed a motion to

16   enforce the automatic stay.  Core then responded by filing a

17   motion in these Chapter 11 cases to compel payment and

18   either sought to lift the automatic stay or compelled the

19   assumption of those contracts.

20        The litigation regarding those matters was put on

21   hold, temporarily, when Core filed for its own Chapter 11

22   cases in December of 2020, and shortly thereafter rejecting

23   the hosting agreements.  After the hosting agreements were

24   rejected, the parties filed competing proofs of claims in

25   their respective Chapter 11 cases. The Debtor's filed their

Page 13

1    proofs of claim in the Core Chapter 11 cases, alleging

2    breaches of the Master Services Agreement, damages related

3    to the return of mining rigs and other liquidated damages

4    that are under in excess of $300 million .

5            Core objected to those proofs of claims and either

6    after filed a motion for partial summary judgement.  That

7    was put on stay as the parties realized that litigating

8    these complex disputes would be value destructive to both

9    Chapter 11 cases, and in light of that, agreed to mediation

10   in front of Judge Isgur, that was set to begin in June.

11           Prior to the mediation beginning, the parties did

12   reach an agreement on the terms of a settlement, sometime in

13   late June, early July, and then took the rest of the few

14   months to negotiate the term of the settlement, which is

15   embodied in the purchase -- purchase agreement.  And as part

16   of that settlement agreement, Your Honor, the Debtor's are

17   going to acquire approximately 85 acre mining facility with

18   at least 215 megawatts of electric capacity --

19           THE COURT:  That's Cedarvale?

20           MR. LATONA:  That's the Cedarvale site, Your

21   Honor.  The acquisition price is set at $45 million and that

22   comprises two components.  One is a $14 million cash payment

23   to be made on the effective date of the settlement, and $31

24   million will be deemed to be paid in satisfaction of the

25   released claims by both parties.

1           Your Honor, this settlement resolves complex fact

2    intensive claims that would have involved value destructive

3    litigation that most likely would still be ongoing as of

4    this moment.  Albeit in two competing Chapter 11 cases.

5    This also fits within NewCo's forward business model by

6    adding a valuable mining asset to one of the core NewCo

7    business lines.  USBT -- US Bit Coin is also a very

8    competent manager and is already laying the ground work to

9    begin and complete build out of the site.

10           Now, Your Honor, in addition to seeking authority

11    to enter into the purchase agreement, the Debtor's are also

12    asking for relief to permit intercompany transfers from the

13    Debtor's to Celsius Mining, which we're prohibited under the

14    final cash management order.  So, to allow US -- Celsius

15    Mining to begin developing the site and paying for those

16    costs, we're also seeking approval of Celsius Mining

17    intercompany transfers.

18           Your Honor, the Debtor's received no objection to

19    the motion -- the Committee and Fahrenheit are both fully on

20    board.  So, unless Your Honor, has any questions, we would

21    ask for entry of the order --

22           THE COURT:  Okay.

23           MR. LATONA:  -- as filed.

24           THE COURT:  As I understand it, the assignment

25    also includes a provision that Celsius has the option to

Page 15

```
1    energize this station early at an additional cost of

2    $160,000?

3              MR. LATONA:  That's right.

4              THE COURT:  And Celsius is retaining certain

5    claims related to a convertible notes?

6              MR. LATONA:  Yes, those are not part of the

7    settlement, as I mentioned, those are part of an ongoing

8    mediation in front of Judge Isgur with the Core Debtors.

9              THE COURT:  All right.  And as part of the

10   settlement, you're asking for the Court to waive the 14 day

11   stay under 6004(h)?

12             MR. LATONA:  That's correct.  The -- the order was

13   previously entered in Core's bankruptcy cases this previous

14   Monday.  We expect closing to happen very quickly

15   thereafter, within the next four or five days.

16             THE COURT:  All right.  So, I considered the usual

17   standards under Rule 9019, I won't go through since there

18   were no objections filed, I'm not going to go through any of

19   those.  You know, I've analyzed the -- you know, as I always

20   do, I apply the In Re: Iridium Operating System from the

21   Second Circuit, seven non inclusive factors, reports to

22   consider whether to approve settlements.  I won't go through

23   each factor since there are no objections other than to say

24   that I've considered each to the extent applicable in this

25   circumstances.  I find the settlement easily satisfies the
```

1    requirements in the Iridium and 9019 and be able to approve

2    the settlement.  And including the waiver of the 14 day.

3            MR. LATONA:  Great.  Thank you, Your Honor.  For

4    the remainder of the agenda, I'll cede the lectern to my

5    colleague Ms. Loureiro.

6            THE COURT:  Thank you.

7            MS. LOUREIRO:  Good morning, Your Honor.  For the

8    record, Patricia Louriero from Kirkland & Ellis.

9            THE COURT:  Good morning.

10            MS. LOUREIRO:  Good morning.  Next on the agenda,

11    we are going to turn to the Debtor's motion seeking approval

12    of settlement with a former employee.  And the motion was

13    filed --

14            THE COURT:  Walter Johnson?

15            MS. LOUREIRO:  Correct.  In support of the motion,

16    we filed at Docket from Mr. Ferrara at Docket Number 3473,

17    and he's available in the courtroom and available for cross,

18    but absent objection, we'd ask that this be admitted into

19    evidence.

20            THE COURT:  All right, it's admitted into

21    evidence.

22            (Christopher Ferraro Declaration admitted into

23    evidence)

24            MS. LOUREIRO:  Thank you.  As a bit of background,

25    Mr. Johnson was employed at the Debtor's beginning in August

Page 17

1    of 2021, and was separated from his employer in April of

2    this year.  In June of this year, he sent Celsius a demand

3    letter alleging, among other things, sex discrimination and

4    sexual harassment.  The settlement agreement contemplates a

5    $10,000 payment to be made to Mr. Johnson in exchange for

6    the release of his claims.  This settlement agreement has

7    the support of counsel to the Committee any final discussion

8    and review of the agreement.

9            Given any expected costs and risk of this

10   uncertainty associated with the fully litigating these

11   claims, the Debtor's, in an exercise of their business

12   judgement, believe the settlement is fair and equitable, and

13   in the best interest of the estates and with that

14   background, I'll be happy to answer any questions.

15           THE COURT:  Anybody else wish to be heard?  All

16   right, you know, I've again evaluated this proposed

17   settlement, applying the In Re: Iridium Operating Decision,

18   which is at 478 F.3d at 52, (2d Cir. 2007).  Again, in the

19   absence of any objections, I will not go through the seven

20   factors other to say I've considered each to the extent

21   applicable under the circumstances.  It's clear to me that

22   the cost of litigating this dispute with Mr. Johnson would

23   far exceed the $10,000 that's being paid in settlement.  I

24   consider this to be settlement being the best interest of

25   the estate and it's approved.

1                    MS. LOUREIRO:  Thank you, Your Honor.

2                    THE COURT:  Thank you.

3                    MS. LOUREIRO:  Final item on the agenda is

4       actually Agenda Item 1, which you already referenced, which

5       is the sealing motion related to the coin base agreements.

6       The motion was filed at Docket Number 3482.  And last night,

7       as a courtesy to counsel to Coin Base, who indicated they

8       may have a conflict this morning, we filed a C and O, at

9       Docket Number 3711, so we're happy to walk through, just

10      explaining a bit while we're here.

11                   THE COURT:  No while -- I take a rather strict

12      view of sealing.  I've reviewed this motion and -- and the

13      matters that want to seal, and I think are appropriate and

14      so it's granted.

15                   MS. LOUREIRO:  Thank Your Honor.

16                   THE COURT:  Okay.

17                   CLERK:  I think that's it then.

18                   THE COURT:  I think that's it.

19                   THE COURT:  Mr. Perez, are you here because you

20      were representing Coin Base?

21                   MR. PEREZ:  I am, Your Honor.  Nice to be here.

22                   THE COURT:  Would you like to stop in the

23      chambers?

24                   MR. PEREZ:  I will, Your Honor.

25                   THE COURT:  We're -- let's put it this way, it's

Page 19

1    been a long time that Mr. Perez has been appearing in this

2    court (indiscernible) -- okay.  All right.  See you again

3    soon.

4              MS. LOUREIRO:  Thank you, Your Honor.

5              MR. LATONA:  Thank you, Your Honor.

6              (Whereupon these proceedings were concluded at

7    9:38 AM)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 20

1                              I N D E X

2

3                               RULINGS

4                                                  Page      Line

5

6    Settlement Approved                           16        1

7    Johnson Settlement Approved                   17        25

8    Sealing Motion Granted                        18        14

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 21

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  October 8, 2023

[& - applying]                                                     Page 1

### &

**&**   3:3,12 4:1
  7:16 9:23 16:8

### 1

**1**   6:9,18 7:20
  7:24 8:3 18:4
  20:6
**10**   6:3
**10,000**   17:5,23
**10004**   1:14
**10014**   3:22
**10020**   4:4
**1006**   3:21
**10:03**   1:17
**11**   5:8 12:12,15
  12:17,21,25
  13:1,9 14:4
**11501**   21:23
**12151**   21:7
**1221**   4:3
**14**   13:22 15:10
  16:2 20:8
**16**   5:9 20:6
**160,000**   15:2
**17**   20:7
**1700**   3:14
**18**   20:8

### 2

**2**   6:11,13,17
  11:4
**2007**   17:18
**201**   3:21
**2020**   12:3,5,22
**2021**   12:5 17:1
**2023**   1:16 6:3
  21:25

**215**   13:18
**22-10964**   1:3
  6:3
**25**   20:7
**2d**   17:18

### 3

**300**   3:5 13:4
  21:22
**31**   13:23
**330**   21:21
**3472**   2:5
**3473**   2:6 16:16
**3474**   2:18 11:6
**34812**   11:22
**3482**   2:11 18:6
**3503**   2:6
**3504**   2:6
**3522**   2:11
**3711**   18:9

### 4

**45**   13:21
**478**   17:18

### 5

**5**   1:16
**52**   17:18
**54**   12:7
**5th**   6:3

### 6

**6004**   15:11
**60654**   3:6
**6565**   11:8

### 7

**700**   3:14
**77002**   3:15

### 8

**8**   21:25
**85**   13:17

### 9

**9019**   15:17
  16:1
**9:38**   19:7

### a

**a.m.**   6:3
**aaron**   4:7 7:17
**able**   16:1
**absence**   17:19
**absent**   16:18
**accurate**   21:4
**acquire**   13:17
**acquisition**
  13:21
**acre**   13:17
**actually**   12:8
  18:4
**ad**   12:10
**adding**   14:6
**addition**   14:10
**additional**   7:9
  7:18,21 15:1
**address**   10:12
**admitted**   9:9
  9:13 11:13,14
  16:18,20,22
**advise**   11:1
**affected**   10:18
**affiliated**   10:15
**agenda**   9:25
  10:6 11:3,20
  16:4,10 18:3,4

**agreed**   13:9
**agreement**
  2:11,16 12:5,6
  13:2,12,15,16
  14:11 17:4,6,8
**agreements**
  12:4,14,23,23
  18:5
**ahead**   8:6
**al**   6:4
**albeit**   14:4
**alfedo**   6:20
**alfredo**   3:17
**alleging**   13:1
  17:3
**allow**   14:14
**americas**   4:3
**analyzed**   15:19
**announceme...**
  8:25
**answer**   17:14
**anticipate**
  10:17
**anybody**   17:15
**appearance**
  6:8,11,19 7:13
  8:2,20 9:11
**appearances**
  7:10,19 8:10
  8:18
**appearing**   19:1
**appears**   10:13
**applicable**
  15:24 17:21
**apply**   15:20
**applying**   17:17

appropriate 18:13
approval 14:16 16:11
approve 15:22 16:1
approved 17:25 20:6,7
approving 2:4 2:14
approximately 12:7 13:17
april 17:1
asking 14:12 15:10
asset 14:6
assignment 14:24
associated 17:10
assuming 11:10
assumption 12:19
attempt 10:8 10:16
attorneys 3:4 3:13,20 4:2
audio 9:2,5
august 16:25
authority 14:10
authorizing 2:9,15,16
automatic 12:16,18

available 16:17 16:17
avenue 4:3
aware 10:8,19

**b**

b 1:21
back 12:3
background 16:24 17:14
bankruptcy 1:1,12,23 15:13
base 11:18 18:5,7,20
beginning 13:11 16:25
behalf 6:20 7:16 10:5
believe 17:12
best 17:13,24
bit 14:7 16:24 18:10
board 14:20
bowling 1:13
breaches 13:2
brief 10:6
bruh 3:25 7:4
build 14:9
business 14:5,7 17:11

**c**

c 3:1 6:1 18:8 21:1,1
caitlin 4:8 7:17
call 8:10,18

calling 6:3
capacity 13:18
case 1:3 4:1 6:3 7:16 12:10
cases 12:12,15 12:17,22,25 13:1,9 14:4 15:13
cash 13:22 14:14
cedarvale 13:19,20
cede 16:4
cell 9:9,14
celsius 1:7 2:17 6:4 14:13,14 14:16,25 15:4 17:2
certain 2:10 12:14 15:4
certified 21:3
cetera 9:13
chambers 18:23
chapter 12:12 12:15,17,21,25 13:1,9 14:4
charges 12:14
chicago 3:6
chris 3:10 6:15
christopher 5:8,9 11:7,14 16:22
cir 17:18
circuit 15:21
circumstances 15:25 17:21

claim 13:1
claims 12:8,24 13:5,25 14:2 15:5 17:6,11
clear 17:21
clerk 6:2,12,16 6:22 7:1,6,9,18 7:21 8:1,4,9,17 9:4 18:17
closing 15:14
coin 11:18 14:7 18:5,7,20
coinbase 2:10
coldny 4:7
colleague 7:4 16:5
colleagues 7:17
colodny 7:17
come 6:7 7:12
coming 8:11
committee 4:2 7:16 8:12 14:19 17:7
compel 12:17
compelled 12:18
competent 14:8
competing 12:24 14:4
complete 14:9
complex 13:8 14:1
components 13:22
comprises 13:22

concluded 19:6
confidential
2:10
confirmation
2:1
conflict 18:8
consider 15:22
17:24
considered
15:16,24 17:20
constitutes 9:6
contemplates
17:4
contracts
12:19
convertible
12:7 15:5
core 2:15 3:13
6:21 11:5 12:3
12:9,13,16,21
13:1,5 14:6
15:8
core's 15:13
cornell 3:24
7:2,3,8
correct 15:12
16:15
cost 15:1 17:22
costs 14:16
17:9
counsel 8:12
8:12 17:7 18:7
country 21:21
court 1:1,12
9:1,5,7,11,19
9:22,25 10:3,7
10:17,20,23

11:1,12,17,21
11:25 13:19
14:22,24 15:4
15:9,10,16
16:6,9,14,20
17:15 18:2,11
18:16,18,19,22
18:25 19:2
courtesy 18:7
courthouse
8:11,11
courtroom 6:7
7:12,19 11:9
16:17
creditor 4:10
4:11 6:25 8:8
creditor's 8:12
cross 5:3 11:10
16:17
customers
10:18

**d**

d 5:1 6:1 20:1
damages 13:2
13:3
dametri 4:11
6:23,24,24
dan 3:8 6:14
8:14 9:23 10:4
date 13:23
21:25
dates 12:3
day 15:10 16:2
days 15:15
deal 11:25
deanna 6:13,18
7:2,20,25 8:14

debtor 1:9
debtor's 2:13
10:8,15,16
11:5 12:2,6,12
12:15,25 13:16
14:11,13,18
16:11,25 17:11
debtors 2:4,8,9
2:15 3:4 8:12
8:15 10:5
12:10 15:8
december
12:22
decision 17:17
declaration 5:8
5:9 11:7,11,14
16:22
deemed 13:24
demand 17:2
department
3:19
designation
9:12
destructive
13:8 14:2
developing
14:15
devices 9:15
direct 5:3
discrimination
17:3
discussion 17:7
dispute 17:22
disputes 12:13
13:8
distribution
2:10

district 1:2
12:11
doc 2:5,11,18
docket 10:17
11:6,8 16:16
16:16 18:6,9
domain 10:15
dow 4:10 8:6,7
8:7

**e**

e 1:21,21 3:1,1
5:1 6:1,1 20:1
21:1
early 13:13
15:1
easily 15:25
ecf 11:22
ecro 1:25
effective 13:23
either 12:18
13:5
electric 13:18
electronic 9:14
ellis 3:3 8:15
9:23 10:5 16:8
email 10:12
embodied
13:15
employed
16:25
employee
16:12
employer 17:1
energize 15:1
enforce 12:16
enforcement
11:2

[enmeshed - immediately]                                                    Page 4

enmeshed
  12:13
enter  10:10,11
  14:11
entered  12:4
  15:13
entry  2:3,8,13
  2:15 14:21
equitable
  17:12
estate  17:25
estates  17:13
et  6:4 9:13
evaluated
  17:16
evidence  11:11
  11:13,15 16:19
  16:21,23
examine  11:10
exceed  17:23
excess  13:4
exchange  17:5
exercise  17:11
exhibits  5:7
expect  15:14
expected  17:9
expecting  8:15
explaining
  18:10
extent  11:9
  15:24 17:20

**f**

f  1:21 21:1
f.3d  17:18
facility  13:17
fact  14:1

factor  15:23
factors  15:21
  17:20
fahrenheit
  14:19
fair  17:12
far  17:23
ferrara  5:8,9
  11:7,8,14
  16:16
ferraro  16:22
file  2:9
filed  11:6,7
  12:15,21,24,25
  13:6 14:23
  15:18 16:13,16
  18:6,8
filing  10:16
  12:16
final  8:10,18
  14:14 17:7
  18:3
find  15:25
fine  8:4
first  9:8 12:1
fishing  10:8,16
fits  14:5
five  15:15
following  8:25
foregoing  21:3
format  10:14
former  16:12
forward  14:5
four  15:15
front  13:10
  15:8

full  9:8
fully  14:19
  17:10
function  7:23
  8:20
further  11:10

**g**

g  6:1
given  9:11 17:9
glenn  1:22
go  8:5,15,22
  9:11 10:10
  15:17,18,22
  17:19
going  6:14,23
  11:4 13:17
  15:18 16:11
good  6:4,13,20
  6:24 7:2,11,15
  8:7 9:19,20
  16:7,9,10
gotshal  3:12
granted  18:14
  20:8
granting  2:5
  2:17
great  16:3
green  1:13
ground  14:8
group  9:17
  12:10

**h**

h  15:11
hand  7:23 8:20
hands  8:21

happen  15:14
happened
  10:10
happy  17:14
  18:9
harassment
  17:4
heard  17:15
hearing  2:1,1,3
  2:3,8,8,13,13
  6:5
hoc  12:10
hold  8:4 12:21
holds  12:6
hon  1:22
honor  9:20
  10:5 11:3,10
  11:16,24 12:2
  13:16,21 14:1
  14:10,18,20
  16:3,7 18:1,15
  18:21,24 19:4
  19:5
hosting  12:14
  12:23,23
houston  3:15
hundred  10:18
hybrid  2:1,3,8
  2:13
hyde  2:25 21:3
  21:8

**i**

ii  2:5,15
il  3:6
immediately
  10:9,19,25

imposition  9:3
included  10:14
includes  14:25
including  16:2
inclusive  15:21
indicated  18:7
indiscernible
  6:9 7:23 9:22
  19:2
individual
  10:10,13
inform  10:7
information
  11:18
initials  9:12
intensive  14:2
intercompany
  2:16 14:12,17
interest  17:13
  17:24
interfere  9:15
involved  14:2
iphone  9:13
iridium  15:20
  16:1 17:17
isgur  12:11
  13:10 15:8
item  11:4,19
  18:3,4
iv  2:17

**j**

johnson  2:5
  5:9 16:14,25
  17:5,22 20:7
join  9:8,10
joined  7:4,12

judge  1:23
  12:11 13:10
  15:8
judgement
  13:6 17:12
july  13:13
june  13:10,13
  17:2
justice  3:19

**k**

karen  1:25
keith  4:6 7:15
kind  8:22
kirkland  3:3
  6:13 8:14 9:23
  10:5 16:8
kisnough  4:11
  6:24,24
know  10:24
  15:19,19 17:16
koenig  3:10
  6:15

**l**

lasalle  3:5
late  13:13
latona  3:8 6:14
  8:14,14 9:20
  9:23,23 10:1,4
  10:4,22,25
  11:3,16,19,23
  12:2 13:20
  14:23 15:3,6
  15:12 16:3
  19:5
law  11:2

laying  14:8
lectern  16:4
ledanski  2:25
  21:3,8
legal  21:20
letter  17:3
lift  12:18
light  13:9
likely  14:3
line  20:4
lines  14:7
link  10:14
liquidated  13:3
listen  8:24
listening  10:7
litigating  13:7
  17:10,22
litigation  12:20
  14:3
llc  1:7 6:4
llp  3:3,12 4:1
long  19:1
look  7:6
louisiana  3:14
loureiro  3:9
  6:14 16:5,7,10
  16:15,24 18:1
  18:3,15 19:4
louriero  16:8

**m**

made  13:23
  17:5
maintains  9:5
make  6:18 8:2
  9:14
making  9:1

management
  14:14
manager  14:8
manges  3:12
mark  3:25 7:4
martin  1:22
master  12:4,5
  12:6 13:2
matter  1:5
matters  12:20
  18:13
mediation  12:9
  13:9,11 15:8
megawatts
  13:18
mentioned
  10:6 15:7
mg  1:3
middle  6:7
  7:12
million  12:7
  13:4,21,22,24
mineola  21:23
mining  2:17
  13:3,17 14:6
  14:13,15,16
model  14:5
moment  14:4
monday  15:14
monetary  9:4,4
months  13:14
morning  6:4,6
  6:13,20,23,24
  7:2,11,15 8:7
  8:19 9:19,20
  16:7,9,10 18:8

| | | | |
|---|---|---|---|
| **motion**  2:3,8<br>2:13 11:5,6,7<br>11:17,23 12:15<br>12:17 13:6<br>14:19 16:11,12<br>16:15 18:5,6<br>18:12 20:8<br>**move**  11:11<br>**moving**  11:3<br>**mute**  9:13 | **ny**  1:14 3:22<br>4:4 21:23 | **p** | **previous**  15:13<br>**previously**<br>15:13<br>**price**  13:21<br>**prior**  12:12<br>13:11<br>**pro**  4:10,11<br>6:25 8:7<br>**proceedings**<br>9:1,5 19:6 21:4<br>**prohibited**  9:1<br>14:13<br>**prohibition**  9:3<br>**proofs**  12:24<br>13:1,5<br>**proposed**<br>17:16<br>**provision**<br>14:25<br>**purchase**  2:16<br>13:15,15 14:11<br>**put**  12:20 13:7<br>18:25<br>**pérez**  3:17 |


**motion**  2:3,8
2:13 11:5,6,7
11:17,23 12:15
12:17 13:6
14:19 16:11,12
16:15 18:5,6
18:12 20:8
**move**  11:11
**moving**  11:3
**mute**  9:13

**n**

**n**  3:1 5:1 6:1
20:1 21:1
**name**  9:7,8,12
**need**  6:11 8:2
**needs**  9:10
**negotiate**
13:14
**network**  1:7
6:4
**new**  1:2,14
3:22 4:4
**newco**  14:6
**newco's**  14:5
**nice**  18:21
**night**  18:6
**non**  9:4 15:21
**north**  3:5
**notes**  12:7 15:5
**notice**  10:16
**notifications**
9:15
**notified**  10:20
**number**  6:3
9:9,10 11:4,6,8
16:16 18:6,9

**ny**  1:14 3:22
4:4 21:23

**o**

**o**  1:21 6:1 18:8
21:1
**o'connell**  4:8
7:17
**objected**  13:5
**objection**
14:18 16:18
**objections**
11:12 15:18,23
17:19
**october**  1:16
6:3 21:25
**office**  7:3
**officer**  9:18
**official**  4:2
7:16 9:6
**oh**  11:25
**okay**  6:16 7:6
7:21,24 8:3,9
8:17 11:2,21
11:25 14:22
18:16 19:2
**old**  21:21
**ongoing**  12:9
14:3 15:7
**operating**
15:20 17:17
**option**  14:25
**order**  2:3,9,14
14:14,21 15:12
**own**  12:21

**p**

**p**  3:1,1 6:1
**page**  5:7 20:4
**paid**  13:24
17:23
**part**  11:6 13:15
15:6,7,9
**partial**  9:12
13:6
**parties**  7:11,22
8:1,24 9:6,11
12:3,24 13:7
13:11,25
**party**  9:8
**passthrough**
12:14
**past**  10:2
**patricia**  3:9
6:14 16:8
**pause**  7:10
**paying**  14:15
**payment**  12:17
13:22 17:5
**perez**  6:20,20
18:19,21,24
19:1
**permit**  14:12
**persons**  8:25
**phone**  9:9,10
9:14
**please**  6:7,12
6:19 7:12,23
8:19 9:13,19
**podium**  6:7
7:12
**pre**  9:11

**previous**  15:13
**previously**
15:13
**price**  13:21
**prior**  12:12
13:11
**pro**  4:10,11
6:25 8:7
**proceedings**
9:1,5 19:6 21:4
**prohibited**  9:1
14:13
**prohibition**  9:3
**proofs**  12:24
13:1,5
**proposed**
17:16
**provision**
14:25
**purchase**  2:16
13:15,15 14:11
**put**  12:20 13:7
18:25
**pérez**  3:17

**q**

**questions**  11:9
11:11 14:20
17:14
**quickly**  15:14

**r**

**r**  1:21 3:1,17
6:1 21:1
**raise**  7:23 8:19
**rather**  18:11
**reach**  10:23
13:12

read 8:22
ready 8:15,22
realized 13:7
received 14:18
record 6:6,8
  7:13,22 8:19
  8:21,23 9:6,7
  9:21 10:4 16:8
  21:4
recording 6:2
  6:5 7:10 8:5
  9:1,5,16
recross 5:3
redact 2:9
redirect 5:3
referenced
  18:4
regarding
  12:13,20
rejected 12:24
rejecting 12:22
related 2:5,17
  13:2 15:5 18:5
relationship
  12:2
release 17:6
released 13:25
relief 2:5,18
  14:12
remainder
  16:4
reports 15:21
representing
  18:20
requirements
  16:1

resolves 14:1
respective
  12:25
responded
  12:16
rest 13:13
restarted 8:5
result 9:3
retaining 15:4
return 13:3
review 17:8
reviewed 18:12
right 6:2,4,19
  6:22 7:9,11 8:5
  8:9,17,21,21
  8:24 11:12,25
  15:3,9,16
  16:20 17:16
  19:2
rigs 13:3
rise 9:18
risk 17:9
road 21:21
room 9:9
rule 15:17
rulings 20:3

s

s 3:1 6:1
sale 2:16
sanctions 9:4
satisfaction
  13:24
satisfies 15:25
scientific 2:15
  3:13 6:21 11:5
  12:3,10

screenshot 9:2
script 8:22
se 4:10,11 6:25
  8:7
seal 2:9 11:17
  18:13
sealing 18:5,12
  20:8
seated 9:19
second 8:5
  15:21
see 7:20 8:21
  19:2
seeking 14:10
  14:16 16:11
sent 10:12,14
  17:2
separated 17:1
series 12:13
services 2:11
  12:4,5,6 13:2
set 13:10,21
settlement 2:4
  2:14 11:5 12:1
  12:8 13:12,14
  13:16,23 14:1
  15:7,10,25
  16:2,12 17:4,6
  17:12,17,23,24
  20:6,7
settlements
  15:22
seven 15:21
  17:19
several 10:18
  12:4

sex 17:3
sexual 17:4
shara 3:24 7:2
sharon 4:10
  8:7
short 9:25
shortly 12:22
shut 10:9,19
sight 10:2
signature 21:7
site 13:20 14:9
  14:15
solutions 21:20
somebody
  10:23
sonya 2:25
  21:3,8
soon 19:3
sorry 7:24 8:3
  9:24
sought 12:18
southern 1:2
  12:11
speak 9:7
speaking 6:6
  6:23 7:22,25
  8:1,19
standards
  15:17
start 11:4
started 6:5
  10:6
starting 6:2
state 6:7 7:13
  8:20 9:6
states 1:1,12
  3:19 7:3

station   15:1
stay   12:16,18
    13:7 15:11
stop   18:22
street   3:21
strict   18:11
strictly   8:25
subject   12:8,9
suite   3:14,21
    21:22
summary   13:6
support   10:11
    16:15 17:7
support.celsi...
    10:13
sure   9:14 10:1
system   15:20

**t**

t   21:1,1
take   11:21
    18:11
tampered
    10:14
temporarily
    12:21
term   13:14
terms   2:10
    13:12
texas   12:11
thank   6:16,17
    6:19,22,25 7:1
    7:5,6,8,18,21
    8:4,9,17 9:16
    9:17 11:16
    16:3,6,24 18:1
    18:2,15 19:4,5

thanks   7:24
things   17:3
think   6:9 7:3
    18:13,17,18
thousand
    10:18
ticket   10:11,12
time   7:10 9:7
    11:22 19:1
today   9:25
    10:17
today's   6:5
took   13:13
transcribed
    2:25
transcript   21:4
transfers   2:17
    14:12,17
true   21:4
trustee   3:20
    7:3 10:20,24
turn   16:11
two   13:22 14:4
tx   3:15

**u**

u.s.   1:23 3:20
uncertainty
    17:10
under   2:9
    12:14 13:4
    14:13 15:11,17
    17:21
understand
    14:24
united   1:1,12
    3:19 7:3

unrelated
    11:23
usbt   14:7
use   8:19
usual   15:16

**v**

valuable   14:6
value   13:8 14:2
varick   3:21
veritext   21:20
video   9:2
view   18:12
violation   9:3

**w**

waiting   8:10
    8:13 9:9
waive   15:10
waiver   16:2
walk   18:9
walter   2:5 5:9
    16:14
want   6:18 10:7
    11:1 18:13
wants   6:9
way   18:25
website   10:10
    10:11
week   10:2
weil   3:12
welcome   10:1
    10:1
white   4:1 7:16
wish   17:15
wishing   11:9
witnesses   5:3

woffard   4:6
    7:15,15
woman   6:9,11
    6:13,17,18
    7:20,24 8:3
work   14:8

**x**

x   1:4,10 5:1
    20:1

**y**

year   17:2,2
yesterday   10:9
york   1:2,14
    3:22 4:4

**z**

zoom   6:23 7:4
    7:22,23 8:1,18
    8:18,20