Honorable Chief Judge Glenn
United States Bankruptcy Court
Southern District of New York
RE: New Evidence for CEL token petition date price
Case No. 22-10964(MG)

Dear Chief Judge Glenn,

Engaging with the bankruptcy court process has been a significant journey, particularly for those of us who are newcomers to this realm. I appreciate the moment you will take to read this.

I am just one of the many thousands of creditors and faithful Celsians watching this case together very closely and it has become very evident that the CEL token is not being treated fairly in any way whatsoever and many facts are being ignored, omitted, or obscured from the court. These things can be seen through all the biases, the language, and the gaslighting being performed during the court process; It is tantamount to theatrics.

Anyone who isn't tethered with a vendetta toward a specific individual or has something to gain directly from CEL token's unfair treatment can see how irrelevant all the debate in the court is. The CEL token is a token just like any other. However, it's being leveraged in a way to make it seem different than all the rest to confuse the court and punish those who have been victimized the most—simply because it's easy to create a lie around it. The bottom line is that the CEL token holders are the only victims here. There's nothing before or after that fact; just that.

I kindly request the court's consideration to admit the newly presented evidence specifying the petition date price for the CEL token. The data and information has been worked on for well over a year now, and it is to be considered to be very reliable, accurate, complete, and compiled by a leading industry expert.

Your Honor, during previous court sessions, you mentioned an openness to hearing from an expert on the valuation matter. Building upon that sentiment, I earnestly ask the court to entertain the introduction of an updated expert report. This document critically assesses the fair market value of the CEL token as of the crucial date in question. I recognize the official deadline has lapsed; however, there remains an evidential void that this report can adequately fill.

I urge the court to employ its judicious discretion by accepting the "Nugenesis Report on the Economic Valuation of CEL Tokens as of May 1, 2022", with specific attention to the CEL Tokenomics Report Executive Summary, Page 13, Paragraph 4, which is available at: https://bit.ly/3rMt0Ch

Overlooking this integral piece of evidence may inadvertently lead to an imprecise claims adjudication, possibly necessitating further appeals.

I truly appreciate your patience and due diligence in this matter. Your consistent dedication to ensuring fairness and clarity is paramount, especially given the profound impact this bankruptcy case has had on a vast number of retail CEL token holders such as myself.

Sincerely,

Jonathan Kelly