**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered)<br><br>Re: ECF Doc. #3527 |

## NOTICE OF WITHDRAWAL OF CONFIRMATION OBJECTION

Pharos Fund SP of Pharos Master SPC and Pharos USD Fund SP of Pharos Master SPC hereby withdraw their plan confirmation objection filed September 22, 2023.

Dated: New York, New York
October 11, 2023

AMINI LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Creditors Pharos Fund SP of
PHaros Master SPC and Pharos USD Fund
SP of Pharos Master SPC