Good day Honourable Judge Glenn;

I am writing to respectfully request that you take a look at the Nugenesis Report, provided in the DropBox link below, as it directly answers your call for expert analysis establishing a petition date value for CEL tokens, which the Galka report did not.

I understand its implications Judge Glenn, please take this report into consideration before ruling on this matter.

Kind Regards;
Shirley Thandiwe Carroll


Nugenesis Report on the Economic Valuation of CEL Tokens as of May 1, 2022," CEL Tokenomics Report Executive Summary, Page 13, Paragraph 4. Available at: Dropbox URL
https://www.dropbox.com/scl/fo/pm9a88079d9y4veia4036/h?rlkey=98kmb6dkpi44nolm8118pmwe2&dl=0