Dear Honorable Judge Glenn,

 I am writing to respectfully request that you take a look at The Nugenesis Report, provided in the DropBox Link Below, as it directly answers your call for expert analysis establishing a petition date value of CEL Tokens, which the Galka report did not.

I understand its implications Judge Glenn, please take this report into consideration before ruling on this matter.

Nugenesis Report on the Economic Valuation of CEL Tokens as of May 1, 2022, "CEL" Tokenomics Report Executive Summary, Page 13, Paragraph 4. Available at: DropBox URL:

https://www.dropbox.com/scl/fo/pm9a88o79d9y4veia4036/h?rlkey=98kmb6dkpi44nolm8118pmwe2&dl=0

Best Regards,
Michael Cheng