Andersen LLP
80 Coleman Street,
London, EC2R 5BJ,
United Kingdom
Telephone: +44 (0)20 7242 5000
Fax: +44 (0)20 7282 4337

*UK Tax Services Provider
for the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY FEE STATEMENT
OF SERVICES RENDERED AND EXPENSES
INCURRED BY ANDERSEN LLP AS UK TAX SERVICES PROVIDER
FOR THE DEBTORS, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

| Name of Applicant | Andersen LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors |
| Retention Date | June 6, 2023, effective as of February 13, 2023 |
| Period for which compensation and reimbursement is sought: | July 1, 2023 through July 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $32,717.98 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |
| This is a(n) | Monthly Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

This is the second monthly fee application filed in this case.

Andersen LLP ("Andersen"), as valuation advisors to the debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"), hereby submits this monthly fee statement (the "Fee Statement"), pursuant to this Court's *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779], dated June 8, 2023 (the "Amended Interim Compensation Order"), and this Court's Order under 11 U.S.C. § 1103, Fed. R. Bankr. P. 2014 and 5002, and S.D.N.Y. LBR 2014-1, *Order (I) Authorizing the Retention and Employment of Andersen LLP as UK Tax Services Provider Effective as of February 28, 2023, and (II) Granting Related Relief* [Docket No. 2755], dated June 6, 2023, seeking compensation and reimbursement of expenses for the period July 1, 2023 through July 31, 2023 (the "Monthly Period"). By this Fee Statement, Andersen seeks payment of $26,174.38, which is equal to 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Monthly Period, $32,717.98.

Attached hereto as Exhibit A is a summary report outlining the hours and fees worked by task, hours and fees worked by professional, and hours and fees worked by task by professional for the Monthly Period.

This Fee Statement also includes a billing summary by individual, setting forth the (i) name and title of each individual for whose work on these cases compensation is sought, (ii) aggregate time expended by each such individual, and (iii) hourly billing rate for each such individual at Andersen's current billing rates.

[*Remainder of page intentionally left blank*]

# NOTICE

Pursuant to the Interim Compensation Order, notice of this Fee Statement has been served upon (i) Celsius Network LLC, 50 Harrison Street, Suite 209F, Hoboken, New Jersey 0703, Attn: Ron Deutsch; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C. and Simon Briefel, and 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., and Christopher S. Koenig; (iii) the U.S. Trustee, Alexander Hamilton Custom House, 1 Bowling Green, New York, New York 10004, Attn: Shara Cornell, Mark Bruh, and Brian S. Masumoto; (iv) counsel to the UCC, White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce, 1221 6th Avenue, New York, New York 10020, Attn: David Turetsky, and 555 South Flower Street, Suite 2700, Lost Angeles, California 90071, Attn: Aaron E. Colodny; (v) counsel to the Chapter 11 Examiner, Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654, Attn: Catherine L. Steege, and Vincent E. Lazar; (vi) counsel to the Ad Hoc Group of Custodial Account Holders, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Kyle J. Ortiz and Bryan M. Kotliar; (vii) counsel to the Ad Hoc Group of Withhold Account Holders, Troutman Pepper Hamilton Sanders, 875 Third Avenue, New York, New York 10022, Attn: Deborah Kovsky-Apap; (viii) via electronic mail to counsel to the Fee Examiner, Christopher S. Sontchi, at CelsiusFeeExaminer@gklaw.com; and (ix) any other statutory committee appointed in these chapter 11 cases. Andersen submits that, in view of the facts and circumstances, such notice is sufficient, and no other or further notice need be provided.

WHEREFORE, Andersen respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, *i.e.*, payment of $26,174.38, which represents 80 percent of the compensation sought, $32,717.98.

Dated: October 11, 2023

                                      ANDERSEN LLP
                                      By: /s/ Zoe Wyatt

                                      Zoe Wyatt
                                      Andersen LLP
                                      80 Coleman Street
                                      London, EC2R 5BJ
                                      United Kingdom.
                                      Telephone: +44 (0)20 7242 5000
                                      Fax: +44 (0)20 7282 4337

                                      *UK Tax Services Provider*
                                      *for the Debtors and Debtors-in-Possession*

**Exhibit A**

SUMMARY OF TOTAL FEES
BY PROFESSIONAL FOR ANDERSEN LLP
July 1, 2023 through July 31, 2023

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Zoe Wyatt | Engagement Partner and Head of Crypto & Digital Assets | 6 | $1168 | **7,008** |
| Sarah Shears | VAT Partner | 2.5 | $1112 | **2,780** |
| Dion Seymour | Crypto Technical Director | 12.65 | $863 | **10,916.95** |
| Huw Griffiths | Director - Corporate Tax | 12.5 | $863 | **10,787.50** |
| Kevin Hindley | Partner and Head of Corporate | 0.5 | $1168 | **584** |
| **TOTAL** | | **34.15** | | **$32,076.45** |
| *Less 15% Discount* | | | | *$(4,811.47)* |
| **SUB TOTAL** | | | | **$27,264.98** |
| **VAT** | | | | **$5,453** |
| **TOTAL** | | | | **$32,717.98** |

SUMMARY OF TOTAL FEES
BY TASK CATEGORY FOR ANDERSEN LLP
July 1, 2023 through July 31, 2023

| Task | Description | Total Hours | Total Requested Fees |
|---|---|---|---|
| Accounts | Preparation and completion of Corporation Tax Returns for 2021 onward | 10 | **9,087.5** |
| Ad hoc | Completion of additional works not included within the original Statement of Work | 15.91 | **15,255.33** |
| Administrative | Activities in relation to Chapter 11 including review of court submissions and necessary documents | 2.08 | **1,795.04** |
| General | Time related to weekly catch-up calls and other such activity | 5.16 | **4,951.08** |
| VAT Return | Review and completion of VAT registration process and filing of VAT returns | 1 | **987.50** |
| SUB TOTAL | | **34.15** | **$32,076.45** |
| *Less 15% Discount* | | | *$(4,811.47)* |
| **SUB TOTAL** | | | **$27,264.98** |
| **VAT** | | | **$5,453** |
| **TOTAL** | | | **$32,717.98** |

2

SUMMARY OF TOTAL FEES BY PROFESSIONAL AND
BY TASK CATEGORY FOR ANDERSEN LLP
July 1, 2023 through July 31, 2023

| Professional | Task | Hours | Total Requested Fees ($) |
|---|---|---|---|
| Dion Seymour | Accounts | 2.5 | 2157.5 |
| | Ad Hoc | 6.91 | 5963.33 |
| | Administrative | 1.58 | 1363.54 |
| | General | 1.16 | 1001.08 |
| | VAT Return | 0.5 | 431.5 |
| | Accounts | 2.5 | 2157.5 |
| Huw Griffiths | Accounts | 6 | 5178 |
| | Ad Hoc | 4 | 3452 |
| | Administrative | 0.5 | 431.5 |
| | General | 2 | 1726 |
| Kevin Hindley | Ad Hoc | 0.5 | 584 |
| Sarah Shears | General | 2 | 2224 |
| | VAT Return | 0.5 | 556 |
| Zoe Wyatt | Accounts | 1 | 1168 |
| | Ad Hoc | 5 | 5840 |
| **SUB TOTAL** | | **34.15** | **$32,076.45** |
| *Less 15% Discount* | | | *$(4,811.47)* |
| SUB TOTAL | | | **$27,264.98** |
| VAT | | | **$5,453** |
| TOTAL | | | **$32,717.98** |

3

DETAIL OF TOTAL FEES BY PROFESSIONAL AND
BY TASK CATEGORY FOR ANDERSEN LLP
July 1, 2023 through July 31, 2023

| Date | Name | Task | Description | Hours | Rate ($) | Sum of fees ($) |
|---|---|---|---|---|---|---|
| 07-Jul-23 | Zoe Wyatt | Ad Hoc | Call with Dion re Series B settlement, review and draft questions to Kirkland. Respond to Lior's email re fact pattern. | 0.75 | 1168 | 876.00 |
| 07-Jul-23 | Dion Seymour | Ad Hoc | Review of email from Kirkland regarding tax liability for the settlement fund and replies to Kirkland. Discussion with Zoe Wyatt on follow-up email to Anthony | 1.50 | 863 | 1,294.50 |
| 07-Jul-23 | Huw Griffiths | Ad Hoc | Series B Preferred settlement | 1.50 | 863 | 1,294.50 |
| 10-Jul-23 | Dion Seymour | Ad Hoc | Review of settlement agreement with consideration of tax deductibility of the amount being paid to settle the claim | 3.00 | 863 | 2,589.00 |
| 10-Jul-23 | Dion Seymour | VAT Return | Update with Sarah on progress of VAT matters | 0.50 | 863 | 431.50 |
| 10-Jul-23 | Sarah Shears | VAT Return | Call with Dion re VAT | 0.50 | 1112 | 556.00 |
| 11-Jul-23 | Dion Seymour | Accounts | Discussion with Huw following weekly call for next steps | 0.50 | 863 | 431.50 |
| 11-Jul-23 | Dion Seymour | Ad Hoc | Review of draft advice for Zoe Wyatt to consider, call with Zoe | 1.00 | 863 | 863.00 |
| 11-Jul-23 | Zoe Wyatt | Ad Hoc | Review settlement agreement, review of draft advice and call with Dion | 2.25 | 1168 | 2,628.00 |
| 11-Jul-23 | Huw Griffiths | General | Weekly call | 1.00 | 863 | 863.00 |
| 11-Jul-23 | Dion Seymour | General | Weekly catch-up call | 0.50 | 863 | 431.50 |
| 14-Jul-23 | Huw Griffiths | Ad Hoc | Case law and HMRC manual research re Series B memo, call with Zoe | 2.50 | 863 | 2,157.50 |
| 17-Jul-23 | Zoe Wyatt | Ad Hoc | Review Huw's case law note/summary on and discuss settlement agreement | 2.00 | 1168 | 2,336.00 |

4

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 18-Jul-23 | Sarah Shears | General | Weekly update call | 1.00 | 1112 | 1,112.00 |
| 18-Jul-23 | Huw Griffiths | Administrative | Weekly call | 0.50 | 863 | 431.50 |
| 19-Jul-23 | Dion Seymour | Accounts | Analysis of the WIP reports to export the necessary detail in format required by the Court | 1.00 | 863 | 863.00 |
| 19-Jul-23 | Huw Griffiths | Accounts | Call with Lior and Moshe re Bitwave, update call with Zoe Wyatt | 2.00 | 863 | 1,726.00 |
| 19-Jul-23 | Kevin Hindley | Accounts | Discussion on losses and trade loss carry backs with Huw Griffiths | 0.50 | 1168 | 584.00 |
| 19-Jul-23 | Dion Seymour | Administrative | Final review of the court documents and figures for the submission | 0.75 | 863 | 647.25 |
| 19-Jul-23 | Zoe Wyatt | Accounts | Review and discuss Bitwave schedule with Huw | 1.00 | 1168 | 1,168.00 |
| 21-Jul-23 | Dion Seymour | Administrative | Final submission of claim for the court for fees to Kirkland | 0.50 | 863 | 431.50 |
| 24-Jul-23 | Huw Griffiths | Accounts | Catch up with Dion re Celsius | 1.00 | 863 | 863.00 |
| 24-Jul-23 | Dion Seymour | Accounts | Discussion with Huw Griffiths on the report from Bitwave and impact on CT returns | 1.00 | 863 | 863.00 |
| 24-Jul-23 | Huw Griffiths | Accounts | Work through Bitwave information to estimate FY22 liability | 2.00 | 863 | 1,726.00 |
| 25-Jul-23 | Huw Griffiths | General | Celsius weekly call | 1.00 | 863 | 863.00 |
| 25-Jul-23 | Dion Seymour | General | Celsius weekly meeting | 0.66 | 863 | 575.33 |
| 25-Jul-23 | Sarah Shears | General | Weekly update call | 1.00 | 1112 | 1,112.00 |
| 26-Jul-23 | Huw Griffiths | Accounts | Call with Lior re Bitwave schedule | 1.00 | 863 | 863.00 |
| 26-Jul-23 | Dion Seymour | Ad Hoc | Discussion with Lior regarding 2022 tax analysis with follow-up call with CT Director. | 1.00 | 863 | 863.00 |
| 31-Jul-23 | Dion Seymour | Ad Hoc | Email to Celsius regarding penalty determination and how to make payment to HMRC | 0.42 | 863 | 359.58 |
| 31-Jul-23 | Dion Seymour | Administrative | Review and response to Kirkland regarding first invoice application for the | 0.33 | 863 | 287.67 |

5

| | | |
|---|---|---:|
| US court following amendments from Kirkland | | |
| Sub total | | $32,076.45 |
| Less discount (15%) | | ($4,811.47) |
| Total (excluding VAT) | | $27,264.98 |
| VAT | | $5,543 |
| | TOTAL | $32,717.98 |