UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF SERVICE

I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the information agent for the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served by the date and method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Sixth Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 3481]

Dated: September 27, 2023

                                                                           */s/ Liz Santodomingo*
                                                                           Liz Santodomingo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 27, 2023, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

SRF 72947

**Exhibit A**

Exhibit A
Notice Parties Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| CELSIUS NETWORK LLC | ATTN: RON DEUTSCH | 50 HARRISON STREET | SUITE 209F | HOBOKEN | NJ | 07030 | | FIRST CLASS MAIL ON SEPTEMBER 18, 2023 |
| FEE EXAMINER | ATTN: CHRISTOPHER SONTCHI | | | | | | CELSIUSFEEEXAMINER@GKLAW.COM | EMAIL ON SEPTEMBER 16, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 18, 2023 |
| JENNER & BLOCK, LLP | ATTN: CATHERINE L. STEEGE, AND VINCENT E. LAZAR | 353 N. CLARK STREET | | CHICAGO | IL | 60654 | | EMAIL ON SEPTEMBER 16, 2023 |
| KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. SWASTENIET, Alison Wirtz | | | | | | PATRICK.NASH@KIRKLAND.COM ROSS.KWASTENIET@KIRKLAND.COM ALISON.WIRTZ@KIRKLAND.COM | EMAIL ON SEPTEMBER 16, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 18, 2023 |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG | | | | | | JSUSSBERG@KIRKLAND.COM | EMAIL ON SEPTEMBER 16, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 18, 2023 |
| KIRKLAND & ELLIS LLP | ATTN: CHRISTOPHER S. KOEING | | | | | | CHRIS.KOENIG@KIRKLAND.COM | EMAIL ON SEPTEMBER 16, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 18, 2023 |
| OFFICE OF THE UNITED STATES TRSUTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, BRIAN S. MASUMOTO | | | | | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV | EMAIL ON SEPTEMBER 16, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 18, 2026 |
| THE U.S. TRUSTEE | ATTN: MARK BRUH | FEDERAL OFFICE BUILDING | 201 VARICK STREET, SUITE 1006 | NEW YORK | NY | 10014 | | FIRST CLASS MAIL ON SEPTEMBER 18, 2023 |
| TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | | | | | | KORTIZ@TEAMTOGUT.COM BKOTLIAR@TEAMTOGUT.COM DPERSON@TEAMTOGUT.COM AODEN@TEAMTOGUT.COM AGLAUBACH@TEAMTOGUT.COM EBLANDER@TEAMTOGUT.COM ARODRIGUEZ@TEAMTOGUT.COM BKOTLIAR@TEAMTOGUT.COM GQUIST@TEAMTOGUT.COM ASTOLP@TEAMTOGUT.COM DEBORAH.KOVSKY@TROUTMAN.COM | EMAIL ON SEPTEMBER 16, 2023 |
| TROUTMAN PEEPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | | | | | | | EMAIL ON SEPTEMBER 16, 2023 |
| WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEDDMAN | | | | | | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM JWEEDMAN@WHITECASE.COM | EMAIL ON SEPTEMBER 16, 2023 |
| WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | | | | | | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM MCO@WHITECASE.COM JDISANTI@WHITECASE.COM | EMAIL ON SEPTEMBER 16, 2023 |
| WHITE & CASE LLP | ATTN: AARON E. COLODNY | | | | | | AARON.COLODNY@WHITECASE.COM | EMAIL ON SEPTEMBER 16, 2023 AND FIRST CLASS MAIL ON SEPTEMBER 18, 2023 |