Stout Risius Ross, LLC
120 West 45th Street
Suite 2900
New York, NY 10036
Telephone (212) 400-7299
Fax (866) 430-6183

*Valuation Advisors for the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY STOUT RISIUS ROSS, LLC AS VALUATION ADVISORS FOR THE DEBTORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

| Name of Applicant | Stout Risius Ross, LLC |
|---|---|
| Authorized to Provide Professional Services to: | Debtors |
| Retention Date | April 18, 2023, effective as of February 21, 2023 |
| Period for which compensation and reimbursement is sought: | August 1, 2023 through August 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $49,802.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |
| This is a(n) | Monthly Application |

This is the SIXTH monthly fee application filed in this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Stout Risius Ross, LLC ("Stout"), as valuation advisors to the Debtor, Celsius Network, LLC *et al.*, and its affiliated debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"), hereby submits this monthly fee statement (the "Fee Statement"), pursuant to this Court's *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779], dated June 8, 2023 (the "Amended Interim Compensation Order"), and this Court's *Order (I) Authorizing the Retention and Employment of Stout Risius Ross, LLC as Valuation Advisor Effective as of February 21, 2023, and (II) Granting Related Relief* [Docket No. 2498], dated April 18, 2023, seeking compensation and reimbursement of expenses for the period August 1, 2023 through August 31, 2023 (the "Sixth Monthly Period"). By this Fee Statement, Stout seeks payment of $39,842.00, which is equal to eighty percent (80%) of the total amount of compensation sought for actual and necessary professional services rendered during the Sixth Monthly Period (i.e., $49,802.50).

Attached hereto as Exhibits A-C are summary reports outlining the hours and fees worked by task, hours and fees worked by professional and hours and fees worked by task by professional for the Sixth Monthly Period. Also attached as Exhibit D are time entry records for the Sixth Monthly Period that were recorded in tenths of an hour by project task, maintained in the ordinary course of Stout's practice, and which set forth a detailed description of services performed by each professional on behalf of the Debtors.

This Fee Statement also includes a billing summary by individual, setting forth the (i) name and title of each individual for whose work on these cases compensation is sought, (ii) aggregate time expended by each such individual and (iii) hourly billing rate for each such individual at Stout's current billing rates.

SUMMARY OF TOTAL FEES BY PROFESSIONAL
FOR STOUT RISIUS ROSS, LLC
August 1, 2023 through August 31, 2023

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Brent Sloan | Managing Director | 11.00 | $800.00 | $8,800.00 |
| Fotis Konstantinidis | Managing Director | 0.40 | $800.00 | $320.00 |
| Harris Antoniades | Managing Director | 0.40 | $800.00 | $320.00 |
| Joel Cohen | Managing Director | 5.00 | $800.00 | $4,000.00 |
| Kurt Uhrler | Managing Director | 0.70 | $800.00 | $560.00 |
| Niall Ledwidge | Managing Director | 17.50 | $800.00 | $14,000.00 |
| Adam Bakula | Senior Vice President | 26.40 | $500.00 | $13,200.00 |
| Katarina Quach | Vice President | 4.40 | $425.00 | $1,870.00 |
| Sidharth Kandoi | Manager | 1.70 | $425.00 | $722.50 |
| Katie Alexanderson | Associate | 14.60 | $350.00 | $5,110.00 |
| Doug Hall | Analyst | 4.00 | $225.00 | $900.00 |
| **TOTAL** | | **86.10** | | **$49,802.50** |

SUMMARY OF TOTAL FEES BY TASK CATEGORY
FOR STOUT RISIUS ROSS, LLC
August 1, 2023 through August 31, 2023

| Task | Description | Total Hours | Total Requested Fees |
|---|---|---|---|
| Asset Valuation | Revise valuations of certain of the Debtors' assets, including: an analysis of agreements for staking and market data; research on crypto exchange marketplaces and staked ETH data; an analysis of historical crypto price data, transactional volume, and market depth; an analysis of loans and alternative investments; creation of ranking of crypto marketplaces; development of average pricing based fair market valuation methodology; and application of pricing models to staked cryptocurrency. Prepare valuation of crypto mining assets. | 58.80 | $35,170.00 |
| Case Administration | Ensure efficient administration of valuation services related to the Debtors' chapter 11 cases. Stout professionals spent time reviewing court documents; coordinating, managing, and administering the engagement; attending case status meetings with the Debtors' management team and other retained professionals; conducting regular meetings internally regarding the overall case status, staffing, workstreams, and strategy; general case management. | 5.60 | $4,255.00 |
| Fee Applications | Review the Interim Compensation Order and applicable provisions of the Bankruptcy Code; prepare and distribute Stout's monthly fee statement and interim fee application in accordance with the Interim Compensation Order; review monthly fee statement and interim fee application to ensure compliance with the Interim Compensation Order and applicable provisions of the Bankruptcy Code; revise monthly fee statement and interim fee application for privilege and confidentiality. | 21.70 | $10,377.50 |
| | | | |
| **TOTAL** | | **86.10** | **$49,802.50** |

<u>Notice</u>

No trustee has been appointed in these chapter 11 cases. Pursuant to the Amended Interim Compensation Order, notice of this Fee Statement has been served upon (i) Celsius Network LLC, 50 Harrison Street, Suite 209F, Hoboken, New Jersey 0703, Attn: Ron Deutsch; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C. and Simon Briefel, and 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., Christopher S. Koenig, and Alison J. Wirtz; (iii) the U.S. Trustee, Alexander Hamilton Custom House, 1 Bowling Green, New York, New York 10004-1408, Attn: Shara Cornell, Mark Bruh, and Brian S. Masumoto; (iv) counsel to the UCC, White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce, 1221 6th Avenue, New York, New York 10020, Attn: David Turetsky, and 555 South Flower Street, Suite 2700, Lost Angeles, California 90071, Attn: Aaron E. Colodny; (v) counsel to the Chapter 11 Examiner, Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654, Attn: Catherine L. Steege, and Vincent E. Lazar; (vi) counsel to the Ad Hoc Group of Custodial Account Holders, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Kyle J. Ortiz and Bryan M. Kotliar; (vii) counsel to the Ad Hoc Group of Withhold Account Holders, Troutman Pepper Hamilton Sanders, 875 Third Avenue, New York, New York 10022, Attn: Deborah Kovsky-Apap; (viii) via electronic mail to counsel to the Fee Examiner, Christopher S. Sontchi, at CelsiusFeeExaminer@gklaw.com; and (ix) any other statutory committee appointed in these chapter 11 cases. Stout submits that, in view of the facts and circumstances, such notice is sufficient, and no other or further notice need be provided.

WHEREOF, Stout respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, i.e., payment of $39,842.00, which represents eighty percent (80%) of the compensation sought (i.e., $49,802.50).

Dated: October 11, 2023

    STOUT RISIUS ROSS, LLC
By: /s/ *Joel Cohen*
Joel Cohen
STOUT RISIUS ROSS, LLC
120 West 45th Street
Suite 2900
New York, NY 10036
Telephone (212) 400-7299
Fax (866) 430-6183

*Valuation Advisors for the Debtors and Debtors-in-Possession*

22-10964-mg    Doc 3766    Filed 10/11/23    Entered 10/11/23 15:20:20    Main Document
                                    Pg 7 of 15


# Exhibit A

## Celsius Network, LLC, *et al.*,
## Summary of Time Detail by Task
## August 1, 2023 through August 31, 2023

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Asset Valuation | 58.80 | $35,170.00 |
| Case Administration | 5.60 | $4,255.00 |
| Fee Applications | 21.70 | $10,377.50 |
| **TOTAL** | **86.10** | **$49,802.50** |

**Exhibit B**

**Celsius Network, LLC, *et al.*,**
**Summary of Time Detail by Professional**
**August 1, 2023 through August 31, 2023**

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Brent Sloan | Managing Director | 11.00 | $800.00 | $8,800.00 |
| Fotis Konstantinidis | Managing Director | 0.40 | $800.00 | $320.00 |
| Harris Antoniades | Managing Director | 0.40 | $800.00 | $320.00 |
| Joel Cohen | Managing Director | 5.00 | $800.00 | $4,000.00 |
| Kurt Uhrler | Managing Director | 0.70 | $800.00 | $560.00 |
| Niall Ledwidge | Managing Director | 17.50 | $800.00 | $14,000.00 |
| Adam Bakula | Senior Vice President | 26.40 | $500.00 | $13,200.00 |
| Katarina Quach | Vice President | 4.40 | $425.00 | $1,870.00 |
| Sidharth Kandoi | Manager | 1.70 | $425.00 | $722.50 |
| Katie Alexanderson | Associate | 14.60 | $350.00 | $5,110.00 |
| Doug Hall | Analyst | 4.00 | $225.00 | $900.00 |
| **TOTAL** | | **86.10** | | **$49,802.50** |

## Exhibit C

### Celsius Network, LLC, *et al.*,
### Summary of Task by Professional
### August 1, 2023 through August 31, 2023

*Asset Valuation:*
Revise valuations of certain of the Debtors' assets, including: an analysis of agreements for staking and market data; research on crypto exchange marketplaces and staked ETH data; an analysis of historical crypto price data, transactional volume, and market depth; an analysis of loans and alternative investments; creation of ranking of crypto marketplaces; development of average pricing based fair market valuation methodology; and application of pricing models to staked cryptocurrency. Prepare valuation of crypto mining assets.

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Brent Sloan | Managing Director | 10.70 | $800.00 | $8,560.00 |
| Fotis Konstantinidis | Managing Director | 0.40 | $800.00 | $320.00 |
| Harris Antoniades | Managing Director | 0.40 | $800.00 | $320.00 |
| Joel Cohen | Managing Director | 4.70 | $800.00 | $3,760.00 |
| Kurt Uhrler | Managing Director | 0.70 | $800.00 | $560.00 |
| Niall Ledwidge | Managing Director | 7.10 | $800.00 | $5,680.00 |
| Adam Bakula | Senior Vice President | 26.40 | $500.00 | $13,200.00 |
| Katarina Quach | Vice President | 4.40 | $425.00 | $1,870.00 |
| Doug Hall | Analyst | 4.00 | $225.00 | $900.00 |
| **Total** | | **58.80** | | **$35,170.00** |

*Case Administration:*
Ensure efficient administration of valuation services related to the Debtors' chapter 11 cases. Stout professionals spent time reviewing court documents; coordinating, managing, and administering the engagement; attending case status meetings with the Debtors' management team and other retained professionals; conducting regular meetings internally regarding the overall case status, staffing, workstreams, and strategy; general case management.

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Brent Sloan | Managing Director | 0.30 | $800.00 | $240.00 |
| Joel Cohen | Managing Director | 0.30 | $800.00 | $240.00 |
| Niall Ledwidge | Managing Director | 4.50 | $800.00 | $3,600.00 |
| Katie Alexanderson | Associate | 0.50 | $350.00 | $175.00 |
| **Total** | | **5.60** | | **$4,255.00** |

*Fee Applications:*

Review the Interim Compensation Order and applicable provisions of the Bankruptcy Code; prepare and distribute Stout's monthly fee statement and interim fee application in accordance with the Interim Compensation Order; review monthly fee statement and interim fee application to ensure compliance with the Interim Compensation Order and applicable provisions of the Bankruptcy Code; revise monthly fee statement and interim fee application for privilege and confidentiality.

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Niall Ledwidge | Managing Director | 5.90 | $800.00 | $4,720.00 |
| Sidharth Kandoi | Manager | 1.70 | $425.00 | $722.50 |
| Katie Alexanderson | Associate | 14.10 | $350.00 | $4,935.00 |
| **Total** | | **21.70** | | **$10,377.50** |

# Exhibit D

## Celsius Network, LLC, *et al.,*
## Time Detail of Task by Professional
## August 1, 2023 through August 31, 2023

| Asset Valuation | | | | | |
|---|---|---|---|---|---|
| **Professional** | **Date** | **Hours** | **Rate** | **Amount** | **Description** |
| Joel Cohen | 8/5/2023 | 0.90 | 800.00 | 720.00 | Call with N. Ledwidge re crypto mining valuation. |
| Joel Cohen | 8/5/2023 | 0.50 | 800.00 | 400.00 | Call with N. Ledwidge and S. Schriber re crypto mining valuation. |
| Niall Ledwidge | 8/5/2023 | 0.90 | 800.00 | 720.00 | Call with J. Cohen re crypto mining valuation. |
| Niall Ledwidge | 8/5/2023 | 0.50 | 800.00 | 400.00 | Call with J. Cohen and S. Schriber re crypto mining valuation. |
| Joel Cohen | 8/6/2023 | 1.00 | 800.00 | 800.00 | Call with N. Ledwidge, J. Block, and A&M re mining valuation. |
| Niall Ledwidge | 8/6/2023 | 1.00 | 800.00 | 800.00 | Call with J. Cohen, J. Block, and A&M re mining valuation. |
| Adam Bakula | 8/7/2023 | 0.30 | 500.00 | 150.00 | Call with J. Cohen, B. Sloan, K. Uhrler, and N. Ledwidge re mining valuation. |
| Brent Sloan | 8/7/2023 | 0.30 | 800.00 | 240.00 | Call with A. Bakula, J. Cohen, K. Uhrler & N. Ledwidge re mining valuation. |
| Joel Cohen | 8/7/2023 | 0.20 | 800.00 | 160.00 | Call with S. Schreiber and N. Ledwidge and communication with J. Block re mining valuation. |
| Joel Cohen | 8/7/2023 | 0.30 | 800.00 | 240.00 | Call with A. Bakula, B. Sloan, K. Uhrler & N. Ledwidge re mining valuation. |
| Kurt Uhrler | 8/7/2023 | 0.30 | 800.00 | 240.00 | Call with J. Cohen, B. Sloan, A. Bakula & N. Ledwidge re mining valuation. |
| Niall Ledwidge | 8/7/2023 | 0.20 | 800.00 | 160.00 | Call with S. Schreiber and J. Cohen and communication with J. Block re mining valuation. |
| Niall Ledwidge | 8/7/2023 | 0.30 | 800.00 | 240.00 | Call with A. Bakula, B. Sloan, K. Uhrler & J. Cohen re mining valuation. |
| Niall Ledwidge | 8/7/2023 | 0.50 | 800.00 | 400.00 | Call with J. Block re mining valuation. |
| Brent Sloan | 8/17/2023 | 0.50 | 800.00 | 400.00 | Call with J. Cohen re mining valuation. |
| Brent Sloan | 8/17/2023 | 1.50 | 800.00 | 1,200.00 | Discuss internally and prepare mining valuation information request. |
| Joel Cohen | 8/17/2023 | 0.40 | 800.00 | 320.00 | Call with N. Ledwidge & K. Uhler re commencing mining valuation. |
| Joel Cohen | 8/17/2023 | 0.20 | 800.00 | 160.00 | Review of mining valuation documentation. |
| Joel Cohen | 8/17/2023 | 0.50 | 800.00 | 400.00 | Call with B. Sloan re mining valuation. |
| Kurt Uhrler | 8/17/2023 | 0.40 | 800.00 | 320.00 | Call with N. Ledwidge and K. Uhler re commencing mining valuation. |
| Katarina Quach | 8/17/2023 | 1.00 | 425.00 | 425.00 | Prepare mining valuation data request. |
| Niall Ledwidge | 8/17/2023 | 0.40 | 800.00 | 320.00 | Call with A&M re valuation of mining business. |
| Niall Ledwidge | 8/17/2023 | 0.40 | 800.00 | 320.00 | Call with J. Cohen and K. Uhler re commencing mining valuation. |
| Brent Sloan | 8/18/2023 | 1.00 | 800.00 | 800.00 | Review of Mining business plan and supporting assumptions decks. |
| Katarina Quach | 8/18/2023 | 0.50 | 425.00 | 212.50 | Prepare mining valuation data request. |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Niall Ledwidge | 8/21/2023 | 0.30 | 800.00 | 240.00 | Reviewing lease docs re scoping mining project. |
| Niall Ledwidge | 8/21/2023 | 0.20 | 800.00 | 160.00 | Email correspondence with K&E regarding scope of mining valuation work. |
| Adam Bakula | 8/23/2023 | 0.80 | 500.00 | 400.00 | Status call with J. Block and N. Ledwidge re mining valuation work-program and to do items. |
| Brent Sloan | 8/23/2023 | 1.00 | 800.00 | 800.00 | Reviewed Mining business plan and Disclosure statement in preparation for call with EY. |
| Brent Sloan | 8/23/2023 | 1.00 | 800.00 | 800.00 | Call with J. Block (USBTC), B. Saurez (EY) regarding technical accounting and related valuations issues. |
| Doug Hall | 8/23/2023 | 0.20 | 225.00 | 45.00 | Kick-off with K. Quach. |
| Katarina Quach | 8/23/2023 | 1.00 | 425.00 | 425.00 | Call with J. Block (USBTC), B. Saurez (EY) regarding technical accounting and related valuations issues. |
| Katarina Quach | 8/23/2023 | 0.20 | 425.00 | 85.00 | Kick-off with D. Hall. |
| Niall Ledwidge | 8/23/2023 | 0.80 | 800.00 | 640.00 | Status call with J. Block and A. Bakula re mining valuation work-program and to do items. |
| Brent Sloan | 8/24/2023 | 0.40 | 800.00 | 320.00 | Meeting with J. Cohen, N. Ledwidge, H. Antoniades, F. Konstantinidis re mining and financial asset valuations. |
| Fotis Konstantinidis | 8/24/2023 | 0.40 | 800.00 | 320.00 | Meeting with J. Cohen, N. Ledwidge, H. Antoniades, B. Sloan re mining and financial asset valuations. |
| Harris Antoniades | 8/24/2023 | 0.40 | 800.00 | 320.00 | Meeting with J. Cohen, N. Ledwidge, B. Sloan, F. Konstantinidis re mining and financial asset valuations. |
| Joel Cohen | 8/24/2023 | 0.40 | 800.00 | 320.00 | Meeting with B. Sloan, N. Ledwidge, H. Antoniades, F. Konstantinidis re mining and financial asset valuations. |
| Niall Ledwidge | 8/24/2023 | 0.90 | 800.00 | 720.00 | Reviewing plan of reorganization and summarizing for valuation team. |
| Niall Ledwidge | 8/24/2023 | 0.30 | 800.00 | 240.00 | Drafting email to A&M re look forward valuation timeline. |
| Niall Ledwidge | 8/24/2023 | 0.40 | 800.00 | 320.00 | Meeting with J. Cohen, B Sloan, H. Antoniades, F. Konstantinidis re mining and financial asset valuations. |
| Adam Bakula | 8/25/2023 | 3.00 | 500.00 | 1,500.00 | Document review: Fixed asset schedule, Celsius financial model, and Celsius assumptions deck. |
| Joel Cohen | 8/25/2023 | 0.30 | 800.00 | 240.00 | Correspondence with A&M re refresh, confirmation and key dates and valuation methodology. |
| Katarina Quach | 8/25/2023 | 0.60 | 425.00 | 255.00 | Review land, hosting and listing of physical assets data. |
| Katarina Quach | 8/25/2023 | 0.40 | 425.00 | 170.00 | Update joint data request list for valuation, and real estate to provide to client. |
| Adam Bakula | 8/28/2023 | 0.40 | 500.00 | 200.00 | Call with Joel Block (USBTC) to discuss valuation data request, data received, and outstanding data. |
| Adam Bakula | 8/28/2023 | 1.00 | 500.00 | 500.00 | Document review: Revised fixed asset schedule. |

| Professional | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Brent Sloan | 8/28/2023 | 2.00 | 800.00 | 1,600.00 | Review of Mining Disclosure Statement and Examiner's Report. |
| Katarina Quach | 8/28/2023 | 0.70 | 425.00 | 297.50 | Review and discuss client-provided forecast and forecast assumptions with D. Hall and B. Sloan to prepare for due diligence call. |
| Adam Bakula | 8/29/2023 | 7.50 | 500.00 | 3,750.00 | Celsius Mining fixed asset valuation analysis: fixed asset listing compilation, reformatting, reconciliation, and inputting to Stout valuation model. |
| Adam Bakula | 8/30/2023 | 5.80 | 500.00 | 2,900.00 | Celsius Mining fixed asset valuation analysis: fixed asset listing compilation, reformatting, reconciliation, and inputting to Stout valuation model. |
| Adam Bakula | 8/30/2023 | 0.50 | 500.00 | 250.00 | Call with Joel Block (USBTC), Howie Siegal (RSM), Mike Eastlack (RSM), to discuss the following: 1.) preliminary valuation approach and methodology for Celsius Mining; 2.) Stout's production of a valuation memo for RSM's audit review documentation. |
| Brent Sloan | 8/30/2023 | 2.00 | 800.00 | 1,600.00 | Review of Examiner's Report. |
| Brent Sloan | 8/30/2023 | 0.50 | 800.00 | 400.00 | Call with J. Block (USBTC) to discuss updated valuation data request, data received, and outstanding data. |
| Brent Sloan | 8/30/2023 | 0.50 | 800.00 | 400.00 | Call with J. Block (USBTC), H. Siegal (RSM), M. Eastlack (RSM), to discuss the following: 1.) preliminary valuation approach and methodology for Celsius Mining; 2.) Stout's production of a valuation memo for RSM's audit review documentation. |
| Doug Hall | 8/30/2023 | 1.30 | 225.00 | 292.50 | Initial IRR model set up which included: adding model templates to the analysis folder (0.1); entering Company details, project type, valuation date (0.1); and determining / cleaning the model for the exhibits to be used for the analysis (1.1). |
| Adam Bakula | 8/31/2023 | 7.10 | 500.00 | 3,550.00 | Celsius Mining fixed asset valuation analysis: indirect cost approach inputs and assumptions development. |
| Doug Hall | 8/31/2023 | 2.50 | 225.00 | 562.50 | Spread provided Company historical financials and forecast into the internal rate of return model. |
| **Total** | | **58.80** | | **$35,170.00** | |

| Case Administration | | | | | |
|---|---|---|---|---|---|
| **Professional** | **Date** | **Hours** | **Rate** | **Amount** | **Description** |
| Niall Ledwidge | 8/8/2023 | 0.60 | 800.00 | 480.00 | Reviewing scope and cost of valuation for mining business. |

| Professional | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Niall Ledwidge | 8/16/2023 | 1.60 | 800.00 | 1,280.00 | Reviewing compensation order and interim fee apps re request from Fee Examiner for electronic fee detail. |
| Niall Ledwidge | 8/16/2023 | 0.80 | 800.00 | 640.00 | Completing a comparison of electronic submission to actual and suggesting amendments. |
| Katie Alexanderson | 8/17/2023 | 0.30 | 350.00 | 105.00 | Meeting with N. Ledwidge re timekeeping, billing and fee application procedures. |
| Niall Ledwidge | 8/17/2023 | 0.30 | 800.00 | 240.00 | Meeting with K. Alexanderson re timekeeping, billing and fee application procedures. |
| Niall Ledwidge | 8/23/2023 | 0.30 | 800.00 | 240.00 | Progress review on mining valuation status of information request items ahead of client call. |
| Brent Sloan | 8/24/2023 | 0.30 | 800.00 | 240.00 | Call with N. Ledwidge and J. Cohen re mining engagement coordination. |
| Joel Cohen | 8/24/2023 | 0.30 | 800.00 | 240.00 | Call with N. Ledwidge and B. Sloan re mining engagement coordination. |
| Niall Ledwidge | 8/24/2023 | 0.30 | 800.00 | 240.00 | Call with J. Cohen and B. Sloan re mining engagement coordination. |
| Niall Ledwidge | 8/30/2023 | 0.30 | 800.00 | 240.00 | Coordinating team for valuation meeting. |
| Katie Alexanderson | 8/31/2023 | 0.20 | 350.00 | 70.00 | Preparation of invoices reflecting 80% as requested by K&E. |
| Niall Ledwidge | 8/31/2023 | 0.30 | 800.00 | 240.00 | Addressing fee application query from K&E. |
| **Total** | | **5.60** | | **$4,255.00** | |

| Fee Applications | | | | | |
|---|---|---|---|---|---|
| Professional | Date | Hours | Rate | Amount | Description |
| Katie Alexanderson | 8/7/2023 | 1.20 | 350.00 | 420.00 | Preparation of interim fee application. |
| Katie Alexanderson | 8/8/2023 | 0.20 | 350.00 | 70.00 | Preparation of monthly fee statement (July). |
| Katie Alexanderson | 8/9/2023 | 3.10 | 350.00 | 1,085.00 | Preparation of interim fee application. |
| Katie Alexanderson | 8/10/2023 | 1.30 | 350.00 | 455.00 | Preparation of interim fee application. |
| Katie Alexanderson | 8/11/2023 | 0.70 | 350.00 | 245.00 | Preparation of monthly fee statement (July). |
| Niall Ledwidge | 8/11/2023 | 0.40 | 800.00 | 320.00 | Preliminary review of interim fee application. |
| Katie Alexanderson | 8/14/2023 | 1.20 | 350.00 | 420.00 | Edit of interim fee application. |
| Niall Ledwidge | 8/14/2023 | 1.80 | 800.00 | 1,440.00 | Reviewing, editing and finalizing interim fee application. |
| Sidharth Kandoi | 8/14/2023 | 1.70 | 425.00 | 722.50 | Reviewing and editing interim fee application. |
| Katie Alexanderson | 8/15/2023 | 0.20 | 350.00 | 70.00 | Preparation of monthly fee statement (July). |
| Katie Alexanderson | 8/15/2023 | 0.20 | 350.00 | 70.00 | Call with N. Ledwidge to approve monthly fee statement (July). |
| Niall Ledwidge | 8/15/2023 | 0.20 | 800.00 | 160.00 | Call with K. Alexanderson to approve monthly fee statement (July). |
| Niall Ledwidge | 8/15/2023 | 1.40 | 800.00 | 1,120.00 | Reviewing and commenting on monthly fee statement (July). |
| Katie Alexanderson | 8/16/2023 | 0.20 | 350.00 | 70.00 | Finalization of monthly fee statement (July) and related communication with K&E. |

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Niall Ledwidge | 8/16/2023 | 0.30 | 800.00 | 240.00 | Reviewing and approving K&E's edits to monthly fee statements (June and July). |
| Katie Alexanderson | 8/17/2023 | 1.20 | 350.00 | 420.00 | Edit of monthly fee statement (July). |
| Niall Ledwidge | 8/17/2023 | 0.40 | 800.00 | 320.00 | Reviewing proposed amendments to monthly fee statement (July). |
| Katie Alexanderson | 8/18/2023 | 0.80 | 350.00 | 280.00 | Edit of monthly fee statement (July). |
| Niall Ledwidge | 8/18/2023 | 0.40 | 800.00 | 320.00 | Final review and approval of monthly fee statement (July). |
| Niall Ledwidge | 8/18/2023 | 0.20 | 800.00 | 160.00 | Review of docket to ensure correct noticing on interim fee application. |
| Katie Alexanderson | 8/21/2023 | 0.80 | 350.00 | 280.00 | Finalization of monthly fee statement (July). |
| Katie Alexanderson | 8/24/2023 | 2.30 | 350.00 | 805.00 | Preparation of amended interim fee application. |
| Niall Ledwidge | 8/24/2023 | 0.80 | 800.00 | 640.00 | Reviewing amended interim fee application. |
| Katie Alexanderson | 8/25/2023 | 0.40 | 350.00 | 140.00 | Preparation of amended interim fee application. |
| Katie Alexanderson | 8/31/2023 | 0.30 | 350.00 | 105.00 | Preparation of proposed filing versions for amended interim fee application and monthly fee statement. |
| **Total** | | **21.70** | | **$10,377.50** | |