Dear Judge Honourable Martin Glenn,

I hope this letter finds you in good health and high spirits.

I am writing to request your esteemed consideration regarding the admission of new expert evidence in the matter of determining the petition date price for CEL tokens, a subject that has far-reaching consequences for the interests of creditors and stakeholders in the Celsius estate.

It is my firm belief that the cost estimation of the efforts undertaken by the UCC and Debtors' lawyers in arbitrarily fixing the value of CEL tokens at $0.25 has not only led to a considerable financial burden on the Celsius estate but has also impacted the rights and interests of a multitude of non-insider creditors. The implications of this current valuation could potentially deny thousands of creditors their rightful claims value.

In light of these concerns, I respectfully request the Court to exercise its equitable discretion and grant an exception to the admission of the Nugenesis Report as critical expert testimony. The importance of this report cannot be overstated.

The Nugenesis Report, prepared by Mr. Hussein Faraj, offers valuable insights and analysis that can shed light on the true value of the CEL tokens in question. Given the significant financial implications at stake and the far-reaching consequences for the Celsius estate and its creditors, it is imperative that all pertinent evidence be considered with the utmost diligence. Denying its full consideration may result in an inaccurate claims determination.

I implore the Court to consider the greater good and the interests of justice in this matter. Allowing the admission of the Nugenesis Report will ensure a more accurate and equitable determination of claims, thereby safeguarding the rights of the non-insider creditors and the best interests of all parties involved. I appreciate your time and consideration in this matter and remain hopeful that the Court will grant this request.

Your wisdom and judgement are paramount in achieving a fair and just resolution. Thank you for your attention to this important request.

Sincerely,
Felipe Lucas