Johan Bronge

*Pro Se*

2023-10-11

**United States Bankruptcy Court Southern District of New York**

Re: Chapter 11 Case No. [22-10964 (MG)]

Witnesses

Johan Bronge may call the following witnesses at the hearing, reserving the right to cross-examine any witness called by any other party or who otherwise testifies at the hearing:

Oren Bronstein

Exhibit list

Johan Bronge submit the following list of exhibits upon which they may rely at the hearing, reserving the right to identify additional exhibits, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the hearing.

| Exhibit No. | Document Description | Mark | Offer | Obj | Admit | W/D | Dkt. |
|---|---|---|---|---|---|---|---|
| 1 | DECLARATION OF ALEX MASHINSKY, CHIEF EXECUTIVE OFFICER OF CELSIUS NETWORK LLC, PROVIDING TERMS OF USE DATING BACK TO FEBRUARY 18, 2018 | | | | | | 393 |
| 2 | DEBTORS' MOTION SEEKING ENTRY OF AN ORDER (I) AUTHORIZING (A) THE TRANSFER OF CRYPTOCURRENCY ASSETS SERVING AS COLLATERAL ON ACCOUNT OF INSTITUTIONAL LOANS IN THE ORDINARY COURSE OF BUSINESS AND (B) THE EXERCISE OF THE DEBTORS' RIGHTS AND REMEDIES PROVIDED UNDER EACH MASTER LENDING AGREEMENT AND (II) GRANTING RELATED RELIEF | | | | | | 1818 |
| 3 | NOTICE OF CONSENSUAL RESOLUTIONS OF GOVERNMENT INVESTIGATIONS | | | | | | 3293 |
| 4 | ASSETS BY COIN TYPE | | | | | | 3343 |
| 5 | NOTICE OF FILING OF REVISED TABLE OF AUTHORITIES OF THE DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF REORGANIZATION OF CELSIUS NETWORK LLC AND ITS DEBTOR AFFILIATES | | | | | | 3609 |
| 6 | Johan Bronge's response to Debtor's MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF REORGANIZATION OF CELSIUS NETWORK LLC AND ITS DEBTOR AFFILIATES | | | | | | 3641 |
| 7 | PEOPLE VS. MASHINSKY INDEX NO. 450040/2023 DECISION AUG 4/2023, 2023 N.Y SLIP OP.50826 N.Y. SUP CT 2023 | | | | | | https://casetext.com/case/people-v-mashinsky |
| 8 | SEC VS CELSIUS NETWORK LIMITED AND ALEXANDER MASHINSKY | | | | | | https://www.sec.gov/files/litigation/complaints/2023/comp-pr2023-133.pdf |

| 9 | COMPLAINT FOR DECLARATORY JUDGMENT | | | | | | 2001 |
| 10 | OBJECTION TO MOTION DISCLOSURE STATEMENT FILED BY EDUARDO J. GLAS ON BEHALF OF GREGORY KIESER | | | | | | 3154 |
| 11 | SEC STATEMENT OF FACTS | | | | | | https://www.sec.gov/files/litigation/complaints/2023/comp-pr2023-133.pdf |
| | | | | | | | |

Creditor is producing copies of the Exhibits to the Debtors and the UCC.

The Debtors also request that judicial notice be taken of the following:

*Final report of Shoba Pillay, examiner, docket 1956*

*In The Matter Of Determining Whether There Has Been A Violation Of The Uniform Money Services Act Of Washington And Consumer Loan Act Of Washington By: Celsius Network, Inc, No. C-19-2750-19-CO01. Consent Order entered on September 16, 2019 by the State of Washington, Department of Financial Institutions, Division of Consumer Services* https://dfi.wa.gov/sites/default/files/consumer-services/enforcement-actions/C-19-2750-19-CO01.pdf

*In the Matter of Celsius Network, LLC, Summary Cease And Desist Order entered on September 17, 2021 by the New Jersey Bureau of Securities against Celsius Network LLC* https://www.nj.gov/oag/newsreleases21/Celsius-Order-9.17.21.pdf

*Emergency Order to Cease and Desist Order entered on September 23, 2021 by the Commonwealth of Kentucky, Public Protection Cabinet, Department of Financial Institutions, Division of Securities* https://kfi.ky.gov/Documents/Celsius%20Network%20LLC%202021AH00024.pdf

*Statement Of Charges And Notice Of Intent To Enter Order To Cease And Desist, To Impose A Fine, And To Charge Costs entered on October 20, 2021 by the State of Washington, Department Of Financial Institutions Securities Division* https://dfi.wa.gov/documents/securities-orders/S-21-3212-21-SC01.pdf

Johan Bronge reserve the right to request that judicial notice be taken of additional docket entries as necessary.

Sincerely,

Johan Bronge