October 11, 2023

Good morning Honourable Judge Glenn;

October 11, 2023

Good afternoon Honourable Judge Glenn;

I respectfully request the Court exercise its equitable discretion to grant an exception and admit the Nugenesis Report as critical expert testimony. Denying full consideration of this material risks an inaccurate claims determination and potential appeal.

**Also**, **I'd like to state for the record that if the CEL token was a separate question on the ballot, I believe the ballot would have a different outcome.**

Kind regards,

Carol Maunder

Kind regards,

Carol Maunder