Dear Judge Glenn,

I respectfully request the Court exercise its equitable discretion to grant an exception and admit the Nugenesis Report as critical expert testimony. Denying full consideration of this material risks an inaccurate claims determination and potential appeal.

For reference: "Nugenesis Report on the Economic Valuation of CEL Tokens as of May 1, 2022," CEL Tokenomics Report Executive Summary, Page 13, Paragraph 4.
Available at:
https://www.dropbox.com/scl/fo/pm9a88o79d9y4veia4036/h?rlkey=98kmb6dkpi44nolm8l18pmwe2&dl=0

This is especially important in the wake of the current FTX trial in which Caroline Ellison admits to fraudulently manipulating the price of tokens via FTX and Alameda Research trading tools. The massive shorting, witnessed by us all in the market, that took place prior to Celsius withdrawals most certainly played a role in the demise of Celsius Network and the Celsius token value.

Thank you for enabling a fair and diligent trial.
Shantel Higgins