**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **In re:** | ) **Chapter 11** |
| **CELSIUS NETWORK LLC,** *et al.,* **Debtors.** | ) **Case No. 22-10964 (MG)** |
| | ) **Jointly Administered** |
| | ) |
| _____ | ) |

**<u>UPDATED EXHIBIT LIST FOR MATTERS SET FOR HEARING BEGINNING OCTOBER 2, 2023 THROUGH AND INCLUDING OCTOBER 16, 2023</u>**

Otis Davis' submits the following list of Exhibits and Witness (s) for entry as Evidence upon which I may rely on at the hearing for cross-examination purposes, reserving the right to identify additional exhibits, including, but not limited to, rebuttal and impeachment exhibits, prior to the conclusion of the hearing.

**EXHIBIT LIST**

1. HUSSEIN FARAJ "NUGENESIS" EXPERT REPORT

2. MAX GALKA "ELEMENTAL" EXPERT REPORT  (Docket 3580)

3. OTIS DAVIS' LIMITED OBJECTION TO THE DEBTORS' ENTRY FOR AN ORDER (I) APPROVING THE SETTLEMENT OF CEL TOKEN AT $0.25 FOR THE PURPOSE OF CONFIRMING THE DEBTORS PLAN OF REORGANIZATION (II) GRANTING RELATED RELIEF (Docket 3532)

4. CORRECTED SUPPLEMENTAL AFFIDAVIT OF OTIS DAVIS IN SUPPORT OF THE MOTION AND IN OPPOSITION TO THE MAX GALKA "EXPERT" REPORT AND ITS FINDINGS (Docket (3639)

5. AFFIDAVIT IN SUPPORT OF OBJECTIONS OF OTIS DAVIS (Docket 3620)

6. SUPPLEMENTAL DECLARATION OF MAXWELL GALKA  (Docket 3646)

7. STATEMENT UNDER OATH OF OTIS DAVIS (Docket 3769)

8. Artur Abreu's Letter to Honorable Martin Glenn on June 26, 2023 (Docket 2882)

9. DECLARATION OF CONOR NOLAN  (Docket 3655)

10. DECLARATION OF HARRY DEAN TAPPEN (Dockey 3656)

**WITNESS (S) TO TESTIFY:**

HUSSEIN FARAJ – NUGENESIS

Respectfully Signed,

Otis Davis, *Pro Se*

10/11/2023

*/s/Otis Davis*