**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, et al., | No. 22-10964 (MG) |
| Debtors | (Jointly Administered) |

**CHEROKEE ACQUISITION**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:
**NovaWulf Digital Parallel Master Fund, L.P.**

Name of Transferee:
**Cherokee Debt Acquisition, LLC**

Name and Current Address of Transferor:

**NovaWulf Digital Parallel Master Fund, L.P.**
**(Redacted)**

Name and Address where notices and payments to transferee should be sent:

**Cherokee Debt Acquisition, LLC**
**Attn: Vladimir Jelisavcic**
**Email: vjel@cherokeeacq.com**
**1384 Broadway, Suite 906**
**New York, NY 10018**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 8347 | NovaWulf Digital Parallel Master Fund, L.P., assignee of Steve Sokolowski | $43,199.54 | Celsius Network LLC | 22-10964 |
| Claim No. 8595 | NovaWulf Digital Parallel Master Fund, L.P., assignee of Stephen H Sokolowski | $43,199.54 | Celsius Network Inc. | 22-10965 |
| Claim No. 8596 | NovaWulf Digital Parallel Master Fund, L.P., assignee of Stephen H Sokolowski | $43,199.54 | Celsius Network Limited | 22-10966 |
| Claim No. 8569 | NovaWulf Digital Parallel Master Fund, L.P., assignee of Stephen H Sokolowski | $43,199.54 | Celsius KeyFi LLC | 22-10967 |
| Claim No. 8594 | NovaWulf Digital Parallel Master Fund, L.P., assignee of Stephen H Sokolowski | $43,199.54 | Celsius Mining LLC | 22-10968 |
| Claim No. 8597 | NovaWulf Digital Parallel Master Fund, L.P., assignee of Stephen H Sokolowski | $43,199.54 | Celsius Networks Lending LLC | 22-10969 |

| Claim No. 8588 | NovaWulf Digital Parallel Master Fund, L.P., assignee of Stephen H Sokolowski | $43,199.54 | Celsius Lending LLC | 22-10970 |
|---|---|---|---|---|
| Claim No. 8598 | NovaWulf Digital Parallel Master Fund, L.P., assignee of Stephen H Sokolowski | $43,199.54 | Celsius US Holding LLC | 22-10971 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _*Vladimir Jelisavcic*_     Date: October 10, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO:        United States Bankruptcy Court ("Court")
Southern District of New York
Attn:    Clerk

AND TO:

| Debtor: Celsius Network LLC | Case Number: 22-10964 (MG) |
|---|---|
|  | Claim #: 8347 |
| Debtor: Celsius Network Inc. | Case Number: 22-10965 (MG) |
|  | Claim #: 8595 |
| Debtor: Celsius Network Limited | Case Number: 22-10966 (MG) |
|  | Claim #: 8596 |
| Debtor: Celsius KeyFi LLC | Case Number: 22-10967 (MG) |
|  | Claim #: 8569 |
| Debtor: Celsius Mining LLC | Case Number: 22-10968 (MG) |
|  | Claim #: 8594 |
| Debtor: Celsius Networks Lending LLC | Case Number: 22-10969 (MG) |
|  | Claim #: 8597 |
| Debtor: Celsius Lending LLC | Case Number: 22-10970 (MG) |
|  | Claim #: 8588 |
| Debtor: Celsius US Holding LLC | Case Number: 22-10971 (MG) |
|  | Claim #: 8598 |
| All above-referenced debtors each a "Debtor" and, collectively, the "Debtors") | All above-referenced cases each a "Case" and, collectively, the "Cases") |

**NOVAWULF DIGITAL PARALLEL MASTER FUND, L.P.,** assignee of **STEPHEN HENRY SOKOLOWSKI** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CHEROKEE DEBT ACQUISITION, LLC**
Attn: Vladimir Jelisavcic
1384 Broadway, Suite 906
New York, NY 10018

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $43,199.54 ("Claim"), which represents 100% of the total claim amount of $43,199.54, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated October  6 , 2023.

**NOVAWULF DIGITAL PARALLEL MASTER FUND, L.P.**
By: NOVAWULF DIGITAL GENPAR, L.P., its general partner
By: NOVAWULF DIGITAL MGP, LTD., its general partner

By: _____
Name:   Michael Abbate
Title:   Member

**CHEROKEE DEBT ACQUISITION, LLC**

By: _____
Name:   Vladimir Jelisavcic
Title:   Manager