**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHEROKEE ACQUISITION

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al., | No. 22-10964 (MG) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:
**Bradford Capital Holdings, LP,**
**as assignee of Kaminski, Michael**

Name of Transferee:
**SLFAQ, LLC**

Name and Current Address of Transferor:

**Bradford Capital Holdings, LP,**
**as assignee of Kaminski, Michael**
**(Redacted)**

Name and Address where notices and payments to transferee should be sent:

**SLFAQ, LLC**
**Attn: Joseph E. Sarachek**
**670 White Plains Rd. - Penthouse**
**Scarsdale, NY 10583**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 2424198 | Bradford Capital Holdings, LP, as assignee of Kaminski, Michael | as described on Register (attached) | Celsius Network LLC | 22-10964 |
| Schedule F Line No. 3.1.394151 | Bradford Capital Holdings, LP, as assignee of Michael Kaminski | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Joseph Sarachek                     Date: October 10, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO:  United States Bankruptcy Court ("Court")
Southern District of New York
Attn:   Clerk

AND TO:  Celsius Network LLC ("Debtor")
Case No. 22-10964 ("Case")

Claim #: Not Filed
Schedule #: 2424198
Schedule F Line #: 3.1.394151

**BRADFORD CAPITAL HOLDINGS, LP, AS ASSIGNEE OF KAMINSKI, MICHAEL** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

SLFAQ, LLC
Attn: Ryan Vollenhals
670 White Plains Rd. - Penthouse
Scarsdale, NY 10583

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount Unliquidated ("Claim"), which represents 100% of the total claim amount Unliquidated, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated October 10, 2023.

BRADFORD CAPITAL HOLDINGS, LP,
AS ASSIGNEE OF KAMINSKI, MICHAEL

By: _/s/ Brian Brager_
Name: Brian Brager
Title: Managing Member

SLFAQ, LLC

By: _/s/ Joseph Sarachek_
Name: Joseph E. Sarachek
Title: Managing Partner

## Creditor Detail for BRADFORD CAPITAL HOLDINGS, LP [AS ASSIGNEE OF KAMINSKI, MICHAEL]

| Creditor | Debtor | Schedule No. | Claim No. | |
|---|---|---|---|---|
| BRADFORD CAPITAL HOLDINGS, LP [AS ASSIGNEE OF KAMINSKI, MICHAEL] | Celsius Network LLC | 2424198 | Date Filed |  |

| Schedule Amount | Filed Claim Amount | Current Claim Amount | Claim Status |
|---|---|---|---|
| General Unsecured — Unliquidated | General Unsecured | General Unsecured — Unliquidated | Scheduled |
| Priority | Priority | Priority | |
| Secured | Secured | Secured | |
| Admin Priority | Admin Priority | Admin Priority | |
| TOTAL — Unliquidated | TOTAL | TOTAL — Unliquidated | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

View History Info
Disclaimer

Print Claims Summary

| 3.1.394151 | MICHAEL KAMINSKI | ADDRESS REDACTED | 22-10964-mg Doc 3783 Filed 10/12/23 Pg 4 of 4 | Entered 10/12/23 11:12:53 | Main Document | BTC 1.55590422355321<br>ETH 16.1535493821607<br>MATIC 69820.5251029166 |