| 3.1.113800 | COLIN THOMAS DARDEN | ADDRESS REDACTED | | ADA 43.355143207672 |  |  |
|---|---|---|---|---|---|---|
| | | | | BAT 61.462020595985 | | |
| | | | | BCH 0.0659717486575046 | | |
| | | | | BTC 0.278036462407782 | | |
| | | | | EOS 47.8781508047105 | | |
| | | | | ETH 4.25502517033727 | | |
| | | | | LTC 11.4885897191969 | | |
| | | | | MATIC 34.8906019941434 | | |
| | | | | MCDAI 203.232818237124 | | |
| | | | | XLM 251.74274347593 | | |