Honorable Chief Judge Glenn
United States Bankruptcy Court
Southern District of New York

Re: Request to allow, new evidence in providing the petition date price for CEL Token requested by the court **Case No. 22-10964 (MG)**.

Dear Chief Judge Glenn,

I respectfully request the Court exercise its equitable discretion to grant an exception and admit the Nugenesis Report as critical expert testimony.

Denying full consideration of this material risks an inaccurate claims determination and potential appeal.

Thank you for your attention to this matter I have confidence in your wisdom and commitment to upholding the principles of fairness and integrity in the proceedings.

Sincerely,

Yolande Schaller