

| SCHEDULE F LINE | CREDITORS NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON LOAN RECEIVABLE |
|---|---|---|---|---|---|---|---|---|
| 3.1.329535 | LAURA GILBERTI | ADDRESS REDACTED | | | | | BNB 0.000702583841378213　BTC 1.20499507694069　DOT 153.650005262356　USDT ERC20 7171.85665162146 | |