| 3.1.341005 | LORENZO DE PLANO | ADDRESS REDACTED | | | BTC 1.37307622018668 | |