| 3.1.525663 | SONIA GIL MONTERO | ADDRESS REDACTED | | AAVE 5.340916064497478 | | |
| | | | | BTC 1.0353812856329 | | |
| | | | | ETH 0.0098700863990842 | | |
| | | | | USDC 24.4408154523662 | | |