UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Case No. 22-10964 (MG) |

## ORDER REQUIRING OTIS DAVIS TO APPEAR FOR VIRTUAL DEPOSITION

A discovery dispute having arisen in connection with the Confirmation Hearing, IT IS HEREBY ORDERED that Otis Davis shall sit for a virtual deposition to be taken by counsel for the Debtors and the UCC. The deposition shall not exceed four hours in length. The deposition shall begin on or before 12:00 p.m., Saturday, October 14, 2023 (ET).

In the event Davis fails to comply with this Order, then:

(1) Mr. Davis shall be precluded from offering testimony or evidence during the Confirmation Hearing; and

(2) Any testimony or evidence elicited by Mr. Davis in cross examination of any other witness shall be stricken.

**IT IS SO ORDERED.**

Dated:  October 12, 2023
        New York, New York

                                             /s/ Martin Glenn
                                          MARTIN GLENN
                                Chief United States Bankruptcy Judge