UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

Friday, 13 October 2023
Honourable Martin Glenn

In re: Doc 3787

# NOTICE OF ERRATA

---

I am writing to advise the court of non-substantive errors in the document filed on 10/12/2023, under the docket number *3787*. The errors were made in haste to meet the 48-hour cut-off for the upcoming hearing on 10/16/2023. I apologize for any inconvenience these errors may have caused.

Attached hereto as Exhibit A identifying each error by page and paragraph number and stating the correction.

This Notice of Errata is being filed via the court's electronic case filing system (ECF). No additional filing fee is associated with this Notice as it is not an amended pleading but a correction of non-substantive errors.

Thank you for your immediate attention to this matter.

Kind regards,

*[signature]*

Michael Gonzalez | Celsius Creditor: #171633e7c3

# EXHIBIT A

1. Page 13, Paragraph 26, Figure 3

    - Error: "The blue line shows the *close* price of the CEL token."

    - Correction: It should read- "The blue line shows the price of the CEL token."

2. Page 25, Paragraph 39, Figure 7

    - Error: "This is a clear and massive conflict of interest,"

    - Correction: The sentence should end with a "." (full stop) instead of a "," (comma)

3. Page 29, Paragraph 48

    - Error: "In a recent court filing a certain *based* Mr. Simon Dixon".

    - Correction: The sentence should read- "In a recent court filing a certain Mr. Simon Dixon".

4. Page 29, Paragraph 49

    - Error: The text reads- "Otis and Mashinsky ".

    - Correction: The text should read using, Otis Davis's last name- "*Davis* and Mashinsky".

5. Page 30, Paragraph 49

    - Error: "that he had the word 'lemon' his name".

    - Correction: The sentence should read- "that he had the word 'lemon' *in* his name".

6. Page 30, Paragraph 50

    o Error: The date is stated as- "September 17, 2022".

    o Correction: The correct date should be- "September 17, *2023*".

7. Page 30, Paragraph 50

    o Error: "On what grounds did the UCC act on it, why?".

    o Correction: The sentence should read- "On what grounds did the UCC act on it?".

8. Page 30, Paragraph 51

    o Error: "chasing Simon Dixon's lies".

    o Correction: The sentence should read- "chasing *Mr.* Simon Dixon's lies".

9. Page 38, Paragraph 63 A

    o Error: "Celsius Estate should not be liable for his self-promotion".

    o Correction: The sentence should read- "Celsius Estate should not be liable for his *marketing*".

10. Page 39, Paragraph 66

    o Error: "Such a situation would raise questions".

    o Correction: The sentence should start with- "*But,* such a situation would raise questions".

11. Page 39, Paragraph 67

    o Error: The date is stated as- "October 2, 2022".

    o Correction: The correct date should be- " October 2, 2023".

12.     Page 40, Paragraph 68

- Error: The date is stated as- "October 2, 2022".

- Correction: The correct date should be- "October 2, 2023".

13.     Page 40, Paragraph 69

- Error: Year is missing from the date- " September 27,".

- Correction: The correct date should be- September 27, 2023".

[Rest of page intentionally left blank]