## Letter to the Honorable Judge Martin Glenn

I, Otis Davis, will abide by the Court's Order and will sit with the Debtors and the UCC for a deposition starting on or before 12 PM on Saturday, October 14, 2023 under protest that I cannot have my attorney represent me for this deposition.

The attorneys' attempts to bully me in this court as a pro se Defendant are despicable at best. I propose we start the deposition at 11:30 AM Eastern time on Saturday, October 14, 2023, and no later than that in order to comply with the Court's Order.
I want to officially put forward the following Objections:

- My attorney is unavailable until Wednesday, October 18th and I'm being forced to do this deposition without counsel.

- I am currently out of the country, and will be out of the country between now and the deadline. I'm staying in a rural area and will do my best to have a decent internet connection but the bandwidth available in my area is very limited. I have family obligations here

and cannot just leave, so I will do my best.

- Your Honor, in that It is important to have documentation prior to the hearing on Monday, I request that this Court order the UCC and the law firms of White & Case and Kirkland & Ellis to provide the specific document requests that I have officially requested multiple times in writing before this Court.

The following are my outstanding document requests, as can be found at Dockets 3532, 3769, 3331 and 3620:

- 1. Any and All documents in the possession of the UCC, the law firms or others, marked confidential, highly confidential, and/or "FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS | HIGHLY CONFIDENTIAL"

- 2. All documentation and information in possession of the UCC or attorneys relating to the information received from the Subpoena that was issued to FTX by your Honor, as requested in my Motion at Docket 3532 – as well as Dockets 3769, 3331 and 3620 – titled "**OTIS DAVIS' LIMITED OBJECTION TO THE DEBTORS' ENTRY FOR AN ORDER (I)**

**APPROVING THE SETTLEMENT OF CEL TOKEN AT $0.25 FOR THE PURPOSE OF CONFIRMING THE DEBTORS PLAN OF REORGANIZATION (II) GRANTING RELATED RELIEF."**

- 3. Documents showing the holdings of CEL token by the company, and by the users as of the date of petition.

It is only fair that I have these documents before the hearing on Monday so that I can use them to examine and cross-examine the appropriate witnesses. I asked that this Court order the UCC and both law firms to produce these documents to me or to have their motions and agreements stricken from the record for their failure to follow proper disclosure procedures. The documentation that I'm requesting is extremely relevant and important to the determination of the issues before this Court.

Respectfully Signed,

Otis Davis, *Pro Se*

10/12/2023
*/s/Otis Davis*