Judson Brown, P.C. (admitted *pro hac vice*)
T.J. McCarrick (admitted *pro hac vice*)
Grace Brier (admitted *pro hac vice*)
Hannah Simson (admitted *pro hac vice*)
Joseph D'Antonio (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone:    (202) 389-5000
Facsimile:    (202) 389-5200

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Counsel to the Initial Debtors and Debtors in Possession*

*Counsel to the Initial Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**THE DEBTORS' RESPONSES AND OBJECTIONS TO EXHIBIT LISTS SUBMITTED IN OPPOSITION TO CONFIRMATION OF THE PLAN**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

The Debtors hereby submit their objections to the exhibit lists submitted by Otis Davis, Dkt. No. 3776, and Johan Bronge, Dkt. No. 3770, which were the only exhibit lists formally offered under the Court's confirmation procedures process. Notwithstanding the below, the Debtors reserve their right to object to exhibits offered during the confirmation hearing depending on the manner in which they are entered into evidence, including whether or not the document is entered into evidence with an appropriate sponsoring witness.

Other declarants opposing confirmation cited to documents within their declarations and filings, but did not submit a formal exhibit list. *See, e.g.*, Dkt. Nos. 3780 (Schneider Objection); Dkt. No. 3758 (Phillips Declaration); Dkt. No. 3772 (Kirsanov Objection). Rather than lodge objections to all documents cited in these submissions, the Debtors reserve the right to object to the extent evidence is offered for admission during the confirmation hearing.

### (PROPOSED) EXHIBITS AND DEBTOR OBJECTIONS

| Witness | Exhibit # | Exhibit | Objection/ Response |
|---|---|---|---|
| Otis Davis | 1 | Nugenesis Expert Report | The Debtors object to Davis Ex. 1 as inadmissible pursuant to Fed. R. Evid. 403, 702, and 801. |
| Otis Davis | 2 | Galka Expert Report | Davis Ex. 2 is already admitted in evidence as **UCC-228**. |
| Otis Davis | 3 | Davis's limited objection to CEL token settlement [Dkt. 3532] | The Debtors object to Davis Ex. 3 pursuant to Fed. R. Evid. 402, 403. To the extent this document is considered, it is more appropriately subject to judicial notice. |
| Otis Davis | 4 | Supplemental Otis affidavit opposing Galka [Dkt. 3639] | |

| Witness | Exhibit # | Exhibit | Objection/ Response |
|---|---|---|---|
| Otis Davis | 5 | Affidavit in support of Otis Davis objections [Dkt. 3620] | |
| Otis Davis | 6 | Supplemental Declaration of Galka [Dkt. 3646] | Davis Ex. 6 is already admitted in evidence as **UCC-229**. |
| Otis Davis | 7 | Statement under oath of Otis Davis [Dkt. 3769] | |
| Otis Davis | 8 | Artur Abreu's letter [Dkt. 2882] | The Debtors object to Davis Ex. 8 pursuant to Fed. R. Evid. 402, 403, 701, 801. |
| Otis Davis | 9 | Connor Nolan Declaration [Dkt. 3655] | |
| Otis Davis | 10 | Dean Tappen Declaration [Dkt. 3656] | |
| Johan Bronge | 1 | Mashinsky Declaration [Dkt. 393] | The Debtors object to the admission of Mr. Mashinsky's declaration, Dkt. No. 393, pursuant to Fed. R. Evid. 801. The Debtors do not object to the admission of Dkt. No. 393 pages 14-1114, which include the various versions of the Terms of Use that already have been admitted into evidence as **Celsius Ex. 38.** |
| Johan Bronge | 2 | Debtors' Motion to Authorize Transfers [Dkt. 1818] | The Debtors object to admission of Bronge Ex. 2 into evidence. To the extent this document is considered, it is more appropriately subject to judicial notice. |

| Witness | Exhibit # | Exhibit | Objection/ Response |
|---|---|---|---|
| Johan Bronge | 3 | Notice of Consensual Resolutions of Gov't Investigations [Dkt. 3293] | The Debtors do not object to the admission of pages 6-10 of Bronge Ex. 3, Dkt. No. 3293, which already have been entered into evidence as **Celsius Ex. 69**.<br><br>To the extent Mr. Bronge intends to enter additional portions of Dkt. No. 3293, Debtors reserve the right to object to any such admission during the confirmation hearing. |
| Johan Bronge | 4 | Assets by Coin Type [Dkt. 3343] | |
| Johan Bronge | 5 | Notice of filing revised TOA of the debtors' memo iso confirmation [Dkt. 3609] | The Debtors object to admission of Bronge Ex. 5 into evidence. To the extent this document is considered, it is more appropriately subject to judicial notice. |
| Johan Bronge | 6 | Bronge response to Debtors' confirmation memo [Dkt. 3641] | The Debtors' object to the admission of Bronge Ex. 6 pursuant to Fed. R. Evid. 402, 403, and 702. To the extent this document is considered, it is more appropriately subject to judicial notice. |
| Johan Bronge | 7 | People v. Mashinsky, 79 Misc.3d 1237(A) (2023) | The Debtors object to admission of Bronge Ex. 7 into evidence. To the extent this document is considered, it is more appropriately subject to judicial notice. |
| Johan Bronge | 8 | SEC v. Celsius Network and Mashinsky (Case No. 1:23-cv-06005) (Dkt. No. 1) | The Debtors object to admission of Bronge Ex. 8 into evidence. To the extent this document is considered, it is more appropriately subject to judicial notice. |

| Witness | Exhibit # | Exhibit | Objection/ Response |
|---|---|---|---|
| Johan Bronge | 9 | Ad Hoc Group of Borrowers Complaint for Declaratory Judgment [Dkt. 2001] | The Debtors object to admission of Bronge Ex. 9 into evidence. To the extent this document is considered, it is more appropriately subject to judicial notice. |
| Johan Bronge | 10 | Greg Kieser Complaint [Dkt. 3154] | This is a publicly filed objection filed on this Court's docket. Debtors' position is that this document is more appropriately judicially noticed than entered into evidence. |
| Johan Bronge | 11 | Securities and Exchange Commission v. Celsius (S.D.N.Y. Case No. 1:23-cv-06005) (Dkt. No. 1) | The Debtors object to admission of Bronge Ex. 11 into evidence. To the extent this document is considered, it is more appropriately subject to judicial notice. |

Dated: October 13, 2023
    New York, New York

/s/ T.J. McCarrick
Judson Brown, P.C. (admitted *pro hac vice*)
T.J. McCarrick (admitted *pro hac vice*)
Grace Brier (admitted *pro hac vice*)
Hannah Simson (admitted *pro hac vice*)
Joseph D'Antonio (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone:     (202) 389-5000
Facsimile:     (202) 389-5200

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Initial Debtors and Debtors in Possession*