Johan Bronge

*Pro Se*

2023-08-13

**United States Bankruptcy Court Southern District of New York**

Re: Chapter 11 Case No. [22-10964 (MG)]

Objection to Debtor Motion in Limine to Exclude Confirmation Testimony of Oren Blonstein

To Honorable Judge Martin Glenn

I hereby object to the Motion in Limine to Exclude Confirmation Testimony of Oren Blonstein. The Debtor advisor has not asked or contacted me regarding my line of questioning and presumed my questions will be on a subject they, for obvious reasons, do not want further scrutinized. My line of questioning is focused on different issue than collateral ownership and TOS. I only intend to ask one or two questions that has any bearing on this subject, and those questions are not "needlessly cumulative" as stated by the Debtor advisor.

I therefore request the Debtor Motion in Limine to Exclude Confirmation Testimony of Oren Blonstein to be denied.

Respectfully

Johan Bronge