**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
sam.hershey@whitecase.com
jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Carolyn P. Gurland
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
gregory.pesce@whitecase.com
carolyn.gurland@whitecase.com

**WHITE & CASE LLP**
Aaron Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE REGARDING OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**CONFIRMATION HEARING EXHIBITS**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Pursuant to Rules 7026 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 26(a)(3) of the Federal Rules of Civil Procedure, and in accordance with the *Order Establishing Case Management Procedures for the Confirmation Hearing* [Docket No. 3478] and the *Order Clarifying Case Management Procedures for the Confirmation Hearing (Modification #2)* [Docket No. 3740], the Official Committee of Unsecured Creditors appointed in the above-captioned matter (the "**Committee**"), by and through its undersigned counsel, hereby files the attached amended list of exhibits (**Appendix A**) in connection with the hearing on confirmation of the Debtors' *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates* [Docket No. 3577] (the "**Plan**"). The amended list of exhibits include exhibits that the Committee may use on cross-examination of witnesses that have submitted declarations in opposition to confirmation of the Plan and in connection with the purported Expert Report of Hussein Faraj, which is attached to a request to admit that report.  [Docket No. 3752].

The Committee reserves the right to amend, modify or supplement this list at any time and for any reason, including, without limitation, (i) for purposes including identifying additional exhibits for rebuttal, cross-examination, or impeachment, and (ii) for purposes of completeness in accordance with Federal Rule of Evidence 106.  The designation of any exhibit does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

Additionally, the Committee reserves the right to introduce as an exhibit, use on cross-examination, or otherwise seek as an exhibit, or otherwise seek judicial notice of, without limitation: (i) any document filed on the docket of these chapter 11 cases or any related adversary docket or appellate docket, (ii) any proof of claim filed in these chapter 11 cases, (iii) any ballot, master ballot or related materials submitted in these chapter 11 cases, (iv) all documents considered

by the Committee's experts, (v) other documents that the Debtors or Committee has provided to the parties or otherwise made public in this case, and (vi) any document listed on any other party's exhibit lists.

For the avoidance of doubt, the Committee also reserves the right to use on cross-examination any document already admitted into evidence (or proposed to be judicially noticed), any document on any other party's exhibit list, and deposition testimony of witnesses for purposes of impeachment, or any other proper purpose. For convenience the Committee has attached as **Appendix B** the *Joint Admitted Exhibit List and List of Exhibits Where Judicial Notice is Sought for the Debtors' and the Official Committee of Unsecured Creditors' Case-in-Chief in Support of Confirmation* [Docket No. 3737].

The Committee's exhibits are available electronically at https://dm76.eu.whitecase.com. Users may access the documents with the following log in information:

Login ID: Celsius_User

Password: White&Case@2023

By accessing the Committee's exhibits, the user hereby agrees to treat the documents in accordance with the protections established in the *Confidentiality Agreement and Stipulated Protective Order* [Dkt. No. 790] (as amended and supplemented over time).

For access questions, please contact Michael Jaoude at michael.jaoude@whitecase.com.

[*Remainder of Page Intentionally Left Blank*]

Dated: October 15, 2023
New York, New York

/s/ Aaron E. Colodny
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
    sam.hershey@whitecase.com
    jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Carolyn P. Gurland (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
    gregory.pesce@whitecase.com
    carolyn.gurland@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*