## APPENDIX B

*Privileged & Confidential*
*Attorney Work Product*

Judson Brown, P.C. (admitted *pro hac vice*)
T.J. McCarrick (admitted *pro hac vice*)
Grace Brier (admitted *pro hac vice*)
Hannah Simson (admitted *pro hac vice*)
Joseph D'Antonio (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone:      (202) 389-5000
Facsimile:      (202) 389-5200


Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900


Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Initial Debtors and Debtors in*
*Possession*

David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone:      (212) 819-8200
Facsimile:      (212) 354-8113


Gregory F. Pesce (admitted *pro hac vice*)
Carolyn P. Gurland
**WHITE & CASE LLP**
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:      (312) 881-5400
Facsimile:      (312) 881-5450


Aaron Colodny (admitted *pro hac vice*)
**WHITE & CASE LLP**
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:      (213) 620-7700
Facsimile:      (213) 452-2329


Keith H. Wofford
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone:      (305) 371-2700
Facsimile:      (305) 358-5744

*Counsel to the Official Committee of Unsecured*
*Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**JOINT ADMITTED EXHIBIT LIST AND LIST OF EXHIBITS WHERE JUDICIAL NOTICE IS SOUGHT FOR THE DEBTORS' AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' CASE-IN-CHIEF IN SUPPORT OF CONFIRMATION**

The Debtors and the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases hereby jointly submit the following list of admitted exhibits and list of exhibits where judicial notice is sought in connection with the evidentiary presentation made in support of confirmation of the proposed Chapter 11 plan (the "**Plan**") on October 2, 2023, through October 4, 2023.  The Debtors and the Committee reserve the right to submit additional exhibits and requests for judicial notice, including during any cross-examination or evidentiary presentation during the portion of the confirmation hearing concerning opposition to the proposed Plan or during rebuttal, or thereafter as appropriate.

**ADMITTED EXHIBITS**

The Debtors and Committee identify the following exhibits—or portions thereof—that were offered and admitted into evidence during the evidentiary presentation made by the parties in support of confirmation of the proposed Plan:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Admitted Exhibits | Exhibit Description |
|---|---|
| Celsius Ex. 3 (p. 296-324) | Fahrenheit Business Plan (Dkt. No. 2902, p. 296-24) |
| Celsius Ex. 7 | A&M Liquidation Analysis (Dkt. No. 2902, p. 262-274) |
| Celsius Ex. 8 | Centerview Mining Valuation Analysis (Dkt. No. 2902, p. 285-332) |
| Celsius Ex. 34 | Declaration of Chris Ferraro in Support of Motion for Entry of an Order Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor (Dkt. No. 2984) |
| Celsius Ex. 37 | Declaration of Chris Ferraro in Support of the Proposed CEL Token Settlement (Dkt. No. 3435) |
| Celsius Ex. 38 | Celsius Terms of Use Compilation (Dkt. No. 393, p. 14-1114) |
| Celsius Ex. 44 | Declaration of Chris Ferrraro in Support of Confirmation of the Joint Chapter 11 Plan (Dkt. No. 3581) |
| Celsius Ex. 45 | Declaration of Ryan Kielty in Support of Confirmation of the Joint Chapter 11 Plan (Dkt. No. 3592) |
| Celsius Ex. 46 | Declaration of Robert Campagna in Support of Confirmation of the Joint Chapter 11 Plan (Dkt. No. 3582) |
| Celsius Ex. 51 | Declaration of Joel Cohen in Support of Confirmation of the Joint Chapter 11 Plan (Dkt. No. 3588) |
| Celsius Ex. 60 | Amended Declaration of Brian Karpuk in Support of Confirmation of the Joint Chapter 11 Plan (Dkt. No. 3574) |
| Celsius Ex. 61 | Declaration of Steven Kokinos in Support of Confirmation of the Joint Chapter 11 Plan (Dkt. No. 3591) |
| Celsius Ex. 68 | Declaration of Allison Hoeinghaus in Support of Confirmation of the Joint Chapter 11 Plan (Dkt. No. 3586) |
| Celsius Ex. 69 (p. 6-10) | Non-Prosecution Agreement (Dkt No. 3293, p. 6-10) |
| Celsius Ex. 70 | Supplemental Declaration of Robert Campagna in Support of Confirmation of the Joint Chapter 11 Plan (Dkt. No. 3653) |
| UCC-003 | WhatsApp between Johannes Treutler and Alex Mashinsky dated November 22, 2020 (CELSIUSNETWORK_0378337) |
| UCC-004 | Slack between Harumi Urata-Thompson and Johannes Treutler dated October 18, 2020 (CELSIUSNETWORK_03633632) |

| Admitted Exhibits | Exhibit Description |
|---|---|
| UCC-005 | Slack between Johannes Treutler and Connor Nolan dated May 29, 2020 (CEL-UCC-00181506) |
| UCC-006 | Slack between Johannes Treutler and Connor Nolan dated May 29, 2020 (CEL-UCC-00181588) |
| UCC-007 | Slack between Johannes Treutler and Connor Nolan dated June 12, 2020 (CEL-UCC-00181597) |
| UCC-008 | Email from Johannes Treutler to Harumi Urata-Thompson and Connor Nolan dated May 30, 2020 (CEL-UCC-00198973) |
| UCC-009 | Slack from Johannes Treutler dated Sept. 24, 2020 (CEL-UCC-00277890) |
| UCC-010 | Slack between Harumi Urata-Thompson and Johannes Treutler dated Jan. 4, 2021 (CEL-UCC-00278142) |
| UCC-011 | Wintermute Market Maker Agreement dated Dec. 19, 2019 (CEL-UCC-00318104) |
| UCC-012 | Slack between Alex Mashinsky and Johannes Treutler dated Jan. 3, 2021 (CEL-UCC-00336290) |
| UCC-013 | Slack from Roni Cohen-Pavon dated Dec.10, 2021 (CEL-UCC-00884542) |
| UCC-014 | WhatsApp from Alex Mashinsky dated May 12, 2022 (CEL-UCC-01334142) |
| UCC-015 | Slack between Johannes Treutler and Harumi Urata-Thompson dated Oct. 15, 2020 (CEL-UCC-02110834) |
| UCC-016 | Etherscan transaction details |
| UCC-017 | Etherscan CEL Token data |
| UCC-018 | Reuters, "Bitcoin stabilizes after heavy losses but pessimism reigns in crypto markets" (June 14, 2022) |
| UCC-027 | Email between Alex Mashinsky, Johannes Treutler, Patrick Holert, and Asaf Iram dated May 15, 2020 (CEL-UCC-00397810) |
| UCC-028 | Email from Alex Mashinsky to Roni Cohen-Pavon dated Nov. 26, 2021 (CEL-UCC-01704126) |
| UCC-029 | CEL Token Internal Memo (CEL_EXAM_00088466) |
| UCC-031 | Slack between Harumi Urata-Thompson, Jeremie Beaudry, and Johannes Treutler dated July 13, 2020 (CELSIUSNETWORK_02407819) |
| UCC-032 | WhatsApp between Alex Mashinsky and Roni Cohen-Pavon dated June 12, 2022 (CELSIUSNETWORK_02534000) |
| UCC-033 | Celsius OTC Policies and Procedures 2021, dated Apr. 7, 2021 (CELSIUSNETWORK_02698815) |
| UCC-034 | WhatsApp between Alex Mashinsky and Johannes Treutler dated June 12, 2022 (CELSIUSNETWORK_03856440) |
| UCC-035 | Email between Shiran Kleiderman, Roni Cohen-Pavon, Snir Levi, Alex Mashinsky, and Daniel Leon dated June 12, 2022 (CEL-UCC-00012016) |

| Admitted Exhibits | Exhibit Description |
|---|---|
| UCC-036 | WhatsApp between Alex Mashinsky and Rod Bolger dated May 12, 2022 (CEL-UCC-00081869) |
| UCC-037 | Slack between Johannes Treutler and Connor Nolan dated June 5, 2020 (CEL-UCC-00181592) |
| UCC-038 | Slack between Harumi Urata-Thompson and Connor Nolan dated May 29, 2020 (CEL-UCC-00195218) |
| UCC-039 | Email between Harumi Urata-Thompson, Patrick Holert, Johannes Treutler, and Alex Mashinsky dated May 15, 2020 (CEL-UCC-00265137) |
| UCC-040 | Slack between Harumi Urata-Thompson and Johannes Treutler dated November 30, 2020 (CEL-UCC-00456933) |
| UCC-041 | WhatsApp between Alex Mashinsky, Tushar Nadkarni, and Roni Cohen-Pavon dated Dec. 11, 2021 (CEL-UCC-00864534) |
| UCC-042 | WhatsApp between Alex Mashinsky and Roni Cohen-Pavon dated Jan. 1, 2022 (CEL-UCC-00884673) |
| UCC-043 | WhatsApp between Frank van Etten and Rodney Sunada Wong dated Dec. 21, 2021 (CEL-UCC-01431293) |
| UCC-044 | Slack between Harumi Urata-Thompson and Johannes Treutler dated Aug. 5, 2020 (CEL-UCC-02110825) |
| UCC-045 | WhatsApp between Alex Mashinsky and Zachary Wildes dated June 20, 2022 (CEL-UCC-02110968) |
| UCC-046 | Slack between Johannes Treutler and Connor Nolan dated Oct. 30, 2020 (CELSIUSNETWORK_00768405) |
| UCC-047 | Slack between Kai Tang and Jason Perman dated May 12, 2022 (CEL-UCC-00092037) |
| UCC-048 | Email from Dean Tappen to Jason Perman, Aaron Wu, and Kai Tang dated May 18, 2022 (CEL-UCC-00120671) |
| UCC-049 | Slack between Connor Nolan, Harumi Urata-Thompson, and Johannes Treutler dated Jan. 8, 2021 (CEL-UCC-00196126) |
| UCC-050 | Slack between Harumi Urata-Thompson, Johannes Treutler, and Connor Nolan dated Mar. 21, 2021 (CEL-UCC-00196135) |
| UCC-051 | Email from Johannes Treutler to Alex Mashinsky, Aliza Landes, Daniel Leon, Young Cho, and Asraf Iram dated Nov. 12, 2019 (CEL-UCC-00332921) |
| UCC-054 | Internal Celsius OTC desk memo dated Nov. 18, 2022 (CEL_EXAM-00123399) |
| UCC-055 | Slack from Johannes Treutler dated Mar. 21, 2021 (CEL-UCC-00182263) |
| UCC-056 | Email from Aliza Landes dated Mar. 4, 2020 (CEL-UCC-00434158) |
| UCC-070 | Data sheet containing Alex Mashinsky's CEL Token transactions |
| UCC-074 | Excel sheet containing data reflecting Celsius's CEL Token OTC transactions |
| UCC-075 | Excel Sheet containing data on CEL Token burns |
| UCC-080 | Celsius Freeze Report dated June 13, 2022 |

5

| Admitted Exhibits | Exhibit Description |
|---|---|
| UCC-082 | Celsius inventory of wallets and Fireblocks workspaces |
| UCC-083 | Sheet containing data on Celsius's on-chain CEL Token buybacks |
| UCC-084 | Excel sheet containing data on Celsius's CEL Token buybacks and rewards payments |
| UCC-087 | Excel sheet containing data on Celsius's OTC CEL Token transactions |
| UCC-088 | Email between Johannes Treutler, Alex Mashinsky, Connor Nolan, Harumi Urata-Thompson, and Daniel Leon dated June 2, 2020 (CEL-UCC-00067533) |
| UCC-089 | WhatsApp between Alex Mashinsky and Roni Cohen-Pavon dated Oct. 30, 2021 (CEL-UCC-01693371) |
| UCC-091 | Email from Alex Mashinsky to Rodney Sunada Wong dated May 3, 2021 (CEL-UCC-00209093) |
| UCC-092 | Email from Simon Callaghan to Frank van Etten dated Oct. 20, 2021 (CEL-EXAM-00168428) |
| UCC-093 | Celsius Network Investor deck dated June 1, 2020 (CELSIUSNETWORK_01048406) |
| UCC-094 | Token and Security Trading Policy of CNL (CELSIUSNETWORK_0158903) |
| UCC-095 | Financial analysis of CEL Token issuance from 2018-2020 (CELSIUSNETWORK_01519341) |
| UCC-096 | Email to Roni Cohen-Pavon, copying Alex Mashinsky, dated May 25, 2022 (CELSIUSNETWORK_03212270) |
| UCC-097 | Email from Alex Mashinsky to Roni Cohen-Pavon dated Nov. 26, 2021 (CELSIUSNETWORK_03212277) |
| UCC-098 | WhatsApp with Roni Cohen-Pavon and Rodney Sunada Wong dated Sept. 16, 2021 (CELSIUSNETWORK_03212293) |
| UCC-099 | WhatsApp between Roni Cohen-Pavon, Nuke Goldstein, Daniel Leon, Rodney Sunada Wong, and Adrian Alsace dated Oct. 1, 2021 (CELSIUSNETWORK_03633366) |
| UCC-100 | Celsius Network advertising email dated July 6, 2020 (CEL-UCC-00020430) |
| UCC-101 | Asset-Liability Committee Presentation dated Apr. 13, 2022 (CEL-UCC-00042816) |
| UCC-102 | Slack between Dean Tappen and Chris Ferraro dated Apr. 13, 2022 (CEL-UCC-00083099) |
| UCC-103 | Email from Rod Bolger to Aaron Wu and Kai Tang dated May 18, 2022 (CEL-UCC-00107769) |
| UCC-104 | CelsiusX Presentation dated June 1, 2022 (CEL-UCC-00147489) |
| UCC-105 | Slack between Rod Bolger and Jacob Israel dated May 12, 2022 (CEL-UCC-00193404) |
| UCC-106 | Slack between Connor Nolan and Johannes Treutler dated July 13, 2020 (CEL-UCC-00195332) |

| Admitted Exhibits | Exhibit Description |
|---|---|
| UCC-107 | Email chain regarding YouTube AMAs dated Apr. 24, 2022 (CEL-UCC-00209180) |
| UCC-108 | Slack between Connor Nolan, Harumi Urata-Thompson, and Johannes Treutler dated Dec. 30, 2020 (CEL-UCC-00238274) |
| UCC-109 | Executive Committee Presentation dated May 4, 2021 (CEL-UCC-00274748) |
| UCC-110 | Slack between Harumi Urata-Thompson and Johannes Treutler dated Oct. 15, 2020 (CEL-UCC-00277962) |
| UCC-111 | Slack between Connor Nolan, Harumi Urata Thompson, and Johannes Treutler dated Jan. 7, 2021 (CEL-UCC-00282987) |
| UCC-112 | Sample Employment Agreement dated Mar. 29, 2020 (CEL-UCC-01288845) |
| UCC-113 | Coin report as of July 13, 2022 dated Aug. 22, 2022 (CEL-UCC-01290715) |
| UCC-114 | Email between Jeremie Beaudry, Johannes Treutler, Roni Cohen-Pavon, Daniel Leon, and Harumi Urata-Thompson dated Oct. 15, 2020 (CEL-UCC-01668423) |
| UCC-115 | Asset-Liability Committee presentation dated May 25, 2022 (CEL-UCC-00042883) |
| UCC-116 | Email from Tom McCarthy dated May 16, 2022 (CEL-UCC-00107241) |
| UCC-117 | WhatsApp from Rod Bolger to Rajiv Sawhney (CEL-UCC-00194107) |
| UCC-118 | April 2022 Outlook (CEL-UCC-00242264) |
| UCC-119 | Asset-Liability Committee minutes for meeting held Oct. 20, 2021 (CEL-UCC-00042950) |
| UCC-120 | Email from Rod Bolger dated May 17, 2022 (CEL-UCC-00551057) |
| UCC-121 | Email from Alex Mashinsky dated May 20, 2022 (CEL-UCC-00060455) |
| UCC-177 | Celsius Network Blogspot – "Damn the Torpedoes, Full Speed Ahead" dated June 7, 2022 |
| UCC-178 | Celsius Tweet dated May 11, 2022 |
| UCC-181 | Celsius, "Get to Know Rod Bolger, Chief Financial Officer, Celsius," dated June 8, 2022 |
| UCC-183 | Email from Alex Mashinsky to Roni Cohen-Pavon dated Feb. 5, 2021 (CELSIUSNETWORK_02474554) |

| Admitted Exhibits | Exhibit Description |
|---|---|
| UCC-195 | Notice of Consensual Resolutions of Government Investigations (Dkt. No. 3693) |
| UCC-228 | Declaration of Max Galka in Support of Confirmation of the Joint Chapter 11 Plan (Dkt. No. 3580) |
| UCC-229 | Supplemental Declaration of Max Galka in Support of Confirmation of the Joint Chapter 11 Plan (Dkt. No. 3659 - Ex. A) |
| UCC-230 | Declaration of Mark Robinson in Support of Confirmation of the Joint Chapter 11 Plan (Dkt. No. 3584) |
| UCC-231 | Plea, *United States v. Cohen-Pavon*, Case No. 1:23-cr-000347-JGK-2 (S.D.N.Y. Sept. 13, 2023) |

## JUDICIAL NOTICE

The Debtors and the Committee identify the following docket entries and exhibits as proper

subjects for judicial notice:

| Document | Document Description |
|---|---|
| Dkt. No. 1 (UCC-126)[2] | Voluntary Petition for Non-Individuals Filing for Bankruptcy |
| Dkt. No. 4 (Case No. 22-10970) (UCC 144) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Lending LLC |
| Dkt. No. 4 (Case No. 22-11643) (UCC-151) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 Ltd. |
| Dkt. No. 4 (Case No. 22-11644) (UCC-153) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 USA LLC |
| Dkt. No. 4 (Case No. 22-11645) (UCC-152) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 UK Limited |
| Dkt. No. 4 (Case No. 22-10966) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and |

---

[2] Entries noted with a "UCC-" moniker were identified on the Committee's Exhibit List (Dkt. No. 3587) and Supplemental Exhibit List (Dkt. No. 3691). No objections were filed to those exhibits on a timely basis.

| Document | Document Description |
|---|---|
| | Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Network Limited |
| Dkt. No. 4 (Case No. 22-10967) (UCC-165) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius KeyFi LLC |
| Dkt. No. 4 (Case No. 22-10968) (UCC-167) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Mining LLC |
| Dkt. No. 4 (Case No. 22-10969) (UCC-170) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Networks Lending LLC |
| Dkt. No. 4 (Case No. 22-10970) (UCC-144; UCC-166) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Lending LLC |
| Dkt. No. 4 (Case No. 22-10971) (UCC-172) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius US Holding LLC |
| Dkt. No. 5 (Case No. 22-10965) (UCC-146) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Network Inc. |
| Dkt. No. 5 (Case No. 22-10967) (UCC-143) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius KeyFi LLC |
| Dkt. No. 5 (Case No. 22-10968) (UCC-145) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Mining LLC |
| Dkt. No. 5 (Case No. 22-10969) (UCC-149) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Networks Lending LLC |
| Dkt. No. 5 (Case No. 22-10971) (UCC-150) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius US Holding LLC |
| Dkt. No. 5 (Case No. 22-11643) (UCC-173) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and |

| Document | Document Description |
|---|---|
| | Liabilities and Statements of Financial Affairs filed on Behalf of GK8 Ltd. |
| Dkt. No. 5 (Case No. 22-11644) (UCC-175) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 USA LLC |
| Dkt. No. 5 (Case No. 22-11645) (UCC-169; UCC-174) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 UK Limited |
| Dkt. No. 6 (Case No. 22-10966) (UCC-147; UCC-168) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Network Limited |
| Dkt. No. 9 (Case No. 22-11643) (UCC-154) | Notice of Filing of Amended Global Notes and Schedule F on Behalf of GK8 Ltd. |
| Dkt. No. 9 (Case No. 22-11644) (UCC-156) | Notice of Filing of Amended Global Notes and Schedule F on Behalf of GK8 USA LLC |
| Dkt. No. 9 (Case No. 22-11645) (UCC-155) | Notice of Filing of Amended Global Notes and Schedule F on Behalf of GK8 UK Limited |
| Dkt. No. 13 (Case No. 22-10968) (UCC-160) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius Mining LLC |
| Dkt. No. 13 (Case No. 22-10969) (UCC-162) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius Networks Lending LLC |
| Dkt. No. 13 (Case No. 22-10970) (UCC-159) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius Lending LLC |
| Dkt. No. 13 (Case No. 22-10971) (UCC-163) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius US Holding LLC |
| Dkt. No. 14 (Case No. 22-10965) (UCC-176) | Amended Global Notes and Schedule F |
| Dkt. No. 14 (Case No. 22-11644) (UCC-175) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 USA LLC |
| Dkt. No. 15 (Case No. 10966) (UCC-161) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius Network Limited |

| Document | Document Description |
|---|---|
| Dkt. No. 15 (Case No. 22-10967) (UCC-158) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius KeyFi LLC |
| Dkt. No. 241 | Notice of Appointment of Official Committee of Unsecured Creditors |
| Dkt. No. 670 | Notice of Hearing on Debtors' Motion Seeking Entry of an Order Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts |
| Dkt. No. 687 (UCC-137) | Order Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, Scheduling Certain Dates Related Thereto, Approving the Form and Manner of Notice Thereof, and Approving Contract Assumption and Assignment Procedures |
| Dkt. No. 832 | Notice of Hearing on Debtors' Motion Seeking Entry of an Order Permitting the Sale of Stablecoin in the Ordinary Course |
| Dkt. No. 846 | Order Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors |
| Dkt. No. 973 (Case No. 22-10964) (UCC-164) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs filed on behalf of Celsius Network LLC |
| Dkt. No. 974 (UCC-090) | Global Notes and Statement of Limitations Methodology and Disclaimers Regarding the Debtors' Schedule of Assets and Liabilities and Statements of Financial Affairs |
| Dkt. No. 974 (Case No. 22-10964) (UCC-148) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Network LLC |
| Dkt. No. 1044 | Joint Stipulation and Agreed Scheduling Order with Respect to Custody and Withhold Issues |
| Dkt. No. 1152 | Order Authorizing the Debtors to Continue to Operate their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, Maintain Existing Business Forms, and Continue to Perform Intercompany Transactions |
| Dkt. No. 1272 | Order Approving the Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, Scheduling Certain Dates with Respect Thereto, Approving the Form and Manner of Notice, and Approving Contract Assumption and Assignment Procedures |
| Dkt. No. 1284 | Ad Hoc Custody Holders Second Verified Statement |
| Dkt. No. 1324 | Proposed Scheduling Order Regarding Title to Earn Program Assets and the Sale of Certain Stablecoins |
| Dkt. No. 1325 | Notice of Hearing on Debtors' Amended Motion for an Order Establishing Ownership of Assets in the Debtors' Earn Program and Permitting the Sale of Stablecoin in the Ordinary Course |
| Dkt. No. 1338 | Notice of Hearing on Debtors' Motion Seeking Entry of an Order Setting a Briefing Schedule |

11

| Document | Document Description |
|---|---|
| Dkt. No. 1426 | Notice of Hearing on Debtors' Amended Motion for Entry of an Order Approving the Debtors' Key Employee Retention Plan |
| Dkt. No. 1549 | Notice of Successful Bidder |
| Dkt. No. 1686 | Order Approving the Sale of the GK8 Debtors' Assets, Authorizing the GK8 Debtors to Enter into and Perform Their Obligations under the Asset Purchase Agreement, and Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases |
| Dkt. No. 1767 | Order Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts |
| Dkt. No. 1822 | Memorandum Opinion and Order Regarding Ownership of Earn Account Assets |
| Dkt. No. 1886 | Custody Ad Hoc Group's Fourth Supplemental Verified Statement |
| Dkt. No. 1920 | Borrower Ad Hoc First Supplemental Verified Statement |
| Dkt. No. 1956 | Final Examiner Report dated Jan. 30, 2023 |
| Dkt. No. 1972 | Notice of Hearing on Debtors' Motion for an Order Approving Omnibus Claims Objection Procedures and Form of Notice, Omnibus Substantive Claims Objections, and Satisfaction Procedures and Form of Notice |
| Dkt. No. 2054 | Notice of Committee's Motion to Approve Joint Stipulation and Agreed Order with Respect to Certain Claims and Causes of Action Belonging to the Debtors' Estates |
| Dkt. No. 2147 | Notice of Hearing on Debtors' Motion Seeking Entry of an Order Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees and Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorneys' Fees |
| Dkt. No. 2148 | Notice of Hearing on Joint Motion for Entry of an Order Approving the Settlement by and among the Debtors, the Commitment, and the Custody Ad Hoc Group and Election Form |
| Dkt. No. 2151 | Notice of Hearing on Debtors' Motion for Entry of an Order Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor |
| Dkt. No. 2155 | Pending Withdrawal Creditor Group's Verified Statement Pursuant to Bankruptcy Rule 2019 |
| Dkt. No. 2201 | Joint Stipulation and Agreed Order Between the Committee and Debtors with Respect to Certain Claims and Causes of Action Belonging to the Debtors' Estates |
| Dkt. No. 2205 | Memorandum Opinion Regarding Which Debtor Entities Have Liability for Customer Claims Under the Terms of Use |
| Dkt. No. 2265 (UCC-139) | Order Regarding Which Debtor Entities Have Liability for Customer Contract Claims Under the Terms of Use |
| Dkt. No. 2291 | Order Approving the Settlement by and among the Debtors, the Committee, and the Custody Ad Hoc Group and Election Form |

| Document | Document Description |
|---|---|
| Dkt. No. 2297 | Reply in Support of Debtors' Motion for Entry of an Order Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor |
| Dkt. No. 2310 | Notice of Amended Bar Date for Submission of Proofs of Claim |
| Dkt. No. 2311 (Case No. 22-10964) (UCC-157) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius Network LLC |
| Dkt. No. 2326 | Debtors' Statement in Further Support of Debtors Motion for Entry of an Order Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor |
| Dkt. No. 2334 | Notice of Hearing on Joint Motion for Entry of an Order Approving the Settlement by and among the Debtors, the Committee, and the Withhold Ad Hoc Group |
| Dkt. No. 2336 | Notice of Hearing on Debtors' Motion for Entry of an Order Approving the Debtors' Key Employee Incentive Program |
| Dkt. No. 2358 | Joint Chapter 11 Plan of Reorganization |
| Dkt. No. 2498 | Order Authorizing the Retention and Employment of Stout Risius Ross, LLC as Valuation Advisor |
| Dkt. No. 2509 | Order Approving the Settlement by and among the Debtors, the Committee, and the Withhold Ad Hoc Group |
| Dkt. No. 2553 | Earn Claim Holders' Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure |
| Dkt. No. 2563 | Notice of Hearing on Debtors' Motion Seeking Entry of an Order Substantively Consolidating the Estates of Celsius Network Limited and Celsius Network LLC |
| Dkt. No. 2648 (UCC-124) | Debtors' Consolidated Cash and Coin Report |
| Dkt. No. 2670 | Motion of the Committee to Certify the Class of Account Holders Asserting Non-Contract Claims, Appoint Thomas DiFiore, Rebecca Gallagher, and Ignat Tuganov as the Class Representatives, and Appoint White & Case LLP as Class Counsel |
| Dkt. No. 2713 (UCC-140) | Notice of Successful Bidder and Backup Bidder |
| Dkt. No. 2759 (UCC-141) | Notice of Debtors' Entry into a Plan Sponsor Agreement |
| Dkt. No. 2774 | Notice of Hearing on Debtors' Motion for Entry of an Order Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor |
| Dkt. No. 2807 | First Revised Joint Chapter 11 Plan of Reorganization |
| Dkt. No. 2840 | The Committee's Objection to Motions for Entry of an Order to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565 |
| Dkt. No. 2844 | Declaration of Aaron Colodny in Support of the Committee's Objection to Motions for Entry of an Order to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565 |

| Document | Document Description |
|---|---|
| Dkt. No. 2899 | Notice of Hearing on Joint Motion for Entry of an Order Approving the Settlement by and among the Debtors, the Committee, and the Initial Consenting Series B Preferred Holders |
| Dkt. No. 2902 | Disclosure Statement for the Joint Chapter 11 Plan of Reorganization |
| Dkt. No. 2978 | Notice of Hearing on Debtors' Motion for Entry of an Order Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor |
| Dkt. No. 2979 | Notice of Hearing on the Debtors' Motion to Schedule an Expedited Hearing and Shorten the Notice Period on the Debtors' Motion for Entry of an Order Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor |
| Dkt. No. 2983 (UCC-142) | Notice of Amended and Restated Backup Plan Sponsor Agreement and Deadline to Submit Backup Bids |
| Dkt. No. 2902 | Disclosure Statement for the Joint Chapter 11 Plan of Reorganization |
| Dkt. No. 3058 | Order Approving the Settlement by and among the Debtors, the Committee, and the Consenting Series B Preferred Holders |
| Dkt. No. 3064 | Notice of Hearing on Joint Motion for Entry of an Order Approving the Settlement by and among the Debtors and the Committee with Respect to the Committee's Class Claim |
| Dkt. No. 3115 | Notice of Filing of Plan Supplement |
| Dkt. No. 3116 | Second Revised Joint Chapter 11 Plan of Reorganization |
| Dkt. No. 3117 | Notice of Filing of Revised Disclosure Statement for the Joint Chapter 11 Plan of Reorganization |
| Dkt. No. 3220 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of an Order Authorizing and Approving Certain Fees and Expenses for the Plan Sponsor |
| Dkt. No. 3222 | Third Revised Joint Chapter 11 Plan of Reorganization |
| Dkt. No. 3223 | Second Notice of Filing of Revised Disclosure Statement for the Joint Chapter 11 Plan of Reorganization |
| Dkt. No. 3273 | Second Notice of Filing of Plan Supplement |
| Dkt. No. 3319 | Fourth Revised Joint Chapter 11 Plan of Reorganization |
| Dkt. No. 3320 | Third Notice of Revised Disclosure Statement for the Joint Chapter 11 Plan of Reorganization |
| Dkt. No. 3332 | Fourth Notice of Filing of Revised Disclosure Statement for the Joint Chapter 11 Plan of Reorganization |
| Dkt. No. 3337 | Order Approving the Adequacy of the Debtors' Disclosure Statement, Approving the Solicitation and Voting Procedures with Respect to Confirmation, Approving the Form of Ballots and Notices in Connection Therewith, Scheduling Certain Dates with Respect Thereto, and Authorizing and Approving Reimbursement of Certain Plan Sponsor Fees and Expenses |
| Dkt. No. 3338 | Affidavit of Service of Various Docket Entries |
| Dkt. No. 3344 | Notice of Hearing to Consider Confirmation of the Debtors' Chapter 11 Plan and Related Voting and Objection Deadlines |

| Document | Document Description |
|---|---|
| Dkt. No. 3365 | Affidavit of Service of Various Docket Entries |
| Dkt. No. 3367 | Affidavit of Publication in the New York Times |
| Dkt. No. 3368 | Affidavit of Publication in the New York Times (International Edition) |
| Dkt. No. 3431 | Debtors' Brief in Support of CEL Token Settlement |
| Dkt. No. 3433 | Declaration of Aaron Colodny in Support of the Committee's Brief Regarding Legal Issues with Respect to the Treatment of CEL Token |
| Dkt. No. 3434 | The Committee's Brief Regarding Legal Issues with Respect to the Treatment of CEL Token |
| Dkt. No. 3444 | Third Notice of Filing of Plan Supplement |
| Dkt. No. 3478 | Order Establishing Case Management Procedures for the Confirmation Hearing |
| Dkt. No. 3483 | Fourth Notice of Filing of Plan Supplement |
| Dkt. No. 3499 | Affidavit of Service of Various Docket Entries |
| Dkt. No. 3500 | Affidavit of Service of Various Docket Entries |
| Dkt. No. 3502 | Affidavit of Service of Various Docket Entries |
| Dkt. No. 3507 | Affidavit of Publication in CoinDesk's Protocol |
| Dkt. No. 3409 | Order Clarifying Case Management Procedures for the Confirmation Hearing (Modification #1) |
| Dkt. No. 3514 | Affidavit of Service of Solicitation Materials |
| Dkt. No. 3516 (UCC-196) | Notice of Entry into Plan Support Agreement |
| Dkt. No. 3526 | Notice of Revised Plan Language Regarding Treatment of State Regulatory Claims |
| Dkt. No. 3550 | Fifth Notice of Filing of Plan Supplement |
| Dkt. No. 3553 | Affidavit of Service of Various Docket Entries |
| Dkt. No. 3570 | Revised Notice of Hearing to Consider Confirmation of the Debtors' Chapter 11 Plan and Related Voting and Objection Deadlines |
| Dkt. No. 3577 | Notice of Filing of Modified Joint Chapter 11 |
| Dkt. No. 3583 | Sixth Notice of Filing of Plan Supplement |
| Dkt. No. 3605 | The Committee's Joinder to the Debtors' Confirmation Brief and Statement in Support of Confirmation |
| Dkt. No. 3607 | Further Revised Notice of Hearing to Consider Confirmation of the Debtors' Chapter 11 Plan and Related Voting and Objection Deadlines |
| Dkt. No. 3679 | Affidavit of Service of Various Docket Entries |
| Dkt. No. 3682 | Affidavit of Service of Amended Declaration of Brian Karpuck Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan |
| UCC-019 | CoinDesk, "The LUNA and UST Crash Explained in 5 Charts" (May 11, 2022) |
| UCC-020 | Bloomberg, "Terra Flops" (May 11, 2022) |
| UCC-021 | Reuters, "Cryptocurrency market value slumps under $1 trillion" (June 13, 2022) |

| Document | Document Description |
|---|---|
| UCC-022 | CNBC, "Crypto hedge fund Three Arrows Capital plunges into liquidation as market crash takes toll" (June 29, 2022) |
| UCC-023 | CoinDesk, "Celsius Network execs deny rumors of significant market losses amid market volatility" (May 11, 2022) |
| UCC-024 | Barron's, "Celsius Faces a Revolt as a High-Yield Crypto Plummets" (May 18, 2022) |
| UCC-025 | User Comment on Celsius AMA (May 20, 2022) |
| UCC-026 | CNBC, "Crypto lender Celsius pauses withdrawals due to 'extreme market conditions'" (June 13, 2022) |
| UCC-061 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (Oct 2, 2020) |
| UCC-062 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (June 19, 2020) |
| UCC-063 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (Mar. 19, 2021) |
| UCC-064 | Clip from UCC-063 – 1:02:53-1:05:51 |
| UCC-069 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (Jan. 7, 2022) |
| UCC-180 | Dirty Bubble Media, "Celsius Network lost at least 25,000 Ether in Stakehound Key Blunder" (June 5, 2022) |
| UCC-198 | Clip from UCC-061 – 1:02:22-1:03:54 |
| UCC-199 | Clip from UCC-062 – 10:45-12:24 |
| UCC-200 | Clip from UCC-069 – 41:45-43:00 |
| UCC-201 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (June 14, 2018) |
| UCC-202 | Clip from UCC-201 – 2:22-3:45 |
| UCC-203 | Clip from UCC-201 – 9:00-9:46 |
| UCC-204 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (July 17, 2020) |
| UCC-205 | Clip from UCC-204 – 5:56-6:25 |
| UCC-206 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (July 2, 2020) |
| UCC-207 | Clip from UCC-207 - 38:33-39:15 |
| UCC-208 | Ozi_Crypto, Celsius Network Twitter Spaces AMA, YouTube (Jan. 12, 2021) |
| UCC-209 | Clip from UCC-208 – 1:43:00-1:44:47 |
| UCC-210 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (Jan. 28, 2022) |
| UCC-211 | Clip from UCC-210 – 6:30-6:44 |
| UCC-212 | Clip from UCC-210 – 24:07-25:36 |
| UCC-213 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (Dec. 31, 2021) |
| UCC-214 | Clip from UCC-213 – 3:38-4:20 |

| Document | Document Description |
|---|---|
| UCC-215 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (Dec. 10, 2021) |
| UCC-216 | Clip from UCC-215 – 17:00-19:00 |
| UCC-217 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (Oct. 1, 2021) |
| UCC-218 | Clip from UCC-217 – 8:28-9:30 |
| UCC-219 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (Mar. 8, 2018) |
| UCC-220 | Clip from UCC-219 – 19:19-20:36 |
| UCC-221 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (Nov. 26, 2019) |
| UCC-222 | Clip from UCC-221 – 2:59-3:07 |
| UCC-223 | Clip from UCC-221 – 44:20-45:15 |
| UCC-224 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (May 13, 2022) |
| UCC-225 | Crypto Archives, InvestAnswers interviews Alex Mashinsky, CEO of Celsius, live streamed June 1, 2022 |
| UCC-226 | Celsius Network, Celsius AMA – Ask Mashinsky Anything (June 10, 2022) |

Dated: October 9, 2023
    New York, New York

| /s/ T.J. McCarrick | /s/ Aaron Colodny |
|---|---|
| Judson Brown, P.C. (admitted *pro hac vice*) | David M. Turetsky |
| T.J. McCarrick (admitted *pro hac vice*) | Samuel P. Hershey |
| Grace Brier (admitted *pro hac vice*) | Joshua D. Weedman |
| Hannah Simson (admitted *pro hac vice*) | **WHITE & CASE LLP** |
| Joseph D'Antonio (admitted *pro hac vice*) | 1221 Avenue of the Americas |
| **KIRKLAND & ELLIS LLP** | New York, New York 10020 |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Telephone:    (212) 819-8200 |
| 1301 Pennsylvania Avenue NW | Facsimile:    (212) 354-8113 |
| Washington, D.C. 20004 | |
| Telephone:    (202) 389-5000 | Michael C. Andolina (admitted *pro hac vice*) |
| Facsimile:    (202) 389-5200 | Gregory F. Pesce (admitted *pro hac vice*) |
| Joshua A. Sussberg, P.C. | Carolyn P. Gurland |
| **KIRKLAND & ELLIS LLP** | **WHITE & CASE LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | 111 South Wacker Drive, Suite 5100 |
| 601 Lexington Avenue | Chicago, Illinois 60606 |
| New York, New York 10022 | Telephone:    (312) 881-5400 |
| Telephone:    (212) 446-4800 | Facsimile:    (312) 881-5450 |
| Facsimile:    (212) 446-4900 | |
| | Aaron Colodny (admitted *pro hac vice*) |
| Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) | **WHITE & CASE LLP** |
| Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) | 555 South Flower Street, Suite 2700 |
| Christopher S. Koenig | Los Angeles, California 90071 |
| Dan Latona (admitted *pro hac vice*) | Telephone:    (213) 620-7700 |
| **KIRKLAND & ELLIS LLP** | Facsimile:    (213) 452-2329 |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | |
| 300 North LaSalle Street | Keith H. Wofford |
| Chicago, Illinois 60654 | **WHITE & CASE LLP** |
| Telephone:    (312) 862-2000 | Southeast Financial Center |
| Facsimile:    (312) 862-2200 | 200 South Biscayne Blvd., Suite 4900 |
| | Miami, Florida 33131 |
| *Counsel to the Initial Debtors and Debtors in* | Telephone:    (305) 371-2700 |
| *Possession* | Facsimile:    (305) 358-5744 |
| | |
| | *Counsel to the Official Committee of Unsecured* |
| | *Creditors* |