# CELSIUS EX. 87

Message

| | |
|---|---|
| From: | Alex Mashinsky [alex@mashinsky.com] |
| on behalf of | Alex Mashinsky <alex@mashinsky.com> [alex@mashinsky.com] |
| Sent: | 1/26/2022 3:10:48 PM |
| To: | OTIS DAVIS [otisd1234@icloud.com]; Tushar Nadkarni [tushar@celsius.network] |
| CC: | Bethany Davis [bethany.davis@celsius.network] |
| Subject: | Re: Withdrawal Fees discussed on Twitter Space's AMA (Plus Your Homework: To Watch "Billions" (IMPORTANCE: VERY, VERY HIGH) |

Tushar will look to see how hard or easy it would be to create teared withdrawal fee structure

Thank You,

Alex Mashinsky
CEO & Founder

www.Celsius.network
Celsius Video
Linkedin
Personal
Mobile 551-287-2124

- 
- NASDAQ interview with Celsius
- Cheddar TV interview
- Blockchain Inventor joins Celsius

On Wed, Jan 26, 2022 at 2:09 AM OTIS DAVIS <otisd1234@icloud.com> wrote:
Bethany, I CC'd you on this email as Alex's chief of staff because I know he's busy right now because of the turmoil in the markets and I want him to read this email, because it's very important that he does. Thank you very much.

Alex,

We spoke about withdrawal fees earlier tonight, that maybe Celsius should start charging withdrawal fees, that the free withdrawals were based on Vitalik saying Ethereum 2.0 will be ready by 2020. And I immediately said, you should make that a CEL utility, and you thought about it and said maybe or yes, don't remember exactly what you said, but you're in favor of it.

Since the withdrawal fees are putting the company under pressure, why did it take so long to realize that you have to charge withdrawal fees, especially to non-Community members? Whoever is looking at the numbers for Celsius, that should have come to their mind a long time ago, because that is eating away the profits of Celsius and therefore the Community. I thought about it a long time ago, but I figured the company was OK paying them and it was not hitting

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00581341

the finances of the company that hard. But when you brought it up tonight, "free withdrawals as a CEL token utility came to my mind immediately," as it's something I'd thought about in the past. If you're not part of the Community, how can you get free withdrawals, and it doesn't cost you much now to be a part of the Community, just be in one of the tiers. You'll recall I spoke to Zach about 2 months ago about redoing the tiers and I'm glad you guys are listening. I was happy to get a shoutout on the AMA and given the credit for what I said to Zach 6 weeks ago about redoing the tiers. I'm very happy that he listened and in turn you listened. And that's all I ask. I've stuck by your side this long and plan to continue sticking by your side in this war. All I ask is that you pay full attention to the CEL utilities and that you start listening, as this is an existential threat to the business of Celsius, and that's not asking for much.

And your new phraseology now with respect to withdrawals are the following: "Not one person who is a part of the Community pays withdrawal fees." And to be a part of the Community, all anyone has to do is just qualify for one of the tiers. As simple as that.

I think this paying for your withdrawals if you're not part of the Community will be your biggest CEL token utility, meaning the biggest utility around CEL token, if not one of the biggest. If you're part of the Celsius Community, meaning you are in one of the tiers — Platinum, Gold, Silver, or Bronze — you get free withdrawals; and if you're not in one of those tiers, meaning you're not part of the Celsius Community, you have to pay your own withdrawal fees. That's what you call a CEL token utility. Please just do it.

And at the same time, you tie Swaps in with the tiers (which is the best product I've seen so far from Celsius — Let's see what CelsiusX does), meaning if you're not in the tiers, meaning you're not part of the Celsius Community, your Daily Swap Limit is $1,000 (one thousand dollars). I would go so far as to say $500 as your Daily Swap Limit, just to get the attention of the non-Community members. I would never make that Daily Swap Limit $5,000. Please don't do that; do not put the Daily Swap Limit above $1,000 for non-Community members, as that is defeating the purpose. **You simply cannot do that, that is way too much. You** want to incentivize them to go and buy 1,000 CEL token (or 500, or whatever number you guys come up with for the lowest tier). You have to make the Bitcoin and Eth maxis look at CEL for the great utilities and benefits it's offering.

Alex, all you need is 100,000 users to buy 1,000 CEL (from whatever tier) and you've taken off the market and locked up 100 million CEL tokens, and that fixes CEL. And you know no one will ever sell those CEL tokens because the benefits are so good. You don't have 100 million CEL for them to buy on the open market, and that's a great problem to have. This is how you start to fix CEL, take it from me. I've been thinking about this a long time, which is why I requested the Zoom meeting on Dec 6th and Rudy and I were trying to tell you, what happens if the price falls significantly and there's a cascade of margin calls on CEL. You said you were not worried about that when I asked you the question. We also voiced our concerns that CEL has no utilities whatsoever. It's only when the tide goes out you realize who's swimming naked. The tide has gone out and CEL is swimming naked; it has no useful utilities and therefore the price fell as everyone lost confidence. Only true Celsius are left now who hold CEL. The community is shattered. I see it on Twitter. There's a lot of hate right now on Twitter about Celsius. We have to rebuild this Community and build it back stronger with CEL utilities that when there's a flash

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00581342

crash people don't go and sell CEL token. We are a HODLer community, flash crashes shouldn't affect us like this. The reason why it affects us like this is because CEL has no useful utilities. I don't know of one CEL utility that I use or that I like, not one. That has to change NOW.

Alex, look at this example: If a Bitcoin or Eth maxi doesn't want to buy CEL to get in the Bronze tier, the lowest tier (Whether you guys decide that tier should be 300 or 500 or 1,000 CEL to be Bronze), then he'll have $500 or $1,000 Daily Swap Limit (whatever you guys decide). And If he wants to buy more coins, he has to withdraw his USDC, pay the withdrawal fee, go to Coinbase, pay the Transaction fee on Coinbase (plus the spread), then withdraw from Coinbsase, pay the Withdrawal fee and come back into Celsius. That's what a Bitcoin or ETH maxi will have to do with these new CEL utilities implemented if he doesn't want to be a part of the Community. No one — and I mean no one — like paying fees, no matter how rich you are. That can get EXTREMELY expensive. Or they can just buy enough CEL to get into one of the tiers, more than likely the Bronze tier, say 500 or 1,000 CEL. I don't know what numbers makes sense to you guys financially as I don't have the books, so you guys can figure that out.

Those are two lovely utilities that will fix CEL (with lots more on the way) and make a guy like Going Parabolic (Jason A. Williams) look at it and have to buy some CEL now. Why? CEL now has utilities and therefore benefits and saves him money. To this day that interview where Jason A. Williams insulted you asking what's the CEL token used for, get rid of it pisses me the fuck off; to disrespect a CEO like that on a live interview, the audacity of this BlockFi guy. Just crazy.

And please remember to do your homework: Watch "Billions" Season 6, the first episode which aired Sunday, January 23, 2022. You should be able to figure out what I'm talking about easily, but if you can't let me know and I'll explain it to you in no uncertain terms.

If you need my help to discuss CEL utilities further, just ask. I'm happy to sit down in front of you and explain to you how to fix this. This is not hard. This is so easy. I've already fixed this in my head.

Best, Otis

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00581343

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00581344