# CELSIUS EX. 88

Message
_____

**From:**        Alex Mashinsky [alex@mashinsky.com]
**on behalf of**  Alex Mashinsky <alex@mashinsky.com> [alex@mashinsky.com]
**Sent:**        7/21/2020 1:14:38 PM
**To:**          Tom McCarthy [tom.mccarthy@celsius.network]; Kristen Ryan [kristen@celsius.network]; Ashley O'Brien
                 [ashley.obrien@celsius.network]
**Subject:**     Fwd: MOIP SHOW CAITLIN LONG


Otis would be a perfect video or Medium testimonial for us... lets help him produce the content.


Thank You,

Alex Mashinsky
CEO & Founder

www.Celsius.network
Celsius Video
Linkedin
Personal
Mobile 551-287-2124


- 
-            NASDAQ interview with Celsius
-            Cheddar TV interview
-            Blockchain inventor joins Celsius



---------- Forwarded message ---------
From: **Alex Mashinsky** <alex@mashinsky.com>
Date: Tue, Jul 21, 2020 at 9:13 AM
Subject: Re: MOIP SHOW CAITLIN LONG
To: OTIS DAVIS <otisd1234@icloud.com>, Kimberley Gantz <kimberley.gantz@celsius.network>


Otis, Thank You,

you are exactly the person I want to become wealthy, now that I achieved my goal you have to help others
achieve theirs.  The only way to cure all the ills in this world is for each one of us to help another.

Make a video about your story or write a Blog post and share the lessons learned and how others can benefit
from this as well.

Kim will follow up with Caitling for the MOIP show.


Thank You,

Alex Mashinsky
CEO & Founder

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_01083727

CELSIUSNETWORK_01083727

www.Celsius.network
Celsius Video
Linkedin
Personal
Mobile 551-287-2124


- 
- 	NASDAQ interview with Celsius
- 	Cheddar TV interview
- 	Blockchain inventor joins Celsius


On Mon, Jul 20, 2020 at 5:26 PM OTIS DAVIS <otisd1234@icloud.com> wrote:
Alex,

I would love to see a MOIP show with Caitlin Long. I want to know more about Wyoming and the laws she helped pass and her Avanti Bank. From what I read, Wyoming's crypto and blockchain law acts in the best interest of crypto asset holder. It might not be a bad idea to have a two- or three-person office in Wyoming, or give it some thought.

I don't get to say this often — as a matter of fact, this is the first time I'm saying it: Thanks for making me a millionaire. Words can't even begin to express how grateful I am for what you've done and the hard work that you put in day after day. Gosh, you really don't have an off switch. I turned millionaire on Friday, May 29, 2020 at 10:48 PM. Yes, I noted it in my calendar and made me a drink that Friday night to celebrate.

Of course, my four UPS stores are worth over a million, but I don't count that because that involves debt. But Celsius made me a millionaire to the tune of almost $2 million. And that's pretty cool.

If only more people would listen to your teachings and what you're saying and follow your advice to financial independence. I'm shocked more people are not gobbling up Cel token, as I still think it's underpriced.

I'm sitting here wondering how many millionaires you're going to make when you start to scale and if you, through Celsius, will make more millionaires than Ethereum did.

Best, Otis.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION