# CELSIUS EX. 91


