# CELSIUS EX. 92

10/13/23, 5:22 PM
Otis 🍋 🐕‍🦺 💜 🛡 on X: "And I'm referring to withdrawal fees only. No member or non-member should pay any other fee. The …

22-10964-mg    Doc 3816-21    Filed 10/15/23    Entered 10/15/23 19:24:27    Exhibit 92
Pg 2 of 2

# X

## Settings

← **Post**

**Otis** 🍋 🐕‍🦺 💜 🛡 ✓
@otisa502

And I'm referring to withdrawal fees only. No member or non-member should pay any other fee. The point of contention is the $20M withdrawal fee that the company subsidized for everyone. Such perks should be reserved for Celsius Community members only and marketed as a CEL utility twitter.com/thecyphercat/s…

> This post is unavailable.

4:23 AM · Feb 1, 2022

**5 Likes**

### New to X?

Sign up now to get your own personalized timeline!

- Sign up with Google
- Sign up with Apple
- Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Otis** 🍋 🐕‍🦺 💜 🛡 ✓
@otisa502

Inflation is theft. Modern fiat owned central banks and their owners are counterfeiters and slavemasters that need removed from the earth.

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More •••

**Don't miss what's happening**
People on X are the first to know.

Sign up