# CELSIUS EX. 93

X

Settings

## Post

**Otis** 🍋 🐈‍⬛💜 🛡
@otisa502

No one would care if the founders are selling CEL if they simply added real utility and use cases to the token. That's the criticism, @Mashinsky; that you're selling so much CEL but not adding utility to the token, which is a "cardinal sin." That is unacceptable.

> **Otis** 🍋 🐈‍⬛💜 🛡 @otisa502 · Feb 10
> Replying to @otisa502
> 6/14 On December 9, 2021, Mr. Mashinsky posted to Twitter, "All @CelsiusNetwork founders have made purchases of #CEL and are not sellers of the token." He similarly asserted in an AMA and on Twitter that he made more purchases of CEL on January 7, 2022.

12:05 PM · Feb 14, 2023 · **11.2K** Views

**4** Reposts **38** Likes **1** Bookmark

1

**New to X?**
Sign up now to get your own pers
Sign up with G
Sign up with A
Create accour
By signing up, you agree to the Te
Privacy Policy, including Cookie U

**Relevant people**

**Otis** 🍋 🐈‍⬛💜 🛡
@otisa502
Inflation is theft. Moc
owned central banks
owners are counterfe
slavemasters that ne
from the earth.

Trends are unavailable.

Terms of Service Privacy Policy
Accessibility Ads info More ···

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

