# CELSIUS EX. 94

# X

⚙ Settings

← **Post**

**Otis** 🍋 🐈‍⬛ 💜 🛡 ✔
@otisa502

The days are coming when we CEL token holders will lift you up out of the water with butcher hooks and the rest of you with fishhooks, and then burn your tabernacle to the ground for your error towards us CEL token holders.

Go ahead, laugh. SBF also laughed at me.

1:43 AM · Feb 21, 2023 · **9,548** Views

**9** Reposts   **5** Quotes   **60** Likes

💬   🔁   🤍   🔖   📤

**New to X?**

Sign up now to get your own pers

G Sign up with G

 Sign up with A

Create accou

By signing up, you agree to the T
Privacy Policy, including Cookie U

**Relevant people**

**Otis** 🍋 🐈‍⬛ 💜 🛡 ✔
@otisa502

Inflation is theft. Mo
owned central banks
owners are counterfe
slavemasters that ne
from the earth.

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···

**Don't miss what's happening**
People on X are the first to know.

Sign up

https://twitter.com/otisa502/status/1627921900016992256

1/1