# CELSIUS EX. 95

Settings

## Post

**Otis** 🍋 🐈‍⬛💜 🛡️
@otisa502

Ignore the swings. It's like a trained pilot sees turbulence ahead, he doesn't get nervous. The pilot sees turbulence ahead, he gets on the PA and tells the passengers and flight attendants to buckle up until we hit smoother air. Same concept here: Buckle up until we hit $10 CEL.

> **MrMasternode** @MrMasternode · Jan 17, 2021
> Replying to @kb_web3 @otisa502 and 7 others
> In overall markets or $CEL specifically? I just gotta watch the margin call since I took out a two loans against $CEL to OTC.... long-term I know it will pay off but still a little nervous about the price action over the next 4/6/8+ as you mentioned.

4:35 AM · Jan 17, 2021

**2** Reposts **11** Likes

**Don't miss what's happening**
People on X are the first to know.

**New to X?**
Sign up now to get your own pers
Sign up with G
Sign up with A
Create accour
By signing up, you agree to the Te
Privacy Policy, including Cookie U

**Relevant people**

**Otis** 🍋 🐈‍⬛💜 🛡️
@otisa502
Inflation is theft. Moc
owned central banks
owners are counterfe
slavemasters that ne
from the earth.

**MrMasternode**
@MrMasternode
#CeFi is a trap! - cryp
self-custody maxima
operator & miner - n
your coins! ⚡
mrmasternode@wall

Trends are unavailable.

Terms of Service Privacy Policy
Accessibility Ads info More ···

Sign up

