# CELSIUS EX. 96

X

Settings

Post

**Otis** 🍋 🐈‍⬛💜 🛡
@otisa502

"If a caterpillar was eating your house, you would go to the exterminator and take care of it right away. Well, guess what, this caterpillar is eating your dollar and you're not doing anything about it." — Alex Mashinsky.

2:21 AM · Jan 6, 2020

**New to X?**

Sign up now to get your own pers

Sign up with G

Sign up with A

Create accour

By signing up, you agree to the Te Privacy Policy, including Cookie Us

**Relevant people**

**Otis** 🍋 🐈‍⬛💜 🛡
@otisa502
Inflation is theft. Moc owned central banks owners are counterfe slavemasters that ne from the earth.

Trends are unavailable.

Terms of Service Privacy Policy
Accessibility Ads info More ···

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

