**CELSIUS EX. 97**

X

Settings

**Post**

**Otis**
@otisa502

They're getting desperate. Who pays 2,600% to borrow CEL? Short sellers who need CEL right now to close their position after trying to bankrupt Celsius. Look, the day is coming when we Celsians will lift the short sellers up with butcher hooks and the rest of them with fishhooks.

> **Lakshya Behl** @lakshyabehl · Jun 19, 2022
> Replying to @CEL__100 and @otisa502
> Yes. Don't believe their lies. Rates are up again.
>
> They fight back. And we fight. Rates increase when:
>
> 1. There is low liquidity so borrowing is hard...
> Show more

5:46 PM · Jun 19, 2022

**42** Reposts **3** Quotes **176** Likes **1** Bookmark

1

**New to X?**

Sign up now to get your own pers

Sign up with G

Sign up with A

Create accour

By signing up, you agree to the Te
Privacy Policy, including Cookie U

**Relevant people**

**Otis**
@otisa502
Inflation is theft. Moc
owned central banks
owners are counterfe
slavemasters that nee
from the earth.

**Lakshya Behl**
@lakshyabehl
Chief Systems Archite
#Westernston. I buy
Market neutral Invest

Trends are unavailable.

Terms of Service Privacy Policy
Accessibility Ads info More ···

**Sign up**

**Don't miss what's happening**
People on X are the first to know.

