# CELSIUS EX. 98

10/13/23, 5:44 PM                                                        Otis 🍋 🐈‍⬛ 💜 🛡 on X: "I have some ideas that I'm going to share with @waseemshabout to help with the CEL utility. And wh…

22-10964-mg    Doc 3816-27    Filed 10/15/23    Entered 10/15/23 19:24:27    Exhibit 98
Pg 2 of 2

# X

Settings

← Post

**Otis** 🍋 🐈‍⬛ 💜 🛡 ✓
@otisa502

I have some ideas that I'm going to share with @waseemshabout to help with the CEL utility. And when I come up with ideas, I come up with ideas. The idea below from @1TrillionCEL is a great start and I have some things to build on top of that. twitter.com/TheRealPlanC/s…

This post is unavailable.

2:22 PM · Nov 3, 2021

**2** Reposts   **38** Likes   **1** Bookmark

💬   🔁   ♡   🔖 1   ⬆️

---

**New to X?**

Sign up now to get your own personalized timeline!

[Sign up with Google]
[Sign up with Apple]
[Create account]

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Otis** 🍋 🐈‍⬛ 💜 🛡 ✓
@otisa502
Inflation is theft. Modern privately owned central banks and their owners are counterfeiters and slavemasters that need removed from the earth.

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···

**Don't miss what's happening**
People on X are the first to know.

[Sign up]