# CELSIUS EX. 99




Post

Otis 🍋 🐈‍⬛ 💜 🛡️
@otisa502

And then ask yourself why all the suspicious activity around CEL lately, from whales buying a 903K CEL wall to whales trying to buy 1.9M CEL on FTX. @CelsiusNetwork is a bankrupt company with a worthless token. So why spend millions of dollars on CEL?

youtu.be/Myjgfdm0hPs



Otis 🍋 🐈‍⬛ 💜 🛡️ @otisa502 · Oct 23, 2022
Replying to @Bitboy_Crypto
Ask yourself who wants to buy 1.9 million CEL right now if it's not a trapped short-seller. These whale shorts need to close. I know of one whale short-seller that needs 7 million CEL to close.



13 Reposts   5 Quotes   39 Likes

New to X?

Sign up now to get your own pers...

Sign up with G...
Sign up with A...
Create accoun...

By signing up, you agree to the Te... Privacy Policy, including Cookie Us...

Relevant people



Otis 🍋 🐈‍⬛ 💜 🛡️
@otisa502
Inflation is theft. Mod... owned central banks... owners are counterfe... slavemasters that nee... from the earth.

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···



Sign up



Don't miss what's happening
People on X are the first to know.