# CELSIUS EX. 100









Top | Latest | People | Media | Lists

Replying to @charlesabonce @aryen_newman and 2 others
True. Let's just move forward.

1

Otis @otisa502 · Sep 23, 2022
Replying to @SpeakUpAnon @YouTube and @Medium
Simply says you don't now how to count from 1 to 10.

1 5

Otis @otisa502 · Sep 23, 2022
Replying to @strikingtree33 @YouTube and 2 others
All I want is my coins back too. But some people want to see Celsius exit chapter 11, whether wirh new or old management.

2

Otis @otisa502 · Sep 23, 2022
Replying to @otisa502
33/33 I hope you've enjoyed this thread on $CEL utilities!

Like, retweet & tag the @CelsiusUCC & @WhiteCase in the first tweet below to spread the word to the #Celsian Community.

> Otis @otisa502 · Sep 23, 2022
> 1/33 CEL Token Utility is Essential for Chapter 11 Recovery Plan & Onwards
>
> 6 ways to increase CEL utility, build up Celsius' treasury & ensure a bank run NEVER happens again
>
> 📽 @YouTube explainer video: youtu.be/RxWaOUcjRwk
>
> 📝 @Medium article: link.medium.com/IDf9uay4ytb
>
> 🧵👇

12 14 51

Otis @otisa502 · Sep 23, 2022
Replying to @otisa502
32/33 Your Fellow Celsius Community Members,

Otis, Anthony & Jade

@otisa502 @iTzAnthonyNap @cryptoismyjam

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NHL · 4 hours ago
**Canucks at Flames**

Music · Trending
**Blueface**
43.5K posts

Trending in United States
**#モニタリング分析**
514K posts

Music · Trending
**Taylor Swift**
426K posts

Trending in United States
**#ImranRiazKhan**
54.6K posts

Show more

## Who to follow

**The Motley Fool As...** @TheAscentMoney Follow

**Martin Crowley** @AIToolReport Follow

**Bulls Community** @bullscommunity Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Search filters

Top | Latest | People | Media | Lists

2 5 37

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
31/33 The stone that the builder rejected has become the chief cornerstone.

The community is the builder now.

And that stone is CEL Token.

3 6 43

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
30/33 Not only will the implementation of increased CEL utilities do just that, but we feel capitalizing on these opportunities will significantly increase the value & use case of CEL Token as well.

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

NHL · 4 hours ago
**Canucks at Flames**

Music · Trending
**Blueface**
43.5K posts

Trending in United States
**#モニタリング分析**
514K posts

Music · Trending
**Taylor Swift**
426K posts

Trending in United States
**#ImranRiazKhan**
54.6K posts

Show more

**Who to follow**

**The Motley Fool As...** @TheAscentMoney Follow

**Martin Crowley** @AIToolReport Follow

**Bulls Community** @bullscommunity Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Top | Latest | People | Media | Lists

GIF

2 3 31

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
29/33 To conclude, for Celsius 2.0 to succeed, we need to prove to ourselves & future depositors that we can forge a profitable company & prevent a future bank run.

1 2 31

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
28/33 While we feel these opportunities are the most effective & easiest to implement right now, we do have ideas for future CEL utilities, including a Celsius VISA credit card, a dedicated customer service line & decreased fees on CelsiusX.

1 2 28

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
27/33 Access to Funds:

We know timely access to funds is paramount & you guessed it! The higher your tier level, the quicker your access to liquidity.

| Tier Level | Access to Funds |
|---|---|
| Platinum | Instant access to your deposit: zero wait period on withdrawals |
| Gold | Instant access to your deposit: 24-hour wait period on withdrawals |
| Silver | Instant access to your deposit: 48-hour wait period on withdrawals |
| Bronze | Instant access to your deposit: 72-hour wait period on withdrawals |
| None | 24-hour wait period to access your deposit: 96-hour wait period on withdrawals. ACH treatment |
| | |

2 3 28

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
26/33 Therefore, a Platinum member with 1 BTC on the platform earns an additional 0.00024 BTC per week & 0.01248 BTC per year (0.00024 x 52) over a non-member.

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NHL · 4 hours ago
**Canucks at Flames**

Music · Trending
**Blueface**
43.5K posts

Trending in United States
**#モニタリング分析**
514K posts

Music · Trending
**Taylor Swift**
426K posts

Trending in United States
**#ImranRiazKhan**
54.6K posts

Show more

## Who to follow

**The Motley Fool As...** @TheAscentMoney Follow

**Martin Crowley** @AIToolReport Follow

**Bulls Community** @bullscommunity Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
25/33 The weekly reward for a Platinum member on 1 BTC at 6.25% would be 0.0012 BTC per week. (1 BTC x 6.25% = 0.0625 BTC per year / 52 = 0.0012 BTC per week).

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
24/33 The weekly reward for a non-member on 1 BTC at 5% would be 0.00096 BTC/per week. (1 BTC x 5% = 0.05 BTC per year / 52 = 0.00096 BTC per week).

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
23/33 For Example:

Let's say you're a Platinum member with 1 BTC on the platform & the current APY for BTC is 5%.

You will earn an additional 25% increase in-kind on your BTC, making the total yield/APY 6.25%. (5 x 25% = 6.25%)

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
22/33 Yield/Higher In-Kind Yield for all assets

Are you excited for higher in-kind yield on your crypto? Us too!

Based on your tier level, you'll earn a higher in-kind bonus yield for all your

Document title: (from:otisa502) since:2022-9-19 until:2022-9-24 include:nativeretweets - Search / X
Capture URL: https://twitter.com/search?q=(from%3Aotisa502)%20since%3A2022-9-19%20until%3A2022-9-24%20include…
Capture timestamp (UTC): Mon, 25 Sep 2023 09:00:39 GMT    Page 11 of 73















(from:otisa502) since:2022-9-19 until:2022-9-24 include:nativeretweets

Top | Latest | People | Media | Lists

Are you excited for higher in-kind yield on your crypto? Us too!

Based on your tier level, you'll earn a higher in-kind bonus yield for all your assets on the platform.

| Tier Level | Yield/Higher In-Kind Yield |
|---|---|
| Platinum | 25% increase on your BTC, for example |
| Gold | 10% increase on your BTC, for example |
| Silver | 5% increase on your BTC, for example |
| Bronze | 2.5% increase on your BTC, for example |
| None | 0% increase on your BTC, for example |

4 · 2 · 27

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
21/33 If the non-member swapped $50,000 in crypto (over 5 days), they would incur $75 in swap fees vs. the Silver tier member swapping $250,000 (over 5 days) & incurring just $92.50 in swap fees.

1 · 2 · 23

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
20/33 For Example:

A Silver tier member swaps $50,000 of crypto incurring an $18.50 fee. ($50,000 x 0.037% = $18.50)

A non-member swaps $10,000 of crypto incurring a $15 fee. ($10,000 x 0.15% = $15)

1 · 2 · 25

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
19/33 Swaps:

Who doesn't love easy and convenient swaps?

Your fees & swap limits will depend on your tier level.

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NHL · 4 hours ago
**Canucks at Flames**

Music · Trending
**Blueface**
43.5K posts

Trending in United States
**#モニタリング分析**
514K posts

Music · Trending
**Taylor Swift**
426K posts

Trending in United States
**#ImranRiazKhan**
54.6K posts

Show more

## Who to follow

**The Motley Fool As...** @TheAscentMoney Follow

**Martin Crowley** @AIToolReport Follow

**Bulls Community** @bullscommunity Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

Search filters

Top | Latest | People | Media | Lists

Who doesn't love easy and convenient swaps?

Your fees & swap limits will depend on your tier level.

| Tier Level | Swaps |
|---|---|
| Platinum | The highest limit available/ Free |
| Gold | $75,000 daily limit/ Free |
| Silver | $50,000 daily limit / 0.037% Fee Charged |
| Bronze | $25,000 daily limit/ 0.065% Fee Charged |
| None | Pay your way. $10,000 daily limit/ 0.15% Fee Charged |

1 2 30

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
18/33 For Example:

The Platinum tier has access to all five LTV options.

The Silver tier has access to three LTV options—25% & lower.

1 2 27

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
17/33 Loans:

Crypto loans are back!

Your tier level will be like a credit score; higher tiers will qualify for higher limits & better interest rate payments on loans.

| Tier Level | Loans |
|---|---|
| Platinum | 50% LTV |
| Gold | 33% LTV |
| Silver | 25% LTV |
| Bronze | 20% LTV |
| None | 15% LTV |

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NHL · 4 hours ago
**Canucks at Flames**

Music · Trending
**Blueface**
43.5K posts

Trending in United States
**#モニタリング分析**
514K posts

Music · Trending
**Taylor Swift**
426K posts

Trending in United States
**#ImranRiazKhan**
54.6K posts

Show more

## Who to follow

The Motley Fool As... @TheAscentMoney Follow

Martin Crowley @AIToolReport Follow

Bulls Community @bullscommunity Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

(from:otisa502) since:2022-9-19 until:2022-9-24 include...

Top | Latest | People | Media | Lists

3 · 3 · 37

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
16/33 Withdrawals:

In Celsius 2.0, withdrawal fees are used to buy CEL tokens & increase the value of the treasury.

| Tier Level | Withdrawals |
|---|---|
| Platinum | Free |
| Gold | 1 free withdrawal per week |
| Silver | 1 free withdrawal per two weeks |
| Bronze | 1 free withdrawal per month |
| None | Pay your way/ACH treatment |

3 · 2 · 36

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
15/33 Finally, say we get just 3,000 users in the Platinum tier, that's a further 75 million CEL tokens off the market.

Platinum: 25,000 x 3,000 = 75,000,000

In this ex, we've removed 325 million CEL tokens off the market & significantly increased the buying pressure on CEL.

1 · 3 · 29

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
14/33 50,000 users in the Silver tier ties up another 50 million CEL.

Silver: 1,000 x 50,000 = 50,000,000

15,000 users in the Gold tier reduces liquidity by another 150 million CEL.

Gold: 10,000 x 15,000 = 150,000,000

1 · 2 · 30

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NHL · 4 hours ago
**Canucks at Flames**

Music · Trending
**Blueface**
43.5K posts

Trending in United States
**#モニタリング分析**
514K posts

Music · Trending
**Taylor Swift**
426K posts

Trending in United States
**#ImranRiazKhan**
54.6K posts

Show more

## Who to follow

**The Motley Fool As...** @TheAscentMoney — Follow
**Martin Crowley** @AIToolReport — Follow
**Bulls Community** @bullscommunity — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Search filters

Top | Latest | People | Media | Lists

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
13/33 Here's a hypothetical ex:

There are 692 million total CEL tokens.

Of that 692 million, approx 50% (330 million) is owned by the Celsius treasury.

Say we get 100,000 users in the Bronze tier, that's 50 million CEL tokens off the market.

Bronze: 500 x 100,000 = 50,000,000

4 · 6 · 31

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
12/33 Celsius has over 200 institutions, partners & exchanges, including @Visa, @0xPolygon, @bitfinex, @HorizenLabs, @1inch and @chainlink.

We will require all financial institutions, partners & exchanges to maintain Platinum status (25K CEL or more) to do business with us.

4 · 2 · 31

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
11/33 Tier System:

There are 650,000 active users worldwide with a balance of $100 or more currently on the platform.

We need approximately 55% of them to hold CEL token in our tier system.

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NHL · 4 hours ago
**Canucks at Flames**

Music · Trending
**Blueface**
43.5K posts

Trending in United States
**#モニタリング分析**
514K posts

Music · Trending
**Taylor Swift**
426K posts

Trending in United States
**#ImranRiazKhan**
54.6K posts

Show more

## Who to follow

**The Motley Fool As...** @TheAscentMoney — Follow

**Martin Crowley** @AIToolReport — Follow

**Bulls Community** @bullscommunity — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Top | Latest | People | Media | Lists

2 · 3 · 31

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
10/33 We have identified 6 core opportunities to increase CEL utility, with potential for future expansion.

The 6 core opportunities are:

1. Tier System
2. Withdrawals
3. Loans
4. Swaps
5. Yield & Higher In-Kind Yield
6. Access to Funds

2 · 7 · 38

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
9/33 How will we reward the loyalty of those Celsians who stuck around?

Well, in Celsius 2.0, it pays to be a CEL token holder!

We plan to increase CEL utility by using the existing tier system (with a few modifications).

1 · 3 · 29

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
8/33 By increasing exclusive incentives for CEL token holders, we will increase buying pressure on CEL Token as well.

The result is a profitable Celsius with a fortified treasury to ensure a bank run like what led to the June 12th 'pause' on withdrawals NEVER happens again.

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

NHL · 4 hours ago
**Canucks at Flames**

Music · Trending
**Blueface**
43.5K posts

Trending in United States
**#モニタリング分析**
514K posts

Music · Trending
**Taylor Swift**
426K posts

Trending in United States
**#ImranRiazKhan**
54.6K posts

Show more

**Who to follow**

**The Motley Fool As...** @TheAscentMoney Follow
**Martin Crowley** @AIToolReport Follow
**Bulls Community** @bullscommunity Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

(from:otisa502) since:2022-9-19 until:2022-9-24 include:nativeretweets

Top | Latest | People | Media | Lists

1 · 3 · 29

**Otis** 🍋 🐈‍⬛💜 🛡 @otisa502 · Sep 23, 2022
Replying to @otisa502
7/33 When banks need a taxpayer-funded bailout every 8 to 10 years, they turn to the FED.

In crypto, there's no FED to save you from a hack, lost keys or a black swan event BUT your treasury.

1 · 3 · 27

**Otis** 🍋 🐈‍⬛💜 🛡 @otisa502 · Sep 23, 2022
Replying to @otisa502
6/33 The more value they offer, the higher the demand for the token.

This gives users the incentive to hold onto them, thereby increasing the value of the platform's treasury.

1 · 3 · 31

**Otis** 🍋 🐈‍⬛💜 🛡 @otisa502 · Sep 23, 2022
Replying to @otisa502
5/33 Utility tokens are the backbone of crypto companies.

Utility tokens derive their value from the exclusive access to services they provide to the user.

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

NHL · 4 hours ago
**Canucks at Flames**

Music · Trending
**Blueface**
43.5K posts

Trending in United States
**#モニタリング分析**
514K posts

Music · Trending
**Taylor Swift**
426K posts

Trending in United States
**#ImranRiazKhan**
54.6K posts

Show more

**Who to follow**

**The Motley Fool As...** @TheAscentMoney — Follow
**Martin Crowley** @AIToolReport — Follow
**Bulls Community** @bullscommunity — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:otisa502) since:2022-9-19 until:2022-9-24 include...

Top | **Latest** | People | Media | Lists

1 · 6 · 39

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
4/33 In CZ's own words: "It's just money, lol..."

1 · 4 · 32

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
3/33 Binance has $BNB (market cap of $50 billion at the time of the crash, $42 billion in today's valuation), at its disposal.

By creating strong utilities around $BNB, Binance also created a war chest, which insulated them from the staggering $1.5 billion loss on Luna.

3 · 4 · 33

**Otis** @otisa502 · Sep 23, 2022
Replying to @otisa502
2/33 Every great crypto company has a great utility token.

@Binance has $BNB, @FTX_Official has $FTT & @cryptodotcom has $CRO.

When Luna crashed in May 2022, Binance didn't bat an eyelash at the $1.5 billion loss.

Why?

4 · 6 · 34

**Otis** @otisa502 · Sep 23, 2022
1/33 CEL Token Utility is Essential for Chapter 11 Recovery Plan & Onwards

6 ways to increase CEL utility, build up Celsius' treasury & ensure a bank run NEVER happens again

📽 @YouTube explainer video: youtu.be/RxWaOUcjRwk

## Search filters

**People**
From anyone ✓
People you follow

**Location**
Anywhere ✓
Near you

Advanced search

## What's happening

NHL · 4 hours ago
**Canucks at Flames**

Music · Trending
**Blueface**
43.5K posts

Trending in United States
**#モニタリング分析**
514K posts

Music · Trending
**Taylor Swift**
426K posts

Trending in United States
**#ImranRiazKhan**
54.6K posts

Show more

## Who to follow

**The Motley Fool As...** @TheAscentMoney — Follow
**Martin Crowley** @AIToolReport — Follow
**Bulls Community** @bullscommunity — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

NEVER happens again

🎥 @YouTube explainer video: youtu.be/RxWaOUcjRwk

📝 @Medium article: link.medium.com/IDf9uay4ytb

🎩👇

**CEL TOKEN:
THE CHIEF
CORNERSTONE
OF CELSIUS 2.0**

💬 56   🔁 111   ♥ 191

---

**Otis** 🥮🐕💜🛡✓ @otisa502 · Sep 23, 2022
Replying to @CryptoDoc20 @aryeh_newman and 3 others
Ok, fair enough.

💬   🔁   ♥ 1

---

**Otis** 🥮🐕💜🛡✓ @otisa502 · Sep 23, 2022
Replying to @CryptoDoc20 and @sam_alosi
Ok, fair enough.

💬   🔁   ♥ 1

---

**Otis** 🥮🐕💜🛡✓ @otisa502 · Sep 23, 2022
Replying to @CryptoDoc20 @aryeh_newman and 3 others
No one ever said the #CelShortSqueeze was going to save the company. Not sure where you heard that or who lies to you. It's purely a revenge trade.

💬 2   🔁 2   ♥ 8

---

**Otis** 🥮🐕💜🛡✓ @otisa502 · Sep 23, 2022
Replying to @CryptoDoc20 @aryeh_newman and 2 others
So our agendas are aligned yet we are bickering at each other over gibberish.

💬   🔁   ♥

---

**Otis** 🥮🐕💜🛡✓ @otisa502 · Sep 23, 2022
Replying to @CryptoDoc20 @BankToTheFuture and @Tether_to
So let's stop the fighting. We all have one goal: To get our coins back. So how did it come to this?

💬 1   🔁   ♥ 1

---

**Otis** 🥮🐕💜🛡✓ @otisa502 · Sep 23, 2022
Replying to @CryptoDoc20 @SimonDixonTwitt and @Mashinsky
You'll get the satisfaction of having them locked up for stealing from us. You'll get justice.

💬 1   🔁   ♥ 1

---

**Otis** 🥮🐕💜🛡✓ @otisa502 · Sep 23, 2022
Replying to @CryptoDoc20 @BankToTheFuture and 3 others
Smh. Ok.

💬   🔁   ♥

---

**Otis** 🥮🐕💜🛡✓ @otisa502 · Sep 23, 2022