# CELSIUS EX. 101

10/13/23, 4:42 PM — Otis 🍋 🐕‍🦺💜🛡✅ on X: "I'm sure the @CelsiusUcc appreciates ideas about filling the hole using equity and also useful utilitie…

22-10964-mg    Doc 3816-30    Filed 10/15/23    Entered 10/15/23 19:24:27    Exhibit 101
Pg 2 of 2

# Post

**Otis** 🍋 🐕‍🦺💜🛡✅
@otisa502

I'm sure the @CelsiusUcc appreciates ideas about filling the hole using equity and also useful utilities regarding CEL. CEL utility was the easy part for me; I've been harassing @Mashinsky to add them for over 18 months and he didn't. The equity part @iTzAnthonyNap figured out.

> **PL84** @DeviousPL · Sep 26, 2022
> Replying to @cook319 @BuilderBob1313 and 18 others
> In that case don't involve yourself with it. Why don't you tell Otis, Simon, Anthony and anyone else with a plan the same thing?

2:18 PM · Sep 26, 2022

**6** Reposts   **1** Quote   **20** Likes

## New to X?

Sign up now to get your own personalized timeline!

- Sign up with Google
- Sign up with Apple
- Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Otis** 🍋 🐕‍🦺💜🛡✅
@otisa502

Inflation is theft.모… owned central banks… owners are counterfe… slavemasters that nee… from the earth.

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More

Don't miss what's happening
People on X are the first to know.

Log in   Sign up