# CELSIUS EX. 102



**Alex Mashinsky**

June 24, 2022

> I've single-handedly inspired the community against these short sellers. Why have I been able to do it? Because I made them believe, and that's what you need them to do, make them believe; give them a reason to believe. Useful utilities/use cases around CEL and not gimmicks will give them that reason to believe, and when they believe, they go out and buy CEL token, as they're doing right now, rightfully so.
>
> If you (Mashinsky) don't know how to inspire people, get someone around you that does and let them help you inspire your community, because they need inspiration.
>
> The short sellers left you for dead. To their horror and disbelief now CEL is at $1 or over $1 for the past couple days, to high of $1.56, and my goal is to

**Alex Mashinsky**

The short sellers left you for dead. To their horror and disbelief now CEL is at $1 or over $1 for the past couple days, to a high of $1.56, and my goal is to get the short sellers to pay $10 to $100 per CEL tokens. How did I make them believe? I gave them a reason to go out and buy CEL token; I made them believe in my mission, and on a restart of Celsius, that's what you need them to do; because if you make them believe, they'll buy CEL to $100, and now your Treasury is worth $32 billion and you can do your own self-bailout in the future

All I need is for you to land the plane and don't land it fucked up where a bank owns the company with no exit, because they will not get inspired by that and stick by you for the long haul, since the banks are the enemy.

And when I'm done with these

1:23 5G+ 33

**Alex Mashinsky**

And when I'm done with these short sellers, they'll be bankrupt or out of pocket millions of dollars for their error. I

5:39 PM

Please don't file for bankruptcy. Not sure if it's true, but let's hang in there as the market goes back up. Would love to talk to you. I'm in NYC right now. Would love to see what your options are. More than willing to sign an NDA.

Hope you're keeping an eye on the #CelShortSqueeze I started a few days ago to jumpstart the community.

9:40 PM

**June 25, 2022**

Hey Alex, Rudy and I have some ideas how to fix CEL and you might want to just hear him out fixes the problem across the

Start a message

3

3:23

Alex Mashinsky

iMessage
Jun 26, 2022 at 11:25 PM

10:51

Thread

**Mike Alfred**
@mikealfred

BREAKING: Alex Mashinsky attempted to leave the country this week via Morristown Airport but was stopped by authorities. Unclear at this moment whether he was arrested or simply barred from leaving. Please contact me if you have more information on this.

9:32 PM · 6/26/22 · Twitter for Android

**39** Retweets **19** Quote Tweets **231** Likes

**Otis — #CelShortSqueeze** · 13m
Replying to @mikealfred
It would be more believable if you were not the messenger.
2 1 6

**cryptobtc** @crypto__btc · 38s
If this turns out to be yet another fabricated

Tweet your reply

Alex, Mike AlFud must hate you, he has since deleted this tweet but gosh, he's on a mission with this FUD.

Otis

Jul 17, 2022 at 11:30 AM

Alex, not sure if you can respond. It's Otis. Just checking on you and hoping you're OK. I

iMessage





