# CELSIUS EX. 103





Settings

**Otis**
61.5K posts

Follow

**Otis**
@otisa502

Inflation is theft. Modern-day, privately-owned central banks & their secret owners are counterfeiters & slavemasters that need to be eradicated from the earth.

Citizenship is in the Heavens   Joined October 2019

**545** Following   **7,303** Followers

Posts   Replies   Media   Likes

**Otis** @otisa502 · Jun 15, 2022
1/16 Let's wait to hear an official statement from @CelsiusNetwork. But if that statement is positive, then this is GameStop, AMC and Wall Street Bets all over again (the sequel.)

These are my thoughts on the short sellers. I can only speak for that part of the attack on twitter.com/Mashinsky/stat...

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

134   527   1,040

**Otis** @otisa502 · Jun 19, 2022
🚨🚨🚨This is a message to anybody that's in crypto: Every competitor & ...oto market suffer. ...ve loans in DeFi,

**Don't miss what's happening**
People on X are the first to know.

81   249   895

**Otis** @otisa502 · Aug 22, 2020
Lol at Mr. Two Corinthians.

4   20   667

**Otis** @otisa502 · Sep 10, 2022
Hey @CelsiusUcc, listen up!

We've created a rockstar restructuring plan to make Celsius' depositors whole.

Give us two minutes of viewing time & we'll tell you how!

Proposed Celsius Community Recovery Plan Using The Bitcoin Mining Entity... youtu.be/MLxSuNDplcY via @YouTube

**New to X?**
Sign up now to get your own pers...

Sign up with G...
Sign up with A...
Create accour...

By signing up, you agree to the Te... Privacy Policy, including Cookie U...

**You might like**

**Celsius NewCo Com...**
@CelsiusNewCo

**David Adler**
@DavidJAdler1991

**CryptoYOLO**
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···

Sign up

**New to X?**

Sign up now to get your own per...

Sign up with A...

Create accoun...

By signing up, you agree to the Te...
Privacy Policy, including Cookie Us...

**You might like**

**Celsius NewCo Com...**
@CelsiusNewCo

**David Adler** ✓
@DavidJAdler1991

**CryptoYOLO**
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···

Sign up

145    219    581

**Otis** 🐂🐕💜🛡✓ @otisa502 · Aug 6, 2022
How dare @CelsiusNetwork draft an agreement to pay their former CFO Rod Bolger $100K a month for consulting services. That's our money. That $100K a month can make a lot of "small guys" 100% whole. It's like what the fuck is this company thinking. Thank you UCC for stopping this.

> 🟣 **Celsius Official Committee of Unsecure...** ✓ @Celsi... · Aug 5, 2022
> A UCC win for account holders — after the threat of depositions and a UCC objection, @CelsiusNetwork withdrew their insider retention motion. cases.stretto.com/public/x191/11...

47    63    588

**Otis** 🐂🐕💜🛡✓ @otisa502 · Aug 19, 2022
1/10 Here is the "Community First" plan summary. I am confident if @CelsiusUcc & @CelsiusNetwork incorporate all or most of the elements below, then Celsius's customers will have the best chance of being made whole as quickly as possible.

**Don't miss what's happening**
People on X are the first to know.

159    252    561

**Otis** 🐂🐕💜🛡✓ @otisa502 · Jul 4, 2022
🚨🚨 The @CelsiusNetwork Maker loan is now below $5,000 liquidation price, $4,966.87 to be exact. That's a hell of a comeback. This loan is now firmly out of reach of the crypto mafia fiaters who were trying to liquidate it at $22K and came very close.

maker.blockanalitica.com/vaults/WBTC-A/...





$4,966.87

COLLATERALIZATION %
577.82%

COLLATERAL
23,963

DEBT
$82,082,242

DAI CAPITAL
$5,971,232 (3%)

USER WALLET
Celsius

💬 36   🔁 127   ♡ 527   📊   ⬆️



New to X?

Sign up now to get your own pers

 Sign up with A

Create accoun

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

You might like

Celsius NewCo Com
@CelsiusNewCo

David Adler ✓
@DavidJAdler1991

CryptoYOLO
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More···

Sign up

**Don't miss what's happening**
People on X are the first to know.

10/13/23, 5:22 PM    Ονε 😂 🐕 💀 🐟 🦍 ✊ (@otisa502) / X

# X

⚙️ Settings

**New to X?**

Sign up now to get your own pers

 Sign up with A

**Create accour**

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

**You might like**

**Celsius NewCo Com**
@CelsiusNewCo

**David Adler** ✓
@DavidJAdler1991

**CryptoYOLO**
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More ···

**Don't miss what's happening**
People on X are the first to know.

Sign up



X

⚙ Settings



**New to X?**

Sign up now to get your own pers

 Sign up with A

**Create accour**

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

**You might like**

Celsius NewCo Com
@CelsiusNewCo

David Adler ✓
@DavidJAdler1991

CryptoYOLO
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More···

**Don't miss what's happening**
People on X are the first to know.

Sign up

X

Settings

**New to X?**

Sign up now to get your own pers

 Sign up with A

Create accour

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

**You might like**

Celsius NewCo Com
@CelsiusNewCo

David Adler ✓
@DavidJAdler1991

CryptoYOLO
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···



**Don't miss what's happening**
People on X are the first to know.

Sign up

10/13/23, 5:22 PM    Otis 🐢 🦢 🐢 🐢 (@otisa502) / X

𝕏

⚙ Settings



**New to X?**

Sign up now to get your own pers

🍎 Sign up with A

**Create accour**

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

**You might like**

Celsius NewCo Com
@CelsiusNewCo

David Adler ✔
@DavidJAdler1991

CryptoYOLO
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More ···

**Don't miss what's happening**
People on X are the first to know.

Sign up

10/13/23, 5:22 PM     otisa 🐝 🤑 🪙💰📈📉🌖 (@otisa502) / X

X

⚙ Settings

New to X?

Sign up now to get your own pers

🍎 Sign up with A

Create accour

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

You might like

⬤ Celsius NewCo Com
@CelsiusNewCo

David Adler ✓
@DavidJAdler1991

CryptoYOLO
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More ···

**Don't miss what's happening**
People on X are the first to know.

Sign up

10/13/23, 5:22 PM    Otisa 🍌 🐝 💰 🦅 💪 🔥 (@otisa502) / X



X

⚙ Settings

**New to X?**

Sign up now to get your own pers

🍎 Sign up with A

**Create accour**

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

**You might like**

Celsius NewCo Com
@CelsiusNewCo

David Adler ✔
@DavidJAdler1991

CryptoYOLO
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More ···

**Don't miss what's happening**
People on X are the first to know.

Sign up

10/13/23, 5:22 PM    22-10964-mg    Doc 3816-32    Filed 10/15/23    Entered 10/15/23 19:24:27    Exhibit 103
Ous ☺ 🐻 🔨 💰 🐉 ✴️ (@otisa502) / X

Pg 12 of 20



New to X?

Sign up now to get your own pers

🍎 Sign up with A

Create accour

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

You might like

Celsius NewCo Com
@CelsiusNewCo

David Adler ✓
@DavidJAdler1991

CryptoYOLO
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More ···

**Don't miss what's happening**
People on X are the first to know.

Sign up



# X

⚙ Settings

## New to X?

Sign up now to get your own pers

 Sign up with A

**Create accour**

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

### You might like

**Celsius NewCo Com**
@CelsiusNewCo

**David Adler** ✔
@DavidJAdler1991

**CryptoYOLO**
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More ···

## Don't miss what's happening
People on X are the first to know.

Sign up



Settings

**New to X?**

Sign up now to get your own pers

 Sign up with A

Create accour

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

**You might like**


**Celsius NewCo Com**
@CelsiusNewCo


**David Adler** ✔
@DavidJAdler1991


**CryptoYOLO**
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More ···

**Don't miss what's happening**
People on X are the first to know.

Sign up



# X

⚙ Settings

**New to X?**

Sign up now to get your own pers



🍎 Sign up with A

**Create accour**

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

**You might like**

**Celsius NewCo Com**
@CelsiusNewCo

 **David Adler** ✔
@DavidJAdler1991

 **CryptoYOLO**
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More •••

## Don't miss what's happening
People on X are the first to know.

Sign up



X

⚙ Settings



**New to X?**

Sign up now to get your own pers

 Sign up with A

**Create accour**

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

**You might like**

Celsius NewCo Com
@CelsiusNewCo

David Adler ✔
@DavidJAdler1991

CryptoYOLO
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More ⋯

**Don't miss what's happening**
People on X are the first to know.

Sign up



# X

⚙ Settings

**New to X?**

Sign up now to get your own pers

 Sign up with A

Create accoun

By signing up, you agree to the Te
Privacy Policy, including Cookie U

## You might like

**Celsius NewCo Com**
@CelsiusNewCo

**David Adler** ✓
@DavidJAdler1991

**CryptoYOLO**
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More ⋯

**Don't miss what's happening**
People on X are the first to know.

Sign up

𝕏

⚙ Settings

**New to X?**

Sign up now to get your own pers

 Sign up with A

**Create accour**

By signing up, you agree to the Te
Privacy Policy, including Cookie Us

**You might like**



**Celsius NewCo Com**
@CelsiusNewCo

**David Adler** ✓
@DavidJAdler1991

**CryptoYOLO**
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···

Sign up

**Don't miss what's happening**
People on X are the first to know.

10/13/23, 5:22 PM

𝕏

Settings

New to X?

Sign up now to get your own pers

 Sign up with A

Create accoun

By signing up, you agree to the Te
Privacy Policy, including Cookie U:



You might like

Celsius NewCo Com
@CelsiusNewCo

David Adler ✔
@DavidJAdler1991

CryptoYOLO
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···

**Don't miss what's happening**
People on X are the first to know.

Sign up

𝕏

⚙ Settings

**New to X?**

Sign up now to get your own pers

🍎 Sign up with A

**Create accour**

By signing up, you agree to the Te
Privacy Policy, including Cookie U

**You might like**

Celsius NewCo Com
@CelsiusNewCo

David Adler ✓
@DavidJAdler1991

CryptoYOLO
@cryptoyolo7

Show more

Trends are unavailable.

Terms of Service    Privacy Policy
Accessibility    Ads info    More ···

**Don't miss what's happening**
People on X are the first to know.

Sign up