# CELSIUS EX. 104



Jun 12, 2022 at 9:06 PM



Is that the short?



That's total open interest

  



That's total open interest

Ok

How do I see the short, on FTX right now looking for it



**FTX**
ftx.com

I'm there now

6/12/2022,



2:12

5G E 29

**Z**

Zach

| 6/12/2022, 6:00:00 PM | COIN | 25.07423608 |
| 6/12/2022, 6:00:00 PM | BITW | 0.00006159 |
| 6/12/2022, 6:00:00 PM | ETHE | 98.79498394 |
| 6/12/2022, 6:00:00 PM | CEL | 8,640,175.61808403 |
| 6/12/2022, 6:00:00 PM | GBTC | 2,186.64873930 |
| 6/12/2022, 6:00:00 PM | ALPHA | 690,562.45830020 |

Under global lending history

Thanks. I see it now

Jun 14, 2022 at 8:55 AM





2:12    5G E 29⚡

Zach ›



**BREAKING: CELSIUS INSOLVENT?? THE INSIGHT STORY!!**

youtube.com

It's an 8-minute video but you can start listening from minute 5. This is the CEO of Cake DeFi describing the crypto mafia.

Jun 17, 2022 at 7:45 PM



Shahar (🎓, 🏛️) @ShaharAbr... · 1h

Looks like 3AC is holding >$44M $CEL in (what's left of) their portfolio

Currently their 3rd largest holding after $ETH and $SRM (!)



2:12    5G E 29

Zach

dunedigest.substack.com/p/dune-digest-...

Show this thread

You know anything about 3AC holding about 70 million CEL tokens??

Nope just saw it



Kk

Jun 22, 2022 at 11:23 AM

I'll call you when I can

Jun 24, 2022 at 5:43 PM



**2:13**

Zach ›

If this is more FUD, this is disgusting.

Alex Mashinsky, the CEO of Celsius Crypto bank is rumored to be arrested by the FBI. Previously, Yaron Shalem, the Chief Financial Officer of cryptocurrency lender Celsius was arrested for money laundering and other crimes in Nov 2021.

**Jake Tyson**
twitter.com

Never mind, that was Nov 2021

Which is crazy, because all people see is the first sentence. These FUD'sters are out in force.

Heard about this last Wednesday and I talked to home 2 times since then

1/3 Just like you liquidated my CEL-back loans, so it is that I liquidated your FTX loan, causing you severe indigestion and irreparable harm of $950,000.



   



2:13

Zach ›

you severe indigestion and irreparable harm of $950,000, basically $1 million. My only regret is that I couldn't REKT you twice. I told him to close his short and leave CEL alone

Otis — #CelShortSqueeze ©
twitter.com

This couldn't have happened to a better guy. Congratulations!

Otis — #CelShortSqueeze ©
twitter.com

ICYMI

I would still like to meet with Alex, me and Rudy. Please ask him I'll send him DM also asking same



I'm still earning in CEL

Jun 25, 2022 at 3:36 PM



iMessage



**2:13**

Zach >

Jun 25, 2022 at 3:36 PM

Rudy just came up with a brilliant idea regarding CEL. It's about how to turn the CEL token holders into equity holders and if you don't want to want for a potential exit you can sell your CEL token for $1. Call him when you have time and listen to it.

Nothing from Alex yet. Just sent him another message but nothing. This would satisfy all maxis also and all short sellers too. It's pretty nice. He can explain it way better than I can as he's using math and numbers to do it.

want to wait***

When he's done, there's no CEL token for sale on exchanges and no one will hold CEL unless you have equity in the company. And you can either self-custody your equity (CEL) or give it to GK8 to custody for you in cold storage until the company goes public.

Jun 26, 2022 at 3:16 PM

    iMessage

2:13    5G E 30⚡

< Z

Zach ›

Jun 26, 2022 at 3:16 PM



**Happening now: Celsius Liquidity versus Solvency**
twitter.com

In case you're around



It was a mis spelling from his dyslexia

"The next Celsius" as in a company that is doing financial good for people

I didn't even pay it any kind

We are not doing transfers for legal reasons

It's a problem, but because of

iMessage



**2:14**    5G E 31

**Z**

Zach ›

Right now it's wild speculation as the company has kept silent

The facts are the ones we saw on the blockchain

It blew up my DM

That's what I've been saying, they're trying to get liquid

And I think the STeth pair is almost back to its peg

Yes it's almost back to the normal 98–99 level

I don't have any say in things right now, but if CEL lives, we should lock it from withdrawals longer term

Unlock in December for Taxes

Totally agree, super HODL

Maybe this is where you rid yourselves of CEL along the lines

iMessage



Zach ›

Totally agree, super HODL

Maybe this is where you rid yourselves of CEL along the lines of what Rudy suggested and mint xCEL. Or you turn CEL into equity — let's just assume it's a security for argument sake — and operate with no token at all.

Hope Mashinsky can listen to one of these spaces with  other Twitter handle since he was asking for 15-minute listening sessions. Here are your listening sessions

On a side note, someone told me Krissy made #CelShortSqueeze shirts and posted them on Twitter wirh tweets but then took them down, I assume because of legal



I'm pretty sure he's listen on an alt account

Also had about 580 to 600 users attend that Twitter Spaces AMA

iMessage

  



2:15    5G E 32⚡

Zach ›

Also had about 580 to 600 users attend that Twitter Spaces AMA

Ya the rooms have been really big

My first #CelShortSqueeze 🍋 buy will be at 14:00 UTC TUESDAY 28 JUNE. I personally plan to buy on FTX, since I'm international.

#CelShortSqueeze

 **Otis — #CelShortSqueeze** © ⚡
twitter.com

In case you or anyone you know want to participate

Jun 26, 2022 at 10:38 PM

BREAKING: Alex Mashinsky attempted to leave the country this week via Morristown Airport but was  stopped by authorities. Unclear at this moment whether he was arrested or simply barred from leaving. Please contact me if you have more information on

  iMessage 

2:15    5G E 32⚡

<

**Z**

Zach >

And of course this.

Jun 27, 2022 at 3:03 PM

What I'm fighting against - "If Celsius enters bankruptcy protection, client positions will be sold into US dollars at the current market price and clients will be added to the list of the firm's creditors." - I'll share how you can play your part soon  https://t.co/5frhUcCE02

 **Simon Dixon (Beware Impersonators)**
twitter.com

Assuming the news is true and what Simon Dixon says is true, tell Alex I said under now circumstances to file bankruptcy. This is crypto. I just sent him another DM. That's TradFi and it will take 8 years to figure out, like Mt. Gox. Better we work this out amongst ourselves as a community. We need to know how we can help. I'm happy to turn on HODL mode and do an AMA and advocate for everyone

iMessage



Zach >

Yep I'll be there

Jun 28, 2022 at 9:05 AM

✅ #Celsius lost billions of customer's money with risky and over leveraged trading

✅ #Celsius needs money to lower their liq prices

✅ #Celsius is selling OTC to three main exchanges (incl. FTX)

#CelShortSqueeze will take the money from the poors and give it to the riches 🙇

CryptoxJungle
twitter.com

Jun 28, 2022 at 11:21 AM

The stone that the builder rejected has now become the chief cornerstone.

Or another way of saying it: The stone that the builder refused is the head cornerstone.

I saw that one large CEL transfer

iMessage



**2:17**

**Zach ›**

I saw that one large CEL transfer but can't know where it went, could just be internal

Jun 28, 2022 at 9:13 PM

They just have to lower CEL on CEL yield

That's all that cost the company

Ya can only listen

I know.

Didn't even have to say. I told her

✅

Jun 29, 2022 at 3:08 PM

From the blockchain analyst in my group. Would you happen to know anything about this at all, about Celsius buying a "shitload" of APE coin?

iMessage

2:17

Z

Zach

"I just came across something a little perplexing. Does anyone here know why Celsius would be purchasing a shitload of APEcoin? This is from the same address that was going into the market to buy CEL."

No clue

Kk

Jun 29, 2022 at 4:31 PM



**Celsius' Positions are Now Healthier, Three Arrows Capital Was a 'Victim of Contagion' - N...**
cryptonews.com

Positive news???

Jun 29, 2022 at 8:52 PM

iMessage



2:18

Zach >

A few reporters called a few people from NY Times Wall Street Journal

and interviewed them. They told the reporters to contact me and they didn't want to and printed whatever story.

I need Mashinsky to hold the line and resist any type of bankruptcy.

This is only good for short sellers, to make them believe that Celsius is going to file.

I know it

Every time these news article about bankruptcy comes out or people see this stuff on their tv more and more people panic and then we have to rebut and try to calm the community down

Jun 30, 2022 at 9:49 AM



  iMessage 



2:19

Zach

I blocked her last week for saying some wild stuff regarding Celsius that was just out bounds which is why I was asking. Thanks.

Jul 2, 2022 at 2:36 PM

I want to see the liquidations from the shorts when this hour finishes and over the course of the next 30 hours.I want to see them closing positions and having to buy at market rate.
I want to see what hppens to the price of CEL as this event unveils itself. #CelsiusShortSqueeze

 **Ali Demirtas**
twitter.com

This is what happens when you get trapped in a checkmate.

Betting on 1.8 million people to lose their life/savings.

 **Ali Demirtas**
twitter.com

Followed 

  iMessage  



2:19

**Zach**

We are asking if we can make an announcement about these payoffs

"CEL Celsius going to zero. It's a scam." — @maxkeiser

"Follow my friend @SimonDixonTwitt CEO/founder of @BankToTheFuture." — @maxkeiser

Celsians, follow my friend Simon Dixon because he's your only "HOPE," says  @maxkeiser

https://t.co/9uK9YVAtJM

https://t.co/JoyAnXdL8u

 **Otis — #CelShortSqueeze**  
 twitter.com



They originally came from FTX (USDC --> 1inch --> DAI) and interestingly, they went in at the same address as the 1.8M $CEL

   iMessage 



**2:20** · 5G E 36⚡

Zach >

same address as the 1.8M $CEL from earlier today (imho very strong indication that this address is controlled by @CelsiusNetwork)

#CELshortsqueeze #walstreetbets

**ThePrivatier**
twitter.com

They originally came from FTX (USDC --> 1inch --> DAI) and interestingly, they went in at the same address as the 1.8M $CEL from earlier today (imho very strong indication that this address is controlled by @CelsiusNetwork)

#CELshortsqueeze #walstreetbets

**ThePrivatier**
twitter.com

| fX CEL lending | | | | Total last 8h: | 110'147.15 |
| July 3, 0500 | 5'138'064 | 2450% | 0.2797% | 14'370.16 | |



iMessage


2:20    5G E 36

‹    Zach ›    📹

**ThePrivatier**
twitter.com



| fX CEL lending | | | | Total last 8h: | 110'147.15 |
|---|---|---|---|---|---|
| July 3, 0500 | 5'138'064 | 2450% | 0.2797% | | 14'370.16 |
| July 3, 0600 | 5'256'667 | 2387% | 0.2725% | | 14'322.98 |
| July 3, 0700 | 5'293'381 | 2300% | 0.2626% | | 13'898.15 |
| July 3, 0800 | 5'297'871 | 2000% | 0.2283% | | 12'095.60 |
| July 3, 0900 | 5'259'830 | 2300% | 0.2626% | | 13'810.06 |
| July 3, 1000 | 5'275'078 | 2300% | 0.2626% | | 13'850.09 |
| July 3, 1100 | 5'275'384 | 2300% | 0.2626% | | 13'850.89 |
| July 3, 1200 | 5'312'838 | 2300% | 0.2626% | | 13'949.23 |

Squeezing Fact:

During the last 8 hours, the CEL shorters on FTX had to pay 110k CEL as interest! 110'147 $CEL 💣 
Sustainable? Decide for yourself...
Again, no unicorn needed, no wishful thinking, purely based on data from FTX.

#CELshortsqueeze
#wallstreetbets

**ThePrivatier**
twitter.com

| fX CEL lending | | | | Total last 8h: | 110'147.15 |
|---|---|---|---|---|---|
| July 3, 0500 | 5'138'064 | 2450% | 0.2797% | | 14'370.16 |
| July 3, 0600 | 5'256'667 | 2387% | 0.2725% | | 14'322.98 |
| July 3, 0700 | 5'293'381 | 2300% | 0.2626% | | 13'898.15 |
| July 3, 0800 | 5'297'871 | 2000% | 0.2283% | | 12'095.60 |
| July 3, 0900 | 5'259'830 | 2300% | 0.2626% | | 13'810.06 |
| July 3, 1000 | 5'275'078 | 2300% | 0.2626% | | 13'850.09 |
| July 3, 1100 | 5'275'384 | 2300% | 0.2626% | | 13'850.89 |
| July 3, 1200 | 5'312'838 | 2300% | 0.2626% | | 13'949.23 |

      iMessage    

2:20 ✈

‹    Z

Zach ›



**ThePrivatier**
twitter.com

| fX CEL lending | | | Total last 8h: | 110'147.15 |
|---|---|---|---|---|
| July 3, 0500 | 5'138'064 | 2450% | 0.2797% | 14'370.16 |
| July 3, 0600 | 5'256'667 | 2387% | 0.2725% | 14'322.98 |
| July 3, 0700 | 5'293'381 | 2300% | 0.2626% | 13'898.15 |
| July 3, 0800 | 5'297'871 | 2000% | 0.2283% | 12'095.60 |
| July 3, 0900 | 5'259'830 | 2300% | 0.2626% | 13'810.06 |
| July 3, 1000 | 5'275'078 | 2300% | 0.2626% | 13'850.09 |
| July 3, 1100 | 5'275'384 | 2300% | 0.2626% | 13'850.89 |
| July 3, 1200 | 5'312'838 | 2300% | 0.2626% | 13'949.23 |

 Squeezing Fact: 

During the last 8 hours, the CEL shorters on FTX had to pay 110k CEL as interest! 110'147 $CEL 

Sustainable? Decide for yourself...
Again, no unicorn needed, no wishful thinking, purely based on data from FTX.

#CELshortsqueeze
#wallstreetbets

 **ThePrivatier**
twitter.com

| fX CEL lending | | | Total last 8h: | 110'147.15 |
|---|---|---|---|---|
| July 3, 0500 | 5'138'064 | 2450% | 0.2797% | 14'370.16 |
| July 3, 0600 | 5'256'667 | 2387% | 0.2725% | 14'322.98 |
| July 3, 0700 | 5'293'381 | 2300% | 0.2626% | 13'898.15 |
| July 3, 0800 | 5'297'871 | 2000% | 0.2283% | 12'095.60 |
| July 3, 0900 | 5'259'830 | 2300% | 0.2626% | 13'810.06 |
| July 3, 1000 | 5'275'078 | 2300% | 0.2626% | 13'850.09 |
| July 3, 1100 | 5'275'384 | 2300% | 0.2626% | 13'850.89 |
| July 3, 1200 | 5'312'838 | 2300% | 0.2626% | 13'949.23 |

   iMessage 

2:21

Z

Zach ›

🍋 Squeezing Fact:🍋

During the last 8 hours, the CEL shorters on FTX had to pay 110k CEL as interest! 110'147 $CEL 💣🍋

Sustainable? Decide for yourself...
Again, no unicorn needed, no wishful thinking, purely based on data from FTX.

#CELshortsqueeze
#wallstreetbets

**ThePrivatier**
twitter.com

@crypt0olya @AliDemi66792024 @CelsiusNetwork We don't know when or if they bought. We only know that 1.8M $CEL was withdrawn from FTX to an address most likely belonging to Celsius = supply was massively reduced.

That alone is a HUGE SUPPORT for the #CELshortsqueeze

#wallstreetbets #CelsiusNetwork

iMessage



2:21

Zach

@CelsiusNetwork We don't know when or if they bought. We only know that 1.8M $CEL was withdrawn from FTX to an address most likely belonging to Celsius = supply was massively reduced.

That alone is a HUGE SUPPORT for the #CELshortsqueeze

#wallstreetbets #CelsiusNetwork

**ThePrivatier**
twitter.com

**Happening now: Simon Dixon Q&A, Celsius Recovery Plan**
twitter.com

Planning my wedding right now 😅 I'll join when I can

Kk

iMessage



Kk

Jul 5, 2022 at 1:26 AM

PlanC has now teamed up with Simon Dixon to replace Mashinsky or take away control and give it to Bitcoin maxis (proposal 2); or remove Alex and the senior management and install a puppet regime that reports to him (proposal 3).

Hey, Mashinsky made many mistakes and even I was thinking he may not survive this and have to leave, but be careful what you wish for. You may wish for Alex to leave and get Simon, who doesn't believe in tokens or have any CEL tokens and don't want any. I'll stick with the devil I know.

**Proposal #1:** A restructuring to relaunch Celsius and allow depositors to benefit from any recovery through financial engineering.

This involves        and full recovery of funds is not guaranteed.

**Proposal #2:** A pool of the most influential whales in Bitcoin to co-invest with the community.

See the previous series A fund raise that we completed for Celsius here.

We completed a similar disaster recovery offering for Bitfinex in 2016. See case study video here.

**Proposal #3:** An operational plan that allows a new entity and team to rebuild

   iMessage  



**2:22**

**Z**

Zach

> Ya I think plan c is drawing conclusions without any facts

> But from all of this on chain activity, it's looking more and more like a solution has already been found

> It looks like the solution is time. So let them do what they have to do and take their time and work.
>
> Simon wants the community behind him so he can put pressure on the board to take his plan and push Alex out of his own company. I would never allow that as a community member, regardless of the mistakes Alex makes. Let us as a community push him out and choose our replacement, not have one selected for us. I know you can't comment on this so don't. Just saying my thoughts.

> And he's a larger CEL token holder, it's clear Simon would not make the token a priority

iMessage



**2:23**

Zach ›

And he's a larger CEL token holder, it's clear Simon would not make the token a priority

I hope the pause goes on for 3 months and he uses the pause to wrap CEL utilities around every inch of the company. Because when he resumes withdrawals, he can't pause again. So the company has to be very strong. Personally I would like to see what he has ready before he open the gates and Rudy and I tell him if that is enough

Jul 5, 2022 at 2:33 AM

Here's a tweet from me and some screenshots of him making Simon Dixon use him without knowing what issue Celsius has

@TheRealPlanC, let me tell you this, and you listen to me carefully: The first to state his case seems right, until the other party comes and cross-examines him. @SimonDixonTwitt has not been cross-examined yet. Let's wait for that cross-examination to

iMessage

2:24

< Z

Zach >

Appreciate the words. Let the conspiracy theories flow. I'm focused on #DepositorsFirst

**Simon Dixon (Beware Impersonators)**
twitter.com

@SimonDixonTwitt, you are the only person in the history of mankind that can fix a problem and don't know what the problem is.

**Otis — #CelShortSqueeze** 🍋
ⓒ ⚡
twitter.com

@SimonDixonTwitt, you are the only person in the history of mankind that can fix a problem and don't know what the problem is.

**Otis — #CelShortSqueeze** 🍋
ⓒ ⚡
twitter.com

**Cory Klippsten** ✔
@coryklippsten                    ···

.@realplanc is a Celsius investor with insider access. I've found him

iMessage



**Zach**

Then Simon tweets out a poll with me in it talking about giving Celsius updates when he can't give any fucking updates. Only Celsius or Mashinsky can give updates.

Simple question: Should @SimonDixonTwitt be the new CEO of @CelsiusNetwork, oust the board & @Mashinsky before we as a community hear from @Mashinsky, since they're busy right now paying down loans on the blockchain, getting liquidity and making the company healthier by the day?



Otis — #CelShortSqueeze 🍋

twitter.com

Simple question: Should @SimonDixonTwitt be the new CEO of @CelsiusNetwork, oust the board & @Mashinsky before we as a community hear from @Mashinsky, since they're busy right now paying down loans on the blockchain, getting liquidity and making the company healthier by the day?

iMessage





2:25

Zach

and making the company healthier by the day?

Otis — #CelShortSqueeze 🍋 © ⚡
twitter.com

Simple question: Should @SimonDixonTwitt be the new CEO of @CelsiusNetwork, oust the board & @Mashinsky before we as a community hear from @Mashinsky, since they're busy right now paying down loans on the blockchain, getting liquidity and making the company healthier by the day?

Otis — #CelShortSqueeze 🍋 © ⚡
twitter.com

So I decided to run a poll on him. Be sure to go vote.

Jul 6, 2022 at 1:56 PM

Are @otisa502 actions being helpful or harmful to the current #Celsius situation?

#Crypto #Bitcoin

iMessage

2:25

Zach

Three discoveries by Stone formed the basis for his decision to extricate himself from his position as CEO of Celsius KeyFi:

77.    *First*, Stone became aware that since at least February 2020, Celsius had engaged in a series of transactions designed to artificially inflate the price of CEL tokens. Connor Nolan, head of coin deployment at Celsius, informed Stone that Celsius had used approximately 4,500 bitcoin, with a current value of $90 million, in customer deposits to purchase CEL on the open market between February 2020 and November 2020 to artificially inflate the price.

78.    The purpose of this scheme was both fraudulent and illegal: Celsius induced customers to be paid in CEL tokens by providing them with higher interest rates. Then by purposefully and artificially inflating the price of the CEL token, Celsius was able pay customers who had elected to receive their interest payments in the form of the CEL token even less of the crypto-asset.

79.    In addition, by artificially increasing the price of the CEL token, Mashinsky – who personally owned hundreds of millions of dollars' worth in CEL token at its height – was able to enrich himself considerably.

This @CelsiusNetwork filing is jaw dropping. 
https://t.co/eV4LhamI55
Every page is worse than the last. Legit fucking ponzi documented in three easy steps designed to defraud $CEL investors & depositors.

**CryptoCondom**
twitter.com

Lawsuit filed

The drama, it's and old matter from Jason Stone.

Jul 8, 2022 at 4:16 PM

@otisa502 @iTzAnthonyNap
@ThoRoalPlanC @Mashinsky You

  iMessage 

2:26



Zach ›

Jul 8, 2022 at 4:16 PM

@otisa502 @iTzAnthonyNap @TheRealPlanC @Mashinsky You will hear from the new board. I doubt you will hear from Alex ever again. Sad.

 **Simon Dixon (Beware Impersonators)**
twitter.com

Jul 8, 2022 at 9:33 PM

I'll call you in 3 mins

Was on phone

Jul 9, 2022 at 1:35 PM



**Scheduled: Cel Short Squeezeeee ‼️**
twitter.com

Jul 10, 2022 at 2:17 PM

People talk about toxic #Bitcoin

  iMessage 

2:26



Zach

Jul 10, 2022 at 2:17 PM

People talk about toxic #Bitcoin maximalists, but in all my time in #Crypto I have never seen such a toxic group as the $CEL Short Squeeze crowd right now.

And this is coming from someone who is a top 200 $CEL Token holder.

**Plan ©**
twitter.com

Jul 10, 2022 at 3:26 PM

How much would you sell your Celsius account for right now? .50 on the dollar? More? Less?

**Tecmo**
twitter.com


2 Replies

Would you be able to share or run a similar pole to this?

Tell me the pill and I'll tweet it.



2:26

< Z

Zach ›

as opposed to listening to it.

1/140 The following are the transcribed questions and answers of me asking Simon Dixon questions on his Twitter Spaces Celsius AMA #5 with PlanC on July 11, 2022.



**Otis — #CelShortSqueeze** 🍋
twitter.com

Jul 12, 2022 at 3:37 PM

I had to educate all of them, Simon and PlanC, about throwing allegations at Alex without using the word "alleged."

PlanC thinks this will save him from any lawsuit. He has already done the harm and it's irreparable  harm.



I would like to clarify a comment I made during this AMA as I misspoke. What I meant & should have said was the following...

🅰 Allegedly

  iMessage



**2:27**

**Zach** ›

🚨 **Allegedly**

It my opinion there might allegedly have been some insider trading of $CEL Token by Alex Mashinsky. #Celsius

🌐 **Plan** Ⓒ @TheRealP... · 5h
LIVE. Taking any and all questions. #Celsius #Crypto $CEL twitter.com/i/spaces/1OwxW...

I would like to clarify a comment I made during this AMA as I misspoke. What I meant & should have said was the following...

🚨 Allegedly

In my opinion there might allegedly have been unethical activity regarding the buying and selling of $CEL Token by Alex Mashinsky. #Celsius

**Plan** Ⓒ
twitter.com

In case anyone needs it to sue his ass.

iMessage

**2:27**

< Zach >

In case anyone needs it to sue his ass.

Jul 12, 2022 at 11:27 PM

Allegedly @TheRealPlanC has been offered a @Zach_HODL_ON position at Celsius if @SimonDixonTwitt becomes a new CEO

Source: friend of a friend who has a friend #CelShortSqueeze #cel #Celsius #CelsiusNetwork

**CelsianHodl**
twitter.com

That's funny

Very

Jul 13, 2022 at 1:08 PM

23/23 "trying to explain to you why people (Simon Dixon @SimonDixonTwitt) who have equity on their mind might not be your best friend. That's the first thing to understand." — Lakshay

iMessage



2:27

Zach ›

Jul 13, 2022 at 1:08 PM

23/23 "trying to explain to you why people (Simon Dixon @SimonDixonTwitt) who have equity on their mind might not be your best friend. That's the first thing to understand." — Lakshay Behl

@lb_westernston
Timestamp 2:50

https://t.co/n6eB59MmZS

 
**Otis — #CelShortSqueeze** 🍋
twitter.com

1/23 The following transcribed @lb_westernston video will help you understand why an equityholder (Simon Dixon — @SimonDixonTwitt) does not have depositors' best interests in mind. Please read in its entirety and like, comment, retweet and also watch the entire 32-minute video.

**Otis — #CelShortSqueeze** 🍋 

   iMessage 

2:27

Z

Zach ›

video.

**Otis — #CelShortSqueeze** 🍋
twitter.com

Jul 13, 2022 at 5:01 PM



**Scheduled: CEL Withdrawals from FTX and General Discussions about Celsius**
twitter.com

Jul 13, 2022 at 7:20 PM



**Embattled crypto lender Celsius informs state regulators that it's filing for bankruptcy 'imminentl...**
cnbc.com

iMessage