# CELSIUS EX. 105

X

Settings

Post

Otis 🍋 🐈‍⬛💜🛡
@otisa502

🚨🚨🚨🚨🚨🚨Please place some CEL sell limit orders for $50, $100, $200 on the FTX order book. $10 may be letting them off too hook too cheap. We want them bankrupt and gone forever. So place a few orders. Perhaps $10. $30, $50, $100, $200.

2:39 PM · Jun 16, 2022

**49** Reposts **1** Quote **178** Likes

**New to X?**

Sign up now to get your own pers

Sign up with G

Sign up with A

Create accour

By signing up, you agree to the Te Privacy Policy, including Cookie U:

**Relevant people**

Otis 🍋 🐈‍⬛💜🛡
@otisa502
Inflation is theft. Moc owned central banks owners are counterfe slavemasters that ne from the earth.

Trends are unavailable.

Terms of Service Privacy Policy Accessibility Ads info More ···

**Don't miss what's happening**
People on X are the first to know.

Sign up

