# CELSIUS EX. 106

Search filters

Top | Latest | People | Media | Lists

> **Otis** 🍋 🐈‍⬛💜 🛡 ✔ @otisa502 · Jun 15, 2022
> Record volume by shorts. twitter.com/craig96147343/...

💬 2 🔁 2 ♡ 17

---

**Otis** 🍋 🐈‍⬛💜 🛡 ✔ @otisa502 · Jun 15, 2022
Replying to @flacuor @GMastrokoukos and 3 others
Closing doors, in hindsight, protected the community. Let's see what the company says. It limited CEL being on the market for short sellers to kill the company, which the shorters are trying to execute, to kill @CelsiusNetwork.

💬 🔁 ♡ 1

---

**Otis** 🍋 🐈‍⬛💜 🛡 ✔ @otisa502 · Jun 15, 2022
Replying to @otisa502
16/16 the evidence I see corroborates what @CelsiusNetworkis says and they show more proof that we Celsians were targeted and attacked, the fair thing to do is do what Wall Street Bets retail investors did and buy CEL token to $3 and bankrupt the shorters who did this to us.

💬 43 🔁 53 ♡ 418

---

**Otis** 🍋 🐈‍⬛💜 🛡 ✔ @otisa502 · Jun 15, 2022
Replying to @otisa502
15/16 I think Celsius simply has liquidity issues, meaning the 20% they put aside for withdrawals got exhausted and they have to call back loans. I could be wrong, but that's what I see. This is an attack from Wall Street hedge funds on Celsians, similar to GameStop AMC, and if

💬 4 🔁 28 ♡ 225

---

**Otis** 🍋 🐈‍⬛💜 🛡 ✔ @otisa502 · Jun 15, 2022
Replying to @otisa502
14/16 These are just my thoughts from what I can see. If you were to ask me, I would say that we get our coins back. That's my personal opinion based on what I see, mainly the coordinated attack and causing a bank run on Celsius and Celsius surviving their all-out attack.

💬 2 🔁 26 ♡ 245

---

**Otis** 🍋 🐈‍⬛💜 🛡 ✔ @otisa502 · Jun 15, 2022
Replying to @otisa502
13/16 on Maker, which if they were able to liquidate that, it would be a devastating blow to Celsius. But Celsius added collateral, to their chagrin, and brought that #Bitcoin ₿ liquidation to $14,000, making it a stretch to liquidate that Maker loan.

maker.blockanalitica.com/vaults/WBTC-A/...

---

**People**
From anyone ✔
People you follow
**Location**
Anywhere ✔
Near you
Advanced search

## What's happening

NFL · 3 hours ago
**Giants at 49ers**

**#iPhone15Pro**
Tap to learn more
Promoted by Apple

Music · Trending
**#Scarlet**
Trending with Planet Her

Trending in United States
**#EAFC24**
67.6K posts

Trending in United States
**#JapaneseGP**
96K posts

Show more

## Who to follow

**Seattle Police Dept.** @SeattlePD — Follow
**Elon Musk** @elonmusk — Follow
**Mayor Bruce Harrell** @MayorofSeattle — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Search filters

Top | Latest | People | Media | Lists

3 | 29 | 170

**Otis** @otisa502 · Jun 15, 2022
Replying to @otisa502
12/16 all 18.5M CEL to @FTX_Official that they borrowed, because there's simply not enough liquidity on CEL token for them to buy 18.5M CEL on the open market. Also, they tried to short #Bitcoin down to $23,000 to liquidate 17,00+ Bitcoin @CelsiusNetwork have as collateral

1 | 23 | 159

**Otis** @otisa502 · Jun 15, 2022
Replying to @otisa502
11/16 There's an old saying my grandmother used to say: "When you're digging a grave, make sure to dig 2 holes; one for you and one for your enemy." It seems, if I'm right, that they'll fall into the very hole [grave] they dug for @CelsiusNetwork, by not being able to return

3 | 21 | 200

**Otis** @otisa502 · Jun 15, 2022
Replying to @otisa502
10/16 offering anyone with CEL token 2,600% APY yesterday to borrow their CEL tokens. In hindsight, @CelsiusNetwork pausing withdrawals is a good move, which means no one can sell their CEL token or lend them to @FTX_Official, which
put the shorters in a worse position.

4 | 33 | 255

**Otis** @otisa502 · Jun 15, 2022
Replying to @otisa502
9/16 which they blame @CelsiusNetwork for. They short stocks on Wall Street all the time and thought that's how it works in crypto. Now they're finding out there's limited supply, @CelsiusNetwork has all the CEL tokens and they can't close their short, which is why they're

1 | 23 | 159

**Otis** @otisa502 · Jun 15, 2022
Replying to @otisa502
8/16 enough liquidity. I think they wanted revenge on @CelsiusNetwork for pulling out of Luna/UST on @anchor_protocol, as they lost billions of dollars, and did this on a whim without any due diligence, just to get revenge on

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NFL · 3 hours ago
**Giants at 49ers**

**#iPhone15Pro**
Tap to learn more
Promoted by Apple

Music · Trending
**#Scarlet**
Trending with Planet Her

Trending in United States
**#EAFC24**
67.6K posts

Trending in United States
**#JapaneseGP**
96K posts

Show more

## Who to follow

**Seattle Police Dept.** @SeattlePD — Follow

**Elon Musk** @elonmusk — Follow

**Mayor Bruce Harrell** @MayorofSeattle — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Top | Latest | People | Media | Lists

Replying to @otisa502
8/16 enough liquidity. I think they wanted revenge on @CelsiusNetwork for pulling out of Luna/UST on @anchor_protocol, as they lost billions of dollars, and did this on a whim without any due diligence, just to get revenge on @CelsiusNetwork for losing so much money on UST,

2 · 24 · 185

**Otis** @otisa502 · Jun 15, 2022
Replying to @otisa502
7/16 anyone who is willing to lend them CEL token on @FTX_Official to close their short, as they're very desperate, kind of like Melvin Capital. The shorters didn't do basic research on @CelsiusNetwork to realize that this is a low-liquidity token and there's simply not

3 · 23 · 173

**Otis** @otisa502 · Jun 15, 2022
Replying to @otisa502
6/16 shorters doing wash trades. The problem is when they were selling that 18.5M CEL, retail investors like me bought some of that CEL because it was so cheap and the shorters realized there's not 18.5M CEL on the market to buy back. So what do they do? Offer 2,600% APY to

3 · 25 · 164

**Otis** @otisa502 · Jun 15, 2022
Replying to @otisa502
5/16 they have another 17.5M CEL to buy back, what happens to the price of CEL? I expect crazy wash trading volume and new all-time highs because of low liquidity. Regular CEL volume is $5M. Volume was $111M yesterday and $89M today, and none of that is retail investors, all

2 · 22 · 167

**Otis** @otisa502 · Jun 15, 2022
Replying to @otisa502
4/16 Why are the shorters in a pickle? Because they borrowed 18.5M CEL tokens from @FTX_Official, shorted CEL from $2.00/$2.50 downwards to $0.20 and now have to buy back 18.5M CEL. They bought back 1.5M CEL yesterday off of @FTX_Official AND THE PRICE SPIKED TO $2.50, so imagine

5 · 32 · 216

**Otis** @otisa502 · Jun 15, 2022
Replying to @otisa502
3/16 desperate they are. If Celsians do what Wall Street Bets retail investors did and buy CEL all the way up to $3-$5, the short sellers are fucked and will go bankrupt, similar to how Melvin Capital went bankrupt. I can see the short with my own eyes.

nytimes.com/2022/05/18/bus...

**Melvin Capital, hedge fund**

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

NFL · 3 hours ago
**Giants at 49ers**

**#iPhone15Pro**
Tap to learn more
Promoted by Apple

Music · Trending
**#Scarlet**
Trending with Planet Her

Trending in United States
**#EAFC24**
67.6K posts

Trending in United States
**#JapaneseGP**
96K posts

Show more

**Who to follow**

**Seattle Police Dept.** @SeattlePD — Follow
**Elon Musk** @elonmusk — Follow
**Mayor Bruce Harrell** @MayorofSeattle — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Top | Latest | People | Media | Lists

# Melvin Capital, hedge fund torpedoed by the GameStop frenzy, is shutting down.

The firm lost billions of dollars as it scrambled to cover its bets against the video game retailer that became a darling of retail traders.

Give this article | Read in app

This article is part of our Daily Business Briefing

You're almost out of free articles.

7 | 38 | 213

**Otis** @otisa502 · Jun 15, 2022

Replying to @otisa502

2/16 @CelsiusNetwork because this is what I see with my own 2 eyes on @FTX_Official and Twitter.
18.5M CEL shorted on FTX a few days ago, now down to 16.5M CEL yesterday (6/14/22). Short sellers were paying 2,600% to anyone who had CEL to borrow to close their short. This is how

12 | 44 | 189

**Otis** @otisa502 · Jun 15, 2022

1/16 Let's wait to hear an official statement from @CelsiusNetwork. But if that statement is positive, then this is GameStop, AMC and Wall Street Bets all over again (the sequel.)

These are my thoughts on the short sellers. I can only speak for that part of

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NFL · 3 hours ago
**Giants at 49ers**

**#iPhone15Pro**
Tap to learn more
Promoted by Apple

Music · Trending
**#Scarlet**
Trending with Planet Her

Trending in United States
**#EAFC24**
67.6K posts

Trending in United States
**#JapaneseGP**
96K posts

Show more

## Who to follow

**Seattle Police Dept.** @SeattlePD — Follow

**Elon Musk** @elonmusk — Follow

**Mayor Bruce Harrell** @MayorofSeattle — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:otisa502) since:2022-6-1 until:2022-6-17 include:nativeretweets

Top | Latest | People | Media | Lists

statement is positive, then this is GameStop, AMC and Wall Street Bets all over again (the sequel.)

These are my thoughts on the short sellers. I can only speak for that part of the attack on twitter.com/Mashinsky/stat...

This post is unavailable.

134 528 1,038

---

**Otis** @otisa502 · Jun 15, 2022
Replying to @Bitboy_Crypto and @CelsiusNetwork
What about the shorters on FTX, Ben, with their coordinated attack that's causing all of this?

2

---

**Otis** @otisa502 · Jun 15, 2022
Replying to @Bitboy_Crypto and @CelsiusNetwork
Ben, I'll go on the record and say I think it's a liquidity issue and I believe every one of us will get our coins back if I'm right.

4 1 8

---

**Otis** @otisa502 · Jun 15, 2022
8.5 million CEL still have to be bought and repaid to FTX by the shorters. I don't know where they'll get 8.5 million CEL tokens to buy in this environment. And they're willing to to still pay 2,600% for those tokens. Every other coin is 0.88% to 8%, at the highest for CAD.

2 3

---

**Otis** @otisa502 · Jun 15, 2022
That was yesterday. I'll check to see what it is today.

---

**Otis** @otisa502 · Jun 15, 2022
Replying to @otisa502 @GMastrokoukos and 3 others
Not to mention them trying to liquidate Celsius of 24,000 BTC and Celsius had to add collateral to bring the liquidation from $23,000 down to $14,000. So these guys are organized, but they didn't do due diligence to see no liquidity on CEL. They just want revenge from UST debacle

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NFL · 3 hours ago
**Giants at 49ers**

**#iPhone15Pro**
Tap to learn more
Promoted by Apple

Music · Trending
**#Scarlet**
Trending with Planet Her

Trending in United States
**#EAFC24**
67.6K posts

Trending in United States
**#JapaneseGP**
96K posts

Show more

## Who to follow

**Seattle Police Dept.** @SeattlePD Follow

**Elon Musk** @elonmusk Follow

**Mayor Bruce Harrell** @MayorofSeattle Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.









