# CELSIUS EX. 107



22-10964-mg    Doc 3816-36    Filed 10/15/23    Entered 10/15/23 19:24:27    Exhibit 107    Pg 2 of 3

Document title: (from:otisa502) since:2022-6-28 until:2022-7-1 include:nativeretweets - Search / X
Capture URL: https://twitter.com/search?q=(from%3Aotisa502)%20since%3A2022-6-28%20until%3A2022-7-1%20include…
Capture timestamp (UTC): Fri, 22 Sep 2023 08:35:21 GMT                                                                    Page 14 of 58

