# CELSIUS EX. 108

Search filters

Top | Latest | People | Media | Lists

1 · 2

**Otis** @otisa502 · Jun 25, 2022
Replying to @otisa502
6/6 above $20, $30, whatever you prefer. You never know, you may set out to raise $1.5 billion and end up raising $2.5 billion from your community. I would gladly lead this effort. Let me know.

@Mashinsky
@NukeGold
@Zach_HODL_ON
@KrissyMashinsky
@JoshHODL
@CelsiusNation

2 · 10 · 108

**Otis** @otisa502 · Jun 25, 2022
Replying to @otisa502
5/6 of FUD, which caused a run on Celsius. I would encourage you to get in touch with me over your lawyers' objections. Use the Celsius treasury to bail yourself out; yes, it has no value now but it can in the future, and then you start repaying everyone slowly once CEL gets

1 · 3 · 58

**Otis** @otisa502 · Jun 25, 2022
Replying to @otisa502
4/6 know about in DeFi like Badger or elsewhere. Personally I would send you more than $2,000 if I comb over your books and I see that you didn't take excessive risks and what happened is just a massive crypto market downturn, only this time accompanied by a tsunami

1 · 3 · 52

**Otis** @otisa502 · Jun 25, 2022
Replying to @otisa502
3/6 to be paid back at some future date in fiat or CEL from the treasury when CEL gets to $20 or $30, let's say. You act like you don't have options. But you can't ask for our help without us seeing the books and we know 100% what mistakes, if any, were made, other than what we

2 · 5 · 62

**Otis** @otisa502 · Jun 25, 2022
Replying to @otisa502
2/6 The $4,000 is a reach, but the $2,000 is certainly possible. I would suggest you open your books to your community and ask your community for help — and while you're at it ask them for forgiveness also for ignoring CEL for a year — perhaps we look at it as a loan to Celsius

3 · 8 · 83

**Otis** @otisa502 · Jun 25, 2022
1/6 Hey @Mashinsky, so I hear a rumor that Goldman is raising $2 billion to buy Celsius' assets. We have about 570,000 active users on @CelsiusNetwork. If 500,000 out of them sent/lent you $2,000 that's $1 billion; if they sent/lent you $4,000, that's $2 billion.

22 · 40 · 185

**Otis** @otisa502 · Jun 25, 2022
#CelShortSqueeze twitter.com/Satoshinomicon...

This post is unavailable.

5 · 27

**Otis** @otisa502 · Jun 25, 2022

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

MLB · Last night
**Blue Jays at Yankees**

**#iPhone15Pro**
Tap to learn more
Promoted by Apple

Entertainment · Trending
**Wonder Woman**
7,549 posts

Sports · Trending
**#squad**
1,199 posts

Sports · Trending
**Ayton**
Trending with Nurkic, Suns

Show more

## Who to follow

**Bulls Community** @bullscommunity — Follow
**The Motley Fool As...** @TheAscentMoney — Follow
**Martin Crowley** @AIToolReport — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

