# CELSIUS EX. 109

# SUBMITTED IN NATIVE