# CELSIUS EX. 110

**From:** sara@timeiconic.com
**Sent:** Wednesday, 11 October 2023 8:31 AM
**To:** 'Hussein Faraj'
**Subject:** RE: Access Your Magazine Feature: "The 10 Most Disruptive Business Leaders in 2023"

Dear Hussein,

I hope this message finds you well. I'm excited to inform you that our magazine, "The 10 Most Disruptive Business Leaders to Follow in 2023," is now available online.

You can access it by following this link: https://timeiconic.com/hussein-faraj-magazine/

Additionally, we've attached your award logo and certificate for your convenience.

We've also shared your feature on our social media platforms. You can find it on:

1. https://www.facebook.com/photo/?fbid=291105880362004&set=a.243119665160626
2. https://twitter.com/TimeIconic/status/1711472814237110708/photo/1
3. https://www.instagram.com/p/CyMNO_WMP6g/
4. https://www.linkedin.com/company/time-iconic-magazine/?viewAsMember=true
5. https://in.pinterest.com/pin/1099370959024418632/

Please feel free to share your feature within your network.

If you have any questions or need further assistance, don't hesitate to reach out.

Best Regards,
Sara

---

**From:** Hussein Faraj [mailto:hussfaraj@advagroup.com.au]
**Sent:** Tuesday, October 3, 2023 4:48 PM
**To:** sara@timeiconic.com
**Subject:** RE: Draft, Cover Page, and PDF Design for Your Approval

I like it.

Sent from Mail for Windows

---

**From:** sara@timeiconic.com
**Sent:** Tuesday, 3 October 2023 9:26 PM
**To:** hussfaraj@advagroup.com.au
**Subject:** RE: Draft, Cover Page, and PDF Design for Your Approval

Dear Hussein,

I hope this message finds you well. I wanted to share the draft, cover page, and PDF design with you for your review and approval. Kindly find these attached for your convenience.

Your feedback and approval are important to us, and we look forward to hearing from you. If you have any questions, suggestions, or require any modifications, please don't hesitate to let us know.

Thank you for your attention to this matter, and we appreciate your prompt response.

Best Regards,
Sara


**From:** hussfaraj@advagroup.com.au [mailto:hussfaraj@advagroup.com.au]
**Sent:** Friday, September 29, 2023 8:37 PM
**To:** sara@timeiconic.com
**Subject:** RE: Photographs Required for Designing Process


On 30 Sept 2023 12:26 am, sara@timeiconic.com wrote:

> Dear Hussein,
>
> Thank you for promptly providing the answers to the Interview Questionnaire.
>
> We are now in need of 4-5 high-quality, high-resolution photographs from you to facilitate the design process.
>
> Could you kindly share your photographs at your earliest convenience? This will allow us to proceed smoothly with the design phase.
>
> We appreciate your cooperation and are looking forward to your response.
>
> Best Regards,
>
> Sara
>
> **From:** Hussein Faraj [mailto:hussfaraj@advagroup.com.au]
> **Sent:** Friday, September 29, 2023 7:41 PM

**To:** sara@timeiconic.com
**Subject:** RE: Interview Questionnaire Attached

FYI

I wasn't able to bring it down to 2000 words its slightly over

---

**From:** sara@timeiconic.com
**Sent:** Friday, 29 September 2023 11:16 PM
**To:** hussfaraj@advagroup.com.au
**Subject:** RE: Interview Questionnaire Attached

Dear Hussein,

Welcome back to work, and thank you for your prompt response.

Please find attached the interview questionnaire. Kindly complete it and return it at your earliest convenience.

Once we have your completed questionnaire, we can proceed with the next steps in the editorial process.

Thank you for your cooperation and for being a part of our prestigious feature.

Best Regards,

Sara

**From:** hussfaraj@advagroup.com.au [mailto:hussfaraj@advagroup.com.au]
**Sent:** Friday, September 29, 2023 6:21 PM
**To:** sara@timeiconic.com
**Subject:** Re: Urgent: Interview Questionnaire Responses

Please send them through again I am back at work tonight and will complete them.

On 29 Sept 2023 10:43 pm, sara@timeiconic.com wrote:

> Dear Hussein,
>
> I hope you're well. Just a quick reminder that we're still awaiting your responses to the interview questionnaire. Your timely input is essential for our upcoming edition.
>
> Please send in your answers as soon as possible to keep the process on track.
>
> Thank you for your cooperation.
>
> Best Regards,
>
> Sara
>
> **From:** sara@timeiconic.com [mailto:sara@timeiconic.com]
> **Sent:** Thursday, September 28, 2023 3:01 PM
> **To:** 'hussfaraj@advagroup.com.au' <hussfaraj@advagroup.com.au>
> **Subject:** RE: Update Regarding Interview Questionnaire: "The 10 Most Disruptive Business Leaders to Follow in 2023"
>
> Dear Hussein,
>
> I hope you are doing well.

We will need your answers and your prompt assistance to include your profile in the magazine.

If you have any queries, feel free to inquire.

Please reply to me at your earliest.

Best Regards,

Sara

**From:** sara@timeiconic.com [mailto:sara@timeiconic.com]
**Sent:** Friday, September 15, 2023 9:18 PM
**To:** 'hussfaraj@advagroup.com.au' <hussfaraj@advagroup.com.au>
**Subject:** RE: Reminder 3 : Important: Update Regarding Interview Questionnaire: "The 10 Most Disruptive Business Leaders to Follow in 2023"

Dear Hussein,

We are still waiting for the answers of the questionnaire, please send it as soon as possible so that we can move to the next editorial process.

Your quick response will be highly appreciated.

Best Regards,

Sara

**From:** hussfaraj@advagroup.com.au [mailto:hussfaraj@advagroup.com.au]
**Sent:** Friday, September 1, 2023 6:12 PM

**To:** sara@timeiconic.com
**Subject:** Re: Reminder 2: Important: Update Regarding Interview Questionnaire: "The 10 Most Disruptive Business Leaders to Follow in 2023"

I return back to work Monday

On 1 Sept 2023 10:36 pm, sara@timeiconic.com wrote:

Dear Hussein,

I hope you are doing great!

Recognizing your busy schedule, I am sending you a reminder to know your thoughts for Cover Story feature in our upcoming edition. It would be really appreciated if you can take few minutes from your precious time to evaluate this opportunity. Please let me know if you are having any queries on the same with your thoughts for the next step.

Looking forward to hear from you.

**Best Regards,**

Sara Arthrell
Business Development Manager

**Timeiconic.com**

---

**From:** sara@timeiconic.com [mailto:sara@timeiconic.com]
**Sent:** 28 August 2023 20:06
**To:** 'Hussein Faraj' <hussfaraj@advagroup.com.au>
**Subject:** RE: Important: Update Regarding Interview Questionnaire: "The 10 Most Disruptive Business Leaders to Follow in 2023"
**Importance:** High

Dear Hussein,

Is there any update regarding answers of the questionnaire?

I am attaching the interview questionnaire again, in case if you have missed it.

I appreciate your quick response.

Best Regards,

**Sara Arthrell**

**Business Development Manager**

**Timeiconic.com**

---

**From:** Hussein Faraj [mailto:hussfaraj@advagroup.com.au]
**Sent:** Wednesday, August 16, 2023 8:56 PM
**To:** sara@timeiconic.com
**Subject:** RE: Greetings from Timeiconic Magazine, and congratulations for being selected!

I would be happy to pay 500aud

Sent from Mail for Windows

---

**From:** sara@timeiconic.com
**Sent:** Thursday, 17 August 2023 1:05 AM
**To:** hussfaraj@advagroup.com.au
**Subject:** RE: Greetings from Timeiconic Magazine, and congratulations for being selected!

Dear Hussein,

Thank you for your response and sharing your issue.

I just had a quick discussion regarding your concern with my management team.

They have advised me to provide you this opportunity at a discounted price of 500 AUD. as we believe in healthy and long-term relationships.

Please let me know your confirmation so that I can send you an interview questionnaire and update my editorial team to block the cover magazine pages for you.

Looking forward to hearing from you.

Best Regards,

**Sara Arthrell**

**Business Development Manager**

**Timeiconic.com**

**From:** hussfaraj@advagroup.com.au [mailto:hussfaraj@advagroup.com.au]
**Sent:** Wednesday, August 16, 2023 8:13 PM
**To:** sara@timeiconic.com
**Subject:** Re: Greetings from Timeiconic Magazine, and congratulations for being selected!

As o told you I wouldn't be ihtersted in spending more then 500 aud

On 17 Aug 2023 12:22 am, sara@timeiconic.com wrote:

Hi Hussein,

Just a friendly reminder about your participation in our upcoming magazine issue. We are in the process of closing the issue soon. Typically, when we have not heard back from someone it means they are either really busy or are not interested.

If you are still interested, what do you recommend as a next step?

Looking forward to hearing from you.

**Best Regards,**

**Sara Arthrell**
Business Development Manager

**Timeiconic.com**

---

**From:** sara@timeiconic.com [mailto:sara@timeiconic.com]
**Sent:** 14 August 2023 18:25
**To:** 'hussfaraj@advagroup.com.au' <hussfaraj@advagroup.com.au>
**Subject:** Greetings from Timeiconic Magazine, and congratulations for being selected!

Dear Hussein,

I hope you are doing great!

Recognizing your busy schedule, I am sending you a reminder to know your thoughts for Cover Story feature in our upcoming edition. It would be really appreciated if you can take few minutes from your precious time to evaluate this opportunity. Please let me know if you are having any queries on the same with your thoughts for the next step.

Looking forward to hear from you.

**Best Regards,**

Sara Arthrell

Business Development Manager

**Timeiconic.com**

---

**From:** sara@timeiconic.com [mailto:sara@timeiconic.com]
**Sent:** 11 August 2023 20:22
**To:** 'hussfaraj@advagroup.com.au' <hussfaraj@advagroup.com.au>
**Subject:** Greetings from Timeiconic Magazine, and congratulations for being selected!

Dear Hussein,

Hope you are doing good!

Did you receive my previous email **(trail below)**? Please confirm.

It would be really appreciated if you could revert with your thoughts on this **Cover Story** opportunity.

**Best Regards,**

Sara Arthrell

Business Development Manager

**Timeiconic.com**

---

**From:** sara@timeiconic.com [mailto:sara@timeiconic.com]
**Sent:** 09 August 2023 20:59
**To:** 'hussfaraj@advagroup.com.au' <hussfaraj@advagroup.com.au>
**Subject:** Greetings from Timeiconic Magazine, and congratulations for being selected!

Dear Hussein,

Timeiconic Magazine Invites you to be featured as the Cover Story of "**The 10 Most Disruptive Business Leaders to Follow in 2023**."

This is Sara Arthrell, the Business Development Manager at **Timeiconic Magazine**. We are a renowned business and technology magazine headquartered in the United States. Our primary objective at Timeiconic Magazine is to provide business leaders and professionals like yourself with accurate news, valuable information, and emerging trends directly relevant to your industry. We strive to showcase and promote the exceptional contributions and accomplishments of influential leaders who have played a pivotal role in propelling their respective industries forward through their companies. Within the pages of our magazine, leaders are given an exceptional platform to share their unique stories with the world, inspiring others through their entrepreneurial journeys. Our overarching mission as a magazine company goes beyond simply encouraging aspiring entrepreneurs to embark on their own paths; we also aim to assist businesses at every stage of growth in expanding their customer base to reach a broader audience. Moreover, our distinctive narrative style has resonated globally within the business magazine realm, continually soaring to new heights. Distinguishing us from other media outlets, Timeiconic Magazine seamlessly integrates a brand's narrative with its product or service offerings, combining the ideas and perspectives of industry leaders in a voice that aligns seamlessly with their brand identity.

You can effectively engage your desired audiences through a range of channels, including but not limited to: distributing printed copies, online publications, digital media platforms, targeted email campaigns, informative newsletters, well-curated events, and industry conferences.

**Cover Story Advantages**:

1. An 8-page exclusive article that features you and the story of your business while showcasing the products and services you offer.

2. A two-page advertisement in any of our future magazines for your company's (upcoming events, seminars, and conferences).

3. A complete print ready high quality PDF of your article with reprint rights.

4. Press releases that you may share across a range of media platforms.

5. 05 Complimentary Print Copies.

6. The Logo of listing and online Company profile links that can be used on your website, media, press release, etc.

7. 2-weeks Facebook advertisement campaign with your target (country) audience.

8. A 2 full-page guest article (an article on any topic by the concerned person) that can be used in any of our upcoming magazines.

9. A soft copy high-resolution certificate by Timeiconic Magazine, highlighting you as one of "**The 10 Most Disruptive Business Leaders to Follow in 2023**".

10. Featured Image of the CEO/Senior Board Member of your choice on the cover page.

11. A Backlink to your Company's website which remains on our archives permanently.

12. Exclusive visibility of your article on our website homepage for a complete month.

13. Social media promotion on our official pages across LinkedIn, Twitter, Facebook, and other social media platforms.

14. Free visibility of your company press release or news on our website for 1 year.

**Pricing:** The cost associated with seizing this valuable opportunity is $2000 USD.

**Next Step:** Kindly send a confirmation email to validate your participation, enabling us to proceed with the necessary next procedures.

Looking forward to hearing from you.

Best Regards,

**Sara Arthrell**

**Business Development Manager**

**Timeiconic.com**