# CELSIUS EX. 111

| | |
|---|---|
| Document title: | Hussein Faraj on X: "@crypto___btc @CarolAn64246005 @N13k2k23 @sam_alosi @BennyBacksBenny @libertylover007 @otisa502 So was I, although I knew time was crucial, and I also knew they might challenge it. So, I explained every type of possible valuation methodology. I could write another 1000 pages on this topic. No currency can stand against the arguments they were saying. Every currency is…" / X |
| Capture URL: | https://twitter.com/nugenmediahub/status/1711480419567440212 |
| Page loaded at (UTC): | Wed, 11 Oct 2023 20:28:24 GMT |
| Capture timestamp (UTC): | Wed, 11 Oct 2023 20:28:53 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | bXFmK4vSwzEVdhEDQAHCsw |
| User: | pv-elyse |

PDF REFERENCE #:    odZvJtuMbrH3jeBUZM4zxH







Post

Search

**Otis** 🍋 🐈‍⬛💜 🛡️ @otisa502 · Oct 5 · 🖊️
Retail CEL token creditors deserve an answer about why they're being subordinated from $0.81 to $0.25 in a court of law, where you can appeal the CEL token $0.81 Petition date decision if it's not favorable to us.

We deserve to know why, as the world watches on, these big-name...
Show more

23 · 27 · 105 · 8,070

**CarolAnn** 🐈‍⬛🍋 @CarolAn64246005 · Oct 6
We need to see the breakdown, the numbers, of how these aholes came to 25 cents. Why not $0.39 cents, or $0.85 cents or $1.12.. How did they come to the conclusion of $0.25 cents??
And $100 million in legal fees.... no words can describe the disgust 🤦‍♀️

3 · 4 · 13 · 1,759

**Hussein Faraj** @nugenmediahub · Oct 6
There isn't a way to determine value based on the methodology they used. Also, on most basic methodologies, they would need to look at the value at periods where cel was not being manipulated. Even at basic tokonomic assessment, the value would be above 60c. If they factor in...
Show more

6 · 13 · 34 · 4,100

**LL** @libertylover007 · Oct 6
Would you be willing to testify before Judge Glenn during a Celsius hearing on what you believe is the most fair methodology to assess CEL token?

3 · 4 · 22 · 1,138

**Hussein Faraj** @nugenmediahub · Oct 6
I will do even better I will do a comprehensive report and testify. I will have our team spend the next week putting together an appropriate tokemomics and costs assessment report.

11 · 19 · 54 · 2,802

**sam alosi** @sam_alosi · Oct 6
It is about value not price as the judge has consistently stated.

2 · · · 295

**cryptobtc** @crypto__btc · Oct 6
If it is about value rater than price, then what is the intrinsic value of any cryptocurrency?

3 · 3 · 7 · 570

**JL** @BennyBacksBenny · Oct 7
I think you need to put a section on valuation with cryptocurrencies and that it's fu**en impossible. Also, need to make mention that the value is taken away from CEL holders by not including the token in the new co. We don't even get to vote on it. Maybe relate it too BNB.

2 · · 2 · 247

**sam alosi** @sam_alosi · Oct 8
That doesn't help. What might help is to say at the time of the petition date the value was still taking into consideration that the platform would return and the coin would regain its utility. Nothing was certain at that point in time , so saying the coin had no utility is false

3 · · 3 · 276

**Hussein Faraj** @nugenmediahub · Oct 8
My report is almost finished. I believe it will be sufficient to prove cel had value. I will have it completed by tomorrow.

10 · 11 · 34 · 1,333

**Hussein Faraj** @nugenmediahub · Oct 9

## Relevant people

**Hussein Faraj** @nugenmediahub — Follow
CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

**cryptobtc** @crypto__btc — Follow
You can squeeze a lemon (🍋), but never squeeze a cat (🐈‍⬛).

**CarolAnn** 🐈‍⬛🍋 @CarolAn64246005 — Follow
Choose wisely, treat kindly. 💜
#Trump2024 #Celsius2024

## What's happening

MLB · Starts at 9:07 PM
**Braves at Phillies**

News · Trending
**Lebanon**
Trending with Hezbollah

News · Trending
**#IsraelPalestineConflict**
113K posts

Entertainment · Trending
**Margot Robbie**
6,489 posts

Trending in United States
**Onions**
5,906 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Post

My report is almost finished. I believe it will be sufficient to prove cel had value. I will have it completed by tomorrow.

10 · 11 · 34 · 1,333

**Hussein Faraj** @nugenmediahub · Oct 9

Report has been completed. I hope it helps.

2 · 2 · 10 · 315

**Randall** @N13k2k23 · Oct 9

Some say it's too late but I do hope not, thank you!

1 · · 3 · 184

**Hussein Faraj** @nugenmediahub · Oct 9

I haven't had much time to follow the issues with cel. If we had known earlier, we would have written the report much earlier. We completed the entire assessment within 72 hours. In reality, this is usually a 6 to 8 week job. I was tagged into a message a few days ago asking if I...
Show more

3 · 5 · 19 · 901

**Hussein Faraj** @nugenmediahub · Oct 9

dropbox.com

4 · 12 · 20 · 1,419

**CarolAnn** 🐈‍⬛🍋 @CarolAn64246005 · Oct 9

Wowza that's a lot of work 💜

1 · 1 · 6 · 227

**Hussein Faraj** @nugenmediahub · Oct 9

Just bear in mind that we had less than 72 hours. If we had a few more days, we would have done every type of tokenomic assessment. We also explained in detail how value in the industry is derived. I am not sure how else we can help, although hopefully, they can find a way to...
Show more

1 · 6 · 23 · 778

**cryptobtc** @crypto__btc · Oct 9

Your report is very comprehensive. I am impressed you were able to create it in only 72 hours.

2 · 3 · 18 · 429

**Hussein Faraj** @nugenmediahub

So was I, although I knew time was crucial, and I also knew they might challenge it. So, I explained every type of possible valuation methodology. I could write another 1000 pages on this topic. No currency can stand against the arguments they were saying. Every currency is manipulated . This is crypto. A coins value is what a coin value is. I challenge anyone to justify a meme coins value, lol. No single entity can manipulate more than the market makers can. This doesn't justify a coin being subjected to being called worthless. Also, to be fair, we have been watching the entire crypto

Search

## Relevant people

**Hussein Faraj** @nugenmediahub — Follow
CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

**cryptobtc** @crypto__btc — Follow
You can squeeze a lemon (🍋), but never squeeze a cat (🐈‍⬛).

**CarolAnn** 🐈‍⬛🍋 @CarolAn64246005 — Follow
Choose wisely, treat kindly. 💜 #Trump2024 #Celsius2024

## What's happening

MLB · Starts at 9:07 PM
**Braves at Phillies**

News · Trending
**Lebanon**
Trending with Hezbollah

News · Trending
**#IsraelPalestineConflict**
113K posts

Entertainment · Trending
**Margot Robbie**
6,489 posts

Trending in United States
**Onions**
5,906 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

Post

**Hussein Faraj**
@nugenmediahub

So was I, although I knew time was crucial, and I also knew they might challenge it. So, I explained every type of possible valuation methodology. I could write another 1000 pages on this topic. No currency can stand against the arguments they were saying. Every currency is manipulated . This is crypto. A coins value is what a coin value is. I challenge anyone to justify a meme coins value, lol. No single entity can manipulate more than the market makers can. This doesn't justify a coin being subjected to being called worthless. Also, to be fair, we have been watching the entire crypto space for a while, we have information that no one else has, lol

8:35 PM · Oct 9, 2023 · **574** Views

4 14

Post your reply Reply

Search

## Relevant people

**Hussein Faraj**
@nugenmediahub
Follow
CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

**cryptobtc**
@crypto___btc
Follow
You can squeeze a lemon (🍋), but never squeeze a cat (🐈‍⬛).

**CarolAnn** 🐈‍⬛🍋
@CarolAn64246005
Follow
Choose wisely, treat kindly. 💜 #Trump2024 #Celsius2024

## What's happening

MLB · Starts at 9:07 PM
**Braves at Phillies**

News · Trending
**Lebanon**
Trending with Hezbollah

News · Trending
**#IsraelPalestineConflict**
113K posts

Entertainment · Trending
**Margot Robbie**
6,489 posts

Trending in United States
**Onions**
5,906 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.