# CELSIUS EX. 112

Post

**Hussein Faraj**
@nugenmediahub

The fluff is as necessary as the report it is the formal tokenomic process. The judge would ussualy read the executive summary, although there is over 1000 points of data sources being assessed. The final copy would be well above 130 pages. There are so many ways to determine value, so it is necessary to have it all in the report, although bare in mind, the executive summary is a few pages that gives a strict overview.

12:48 PM · Oct 8, 2023 · **490** Views

**6** Reposts **15** Likes

## New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Hussein Faraj**
@nugenmediahub
Follow

CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

iss what's happening
are the first to know.

Sign up



