# CELSIUS EX. 113

| | |
|---|---|
| Document title: | Hussein Faraj on X: "@N13k2k23 @sam_alosi @BennyBacksBenny @crypto___btc @libertylover007 @CarolAn64246005 @otisa502 I haven't had much time to follow the issues with cel. If we had known earlier, we would have written the report much earlier. We completed the entire assessment within 72 hours. In reality, this is usually a 6 to 8 week job. I was tagged into a message a few days ago asking if I…" / X |
| Capture URL: | https://twitter.com/nugenmediahub/status/1711403118515355909 |
| Page loaded at (UTC): | Wed, 11 Oct 2023 03:27:19 GMT |
| Capture timestamp (UTC): | Wed, 11 Oct 2023 03:28:47 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | kX5fNCw1norYieNmhYD5LP |
| User: | pv-services6 |

PDF REFERENCE #:    uLueWRJb9vxpY4sJBYJn7L

Some say it's too late but I do hope not, thank you!

Post

Search

**Hussein Faraj** @nugenmediahub

I haven't had much time to follow the issues with cel. If we had known earlier, we would have written the report much earlier. We completed the entire assessment within 72 hours. In reality, this is usually a 6 to 8 week job. I was tagged into a message a few days ago asking if I would give evidence, at that point I learnt about this issue. I also hope they can get it through. It's a really extensive report.

3:27 PM · Oct 9, 2023 · **835** Views

3 · 5 · 19 · 1

Post your reply

Reply

**Hussein Faraj** @nugenmediahub · Oct 9

dropbox.com

3 · 12 · 20 · 1,316

**CarolAnn** 🐈‍⬛🍋 @CarolAn64246005 · Oct 9
Wowza that's a lot of work 💜

1 · 1 · 6 · 187

**Hussein Faraj** @nugenmediahub · Oct 9
Just bear in mind that we had less than 72 hours. If we had a few more days, we would have done every type of tokenomic assessment. We also explained in detail how value in the industry is derived. I am not sure how else we can help, although hopefully, they can find a way to...
Show more

1 · 6 · 21 · 387

**cryptobtc** @crypto__btc · Oct 9
Your report is very comprehensive. I am impressed you were able to create it in only 72 hours.

2 · 3 · 13 · 155

**Hussein Faraj** @nugenmediahub · Oct 9
So was I, although I knew time was crucial, and I also knew they might challenge it. So, I explained every type of possible valuation methodology. I could write another 1000 pages on this topic. No currency can stand against the arguments they were saying. Every currency is...
Show more

4 · 11 · 242

**RonPaulBot1234** @RonPaulBot1234 · Oct 9
The flawed report by @elementus_io was filled in court on the 27th less than 24h before the Cel hearing in the 28th which should have been discussed but wasn't, the judge said that there was no price.
They then issue a supplemental report with a market price as the low & high...

**Hussein Faraj** @nugenmediahub
Follow
CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

**Randall** @N13k2k23
Follow

**sam alosi** @sam_alosi
Follow

## What's happening

NHL · LIVE
**Kraken at Golden Knights**

Sports · Trending
**Xfinity**
Trending with Root

Entertainment · Trending
**LL Cool J**
Trending with Rakim

Sports · Trending
**John Smoltz**
1,239 posts

Entertainment · Trending
**#quackityspace**
1,122 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Post

**RonPaulBot1234** @RonPaulBot1234 · Oct 9

The flawed report by @elementus_io was filled in court on the 27th less than 24h before the Cel hearing in the 28th which should have been discussed but wasn't, the judge said that there was no price.
They then issue a supplemental report with a market price as the low & high...
Show more

2 · 96

**Karma Shopping** @karma_shopping · Ad

Karma: Your Key to Hacking Amazon Prices.

307 · 505 · 1,683 · 4.6M

**Randall** @N13k2k23 · Oct 9

Yes I understand and I'm very grateful for all the time and effort involved!

4 · 44

## Relevant people

**Hussein Faraj** @nugenmediahub · Follow

CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

**Randall** @N13k2k23 · Follow

**sam alosi** @sam_alosi · Follow

## What's happening

NHL · LIVE
**Kraken at Golden Knights**

Sports · Trending
**Xfinity**
Trending with Root

Entertainment · Trending
**LL Cool J**
Trending with Rakim

Sports · Trending
**John Smoltz**
1,239 posts

Entertainment · Trending
**#quackityspace**
1,122 posts

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

Post

Search

Randall @N13k2k23 · Oct 9
Yes I understand and I'm very grateful for all the time and effort involved!
4 · 44

## Relevant people

**Hussein Faraj** @nugenmediahub — Follow
CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

**Randall** @N13k2k23 — Follow

**sam alosi** @sam_alosi — Follow

## What's happening

NHL · LIVE
**Kraken at Golden Knights**

Sports · Trending
**Xfinity**
Trending with Root

Entertainment · Trending
**LL Cool J**
Trending with Rakim

Sports · Trending
**John Smoltz**
1,239 posts

Entertainment · Trending
**#quackityspace**
1,122 posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.





