**CELSIUS EX. 114**

| | |
|---|---|
| Document title: | Hussein Faraj on X: "@cel We would even be willing to help restore the entire cel network if they needed it. There is 1.7m people effected by this issue. If we can help make them whole, we will. We don't need anything in return. I was never pro Alex I would have loved to see Alex working on…" / X |
| Capture URL: | https://twitter.com/nugenmediahub/status/1711486916326310149 |
| Page loaded at (UTC): | Wed, 11 Oct 2023 14:37:25 GMT |
| Capture timestamp (UTC): | Wed, 11 Oct 2023 14:40:43 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 8 |
| Capture ID: | qvcX8PDS5f4wpw6QoYLPR6 |
| User: | pv-john |

PDF REFERENCE #:     hwKYnHp2wtMEukmJqXfpkk





Post

**Hussein Faraj** @nugenmediahub

@cel We would even be willing to help restore the entire cel network if they needed it. There is 1.7m people effected by this issue. If we can help make them whole, we will. We don't need anything in return. I was never pro Alex I would have loved to see Alex working on restoring the network, as unless you understood every aspect of this industry, instead of recovering a project, you would delay trying to make sense of it, then will end up destroying that project. It is also why I would love for them to give Sbf a chance to fix things.

That isn't to say they shouldn't be punished, if they did wrong, it is to say, that in this industry not many people understand how it operates, so the best person to fix the issues is ussualy the person who caused it. I would rather see 1.7m people recovered than 1 person in jail. So if anyone from cel really wants help with tech to advance cel, if they are working on making people whole, I will pledge our entire teams support in upgrading the technology to put cel at the forefront of the space.

9:00 PM · Oct 9, 2023 · **7,707** Views

18 14 39

Post your reply Reply

**PaulytheGreat** 🐐 @PaulytheGreat1 · Oct 9
The fact that not even the Celtard squeezers want their Cel shitcoin back should tell you something about Cel token and their network.
1 18 505

**Tony V** @elveton101 · Oct 9
You can just buy the entire supply from the debtor. Might cost a couple hundred bucks tops
2 1 25 1,935

**typing....** @WagmiWan · Oct 9
1.7 MiLlioN PeOpLe
4 146

**Transition2.Crypto** @T2_Crypto · 14h
Let's start a business called Fahrenheit° and just do it better then they did 👍
13

**xunan** @GTDreaming · Oct 10
Bro are you on crack?
6 179

**Ozi_** @ozi_crypto · Oct 9
You can buy my #CEL for $0.71c. that'll help thx.
1 5 365

**thomas** ⚡🦍🩸 @thomasmultivers · Oct 9
Me for 410k at 5.15$ average. And my group also that's extra 5 mil easy. Shall I send them my adres?
1 2 93

**Ozi_** @ozi_crypto · Oct 9

Search

## Relevant people

**Hussein Faraj** @nugenmediahub Follow
CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

## What's happening

NBA · Last night
**Jazz at Clippers**

Trending in United States
**Beheading**
134K posts

Entertainment · Trending
**Red Table Talk**

News · Trending
**#Isarael**
16.6K posts

Gaming · Trending
**Xenoverse 3**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

Post

1    95    2

**Ozi_** @ozi_crypto · Oct 9



3    85

**CateWebbBot1234** @WebbCate · Oct 10
Have you filed your evidence you have been sitting on over a year with the court yet?

2    7    194

**Ben Kenobi** @justbenkenobi · Oct 10
Celsius inflated their user numbers, stuffed fake accounts with one cel token and 2/3rds of all accounts only had dust in them. It was a scam and people got ripped off.

2    15    320

**Robbie Baylor** @robbie_baylor · Oct 10
Majority of holders are by default with rewards allocated without their knowledge

1    199

**Mega** @USA111US · 21h
You sound like a friend of Otis lol

47

**burliko** @burliko · Oct 9
you are just trying to cover up your own scam project! you are a grifter

8    264

**ErikAnswerman** @erikanswerman · 18h
You should buy every Cel token for about $500, start your own little network and have your Cel squirters sandbox where you can perform beastiality with each other

51

**Cancer 4 Mashinsky** @MashinskyCancer · Oct 10
Are u using Fentanyl?

1    77

**More replies**

CarolAnn @CarolAn64246005 · Oct 9

---

### Relevant people

**Hussein Faraj** ✓
@nugenmediahub    [Follow]
CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

### What's happening

NBA · Last night
**Jazz at Clippers**

Trending in United States
**Beheading**
134K posts

Entertainment · Trending
**Red Table Talk**

News · Trending
**#Isarael**
16.6K posts

Gaming · Trending
**Xenoverse 3**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More···  © 2023 X Corp.

---

Document title: Hussein Faraj on X: &quot;@cel We would even be willing to help restore the entire cel network if they needed it. There is 1.7m people effected by this…
Capture URL: https://twitter.com/nugenmediahub/status/1711486916326310149
Capture timestamp (UTC): Wed, 11 Oct 2023 14:40:43 GMT

Page 2 of 7










1 · 77

## More replies

**CarolAnn** 🐈‍⬛🍋 @CarolAn64246005 · Oct 9
I understand what you're saying, he was the Fall Guy with the brains. The thing is, he knew what he was doing & hurt a lot of ppl. But, if he can make it up by repaying said ppl, & repent, that's interesting.🤔 Like a casino hiring the guy who beat the system 2 oversee the room.
2 · 1 · 7 · 365

**PaulytheGreat** 🐐 @PaulytheGreat1 · Oct 9
This is like saying bring Bernie Madoff back to run an investment company 🤣! Bernie was also brilliant in his scam and beat the system 😊.
1 · 4 · 79

**CarolAnn** 🐈‍⬛🍋 @CarolAn64246005 · Oct 10
I'm looking at the source from which this suggestion is coming. @nugenmediahub has been through his own fire & come out the other end with integrity & credidibility. He is also helping our cause immensely. NOW, if someone like you suggested it, I'd run the other way ✌️ #CEL81
2 · 38

**PaulytheGreat** 🐐 @PaulytheGreat1 · Oct 10
Well someone like me would never suggest a fraudulent company and crypto be restored, by people that don't understand what integrity and credibility means if it would hit them in the face. Just saying ! 😊.
1 · 2 · 36

**Judd** @Juddston97 · Oct 10
She didn't say credibility, she said credidibility. Maybe he has plenty of that 😂
24

**JB_Barls** @JB_JohnBarls · Oct 10
Mr Hussain Faraj..
43

**MCRN** @MCRN_Tachi06 · Oct 9
Did this guy come late to the party or what? 🤭 we are fed up dude we just want back what's left and move on!!!!!!!
2 · 67

_ @MobileTap · Oct 10
what in the world are you talking about.
CEL is an ERC20-Token.
It has no chain or "network"
1 · 47

**GundryMD** @gundrymd_ Ad
Now, after years of research, Dr. Gundry has decided to release an informative video to the public — free and uninterrupted — showcasing exactly which foods you need to avoid.

### Relevant people

**Hussein Faraj** @nugenmediahub Follow
CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

### What's happening

NBA · Last night
**Jazz at Clippers**

Trending in United States
**Beheading**
134K posts

Entertainment · Trending
**Red Table Talk**

News · Trending
**#Isarael**
16.6K posts

Gaming · Trending
**Xenoverse 3**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Post

Search

1,203 1,544 5,671 32M

**Tecmo** @TecmoSB · Oct 9
This is akin to saying Hitler should have a chance to clean up his mess. You're either an idiot, a scammer, or both.

5 1 21 1,359

**Mark - 'It ain't over till it's over'** @presel_ · Oct 9
Don't even need to respond now.

8 100

**KiRa** @CraZyBad1234 · 1h
STFU

1

## Discover more

Sourced from across X

**JK** @jk_seriouslyjk · 4h
Unfollow me if you plan to do this to your child.

Daily Mail .com Health

CDC to continue recommending Covid boosters for everyone this fall including babies - as it adds a third vaccine made by Novavax to the schedule

By Caitlin Tilley, Health Reporter For Dailymail.Com
13:07 EDT 10 Oct 2023 , updated 13:35 EDT 10 Oct 2023

2022 BOOSTER
Updated (Bivalent) Booster Dose

## Relevant people

**Hussein Faraj** @nugenmediahub Follow
CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

## What's happening

NBA · Last night
**Jazz at Clippers**

Trending in United States
**Beheading**
134K posts

Entertainment · Trending
**Red Table Talk**

News · Trending
**#Isarael**
16.6K posts

Gaming · Trending
**Xenoverse 3**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Post

By Caitlin Tilley, Health Reporter For Dailymail.Com
13:07 EDT 10 Oct 2023 , updated 13:35 EDT 10 Oct 2023

1  4  155

**Dima** @BTCDima · 15h

4.

What is the liquidation value for CEL?
Pure Custody (100%) = 0.815
General Custody (72.5%) = 0.587
General Earn Claims (47.4%) = 0.386

All values relating to any sort of distribution must comply with the liquidation analysis. This goes for any distribution mechanic.

22-10964-mg Doc 3332 Filed 08/17/23 Entered 08/17/23 12:08:45 Main Document
Pg 337 of 830

CONCLUSION

The Debtors have determined, as summarized in the table below, on the Effective Date, that the Plan, under both a NewCo Plan or a toggle to Orderly Wind Down, will provide all Holders of Allowed Claims and Interests with a recovery that is not less than what they would otherwise receive pursuant to a liquidation of the Debtors' assets under chapter 7 of the Bankruptcy Code. Accordingly, the Plan satisfies the requirement of section 1129(a)(7) of the Bankruptcy Code. [3]

| | | Recovery Under Plan | | |
|---|---|---|---|---|
| | Class | NewCo | Orderly Wind Down | Liquidation Analysis |
| Other Secured Claims | Class 1 | N/A | N/A | N/A |
| Retail Borrower Deposit Claims | Class 2 | 85.6% | 83.0% | 47.4% |
| Other Priority Claims | Class 3 | N/A | N/A | N/A |
| Convenience Claims | Class 4 | 70.0% | 70.0% | N/A |
| General Earn Claims | Class 5 | 67.0% | 61.2% | 47.4% |
| General Custody Claims (1) | Class 6A | 72.5% | 72.5% | 72.5% |
| Withdrawable Custody Claims (1) | Class 6B | 100.0% | 100.0% | 100.0% |
| Withhold Claims | Class 7 | 72.0% | 67.1% | 47.4% |
| Unsecured Loan Claims | Class 8 | 67.0% | 61.2% | 47.4% |
| General Unsecured Claims | Class 9 | 67.0% | 61.2% | 37.5% |
| State Regulatory Claims (2) | Class 10 | 0.0% | 0.0% | 0.0% |
| *De Minimis* Claims | Class 11 | 0.0% | 0.0% | 0.0% |
| Intercompany Claims | Class 12 | N/A | N/A | 47.3% |
| Intercompany Interests | Class 13 | N/A | N/A | N/A |
| Series B Preferred Interests | Class 14 | 0.1% | 0.1% | 0.1% |
| Other Interests | Class 15 | 0.0% | 0.0% | 0.0% |
| Section 510(b) Claims | Class 16 | N/A | N/A | N/A |
| Equitably Subordinated Claims | Class 17 | 0.0% | 0.0% | 0.0% |

*(1) General Custody and Withdrawable Custody Claims receive in-kind distributions of their outstanding coin balances as of the Petition Date rather than a percentage of their coins dollarized as of the Petition Date*
*(2) The treatment of State Regulatory Claims remains subject to ongoing discussions with state regulators*

2  2  610

**The Kobeissi Letter** @KobeissiLetter · 20h

Here is a chart showing inflation adjusted (real) home prices, per Reventure Consulting.

Real home prices are up nearly 80% over the last 10 years alone.

On an inflation adjusted basis, home prices are currently ~11% MORE EXPENSIVE than they were in 2008.

Even with mortgage...
Show more

## Relevant people

**Hussein Faraj** @nugenmediahub
Follow
CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

## What's happening

NBA · Last night
**Jazz at Clippers**

Trending in United States
**Beheading**
134K posts

Entertainment · Trending
**Red Table Talk**

News · Trending
**#Isarael**
16.6K posts

Gaming · Trending
**Xenoverse 3**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

Even with mortgage...
Show more



**Relevant people**

Hussein Faraj
@nugenmediahub
Follow

CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

**What's happening**

NBA · Last night
**Jazz at Clippers**

Trending in United States
**Beheading**
134K posts

Entertainment · Trending
**Red Table Talk**

News · Trending
**#Isarael**
16.6K posts

Gaming · Trending
**Xenoverse 3**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2023 X Corp.

58   262   982   217.5K

Krissy  @KrissyMM · 4h



2   8   166

Post

Search

**Krissy** @KrissyMM · 4h

2 · 8 · 166

## Relevant people

**Hussein Faraj** @nugenmediahub

Follow

CEO of NuGenesis network and Metalabs global. Extensive Background in government advisory services and financial systems. Decentralized Ledgering experts.

## What's happening

NBA · Last night
**Jazz at Clippers**

Trending in United States
**Beheading**
134K posts

Entertainment · Trending
**Red Table Talk**

News · Trending
**#Isarael**
16.6K posts

Gaming · Trending
**Xenoverse 3**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.



