# CELSIUS EX. 116

# Hussein Faraj

CEO NuGenesis
Greater Sydney Area

### Contact

www.linkedin.com/in/hussfaraj
(LinkedIn)

### Top Skills

Coaching
Employee Training
Security

### Languages

Arabic

## Summary

Chief Executive Officer NuGenesis ou
Chief Executive Officer MetaLabs Global
Chief Executive Officer Ledgerx.exchange

At the intersection of international partnerships, finance, and decentralized technology, I've carved a niche for myself, championing groundbreaking innovations and fostering global collaborations. As the Founder and CEO of Advantage Group Australasia and the co-founder of Regenerate Earth, I've played a pivotal role in overseeing more than $7 billion in international contracts and alliances.

Recognized as the CEO to watch out for in Australia for 2023, my journey has been a blend of strategic foresight, tenacity, and diverse professional experiences. With 9 years in law enforcement and security, of which 3 were dedicated to supervision and training, I've cultivated a deep sense of precision, diligence, and risk management.

I pride myself on a vast global network that spans over 100 collaborations, including strategic alliances with some of the Fortune 500 giants. My deep understanding of Middle Eastern politics and expertise in international finance has allowed me to navigate and shape complex geopolitical and economic landscapes with finesse.

Venturing into the world of decentralized technology, I've led Advantage Group Australasia as its CEO for over 13 years, while taking the lead in Nugenesis project from as early as 2013, delving deep into the intricacies of decentralized ledgering systems and meta technology. With 168+ decentralized solutions and networks attributed to my design, my passion for innovation is evident. Beyond that, I am the driving force behind Metalabs Global and serve as the strategic analyst for various projects.

Through my book, "Everything Decentralized and The Great Crypto Hoax", I've endeavored to share my insights and thought leadership on the expansive world of cryptocurrency.

My foray into real estate has equipped me with a unique skill set, allowing me to devise bespoke ROI strategies and carry out intricate feasibility studies. In addition to that, I've founded and influenced various crypto enterprises and news channels, consistently pushing the boundaries of what's possible in the decentralized realm.

In this dynamic global landscape, I stand committed to innovation, leadership, and paving the way for a progressive future.

---

## Experience

Metalabs global
Chief Executive Officer
January 2022 - Present (1 year 10 months)
Lebanon

head of metalabs advance software and hardware research and development sector, focused on web3 application and power generation.

NuGenesis
10 years 10 months

Chief Executive Officer
January 2013 - Present (10 years 10 months)
Australia

CEO and Designer of the NuGenesis Network

Blockchain Architect
January 2015 - Present (8 years 10 months)
Australia

Designing state of the art blockchain network.

Blockchain Architect and solution designer
January 2013 - Present (10 years 10 months)
New South Wales, Australia

Design blockchain solutions for enterprise and government advancements.

coordinate dev teams globally.

### Advantage group Australasia
Chief Executive Officer
January 2013 - Present (10 years 10 months)
New South Wales, Australia

International Infrastructure Financing specialist: - head of Advantage To Government Program.

CEO of Middle East affairs.

### chicken licious
9 years

Owner Manager
December 2012 - November 2021 (9 years)

Manage and oversee all aspect of the business and create a business plan to ensure the growth of the franchise.

Owner Manager
December 2012 - November 2021 (9 years)

over see the running of the business helping create a business plan to take over to the next chain store.

### Railcorp
10 years 7 months

Senior Transit Officer
March 2005 - September 2013 (8 years 7 months)

leading a team of Transit Officers to deliver a range of customer and security services aimed at providing passengers with a safe and comfortable environment in which they travel. Provide supervision, guidance and leadership to Transit Officers deliver business outcomes

Senior Transit Officer
January 2007 - November 2012 (5 years 11 months)
Central station sydney

Leading a team of Transit Officers to deliver a range of customer and security services aimed at providing passengers with a safe and comfortable environment in which they travel. Provide supervision, guidance and leadership to Transit Officers deliver business outcomes.

ACHIEVEMENTS

- Led the team by working closely and providing coaching to achieve company goal of working together in an efficient manner to achieve safety, security and cleanliness targets.

- Supervised/coached transit officers to carry out daily duties to achieve revenue protection targets.

- Conducted performance appraisals and regular one on one coaching sessions which ensured by team met their targets.

- Implemented RailCorp's operational security strategies through monitoring and review policies, strategies, standards and guidelines to minimise instances of safety and behavioural offences on the network which provided a safer network for our customers.

- Design, develop and implemented effective security strategies for major special events by outlining steps and milestones for the event.

### Senior Transit Officer / Trainer
March 2003 - November 2012 (9 years 9 months)

detect and deter anti social behaviour, crime, ticketing offences and deal with them inline with the Rail Safety Act, Also give the highest level of customer service and ensure customer needs are met.

### Trainer
January 2009 - December 2011 (3 years)

Provide instructions to both small group setting and large groups of people. Ensure training that takes place on-the-job and is in the context of our occupation and its commonly performed tasks. I do this by working in three phases.

ACHIEVEMENTS

- Trained revenue protection officers in new procedures relating to safety and risk reduction which resulted in a safer working environment.

- Developed a refresher training program for staff identifying safety statistics and customer complaints.  This resulted in a  reduction in safety incidents.

•Identified training requirements for Transit Officers to maintain and improve upon infringement notice enforcement and implementing strategies.  This ensured teams were up to date with current practices.

•Coached and mentored learners to identify the cause of the error and to identify solutions, ensuring personal development and growth.

•Successfully assessing a high volume of leaners ensuring they competent and can undertake their roles efficiently and compliantly.

Advantage property experts
Chief Executive Officer
January 2011 - 2013 (2 years)
New South Wales, Australia

Buyers agent and investment solution architect.

---

## Education

University of Sydney
Bachelor of Laws (LLB), undetermined · (2011 - 2016)

Kogarah High School
high school certificate, high school · (1997 - 2002)

University of Technology Sydney
Bachelor's degree, Medicinal and Pharmaceutical Chemistry · (January 2018)