# CELSIUS EX. 117

← **Post**

**CryptoYOLO**
@cryptoyolo7                                    **Follow**  •••

It's time to dig deep and bid hard @NovaWulfDigital @arrington @vaneck_us Tremendous opportunity to get the loyalty of the best community #Celsians in crypto. A true win-win scenario for the winning bidder/partner @CelsiusNetwork @CelsiusUcc #RealDepositorsFirst

9:45 PM · Apr 22, 2023 · **16.7K** Views

💬 10        ↻ 31        ♡ 131        🔖 1        ⬆️

👤 Post your reply                              Reply

**Otis** 🍋 🐈 💜 🛡️ ✔️ @otisa502 · May 1
The most loyal of us are the CEL token holders, as evidenced by the fact that we still have CEL locked on the platform after Luna and the devastating downturn in the crypto market. But we won't be loyal to any NewCo with us getting $0.20. That's a nonstarter for all of us.

💬 6        ↻ 6        ♡ 27        📊 1,328        ⬆️

**Johnny Has Had It Up To Here** ✔️ @JohnnyNiceUp · Apr 22



**INSTEAD OF 300,000 ANGRY HOSTAGES**

💬 2          🔁 1          ♡ 16          📊 603          ⬆️

**CarolAnn** 🐈🎗️ @CarolAn64246005 · Apr 23

Let's remember they want US, we don't have to sell ourselves & come across like puppies in an orphanage begging for a home.  WE are the prize! Show us the money, coins and mining equity boys and girls, we don't come cheep, and we deserve it.

💬 1          🔁 2          ♡ 8          📊 370          ⬆️

**Coinfera** 🪝🖥️🎲🛡️- クリプトライフ @Coinfera1 · Apr 22

Ready for the show, can't wait

▶️ GIF ALT

💬          🔁          ♡ 7          📊 362          ⬆️



10/15/23, 9:12 AM 22-10964-mg YOLO Doc 3816-46 Filed 10/15/23 @NewWorldDigital Entered 10/15/23 19:24:27 "Tremendous opportunity to get... Exhibit 117

Pg 4 of 5
















