# CELSIUS EX. 118



Post

**CryptoYOLO**
@cryptoyolo7

Follow

It's official. The winner is @FahrenheitHldg @arrington Significant work to improve the value of @CelsiusNetwork mining operations for #Celsians @CelsiusUcc and reductions in overall management fees #AuctionsWork cases.stretto.com/public/x191/11...

1:46 AM · May 25, 2023 · **19K** Views

10 24 151 1

Post your reply

Reply

**Finance Latino** @FinanceLatino · May 25
Quarterly dividends paid to those with equity. 👏👏👏

| *NewCo and Management Arrangements* | The Executive Management Team and the Plan Sponsor will manage NewCo at the direction of the New Board for the benefit of holders of the NewCo Equity in accordance with the terms of the Management Agreement and the New Organizational Documents. NewCo will implement a policy regarding the provision of quarterly dividends to holders of the NewCo Equity, which dividends, if any, shall be paid in Cash at the discretion of the New Board in accordance with the New Organizational Documents and applicable law.<br><br>In exchange for its services, the Plan Sponsor and Executive Management Team will be paid the Management Fee (both of which, for the avoidance of doubt, |
|---|---|

1 1 292

**z0roProfit** @z0roProfit · May 25
Right now I'm stuck on the bit that the facility has yet to be built.

*need more coffee*

- US Bitcoin shall build and energize a 100 megawatt ("**MW**") of bitcoin mining facilities which shall be housed in one or more standalone "cathedral design" buildings consistent with drawings or plans shown to the Debtors and Committee during the bid process (or such other design as the Debtors, the Committee, and US Bitcoin reasonably agree upon) which shall be energized within 12 months of the Effective Date, as long as the funding of $39,500,000 is approved by the New














