Dimitry Kirsanov
*Pro Se*
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

_____

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green New York, NY10004

**Re: Objection to Debtor's Motion in Limine to exclude Testimony of Oren Blonstein**

Dear Chief Judge Glenn,

Mr. Kirsanov submits an objection to the debtor's motion in limine[1] to exclude certain evidence and testimony offered in opposition to confirmation, specifically regarding the Blonstein Declaration[2]. The terms of the Plan have changed to adversely affect Mr. Kirsanov's

_____

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.
[1] https://cases.stretto.com/public/x191/11749/PLEADINGS/117491013238000000101.pdf 3802
[2] https://cases.stretto.com/public/x191/11749/PLEADINGS/117491012012280000000050.pdf 1531

proposed recovery after balloting, as outlined on Mr Kirsanov's prior letter[3] dated 10/11/2023.

Mr. Kirsanov. Mr Kirsanov alleges damages from the result of not being able to transfer his

Celsius Token's ahead of the Bankruptcy and the Freeze, along with breach of settlement in the

first Custody Settlement payout. The Blonstein Declaration had noted that the assets did not meet

the liabilities in the CEL class ahead of the Freeze date.

Sincerely,

Dimitry Kirsanov, Pro Se

/s/Dimitry Kirsanov

---

[3] https://cases.stretto.com/public/x191/11749/PLEADINGS/1174910112380000000121.pdf 3772

EXHIBIT A

SHOWN ON NEXT PAGE

MAX GALKA CROSS EXAMINATION REGARDING THE BLONSTEIN DECLARATION

Veritext Legal Solutions

212-267-6868                    www.veritext.com                    516-608-2400

---

**Page 50**

1    THE COURT:  Was it in the original testimony or
2    this, the more recent supplemental declaration?
3    MR. KIRSANOV:  I believe -- I'm not sure about
4    that, Your Honor.
5    MR. COLODNY:  Your Honor, it's on Paragraph 61
6    (inaudible).
7    THE COURT:  Of the original?
8    MR. COLODNY:  The original.
9    THE COURT:  Just give me a minute.
10   MR. COLODNY:  (indiscernible).
11   THE COURT:  Yes.  Do you have your original report
12   in front of you, Paragraph 61?
13   THE WITNESS:  Yes, I do.  It's on Page 12.  Go
14   ahead with your questions, Mr. Kirsanov.
15   BY MR. KIRSANOV:
16   Q   Are you familiar with the Blonstein declaration, Mr.
17   Galka?
18   A   No, I am not.
19   MR. KIRSANOV:  Can Mr. Galka please be provided my
20   Exhibit 2?
21   THE COURT:  Mr. Kirsanov --
22   CLERK:  Yeah, we could ask --
23   THE COURT:  If you'll wait, we'll see if we can
24   find it.  You reference it on the first page of your filing,
25   Page 1 of 6.  Exhibit 2 is ECF 1531, but we don't have all

**Page 51**

1    of these in the courtroom.  Someone is trying to see whether
2    they can locate it.
3    MR. McCARRICK:  Can we make Mr. Young a cohost?
4    MR. McCARRICK:  Yes, you can.
5    CLERK:  Just pull it up --
6    MR. McCARRICK:  And Mr. Young, if you could --
7    CLERK:  (indiscernible).
8    MR. McCARRICK:  Thank you.
9    THE COURT:  Deanna, you can make Mr. Young a
10   cohost.  We'll put it up on the screen.
11   CLERK:  Okay.
12   THE COURT:  Thank you very much.
13   CLERK:  Just one moment.
14   MR. KIRSANOV:  Thank you.
15   CLERK:  Okay, he is a cohost.
16   MR. McCARRICK:  Okay.  Mr. Young, could you
17   display Docket No. 1531?
18   MR. YOUNG:  1531?
19   MR. McCARRICK:  Yes, sir.
20   MR. YOUNG:  -- second.
21   THE COURT:  Sure.  Fine.
22   MR. McCARRICK:  Apologies for the delay.  It
23   should be shared on screen now.
24   MR. KIRSANOV:  Thank you.
25   THE COURT:  All right, so on the screen in the

**Page 52**

1    courtroom, I don't know whether you can see it or not, is
2    exhibit -- the Blonstein declaration, ECF 1531.
3    MR. KIRSANOV:  If you could scroll down to Page 8,
4    please.
5    BY MR. KIRSANOV:
6    Q   Mr. Galka, is this document dated June 6th of 2022?
7    A   Yeah, that that's the date that I see at the top of the
8    chart right there.
9    Q   Was this before Celsius froze?
10   A   Yes, it is.
11   Q   In this document, are there adequate amounts of CEL
12   token under assets to meet the liabilities of Custody and
13   Withhold?
14   MR. WEEDMAN:  Objection.
15   THE COURT:  Sustained.
16   BY MR. KIRSANOV:
17   Q   In this document, there are not an adequate number of
18   CEL tokens under assets to meet the liabilities of Custody
19   and the Withhold, are there?
20   MR. WEEDMAN:  Objection, Your Honor.
21   THE COURT:  Sustained.
22   BY MR. KIRSANOV:
23   Q   Mr. Galka, how many CEL are shown there under assets?
24   A   The number that I see there is -- appears to be
25   1,184,948.  Although I would say that this is a document

**Page 53**

1    that I have not seen before, so I'm just reading what is --
2    what I see appearing on the screen.
3    Q   Thank you, Mr. Galka.  Could you tell me what it says
4    under liabilities for CEL and under Withhold for CEL?
5    A   Yeah, liabilities I see negative one million, nine
6    hundred -- or excuse me, ninety-seven thousand, one, seven,
7    four, and Withhold, I see 402,804.
8    Q   Mr. Galka, does -- do the assets reflect lower than
9    the liabilities?
10   MR. WEEDMAN:  Objection, Your Honor.
11   THE COURT:  Sustained.
12   BY MR. KIRSANOV:
13   Q   Mr. Galka, would it be safe to say the liabilities are
14   1.5 million or thereabouts?
15   MR. WEEDMAN:  Objection, Your Honor.
16   THE COURT:  Sustained.  I don't -- you know, I
17   don't understand what you're asking.
18   MR. KIRSANOV:  I'm trying to ask if effectively
19   the assets held were less than the liabilities.
20   MR. WEEDMAN:  Your Honor --
21   THE COURT:  First off, this document is not in
22   evidence.  That's number one.  I'm permitting you to cross
23   examine from it.  Have you seen this document before?
24   THE WITNESS:  No, I have not, Your Honor.
25   THE COURT:  Let's move on.  The document is not in