Dimitry Kirsanov
*Pro Se*
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

_____
                                                                )
In re:                                                          )    Chapter 11
                                                                )
CELSIUS NETWORK LLC, *et al.,*[1]          )    Case No. 22-10964 (MG)
                                                                )
                    Debtors.                              )    (Jointly Administered)
_____)


The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green New York, NY10004


**Re: Support of Johan Bronge, Pro Se, and related communication about ownership**


Dear Chief Judge Glenn,

      Mr Kirsanov submits his support of Johan Bronge's line of questioning regarding asset ownership. In prior communication with Mr. Kirsanov after Bankruptcy, the debtor indicated that any loans that originated from it's Custody Wallet, would be returned to the Custody Wallet upon closure. As such, one would reasonably assume that any loans that originally originated

_____

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

From the Custody Wallet, and subsequently closed, would return back to the Custody Wallet. Mr Kirsanov attaches the following exhibit as communication from the debtor after Bankruptcy.

Sincerely,

Dimitry Kirsanov, Pro Se

/s/Dimitry Kirsanov

EXHIBIT A SHOWN ON NEXT PAGE

DEBTOR CONFIRMING ORIGINATING CUSTODY LOANS GO BACK TO CUSTODY AFTER CLOSURE



##- Please type your reply above this line -##

Your request (#1043711) has been updated. To add additional comments, reply to this email.

**Celsius Lending Team** (Celsius Network)
Aug 8, 2022, 08:29 UTC

Hello,

Thank you for reaching out to us. When your loan is closed, the amount of digital assets locked for that loan will be shown as owed to you in the account from which the amount showing as owed originated.

**However, please note the following:**

As more fully explained in our blog, Celsius and certain affiliates have filed voluntary petitions for Chapter 11 Bankruptcy relief to stabilize our business and implement a restructuring that maximizes value for all stakeholders. For general information, please visit this website.

All withdrawals, Swap, and transfers between accounts continue to be paused. Any assets showing as owed to you that are unlocked when you repay and close an outstanding loan are subject to the pause.

If you need additional information, please let us know via email: loans@celsius.network

Best,
The Lending Team

**Dimitry Kirsanov**
Jul 15, 2022, 11:47 UTC

Hello!

When paying off a loan or agreeing to a liquidation, does the collateral go to Custody or Earn?

Thanks!

Dimitry