DocuSign Envelope ID: EC60AB65-981B-4112-845F-5B8CAFE7D6C6

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al., | No. 22-10964 (MG) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:
**Antonia Marina Bauza**

Name of Transferee:
**Gaston Giannelli**

Name and Current Address of Transferor:

Antonia Marina Bauza
(Redacted)

Name and Address where notices and payments to transferee should be sent:

Gaston Giannelli
**Email: gg.giannelli@gmail.com**
Av del Libertador 2491 20B Olivos
(1636) Buenos Aires, Argentina

| Schedule/Claim No | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F Line (3.1.047975) | Antonia Marina Bauza | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Gaston Giannelli_ _____
Transferee/Transferee's Agent

Date: October 11 , 2023

***Penalty for making a false statement:*** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 42F4C2E2-9DA  -4908-9E62-D5B3482F85A3

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:     United States Bankruptcy Court (<u>"Court' </u>)
        Southern District of New York

AND TO:  Celsius Network LLC et. al (<u>"Debtor</u>")
         Case No. 22-10964 (MG) (<u>"Case</u>")

Claim #: <u>Not Filed</u>
Schedule#: 3.1.047975

**ANTONIA MARINA BAUZA** ( Seller"), for good and valuable consideration the receiptand sufficiencyof which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**GASTON GIANNELLI**
Av del Libertador 2491 20B
Olivos, 1636 Buenos Aires,
Argentina

its successors and assigns ( <u>Buyer</u> ), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on accountof Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held bySeller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount of <u>the Schedule F amount</u> (<u>"Claim</u> ), which represents <u>100%</u> of the total claim amount of the Schdeule F amount against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

| 3.1.047975 | ANTONIA MARINA BAUZA | ADDRESS REDACTED | | | BTC 1.06539420239787 ETH 8.23986122009772 |
|---|---|---|---|---|---|

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as maybe imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole ownerand holderof the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and  deductions, and to give all notices and other communications in respectofthe Claim to Buyer.

IN WITNESS WHEREOF, the parties hereto have executed this assignment dated January 2nd, 2023.

DocuSigned by:
x _Antonia Marina Bauza_
A7E94995BA5243D...

DocuSigned by:
x _Gaston Giannelli_
08ACFE282C314C4...

Contact Information:
[REDACTED]

Contact Information:
[REDACTED]

DocuSign Envelope ID: EC60AB65-981B-4112-845F-5B8CAFE7D6C6

| 3.1.047975 | ANTONIA MARINA BAUZA | ADDRESS REDACTED | | | BTC 1.06539420239787<br>ETH 8.23986122009772 |
|---|---|---|---|---|---|