Hearing Date: October 17, 2023, at 9:00 a.m. (prevailing Eastern Time)

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

Judson Brown, P.C. (admitted *pro hac vice*)
T.J. McCarrick (admitted *pro hac vice*)
Grace C. Brier (admitted *pro hac vice*)
Hannah C. Simson (admitted *pro hac vice*)
Joseph D'Antonio (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone:   (202) 389-5000
Facsimile:    (202) 389-5200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DEBTORS' EXHIBITS FOR CROSS EXAMINATION**
**FOR MATTERS SET FOR HEARING ON OCTOBER 17, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this notice of cross-examination materials that they may use for the confirmation hearing on October 17, 2023, at 9:00 a.m. (prevailing Eastern Time), as a supplement to *Debtors' Exhibits for Cross Examination for Matters Set for Hearing on October 16, 2023*, Dkt. No. 3816. The Debtors endeavored to include the exhibits that they will use with the witnesses that they intend to cross-examine on October 17, 2023 based on the Court's Order entered on Dkt. No. 3740. The Debtors reserve the right to amend this cross-examination materials list after reviewing any responsive pleadings or to address evidence introduced via exhibit, testimony, or other statement. The Debtors will make every effort to timely supplement this notice as additional cross examination materials become necessary.

## Cross-Examination Materials

The Debtors submit the following list of materials that they may use during cross examination, including any exhibits thereto, and documents or docket entries referenced therein. The Debtors reserve the right to identify additional cross-examination materials, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the hearing.

## Documents Not Previously Admitted by the Debtors[2]

| Celsius Ex. | Document Description |
|---|---|
| 119 | January 1, 2023 to February 4, 2023 Posts on X from @nugenmediahub |
| 120 | H. Faraj AI Extraction Report |
| 121 | David A. Schneider Voting Results |
| 122 | David Schneider Voting Results |
| 123 | Dmitry Kirsanov Voting Results |

---

[2] For the avoidance of doubt, the Debtors offer the below documents only to provide notice of materials the Debtors may use during cross examination. Identifying these materials should not be construed as a request to admit the materials into evidence.

| Celsius Ex. | Document Description |
|---|---|
| 124 | Order (I) Approving (A) the Settlement by and Among the Debtors, the Committee, and the Custody Ad Hoc Group and (B) the Election Form and (II) Granting Related Relief, Dkt. No. 2291 |
| 125 | D. Kirsanov October 3, 2023, Letter (Dkt. No. 3688) (including any exhibits, documents, and/or docket entries referenced therein) |
| 126 | D. Kirsanov filed Exhibits as of October 4, 2023 (Dkt. No. 3694) (including any exhibits, documents, and/or docket entries referenced therein) |
| 127 | D. Kirsanov October 5, 2023, Letter (Dkt. No. 3716) (including any exhibits, documents, and/or docket entries referenced therein) |
| 128 | D. Kirsanov October 5, 2023, Letter (Dkt. No. 3717) (including any exhibits, documents, and/or docket entries referenced therein) |
| 129 | D. Kirsanov October 6, 2023, Letter (Dkt. No. 3729) (including any exhibits, documents, and/or docket entries referenced therein) |
| 130 | D. Kirsanov October 11, 2023, Letter (Dkt. No. 3772) (including any exhibits, documents, and/or docket entries referenced therein) |
| 131 | October 16, 2023, Tweet by D.Kirsanov (@BTCDima) |
| 132 | October 16, 2023, Tweet by D.Kirsanov (@BTCDima) |

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Washington, D.C.<br>Dated: October 16, 2023 | */s/ T.J. McCarrick*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Judson Brown, P.C. (admitted *pro hac vice*)<br>T.J. McCarrick (admitted *pro hac vice*)<br>Grace C. Brier (admitted *pro hac vice*)<br>Hannah C. Simson (admitted *pro hac vice*)<br>Joseph D'Antonio (admitted *pro hac vice*)<br>1301 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Telephone:   (202) 389-5000<br>Facsimile:    (202) 389-5200<br>Email:           judson.brown@kirkland.com<br>                     tj.mccarrick@kirkland.com<br>                     grace.brier@kirkland.com<br>                     hannah.simson@kirkland.com<br>                     joseph.dantonio@kirkland.com<br><br>- and -<br><br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           joshua.sussberg@kirkland.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br>                     chris.koenig@kirkland.com<br>                     dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |