Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF ADJOURNMENT REGARDING THE HEARING
## TO CONSIDER THE SUBSTANTIAL CONTRIBUTION APPLICATIONS

**PLEASE TAKE NOTICE** that the hearing at which the Court is considering confirmation of the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates* [Docket No. 3577] (as modified, amended, or supplemented from time to time, the "Plan") (the "Confirmation Hearing") commenced on October 2, 2023 at 2:00 p.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that on August 23, 2023, the Court approved a schedule for all issues related to the Confirmation Hearing other than the equitable subordination of the claims of certain former directors, officers, and employees, which the Debtors filed in

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

the *Notice of Discovery Schedule for Confirmation Hearing* [Docket No. 3356] (the "Confirmation Schedule").

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Schedule includes deadlines regarding the applications for payment of fees as substantial contribution under section 503(b) of the Bankruptcy Code (the "Substantial Contribution Applications").[2]

**PLEASE TAKE FURTHER NOTICE** that on September 19, 2023, the Court approved a revised schedule for Substantial Contribution Applications. *See Notice of Further Revised Schedule for Substantial Contribution Applications* [Docket No. 3498].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Substantial Contribution Applications that was scheduled for **October 24, 2023, at 10:00 a.m. (prevailing Eastern Time)** is hereby adjourned.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objections or responses to the Substantial Contribution Applications was October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).

---

[2]     The Substantial Contribution Applications include:  (a) *Substantial Contribution [A]pplication for Zachary Wildes* [Docket No. 3615]; (b) *Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution* [Docket No. 3654]; (c) *Application of the Custody Ad Hoc Group, Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code, for Allowance and Payment of Professional Fees and Expenses* [Docket No. 3660]; (d) *Substantial Contribution Claim of Rebecca Gallagher, Lead Plaintiff in Committee Class Action* [Docket No. 3662]; (e) *Application of the Ad Hoc Group of Withhold Account Holders for Allowance and Payment of Fees Under Bankruptcy Code Sections 503(B)(3)(D) and 503(B)(4)* [Docket No. 3663]; (f) *Application of Ignat Tuganov for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Professional Fees and Actual, Necessary Expenses Incurred in Making a Substantial Contribution to These Cases* [Docket No. 3666]; (g) *Application of the Borrower Ad Hoc Group for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases* [Docket No. 3671] (h) *Application of BNK to the Future (BF) Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution* [Docket No. 3672]; (i) *Application of the Pending Withdrawal Ad Hoc Group Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution* [Docket No. 3673]; (j) *Application of Immanuel Herrmann Pursuant to 11 U.S.C. §503 for Allowance and Payment of Expenses Incurred in Making a Substantial Contribution* [Docket No. 3674]; and (k) *Daniel A. Frishberg'[s] Motion for Expenses and Fees to be Paid for a Substantial Contribution to the Estate* [Docket No. 3675].

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objections or responses to the Substantial Contribution Applications will be extended for all parties to **November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Substantial Contribution Applications will be heard at the omnibus hearing on **November 30, 2023, at 10:00 a.m. (prevailing Eastern Time)** (the "<u>Omnibus Hearing</u>"). The Omnibus Hearing will be held in person before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. This Omnibus Hearing is not expected to involve the taking of testimony (a "<u>Non-Testimonial Hearing</u>"). With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend hearings by Zoom. Any person or entity that is permitted to attend the Omnibus Hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., the business day before the Omnibus Hearing, (prevailing Eastern Time)** (***i.e.***, on Wednesday, November 29, 2023).

**PLEASE TAKE FURTHER NOTICE** that, with the permission of the Court, the public, including members of the media, may dial-in to Non-Testimonial Hearings remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial-in to the Omnibus Hearing by using the audio platform must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., the business day before the Omnibus Hearing, (prevailing Eastern Time)** (***i.e.***, on Wednesday, November 29, 2023).

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of all pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

New York, New York
Dated:  October 16, 2023

/s/ Joshua A. Sussberg

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:             joshua.sussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:             patrick.nash@kirkland.com
                      ross.kwasteniet@kirkland.com
                      chris.koenig@kirkland.com
                      dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*