UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL
FROM SERVICE LISTS AND ELECTRONIC NOTICING**

**PLEASE TAKE NOTICE** that Dentons US LLP ("Dentons") hereby withdraws its appearance as counsel to Terraform Labs PTE Ltd. ("Terraform") in the above captioned bankruptcy case. Dentons also withdraws its request for receipt of all notices including electronic notices of documents in the above-captioned matter.

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the Southern District of New York remove them from the electronic noticing matrix for the above captioned bankruptcy case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Date: October 16, 2023

*/s/ Sarah M. Schrag*
**DENTONS US LLP**
Claude D. Montgomery
Sarah M. Schrag
Douglas W. Henkin
David L. Kornblau
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
claude.montgomery@dentons.com
sarah.schrag@dentons.com
douglas.henkin@dentons.com
david.kornblau@dentons.com

Mark G. Califano (*pro hac vice* application forthcoming)
Matthew A. Lafferman (*pro hac vice* application forthcoming)
1900 K Street, NW
Washington, DC 20006-1102
Tel: (202) 496-7500
mark.califano@dentons.com
matthew.lafferman@dentons.com

*Counsel to Terraform Labs PTE Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, a true and correct copy of the foregoing *Notice of Withdrawal of Appearance and Request For Removal From Service Lists and Electronic Noticing* was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this chapter 11 case.

Date: October 16, 2023

/s/ Sarah M. Schrag
Sarah M. Schrag