# CELSIUS EX. 119

**Page Vault**

| | |
|---|---|
| Document title: | (from:nugenmediahub) since:2023-1-6 until:2023-2-5 include:nativeretweets - Search / X |
| Capture URL: | https://twitter.com/search?q=(from%3Anugenmediahub)%20since%3A2023-1-6%20until%3A2023-2-5%20%20include%3Anativeretweets&src=typed_query&f=live |
| Page loaded at (UTC): | Wed, 11 Oct 2023 16:47:41 GMT |
| Capture timestamp (UTC): | Wed, 11 Oct 2023 16:51:22 GMT |
| Capture tool: | 10.33.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 43 |
| Capture ID: | 44wgQBn68nPdrVdGNnTUdz |
| User: | pv-john |

H. Faraj
**10-14-2023**
**10**

PDF REFERENCE #: izehcrTwY8V7cPCK6PFxho



(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in

Top | Latest | People | Media | Lists

**Hussein Faraj** @nugenmediahub · Feb 4
Replying to @nugenmediahub
8/8 To ensure the success of a sharded blockchain network, these challenges must be carefully considered and addressed through careful planning and design.
1 · 6 · 475

**Hussein Faraj** @nugenmediahub · Feb 4
Replying to @nugenmediahub
7/8 to other shards, which could negatively impact the integrity and consistency of the network.

In conclusion, while sharding has the potential to significantly increase the scalability of a blockchain network, it also presents several challenges that must be addressed.
1 · 1 · 6 · 515

**Hussein Faraj** @nugenmediahub · Feb 4
Replying to @nugenmediahub
6/8 ensure the integrity and security of the data stored in each shard.

Data availability and reliability: Data availability and reliability are important considerations in any blockchain network. In a sharded network, there is a risk that data stored in one shard may not be
1 · 3 · 205

**Hussein Faraj** @nugenmediahub · Feb 4
Replying to @nugenmediahub
5/8 negatively impact the interoperability of the network.

Consensus mechanism: The consensus mechanism used in a sharded blockchain network is a critical component that must be carefully designed. The mechanism must be able to handle the complexities of a sharded network and
1 · 4 · 196

**Hussein Faraj** @nugenmediahub · Feb 4
Replying to @nugenmediahub
4/8 transactions and the sharing of data.

Shard compatibility: Not all nodes in a blockchain network may be compatible with sharding, which could lead to a fragmentation of the network. This could result in different shards operating on different protocols and rules, which could
1 · 5 · 151

**Hussein Faraj** @nugenmediahub · Feb 4
Replying to @nugenmediahub
3/8 impact the security and reliability of the network.

Inter-shard communication: Communication between different shards can be slow and difficult, especially if they are located on separate physical nodes. This can lead to inefficiencies and slowdowns in the processing of
1 · 5 · 157

**Hussein Faraj** @nugenmediahub · Feb 4
Replying to @nugenmediahub
2/8 challenges that need to be addressed.

Complexity: Implementing sharding in a blockchain network is a complex process that requires a significant amount of technical expertise. There is a risk of introducing bugs and vulnerabilities into the system, which could negatively

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

**Who to follow**

**Hussein Faraj** @nugenmediahub Follow
**Mark Ruffalo** @MarkRuffalo Follow
**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.



𝕏

Top    **Latest**    People    Media    Lists

process that requires a significant amount of technical expertise. There is a
risk of introducing bugs and vulnerabilities into the system, which could
negatively

💬          ⟲          ♡ 5          153          ⬆

**Hussein Faraj** ✅ @nugenmediahub · Feb 4
1/8 Blockchain sharding refers to the process of dividing a blockchain
network into smaller units, known as shards, in order to increase its
scalability. Although sharding has the potential to solve many of the
scalability issues faced by blockchains, it also presents several

💬 4          ⟲ 3          ♡ 15          1,754          ⬆

**Hussein Faraj** ✅ @nugenmediahub · Feb 4
Replying to @nugenmediahub
And security still needs to be proven over time. There are several projects
working on parallel processing and hybrid networks, including the nugenesis
network. The concept of being able to run parallel chains utilising high speed
processing networks helps bring forward META.

💬 1          ⟲ 2          ♡ 13          693          ⬆

**Hussein Faraj** ✅ @nugenmediahub · Feb 4
Replying to @nugenmediahub
additional networks on top of a blockchain to handle specific tasks such as
scalability, enabling faster and more efficient processing of large pools of
data.

However, these solutions are still in their early stages of development and
implementation, and their effectiveness

💬 1          ⟲ 2          ♡ 10          669          ⬆

**Hussein Faraj** ✅ @nugenmediahub · Feb 4
Replying to @nugenmediahub
some transactions to be processed outside of the blockchain, reducing the
workload on the network. Sharding involves dividing the network into
smaller, more manageable segments, so that each segment can process its
own transactions in parallel. Layer-2 solutions refer to building

💬 1          ⟲ 1          ♡ 4          314          ⬆

**Hussein Faraj** ✅ @nugenmediahub · Feb 4
Replying to @nugenmediahub
blockchains have limited storage capacity and network bandwidth, which can
also contribute to slow processing speeds.
To address these issues, several solutions have been proposed, including off-
chain transactions, sharding, and layer-2 solutions. Off-chain transactions
allow for

💬 1          ⟲ 1          ♡ 5          379          ⬆

**Hussein Faraj** ✅ @nugenmediahub · Feb 4
Blockchains, by design, are slow in processing large pools of data compared
to traditional centralized systems. This is because blockchains rely on
consensus algorithms to validate transactions, which can be time-consuming,
especially as the network grows. Additionally,

💬 2          ⟲ 5          ♡ 22          2,301          ⬆

**Hussein Faraj** ✅ @nugenmediahub · Feb 4
Replying to @WebbCate @shinnosuke1959 and 4 others
Again shows the lack of character you have. Your either completely
incompetent or are seriously a spiteful soul. I would bet on option 2.

When you choose to attack atleast attack with some facts.

💬 2          ⟲          ♡          202          ⬆

**Hussein Faraj** ✅ @nugenmediahub · Feb 4

**Search filters**

**People**
From anyone                    ✅
People you follow              ◯

**Location**
Anywhere                       ✅
Near you                       ◯

Advanced search

**What's happening**

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

**Who to follow**

**Hussein Faraj** ✅              [ Follow ]
@nugenmediahub

**Mark Ruffalo** ✅               [ Follow ]
@MarkRuffalo

**Ian McKellen** ✅               [ Follow ]
@IanMcKellen

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2023 X Corp.

Document title: (from:nugenmediahub) since:2023-1-6 until:2023-2-5 include:nativeretweets - Search / X
Capture URL: https://twitter.com/search?q=(from%3Anugenmediahub)%20since%3A2023-1-6%20until%3A2023-2-5%20%20include…
Capture timestamp (UTC): Wed, 11 Oct 2023 16:51:22 GMT





(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in

Search filters

Top | Latest | People | Media | Lists

2 · 202

**Hussein Faraj** @nugenmediahub · Feb 4
Replying to @nugenmediahub @WebbCate and 5 others
To incoming bidders.
24

**Hussein Faraj** @nugenmediahub · Feb 4
Replying to @nugenmediahub @WebbCate and 5 others
Your so called fight for truth. When not one of your squad has thought about spending 10 mins on the drives.
Keep up your great work. Your obviously a really classy and intelligent person. Good luck 👍
1 · 34

**Hussein Faraj** @nugenmediahub · Feb 4
Replying to @nugenmediahub @WebbCate and 5 others
Your arrogance and wanting to be correct, regardless of logic, has you believing that the drives are pro management. I am pro cel getting the best value and believe it had value to incoming solutions. I've enjoyed letting you and the attack squad, decide to attack and have
2 · 36

**Hussein Faraj** @nugenmediahub · Feb 4
Replying to @WebbCate @shinnosuke1959 and 4 others
Whats funny is you assume our drive is pro Alex and what happened. Take some time and go over it. For the simple fact that I believe cel has value as a company, you assume that our data room is pro cel management. As I said the examiners' findings missed a lot of crucial info
1 · 34

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @nugenmediahub
5/5 deployed in a responsible way that takes into account the needs of workers and communities.
3 · 7 · 732

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @nugenmediahub
4/5 note that AI is not a magic solution that will automatically eliminate the need for human work. Rather, it will likely change the nature of work and the skills that are in demand. The key to maximizing the benefits of AI for society will be to ensure that it is developed and
1 · 2 · 6 · 538

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @nugenmediahub
3/5 In some industries, AI is already being used to perform tasks such as data analysis, customer service, and even complex problem-solving. As AI technology continues to advance, it may be able to take on even more tasks that are currently performed by humans.

It's important to
1 · 1 · 2 · 126

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @nugenmediahub
2/5 currently require human labor, freeing up people's time for other activities. However, this scenario also raises questions about job displacement and economic impacts, and requires careful consideration of the social and ethical implications.
1 · 1 · 2 · 145

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow

**Mark Ruffalo** @MarkRuffalo Follow

**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

and economic impacts, and requires careful consideration of the social and
ethical implications.

💬 1    🔁 1    ♡ 2    ılı 145    ⬆

**Hussein Faraj** ✓ @nugenmediahub · Feb 3    •••
1/5 What will Artifial intelligence be able to do, to limit the need for humans
to work in the future and allow humanity to spend more time on enhancing
social presence?

Artificial Intelligence has the potential to automate many tasks that

💬 2    🔁 3    ♡ 11    ılı 1,346    ⬆

**Hussein Faraj** ✓ @nugenmediahub · Feb 3    •••
Replying to @nugenmediahub @shinnosuke1959 and 5 others
And of course, the post you're referring to. 🙄

projects have been accused
of buying their own tokens to
artificially inflate their value, with
the goal of raising capital through
seed or vc funding. This has become
a norm in the crypto industry.

6:27 pm · 02 Feb 23

ılı View Tweet activity    **Promote**

6,081 Verified Views   7 Retweets   29 Likes

💬    🔁    ♡    ⬆

**Hussein Faraj** ✓ @nugenmediahub · 1d    ⋮
Replying to @nugenmediahub
2/ This practice, known as "token
pumping," can be harmful to investors and
undermines the integrity of the crypto
market.
Token pumping can create the illusion of

💬 1    🔁    ılı 108    ⬆

**Hussein Faraj** ✓ @nugenmediahub · Feb 3    •••
Replying to @nugenmediahub @shinnosuke1959 and 5 others
Most people, when they go over content, open, read, and move on. If it's likes
you want, I'm sure you will get plenty from people who choose to attack
others so they can satisfy their need of being worthy. Either way I highly
recommend you don't quit your day job.

| | |
|---|---|
| Impressions ⓘ **5,442** | Impressions ⓘ **5,948** |
| Engagements ⓘ **255** · Detail expands ⓘ **155** | Engagements ⓘ **169** · Detail expands ⓘ **95** |
| Impressions ⓘ **1,448** | Impressions ⓘ **7,552** |
| Engagements ⓘ **70** · Detail expands ⓘ **36** | Engagements ⓘ **13,017** · Detail expands ⓘ **113** |

💬 1    🔁    ♡    ılı 91    ⬆

**Hussein Faraj** ✓ @nugenmediahub · Feb 3    •••

---

X

⌂ Home
🔍 Explore
🔔 Notifications
✉ Messages
🗐 
🔖 Bookmarks
👥 Communities
𝕏 
👤 Profile
••• More

✏ (compose)

👤

**People**
From anyone    ✓
People you follow    ○

**Location**
Anywhere    ✓
Near you    ○

Advanced search

**What's happening**

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

**Who to follow**

**Hussein Faraj** ✓
@nugenmediahub    **Follow**

**Mark Ruffalo** ✓
@MarkRuffalo    **Follow**

**Ian McKellen** ✓
@IanMcKellen    **Follow**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

---

Document title: (from:nugenmediahub) since:2023-1-6 until:2023-2-5 include:nativeretweets - Search / X
Capture URL: https://twitter.com/search?q=(from%3Anugenmediahub)%20since%3A2023-1-6%20until%3A2023-2-5%20%20include…
Capture timestamp (UTC): Wed, 11 Oct 2023 16:51:22 GMT



Document title: (from:nugenmediahub) since:2023-1-6 until:2023-2-5 include:nativeretweets - Search / X
Capture URL: https://twitter.com/search?q=(from%3Anugenmediahub)%20since%3A2023-1-6%20until%3A2023-2-5%20%20include…
Capture timestamp (UTC): Wed, 11 Oct 2023 16:51:22 GMT





Search filters

Top | Latest | People | Media | Lists

increase their bids. The notion of making the entire company look like a fraud, who does that benefit.

2 · 121

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @nugenmediahub
That

1 · 6 · 850

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @nugenmediahub
They better bring their A-game. I would be the first to say FTX has a lot of real value. if you're truly after the best outcome for all, No one wins, when the approach is to burn it all to the ground.

2 · 4 · 24 · 2,471

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @nugenmediahub
blind us, We walk into traps of scavengers, who are waiting at the door to take, everything cheap. I ask the question, is it better to say something is worthless and a complete scam that never had any value rather than showcasing the good and bad and showing those scavengers that

2 · 1 · 10 · 905

**Hussein Faraj** @nugenmediahub · Feb 3
What is logical about an approach that sees maximum losses.

Instead of showing a company has potential and if bidders took it over they could possibly see a great investment. We sometimes choose to allow spite and emotions get the better of us, We allow the pain and hurt to

1 · 3 · 17 · 2,002

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @Ang_One @z0roProfit and 4 others
Honestly i am the first to say FTX if re-launched under proper management and without fraud and corruption, would make an incredible business. This is from the same guy, who made sure the world knew what sam did and would love nothing more than to see him pay for what he did.

1 · 34

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @Ang_One @z0roProfit and 4 others
so the logic here is, instead of showing the company has potential and if bidders took it over they could possibly see a great investment or any other form of recovery may see better returns, it is better to say its worthless and a complete scam that never had any value.....

1 · 70

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @nugenmediahub @Ang_One and 5 others
Destroying a company only achieves further losses. Excuse the grammar

1 · 28

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @nugenmediahub @Ang_One and 5 others
Then, build solutions for optimal returns. Read our drive fields, you will find our findings were much harsher to Alex and the company. We didnt leave out the good either. Although by choice, ignorance, or good intentions. Such behaviour hurt the prospect of best returns to users

1 · 63

**Hussein Faraj** @nugenmediahub · Feb 3

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow

**Mark Ruffalo** @MarkRuffalo Follow

**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in...

Search filters

Top | Latest | People | Media | Lists

1 · 63

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @nugenmediahub @Ang_0ne and 5 others
Value, I am witnessing a group of people who would rather the company reach a 0 evaluation and burn, then a group of people unifying to help achieve an outcome that sees the maximum yield back to the users. A group of people who choose to attack then listen and choose to destroy

28

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @Ang_0ne @z0roProfit and 4 others
Ang, we are in the same boat with ftx and so are most of our customers. We work towards the best outcome by using best practices, appreciating all views and working towards solutions that help make customers as whole as possible. Destroying a company achieves onky achieves less

3 · 83

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @z0roProfit @scaminsky1 and 3 others
Try alittle harder. Feel free to join some of our channels and networks. Again don't waste your time, you obviously have nothing better to do and will only find our networks are second to none. For now good luck. I neither have the time or patience to waste on childish games.

29

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @z0roProfit @scaminsky1 and 3 others
You are seriously wasting your time. Feel free to dig as deep as you wish. If by now you havnt been able to find out who we are and what we own, your pretty much wasting your time.
It's really amusing how spiteful this little crew your apart of is.

3 · 87

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @WebbCate @scaminsky1 and 2 others
You obviously didn't bother to look at the data room for Celsius. I'll do us both a favour & let you continue to act childish alone. Our data rooms were much harsher on insiders and management issues, Either way, I wish you the best. I don't have time for childish behaviour.

3 · 178

**Hussein Faraj** @nugenmediahub · Feb 3
Replying to @WebbCate @scaminsky1 and 2 others
You forget the part for being hungry for childish comments .it sometimes amazes me the level a person is willing to stoop to satisfy their need to push their believes. We don't know each other and I'm sure we never will,so I don't understand the need to force your views on people

3 · 151

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow
**Mark Ruffalo** @MarkRuffalo — Follow
**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.





(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in…

Top | **Latest** | People | Media | Lists

understand the need to force your views on people

3 · 151

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @CarolAn64246005
Selling fear never helps anyone. My stance has never been to protect corrupt management or employees. It has always been to showcase value in celsius. Showing the world, celsius is worth investing in, ultimately to invite better offers and/or a satisfactory reorg plan.

3 · 5 · 16 · 1,344

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @charlesdgall887
Unfortunately, that report when factoring in the cost of its development, was the most useless document I've read, It has left out an extensive amount of crucial information. Although it helped to clarify and confirm certain facts,it truly has left out extensive information

1 · 11 · 28 · 2,864

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @charlesabonce
If you go into any data drives, you will find a part of the drives is social media statements and articles,incldues negative data found on the Web. Regardless of whether an employee was toxic, you need to examine their statements to ensure you have not left out an important fact.

1 · 34

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @Cdell382Curt and @WebbCate
Also, I have no alliances. I found the issue was and has become an argument to prove who was right. This includes the insider who worked on leaking information to SBF, ensuring the company was painted in such a manner that it had no value.

30

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @nugenmediahub and @WebbCate
When you examine the facilities and infrastructure of the platform, you come to appreciate, yes, certainly mismanagement. Although the question remains, does celsius infrastructure have true value. I argue it does and is worth not destroying. Ultimately, this is my opinion.

3 · 1 · 77

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @WebbCate
Will I will continue to align myself with the fact that celsius has alot of value within its platform. The examiner report was a joke. Way too soft on past issues. Read our findings we were much more critical on past events. Our focus has always been on the value of celsius

3 · 1 · 111

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @Cdell382Curt and @WebbCate
I still stand very firm on what ive said all the way through. Infact the examiner report was extreamly soft on past events. There is a huge difference between mismanagement and value of a company. HONESTLY anyone that thinks the examiner report is useful, need to re read it.

2 · 43

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @SmprCryptoFdels
It is although it's not conclusive. We are able to tell although not able to

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow
**Mark Ruffalo** @MarkRuffalo — Follow
**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Search filters

Top | Latest | People | Media | Lists

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @SmprCryptoFdels
It is although it's not conclusive. We are able to tell although not able to prove it 100 percent
1 · 3 · 156

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @antarestuned and @BluAngelMerri
True
1 · 45

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @antarestuned and @BluAngelMerri
Most of them do the same. I met so many founders or market makers in the last year. It is a shame that the proof of assets and market making distinguish isn't being enforced or spoken about anymore.
1 · 3 · 90

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @mikealfred
I have to admit, when I first jumped on, I thought twitter was incredible although compared to our results on other social media platforms, it's really juvenile. I love the direction it's heading into, although they seriously need to improve things.
158

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @nugenmediahub @ozvozz and 3 others
I am the first to support any push to lock them all up, although won't support a single person punished for a norm of an industry that was designed and forced projects into manipulating results while the larger players get away with it openly.
7 · 1 · 8 · 1,120

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @nugenmediahub @ozvozz and 3 others
If you ask me, the examiner should be locked up as well. She stole 20 million in my eyes. That report was piss week and was a repetitive wasted document. There were a lot of issues inside of the daily trading of cel, although that report was not worth a dollar.
9 · 3 · 9 · 9,870

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @pl3nkton @ozvozz and 3 others
I hate to bust your bubble, as much as I would love to see everyone that cheats users or investors locked up, after reviewing the examiners' report, if Alex was to be charged based on the findings, 90 percent of project founders or market makers would also be looked up.
17 · 3 · 10 · 9,622

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @BluAngelMerri
Proving it is really simple. They are all doing it lol. The system which we are all operating in, is designed to force everyone to follow foot. Have you ever wondered why the best tech never makes it. The design of the exchanges and trading system are inbuilt with this structure.
1 · 61

**Hussein Faraj** @nugenmediahub · Feb 2
Replying to @nugenmediahub and @BluAngelMerri
If we are to punsih, we must be fair and punish everyone. This is a norm in the industry and it is unfair to target specific projects. It has to be a blanket

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow

**Mark Ruffalo** @MarkRuffalo Follow

**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

X

| Top | Latest | People | Media | Lists |

**People**
From anyone ✓
People you follow ○

**Location**
Anywhere ✓
Near you ○

Advanced search

Replying to @nugenmediahub and @BluAngelMerri
If we are to punish, we must be fair and punish everyone. This is a norm in the industry and it is unfair to target specific projects. It has to be a blanket ban.

💬 2    🔁    ♥ 5    ᴉ⃘ 133

**Hussein Faraj** ✓ @nugenmediahub · Feb 2
Replying to @BluAngelMerri
I really dislike this process as it ultimately is a huge scam on people and investors. I would love to see the act of market making become a crime, when the market maker or exchange allowing the market making, isn't disclosing, the fact the trade was market made and not real.

💬 2    🔁 1    ♥ 10    ᴉ⃘ 377

**Hussein Faraj** ✓ @nugenmediahub · Feb 2
Replying to @nugenmediahub
6/ with various market makers or buying up there own coins.
It's important to thoroughly research crypto projects before investing, to avoid falling victim to token pumping and other scams. Look for projects with strong fundamentals, a solid team, and a clear roadmap for growth.

💬 1    🔁 2    ♥ 14    ᴉ⃘ 915

**Hussein Faraj** ✓ @nugenmediahub · Feb 2
Replying to @nugenmediahub
5/as it may indicate a lack of real demand for the token, and a lack of trust in the project's long-term prospects, while creating a unsustainable burn rate for the projects management.
Majority of the alt coins and projects have taken part in token pumping. Either by working

💬 1    🔁 3    ♥ 11    ᴉ⃘ 1,003

**Hussein Faraj** ✓ @nugenmediahub · Feb 2
Replying to @nugenmediahub
3/ eventually crash when the buying dries up or continuously applis mass pressue on the token issuer to divert other assets to cover the market making cycle, they have now created.

Investors should be cautious of projects that engage in this behavior,

💬 1    🔁    ♥ 7    ᴉ⃘ 526

**Hussein Faraj** ✓ @nugenmediahub · Feb 2
Replying to @nugenmediahub
2/ This practice, known as "token pumping," can be harmful to investors and undermines the integrity of the crypto market.
Token pumping can create the illusion of demand, leading to a temporary increase in the token's value. But this is unsustainable, and the price will

💬 1    🔁    ♥ 9    ᴉ⃘ 745

**Hussein Faraj** ✓ @nugenmediahub · Feb 2
Replying to @nugenmediahub
1/ Over the years, several crypto projects have been accused of buying their own tokens to artificially inflate their value, with the goal of raising capital through seed or vc funding. This has become a norm in the crypto industry.

💬 8    🔁 7    ♥ 30    ᴉ⃘ 7,333

**Hussein Faraj** ✓ @nugenmediahub · Feb 2
Replying to @Bitboy_Crypto
I know the guy who posted that photo lol.

💬 1    🔁    ♥ 3    ᴉ⃘ 2,760

**Hussein Faraj** ✓ @nugenmediahub · Jan 31
Replying to @nugenmediahub @PaulytheGreat1 and @mashinky
The community regardless of the mismanagement of the company, I have

**What's happening**

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

**Who to follow**

**Hussein Faraj** ✓
@nugenmediahub                Follow

**Mark Ruffalo** ✓
@MarkRuffalo                  Follow

**Ian McKellen** ✓
@IanMcKellen                  Follow

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.

Document title: (from:nugenmediahub) since:2023-1-6 until:2023-2-5 include:nativeretweets - Search / X
Capture URL: https://twitter.com/search?q=(from%3Anugenmediahub)%20since%3A2023-1-6%20until%3A2023-2-5%20%20include…
Capture timestamp (UTC): Wed, 11 Oct 2023 16:51:22 GMT





Top Latest People Media Lists

**Hussein Faraj** @nugenmediahub · Jan 31
Replying to @nugenmediahub @PaulytheGreat1 and @mashinky
The community regardless of the mismanagement of the company, I have been and will maintain supporter for the best possible outcome post chapter 11. I personally believe cel can be salvaged and if salvaged correctly, would see great future growth.
1 32

**Hussein Faraj** @nugenmediahub · Jan 31
Replying to @PaulytheGreat1 and @mashinky
I was very clear I would not be making any statements in relation to Alex or any crimes committed by any person. I was examining an attack on the network and also made it very clear in all spaces we held and took part in, that I believed celcius community made cel unique
1 44

**Hussein Faraj** @nugenmediahub · Jan 31 ·
Any blockchain developers or programmers looking at learning rust and how to best use substrate are invited to join nugenesis first training session. Dates will be announced shortly. Email your details to mohamad_zohbie@nugenesisou.com
To add your name.
Free of charge
1 3 14 986

**Hussein Faraj** @nugenmediahub · Jan 31
Replying to @MaggieWebber
All good. We are working on alot of upgrades. we figured it's time to take everything off beta and push them all live, opening access to users to use the tech in its full capacity. Make sure you download the metarealm display we made public..
1 2 46

**Hussein Faraj** @nugenmediahub · Jan 31
Replying to @PaulytheGreat1
The entire drive was released to the public weeks ago
1 72

**Hussein Faraj** @nugenmediahub · Jan 31
Replying to @MaggieWebber
How are you Maggie you need to read the message after. We are upgrading to the latest version of our tech.
2 54

**Hussein Faraj** @nugenmediahub · Jan 31
Replying to @nugenmediahub
Our latest asset management chain.
Your last chance to use nftcity beta before its taken offline.
We are proud to announce that all our beta platforms have far exceeded all expectations. 12 months with over 15000 users and flawless operations.
Can't wait to deploy the real tech
1 16 790

**Hussein Faraj** @nugenmediahub · Jan 31
I am proud to announce that nugenesis will start its transition to truly decentralise its node hosting and attempt to create a system that has no central authority at all. As of tomorrow, ledgerx will remain operational, although nucoin will be taken offline and replaced with
3 6 25 3,152

**Hussein Faraj** @nugenmediahub · Jan 30
Replying to @nugenmediahub

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

**Who to follow**

**Hussein Faraj** @nugenmediahub Follow
**Mark Ruffalo** @MarkRuffalo Follow
**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Search filters

Top | Latest | People | Media | Lists

**Hussein Faraj** @nugenmediahub · Jan 30
Replying to @nugenmediahub
regulation in this market can make it easier for white washing & other manipulative practices to occur. As cryptocurrencies become more mainstream & the market continues to grow, it is likely that regulators will take steps to address these issues and increase market transparency
2 · 8 · 631

**Hussein Faraj** @nugenmediahub · Jan 30
Replying to @nugenmediahub
. However, when market makers eventually sell their positions, the price of the cryptocurrency can crash, leading to significant losses for investors.

It is important for investors to be aware of potential market manipulation when investing in cryptocurrencies, as the lack of
1 · 1 · 8 · 703

**Hussein Faraj** @nugenmediahub · Jan 30
Replying to @nugenmediahub
can also be used to manipulate the market. Market makers can use white washing to artificially inflate the price of a cryptocurrency, making it appear more valuable than it actually is. This can attract more buyers and further drive up the price, creating a positive feedback loop
1 · 3 · 179

**Hussein Faraj** @nugenmediahub · Jan 30
Replying to @nugenmediahub
This can be done by market makers, who are individuals or companies that provide liquidity to the market by buying and selling large amounts of a particular cryptocurrency.

The presence of market makers can increase the stability of a cryptocurrency market, but their actions
1 · 4 · 179

**Hussein Faraj** @nugenmediahub · Jan 30
Replying to @nugenmediahub
Cryptocurrencies are digital or virtual currencies that use cryptography for security and operate independently of central banks. White washing is a term used to describe the practice of artificially inflating the price of a cryptocurrency through coordinated buying and selling.
1 · 5 · 203

**Hussein Faraj** @nugenmediahub · Jan 30
In conclusion, cryptocurrencies offer a new and innovative way to store and transfer value, but they are not without their risks. Market manipulation and white washing are among the risks that investors should be aware of when investing in this asset class.
3 · 4 · 16 · 1,687

**Hussein Faraj** @nugenmediahub · Jan 27
wetransfer.com/downloads/d2a2... wetransfer.com/downloads/b656... wetransfer.com/downloads/94a8...
Nugenesis metarealm stand alone demonstration. Download and Extract all files using Winrar and execute the folder. Use your oculus and walk into the metrealm.
Really looking forward to the full launch.
2 · 11 · 770

**Hussein Faraj** @nugenmediahub · Jan 26
If this is true, then we truly are on the path to a better future.

People
From anyone
People you follow
Location
Anywhere
Near you
Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow
**Mark Ruffalo** @MarkRuffalo Follow
**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Top | **Latest** | People | Media | Lists

**Hussein Faraj** @nugenmediahub · Jan 26
If this is true, then we truly are on the path to a better future.

> **Whale** @WhaleChart · Jan 25
> JUST IN: Crypto exchange Binance to block wash trading

4 · 3 · 18 · 1,846

**Hussein Faraj** @nugenmediahub · Jan 26
Replying to @nugenmediahub
Becoming a dream for most. We yearn for better lives but continue to shy away from doing something to achieve a fairer society. People fear AI & robotics. I Yearn for a future, when humanity can spend more time elevating it's spiritual presence and allow our creations to serve us

4 · 3 · 21 · 690

**Hussein Faraj** @nugenmediahub · Jan 26
Is it me, or has life all a sudden become increasingly difficult. Humanity is failing its self. We pivet to make our lives more difficult. In a world so rich of resources and the brilliance of human intellect. Life should be getting easier. I am finding that financial freedom is

1 · 5 · 23 · 2,019

**Hussein Faraj** @nugenmediahub · Jan 26
Replying to @MountainviewMo4
I have come to realise they remove news feeds that are promoted in a means other than their approach.

1 · 46

**Hussein Faraj** @nugenmediahub · Jan 26
Replying to @MountainviewMo4
We are currently attempting to put together a deal to buy the stake ftx holds and then try and go back to solana foundstion and work with them. I don't know if our plan will work or if the commitment will solidify. Although its worth a try.

2 · 58

**Hussein Faraj** @nugenmediahub · Jan 26

3 · 3 · 12 · 1,430

**Hussein Faraj** @nugenmediahub · Jan 25
coindesk.com/business/2023/...

The first step to a positive outcome. The fact that someone has started building the tech shows hope and will eventually lead to inherently improved auditing. It's time to divide real trade from fake trade (white washing).

1 · 2 · 11 · 802

**Hussein Faraj** @nugenmediahub · Jan 25

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow
**Mark Ruffalo** @MarkRuffalo — Follow
**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.





(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in...

Top | **Latest** | People | Media | Lists

1 · 2 · 11 · 802

**Hussein Faraj** @nugenmediahub · Jan 25
Replying to @xOSIJEKx and @nugenesisou
Hi Sasha Yes although it usually takes a few days to get a reply.
2 · 1 · 16

**Hussein Faraj** @nugenmediahub · Jan 24
When I share articles it's for future referencing as they are crucial.

The Unknown Hedge Fund That Got $400 Million From Sam Bankman-Fried

3 · 12 · 31 · 2,655

**Hussein Faraj** @nugenmediahub · Jan 24
Replying to @nugenmediahub
Really hard on liquidating shorts. Desperation will see unprecedented moves in crypto coins they need to exit out of or in crypto short positions they can wipe out. Sol and ftx were abused by sbf and his various companies and partners. Sol Recovery will need time and hard work.
2 · 8 · 544

**Hussein Faraj** @nugenmediahub · Jan 24
Not financial advice and in no way do I wish hurt on any project, although please be cautious with Solana.
Great read.
cointelegraph.com/news/solana-so...
Polygon and the foundation behind it, will make solana nft endeavours obsolete in the near future.
This year, market makers will work r

1 · 12 · 778

**Hussein Faraj** @nugenmediahub · Jan 24
Replying to @nugenmediahub
A reorg plan has now been confirmed for Celsius. @CelsiusNetwork

@SBF_FTX will soon follow with clear indication that assets and funds distributed amongst a network of registered and unregistered allocations to ftx will surpass the hole in ftx for all users not just US users

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow
**Mark Ruffalo** @MarkRuffalo Follow
**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in

Top Latest People Media Lists

@SBF_FTX will soon follow with clear indication that assets and funds distributed amongst a network of registered and unregistered allocations to ftx, will surpass the hole in ftx for all users not just US users.

4 4 17 1,187

**Hussein Faraj** @nugenmediahub · Jan 24
2023 off to a great start.

Numbers and analysis of data never lie.

Cel reorg and ftx users will hopefully see a solution that would make everyone almost whole and I believe subject to the positions taken, users might actually end up in a much better situation.

3 3 18 1,881

**Hussein Faraj** @nugenmediahub · Jan 24
Congratulations, This is the best possible outcome. I've done the numbers a million times over, unbelivable business. Needs some tweaking,
In unregulated and uncharted spaces, you're bound to make mistakes.
Learning from those mistakes and not giving up is how to achieve success

> **CelsiusFactsNumbers** @CelsiusFacts · Jan 24
> BREAKING NEWS
> - #CelsiusNetwork is looking at having a stratefied recovery smaller holders bellow 5k might get all assets to leave.
> - Larger holders will get a debt token that seems to represent all the value, so you can sell if you dont believe in the company or recovery.

18 15 59 7,786

**Hussein Faraj** @nugenmediahub · Jan 24
Replying to @MaggieWebber
Yes 10pm we are talking about shifting the time slot to Friday mornings. We will decide tomorrow.

14

**Hussein Faraj** @nugenmediahub · Jan 24
coindesk.com/business/2023/...
Quick nodes very interesting company.
@SBF_FTX how many companies do you actually have ties to.
My gut tells me, quickNodes is one of them. Speculation on my behalf.

Time will tell.

> coindesk.com
> QuickNode Raises $60M in Series B at $800M Valuat...
> Crypto fund 10T Holdings led the round TradFi giant Tiger Global was among the other backers.

1 1 5 585

**Hussein Faraj** @nugenmediahub · Jan 24
Replying to @KhaledElawadi
Binance. As this was completely done through their infrastructure. We had completely verified it was legit by binance. If we had lost any funds I would have taken action directly against them.

1 2 24

**Hussein Faraj** @nugenmediahub · Jan 24
Replying to @AFTXcreditor
This is a crucial piece of evidence for future referencing..Genesis also received a new request for a loan by alameda after closing the initial 2.5b. What is interesting is when and why those loans were taken.

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow

**Mark Ruffalo** @MarkRuffalo Follow

**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.





(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in...

Top | Latest | People | Media | Lists

Replying to @AP1Xcreditor
This is a crucial piece of evidence for future referencing..Genesis also received a new request for a loan by alameda after closing the initial 2.5b. What is interesting is when and why those loans were taken.
6 | 1 | 6 | 573

**Hussein Faraj** @nugenmediahub · Jan 24
Replying to @MaggieWebber
Maggie join us Thursday twitter spaces
1 | | 1 | 33

**Hussein Faraj** @nugenmediahub · Jan 24
Replying to @SirMrMeowmeow @Bscpleb_eth and @cz_binance
Yes they were communicating through the original email and were not using any other method
| | 1 | 23

**Hussein Faraj** @nugenmediahub · Jan 24
Replying to @SirMrMeowmeow @Bscpleb_eth and @cz_binance
You can fake an email although can't reply back and forth using that email.
| | 2 | 23

**Hussein Faraj** @nugenmediahub · Jan 24
Replying to @JasonMi03326642
We will reopen onboarding next week
| | 2 | 17

**Hussein Faraj** @nugenmediahub · Jan 23
Replying to @seun3_fayomi
It was never about selling a coin but about completing the work before going to the market. We built the entire network to ensure we don't full as a security in any future. Unfortunately, with Alameda controlling our liquidity, only time could fix that issue.
| | 4 | 30

**Hussein Faraj** @nugenmediahub · Jan 23
Replying to @BadrAfridi
We had to delist to sort out all the issues with Alameda. We will shortly be listing
1 | | 3 | 41

**Hussein Faraj** @nugenmediahub · Jan 23
Replying to @BourbonfiveO
We will be listing on several exchanges soon. It's going out to a network vote next week
1 | | 7 | 113

**Hussein Faraj** @nugenmediahub · Jan 23
Just over a year ago, we completed road map 1, Since then, Nugenesis has achieved unbelievable technological growth.
Roadmap 2 is running years ahead of schedul. Shortly, we will release our first working sample of the metarealm. Accessible through your oculus.

Stay tuned...

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow
**Mark Ruffalo** @MarkRuffalo — Follow
**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

X

Top    **Latest**    People    Media    Lists

▶    0:04 / 1:04    🔇    ⚙    ⤢    ⛶

💬 1    🔁 5    ♡ 24    📊 1,167    ⤴

**Hussein Faraj** ✓ @nugenmediahub · Jan 23    ···
Just over a year ago, we completed road map 1, Since then, Nugenesis has achieved unbelievable technological growth.
Roadmap 2 is running years ahead of schedul. Shortly, we will release our first working sample of the metarealm. Accessible through your oculus.

Stay tuned...

**NuGenesis
The Unveiling**
they promised, we delivered
THURSDAY 23ʳᵈ OF DECEMBER 2021

1:01

💬 4    🔁 4    ♡ 26    📊 1,793    ⤴

**Hussein Faraj** ✓ @nugenmediahub · Jan 23    ···
moskowitz-law.com/press-2023

Miami Judge To Weigh Whether Crypto Platform FTX's Investment Product Is A Security

MOSKOWITZ    moskowitz-law.com
2023 — The Moskowitz Law Firm
For Media Inquiries, Please Contact: Cindi Avila
cindi@moskowitz-law.com

💬    🔁    ♡ 7    📊 686    ⤴

**Hussein Faraj** ✓ @nugenmediahub · Jan 22    ···
Replying to @xOSIJEKx @cz_binance and @binance
Their team worked really quick and resolved the issue and took the name of their ex employee off their website.what is scary is how many projects got scammed and actually sent money.

💬 9    🔁 4    ♡ 6    📊 208    ⤴

**Hussein Faraj** ✓ @nugenmediahub · Jan 22    ···
Replying to @fortuin_wesley
We didn't loose anything. We advised binance their was a scam going on using their servers. We didn't transfer anything

💬 1    🔁    ♡ 1    📊 68    ⤴

**Hussein Faraj** ✓ @nugenmediahub · Jan 22    ···
Replying to @nugenmediahub
Realised

**Search filters**

**People**
From anyone    ✓
People you follow    ○

**Location**
Anywhere    ✓
Near you    ○

Advanced search

**What's happening**
NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts    ···

Politics · Trending
**Ken Buck**
4,519 posts    ···

Entertainment · Trending
**noah schnapp**    ···

Trending in United States
**Jason Lee**
2,219 posts    ···

Show more

**Who to follow**
**Hussein Faraj** ✓
@nugenmediahub    Follow

**Mark Ruffalo** ✓
@MarkRuffalo    Follow

**Ian McKellen** ✓
@IanMcKellen    Follow

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2023 X Corp.

X



Top    **Latest**    People    Media    Lists

**Hussein Faraj** ✓ @nugenmediahub · Jan 22
Replying to @nugenmediahub
Realised

💬 3    🔁    ♡ 7    � 879    ⬆

**Hussein Faraj** ✓ @nugenmediahub · Jan 22
Replying to @Cryptonolio
If he is able to slither out of this. He will have the last laugh. Although i find it hard to believe, he will get off lightly.

💬    🔁    ♡ 1    � 44    ⬆

**Hussein Faraj** ✓ @nugenmediahub · Jan 22
Replying to @nugenmediahub
Our team, deleted all the messages that were between us, I assume this is what happens when they close a case, you can no longer see the thread & didn't one send a single thank you. Not that it was needed.@cz_binance  as scammers are getting more sophisticated please be carefull

💬 3    🔁 2    ♡ 13    � 774    ⬆

**Hussein Faraj** ✓ @nugenmediahub · Jan 22
Replying to @nugenmediahub
Payments that we released were a scam. We contacted binance and notified them. We worked with binance security, notified them about internal breach, their email servers possibly hacked, and gave them the full information about the people involved. Binance instead of thanking

💬 2    🔁 2    ♡ 10    � 1,542    ⬆

**Hussein Faraj** ✓ @nugenmediahub · Jan 22
Replying to @nugenmediahub
Binance. We assumed it was binance, even after checking with binance themselves, we received confirmation  that the person speaking to us was authorised. It was only until we checked the wallet on contract,we realised it was not a traditional wallet used by exchanges to recieve

💬 1    🔁 1    ♡ 4    � 509    ⬆

**Hussein Faraj** ✓ @nugenmediahub · Jan 22
Replying to @nugenmediahub
After we applied for nucoin to be listed on binance. We applied from binance official link. We received a reply shortly after, and it was from binance official email address. We confirmed the email through binance check and also the person who contacted us. Both were verified by

💬 1    🔁    ♡    � 415    ⬆

**Hussein Faraj** ✓ @nugenmediahub · Jan 22
Replying to @nugenmediahub
Our past experience might help shed light on how sophisticated scammers are getting. We communicated via this email, The users were able to use listing@binance.com and reply to our messages. They reached out

**Search filters**

**People**
From anyone                    ✓
People you follow              ○

**Location**
Anywhere                       ✓
Near you                       ○

Advanced search

**What's happening**

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

**Who to follow**

**Hussein Faraj** ✓
@nugenmediahub            Follow

**Mark Ruffalo** ✓
@MarkRuffalo              Follow

**Ian McKellen** ✓
@IanMcKellen              Follow

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2023 X Corp.





(from:nugenmediahub) since:2023-1-6 until:2023-2-5 inc

Search filters

Top | Latest | People | Media | Lists

19 · 10 · 22 · 4,437

**Hussein Faraj** @nugenmediahub · Jan 22
Replying to @Bscpleb_eth and @cz_binance
In our case it was a rogue employee who had left and binance hadn't removed her access. Although I believe it was an insider working with them.

1 · · 1 · 38

**Hussein Faraj** @nugenmediahub · Jan 21
coindesk.com/policy/2023/01...

Wait untill they start digging in deeper and realise how many assets he owns, assets that were never in his name. Companies with other faces and names.

coindesk.com

4 · 10 · 39 · 3,222

**Hussein Faraj** @nugenmediahub · Jan 21
Replying to @Bscpleb_eth and @cz_binance
Think about it, in our case, they were official email address and official binance verified workers. What made us suspicious is the wallet they wanted payment in. Everything else was perfect. So always be cautious. This space has really good scammers.

1 · · 1 · 98

**Hussein Faraj** @nugenmediahub · Jan 21
Replying to @Bscpleb_eth and @cz_binance
What is crazy, is we received an official offer from binance through their official email. They would even reply to us, and the Telegram user was verified through binance and being official.

We almost lost a fortune. Be very careful. Scammers are getting really good.

3 · 1 · 4 · 1,471

**Hussein Faraj** @nugenmediahub · Jan 20
Replying to @realrephy @DeviousPL and 8 others
I sincerely hope Cel has a prosperous future and everyone is made whole. After investigating cel extensively, I have come to appreciate why such a community is crucial.

Whenever needed, our team will help as much as possible.

6 · 8 · 43 · 2,095

**Hussein Faraj** @nugenmediahub · Jan 20
Replying to @realrephy @DeviousPL and 8 others
Pretty much.

Im the head of metalabs global, Nugenesis, Insidecrypto.news, and advantage group Australasia. Spent the last 13 years in the field of technology and advanced monitoring systems through artificial intelligence. Also specialise in

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow
**Mark Ruffalo** @MarkRuffalo — Follow
**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Im the head of metalabs global, Nugenesis, Insidecrypto.news, and advantage group Australasia. Spent the last 13 years in the field of technology and advanced monitoring systems through artificial intelligence. Also specialise in blockchain architecture.

💬 1    🔁 1    ♥ 6    📊 175

**Hussein Faraj** ✓ @nugenmediahub · Jan 20
hiring chief investment officers for the nugenesis network. Excellent work conditions. Must have the ability to raise capital and have direct links with VC firms.
Nugenesis has built its entire infrastructure and has decades of technology in reserves. email admin@advagroup.com.au

💬 1    🔁 6    ♥ 21    📊 1,205

**Hussein Faraj** ✓ @nugenmediahub · Jan 20
Replying to @antarestuned
We definitely should. Although I predict this isn't a short-term trap, i would assume it's more of a long-term confidence booster.

💬    🔁    ♥ 1    📊 55

**Hussein Faraj** ✓ @nugenmediahub · Jan 20
Replying to @nugenmediahub
Genesis Asia Pacific unit (that also filed for bankruptcy), which managed Genesis' lending relationship with 3AC. At the time of 3AC going under, Genesis had $2.4 billion in outstanding loans to the fund, of which Genesis was able to recover just half, according to the filing.

💬    🔁 2    ♥ 6    📊 587

**Hussein Faraj** ✓ @nugenmediahub · Jan 20
Genesis Claims $5.1B in Liabilities in First-Day Bankruptcy Filing

At least part of the liquidity crunch began months earlier thanks to Genesis' $1.2 billion loss to crypto hedge fund Three Arrows Capital (3AC), which collapsed in the summer of 2022. That loss came out of the

💬 1    🔁 2    ♥ 11    📊 1,102

**Hussein Faraj** ✓ @nugenmediahub · Jan 20
Replying to @antarestuned
This is very different to a bull trap, it is the evolution of it. This is the pure power of the market being entirely manipulated. None of the algorithms are the same. While every indication should be down, prices have seen upto 35% increases for some coins.

💬 1    🔁    ♥ 2    📊 88

**Hussein Faraj** ✓ @nugenmediahub · Jan 20
Peter Thiel incredible timing on cashing out btc holdings. At least some people made a fortune. Over 1.8b in profits and cashing out almost their entire bitcoin reserves. In April, he was championing 100x on btc when it was trading at 44k. Then cashes before the crash,what timing

💬 3    🔁 3    ♥ 19    📊 3,642

**Hussein Faraj** ✓ @nugenmediahub · Jan 20
Replying to @nugenmediahub
the PR saturation, not the tech, stupid" , when he paid under the table for "the Block" to promote his shitcoins and support his false market making. Who wants to do the same thing with Coindesk?

💬 1    🔁 2    ♥ 10    📊 777

**Hussein Faraj** ✓ @nugenmediahub · Jan 20
With genesis now officially filed for bankruptcy, it's going to be really interesting what will happen next. Coin desk up for sale....
Shibboleths or Die!!  Buyers for the next market hype to bid on coindesk.

---

**Search filters**

**People**
From anyone                          ✓
People you follow                    ○

**Location**
Anywhere                             ✓
Near you                             ○

Advanced search

**What's happening**

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

**Who to follow**

**Hussein Faraj** ✓
@nugenmediahub          [Follow]

**Mark Ruffalo** ✓
@MarkRuffalo            [Follow]

**Ian McKellen** ✓
@IanMcKellen            [Follow]

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2023 X Corp.

---

Document title: (from:nugenmediahub) since:2023-1-6 until:2023-2-5 include:nativeretweets - Search / X
Capture URL: https://twitter.com/search?q=(from%3Anugenmediahub)%20since%3A2023-1-6%20until%3A2023-2-5%20%20include…
Capture timestamp (UTC): Wed, 11 Oct 2023 16:51:22 GMT



(from:nugenmediahub) since:2023-1-6 until:2023-2-5

Top | Latest | People | Media | Lists

Hussein Faraj @nugenmediahub · Jan 20

With genesis now officially filed for bankruptcy, it's going to be really interesting what will happen next. Coin desk up for sale....
Shibboleths or Die!! Buyers for the next market hype to bid on coindesk.
SBF taught us that "it is all about the Shibboleths,

6 | 4 | 19 | 2,246

Hussein Faraj @nugenmediahub · Jan 20
Replying to @piano_fires and @MetaLawMan

Yes we know the story very well. You couldn't make this stuff up. It's like a blockbuster series

4 | 2,665

Hussein Faraj @nugenmediahub · Jan 19
Replying to @nugenmediahub

When we investigated the relationship, it was as if dcg was looking for a front runner. Found sbf and supports him to become the poster boy. I wouldn't be surprised if they were the reason ftx was established.

2 | 4 | 22 | 1,005

Hussein Faraj @nugenmediahub · Jan 19

Alameda research and genesis relationship is from as early as 2018. Genesis recruited alameda research. A lot of people assume genesis worked with ftx late 2020. At one point, sbf had loans of over 6.5 billion dollars secured at 50% collateral. Meaning had 3.25b to play with.

4 | 10 | 34 | 3,971

Hussein Faraj @nugenmediahub · Jan 19
Replying to @AFTXcreditor and @sunil_trades

They lost control. They thought they would appoint them and work together . The door was closed on Dan and Sam. If we wre correct it was Dan who convinced Sam to use these guys.

1 | 3 | 115

Hussein Faraj @nugenmediahub · Jan 19
Replying to @nugenmediahub

For the first time I ever my gut tells me, people greed will overcome them & they will forget the fight, crypto vs tradfi. Proof of reserves and distinguishing market maker trades from real trades might be swept under the rug. The criminals will get wiser on how to play the game.

1 | 3 | 13 | 618

Hussein Faraj @nugenmediahub · Jan 19
Replying to @nugenmediahub

One viable theory is that market makers and whales are sacrificing to rebuild confidence. With limited funds traded by retail and otc, market makers limit the amount of sacrificial coins. Very interesting times ahead. Also clear signs of fake markets.

2 | 3 | 13 | 627

Hussein Faraj @nugenmediahub · Jan 19
Replying to @nugenmediahub

Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

Hussein Faraj @nugenmediahub Follow
Mark Ruffalo @MarkRuffalo Follow
Ian McKellen @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.



(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in...

Search filters

Top | Latest | People | Media | Lists

1 | 1 | 10 | 452

**Hussein Faraj** @nugenmediahub · Jan 19
Replying to @nugenmediahub
Sacrafise market. Trying to build and sustain confidence. Data suggests This rally may sustain! data also suggests retail is now insignificant so not a bull-trap.everything suggests markets should be dumping, results are the opposite. Never seen this pattern before across markets

1 | 1 | 10 | 581

**Hussein Faraj** @nugenmediahub · Jan 19
It is very interesting to watch serum and sol movements. our AI suggests irregular market movement for these two projects. We have been following the market movement for the last month extreamly closely. This dosnt seem to be a pump and dump market, looks like a market maker

4 | 13 | 30 | 3,096

**Hussein Faraj** @nugenmediahub · Jan 19
amp.smh.com.au/national/nsw/m...

NAVIS was introduced and showcased to the Sydney morning herald months ago. It was a really enjoyable day and the reporter was stuned when we explained the manipulation in the markets. Great little read. Pre ftx collapse.

4 | 9 | 815

**Hussein Faraj** @nugenmediahub · Jan 19
Replying to @CryptoEva
Anything with Dan seems to disappear really quick.

1 | 31

**Hussein Faraj** @nugenmediahub · Jan 19
unlock-bc.com/96128/binance-...
Great read

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow

**Mark Ruffalo** @MarkRuffalo — Follow

**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.









(from:nugenmediahub) since:2023-1-6 until:2023-2-5 inc

Top | **Latest** | People | Media | Lists

**Hussein Faraj** @nugenmediahub · Jan 19
unlock-bc.com/96128/binance-...
Great read

unlock-bc.com
Binance Named as Counterparty in FinCEN Order Ag...
The FinCEN has named Binance as one of the top three counterparties associated with the illegal ...

3 · 10 · 558

**Hussein Faraj** @nugenmediahub · Jan 19
Replying to @nugenmediahub
White House National Economic Council in the Obama Administration and the Chief Economist of the World Bank. Months ago these established figures were deleted from the DCG website. Summers just edited his personal website to scrub the 6 ½ years at DCG from his BIO.

1 · 6 · 21 · 932

**Hussein Faraj** @nugenmediahub · Jan 19
Replying to @nugenmediahub
and NY Fed Reserve board member is a big democratic donor.
Summers, the Harvard President with the “special relationship” with Jeffrey Epstein, was 71st Secretary of the Treasury in the Clinton Administration, Director of the

1 · 4 · 19 · 1,037

**Hussein Faraj** @nugenmediahub · Jan 19
When DCG deletes evidence ... you have to worry!
Why are DCG insiders, with political democratic party connections, scrubbing evidence of their existence with DCG from public record? Glenn Hutchins & Lawrence Summers! Hutchinson, was Clinton transition team economic advisor,

4 · 16 · 55 · 8,216

**Hussein Faraj** @nugenmediahub · Jan 17
forbes.com/sites/davidjea...

Interesting read
The deal also illustrated Chalopin’s ties to FTX leaders. Dan Friedberg, a top FTX lawyer, was approached by Chalopin about the Moonstone deal because the two had forged a close personal bond. During business trips to the Bahamas,

1 · 3 · 10 · 1,008

**Hussein Faraj** @nugenmediahub · Jan 17
Replying to @nugenmediahub
Friedberg dined with Chalopin, and FTX and Deltec employees recalled to Forbes that both men spoke highly of one another. “Starting in or around August 2021, Jean began discussions with Dan Friedberg about a potential investment,” Chalopin’s spokesperson Eric Hersey told Forbes.

1 · 9 · 590

**Hussein Faraj** @nugenmediahub · Jan 17
Join the space. Really laid back and enjoyable

Spaces
**Details not available**

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What’s happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow
**Mark Ruffalo** @MarkRuffalo — Follow
**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Top | Latest | People | Media | Lists

1 | 7 | 834

**Hussein Faraj** @nugenmediahub · Jan 17
Replying to @nugenmediahub
Will commence shortly

2 | 7 | 714

**Hussein Faraj** @nugenmediahub · Jan 17

Hussein Faraj Host
**CBDC and explanation on how to navigate cel data room link.**
28.2K tuned in · Jan 17 · 1:39:21
Play recording

6 | 8 | 11 | 1,427

**Hussein Faraj** @nugenmediahub · Jan 17 ·
Set a reminder for my upcoming

Join us tonight for the Tuesday nugenesis talks.

Tonight's discussions will be CBDC and hie to navigate the Celsius data link we have shared.

Hussein Faraj Host
**CBDC and explanation on how to navigate cel data room link.**
28.2K tuned in · Jan 17 · 1:39:21
Play recording

2 | 8 | 944

**Hussein Faraj** @nugenmediahub · Jan 17
Replying to @nugenmediahub
Of articles, for and against. We will soon add our findings and explanations. This is a live document and is being reviewed daily and corrected as better information is made available.
During today's space we will explain how to navigate the folder

1 | 4 | 10 | 785

**Hussein Faraj** @nugenmediahub · Jan 17
airtable.com/shrUnlXuljGeen...

@CelsiusNetwork

Celsius data room. As promised, please find the link to the timeline and links of events that took place.

We have compiled data that our team was able to verify, from atleast 2 solid sources. We have also added a comprehensive list

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow
**Mark Ruffalo** @MarkRuffalo Follow
**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 ...

Top | Latest | People | Media | Lists

We have compiled data that our team was able to verify, from atleast 2 solid sources. We have also added a comprehensive list

2 · 16 · 33 · 7,936

**Hussein Faraj** @nugenmediahub · Jan 17
Replying to @NicNayef and @opensea
Nugenesis uses DAVP (decentralized Autonomous Voting platforms) for its governance, this is done through its DALS platforms (Decentralised Autonomous Ledgering Systems)
A holder of the NFTs becomes a member of the staking positions and receives the same benefits.

4 · 67

**Hussein Faraj** @nugenmediahub · Jan 17
Replying to @0xStryker and @opensea
lol we auctioned off the first nucoin collection 18 months ago, The gold coins reached 50k AUD. The listing of the NFTs is to get a feel of each platform. Not really interested in selling. The Nugenesis NFT collections have governance rights, & the holder is assigned the benefits

1 · 2 · 73

**Hussein Faraj** @nugenmediahub · Jan 17
Nugenesis official NFT Series on OpenSea has now launched.

Thought it was time to test other NFT platforms.

Check out this item on OpenSea opensea.io/assets/ethereu... via @opensea

3 · 2 · 11 · 1,089

**Hussein Faraj** @nugenmediahub · Jan 17
Replying to @otisa502 and @coinbureau
My thoughts aswell. Why I'm finding it very hard to swallow.

1 · 2 · 243

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @piano_fires and @MarioNawfal
Most people would not perceive how significant the scam of the tokenised stock concept that has been implemented in the digital market is. If they did, they would understand the importance of this video.

1 · 30

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @piano_fires and @MarioNawfal
Thank you for sharing that post. I couldn't find it earlier, when you tagged me into it, I was greatful. It's really hard to believe people so high in the food chain, could not see the internal scams.I seriously, think over time it normalised & was no longer perceived as fraud

38

Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow
**Mark Ruffalo** @MarkRuffalo — Follow
**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in

Top | Latest | People | Media | Lists

chain, could not see the internal scams.I seriously, think over time it normalised & was no longer perceived as fraud

38

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @LyoShoji and @coinbureau
twitter.com/piano_fires/st...
There was never 1 to 1 on ftx. This is why I earlier chose to take a side position on Brett.Could he seriously have been so negligent or was he really isolated from what really happened. As proof is not conclusive, I can't make a determination

6 · 2 · 46

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @piano_fires and @MarioNawfal
This is why I found it hard to believe he didn't know anything. The video alone shows, he either is negligent in his duties or apart of the circus. Everyone talks very highly of Brett so I chose to give him the benefit of doubt, although find it hard to swallow, he didnt know

28

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @LyoShoji
The current transactions are people using our services. We are planing on launching extensive platforms this year.

2 · 27

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @LyoShoji
Currently, we have taken it offline. When alameda stole our liquidity, we needed to protect the project and took it offline. Currently Nucoin can be traded within our network, although we took it offline from exchanges.

To be honest, there were several reasons why.

1 · 42

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @LyoShoji and @coinbureau
Honestly, I find it strange a ceo doesn't know everything. We sometimes have no choice but to accept difficiencies, although turning a blind eye always leads to a disastrous outcome. A crucial thing we always say, failing honoustly is better than succeeding by deception.

1 · 1 · 32

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @LyoShoji and @coinbureau
I agree. 100 percent

28

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @LyoShoji and @coinbureau
I've always given people the benefit of doubt, and I hope your correct. I wish him a great future, if he was one of the honest ones.

2 · 2 · 50

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @coinbureau
I sincerely hope what his saying is completely true. I find it very hard to believe that workers from ftx us who gave us information knew what was happening while the CEO didn't. The question isn't was he involved, the question is, how much did he know, did he report it.

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow
**Mark Ruffalo** @MarkRuffalo — Follow
**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.





(from:nugenmediahub) since:2023-1-6 until:2023-2-5

Top | Latest | People | Media | Lists

believe that workers from ftx as who gave us information knew what was happening while the CEO didn't. The question isn't was he involved, the question is, how much did he know, did he report it.

4 · 1 · 14 · 1,572

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @CryptoEva and @AureliusValue
Happy to also give hiu access to our data pools. We have teams that work on bringing and analysing the market daily. Email a request to admin@advagroup.com.au I will approve it

1 · 43

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @AureliusValue and @CryptoEva
Done.

1 · 1 · 39

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @CryptoEva
There are 2 major exchanges that will take over from everyone. They are predicted to be one. The story behind this company is very interesting.

2 · 30

**Hussein Faraj** @nugenmediahub · Jan 15
Replying to @CryptoEva
Look whos behind it

1 · 23

**Hussein Faraj** @nugenmediahub · Jan 14
Replying to @CryptoEva
Are you referring to bullish global if you are, you're in for a huge surprise, who is involved in that venture.

2 · 2 · 107

**Hussein Faraj** @nugenmediahub · Jan 14
Replying to @7hund3rf0x and @BillAckman
Its a bank and not a crypto exchange that is holding funds under a custodianship pretext. Huge differences. Ftx has a legal obligation not to touch users funds, as when they are deposited into ftx, it is guaranteed the funds remain yours and will not be used.

2 · 49

**Hussein Faraj** @nugenmediahub · Jan 13
Replying to @JDC_Crypto @SBF_FTX and @kevinolearytv
Thats not actually true. The first funds that would have to be returned are the funds held in custody.

20

**Hussein Faraj** @nugenmediahub · Jan 13
Interesting take.

Have you realised the calls for exchanges to show proof of liabilities has gone quiet. They're counting on people to be like fish. Forget really quick. It amazes me that people actually believe the current markets are not being manipulated.

Billionaire Mark Cuban believes a shadowy form of market manipulation could be the next scandal to hit the cryptocurrency industry.

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow

**Mark Ruffalo** @MarkRuffalo Follow

**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in...

Top | Latest | People | Media | Lists

hit the cryptocurrency industry.

cnbc.com
Mark Cuban predicts this will be the 'next possible implosion' in crypto—here's how to avoid it

1 · 6 · 20 · 1,303

**Hussein Faraj** @nugenmediahub · Jan 13
Replying to @antarestuned
Have you seen the patterns yet. This entire industry was being set up to be run and controlled by a handful. They would even convince people that real projects are scams and scams are worth investing in.

1 · 2 · 13 · 557

**Hussein Faraj** @nugenmediahub · Jan 13
markets.businessinsider.com/news/currencie...

Found something we didn't have before

1 · 4 · 12 · 987

**Hussein Faraj** @nugenmediahub · Jan 13
Replying to @BillAckman
So how does this story have anything to do with a guy who took crypto that was meant to be in custody and used it. Stole peoples money. I also like your helium investment. I'm glad sbf heavily promoted a platform you were invested in.

1 · 9 · 1,332

**Hussein Faraj** @nugenmediahub · Jan 13
Replying to @UnrivaledDread @180crypto and @Bitboy_Crypto
Are you referring to the arbitrage.

1 · 91

**Hussein Faraj** @nugenmediahub · Jan 12
Replying to @ChazzonKe
It's all market manipulated white washing. Very dangerous times. Desperation brings about more manipulation, in the hope people's greed takes over....

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow
**Mark Ruffalo** @MarkRuffalo — Follow
**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.





(from:nugenmediahub) since:2023-1-6 until:2023-2-5

Top | Latest | People | Media | Lists

Hussein Faraj @nugenmediahub · Jan 12
Replying to @ChazzonKe
It's all market manipulated white washing. Very dangerous times. Desperation brings about more manipulation, in the hope people's greed takes over....
1 · 49

Hussein Faraj @nugenmediahub · Jan 12
Replying to @BlackAlchemySo2
I hope people have come to realise we have not once led them in the wrong direction. I dislike @SBF_FTX although there are serious questions that need answers, and the masterminds behind billions of stolen assets are held accountable.
1 · 3 · 49

Hussein Faraj @nugenmediahub · Jan 12
Replying to @nugenmediahub
hackernoon.com/never-in-my-ca...

Second future reference point needed

> hackernoon.com
> 'Never in my career have I seen such a complete fail...
> FTX + SBF Chapter 11 Court Filing, part 1/20: DECLARATION OF JOHN J. RAY III IN SUPPORT OF ...

2 · 9 · 644

Hussein Faraj @nugenmediahub · Jan 12
sullcrom.com/sandc-advises-...

For future reference

> sullcrom.com
> S&C Advises FTX in Acquisition of Regulated Crypto ...
> FTX US completed its acquisition of Ledger Holdings, parent company of LedgerX, a CFTC-regulated digit...

2 · 1 · 8 · 972

Hussein Faraj @nugenmediahub · Jan 12
Replying to @Leerzeit and @RailroadedMI

> sullcrom.com
> S&C Advises FTX in Acquisition of Regulated Crypto ...
> FTX US completed its acquisition of Ledger Holdings, parent company of LedgerX, a CFTC-regulated digit...

1 · 244

Hussein Faraj @nugenmediahub · Jan 12
Replying to @Mehdi_TTM
Now we're speaking the same language, working on several recommendations. Although ensuring central authorities have a reporting process, that means exchanges report the market maker trades. Make it illegal for market makers to trade without the trade being publicly shown.
1 · 2 · 51

Hussein Faraj @nugenmediahub · Jan 12 ·
sec.gov/news/press-rel...

Very important read

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow

**Mark Ruffalo** @MarkRuffalo Follow

**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.

Search filters

Top | Latest | People | Media | Lists

sec.gov/news/press-rel...

Very important read

SEC Charges Genesis and Gemini for the Unregistered Offer and Sale of Crypto Asset Securities through the Gemini Earn Lending Program

3 · 7 · 16 · 1,616

**Hussein Faraj** @nugenmediahub · Jan 12
Replying to @lordnarfz0g
I've inboxed you.

1 · 48

**Hussein Faraj** @nugenmediahub · Jan 12
Replying to @Mehdi_TTM
I'm saying take back crypto. If you prefer to stay in a fake market that is your decision. You want the industry to grow, it's crucial to continue to push for the scams to be wiped out.

1 · 2 · 57

**Hussein Faraj** @nugenmediahub · Jan 12
Replying to @nugenmediahub
Has not ended, the market making, white washing, fake volume driving cartel, are working harder than ever to keep their ponzi scam running. You want crypto trading to become real, don't forget they played us for years, don't become a pond in their strategy.

1 · 1 · 13 · 583

**Hussein Faraj** @nugenmediahub · Jan 12
The left hand of a criminal cartel helping the right hand.
If it comes from coindesk or the block, know there is a play happening.
It's in their best interest market recovers(fake recovery) and people full into another crypto scam cycle. Alameda has just been replaced
The game

> **CoinDesk** @CoinDesk · Jan 12
> "I didn't steal funds, and I certainly didn't stash billions away," Sam Bankman-Fried wrote in a lengthy new Substack post Thursday giving his take on what happened to FTX and Alameda.
> By @NelWang
> trib.al/LK319to

3 · 2 · 16 · 1,948

**Hussein Faraj** @nugenmediahub · Jan 12
Replying to @EleanorTerrett
There was so many crimes committed in ftx and Alameda, regardless of the deals they make to help bring awareness to funds. The crimes were still committed, and people should not fall into the trap of justifying what occurred. sbf and his idiotic criminal clan should be locked up

1 · 52

**Hussein Faraj** @nugenmediahub · Jan 12
Replying to @BillAckman and @SBF_FTX
Bill, how are your investments with sbf? Do yourself a favour and stop trying to be the next Kevin o'leary. Carefully wording your tweets won't help you. With your vested interests, I'm not surprised you're supporting a criminal.

2 · 5 · 20 · 1,703

**Hussein Faraj** @nugenmediahub · Jan 12
Replying to @nugenmediahub
make users whole again, Serve your time or punishment knowing you seriously regretted what you did. When everyone is made whole (custody

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow

**Mark Ruffalo** @MarkRuffalo Follow

**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2023 X Corp.



X

Top    **Latest**    People    Media    Lists

Replying to @nugenmediahub

make users whole again, Serve your time or punishment knowing you
seriously regretted what you did. When everyone is made whole (custody
customers) at least you won't have as many enemies. If you helped ensure
everyone got their money back, I would be the first to forgive you..

💬 1      🔁 14      📊 527      ⬆

**Hussein Faraj** ✔ @nugenmediahub · Jan 12      ···

Replying to @nugenmediahub

hurt a lot of people. You coming out swinging the claim of innocence, is
idiotic at best. Calm down, stop hiding behind half-truths, Admit you screwed
up and what you did was wrong, and Make peace with the fact, you
committed an abundance of crimes. Disclose everything that will

💬 1      🔁 1      ♡ 13      📊 663      ⬆

**Hussein Faraj** ✔ @nugenmediahub · Jan 12      ···

@SBF_FTX you seriously need to first understand why people are angry at
you, Even though i also believe FTX had assets that could have achieved what
you're discussing, You had no right to take money held in custody.
Regardless. FTX collapse has and will
sambf.substack.com/p/ftx-pre-mort...

💬 2      🔁 3      ♡ 21      📊 1,118      ⬆

**Hussein Faraj** ✔ @nugenmediahub · Jan 12      ···

Replying to @nugenmediahub

over 25 million blocks finalized on mainnet,
successfully deployed over 5 main chains including 2 smart chains. Designed
100s of side chains ready to integrate, Reduced Burn Rate and hosting costs
to less than 12k USD per month. We have also reduced our burn rate by over
95%

💬 1      🔁      ♡ 11      📊 528      ⬆

**Hussein Faraj** ✔ @nugenmediahub · Jan 12 · ✏      ···

It's official we have now reached over 250 million transactions, Over 2 billion
issuances, over 65000 transfers, and almost 2 years, in which thousands of
miners successfully minted NUC via Smartphones.
Also Over 5000 NFTs were minted and exchanged gasless and free via nft City

💬 3      🔁 6      ♡ 28      📊 2,015      ⬆

**Hussein Faraj** ✔ @nugenmediahub · Jan 12      ···

Replying to @CarolAn64246005

I'm glad to see they have gone all out and brought all the main guys in.
Hopefully, they won't drag this for months or years before returning
customer funds back.

💬 1      🔁      ♡ 2      📊 90      ⬆

**Hussein Faraj** ✔ @nugenmediahub · Jan 12      ···

Replying to @Gary80967794 @AFTXcreditor and @SBF_FTX

I'm sure within months they will have enough for the stolen funds. The ones

**Search filters**

**People**
From anyone                                  ✓
People you follow                            ○

**Location**
Anywhere                                     ✓
Near you                                     ○

Advanced search

**What's happening**

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

**Who to follow**

**Hussein Faraj** ✔        Follow
@nugenmediahub

**Mark Ruffalo** ✔         Follow
@MarkRuffalo

**Ian McKellen** ✔         Follow
@IanMcKellen

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···    © 2023 X Corp.

Document title: (from:nugenmediahub) since:2023-1-6 until:2023-2-5 include:nativeretweets - Search / X
Capture URL: https://twitter.com/search?q=(from%3Anugenmediahub)%20since%3A2023-1-6%20until%3A2023-2-5%20%20include…
Capture timestamp (UTC): Wed, 11 Oct 2023 16:51:22 GMT

X

🏠 Home

🔍

🔔

✉️

🗒️

🔖

👥

𝕏

👤

⊙ More

🔵 📝

**Top**  **Latest**  **People**  **Media**  **Lists**

---

**Hussein Faraj** ✓ @nugenmediahub · Jan 12  ···
Replying to @Gary80967794 @AFTXcreditor and @SBF_FTX
I'm sure within months they will have enough for the stolen funds. The ones who will lose money are the investors.

💬   🔁   ♡ 3   📊 43   ↥

---

**Hussein Faraj** ✓ @nugenmediahub · Jan 12  ···
Replying to @AFTXcreditor and @SBF_FTX
For ftx victims, yes, although if they dont cover how and what really happened, the crypto industry will stay a market made wash traded scam.

💬   🔁   ♡ 2   📊 102   ↥

---

**Hussein Faraj** ✓ @nugenmediahub · Jan 12  ···
Replying to @PatRabbitte1
Ryan they have
Sam has vanished.
John Wu is another one missing

💬   🔁   ♡ 1   📊 104   ↥

---

**Hussein Faraj** ✓ @nugenmediahub · Jan 12  ···
Replying to @Gary80967794 and @AFTXcreditor
Not directly. Although it's all public and can be accessed,I'm sure they would have accessed the information. Infact their are certain investments which are worth a fortune now, that ftx earlier invested in..

💬   🔁   ♡ 3   📊 44   ↥

---

**Hussein Faraj** ✓ @nugenmediahub · Jan 12  ···
Replying to @AFTXcreditor and @Noblesse129
He took customer funds and used them. This was the major crime

💬   🔁   ♡ 3   📊 49   ↥

---

**Hussein Faraj** ✓ @nugenmediahub · Jan 12  ···
Replying to @nugenmediahub @AFTXcreditor and @SBF_FTX
Given the chance he would have restructured and fixed sbf hole. For whatever reason, they choose not to allow him to be involved. I have alot of theories, although Sam deserves jail time for thing's he did. I believe ftx users will all be made whole

💬 1   🔁   ♡ 2   📊 108   ↥

---

**Hussein Faraj** ✓ @nugenmediahub · Jan 12  ···
Replying to @AFTXcreditor
Honestly, I'm the first to be against @SBF_FTX, although from day one, they had enough funds to make people whole and only needed time. Chapter 11 would have been used to buy time to turn illiquid assets to liquid assets. Sam took funds illegally and invested them. If he was

💬 1   🔁   ♡ 2   📊 78   ↥

---

**Hussein Faraj** ✓ @nugenmediahub · Jan 11  ···
Replying to @AFTXcreditor
As we found them really easy, jay jay ray will find them. They will be able to bring enough funds back to pay everyone close to their full amounts.

💬 1   🔁 1   ♡ 7   📊 158   ↥

---

**Hussein Faraj** ✓ @nugenmediahub · Jan 11  ···
FTX Former Engineering Chief Nishad Singh Looking for Deal From Feds opening the door for a much better recovery of all missing assets. No more missing pieces. They now have the entire group of hooligans. It's time to recover all missing funds.

💬 8   🔁 7   ♡ 60   📊 4,834   ↥

---

**Hussein Faraj** ✓ @nugenmediahub · Jan 10

---

**Search filters**

**People**
From anyone ✓
People you follow ◯

**Location**
Anywhere ✓
Near you ◯

Advanced search

---

**What's happening**

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

---

**Who to follow**

**Hussein Faraj** ✓
@nugenmediahub        Follow

**Mark Ruffalo** ✓
@MarkRuffalo          Follow

**Ian McKellen** ✓
@IanMcKellen          Follow

Show more

---

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···  © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in...

Top | Latest | People | Media | Lists

8 | 7 | 60 | 4,834

**Hussein Faraj** @nugenmediahub · Jan 10
Replying to @nugenmediahub and @CELCATOFFICIAL
As you have.( Not ad you have....)

4 | 130

**Hussein Faraj** @nugenmediahub · Jan 10
Replying to @thecyphercat and @CELCATOFFICIAL
Let's talk. Won't be able to offer anything full time, although happy to bring you onboard. Anyone that is willing to support a community ad you have with cel, is always welcomed to join us.

4 | 1 | 16 | 617

**Hussein Faraj** @nugenmediahub · Jan 10
Replying to @MountainviewMo4
Honestly, funny business is getting worse. More desperation. I'll ask our team tomorrow to do a full analysis on coin movement and report back.

1 | 1 | 67

**Hussein Faraj** @nugenmediahub · Jan 9
It's a little crazy but seriously, we're it's heading.

1:25

4 | 5 | 19 | 2,854

**Hussein Faraj** @nugenmediahub · Jan 8
Replying to @nugenmediahub
CEO of FTX. The round also included participation from Caroline Ellison, Jim McClave, Nishad Singh, Jaan Tallinn, and the Center for Emerging Risk Research (CERR).

anthropic.com/news/announcem...

4 | 3 | 7 | 2,181

**Hussein Faraj** @nugenmediahub · Jan 8
For everyone asking what does Anthropic have to do with sbf.

Anthropic, an AI safety and research company, has raised $580 million in a Series B.

## Search filters

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow
**Mark Ruffalo** @MarkRuffalo — Follow
**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in

Search filters

Top | **Latest** | People | Media | Lists

For everyone asking what does Anthropic have to do with sbf..

Anthropic, an AI safety and research company, has raised $580 million in a Series B.

The Series B follows the company raising $124 million in a Series A round in 2021. The Series B round was led by Sam Bankman-Fried,

4 · 4 · 17 · 4,294

**Hussein Faraj** @nugenmediahub · Jan 7
Replying to @celhodl @CoinDesk and @nikhileshde
Anyone that takes @CoinDesk seriously needs serious help. Coin desk, the block and new York times are all a joke. News should always be independent and focused on real news. Not owned and manipulated by people with certain motives.

3 · 12 · 30 · 2,277

**Hussein Faraj** @nugenmediahub · Jan 7
Replying to @DimPackBain
We have our own nft chains although it's beta and for testing only at the moment nftcity.exchange. I'll launch some on various chains to get a feel of the other nft platforms. Ours is gassless and free..

2 · 37

**Hussein Faraj** @nugenmediahub · Jan 7
I agree

1 · 64

**Hussein Faraj** @nugenmediahub · Jan 6
Another video worth watching

1 · 5 · 14 · 1,775

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @DimPackBain
Which platform would you best recommend to list the nugen nft albums.

1 · 24

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @BlackAlchemySo2
happy to, let's talk.

1 · 2 · 46

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow

**Mark Ruffalo** @MarkRuffalo Follow

**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Search filters

Top | Latest | People | Media | Lists

1 · 1 · 6 · 942

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

1 · 7 · 860

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

1 · 4 · 427

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow

**Mark Ruffalo** @MarkRuffalo Follow

**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in...

Top | Latest | People | Media | Lists

1 · 4 · 397

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

1 · 5 · 290

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

1 · 7 · 626

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

1 · 8 · 624

**Hussein Faraj** @nugenmediahub · Jan 6

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

**Who to follow**

**Hussein Faraj** @nugenmediahub — Follow

**Mark Ruffalo** @MarkRuffalo — Follow

**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in

Top | Latest | People | Media | Lists

1 · 8 · 624

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

1 · 7 · 701

**Hussein Faraj** @nugenmediahub · Jan 6
Nugen NFT collection

1 · 15 · 1,777

**Hussein Faraj** @nugenmediahub · Jan 6
I AM NAVIS.......

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow

**Mark Ruffalo** @MarkRuffalo Follow

**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in...

Top | Latest | People | Media | Lists

1 · 3 · 20 · 2,965

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @antarestuned
Anything from Justin sun I wouldn't trust.
2 · 74

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @Mohammad78Gh
Lol yet to be decided.
2 · 19

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @Mohammad78Gh
Lol kebab is because I own chicken licious, when they did this slide, it was reffefing to one of the stores I own. It's why I loved it lol
1 · 1 · 9

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @Mohammad78Gh
These were done by one of our graphics teams who put them together for our first nft comp.
2 · 13

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @RonPaulBot1234
Lol that's what all my mates tell me. One day I'll share the emails that went between us and ftx Japan and Alameda..
1 · 10 · 387

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @antarestuned
It's great news. He also helped configure the platform to help ftx launder money. They havnt yet started talking about enterprise accounts aswell
1 · 5 · 134

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @computer_bleu
Lol
38

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow
**Mark Ruffalo** @MarkRuffalo — Follow
**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in

Top | Latest | People | Media | Lists

1 | 7 | 920

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

1 | 7 | 1,001

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

2 | 1 | 4 | 522

**Hussein Faraj** @nugenmediahub · Jan 6
My favourite, lol

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

**What's happening**

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

**Who to follow**

**Hussein Faraj** @nugenmediahub Follow

**Mark Ruffalo** @MarkRuffalo Follow

**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in

Top | Latest | People | Media | Lists

2 · 1 · 12 · 2,196

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

3 · 2 · 5 · 2,652

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

1 · 3 · 366

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow

**Mark Ruffalo** @MarkRuffalo — Follow

**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

Search filters

Top | Latest | People | Media | Lists

1 · 2 · 361

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

1 · 3 · 347

**Hussein Faraj** @nugenmediahub · Jan 6
Replying to @nugenmediahub

1 · 3 · 305

**Hussein Faraj** @nugenmediahub · Jan 6
Nugen nft comp submission from 2020, 2021.

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub — Follow

**Mark Ruffalo** @MarkRuffalo — Follow

**Ian McKellen** @IanMcKellen — Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.

(from:nugenmediahub) since:2023-1-6 until:2023-2-5 in...

Top | Latest | People | Media | Lists

**Hussein Faraj** @nugenmediahub · Jan 6
Nugen nft comp submission from 2020, 2021.

1 1 10 2,278

**Search filters**

**People**
From anyone
People you follow

**Location**
Anywhere
Near you

Advanced search

## What's happening

NBA · Last night
**Nuggets at Suns**

News · Trending
**Hezbollah**
189K posts

Politics · Trending
**Ken Buck**
4,519 posts

Entertainment · Trending
**noah schnapp**

Trending in United States
**Jason Lee**
2,219 posts

Show more

## Who to follow

**Hussein Faraj** @nugenmediahub Follow
**Mark Ruffalo** @MarkRuffalo Follow
**Ian McKellen** @IanMcKellen Follow

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2023 X Corp.



















