# CELSIUS EX. 126

Dimitry Kirsanov's Exhibit List for Matters set for hearing October 4, 2023.

Exhibits

Dimitry Kirsanov submit the following list of exhibits upon which they may rely at the hearing, reserving the right to identify additional exhibits, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the hearing.

Exhibit 1 (Docket 1532): SUPPLEMENTAL DECLARATION OF OREN BLONSTEIN, HEAD OF INNOVATION AND CHIEF COMPLIANCE OFFICER OF CELSIUS NETWORK LIMITED, WITH RESPECT TO THE CUSTODY AND WITHHOLD ISSUES

Exhibit 2 (Docket 1531) SUPPLEMENTAL DECLARATION OF OREN BLONSTEIN, HEAD OF INNOVATION AND CHIEF COMPLIANCE OFFICER OF CELSIUS NETWORK LIMITED, WITH RESPECT TO CERTAIN PHASE I ISSUES PURSUANT TO THE JOINT STIPULATION AND AGREED SCHEDULING ORDER BY AND AMONG THE DEBTORS, THE COMMITTEE, AND THE AD HOC GROUPS WITH RESPECT TO THE CUSTODY AND WITHHOLD ISSUES

Additional exhibits not found on the docket are in pictures below.

Exhibit 3, CEL Token Price since Bankruptcy, TradingView



Exhibit 4, Example of inability to Transfer Funds ahead of Freeze, 4/19/22



Exhibit 5, Customer Service Confirmation I was not able to Transfer Funds, 5/20/22



Exhibit 6, Unable to send First Settled Custody Funds



Thank you,

Dimitry Kirsanov, Pro Se

/s/ Dimitry Kirsanov