The Honorable Judge Martin Glenn

United States Bankruptcy Court

Re: Support for Recent Pro Se Motions on Behalf of CEL Token Holders in Celsius Network LLC, et al (Case No. 22-10964)

Dear Judge Glenn,

I hope this letter finds you in good health and high spirits. I am writing to express my strong support for the recent pro se motions filed by various individuals, including Artur Abreu, on behalf of CEL Token holders in the matter of Celsius Network LLC, et al (Case No. 22-10964). As a concerned party and a CEL Token holder, I believe it is imperative to voice my support for their cause and the principle of fairness in bankruptcy proceedings.

The recent pro se motions highlight the significance of ensuring that CEL Token holders receive the 81c value (bankruptcy date filing value) that they are rightfully entitled to. This is not only a matter of financial justice but also a testament to the integrity of the bankruptcy process. It is essential that the court upholds the rights and interests of all stakeholders, including CEL Token holders, in accordance with the law.

I am aware that the bankruptcy process can be complex and challenging, especially for individual token holders who may lack the resources and legal expertise of larger entities. Nonetheless, these individuals, like Mr. Artur Abreu, have taken it upon themselves to advocate for what they believe to be a just resolution. Their pro se motions reflect their commitment to fairness and equity in these proceedings.

I respectfully request that the court carefully consider the arguments and evidence presented by these pro se filers, including Mr. Abreu, as they seek to ensure that CEL Token holders are treated equitably. The value of their holdings should not be diminished, and they should receive the 81c value as per the bankruptcy date filing.

In conclusion, I believe that a fair and equitable resolution for CEL Token holders is in the best interest of all parties involved in the Celsius Network LLC, et al bankruptcy case (Case No. 22-10964). I trust that your wisdom and impartiality will guide you in making decisions that uphold the principles of justice and fairness in this bankruptcy case.

Thank you for your attention to this matter, and I have faith in your ability to ensure that justice prevails.

Sincerely,

James Foley