UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Case No. 22-10964 (MG) |

## ORDER ESTABLISHING DEADLINES AND PROCEDURES FOR CLOSING ARGUMENTS

The Closing Arguments portion of the Confirmation Hearing is noticed to begin at 2:00 pm,[1] October 30, 2023 in hybrid format.[2]

The following deadlines and procedures shall apply to the Closing Arguments unless otherwise ordered:

1. On or before 5:00 pm, October 20, 2023, the Debtors and Unsecured Creditors Committee ("UCC") shall submit joint proposed findings of fact, conclusions of law, and any additional briefing.

2. On or before 5:00 pm, October 27, 2023 any objecting parties-in-interest shall file proposed findings of fact, conclusions of law, and any additional briefing.

---

[1] All times referenced in this Order are in prevailing Eastern Time.
[2] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, http://www.nysb.uscourts.gov/ecourt-appearances or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

3. Any party-in-interest who wishes to make a Closing Argument (each, a "Closing Argument") in support of or opposition to confirmation **must** file a written request to do so, with an estimate of the time requested. After receiving all such requests, the Court will allocate the time for each Closing Argument. The Court will not allocate time equally for each request. The Court expects to hear Closing Arguments (if requests are made) generally in the following order: (1) Debtors, (2) UCC, (3) Ad Hoc Committees, (4) Federal and State Regulators, (5) attorneys for creditors, and *pro se* creditors, in support of confirmation, (6) attorneys for creditors, and *pro se* creditors, in opposition to confirmation. **Absent good cause shown, the Court will not permit any Closing Argument from any party-in-interest that has not filed a written request as provided herein.** After receiving the requests to make Closing Arguments, the Court will enter a further Order setting forth the order in which Closing Arguments may be made and the time allocated to each Closing Argument. Any person making a Closing Argument should avoid making cumulative presentations during Closing Arguments.

4. If anyone (attorney or *pro se* party) wishes to use any demonstratives during their Closing Argument, the demonstratives must be filed on the docket in electronic format on or before 12:00 noon, October 26, 2023. (Demonstratives used in Closing Arguments are not admitted in evidence.) Upon the objection of any party, or on its own determination, the Court may preclude the use of a demonstrative during a Closing Argument. The

demonstratives will be displayed on Zoom during the Closing Arguments so that anyone permitted to appear on Zoom may see the demonstratives. The public, including the media, who are not in the courtroom, may only listen to Closing Arguments remotely using an audio platform as set forth in paragraph 6 below; they may obtain copies of the demonstratives on the Court's public docket.

5. The Court may issue further orders setting forth procedures for the Closing Arguments. Any party-in-interest that wishes to request any additions or modifications to these procedures may file a written request on the docket, with the heading "**REQUEST FOR ADDITIONS OR MODIFICATIONS TO CLOSING ARGUMENTS PROCEDURES**."

6. The new procedures relating to remote participation in evidentiary judicial hearings mandated by the Judicial Conference of the United States will be in effect for the Confirmation Hearing. As a result, the Court designates that the portion of the Confirmation Hearing during which Closing Arguments will be made as **NOT AN EVIDENTIARY HEARING**. Consequently, with respect to the Closing Arguments, the Court will permit the public, including members of the media, to dial-in remotely using Zoom for Government. Appearances must be entered no later than **4 PM on October 27, 2023, the business day before the hearing.**

[*Remainder of page intentionally left blank*]

**IT IS SO ORDERED.**

Dated:   October 18, 2023
         New York, New York

*Martin Glenn*
MARTIN GLENN
Chief United States Bankruptcy Judge