**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| In re Celsius Network LLC, et al. | Chapter 11<br>Case No. 22-10964 (MG)<br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Celsius SPV1 Ltd** | **117 Partners** |
| Transferor's Address: | Transferee's address for notices and payment: |
| Suite 202,<br>Second Floor<br>Eden Plaza, Eden Island, Box 1352<br>Mahe, Seychelles<br>Attn: Sitanshu Kumar<br>ss@heimdallrwa.com<br><br>with a copy to<br>Adrienne Woods, Esq.<br>c/o WZMP<br>45 Rockefeller Plaza, Floor 20 New York, New York 10011 | 5 Greyhen Lane<br>Savannah, GA 31411<br>Attn: Thomas Braziel<br>tom@117partners.com |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| Claim(s) | Celsius Network LLC, et al. | Case No. 22-10964 (MG) | Schedule # (Schedule F): 3.1.554768<br>Schedule # (Stretto) 2439452 | USD 52,958.45 (see Exhibit A for supporting documents) |
| | Celsius Network LLC, et al. | Case No. 22-10964 (MG) | Schedule # (Schedule F): 3.1.253449<br>Schedule # (Stretto): 2440422 | USD 18,588.9572546326 (see Exhibit A for supporting documents) |
| | Celsius Network LLC, et al. | Case No. 22-10964 (MG) | Schedule # (Schedule F): 3.1.061674<br>Schedule # (Stretto): 2458281 | USD 8,817.965578335117 (see Exhibit A for supporting documents) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Thomas Braziel* (DocuSigned)     Date: 10/04/2023
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**
The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
Clerk of the Court

Annex A

# EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**Celsius SPV1 Ltd**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **117 Partners**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against Celsius Network LLC in the United States Bankruptcy Court, Southern District of New York, Case No. 22-10964 (MG)

|  | Debtor | Case No. | Claim Identifier(s) |
|---|---|---|---|
| Claim(s) | Celsius Network LLC, et al. | Case No. 22-10964 (MG) | Schedule # (Schedule F): 3.1.554768<br>Schedule # (Stretto) 2439452 |
|  | Celsius Network LLC, et al. | Case No. 22-10964 (MG) | Schedule # (Schedule F): 3.1.253449<br>Schedule # (Stretto): 2440422 |
|  | Celsius Network LLC, et al. | Case No. 22-10964 (MG) | Schedule # (Schedule F): 3.1.061674<br>Schedule # (Stretto): 2458281 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

| Buyer: | Seller: |
|---|---|
| **117 Partners** | **Celsius SPV1 Ltd** |
| By: *Thomas Braziel* (DocuSigned) | By: *Sitanshu Kumar* (DocuSigned) |
| Name: Thomas Braziel | Name: Sitanshu Kumar |
| Title: Partner | Title: Director |
| Date: | Date: |