Richard Phillips
*In pro per*

Re: In re Celsius Network LLC. Et al., Case 22-10964(MG)
**Request for 10 Minutes to Make a Closing Statement [3478, 3612]**

Dear Chief Judge Glenn,
I would like to make a closing statement of no longer than ten (10) minutes in opposition to confirmation of the Plan as currently drafted.

Dated: Los Angeles, California
October 18, 2023

/s/
RICHARD PHILLIPS
Creditor