**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHEROKEE
ACQUISITION

In re:                                          Chapter 11

CELSIUS NETWORK LLC, et al.,                    No. 22-10964 (MG)

                         Debtors                (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:                             Name of Transferee:
**Bradford Capital Holdings, LP,**              **Cherokee Debt Acquisition, LLC**
**as assignee of Jackson, Marcus**

Name and Current Address of                     Name and Address where notices and payments
Transferor:                                     to transferee should be sent:

**Bradford Capital Holdings, LP,**              **Cherokee Debt Acquisition, LLC**
**as assignee of Jackson, Marcus**              **Attn: Vladimir Jelisavcic**
**(Redacted)**                                  **Email: vjel@cherokeeacq.com**
                                                **1384 Broadway, Suite 906**
                                                **New York, NY 10018**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 2437955 | Bradford Capital Holdings, LP, as assignee of Jackson, Marcus | as described on Register (attached) | Celsius Network LLC | 22-10964 |
| Schedule F Line No. 3.1.359769 | Bradford Capital Holdings, LP, as assignee of Jackson, Marcus | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Vladimir Jelisavcic_                       Date: October 19, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:              United States Bankruptcy Court ("<u>Court</u>")
                 Southern District of New York
                 Attn:    Clerk

AND TO:          Celsius Network LLC ("<u>Debtor</u>")
                 Case No. 22-10964 ("<u>Case</u>")

Claim #: Not Filed
Schedule #: 2437955
Schedule F Line #: 3.1.359769

**BRADFORD CAPITAL HOLDINGS, LP,** assignee of **JACKSON, MARCUS** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CHEROKEE DEBT ACQUISITION, LLC**
Attn: Vladimir Jelisavcic
1384 Broadway, Suite 906
New York, NY 10018

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of <u>the Schedule F amount</u> ("<u>Claim</u>"), which represents <u>100</u>% of the total claim amount of the Schedule F amount, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim. Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated October _18_, 2023.

**BRADFORD CAPITAL HOLDINGS, LP,**              **CHEROKEE DEBT ACQUISITION, LLC**
**ASSIGNEE OF JACKSON, MARCUS**

By: _Brian Brager_                              By: _Vladimir Jelisavcic_
     858F5F65980341E...
Name:   Brian Brager                            Name:   Vladimir Jelisavcic
Title:    Managing Member                       Title:     Manager

| Creditor | Debtor | Schedule No. | Claim No. |
|---|---|---|---|
| BRADFORD CAPITAL HOLDINGS, LP [AS ASSIGNEE OF JACKSON, MARCUS] | Celsius Network LLC | 2437955 | Date Filed |

### Schedule Amount

| | |
|---|---|
| General Unsecured | Unliquidated |
| Priority | |
| Secured | |
| Admin Priority | |
| **TOTAL** | **Unliquidated** |

### Filed Claim Amount

| | |
|---|---|
| General Unsecured | |
| Priority | |
| Secured | |
| Admin Priority | |
| **TOTAL** | |

### Current Claim Amount

| | |
|---|---|
| General Unsecured | Unliquidated |
| Priority | |
| Secured | |
| Admin Priority | |
| **TOTAL** | **$0.00** |

### Claim Status

Scheduled

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| 3.1.359769 | MARCUS JACKSON | ADDRESS REDACTED | | ADA 2266.67919110561<br>DOT 0.000013732267018318<br>ETH 10.2894472451281<br>MATIC 0.000919064074566243<br>SOL 32.4827673490374<br>USDC 0.82095024594928<br>XLM 0.0383967405783419 | BTC 0.135511<br>USDC 0.000000586913622017 | |