# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Christopher S. Koenig<br>To Call Writer Directly:<br>+1 312 862 2372<br>chris.koenig@kirkland.com | 300 North LaSalle<br>Chicago, IL 60654<br>United States<br><br>+1 312 862 2000<br><br>www.kirkland.com | Facsimile:<br>+1 312 862 2200 |

October 20, 2023

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re:   *In re Celsius Network LLC*, No. 22-10964 (MG) – Requested Clarification to Closing Argument Procedures

Dear Chief Judge Glenn:

Pursuant to paragraph 7 of the *Order Establishing Deadlines and Procedures for Closing Arguments* [Docket No. 3851] (the "Closing Argument Procedures"), the Debtors write to request clarification to the same.[1]

***Deadline to Request Closing Argument***. Paragraph 3 of the Closing Argument Procedures requires "[a]ny party-in-interest who wishes to make a Closing Argument in support of or opposition to confirmation [to] file a written request to do so," and further provides that, "[a]bsent good cause shown, the Court will not permit any Closing Argument from any party-in-interest that has not filed a written request as provided herein." The Closing Argument Procedures, however, do not include a deadline by which such written requests must be filed on the docket. To ensure parties comply with the Court's requirements and to provide for a streamlined and organized presentation, the Debtors respectfully request that the Court set a deadline by which such written requests must be submitted.

***Order of Closing Arguments***. Paragraph 3 of the Closing Argument Procedures further provides that the Court will hear Closing Arguments generally in the order of "(1) Debtors, (2) UCC, (3) Ad Hoc Committees, (4) Federal and State Regulators, (5) attorneys for creditors, and *pro se* creditors, in support of confirmation, (6) attorneys for creditors, and *pro se* creditors, in opposition to confirmation." The order in which arguments will be heard does not clarify

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Closing Argument Procedures.

## KIRKLAND & ELLIS LLP

October 20, 2023
Page 2

when the Court will hear arguments from the U.S. Trustee.  Therefore, the Debtors respectfully request that the Court clarify when arguments from the U.S. Trustee will be heard.

***Rebuttal Arguments***.  The Closing Argument Procedures do not include information regarding whether the Debtors and/or the Committee may reserve time for rebuttal arguments or the process for requesting the same.  The Debtors respectfully request that the Court clarify whether rebuttal arguments are permitted and, if so, the procedures by which the Debtors and/or the Committee may request time for rebuttal arguments.

Accordingly, the Debtors request that the Court consider making the clarifications to the Closing Argument Procedures requested in this letter.

Sincerely,

*/s/ Christopher S. Koenig*
Christopher S. Koenig