Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**AGENDA FOR HEARING TO BE HELD**
**OCTOBER 24, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | October 24, 2023, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") |
| Location of Hearing: | The Honorable Chief Judge Martin Glenn<br>United States Bankruptcy Court for the<br>Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Courtroom No. 523<br>New York, New York 10004 |
| Hearing Attendance Instructions: | The Hearing will be held in a hybrid format before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

|  |  |
|---|---|
|  | Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. |
|  | With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend hearings by Zoom. Any person or entity that is permitted to attend the hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. |
|  | No testimony is expected during the Hearing. With the permission of the Court, the public, including members of the media, may dial-in to listen to the Hearing remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial-in to the hearing by using the audio platform must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on October 23, 2023).** |
|  | This change in practice reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

## I. **Contested Matters**.

1.  **Three Arrows Stay Relief Motion**. Amended Motion of Foreign Representatives of Three Arrows Capital, Ltd. for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations [Docket No. 3642].

    Objection Deadline: October 21, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    (1) Debtors' Statement and Reservation of Rights with Respect to the Amended Motion of Foreign Representatives of Three Arrows Capital, Ltd. for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations [Docket No. 3841].

2

Related Documents:

(1) Motion of Foreign Representatives of Three Arrows Capital, Ltd. for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations [Docket No. 3569].

(2) Declaration of Russell Crumpler in Support of Motion of Foreign Representatives of Three Arrows Capital, Ltd. for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations [Docket No. 3571].

(3) Notice of Hearing of Foreign Representatives of Three Arrows Capital, Ltd.'s Motion for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations [Docket No. 3643].

**Status**:   This matter is going forward.

II.   **Adversary Proceedings**.

2.   **Celsius Network Limited v. Equities First Holdings, LLC et al. (Adv. Proc. No. 23-01167)**.

Related Documents:

(1) Complaint [Docket No. 1].

(2) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal the Adversary Complaint Against Equities First Holdings, LLC and Alexander Christy and Redact Certain Information Contained Therein and (II) Granting Related Relief [Docket No. 2].

(3) Summons and Notice of Pre-Trial Conference [Docket No. 3].

(4) Revised Summons and Notice of Pre-Trial Conference [Docket No. 4].

(5) Defendants' Response in Support of Plaintiff's Motion to Seal [Docket No. 7].

(6) Defendants' Motion for Leave to File Under Seal the Exhibits to Defendants' Response in Support of Plaintiff's Motion to Seal [Docket No. 8].

(7) Defendants' Motion to Compel Arbitration [Docket No. 9].

(8) Notice of Adjournment [Docket No. 19].

(9) Debtor Celsius Network Limited's Opposition to Defendants' Motion to Compel Arbitration and Incorporated Memorandum of Law [Docket No. 23].

(10) Reply in Support of Motion to Compel Arbitration [Docket No. 25].

**Status**: This matter is going forward.

III. **Adjourned Matters.**

3. **Earn Ad Hoc Group's Motion for Substantial Contribution**. Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

Objection Deadline: The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time). The filing deadline for substantial contribution applications was extended several times, and as a result, the deadline to object was extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time). In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

(1) Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2) Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3) Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4) Notice of Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3708].

(5) Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

**Status**: This matter has been adjourned to November 30, 2023, at 10:00 a.m. (prevailing Eastern Time).

4. **Custody Ad Hoc Group's Motion for Substantial Contribution**. Application of the Custody Ad Hoc Group, Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code, for Allowance and Payment of Professional Fees and Expenses [Docket No. 3660].

    Objection Deadline: The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time). The filing deadline for substantial contribution applications was extended several times, and as a result, the deadline to object was extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time). In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    (1) Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

    (2) Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

    (3) Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

    (4) Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

    **Status**: This matter has been adjourned to November 30, 2023, at 10:00 a.m. (prevailing Eastern Time).

5. **Rebecca Gallagher's Motion for Substantial Contribution**. Substantial Contribution Claim of Rebecca Gallagher, Lead Plaintiff in Committee Class Claim Action [Docket No. 3662].

    Objection Deadline: The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time). The filing deadline for substantial contribution applications was extended several times, and as a result, the deadline to object was extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time). In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

Related Documents:

(1) Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2) Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3) Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4) Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

**Status**: This matter has been adjourned to November 30, 2023, at 10:00 a.m. (prevailing Eastern Time).

6. **Withhold Ad Hoc Group's Motion for Substantial Contribution**. Application of the Ad Hoc Group of Withhold Account Holders for Allowance and Payment of Fees Under Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4) [Docket No. 3663].

Objection Deadline: The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time). The filing deadline for substantial contribution applications was extended several times, and as a result, the deadline to object was extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time). In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

(1) Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2) Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3) Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4) Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

      **Status**: This matter has been adjourned to November 30, 2023, at 10:00 a.m. (prevailing Eastern Time).

7. **Ignat Tuganov's Motion for Substantial Contribution**. Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3666].

   Objection Deadline: The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time). The filing deadline for substantial contribution applications was extended several times, and as a result, the deadline to object was extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time). In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None.

   Related Documents:

   (1) Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

   (2) Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

   (3) Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

   (4) Notice of Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3665].

   (5) Amended Notice of Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3686].

   (6) Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

   **Status**: This matter has been adjourned to November 30, 2023, at 10:00 a.m. (prevailing Eastern Time).

22-10964-mg    Doc 3872    Filed 10/20/23    Entered 10/20/23 23:07:43    Main Document
Pg 8 of 12

8. **Borrower Ad Hoc Group's Motion for Substantial Contribution**. Application of the Borrower Ad Hoc Group for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3671].

    Objection Deadline: The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time). The filing deadline for substantial contribution applications was extended several times, and as a result, the deadline to object was extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time). In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    (1) Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

    (2) Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

    (3) Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

    (4) Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

    **Status**: This matter has been adjourned to November 30, 2023, at 10:00 a.m. (prevailing Eastern Time).

9. **Bnk to the Future's Motion for Substantial Contribution**. Amended Notice and Amended Application of Bnk to the Future (BF) Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3799].

    Objection Deadline: The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time). The filing deadline for substantial contribution applications was extended several times, and as a result, the deadline to object was extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time). In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1) Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2) Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3) Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4) Declaration of Simon Dixon in Support of Simon Dixon & Bnk to the Future Group (BF) to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3670].

(5) Application of Bnk to the Future (BF) Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3672].

(6) Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

**Status**:  This matter has been adjourned to November 30, 2023, at 10:00 a.m. (prevailing Eastern Time).

10. **Pending Withdrawal Ad Hoc Group's Motion for Substantial Contribution**. Application of the Pending Withdrawal Ad Hoc Group Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3673].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contribution applications was extended several times, and as a result, the deadline to object was extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1) Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2) Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3) Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4) Notice of Application of the Pending Withdrawal Ad Hoc Group Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3705].

(5) Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

**Status**: This matter has been adjourned to November 30, 2023, at 10:00 a.m. (prevailing Eastern Time).

11. **Immanuel Herrmann's Motion for Substantial Contribution**. Application Of Immanuel Herrmann Pursuant to 11 U.S.C. §§ 503 for Allowance and Payment of Expenses Incurred in Making a Substantial Contribution [Docket No. 3674].

Objection Deadline: The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time). The filing deadline for substantial contribution applications was extended several times, and as a result, the deadline to object was extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time). In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

(1) Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2) Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3) Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

      (4)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

    **Status**:    This matter has been adjourned to November 30, 2023, at 10:00 a.m. (prevailing Eastern Time).

12. **Daniel Frishberg's Motion for Substantial Contribution**. Daniel A. Frishberg' [*sic*] Motion for Expenses and Fees to be Paid for a Substantial Contribution to the Estate [Docket No. 3675].

    Objection Deadline: The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time). The filing deadline for substantial contribution applications was extended several times, and as a result, the deadline to object was extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time). In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    (1)    Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

    (2)    Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

    (3)    Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

    (4)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

    **Status**:    This matter has been adjourned to November 30, 2023, at 10:00 a.m. (prevailing Eastern Time).

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated:  October 20, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:       (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:       (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                        ross.kwasteniet@kirkland.com<br>                        chris.koenig@kirkland.com<br>                        dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |