Daniel A. Frishberg
*Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                        )
In re:                                                )    Chapter 11
                                                        )
CELSIUS NETWORK LLC, *et al.,*[1]    )    Case No. 22-10964 (MG)
                                                        )
                    Debtors.                     )    (Jointly Administered)
                                                        )
_____)

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green New York, NY 10004

**Re: *In re Celsius Network LLC*, et al., Case No. 22-10964 (MG) Written Request to Make Closing Statement at Confirmation Hearing**

*[Rest of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Dear Chief Judge Glenn:

Mr. Frishberg respectfully writes pursuant to paragraph 3[2] of *Order Establishing Deadlines And Procedures For Closing Arguments* to request that the Court permits him to make an closing statement in support of confirmation of the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates* [Docket No. 3319, as amended from time to time] (the "Plan"). Mr. Frishberg requests *up to* 10[3] minutes for his closing statement at the confirmation hearing.

Sincerely,

/s/*Daniel A. Frishberg*

Daniel A. Frishberg, *Pro Se*

October 20, 2023

Hillsborough County, Florida

---

[2] I would like to note, that as of the sending of this letter, there has not been a deadline to request to make a closing statement.

[3] I do not expect to use 10 minutes, but this is just in case.