Re: In re Celsius Network LLC. et al., Case 22-10964 (MG)

**Request for 10 Minutes to Make a Closing Statement**

Dear Chief Judge Glenn,
I would like to make a closing statement of no longer than ten (10) minutes.

Respectfully Signed,

Otis Davis, *Pro Se*

10/20/2023

*/s/Otis Davis*