Dimitry Kirsanov

*Pro Se*

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

_____

_____
                                                    )
In re:                                              )          Chapter 11
                                                    )
CELSIUS NETWORK LLC, *et al.,*[1]                   )          Case No. 22-10964 (MG)
                                                    )
                    Debtors.                        )          (Jointly Administered)
_____)


The Honorable Martin Glenn

Chief Bankruptcy Judge

United States Bankruptcy Court for the Southern District of New York

Alexander Hamilton U.S. Custom House

One Bowling Green New York, NY10004


      Re: In re Celsius Network LLC, No. 22-10964 (MG) – Breach of Custody Settlement


Dear Chief Judge Glenn,

      Mr. Kirsanov submits the following motion to enforce a breach of settlement as a result

_____

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

of the debtor's failure to distribute the Custody Settlement[2] initial distribution in a timely manner in accordance to the Settlement agreement. Mr. Kirsanov indicates that the debtor was unable to satisfy his request in-kind in a timely manner due to their custody disbursement wallet not having adequate funding. Mr. Kirsanov notes that Blockchain data indicates that only after Celsius made a deposit[3] of 500,000 CEL Tokens to their Custody disbursement wallet on May 24th of 2023, they were able to satisfy the shortfall issue. Mr Kirsanov's Requests to fulfill his request in an alternative Cryptocurrency, as called for by the Custody Settlement, went unanswered and unfulfilled. This calls for petition day value of Mr. Kirsanov's CEL Token that was failed to be timely disbursed converted into another Cryptocurrency as of 3/21/23, with the Settlement notes in the following bulletpoint.

- In the event that the Debtors have an insufficient amount of certain types of cryptocurrency to make all distributions in-kind to satisfy the Shortfall Issue, the Debtors shall make distributions in alternative cryptocurrencies, which conversion rate shall be determined using the value of the original digital asset as of the Petition Date in U.S. dollars that will be converted into alternative available cryptocurrency based on the value of such digital asset as of the date of entry of the Settlement Approval Order.

Mr. Kirsanov accepted the Custody Settlement. As a result of Mr. Kirsanov having a loan and Pure Custody assets, which included all of his CEL Token in his Custody Account, Mr. Kirsanov was unable to withdraw his Pure Custody assets pursuant to the Withdrawal Order[4].

---

[2] https://cases.stretto.com/public/x191/11749/PLEADINGS/1174903212380000000219.pdf 2291

[3] https://etherscan.io/tx/0x1f2097b2f602dc0cf700dac84a89691752b9c3ec5956aa91a4af60ec3b4e5797 500k Deposit

[4] https://cases.stretto.com/public/x191/11749/PLEADINGS/1174901312380000000181.pdf 1958

In an email chain[5] to the debtor's counsel asking to obtain payment in an alternative Cryptocurrency, they did not answer Mr. Kirsanov's request on his alternative Cryptocurrency as called for by the Custody Settlement in a shortfall event.

In an email chain[6] to Mr. Bryan Kotliar from the Togut Law Firm who had arranged the Settlement agreement, this issue was news to him and he had indicated he did not have enough information from Celsius to understand if there was a breach of settlement. Further emails went unanswered with regards to inquiries on the breach of settlement.

In a Customer Service chain[7] with Celsius, they had indicated erroneously that Mr. Kirsanov had a 1 year lock up period on his CEL Token. On the final dialogue on May 22th of 2023 with Customer Service about this, Celsius indicated the CEL Tokens were unlocked. Mr. Kirsanov alleges that due to a shortfall in their Custody Wallet, they did not distribute funding to their wallet until two days later, where Celsius had funded the account with 500,000 CEL Tokens.

In communication with the UCC regarding this, Mr. Kirsanov never received a response[8] back.

Numerous withdrawal attempts were cancelled[9] on behalf of Celsius, until the Custody Disbursement Account no longer had a Shortfall of funding on the 24th of May.

[5] EXHIBIT 1 BELOW

[6] EXHIBIT 2 BELOW

[7] EXHIBIT 3 BELOW

[8] EXHIBIT 4 BELOW

[9] EXHIBIT 5 BELOW

Mr. Kirsanov notes, as part of the Blonstein Declaration[10], Celsius lacked the adequate funds to transfer CEL funding from his Custody Account ahead of the Freeze and Bankruptcy, as liabilities exceeded the assets. Mr. Kirsanov had submitted multiple requests to transfer his eligible funds in their entirety on May 10th of 2023, however after dozens of attempts with varying numerical attempts, was only able to transfer out 25,000 CEL Tokens.

Mr. Kirsanov believes he is entitled to pursue his rights under this Breach of Settlement as his withdrawal request was not fulfilled pursuant to the Settlement Agreement, and did not provide an equal amount of petition day value on Mr. Kirsanov's CEL Token requests in alternative Cryptocurrency. Mr. Kirsanov believes his eligible 271,585 CEL tokens should have been at petition day values[11], pursuant to the Shortfall issue presented herein. Mr. Kirsanov requests the court to determine appropriate compensatory damages, punitive damages, and other related damages to this matter. In Mr. Kirsanov's opinion, the CEL Token Valuation dispute should not apply to this breach of Settlement claim, as this breach Mr. Kirsanov alleges happened before any determination of valuation or security status. Mr Kirsanov provides the court his error messages[12] as part of his attempts to withdraw his Custody Settlement, many of which were provided to the Debtor, Debtor's Counsel, UCC, and Mr. Kotliar.

---

[10] https://cases.stretto.com/public/x191/11749/PLEADINGS/117491026228000000048.pdf  1192

[11] https://cases.stretto.com/public/x191/11749/PLEADINGS/117491122228000000082.pdf 1420

[12] EXHIBIT 6 BELOW

Mr. Kirsanov, a creditor in this case, has taken the initiative to propose voluntary mediation and/or arbitration to the debtor's counsel Kirkland and UCC. However, regrettably, he has not received any response to this request despite a reasonable period having elapsed.

In light of this, Mr. Kirsanov is left with no alternative but to formally file this matter with the court, seeking your esteemed attention. It is worth noting that during previous correspondence with Mr. Kirsanov, Your Honor clarified that this court does indeed possess jurisdiction over the aforementioned case.

I kindly request the court's guidance on the next steps in this matter and would appreciate any assistance in expediting the proceedings.

I remain respectfully,

Dimitry Kirsanov, Pro Se

/s/Dimitry Kirsanov

EXHIBIT 1 ON NEXT PAGES --- KIRKLAND EMAIL CHAIN

| From | CelsiusCreditorAnswers <CelsiusCreditorAnswers@kirkland.com> |
|------|---|
| To | Dima █████████████████████ |
| Date | Thursday, May 18th, 2023 at 12:56 PM |

Dima,

Thank you for letting us know.  The Company is still working through issues related to CEL, and we will follow up once we have more information.

Thank you,

───────────────

**KIRKLAND & ELLIS LLP**

300 North LaSalle, Chicago, IL 60654

**F** +1 312 862 2200

───────────────

-

**From:** Dima ███████████████████

**Sent:** Thursday, May 18, 2023 12:45 PM

**To:** CelsiusCreditorAnswers <CelsiusCreditorAnswers@kirkland.com>

**Subject:** RE: Unable to Withdraw Custody Settlement Funds

Hi,

The error is no longer apparent, however, my CEL withdrawal attempt of 200k was cancelled on behalf of Celsius with no indication.

Now, when attempting to withdraw any asset -- it indicates the error "Your SSN is not valid.", when I have fulfilled KYC already. Please see attached for latest message.

Do you have any updates on this? While I see Celsius has activity on my outstanding tickets -- they are not responding.

Thanks,

Dimitry

Sent with [Proton Mail](#) secure email.

------- Original Message -------
On Friday, May 12th, 2023 at 9:38 AM, CelsiusCreditorAnswers <[CelsiusCreditorAnswers@kirkland.com](#)> wrote:

> Hello,
>
> Thank you for your email.  We will look into your circumstances and follow up with more information.
>
> Thank you,
>
> ――――――――――
>
> **KIRKLAND & ELLIS LLP**
>
> 601 Lexington Avenue, New York, NY 10022
>
> **F** +1 212 446 4900
>
> ――――――――――
>
> **From:** Dima ████████████████████████
> **Sent:** Friday, May 12, 2023 9:25 AM
> **To:** CelsiusCreditorAnswers <[CelsiusCreditorAnswers@kirkland.com](#)>
> **Subject:** RE: Unable to Withdraw Custody Settlement Funds
>
> Hello,
>
> Celsius indicates the following:

After reviewing your remaining CEL balance we see that it is a balance from an OTC purchase or balances from Earn in CEL rewards.

These balances are subject to a one-year lock up period which is still applicable. Once the lock up period ends, your balance will be available for withdrawal.

Does the settlement not allow immediate withdrawal? I am not sure why I have to wait any further.

Thank you,

Dimitry

Sent with [Proton Mail](#) secure email.

------- Original Message -------
On Wednesday, May 10th, 2023 at 1:57 PM, CelsiusCreditorAnswers <[CelsiusCreditorAnswers@kirkland.com](#)> wrote:

Hello,

Our apologies for the inconvenience.  Please reach out to [support@celsius.network](#) and [app@celsius.network](#) regarding technical difficulties as we do not have access to your account or the application.

Thank you,

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**F** +1 212 446 4900

**From:** Dima
**Sent:** Wednesday, May 10, 2023 2:51 PM
**To:** CelsiusCreditorAnswers <CelsiusCreditorAnswers@kirkland.com>
**Subject:** RE: Unable to Withdraw Custody Settlement Funds

Hello,

Please see the screenshots, which include my eligible balance amount. My eligible 36.25% balance is 271,585, and I attempted to withdraw 100,000. I just tried 50,000 and 30,000 and obtained the same errors. I also attempted 200,000 and 250,000.

Under the settlement agreement, in section 8. Distribution Procedures, it cites

"In the event there are insufficient in-kind digital assets to satisfy the Custody Settlement Payments, the remainder of such payments shall be made in cryptocurrency based on a manner that is tax-efficient"

Am I able to obtain payment in another cryptocurrency since I am unable to withdraw these large sums?

Thanks,

Dimitry

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, May 10th, 2023 at 1:23 PM, CelsiusCreditorAnswers <CelsiusCreditorAnswers@kirkland.com> wrote:

> Hello,
>
> Please note that we cannot give you any legal advice as to what actions you should take, and the following does not constitute legal advice.
>
> The Custody Settlement Order [Docket No. 2291], attached for your reference, provides that account holders will be able to withdraw only a certain percentage of their Custody assets in stages. Accordingly, not all Custody assets are eligible for withdrawal at this time.

If you are having technical difficulties beyond not being able to withdraw the entire amount (which you are not eligible to do under the Settlement), please reach out to support@celsius.network and app@celsius.network.

Thank you,

_____

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022

**F** +1 212 446 4900

_____

_____

**From:** Dima ███████████████████
**Sent:** Wednesday, May 10, 2023 1:52 PM
**To:** CelsiusCreditorAnswers <CelsiusCreditorAnswers@kirkland.com>
**Subject:** Unable to Withdraw Custody Settlement Funds

Hello!

I am attempting to withdraw some CEL tokens in accordance with the custody settlement. For instance, when withdrawing 100000 CEL, it tells me "Not enough funds, 100000 CEL requested, and only 271585 CEL is available"

Please note, ahead of bankruptcy filing and the freezes, I attempted to move my CEL and was provided a similar error, where I could not move my CEL.

Have uploaded the attachment with the error. Please advise. Thank you!

Take care,

Dimitry

Sent with Proton Mail secure email.

EXHIBIT 2 ON NEXT PAGES --- MR. KOTLIAR EMAIL CHAIN

| | |
|---|---|
| From | Dima ███████████████████████████ |
| To | Bryan Kotliar ████████████ |
| Date | Thursday, May 18th, 2023 at 12:46 PM |

Hey Bryan, just to update you on this --

My withdrawal request was cancelled on behalf of Celsius. Now, whenever I attempt to withdraw any of the custody assets I have available, it indicates my SSN is not valid, even though I've already concluded KYC and successfully withdrew funds already.

Please see attached.

Thanks,

Sent with [Proton Mail](#) secure email.

------- Original Message -------
On Tuesday, May 16th, 2023 at 8:59 PM, Dima ████████████████████████

> Looks like whatever the issue was, the communication you sent may have resolved it. It appears as though I am able to now initiate a transfer, I successfully tested 200k CEL pending Celsius' action.
>
> I am interested to know if you do find that they breached the settlement agreement for not having my all my eligible funds ready on the effective date.
>
> Sent with [Proton Mail](#) secure email.
>
> ------- Original Message -------
> On Tuesday, May 16th, 2023 at 12:17 PM, Bryan Kotliar ███████████████████ wrote:
>
>> We don't have enough information from Celsius to understand whether they have breached the settlement agreement. I have asked Kirkland for more information about this lock up issue.
>>
>> ──
>>
>> **Bryan M. Kotliar | Partner**
>> ████████████████
>> ████████████████
>>
>> **TOGUT SEGAL & SEGAL LLP**
>>
>>> On May 16, 2023, at 1:15 PM, Dima ████████████████████
>>>
>>> Hey Bryan,

Appreciate it! I reached out to CelsiusAnswers/UCC to see if they had any idea what was going on as well. It was my understanding settlements supersede everything else.

Would I qualify for section 30 under the settlement, as the app indicates there is inadequate funding/disbursement capability on behalf of Celsius?  Wondering if there is a breach of contract on behalf of Celsius for not allowing my timely withdrawal. I was the largest CEL token holder in Custody, valued at over 600k at time of BK filing.

"30. Distribution Procedures.  The Custody Settlement Payments shall be made in-kind and the Debtors shall be permitted to make such payments using any combination of digital assets currently held in Custody Wallets or Aggregator Wallets (each as defined in the Blonstein Declaration), respectively, in an amount sufficient to satisfy such in-kind distribution.  In the event there are insufficient in-kind digital assets to satisfy the Custody Settlement Payments, the remainder of such payments shall be made in cryptocurrency based on a manner that is tax-efficient."

Thanks!

Dimitry

Sent with Proton Mail secure email.

------- Original Message -------
On Monday, May 15th, 2023 at 7:14 PM, Bryan Kotliar                          wrote:

> Hi Dimitry - this is news to me.  I have emailed Kirkland and let you know when I hear back.
>
>
> Bryan M. Kotliar | Partner
>
>
> <597CF39D-802E-4454-B1AD-DA0D1DE7FE3A.png>
>
>> On May 15, 2023, at 12:45 PM, Dir                              wrote:
>>
>> Hello gentlemen,
>>
>> Thank you for all the work you put in obtaining the settlement for the Custody community.
>>
>> I'm writing to you as I have a matter with my Custody funds. Celsius is not allowing me to withdraw my Custody funds as they indicate they are subject to a one-year lockup, even though it indicates I have an eligible balance. It says there are not enough funds.
>>
>> Celsius Quote to me:
>>
>> "After reviewing your remaining CEL balance we see that it is a balance from an OTC purchase or balances from Earn in CEL rewards.

These balances are subject to a one-year lock up period which is still applicable. Once the lock up period ends, your balance will be available for withdrawal."

Does the settlement not supersede any lockup period? The app indicates I clearly have enough of an eligible balance, but I am unable to withdraw my eligible balance.

Attached are a few examples of me attempting to withdraw my CEL and it indicating there are not enough funds.

Thank you,

Dimitry

Sent with Proton Mail secure email.
<Screenshot_20230510_134716_Celsius.jpg><Screenshot_20230510_134645_Celsius.jpg>
<Screenshot_20230511_083230_Celsius.jpg>

**266.10 KB**    1 file attached1 embedded image

Screenshot_20230518_123957_Celsius.jpg  255.95 KB

EXHIBIT 3 ON NEXT PAGES --- CUSTOMER SERVICE EMAIL CHAIN

Requests    Contributions    Following

Celsius Network  >  My activities

# Fw: Unable to Withdraw Custody Settlement Funds

**Ticket details**                                                               ⌄

**Dimitry Kirsanov**
5 months ago

Hi!

Also forwarding this to app@celsius.network

Please see below for the error I am getting.

Thanks!

Dimitry

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: Dima <dimitry.kirsanov@protonmail.com>
Date: On Wednesday, May 10th, 2023 at 12:52 PM
Subject: Unable to Withdraw Custody Settlement Funds
To: CelsiusCreditorAnswers <CelsiusCreditorAnswers@kirkland.com>

> *Hello!*
>
> *I am attempting to withdraw some CEL tokens in accordance with the custody settlement. For instance, when withdrawing 100000 CEL, it tells me "Not enough funds, 100000 CEL requested, and only 271585 CEL is available"*
>
> *Please note, ahead of bankruptcy filing and the freezes, I attempted to move my CEL and was provided a similar error, where I could not move my CEL.*
>
> *Have uploaded the attachment with the error. Please advise. Thank you!*
>
> *Take care,*
>
> *Dimitry*
>
>
>
> *Sent with Proton Mail secure email.*

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

50 Harrison St

Suite 209F

Hoboken, NJ 07030 USA

Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any...

📎 Screenshot_20230510_124159_Celsius.jpg

600 KB · Download

---

 **Customer Care and Loans Expert**
5 months ago

Hello Dimitry,

Thank you for your inquiry.

After reviewing your remaining CEL balance we see that it is a balance from an OTC purchase or balances from Earn in CEL rewards.

These balances are subject to a one-year lock up period which is still applicable. Once the lock up period ends, your balance will be available for withdrawal.

If there is anything else we can assist you with, please feel free to reach out.


Best regards!

Read our FAQs and learn more from our Help Center https://support.celsius.network/hc/en-us

---

 **Dimitry Kirsanov**
5 months ago

From my understanding, the custody settlement is final and supersedes any stipulation of any further waiting. I want to be able to access my funds immediately.

Sent with Proton Mail secure email.

------- Original Message -------
On Friday, May 12th, 2023 at 8:08 AM, Celsius Network <zendesk@celsius.network> wrote:

---

 **Dimitry Kirsanov**
5 months ago

I am seeing activity on this ticket, however, I am still not able to withdraw my funds.


My CEL withdrawal was recently cancelled, and now I am not able to withdraw any assets, as it indicates my SSN is not valid, even though it has been valid and unchanged.


What's going on, and why can I not withdraw my funds?

---

 **Customer Care and Loans Expert**
4 months ago

Hello Dimitry,

We have identified that this message was sent out in error, if there is an issue with your SSN, you will be notified.
We can see that the locked CEL tokens have been unlocked and that you were able to withdraw them.

As we continue to work through the bankruptcy proceedings and determine processes to support our customers going forward we will continue to share updates through our official channels and Stretto. We encourage you to continue following these updates as they are published.

Best regards!

Read our FAQs and learn more from our Help Center https://support.celsius.network/hc/en-us

This request is closed for comments. You can create a follow-up.

*Some of Celsius' products and services are presently unavailable and, therefore, some content on this page may not be up to date at this time. As more fully explained in our Blog, Celsius and certain affiliates have filed voluntary petitions for Chapter 11 Bankruptcy relief to implement a restructuring that maximizes value for all stakeholders. For general information, please visit this website.*

Powered by Zendesk

EXHIBIT 4 ON NEXT PAGES --- UCC NON RESPONSIVE



From 🔒 Dima <███████████████████████>                                          ☆ ✈ 📎 May 15, 2023

To    CelsiusCommitteeInquiries <CelsiusCommitteeInquiries@Whitecase.com>                    ⌄

Monday, May 15th, 2023 at 11:31 AM

Hello!

Forwarded also to @whitecase.com Please see below.

Thank you!

Dimitry

Sent with Proton Mail secure email.

...

------- Forwarded Message -------
From: Dima <████████████████████████>
Date: On Monday, May 15th, 2023 at 11:30 AM
Subject: Unable to Withdraw Custody Settlement Funds
To: celsiuscommitteeinquiries@ra.kroll.com <celsiuscommitteeinquiries@ra.kroll.com>

Hello UCC,

I accepted the Celsius Custody Agreement for my funds in my Celsius account. Quite a bit of my funds were Pure Custody and were not able to be withdrawn due to loans attached on the accounts.

When attempting to withdraw my CEL under the Custody Settlement, it indicates there are not enough funds available, even though I have more than enough eligible funds to withdraw. Celsius indicates this is because of a 1 year lockup on CEL tokens.

Celsius Quote:

"After reviewing your remaining CEL balance we see that it is a balance from an OTC purchase or balances from Earn in CEL rewards.

These balances are subject to a one-year lock up period which is still applicable. Once the lock up period ends, your balance will be available for withdrawal."

Does the settlement not supersede any lockup period? The app indicates I clearly have enough of an eligible balance, but I am unable to withdraw my eligible balance.

Attached are a few examples of me attempting to withdraw my CEL and it indicating there are not enough funds.

Thanks for your help,

Dimitry

Sent with Proton Mail secure email.

EXHIBIT 5 ON NEXT PAGES --- WITHDRAWALS CANCELLED ON BEHALF OF CELSIUS

Receive    BETA Borrow    Promotions    DIMITRY

| Send | Completed | May 24, 2023 | 12:01 PM | −246,584.999900 CEL | −$53,299.10 |

**Destination address**
0xD33eA6F12eE2326A0a29Ff865737a8D03809b11a

**Network**
Ethereum

| completed | Your outgoing transfer was successful. |

| Send | Canceled | May 19, 2023 | 07:58 PM | −246,585 CEL | −$52,891.49 |

**Destination address**
0xD33eA6F12eE2326A0a29Ff865737a8D03809b11a

**Network**
Ethereum

| canceled | Your outgoing transfer was canceled. |

| Send | Canceled | May 16, 2023 | 08:41 PM | −200,000 CEL | −$44,792.80 |

**Destination address**
0xD33eA6F12eE2326A0a29Ff865737a8D03809b11a

**Network**
Ethereum

| canceled | Your outgoing transfer was canceled. |

| Send | Canceled | May 16, 2023 | 08:40 PM | −25,000 CEL | −$5,588.97 |

**Destination address**
0xD33eA6F12eE2326A0a29Ff865737a8D03809b11a

**Network**
Ethereum

| canceled | Your outgoing transfer was canceled. |

| Send | Completed | May 11, 2023 | 12:33 PM | −24,999.999900 CEL | −$5,601.64 |

**Destination address**
0xD33eA6F12eE2326A0a29Ff865737a8D03809b11a

**Network**
Ethereum

EXHIBIT 6 ON NEXT PAGES --- DIMITRY'S WITHDRAWAL
ERRORS OF NOT ENOUGH FUNDS

Not enough funds, 250000 CEL requested, and only 271585 CEL is available

You're sending

# $59,882.75

 250,000 CEL

| | |
|---|---|
| CEL Address | 0xD33e…9b11a |
| Account Type | Custody |
| Transaction Fee ⓘ | $14.87 / 62.120270 CEL |
| Total | $59,867.87 / 249,937.879700 CEL |

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

Confirm



 Not enough funds, 25001 CEL requested, and only 271585 CEL is available ✕

You're sending

# $5,974.06

Ⓒ 25,001 CEL

| CEL Address | 0xD33e...9b11a |
|---|---|

| Account Type | Custody |
|---|---|

| Transaction Fee ⓘ | $14.84 / 62.120270 CEL |
|---|---|

| Total | $5,959.22 / 24,938.879700 CEL |
|---|---|

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

**Confirm**



Not enough funds, 100 CEL requested, and only 246585 CEL is available



You're sending

# $24.05

Ⓒ 100 CEL

| | |
|---|---|
| CEL Address | 0xD33e…9b11a |
| Account Type | Custody |
| Transaction Fee ⓘ | $14.94 / 62.120270 CEL |
| Total | $9.11 / 37.879700 CEL |

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

**Confirm**




Not enough funds, 1000 CEL requested, and only 246585 CEL is available

You're sending

# $240.53

Ⓒ 1,000 CEL

| | |
|---|---|
| CEL Address | 0xD33e…9b11a |
| Account Type | Custody |
| Transaction Fee ⓘ | $14.94 / 62.120270 CEL |
| Total | $225.57 / 937.879700 CEL |

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

Confirm



**Not enough funds, 25000 CEL requested, and only 246585 CEL is available**

You're sending

# $5,895.42

Ⓒ 25,000 CEL

| | |
|---|---|
| CEL Address | 0xD33e…9b11a |
| Account Type | Custody |
| Transaction Fee ⓘ | $14.64 / 62.120270 CEL |
| Total | $5,879.45 / 24,937.879700 CEL |

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

Confirm





Not enough funds, 25000 CEL requested, and only 246585 CEL is available ✕

You're sending

# $5,895.42

Ⓒ 25,000 CEL

| CEL Address | 0xD33e...9b11a |
| --- | --- |
| Account Type | Custody |
| Transaction Fee ⓘ | $14.64 / 62.120270 CEL |
| Total | $5,879.45 / 24,937.879700 CEL |

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

Confirm

||| ◯ ‹ 🧍

Not enough funds, 10 CEL requested, and only 246585.00003 CEL is available

You're sending

# $2.17

© 10 CEL

| | |
|---|---|
| CEL Address | 0xD33e…9b11a |
| Account Type | Custody |
| Transaction Fee ⓘ | $13.48 / 62.120270 CEL |
| Total | −$11.32 / 0 CEL |

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

Confirm

**Not enough funds, 250 CEL requested, and only 246585.00003 CEL is available**  ✕

You're sending

# $54.25

Ⓒ  250 CEL

| | |
|---|---|
| CEL Address | 0xD33e…9b11a |
| Account Type | Custody |
| Transaction Fee ⓘ | $13.48 / 62.120270 CEL |
| Total | $40.77 / 187.879700 CEL |

ⓘ  In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

**Confirm**

64-mg. Doc 3878 Filed 10/22/23 Entered 10/23/23 12:52:37 Main Do

Pg 34 of 39

 Your SSN is not valid. 

Eligible Balance: 246,585 | $55,307.54

 Celsius (CEL) ▼



**246,585**

$55,307.54

MAX

Continue →

 Not enough funds, 100000 CEL requested, and only 271585 CEL is available 

You're sending

# $23,878.16

© 100,000 CEL

| | |
|---|---|
| CEL Address | 0xD33e…9b11a |
| Account Type | Custody |
| Transaction Fee ⓘ | $14.72 / 62.120270 CEL |
| Total | $23,688.37 / 99,937.879700 CEL |

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

Confirm



**Not enough funds, 50000 CEL requested, and only 271585 CEL is available**

You're sending

# $11,971.50

© 50,000 CEL

| | |
|---|---|
| CEL Address | 0xD33e…9b11a |
| Account Type | Custody |
| Transaction Fee ⓘ | $14.87 / 62.120270 CEL |
| Total | $11,956.02 / 49,937.879700 CEL |

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

Confirm

 Not enough funds, 30000 CEL requested, and only 271585 CEL is available

You're sending

# $7,187.64

 30,000 CEL

| CEL Address | 0xD33e…9b11a |
| --- | --- |
| Account Type | Custody |
| Transaction Fee ⓘ | $14.85 / 62.120270 CEL |
| Total | $7,160.29 / 29,937.879700 CEL |

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

Confirm




Not enough funds, 200000 CEL requested, and only 271585 CEL is available

You're sending

# $47,920.40

© 200,000 CEL

| | |
|---|---|
| CEL Address | 0xD33e…9b11a |
| Account Type | Custody |
| Transaction Fee ⓘ | $14.87 / 62.120270 CEL |
| Total | $47,891.32 / 199,937.879700 CEL |

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

**Confirm**

 Not enough funds, 250000 CEL requested, and only 271585 CEL is available ✕

You're sending

# $59,882.75

 250,000 CEL

| | |
|---|---|
| CEL Address | 0xD33e…9b11a |
| Account Type | Custody |
| Transaction Fee ⓘ | $14.87 / 62.120270 CEL |
| Total | $59,867.87 / 249,937.879700 CEL |

ⓘ In order to process transactions safely during this period, we are taking precautionary measures to ensure your coins are sent safely. As a result, the transaction may take longer than usual to process.

Confirm