**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Case No. 22-10964 (MG) |

**ORDER CLARIFYING CASE MANAGEMENT PROCEDURES FOR CLOSING**
**ARGUMENTS (MODIFICATION # 1)**

An Order Establishing Deadlines and Procedures for Closing Arguments was entered on October 18, 2023 (the "Procedures Order," ECF Doc. # 3851). Paragraph 5 of the Procedures Order provided that "Any party-in-interest that wishes to request any additions or modifications to these procedures may file a written request on the docket." Debtors' counsel filed a request for clarification of the Order (the "Request," ECF Doc. # 3860), requesting clarification on (1) the deadline by which to submit a written request to make a Closing Argument; (2) when the U.S. Trustee's Closing Argument will be heard, and (3) procedures on reserving time for rebuttal arguments. (Request at 1-2.) All time deadlines are in prevailing New York time.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. <u>Deadline to Submit Closing Argument Requests</u>. On or before 5:00 pm, October 26, 2023, any party-in-interest who wishes to make a Closing Argument in support of or opposition to confirmation must file a written request to do so, with an estimate of the time requested.

2. <u>Anticipated Order of Closing Arguments.</u> The Court expects to hear Closing Arguments (if requests are made) generally in the following order: (1) Debtors,

   (2) UCC, (3) United States Trustee, (4) Ad Hoc Committees, (5) Federal and State Regulators, (6) attorneys for creditors, and pro se creditors, in support of confirmation, (7) attorneys for creditors, and pro se creditors, in opposition to confirmation.  The Order entered by the Court will allocate the order and time for each closing argument.

3. <u>Rebuttal Argument.</u>  The Order entered by the Court will provide the time limit allocated to the Debtors, and any other party in interest for any Rebuttal Argument.

4. Absent good cause shown no closing argument will be permitted by any party in interest that has not filed a timely request in accordance with this Order.

   **IT IS SO ORDERED.**

Dated:   October 23, 2023
         New York, New York

                                             *Martin Glenn*
                                          MARTIN GLENN
                                   Chief United States Bankruptcy Judge