Warren E. Gluck, Esq.  
Holland & Knight LLP  
31 West 52nd Street, 12th Floor  
New York, NY 10019  
Tel: 212.513.3200  
Email: warren.gluck@hklaw.com

John J. Monaghan, Esq. (pro hac vice pending)  
Holland & Knight LLP  
10 St. James Avenue, 11th Floor  
Boston, MA 02116  
Tel: 617.573.5834  
Email: john.monaghan@hklaw.com

*Counsel to the Foreign Representatives  
of Three Arrows Capital, Ltd.*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF REVISED PROPOSED ORDER  
(I) MODIFYING THE AUTOMATIC STAY PURSUANT  
TO 11 U.S.C 362(d)(1) AND BANKRUPTCY RULE 4001  
AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 29, 2023, the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) (the "**Foreign Representatives**") filed an Amended Motion for Relief from the Automatic Stay to Allow for Setoff of Mutual Obligations and an associated proposed order (the "**Proposed Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFiLLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that counsel for the Foreign Representatives met and conferred with counsel for the Debtors and agreed to include certain revised language in the Proposed Order. A clean and markup of the revised proposed order are attached hereto as **Exhibits A and B** respectively.

Dated: October 23, 2023
New York, New York

Respectfully submitted,

*/s/ Warren E. Gluck*
Warren E. Gluck, Esq.
Holland & Knight LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
Tel: 212.513.3200
Email: warren.gluck@hklaw.com

John J. Monaghan, Esq. (pro hac vice pending)
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel: 617.573.5834
Email: john.monaghan@hklaw.com

*Counsel to the Foreign Representatives of Three Arrows Capital, Ltd.*