| | |
|---|---|
| Judson Brown, P.C. (admitted *pro hac vice*) | David M. Turetsky |
| T.J. McCarrick (admitted *pro hac vice*) | Samuel P. Hershey |
| Grace Brier (admitted *pro hac vice*) | Joshua D. Weedman |
| Hannah Simson (admitted *pro hac vice*) | **WHITE & CASE LLP** |
| Joseph D'Antonio (admitted *pro hac vice*) | 1221 Avenue of the Americas |
| **KIRKLAND & ELLIS LLP** | New York, New York 10020 |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Telephone:   (212) 819-8200 |
| 1301 Pennsylvania Avenue NW | Facsimile:   (212) 354-8113 |
| Washington, D.C. 20004 | |
| Telephone:   (202) 389-5000 | Gregory F. Pesce (admitted *pro hac vice*) |
| Facsimile:   (202) 389-5200 | **WHITE & CASE LLP** |
| | 111 South Wacker Drive, Suite 5100 |
| Joshua A. Sussberg, P.C. | Chicago, Illinois 60606 |
| **KIRKLAND & ELLIS LLP** | Telephone:   (312) 881-5400 |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Facsimile:   (312) 881-5450 |
| 601 Lexington Avenue | |
| New York, New York 10022 | Aaron Colodny (admitted *pro hac vice*) |
| Telephone:   (212) 446-4800 | **WHITE & CASE LLP** |
| Facsimile:   (212) 446-4900 | 555 South Flower Street, Suite 2700 |
| | Los Angeles, California 90071 |
| Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) | Telephone:   (213) 620-7700 |
| Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) | Facsimile:   (213) 452-2329 |
| Christopher S. Koenig | |
| Dan Latona (admitted *pro hac vice*) | Keith H. Wofford |
| **KIRKLAND & ELLIS LLP** | **WHITE & CASE LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Southeast Financial Center |
| 300 North LaSalle Street | 200 South Biscayne Blvd., Suite 4900 |
| Chicago, Illinois 60654 | Miami, Florida 33131 |
| Telephone:   (312) 862-2000 | Telephone:   (305) 371-2700 |
| Facsimile:   (312) 862-2200 | Facsimile:   (305) 358-5744 |
| | |
| *Counsel to the Initial Debtors and Debtors in Possession* | *Counsel to the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**ADMITTED EXHIBIT LIST AND LIST OF EXHIBITS WHERE JUDICIAL NOTICE WAS GIVEN FOR THE *PRO SE* CREDITORS' CASE**

The Debtors and the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases hereby jointly submit the following list of admitted exhibits and list of exhibits where judicial notice was given for the *pro se* creditors based on the evidentiary presentation made during the October 16 and October 17, 2023 hearing for the confirmation of the Debtors' proposed Chapter 11 plan (the "**Plan**"). At that hearing, the Court noted that the declarations of Mr. Davis and Mr. Phillips included a mix of evidence and argument, but the Court intended to admit them nonetheless subject to appropriate evidentiary weight. *See* Transcript of Hearing dated October 16, 2023 at 96:24-97:9 and 101:19-102:12. The Court also adopted Mr. Faraj's expert report as his direct testimony, subject to cross examination. *Id.* at 35:8-18.

### *Pro Se* CREDITOR ADMITTED EXHIBITS

The Debtors and Committee identify the following exhibits—or portions thereof—that were offered and admitted into evidence during the evidentiary presentation by the *pro se* creditors:

| Admitted Exhibits | Exhibit Description |
|---|---|

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Admitted Exhibits | Exhibit Description |
|---|---|
| Dkt. No. 3758 | Declaration of Richard Phillips in Support of his Limited Objection and Reservation of Rights to Debtors' Chapter 11 Plan |
| Dkt. No. 3769 | Statement Under Oath filed by Otis Davis |
| Schneider Ex. 03 | Excerpt of Fourth Amended Disclosure Statement (Dkt. No. 3332, p. 29) |
| Schneider Ex. 04 | Excerpt of Fourth Amended Disclosure Statement (Dkt. No. 3332, p. 28) |
| Schneider Ex. 05B | Excerpt of Declaration of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan (Dkt. No. 3560, p. 7-8) |
| Schneider Ex. 07 | Excerpt of Fourth Amended Disclosure Statement (Dkt. No. 3332, p. 7) |
| Schneider Ex. 08 | Excerpt of Fourth Amended Disclosure Statement (Dkt. No. 3332, p. 8) |
| Schneider Ex. 09 | Excerpt of Fourth Amended Disclosure Statement (Dkt. No. 3332, p. 359) |
| Schneider Ex. 10 | Excerpt of Fourth Amended Disclosure Statement (Dkt. No. 3332, p. 359-360) |
| Schneider Ex. 26B | September 11, 2023 Letter from Department of Justice to J. Brown re United States v. Roni Cohen-Pavon |
| Schneider Ex. 28A | Excerpt of Fourth Amended Disclosure Statement (Dkt. No. 3332, p. 9) |
| Schneider Ex. 28B | Excerpt of Fourth Amended Disclosure Statement (Dkt. No. 3332, p. 9-10) |
| Schneider Ex. 28C | Excerpt of Fourth Amended Disclosure Statement (Dkt. No. 3332, p. 10) |

## **JUDICIAL NOTICE**

The Debtors and the Committee identify the following docket entries and exhibits as docket entries and exhibits filed by the *pro se* creditors for judicial notice:

| Document | Document Description |
|---|---|
| Schneider Ex. 14 (Dkt. No. 3337) | Excerpt of Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (Vi) Granting Related Relief |
| Schneider Ex. 15 (Dkt. No. 2713) | Notice of Successful Bidder and Backup Bidder |

3

| Document | Document Description |
|---|---|
| Schneider Ex. 16 (Dkt. No. 2759) | Notice of Debtors' Entry into Plan Sponsor Agreement |
| Schneider Ex. 17 (Dkt. No. 3577) | Notice of Filing of Modified Joint Chapter 11 Plan of Reorganization |
| Schneider Ex. 18 (Dkt. 3332) | Fourth Amended Disclosure Statement |
| Schneider Ex. 19 (Dkt. 3560) | Declaration of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan |
| Schneider Ex. 20 (Dkt. No. 3582) | Declaration of Robert Campagna in Support of Confirmation of the Joint Chapter 11 Plan |
| Schneider Ex. 21 (Dkt. No. 3483) | Fourth Notice of Filing of Plan Supplement |
| Schneider Ex. 24 (Dkt. No. 2054) | Notice of Motion of the Official Committee of Unsecured Creditors to Approve Joint Stipulation and Agreed Order Between the Official Committee of Unsecured Creditors and the Debtors with Respect to Certain Claims and Causes of Action Belonging to the Debtors' Estates |
| Schneider Ex. 25B | United States of America v. Alexander Mashinsky and Roni Cohen-Pavon |

Dated: October 24, 2023
    New York, New York

| | |
|---|---|
| */s/ T.J. McCarrick* | */s/ Aaron Colodny* |
| Judson Brown, P.C. (admitted *pro hac vice*) | David M. Turetsky |
| T.J. McCarrick (admitted *pro hac vice*) | Samuel P. Hershey |
| Grace Brier (admitted *pro hac vice*) | Joshua D. Weedman |
| Hannah Simson (admitted *pro hac vice*) | **WHITE & CASE LLP** |
| Joseph D'Antonio (admitted *pro hac vice*) | 1221 Avenue of the Americas |
| **KIRKLAND & ELLIS LLP** | New York, New York 10020 |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Telephone:   (212) 819-8200 |
| 1301 Pennsylvania Avenue NW | Facsimile:    (212) 354-8113 |
| Washington, D.C. 20004 | |
| Telephone:   (202) 389-5000 | Michael C. Andolina (admitted *pro hac vice*) |
| Facsimile:    (202) 389-5200 | Gregory F. Pesce (admitted *pro hac vice*) |
| | Carolyn P. Gurland |
| Joshua A. Sussberg, P.C. | **WHITE & CASE LLP** |
| **KIRKLAND & ELLIS LLP** | 111 South Wacker Drive, Suite 5100 |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Chicago, Illinois 60606 |
| 601 Lexington Avenue | Telephone:   (312) 881-5400 |
| New York, New York 10022 | Facsimile:    (312) 881-5450 |
| Telephone:   (212) 446-4800 | |
| Facsimile:    (212) 446-4900 | Aaron Colodny (admitted *pro hac vice*) |
| | **WHITE & CASE LLP** |
| Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) | 555 South Flower Street, Suite 2700 |
| Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) | Los Angeles, California 90071 |
| Christopher S. Koenig | Telephone:   (213) 620-7700 |
| Dan Latona (admitted *pro hac vice*) | Facsimile:    (213) 452-2329 |
| **KIRKLAND & ELLIS LLP** | |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Keith H. Wofford |
| 300 North LaSalle Street | **WHITE & CASE LLP** |
| Chicago, Illinois 60654 | Southeast Financial Center |
| Telephone:   (312) 862-2000 | 200 South Biscayne Blvd., Suite 4900 |
| Facsimile:    (312) 862-2200 | Miami, Florida 33131 |
| | Telephone:   (305) 371-2700 |
| *Counsel to the Initial Debtors and Debtors in Possession* | Facsimile:    (305) 358-5744 |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |

5