Dimitry Kirsanov
*Pro Se*
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

_____

The Honorable Martin Glenn

Chief Bankruptcy Judge

United States Bankruptcy Court for the Southern District of New York

Alexander Hamilton U.S. Custom House

One Bowling Green New York, NY10004


Re: In re Celsius Network LLC, No. 22-10964 (MG) – Zoom Connectivity Issues


Dear Chief Judge Glenn,

Mr. Kirsanov brings to Your Honor's attention that the Zoom feed had disconnected

_____

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

several times for all participants during the hearing today for Zoom participants. Mr. Kirsanov believes that these types of interruptions would compromise the ability of Zoom participants to engage with the court during future hearings and arguments. Mr. Kirsanov would ask for Your Honor's attention on this matter to determine the root cause of these connectivity issues.

I remain respectfully,

Dimitry Kirsanov, Pro Se

/s/Dimitry Kirsanov