Dimitry Kirsanov
*Pro Se*
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green New York, NY10004

Re: In re Celsius Network LLC, No. 22-10964 (MG) – Written Request to Make Closing Argument

Dear Chief Judge Glenn,

    I respectfully submit a request to make a closing argument of up to 20 minutes in opposition of confirmation. I request an additional 10 minutes for rebuttal arguments, if necessary. I will also be submitting demonstratives that I intend on using before the deadline of 12:00 noon, October 26, 2023, in a separate filing.

I remain respectfully,
Dimitry Kirsanov, Pro Se
/s/Dimitry Kirsanov