**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

Tuesday, 24 October 2023
Honourable Martin Glenn

In re: Doc 3877, Doc 3878. Doc 3835

Dear Judge Glenn,

1. I write to you in strong support of Mr. Dimitry Kirsanov's objections (Doc 3877). Contrary to the counsel's claim that Mr. Kirsanov is not a dissenting creditor, the amended balloting results manifestly indicate his vote to reject the CEL Token Settlement, underscored by his substantial voting weight of $187,300. Additionally, the denial of discovery access to Mr. Kirsanov's own voting results constitutes a breach of due process. Given that Mr. Kirsanov is impaired by an outstanding loan, he retains the right to reject the plan pursuant to the Custody Settlement.

2. I also support Mr. Dimitry Kirsanov's motion (Doc 3878) to enforce a breach of settlement due to the debtor's failure to timely disburse the Custody Settlement. The debtor's inability to fulfill Mr. Kirsanov's request in-kind, evidenced by the delayed deposit of 500,000 CEL Tokens into their Custody disbursement wallet, constitutes a clear violation of the Settlement Agreement. Furthermore, Mr. Kirsanov's attempts to secure payment in an alternative cryptocurrency, as stipulated in the Settlement Agreement, were met with silence, exacerbating the breach. His multiple withdrawal attempts were unjustifiably cancelled until the debtor resolved the shortfall issue.

3. I hereby express unequivocal support for Artur Abreu's Motion (Doc 3835), which seeks the immediate disclosure of dilution data, a pivotal metric conspicuously absent from the materials provided to creditors. The persistent failure to release such fundamental information is inexplicable.

Conclusion

4. In light of the compelling evidence and rationale behind Mr. Dimitry Kirsanov's objections and motions, as well as Artur Abreu's urgent call for transparency, I

respectfully request that the court give immediate attention to these matters. The absence of transparency has led to a series of questionable decisions that have had a detrimental impact on creditors. It is imperative that the court addresses these issues to ensure that the rights and interests of the creditors are adequately protected.

In view of the compelling arguments and evidence presented in support of Mr. Dimitry Kirsanov's objections and motions, as well as the critical need for transparency outlined in Artur Abreu's motion, I respectfully urge the court to prioritize these matters and grant the relief sought by the creditors.

Kind regards,

Michael Gonzalez
Celsius Creditor:
#171633e7c3

[Rest of page intentionally left blank]