# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Christopher S. Koenig
To Call Writer Directly:
+1 312 862 2372
chris.koenig@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

October 25, 2023

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re: *In re Celsius Network LLC, No. 22-10964 (MG)* – Request for Closing Statement pursuant to *Order Establishing Deadlines and Procedures for Closing Arguments* [Docket No. 3851] (the "Closing Argument Procedures") and *Order Clarifying Case Management Procedures for Closing Arguments (Modification #1)* [Docket No. 3879] (the "Modified Closing Argument Procedures")

Dear Chief Judge Glenn:

Pursuant to paragraph 3 of the Closing Argument Procedures and paragraph 1 of the Modified Closing Argument Procedures, we write to make our formal request to offer a closing argument in support of confirmation of the Debtors' *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3577] (as may be further modified, amended, or supplemented from time to time, the "Plan"). The Debtors request the opportunity to make a closing argument with an allotted time of 45 minutes. Pursuant to paragraph 3 of the Modified Closing Argument Procedures, the Debtors request an additional 15 minutes for rebuttal argument. The Debtors will use a demonstrative and shall file the same on the docket prior to the deadline imposed in the Closing Argument Procedures.

Sincerely,

/s/ Christopher S. Koenig

Christopher S. Koenig