

**David Adler**
Partner

T. 212-609-6847
F. 212-645-1025

dadler@mccarter.com

McCarter & English, LLP

Worldwide Plaza
825 Eighth Avenue
31st Floor
New York, NY 10019-7475

www.mccarter.com

October 25, 2023

**VIA ECF**

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green New York, NY 10004-1415
mg.chambers@nysb.uscourts.gov

**Re:     In re Celsius Networks, LLC, Case No. 22-10964 (MG)**
**Written Request to Make Closing Argument at Confirmation Hearing**

Dear Chief Judge Glenn:

McCarter & English, LLP is counsel to the Ad Hoc Retail Group of Borrowers (the "**Ad Hoc Borrowers**"). The Ad Hoc Borrowers write pursuant to paragraph 3 of the Order Establishing Deadlines and Procedures for Closing Arguments [ECF Doc. #3851] and the Order Clarifying Case Management Procedures for Closing Arguments (Modification #1) [ECF Doc. #3879] to request that the Court grant the Ad Hoc Borrowers a maximum of ten (10) minutes to make its closing argument in connection with the confirmation hearing related to the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates [ECF Doc. # 3577].

Respectfully submitted,

/s/ *David J. Adler*
David J. Adler

ME1 45235441v.1