

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

October 25, 2023

t 212.503.0672
f 212.307.5598
JSSabin@Venable.com

**VIA ECF**

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004
mg.chambers@nysb.uscourts.gov

   Re: <u>In re Celsius Network LLC, et al,</u> Case No. 22-10964 (MG) - Request to Make Closing Argument

Dear Chief Judge Glenn:

Venable LLP is counsel to Ignat Tuganov, a creditor of the above-referenced debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") and a party to the Debtors' Plan Support Agreement, dated as of September 20, 2023.  Pursuant to this Court's *Order Establishing Deadlines and Procedures for Closing Arguments* [Docket. No. 3851] and the *Order Clarifying Case Management Procedures for Closing Arguments (Modification #1)* [Docket No. 3879], Mr. Tuganov, by and through his counsel, requests leave for Venable LLP to make a Closing Argument at the Confirmation Hearing in support of the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Affiliates* [Dkt. No. 3577].  Mr. Tuganov estimates that his counsel's Closing Argument will last no longer than then (10) minutes.

        Sincerely,

        <u>/s/ *Jeffrey S. Sabin*</u>
        Jeffrey S. Sabin
        Venable LLP
        151 West 42nd St.
        New York, NY 10036
        jssabin@venable.com

        *Counsel to Ignat Tuganov*