

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

---

*1 Bowling Green, Room 534*     *Phone: (212) 510-0500*
*New York, New York 10004*     *Fax: (212) 668-2255*

October 25, 2023

<u>**Via eFile and E-mail**</u>

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

|  |  |
|---|---|
| **Case Name**: | *In re Celsius Network LLC, et al.* |
| **Case No.**: | 22-10964 (MG) |
| **Re**: | Request for Closing Argument of 15 Minutes |

To Chief Judge Glenn:

Pursuant to paragraph 3 of the *Order Establishing Deadlines and Procedures for Closing Arguments* [Docket No. 3851] and paragraph 1 of the *Order Clarifying Case Management Procedures for Closing Arguments* [Docket No. 3879], the United States Trustee writes to make his formal request to offer a closing argument in opposition to confirmation of the Debtors' *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3577] (as may be further modified, amended, or supplemented from time to time). The United States Trustee requests the opportunity to make a closing argument with an allotted time of 15 minutes.

Regards,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By:     /s/ <u>Shara Cornell</u>
        Shara Cornell
        Trial Attorney