Daniel A. Frishberg
*Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) | (Jointly Administered) |

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green New York, NY 10004

**Re: *In re Celsius Network LLC*, et al., Case No. 22-10964 (MG) Written Request to Make Closing Statement at Confirmation Hearing**

*[Rest of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Dear Chief Judge Glenn:

Mr. Frishberg respectfully writes pursuant to paragraph 3 of *Order Establishing Deadlines And Procedures For Closing Arguments* to request that the Court reserves time for him to make a rebuttal argument, if necessary. As well as grant him the time he already requested. This is a followup letter to my letter filed at D.R. 3876.

Sincerely,

/s/*Daniel A. Frishberg*

Daniel A. Frishberg, *Pro Se*

October 25, 2023

Hillsborough County, Florida

*[Rest of page intentionally left blank]*