**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| Debtors. | ) | (Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 12, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- ***Individualized* Notice of (I) Non-Voting Status to Holders of Unimpaired Claims Conclusively Presumed to Accept the Plan and (II) Opportunity to Opt Out of the Third-Party Releases** (Substantially in the form attached as **Exhibit 2A** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Notice of Hearing to Consider Confirmation of the Debtor's Chapter 11 Plan and Related Voting and Objection Deadlines** (Substantially in the form attached as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 3337**)

Furthermore, on October 16, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Celsius Networks Lending LLC at 50 Harrison St, Ste 209, Hoboken, NJ 07030-6087, pursuant to USPS forwarding instructions:

- **Notice of Filing of Plan Supplement (**Docket No. 3115)

- **Second Notice of Filing of Plan Supplement (**Docket No. 3273)

Furthermore, on October 16, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on David Jennings Billingsley at redacted address, pursuant to USPS forwarding instructions:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3336]**

[THIS SPACE INTENTIONALLY LEFT BLANK]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on or before October 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- ***Individualized* Notice of (I) Non-Voting Status to Holders of Impaired Claims or Interests Conclusively Deemed to Reject the Plan and (II) Opportunity to Opt In to the Third-Party Releases** (Substantially in the form attached as **Exhibit 2B** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Notice of Hearing to Consider Confirmation of the Debtor's Chapter 11 Plan and Related Voting and Objection Deadlines** (Substantially in the form attached as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 3337**)

Furthermore, on or before October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **Notice of Hearing to Consider Approval of Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates** (Docket No. 2977)

Furthermore, on or before October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**, pursuant to USPS forwarding instructions:

- **Solicitation and Voting Procedures** (Substantially in the form attached as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 3337**)

- ***Individualized* Holders of Claims in Classes: Class 2 Retail Borrower Deposit Claims, Class 4 Convenience Claims, Class 5 General Earn Claims, Class 6A General Custody Claims, and Class 7 Withhold Claims – Ballot for Voting to Accept or Reject the Joint Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates** (Substantially in the form attached as **Exhibit 3A** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Celsius Cover Letter in Support of Plan** (Substantially in the form attached as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the form attached as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Disclosure Statement Relating to the Joint Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates Pursuant** (Docket No. 3332)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization; (III) Approving the Form of Ballots and Notices in Connections Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorization and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief** (Docket No. 3337 excluding Exhibits)

- **Notice of Hearing to Consider Confirmation of the Debtor's Chapter 11 Plan and Related Voting and Objection Deadlines** (Substantially in the form attached as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Notice of Claims Settlement and Opportunity to Opt Out of Class Settlement** (Substantially in the form attached as **Exhibit 10** to the Disclosure Statement Order filed as **Docket No. 3337**)

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Celsius Network Inc. at 50 Harrison St, Ste 209, Hoboken, NJ 07030-6087, pursuant to USPS forwarding instructions:

- **Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Joint Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors, the Committee, and the Initial Consenting Series B Preferred Holders and (II) Granting Related Relief** (Docket No. 2967)

- **Notice of Filing of Revised Proposed Order (I) Approving the Settlement by and Among the Debtors, the Committee, and the Consenting Series B Preferred Holders and (II) Granting Related Relief** (Docket No. 2998)

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Christopher Weller at a redacted address, pursuant to USPS forwarding instructions:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3381]**

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Calvin Fritz at a redacted address, pursuant to USPS forwarding instructions:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3458]**

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, pursuant to USPS forwarding instructions:

- **Sixth Notice of Filing of Plan Supplement** (Docket No. 3583)

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Lindi Dierna at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Hearing to Consider Confirmation of the Debtor's Chapter 11 Plan and Related Voting and Objection Deadlines** (Substantially in the form attached as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 3337**)

Dated: October 25, 2023

Monica Arellano

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 25th day of October, 2023, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ____________________

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# **Exhibit A**



# Exhibit A

Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| DAVIS, BETHANY [BETHANY JEAN DAVIS] | ON FILE |
| GRAHAM, PETER | ON FILE |

# Exhibit B



# Exhibit B

Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| ANISA IRENE EHTESHAMI | ON FILE |
| BRANDON M R JACOBSON | ON FILE |
| DAMAYMEYIAN LATEE GOLDSTON | ON FILE |
| GIL GABO | ON FILE |
| JADE AUGUSTO GIRON | ON FILE |

# **Exhibit C**



# Exhibit C

Served Via First-Class Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| ABHISHEK ACHAR | ON FILE | | | |
| ADAM GRONAU | ON FILE | | | |
| ALEX MATTINA | ON FILE | | | |
| ANGEL COPENHAVER | ON FILE | | | |
| ASHLEY BRIANNA CHAPMAN | ON FILE | | | |
| BARBARA BAYNE | ON FILE | | | |
| BENJAMIN SMITH | ON FILE | | | |
| BOJAN MITOV | ON FILE | | | |
| BORIS KLIMUSHKIN | ON FILE | | | |
| BRANDON JACOBSON | ON FILE | | | |
| CAROLYN BAYEN SIMPSON | ON FILE | | | |
| CELSIUS NETWORK LLC | 50 HARRISON ST STE 209 | HOBOKEN | NJ | 07030-6087 |
| CELSIUS NETWORKS LENDING LLC | 50 HARRISON ST STE 209 | HOBOKEN | NJ | 07030-6087 |
| CHRISTIE HILL | ON FILE | | | |
| CRYSTAL WILLIAM | ON FILE | | | |
| CYNTHIA RICHARDSON | ON FILE | | | |
| DANIEL STEVEN PHILLIPS | ON FILE | | | |
| DARREN ADAMS | ON FILE | | | |
| DAVID COLFER | ON FILE | | | |
| DAVID HODGSON | ON FILE | | | |
| DEREK DIEMER | ON FILE | | | |
| DUSTIN GOMEZ | ON FILE | | | |
| DUSTIN PICARD | ON FILE | | | |
| EDWARD COE | ON FILE | | | |
| EDWARD COE [EDWARD NILES COE, JR.] | ON FILE | | | |
| EMILY KIBERD | ON FILE | | | |
| FRANK HERNANDEZ | ON FILE | | | |
| GAUTAM PURANAM | ON FILE | | | |
| IVAN HURD | ON FILE | | | |
| JAKE SIMMONS | ON FILE | | | |
| JIN YOUNG KIM | ON FILE | | | |
| JOHN BOCSKOVITS | ON FILE | | | |
| JOHN GRISIUS | ON FILE | | | |
| JOHN HAYNES | ON FILE | | | |
| JONATHAN RODRIGUEZ | ON FILE | | | |
| JOSE GONZALEZ MARTINEZ | ON FILE | | | |
| JOSE RUIZ | ON FILE | | | |



# Exhibit C

Served Via First-Class Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- |
| JOSHUA KENDRICK | ON FILE | | | |
| JOSHUA TOLIN | ON FILE | | | |
| KEVIN RAYGOZA SOLIS | ON FILE | | | |
| KIANNA LUCAS | ON FILE | | | |
| KORBINIAN GERHARD RUETH | ON FILE | | | |
| KYLE SAVAGE | ON FILE | | | |
| LOGZIO | 38 COLLINS DR | MARLBOROUGH | MA | 01752-1669 |
| LUCAS PETRUCCI | ON FILE | | | |
| MANUEL KUHN | ON FILE | | | |
| MARK PETERS | ON FILE | | | |
| MERILOU ATHENS-BARNEKOW | ON FILE | | | |
| MICHAEL MOORE | ON FILE | | | |
| MICHAEL SEILER | ON FILE | | | |
| MIKE MCLOGAN | ON FILE | | | |
| MINDY MANN | ON FILE | | | |
| NATHAN MOCH | ON FILE | | | |
| PAUL HARAMIS | ON FILE | | | |
| PAUL ROBBINS | ON FILE | | | |
| PAUL STEVENS | ON FILE | | | |
| PETER AMPONSAH | ON FILE | | | |
| ROBERT YAN | ON FILE | | | |
| ROBERTA BARBACEIA SANTOS GONCALVES | ON FILE | | | |
| ROSS WHEELER | ON FILE | | | |
| RUBELYN WATERS | ON FILE | | | |
| SAMANTHA BERGLUND | ON FILE | | | |
| SHANE MICHAEL DURYEA | ON FILE | | | |
| SUDEEP BANERJEE | ON FILE | | | |
| TAI NGUYEN | ON FILE | | | |
| VISHAL RAJ NAIDU CAUNCHI | ON FILE | | | |

# Exhibit D



# Exhibit D

Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| ALEX ATHINEOS | ON FILE |
| ASHLEY ELIZABETH PERKINS | ON FILE |
| BRANDON LEE HESS | ON FILE |
| CARL STEWART HAAS | ON FILE |
| DONG GUN KIM | ON FILE |
| JESSICA JEAN SIMPSON | ON FILE |
| JOHN DAVID MARTINEZ | ON FILE |
| MATTHEW YLC LEE | ON FILE |
| RYAN CHRISTOPHER COLBY | ON FILE |
| SHINJI KASAHARA | ON FILE |
| TIMOTHY C ANDERSON | ON FILE |
| TIMOTHY C SUTTON | ON FILE |
| TRAVIS LEON BRYANT | ON FILE |
| WILLIAM ENGEL III | ON FILE |
| ZACKERY MICHAEL CARL | ON FILE |

# **Exhibit E**

# Exhibit E

Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| GIALAMAS, JOHN | ON FILE |
| JONATHON HOLT | ON FILE |
| KAZI, YLAN | ON FILE |
| KORDOMENOS, JAMES | ON FILE |
| MARC SHACHTMAN | ON FILE |