Andersen LLP
80 Coleman Street,
London, EC2R 5BJ,
United Kingdom
Telephone: +44 (0)20 7242 5000
Fax: +44 (0)20 7282 4337

*UK Tax Services Provider*
*for the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT**
**OF SERVICES RENDERED AND EXPENSES**
**INCURRED BY ANDERSEN LLP AS UK TAX SERVICES PROVIDER**
**FOR THE DEBTORS, FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

| Name of Applicant | Andersen LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors |
| Retention Date | June 6, 2023, effective as of February 13, 2023 |
| Period for which compensation and reimbursement is sought: | August 1, 2023 through August 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $52,517.97 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |
| This is a(n) | Monthly Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

This is the third monthly fee application filed in this case.

Andersen LLP ("Andersen"), as valuation advisors to the debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"), hereby submits this monthly fee statement (the "Fee Statement"), pursuant to this Court's *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779], dated June 8, 2023 (the "Amended Interim Compensation Order"), and this Court's Order under 11 U.S.C. § 1103, Fed. R. Bankr. P. 2014 and 5002, and S.D.N.Y. LBR 2014-1, *Order (I) Authorizing the Retention and Employment of Andersen LLP as UK Tax Services Provider Effective as of February 28, 2023, and (II) Granting Related Relief* [Docket No. 2755], dated June 6, 2023, seeking compensation and reimbursement of expenses for the period August 1, 2023 through August 31, 2023 (the "Monthly Period"). By this Fee Statement, Andersen seeks payment of $42,014.38, which is equal to 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Monthly Period, $52,517.97.

Attached hereto as Exhibit A is a summary report outlining the hours and fees worked by task, hours and fees worked by professional, and hours and fees worked by task by professional for the Monthly Period.

This Fee Statement also includes a billing summary by individual, setting forth the (i) name and title of each individual for whose work on these cases compensation is sought, (ii) aggregate time expended by each such individual, and (iii) hourly billing rate for each such individual at Andersen's current billing rates.

[*Remainder of page intentionally left blank*]

**NOTICE**

Pursuant to the Interim Compensation Order, notice of this Fee Statement has been served upon (i) Celsius Network LLC, 50 Harrison Street, Suite 209F, Hoboken, New Jersey 0703, Attn: Ron Deutsch; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., and 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., and Christopher S. Koenig; (iii) the U.S. Trustee, Alexander Hamilton Custom House, 1 Bowling Green, New York, New York 10004, Attn: Shara Cornell, Mark Bruh, and Brian S. Masumoto; (iv) counsel to the UCC, White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce, 1221 6th Avenue, New York, New York 10020, Attn: David Turetsky, and 555 South Flower Street, Suite 2700, Lost Angeles, California 90071, Attn: Aaron E. Colodny; (v) counsel to the Chapter 11 Examiner, Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654, Attn: Catherine L. Steege, and Vincent E. Lazar; (vi) counsel to the Ad Hoc Group of Custodial Account Holders, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Kyle J. Ortiz and Bryan M. Kotliar; (vii) counsel to the Ad Hoc Group of Withhold Account Holders, Troutman Pepper Hamilton Sanders, 875 Third Avenue, New York, New York 10022, Attn: Deborah Kovsky-Apap; (viii) via electronic mail to counsel to the Fee Examiner, Christopher S. Sontchi, at CelsiusFeeExaminer@gklaw.com; and (ix) any other statutory committee appointed in these chapter 11 cases. Andersen submits that, in view of the facts and circumstances, such notice is sufficient, and no other or further notice need be provided.

WHEREFORE, Andersen respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, *i.e.*, payment of $42,014.38, which represents 80 percent of the compensation sought, $52,517.97.

Dated:  October 25, 2023

                                            ANDERSEN LLP
                                            By:  /s/ Zoe Wyatt

Zoe Wyatt
Andersen LLP
80 Coleman Street
London, EC2R 5BJ
United Kingdom
Telephone:  +44 (0)20 7242 5000
Fax:  +44 (0)20 7282 4337

*UK Tax Services Provider*
*for the Debtors and Debtors-in-Possession*

4

**Exhibit A**

SUMMARY OF TOTAL FEES
BY PROFESSIONAL FOR ANDERSEN LLP
August 1, 2023 through August 31, 2023

| Professional | Title | Hours | Rate | Total Requested Fees ($) |
|---|---|---|---|---|
| Zoe Wyatt | Engagement Partner and Head of Crypto & Digital Assets | 12 | $1168 | **14,016** |
| Sarah Shears | VAT Partner | 13 | $1112 | **14,456** |
| Dion Seymour | Crypto Technical Director | 19.17 | $863 | **16,543.71** |
| Huw Griffiths | Director - Corporate Tax | 7.5 | $863 | **6,472.50** |
| **TOTAL** | | **51.67** | | **$51,488.21** |
| *Less 15% Discount* | | | | *$(7,723.23)* |
| **SUB TOTAL** | | | | **$43,764.98** |
| **VAT** | | | | **$8,753.00** |
| **TOTAL** | | | | **$52,517.97** |

SUMMARY OF TOTAL FEES
BY TASK CATEGORY FOR ANDERSEN LLP
August 1, 2023 through August 31, 2023

| Task | Description | Total Hours | Total Requested Fees ($) |
|---|---|---|---|
| Accounts | Preparation and completion of Corporation Tax Returns for 2021 onward | 30.50 | **30,029.75** |
| Ad hoc | Completion of additional works not included within the original Statement of Work | 2 | **2,224** |
| Administrative | Activities in relation to Chapter 11 including review of court submissions and necessary documents | 0.5 | **431.50** |
| General | Time related to weekly catch-up calls and other such activity | 8.67 | **8,056.46** |
| VAT Return | Review and completion of VAT registration process and filing of VAT returns | 10 | **10,746.50** |
| **SUB TOTAL** |  | **51.67** | **$51,488.21** |
| *Less 15% Discount* |  |  | *$(7,723.23)* |
| **SUB TOTAL** |  |  | **$43,764.98** |
| **VAT** |  |  | **$8,753.00** |
| **TOTAL** |  |  | **$52,517.97** |

2

SUMMARY OF TOTAL FEES BY PROFESSIONAL AND
BY TASK CATEGORY FOR ANDERSEN LLP
August 1, 2023 through August 31, 2023

| Professional | Task | Hours | Total Requested Fees ($) |
|---|---|---|---|
| Dion Seymour | Accounts | 13 | 11,219 |
| | Administrative | 0.5 | 431.50 |
| | General | 4.17 | 3,598.71 |
| | VAT Return | 1.5 | 1,294.50 |
| Huw Griffiths | Accounts | 5.25 | 4,530.75 |
| | General | 2.25 | 1,941.75 |
| Sarah Shears | Accounts | 0.5 | 556 |
| | Ad Hoc | 2 | 2,224 |
| | General | 2 | 2,224 |
| | VAT Return | 8.5 | 9,452 |
| Zoe Wyatt | Accounts | 11.75 | 13,724 |
| | General | 0.25 | 282 |
| **SUB TOTAL** | | **51.67** | **$51,488.21** |
| *Less 15% Discount* | | | *$(7,723.23)* |
| **SUB TOTAL** | | | **$43,764.98** |
| **VAT** | | | **$8,753.00** |
| **TOTAL** | | | **$52,517.97** |

3

DETAIL OF TOTAL FEES BY PROFESSIONAL AND
BY TASK CATEGORY FOR ANDERSEN LLP
August 1, 2023 through August 31, 2023

| Date | Professional | Task | Description | Hours | Rate ($) | Charge ($) |
|---|---|---|---|---|---|---|
| 01/08/2023 | Dion Seymour | Accounts | Call with Lior and CT Director regarding working papers for 2022 | 0.5 | 863 | 431.5 |
| 01/08/2023 | Huw Griffiths | Accounts | Catch up with Lior re FY22 numbers | 0.5 | 863 | 431.5 |
| 01/08/2023 | Huw Griffiths | General | Celsius weekly call | 1 | 863 | 863 |
| 01/08/2023 | Zoe Wyatt | Accounts | Debrief with Huw and Dion on Celsius calls | 0.75 | 1168 | 876 |
| 01/08/2023 | Dion Seymour | Administrative | Review of email and gathering additional information following request from Kirkland for additional information for court claim | 0.5 | 863 | 431.5 |
| 01/08/2023 | Dion Seymour | General | Review of email sent by Lior and the attached working papers | 0.5 | 863 | 431.5 |
| 01/08/2023 | Zoe Wyatt | General | Weekly call | 0.25 | 1168 | 292 |
| 01/08/2023 | Huw Griffiths | General | Weekly call | 0.25 | 863 | 215.75 |
| 01/08/2023 | Dion Seymour | General | Weekly call | 0.25 | 863 | 215.75 |
| 01/08/2023 | Sarah Shears | General | Weekly call | 0.25 | 1112 | 278 |
| 02/08/2023 | Sarah Shears | VAT Return | Internal catch up re: VAT | 0.25 | 1112 | 278 |
| 07/08/2023 | Dion Seymour | Accounts | Call with Lior and Huw (CT Director) to discuss Bitwave report | 0.5 | 863 | 431.5 |

4

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/08/2023 | Huw Griffiths | Accounts | Discussion with Lior re BitWave analysis and treatment of specific items | 1 | 863 | 863 |
| 07/08/2023 | Huw Griffiths | Accounts | Review DS email on outstanding information on FY22 position | 0.25 | 863 | 215.75 |
| 07/08/2023 | Dion Seymour | Accounts | Review of 2022 P&L for red line items and follow-up wit Lior following earlier call | 0.25 | 863 | 215.75 |
| 07/08/2023 | Dion Seymour | Accounts | Review of email dated 3 August regarding Bitwave report and figures contained within | 0.25 | 863 | 215.75 |
| 08/08/2023 | Dion Seymour | Accounts | Call with Zoe Wyatt to go through Bitwave info. Plus court docs. | 0.75 | 863 | 647.25 |
| 08/08/2023 | Zoe Wyatt | Accounts | Call with Dion on Bitwave update | 0.5 | 1168 | 584 |
| 08/08/2023 | Dion Seymour | General | Weekly update call | 0.67 | 863 | 578.21 |
| 08/08/2023 | Sarah Shears | General | Weekly update call | 0.75 | 1112 | 834 |
| 09/08/2023 | Huw Griffiths | Accounts | Catch up re Lior re FY22. Discussion with Dion. | 1 | 863 | 863 |
| 09/08/2023 | Dion Seymour | Accounts | Discussion with Huw CT Director on Intercompany loan and email to Lior requesting further information. Review of agreements sent | 1.5 | 863 | 1294.5 |

5

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/08/2023 | Dion Seymour | Accounts | Initial drafting of intercompany report | 2 | 863 | 1726 |
| 09/08/2023 | Dion Seymour | Accounts | Initial review of expenses provided by Lior - preliminary considerations | 0.5 | 863 | 431.5 |
| 10/08/2023 | Dion Seymour | Accounts | Call with Zoe (partner) to update position on Celsius activity | 0.5 | 863 | 431.5 |
| 10/08/2023 | Zoe Wyatt | Accounts | Call with Dion re various on Celsius | 0.5 | 1168 | 584 |
| 15/08/2023 | Huw Griffiths | Accounts | Celsius review of note re release and catch up with Dion | 1.5 | 863 | 1294.5 |
| 15/08/2023 | Huw Griffiths | General | Celsius weekly call | 1 | 863 | 863 |
| 15/08/2023 | Sarah Shears | VAT Return | E-mail re: VAT reg | 0.25 | 1112 | 278 |
| 15/08/2023 | Dion Seymour | Accounts | Review of LR and possible options for intercompany loans with Huw Griffiths, CT director | 1 | 863 | 863 |
| 15/08/2023 | Sarah Shears | General | Weekly call | 0.25 | 1112 | 278 |
| 15/08/2023 | Dion Seymour | General | Weekly Celsius update | 0.5 | 863 | 431.5 |
| 16/08/2023 | Zoe Wyatt | Accounts | Call with Dion re loan relationship / debt write off conclusions | 0.5 | 1168 | 584 |
| 16/08/2023 | Sarah Shears | VAT Return | Drafting VAT registration and quantification covering letter | 1.75 | 1112 | 1946 |
| 16/08/2023 | Dion Seymour | Accounts | Further consideration and development of LR position , call with Zoe | 2 | 863 | 1726 |

6

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 17/08/2023 | Zoe Wyatt | Accounts | Call with Huw re loan relationship position. Review and amend Dion/Huw's note on loan relationship and debt right off. | 3.5 | 1168 | 4088 |
| 17/08/2023 | Huw Griffiths | Accounts | Call with Kirkland re UK write off | 1 | 863 | 863 |
| 17/08/2023 | Dion Seymour | VAT Return | Call with Sarah S, VAT partner, to discuss disclosure to HMRC | 0.5 | 863 | 431.5 |
| 17/08/2023 | Sarah Shears | VAT Return | Celsius VAT reg and quantification letter, update call to Dion | 4.25 | 1112 | 4726 |
| 17/08/2023 | Dion Seymour | Accounts | Discussion with Kirkland UK tax lawyers on intercompany loan | 0.5 | 863 | 431.5 |
| 17/08/2023 | Dion Seymour | General | Preparation of court fee application | 1.5 | 863 | 1294.5 |
| 18/08/2023 | Sarah Shears | VAT Return | Amendments to VAT reg covering letter, draft 64-8, draft cover e-mail to Lior and e-mail Dion and Zoe | 1 | 1112 | 1112 |
| 18/08/2023 | Sarah Shears | VAT Return | Dion re: VAT reg letter | 0.75 | 1112 | 834 |
| 18/08/2023 | Dion Seymour | VAT Return | Discussion with Sarah Shears VAT partner on letter for HMRC | 1 | 863 | 863 |
| 21/08/2023 | Sarah Shears | Ad Hoc | Amend 64-8 and send 64-8 and covering letter and e-mail to Lior re: VAT reg and quantification | 0.5 | 1112 | 556 |

7

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 21/08/2023 | Zoe Wyatt | Accounts | Calls with Dion Seymour re Kirkland UK's email on loan relationships. Agree best approach and review draft email to Kirkland. Review Sarah Shears' email / letter to HMRC on VAT. | 1.5 | 1168 | 1752 |
| 21/08/2023 | Dion Seymour | Accounts | Discussion with Zoe Wyatt on approach to loan relationship and suggested next steps | 0.25 | 863 | 215.75 |
| 21/08/2023 | Dion Seymour | Accounts | Review of email from Kirkland UK in relations to loan relationships and response to Alan Walker | 0.5 | 863 | 431.5 |
| 22/08/2023 | Dion Seymour | Accounts | Further research on Loan relationship. Report draft completed and sent to Partner | 1.5 | 863 | 1294.5 |
| 24/08/2023 | Zoe Wyatt | Accounts | Review and edit revised Loan relationship note | 3 | 1168 | 3504 |
| 29/08/2023 | Sarah Shears | General | Weekly call | 0.75 | 1112 | 834 |
| 29/08/2023 | Dion Seymour | General | Weekly update call | 0.75 | 863 | 647.25 |
| 30/08/2023 | Sarah Shears | Ad Hoc | Amending VAT cover letter and 64-8 form | 1.5 | 1112 | 1668 |
| 30/08/2023 | Zoe Wyatt | Accounts | Call with Dion re loan relationship report. Follow-up call with Dion re EY call. | 1 | 1168 | 1168 |

8

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 30/08/2023 | Dion Seymour | Accounts | Call with EY to discuss point raised from call weekly call, call with Zoe Wyatt to update and agree position | 0.5 | 863 | 431.5 |
| 30/08/2023 | Sarah Shears | Accounts | Celsius - call with EY | 0.5 | 1112 | 556 |
| 31/08/2023 | Sarah Shears | VAT Return | E-mail Lior with VAT reg covering letter | 0.25 | 1112 | 278 |
| 31/08/2023 | Zoe Wyatt | Accounts | Review latest version of loan relationship report, final edits/ comments for Dion to include. | 0.5 | 1168 | 584 |