Dear Chief Judge Glenn,

     I respectfully request the opportunity to deliver a closing statement lasting no more than 10 minutes regarding the confirmation of the Plan.

As a pro se international creditor with family members affected by this bankruptcy, and having played an active role in the Celsius Network Twitter community (now known as X), particularly in matters concerning the Celsius Bankruptcy and Cel.

I have amassed a following of over 4,100 followers and readers across two accounts, all following the "pause" period:

[Your Twitter Account 1: @RonPaulBot1234]

[Your Twitter Account 2: @CelsiusFacts]

I believe that I can provide a concise and informative perspective that would be beneficial for the closing statement and, ultimately, the judge's decision-making process.

*Wednesday, 25October 2023*

                                        Respectfully Signed,
                                            /s/ Artur Abreu

                                        _____
                                        *Artur Abreu, Pro Se*

                                    Email: ArturmCH11@proton.me