

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

October 26, 2023

**VIA ECF**
The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1415
mg.chambers@nysb.uscourts.gov

    RE:    *In re: Celsius Network LLC, et al.*, No. 22-10964 (Bankr. S.D.N.Y.)
            *Request to Make Closing Argument*

Dear Chief Judge Glenn:

    Pursuant to paragraph 3 of the *Order Establishing Deadlines and Procedures for Closing Arguments* [Docket. No. 3851] and paragraph 1 of the *Order Clarifying Case Management Procedures for Closing Arguments (Modification #1)* [Docket No. 3879], the U.S. Securities and Exchange Commission ("SEC") hereby requests that the Court permit the SEC five minutes to make a closing argument, if necessary.

    Sincerely,

    U.S. SECURITIES AND EXCHANGE COMMISSION

    By: */s/ Therese A. Scheuer*

    Therese A. Scheuer (*admitted pro hac vice*)
    100 F Street, NE
    Washington, DC 20549
    Tel: (202) 551-6029
    Fax: (202) 772-9317
    scheuert@sec.gov
    -and-
    William M. Uptegrove (*admitted pro hac vice*)
    950 East Paces Ferry Rd., N.E.
    Suite 900
    Atlanta, GA 30326
    Tel: (404) 842-5765
    uptegrovew@sec.gov