October 25, 2023

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1415

      **Re: *In re Celsius Networks*, LLC, Case No. 22-10964 (MG) Written Request to Make Closing Argument at Confirmation Hearing**

Dear Chief Judge Glenn:

      I am writing pursuant to paragraph 3 of the *Order Establishing Deadlines and Procedures for Closing Arguments* [ECF Doc. #3851] and the *Order Clarifying Case Management Procedures for Closing Arguments* (Modification #1) [ECF Doc. #3879] to request that the Court grant me a maximum of ten (10) minutes to make a closing argument (and, if needed, rebuttal arguments) in connection with the confirmation hearing related to the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates* [ECF Doc. # 3577].

Sincerely,

Immanuel J. Herrmann, *Pro Se*
October 25, 2023
/s/*Immanuel Herrmann*