October 23, 2023

The Honorable Judge Glenn;

I'm writing to express my concern about balloting discrepancies in the Celsius Chapter 11 hearing, and Kirkland and Ellis's entangled in this matter.

If Kirkland alleges you voted yes, but it was very clearly shown on the balloting results you voted no, what would you do? Would you not call for misrepresentation?

There are at least 2 prominent CEL token holders who have fallen victim to this crime, and I would appreciate very much your investigation of this matter.

Your honor I implore you to take this assertation seriously, and thoroughly investigate the circumstances surrounding this matter.  It is crucial that every individual involved In the legal system is afforded a fair and unbiased process, free from any appearance of impropriety.

Thank you.

Sincerely,

Carol Maunder

Celsius Creditor/Earn