Johan Bronge

*Pro se creditor*

25 October 2023

# United States Bankruptcy Court Southern District of New York Re: Chapter 11 Case No. [22-10964 (MG)

Written request to make closing argument

Dear Judge Glenn,

I hereby submit a request to make closing argument of up to 10 minutes and an additional 10 minutes for possible rebuttal.

Respectfully

Johan Bronge

*Pro se*