Dimitry Kirsanov
*Pro Se*
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**


The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green New York, NY10004


Re: In re Celsius Network LLC, No. 22-10964 (MG) – Dimitry Kirsanov's

demonstratives for opposition of Confirmation


Dear Chief Judge Glenn,

Mr. Kirsanov respectfully submits the following demonstratives, as listed in the

following pages. Mr. Kirsanov notes that most of these are from the debtor's own documents and

other documents on the docket. Mr. Kirsanov also shares demonstratives with Mr. Kirsanov's

thoughts on related matters. Mr. Kirsanov has taken measures to safeguard privacy of individuals

listed in schedule F by initializing their names. Should this not be acceptable, Mr. Kirsanov has

also submitted an alternative demonstrative with just the schedule number in relation to CEL in

Custody. Mr Kirsanov also notes he has condensed the non-related information on the

demonstratives and highlighting relevant information for the court. Mr Kirsanov also attaches the

relevant reference to dockets under the demonstratives.

I remain respectfully,
Dimitry Kirsanov, Pro Se
/s/Dimitry Kirsanov

DEMONSTRATIVE 1

"ISSUES TRANSFERING BEFORE FREEZE, FIRST CUSTODY SETTLEMENT PAYOUT"





DEMONSTRATIVE 2

"BLONSTEIN DECLARATION, NOT ENOUGH CEL ASSETS IN CUSTODY TO MEET

CUSTODY/WITHHOLD LIABILITIES AHEAD OF FREEZE."

22-10964-mg    Doc 1192    Filed 10/25/22    Entered 10/25/22 23:59:54    Main Document
Pg 16 of 22

| | | 6/8/2022 | | |
| | | Custody | | Withhold |
| | | Assets (on Fireblocks) | Liabilities (in the books) | Liabilities |
| Coin | Price | $189,538,093 | -$171,819,552 | -$7,979,435 |
| 1INCH | 0.83 | 31,221 | -29,735 | -1,262 |
| AAVE | 96.91 | 2,097 | -1,934 | -77 |
| ADA | 0.64 | 6,666,384 | -6,348,938 | -105,514 |
| AVAX | 24.22 | 25,188 | -23,989 | -704 |
| BADGER | 5.65 | 0 | 0 | 0 |
| BAT | 0.40 | 178,914 | -170,395 | -4,638 |
| BCH | 178.32 | 558 | -532 | -23 |
| BNB | 288.81 | 65 | -62 | -6 |
| BNT | 1.28 | 8,556 | -8,149 | -864 |
| BSV | 56.90 | 517 | -493 | -3 |
| BTC | 30,223.13 | 2,520 | -2,400 | -102 |
| BUSD | 1.00 | 107,595 | -99,625 | -1,483 |
| CEL | 0.66 | 1,184,948 | -1,097,174 | -402,804 |

Docket 1192

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174910262280000000048.pdf

DEMONSTRATIVE 3

"EXPERT WITNESS MAX GALKA NOT SURE WHY I WAS NOT ABLE TO WITHDRAW,
DOESN'T MAKE SENSE"

```
21    Q    Do you have any idea why it indicates the funds are not

22    available, Mr. Galka?

23              MR. WEEDMAN:  Objection, Your Honor.

24              THE COURT:  Overruled.

25    BY MR. KIRSANOV:
```

Veritext Legal Solutions
212-267-6868                    www.veritext.com                    516-608-2

22-10964-mg    Doc 3881    Filed 10/23/23    Entered 10/23/23 21:49:20    Main Document
Pg 594 of 1289

Page 49
```
1    A    Well, I can read the message.  I see that the amount,

2    it says not enough funds, 100,000 CEL requested and only

3    271,585 cell is available, which of course doesn't make a

4    whole lot of sense.  All that being said, I don't know why

5    this message came up, if that's your question./
```

Docket 3881, Page 594

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174910242380000000017.pdf

DEMONSTRATIVE 4

"EXPERT WITNESS MAX GALKA INDICATES CEL EXCEEDED $5 AFTER

BANKRUPTCY"



TradingView Exhibit: Docket 3694, exhibit 3

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174910032380000000309.pdf

Transcript: Docket 3881, Page 603-604

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174910242380000000017.pdf

DEMONSTRATIVE 5

"EXPERT WITNESS MAX GALKA CITES HE DOESN'T KNOW WHEN THE CUSTODY

WALLET WAS CREATED, SWORN REPORT SAYS IT WAS CREATED IN APRIL 2022"

```
11    BY MR. KIRSANOV:

12    Q    When was the Custody wallet created?

13            MR. WEEDMAN:  Objection, Your Honor.

14            THE COURT:  Overruled.  You can answer if you

15    know.

16    BY MR. KIRSANOV:

17    A    I don't know.
```

22-10964-mg    Doc 3580    Filed 09/27/23    Entered 09/27/23 11:40:07    Main Document
Pg 19 of 83

61. In addition to the main omnibus wallets, Celsius also created the Custody workspace and wallets to enable its Custody product in April 2022. This workspace was used to reserve assets backing custody customer liabilities, and on a regular (typically daily) basis, assets in the Custody wallets were reconciled with custody liabilities, and if needed, coins were moved between the main omnibus and Custody wallets so the assets in the custody wallet met or exceeded custody liabilities.

Transcript: Docket 3881, Page 594

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174910242380000000017.pdf

Max Galka Report, Docket 3580, Page 19

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174909272380000000062.pdf

DEMONSTRATIVE 5

"DIMITRY KIRSANOV IS A DISSENTING CREDITOR"

22-10964-mg   Doc 3864   Filed 10/20/23   Entered 10/20/23 16:50:00   Main Document
Pg 6 of 55

twelve[4] filings on the subject, Mr. Kirsanov objected to this post-solicitation modification because
he believes it (a) requires resolicitation of the Plan and (b) causes the Plan to violate the best
interests test with respect to CEL Custody Claims.

7. At the outset, Mr. Kirsanov's Objections, other than those regarding resolicitation,
are untimely, as Mr. Kirsanov did not raise any objection to the Plan until September 28, 2023
(after the objection deadline of September 22, 2023). Moreover, contrary to some of the assertions
Mr. Kirsanov has made, Mr. Kirsanov: (a) opted into the Custody Settlement; (b) withdrew all of
his CEL Tokens that were eligible to be withdrawn pursuant to the Custody Settlement;[5] (c) voted
in favor of the Plan; and (d) did not opt out of the Class Claim Settlement.[6] Mr. Kirsanov's
Objection should be overruled on these facts alone because Mr. Kirsanov is not a dissenting
creditor[7] and, even if he were, he could only even *theoretically* be harmed by the changes he

Docket 3864

https://cases.stretto.com/public/x191/11749/PLEADINGS/117491020238000000242.pdf

DEMONSTRATIVE 6

"VOTING RESULTS, FINAL TABULATION AMENDMENT"

22-10964-mg   Doc 3574   Filed 09/27/23   Entered 09/27/23 08:40:54   Main Document
Pg 17 of 48

In re: Celsius Network LLC, et al.
Tabulation Summary

| Class 6A (General Custody Claims) | | | | | |
|---|---|---|---|---|---|
| | Count | % | | Dollars | % |
| Accept: | 2,896 | 99.51% | | $87,378,989.97 | 98.78% |
| Custody Opt-In (Deemed to Accept): | 2,973 | | | $52,451,991.14 | |
| Reject: | 29 | 0.49% | | $1,722,936.80 | 1.22% |
| Tabulated Ballot Totals: | 5,898 | | | $141,553,917.91 | |
| Abstain: | 56 | | | $159,856.15 | |
| Amended or Late Filed: | 596 | | | | |
| All Ballot Totals: | 6,550 | | | | |
| CEL Token Accept: | 350 | 97.49% | | $104,933.60 | 35.83% |
| CEL Token Reject: | 9 | 2.51% | | $187,912.09 | 64.17% |
| Class Claim Settlement Opt Out | 34 | | | $558,010.29 | |
| Third Party Release Opt-Out: | 31 | | | | |
| Contributed Claim Election: | 2,352 | | | | |

9 Dissenting CEL Members, $187,912.09 CEL Monetary Majority of 64.17%

Docket 3574

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174909272380000000037.pdf

DEMONSTRATIVE 7

"DIMITRY KIRSANOV'S COINS HELD IN ACCOUNT CLASSES, CEL HIGHLIGHT &

VOTING WEIGHT. DIMITRY KIRSANOV IS THE TOP CEL HOLDER IN CUSTODY"

Debtor Name: Celsius Network LLC                                                                                          Case Number: 22-10964

**Non-Priority Unsecured Retail Customer Claims**

| SCHEDULE F LINE | CREDITORS NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3.1.150403 | DIMITRY KIRSANOV | ADDRESS REDACTED | | | BCH 1.35156<br>BTC 3.03113080770747<br>CEL 1843.23633521328<br>DOGE 28388.15874268<br>ETH 11.4010959439361<br>LTC 12.737224763452<br>USDC 5773.07844052871<br>ZEC 45.3355834141109<br>CEL 0.05271411592429 | BTC 0.00516903643154641<br>CEL 749200<br>DOGE 4491.84125765<br>LTC 2.25608257<br>USDC 41.69<br>UST 134196.994149<br>ZEC 1.67853176 | |

| CUSTODY ACCOUNT |
|---|
| BTC 0.00516903643154641 |
| CEL 749200 |
| DOGE 4491.84125765 |
| LTC 2.25608257 |
| USDC 41.69 |
| UST 134196.994149 |
| ZEC 1.67853176 |

CEL 749200

749,200*0.25
= $187,300 Voting
Weight

Docket 2311, Page 4491

https://cases.stretto.com/public/x191/11749/CORRESPONDENCE/1174903272350000000022.pdf

DEMONSTRATIVE 8-A,

 "INITIALIZED #1-10 TOP HOLDERS OF CEL IN CUSTODY (CENTS ROUNDED UP,

$0.25 VALUATION)"

| | | |
|---|---|---|
| Dimitry Kirsanov | 3.1.150403 | 187300 |
| P.J. | 3.1.451458 | 53951 |
| N.E. | 3.1.415884 | 22529 |
| R.S. | 3.1.475885 | 16459 |
| O.D. | 3.1.438662 | 13678 |
| J.D. | 3.1.239857 | 12961 |
| Y.N. | 3.1.591775 | 10461 |
| K.K. | 3.1.311834 | 9329 |
| P.C. | 3.1.446829 | 9200 |
| J.T. | 3.1.288166 | 8029 |
| | Totals Minus Dimitry | 156597 |

Docket 2311

https://cases.stretto.com/public/x191/11749/CORRESPONDENCE/1174903272350000000033.pdf

DEMONSTRATIVE 8-B,

"DETAILED SCHEDULE F CEL #2-11 CEL HOLDERS BY MONETARY VALUE (CENTS
ROUNDED UP, $0.25 VALUATION)"

| SCHEDULE F LINE | CUSTODY ACCOUNT | | |
|---|---|---|---|
| #2 Page 13051 - 3.1.451458 | CEL 215802.7734 | | - 215,803 |
| #3 Page 12049 - 3.1.415884 | CEL 90115.3201 | | - 90,116 |
| #4 Page 13766 - 3.1.475885 | CEL 65835 | - | - 65,835 |
| #5 Page 12681 - 3.1.438666 | CUSTODY CEL MISSING | | - WHERE IS IT? (Pure CEL) |
| #6 Page 6868 - 3.1.239857 | CEL 51841.6210569757 | | - 51,842 |
| #7 Page 17111 - 3.1.591775 | CEL 41841.2983204623 | | - 41,842 |
| #8 Page 9135 - 3.1.311834 | CEL 37313 | | - 37,313 |
| #9 Page 12801 - 3.1.446829 | CEL 36798.7670657477 | | - 36,799 |
| #10 Page 8459 - 3.1.288166 | CEL 32112.9661221679 | | - 32,113 |
| #11 Page 12344 - 3.1.425930 | CEL 31739.13 | | - 31740 |

#5 MISSING CUSTODY AMOUNT EVEN IN WITHDRAWAL ORDER

Withdrawal Order: Doc 974, #5 on Page 3440

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174910062280000000017.pdf

DEMONSTRATIVE 9

"MR. FERRARO, Interim CEO, CRO, CFO UNAWARE OF CEL VOTING RESULTS IN
CUSTODY CLASS"



Docket 3881, Page 270

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174910242380000000017.pdf

DEMONSTRATIVE 10

"DIMITRY'S THOUGHTS ON THE BALLOTING MISREPRESENTATION"



DEMONSTRATIVE 11

"DIMITRY'S THOUGHTS ON UCC & WHITECASE"

Hello UCC? Whitecase? Is anyone there? I have lots of Custody CEL Token I couldn't move ahead of the freeze. Even my full amount in the first Settlement payout for weeks. Help? Anyone? Hello? Will this expert Witness help me? Oh… zero? $0.25? Is anyone there? Hello?

What happened to <span style="color:red">Fiduciary Duty?</span>

DEMONSTRATIVE 12

"CUSTODY SETTLEMENT TERMS – 6B CLASS IMPAIRED INTO 6A AS A RESULT OF

A LOAN, HAVING VOTING RIGHTS TO REJECT"

For the avoidance of doubt, any Holder of an Allowed Custody Claim that abstains from voting or votes to reject the Plan and has only Pure Custody Assets or Transferred Custody Assets, but was prevented from receiving his or her Custody Assets under the Withdrawal Order as a result of an outstanding loan owed to the Debtors through the Debtors' Borrow Program, shall receive his or her Custody

5

2291-1    Filed 03/21/23    Entered 03/21/23 17:01:48    Exhibit
Pg 24 of 43

Assets in accordance with the treatment of allowed Borrow Claims under the Plan and otherwise consistent with the Court's findings in the Withdrawal Order.

Docket 2291, Page 23+24

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174903212380000000219.pdf

DEMONSTRATIVE 13

"ADVERSE CHANGE AFTER BALLOTING"

> 84.    83.  "*Deactivation Date Cryptocurrency Conversion Table*" means the conversion table the Distribution Agent shall use to calculate the ~~amount of Cash or Cryptocurrency to distribute to a~~Claims of Holders of ~~an~~ Allowed Custody Claims ~~or Withhold Claim~~ that did not retrieve ~~its~~their Plan distribution from the Celsius platform by the Deactivation Date in Cash and Liquid Cryptocurrency, which table shall contain applicable Cryptocurrency prices as of a date agreed by the Debtors and the Committee, which date is expected to be approximately fifteen (15) days prior to the Deactivation Date.  Notwithstanding anything to the contrary herein excepting Custody Claims from the CEL Token Settlement, the Deactivation Date Cryptocurrency Conversion Table shall provide that CEL Token is priced at $0.25 if the Bankruptcy Court approves the CEL Token Settlement, or such other amount as ordered by the Bankruptcy Court.  For the avoidance of doubt, following the Deactivation Date, such Claims shall be subject to further conversion pursuant to any applicable Distribution Cryptocurrency Conversion Table in connection with subsequent distributions.

85.    84.  "*Debtor Release*" means the release given on behalf of the Debtors and their Estates to the Released Parties as set forth in Article VIII.C of the Plan.

8

Doc 3577

https://cases.stretto.com/public/x191/11749/PLEADINGS/117490927238000000058.pdf

DEMONSTRATIVE 14

"CLAIMS CALCULATION"

5.   *How will Account Holder Claims be calculated?*

All Account Holder Claims, except for any such Claims associated with CEL Token and any Custody Claims, will be calculated by converting the value of the Claim into Cash as of the Petition Date using the conversion rates provided in the Cryptocurrency Conversion Table [Docket No. 1420].   CEL Token will be valued as provided in Article IV.B.2 of the Plan.

- Except as provided in Article III.B.17 of the Plan, all CEL Token Deposit Claims, other than Custody Claims that are CEL Token Deposit Claims, shall be valued at $0.25/CEL Token (*i.e.*, 1 CEL Token equals a $0.25 CEL Token Deposit Claim), and shall otherwise receive the treatment associated with the program in which they were deployed.

DEMONSTRATIVE 15

"MANA TOKEN CURRENT PRICE AND PETITION PRICES EXAMPLE"



Mana Prices

https://coinmarketcap.com/currencies/decentraland/

Petition Prices, Doc 1420

https://cases.stretto.com/public/x191/11749/PLEADINGS/117491122280000000082.pdf

DEMONSTRATIVE 16

"HAWAII DISTRIBUTION SCHEDULE"

| Account and/or Claim Type | User Location (Based on KYC and Location) | Distribution Agent for Days 1–90 | Distribution Agent Starting on Day 91 |
|---|---|---|---|
| Earn Account (individual and corporate)<br><br>Retail Borrower Deposit Claim (individual and corporate)<br><br>Convenience Claims (individual and corporate)<br><br>Custody Account (individual)<br><br>Withhold Account (individual)<br><br>Unsecured Loan Claims | Hawaii | PayPal (Cash, for individuals only) or another Distribution Agent (BTC/ETH), but unlikely to find a Distribution Agent to distribute in BTC/ETH | Same as Days 1–90 |

Doc 3332, Page 47/48

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174908172380000000088.pdf

DEMONSTRATIVE 17

"DISTRIBUTION TIMELINE, CUSTODY BEST INTERESTS MET?"

DISTRIBUTION                                    BEST INTEREST MET?

| CONFIRMATION TO EFFECTIVE | |
|---|---|
| NON-HAWAII BEFORE DEACTIVATION | |
| HAWAII BEFORE DEACTIVATION | |
| DEACTIVATION DAY PRICING | |

DEMONSTRATIVE 18

"CREDITOR IS ENTITLED TO MAKE THE DECISION OF WHEN AND IF TO

WITHDRAW, INCLUDING THE DEACTIVATION DATE PROCEEDS FOR CUSTODY"

> **R.    How will undeliverable distributions and unclaimed property be treated under the Plan?**
>
> In the event that the NewCo Transaction is consummated, any distribution under the Plan that is unclaimed or otherwise remains undeliverable for a period of one year after the first attempt to deliver shall be deemed unclaimed property pursuant to section 347(b) of the Bankruptcy Code and shall automatically and irrevocably revert to NewCo, in the case of NewCo Common Stock, or the Litigation Recovery Account, to the extent it is Liquid Cryptocurrency, and shall be distributed Pro Rata to Holders entitled to receive Litigation Proceeds under the Plan (*i.e.*, General Earn Claims, Unsecured Loan Claims, Retail Borrower Deposit Claims, and General Unsecured Claims).

Docket 3332, Page 49

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174908172380000000088.pdf