David Schneider
*Pro Se*
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                    )
In re:                                              )    Chapter 11
                                                    )
CELSIUS NETWORK LLC, *et al.*,[1]                   )    Case No. 22-10964 (MG)
                                                    )
                    Debtors.                        )    (Jointly Administered)
                                                    )
_____

The Honorable Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004

Dear Chief Judge Glenn,

    Pursuant to paragraph 3 of the Closing Argument Procedures [Docket # 3851] and paragraph 1 and 3 of the Modified Closing Argument Procedures [Docket # 3879], I write to request to reserve time to make a closing argument in support of Schneider's Objection to Plan Confirmation [Docket # 3547] with an estimated time of 10 minutes. I also request to reserve time to make rebuttal arguments if necessary.

                                                               Thank you,

                                                               /s/ David Schneider
                                                               David Schneider, *Pro Se*
                                                               October 26, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.