Case No. 22-10964 (MG)

Re: In re Celsius Network LLC, et al., Case No. 22-10964 (MG) – Written Request to Make Closing Argument at the Confirmation Hearing

Dear Chief Judge Glenn:

I request up to 30 minutes to make a Closing Argument, and also request that time be reserved to make a rebuttal argument, if necessary. I don't know if I will use all of my requested time, but just wanted to leave myself the room just in case I need it. I do not plan to simply restate what I have already said in the letter I originally submitted.

Sincerely,

Cathy Lau, Pro Se

10/26/2023