**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

      CELSIUS NETWORK LLC, et al.,        Case No. 22-10964 (MG)

                Debtors.

## <u>ORDER GRANTING REQUESTS TO MAKE CLOSING ARGUMENTS</u>

The Order Establishing Deadlines and Procedures for Closing Arguments ("Procedures Order," ECF Doc. # 3851) was entered on October 18, 2023. On October 23, 2023 the Procedures Order was modified pursuant to the Order Clarifying Case Management Procedures for Closing Arguments (Modification #1) ("Modified Procedures Order," ECF Doc. # 3879).  Paragraph 1 of the Modified Procedures Order required any party-in-interest who wished to make a Closing Argument to file a written request to do so on or before 5:00 pm, October 26, 2023, with an estimate of the time requested.  Sixteen requests to make Closing Arguments were filed on the docket by the 5:00 pm deadline.  This Order establishes the order in which Closing Arguments shall be made and the time allocated to each Closing Argument.

**NOW, THEREFORE, CLOSING ARGUMENTS SHALL BE MADE IN THE FOLLOWING ORDER FOR THE TIME SPECIFIED:**

1. Debtors – 45 minutes (inclusive of any time reserved for rebuttal)

2. Official Committee of Unsecured Creditors – 30 minutes (inclusive of any time reserved for rebuttal)

3. United States Trustee – 15 minutes

4. Ad Hoc Borrowers Group – 10 minutes

5. Ad Hoc Earn Account Group – 10 minutes

6. Withhold Ad Hoc Group – 5 minutes

7. Securities and Exchange Commission – 5 minutes

8. *Pro se* creditor Daniel Frishberg – 10 minutes

9. Counsel for Ignat Tuganov – 10 minutes

10. *Pro se* creditor Immanuel Herrmann – 10 minutes

11. *Pro se* creditor Richard Phillips – 10 minutes

12. *Pro se* creditor Otis Davis – 10 minutes

13. *Pro se* creditor Dimitry Kirsanov – 10 minutes

14. *Pro se* creditor Artur Abreu – 10 minutes

15. *Pro se* creditor Johan Bronge – 10 minutes

16. *Pro se* creditor David Schneider – 10 minutes

**IT IS SO ORDERED.**

Dated:    October 26, 2023
New York, New York

*Martin Glenn*
MARTIN GLENN
Chief United States Bankruptcy Judge