Case No. 22-10964 (MG)

Re. Request to know why my request to make a closing statement was not included in approved submissions, when it was submitted by me at 12:00:19 Pacific Time (3:00:19 New York Time)

Dear Chief Judge Glenn,

I request to know why my request to make a closing statement was not approved, as I submitted my request at 12:00:19 Pacific Time, which is 3:00:19 New York Time. My receipt number was 1698346819, and, while I did not screenshot my receipt, I did copy and paste it, and it said

"Pro Se Upload Tool for Self-Represented Individuals only

Your receipt number is 1698346819

Your documents were submitted on Thursday, October 26, 2023 at 03:00:19 PM. This is the date and time your document(s), once approved, is to be filed on the Court's electronic filing system."

I checked the time that my submission was recorded as being filed at, and it said it was filed at 17:41:35, which was not the time my receipt said it would be filed at.

I know there was a delay between when I submitted it and when it was filed, and if I had known that whether or not I would be able to participate would depend on when someone on the other end was able to file my document, I would have submitted it sooner, but I thought that by filing it two hours in advance, that that would be well within the cut-off time. I worked very hard gathering and preparing ideas to present, and I feel shocked, dismayed, and very discouraged that my request to make a statement has been left out.

I honestly don't know what to say, because I stayed on the court docket page and saw David Schneider's submission be filed as I waited, and I thought something was wrong because the things I had submitted much earlier still hadn't been filed even an hour afterward, and was wondering if I should write something about it, and when I saw it finally uploaded, I thought it would be okay, and to see that I have now not been included because my submission took so long to upload makes me feel like I have experienced injustice.

I know I don't know how to present arguments, but I feel like I should at least be allowed the opportunity to speak and try. I know I resubmitted a document with what I hoped would count as demonstratives in the morning due to receiving an email from the US Courts saying I had not included the proper information (re. the case number, etc.), but I do not know why it affected the submission of

my other, unrelated document (re. my request to make a closing statement).

I hope that this is just a misunderstanding, as I thought for sure that my submission would be counted due to my submitting it well in advance of the deadline to submit.

I await your reply and decision.

Sincerely,

Cathy Lau, Pro Se
10/26/2023