**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Case No. 22-10964 (MG) |

### ORDER GRANTING REQUESTS TO MAKE CLOSING ARGUMENTS (MODIFICATION #1)

The Order Establishing Deadlines and Procedures for Closing Arguments ("Procedures Order," ECF Doc. # 3851) was entered on October 18, 2023. On October 23, 2023 the Procedures Order was modified pursuant to the Order Clarifying Case Management Procedures for Closing Arguments (Modification #1) ("Modified Procedures Order," ECF Doc. # 3879). Paragraph 1 of the Modified Procedures Order required any party-in-interest who wished to make a Closing Argument to file a written request to do so on or before 5:00 pm, October 26, 2023. Sixteen requests to make Closing Arguments were filed on the docket by the 5:00 pm deadline. On October 26, 2023 the Order Granting Requests to Make Closing Arguments was entered (ECF Doc. # 3923).

*Pro se* creditor Cathy Lau submitted a request to make a Closing Argument on October 26, 2023 at 3:00 p.m. Her request was filed on the docket at 5:41 p.m., after the 5:00 p.m. deadline (ECF Doc. # 3922). However, because Ms. Lau submitted her request before the deadline, and Court Services has confirmed receipt at 3:00 p.m., the Court will deem her request timely.

**NOW, THEREFORE, CLOSING ARGUMENTS SHALL BE MADE IN THE FOLLOWING ORDER FOR THE TIME SPECIFIED:**

1. Debtors – 45 minutes (inclusive of any time reserved for rebuttal)
2. Official Committee of Unsecured Creditors – 30 minutes (inclusive of any time reserved for rebuttal)
3. United States Trustee – 15 minutes
4. Ad Hoc Borrowers Group – 10 minutes
5. Ad Hoc Earn Account Group – 10 minutes
6. Withhold Ad Hoc Group – 5 minutes
7. Securities and Exchange Commission – 5 minutes
8. *Pro se* creditor Daniel Frishberg – 10 minutes
9. Counsel for Ignat Tuganov – 10 minutes
10. *Pro se* creditor Immanuel Herrmann – 10 minutes
11. *Pro se* creditor Richard Phillips – 10 minutes
12. *Pro se* creditor Otis Davis – 10 minutes
13. *Pro se* creditor Dimitry Kirsanov – 10 minutes
14. *Pro se* creditor Artur Abreu – 10 minutes
15. *Pro se* creditor Johan Bronge – 10 minutes
16. *Pro se* creditor David Schneider – 10 minutes
17. *Pro se* creditor Cathy Lau – 10 minutes

**IT IS SO ORDERED.**

Dated:   October 27, 2023
         New York, New York

*Martin Glenn*
MARTIN GLENN
Chief United States Bankruptcy Judge