Case Number: 22-10964MG

United States Bankruptcy Court Southern District of New York

Re: Celsius Chapter 11 Case No. [22-10964 (MG)]

Joinder and Letter of Support to Pro Se Creditor Johan Bronge's (Docket 3908) response, objection and request for relief to DEBTORS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF REORGANIZATION OF CELSIUS NETWORK LLC AND ITS DEBTOR AFFILIATES AND OMNIBUS REPLY TO CERTAIN OBJECTIONS THERETO (docket 3864) and to the REVISED PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE MODIFIED JOINT CHAPTER 11 PLAN OF CELSIUS NETWORK LLC AND ITS DEBTOR AFFILIATES (docket 3867).

To Judge Martin Glenn:

I, Michael D Windom, a party involved in the above-mentioned Chapter 11 case, hereby submit this joinder and letter in support of the motion/response/arguments filed by Pro Se Creditor Johan Bronge (Docket 3908), and also seek the relief requested by Mr. Bronge as it would apply to my outstanding Celsius loans.

I am a Celsius Creditor belonging to the Class 2 Retail Borrowers class, and Class 5 General Earn class.  I voted "no" and "opted out" of the Class Claim Settlement in the shameful, coercive, farce of a "vote" creditors were presented with, being executed with a totally incomprehensible ballot obviously designed to confuse and discourage creditors.  I did so primarily based on a moral stance of being tired of being victimized by the debtors, supported by the arguments put forth by Mr. Bronge addressing the unequal treatment of Retail Borrower's collateral (Dockets 902, 3270, 3511).

Additionally, I cast my "vote" in the above manner as I believe any plan with a forced investment in a wholly new enterprise/business model, without an opt-out provision, is unconstitutional on it's face, and violates my rights of individual liberty and sovereignty as articulated/argued by Pro Se Creditor David Schneider (Docket 3547), and myself (Docket 3616).

I thank the Court for allowing Pro Se Creditors to make arguments in this matter, and appreciate the extra effort sometimes required by the Court to parse the legal arguments out of what is often less than sophisticated legal articulation.  The Pro Se's are doing the best they can arguing against some of the best attorneys in the country being paid with our own money/potential recovery.

Respectfully,

Michael D Windom

Celsius Pro Se Creditor

Celsius Account Holder [Borrow / Earn]

October 27, 2023