Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### TENTH SUPPLEMENTAL NOTICE OF ADDITIONAL PHISHING ATTEMPTS

**PLEASE TAKE NOTICE** that on October 26, 2023, the Debtors became aware that

additional phishing emails[2] purporting to be from "Celsius Network" were sent to certain account

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]   On November 30, 2022, the Debtors filed the *Notice of Phishing Attempts* [Docket No. 1527] (the "Original Notice") to alert parties in interest of phishing emails sent to certain of the Debtors' account holders purporting to be restructuring associates at Kirkland & Ellis LLP, the Debtors' counsel, and requesting that account holders submit their wallet addresses and other account information to receive claim distributions. Copies of such emails are attached to the Original Notice as Exhibit A. Additionally, on December 13, 2022, the Debtors filed the *Supplemental Notice of Phishing Attempts* [Docket No. 1681] (the "First Supplemental Notice") to alert parties in interest of third-party reports of these and similar phishing emails targeting cryptocurrency users. Copies of such reports are attached to the First Supplemental Notice as Exhibit A. On January 22, 2023, the Debtors filed the *Second Supplemental Notice of Additional Phishing Attempts* [Docket No. 1904] (the "Second Supplemental Notice") to alert parties in interest of phishing texts and emails sent to certain of the Debtors' account holders purporting to be a senior manager at Stretto, Inc., the Debtors' claims agent ("Stretto"), and requesting that account holders submit their official personal identification, cryptocurrency wallet addresses, bank accounts, and contact information to receive claim distributions, and pay a purported "filing fee" and "tax fee." Copies of such texts and emails are attached to the Second Supplemental Notice as Exhibit A and Exhibit B, respectively.

holders (a) claiming that the recipient account holder is "eligible to make a partial withdrawal from

your Celsius account" and (b) asking the account holder to "[a]ccess the secure withdrawal link"

by clicking the "Withdraw" button included in the email.  An example email is attached hereto as

**Exhibit A**.

PLEASE TAKE FURTHER NOTICE that these emails are ***not authorized messages***

from the Debtors and are ***strongly suspected to be phishing scams*** *leading to a phishing site or*

*malware designed to obtain account holders' personally identifiable information, account*

*information, or financial assets*.

---

On February 6, 2023, the Debtors filed the *Third Supplemental Notice of Additional Phishing Attempts* [Docket No. 1992] (the "Third Supplemental Notice") to alert parties in interest of similar phishing emails sent to certain of the Debtors' account holders purporting to be a senior manager at Stretto, Inc., that contained a hyperlink to a ***falsified*** order (the "Falsified Order") purportedly from the United States Bankruptcy Court for the Southern District of New York (the "Court").  A copy of such emails, a redline showing the differences between the Falsified Order and the correct copy of the *Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 526], and a copy of the Falsified Order are attached to the Third Supplemental Notice as Exhibit A, Exhibit B, and Exhibit C, respectively.  On February 15, 2023, the Debtors filed the *Fourth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2082] (the "Fourth Supplemental Notice") to alert parties in interest of phishing emails purporting to be from Stretto, Inc. and advertising an alleged opportunity to receive "NFT."  A copy of such emails was attached to the Fourth Supplemental Notice as Exhibit A.  On June 26, 2023, the Debtors filed the *Fifth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2896] (the "Fifth Supplemental Notice") to alert parties in interest of phishing emails purporting to be "Celsius Customer Support" and claiming that account holders could "claim" or "withdraw their Tokens almost immediately" through a suspicious hyperlink.  Copies of such emails are attached to the Fifth Supplemental Notice as Exhibit A.  On August 1, 2023, the Debtors filed the *Sixth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3121] (the "Sixth Supplemental Notice") to alert parties in interest of phishing emails and texts purporting to be from the Debtors or Stretto claiming that account holders were eligible for withdrawal through a suspicious hyperlink.  Copies of such emails and texts are attached to the Sixth Supplement Notice as Exhibit A.  On August 10, 2023, the Debtors filed the *Seventh Supplemental Notice of Additional Phishing Attempts* [Docket No. 3251] (the "Seventh Supplemental Notice") to alert parties in interest of phishing telephone calls from +1 (866) 463-5669 purporting to be from the Debtors and offering to facilitate the withdrawal of certain assets from the Debtors' platform.  On September 5, 2023, the Debtors filed the *Eighth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3422] (the "Eighth Supplemental Notice") to alert parties in interest of a fraudulent "clone website" purportedly belong to Stretto that prompted users to "connect" their cryptocurrency wallets.  A screenshot of the clone website is attached to the Eight Supplemental Notice as Exhibit A.  On October 5, 2023, the Debtors filed the *Ninth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3722] (the "Ninth Supplemental Notice," and collectively with the Original Notice, the First, the Second, the Third, the Fourth, the Fifth, the Sixth, the Seventh, and the Eighth Supplemental Notice, the "Phishing Notices") to alert parties in interest of a phishing attempt that resulted in certain account holders receiving e-mails from support@celsius.network that contained a suspicious URL in the subject line.  A copy of such email is attached to the Ninth Supplemental Notice as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that neither the Debtors nor their advisors will *ever* contact you by email, telephone call, text message, or otherwise to request account information or other personal information absent an (a) order by the Court or (b) on-the-record instruction from the Court.  In connection with the distribution of certain assets authorized by the Court, the Debtors have sent KYC requests to the eligible account holders through the Debtors' mobile application (the "Celsius App") in accordance with the applicable withdrawal procedures approved by the Court.  *See, e.g.*, *Notice of Schedule of Custody Users Entitled to Withdraw Certain Assets* [Docket No. 1958]; *Notice of Withdrawals Opening for Eligible Custody Users* [Docket No. 2176]; *Notice of Schedule of Postpetition Transferors Entitled to Withdraw Postpetition Transfers* [Docket No. 2667] (collectively, the "Withdrawal Notices").

**PLEASE TAKE FURTHER NOTICE** that, *in connection with the KYC process of ANY withdrawal or solicitation, the Debtors will ONLY request an account holder's personally identifiable information and financial information through (a) the Celsius App or (b) an email from the domain "@celsius.network" (e.g.,* **complianceteam@celsius.network**)*, and the Debtors will ALWAYS provide notice(s) of the applicable withdrawal or solicitation procedures to all parties in interest on the website of Stretto, at https://cases.stretto.com/Celsius*.

**PLEASE TAKE FURTHER NOTICE** that, if you see any suspicious website domains or receive any uncorroborated email, text message, or telephone call purporting to be from the Debtors or their advisors claiming that withdrawals are available or requesting account information, personal information, or payment, we request that you please *immediately* contact the Debtors' counsel at CelsiusCreditorQuestions@kirkland.com or the Debtors' claims agent at CelsiusInquiries@stretto.com.

**PLEASE TAKE FURTHER NOTICE** that copies of the Phishing Notices, the

Withdrawal Notices, and all other documents filed in these chapter 11 cases may be obtained free

of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.


[*Remainder of page intentionally left blank*]

New York, New York
Dated: October 27, 2023

*/s/ Joshua A. Sussberg*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        patrick.nash@kirkland.com
              ross.kwasteniet@kirkland.com
              chris.koenig@kirkland.com
              dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

## **Exhibit A**

## **Phishing Email**

**From:** Celsius Network <pawel@corazlepszafirma.pl>
**Date:** October 26, 2023 at 9:21:39 PM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject: Celsius: The creditor window is now open, and your assets are available for withdrawal**



### **Dear Celsius Customer,**

You are eligible to make a partial withdrawal from your Celsius account. To find out the specific amount you can withdraw, kindly check your account balance.

For a secure withdrawal process, please follow the steps below:
Access the secure withdrawal link provided below. This link will be available for 72 hours and can be used only once.
Make sure to withdraw your funds to a trusted software or hardware wallet. Recommended wallets include Metamask, Coinbase Wallet, Trust Wallet, Ledger, or Trezor.
Ensure that the withdrawal address is verified on your Celsius Network account, as the verification process will be done to your main wallet.

Remember, if you are unable to make the withdrawal, you might miss out on the opportunity to withdraw in your favorite assets. So, act quickly.

**Withdraw**

In case the button above does not lead you to the withdrawal page, or if you have any queries, please feel free to contact our trustworthy and excellent support team via phone or email.

If you did not make this request please contact Celsius Support.

Click here to freeze your account immediately if needed.

| Celsius Network LLC | Celsius EU UAB | Celsius Network Limited (UK Tax Strategy) | Celsius Lending LLC |
|---|---|---|---|
| 50 Harrison St. Suite 209F Hoboken, NJ 07030 USA | Gedimino pr. 20 Vilnius 01103, Lithuania | The Harley Building, 77-79 New Cavendish Street London W1W 6XB, United Kingdom | 50 Harrison St, Suite 209F, Hoboken, NJ 07030 USA |

© Celsius 2023