**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ELEVENTH DECLARATION OF GREGORY F. PESCE**
**IN SUPPORT OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS' APPLICATION FOR ENTRY OF**
**AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION**
**OF WHITE & CASE LLP AS COUNSEL EFFECTIVE AS OF JULY 29, 2022**

I, Gregory F. Pesce, pursuant to 28 U.S.C. § 1746, hereby declare that the following

is true and correct to the best of my knowledge, information, and belief:

1.      I am a partner of the firm of White & Case LLP ("**White & Case**" or the "**Firm**"),

an international law firm, which maintains offices for the practice of law at, among other locations,

111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606.  Among other admissions, I am a

member in good standing of the Bar of the State of Illinois, and I have been admitted to practice

in Illinois.  I have been admitted *pro hac vice* in connection with the above-captioned cases.  There

are no disciplinary proceedings pending against me in any jurisdiction.

2.      I submit this eleventh declaration (the "**Eleventh Declaration**") pursuant to

sections 328(a) and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule

2014(a) and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

and Rules 2014-1, 2016-1, and Rule 9013-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**") in support of the *Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of July 29, 2022* [Docket No. 603] (the "**Application**") for the Official Committee of Unsecured Creditors (the "**Committee**").[2] My first declaration was submitted as Exhibit B to the Application (the "**First Declaration**"). My second declaration was filed on September 14, 2022 [Docket No. 814] (the "**Second Declaration**"). My third declaration was filed on October 27, 2022 [Docket No. 1215] (the "**Third Declaration**"). My fourth declaration was filed on December 16, 2022 [Docket No. 1727] (the "**Fourth Declaration**"). My fifth declaration was filed on February 17, 2023 [Docket No. 2100] (the "**Fifth Declaration**"). My sixth declaration was filed on February 24, 2023 [Docket No. 2140] (the "**Sixth Declaration**"). My seventh declaration was filed on April 25, 2023 [Docket No. 2533] (the "**Seventh Declaration**"). My eighth declaration was filed on May 5, 2023 [Docket No. 2589] (the "**Eighth Declaration**"). My ninth declaration was filed on September 27, 2023 [Docket No. 3590] (the "**Ninth Declaration**"). My tenth declaration was filed on September 28, 2023 [Docket No. 3625] (the "**Tenth Declaration**" and, collectively, the "**Prior Declarations**").

    3.    On September 15, 2022, the Court entered the *Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of July 29, 2022* [Docket No. 829] (the "**Retention Order**").

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application or the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates* [Docket No. 3319] (the "**Plan**").

4.      To the extent that White & Case determines that any information disclosed herein requires amendment or modification upon White & Case's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be submitted to the Court reflecting same.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

5.      As noted in the Prior Declarations, White & Case has reviewed and will continue to review its files periodically during these chapter 11 cases with respect to known and newly-identified parties in interest.  If any new relevant facts or relationship are discovered or arise, White & Case will use reasonable efforts to identify such developments and will promptly file a supplemental declaration.

**Supplemental Disclosure Regarding Potential Parties in Interest**

6.      As I stated in the Prior Declarations, W&C has followed the procedure set forth in my First Declaration in order to conduct a disclosure review with respect to the Firm's connections to potential parties in interest.  Recently, the Debtors provided White & Case with a list of names of additional Potential Parties in Interest, which are identified on **Schedule 1** annexed hereto (the "**Supplemental Parties in Interest**"), and W&C has conducted a disclosure review with respect to such Supplemental Parties in Interest.  **Schedule 2** annexed hereto identifies that White & Case currently represents, or has represented within the last two (2) years, certain individuals, entities or their affiliates who are Potential Parties in Interest in matters unrelated to the Debtors, the chapter 11 cases, or such entities' claims against and interests in the Debtors.[4]

---

[3]    Certain of the disclosures herein relate to matters within the knowledge of attorneys or employees of White & Case and are based on information provided by them.

[4]    The term "client" means an entity listed as a client or affiliate of a client in an active or closed matter in White & Case's conflicts search system.  To the extent that a Potential Party in Interest falls under more than one category, such Potential Party in Interest may be disclosed below in only one category.  Furthermore, the inclusion of a Potential Party in Interest within one or more categories in the Application, this Declaration, or otherwise is for

7. Of the entities listed on Schedule 2, none represented more than 1% of White & Case's revenue for the twelve-month period through September 30, 2023.

**Reaffirmation of Statement of Disinterestedness**

8. Based on the foregoing, to the best of my knowledge and insofar as I have been able to ascertain, (a) White & Case is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) White & Case holds no interest adverse under section 1103(b) of the Bankruptcy Code, and (c) White & Case has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Application, the Prior Declarations, or this Eleventh Declaration. Accordingly, I respectfully submit that the requirements for White & Case's retention as attorneys for the Committee have been met.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 28, 2023
Chicago, Illinois

*/s/ Gregory F. Pesce*
Gregory F. Pesce
Partner, White & Case LLP

convenience only and is not, and shall not be construed as, an acknowledgement or admission regarding any Potential Party in Interest, including with respect to any claims or relationships that such Potential Party in Interest may have with the Debtors. The disclosures may in Schedule 2 attached hereto may overlap or be redundant with disclosures previously made by White & Case. Additionally, (i) Schedule 2 is over inclusive generally, (ii) whether an actual client relationship exists with the entities listed on Schedule 2 can only be determined by reference to the documents governing White & Case's representation rather than its potential listing in White & Case's conflicts database(s), (iii) such analysis has not been undertaken in connection with this connections disclosure, and (iv) where particular name(s) provided by the Debtors are incomplete or ambiguous, White & Case's search was broad and inclusive and erred on the side of disclosure.

## Schedule 1

## Supplemental Parties in Interest

| Name | Category |
| --- | --- |
| Brett Perry | Board Observer (Proposed) |
| Joe Lehrfeld | Board Observer (Proposed) |
| Aaron Timmins | Claims Objections |
| Aaron Vittini | Claims Objections |
| Abraham Bruck | Claims Objections |
| Adam James Ellis | Claims Objections |
| Ágata López Fernández | Claims Objections |
| Allison Pleskonko | Claims Objections |
| Anabelle Dias | Claims Objections |
| Antonino Francesco Bisogni | Claims Objections |
| Arend Dirk | Claims Objections |
| Bastien Vogt | Claims Objections |
| Benjamin Landry | Claims Objections |
| Boonkit Jirapongtanavech | Claims Objections |
| Brandon Liljenquist | Claims Objections |
| BrightHouse Networks LLC | Claims Objections |
| Bum Bae Sung | Claims Objections |
| Carl Lamb | Claims Objections |
| Carlos L. Santo | Claims Objections |
| Charles Cody Dobbins | Claims Objections |
| Charles Crider | Claims Objections |
| Charles Joseph Worthman | Claims Objections |
| Charter Communications Inc. | Claims Objections |
| Christen Moody | Claims Objections |
| Christopher T. Gomez | Claims Objections |
| Cindy Followill | Claims Objections |
| Contrarian Funds LLC | Claims Objections |
| Craig Candelore | Claims Objections |
| Cristian Compagno | Claims Objections |
| Cristina Diane Boyce | Claims Objections |
| Cynthia Lynn Fuller | Claims Objections |
| Daniel Myers | Claims Objections |
| Danilo Maruccia | Claims Objections |
| Danilo Pineda | Claims Objections |
| Darryl Moase | Claims Objections |
| Daryna Padalytsya | Claims Objections |
| David Leshock | Claims Objections |
| Dean C. Chenarides, II | Claims Objections |
| Derek Le | Claims Objections |
| Destiny Ministries International Inc. | Claims Objections |
| Do Kheng Tan | Claims Objections |
| Eddie William Avedikian | Claims Objections |
| Edward St. George | Claims Objections |
| Edwin H. Daniel | Claims Objections |
| Elizabeth Ordonez | Claims Objections |
| Ellen Lee | Claims Objections |
| Enrique De Castro | Claims Objections |
| Eric G. Kenny | Claims Objections |

| Name | Category |
|---|---|
| Evan Ahern | Claims Objections |
| Florent David | Claims Objections |
| Geoffrey Thompson | Claims Objections |
| GFL Environmental Inc. | Claims Objections |
| Gregg Robert Popkin | Claims Objections |
| Gunawan Wibisono | Claims Objections |
| Gurleen Bhinder | Claims Objections |
| Heidi Elise Newell | Claims Objections |
| Hino Munenori | Claims Objections |
| Hoang Nam | Claims Objections |
| Hoang Nhut Nguyen | Claims Objections |
| HSM Corporate Services Ltd. | Claims Objections |
| Jacob J. Ring | Claims Objections |
| Jacob Ring Roth Investment Trust | Claims Objections |
| Jacqueline Gilyard Jones | Claims Objections |
| Jared Wayne Wheetley | Claims Objections |
| Jason Chen | Claims Objections |
| Jason Weber | Claims Objections |
| Jay Y. Juch | Claims Objections |
| Jeff Neumann | Claims Objections |
| Jeremy Britton | Claims Objections |
| Jeronimo Trevino De Hoyos | Claims Objections |
| Jesper Kolbeck | Claims Objections |
| Jian Meng Hoh | Claims Objections |
| Joachim Robert A. Lebrun | Claims Objections |
| Joao Miguel Pinheiro Lopes | Claims Objections |
| Jonathan Hudson | Claims Objections |
| Joseph Barry | Claims Objections |
| Jovica Stojanovic | Claims Objections |
| Justin Baltz | Claims Objections |
| Kamila Schenk | Claims Objections |
| Kelly Donaldson | Claims Objections |
| Kim Corthout | Claims Objections |
| Kristina Knapic | Claims Objections |
| Kurt Heisey | Claims Objections |
| Lance Moore | Claims Objections |
| Leah Pearlman | Claims Objections |
| Leonard Yambo | Claims Objections |
| Linda Preus | Claims Objections |
| Madison Sample, Jr., MD | Claims Objections |
| Mark Tuttle | Claims Objections |
| Marvin Rougier | Claims Objections |
| Matti Tetrev | Claims Objections |
| Maurizio Margarone | Claims Objections |
| Melissa Lynne Johnson | Claims Objections |
| Miranda George | Claims Objections |
| Nazir Dhanani | Claims Objections |
| Nephi Evans | Claims Objections |
| Nicolas Hernandez | Claims Objections |
| Novawulf Digital Parallel Master Fund LP | Claims Objections |
| Olivier Laroche | Claims Objections |
| Paul Louis | Claims Objections |

| Name | Category |
|---|---|
| Peter Kaplan | Claims Objections |
| Pharos Fund SP of Pharos Master Fund LP | Claims Objections |
| Poandy Alisjahbana | Claims Objections |
| Prajesh Gulu Patel | Claims Objections |
| Priyank Gulu Patel | Claims Objections |
| Raymond Fong | Claims Objections |
| Richard Hicks | Claims Objections |
| Rick Hoffmann | Claims Objections |
| Ron Rossnick | Claims Objections |
| Ryan Anderson | Claims Objections |
| Saad Hamid | Claims Objections |
| Sajiv Nair | Claims Objections |
| Sara Maria De Sousa Janota | Claims Objections |
| Scott J. Reesman | Claims Objections |
| Seonmi Richard | Claims Objections |
| Seth Gray | Claims Objections |
| Shahriyar Amini | Claims Objections |
| Sivapalan SV Kandiah | Claims Objections |
| Steven Humel | Claims Objections |
| Susan Ritholz | Claims Objections |
| Tae Yeong Ham | Claims Objections |
| Tamim Aryan | Claims Objections |
| Terrance Lade | Claims Objections |
| Thuy Nguyen | Claims Objections |
| Tiber Petrovicz | Claims Objections |
| Timothy Brooks | Claims Objections |
| Trenton Krol | Claims Objections |
| Tymothy Kennedy | Claims Objections |
| Vincent Bertrand Wilhelm-Wendling | Claims Objections |
| Vincenzo James Ciaravino, III | Claims Objections |
| Vitor Morouço | Claims Objections |
| Vrana Shaw | Claims Objections |
| Washington D.C., Department of Insurance, Securities & Banking | Claims Objections |
| William Joseph McFerrin, Jr. | Claims Objections |
| Yeonsun Shin | Claims Objections |
| Zabillo Mansouri | Claims Objections |
| Zach Alvarez | Claims Objections |
| Zachary Davidson | Claims Objections |
| Zachary Novak | Claims Objections |
| Adam Carver | Excluded Parties |
| Alchemy Capital Partners LP | Excluded Parties |
| Alexander Christy | Excluded Parties |
| BadgerDAO | Excluded Parties |
| Bancor | Excluded Parties |
| Battlestar Capital, LLC | Excluded Parties |
| Benjamin Armstrong | Excluded Parties |
| Berkley Insurance Company | Excluded Parties |
| Beyond Associates LLC | Excluded Parties |
| Circle Internet Financial, LLC | Excluded Parties |
| Circle UK Trading Company Limited | Excluded Parties |
| Cloudflare, Inc | Excluded Parties |
| Coin Bureau | Excluded Parties |

3

| Name | Category |
|---|---|
| Cosmos Infrastructure LLC | Excluded Parties |
| Crypto Lark | Excluded Parties |
| DeFiRate | Excluded Parties |
| Dennis Reichelt | Excluded Parties |
| Ditto PR | Excluded Parties |
| Endurance American Insurance Company | Excluded Parties |
| FTX Trading Ltd | Excluded Parties |
| Grant Thornton LLP | Excluded Parties |
| Guy Turner | Excluded Parties |
| Haines Watts London LLP | Excluded Parties |
| HDR Global Trading Limited (t/a BitMEX) | Excluded Parties |
| High Throughput Productions, LLC | Excluded Parties |
| Into the Block Corp | Excluded Parties |
| James Mullarney | Excluded Parties |
| Jason Perman | Excluded Parties |
| Jason Stone | Excluded Parties |
| Julie La Point | Excluded Parties |
| KPMG Somekh Chaikin | Excluded Parties |
| Lark Davis | Excluded Parties |
| Luna Squares LLC | Excluded Parties |
| Mawson Infrastructure Group Inc | Excluded Parties |
| Michael Alfred | Excluded Parties |
| MVP Workshop d.o.o. Beograd-Zemun and its shareholders | Excluded Parties |
| Nektar ACS Corp | Excluded Parties |
| Peter Graham | Excluded Parties |
| QBE Insurance Company | Excluded Parties |
| Realm Insurance Company | Excluded Parties |
| Sabre56 Corp | Excluded Parties |
| StakeHound SA | Excluded Parties |
| Tether Limited | Excluded Parties |
| The Wolf of Bitcoin | Excluded Parties |
| Timothy Shedd | Excluded Parties |
| Tom McCarthy | Excluded Parties |
| Walter Johnson | Excluded Parties |
| XL Specialty Insurance Company | Excluded Parties |
| Yarden Noy | Excluded Parties |
| Zachary Wildes | Excluded Parties |
| Zen Blockchain Foundation (d/b/a Horizen) | Excluded Parties |
| Mohsin Meghji | Litigation Administrator (Proposed) |
| Cameron Crews | Litigation Oversight Committee Members (Proposed) |
| David Adler | Litigation Oversight Committee Members (Proposed) |
| Deirdre O'Connor | Litigation Oversight Committee Members (Proposed) |
| Gerard Uzzi | Litigation Oversight Committee Members (Proposed) |
| Vik Jindal | Litigation Oversight Committee Members (Proposed) |
| Stuart P. Gelberg, Esq. | Notice of Appearance / Pro Hac Vice |
| Van Meyer, Nol | Notice of Appearance / Pro Hac Vice |
| A. Georgiou & Co LLC | Ordinary Course Professionals |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Ordinary Course Professionals |

| Name | Category |
|---|---|
| Holley Nethercote Pty Ltd. | Ordinary Course Professionals |
| Jackson Lewis P.C. | Ordinary Course Professionals |
| Uría Menéndez Abogados, S.L.P | Ordinary Course Professionals |
| Wilson Sonsini Goodrich & Rosati | Ordinary Course Professionals |
| McMillan LLP | Ordinary Course Professionals |
| Middlebrooks Shapiro, P.C. | Ordinary Course Professionals |
| Walker Morris LLP | Ordinary Course Professionals |
| ███████████████ | ███████████████ |
| ███████████ | |
| Figure Securities, Inc. | Potential Bidding Parties and Principals |
| Figure Technologies | Potential Bidding Parties and Principals |
| NovaWulf Digital Management, L.P. | Potential Bidding Parties and Principals |
| Elizabeth A. LaPuma | NewCo Board Members (Proposed) |
| Emmanuel Aidoo | NewCo Board Members (Proposed) |
| Frederick Arnold | NewCo Board Members (Proposed) |
| Max Holmes | NewCo Board Members (Proposed) |

**Schedule 2**

**White & Case's Connections with Parties in Interest**

| Category | Name | Open/Closed |
|---|---|---|
| ███████████████ | █████████████ | ██████ |
| Excluded Parties | Into the Block Corp | Closed |
| Excluded Parties | QBE Insurance Company | Open |
| Excluded Parties | XL Specialty Insurance Company | Open |