Lawrence J. Kotler, Esq. (I.D. LK 8177)
Malcolm M. Bates, Esq. (Admitted *pro hac vice*)
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
Email: LJKotler@duanemorris.com
         MBates@duanemorris.com

*Counsel to Adrian Perez-Siam*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL**
**FROM SERVICE LISTS AND ELECTRONIC NOTICING**

**PLEASE TAKE NOTICE** that Duane Morris LLP ("Duane Morris") hereby withdraws its appearance as counsel to Adrian Perez-Siam in the above-captioned jointly administered chapter 11 cases. Duane Morris also withdraws its request for receipt of all notices including electronic notices of documents in the above-captioned matter.

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the Southern District of New York remove them from the electronic noticing matrix for the above-captioned bankruptcy case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

                                                               Respectfully submitted,

Dated: October 30, 2023
       New York, New York

                                                       */s/ Lawrence J. Kotler*
                                                Lawrence J. Kotler, Esq. (I.D. LK 8177)
                                                Malcolm M. Bates, Esq. (Admitted *pro hac vice*)
                                                DUANE MORRIS LLP
                                                30 S. 17th Street
                                                Philadelphia, PA 19103-4196
                                                Telephone: (215) 979-1000
                                                Facsimile: (215) 979-1020
                                                Email: LJKotler@duanemorris.com
                                                          MBates@duanemorris.com

                                                *Counsel to Adrian Perez-Siam*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2023, a true and correct copy of the foregoing *Notice of Withdrawal of Appearance and Request for Removal from Service Lists and Electronic Noticing* was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this chapter 11 case.

Dated: October 30, 2023              */s/ Lawrence J. Kotler*
                                                                Lawrence J. Kotler, Esq.