**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: 
In re: : Chapter 11
:
CELSIUS NETWORK LLC, *et al.*,[1] : Case No. 22-10964 (MG)
:
                Debtors. : (Jointly Administered)
:
---------------------------------------------------------------X

# FIRST STAFFING AND COMPENSATION REPORT
# OF FTI CONSULTING TECHNOLOGY LLC FOR THE
# PERIOD JANUARY 30, 2023 THROUGH SEPTEMBER 30, 2023

| | |
|---|---|
| Name of Applicant: | FTI Consulting Technology LLC ("FTI") |
| Authorized to provide expert services to: | Debtors and Debtors in Possession |
| Date of retention: | September 28, 2023 effective as of January 30, 2023. |
| Period for which compensation and reimbursement is sought: | January 30, 2023 through September 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $897,739.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| | |
| Exhibit A: | Summary of Expert Fees and Expenses |
| Exhibit B: | Summary of Fees by Expert[2] |
| Exhibit C: | Summary of Fees by Activity and Expert |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Pursuant to the Retention Order (defined below), the names of the FTI experts providing services to the Debtors have been redacted.

FTI Consulting Technology LLC ("FTI") hereby provides its first staffing and compensation report for the period of January 30, 2023, through September 31, 2023, (the "First Staffing and Compensation Report" and the "First Staffing and Compensation Report Period," as the context indicates) in accordance with that certain *Order Pursuant to 11 U.S.C. §§ 105 and 363 (I) Authorizing the Retention and Employment of FTI Consulting Technology LLC for Expert Services Effective as of January 30, 2023 and (II) Granting Related Relief* [Doc. 3613] (the "Retention Order").

As set forth in the First Staffing and Compensation Report, FTI incurred $897,739 in aggregate compensation and $0.00 for actual and necessary expenses during the First Staffing and Compensation Report Period.

**WHEREFORE**, pursuant to the Retention Order, FTI hereby submits its First Staffing and Compensation Report for the First Staffing and Compensation Report Period.

Dated: November 2, 2023  
Washington, DC

FTI CONSULTING TECHNOLOGY LLC

By: */s/ Bryce Snape*  
Bryce Snape  
Managing Director  
555 12th Street NW | Suite 700  
Washington, DC 20004

**Exhibit A**

**Summary of Expert Fees and Expenses**

In re: Celsius Network, LLC, *et al.*
Case No. 22-10964 (MG)

Summary of Expert Fees and Expenses
For the Period of January 30, 2023 Through September 30, 2023

| Fee Category | Total Amount |
|---|---|
| Hourly Fees | $     897,739.00 |
| Expenses | $             0.00 |
| **Staffing Report Total** | **$     897,739.00** |

**Exhibit B**

**Summary of Fees by Expert**

In re: Celsius Network, LLC, *et al.*
Case No. 22-10964 (MG)

Summary of Fees by Expert
For the Period of January 30, 2023 Through September 30, 2023

| Expert | Title | Rate | Hours | Total Amount |
|---|---|---|---|---|
| #1 | Senior Managing Director | 990.00 | 49.00 | $ 48,510.00 |
| #2 | Managing Director | 860.00 | 261.90 | $ 225,234.00 |
| #3 | Senior Director | 800.00 | 39.10 | $ 31,280.00 |
| #4 | Director | 675.00 | 56.20 | $ 37,935.00 |
| #5 | Senior Consultant | 530.00 | 328.30 | $ 173,999.00 |
| #6 | Senior Consultant | 530.00 | 374.10 | $ 198,273.00 |
| #7 | Senior Consultant | 530.00 | 280.80 | $ 148,824.00 |
| #8 | Consultant | 420.00 | 80.20 | $ 33,684.00 |
| | **Total** | | **1,469.60** | **$ 897,739.00** |

**Exhibit C**

**Summary of Fees by Activity and Expert**

In re: Celsius Network, LLC, *et al.*
Case No. 22-10964 (MG)

Summary of Fees by Activity and Expert
For the Period of January 30, 2023 Through September 30, 2023

| Expert | Title | Rate | Hours | Total Amount |
|---|---|---|---|---|
| **#1** | **Senior Managing Director** | **990.00** | **49.00** | **$ 48,510.00** |
| | Document Review | | 2.60 | $ 2,574.00 |
| | NFT Analysis | | 0.60 | $ 594.00 |
| | Project Management/Calls | | 10.80 | $ 10,692.00 |
| | Strategic Expert Services | | 35.00 | $ 34,650.00 |
| **#2** | **Managing Director** | **860.00** | **261.90** | **$ 225,234.00** |
| | Ad hoc[3] | | 75.30 | $ 64,758.00 |
| | DeFi Analysis | | 25.20 | $ 21,672.00 |
| | Document Review | | 2.00 | $ 1,720.00 |
| | Financial Management | | 0.70 | $ 602.00 |
| | Investigative Analysis | | 100.70 | $ 86,602.00 |
| | Transaction Monitoring | | 3.00 | $ 2,580.00 |
| | NFT Analysis | | 13.00 | $ 11,180.00 |
| | Project Management/Calls | | 28.00 | $ 24,080.00 |
| | Strategic Expert Services | | 14.00 | $ 12,040.00 |
| **#3** | **Senior Director** | **800.00** | **39.10** | **$ 31,280.00** |
| | Ad hoc | | 17.20 | $ 13,760.00 |

---

[3] Time in this category refers to time spent responding to specific requests from counsel unrelated to other workstreams.

| Expert | Title | Rate | Hours | Total Amount |
|---|---|---|---|---|
| | DeFi Analysis | | 4.90 | $ 3,920.00 |
| | Document Review | | 1.00 | $ 800.00 |
| | Financial Management | | 1.60 | $ 1,280.00 |
| | Project Management | | 14.40 | $ 11,520.00 |
| **#4** | **Director** | **675.00** | **56.20** | **$ 37,935.00** |
| | Transaction Monitoring | | 56.20 | $ 37,935.00 |
| **#5** | **Senior Consultant** | **530.00** | **328.30** | **$ 173,999.00** |
| | Ad hoc | | 70.50 | $ 37,365.00 |
| | DeFi Analysis | | 11.00 | $ 5,830.00 |
| | Document Review | | 3.50 | $ 1,855.00 |
| | Investment Analysis | | 127.20 | $ 67,416.00 |
| | NFT Analysis | | 61.30 | $ 32,489.00 |
| | Project Management/Calls | | 54.80 | $ 29,044.00 |
| **#6** | **Senior Consultant** | **530.00** | **374.10** | **$ 198,273.00** |
| | Ad hoc | | 110.80 | $ 58,724.00 |
| | DeFi Analysis | | 32.80 | $ 17,384.00 |
| | Document Review | | 23.60 | $ 12,508.00 |
| | Investment Analysis | | 120.00 | $ 63,600.00 |
| | NFT Analysis | | 3.80 | $ 2,014.00 |
| | Project Management/Calls | | 13.90 | $ 7,367.00 |
| **#7** | **Senior Consultant** | **530.00** | **280.80** | **$ 148,824.00** |
| | Ad hoc | | 2.10 | $ 1,113.00 |

| Expert | Title | Rate | Hours | Total Amount |
|---|---|---|---|---|
| | DeFi Analysis | | 98.10 | $ 51,993.00 |
| | Investment Analysis | | 151.40 | $ 80,242.00 |
| | Transaction Monitoring | | 12.70 | $ 6,731.00 |
| | Project Management/Calls | | 16.50 | $ 8,745.00 |
| **#8** | **Consultant** | **420.00** | **80.20** | **$ 33,684.00** |
| | Ad hoc | | 19.90 | $ 8,358.00 |
| | Investment Analysis | | 31.20 | $ 13,104.00 |
| | NFT Analysis | | 19.60 | $ 8,232.00 |
| | Project Management/Calls | | 9.50 | $ 3,990.00 |
| | **Total** | | **1,469.60** | **$ 897,739.00** |