UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
**In re**                                            :    **Chapter 11**
:
**CELSIUS NETWORK LLC.,** *et al.,*                  :    **No. 22-10964 (MG)**
:
**Debtors.**                                         :    **(Jointly Administered)**
:
------------------------------------------------------------------x

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice, as and to the extent set forth in the attached document(s).

| **Name of Transferor:** | **Name of Transferee:** |
|---|---|
| Covario AG | Swissblock Capital AG, as an assignee of legal claims pursuant to article 260 of the Swiss Debt Enforcement and Bankruptcy Act in the bankruptcy of Covario AG |
| **Current Address of Transferor:** | **Name and Address Where Notices and Payments To Transferee Should Be Sent:** |
| Bahnhofstrasse 12, 6300 Zug, Switzerland | Swissblock Capital AG<br>Neuhofstrasse 22, 6340 Baar, Switzerland |

| **Claim No./Schedule** | **Creditor Name** | **Amount** | **Debtor** | **Case No.** |
|---|---|---|---|---|
| Schedule F Line 3.1.116781 – Docket No. 974 at 2889/5048 | Covario AG | See schedule | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  _____    Date: 2. November 2023
    Yann Allemann               Jan Happel
    Member of Board             Chairman of Board
    of Transferee               of Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Kanton Zug**

Volkswirtschaftsdirektion
Handelsregister- und Konkursamt

Konkursamt

|  | z. A. | M... ...vert. |
|---|---|---|
| Ein-gang | 0 2. OKT. 2023 | QE GmbH |
| Frist | Vorfrist | Termin |

R    6301 Zug PP
98.41.912462.00113530                      Post CH AG

Konkursamt, Postfach, 6301 Zug
**EINSCHREIBEN**
Quinn Emanuel Urquhart & Sullivan (Schweiz) GmbH
Dufourstrasse 29
8008 Zürich

Verfahren
20220666

Referenz
RA Remo Decurtins

Gläubiger/in
Swissblock Capital AG

Kontakt: Beat Hürlimann
T direkt +41 41 728 55 67
beat.huerlimann@zg.ch
Zug, 29. September 2023 HUAT

**Konkurs Covario AG, Bahnhofstrasse 12, 6300 Zug**

**Abtretung von Rechtsansprüchen der Masse gemäss Art. 260 SchKG**

Die unterzeichnete Konkursverwaltung im Konkurs

**Covario AG, Bahnhofstrasse 12, 6300 Zug**

bescheinigt hiermit, dass die Mehrheit der Gläubiger dieses Konkurses, gestützt auf eine Anfrage durch Zirkular vom 31.08.2023 auf die Geltendmachung folgender Rechtsansprüche der Masse verzichtet hat (Antrag Nr. 2):

**Sämtliche Ansprüche der Konkursitin gegenüber Celsius Network LLC und/oder verbundener Gesellschaften in Zusammenhang mit oder im Insolvenz- bzw. Chapter 11 Verfahren vor dem United States Bankruptcy Court, Southern Distrikt of New York (Case No. 22-10964 (MG))**

Nachdem Swissblock Capital AG, Neuhofstrasse 22, 6340 Baar, im Konkurs eine Forderung von CHF 9'904'266.05 im 3. Range zur Kollokation angemeldet hat, innert der angesetzten Frist nach Art. 260 SchKG Abtretung dieser Massarechte verlangt hat, wird sie hiermit - **unter Vorbehalt, dass die angemeldete Forderung rechtskräftig (teilweise) zugelassen wird** - zur Geltendmachung dieser Rechte an Stelle der Masse, in eigenem Namen und auf eigene Rechnung und Gefahr ausdrücklich ermächtigt, gemäss den nachfolgend festgesetzten Bedingungen.

Eine solche Ermächtigung bezüglich der gleichen Rechte ist an folgende Konkursgläubiger ausgestellt worden:

Aabachstrasse 5, Postfach, 6301 Zug
T 041 728 55 80
www.zg.ch/ka

Volkswirtschaftsdirektion
Handelsregister- und Konkursamt

Konkursamt

| Name und angemeldete Konkursforderung in CHF: | |
|---|---:|
| Felix Peter Schmidheiny, vertreten durch RA Reto Arpagaus, Bratschi AG, 8001 Zürich | 206'766.59 |
| Swissblock Capital AG, vertreten durch RA Remo Decurtins, Quinn Emanuel Urquhart & Sullivan (Schweiz) GmbH 8008 Zürich | 9'904'266.05 |

Volkswirtschaftsdirektion
Handelsregister- und Konkursamt

Konkursamt

Diese Ermächtigung ist an folgende Bedingungen geknüpft:

1. Die Abtretung der Prozessführungsrechte an Dritte ist nur zusammen mit der zugelassenen Konkursforderung statthaft.

2. Über das Resultat der Geltendmachung der Massarechte, ob sie gerichtlich oder aussergerichtlich erfolgte, ist der Konkursverwaltung ungesäumt unter Vorlage der Belege Bericht zu erstatten.

3. Sind die auf die Geltendmachung der Rechte gerichteten Schritte ganz oder teilweise von Erfolg begleitet, so kann das Ergebnis, soweit es in barem Geld besteht, nach Abzug der Kosten zur Deckung der erwähnten Forderung zurückbehalten werden; ein Überschuss ist an die Masse abzuliefern. Besteht das Ergebnis nicht in barem Geld, so ist es der Konkursverwaltung zur Vornahme der Verwertung auszuhändigen.

4. Über die entstandenen Kosten sind der Konkursverwaltung die Ausweise vorzulegen. Eine allfällig gesprochene Prozesskostenforderung an die Gegenpartei ist dabei entweder in Abzug zu bringen oder der Konkursverwaltung zum Einzug abzutreten.

5. Sind hinsichtlich der gleichen Massarechte mehrere Abtretungen an verschiedene Gläubiger erfolgt, so haben diese in einem allfälligen Prozessverfahren als Streitgenossen aufzutreten und werden die auf jeden anfallenden Anteile am Erlös von der Konkursverwaltung in einer nach Eingang des Berichtes über das Resultat der Geltendmachung der Ansprüche zu erstellenden Verteilungsliste bestimmt.

6. Die Konkursverwaltung behält sich die Annullierung der Abtretung für den Fall vor, dass nicht binnen einer von ihr anzusetzenden Frist gerichtliche Geltendmachung erfolgt. **Diese Frist beträgt 180 Tage**.

7. Für den der Masse aus einer schuldhaften Prozessführung entstehenden Nachteil sind die betreffenden Gläubiger haftbar.

Die Konkursverwaltung im Konkurs
Covario AG
Bahnhofstrasse 12
6300 Zug

Freundliche Grüsse
Konkursamt

Birgit Urbons
Stv. Amtsleiterin

Aabachstrasse 5, Postfach, 6301 Zug
T 041 728 55 80
www.zg.ch/ka

**Translation**

Canton of Zug

Economic Directorate
Commercial Register and
Bankruptcy Office

Bankruptcy Office

```
6301 Zug PP
R  |||||||||||||||||||  Post CH AG
98.41.912462.00113530
```

Bankruptcy Office P.O. Box 6301 Zug
**REGISTERED MAIL**
Quinn Emanuel Urquhart & Sullivan (Switzerland) GmbH
Dufourstrasse 29
8008 Zurich

Procedure
20220666

Reference
RA Remo Decurtins

Creditor
Swissblock Capital AG

Contact: Beat Hürlimann
T direct +41 41 728 55 67
beat.huerlimann@zg.ch
Zug, 29 September 2023 HUAT

**Bankruptcy Covario AG, Bahnhofstrasse 12, 6300 Zug**

**Assignment of legal claims of the estate pursuant to Art. 260 SchKG**

The undersigned bankruptcy administration in bankruptcy

**Covario AG, Bahnhofstrasse 12, 6300 Zug**

hereby certifies that the majority of the creditors of this bankruptcy, based on a request by a circular dated 31 August 2023, have waived the assertion of the following legal claims of the estate (Request No. 2):

**All claims of [bankrupt Covario AG] against Celsius Network LLC and/or Affiliates in connection with or arising out of the Bankruptcy or Chapter 11 Proceedings in the United States Bankruptcy Court, Southern District of New York (Case No. 22-10964 (MG))**

After Swissblock Capital AG, Neuhofstrasse 22, 6340 Baar, has filed a claim of CHF 9'904'266.05 in the 3rd rank for collocation in bankruptcy, within the set period of time has demanded assignment of these legal claims of the estate in accordance with Art. 260 SchKG, it is hereby expressly authorized - **under the condition that the claim filed is (partially) admitted with legal effect** - to assert these legal claims instead of the estate, in its own name and for its own account and risk, in accordance with the conditions set out below.

Such authorization regarding the same rights has been issued to the following bankruptcy creditors:

Economic Directorate
Commercial Register and
Bankruptcy Office

Bankruptcy Office

| Name and filed bankruptcy claim in CHF: | |
|---|---:|
| Felix Peter Schmidheiny, represented by RA Reto Arpagaus, Bratschi AG, 8001 Zurich | 206'766.59 |
| Swissblock Capital AG, represented by RA Remo Decurtins, Quinn Emanuel Urquhart & Sullivan (Switzerland) GmbH 8008 Zurich | 9'904'266.05 |

Economic Directorate
Commercial Register and
Bankruptcy Office

Bankruptcy Office

This authorization is subject to the following conditions:

1. The assignment of the rights to conduct legal proceedings to third parties shall be permitted only together with the admitted claim in bankruptcy.

2. The result of the assertion of the legal claims, whether judicial or extrajudicial, shall be reported to the bankruptcy administration without delay and the supporting documents shall be submitted.

3. If the steps aimed at asserting the rights are wholly or partially successful, the result, insofar as it consists of cash, may be retained after deduction of the costs to cover the aforementioned claim; any surplus shall be delivered to the estate. If the result is not in cash, it is to be handed over to the bankruptcy administration for realization.

4. Evidence of the costs incurred shall be submitted to the bankruptcy administration. Any claim for legal costs against the other party must either be deducted or assigned to the bankruptcy administration for collection.

5. If several assignments have been made to different creditors in respect of the same legal claims, these creditors shall appear as joint litigants in any legal proceedings and the shares of the proceeds accruing to each shall be determined by the bankruptcy administration in a distribution list to be drawn up after receipt of the report on the result of the assertion of the claims.

6. The bankruptcy administration reserves the right to cancel the assignment in the event that it is not enforced in court within a period to be set by it. This **period is 180 days.**

7. The creditors concerned shall be liable for the disadvantage suffered by the estate as a result of culpable conduct of the proceedings.

The bankruptcy administration in bankruptcy
Covario AG
Bahnhofstrasse 12
6300 Zug

Kind regards,
Bankruptcy office

Birgit Urbons
Deputy Head of
Office

Aabachstrasse 5, P.O. Box, 6301 Zug
T 041 728 55 80
www.zg.ch/ka

## CERTIFICATE OF TRANSLATION

Zurich, Switzerland

I, Remo Decurtins, hereby certify that the attached document is, to the best of my knowledge and belief, a true and accurate translation from German into English.

Name: Remo Decurtins
Date: November 2, 2023

**Official Certification**

Seen for authentication of the foregoing signature, affixed in our presence by

Mr. **Remo** Andrea **DECURTINS**, born 16th October 1985, Swiss citizen of Domat/Ems GR, according to his information residing at Bünishoferstrasse 240, 8706 Meilen, identified by identity card.

Zürich, 2nd November 2023
BK no. 3366/be
Fee CHF 20.00

NOTARIAT RIESBACH-ZÜRICH

Jessica Garcia, Notariatssekretärin mbA mit Beglaubigungsbefugnis

Felix Peter Schmidheiny  
Pfannenstilstrasse 4  
CH-8835 Feusisberg  
Switzerland

To whom it may concern

November 2, 2023

**Assignment of legal claims in the bankruptcy of Covario AG**

Dear Sirs and Madams,

Reference is made to the letter of the bankruptcy office of the Canton of Zug, Switzerland of 29 September 2023 in the bankruptcy of Covario AG, Bahnhofstrasse 12, 6300 Zug, Switzerland ("**Letter**"). As set out in this Letter, I am represented by attorney Reto Arpagaus, Bratschi AG, 8001 Zurich, Switzerland and I have a claim of CHF 207,766.59 against the estate of Covario AG ("**Claim**"). As is also set out in this Letter, in relation to my Claim, I am assigned pursuant to article 260 of the Swiss Debt Enforcement and Bankruptcy Act ("**DEBA**") all claims of the estate of Covario AG against Celsius Network LLC and/or Affiliates in connection with or arising out of the ongoing Chapter 11 proceedings ("**Assignment**").

I hereby confirm that I waive my right to exercise and enforce this Assignment in the ongoing Chapter 11 proceedings in re Celsius Network LLC, *et al.*, in the United States Bankruptcy Court, Southern District of New York (Case No. 22-10964 (MG)) ("**Proceedings**"). Rather, I am in agreement that Swissblock Capital AG, in its capacity as (co-)assignee of legal claims pursuant to article 260 DEBA in the bankruptcy of Covario AG as set out in the Letter and based on an *inter-partes* agreement which Swissblock Capital AG and I entered into, will alone and in its own name exercise and enforce all claims of the estate of Covario AG in the Proceedings. In particular, I am in agreement that Swissblock Capital AG will alone and its own name file a form *"Transfer of claim other than for security"* in that regard and that all distributions resulting from the Proceedings will be made to Swissblock Capital AG alone.

Yours sincerely,

_____
Felix Peter Schmidheiny

Debtor Name: Celsius Network LLC  
22-10964-mg    Doc 3976    Filed 11/03/23    Entered 11/03/23 22:58:40    Main Document  
Pg 2890 of 5048  
Case Number: 22-10964  
Schedule F  
Non-Priority Unsecured Retail Customer Claims

| SCHEDULE F LINE | CREDITORS NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON LOAN RECEIVABLE |
|---|---|---|---|---|---|---|---|---|
| 3.1.116740 | COURTNEY REIF | ADDRESS REDACTED | | | ADA 175.190438851559<br>BTC 0.0145075060047783<br>USDC 11032.9834601828 | | | |
| 3.1.116741 | COURTNEY RHODES | ADDRESS REDACTED | | | BTC 0.000080288559626543<br>CEL 33.7810755583789<br>ETH 5.10203386470059E-05 | | | |
| 3.1.116742 | COURTNEY RICHARDSON | ADDRESS REDACTED | | | ADA 30.5627705238473<br>AVAX 3.77220107799233<br>BTC 0.000067061955742857<br>ETH 0.89290317910767<br>LINK 1.80725638797495<br>MATIC 56.9642072282614<br>SNX 2.91220531973228<br>SOL 2.03205701628342<br>USDC 0.651709798770547<br>XLM 57.885398795322<br>XTZ 0.00742046749840498 | BTC 0.00158392879853782<br>USDC 100.366032268483 | | |
| 3.1.116743 | COURTNEY ROBERT BROOKER | ADDRESS REDACTED | | | ADA 5436.45551142696<br>BTC 1.04499248899578<br>ETH 7.34014381309924<br>MATIC 103.53265785603<br>USDC 50526.3683393992 | | | |
| 3.1.116744 | COURTNEY ROBERTS | ADDRESS REDACTED | | | BTC 0.000000019192233018 | | | |
| 3.1.116745 | COURTNEY ROLAND | ADDRESS REDACTED | | | BTC 0.0112896932945853<br>ETH 0.158995592078451 | | | |
| 3.1.116746 | COURTNEY RYE | ADDRESS REDACTED | | | BTC 0.00000060876320023<br>CEL 1.23199796595032<br>SGB 53.7963107977415<br>XRP 0.27637101565218 | | | |
| 3.1.116747 | COURTNEY SAILORS | ADDRESS REDACTED | | | BTC 0.00126814512748032<br>MATIC 969.03426019897 | | | |
| 3.1.116748 | COURTNEY SCHLEIFER | ADDRESS REDACTED | | | BTC 0.012919530617339<br>ETH 4.63922740396794<br>MATIC 616.135028210424 | | | |
| 3.1.116749 | COURTNEY SCHOENFELD | ADDRESS REDACTED | | | MATIC 65134.2036249302<br>USDC 80060.8046707767 | | | |
| 3.1.116750 | COURTNEY SHANNON | ADDRESS REDACTED | | | ADA 0.0413883333228104<br>AVAX 0.000535119871564227<br>BCH 0.00001740156702358<br>BTC 0.000000749173452412<br>DOGE 0.00128112181983374<br>DOT 0.00091656723469011<br>ETH 0.000000381833562727<br>LTC 0.000012163861305394<br>MANA 0.000005299436204643<br>MATIC 0.0115023214893543<br>SNX 0.00262891499289423<br>SOL 0.0005091078417511<br>USDC 0.0785485391439297 | ADA 0.00581936747261405<br>AVAX 0.000153560950851473<br>BCH 0.000030489223801027<br>BTC 0.000000203100833228<br>DOGE 0.03702084112110085<br>DOT 0.0028622997104302<br>ETH 0.000694731985102177<br>LTC 0.0744527437379326<br>MANA 0.709674326683524<br>MATIC 0.43191127392578<br>SNX 0.000176051369237026<br>SOL 0.00005519172701821<br>USDC 0.000000277196433193 | | |
| 3.1.116751 | COURTNEY SLAUGHTER | ADDRESS REDACTED | | | BTC 0.0000016879277114855 | | | |
| 3.1.116752 | COURTNEY SMITH | ADDRESS REDACTED | | | BTC 0.0114735202565935<br>KNC 390.312785746659 | | | |
| 3.1.116753 | COURTNEY SMITH | ADDRESS REDACTED | | | BTC 0.0005725211302679<br>EOS 3.147360845537<br>ETH 0.000002565920564438<br>LINK 0.00777507844966623<br>SGB 695.195348335694<br>XLM 1.62023673234622<br>XRP 1.49395911259093 | | | |
| 3.1.116754 | COURTNEY SORAGHAN | ADDRESS REDACTED | | | BTC 0.00209312028950902<br>USDC 0.513154690811136 | | USDC 0.000000819368436149 | |
| 3.1.116755 | COURTNEY STEPHENS | ADDRESS REDACTED | | | BTC 0.000173227001764809<br>PAXG 5.5451163588361 | | PAXG 0.0413207204129868 | |
| 3.1.116756 | COURTNEY STOHLTON | ADDRESS REDACTED | | | ADA 1067.22015293853<br>BTC 0.00005000101207078<br>GUSD 44.8597553795276 | | | |
| 3.1.116757 | COURTNEY SU MOELLER | ADDRESS REDACTED | | Yes | BTC 0.37343689963742<br>LINK 1.83086704599353<br>MCDAI 1.40621286563722<br>SNX 2.45671888532053 | | | BTC 1.93880856819943 |
| 3.1.116758 | COURTNEY SWIFT | ADDRESS REDACTED | | | USDC 0.358624667747421 | | | |
| 3.1.116759 | COURTNEY SZETO | ADDRESS REDACTED | | | CEL 0.469733298874727 | | | |
| 3.1.116760 | COURTNEY TAYLOR | ADDRESS REDACTED | | | BTC 0.000679295384369923 | | | |
| 3.1.116761 | COURTNEY TEMPLE | ADDRESS REDACTED | | | BTC 0.000505060404700164<br>USDC 246.154259286317 | | | |
| 3.1.116762 | COURTNEY TREVAIL FARMER | ADDRESS REDACTED | | | BTC 0.773819220935592<br>ETH 11.122418731864 | BTC 0.23405356 | | |
| 3.1.116763 | COURTNEY VANDEGRIFF | ADDRESS REDACTED | | | BTC 0.000764285543692698 | BTC 0.00000000433160541 | | |
| 3.1.116764 | COURTNEY WALKER | ADDRESS REDACTED | | | CEL 1.15116892753898<br>ETH 0.000146675414120518<br>MCDAI 3.61232905911052<br>SGB 7.91486582381848<br>ZRX 0.00456278570647917 | ETH 0.10582996381063<br>XRP 51.77421834021<br>ZRX 38.566226474545 | | |
| 3.1.116765 | COURTNEY WALTERS | ADDRESS REDACTED | | | CEL 867.818377832647<br>ETH 1.08168677277327 | | | |
| 3.1.116766 | COURTNEY WARDEN | ADDRESS REDACTED | | | BTC 3.80400071878479E-05<br>ETH 0.00868774558453346<br>USDC 88.6165210051694 | | | |
| 3.1.116767 | COURTNEY WATERMAN | ADDRESS REDACTED | | | BTC 0.00088517939372954<br>ETH 4.68553733108961<br>SOL 10.9933792352527 | | | |
| 3.1.116768 | COURTNEY WESTHEIM | ADDRESS REDACTED | | | ETH 0.115590816182017 | | | |
| 3.1.116769 | COURTNEY WHITE | ADDRESS REDACTED | | | BTC 0.0757415432835358<br>CEL 5.79374181729098<br>ETH 1.0753558653898<br>USDC 0.0922605218639166 | | | |
| 3.1.116770 | COURTNEY WILLIAMS | ADDRESS REDACTED | | | DOT 21.3828996139385 | | | |
| 3.1.116771 | COURTNEY WILLIAMS | ADDRESS REDACTED | | | BTC 0.0002299545557588 | | | |
| 3.1.116772 | COURTNEY WISDOM | ADDRESS REDACTED | | Yes | BTC 0.000144538943425807<br>USDC 0.406513528903538 | | | USDC 200 |
| 3.1.116773 | COURTNEY YOUNG | ADDRESS REDACTED | | | ADA 51.3263528199782<br>BTC 0.000768435733601406<br>SNX 2.12054119422653 | | | |
| 3.1.116774 | COURTNEY ZALEWSKI | ADDRESS REDACTED | | | ETH 0.000058562016822407 | | | |
| 3.1.116775 | COURTNEY ZENG | ADDRESS REDACTED | | | BTC 0.00106393145045067 | | | |
| 3.1.116776 | COURY DELANCY | ADDRESS REDACTED | | | BTC 0.74433236498989<br>ETH 1.51149569393795<br>LINK 70.322105424382<br>SNX 115.997002639695 | | | |
| 3.1.116777 | COUSIN ENZO | ADDRESS REDACTED | | | CEL 0.169786586498111 | | | |
| 3.1.116778 | COUSIN THOMAS | ADDRESS REDACTED | | | ADA 0.0154536620334093<br>BTC 0.000002316167494845<br>CEL 0.490610851020642<br>EOS 0.00539761305606075<br>ETH 0.000039907200935249<br>LINK 0.000638200988929336<br>MATIC 0.029913912785209<br>UNI 0.000353737828041622<br>USDT ERC20 0.213536218112451<br>XRP 0.0522418713102205<br>ZEC 0.000043944707929366 | | | |
| 3.1.116779 | COUTANT MAXIME | ADDRESS REDACTED | | | BTC 0.000551145685765794<br>CEL 3789.8790002657<br>COMP 0.0556794031370148<br>DOT 20.23235906<br>SNX 62.25765<br>USDC 0.0093 | | | |
| 3.1.116780 | COVADONGA MUNOZ RAYA | ADDRESS REDACTED | | | BTC 0.000006242535728206 | | | |
| 3.1.116781 | COVARIO AG | ADDRESS REDACTED | | | BTC 215.170902164873<br>ETH 5227.56806500461<br>LINK 112369.514602161<br>USDC 975658.199462098 | | | |
| 3.1.116782 | COVE SOYARS | ADDRESS REDACTED | | | BTC 0.0144764027703951 | | | |
| 3.1.116783 | COVINO NICHOLAS MARINO | ADDRESS REDACTED | | | BTC 0.0126440257659341 | | | |
| 3.1.116784 | COVY PHANEKHAM | ADDRESS REDACTED | | | ADA 0.866630991298654<br>BTC 0.00121542721364629<br>DOT 59.0379496030022<br>MATIC 1.15105309709 | | | |
| 3.1.116785 | COWIN PASSMORE | ADDRESS REDACTED | | | ADA 1090.8425704699<br>BTC 0.0098367207903825<br>MATIC 134.257291966614 | | | |