Annemarie V. Reilly
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200

John J. Sikora (admitted *pro hac vice*)
Heather A. Waller (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700

*Special Counsel to the
Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SIXTH SUPPLEMENTAL DECLARATION OF JOHN J. SIKORA IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORITY TO RETAIN AND EMPLOY LATHAM & WATKINS LLP AS SPECIAL COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

I, John J. Sikora, declare as follows:

1.      I am a partner in the law firm of Latham & Watkins LLP ("L&W"), an international law firm with offices across the United States, Europe, and Asia.  I am admitted in, practicing in, and a member in good standing of the state bar of Illinois, and there are no disciplinary proceedings pending against me.  I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2.      I submit this sixth supplemental declaration (the "Sixth Supplemental Declaration")

in further support of the *Debtors' Application for Authority to Retain and Employ Latham &*

*Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date* [D.I. 363 & 1030]

(the "Application")[2] and to supplement the disclosures set forth in the Sikora Declaration attached

as Exhibit B to the Application (the "Initial Declaration"), the first supplemental Sikora declaration

filed on August 12, 2022 [D.I. 440 & 1031], the second supplemental Sikora declaration filed on

August 31, 2022 [D.I. 647], the third supplemental Sikora declaration filed on December 15, 2022

[D.I. 1711], the fourth supplemental Sikora declaration filed on January 25, 2023 [D.I. 1937], and

the fifth supplemental Sikora declaration filed on May 19, 2023 [D.I. 2691] (collectively, the

"Prior Declarations").

3.      All facts set forth in this Sixth Supplemental Declaration are based upon my

personal knowledge, information supplied to me by other L&W professionals or paraprofessionals,

or learned from my review of relevant documents.  To the extent any information disclosed herein

requires amendment or modification as additional information becomes available to L&W, an

additional supplemental declaration will be submitted to this Court reflecting such amended or

modified information.

4.      Since the Application was filed, L&W has continued to review its connections to

parties in interest in the Chapter 11 Cases using the disclosure procedures described in paragraphs

11 and 12 of the Initial Declaration.   Specifically, L&W searched its Client Database for

connections to the parties listed on Appendix 1 hereto (collectively, the "Supplemental Parties in

Interest").  This inquiry revealed that certain of the Supplemental Parties in Interest are current or

former clients of L&W, or were clients of L&W attorneys while such attorneys were at a prior

---

[2]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

firm.  Such Supplemental Parties in Interest, and their relationship to L&W, are listed on Appendix 2 to this Sixth Supplemental Declaration.  Through the information generated by this computer inquiry, and through follow-up inquiries with L&W attorneys as necessary, it was determined that the representation of the parties in interest disclosed on Appendix 2 hereto concerned matters in which such clients were not adverse to the Debtors or the Debtors' estates with respect to the L&W Services.

5.     In addition, L&W continued to monitor its Client Database for new information regarding entities that were previously searched in connection with the Prior Declarations and has amended its prior disclosures on Appendix 3 to this Sixth Supplemental Declaration.

6.     Based on the information available to me, I believe that L&W: (a) has no connection to the Debtors, their creditors, or their related parties except as may be disclosed herein or in the Prior Declarations, and (b) does not hold or represent any interest adverse to the interests of the Debtors or their estates with respect to the matters on which L&W is to be employed in these Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 6th day of November, 2023.

*/s/ John J. Sikora*
John J. Sikora

3

## Appendix 1

**Supplemental Parties in Interest List**

## <u>Supplemental Parties in Interest List</u>

| <u>Appendix</u> | <u>Category</u> |
|---|---|
| 1(a) | Claims Objections |
| 1(b) | Potential Bidding Parties and Principals |
| 1(c) | Vendors |
| 1(d) | Excluded Parties |

**Appendix 1(a)**

**Claims Objections**

| | |
|---|---|
| Aaron Timmins | Elizabeth Ordonez |
| Aaron Vittini | Ellen Lee |
| Abraham Bruck | Enrique De Castro |
| Adam James Ellis | Eric G. Kenny |
| Ágata López Fernández | Evan Ahern |
| Allison Pleskonko | Florent David |
| Anabelle Dias | Geoffrey Thompson |
| Antonino Francesco Bisogni | GFL Environmental Inc. |
| Arend Dirk | Gregg Robert Popkin |
| Bastien Vogt | Gunawan Wibisono |
| Benjamin Landry | Gurleen Bhinder |
| Boonkit Jirapongtanavech | Heidi Elise Newell |
| Brandon Liljenquist | Hino Munenori |
| BrightHouse Networks LLC | Hoang Nam |
| Bum Bae Sung | Hoang Nhut Nguyen |
| Carl Lamb | HSM Corporate Services Ltd. |
| Carlos L. Santo | Jacob J. Ring |
| Charles Cody Dobbins | Jacob Ring Roth Investment Trust |
| Charles Crider | Jacqueline Gilyard Jones |
| Charles Joseph Worthman | Jared Wayne Wheetley |
| Charter Communications Inc. | Jason Chen |
| Christen Moody | Jason Weber |
| Christopher T. Gomez | Jay Y. Juch |
| Cindy Followill | Jeff Neumann |
| Contrarian Funds LLC | Jeremy Britton |
| Craig Candelore | Jeronimo Trevino De Hoyos |
| Cristian Compagno | Jesper Kolbeck |
| Cristina Diane Boyce | Jian Meng Hoh |
| Cynthia Lynn Fuller | Joachim Robert A. Lebrun |
| Daniel Myers | Joao Miguel Pinheiro Lopes |
| Danilo Maruccia | Jonathan Hudson |
| Danilo Pineda | Joseph Barry |
| Darryl Moase | Jovica Stojanovic |
| Daryna Padalytsya | Justin Baltz |
| David Leshock | Kamila Schenk |
| Dean C. Chenarides, II | Kelly Donaldson |
| Derek Le | Kim Corthout |
| Destiny Ministries International Inc. | Kristina Knapic |
| Do Kheng Tan | Kurt Heisey |
| Eddie William Avedikian | Lance Moore |
| Edward St. George | Leah Pearlman |
| Edwin H. Daniel | Leonard Yambo |

Linda Preus
Madison Sample, Jr., MD
Mark Tuttle
Marvin Rougier
Matti Tetrev
Maurizio Margarone
Melissa Lynne Johnson
Miranda George
Nazir Dhanani
Nephi Evans
Nicolas Hernandez
Novawulf Digital Parallel Master Fund LP
Olivier Laroche
Paul Louis
Peter Kaplan
Pharos Fund SP of Pharos Master Fund LP
Poandy Alisjahbana
Prajesh Gulu Patel
Priyank Gulu Patel
Raymond Fong
Richard Hicks
Rick Hoffmann
Ron Rossnick
Ryan Anderson
Saad Hamid
Sajiv Nair
Sara Maria De Sousa Janota
Scott J. Reesman
Seonmi Richard
Seth Gray
Shahriyar Amini
Sivapalan SV Kandiah
Steven Humel
Susan Ritholz
Tae Yeong Ham
Tamim Aryan
Terrance Lade
Thuy Nguyen
Tiber Petrovicz
Timothy Brooks
Trenton Krol
Tymothy Kennedy
Vincent Bertrand Wilhelm-Wendling
Vincenzo James Ciaravino, III
Vitor Morouço
Vrana Shaw

Washington D.C., Department of Insurance, Securities & Banking
William Joseph McFerrin, Jr.
Yeonsun Shin
Zabillo Mansouri
Zach Alvarez
Zachary Davidson
Zachary Novak

**Appendix 1(b)**

<u>**Potential Bidding Parties and Principals**</u>

[Confidential]
US Bitcoin Corp.
US Data Mining Group Inc.

**Appendix 1(c)**

**<u>Vendors</u>**

New Horizon Communications

**Appendix 1(d)**

**Excluded Parties**

Adam Carver
Alchemy Capital Partners LP
Alexander Christy
BadgerDAO
Bancor
Battlestar Capital, LLC
Benjamin Armstrong
Berkley Insurance Company
Beyond Associates LLC
Circle Internet Financial, LLC
Circle UK Trading Company Limited
Cloudflare, Inc
Coin Bureau
Cosmos Infrastructure LLC
Crypto Lark
DeFiRate
Dennis Reichelt
Ditto PR
Endurance American Insurance Company
FTX Trading Ltd
Grant Thornton LLP
Guy Turner
Haines Watts London LLP
HDR Global Trading Limited (t/a BitMEX)
High Throughput Productions, LLC
Into the Block Corp
James Mullarney
Jason Perman
Jason Stone
Julie La Point
KPMG Somekh Chaikin
Lark Davis
Luna Squares LLC
Mawson Infrastructure Group Inc
Michael Alfred
MVP Workshop d.o.o. Beograd-Zemun and its
    shareholders
Nektar ACS Corp
Peter Graham
QBE Insurance Company
Realm Insurance Company

Sabre56 Corp
StakeHound SA
Tether Limited
The Wolf of Bitcoin
Timothy Shedd
Tom McCarthy
Walter Johnson
XL Specialty Insurance Company
Yarden Noy
Zachary Wildes
Zen Blockchain Foundation (d/b/a Horizen)

**<u>Appendix 2</u>**

**Client Match List**

**Client Match List**

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| BrightHouse Networks LLC | Claims Objections | Prior Client |
| Charter Communications Inc. | Claims Objections | Current Client, Former Client, Prior Client |
| Contrarian Funds LLC | Claims Objections | Current Client, Former Client, Prior Client |
| Geoffrey Thompson | Claims Objections | Former Client |
| GFL Environmental Inc. | Claims Objections | Current Client, Former Client |
| Rick Hoffmann | Claims Objections | Former Client |
| [Confidential] | Potential Bidding Parties and Principals | Current Client, Prior Client |
| Circle Internet Financial, LLC | Excluded Parties | Current Client |
| Circle UK Trading Company Limited | Excluded Parties | Former Client |
| Cloudflare, Inc | Excluded Parties | Former Client, Prior Client |
| Endurance American Insurance Company | Excluded Parties | Prior Client |
| FTX Trading Ltd | Excluded Parties | Former Client |
| Grant Thornton LLP | Excluded Parties | Current Client, Prior Client |
| HDR Global Trading Limited (t/a BitMEX) | Excluded Parties | Current Client, Prior Client |
| KPMG Somekh Chaikin | Excluded Parties | Current Client, Former Client, Prior Client |
| Nektar ACS Corp | Excluded Parties | Prior Client |
| QBE Insurance Company | Excluded Parties | Current Client, Prior Client |
| XL Specialty Insurance Company | Excluded Parties | Prior Client |

---

[1]   The term "Current Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter.  The term "Former Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years but all matters for such client have since been closed.  The term "Prior Client" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm.

**<u>Appendix 3</u>**

**Amended Client Match List**

**Amended Client Match List**

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Babel Holding Limited | Institutional Customers | Prior Client |
| Core Scientific Inc | Institutional Customers | Current Client, Prior Client |
| Bloomberg Finance LP | Vendors | Current Client, Former Client, Prior Client |
| CDW | Vendors | Current Client, Prior Client |
| Core Scientific | Vendors | Current Client, Prior Client |
| Notarize | Vendors | Current Client |
| Trustpilot Inc. | Vendors | Prior Client |
| Zendesk, Inc. | Vendors | Current Client, Prior Client |

---

[1] The term "Current Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter. The term "Former Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years but all matters for such client have since been closed. The term "Prior Client" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm.