UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FOURTEENTH MONTHLY FEE STATEMENT
OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS
ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed its *Fourteenth Monthly Fee Statement of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From September 1, 2023 Through September 30, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 2779 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Fee Statement**, by (i) Elementus Inc. and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 2779 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Fee Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Elementus.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

| | |
|---|---|
| Dated: November 7, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Gregory F. Pesce*<br>**WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:  david.turetsky@whitecase.com<br>         sam.hershey@whitecase.com<br>         azatz@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile:  (305) 358-5744<br>Email: kwofford@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:  mandolina@whitecase.com<br>         gregory.pesce@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile:  (213) 452-2329<br>Email:  aaron.colodny@whitecase.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

AMERICAS 116616989 v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO**
**FOURTEENTH MONTHLY FEE STATEMENT OF ELEMENTUS INC.**
**FOR INTERIM COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR FOR THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Elementus Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | September 1, 2023 – September 30, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $818,740.00 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $654,992.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $163,748.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $95,388.26 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $914,128.26 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $750,380.26 |

This is a <u>monthly</u> fee invoice.

AMERICAS 116616989 v1



## Professional Hours Tracker – September 2023

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 30 September 2023

### Hours Summary

| Date | Day | Name | Role | Activity | Category | Rate | Hours | Cost |
|---|---|---|---|---|---|---|---|---|
| 9/1/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Call w/ W&C re: expert witness report | Communications | $900 | 0.6 | $540 |
| 9/1/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 6 | $5,400 |
| 9/1/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Internal sync re: expert witness report | Internal Development | $900 | 0.8 | $720 |
| 9/1/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Internal sync w/ M Galka re: expert witness report | Internal Development | $900 | 0.7 | $630 |
| 9/1/2023 | Friday | Bryan Young | Vice President | Call w/ W&C re: expert witness report | Communications | $800 | 0.6 | $480 |
| 9/1/2023 | Friday | Bryan Young | Vice President | Internal sync re: expert witness report | Internal Development | $800 | 0.8 | $640 |
| 9/1/2023 | Friday | Bryan Young | Vice President | Internal sync w/ M Galka re: expert witness report | Internal Development | $800 | 0.7 | $560 |
| 9/1/2023 | Friday | Bryan Young | Vice President | Expert witness report, analysis | Internal Development | $800 | 6.4 | $5,120 |
| 9/1/2023 | Friday | Matt Lam | Senior Data Scientist | Data Analysis re flow of funds – expert witness report | Internal Development | $900 | 4.6 | $4,140 |
| 9/1/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Expert witness report – analysis | Internal Development | $1,000 | 7.6 | $7,600 |
| 9/1/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Call w/ W&C re: expert witness report | Communications | $1,000 | 0.6 | $600 |
| 9/1/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Internal sync w/ team re: expert witness report | Internal Development | $1,000 | 0.7 | $700 |
| 9/1/2023 | Friday | Umber Kohli | Project Manager | Call w/ W&C re: expert witness report | Communications | $600 | 0.6 | $360 |
| 9/1/2023 | Friday | Umber Kohli | Project Manager | Expert witness report analysis | Internal Development | $600 | 5.9 | $3,540 |
| 9/1/2023 | Friday | Umber Kohli | Project Manager | Internal sync re: expert witness report | Internal Development | $600 | 0.8 | $480 |
| 9/1/2023 | Friday | Umber Kohli | Project Manager | Internal sync w/ M Galka re: expert witness report | Internal Development | $600 | 0.7 | $420 |
| 9/2/2023 | Saturday | Bryan Young | Vice President | Internal sync with Matt Austin and Max Galka to discuss expert witness report staffing, prioritization and project management | Internal Development | $800 | 1.1 | $880 |
| 9/2/2023 | Saturday | Matt Austin | Vice President | Internal sync with Max Galka and Bryan Young to discuss expert witness report staffing, workstream prioritization and project management | Internal Development | $800 | 1.1 | $880 |
| 9/2/2023 | Saturday | Max Galka | CEO/Chief Data Scientist | Internal sync with Bryan Young and Matt Austin to discuss expert witness report staffing, prioritization and project management | Internal Development | $1,000 | 1.1 | $1,100 |
| 9/4/2023 | Monday | Matt Lam | Senior Data Scientist | Data Analysis re flow of funds – expert witness report | Internal Development | $900 | 8 | $7,200 |
| 9/4/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Call w/ C Elizabeth at W&C on Celsius | Communications | $900 | 0.5 | $450 |
| 9/4/2023 | Monday | Bryan Young | Vice President | Call w/ C Elizabeth at W&C on Celsius | Communications | $800 | 0.5 | $400 |
| 9/4/2023 | Monday | Bryan Young | Vice President | Expert witness report, drafting, analysis | Internal Development | $800 | 8 | $6,400 |
| 9/4/2023 | Monday | Matt Lam | Senior Data Scientist | Expert witness report, research, hypothesis generation | Internal Development | $900 | 8.2 | $7,380 |
| 9/4/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Expert witness report, research, hypothesis generation | Internal Development | $1,000 | 6 | $6,000 |
| 9/5/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Discuss expert witness report w/ W&C | Communications | $900 | 1.1 | $990 |
| 9/5/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 5.2 | $4,680 |
| 9/5/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Internal sync on expert witness report | Internal Development | $900 | 0.5 | $450 |
| 9/5/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Internal working session on expert report | Internal Development | $900 | 1.2 | $1,080 |
| 9/5/2023 | Tuesday | Bryan Young | Vice President | Discuss expert witness report w/ W&C | Communications | $800 | 1.1 | $880 |
| 9/5/2023 | Tuesday | Bryan Young | Vice President | Draft / edit expert witness report | Internal Development | $800 | 4.3 | $3,440 |
| 9/5/2023 | Tuesday | Bryan Young | Vice President | Internal sync on expert witness report | Internal Development | $800 | 0.5 | $400 |
| 9/5/2023 | Tuesday | Bryan Young | Vice President | Internal working session on expert report | Internal Development | $800 | 1.2 | $960 |
| 9/5/2023 | Tuessda | Matt Lam | Senior Data Scientist | Analysis for expert witness report | Internal Development | $900 | 8.8 | $7,920 |
| 9/5/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Expert witness report, analysis | Internal Development | $1,000 | 8 | $8,000 |
| 9/5/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Analyses related to Expert WItness report | Internal Development | $1,000 | 2 | $2,000 |
| 9/5/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Discuss expert witness report w/ W&C | Communications | $1,000 | 1.1 | $1,100 |
| 9/5/2023 | Tuesday | Umber Kohli | Project Manager | Discuss expert witness report w/ W&C | Communications | $600 | 1.1 | $660 |
| 9/5/2023 | Tuesday | Umber Kohli | Project Manager | Draft expert witness report | Internal Development | $600 | 4.9 | $2,940 |
| 9/5/2023 | Tuesday | Umber Kohli | Project Manager | Internal sync on expert witness report | Internal Development | $600 | 0.5 | $300 |
| 9/5/2023 | Tuesday | Umber Kohli | Project Manager | Internal working session on expert report | Internal Development | $600 | 1.2 | $720 |
| 9/6/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 8 | $7,200 |
| 9/6/2023 | Wednesday | Bryan Young | Vice President | Expert witness report, drafting, analysis | Internal Development | $800 | 6.6 | $5,280 |
| 9/6/2023 | Wednesday | Bryan Young | Vice President | Draft / edit expert witness report | Internal Development | $800 | 3.4 | $2,720 |
| 9/6/2023 | Wednesday | Matt Lam | Senior Data Scientist | Analysis re expert witness report | Internal Development | $900 | 8.2 | $7,380 |
| 9/6/2023 | Wednesday | Max Galka | CEO/Chief Data Scientist | Expert Witness report, analysis | Internal Development | $1,000 | 8 | $8,000 |
| 9/6/2023 | Wednesday | Umber Kohli | Project Manager | Draft expert witness report | Internal Development | $600 | 5.7 | $3,420 |
| 9/7/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 8 | $7,200 |
| 9/7/2023 | Thursday | Bryan Young | Vice President | Expert witness report, drafting, analysis | Internal Development | $800 | 7.6 | $6,080 |
| 9/7/2023 | Thursday | Bryan Young | Vice President | Draft / edit expert witness report | Internal Development | $800 | 5.4 | $4,320 |
| 9/7/2023 | Thursday | Matt Austin | Vice President | Call with third-party data provider re: additional market price data for expert report; review contract and process payment | Internal Development | $800 | 2.8 | $2,240 |

| Date | Day | Name | Title | Description | Category | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| 9/7/2023 | Thursday | Matt Lam | Senior Data Scientist | Data Analysis re flow of funds - expert witness report | Internal Development | $900 | 6 | $5,400 |
| 9/7/2023 | Thursday | Max Galka | CEO/Chief Data Scientist | Expert witness report, hypothesis generation, analysis | Internal Development | $1,000 | 8.4 | $8,400 |
| 9/7/2023 | Thursday | Umber Kohli | Project Manager | Draft expert witness report | Internal Development | $600 | 3.4 | $2,040 |
| 9/8/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 8 | $7,200 |
| 9/8/2023 | Friday | Bryan Young | Vice President | Draft / edit expert witness report | Internal Development | $800 | 6.5 | $5,200 |
| 9/8/2023 | Friday | Matt Lam | Senior Data Scientist | Data Analysis re flow of funds - expert witness report | Internal Development | $900 | 8 | $7,200 |
| 9/8/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Analysis of market correlation for expert witness report | Internal Development | $1,000 | 8.4 | $8,400 |
| 9/8/2023 | Friday | Umber Kohli | Project Manager | Draft expert witness report | Internal Development | $600 | 6.9 | $4,140 |
| 9/9/2023 | Saturday | Alex Mologoko | Senior Blockchain Expert | Expert report working session | Internal Development | $900 | 1.9 | $1,710 |
| 9/9/2023 | Saturday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 6.1 | $5,490 |
| 9/9/2023 | Saturday | Bryan Young | Vice President | Analysis and drafting of expert witness report | Internal Development | $800 | 6.4 | $5,120 |
| 9/9/2023 | Saturday | Bryan Young | Vice President | Expert report working session | Internal Development | $800 | 1.9 | $1,520 |
| 9/9/2023 | Saturday | Matt Lam | Senior Data Scientist | Analysis for expert witness report - CEL, FTT, HEX token | Internal Development | $900 | 8.2 | $7,380 |
| 9/9/2023 | Saturday | Max Galka | CEO/Chief Data Scientist | Analysis for expert witness report | Internal Development | $1,000 | 6.8 | $6,800 |
| 9/9/2023 | Saturday | Umber Kohli | Project Manager | Expert report working session | Internal Development | $600 | 1.9 | $1,140 |
| 9/10/2023 | Sunday | Alex Mologoko | Senior Blockchain Expert | Expert report check-in | Internal Development | $900 | 0.7 | $630 |
| 9/10/2023 | Sunday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 7.3 | $6,570 |
| 9/10/2023 | Sunday | Bryan Young | Vice President | Expert report check-in | Internal Development | $800 | 0.7 | $560 |
| 9/10/2023 | Sunday | Bryan Young | Vice President | Internal call to discuss expert witness report and outstanding deliverables for the week ahead | Internal Development | $800 | 1.2 | $960 |
| 9/10/2023 | Sunday | Matt Austin | Vice President | Internal call to discuss expert witness report and outstanding deliverables for the week ahead | Internal Development | $800 | 1.2 | $960 |
| 9/10/2023 | Sunday | Matt Lam | Senior Data Scientist | Expert witness report - analysis | Internal Development | $900 | 10.8 | $9,720 |
| 9/10/2023 | Sunday | Max Galka | CEO/Chief Data Scientist | Expert witness report - analysis | Internal Development | $1,000 | 6.2 | $6,200 |
| 9/10/2023 | Sunday | Max Galka | CEO/Chief Data Scientist | Internal call to discuss expert witness report and outstanding deliverables for the week ahead | Internal Development | $1,000 | 1.2 | $1,200 |
| 9/10/2023 | Sunday | Umber Kohli | Project Manager | Expert report check-in | Internal Development | $600 | 0.7 | $420 |
| 9/11/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Call w/ W&C and M3 on expert report | Communications | $900 | 1 | $900 |
| 9/11/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Call w/ W&C on expert report | Communications | $900 | 0.5 | $450 |
| 9/11/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 7.5 | $6,750 |
| 9/11/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Internal sync on expert witness report | Communications | $900 | 1 | $900 |
| 9/11/2023 | Monday | Bryan Young | Vice President | Call w/ W&C and M3 on expert report | Communications | $800 | 1 | $800 |
| 9/11/2023 | Monday | Bryan Young | Vice President | Draft / edit expert witness report | Internal Development | $800 | 8.6 | $6,880 |
| 9/11/2023 | Monday | Bryan Young | Vice President | Internal sync on expert witness report | Communications | $800 | 1 | $800 |
| 9/11/2023 | Monday | Matt Lam | Senior Data Scientist | Expert witness report - data analysis | Internal Development | $900 | 8 | $7,200 |
| 9/11/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Call w/ W&C and M3 on expert report | Communications | $1,000 | 1 | $1,000 |
| 9/11/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Expert witness report analysis | Internal Development | $1,000 | 2 | $2,000 |
| 9/11/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Internal sync on expert witness report | Communications | $1,000 | 1 | $1,000 |
| 9/11/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Expert witness report - data science analysis | Internal Development | $1,000 | 6 | $6,000 |
| 9/11/2023 | Monday | Umber Kohli | Project Manager | Call w/ W&C and M3 on expert report | Communications | $600 | 1 | $600 |
| 9/11/2023 | Monday | Umber Kohli | Project Manager | Call w/ W&C on expert report | Communications | $600 | 0.5 | $300 |
| 9/11/2023 | Monday | Umber Kohli | Project Manager | Expert witness report | Internal Development | $600 | 9 | $5,400 |
| 9/11/2023 | Monday | Umber Kohli | Project Manager | Internal sync on expert witness report | Communications | $600 | 1 | $600 |
| 9/12/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Call w/ Michael Jaoude from W&C on data files walk-through | Communications | $900 | 0.4 | $360 |
| 9/12/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 9.1 | $8,190 |
| 9/12/2023 | Tuesday | Bryan Young | Vice President | Call w/ Michael Jaoude from W&C on data files walk-through | Communications | $800 | 0.4 | $320 |
| 9/12/2023 | Tuesday | Bryan Young | Vice President | Draft / edit expert witness report | Internal Development | $800 | 5.7 | $4,560 |
| 9/12/2023 | Tuesday | Bryan Young | Vice President | Expert witness report, drafting, analysis | Internal Development | $800 | 8 | $6,400 |
| 9/12/2023 | Tuesday | Matt Lam | Senior Data Scientist | Expert witness report, data analysis | Internal Development | $900 | 8.6 | $7,740 |
| 9/12/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Call w/ Michael Jaoude from W&C on data files walk-through | Communications | $1,000 | 0.4 | $400 |
| 9/12/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Expert witness report, data analysis | Internal Development | $1,000 | 8.4 | $8,400 |
| 9/12/2023 | Tuesday | Umber Kohli | Project Manager | Call w/ Michael Jaoude from W&C on data files walk-through | Communications | $600 | 0.4 | $240 |
| 9/12/2023 | Tuesday | Umber Kohli | Project Manager | Expert witness report | Internal Development | $600 | 9 | $5,400 |
| 9/13/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Call w/ W&C + M3 on expert witness report | Communications | $900 | 1.1 | $990 |
| 9/13/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 8.9 | $8,010 |
| 9/13/2023 | Wednesday | Bryan Young | Vice President | Call w/ W&C + M3 on expert witness report | Communications | $800 | 1.1 | $880 |
| 9/13/2023 | Wednesday | Bryan Young | Vice President | Discuss expert report | Communications | $800 | 1.2 | $960 |
| 9/13/2023 | Wednesday | Bryan Young | Vice President | Draft / edit expert witness report | Internal Development | $800 | 6.8 | $5,440 |
| 9/13/2023 | Wednesday | Matt Lam | Senior Data Scientist | Analysis of flow of funds, expert witness report | Internal Development | $900 | 8.6 | $7,740 |
| 9/13/2023 | Wednesday | Max Galka | CEO/Chief Data Scientist | Data Analysis expert witness report | Internal Development | $1,000 | 8.4 | $8,400 |
| 9/13/2023 | Wednesday | Umber Kohli | Project Manager | Call w/ W&C + M3 on expert witness report | Communications | $600 | 1.1 | $660 |
| 9/13/2023 | Wednesday | Umber Kohli | Project Manager | Discuss expert report | Communications | $600 | 1.2 | $720 |
| 9/13/2023 | Wednesday | Umber Kohli | Project Manager | Draft / edit expert witness report | Internal Development | $600 | 9 | $5,400 |
| 9/14/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 9.6 | $8,640 |
| 9/14/2023 | Thursday | Bryan Young | Vice President | Call w/ M3 to discuss expert witness report | Communications | $800 | 0.6 | $480 |
| 9/14/2023 | Thursday | Bryan Young | Vice President | Draft / edit expert witness report | Internal Development | $800 | 9 | $7,200 |

| Date | Day | Name | Title | Description | Category | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| 9/14/2023 | Thursday | Matt Lam | Senior Data Scientist | Analysis of market correlation for expert witness report | Internal Development | $900 | 9.8 | $8,820 |
| 9/14/2023 | Thursday | Max Galka | CEO/Chief Data Scientist | Call w/ M3 to discuss expert witness report | Communications | $1,000 | 0.6 | $600 |
| 9/14/2023 | Thursday | Max Galka | CEO/Chief Data Scientist | Research and analysis for expert witness report | Internal Development | $1,000 | 4.8 | $4,800 |
| 9/14/2023 | Thursday | Umber Kohli | Project Manager | Call w/ M3 to discuss expert witness report | Communications | $600 | 0.6 | $360 |
| 9/14/2023 | Thursday | Umber Kohli | Project Manager | Draft / edit expert witness report | Internal Development | $600 | 7.9 | $4,740 |
| 9/15/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Call w/ W&C + M3 on expert witness report | Communications | $900 | 1 | $900 |
| 9/15/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 9 | $8,100 |
| 9/15/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Workshopping w/ W&C and M3 on expert witness report timelines | Communications | $900 | 0.9 | $810 |
| 9/15/2023 | Friday | Bryan Young | Vice President | Call w/ M3 to discuss expert witness report | Communications | $800 | 1.6 | $1,280 |
| 9/15/2023 | Friday | Bryan Young | Vice President | Call w/ W&C + M3 on expert witness report | Communications | $800 | 1 | $800 |
| 9/15/2023 | Friday | Bryan Young | Vice President | Draft expert witness report | Internal Development | $800 | 10.1 | $8,080 |
| 9/15/2023 | Friday | Bryan Young | Vice President | Internal sync on correlation | Communications | $800 | 0.2 | $160 |
| 9/15/2023 | Friday | Bryan Young | Vice President | Workshopping w/ W&C and M3 on expert witness report timelines | Communications | $800 | 0.9 | $720 |
| 9/15/2023 | Friday | Matt Austin | Vice President | Review 9/14 draft of expert witness report | Internal Development | $800 | 1.7 | $1,360 |
| 9/15/2023 | Friday | Matt Lam | Senior Data Scientist | Analysis of market correlation for expert witness report | Internal Development | $900 | 10.4 | $9,360 |
| 9/15/2023 | Friday | Matt Lam | Senior Data Scientist | Internal sync on correlation | Communications | $900 | 0.2 | $180 |
| 9/15/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Call w/ M3 to discuss expert witness report | Communications | $1,000 | 1.6 | $1,600 |
| 9/15/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Call w/ W&C + M3 on expert witness report | Communications | $1,000 | 1 | $1,000 |
| 9/15/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Draft expert witness report; Analysis of market correlation for expert witness report | Internal Development | $1,000 | 9.7 | $9,700 |
| 9/15/2023 | Friday | Umber Kohli | Project Manager | Call w/ M3 to discuss expert witness report | Communications | $600 | 1.6 | $960 |
| 9/15/2023 | Friday | Umber Kohli | Project Manager | Call w/ W&C + M3 on expert witness report | Communications | $600 | 1 | $600 |
| 9/15/2023 | Friday | Umber Kohli | Project Manager | Draft expert witness report | Internal Development | $600 | 8.3 | $4,980 |
| 9/15/2023 | Friday | Umber Kohli | Project Manager | Internal sync on correlation | Communications | $600 | 0.2 | $120 |
| 9/15/2023 | Friday | Umber Kohli | Project Manager | Workshopping w/ W&C and M3 on expert witness report timelines | Communications | $600 | 0.9 | $540 |
| 9/16/2023 | Saturday | Bryan Young | Vice President | Drafting and analysis re expert witness report | Internal Development | $800 | 4.3 | $3,440 |
| 9/16/2023 | Saturday | Matt Austin | Vice President | Call with Max Galka to discuss latest witness report draft and outstanding items | Internal Development | $800 | 2.6 | $2,080 |
| 9/16/2023 | Saturday | Matt Lam | Senior Data Scientist | Data Analysis re expert witness report | Internal Development | $900 | 8.2 | $7,380 |
| 9/16/2023 | Saturday | Max Galka | CEO/Chief Data Scientist | Magic expert witness report editing / drafting | Internal Development | $1,000 | 5.4 | $5,400 |
| 9/17/2023 | Sunday | Bryan Young | Vice President | Expert witness report, drafting, analysis | Internal Development | $800 | 8.4 | $6,720 |
| 9/17/2023 | Sunday | Matt Lam | Senior Data Scientist | Expert witness report, data analysis | Internal Development | $900 | 10.4 | $9,360 |
| 9/17/2023 | Sunday | Max Galka | CEO/Chief Data Scientist | Expert witness report, hypothesis refinement | Internal Development | $1,000 | 9.6 | $9,600 |
| 9/18/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Expert report check in #1 w/ M3 | Communications | $900 | 0.5 | $450 |
| 9/18/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Expert report check in #2 w/ M3 | Communications | $900 | 0.6 | $540 |
| 9/18/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 8 | $7,200 |
| 9/18/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Expert witness report check-in w/ W&C and M3 | Communications | $900 | 1.1 | $990 |
| 9/18/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Expert witness report morning check-in w/ M3 | Communications | $900 | 0.5 | $450 |
| 9/18/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Internal team sync re: expert witness report | Communications | $900 | 0.4 | $360 |
| 9/18/2023 | Monday | Bryan Young | Vice President | Expert report check in #1 w/ M3 | Communications | $800 | 0.5 | $400 |
| 9/18/2023 | Monday | Bryan Young | Vice President | Expert report check in #2 w/ M3 | Communications | $800 | 0.6 | $480 |
| 9/18/2023 | Monday | Bryan Young | Vice President | Expert witness report check-in w/ W&C and M3 | Communications | $800 | 1.1 | $880 |
| 9/18/2023 | Monday | Bryan Young | Vice President | Expert witness report drafting and revising | Internal Development | $800 | 7.1 | $5,680 |
| 9/18/2023 | Monday | Bryan Young | Vice President | Expert witness report morning check-in w/ M3 | Communications | $800 | 0.5 | $400 |
| 9/18/2023 | Monday | Bryan Young | Vice President | Internal team sync re: expert witness report | Communications | $800 | 0.4 | $320 |
| 9/18/2023 | Monday | Matt Austin | Vice President | Review latest draft of expert witness report and provide feedback on content and exhibits | Internal Development | $800 | 2.3 | $1,840 |
| 9/18/2023 | Monday | Matt Lam | Senior Data Scientist | Internal team sync re: expert witness report | Communications | $900 | 0.4 | $360 |
| 9/18/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Expert report check in #1 w/ M3 | Communications | $1,000 | 0.5 | $500 |
| 9/18/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Expert report check in #2 w/ M3 | Communications | $1,000 | 0.6 | $600 |
| 9/18/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Expert Witness Report Analysis | Internal Development | $1,000 | 7.5 | $7,500 |
| 9/18/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Expert witness report check-in w/ W&C and M3 | Communications | $1,000 | 1.1 | $1,100 |
| 9/18/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Internal team sync re: expert witness report | Communications | $1,000 | 0.4 | $400 |
| 9/18/2023 | Monday | Umber Kohli | Project Manager | Expert report check in #1 w/ M3 | Communications | $600 | 0.5 | $300 |
| 9/18/2023 | Monday | Umber Kohli | Project Manager | Expert report check in #2 w/ M3 | Communications | $600 | 0.6 | $360 |
| 9/18/2023 | Monday | Umber Kohli | Project Manager | Expert witness report check-in w/ W&C and M3 | Communications | $600 | 1.1 | $660 |
| 9/18/2023 | Monday | Umber Kohli | Project Manager | Expert witness report drafting and revising | Internal Development | $600 | 7.6 | $4,560 |
| 9/18/2023 | Monday | Umber Kohli | Project Manager | Expert witness report morning check-in w/ M3 (joined late) | Communications | $600 | 0.3 | $180 |
| 9/18/2023 | Monday | Umber Kohli | Project Manager | Internal team sync re: expert witness report | Communications | $600 | 0.4 | $240 |
| 9/19/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Check in w/ M3 re: expert witness report | Communications | $900 | 0.9 | $810 |
| 9/19/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 7.1 | $6,390 |
| 9/19/2023 | Tuesday | Bryan Young | Vice President | Check in w/ M3 re: expert witness report | Communications | $800 | 0.9 | $720 |
| 9/19/2023 | Tuesday | Bryan Young | Vice President | Expert witness report drafting and revising | Internal Development | $800 | 5.5 | $4,400 |
| 9/19/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Check in w/ M3 re: expert witness report | Communications | $1,000 | 0.9 | $900 |
| 9/19/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Expert witness report drafting and revising | Internal Development | $1,000 | 9.4 | $9,400 |
| 9/19/2023 | Tuesday | Umber Kohli | Project Manager | Check in w/ M3 re: expert witness report | Communications | $600 | 0.9 | $540 |
| 9/19/2023 | Tuesday | Umber Kohli | Project Manager | Expert witness report drafting and revising | Internal Development | $600 | 7.6 | $4,560 |
| 9/20/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Call w/ M3 re: methodology | Communications | $900 | 3.3 | $2,970 |
| 9/20/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Check-in w/ W&C and M3 on expert witness report | Communications | $900 | 1.1 | $990 |

| Date | Day | Name | Title | Description | Category | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/20/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 6.1 | $5,490 |
| 9/20/2023 | Wednesday | Bryan Young | Vice President | Call w/ M3 re: methodology | Communications | $800 | 3.3 | $2,640 |
| 9/20/2023 | Wednesday | Bryan Young | Vice President | Call w/ W&C on VWAP calculation | Communications | $800 | 0.4 | $320 |
| 9/20/2023 | Wednesday | Bryan Young | Vice President | Check-in w/ W&C and M3 on expert witness report | Communications | $800 | 1.1 | $880 |
| 9/20/2023 | Wednesday | Bryan Young | Vice President | Expert witness report drafting and revising | Internal Development | $800 | 9.3 | $7,440 |
| 9/20/2023 | Wednesday | Max Galka | CEO/Chief Data Scientist | Call w/ W&C on VWAP calculation | Communications | $1,000 | 0.4 | $400 |
| 9/20/2023 | Wednesday | Max Galka | CEO/Chief Data Scientist | Expert witness report drafting and revising | Internal Development | $1,000 | 10.8 | $10,800 |
| 9/20/2023 | Wednesday | Umber Kohli | Project Manager | Call w/ M3 re: methodology | Communications | $600 | 3.3 | $1,980 |
| 9/20/2023 | Wednesday | Umber Kohli | Project Manager | Call w/ W&C on VWAP calculation | Communications | $600 | 0.4 | $240 |
| 9/20/2023 | Wednesday | Umber Kohli | Project Manager | Check-in w/ W&C and M3 on expert witness report | Communications | $600 | 1.1 | $660 |
| 9/20/2023 | Wednesday | Umber Kohli | Project Manager | Expert witness report drafting and revising | Internal Development | $600 | 5.7 | $3,420 |
| 9/21/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | Check-in w/ M3 on methodology | Communications | $900 | 0.3 | $270 |
| 9/21/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 8.1 | $7,290 |
| 9/21/2023 | Thursday | Bryan Young | Vice President | Check-in w/ M3 on methodology | Communications | $800 | 0.3 | $240 |
| 9/21/2023 | Thursday | Bryan Young | Vice President | Expert witness report drafting and revising | Internal Development | $800 | 6.8 | $5,440 |
| 9/21/2023 | Thursday | Bryan Young | Vice President | Touchbase w/ W&C on expert report | Communications | $800 | 0.6 | $480 |
| 9/21/2023 | Thursday | Matt Lam | Senior Data Scientist | Check-in w/ M3 on methodology | Communications | $900 | 0.3 | $270 |
| 9/21/2023 | Thursday | Max Galka | CEO/Chief Data Scientist | Check-in w/ M3 on methodology | Communications | $1,000 | 0.3 | $300 |
| 9/21/2023 | Thursday | Max Galka | CEO/Chief Data Scientist | Expert witness report drafting and revising | Internal Development | $1,000 | 9.6 | $9,600 |
| 9/21/2023 | Thursday | Max Galka | CEO/Chief Data Scientist | Touchbase w/ AC from W&C on expert report | Communications | $1,000 | 0.7 | $700 |
| 9/21/2023 | Thursday | Max Galka | CEO/Chief Data Scientist | Touchbase w/ W&C on expert report | Communications | $1,000 | 0.6 | $600 |
| 9/21/2023 | Thursday | Umber Kohli | Project Manager | Check-in w/ M3 on methodology | Communications | $600 | 0.3 | $180 |
| 9/21/2023 | Thursday | Umber Kohli | Project Manager | Expert witness report drafting and revising | Internal Development | $600 | 7.1 | $4,260 |
| 9/21/2023 | Thursday | Umber Kohli | Project Manager | Touchbase w/ W&C on expert report | Communications | $600 | 0.6 | $360 |
| 9/22/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Expert witness report drafting and revising | Internal Development | $900 | 8.1 | $7,290 |
| 9/22/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Shorts / perp swaps mtg w/ W&C and M3 | Communications | $900 | 0.2 | $180 |
| 9/22/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Touchbase w/ W&C and M3 on expert report | Communications | $900 | 1.1 | $990 |
| 9/22/2023 | Friday | Bryan Young | Vice President | Expert witness report drafting and revising | Internal Development | $800 | 7.6 | $6,080 |
| 9/22/2023 | Friday | Bryan Young | Vice President | Touchbase w/ W&C and M3 on expert report | Communications | $800 | 1.1 | $880 |
| 9/22/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Expert witness report drafting and revising | Internal Development | $1,000 | 10.7 | $10,700 |
| 9/22/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Touchbase w/ W&C and M3 on expert report | Communications | $1,000 | 1.1 | $1,100 |
| 9/22/2023 | Friday | Umber Kohli | Project Manager | Expert witness report drafting and revising | Internal Development | $600 | 6.4 | $3,840 |
| 9/22/2023 | Friday | Umber Kohli | Project Manager | Shorts / perp swaps mtg w/ W&C and M3 | Communications | $600 | 0.2 | $120 |
| 9/22/2023 | Friday | Umber Kohli | Project Manager | Touchbase w/ W&C and M3 on expert report | Communications | $600 | 1.1 | $660 |
| 9/23/2023 | Saturday | Bryan Young | Vice President | Analysis of CEL token and comps | Internal Development | $800 | 4.3 | $3,440 |
| 9/23/2023 | Saturday | Matt Austin | Vice President | Reviewed plan objection filing | Internal Development | $800 | 1.3 | $1,040 |
| 9/23/2023 | Saturday | Matt Austin | Vice President | Review expert report and provide feedback to team | Internal Development | $800 | 3.7 | $2,960 |
| 9/23/2023 | Saturday | Max Galka | CEO/Chief Data Scientist | Analysis of CEL token and comps | Internal Development | $1,000 | 5.7 | $5,700 |
| 9/24/2023 | Sunday | Bryan Young | Vice President | Call with S. Cox at Elementus, C. Eliaszadeh W/C - re filing re CEL token | Internal Development | $800 | 0.4 | $320 |
| 9/24/2023 | Sunday | Bryan Young | Vice President | Call with Matt Austin to discuss status of expert witness report and team staffing | Internal Development | $800 | 0.7 | $560 |
| 9/24/2023 | Sunday | Matt Austin | Vice President | Call with Bryan Young to discuss status of expert witness report and team staffing | Internal Development | $800 | 0.7 | $560 |
| 9/24/2023 | Sunday | Sarah Cox | Data Scientist | Call with B. Young at Elementus, C. Eliaszadeh W/C - re filing re CEL token | Internal Development | $800 | 0.4 | $320 |
| 9/25/2023 | Monday | Bryan Young | Vice President | Expert Witness Report - testimony prep | Internal Development | $800 | 7.5 | $6,000 |
| 9/25/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Expert Witness Report - Testimony prep | Internal Development | $1,000 | 6.4 | $6,400 |
| 9/25/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Expert Witness Report - Testimony prep | Internal Development | $1,000 | 2.4 | $2,400 |
| 9/26/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 7.5 | $6,750 |
| 9/26/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Plan Objection Discussion w/ M3 | Communications | $900 | 0.7 | $630 |
| 9/26/2023 | Tuesday | Bryan Young | Vice President | Plan Objection Discussion w/ M3 | Communications | $800 | 0.7 | $560 |
| 9/26/2023 | Tuesday | Bryan Young | Vice President | Expert Witness Report - Rebuttal Analysis / Trial Prep | Internal Development | $800 | 6.5 | $5,200 |
| 9/26/2023 | Tuesday | Matt Austin | Vice President | Debrief with Max Galka and Bryan Young re: rebuttal analysis and trial prep | Internal Development | $800 | 1.5 | $1,200 |
| 9/26/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Expert Witness Report - Rebuttal Analysis / Trial Prep | Internal Development | $1,000 | 7.6 | $7,600 |
| 9/26/2023 | Tuesday | Sarah Cox | Data Scientist | ETH / ERC20 token balance analysis | Internal Development | $800 | 3.7 | $2,960 |
| 9/27/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 10 | $9,000 |
| 9/27/2023 | Wednesday | Bryan Young | Vice President | Expert Witness Report - Rebuttal Analysis / Trial Prep | Internal Development | $800 | 7.7 | $6,160 |
| 9/27/2023 | Wednesday | Max Galka | CEO/Chief Data Scientist | Expert Witness Report - Rebuttal Analysis / Trial Prep | Internal Development | $1,000 | 8.8 | $8,800 |
| 9/27/2023 | Wednesday | Sarah Cox | Data Scientist | ETH / ERC20 token balance analysis | Internal Development | $800 | 3.3 | $2,640 |
| 9/28/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 6.5 | $5,850 |
| 9/28/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | In-person meeting w/ W&C to finalize expert witness report and supplemental filing | Communications | $900 | 3 | $2,700 |
| 9/28/2023 | Thursday | Bryan Young | Vice President | In-person meeting w/ W&C to finalize expert witness report and supplemental filing | Communications | $800 | 6.5 | $5,200 |
| 9/28/2023 | Thursday | Max Galka | CEO/Chief Data Scientist | In-person meeting w/ W&C to finalize expert witness report and supplemental filing | Communications | $1,000 | 6.5 | $6,500 |
| 9/28/2023 | Thursday | Sarah Cox | Data Scientist | ETH / ERC20 token balance analysis | Internal Development | $800 | 4.1 | $3,280 |
| 9/29/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Call with W&C- Expert Testimony Prep | Communications | $900 | 1.5 | $1,350 |
| 9/29/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Call with W&C- re Supplemental Expert Declaration | Communications | $900 | 0.5 | $450 |
| 9/29/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Expert witness report analysis | Internal Development | $900 | 6 | $5,400 |
| 9/29/2023 | Friday | Bryan Young | Vice President | Analysis re supplemental expert declaration filing | Internal Development | $800 | 8.5 | $6,800 |

| Date | Day | Name | Title | Description | Category | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/29/2023 | Friday | Matt Austin | Vice President | Listen in to call with W/C regarding supplemental expert declaration and debrief on next steps | Internal Development | $800 | 1.5 | $1,200 |
| 9/29/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Call w/ W&C regarding the supplemental expert declaration | Communications | $1,000 | 0.5 | $500 |
| 9/29/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Call with W&C- Expert Testimony Prep | Communications | $1,000 | 1.5 | $1,500 |
| 9/29/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Research / hypothesis formulation re: supplemental expert declaration | Internal Development | $1,000 | 3.3 | $3,300 |
| 9/29/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Analysis re supplemental expert declaration filing | Internal Development | $1,000 | 7.1 | $7,100 |
| 9/29/2023 | Friday | Sarah Cox | Data Scientist | ETH / ERC20 token balance analysis | Internal Development | $800 | 4 | $3,200 |
| 9/30/2023 | Saturday | Matt Austin | Vice President | Call with Max Galka re:supplemental expert declaration and expert witness prep | Internal Development | $800 | 2.1 | $1,680 |
| 9/30/2023 | Saturday | Max Galka | CEO/Chief Data Scientist | Discussion w/ W&C (calls + texts) on expert witness report and supplemental declaration | Communications | $1,000 | 1 | $1,000 |
| 9/30/2023 | Saturday | Max Galka | CEO/Chief Data Scientist | Research / hypothesis formulation re: supplemental expert declaration | Internal Development | $1,000 | 2.9 | $2,900 |
| 9/30/2023 | Saturday | Max Galka | CEO/Chief Data Scientist | Call with M. Austin re:supplemental expert declaration and expert witness prep | Internal Development | $1,000 | 2.1 | $2,100 |
| **September 2023 Labor Totals** | | | | | | | **956.7** | **$818,740** |

| Other Expenses | | |
|---|---|---|
| **Description** | **Cost** | **Notes** |
| Amazon Web Services Costs | $62,259.76 | |
| Google Cloud Platform | 21,761.65 | |
| Google Voice | 109.02 | |
| Asana - Project Management | 829.90 | |
| Atlassian - Project Management | 137.72 | |
| Kaiko | 9,869.52 | Includes two separate invoices of $4970 and $4899 |
| Microsoft 365 Subscriptions | 81.66 | |
| Miro | 6.53 | |
| Bryan Cave legal fees | 332.50 | |
| **Other Expenses Totals** | **$95,388.26** | |