## Exhibit B

### List of Additional Custody Settlement Opt Outs

*Each of the following Account Holders affirmatively opted into the Custody Settlement pursuant to the Custody Settlement Order using the Election Form (as defined in the Custody Settlement Order) (and was therefore deemed to accept the Plan with respect to their Custody Claims) but (i) did not vote to accept the Plan with respect to any other Claims such Holder held and (ii) opted out of the Third-Party Release.*

Adam James Weigold

Johnny Jen

Knaack Abraham Isaac

Law Offices of Stefan Coleman P.A.

Nathan Paul Battan

Otis A Davis