| 3.1.299875 | JUSTIN JAMES GUTKOWSKI | ADDRESS REDACTED | | ADA 10131.5762282259<br>AVAX 10.0381046538104<br>BTC 0.179754682226275<br>DOGE 634.719010000484<br>ETH 12.0814808190861<br>SOL 101.627051157101 | AVAX 10.0656582581851<br>BTC 0.0012140586065336767 | | | |