

| 3.1 390875 | MICHAEL BAERGA | ADDRESS REDACTED | | 22-10964-mg | Doc 3977-1 Scheduled Claim | BTC 0.000142366707648257 ... XLM 0.333292133042027 | ETH 0.0277777652944793 | |

DocuSign Envelope ID: 3587E1FE-1077-4D0A-8BB7-4D39E1B4CF2A