GODFREY & KAHN, S.C.
One East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| **CELSIUS NETWORK, LLC,** *et al.*,[1] | : | |
| | : | **Case No. 22-10964 (MG)** |
| Debtors. | : | **(Jointly Administered)** |
| | : | Dkt. Nos. 3978, 3979 |

## AFFIDAVIT OF SERVICE

I, Katherine Stadler, under penalty of perjury declare as follows, that on November 9, 2023, at my direction and under my supervision, employees of Godfrey & Kahn, S.C. served a copy of the following documents upon the individuals registered to receive electronic notices via the Court's ECF noticing system, via email to those identified on the **Core 2002 list as of August 7, 2023,** and on November 9, 2023 via first-class mail to the parties with no known email listed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

- *Notice of Filing Third Interim Application of Sontchi, LLC and Godfrey & Kahn, S.C.* [Dkt. No. _____];

- *Third Interim Application of Godfrey & Kahn, S.C., as Attorneys for the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From July 1, 2023 Through October 31, 2023* [Dkt. No. 3979]; and

- *Third Interim Application of Sontchi, LLC as Court-Appointed Independent Fee Examiner, for Allowance of Compensation for Services and Reimbursement of Expenses for the Period from July 1, 2023 Through October 31, 2023* [Dkt. No. 3978].

Dated:  November 9, 2023.

                                            **GODFREY & KAHN, S.C.**
                                            *Counsel for Fee Examiner*

                                            By   */s/ Katherine Stadler*
                                                   Katherine Stadler (NYSB #4938064)
                                                   One East Main Street, Suite 500
                                                   Madison, WI 53703
                                                   Telephone: (608) 297-3911
                                                   E-mail: kstadler@gklaw.com

30196237.2

2