**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Swissblock Capital AG at Neuhofstrasse 22, Baar, 6340 Switzerland:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3963]**

Furthermore, on November 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Covario AG at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3963]**

Furthermore, on November 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on BFCP IV, LLC at 800 Miramonte Dr, Suite 380, Santa Barbara, CA 93109:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3968]**

Furthermore, on November 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Nugzar Chachiashvili at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3968]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on November 10, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on SLFAQ LLC at 670 White Plains Rd, Penthouse, Scarsdale, NY 10583:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3976]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3977]**

Furthermore, on November 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Justin James Gutkowski at a redacted address:

- **[Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3976]**

Furthermore, on November 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Michael Baerga at redacted addresses:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 3977]**

Dated: November 13, 2023

*Sabrina Tu*
Sabrina G. Tu

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 13th day of November 2023 by Sabrina G. Tu.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

Document Ref: CB4VD-JE6AH-MD6MD-SFCXP