Your Honor,

Firstly, I would like to thank your Honor for urging the debtor, and their counsel, to work on a solution for unsuspending my accounts. That issue has been resolved to the satisfaction of all parties.

I am writing this request to seek clarity, or a ruling, if necessary, on a matter regarding multiple claims.

I had a total of 7 accounts, and therefore 7 claims, against the debtor the claims were as follows:

- 2 De minimis claims under $10.00, which voted to reject the plan by default, with no option for me to modify that vote.
- 1 account with a balance just over $10.00, I voted to accept the plan for this claim. However, this claim automatically opted-in to the convenience class, and I could not manually remove this claim from that class.
- 4 accounts with balances of approximately $25,000 each. I voted to accept the plan for each claim, and I did _not_ select the convenience class for these accounts.

My concern is that the singular, and automatic vote, to opt-in to the convenience class would affect all 7 of my claims. I have no desire for my other claims to be in the convenience class, as it would turn my total claims of approximately $100,000 into significantly less than what I would receive by not being in the convenience class.

I have verified that each ballot is treated separately, both via email with the debtor's counsel, and with the hotline provided for questions regarding the ballots.  I do believe in the honesty and integrity of the debtor's counsel, but I was unable to find a statement for how multiple claims are to be treated in any court documents, including the plan itself.

I tried contacting the debtor's counsel several times, since September 16th, asking them to provide a reference to a document on record with the court, stating this separate treatment of ballots or claims but I have not heard back from the debtor's counsel.

I am seeking clarity or assurance that my claims will be treated separately, and that the convenience class will not be applied to all my claims due to the automatic vote of a singular claim.

I apologize for the delay in this request, I have tried to show up for court several times, as I have in the past. Unfortunately, I am working 1 full-time and 3 part-time jobs now, and with three kids under five years old and a baby on the way, my availability is limited.

Thank you, your Honor.

As always, I apologize for my lack of legal prowess in this matter.

Sincerely,

*Lucas Holcomb*
Lucas Holcomb.