UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CELSIUS NETWORK LLC, et al.,

Debtors.

Case No. 22-10964 (MG)

## ORDER DENYING OTIS DAVIS' MOTION FOR PERMISSION TO FILE INTERLOCUTORY APPEAL

On October 20, 2023, Otis Davis filed a motion seeking to examine two expert witnesses, including one of my law clerks, and in the alternative, my recusal (the "Examination Motion," ECF Doc. # 3866). On October 24, 2023, the Examination Motion was denied (the "Denial Order," ECF Doc. # 3891). On November 8, 2023 Mr. Davis filed an *Interlocutory Motion for Permission to Appeal* (the "Interlocutory Appeal Motion," ECF Doc. #3971). On November 9, 2023 this Court entered an order confirming the Chapter 11 plan (the "Confirmation Order, ECF Doc. # 3972) of Celsius Network LLC et al. ("Debtors").

Because the Confirmation Order has been entered, the Interlocutory Appeal Motion is moot.

**NOW, THEREFORE, IT IS HEREBY ORDERED**:

That the Interlocutory Appeal Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:  November 13, 2023
        New York, New York

                                   /s/ Martin Glenn
                                   MARTIN GLENN
                                   Chief United States Bankruptcy Judge