UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>    CELSIUS NETWORK LLC, et al.,<br><br>                              Debtors. | Case No. 22-10964 (MG) |
|---|---|

### ORDER DENYING DANIEL FRISHBERG'S MOTION FOR SANCTIONS

On November 8, 2023 Daniel Frishberg filed an *Ex Parte Motion for Sanctions* against Otis Davis (the "Sanctions Motion," ECF Doc. #3973). Having considered the Sanctions Motion, it is hereby ordered:

That the Sanctions Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:  November 13, 2023
         New York, New York

                                                               /s/ Martin Glenn
                                                              MARTIN GLENN
                                        Chief United States Bankruptcy Judge