Sascha N. Rand
Victor Noskov
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email: saschrand@quinnemanuel.com
       victornoskov@quinnemanuel.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) |
| | ) Case No. 22-10964 (MG) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**SECOND SUPPLEMENT TO VERIFIED STATEMENT OF QUINN EMANUEL
URQUHART & SULLIVAN LLP PURSUANT TO BANKRUPTCY RULE 2019**

Victor Noskov of Quinn Emanuel Urquhart & Sullivan LLP ("QEUS") submits this second supplement ("Second Supplement") to the *Verified Statement of Quinn Emanuel Urquhart & Sullivan LLP Pursuant to Bankruptcy Rule 2019* (the "Verified Statement"),[2] and declares the following under penalty of perjury:

1.    This Second Supplement is filed in accordance with Bankruptcy Rule 2019 because QEUS no longer represents Pharos Fund SP of Pharos Master SPC, Pharos USD Fund

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]  All terms not defined herein have the same meaning as in the Verified Statement or the *Supplement to Verified Statement of Quinn Emanuel Urquhart & Sullivan LLP Pursuant to Bankruptcy Rule 2019* ("Supplement").

1

SP of Pharos Master SPC, and Nexxus Advisors Holdings, LLC in connection with the above-captioned bankruptcy cases. As set forth in the Supplement, Quinn Emanuel Urquhart & Sullivan (Schweiz) GmbH continues to represent Swissblock Capital AG.

2. QEUS may also represent other clients in matters pertaining to the Debtors, and is currently gathering additional information concerning such matters and in the future may or may not undertake other engagements. Those representations may or may not result in representation in these bankruptcy cases. If QEUS is retained by another creditor in these Chapter 11 Cases, QEUS will supplement this statement.

3. QEUS will file an amended and supplemental statement setting forth any material changes in the facts contained in this Second Supplement, the Supplement or the Verified Statement, should changes occur.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: November 13, 2023  
      New York, New York

/s/ Victor Noskov  
Sascha N. Rand  
Victor Noskov  
QUINN EMANUEL URQUHART & SULLIVAN, LLP  
51 Madison Avenue, 22nd Floor  
New York, New York 10010  
Telephone: (212) 849-7000  
Email: sascharand@quinnemanuel.com  
       victornoskov@quinnemanuel.com