Sascha N. Rand
Victor Noskov
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email: sascharand@quinnemanuel.com
victornoskov@quinnemanuel.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) |
| | ) Case No. 22-10964 (MG) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL
FROM SERVICE LISTS AND ELECTRONIC NOTICING**

**PLEASE TAKE NOTICE** that Quinn Emanuel Urquhart & Sullivan LLP ("QEUS") hereby withdraws its appearance as counsel to Pharos Fund SP of Pharos Master SPC and Pharos USD Fund SP of Pharos Master SPC (collectively, "Pharos") in the above-captioned jointly administered chapter 11 cases. QEUS also withdraws its request for receipt of all notices including electronic notices of documents in the above-captioned matter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the Southern District of New York remove them from the electronic noticing matrix for the above-captioned bankruptcy case.

Dated: November 13, 2023
       New York, New York

/s/ Victor Noskov
Sascha N. Rand
Victor Noskov
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email: sascharand@quinnemanuel.com
      victornoskov@quinnemanuel.com