UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Case No. 22-10964 (MG) |
|---|---|

## ORDER REQUIRING RESPONSE FROM DEBTORS

On November 11, 2023 Dimitry Kirsanov filed a *Motion for Clarification*. ("Kirsanov Motion," ECF Doc. #3998.) Counsel for the Debtors shall file a response to the Kirsanov Motion on or before 5:00 pm, November 20, 2023. Unless otherwise ordered, the Court expects to enter an order resolving the Kirsanov Motion without a hearing.

**IT IS SO ORDERED.**

Dated: November 14, 2023
New York, New York

                                               /s/ Martin Glenn
                                                   MARTIN GLENN
                                 Chief United States Bankruptcy Judge