**Celsius Network**

Assets by Coin Type as of October 20, 2023
*(USD, $MMs)*

| Coin Type | Coins in Celsius' Possession ||||||| | Deployed Coins |||||  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Held at Fireblocks |||| | | | | | | | | | | | |
|  | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Total Coins in Possession | DeFi$^{(1)(2)}$ | Staking$^{(2)}$ | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL$^{(3)}$ | $ 93.1 | $ 0.5 | $ 0.0 | $ - | $ - | $ - | $ 0.1 | $ 93.7 | $ - | $ - | $ - | $ - | $ - | $ 93.7 | $ 39.8 |
| ETH** | 1.1 | 0.4 | 0.0 | 0.0 | - | - | 40.9 | 42.5 | 25.6 | 1,337.5 | 10.6 | 0.0 | - | 1,416.3 | 1,649.6 |
| stETH** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| WBTC* | 0.0 | 0.0 | - | - | - | - | 0.0 | 0.0 | 0.0 | - | 5.4 | - | - | 5.5 | 3.3 |
| BTC* | 1,035.1 | 0.2 | - | - | - | 4.2 | 61.5 | 1,101.07 | - | - | 16.6 | - | 0.7 | 1,118.5 | 3,061.9 |
| USDC | 7.1 | 0.2 | - | - | - | - | 19.2 | 26.5 | 0.0 | - | 229.7 | - | 0.0 | 256.3 | 924.9 |
| MATIC | 0.0 | 0.3 | - | - | - | - | 2.2 | 2.5 | 0.0 | 22.3 | 2.4 | - | 8.2 | 35.5 | 130.6 |
| USDT ERC20 | 0.0 | 0.1 | - | - | - | - | 0.9 | 0.9 | - | - | 47.2 | - | - | 48.1 | 120.4 |
| ADA | 0.1 | 0.0 | - | 0.0 | - | - | 1.2 | 1.292 | - | 0.0 | 2.5 | - | 0.1 | 4.0 | 65.0 |
| LINK | 0.1 | 0.0 | - | - | - | - | 2.2 | 2.3 | - | - | 0.1 | - | - | 2.4 | 70.4 |
| WETH** | 0.0 | 0.1 | - | - | - | - | - | 0.1 | 0.0 | - | - | - | - | 0.1 | - |
| GUSD | 0.0 | 0.0 | - | - | - | - | 2.3 | 2.3 | - | - | 10.8 | - | - | 13.1 | 84.1 |
| DOT | 0.0 | 0.0 | 0.0 | - | 0.0 | - | 0.4 | 0.4 | 0.8 | 0.3 | 0.5 | - | - | 1.9 | 17.6 |
| LTC | 0.3 | 0.0 | - | - | - | - | 0.7 | 1.0 | - | - | 5.3 | - | - | 6.3 | 27.2 |
| FTT | - | 0.0 | - | - | - | - | - | 0.0 | - | - | - | 0.0 | - | 0.0 | (0.0) |
| MCDAI | 0.0 | 0.0 | - | - | 0.0 | - | 0.3 | 0.3 | 0.0 | - | 8.8 | - | - | 9.1 | 4.3 |
| AAVE | - | 0.0 | - | - | - | - | 0.2 | 0.2 | 0.0 | - | 0.4 | - | - | 0.6 | 8.2 |
| TGBP | 8.7 | 0.0 | - | - | - | - | 0.1 | 8.8 | - | - | - | - | - | 8.8 | 9.1 |
| BCH | 0.0 | 0.0 | - | - | - | - | 0.2 | 0.2 | - | - | - | - | - | 0.2 | 12.3 |
| UNI | 0.0 | 0.0 | - | - | - | - | 0.1 | 0.1 | 0.0 | - | 1.1 | - | - | 1.2 | 7.2 |
| SOL | 0.0 | 0.0 | - | - | - | - | 1.1 | 1.2 | - | - | 2.1 | - | - | 3.3 | 24.6 |
| XLM | 0.0 | 0.0 | 0.0 | - | 0.0 | - | 0.3 | 0.3 | - | - | - | 0.0 | - | 0.3 | 10.6 |
| BNB | - | 0.1 | - | 0.0 | - | - | 0.0 | 0.1 | - | - | 1.2 | - | - | 1.3 | 17.5 |
| EOS | 0.0 | 0.0 | 0.0 | - | - | - | 0.0 | 0.0 | - | - | 0.7 | - | - | 0.8 | 2.3 |
| SRM | 0.0 | - | - | - | - | - | - | 0.0 | - | - | - | 0.1 | - | 0.1 | (0.0) |
| **Top 25 Subtotal** | $ 1,145.7 | $ 2.1 | $ 0.0 | $ 0.0 | $ 0.0 | $ 4.2 | $ 133.8 | $ 1,285.8 | $ 26.5 | $ 1,360.1 | $ 345.5 | $ 0.1 | $ 9.1 | $ 3,027.2 | $ 6,291.0 |
| Other Coins | 7.2 | 1.9 | 0.0 | 1.4 | 0.0 | - | 4.8 | 15.3 | 0.0 | 0.0 | 9.7 | 0.1 | 0.5 | 25.6 | 219.3 |
| **Total Coin Value** | $ 1,152.9 | $ 4.0 | $ 0.0 | $ 1.5 | $ 0.0 | $ 4.2 | $ 138.6 | $ 1,301.1 | $ 26.5 | $ 1,360.1 | $ 355.3 | $ 0.2 | $ 9.6 | $ 3,052.8 | $ 6,510.3 |

| | |
|---|---|
| Net Coin Position | $ (3,457.5) |
| Net USD-Denominated Assets / (Liabilities) | 1,008.6 |
| Reserves | (457.8) |
| **Equity** | **$ (2,906.6)** |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Memo: BTC Equiv.* * | $ 1,035.1 | $ 0.2 | $ - | $ - | $ - | $ 4.2 | $ 61.5 | $ 1,101.1 | $ 0.0 | $ - | $ 22.1 | $ - | $ 0.7 | $ 1,124.0 | $ 3,065.2 |
| *Memo: ETH Equiv.* ** | 1.1 | 0.6 | 0.0 | 0.0 | - | - | 40.9 | 42.6 | 25.6 | 1,337.5 | 10.6 | 0.0 | - | 1,416.4 | 1,649.6 |
| *Memo: Stablecoins* | 7.2 | 0.7 | - | 0.1 | 0.0 | - | 23.1 | 31.0 | 0.0 | - | 300.8 | - | 0.0 | 331.8 | 1,185.2 |

(1) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(2) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins
(3) CEL amounts shown based on freeze report dated price of $0.14, consistent with prior coin reports, and does not reflect the Court-approved CEL Token settlement value of $0.25. For the avoidance of doubt, the court-approved CEL Token settlement value shall control for all valuation purposes

**Celsius Network**

Assets by Coin Type as of October 20, 2023
*(# of coins in 000s)*

| | Coins in Celsius' Possession | | | | | | | | Deployed Coins | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Held at Fireblocks | | | | | | | | | | | | | | |
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | Total Coins in Possession | DeFi[(1)(2)] | Staking[(2)] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | 655,237 | 3,637 | 0 | - | - | - | 717 | 659,591 | - | - | - | - | - | 659,591 | 280,430 |
| ETH** | 1 | 0 | 0 | 0 | - | - | 26 | 27 | 16 | 838 | 7 | 0 | - | 887 | 1,034 |
| stETH** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| WBTC* | 0 | 0 | - | - | - | - | 0 | 0 | 0 | - | 0 | - | - | 0 | 0 |
| BTC* | 35 | 0 | - | - | - | 0 | 2 | 37 | - | - | 1 | - | 0 | 38 | 104 |
| USDC | 7,136 | 236 | - | - | - | - | 19,168 | 26,540 | 11 | - | 229,730 | - | 10 | 256,291 | 925,034 |
| MATIC | 0 | 605 | - | - | - | - | 4,069 | 4,674 | 0 | 41,632 | 4,567 | - | 15,405 | 66,278 | 244,115 |
| USDT ERC20 | 1 | 61 | - | - | - | - | 860 | 922 | - | - | 47,187 | - | - | 48,109 | 120,352 |
| ADA | 249 | 4 | - | 0 | - | - | 4,907 | 5,160 | - | 0 | 10,161 | - | 535 | 15,856 | 259,415 |
| LINK | 14 | 4 | - | - | - | - | 290 | 307 | - | - | 7 | - | - | 314 | 9,338 |
| WETH** | 0 | 0 | - | - | - | - | - | 0 | 0 | - | - | - | - | 0 | - |
| GUSD | 1 | 2 | - | - | - | - | 2,298 | 2,302 | - | - | 10,822 | - | - | 13,124 | 84,222 |
| DOT | 0 | 0 | 0 | - | 0 | - | 103 | 103 | 222 | 71 | 127 | - | - | 522 | 4,748 |
| LTC | 4 | 0 | - | - | - | - | 11 | 15 | - | - | 84 | - | - | 99 | 427 |
| FTT | - | 0 | - | - | - | - | - | 0 | - | - | - | 0 | - | 0 | (0) |
| MCDAI | 17 | 1 | - | - | 0 | - | 262 | 280 | 2 | - | 8,802 | - | - | 9,084 | 4,340 |
| AAVE | - | 0 | - | - | - | - | 3 | 3 | 0 | - | 6 | - | - | 9 | 125 |
| TGBP | 7,163 | 0 | - | - | - | - | 51 | 7,214 | - | - | - | - | - | 7,214 | 7,419 |
| BCH | 0 | 0 | - | - | - | - | 1 | 1 | - | - | - | - | - | 1 | 51 |
| UNI | 2 | 0 | - | - | - | - | 28 | 30 | 0 | - | 271 | - | - | 301 | 1,810 |
| SOL | 1 | 0 | - | - | - | - | 42 | 43 | - | - | 80 | - | - | 123 | 918 |
| XLM | 105 | 0 | 0 | - | 0 | - | 2,471 | 2,577 | - | - | - | 1 | - | 2,578 | 97,468 |
| BNB | - | 0 | - | 0 | - | - | 0 | 1 | - | - | 6 | - | - | 6 | 83 |
| EOS | 10 | 0 | 0 | - | - | - | 57 | 67 | - | - | 1,303 | - | - | 1,370 | 4,237 |
| SRM | 0 | - | - | - | - | - | - | 0 | - | - | - | 3,548 | - | 3,548 | (0) |
| **Top 25 Subtotal** | **669,977** | **4,551** | **0** | **0** | **0** | **0** | **35,364** | **709,893** | **252** | **42,541** | **313,159** | **3,549** | **15,950** | **1,085,344** | **2,045,670** |
| Other Coins | 8,359,200 | 6,967 | 0 | 1,359 | 0 | - | 5,951 | 8,373,477 | 783 | 0 | 14,322 | 8 | 9,739 | 8,398,329 | 610,911 |
| **Total Coin Quantity** | **9,029,177** | **11,518** | **0** | **1,360** | **0** | **0** | **41,315** | **9,083,370** | **1,035** | **42,541** | **327,481** | **3,557** | **25,689** | **9,483,673** | **2,656,581** |
| | | | | | | | | | | | | | | | |
| Memo: BTC Equiv.* | 35 | 0 | - | - | - | 0 | 2 | 37 | 0 | - | 1 | - | 0 | 38 | 104 |
| Memo: ETH Equiv.** | 1 | 0 | 0 | 0 | - | - | 26 | 27 | 16 | 838 | 7 | 0 | - | 888 | 1,034 |
| Memo: Stablecoins | 7,159 | 698 | - | 74 | 0 | - | 23,055 | 30,986 | 770 | - | 300,783 | - | 10 | 332,549 | 1,185,400 |

(1) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(2) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins