# EXHIBIT B

Mawson Infrastructure Group Inc.

# ADDENDUM A

## Effective July 7, 2022

To the Customer Equipment Co-Location Agreement between Luna Squares LLC and Celsius Mining LLC dated as of February 23, 2022

**Facility Locations:** Luna Squares

Midland - Tenth Street, Midland, PA 15059

Sharon - 200 Clark Street in the City of Sharon, Mercer County, PA

Georgia – 2015 George Lyons Parkway East, Sandersville, GA 31082

**Deposit Amount**

| Batch # | Deposit Details | Details of Deposit | Deposit Amount |
|---|---|---|---|
| 1-5 | Pennsylvania - Deposits to be paid 14 days prior to commissioning of any units | Power Security Deposit | 2 months forecast bill |
| 6 | Georgia - Deposits to be paid 21 days prior to commissioning of any units | Power Security Deposit | 3 months forecast bill |

**Customer Equipment**

| Batch # | Deployment Date | Term of Contract | Equipment Model | QTY | Expected Consumption (per machine in watts) | Monthly Services Fee (per unit of Equipment/QTY) | Fully Managed Service? |
|---|---|---|---|---|---|---|---|
| 1 | March | Until August 23, 2023 | TBA | 2,000 | TBA | TBA | Yes |
| 2 | April | Until August 23, 2023 | TBA | 4,000 | TBA | TBA | Yes |
| 3 | May | Until August 23, 2023 | TBA | 6,000 | TBA | TBA | Yes |
| 4 | June | Until August 23, 2023 | TBA | 5,680 | TBA | TBA | Yes |
| 5 | June – Sharron | Until August 23, 2023 | TBA | 3,500 | TBA | TBA | Yes |
| 6 | July – Georgia - to be installed in the month of July 2022 | Until August 23, 2023 | TBA | 8,820 | TBA | TBA | Yes |

**Customer ability to curtail**

Luna Squares will work with the Customer to coordinate hours of curtailment to target the desired market energy cost and avoid peak energy charges to reduce the overall Power Costs for the customerand Luna will implement the curtailment strategy determined by Customer following coordination with Luna Squares The parties will work to target an overall cost, inclusive of the forecast spot market energy price, transmission and distribution charges and any applicable taxes at a rate the meets the Customerstarget costs.

---

**Mawson Infrastructure Group Inc.**

Level 5, 97 Pacific Highway,
North Sydney, Australia 2060

Page **1** of **3**

**Mawson Infrastructure Group Inc.**

**Service Charge Credit**

Customer will receive a $350,000 credit on its next invoice from Luna Squares in settlement of any disputed amounts relating to prior billing arrangements for power costs and hedging arrangements

**Change of Control Waiver**

Luna Squares hereby waives any rights it has under Section 2.6 of the Customer Equipment Co-Location Agreement between Luna Squares and Celsius dated as of February 23, 2022 in the event of a Change of Control of Customer.

**Standard Service Charges**

| Nature | Payable / When Payable | Price |
|---|---|---|
| Setup Fee | Waived | Waived |
| Monthly Management Fee | Payable upon receipt of invoice | Waived |
| Advanced troubleshooting | Optional | $30/ hr |
| Decommission and relocation fee | Upon termination or request of the customer | Waived |
| Monthly Power Rate | Payable upon receipt of invoice | Cost to comprise of the total of: Luna Power Cost + $11.60 / MWH of infrastructure + 10% operating margin = Monthly power rate (Worked example below) |

The first 50% of power consumption by Customer at the Midland Site will be at $41/MWH, the balance will be at spot price. Luna Squares will make at least 90MW available to Customer under this Agreement.

Worked example based on 1MWH, with a $41 energy cost for month:

| | |
|---|---|
| Power | $41.00 |
| + Infrastructure Cost | $11.60 |
| Base cost | $52.60 |
| + 10% Operating Margin | $5.26 |
| **Total cost** | **$57.83** |

**Mawson Infrastructure Group Inc.**

Level 5, 97 Pacific Highway,
North Sydney, Australia 2060

Page **2** of **3**

**Mawson Infrastructure Group Inc.**

**EXECUTION**

The parties signing below represent that they are authorized to enter into this revised Addendum A to the Customer Equipment Co-Location Agreement between Luna Squares LLC and Celsius Mining LLC dated as of February 23, 2022 on behalf of the respective parties.

IN WITNESS WHEREOF, the parties hereto have caused this Addendum A to be executed by their duly authorized representatives as of the day and year first above written.

For **LUNA SQUARES LLC**

By: _[DocuSigned signature]_
Name: James Manning
Title: CEO

For **CELSIUS MINING LLC**

By: _[DocuSigned signature: Amir Ayalon]_
Name: Amir Ayalon
Title: CEO

---

**Mawson Infrastructure Group Inc.**

Level 5, 97 Pacific Highway,
North Sydney, Australia 2060

Page **3** of **3**