# EXHIBIT F

1

1

2   UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

3   ---------------------------------------X

In re:

4

CELSIUS NETWORK LLC, et al.,

5

Debtor.

6   ---------------------------------------X
              ***CONFIDENTIAL***

7

8

9      REMOTE DEPOSITION OF TIM BROADFOOT

10             Thursday, August 31, 2023

11

12

13

14

15   Reported by:

16   Rebecca Schaumloffel, RPR, CLR

17   JOB #:  2023-909835

18   TIME:  6:34 a.m. Eastern

19

20

21

22

23

24

25

Confidential                Tim Broadfoot - August 31, 2023

52

1                          T. BROADFOOT

07:46AM   2              Delivery of units, when is the

07:46AM   3      first time that Mawson contends that Celsius

07:46AM   4      fell behind on delivering units?

07:46AM   5          A.    Celsius would have been behind on

07:46AM   6      delivering units in June or July of 2022.

07:46AM   7          Q.    June or July of '22, okay.

07:46AM   8              At any point before June or July

07:46AM   9      of '22, did Mawson indicate to Celsius that

07:46AM   10     it would not be able to host at the

07:46AM   11     Pennsylvania sites all of the rigs that were

07:46AM   12     scheduled under the Co-Location Agreement?

07:46AM   13         A.    Yes, it did.

07:46AM   14         Q.    Okay.  So if Mawson informed

07:46AM   15     Celsius that it was not able to host all of

07:47AM   16     the rigs called for by the schedule under the

07:47AM   17     Co-Location Agreement, doesn't it seem a

07:47AM   18     little silly to retain a power deposit on the

07:47AM   19     basis of Celsius falling behind when Mawson

07:47AM   20     told them we can't hook up your rigs?

07:47AM   21             MR. MARTOS:  Object to form.

07:47AM   22         A.    The Company came to an arrangement

07:47AM   23     with Celsius to deploy rigs at an ultimate

07:47AM   24     site that allowed for quicker deployment,

07:47AM   25     considering that the construction of the

81

|          |    |                                               |
|----------|----|-----------------------------------------------|
|          | 1  | T. BROADFOOT                                  |
| 08:26AM  | 2  | question?                                     |
| 08:26AM  | 3  | Q.    Sure.                                    |
| 08:26AM  | 4  | Recognizing that you haven't                  |
| 08:26AM  | 5  | independently done an analysis, do you have   |
| 08:26AM  | 6  | any understanding one way or the other as to  |
| 08:26AM  | 7  | whether Luna was undercapitalized at any      |
| 08:26AM  | 8  | point from 2022 to the present?               |
| 08:26AM  | 9  | MR. MARTOS:  Same objections as               |
| 08:26AM  | 10 | before.                                       |
| 08:26AM  | 11 | A.    Pending during the analysis, there      |
| 08:26AM  | 12 | is potential that it was at times.            |
| 08:27AM  | 13 | Q.    So what's that understanding or         |
| 08:27AM  | 14 | what's that -- when you say there was a       |
| 08:27AM  | 15 | potential for that to be true, what's that    |
| 08:27AM  | 16 | based on?  Just your general knowledge,       |
| 08:27AM  | 17 | discussions, what?                            |
| 08:27AM  | 18 | MR. MARTOS:  Object to form.                  |
| 08:27AM  | 19 | Outside the scope of the 30(b)(6)             |
| 08:27AM  | 20 | topics.  And to the extent you are            |
| 08:27AM  | 21 | asking whether the Company was legally        |
| 08:27AM  | 22 | undercapitalized, objection to the            |
| 08:27AM  | 23 | extent that it calls for that legal           |
| 08:27AM  | 24 | opinion.                                      |
| 08:27AM  | 25 | BY MR. MCCARRICK:                             |

Confidential          Tim Broadfoot - August 31, 2023

82

1                    T. BROADFOOT

08:27AM   2        Q.    You can answer.

08:27AM   3        A.    The Company on its books and

08:27AM   4   records has always had positive net assets.

08:27AM   5   However, depending the definition of point in

08:28AM   6   time of undercapitalized, the entity could

08:28AM   7   have been.

08:28AM   8        Q.    Recognizing that Luna could not,

08:28AM   9   today, pay a $15.3 million judgment for

08:28AM  10   unpaid -- or withdrawn.

08:28AM  11             For -- withdraw the entire

08:28AM  12   question.

08:28AM  13             Recognizing that Luna, today,

08:28AM  14   could not pay a $15.3 million judgment, would

08:28AM  15   Mawson Infrastructure Group or Cosmos be able

08:28AM  16   to satisfy a judgment of $15 million?

08:28AM  17        A.    If the judgment was brought to

08:28AM  18   transfer available funds, immediate venture,

08:29AM  19   no.

08:29AM  20        Q.    So none of the three Mawson

08:29AM  21   entities, separately or together, today could

08:29AM  22   satisfy a $15.3 million judgment, correct?

08:29AM  23             MR. MARTOS:  Object to form.

08:29AM  24        Q.    You can answer.

08:29AM  25        A.    That's correct.

Confidential           Tim Broadfoot - August 31, 2023

85

1            T. BROADFOOT

08:32AM   2   Promissory Note.

08:32AM   3            What specifically is that

08:32AM   4   collateral under the Promissory Note?

08:32AM   5        A.    It's a few thousand Bitcoin miners

08:32AM   6   and approximately 50 modular data centers and

08:32AM   7   approximately 50 transformers.

08:32AM   8        Q.    Okay.  So it's your testimony that

08:32AM   9   the Collateral -- the asset -- withdrawn.

08:32AM  10            It's your testimony that the asset

08:32AM  11   collateral under the Promissory Note is

08:32AM  12   approximately 2,000 miners, 50 containers,

08:32AM  13   and 50 transformers, correct?

08:32AM  14        A.    Approximately.  The successive

08:32AM  15   register that was shared specified the exact

08:32AM  16   numbers.

08:33AM  17        Q.    Understood.  I'm just asking for

08:33AM  18   rough justice.

08:33AM  19        A.    Roughly, yes.

08:33AM  20        Q.    All right.  What Mawson entity was

08:33AM  21   that collateral acquired into?

08:33AM  22        A.     It was acquired into Cosmos

08:33AM  23   Infrastructure, LLC, and Mawson

08:33AM  24   Infrastructure Group, Incorporated.

08:33AM  25        Q.    Were those the correct entities to

Confidential                    Tim Broadfoot - August 31, 2023

86

1                          T. BROADFOOT

08:33AM   2   acquire the Collateral under the Promissory

08:33AM   3   Note?

08:33AM   4        A.     Those entities were added to the

08:33AM   5   agreement.

08:33AM   6        Q.     My question was different.

08:33AM   7              My question was, were those the

08:34AM   8   correct entities to acquire the Collateral

08:34AM   9   under the terms of the note, recognizing that

08:34AM  10   they were parties to the note?

08:34AM  11        A.     The Collateral initially was meant

08:34AM  12   to purchase into Luna Squares.

08:34AM  13        Q.     Through the Promissory Note, the

08:34AM  14   Collateral is required to be acquired into

08:34AM  15   Luna Squares, correct?

08:34AM  16        A.     I cannot give a definitive on that

08:34AM  17   without rereading that contract and getting

08:34AM  18   legal.

08:34AM  19        Q.     Well, you read the Promissory Note

08:34AM  20   in preparing for the deposition, correct?

08:34AM  21        A.     I did.

08:34AM  22        Q.     And you are prepared to testify as

08:34AM  23   to the ownership, property interest, liens

08:35AM  24   against, location, and perfection of the

08:35AM  25   Collateral, correct?

87

```
           1              T. BROADFOOT
08:35AM    2        A.    I am.
08:35AM    3        Q.    And is it Mawson's position that
08:35AM    4   Luna Squares was the correct entity to
08:35AM    5   acquire the Collateral, not Cosmos from
08:35AM    6   Mawson Infrastructure Group?
08:35AM    7        A.    Current review of the documents,
08:35AM    8   I -- my understanding is that it was meant to
08:35AM    9   be purchased in Luna Squares.  However, I
08:35AM   10   cannot recall each paragraph of that contract
08:35AM   11   that -- for certainty of definition.
08:35AM   12        Q.    Understood.  So it's just fair to
08:35AM   13   say that your working understanding, sitting
08:35AM   14   here today, is that based on your review of
08:35AM   15   the Promissory Note and recognizing that you
08:35AM   16   don't have every paragraph in front of you,
08:35AM   17   the Collateral, the asset collateral under
08:35AM   18   the Promissory Note was meant to be purchased
08:36AM   19   into Luna Squares, correct?
08:36AM   20        A.    Correct.
08:36AM   21        Q.    Why wasn't it?
08:36AM   22        A.    The assets that were to be
08:36AM   23   purchased were under -- they were part of
08:36AM   24   larger, longer-term orders, and contracts
08:36AM   25   that were held by the other entities.  This
```

Confidential          Tim Broadfoot - August 31, 2023

88

1                          T. BROADFOOT

08:36AM   2   was communicated to Celsius, that that is how

08:36AM   3   it would need to be done in order to

08:36AM   4   construct per the plan of construction and

08:36AM   5   that it would be required to be intercompany

08:36AM   6   invoicing of those acquired assets.

08:37AM   7          Q.    Just to make sure I understand the

08:37AM   8   testimony, it's your testimony that the

08:37AM   9   reason that Cosmos and Mawson's -- Mawson

08:37AM  10   Infrastructure Group ended up purchasing the

08:37AM  11   asset collateral under the Promissory Note is

08:37AM  12   because those purchases were part of longer

08:37AM  13   and larger orders with those Mawson entities

08:37AM  14   that Luna wasn't a part of, right?

08:37AM  15          A.    The entities that bought the

08:37AM  16   equipment at the contracts with the suppliers

08:37AM  17   for that equipment, not Luna Squares.

08:37AM  18          Q.    Okay.  And it's your testimony

08:37AM  19   that was communicated to Celsius?

08:37AM  20          A.    Correct.

08:37AM  21          Q.    Okay.  Did Celsius ever ask for

08:37AM  22   the Collateral to be put in the right box, so

08:37AM  23   to speak, with Luna Squares?

08:37AM  24          MR. MARTOS:   Object to form.

08:38AM  25          A.    Yes.

Confidential            Tim Broadfoot - August 31, 2023

89

1                    T. BROADFOOT

08:38AM   2        Q.    Did Mawson do that?

08:38AM   3        A.    Not at this day.

08:38AM   4        Q.    Why?

08:38AM   5        A.    Mawson was requested to do it at a

08:38AM   6    time where the debt obligations were

08:38AM   7    impossible to default or close to default,

08:38AM   8    and moving assets at that time would not have

08:38AM   9    been proper.

08:38AM  10        Q.    So the reason that Mawson has not

08:38AM  11    placed the asset collateral under the

08:38AM  12    Promissory Note with Luna, the right Mawson

08:38AM  13    entity, is because of the debt obligations of

08:39AM  14    Cosmos and Mawson Infrastructure Group?

08:39AM  15              MR. MARTOS:   Object to form.

08:39AM  16         Misstates prior testimony.

08:39AM  17        A.    When requested by Celsius, which

08:39AM  18    was in July 2023, that is the reason.  But no

08:39AM  19    transfers were completed.

08:39AM  20        Q.    Could Mawson effectuate those

08:39AM  21    transfers today?

08:39AM  22        A.    Mawson would need to seek legal

08:39AM  23    advice.  However, physically, it could.

08:39AM  24        Q.    Okay.  Fair to say that the

08:40AM  25    reasons that Mawson would not put the

90

1              T. BROADFOOT

08:40AM   2   Collateral with the Mawson entity that's

08:40AM   3   supposed to have it under the Promissory Note

08:40AM   4   would be because of potential debt

08:40AM   5   obligations and potential default with Cosmos

08:40AM   6   and Mawson Infrastructure Group, not the

08:40AM   7   terms of the Promissory Note?

08:40AM   8              MR. MARTOS:  Object to form.

08:40AM   9        A.    The reasons to not transfer assets

08:40AM  10   is specified in legal communications.  So I

08:40AM  11   don't believe I can speak to it.

08:41AM  12        Q.    Okay.  Do you have a view on

08:41AM  13   whether or not Cosmos and Mawson

08:41AM  14   Infrastructure Groups, its possession of the

08:41AM  15   asset collateral, whether or not that impairs

08:41AM  16   Celsius' security interest in it?

08:41AM  17        A.    My -- the view is that it does

08:41AM  18   not.  However, I caveat that I'm not -- I'm

08:41AM  19   not an expert on perfection of collateral.

08:41AM  20        Q.    Understood.

08:41AM  21              All right.  Let me ask you this:

08:41AM  22   At any point during the course of the

08:41AM  23   parties' agreement, has Luna owned the asset

08:41AM  24   collateral under the Promissory Note?

08:41AM  25        A.    No.

91

1                    T. BROADFOOT

08:41AM  2              MR. MARTOS:  Object to form.

08:41AM  3       Q.    Was that a "no"?

08:41AM  4       A.    No.

08:42AM  5       Q.    At any point during the course of

08:42AM  6   the parties' agreement, has Luna been in

08:42AM  7   possession of Celsius' collateral under the

08:42AM  8   Promissory Note?

08:42AM  9       A.    No.

08:42AM 10       Q.    At any point during the course of

08:42AM 11   the parties' agreement, has Luna been the

08:42AM 12   entity listed on any asset register for

08:42AM 13   Celsius' collateral?

08:42AM 14       A.    No.

08:42AM 15       Q.    At any point, did -- or let me ask

08:42AM 16   you this:  At any point, has Mawson told

08:42AM 17   Celsius, in words or in substance, that Luna

08:42AM 18   owned or was in possession of Celsius'

08:42AM 19   collateral?

08:42AM 20       A.    No.

08:42AM 21       Q.    Well, you repped to that in the

08:42AM 22   Promissory Note, didn't you?

08:42AM 23       A.    The Promissory Note was a

08:42AM 24   forward-looking.  The Collateral, at the time

08:42AM 25   of the Promissory Note, was in -- the

100

1                    T. BROADFOOT

09:04AM   2        Q.    Was Mawson able at all times

09:04AM   3    during the parties' agreement to accept

09:04AM   4    delivery of rigs according to the parties

09:04AM   5    schedule?

09:04AM   6        A.    Delivery of rigs could have been

09:04AM   7    facilitated at all times subject to

09:04AM   8    short-term variate or short-term scheduling

09:04AM   9    of arrivals.

09:04AM  10        Q.    Okay.  Was Mawson able, at all

09:05AM  11    times during the parties' agreement, to

09:05AM  12    deploy rigs according to the parties'

09:05AM  13    schedule?

09:05AM  14        A.    No.

09:05AM  15        Q.    Okay.  Let's look at Topic No. 14.

09:05AM  16              You are prepared to testify to

09:05AM  17    Topic 14, correct?

09:05AM  18        A.    I am.

09:05AM  19        Q.    All right.  Can we look at Topic

09:05AM  20    No. 15.

09:05AM  21              Are you prepared as to Topic No.

09:05AM  22    15?

09:05AM  23        A.    Yes.

09:05AM  24        Q.    And then just discussing, at a

09:05AM  25    general level, the power arrangement between

Confidential          Tim Broadfoot - August 31, 2023

|  |  | 105 |
| --- | --- | --- |
| | 1 | T. BROADFOOT |
| 09:11AM | 2 | You can ask your questions.  But |
| 09:11AM | 3 | the objection stands. |
| 09:11AM | 4 | THE WITNESS:  Do I answer? |
| 09:11AM | 5 | Sorry. |
| 09:11AM | 6 | BY MR. MCCARRICK: |
| 09:11AM | 7 | Q.    Yeah, you can answer. |
| 09:11AM | 8 | A.    What do you count as leadership? |
| 09:11AM | 9 | Q.    Let's do it this way:  Are the |
| 09:11AM | 10 | board members across the three Mawson |
| 09:11AM | 11 | entities the same? |
| 09:11AM | 12 | A.    There is no board for the |
| 09:12AM | 13 | subsidiaries. |
| 09:12AM | 14 | Q.    So there is only a board for |
| 09:12AM | 15 | Mawson Infrastructure Group? |
| 09:12AM | 16 | A.    Correct. |
| 09:12AM | 17 | Q.    And that board directs the |
| 09:12AM | 18 | activity of the subsidiaries through Mawson |
| 09:12AM | 19 | Infrastructure Group? |
| 09:12AM | 20 | A.    It does. |
| 09:12AM | 21 | Q.    Okay.  And then there is obviously |
| 09:12AM | 22 | executive teams for Mawson Infrastructure |
| 09:12AM | 23 | Group, Luna, and Cosmos, correct? |
| 09:12AM | 24 | MR. MARTOS:  Objection. |
| 09:12AM | 25 | And, T.J., I'm looking back at |

Confidential                    Tim Broadfoot - August 31, 2023

106

1                           T. BROADFOOT

09:12AM   2        the -- at least the rough, and I'm not

09:12AM   3        sure it came out clearly.  We object

09:12AM   4        to this entire line of questioning as

09:12AM   5        outside the scope of 30(b)(6).  I'm

09:12AM   6        not sure that came out clearly in the

09:12AM   7        transcript that I'm able to read in

09:12AM   8        the live time.  So just to be clear,

09:12AM   9        there is a standing objection to these

09:12AM   10       questions about the organizational

09:12AM   11       structure, that they are outside the

09:12AM   12       30(b)(6) topics.

09:12AM   13              There's a standing objection on

09:12AM   14       that, but I won't object each time,

09:12AM   15       and you can ask questions as subject

09:13AM   16       to the objection.

09:13AM   17              MR. MCCARRICK:  Fine by me.  And

09:13AM   18       I heard your objection, so don't

09:13AM   19       worry.

09:13AM   20              MR. MARTOS:  I just want to make

09:13AM   21       sure.  Thanks.

09:13AM   22   BY MR. MCCARRICK:

09:13AM   23       A.    The executive team in the group

09:13AM   24   services all entities.

09:13AM   25       Q.    Okay.

Confidential            Tim Broadfoot - August 31, 2023

107

1                    T. BROADFOOT

09:13AM   2       A.    Provides services to all entities.

09:13AM   3       Q.    Do the different Mawson entities

09:13AM   4   maintain separate books and records?

09:13AM   5       A.    Yes.

09:13AM   6       Q.    Okay.  Is there a different

09:13AM   7   accounting team for each of the different

09:13AM   8   Mawson entities?

09:13AM   9       A.    No.

09:13AM  10       Q.    Okay.

09:13AM  11            MR. MCCARRICK:  I'm actually

09:13AM  12        okay -- I think we can go off the

09:13AM  13        record.  That's all I have for today.

09:13AM  14        We can resume tomorrow for the

09:13AM  15        remainder.  It will be a little bit

09:14AM  16        more document heavy than today was,

09:14AM  17        preview of coming attractions, but

09:14AM  18        that's all I've got for today.

09:14AM  19            MR. MARTOS:  So quick follow-up

09:14AM  20        question on the record.

09:14AM  21            Are you adjourning the

09:14AM  22        deposition, and we are going to

09:14AM  23        restart tomorrow as if it were a

09:14AM  24        second, or are you continuing the

09:14AM  25        deposition through tomorrow per the