# EXHIBIT H

Message

| | |
|---|---|
| **From:** | James Manning (Mawson) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED35C1179CEC4641BCB89FDDFAFF9C46-JAMES] |
| **Sent:** | 2/24/2022 4:40:03 PM |
| **To:** | Joseph Golding-Ochsner [joseph.golding-ochsner@celsius.network] |
| **CC:** | Amir Ayalon [amir.ayalon@celsius.network]; Ron Deutsch [ron.deutsch@celsius.network]; Quinn Lawlor [quinn.lawlor@celsius.network]; Christy Barwick [christy.barwick@celsius.network]; Tom Hughes [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=80c8d7a96398432d8614c34a2c6b18bd-tom_17b27a7]; Liam Wilson(User_Delete) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c170ebe5939b440d90328dca22613e33-liam] |
| **Subject:** | RE: Purchase orders |
| **Attachments:** | Mawson Crypto Containers 81-200 proposal.pdf; GA Crypto Containers 41-80 proposal - 2021.08.25.pdf |

Joseph

Just further to our conversation. To make this work in the timeframes we have, we will be using proceeds against existing orders etc in the system.

I will be the case that some of these will be internal, inter-group invoices for existing equipment that will be located in PA. By way of example, there is already an MDC on site from S+E, which I expect is owned by Cosmos Infrastructure LLC. To manage the use processes, we will in due course get the full details of this and raise an inter-group invoice for the MDC. This invoice will have the details MDC including location and serial number (when available).

To assist in this process, its likely we will coordinate the invoices with you.

In the interim, funds shall also be used for deposits against various orders. We attach for example 2 standing orders for MDC's. It is highly likely that units delivered to site will come from these two orders and we will have to inter-group account for these. For your further benefit, these have since been subject to change orders to meet the required specification but are both pre-existing orders we will be utilising to get this built. EG the basic container on this order is $209K but PA requires full curtailment, adding circa $70K in additional switch gear, plus other change orders to match our updated design since the original order.

Against this backdrop the new PO represents additional orders to " fill" the hole left in our capacity planning from the Celsius install.

Regards,



**James Manning**
CEO + Founder
+ 61 499 400 900
james@mawsoninc.com
**www.mawsoninc.com**

USA 14 Wall Street, Manhattan, 20th Floor New York City, NY, 10005, USA
AUS Level 5, 97 Pacific Highway
North Sydney, NSW Australia 2060



**From:** James Manning <james@mawsoninc.com>
**Sent:** Friday, 25 February 2022 3:07 AM
**To:** Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>
**Cc:** Amir Ayalon <amir.ayalon@celsius.network>; Ron Deutsch <ron.deutsch@celsius.network>; Quinn Lawlor <quinn.lawlor@celsius.network>; Christy Barwick <christy.barwick@celsius.network>; Tom Hughes <tom.hughes@mawsoninc.com>; Liam Wilson <liam@mawsoninc.com>
**Subject:** Re: Purchase orders

1. I will

2. Sure

3. This won't work perfectly. Existing orders etc will be used.

4. When made available

Get Outlook for Android

---

**From:** Joseph Golding-Ochsner <joseph.golding-ochsner@celsius.network>
**Sent:** Friday, February 25, 2022 2:24:32 AM
**To:** James Manning <james@mawsoninc.com>
**Cc:** Amir Ayalon <amir.ayalon@celsius.network>; Ron Deutsch <ron.deutsch@celsius.network>; Quinn Lawlor <quinn.lawlor@celsius.network>; Christy Barwick <christy.barwick@celsius.network>; Tom Hughes <tom.hughes@mawsoninc.com>; Liam Wilson <liam@mawsoninc.com>
**Subject:** Re: Purchase orders

James,

A few final points to confirm:

1. Who will be able to confirm receipt of the wire transfer once it is made?
2. It is important for proper perfection of the collateral interests that the payments for the equipment come from the same bank account at signature that we are funding - can you confirm that it is the case?
3. We also need evidence that it is "our" funds being used for the purchases. Accordingly can you send us the wire instructions from the sellers for the deposits being made and then, once paid, evidence that the payment was made from your Signature account to the same accounts listed in the instructions?
4. Finally, in order to properly perfect the security interests, we need a high level of specificity about the containers and transformers. Will you be able to provide manufacturer, model number, timing etc. for the orders and updates for when you get serial numbers and you take possession of each batch of equipment? We will need to periodically update the lien filing based on these details so it is imperative we get updated details as they become available.

Happy to discuss.

Best,

Joseph

On Thu, Feb 24, 2022 at 7:52 AM Amir Ayalon <amir.ayalon@celsius.network> wrote:

> ---------- Forwarded message ---------
> From: **James Manning** <james@mawsoninc.com>

Date: Thu, 24 Feb 2022 at 14:33
Subject: Purchase orders
To: amir.ayalon@celsius.network <amir.ayalon@celsius.network>, Quinn Lawlor <quinn.lawlor@celsius.network>
CC: Liam Wilson <liam@mawsoninc.com>

Hi

Please see attached pro-forma purchase orders, which will be released post the completion of the Celsius funding.

To clarify the containers process:

1. We have standing set of design and construction methodolgies with both our contract manufactures
2. We issue an Purchase Order (PO) for the quatity of MDC's we require
3. We pay a deposit against the PO for the longer lead items
4. When the equipment is delivered to site we then pay on an invoice agains the delivered MDC.

You can be provided a copy of the invoice for the MDC when we take physical possession.

Regards,



**James Manning**

CEO + Founder

+ 61 499 400 900

james@mawsoninc.com

**www.mawsoninc.com**

USA 14 Wall Street, Manhattan, 20th Floor
New York City, NY, 10005, USA

AUS Level 5, 97 Pacific Highway

Confidential      LUNA0005452

North Sydney, NSW
Australia 2060



Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

221 River Street, 9th Floor
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.