# EXHIBIT J

| | |
|---|---|
| **Message** | |
| From: | James Manning [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED35C1179CEC4641BCB89FDDFAFF9C46-JAMES] |
| Sent: | 6/14/2022 10:58:18 AM |
| To: | Liam Wilson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c170ebe5939b440d90328dca22613e33-liam]; Nick Hughes-Jones [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db53d8086f604dd8944bc8327770f4dd-nick] |
| Subject: | RE: Celsius Deployment |

RED – response
GREEN – let me know



**James Manning**
CEO + Founder
+ 61 499 400 900
james@mawsoninc.com
www.mawsoninc.com

USA 14 Wall Street, Manhattan, 20th Floor    New York City, NY, 10005, USA
AUS Level 5, 97 Pacific Highway
    North Sydney, NSW Australia 2060

 

---

**From:** Liam Wilson <liam@mawsoninc.com>
**Sent:** Sunday, 12 June 2022 2:59 AM
**To:** James Manning <james@mawsoninc.com>; Nick Hughes-Jones <nick@mawsoninc.com>
**Subject:** Fwd: Celsius Deployment

Hi gents,

We're going to have to have the conversation pretty soon with Celsius.

How do you want me to play this?

Thanks

Liam Wilson
COO
Mawson Infrastructure Group Inc.

---

**From:** Patrick Holert <patrick.holert@celsius.network>
**Sent:** Saturday, June 11, 2022 10:59 am
**To:** Liam Wilson <liam@mawsoninc.com>; Ben Thomison <ben.thomison@lunasquares.com>
**Subject:** Celsius Deployment

Hi Liam:

Can you send us your latest spreadsheet on Celsius Deployments?
What do you usually share here?

For the site in Sharon, what do you think is the most likely number of rigs that can go online in July? *Sharron is going to depend on finalising the SPV, which we are working on with Amir currently. Timing on this being worked on as we speak and we'd expect to know in the next 7-10 days that final timeline.*

Thanks,



**Patrick Holert, CFA, CAIA, ERP**
Mining | Celsius

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.