# EXHIBIT K

| | |
|---|---|
| Message | |
| From: | Craig Hibbard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0CD84B4A242843A79DDC8C06C9548ACC-CRAIG] |
| Sent: | 7/7/2022 6:09:45 PM |
| To: | Patrick Holert [patrick.holert@celsius.network] |
| CC: | Quinn Lawlor [quinn.lawlor@celsius.network]; Amir Ayalon [amir.ayalon@celsius.network]; Ben Thomison [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59617e789e9b4b5e8b9c896b8b31efbb-ben.thomiso]; James Manning [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed35c1179cec4641bcb89fddfaff9c46-james] |
| Subject: | Re: GA Deployment |

Patrick

Leave the management and deploy of this with us. We have scheduled it and can execute.

We may need to discuss trailers being left onsite to manage the flow but getting it done per the schedule is not a problem.

Craig Hibbard
+1 (470) 292 6600
Chief Development Officer
Mawson Infrastructure Group Inc

---

**From:** Patrick Holert <patrick.holert@celsius.network>
**Sent:** Thursday, July 7, 2022 12:04:47 PM
**To:** Craig Hibbard <craig@mawsoninc.com>
**Cc:** Quinn Lawlor <quinn.lawlor@celsius.network>; Amir Ayalon <amir.ayalon@celsius.network>; Ben Thomison <ben.thomison@lunasquares.com>; James Manning <james@mawsoninc.com>
**Subject:** Re: GA Deployment

Hi Craig:

When we talked this morning, you and Ben pushed back on accepting one truckload of rigs per day, and said that you could only accommodate one truckload on Mondays, Wednesdays and Fridays. Given that you do not have any meaningful storage at the site in Sandersville, it would be problematic to send truckloads of rigs beyond your ability to accept and deploy them. Are you sure that you have the capability and manpower for the revised, more aggressive schedule with one truckload of rigs per day? While you have confirmed that 7 containers are available, what is the status of the other 8 containers? Are they at the site? Do you think it would be better to plan on sending and deploying 7 containers of rigs in July and 8 containers in August?

Thanks,

Patrick

On Thu, Jul 7, 2022 at 1:35 PM Craig Hibbard <craig@mawsoninc.com> wrote:

> Dear All

Confidential     LUNA0001592

Just to clarify in case there has been a misunderstanding we will have the 8,820 slots (15 x MDC's) to deploy the capacity per the updated schedule below.

Let me know if you require anything further.



**Craig Hibbard**

Chief Development Officer

+ 1 (470) 292 6600

craig@mawsoninc.com

www.mawsoninc.com

USA  800 Battery Avenue, Suite 100,
Atlanta, GA, 30339, USA

AUS  Level 5, 97 Pacific Highway
North Sydney, NSW Australia 2060

**From:** Patrick Holert <patrick.holert@celsius.network>
**Sent:** Thursday, July 7, 2022 10:03 AM
**To:** Craig Hibbard <craig@mawsoninc.com>
**Cc:** Quinn Lawlor <quinn.lawlor@celsius.network>; Amir Ayalon <amir.ayalon@celsius.network>; Ben Thomison <ben.thomison@lunasquares.com>; James Manning <james@mawsoninc.com>
**Subject:** Re: GA Deployment

Hi Craig:

Thanks. Once the contract is signed, I will coordinate with Brittney.

Best,

Patrick

On Thu, Jul 7, 2022, 12:01 PM Craig Hibbard <craig@mawsoninc.com> wrote:

Revised delivery schedule below.

Patrick would you like me to share with Brittany or you will take carriage?

|  |  | # Rigs | Total Rigs |
|---|---|---:|---:|
| Delivery #1 | Friday, July 8, 2022 | 1,080 |  |
|  | Saturday, July 9, 2022 |  | 1,080 |
|  | Sunday, July 10, 2022 |  | 1,080 |
| Delivery #2 | Monday, July 11, 2022 | 540 | 1,620 |
| Delivery #3 | Tuesday, July 12, 2022 | 540 | 2,160 |
| Delivery #4 | Wednesday, July 13, 2022 | 540 | 2,700 |
| Delivery #5 | Thursday, July 14, 2022 | 540 | 3,240 |
| Delivery #6 | Friday, July 15, 2022 | 540 | 3,780 |
|  | Saturday, July 16, 2022 |  | 3,780 |
|  | Sunday, July 17, 2022 |  | 3,780 |
| Delivery #7 | Monday, July 18, 2022 | 1,080 | 4,860 |
| Delivery #8 | Tuesday, July 19, 2022 | 540 | 5,400 |
| Delivery #9 | Wednesday, July 20, 2022 | 540 | 5,940 |
| Delivery #10 | Thursday, July 21, 2022 | 540 | 6,480 |
| Delivery #11 | Friday, July 22, 2022 | 540 | 7,020 |
|  | Saturday, July 23, 2022 |  | 7,020 |
|  | Sunday, July 24, 2022 |  | 7,020 |
| Delivery #12 | Monday, July 25, 2022 | 1,080 | 8,100 |
| Delivery #13 | Tuesday, July 26, 2022 | 720 | 8,820 |
|  | Wednesday, July 27, 2022 |  | 8,820 |
|  | Thursday, July 28, 2022 |  | 8,820 |
|  | Friday, July 29, 2022 |  | 8,820 |
|  | Saturday, July 30, 2022 |  | 8,820 |
|  | Sunday, July 31, 2022 |  | 8,820 |

**8,820**

**Craig Hibbard**

Chief Development Officer

+ 1 (470) 292 6600

craig@mawsoninc.com

www.mawsoninc.com

USA  800 Battery Avenue, Suite 100, Atlanta, GA, 30339, USA

AUS  Level 5, 97 Pacific Highway North Sydney, NSW Australia 2060

**From:** James Manning <james@mawsoninc.com>
**Sent:** Thursday, July 7, 2022 8:48 AM
**To:** Craig Hibbard <craig@mawsoninc.com>
**Cc:** Ben Thomison <ben.thomison@lunasquares.com>; 'Patrick Holert' <patrick.holert@celsius.network>; 'Quinn Lawlor' <quinn.lawlor@celsius.network>; amir.ayalon@celsius.network
**Subject:** RE: GA Deployment

Its just about taking 2 MDC a few weeks on a couple of delivery and you'll bring it in

Thanks team

**James Manning**

CEO + Founder

+ 61 499 400 900

james@mawsoninc.com

www.mawsoninc.com

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LUNA0001595

USA 14 Wall Street, Manhattan, 20th Floor    New York City, NY, 10005, USA

AUS Level 5, 97 Pacific Highway

North Sydney, NSW Australia 2060



**From:** Craig Hibbard <craig@mawsoninc.com>
**Sent:** Thursday, 7 July 2022 5:46 PM
**To:** James Manning <james@mawsoninc.com>
**Cc:** Ben Thomison <ben.thomison@lunasquares.com>; 'Patrick Holert' <patrick.holert@celsius.network>; 'Quinn Lawlor' <quinn.lawlor@celsius.network>; amir.ayalon@celsius.network
**Subject:** RE: GA Deployment

OK

Will review cadence with Ben and revise, standby.

**Craig Hibbard**

Chief Development Officer

+ 1 (470) 292 6600

craig@mawsoninc.com

**www.mawsoninc.com**

USA  800 Battery Avenue, Suite 100, Atlanta, GA, 30339, USA

AUS  Level 5, 97 Pacific Highway
North Sydney, NSW Australia 2060



Confidential                                                                                                                                                       LUNA0001596

**From:** James Manning <james@mawsoninc.com>
**Sent:** Thursday, July 7, 2022 8:44 AM
**To:** Craig Hibbard <craig@mawsoninc.com>; 'Patrick Holert' <patrick.holert@celsius.network>; 'Quinn Lawlor' <quinn.lawlor@celsius.network>; amir.ayalon@celsius.network
**Cc:** Ben Thomison <ben.thomison@lunasquares.com>
**Subject:** RE: GA Deployment

Craig

Can we bring this forward please

I would like to have all online in July



**James Manning**

CEO + Founder

+ 61 499 400 900

james@mawsoninc.com

www.mawsoninc.com

    USA 14 Wall Street, Manhattan, 20th Floor    New York City, NY, 10005, USA

    AUS Level 5, 97 Pacific Highway

    North Sydney, NSW Australia 2060

**From:** Craig Hibbard <craig@mawsoninc.com>
**Sent:** Thursday, 7 July 2022 5:31 PM
**To:** 'Patrick Holert' <patrick.holert@celsius.network>; 'Quinn Lawlor' <quinn.lawlor@celsius.network>; amir.ayalon@celsius.network
**Cc:** James Manning <james@mawsoninc.com>; Ben Thomison <ben.thomison@lunasquares.com>
**Subject:** RE: GA Deployment

Confidential LUNA0001597

Hi All

Agreed draft delivery schedule set out below:

|  |  | # Rigs | Total Rigs |
|---|---|---|---|
| Delivery #1 | Friday, July 8, 2022 | 540 |  |
| Delivery #2 | Monday, July 11, 2022 | 540 | 1,080 |
| Delivery #3 | Wednesday, July 13, 2022 | 540 | 1,620 |
| Delivery #4 | Friday, July 15, 2022 | 540 | 2,160 |
| Delivery #5 | Monday, July 18, 2022 | 540 | 2,700 |
| Delivery #6 | < |  |  |

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

--



**Patrick Holert, CFA, CAIA, ERP**
Mining | Celsius

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

Confidential

LUNA0001599