# EXHIBIT L

| | |
|---|---|
| Message | |
| From: | Liam Wilson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C170EBE5939B440D90328DCA22613E33-LIAM] |
| Sent: | 5/23/2022 2:19:18 PM |
| To: | James Manning [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed35c1179cec4641bcb89fddfaff9c46-james]; Craig Hibbard [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0cd84b4a242843a79ddc8c06c9548acc-craig]; Nick Hughes-Jones [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db53d8086f604dd8944bc8327770f4dd-nick]; Hetal Majithia [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4bc68fa0b0324a7dbd07baf1ab80f651-Hetal] |
| Subject: | Deployment - To Be Discussed |

Hi all,

Re Deployment – we have a number of issues in front of us, but also a number of options to get through it:

**Issues:**
Excellerate not delivering any more – so we are stuck at 25 MDCs for PA. Down from 27 for stage 1.
We can't deploy the 3 x MDC @ GA
We can't deploy the 5 x MDC @ Sharon

**Options**
Force Exit MDC 1 @ GA – Hosted units
Force Exit MDC 7 @ GA – DT units
Force Exit 4 MDC with Foundry H2F units @ GA

**LW Plan**
1. We cancel the H2F contract. LW to have conversation with Foundry on this. Tell them the only way to the get their 'Hosted' units online is to remove the H2F units in GA. Additionally, the pricing on both the contract and the buy out are no longer economical in current market.
2. We deploy the 'Hosted' units for Foundry into the vacated H2F MDCs. This will be 2352 units, giving them 4452 units online from a contract of 6775. The balance will be brought online in PA/GA, however pricing on contract will move to cost + 10%. This will keep Foundry/DCG on side.
3. We have 6 MDCs to deploy @ PA
4. Celsius currently has 6468 units deployed – which is huge. I think we give them another 4 MDCs = 2352 units. Bringing their total for May to 8820 units.
5. MIGI to take the remaining 2 x MDCs @ PA. We need to get our hash up
6. We exit DIF, Harvest and Block ware temporarily (3 months) from MDC1. MIGI to be deployed here.
7. We exit DT. MIGI to be deployed here.

**Where this would wash up:**
MIGI – deployed an additional 1176 units in GA (100 PH)
MIGI – deployed an additional 1176 units in PA (100 PH)
Foundry – H2F contract cancelled and units removed
Foundry – deployed an additional 2352 L7/Z15 from contract. Contract @ 66% deployed. Will add additional in GA and PA once cash comes through and Excellerate delivers.
Celsius – deployed 2352 units. All extra units on hold until PA/Sharon deployment can recommence with Excellerate

Shit fight, but manageable on the ground.

Thanks



**Liam Wilson**
Chief Operating Officer
+ 1 646 575 7349
liam@mawsoninc.com
**www.mawsoninc.com**

USA  800 Battery Avenue, Suite 100
     Atlanta, GA, 30339, USA

AUS  Level 5, 97 Pacific Highway
     North Sydney, NSW Australia 2060

