# EXHIBIT M

| | |
|---|---|
| Message | |
| From: | Liam Wilson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C170EBE5939B440D90328DCA22613E33-LIAM] |
| Sent: | 6/13/2022 2:53:33 PM |
| To: | Patrick Holert [patrick.holert@celsius.network] |
| CC: | Ben Thomison [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=59617e789e9b4b5e8b9c896b8b31efbb-ben.thomiso] |
| Subject: | RE: Celsius Deployment |

Hi Patrick,

Not yet thanks – we have some time before the next deployment and still have plenty of stock on hand.

Thanks



**Liam Wilson**
Chief Operating Officer
+ 1 646 575 7349
liam@mawsoninc.com
**www.mawsoninc.com**

USA  800 Battery Avenue, Suite 100
       Atlanta, GA, 30339, USA

AUS Level 5, 97 Pacific Highway
       North Sydney, NSW Australia 2060

  

---

**From:** Patrick Holert <patrick.holert@celsius.network>
**Sent:** Monday, 13 June 2022 9:50 AM
**To:** Liam Wilson <liam@mawsoninc.com>
**Cc:** Ben Thomison <ben.thomison@lunasquares.com>
**Subject:** Re: Celsius Deployment

Hi Liam:

I will be looking out for your updated spreadsheet.  Should I start organizing trucks to deliver more rigs to you?

Thanks,

Patrick


On Mon, Jun 13, 2022 at 10:36 AM Liam Wilson <liam@mawsoninc.com> wrote:

> Hi Patrick,
>
> I believe Amir is across the delay in Sharon due to the SPV etc. This has been pushed back a few weeks.

I'll send through an updated schedule for deployment ASAP.

Thanks



Liam Wilson

Chief Operating Officer

+ 1 646 575 7349

liam@mawsoninc.com

www.mawsoninc.com

USA  800 Battery Avenue, Suite 100
Atlanta, GA, 30339, USA

AUS Level 5, 97 Pacific Highway
North Sydney, NSW Australia 2060



**From:** Patrick Holert <patrick.holert@celsius.network>
**Sent:** Saturday, 11 June 2022 10:58 AM
**To:** Liam Wilson <liam@mawsoninc.com>; Ben Thomison <ben.thomison@lunasquares.com>
**Subject:** Celsius Deployment

Hi Liam:

Can you send us your latest spreadsheet on Celsius Deployments?  For the site in Sharon, what do you think is the most likely number of rigs that can go online in July?

Thanks,

**Patrick Holert, CFA, CAIA, ERP**

Mining | Celsius

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

--

**Patrick Holert, CFA, CAIA, ERP**
Mining | Celsius

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Confidential                                                                                                           LUNA0004285

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

Confidential

LUNA0004286