# EXHIBIT N

| | |
|---|---|
| Message | |
| From: | Hetal Majithia [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4BC68FA0B0324A7DBD07BAF1AB80F651-HETAL] |
| Sent: | 5/23/2022 1:42:15 AM |
| To: | James Manning [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed35c1179cec4641bcb89fddfaff9c46-james]; Nick Hughes-Jones [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db53d8086f604dd8944bc8327770f4dd-nick]; Liam Wilson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c170ebe5939b440d90328dca22613e33-liam] |
| Subject: | RE: April Hosting Bill - follow up |

[REDACTED]

My team can send out today if you want to share the calcs instead
Should keep the segregation of duties within NEtsuite


Regards


**From:** James Manning <james@mawsoninc.com>
**Sent:** 20 May 2022 20:33
**To:** Hetal Majithia <Hetal@mawsoninc.com>; Nick Hughes-Jones <nick@mawsoninc.com>; Liam Wilson <liam@mawsoninc.com>
**Subject:** RE: April Hosting Bill - follow up

Can you send me the link to this in Netsuite?

I'll work out the invoices today with Liam and try to update?


**From:** Hetal Majithia <Hetal@mawsoninc.com>
**Sent:** Friday, 20 May 2022 12:54 AM
**To:** Nick Hughes-Jones <nick@mawsoninc.com>; Liam Wilson <liam@mawsoninc.com>
**Cc:** James Manning <james@mawsoninc.com>
**Subject:** RE: April Hosting Bill - follow up

Once we are aligned on this internally, I can reach out to Jenny and Co. in response to her email.

@Liam Wilson do you send them any monthly operational reporting already?
Capturing the progress of build out?
If yes, will you be adding in monthly KW usage for hosting?

The hosting bill we will raise will include 2-line items:
1. Monthly power rate – including detail of the total MW used in month
2. Advanced troubleshooting – if provided

Is there anything else we want to include?

Confidential LUNA0003402

Cadence of billing – I propose Work Day 3 (WD3) after month end – will that work in terms of getting the right data or do we need to push out a bit?

An example of a hosting invoice per below


TIER ZERO HOSTING

**TAX INVOICE**

Digital Income Fund Pty Ltd
LVL 5 97 Pacific highway
North Sydney 2060
Australia

Invoice Date
28.02.2022

Invoice Number
INV282

Reference

Due Date
31.03.2022

Luna Squares LLC
5217 Cottage Bluff Lane
Knightdale NC 27545
United States

Email: accounts@mawsoninc.com

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Co-Location Power - February 2022 | 568,225 | $0.057692 | $32,782.04 |
| Miner Management | 250 | $2.50 | $625.00 |
| Sales Tax | 1 | | $2,672.56 |

**TERMS: Net 14**

Please make payments to:
Luna Squares, LLC

Account number: ▮▮▮▮

For Domestic Wires use Routing Number (ABA): ▮▮▮▮

For International Wires use SWIFT: ▮▮▮▮

Email remittance to accounts@mawsoninc.com
Please use Invoice Number as reference.

| | |
|---|---|
| Sub Total | $36,079.60 |
| Freight | |
| Total | $36,079.60 |
| LESS Amount Paid | $36,079.60 |
| **Amount Due** | **$0.00** |

---

**From:** Nick Hughes-Jones <nick@mawsoninc.com>
**Sent:** 20 May 2022 13:17
**To:** Hetal Majithia <Hetal@mawsoninc.com>
**Cc:** James Manning <james@mawsoninc.com>; Liam Wilson <liam@mawsoninc.com>
**Subject:** FW: April Hosting Bill - follow up
**Importance:** High

How do we want to deal with this?

**From:** jenny.fan@celsius.network <jenny.fan@celsius.network>
**Sent:** Friday, 20 May 2022 12:28 PM
**To:** Lauren Schmidt <Lauren.Schmidt@mawsoninc.com>
**Cc:** 'Patrick Holert' <patrick.holert@celsius.network>; Nick Hughes-Jones <nick@mawsoninc.com>; Liam Wilson <liam@mawsoninc.com>; 'Praveena Raju' <praveena.raju@celsius.network>
**Subject:** April Hosting Bill - follow up
**Importance:** High

Hi Lauren,

Confidential            LUNA0003403

Please send us the actual hosting bill for April. We'd like to see the actual amount and should also apply to the deposits that we made. Please also let us know what timeframe during the month do you usually bill us. Thanks!

Thanks,
Jenny

**Jenny Fan, VP, Controller**
**425.922.8730**



**From:** Lauren Schmidt <Lauren.Schmidt@mawsoninc.com>
**Sent:** Wednesday, May 4, 2022 12:22 AM
**To:** Jenny Fan <jenny.fan@celsius.network>; Praveena Raju <praveena.raju@celsius.network>
**Cc:** Patrick Holert <patrick.holert@celsius.network>; Nick Hughes-Jones <nick@mawsoninc.com>; Liam Wilson <liam@mawsoninc.com>
**Subject:** Mawson deposit invoices

Hi Celsius team,

Thank you for your time this week, it was great to finally put faces to names.

We wanted to summarise our call, so we all have a good understanding moving forward to ensure everything is running smoothly.

Power deposits – as discussed paid 2 months up front. We have issued you the March/April and May invoices. Could you please let us know when these will be paid?

Monthly power bills – these will be invoiced to you retrospectively, we usually receive these from the utility in the first week of each month, as soon as we have them, we will pass on to you.

Refund of power bills at end of contract (hopefully we are long term partners and this is unnecessary, but good to have in place all the same so we each know where we're at and can account for it appropriately). We will refund the full deposit amount at the end of the contract.

Thanks and please feel free to reach out with any questions, we are happy to jump on a call.

Regards,



**Lauren Schmidt**
Finance Manager
+ 61 466 324 731
lauren.schmidt@mawsoninc.com
**www.mawsoninc.com**

USA 14 Wall Street, Manhattan, 20th Floor,
   New York City, NY, 10005, USA

AUS Level 5, 97 Pacific Highway
North Sydney, NSW Australia 2060



Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

121 River Street, Ste PH05
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.