# EXHIBIT P

Message

| | |
|---|---|
| From: | Pratibha Pandey [pratibha.pandey@celsius.network] |
| Sent: | 11/4/2022 7:32:05 PM |
| To: | Patrick Holert [patrick.holert@celsius.network] |
| CC: | Daphne Chidemo [daphnec@lnpaudit.com]; Celsius Mining AP [mining.ap@celsius.network]; Jenny Fan [jenny.fan@celsius.network]; Lauren Schmidt [Lauren.Schmidt@mawsoninc.com]; Nicah Bantayaon [nicahb@lnpaudit.com]; amir.ayalon@celsius.network; Yaniv Tsur [yaniv.tsur@celsius.network] |
| Subject: | Re: Loan and deposits paid confirmations | Mawson and Celsius - 30 September 2022 |

Hi Daphne,

I confirm that as of 9/30/2022 Mawson owed Celsius Mining a total of $15,328,444.60 in deposits. Let me know if any further information is required.

thanks,
Pratibha Pandey
Accounting Manager
Celsius Mining

On Thu, Nov 3, 2022 at 3:22 PM Patrick Holert <patrick.holert@celsius.network> wrote:
> Copying in accounting.
>
> On Thu, Nov 3, 2022 at 6:15 PM Daphne Chidemo <daphnec@lnpaudit.com> wrote:
>> Hi Jenny,
>>
>> Would you be able to respond to our confirmation request on the deposits amounts per my previous email below?
>>
>> Thanks,
>>
>> **Daphne Chidemo**
>> Manager
>> Mobile +61 426 426 270
>>
>> L8 309 Kent St, Sydney NSW 2000, p +61 2 9290 8515
>> SYDNEY - MELBOURNE - BRISBANE
>> www.lnpaudit.com
>>
>> Liability limited by a scheme approved under Professional Standards Legislation.
>>
>> The information contained in this e-mail may be confidential. You should only read, disclose, re-transmit, copy, distribute, act in reliance on or commercialise the information if you are authorised to do so. If you are not the intended recipient of this e-mail, please notify us immediately by reply e-mail direct to the sender and then destroy any electronic or paper copy of this message and any attachments. LNP Audit + Assurance does not represent, warrant or guarantee that the integrity of this email or any attachments have been maintained or that the communication is free of errors, virus or interference.
>>
>> **From:** Yaniv Tsur <yaniv.tsur@celsius.network>
>> **Sent:** Monday, 24 October 2022 6:59 PM

**To:** Daphne Chidemo <daphnec@lnpaudit.com>; Jenny Fan <jenny.fan@celsius.network>
**Cc:** Lauren Schmidt <Lauren.Schmidt@mawsoninc.com>; Nicah Bantayaon <nicahb@lnpaudit.com>; Patrick Holert <patrick.holert@celsius.network>; amir.ayalon@celsius.network <amir.ayalon@celsius.network>
**Subject:** Re: Loan and deposits paid confirmations | Mawson and Celsius - 30 September 2022

Dear Daphne,

Per your below request, I confirm that as of September 30, 2022, Celsius Network Limited had on record loan amounts totaling US$ 17,000,000 in principal & US$ 586,666,67 in accrued (unpaid) interest

For the confirmation about the US$ 15,328,444.60 in deposits owed to Celsius by Mawson Infrastructure Group Inc (Luna Squares LLC), as outlined in the schedule attached, I'll defer you to @Jenny Fan who handles the financial affairs of Celsius Mining LLC

Best Regards,


Yaniv Tsur

VP Finance

T: +972-54-6620998

E: yaniv.tsur@celsius.network



On Mon, Oct 24, 2022 at 9:01 AM Daphne Chidemo <daphnec@lnpaudit.com> wrote:
My apologies, there was a typo in my earlier email - now corrected.

For the purposes of our review, please confirm that as of September 30, 2022, Celsius Mining LLC had on record loan amounts totalling **US$ 17,000,000 in loan principal, US$ 586,666,67 in accrued (unpaid) interest** and **US$ 15,328,444.60 in deposits** owed to you by Mawson Infrastructure Group Inc (Luna Squares LLC) as outlined in the schedule attached.

Happy to clarify if any questions.

Thanks, and regards,


**Daphne Chidemo**
Manager
Mobile +61 426 426 270

Confidential                                                                                                                                                                                                                                                                                                                         LUNA0006607

L8 309 Kent St, Sydney NSW 2000, p +61 2 9290 8515
SYDNEY - MELBOURNE - BRISBANE
www.lnpaudit.com

Liability limited by a scheme approved under Professional Standards Legislation.

The information contained in this e-mail may be confidential. You should only read, disclose, re-transmit, copy, distribute, act in reliance on or commercialise the information if you are authorised to do so. If you are not the intended recipient of this e-mail, please notify us immediately by reply e-mail direct to the sender and then destroy any electronic or paper copy of this message and any attachments. LNP Audit + Assurance does not represent, warrant or guarantee that the integrity of this email or any attachments have been maintained or that the communication is free of errors, virus or interference.

---

**From:** Daphne Chidemo
**Sent:** Monday, 24 October 2022 4:00 PM
**To:** yaniv.tsur@celsius.network <yaniv.tsur@celsius.network>
**Cc:** Lauren Schmidt <Lauren.Schmidt@mawsoninc.com>; Nicah Bantayaon <nicahb@lnpaudit.com>; Patrick Holert <patrick.holert@celsius.network>; amir.ayalon@celsius.network <amir.ayalon@celsius.network>
**Subject:** Loan and deposits paid confirmations | Mawson and Celsius - 30 September 2022

Dear Yaniv,

I hope you're well. Daphne here from LNP Audit and Assurance, we are currently engaged in the quarterly review of Mawson's financial statements for the period ended 30 September 2022.

For the purposes of our review, please confirm that as of September 30, 2022, Celsius Mining LLC had on record loan amounts totalling **US$ 17,000,000 in loan principal, US$ 586,666,67 in accrued (unpaid) interest** and **US$ 5,328,444.60 in deposits** owed to you by Mawson Infrastructure Group Inc (Luna Squares LLC) as outlined in the schedule attached.

Happy to clarify if any questions.

Thanks, and regards,


**Daphne Chidemo**
Manager
Mobile +61 426 426 270

L8 309 Kent St, Sydney NSW 2000, p +61 2 9290 8515
SYDNEY - MELBOURNE - BRISBANE
www.lnpaudit.com

Liability limited by a scheme approved under Professional Standards Legislation.

The information contained in this e-mail may be confidential. You should only read, disclose, re-transmit, copy, distribute, act in reliance on or commercialise the information if you are authorised to do so. If you are not the intended recipient of this e-mail, please notify us immediately by reply e-mail direct to the sender and then destroy any electronic or paper copy of this message and any attachments. LNP Audit + Assurance does not represent, warrant or guarantee that the integrity of this email or any attachments have been maintained or that the communication is free of errors, virus or interference.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

50 Harrison St
Suite 209F
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 310001922658 11 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

--



**Patrick Holert, CFA, CAIA, ERP**
COO | Celsius Mining

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

50 Harrison St
Suite 209F
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 310001922658 11 with the US Financial Crimes Enforcement Network (FinCEN).

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.

Confidential

LUNA0006609