# EXHIBIT Q

Message

| | |
|---|---|
| From: | Daphne Chidemo [daphnec@lnpaudit.com] |
| Sent: | 2/23/2023 8:23:56 AM |
| To: | Pratibha Pandey [pratibha.pandey@celsius.network] |
| CC: | jenny.fan@celsius.network; Lauren Schmidt [Lauren.Schmidt@mawsoninc.com]; Nicah Bantayaon [Nicahb@lnpaudit.com]; Sithoko Egger [Sithoko@mawsoninc.com]; Ellaine Deloria [ellained@lnpaudit.com] |
| Subject: | Re: Fw: Confirmation of balances for co-location hosting services: Celsius Mining LLC and Mawson | December 31, 2022 |
| Attachments: | CustInvc_532478.pdf; CustInvc_540485.pdf |

Hi Pratibha,

Thanks for your reply.

Just as a follow on to my previous confirmation email, could you also confirm that you are satisfied with the total charges for December totalling **$991,331.83** on the attached 2 invoices?

Regards,

**Daphne Chidemo**
Manager
Mobile +61 426 426 270

L8 309 Kent St, Sydney NSW 2000, p +61 2 9290 8515
SYDNEY - MELBOURNE - BRISBANE
www.lnpaudit.com

Liability limited by a scheme approved under Professional Standards Legislation.
The information contained in this e-mail may be confidential. You should only read, disclose, re-transmit, copy, distribute, act in reliance on or commercialise the information if you are authorised to do so. If you are not the intended recipient of this e-mail, please notify us immediately by reply e-mail direct to the sender and then destroy any electronic or paper copy of this message and any attachments. LNP Audit + Assurance does not represent, warrant or guarantee that the integrity of this email or any attachments have been maintained or that the communication is free of errors, virus or interference.

---

**From:** Pratibha Pandey <pratibha.pandey@celsius.network>
**Sent:** Tuesday, 14 February 2023 4:33 AM
**To:** Daphne Chidemo <daphnec@lnpaudit.com>
**Cc:** jenny.fan@celsius.network <jenny.fan@celsius.network>; Lauren Schmidt <Lauren.Schmidt@mawsoninc.com>; Nicah Bantayaon <nicahb@lnpaudit.com>; Sithoko Egger <Sithoko@mawsoninc.com>
**Subject:** Re: Fw: Confirmation of balances for co-location hosting services: Celsius Mining LLC and Mawson | December 31, 2022

Hi Daphne,

I confirm that Celsius Mining received and paid all the invoices and the balance outstanding per your attachment is accurate.

thanks,
Pratibha

On Sun, Feb 12, 2023 at 11:28 AM Daphne Chidemo <daphnec@lnpaudit.com> wrote:
Hi Pratibha, Jenny

Just following up on my email below. Would you be able to come back to me with a confirmation reply?

Thanks,

**Daphne Chidemo**
Manager
Mobile +61 426 426 270

L8 309 Kent St, Sydney NSW 2000, p +61 2 9290 8515
SYDNEY - MELBOURNE - BRISBANE
www.lnpaudit.com

Liability limited by a scheme approved under Professional Standards Legislation
The information contained in this e-mail may be confidential. You should only read, disclose, re-transmit, copy, distribute, act in reliance on or commercialise the information if you are authorised to do so. If you are not the intended recipient of this e-mail, please notify us immediately by reply e-mail direct to the sender and then destroy any electronic or paper copy of this message and any attachments. LNP Audit + Assurance does not represent, warrant or guarantee that the integrity of this email or any attachments have been maintained or that the communication is free of errors, virus or interference.

---

**From:** Daphne Chidemo <daphnec@lnpaudit.com>
**Sent:** Tuesday, 31 January 2023 7:25 PM
**To:** pratibha.pandey@celsius.network <pratibha.pandey@celsius.network>
**Cc:** jenny.fan@celsius.network <jenny.fan@celsius.network>; Sithoko Egger <Sithoko@mawsoninc.com>; Lauren Schmidt <Lauren.Schmidt@mawsoninc.com>; Nicah Bantayaon <nicahb@lnpaudit.com>; Ellaine Deloria <ellained@lnpaudit.com>
**Subject:** Confirmation of balances for co-location hosting services: Celsius Mining LLC and Mawson | December 31, 2022

Dear Pratibha,

Please disregard my previous email. I hope you're well.

Daphne again here from LNP Audit and Assurance International, we are currently engaged in the annual audit of Mawson Infrastructure Group Inc's financial statements for the year ended December 31, 2022.

In connection with our audit, LNP International kindly requests you to confirm if the invoices in the attached schedule have been issued by Luna Squares LLC and received by your Company, Celsius Mining LLC for co-location hosting services during the year FY2022, and that the amounts match your own Company records, including the outstanding balance of unpaid invoices owing to Luna Squares at **December 31, 2022** of **$1,842,672.57** as appears in the schedule attached.

Additionally, please confirm the balance of deposits held by Luna Squares at **December 31, 2022** of **$15,328,444.60** refundable to Celsius.

Any questions, happy to clarify.

Regards,

**Daphne Chidemo**
Manager
Mobile +61 426 426 270

L8 309 Kent St, Sydney NSW 2000, p +61 2 9290 8515
SYDNEY - MELBOURNE - BRISBANE
www.lnpaudit.com

Liability limited by a scheme approved under Professional Standards Legislation.

The information contained in this e-mail may be confidential. You should only read, disclose, re-transmit, copy, distribute, act in reliance on or commercialise the information if you are authorised to do so. If you are not the intended recipient of this e-mail, please notify us immediately by reply e-mail direct to the sender and then destroy any electronic or paper copy of this message and any attachments. LNP Audit + Assurance does not represent, warrant or guarantee that the integrity of this email or any attachments have been maintained or that the communication is free of errors, virus or interference.

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.
©2022 Celsius Network
50 Harrison St
Suite 209F
Hoboken, NJ 07030 USA
Registered as a Money Services Business (MSB) number 31000192265811 with the US Financial Crimes Enforcement Network (FinCEN).
Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).
Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this email be viewed as an offer or inducement to make any financial decision.