UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FIFTEENTH MONTHLY FEE STATEMENT
OF ELEMENTUS INC. FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS
ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

**PLEASE TAKE NOTICE** that on the date hereof, Elementus Inc. ("**Elementus**") filed its *Fifteenth Monthly Fee Statement of Elementus Inc. for Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period From October 1, 2023 Through October 31, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 2779 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following service of this Monthly Fee Statement**, by (i) Elementus Inc. and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 2779 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Fee Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Elementus.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Fee Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page left intentionally blank*]

| | |
|---|---|
| Dated:  November 22, 2023<br>         New York, New York | Respectfully submitted,<br><br>*/s/ Gregory F. Pesce*<br>**WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email:  david.turetsky@whitecase.com<br>          sam.hershey@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile:  (305) 358-5744<br>Email: kwofford@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:  mandolina@whitecase.com<br>          gregory.pesce@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile:  (213) 452-2329<br>Email:  aaron.colodny@whitecase.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

AMERICAS 116616989 v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**COVER SHEET TO FIFTEENTH
MONTHLY FEE STATEMENT OF ELEMENTUS INC.
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Elementus Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively the "**Debtors**") |
| Date of Retention: | October 18, 2022 [Docket No. 1097], *Effective as of* August 1, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | October 1, 2023 – October 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $174,200 |
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $139,360 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $34,840 |
| Amount of Reimbursement of Expenses | $83,475.68 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Sought as Actual and Necessary: | |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $257,675.68 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $222,835.68 |

This is a monthly fee invoice.

2



## Professional Hours Tracker - October 2023

**Prepared for**: Chapter 11 Cases of Celsius Network LLC, et al
**Date Prepared**: 31 October 2023

### Hours Summary

| Date | Day | Name | Role | Activity | Category | Rate | Hours | Cost |
|---|---|---|---|---|---|---|---|---|
| 10/1/2023 | Sunday | Bryan Young | Vice President | Review of Twitter, social media, re Otis Davis tweets re expert witness testimony prep | Communications | $800 | 4 | $3,200 |
| 10/2/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Testimony supporting materials preparation for Max | Internal Development | $900 | 8 | $7,200 |
| 10/2/2023 | Monday | Bryan Young | Vice President | Expert witness testimony prep w/ M. Galka | Communications | $800 | 8 | $6,400 |
| 10/2/2023 | Monday | Bryan Young | Vice President | Review of Twitter, re Otis Davis tweets re expert witness testimony prep | Communications | $800 | 3.5 | $2,800 |
| 10/2/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Expert witness testimony prep | Communications | $1,000 | 8.6 | $8,600 |
| 10/2/2023 | Monday | Umber Kohli | Project Manager | Confirmation hearing | Communications | $600 | 2.4 | $1,440 |
| 10/3/2023 | Tuesday | Umber Kohli | Project Manager | Confirmation hearing | Communications | $600 | 2.8 | $1,680 |
| 10/3/2012 | Tuesday | Bryan Young | Vice President | Review of Twitter, social media, re Otis Davis tweets re expert witness testimony prep | Communications | $800 | 2.7 | $2,160 |
| 10/3/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Call w/ W&C to prep for testimony | Communications | $1,000 | 0.5 | $500 |
| 10/3/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Documents review for testimony | Internal Development | $1,000 | 6.5 | $6,500 |
| 10/4/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | In-person attendance at SDNY Bankruptcy court's for M. Galka's expert witness testimony | Communications | $900 | 5.0 | $4,500 |
| 10/4/2023 | Wednesday | Bryan Young | Vice President | In-person attendance at SDNY Bankruptcy court's for M. Galka's expert witness testimony | Communications | $900 | 5.2 | $4,680 |
| 10/4/2023 | Wednesday | Max Galka | CEO/Chief Data Scientist | In-person attendance at SDNY Bankruptcy court's for M. Galka's expert witness testimony | Communications | $1,000 | 5.4 | $5,400 |
| 10/4/2023 | Wednesday | Umber Kohli | Project Manager | In-person attendance at SDNY Bankruptcy court's for M. Galka's expert witness testimony | Communications | $600 | 4.9 | $2,940 |
| 10/5/2023 | Thursday | Bryan Young | Vice President | Call w/ M3 regarding Celsius token balances | Communications | $900 | 0.6 | $540 |
| 10/5/2023 | Thursday | Sarah Cox | Data Scientist | Call w/ M3 regarding Celsius token balances | Communications | $800 | 0.6 | $480 |
| 10/5/2023 | Thursday | Sarah Cox | Data Scientist | Prep for call w/ M3 on Celsius token balances | Internal Development | $800 | 0.5 | $400 |
| 10/5/2023 | Thursday | Umber Kohli | Project Manager | Call w/ M3 regarding Celsius token balances | Communications | $600 | 0.6 | $360 |
| 10/6/2023 | Friday | Bryan Young | Vice President | Creation of dashboards for Cel Token Balances | Internal Development | $800 | 0.5 | $400 |
| 10/6/2023 | Friday | Sarah Cox | Data Scientist | Analysis ETH / ERC20 token balances | Internal Development | $800 | 0.8 | $640 |
| 10/8/2023 | Sunday | Sarah Cox | Data Scientist | ETH / ERC20 token balance analysis follow up | Internal Development | $800 | 3.3 | $2,640 |
| 10/9/2023 | Monday | Sarah Cox | Data Scientist | ETH / ERC20 token balance analysis follow up | Internal Development | $800 | 2.1 | $1,680 |
| 10/10/2023 | Tuesday | Bryan Young | Vice President | Call with A. Colodny, K. Gunderson at WC, U.Kohli, M. Galka, A. Mologoko, re Nugenesis Expert Report | Communications | $800 | 0.5 | $400 |
| 10/10/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Call with A. Colodny, K. Gunderson at WC, U.Kohli, M. Galka, A. Mologoko, re Nugenesis Expert Report | Communications | $1,000 | 0.5 | $500 |
| 10/10/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Call with A. Colodny, K. Gunderson at WC, U.Kohli, M. Galka, A. Mologoko, re Nugenesis Expert Report | Communications | $900 | 0.5 | $450 |
| 10/10/2023 | Tuesday | Umber Kohli | Project Manager | Call with A. Colodny, K. Gunderson at WC, U.Kohli, M. Galka, A. Mologoko, re Nugenesis Expert Report | Communications | $600 | 0.5 | $300 |
| 10/10/2023 | Wednesday | Bryan Young | Vice President | Initial review of Neugneises Expert Report | Internal Development | $800 | 6.5 | $5,200 |
| 10/11/2023 | Wednesday | Max Galka | CEO/Chief Data Scientist | Initial review of Neugneises Expert Report | Internal Development | $1,000 | 4.6 | $4,600 |
| 10/11/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Initial review of Neugneises Expert Report | Internal Development | $900 | 7.4 | $6,660 |
| 10/11/2023 | Wednesday | Matt Austin | Vice President | Initial review of Neugneises Expert Report | Internal Development | $800 | 6.4 | $5,120 |
| 10/12/2023 | Thursday | Bryan Young | Vice President | Review and analysis of Neugenesis Expert Report | Internal Development | $800 | 6.5 | $5,200 |
| 10/12/2023 | Thursday | Max Galka | CEO/Chief Data Scientist | Review and analysis of Neugenesis Expert Report | Internal Development | $1,000 | 8.5 | $8,500 |
| 10/12/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | Review and analysis of Neugenesis Expert Report | Internal Development | $900 | 6.4 | $5,760 |
| 10/12/2023 | Thursday | Matt Austin | Vice President | Review and analysis of Neugenesis Expert Report | Internal Development | $800 | 5.4 | $4,320 |
| 10/13/2023 | Friday | Bryan Young | Vice President | Review and analysis of Neugenesis Expert Report | Internal Development | $800 | 4.4 | $3,520 |
| 10/13/2023 | Friday | Max Galka | CEO/Chief Data Scientist | Review of methodology and data sources used in the Neugneises Report for accuracy and completeness | Internal Development | $1,000 | 7.5 | $7,500 |
| 10/13/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Review of methodology and data sources used in the Neugneises Report for accuracy and completeness | Internal Development | $900 | 8.4 | $7,560 |
| 10/13/2023 | Friday | Matt Austin | Vice President | Review and analysis of Neugenesis Expert Report, review of claims made | Internal Development | $800 | 6.4 | $5,120 |
| 10/16/2023 | Monday | Bryan Young | Vice President | Review and analysis of Neugenesis Expert Report, review of claims made | Internal Development | $800 | 5.5 | $4,400 |
| 10/16/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Review and analysis of Neugenesis Expert Report, data methods | Internal Development | $1,000 | 6.5 | $6,500 |
| 10/16/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Review and analysis of Neugenesis Expert Report, data methods | Internal Development | $900 | 8.5 | $7,650 |
| 10/16/2023 | Monday | Matt Austin | Vice President | Review and analysis of Neugenesis Expert Report, claims | Internal Development | $800 | 6.4 | $5,120 |
| 10/17/2023 | Tuesday | Bryan Young | Vice President | Review and analysis of Neugenesis Expert Report, claims | Internal Development | $800 | 3.6 | $2,880 |
| 10/17/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Review and analysis of Neugenesis Expert Report, data, methods, sources | Internal Development | $1,000 | 4.6 | $4,600 |
| 10/17/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Review and analysis of Neugenesis Expert Report, data, methods, sources | Internal Development | $900 | 8.4 | $7,560 |
| 10/17/2023 | Tuesday | Matt Austin | Vice President | Review and analysis of Neugenesis Expert Report, claims | Internal Development | $800 | 2.5 | $2,000 |
| 10/24/2023 | Tuesday | Umber Kohli | Project Manager | Attend Weekly UCC call | Communications | $600 | 1.4 | $840 |
| **October 2023 Labor Totals** | | | | | | | **200.3** | **$174,200** |

| Other Expenses | |
|---|---:|
| **Description** | **Cost** |
| Amazon Web Services Costs | $58,565.89 |
| Google Cloud Platform | 23,476.09 |
| Google Voice | 105.04 |
| Asana - Project Management | 829.90 |
| Atlassian - Project Management | 144.91 |
| Microsoft 365 Subscriptions | 81.66 |
| Miro | 272.19 |
| **Other Expenses Totals** | **$83,475.68** |