**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
Email:  jselendy@selendygay.com
        fgay@selendygay.com
        tagangawilliams@selendygay.com
        cobrien@selendygay.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF EIGHTH MONTHLY STATEMENT OF SELENDY GAY ELSBERG PLLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

PLEASE TAKE NOTICE that on the date hereof, Selendy Gay Elsberg PLLC ("**Selendy Gay Elsberg**") filed its *Eighth Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from September 1, 2023 through September 30, 2023* (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

"**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 1745 ¶ 3.a.

PLEASE TAKE FURTHER NOTICE that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**");[2] (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Statement**, by (i) Selendy Gay Elsberg and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Selendy Gay Elsberg.

PLEASE TAKE FURTHER NOTICE that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Compensation Procedures.

to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

   **PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

 Dated: November 22, 2023    Respectfully submitted,

             *Jennifer M. Selendy*
             **SELENDY GAY ELSBERG PLLC**
             Jennifer M. Selendy
             Faith E. Gay
             Temidayo Aganga-Williams
             Claire O'Brien
             1290 Avenue of the Americas
             New York, New York 10104
             Tel.: 212-390-9000
             jselendy@selendygay.com
             fgay@selendygay.com
             tagangawilliams@selendygay.com
             cobrien@selendygay.com

             *Co-Counsel for the Official Committee of*
             *Unsecured Creditors*

**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
Email: jselendy@selendygay.com
       fgay@selendygay.com
       tagangawilliams@selendygay.com
       cobrien@selendygay.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**EIGHTH MONTHLY STATEMENT OF SELENDY GAY ELSBERG PLLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Name of Applicant: | Selendy Gay Elsberg PLLC |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") |
| Date of Retention: | March 16, 2023 [Docket No. 2251] *Effective as of* January 8, 2023 |
| Period for Which Interim Compensation and Reimbursement of Expenses is Sought: | September 1, 2023 – September 30, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable, and Necessary (100%): | $104,688.50 |
| Amount of Interim Compensation to be Paid Under Interim Compensation Procedures (80%): | $83,750.80 |
| Amount of Interim Compensation to be Held Back Under Interim Compensation Procedures (20%): | $20,937.70 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $521.55 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $105,210.05 |
| Total Interim Compensation and Reimbursement of Expenses to be Paid Under Interim Compensation Procedures: | $84,272.35 |

This is a monthly fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), the Interim Compensation Procedures, and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013 (the "**U.S.**

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

**Trustee Guidelines**"), Selendy Gay Elsberg PLLC ("**Selendy Gay Elsberg**" or the "**Firm**"), as co-counsel to the Committee, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $84,272.35, consisting of 80% of the $104,688.50 in fees earned and 100% of the $521.55 in expenses incurred.

## Professional Services Rendered and Expense Disbursements Incurred

1.      Prior to filing this Monthly Statement, Selendy Gay Elsberg reviewed its fees (which totalled 97.7 hours and $105,475.50) and expenses (which totalled $521.55). Following that review, Selendy Gay Elsberg voluntarily elected to reduce its fees by 0.9 hours and $787.00 (~0.7%), and its expenses by $0.00 (0%).

2.      **Exhibit A** sets forth a timekeeper summary that includes: (a) the name, title, and year of admission to practice (if applicable) of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by Selendy Gay Elsberg; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by Selendy Gay Elsberg. The blended rate for compensation requested in this Monthly Statement is approximately $1,081.49 per hour.[3]

3.      **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by Selendy Gay Elsberg timekeepers in rendering services to the Committee during the Compensation Period.

4.      **Exhibit C** sets forth the time records for Selendy Gay Elsberg timekeepers for which compensation is sought by Selendy Gay Elsberg, including an itemization of tasks performed in rendering services to the Committee during the Compensation Period.

---

[3] The blended rate is calculated by taking the total of fees sought in this Monthly Statement and dividing by the total of hours sought in this Monthly Statement, rounded to the nearest dollar.

5.      **Exhibit D** sets forth both a summary and detailed entries of the expenses for which Selendy Gay Elsberg seeks reimbursement during the Compensation Period.

6.      The following is a brief narrative summary of the services performed by Selendy Gay Elsberg on behalf of the Committee during the Compensation Period, organized by project category:

| No. | Category Name | Hours | Fees |
|-----|---------------|-------|------|
| 10 | **Retention Application** | 7.4 | $6,188.00 |
| | Selendy Gay Elsberg prepared and drafted a Fourth Declaration supporting the Committee's application to retain Selendy Gay Elsberg as co-counsel [Docket No. 3640]. Selendy Gay Elsberg also prepared to conduct an updated disclosure review of the Supplemental Parties in Interest from the Debtors. | | |
| 20 | **Fee Statements and Applications** | 14.7 | $13,032.50 |
| | Selendy Gay Elsberg prepared, drafted, and filed its Sixth Monthly Fee Statement on September 15, 2023 [Docket No. 3481] in accordance with the Interim Compensation Procedures, the U.S. Trustee Guidelines, and guidance provided by the Fee Examiner. Selendy Gay Elsberg prepared, drafted, and filed its Seventh Monthly Fee Statement on September 22, 2023 [Docket No. 3549]. This includes time spent working with the Firm's billing department and with co-counsel to calculate the underlying numbers and draft the applications and statements. | | |
| 30 | **Case Administration** | 19.7 | $16,032.50 |
| | Due to the size and complexity of these chapter 11 cases, Selendy Gay Elsberg professionals were involved in various administrative tasks, including (i) reviewing and summarizing docket filings; (ii) attending to internal case, file, and calendar management; and (iii) coordinating with other Selendy Gay Elsberg professionals to discuss and review workstreams in process and staffing. | | |
| 40 | **Case Strategy** | 2.5 | $4,252.00 |
| | Selendy Gay Elsberg conferred and coordinated with other Committee professionals regarding the Committee's legal interests and claims. | | |
| 50 | **WestCap Matters Filings** | 0.0 | $0.00 |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| 60 | **Discovery and Fact Development** | 0.0 | $0.00 |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| 70 | **Hearings and Court Matters** | 0.7 | $399.00 |
| | Selendy Gay Elsberg worked to obtain an expedited transcript of a prior court hearing for case strategy needs. | | |

| No. | Category Name | Hours | Fees |
|-----|---------------|-------|------|
| 80 | **Other** | **8.4** | **$9,499.00** |
| | Selendy Gay Elsberg corresponded with various creditors to address creditor inquiries. This included time spent analyzing creditor issues and drafting and reviewing correspondence on the same. | | |
| 90 | **Plan/Confirmation Matters** | **15.3** | **$19,787.50** |
| | Selendy Gay Elsberg professionals reviewed, analyzed, and strategized regarding CEL Token settlement filings, creditor letters, objections to Plan Confirmation, and other Plan Confirmation related matters. | | |
| 95 | **FTX Matters Filings** | **28.1** | **$35,498.00** |
| | Selendy Gay Elsberg prepared for a case status update to the UCC, which included FTX-related matters.  Selendy Gay Elsberg also reviewed and analyzed an UCC expert report for FTX-related matters.  Selendy Gay Elsberg also conducted research and strategized concerning pending FTX-related inquiries.  This also included work done by Selendy Gay Elsberg regarding certain FTX-related case issues and Selendy Gay Elsberg's analysis of issues surrounding the CEL token valuation. | | |

**Reservation of Rights**

7.      Although Selendy Gay Elsberg has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. Selendy Gay Elsberg reserves the right to seek payment of such fees and expenses not included herein.

## **Notice**

8.      Selendy Gay Elsberg will provide notice of this Monthly Statement to the Monthly

Fee Statement Recipients in accordance with ¶ 3.a of the Interim Compensation Procedures.


Dated:    November 22, 2023                    Respectfully submitted,


                                               *Jennifer M. Selendy*
                                               **SELENDY GAY ELSBERG PLLC**
                                               Jennifer M. Selendy
                                               Faith E. Gay
                                               Temidayo Aganga-Williams
                                               Claire O'Brien
                                               1290 Avenue of the Americas
                                               New York, New York 10104
                                               Tel.: 212-390-9000
                                               jselendy@selendygay.com
                                               fgay@selendygay.com
                                               tagangawilliams@selendygay.com
                                               cobrien@selendygay.com

                                               *Co-Counsel for the Official Committee of*
                                               *Unsecured Creditors*

6

**Exhibit A**

**Timekeeper Summary**

| Name | Title | Year Admitted | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Aganga-Williams, Temidayo | Partner | 2012 | 20.4 | $1,435.00 | $29,274.00 |
| Burke, Tyler | Director of Research & Analysis | N/A | 0.4 | $685.00 | $274.00 |
| Chen, Kayla | Associate | 2023 | 7.5 | $895.00 | $6,712.50 |
| Metro, Steven | Managing Clerk | N/A | 3.0 | $570.00 | $1,710.00 |
| McHugh, Katherine | Managing Clerk | N/A | 2.2 | $405.00 | $891.00 |
| Mitchell, Zachary | Law Clerk | *pending* | 7.5 | $685.00 | $5,137.50 |
| Mon Cureño, Alvaro | Associate | 2019 | 30.5 | $1,250.00 | $38,125.00 |
| O'Brien, Claire | Associate | 2018 | 5.4 | $1,275.00 | $6,885.00 |
| Postal, Bradley | Law Clerk | *pending* | 9.5 | $685.00 | $6,507.50 |
| Pugh, Abbie | Staff Attorney | 2010 | 1.0 | $685.00 | $685.00 |
| Reiter, Kim | Paralegal | N/A | 1.7 | $570.00 | $969.00 |
| Selendy, Jennifer | Partner | 1996 | 2.1 | $2,060.00 | $4,326.00 |
| Seri, Tesla | Staff Attorney | 2017 | 1.3 | $570.00 | $741.00 |
| Siegel, Scott | Paralegal | N/A | 4.3 | $570.00 | $2,451.00 |
| **Grand Total** | | | **96.8** | | **$104,688.50** |

## Exhibit B

**Project Summary**

| Code | Project | Hours | Amount |
|:---:|:---|:---:|---:|
| 10 | Retention Application | 7.4 | $6,188.00 |
| 20 | Fee Statements and Applications | 14.7 | $13,032.50 |
| 30 | Case Administration | 19.7 | $16,032.50 |
| 40 | Case Strategy | 2.5 | $4,252.00 |
| 70 | Hearings and Court Matters | 0.7 | $399.00 |
| 80 | Other | 8.4 | $9,499.00 |
| 90 | Plan/Confirmation Matters | 15.3 | $19,787.50 |
| 95 | FTX Matters Filings | 28.1 | $35,498.00 |
| | **Grand Total** | **96.8** | **$104,688.50** |

**<u>Exhibit C</u>**

**Time Records**

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000
http://www.selendygay.com



Official Committee of Unsecured Creditors

RE:  In re Celsius Network LLC, et al.

For Professional Services Rendered Through September 30, 2023

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **10** - **Retention application** | | | | | |
| 9/27/2023 | Claire OBrien | Meet with B. Posdal, A. Mon Cureno, K. Chen re disclosure review process. | 0.4 | $1,275.00 | $510.00 |
| 9/27/2023 | Kayla Chen | Correspond with B. Postal re disclosure review (.1); prepare for and meet with A. Mon Cureno, C. O'Brien and B. Postal re current workstreams including updated disclosure review process (.5). | 0.6 | $895.00 | $537.00 |
| 9/28/2023 | Claire OBrien | Review and revise fourth Selendy declaration. | 0.5 | $1,275.00 | $637.50 |
| 9/28/2023 | Kayla Chen | Correspond with B. Postal re fourth declaration (.2); call with B. Postal re same (.2); correspondence with V. Jindal re same (.1); review and revise B. Postal fourth declaration draft (.3); correspond with C. O'Brien re same (.1). | 0.9 | $895.00 | $805.50 |
| 9/28/2023 | Bradley Posdal | Meet with K. Chen re creating a Fourth Declaration (.2); draft Fourth Declaration (1.8). | 2.0 | $685.00 | $1,370.00 |

---

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **10 - Retention application** | | | | | |
| 9/29/2023 | Kayla Chen | Revise fourth declaration incorporating C. O'Brien comments (.2); correspond with V. Jindal re fourth declaration filing (.1); correspond with S. Ludovici and G. Pesce re same (.1); correspond with J.Selendy re same (.1); correspond with B. Postal re same (.1); proof and prepare fourth declaration for filing (.5); correspond with Kroll re service of same (.2). | 1.3 | $895.00 | $1,163.50 |
| 9/29/2023 | Bradley Posdal | Correspond with Managing Clerk's Office, K. Chen, and C. O'Brien re filing fourth Selendy declaration (.7); review Fee Examiner's response to SGE fee application for drafting response (.9); and correspond with A. Mon Cureno re drafting response to Fee Examiner (.1). | 1.7 | $685.00 | $1,164.50 |
| **Subtotal for:  10 -  Retention application** | | | **7.4** | | **$6,188.00** |
| | | | | | |
| **20 - Fee statements and applications** | | | | | |
| 9/5/2023 | Zachary Mitchell | Review draft July invoice for work product and privilege. | 0.2 | $685.00 | $137.00 |
| 9/6/2023 | Zachary Mitchell | Draft July fee statement for filing. | 1.1 | $685.00 | $753.50 |
| 9/7/2023 | Zachary Mitchell | Draft July fee statement. | 0.4 | $685.00 | $274.00 |
| 9/11/2023 | Alvaro Mon Cureno | Review and revise draft July fee statement. | 0.6 | $1,250.00 | $750.00 |
| 9/11/2023 | Zachary Mitchell | Revise draft of July fee statement. | 0.1 | $685.00 | $68.50 |
| 9/12/2023 | Zachary Mitchell | Revise draft of July fee statement. | 0.1 | $685.00 | $68.50 |
| 9/13/2023 | Zachary Mitchell | Revise July fee statement to address comments from A. Mon Cureno. | 0.6 | $685.00 | $411.00 |
| 9/14/2023 | Alvaro Mon Cureno | Review and revise July fee statement. | 0.8 | $1,250.00 | $1,000.00 |
| 9/14/2023 | Zachary Mitchell | Revise July fee statement (1.7); correspond with A. Mon Cureno re same (.1). | 1.8 | $685.00 | $1,233.00 |
| 9/15/2023 | Temidayo Aganga-Willia | Review and revise fee application (.2); communications with Z. Mitchell re fee application edits (.2). | 0.4 | $1,435.00 | $574.00 |
| 9/15/2023 | Alvaro Mon Cureno | Review and revise July fee statement. | 0.1 | $1,250.00 | $125.00 |
| 9/15/2023 | Zachary Mitchell | Prepare July fee statement for filing (.5); correspond with S. Metro re filing same. | 0.8 | $685.00 | $548.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **20 - Fee statements and applications** | | | | | |
| 9/15/2023 | Zachary Mitchell | Correspond with A. Mon Cureno and K. Chen re July fee statement (.2); correspond with S. Ludovici re draft July fee statement (.2); revise July fee statement to address comments from S. Ludovici (.3). | 0.7 | $685.00 | $479.50 |
| 9/15/2023 | Steven M Metro | Review and file Sixth Monthly Fee Statement with USBC/SDNY. | 1.1 | $570.00 | $627.00 |
| 9/18/2023 | Claire OBrien | Review time entries for August fee statement. | 0.6 | $1,275.00 | $765.00 |
| 9/20/2023 | Claire OBrien | Draft August fee statement. | 1.5 | $1,275.00 | $1,912.50 |
| 9/21/2023 | Claire OBrien | Draft August monthly fee statement. | 0.7 | $1,275.00 | $892.50 |
| 9/21/2023 | Scott Siegel | Audit August monthly fee statement. | 0.8 | $570.00 | $456.00 |
| 9/22/2023 | Kayla Chen | Proof August fee statement for filing. | 0.3 | $895.00 | $268.50 |
| 9/29/2023 | Alvaro Mon Cureno | Correspond with C. O'Brien, K. Chen, S. Siegel, B. Posdal, and Z. Mitchell re Fee Examiner's requested edits to Second Interim Fee Application. | 0.6 | $1,250.00 | $750.00 |
| 9/29/2023 | Claire OBrien | Confer with A. Mon Cureno re response to fee examiner correspondence. | 0.2 | $1,275.00 | $255.00 |
| 9/29/2023 | Steven M Metro | Review and file with court Fourth Declaration in support of SGE retention as counsel. | 1.2 | $570.00 | $684.00 |
| **Subtotal for: 20 - Fee statements and applications** | | | **14.7** | | **$13,032.50** |
| **30 - Case administration** | | | | | |
| 9/8/2023 | Kim S Reiter | Review and analyze Court docket for recently filed documents for reconciliation for attorney review. | 1.7 | $570.00 | $969.00 |
| 9/11/2023 | Temidayo Aganga-Willia | Attend internal team meeting with C. O'Brien and others re workstreams. | 0.2 | $1,435.00 | $287.00 |
| 9/11/2023 | Alvaro Mon Cureno | Update internal team case tracker (.4); attend and participate in team meeting with T. Aganga-Williams, J. Selendy, Z. Mitchell, and T. Seri to discuss current workstreams (.2). | 0.6 | $1,250.00 | $750.00 |
| 9/11/2023 | Kayla Chen | Attend weekly team meeting with T. Aganga-Williams, A. Mon Cureno and others. | 0.2 | $895.00 | $179.00 |
| 9/11/2023 | Zachary Mitchell | Weekly team meeting with T. Aganga-Williams, C. O'Brien, K. Chen, and others re ongoing workstreams and assignments. | 0.2 | $685.00 | $137.00 |
| 9/11/2023 | Tesla Seri | Attend meeting with T. Aganga-Williams, A. Mon Cureño, and others re case progress. | 0.2 | $570.00 | $114.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **30 - Case administration** | | | | | |
| 9/18/2023 | Temidayo Aganga-Willia | Prepare for full team meeting re outstanding workstreams( .2); participate in full team meeting with C. O'Brien, A. Pugh, Z. Mitchell and others re outstanding workstreams (.8). | 1.0 | $1,435.00 | $1,435.00 |
| 9/18/2023 | Alvaro Mon Cureno | Update internal team case tracker (.5); attend and participate in meeting with J. Selendy, T. Aganga Williams, C. O'Brien, Z. Mitchell, and others (SGE) to discuss case workstreams (.7). | 1.2 | $1,250.00 | $1,500.00 |
| 9/18/2023 | Claire OBrien | Attend weekly team meeting re ongoing workstreams. | 0.6 | $1,275.00 | $765.00 |
| 9/18/2023 | Kayla Chen | Attend weekly team meeting with T. Aganga-Williams, C. O'Brien and others re ongoing workstreams. | 0.6 | $895.00 | $537.00 |
| 9/18/2023 | Zachary Mitchell | Attend internal team meeting with T. Aganga-Williams, C. O'Brien, A. Mon Cureno, K. Chen, and T. Seri re ongoing workstreams and projects. | 0.6 | $685.00 | $411.00 |
| 9/18/2023 | Abbie Pugh | Attend weekly team meeting re strategy. | 0.6 | $685.00 | $411.00 |
| 9/18/2023 | Tesla Seri | Attend weekly meeting with T. Aganga-Williams, C. O'Brien and A. Mon Cureno re ongoing workstreams. | 0.6 | $570.00 | $342.00 |
| 9/21/2023 | Temidayo Aganga-Willia | Review updated docket filings. | 0.2 | $1,435.00 | $287.00 |
| 9/21/2023 | Scott Siegel | Update case and docket folders/files. | 0.8 | $570.00 | $456.00 |
| 9/22/2023 | Scott Siegel | Pull, organize and update docket folders with recently filed documents. | 1.5 | $570.00 | $855.00 |
| 9/22/2023 | Katherine McHugh | Email exchange with C. O'Brien and case team re filing (0.1); review and analyze documents for filing and formatting requirements (0.4); file documents (0.5); follow up email to C. O'Brien and case team confirming filing (0.1). | 1.1 | $405.00 | $445.50 |
| 9/25/2023 | Temidayo Aganga-Willia | Meet with A. Mon Cureno, C. O'Brien, Z. Mitchell, T. Seri, and A. Pugh re ongoing workstreams. | 0.4 | $1,435.00 | $574.00 |
| 9/25/2023 | Alvaro Mon Cureno | Update internal team case tracker (.3); attend and participate in meeting with J. Selendy, T. Aganga Williams, C. O'Brien, Z. Mitchell, and others (SGE) to discuss case workstreams (.4). | 0.7 | $1,250.00 | $875.00 |
| 9/25/2023 | Claire OBrien | Attend weekly team meeting with T. Aganga-Williams, A. Mon Cureno, T. Seri, and Z. Mitchell re ongoing workstreams. | 0.4 | $1,275.00 | $510.00 |
| 9/25/2023 | Zachary Mitchell | Meet with T. Aganga-Williams, C. O'Brien, A. Mon Cureno, and T. Seri re ongoing workstreams and assignments. | 0.4 | $685.00 | $274.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
| **30 - Case administration** | | | | | |
| 9/25/2023 | Abbie Pugh | Weekly team call. | 0.4 | $685.00 | $274.00 |
| 9/25/2023 | Tesla Seri | Attend weekly meeting with T. Aganga-Williams, C. O'Brien and A. Mon Cureno re case progress. | 0.5 | $570.00 | $285.00 |
| 9/27/2023 | Alvaro Mon Cureno | Attend and participate in meeting with C. O'Brien, K. Chen, and B. Posdal to discuss ongoing workstreams. | 0.6 | $1,250.00 | $750.00 |
| 9/27/2023 | Kayla Chen | Review and analyze docket filings. | 0.2 | $895.00 | $179.00 |
| 9/27/2023 | Bradley Posdal | Prepare for meeting regarding ongoing workstreams. | 1.4 | $685.00 | $959.00 |
| 9/27/2023 | Bradley Posdal | Meet with K. Chen, A. Mon Cureno, and C. O'Brien to discuss ongoing workstreams. | 0.5 | $685.00 | $342.50 |
| 9/27/2023 | Scott Siegel | Review and update case files and docket folders. | 1.2 | $570.00 | $684.00 |
| 9/29/2023 | Katherine McHugh | Email exchange with K. Chen and case team re filing (0.1); review and analyze documents for filing and formatting requirements (0.4); file documents (0.5); follow up email to K. Chen and case team confirming filing (0.1). | 1.1 | $405.00 | $445.50 |
| | **Subtotal for:  30 - Case administration** | | **19.7** | | **$16,032.50** |
| **40 - Case strategy** | | | | | |
| 9/13/2023 | Alvaro Mon Cureno | Research timing for Rule 9019 settlements. | 0.8 | $1,250.00 | $1,000.00 |
| 9/15/2023 | Jennifer M Selendy | Prepare for and participate in meeting with UCC. | 1.3 | $2,060.00 | $2,678.00 |
| 9/18/2023 | Temidayo Aganga-Willia | Call with A. Colodny re outstanding work streams (.1); draft correspondence to full team re call with W&C (.1). | 0.2 | $1,435.00 | $287.00 |
| 9/25/2023 | Temidayo Aganga-Willia | Call with A. Colodny, A. Mon Cureno, and C. O Brien re ongoing workstreams. | 0.2 | $1,435.00 | $287.00 |
| | **Subtotal for:  40 - Case strategy** | | **2.5** | | **$4,252.00** |
| **70 - Hearings and court matters** | | | | | |
| 9/7/2023 | Steven M Metro | Obtain expedited transcript of July 18th, 2023 court hearing. | 0.7 | $570.00 | $399.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **70 - Hearings and court matters** | | | | | |
| | Subtotal for: 70 - Hearings and court matters | | **0.7** | | **$399.00** |
| | | | | | |
| **80 - Other** | | | | | |
| 9/2/2023 | Temidayo Aganga-Willia | Review communication from pro se objectors re claims. | 0.2 | $1,435.00 | $287.00 |
| 9/5/2023 | Temidayo Aganga-Willia | Review and revise communication re creditor dispute issue (.3); communication with A. Mon Cureno re creditor dispute issue. (.2). | 0.5 | $1,435.00 | $717.50 |
| 9/7/2023 | Temidayo Aganga-Willia | Review documents re pro se creditors' request (.7); call with A. Mon Cureno re pro se creditors' correspondence request (.2); draft response re pro se creditors' correspondence request (.9). | 1.8 | $1,435.00 | $2,583.00 |
| 9/7/2023 | Temidayo Aganga-Willia | Revise correspondence to pro se objectors re outstanding issues. | 0.3 | $1,435.00 | $430.50 |
| 9/13/2023 | Temidayo Aganga-Willia | Draft response to UCC questions re outstanding issues. | 0.5 | $1,435.00 | $717.50 |
| 9/19/2023 | Temidayo Aganga-Willia | Call with creditor re confirmation plan questions (.3); draft summary to file re the same (.1). | 0.4 | $1,435.00 | $574.00 |
| 9/22/2023 | Temidayo Aganga-Willia | Review communication re creditor inquiry to UCC (.2); meet with J. Selendy, Claire O'Brien, and A. Mon Cureno re communication re creditor inquiry to UCC (.4). | 0.6 | $1,435.00 | $861.00 |
| 9/22/2023 | Temidayo Aganga-Willia | Review and analysis re creditor claims. | 0.3 | $1,435.00 | $430.50 |
| 9/22/2023 | Claire OBrien | Call with J. Selendy, T. Aganga-Williams, and A. Mon Cureno re outreach from creditor. | 0.5 | $1,275.00 | $637.50 |
| 9/25/2023 | Bradley Posdal | Review and analyze case filings and creditor claims. | 2.4 | $685.00 | $1,644.00 |
| 9/26/2023 | Bradley Posdal | Analyze creditor claims and filings (.9). | 0.9 | $685.00 | $616.50 |
| | Subtotal for: 80 - Other | | **8.4** | | **$9,499.00** |
| | | | | | |
| **90 - Plan/Confirmation Matters** | | | | | |
| 9/5/2023 | Alvaro Mon Cureno | Call with T. Aganga Williams to discuss Chapter 11 Plan releases (.2); draft correspondence re same (.7). | 0.9 | $1,250.00 | $1,125.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **90 - Plan/Confirmation Matters** | | | | | |
| 9/7/2023 | Alvaro Mon Cureno | Review and analyze filed motions re proposed CEL Token settlement (1.3); review draft response correspondence to creditors re Plan confirmation (.2); internal correspondence with T. Aganga-Williams re same (.2). | 1.7 | $1,250.00 | $2,125.00 |
| 9/14/2023 | Temidayo Aganga-Willia | Call with K. Chen and A. Mon Cureno re confirmation-related presentation. | 1.0 | $1,435.00 | $1,435.00 |
| 9/18/2023 | Jennifer M Selendy | Participate in team meeting to plan for confirmation. | 0.8 | $2,060.00 | $1,648.00 |
| 9/18/2023 | Alvaro Mon Cureno | Review and analyze proposed CEL token valuation settlement agreement. | 0.6 | $1,250.00 | $750.00 |
| 9/22/2023 | Alvaro Mon Cureno | Read and analyze correspondence from earn creditor re NewCo board positions (1.1); call with T. Aganga Williams, J. Selendy, and C. O'Brien to re correspondence from earn creditor re NewCo board positions (.5); review and analyze filed Plan objections re CEL token price and release carveouts (2.1). | 3.7 | $1,250.00 | $4,625.00 |
| 9/25/2023 | Temidayo Aganga-Willia | Review filed objections and other documents related to confirmation. | 0.3 | $1,435.00 | $430.50 |
| 9/25/2023 | Alvaro Mon Cureno | Attend and participate in meeting with J. Selendy, T. Aganga Williams, C. O'Brien, and W&C to discuss Plan confirmation. | 0.3 | $1,250.00 | $375.00 |
| 9/27/2023 | Tyler Burke | Review, circulate commentary re status of plan confirmation, Celsius CEO comments. | 0.4 | $685.00 | $274.00 |
| 9/28/2023 | Alvaro Mon Cureno | Assemble pleadings re CEL token valuation in preparation of confirmation hearing (1.3); draft talking points on CEL token valuation in preparation of confirmation hearing (2.7). | 4.0 | $1,250.00 | $5,000.00 |
| 9/29/2023 | Alvaro Mon Cureno | Review and analyze creditor letters re CEL token value. | 0.5 | $1,250.00 | $625.00 |
| 9/30/2023 | Alvaro Mon Cureno | Revise work product on CEL token valuation in preparation of confirmation hearing. | 1.1 | $1,250.00 | $1,375.00 |
| **Subtotal for:  90 - Plan/Confirmation Matters** | | | **15.3** | | **$19,787.50** |
| | | | | | |
| **95 - FTX Matters Filings** | | | | | |
| 9/6/2023 | Temidayo Aganga-Willia | Research re FTX-related inquiry. | 0.4 | $1,435.00 | $574.00 |
| 9/6/2023 | Temidayo Aganga-Willia | Review and analyze briefing re CEL token treatment. | 1.1 | $1,435.00 | $1,578.50 |
| 9/6/2023 | Temidayo Aganga-Willia | Communication with UCC re outstanding investigation questions. | 0.2 | $1,435.00 | $287.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **95 - FTX Matters Filings** | | | | | |
| 9/7/2023 | Temidayo Aganga-Willia | Review and analyze briefing re cel token issues (.7); communication with Elementus re FTX-related inquiry (.3). | 1.0 | $1,435.00 | $1,435.00 |
| 9/7/2023 | Temidayo Aganga-Willia | Review and analyze briefings re CEL token issues. | 0.7 | $1,435.00 | $1,004.50 |
| 9/7/2023 | Alvaro Mon Cureno | Draft correspondence response for client question re CEL price manipulation. | 0.3 | $1,250.00 | $375.00 |
| 9/7/2023 | Kayla Chen | Meet with A. Mon Cureno re FTX proof of claim procedural issues. | 0.1 | $895.00 | $89.50 |
| 9/13/2023 | Temidayo Aganga-Willia | Research re outstanding issues concerning FTX-related inquiry (.8); draft correspondence to Elementus re FTX inquiry (.3). | 1.1 | $1,435.00 | $1,578.50 |
| 9/13/2023 | Temidayo Aganga-Willia | Research re outstanding questions concerning FTX (.5); draft correspondence to UCC re outstanding issues. | 0.2 | $1,435.00 | $287.00 |
| 9/14/2023 | Temidayo Aganga-Willia | Research re FTX-related workstream. | 2.2 | $1,435.00 | $3,157.00 |
| 9/14/2023 | Temidayo Aganga-Willia | Preparation re FTX-related presentation. | 1.7 | $1,435.00 | $2,439.50 |
| 9/14/2023 | Alvaro Mon Cureno | Meet with K. Chen and T. Aganga Williams to discuss presentation to UCC re potential CEL price manipulation (1.1); review third-party discovery meet and confer notes in anticipation of UCC presentation (.3); correspondence with Elementus re UCC presentation (.4). | 1.8 | $1,250.00 | $2,250.00 |
| 9/14/2023 | Kayla Chen | Call with T. Aganga-Williams, A. Mon Cureno re UCC meeting prep. | 1.1 | $895.00 | $984.50 |
| 9/15/2023 | Temidayo Aganga-Willia | Meet with UCC re case development. | 0.5 | $1,435.00 | $717.50 |
| 9/15/2023 | Temidayo Aganga-Willia | Revise notes for meeting with UCC re case development. | 0.7 | $1,435.00 | $1,004.50 |
| 9/15/2023 | Alvaro Mon Cureno | Attend and participate in meeting with K. Chen, T. Aganga Williams, and UCC to discuss FTX matters. | 0.5 | $1,250.00 | $625.00 |
| 9/15/2023 | Kayla Chen | Attend and take notes at UCC client call with T. Aganga-Williams, A. Mon Cureno. | 0.6 | $895.00 | $537.00 |
| 9/15/2023 | Zachary Mitchell | Attend UCC meeting with T. Aganga-Williams, A. Mon Cureno, and K. Chen re status and recommendations. | 0.5 | $685.00 | $342.50 |
| 9/18/2023 | Temidayo Aganga-Willia | Research re outstanding inquiry re FTX-related workstream. | 0.4 | $1,435.00 | $574.00 |
| 9/19/2023 | Temidayo Aganga-Willia | Research re CEL token related issues (.4); call with A. Mon Cureno re CEL token related inquiry (.2). | 0.6 | $1,435.00 | $861.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **95 - FTX Matters Filings** | | | | | |
| 9/19/2023 | Alvaro Mon Cureno | Review and revise draft correspondence to Elementus re CEL token outflows (.4); correspond with T. Aganga Williams and K. Chen re UCC meeting follow-up (.6). | 1.0 | $1,250.00 | $1,250.00 |
| 9/19/2023 | Kayla Chen | Review and analyze elementus analysis re UCC call follow-up (.4); review and analyze UCC call notes re same (.2); draft correspondence on same to A. Mon Cureno and T. Aganga-Williams (.2); call with A. Mon Cureno re same (.2). | 1.0 | $895.00 | $895.00 |
| 9/20/2023 | Alvaro Mon Cureno | Review and revise draft 9/15 client meeting minutes. | 1.7 | $1,250.00 | $2,125.00 |
| 9/20/2023 | Kayla Chen | Draft UCC Meeting minutes (.5); correspond with A. Mon Cureno re same (.1). | 0.6 | $895.00 | $537.00 |
| 9/22/2023 | Temidayo Aganga-Willia | Review and analyze expert report section (.5); review Elementus' analysis re CEL Tokens (.3); call with A. Mon Cureno re expert report (.3). | 1.1 | $1,435.00 | $1,578.50 |
| 9/22/2023 | Alvaro Mon Cureno | Review draft section of UCC expert report re CEL price manipulation (1.4); call with T. Aganga Williams re draft section of UCC expert report re CEL price manipulation (.2). | 1.6 | $1,250.00 | $2,000.00 |
| 9/29/2023 | Alvaro Mon Cureno | Revise draft talking points on CEL token valuation in preparation of confirmation hearing. | 4.8 | $1,250.00 | $6,000.00 |
| 9/29/2023 | Bradley Posdal | Review and analyze Proof of Claim filing (.2) and research elements of the various causes of action for work product (.4). | 0.6 | $685.00 | $411.00 |
| **Subtotal for:  95 - FTX Matters Filings** | | | **28.1** | | **$35,498.00** |
| **Total Professional Services** | | | **96.8** | | **$104,688.50** |

**<u>Exhibit D</u>**

**Expense Summary & Detail**

| Category | Amount |
|---|---|
| E-Discovery Data Hosting / Storage | $256.38 |
| Online Research | $252.97 |
| Pacer Charges | $12.20 |
| **Grand Total** | **$521.55** |

**Exhibit E**

| Timekeeper | Date | Narrative | Category | Amount |
|---|---|---|---|---|
| Christopher Bandes | 09/30/2023 | Document Hosting/Technical Time | E-Discovery Document Hosting/Storage | $256.38 |
| Tyler Burke | 09/30/2023 | Pacer charges | Online Research | $252.97 |
| Tyler Burke | 09/30/2023 | Westlaw charges | Online Research | $12.20 |
| | | | | |
| | | | | |
| | | | | |
| **Grand Total** | | | | **$521.55** |