Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF ADJOURNMENT REGARDING THE HEARING TO CONSIDER THE SUBSTANTIAL CONTRIBUTION APPLICATIONS

**PLEASE TAKE NOTICE** that on August 23, 2023, the Court approved a schedule for all issues related to the confirmation of the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates* [Docket No. 3577] (as modified, amended, or supplemented from time to time, the "Plan") (the "Confirmation Hearing") other than the equitable subordination of the claims of certain former directors, officers, and employees, which the Debtors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

filed in the *Notice of Discovery Schedule for Confirmation Hearing* [Docket No. 3356] (the "Confirmation Schedule").

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Schedule included deadlines regarding the applications for payment of fees as substantial contribution under section 503(b) of the Bankruptcy Code (the "Substantial Contribution Applications").[2]

**PLEASE TAKE FURTHER NOTICE** that on September 19, 2023, the Court approved a revised schedule for Substantial Contribution Applications. *See Notice of Further Revised Schedule for Substantial Contribution Applications* [Docket No. 3498].

**PLEASE TAKE FURTHER NOTICE** that on October 16, 2023, the Court approved a further revised schedule for Substantial Contribution Applications. *See Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications* [Docket No. 3836].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Substantial Contribution Applications that was scheduled for **November 30, 2023, at 10:00 a.m. (prevailing Eastern Time)** is hereby adjourned.

---

[2] The Substantial Contribution Applications include: (a) *Substantial Contribution [A]pplication for Zachary Wildes* [Docket No. 3615]; (b) *Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution* [Docket No. 3654]; (c) *Application of the Custody Ad Hoc Group, Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code, for Allowance and Payment of Professional Fees and Expenses* [Docket No. 3660]; (d) *Substantial Contribution Claim of Rebecca Gallagher, Lead Plaintiff in Committee Class Action* [Docket No. 3662]; (e) *Application of the Ad Hoc Group of Withhold Account Holders for Allowance and Payment of Fees Under Bankruptcy Code Sections 503(B)(3)(D) and 503(B)(4)* [Docket No. 3663]; (f) *Application of Ignat Tuganov for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Professional Fees and Actual, Necessary Expenses Incurred in Making a Substantial Contribution to These Cases* [Docket No. 3666]; (g) *Application of the Borrower Ad Hoc Group for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases* [Docket No. 3671] (h) *Application of BNK to the Future (BF) Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution* [Docket No. 3672]; (i) *Application of the Pending Withdrawal Ad Hoc Group Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution* [Docket No. 3673]; (j) *Application of Immanuel Herrmann Pursuant to 11 U.S.C. §503 for Allowance and Payment of Expenses Incurred in Making a Substantial Contribution* [Docket No. 3674]; and (k) *Daniel A. Frishberg'[s] Motion for Expenses and Fees to be Paid for a Substantial Contribution to the Estate* [Docket No. 3675].

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objections or responses to the Substantial Contribution Applications was November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the deadline to file replies in support of the Substantial Contribution Applications has been extended to **December 14, 2023, at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Substantial Contribution Applications will be heard at the omnibus hearing on **December 21, 2023, at 10:00 a.m. (prevailing Eastern Time)** (the "Omnibus Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge. With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend hearings by Zoom at which evidence is expected to be presented. Any person or entity that is permitted to attend the Omnibus Hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m. (prevailing Eastern Time), the business day before the Omnibus Hearing, (*i.e.*, Wednesday, December 20, 2023).** The public, including members of the media, may only attend evidentiary hearings in the courthouse, not remotely. This change in practice regarding evidentiary hearings reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of all pleadings filed in these

chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated:  November 27, 2023 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:           joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br>                     chris.koenig@kirkland.com<br>                     dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |