Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**NOVEMBER 30, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    November 30, 2023, at 10:00 a.m. (prevailing Eastern Time)
(the "Hearing")

Location of Hearing:    The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance    The Hearing will be held in a hybrid format before the Honorable
Instructions:    Martin Glenn, Chief United States Bankruptcy Judge, in the United
States Bankruptcy Court for the Southern District of New York, in

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.

With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend hearings by Zoom. Any person or entity that is permitted to attend the hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances.

No testimony is expected during the Hearing. With the permission of the Court, the public, including members of the media, may dial-in to listen to the Hearing remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial-in to the hearing by using the audio platform must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on November 29, 2023).**

This change in practice reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023.

Copies of Motions:    A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I.    **Uncontested Matters**.

1.    **EZ Blockchain Settlement**. Motion for Entry of an Order (I) Approving the Settlement by and Between the Debtors and EZ Blockchain Services, LLC and (II) Granting Related Relief [Docket No. 3983].

   Objection Deadline: November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None.

   Related Documents:

   (1)    Notice of Filing of Revised Proposed Order (I) Approving the Settlement by and Between the Debtors and EZ Blockchain Services, LLC and (II) Granting Related Relief [Docket No. 4028].

(2)     Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors in Support of the Debtors' Motion for Entry of an Order (I) Approving the Settlement by and Between the Debtors and EZ Blockchain Services, LLC and (II) Granting Related Relief [Docket No. 4029].

**Status**:     This matter is going forward.

## II.     Fee Applications.

2.     **Kirkland & Ellis Third Interim Fee Application**.  Amended Third Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from March 1, 2023, Through and Including June 3, 2023 [Docket No. 3318].

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Seventh Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2023 Through March 31, 2023 [Docket No. 2815].

(2)     Eighth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from April 1, 2023 Through May 31, 2023 [Docket No. 3217].

(3)     Ninth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from June 1, 2023 Through June 3, 2023 [Docket No. 3258].

(4)     Third Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from March 1, 2023, Through and Including June 3, 2023 [Docket No. 3306].

(5)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

3.    **Sontchi, LLC Third Interim Fee Application**.  Third Interim Application of Sontchi, LLC as Court-Appointed Independent Fee Examiner, for Allowance of Compensation for Services and Reimbursement of Expenses for the Period from July 1, 2023 Through October 31, 2023 [Docket No. 3978].

Objection Deadline:  November 29, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.[2]

Related Documents:

(1)    Tenth Monthly Fee Statement for of Sontchi, LLC for Compensation for Services and Reimbursement of Expenses as Court-Appointed Independent Fee Examiner, for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 3347].

(2)    Eleventh Monthly Fee Statement of Sontchi, LLC for Compensation for Services and Reimbursement of Expenses as Court-Appointed Independent Fee Examiner, for the Period from August 1, 2023 Through August 30, 2023 [Docket No. 3506].

(3)    Twelfth Monthly Fee Statement of Sontchi, LLC for Compensation for Services and Reimbursement of Expenses as Court-Appointed Independent Fee Examiner, for the Period from September 1, 2023 Through September 31, 2023 [Docket No. 3859].

(4)    Notice of Filing of Third Interim Fee Applications of Fee Examiner and Counsel Sontchi, LLC, and Godfrey & Kahn, S.C. [Docket No. 3981].

(5)    Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:    This matter is going forward.

4.    **Godfrey & Kahn, S.C. Third Interim Fee Application**.  Third Interim Application of Godfrey & Kahn, S.C., as Attorneys for the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from July 1, 2023 Through October 31, 2023 [Docket No. 3979].

Objection Deadline:  November 29, 2023, at 4:00 p.m. (prevailing Eastern Time).

---

[2]    The objection deadline has not yet passed as of the filing of this agenda.

Responses Received:  None. [3]

Related Documents:

(1)    Notice of Filing of Third Interim Fee Applications of Fee Examiner and Counsel Sontchi, LLC, and Godfrey & Kahn, S.C. [Docket No. 3981].

(2)    Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:    This matter is going forward.

5.    **Ernst & Young Third Interim Fee Applications**.  Third Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period March 1, 2023 Through June 30, 2023 [Docket No. 3280].

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Combined Fourth Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance and Tax Advisory Services Provider for the Time Period March 1, 2023 Through April 30, 2023 [Docket No. 2954].

(2)    Combined Fifth Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance, Tax Advisory Services and Financial Accounting Advisory Services Provider for the Time Period May 1, 2023 Through June 30, 2023 [Docket No. 3290].

(3)    Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:    This matter is going forward.

---

[3]    The objection deadline has not yet passed as of the filing of this agenda.

6.      **Perella Weinberg Third Interim Fee Application**.  Third Interim Fee Application of Perella Weinberg Partners LP for Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors of Celsius Network, LLC, et al., for the Period of March 1, 2023 Through June 30, 2023 [Docket No. 3287].

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Eighth Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from March 1, 2023 Through March 31, 2023 [Docket No. 3282].

(2)     Ninth Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from April 1, 2023 Through April 30, 2023 [Docket No. 3283].

(3)     Tenth Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from May 1, 2023 Through May 31, 2023 [Docket No. 3284].

(4)     Eleventh Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from June 1, 2023 Through June 30, 2023 [Docket No. 3285].

(5)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:     This matter is going forward.

7.      **Akin Gump Third Interim Fee Application**.  Third Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period March 1, 2023 Through and Including June 30, 2023 [Docket No. 3291].

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Eighth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of March 1, 2023 Through March 31, 2023 [Docket No. 2680].

(2)     Ninth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of April 1, 2023 Through April 30, 2023 [Docket No. 2947].

(3)     Tenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of May 1, 2023 Through May 31, 2023 [Docket No. 3078].

(4)     Eleventh Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Reimbursement of Expenses Incurred as Special Litigation Counsel to the Debtors for the Period of June 1, 2023 Through June 30, 2023 [Docket No. 3242].

(5)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:     This matter is going forward.

8.     **Latham & Watkins Third Interim Fee Application**.  Third Interim Application of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from March 1, 2023 Through May 31, 2023 [Docket No. 3292].

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Combined Sixth Monthly Fee Statement of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from March 1, 2023 Through May 31, 2023 [Docket No. 3240].

(2)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:     This matter is going forward.

9.     **Elementus Third Interim Fee Application**.    Third Interim Application of Elementus Inc. For Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC., et al., for the Period of March 1, 2023 Through and Including June 30, 2023 [Docket No. 3294].

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Eighth Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from March 1, 2023 Through March 31, 2023 [Docket No. 2512].

(2)     Ninth Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from April 1, 2023 Through April 30, 2023 [Docket No. 2700].

(3)     Tenth Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from May 1, 2023 Through May 31, 2023 [Docket No. 2853].

(4)     Eleventh Monthly Fee Statement of Elementus Inc. For Interim Compensation and Reimbursement of Expenses as Blockchain Forensics Advisor for the Official Committee of Unsecured Creditors for the Period from June 1, 2023 Through June 30, 2023 [Docket No. 3272].

(5)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:     This matter is going forward.

10.    **Gornitzky & Co. Second Interim Fee Application**.    Second Interim Fee Application of Gornitzky & Co. For Compensation for Services Rendered and Reimbursement of Expenses as Israeli Counsel to the Official Committee of Unsecured Creditors for the Period of March 1, 2023 Through June 30, 2023 [Docket No. 3295].

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:    This matter is going forward.

11.    **White & Case Third Interim Fee Application**.  Third Interim Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors from March 1, 2023 Through June 30, 2023 [Docket No. 3296].

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Eighth Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from March 1, 2023 Through March 31, 2023 [Docket No. 2578].

(2)    Ninth Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from April 1, 2023 Through April 30, 2023 [Docket No. 2858].

(3)    Tenth Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from May 1, 2023 Through May 31, 2023 [Docket No. 2955].

(4)    Eleventh Monthly Statement of White & Case LLP for Interim Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from June 1, 2023 Through June 30, 2023 [Docket No. 3127].

(5)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:     This matter is going forward.

12.     **Selendy Gay Elsberg PLLC Second Interim Fee Application**.  Second Interim Fee Application of Selendy Gay Elsberg PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of March 1, 2023 Through and Including June 30, 2023 [Docket No. 3298].

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Second Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-counsel for the Official Committee of Unsecured Creditors for the Period from March 1, 2023 Through March 31, 2023 [Docket No. 2536].

(2)     Third Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-counsel for the Official Committee of Unsecured Creditors for the Period from April 1, 2023 Through April 30, 2023 [Docket No. 2742].

(3)     Fourth Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-counsel for the Official Committee of Unsecured Creditors for the Period from May 1, 2023 Through May 31, 2023 [Docket No. 3019].

(4)     Third [*sic*] Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-counsel for the Official Committee of Unsecured Creditors for the Period from June 1, 2023 Through June 30, 2023 [Docket No. 3105].

(5)     Corrected Fifth Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-counsel for the Official Committee of Unsecured Creditors for the Period from June 1, 2023 Through June 30, 2023 (Corrected) [Docket No. 3114].

(6)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:     This matter is going forward.

13.     **M3 Third Interim Fee Application**.  Third Interim Fee Application of M3 Advisory Partners, LP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period of March 1, 2023 Through June 30, 2023 [Docket No. 3300].

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Seventh Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from March 1, 2023 Through March 31, 2023 [Docket No. 2693].

(2)     Ninth Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from April 1, 2023 Through April 30, 2023 [Docket No. 2801].

(3)     Tenth Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from May 1, 2023 Through May 31, 2023 [Docket No. 3069].

(4)     Eleventh Monthly Statement of M3 Advisory Partners, LP for Interim Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Period from June 1, 2023 Through June 30, 2023 [Docket No. 3257].

(5)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:     This matter is going forward.

14. **KE Andrews First Interim Fee Application**. First Interim Fee Application of KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for Interim Allowance of Compensation for Professional Services Rendered from March 6, 2023 Through and Including June 30, 2023 [Docket No. 3301].

Objection Deadline: September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

(1)    Combined First Monthly Fee Statement of Services Rendered by KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for Compensation for this Period from January 1, 2023 Through and Including May 31, 2023 [Docket No. 2876].

(2)    Second Monthly Fee Statement of Services Rendered by KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for Compensation for this Period from June 1, 2023 Through and Including June 30, 2023 [Docket No. 3297].

(3)    Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:    This matter is going forward.

15. **Alvarez & Marsal Third Interim Fee Application**. Third Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 1, 2023 Through and Including June 30, 2023 [Docket No. 3302].

Objection Deadline: September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received: None.

Related Documents:

(1)    Eighth Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from March 1, 2023 Through March 31, 2023 [Docket No. 2646].

(2)    Ninth Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to

Debtors, for Compensation and Reimbursement of Expenses for the Period from April 1, 2023 Through April 30, 2023 [Docket No. 2816].

(3)     Tenth Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from May 1, 2023 Through May 31, 2023 [Docket No. 2996].

(4)     Eleventh Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from June 1, 2023 Through June 30, 2023 [Docket No. 3110].

(5)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:    This matter is going forward.

16.    **Centerview Partners Third Interim Fee Application**.    Third Interim Fee Application of Centerview Partners LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2023 Through June 30, 2023 [Docket No. 3303].

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:    This matter is going forward.

17.    **Stout Second Interim Fee Application**.    Amended and Restated Second Application of Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 1, 2023 Through June 30, 2023 [Docket No. 3410]

Objection Deadline:  September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     First Monthly Fee Statement of Services Rendered and Expenses Incurred by Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Compensation and Reimbursement of Expenses for the Period from February 21, 2023 Through March 31, 2023 [Docket No. 2720].

(2)     Second Monthly Fee Statement of Services Rendered and Expenses Incurred by Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Compensation and Reimbursement of Expenses for the Period from April 1, 2023 Through April 30, 2023 [Docket No. 2856].

(3)     Third Monthly Fee Statement of Services Rendered and Expenses Incurred by Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Compensation and Reimbursement of Expenses for the Period from May 1, 2023 Through May 31, 2023 [Docket No. 2963].

(4)     Second Application of Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 1, 2023 Through June 30, 2023 [Docket No. 3305].

(5)     Fourth Monthly Fee Statement of Services Rendered and Expenses Incurred by Stout Risius Ross, LLC as Valuation Advisors for the Debtors, for Compensation and Reimbursement of Expenses for the Period from June 1, 2023 Through June 30, 2023 [Docket No. 3333].

(6)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:     This matter is going forward.

18.     **Huron Third Interim Fee Application**.  Huron Interim Fee Application of Huron Consulting Services LLC as Financial Advisor to the Examiner for the Period from March 1, 2023 Through and Including March 31, 2023 [Docket No. 3309].

Objection Deadline: September 5, 2023, at 12:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Fourth Monthly Fee Statement of Huron Consulting Services for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Examiner for Period from March 1, 2023 Through March 31, 2023 [Docket No. 3221].

(2)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:     This matter is going forward.

19.     **Consumer Privacy Ombudsman First Interim Fee Application**.  First Interim Fee Application of Lucy L. Thomson, Consumer Privacy Ombudsman, Pursuant to Bankruptcy Code Section 330 for Allowance of Compensation and Reimbursement of Expenses [Docket No. 3470].

Objection Deadline:  November 22, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on November 30, 2023 [Docket No. 4013].

**Status**:     This matter is going forward.

III.     **Adversary Proceedings**.

20.     **Christopher Lee Shanks v. Celsius Network, LLC et al.**  Debtors' Motion to Dismiss the Amended Complaint and Incorporated Memorandum of Law [Docket No. 9].

Related Documents:

(1)     Complaint [Docket No. 1].

(2)     Summons and Notice of Pre-trial Conference [Docket No. 3].

(3)     Amended Complaint [Docket No. 4].

(4)     Amended Summons [Docket No. 5].

(5)     Second Amended Summons [Docket No. 7].

(6)     Notice of Adjournment [Docket No. 11].

(7)     Notice of Status Conference on Debtors' Motion to Dismiss the Amended Complaint [Docket No. 12].

(8)     Notice of Status Conference on Debtors' Motion to Dismiss the Amended Complaint [Docket No. 15].

(9)    Notice of Hearing on Debtors' Motion to Dismiss the Amended Complaint [Docket No. 18].

**Status**:    This matter is going forward.

## IV.    Adjourned Matters.

21.    **Zachary Wildes' Motion for Substantial Contribution**.    Substantial Contribution Application for Zachary Wildes [Docket No. 3615].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).    The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).    The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)    Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)    Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)    Debtors' Omnibus Objection to Certain Applications for Substantial Contribution to the Debtors' Estates [Docket No. 4025].

(4)    The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)    Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)    Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)    Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

    (4)      Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

    (5)      Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

**Status**:    This matter has been adjourned to December 21, 2023, at 10:00 a.m. (prevailing Eastern Time).

22.    **Custody Ad Hoc Group's Motion for Substantial Contribution**.  Application of the Custody Ad Hoc Group, Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code, for Allowance and Payment of Professional Fees and Expenses [Docket No. 3660].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).  The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

    (1)      Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

    (2)      Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

    (3)      The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

    (1)      Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

    (2)      Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

    (3)      Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

**Status**:     This matter has been adjourned to December 21, 2023, at 10:00 a.m. (prevailing Eastern Time).

23.     **Withhold Ad Hoc Group's Motion for Substantial Contribution**.  Application of the Ad Hoc Group of Withhold Account Holders for Allowance and Payment of Fees Under Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4) [Docket No. 3663].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).  The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     Debtors' Omnibus Objection to Certain Applications for Substantial Contribution to the Debtors' Estates [Docket No. 4025].

(4)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

**Status**:     This matter has been adjourned to December 21, 2023, at 10:00 a.m. (prevailing Eastern Time).

24.     **Earn Ad Hoc Group's Motion for Substantial Contribution**.  Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).  The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Notice of Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3708].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(7)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

**Status**:     This matter has been adjourned to December 21, 2023, at 10:00 a.m. (prevailing Eastern Time).

25.     **Rebecca Gallagher's Motion for Substantial Contribution**.     Substantial Contribution Claim of Rebecca Gallagher, Lead Plaintiff in Committee Class Claim Action [Docket No. 3662].

Objection Deadline:   The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).    The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).   The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     Debtors' Omnibus Objection to Certain Applications for Substantial Contribution to the Debtors' Estates [Docket No. 4025].

(4)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

**Status**:     This matter has been adjourned to December 21, 2023, at 10:00 a.m. (prevailing Eastern Time).

26.     **Immanuel Herrmann's Motion for Substantial Contribution**.  Application Of Immanuel Herrmann Pursuant to 11 U.S.C. §§ 503 for Allowance and Payment of Expenses Incurred in Making a Substantial Contribution [Docket No. 3674].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).  The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

21

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

**Status**:     This matter has been adjourned to December 21, 2023, at 10:00 a.m. (prevailing Eastern Time).

27.    **Daniel Frishberg's Motion for Substantial Contribution**. Daniel A. Frishberg' [*sic*] Motion for Expenses and Fees to be Paid for a Substantial Contribution to the Estate [Docket No. 3675].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).   The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).   The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

**Status**:   This matter has been adjourned to December 21, 2023, at 10:00 a.m. (prevailing Eastern Time).

28.   **Ignat Tuganov's Motion for Substantial Contribution**.  Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3666].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with

23

the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time). The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)    Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)    Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)    The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)    Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)    Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)    Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)    Notice of Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3665].

(5)    Amended Notice of Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3686].

(6)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(7)    Supplement to Application of Ignat Tuganov for Entry of an Order Pursuant to 11 U.S.C. §§ 503(B)(3)(D) and 503(B)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary

Expenses in Making a Substantial Contribution to These Cases [Docket No. 4010].

(8)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

**Status**:    This matter has been adjourned to December 21, 2023, at 10:00 a.m. (prevailing Eastern Time).

29.    **Borrower Ad Hoc Group's Motion for Substantial Contribution**.  Application of the Borrower Ad Hoc Group for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3671].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).   The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).   The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)    Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)    Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)    The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)    Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)    Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)    Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

**Status**:     This matter has been adjourned to December 21, 2023, at 10:00 a.m. (prevailing Eastern Time).

30.     **Bnk to the Future's Motion for Substantial Contribution**.  Amended Notice and Amended Application of Bnk to the Future (BF) Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3799].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).   The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).   The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Jason Amersons' [*sic*] Objection to Motion for (I) Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution (II) Granting Related Relief [Docket No. 4015].

(2)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(3)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(4)     Debtors' Omnibus Objection to Certain Applications for Substantial Contribution to the Debtors' Estates [Docket No. 4025].

(5)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

(6)     Objection to Substantial Contribution Motion for BNK to the Future/Simon Dixon [Docket No. 4034].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Declaration of Simon Dixon in Support of Simon Dixon & Bnk to the Future Group (BF) to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3670].

(5)     Application of Bnk to the Future (BF) Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3672].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(7)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

**Status**:     This matter has been adjourned to December 21, 2023, at 10:00 a.m. (prevailing Eastern Time).

31.     **Pending Withdrawal Ad Hoc Group's Motion for Substantial Contribution**. Application of the Pending Withdrawal Ad Hoc Group Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3673].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).   The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).   The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     Debtors' Omnibus Objection to Certain Applications for Substantial Contribution to the Debtors' Estates [Docket No. 4025].

(4)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Notice of Application of the Pending Withdrawal Ad Hoc Group Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3705].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

**Status**:     This matter has been adjourned to December 21, 2023, at 10:00 a.m. (prevailing Eastern Time).

*[Remainder of page intentionally left blank]*

28

New York, New York                  _/s/ Joshua A. Sussberg_
Dated:  November 28, 2023           **KIRKLAND & ELLIS LLP**
                                    **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                    Joshua A. Sussberg, P.C.
                                    601 Lexington Avenue
                                    New York, New York 10022
                                    Telephone:      (212) 446-4800
                                    Facsimile:      (212) 446-4900
                                    Email:          joshua.sussberg@kirkland.com

                                      - and -

                                    Patrick J. Nash, Jr., P.C. (admitted _pro hac vice_)
                                    Ross M. Kwasteniet, P.C. (admitted _pro hac vice_)
                                    Christopher S. Koenig
                                    Dan Latona (admitted _pro hac vice_)
                                    300 North LaSalle Street
                                    Chicago, Illinois 60654
                                    Telephone:      (312) 862-2000
                                    Facsimile:      (312) 862-2200
                                    Email:          patrick.nash@kirkland.com
                                                    ross.kwasteniet@kirkland.com
                                                    chris.koenig@kirkland.com
                                                    dan.latona@kirkland.com

                                    _Counsel to the Debtors and Debtors in Possession_