Benjamin I. Finestone
Kate Scherling
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
Email:  benjaminfinestone@quinnemanuel.com
          katescherling@quinnemanuel.com

*Counsel to the Blockchain Recovery Investment Consortium*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

# NOTICE OF APPEARANCE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 case as special counsel for the Blockchain Recovery Investment Consortium and requests that all notices and papers filed or entered in this case and all papers served or required to be served in this case be given to and served upon:

Benjamin I. Finestone
Kate Scherling
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: benjaminfinestone@quinnemanuel.com
         katescherling@quinnemanuel.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to consent to this Court's jurisdiction or authority to enter final orders over any other matter concerning the BRIC or a waiver of any rights, claims, actions, defenses, setoffs, or recoupments to which the BRIC may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated:  November 29, 2023<br>New York, New York | */s/ Benjamin I. Finestone*<br>Benjamin I. Finestone<br>Kate Scherling<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Counsel to Blockchain Recovery Investment Consortium* |