UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK, LLC, *et al.*,[1] , | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING THIRD INTERIM APPLICATIONS OF SONTCHI, LLC AS COURT-APPOINTED INDEPENDENT FEE EXAMINER, AND GODFREY & KAHN, S.C., AS ATTORNEYS FOR THE FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2023 THROUGH OCTOBER 31, 2023**

Upon consideration of the *Third Interim Application of Sontchi, LLC as Court-Appointed Independent Fee Examiner* [Dkt. No. 3978] and the *Third Interim Application of Godfrey & Kahn, S.C., as Counsel to the Fee Examiner* [Dkt. No. 3979] (together, the "**Applicants**" and the "**Applications**") for allowance of interim compensation and reimbursement of expenses incurred during the period from July 1, 2023 through October 31, 2023 (the "**Third Interim Compensation Period**"), filed pursuant to the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Dkt. No. 1745] (the "**Interim Compensation Order**"); the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professional* [Dkt. No. 1746] (the "**Fee Examiner Order**"); and the *Second Amended Final Order (I) Establishing Certain Notice, Case*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Management, and Administrative Procedures and (II) Granting Related Relief* [Dkt. No. 2560] (the "**Case Management Order**"); and pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Applications were adequate under the circumstances; and (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications, and upon the full record of all proceedings in this case; and sufficient cause having been shown therefor, it is hereby;

ORDERED THAT:

1. The Applications are granted on an interim basis, to the extent set forth on the attached **Exhibit A**.

2. The Applicants are allowed (a) interim compensation for services rendered during the Compensation Period and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Period, in the amounts set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay, except as otherwise indicated on **Exhibit A**, the Applicants 100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** for services rendered and expenses incurred during the Compensation Period.

4. All fees and expenses allowed herein shall be subject to final allowance by the Court without regard to whether such amounts have been paid to the Applicants.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this order.

**IT IS SO ORDERED.**

Dated:  November 30, 2023
        New York, New York

                                                **/s/ Martin Glenn**
                                              MARTIN GLENN
                          Chief United States Bankruptcy Judge

30195758.2

**Exhibit A**

| Applicant | Date/Document Number of Application | Interim Fees Requested on Application | Fees Allowed | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Fee Period(s) (if any)(i.e., Holdback Release) | Total Fees to be Paid | Interim Expenses Requested | Expenses Approved for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| **Sontchi, LLC by Christopher Sontchi** *Fee Examiner* | November 9, 2023 Dkt. No. 3978 | $48,375.00 | $48,375.00 | $4,250.00[1] | $8,825.00 | $13,075.00 | $1,332.35 | $1,332.35 |
| **Godfrey & Kahn, S.C.** *Counsel to Fee Examiner* | November 9, 2023 Dkt. No. 3979 | $316,906.00 | $316,906.00 | $316,906.00 | $0.0 | $316,906.00 | $11,694.83 | $11,694.83 |
| | **Fee Examiner Totals:** | **$365,281.00** | **$365,281.00** | **$321,156.00** | **$8,825.00** | **$329,981.00** | **$13,027.18** | **$13,027.18** |

---

[1] This amount includes $50.00 in fees inadvertently omitted from the September fee request.