**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
Email:  jselendy@selendygay.com
    fgay@selendygay.com
    tagangawilliams@selendygay.com
    cobrien@selendygay.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF NINTH MONTHLY STATEMENT OF SELENDY GAY ELSBERG PLLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

PLEASE TAKE NOTICE that on the date hereof, Selendy Gay Elsberg PLLC ("**Selendy Gay Elsberg**") filed its *Ninth Monthly Statement of Selendy Gay Elsberg PLLC for Interim Compensation and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 through October 31, 2023* (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

"**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 1745 ¶ 3.a.

PLEASE TAKE FURTHER NOTICE that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**");[2] (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Statement**, by (i) Selendy Gay Elsberg and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 1745 ¶ 3.d.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to Selendy Gay Elsberg.

PLEASE TAKE FURTHER NOTICE that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Interim Compensation Procedures.

to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

PLEASE TAKE FURTHER NOTICE that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   November 30, 2023              Respectfully submitted,

*Jennifer M. Selendy*
**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
jselendy@selendygay.com
fgay@selendygay.com
tagangawilliams@selendygay.com
cobrien@selendygay.com

*Co-Counsel for the Official Committee of
Unsecured Creditors*

**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
Email: jselendy@selendygay.com
         fgay@selendygay.com
         tagangawilliams@selendygay.com
         cobrien@selendygay.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NINTH MONTHLY STATEMENT OF SELENDY GAY ELSBERG PLLC FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Name of Applicant: | Selendy Gay Elsberg PLLC |
| --- | --- |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") |
| Date of Retention: | March 16, 2023 [Docket No. 2251] *Effective as of* January 8, 2023 |
| Period for Which Interim Compensation and Reimbursement of Expenses is Sought: | October 1, 2023 – October 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable, and Necessary (100%): | $103,236.00 |
| Amount of Interim Compensation to be Paid Under Interim Compensation Procedures (80%): | $82,588.80 |
| Amount of Interim Compensation to be Held Back Under Interim Compensation Procedures (20%): | $20,647.20 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $343.40 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $103,579.40 |
| Total Interim Compensation and Reimbursement of Expenses to be Paid Under Interim Compensation Procedures: | $82,932.20 |

This is a monthly fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), the Interim Compensation Procedures, and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013 (the "**U.S.**

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

Trustee Guidelines"), Selendy Gay Elsberg PLLC ("**Selendy Gay Elsberg**" or the "**Firm**"), as co-counsel to the Committee, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $82,932.20, consisting of 80% of the $103,236.00 in fees earned and 100% of the $343.40 in expenses incurred.

### **Professional Services Rendered and Expense Disbursements Incurred**

1.      Prior to filing this Monthly Statement, Selendy Gay Elsberg reviewed its fees (which totalled 110.7 hours and $103,236.00) and expenses (which totalled $343.40). Following that review, Selendy Gay Elsberg did not find it necessary to voluntarily reduce its fees or its expenses.

2.      **Exhibit A** sets forth a timekeeper summary that includes: (a) the name, title, and year of admission to practice (if applicable) of each individual who provided services during the Compensation Period; (b) the aggregate hours spent by each individual for which compensation is sought by Selendy Gay Elsberg; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by Selendy Gay Elsberg. The blended rate for compensation requested in this Monthly Statement is approximately $932.57 per hour.[3]

3.      **Exhibit B** sets forth a project summary that includes the aggregate hours and fees per project category spent by Selendy Gay Elsberg timekeepers in rendering services to the Committee during the Compensation Period.

4.      **Exhibit C** sets forth the time records for Selendy Gay Elsberg timekeepers for which compensation is sought by Selendy Gay Elsberg, including an itemization of tasks performed in rendering services to the Committee during the Compensation Period.

---

[3] The blended rate is calculated by taking the total of fees sought in this Monthly Statement and dividing by the total of hours sought in this Monthly Statement, rounded to the nearest dollar.

5.      **Exhibit D** sets forth both a summary and detailed entries of the expenses for which Selendy Gay Elsberg seeks reimbursement during the Compensation Period.

6.      The following is a brief narrative summary of the services performed by Selendy Gay Elsberg on behalf of the Committee during the Compensation Period, organized by project category:

| No. | Category Name | Hours | Fees |
|---|---|---|---|
| **10** | **Retention Application** | **34.0** | **$23,991.50** |
| | Selendy Gay Elsberg prepared and drafted a Fifth Declaration supporting the Committee's application to retain Selendy Gay Elsberg as co-counsel [filed in May 2023 at Docket No. 2636]. This includes time spent conducting an updated disclosure review of the Parties in Interest listed in Selendy Gay Elsberg's Retention Application and time spent conducting a disclosure review of the Supplemental Parties in Interest listed in Jennifer M. Selendy's Third Declaration [Docket No. 2636]. | | |
| **20** | **Fee Statements and Applications** | **31.2** | **$27,367.50** |
| | Selendy Gay Elsberg prepared a response to the Fee Examiner's letter regarding Selendy Gay Elsberg's Second Interim Fee Application.  Selendy Gay Elsberg also prepared and drafted its Eighth Monthly Fee Statement in accordance with the Interim Compensation Procedures, the U.S. Trustee Guidelines, and guidance provided by the Fee Examiner. This includes time spent working with the Firm's billing and finance departments, and with co-counsel to calculate the underlying numbers and draft the applications and statements. | | |
| **30** | **Case Administration** | **9.7** | **$7,396.00** |
| | Due to the size and complexity of these chapter 11 cases, Selendy Gay Elsberg professionals were involved in various administrative tasks, including (i) reviewing and summarizing docket filings; (ii) attending to internal case, file, and calendar management; and (iii) coordinating with other Selendy Gay Elsberg professionals to discuss and review workstreams in process and staffing. | | |
| **40** | **Case Strategy** | **0.0** | **$0.00** |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| **50** | **WestCap Matters Filings** | **0.0** | **$0.00** |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| **60** | **Discovery and Fact Development** | **0.0** | **$0.00** |
| | Selendy Gay Elsberg did not bill any time to this project category during the Compensation Period. | | |
| **70** | **Hearings and Court Matters** | **17.6** | **$23,916.00** |

4

| No. | Category Name | Hours | Fees |
|-----|---------------|-------|------|
|  | Selendy Gay Elsberg participated in the Plan Confirmation hearings.  This includes time spent attending and registering for the Plan Confirmation hearings. |  |  |
| 80 | **Other** | .8 | **$824.00** |
|  | Selendy Gay Elsberg revised and finalized minutes from a Committee meeting. |  |  |
| 90 | **Plan/Confirmation Matters** | 12.2 | **$16,179.00** |
|  | Selendy Gay Elsberg professionals prepared for Plan Confirmation hearings. This includes time spent preparing talking points, reviewing documents, and participating in witness preparation sessions. |  |  |
| 95 | **FTX Matters Filings** | 5.2 | **$3,562.00** |
|  | Selendy Gay Elsberg conducted research and strategized concerning pending FTX-related inquiries. |  |  |

### **Reservation of Rights**

7.     Although Selendy Gay Elsberg has made every effort to include all fees earned and expenses incurred during the Compensation Period, some fees and expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period. Selendy Gay Elsberg reserves the right to seek payment of such fees and expenses not included herein.

## Notice

8.      Selendy Gay Elsberg will provide notice of this Monthly Statement to the Monthly

Fee Statement Recipients in accordance with ¶ 3.a of the Interim Compensation Procedures.


Dated:    November 30, 2023              Respectfully submitted,


*Jennifer M. Selendy*
**SELENDY GAY ELSBERG PLLC**
Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
1290 Avenue of the Americas
New York, New York 10104
Tel.: 212-390-9000
jselendy@selendygay.com
fgay@selendygay.com
tagangawilliams@selendygay.com
cobrien@selendygay.com

*Co-Counsel for the Official Committee of
Unsecured Creditors*

**Exhibit A**

**Timekeeper Summary**

| Name | Title | Year Admitted | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Aganga-Williams, Temidayo | Partner | 2012 | 26.3 | $1,435.00 | $37,740.50 |
| Burke, Tyler | Director of Research & Analysis | N/A | 13.5 | $685.00 | $9,247.50 |
| Chen, Kayla | Associate | 2023 | 14.0 | $895.00 | $12,530.00 |
| Clifton, Anna | Analyst | N/A | 2.0 | $630.00 | $1,260.00 |
| Metro, Steven | Managing Clerk | N/A | 0.8 | $570.00 | $456.00 |
| Mitchell, Zachary | Law Clerk | 2023 | 3.1 | $895.00 | $2,774.50 |
| Mon Cureño, Alvaro | Associate | 2019 | 6.6 | $1,250.00 | $8,250.00 |
| O'Brien, Claire | Associate | 2018 | 3.0 | $1,275.00 | $3,825.00 |
| Posdal, Bradley | Law Clerk | *pending* | 27.1 | $685.00 | $18,563.50 |
| Previti, Julia | Paralegal | N/A | 6.0 | $570.00 | $3,420.00 |
| Seri, Tesla | Staff Attorney | 2017 | 0.3 | $570.00 | $171.00 |
| Siegel, Scott | Paralegal | N/A | 0.7 | $570.00 | $399.00 |
| Walt, Jack | Analyst | N/A | 6.9 | $630.00 | $4,347.00 |
| Zhang, Andrew | Analyst | N/A | 0.4 | $630.00 | $252.00 |
| **Grand Total** | | | **110.7** | | $103,236.00 |

**Exhibit B**

**Project Summary**

| Code | Project | Hours | Amount |
|------|---------|-------|--------|
| 10 | Retention Application | 34.0 | $23,991.50 |
| 20 | Fee Statements and Applications | 31.2 | $27,367.50 |
| 30 | Case Administration | 9.7 | $7,396.00 |
| 70 | Hearings and Court Matters | 17.6 | $23,916.00 |
| 80 | Other | 0.8 | $824.00 |
| 90 | Plan/Confirmation Matters | 12.2 | $16,179.00 |
| 95 | FTX Matters Filings | 5.2 | $3,562.00 |
| | **Grand Total** | **110.7** | **$103,236.00** |

## Exhibit C

**Time Records**

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000
http://www.selendygay.com



Official Committee of Unsecured Creditors

RE:  In re Celsius Network LLC, et al.

For Professional Services Rendered Through October 31, 2023

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **10 - Retention application** | | | | | |
| 10/12/2023 | Kayla Chen | Review and analyze email from M. Haqqani and S. Ludovici re updated parties in interest list (.2), correspond with M. Haqqani and S. Ludovici re same (.2). | 0.4 | $895.00 | $358.00 |
| 10/13/2023 | Kayla Chen | Correspond with M. Haqqani and S. Ludovici re updated parties in interest list (.1); correspond with C. O'Brien re disclosure review process (.1); correspond with conflicts and analysts team re same (.1). | 0.3 | $895.00 | $268.50 |
| 10/17/2023 | Alvaro Mon Cureno | Meet with B. Posdal and K. Chen to discuss updated retention disclosures. | 0.4 | $1,250.00 | $500.00 |
| 10/17/2023 | Kayla Chen | Draft correspondence to B. Postal, A. Mon Cureno and C. O'Brien re steps for updated disclosure review (.7); draft correspondence to conflicts and analysts team re same (.2); meet with B. Postal, A Mon Cureno re same (.9); call with conflicts re same (.6); review and analyze documents from prior disclosure review (.4). | 2.8 | $895.00 | $2,506.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **10 - Retention application** | | | | | |
| 10/17/2023 | Bradley Posdal | Review and analyze internal work product re connections disclosure process (1.1); meet with K. Chen and A. Mon Cureno re same (.8); and correspond with Finance and Analyst Teams re same (.5). | 2.4 | $685.00 | $1,644.00 |
| 10/17/2023 | Andrew Zhang | Construct dataset for updated disclosure review. | 0.4 | $630.00 | $252.00 |
| 10/17/2023 | Tyler Burke | Review refine updated Parties in Interest list, communicate with K. Chen. | 2.6 | $685.00 | $1,781.00 |
| 10/18/2023 | Bradley Posdal | Review and analyze SGE conflicts report (.1); correspond with conflicts and finance departments re same (.3); and correspond with K. Chen re same (.1). | 0.5 | $685.00 | $342.50 |
| 10/18/2023 | Jack Walt | Pull and organize Cap IQ Ids for new Parties in Interest for Celsius bankruptcy. | 2.9 | $630.00 | $1,827.00 |
| 10/18/2023 | Tyler Burke | Review, refine new SGE client list, incorporate new data into model. | 2.2 | $685.00 | $1,507.00 |
| 10/19/2023 | Jack Walt | Organize and combine Cap IQ Ids of new Parties in Interest with Cap IQ Ids of the complete client list. | 0.9 | $630.00 | $567.00 |
| 10/19/2023 | Tyler Burke | Plan and prepare for updated cross reference analysis (2.2); Organize data pull with finance, conflict teams (1.2). | 3.4 | $685.00 | $2,329.00 |
| 10/20/2023 | Anna Clifton | Compile executives and board members of new interested parties re conflicts check analysis. | 2.0 | $630.00 | $1,260.00 |
| 10/20/2023 | Jack Walt | Research and pull all board members and key executives of new Parties in Interest of Celsius bankruptcy for comparison to key executives and board members of firm clients. | 3.1 | $630.00 | $1,953.00 |
| 10/20/2023 | Tyler Burke | Review and analyze new parties in interest list (.8); build cross reference model (4.8); communicate with team (.5). | 5.3 | $685.00 | $3,630.50 |
| 10/23/2023 | Kayla Chen | Prepare for and meet with T. Burke re updated disclosure review results (.7); call with B. Postal re same (.1). | 0.8 | $895.00 | $716.00 |
| 10/23/2023 | Bradley Posdal | Correspond with K. Chen and T. Burke re analysts' work product re potential connections (.2); meet with K. Chen and T. Burke re the same (.6); and meet with K. Chen re drafting connections disclosure (.1). | 0.9 | $685.00 | $616.50 |
| 10/25/2023 | Kayla Chen | Correspond with B. Postal re Fifth Declaration and redacted parties. | 0.4 | $895.00 | $358.00 |

*Draft Copy*

---

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **10 - Retention application** | | | | | |
| 10/25/2023 | Bradley Posdal | Draft fifth declaration re connections disclosure (1.3); correspond with K. Chen re the same (.2); and correspond with S. Ludovici re redactions of parties in interest (.3). | 1.8 | $685.00 | $1,233.00 |
| 10/26/2023 | Bradley Posdal | Review and analyze Kirkland's requested redactions from Third Declaration to make appropriate redactions in Fifth declaration (.1); correspond with K. Chen re necessary redactions (.2); and correspond with S. Ludovici re same (.2). | 0.5 | $685.00 | $342.50 |
| **Subtotal for: 10 - Retention application** | | | **34.0** | | **$23,991.50** |
| | | | | | |
| **20 - Fee statements and applications** | | | | | |
| 10/1/2023 | Bradley Posdal | Review and analyze Fee Examiner's response to SGE's Second Interim Fee Application. | 0.6 | $685.00 | $411.00 |
| 10/2/2023 | Bradley Posdal | Review and analyze Second Interim Fee Application in connection with Fee Examiner's letter (.2); correspond with S. Siegel and L. Yuri re same (.6); and correspond with K. Chen re her findings re Exhibit B of Fee Examiner's letter (.1); and meet with K. Chen and Z. Mitchell re responding to Fee Examiner's letter (.4). | 1.3 | $685.00 | $890.50 |
| 10/2/2023 | Zachary Mitchell | Correspond with Billing re preparing invoice for payment processing (.1); correspond with Debtors re payment pursuant to July fee statement (.1). | 0.2 | $895.00 | $179.00 |
| 10/2/2023 | Scott Siegel | Review documentation in relation to the fee examiners letter. | 0.7 | $570.00 | $399.00 |
| 10/3/2023 | Bradley Posdal | Draft and prepare response to Fee Examiner letter (1.6) and correspond with Z. Mitchell re same (.1). | 1.7 | $685.00 | $1,164.50 |
| 10/4/2023 | Bradley Posdal | Draft and revise SGE's response to Fee Examiner's Letter Report. | 2.5 | $685.00 | $1,712.50 |
| 10/5/2023 | Alvaro Mon Cureno | Correspond with B. Posdal re edits to response to fee examiner's letter (.4); review and revise draft response to fee examiner's letter (1.3). | 1.7 | $1,250.00 | $2,125.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **20 - Fee statements and applications** | | | | | |
| 10/5/2023 | Bradley Posdal | Correspond with eDiscovery Department re SGE's response to Fee Examiner's letter (.2); correspond with C. O'Brien and K. Chen re expert services to draft response (.2); correspond with C. O'Brien and Z. Mitchell re same (.1); correspond with A. Mon Cureno re updates and edits to response (.3); revise draft of SGE's response to Fee Examiner (2.1); and draft and compile exhibits for response (.6). | 3.5 | $685.00 | $2,397.50 |
| 10/5/2023 | Zachary Mitchell | Meet with C. O'Brien re Fee Examiner response letter (.1); review and revise portion of draft fee examiner response letter (.9). | 1.0 | $895.00 | $895.00 |
| 10/6/2023 | Kayla Chen | Review and revise draft response to fee examiner letter. | 1.6 | $895.00 | $1,432.00 |
| 10/6/2023 | Bradley Posdal | Review suggested edits of response to fee examiner's letter from A. Mon Cureno, Z. Mitchell, C. O'Brien, and K. Chen (.9); correspond with the same re those edits (.5); revise letter response according to those edits (2.4). | 3.8 | $685.00 | $2,603.00 |
| 10/6/2023 | Zachary Mitchell | Revise proposed fee examiner response letter to incorporate comments from C. O'Brien. | 0.7 | $895.00 | $626.50 |
| 10/7/2023 | Kayla Chen | Revise letter response to fee examiner for second interim application. | 0.3 | $895.00 | $268.50 |
| 10/7/2023 | Bradley Posdal | Integrate K. Chen and Z. Mitchell's edits into response letter (.6); revise letter to correct formatting and continuity issues (.8); correspond with K. Chen re potential edit (.1); and correspond with C. O'Brien, A. Mon Cureno, K. Chen, and Z. Mitchell re most updated draft (.2). | 1.7 | $685.00 | $1,164.50 |
| 10/9/2023 | Claire OBrien | Review and revise fee examiner response letter. | 1.1 | $1,275.00 | $1,402.50 |
| 10/9/2023 | Bradley Posdal | Correspond with C. O'Brien and Celsius Team re edits to response to fee examiner. | 0.4 | $685.00 | $274.00 |
| 10/10/2023 | Zachary Mitchell | Correspond with Debtors re July fee statement. | 0.1 | $895.00 | $89.50 |
| 10/13/2023 | Temidayo Aganga-Willi: | Revisions to letter to fee examiner counsel (1.1); communication with A. Mon Cureno, K. Chen, and others re letter to fee examiner (.8). | 1.9 | $1,435.00 | $2,726.50 |
| 10/13/2023 | Alvaro Mon Cureno | Call with T. Aganga Williams and K. Chen to discuss edits to fee examiner response letter (.4); revise fee examiner letter (.7). | 1.1 | $1,250.00 | $1,375.00 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **20 - Fee statements and applications** | | | | | |
| 10/13/2023 | Kayla Chen | Call with T.Aganga-Williams and A. Mon Cureno re edits for fee response letter (.2); call with T. Aganga-Williams re same (.1); correspond with Z. Mitchell re same (.1); proof and revise fee response letter incorporating T. Aganga-Williams comments (1.3). | 1.7 | $895.00 | $1,521.50 |
| 10/13/2023 | Zachary Mitchell | Call with T. Aganga-Williams, A. Mon Cureno, and K. Chen re fee examiner response letter. | 0.3 | $895.00 | $268.50 |
| 10/14/2023 | Claire OBrien | Review and revise September time entries for privilege and adherence to UST guidelines. | 0.6 | $1,275.00 | $765.00 |
| 10/17/2023 | Kayla Chen | Revise September fees for privilege and adherence to UST guidelines. | 0.2 | $895.00 | $179.00 |
| 10/23/2023 | Claire OBrien | Confer with Billing Team and A. Mon Cureno re August fee statement. | 0.4 | $1,275.00 | $510.00 |
| 10/23/2023 | Zachary Mitchell | Correspond with Billing re August invoice. | 0.1 | $895.00 | $89.50 |
| 10/27/2023 | Temidayo Aganga-Willia | Review response to fee examiner counsel. | 0.2 | $1,435.00 | $287.00 |
| 10/27/2023 | Kayla Chen | Draft eighth monthly fee statement (1.6); correspond with J. Selendy and T. Aganga-Williams re same (.1); correspond with billing re same (.1). | 1.8 | $895.00 | $1,611.00 |
| **Subtotal for:  20 - Fee statements and applications** | | | **31.2** | | **$27,367.50** |
| **30 - Case administration** | | | | | |
| 10/2/2023 | Temidayo Aganga-Willia | Meet with J. Selendy, C. O'Brien, K. Chen, Z. Mitchell, A. Pugh, and B. Posdal regarding ongoing workstreams. | 0.3 | $1,435.00 | $430.50 |
| 10/2/2023 | Claire OBrien | Attend weekly team meeting with J. Selendy, T. Aganga-WIllias and others re ongoing workstreams. | 0.5 | $1,275.00 | $637.50 |
| 10/2/2023 | Claire OBrien | Update weekly tracker regarding ongoing workstreams. | 0.2 | $1,275.00 | $255.00 |
| 10/2/2023 | Kayla Chen | Prepare and attend weekly team meeting with J. Selendy, T. Aganga-Williams and others. | 0.4 | $895.00 | $358.00 |
| 10/2/2023 | Bradley Posdal | Meet with J. Selendy, C. O'Brien, and Celsius Team re ongoing workstreams. | 0.3 | $685.00 | $205.50 |
| 10/2/2023 | Zachary Mitchell | Attend weekly team meeting with J. Selendy, T. Aganga-Williams, C. O'Brien, K. Chen, B. Posdal, and T. Seri re ongoing workstreams and team deadlines. | 0.7 | $895.00 | $626.50 |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|------------------------|-------|------|--------|
| **30 - Case administration** | | | | | |
| 10/2/2023 | Tesla Seri | Attend weekly meeting with J. Selendy, T. Aganga-Williams, and others re case progress. | 0.3 | $570.00 | $171.00 |
| 10/9/2023 | Claire OBrien | Update case tracker and email with J. Selendy and T. Aganga-Williams re workstream status. | 0.2 | $1,275.00 | $255.00 |
| 10/10/2023 | Temidayo Aganga-Willi: | Communication with SGE team re Celsius confirmation update. | 0.2 | $1,435.00 | $287.00 |
| 10/16/2023 | Alvaro Mon Cureno | Revise and update internal team tracker. | 0.3 | $1,250.00 | $375.00 |
| 10/17/2023 | Julia Previti | Pull plan objections and plan confirmation related documents filed on the docket from 9/28 to present date and rename and organize the same for attorney review. | 4.0 | $570.00 | $2,280.00 |
| 10/18/2023 | Julia Previti | Pull recent plan objections and plan confirmation related documents filed on the docket and rename and organize the same for attorney review. | 2.0 | $570.00 | $1,140.00 |
| 10/23/2023 | Alvaro Mon Cureno | Update internal case team assignment tracker. | 0.3 | $1,250.00 | $375.00 |
| | **Subtotal for: 30 - Case administration** | | **9.7** | | **$7,396.00** |
| **70 - Hearings and court matters** | | | | | |
| 10/2/2023 | Kayla Chen | Correspond with managing clerks office re registering appearance (.2); correspond with managing clerks office issues connecting to court hearing (.2); prepare for and attend confirmation hearing (.8). | 1.2 | $895.00 | $1,074.00 |
| 10/2/2023 | Steven M Metro | Register case team with court to participate in multi-day confirmation hearing. | 0.8 | $570.00 | $456.00 |
| 10/3/2023 | Temidayo Aganga-Willi: | Participate in court hearing regarding confirmation plan. | 3.7 | $1,435.00 | $5,309.50 |
| 10/3/2023 | Temidayo Aganga-Willi: | Participate in court hearing regarding confirmation plan. | 2.1 | $1,435.00 | $3,013.50 |
| 10/4/2023 | Temidayo Aganga-Willi: | Participate in confirmation hearing re estate. | 3.7 | $1,435.00 | $5,309.50 |
| 10/4/2023 | Temidayo Aganga-Willi: | Participate in confirmation hearing re estate. | 1.9 | $1,435.00 | $2,726.50 |
| 10/16/2023 | Temidayo Aganga-Willi: | Participate in confirmation trial re FTX-related issues. | 2.0 | $1,435.00 | $2,870.00 |
| 10/17/2023 | Temidayo Aganga-Willi: | Attend confirmation hearing. | 2.2 | $1,435.00 | $3,157.00 |
| | **Subtotal for: 70 - Hearings and court matters** | | **17.6** | | **$23,916.00** |

**FEES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **80 - Other** | | | | | |
| 10/16/2023 | Temidayo Aganga-Willia | Revise minutes from UCC meeting. | 0.2 | $1,435.00 | $287.00 |
| 10/16/2023 | Kayla Chen | Review and analyze T. Aganga-Williams suggestions to Committee minutes (.1); revise committee minutes incorporating T. Aganga-Williams suggestions (.3); correspond with Committee re minutes (.2). | 0.6 | $895.00 | $537.00 |
| | **Subtotal for: 80 - Other** | | **0.8** | | **$824.00** |
| **90 - Plan/Confirmation Matters** | | | | | |
| 10/1/2023 | Temidayo Aganga-Willia | Prepare talking points ahead of confirmation hearing (1.1); review documents re FTX investigations ahead of confirmation hearing (1.6). | 2.7 | $1,435.00 | $3,874.50 |
| 10/2/2023 | Temidayo Aganga-Willia | Participate in court hearing regarding confirmation plan. | 2.4 | $1,435.00 | $3,444.00 |
| 10/2/2023 | Temidayo Aganga-Willia | Meet with White & Case team and M. Galka regarding confirmation hearing. | 1.5 | $1,435.00 | $2,152.50 |
| 10/2/2023 | Alvaro Mon Cureno | Attend and participate in prep session for M. Galka in anticipation of Plan confirmation hearing. | 1.5 | $1,250.00 | $1,875.00 |
| 10/2/2023 | Kayla Chen | Participate in witness prep session of M. Galka. | 1.5 | $895.00 | $1,342.50 |
| 10/4/2023 | Temidayo Aganga-Willia | Prepare for FTX-related witness testimony. | 0.8 | $1,435.00 | $1,148.00 |
| 10/16/2023 | Temidayo Aganga-Willia | Review documents in preparation of confirmation trial. | 0.5 | $1,435.00 | $717.50 |
| 10/16/2023 | Alvaro Mon Cureno | Review and analyze docket filings re CEL token plan objections. | 1.3 | $1,250.00 | $1,625.00 |
| | **Subtotal for: 90 - Plan/Confirmation Matters** | | **12.2** | | **$16,179.00** |
| **95 - FTX Matters Filings** | | | | | |
| 10/9/2023 | Bradley Posdal | Review and analyze work product re FTX (1.5); and draft work product regarding Proof of Claim against FTX (1.6). | 3.1 | $685.00 | $2,123.50 |
| 10/26/2023 | Bradley Posdal | Conduct legal research re UCC's preserved claims post plan confirmation. | 2.1 | $685.00 | $1,438.50 |
| | **Subtotal for: 95 - FTX Matters Filings** | | **5.2** | | **$3,562.00** |

## Exhibit D

### Expense Summary & Detail

| Category | Amount |
|---|---|
| E-Discovery Data Hosting / Storage | $256.38 |
| Online Research | $87.02 |
| **Grand Total** | **$343.40** |

**Exhibit E**

| Timekeeper | Date | Narrative | Category | Amount |
|---|---|---|---|---|
| Christopher Bandes | 10/31/2023 | Document Hosting/Technical Time | E-Discovery Document Hosting/Storage | $256.38 |
| Tyler Burke | 10/31/2023 | Pacer charges | Online Research | $31.10 |
| Tyler Burke | 10/31/2023 | Westlaw charges | Online Research | $55.92 |
| | | | | |
| | | | | |
| | | | | |
| **Grand Total** | | | | **$343.40** |