UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Case No. 22-10964 (MG) |

### ORDER DENYING DIMITRY KIRSANOV'S "STATEMENT AND MOTION FOR CLARIFICATION"

On December 4, 2023, Dimitry Kirsanov filed a "Statement and Motion for Clarification." (ECF Doc. # 4063.) On November 29, 2023, the Court entered an "Order Denying Kirsanov's Motion for Reconsideration" (ECF Doc. # 4046) relating to Mr. Kirsanov's prior "Motion for Clarification" (ECF Doc. # 3998), and, before that one, on November 9, 2023, the Court entered an "Order Denying Dimitry Kirsanov's Motion to Convert Chapter 11 Case to Liquidation Proceeding Under Chapter 7" (ECF Doc. # 3975). The Chapter 11 Plan in this case was confirmed in an order entered on November 9, 2023 (ECF Doc. # 3972), along with an accompanying opinion (ECF Doc. # 3974). Timely appeals from the confirmation order have been filed.

Mr. Kirsanov's repeated motions following confirmation of the Plan are repetitive and lack any merit. No further motions by Kirsanov concerning the confirmed Plan will be considered by the Court, and the Court will consider imposing sanctions on Kirsanov if he files further motions addressed to the confirmed Plan.

Therefore, Kirsanov's Statement and Motion for Clarification is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 5, 2023
       New York, New York

                                        **/s/ Martin Glenn**
                                        MARTIN GLENN
                                Chief United States Bankruptcy Judge